JONES DAY
Corinne Ball
Todd Geremia
Benjamin Rosenblum
Benjamin Thomson
250 Vesey Street
New York, New York  10281
Telephone:      (212) 326-3939
Facsimile:      (212) 755-7306

*Proposed Counsel for Debtor*
*and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,[1] | Case No. 20-12345 (SCC) |
| Debtor. | |

### APPLICATION OF DEBTOR
### FOR AUTHORIZATION TO RETAIN AND EMPLOY
### EPIQ CORPORATE RESTRUCTURING, LLC AS CLAIMS AND
### NOTICING AGENT *NUNC PRO TUNC* TO THE PETITION DATE

The above-captioned debtor and debtor-in-possession (the "**Debtor**") in these proceedings

hereby move (this "**Application**" or the "**Section 156(c) Application**") this Court for entry of an

order, substantially in the form attached hereto as **Exhibit A** (the "**Order**"), granting the relief

described below.   In support thereof, the Debtor refers to the contemporaneously-filed the

*Declaration of Charles Moore, Managing Director of Alvarez & Marsal North America, LLC,*

*Proposed Restructuring Advisor to the Roman Catholic Diocese of Rockville Centre, New York, in*

---

[1]     The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four
digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue P.O.
Box 9023, Rockville Centre, NY 11571-9023.

*Support of Chapter 11 Petition and First Day Pleadings* (the "**Moore Declaration**") and further

represents as follows:

### Jurisdiction and Venue

1.     This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue for this matter

is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

### Background

2.     On October 1, 2020 (the "Petition Date"), the Debtor filed a voluntary

petition for relief under chapter 11 of the Bankruptcy Code.  The Debtor continues to operate and

pursue its religious, non-profit mission and ministry, and manage its properties and affairs as a

debtor in possession under sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or

examiner has been appointed in this case, and no statutory committee has been appointed.

3.     The Debtor is the seat of the Roman Catholic Church on Long Island.  The

State of New York established the Debtor as a religious corporation in 1958.  *See* 1958 N.Y. SESS.

LAWS Ch. 70 (1958), § 1.  The Debtor is one of eight Catholic dioceses in New York and is the

eighth-largest diocese in the United States when measured by the number of baptized Catholics.

The Debtor's total Catholic population is approximately 1.4 million, which constitutes roughly

half of Long Island's total population of 3.0 million.  Pursuit of the Debtor's mission depends upon

the continuing financial support provided by the faithful in anticipation of, and in mutual support

of, the Debtor's religious and charitable mission.

4.     To carry out its Catholic mission, the Debtor works closely with its 135

parishes.  Parishes play a central role in the lives of Catholics by administering key aspects of the

Catholic Faith, including:  baptism, education, communion, Mass, confirmation, marriage, and

bereavement, including last rites, funeral services and grief support.  None of the parishes are

debtors herein.  In addition, the Debtor supports separate charitable organizations to further its

pursuit of the Catholic mission to serve the poor, the hungry, those in need, and those that cannot

help themselves.  None of those entities are debtors herein.  The Debtor is also continuing its

outreach to comfort, educate, and enlighten the faithful, especially in these times of quarantine and

isolation due to COVID-19 protocols and precautions.

5.       Following the enactment in 2019 of the Child Victims Act ( the "**CVA**"),

which revived what had been time-barred claims, approximately 200 lawsuits have been brought

by abuse claimants against the Debtor.  In its effort to fairly and equitably address this tragic

legacy, the Debtor has undertaken a substantial effort to identify and marshal over 60 years of

insurance policies, including both primary and excess coverage, with the goal of securing a

valuable resource of the Debtor, its parishes, and its affiliates, so that it can be used for the care

and compensation of abuse survivors.  The Debtor has made such insurance policies and related

information, together with historical financial information for itself and its charitable, educational,

and service affiliates, available to counsel for the abuse claimants and the Debtor's insurers.

6.       Additional information regarding the Debtor, its mission and operations,

and the events and circumstances preceding the Petition Date is set forth in the Moore Declaration.

### Relief Requested

7.       By this Application, pursuant to 28 U.S.C. § 156(c), sections 503(b)(1)(A)

and 105(a) of the Bankruptcy Code, and Rule 5075-1 of the Local Bankruptcy Rules for the

Southern District of New York (the "**Local Rules**"), the Debtor requests entry of an order,

substantially in the form attached hereto, appointing Epiq Corporate Restructuring, LLC ("**Epiq**")

as claims and noticing agent ("**Claims and Noticing Agent**") in order to assume full responsibility

for the distribution of notices and the maintenance, processing, and docketing of proofs of claim

filed in the Debtor's chapter 11 case, effective *nunc pro tunc* to the Petition Date.  The Debtor's

selection of Epiq to act as Claims and Noticing Agent has satisfied the Court's *Protocol for the Employment of Claims and Noticing Agents under 28 U.S.C. § 156(c)* (the "**Claims Agent Protocol**"), in that the Debtor has obtained and reviewed engagement proposals from at least two (2) other court-approved claims and noticing agents to ensure selection through a competitive process. Moreover, the Debtor submits, based on all engagement proposals obtained and reviewed, that Epiq's rates are competitive and reasonable given Epiq's quality of services and expertise.

8.      The terms of Epiq's retention are set forth in that certain Standard Services Agreement dated September 8, 2020, between debtor and Epiq, annexed to the Order as **Exhibit 1** (the "**Services Agreement**"); provided, however, that the Debtor is seeking approval solely of the terms and provisions as set forth in this Application and the Order.

9.      The Debtor anticipates that there will be in excess of 500 entities to be noticed. In view of the number of anticipated notice parties and claimants, and the complexity of the Debtor's business, the Debtor submits that the appointment of a claims and noticing agent is both necessary and in the best interests of both the Debtor's estate and its creditors. By appointing Epiq as the Claims and Noticing Agent in this chapter 11 case, the distribution of notices and the processing of claims will be expedited, and the Office of the Clerk of the Bankruptcy Court (the "**Clerk**" and the "**Clerk's Office**") will be relieved of the administrative burden of processing what may be an overwhelming number of claims.

10.     In support of this Section 156(c) Application, the Debtor relies upon and incorporates by reference the *Declaration of Kathryn Tran in Support of Application of Debtor for Authorization to Retain and Employ Epiq Corporate Restructuring, LLC as Claims and Noticing Agent Nunc Pro Tunc to the Peition Date* (the "**Tran Declaration**"), annexed hereto as **Exhibit B**.

**Epiq's Qualifications**

11.      Epiq is one of the country's leading chapter 11 administrators, with experience in noticing, claims administration, solicitation, balloting, and facilitating other administrative aspects of chapter 11 cases.  Epiq has substantial experience in matters of this size and complexity, and has acted as the official notice and claims agent in many large bankruptcy cases pending in this District and other districts nationwide.  *See, e.g.*, *In re Tops Holding II Corporation, et al.,* Case No. 18-22279 (RDD) (Bankr. S.D.N.Y. Feb. 26, 2018); *In re Roust Corporation*, Case No. 16-23786 (RDD) (Bankr. S.D.N.Y. Jan. 10, 2017); *In re Atlas Resource Partners, L.P.*, Case No. 16-12149 (SHL) (Bankr. S.D.N.Y. Aug. 2, 2016); *In re China Fishery Group Ltd.*, Case No. 16-11895 (JLG) (Bankr. S.D.N.Y. May 24, 2017); *In re Nautilus Holdings Ltd.*, Case No. 14-22885 (RDD) (Bankr. S.D.N.Y. June 25, 2014); *In re LHI Liquidation Co. (f/k/a Loehmann's Holdings Inc.)*, Case No. 13-14050 (MG) (Bankr. S.D.N.Y. Dec. 17, 2013); *In re RDA Holding Co.*, Case No. 13-22233 (RDD) (Bankr. S.D.N.Y. Feb. 21, 2013); *In re HMX Acquisition Corp.*, Case No. 12-14300 (MEW) (Bankr. S.D.N.Y. Oct. 23, 2012); *In re K-V Discovery Solutions, Inc.*, Case No. 12-13346 (ALG) (Bankr. S.D.N.Y. Aug. 7, 2012); *In re Dewey & LeBoeuf LLP*, Case No. 12-12321 (MG) (Bankr. S.D.N.Y. May 29, 2012); *In re Hawker Beechcraft, Inc.*, Case No. 12-11873 (SMB) (Bankr. S.D.N.Y. May 4, 2012); *In re Dynegy Holdings, LLC*, Case No. 11-38111 (CGM) (Bankr. S.D.N.Y. Nov. 15, 2011); *In re 4Kids Entm't, Inc.*, Case No. 11-11607 (SCC) (Bankr. S.D.N.Y. Apr. 8, 2011); *In re Sbarro, Inc.*, Case No. 11-11527 (SCC) (Bankr. S.D.N.Y. Apr. 5, 2011); *In re St. Vincent's Catholic Med. Ctrs. of N.Y.*, Case No. 10-11963 (CGM) (Bankr. S.D.N.Y. Apr. 16, 2010); *In re Old Carco LLC (f/k/a Chrysler LLC)*, Case No. 09-50002 (SMB) (Bankr. S.D.N.Y. May 4, 2009); *In re Mark IV Indus., Inc.*, Case No. 09-12795 (SMB) (Bankr. S.D.N.Y. May 5, 2009); *In re Lyondell Chem. Co.*, Case No. 09-10023

(CGM) (Bankr. S.D.N.Y. Jan. 8, 2009); *In re Lehman Bros. Holdings Inc.*, Case No. 08-13555

(JMP) (Bankr. S.D.N.Y. Sept. 16, 2008); *In re Frontier Airlines Holdings, Inc.*, Case No. 08-11298

(RDD) (Bankr. S.D.N.Y. May 2, 2008).

12.    The Debtor submits that appointing Epiq as Claims and Noticing Agent in

this chapter 11 case will provide the most cost-effective and efficient administrative service.  The

Debtor believes that based on Epiq's experience, reputation, and the reasonableness of its fees,

Epiq is well qualified to serve as Claims and Noticing Agent and that such retention is in the best

interests of the Debtor's estate and its creditors.

### Scope of Services

13.    This Section 156(c) Application pertains only to the work to be performed

by Epiq under the Clerk's delegation of duties permitted by 28 U.S.C. § 156(c) and Local Rule

5075-1, and any work to be performed by Epiq outside of this scope is not covered by this Section

156(c) Application or by any Order granting approval hereof.  Specifically, Epiq will perform the

following tasks in its role as Claims and Noticing Agent (the "**Claims and Noticing Services**"),

as well as all quality control relating thereto:

    a.    Prepare and serve required notices and documents in this chapter 11 case in accordance with the Bankruptcy Code and the Bankruptcy Rules in the form and manner directed by the Debtor and/or the Court, including (i) notice of the commencement of this chapter 11 case and the initial meeting of creditors under section 341(a) of the Bankruptcy Code, (ii) notice of any claims bar date, (iii) notices of transfers of claims, (iv) notices of objections to claims and objections to transfers of claims, (v) notices of any hearings on a disclosure statement and confirmation of the Debtor's plan or plans of reorganization, including under Bankruptcy Rule 3017(d), (vi) notice of the effective date of any plan, and (vii) all other notices, orders, pleadings, publications, and other documents as the Debtor or Court may deem necessary or appropriate for an orderly administration of this chapter 11 case;

    b.    Maintain an official copy of the Debtor's schedules of assets and liabilities and statement of financial affairs (collectively, the "**Schedules**"), listing the Debtor's known creditors and the amounts owed thereto;

c.      Maintain (i) a list of all potential creditors, equity holders, and other parties in interest and (ii) a "core" mailing list consisting of all parties described in Bankruptcy Rules 2002(i), (j), and (k) and those parties that have filed a notice of appearance pursuant to Bankruptcy Rule 9010; update and make such lists available upon request by a party in interest or the Clerk;

d.      Furnish a notice to all potential creditors of the last date for the filing of proofs of claim and a form for the filing of a proof of claim, after such notice and form are approved by this Court, and notify said potential creditors of the existence, amount, and classification of their respective claims as set forth in the Schedules, which may be effected by inclusion of such information (or the lack thereof, in cases where the Schedules indicate no debt due to the subject party) on a customized proof of claim form provided to potential creditors;

e.      Maintain a post office box or address for the purpose of receiving claims and returned mail, and process all mail received;

f.      For all notices, motions, orders, or other pleadings or documents served, prepare and file or cause to be filed with the Clerk an affidavit or certificate of service within seven (7) business days of service which includes (i) either a copy of the notice served or the docket number(s) and title(s) of the pleading(s) served, (ii) a list of persons to whom it was mailed (in alphabetical order) with their addresses, (iii) the manner of service, and (iv) the date served;

g.      Process all proofs of claim received, including those received by the Clerk's Office, and check said processing for accuracy; maintain the original proofs of claim in a secure area;

h.      Maintain an electronic filing platform for purposes of filing proofs of claim;

i.      Maintain the official claims register for the Debtor (the "**Claims Register**") on behalf of the Clerk on a case specific website; upon the Clerk's request, provide the Clerk with a certified, duplicate unofficial Claims Register; and specify in the Claims Register the following information for each claim docketed: (i) the claim number assigned, (ii) the date received, (iii) the name and address of the claimant and agent, if applicable, who filed the claim, (iv) the amount asserted, (v) the asserted classification(s) of the claim (*e.g.*, secured, unsecured, priority, *etc.*), (vi) the applicable Debtor, and (vii) any disposition of the claim;

j.      Provide public access to the Claims Register, including complete proofs of claim with attachments, if any, without charge;

k.      Implement necessary security measures to ensure the completeness and integrity of the Claims Register and the safekeeping of the original claims;

l.      Record all transfers of claims and provide any notices of such transfers as required by Bankruptcy Rule 3001(e);

m.      Relocate, by messenger or overnight delivery, all of the court-filed proofs of claim to the offices of the Claims and Noticing Agent, not less than weekly;

n.      Upon completion of the docketing process for all claims received to date for each case, turn over to the Clerk copies of the Claims Register for the Clerk's review (upon the Clerk's request);

o.      Monitor the Court's docket for all notices of appearance, address changes, and claims-related pleadings and orders filed and make necessary notations on and/or changes to the Claims Register;

p.      Assist in the dissemination of information to the public and respond to requests for administrative information regarding the case as directed by the Debtor or the Court, including through the use of a case website and/or call center;

q.      If this chapter 11 case is converted to chapter 7, contact the Clerk's Office within three (3) days of the notice to Epiq of entry of the order converting the cases;

r.      Thirty (30) days prior to the close of this chapter 11 case, to the extent practicable, request that the Debtor submit to the Court a proposed order dismissing Epiq as Claims and Noticing Agent and terminating its services upon completion of its duties and responsibilities and upon the closing of these cases;

s.      Within seven (7) days of notice to Epiq of entry of an order closing this chapter 11 case, provide to the Court the final version of the Claims Register as of the date immediately before the close of the chapter 11 case; and

t.      At the close of this chapter 11 case, box and transport all original documents, in proper format, as provided by the Clerk's Office, to (i) the Federal Archives Record Administration, located at Central Plains Region, 200 Space Center Drive, Lee's Summit, MO 64064 or (ii) any other location requested by the Clerk's Office.

## **Professional Compensation**

14.      The Debtor respectfully requests that the undisputed fees and expenses incurred by Epiq in the performance of the Claims and Noticing Services be treated as administrative expenses of the Debtor's chapter 11 estate pursuant to 28 U.S.C. § 156(c) and

section 503(b)(1)(A) of the Bankruptcy Code and be paid in the ordinary course of business without further application to, or order of, the Court.  Epiq agrees to maintain records of all services showing dates, categories of services, fees charged, and expenses incurred, and to serve monthly invoices on the Debtor, the office of the United States Trustee, counsel for the Debtor, counsel for any official committee, if any, monitoring the expenses of the Debtor, and any party in interest who specifically requests service of the monthly invoices.  If any dispute arises relating to the Services Agreement or monthly invoices, the parties shall meet and confer in an attempt to resolve the dispute; if resolution is not achieved, the parties may seek resolution of the matter from the Court.

15.     As part of the overall compensation payable to Epiq under the terms of the Services Agreement, the Debtor has agreed to certain indemnification obligations.  The Services Agreement provides that the Debtor will indemnify, defend, and hold Epiq, its affiliates, parents, and each such entity's officers, members, directors, agents, representatives, managers, consultants, and employees harmless under certain circumstances specified in the Services Agreement, except in circumstances resulting solely from Epiq's gross negligence or willful misconduct or as otherwise provided in the Services Agreement.  Both the Debtor and Epiq believe that such provisions are customary, reasonable, and necessary to retain the services of a Claims and Noticing Agent in this chapter 11 case.

16.     Epiq shall have absolute or qualified immunity, as applicable, to the maximum extent permitted by law, for all services provided herein. Additionally, no action shall commence against Epiq or its Agents by any party for any claim relating to Epiq's provision of services provided herein or any act or omission of Epiq without first obtaining leave of the Court to proceed with such an action

17.    The Debtor has provided Epiq a retainer in the amount of $25,000.

**No Duplication of Services**

18.    The Debtor intends that Epiq's services will complement, and not duplicate, the services being rendered by other professionals retained in this chapter 11 case. Epiq understands that the Debtor has retained and may continue to retain professionals during the term of its engagement and will work cooperatively with such professionals to integrate the work conducted by the professionals on the Debtor's behalf.

**Epiq's Disinterestedness**

19.    Although the Debtor does not propose to employ Epiq under section 327 of the Bankruptcy Code pursuant to this Application (because such retention will be sought by separate application), Epiq has nevertheless reviewed its electronic database to determine whether it has any relationships with the parties in interest identified by the Debtor. To the best of the Debtor's knowledge, information, and belief, and except as disclosed in the Tran Declaration, Epiq has represented that it neither holds nor represents any interest materially adverse to the Debtor's estates.

20.    In connection with its retention as Claims and Noticing Agent, Epiq represents in the Tran Declaration, among other things, that:

a.    Epiq is not a creditor of the Debtor;

b.    Epiq will not consider itself employed by the United States government and shall not seek any compensation from the United States government in its capacity as Claims and Noticing Agent in this chapter 11 case;

c.    By accepting employment in this chapter 11 case, Epiq waives any rights to receive compensation from the United States government in connection with the Debtor's chapter 11 case;

d.    In its capacity as Claims and Noticing Agent in this chapter 11 case, Epiq will not be an agent of the United States and will not act on behalf of the United States;

e.       Epiq shall not employ any past or present employee of the Debtor in connection with its work as Claims and Noticing Agent in this chapter 11 case;

f.       Epiq is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code with respect to the matters upon which it is engaged;

g.       In its capacity as Claims and Noticing Agent, Epiq will not intentionally misrepresent any fact to any person;

h.       Epiq shall be under the supervision and control of the Clerk's Office with respect to the receipt and recordation of claims and claim transfers;

i.       Epiq will comply with all requests of the Clerk's Office and the guidelines promulgated by the Judicial Conference of the United States for the implementation of 28 U.S.C. § 156(c); and

j.       None of the services provided by Epiq as Claims and Noticing Agent in this chapter 11 case shall be at the expense of the Clerk's Office.

21.       Epiq will supplement its disclosure to the Court if any facts or circumstances are discovered that would require such additional disclosure.

## Relief Requested Should Be Granted

22.       Title 28 U.S.C. § 156(c), which governs the staffing and expenses of the Bankruptcy Court, authorizes the Court to use facilities other than those of the Clerk for the administration of chapter 11 cases, and provides as follows:

> Any court may utilize facilities or services, either on or off the court's premises, which pertain to the provision of notices, dockets, calendars, and other administrative information to parties in cases filed under the provisions of title 11, United States Code, where the costs of such facilities or services are paid for out of the assets of the estate and are not charged to the United States.

28 U.S.C. § 156(c).

23.       This Section 156(c) Application complies with the Claims Agent Protocol and conforms to the standard Section 156(c) Application in use in this Court. Specifically, the Debtor has solicited and reviewed engagement proposals from at least two (2) other Court-

approved claims and noticing agents to ensure selection through a competitive process. The Debtor submits that Epiq's rates are competitive and reasonable given Epiq's quality of services and expertise. The terms of Epiq's retention are set forth in the Services Agreement; provided, however, that to the extent there is any inconsistency between this Application, the Proposed Order, and the Services Agreement, the Proposed Order shall govern.

24.    Although the Debtor has not yet filed their schedules of assets and liabilities, it anticipates that it will be required to provide notices to and serve documents on more than 500 entities. Local Rule 5075-1(b) provides that "[i]n a case in which the number of creditors and equity security holders, in the aggregate, is 250 or more, the estate shall retain, subject to approval of the Court, a claims and noticing agent in accordance with the [Claims Agent Protocol]." In view of the number of anticipated claimants and the complexity of this chapter 11 case, the Debtor submits that the appointment of a claims and noticing agent is required by Local Rule 5075-1(b) and otherwise is in the best interests of the Debtor's estate and its creditors.

25.    The Court may also rely on its general equitable powers to grant the relief requested in this Application. Section 105(a) of the Bankruptcy Code empowers the Court to "issue any order, process or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a).

26.    The administration of this chapter 11 case will require Epiq to perform duties outside the scope of 28 U.S.C. § 156(c). The Debtor will seek, by separate application, authorization to retain and employ Epiq as administrative agent in this chapter 11 case pursuant to section 327(a) of the Bankruptcy Code.

### Notice

27.    The Debtor will provide notice of this Motion to: (a) the Office of the United States Trustee for Region 2; (b) the 35 law firms representing the largest number of holders

of CVA claims against the Debtor; (c) the Internal Revenue Service; (d) the Office of the Attorney General for the State of New York; (e) the United States Attorney's Office for the Southern District of New York; and (f) any party that has requested notice pursuant to Bankruptcy Rule 2002.  A copy of this Application and any order approving it will also be made available on the Debtor's Case Information Website located at https://dm.epiq11.com/RCDRockville.  The Debtor submits that, in light of the nature of the relief requested, no other or further notice need be given.

## No Previous Request

28.    No previous request for the relief sought herein has been made by the Debtor to this or any other Court.

WHEREFORE the Debtor respectfully requests entry of an order granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

Dated:  October 1, 2020
New York, New York

Respectfully submitted,

*/s/  Corinne Ball*
Corinne Ball
Todd Geremia
Benjamin Rosenblum
Benjamin Thomson
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Email:  cball@jonesday.com
          trgeremia@jonesday.com
          brosenblum@jonesday.com
          bthomson@jonesday.com

*Proposed Counsel for the Debtor and
Debtor-in-Possession*

## Exhibit A

**Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| | : |
| In re: | :     Chapter 11 |
| | : |
| THE ROMAN CATHOLIC DIOCESE OF | :     Case No. 20-12345 (SCC) |
| ROCKVILLE CENTRE, NEW YORK,[1] | : |
| | : |
|         Debtor. | : |
| | : |

### ORDER AUTHORIZING DEBTOR TO RETAIN
### AND EMPLOY EPIQ CORPORATE RESTRUCTURING, LLC AS CLAIMS
### AND NOTICING AGENT *NUNC PRO TUNC* TO THE PETITION DATE

Upon the application (the "**Application**")[2] of the Debtor, pursuant to 28 U.S.C. § 156(c),

sections 503(b)(1)(A) and 105(a) of title 11 of the United States Code (the "**Bankruptcy Code**"),

and Rule 5075-1 of the Local Bankruptcy Rules for the Southern District of New York for authority

to retain and employ Epiq Corporate Restructuring, LLC ("**Epiq**") as claims and noticing agent

("**Claims and Noticing Agent**") for the Debtor *nunc pro tunc* to the date of commencement of

this chapter 11 case in accordance with the terms and conditions set forth in that certain Standard

Services Agreement dated as of September 8, 2020, by and between the Debtor and Epiq, a copy

of which is annexed hereto as Exhibit 1, to, among other things, (i) distribute required notices to

parties in interest, (ii) receive, maintain, docket, and otherwise administer the proofs of claim filed

in the Debtor's chapter 11 case, and (iii) provide such other administrative services – as required

by the Debtor – that would fall within the purview of services to be provided by the Office of the

---

[1]     The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue P.O. Box 9023, Rockville Centre, NY 11571-9023.

[2]     Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Application.

Clerk of the Bankruptcy Court (the "**Clerk**" and the "**Clerk's Office**"), all as more fully set forth

in the Application; and upon the Declaration of Kathryn Tran submitted in support of the

Application (the "**Tran Declaration**"); and the Debtor having estimated that there are in excess of

500 creditors in this chapter 11 case, many of which are expected to file proofs of claim, and it

appearing that the receiving, docketing, and maintaining of proofs of claim would be unduly time

consuming and burdensome for the Clerk; and the Court being authorized under 28 U.S.C. § 156(c)

to utilize, at the Debtor's expense, outside agents and facilities to provide notices to parties in title

11 cases and to receive, docket, maintain, photocopy, and transmit proofs of claim; and the Court

being satisfied that Epiq has the capability and experience to provide such services and that Epiq

does not hold an interest adverse to the Debtor or the Debtor's estate respecting the matters upon

which it is to be engaged; and the Court having jurisdiction to consider the Application and the

relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order

of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Application

and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b); and venue being

proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the

Application having been provided to the Notice Parties, and it appearing that no other or further

notice need be provided; and the Court having reviewed the Application; and the Court having

reviewed the Application and held a hearing to consider the relief requested in the Application on

a final basis (the "**Hearing**"); and upon the Moore Declaration, filed contemporaneously with the

Application, and the record of the Hearing; and the Court having determined that the legal and

factual bases set forth in the Application and at the Hearing establish just cause for the relief

granted herein; and the Court having determined that the relief granted herein is in the best interests

of the Debtor, its estate, creditors and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor;

## IT IS HEREBY ORDERED THAT

1.      The Application is granted to the extent set forth herein.

2.      The Debtor is authorized to retain Epiq *nunc pro tunc* to the Petition Date as Claims and Noticing Agent under the terms of the Services Agreement, and Epiq is authorized and directed to perform noticing services and to receive, maintain, record, and otherwise administer the proofs of claim filed in this chapter 11 case, and all related tasks, all as described in the Application (the "**Claims and Noticing Services**").

3.      Epiq shall serve as the custodian of court records for this chapter 11 case and shall be designated as the authorized repository for all proofs of claim filed in this chapter 11 case and is authorized and directed to maintain an official claims register for the Debtor, to provide public access to every proof of claim unless otherwise ordered by the Court, and to provide the Clerk with a certified duplicate thereof upon the request of the Clerk.

4.      Epiq is authorized and directed to obtain a post office box or address for the receipt of proofs of claim for this chapter 11 case.

5.      Epiq is authorized to take such other action to comply with all duties set forth in the Application.

6.      The Debtor is authorized to compensate Epiq in accordance with the terms of the Services Agreement upon the receipt of reasonably detailed invoices setting forth the Claims and Noticing Services provided by Epiq and the rates charged for each, and to reimburse Epiq for all reasonable and necessary expenses it may incur, upon the presentation of appropriate

documentation, without the need for Epiq to file fee applications or otherwise seek Court approval for the compensation of its services and reimbursement of its expenses.

7.      Epiq shall maintain records of all services showing dates, categories of services, fees charged, and expenses incurred, and shall serve monthly invoices on the Debtor, the office of the United States Trustee, counsel for the Debtor, counsel for any official committee, if any, monitoring the expenses of the Debtor, and any party in interest who specifically requests service of the monthly invoices.

8.      The parties shall meet and confer in an attempt to resolve any dispute that may arise relating to the Services Agreement or monthly invoices, and the parties may seek resolution of the matter from the Court if resolution is not achieved.

9.      Pursuant to section 503(b)(1)(A) of the Bankruptcy Code, the fees and expenses of Epiq under this Order shall be an administrative expense of the Debtor's estate.

10.     Notwithstanding anything to the contrary in the Services Agreement, during this chapter 11 case, the limitation of liability contained in the Services Agreement shall be given no effect.

11.     Epiq shall have absolute or qualified immunity, as applicable, to the maximum extent permitted by law, for all services provided herein. Additionally, no action shall commence against Epiq or its Agents by any party for any claim relating to Epiq's provision of services provided herein or any act or omission of Epiq without first obtaining leave of the Court to proceed with such an action.

12.     The Debtor shall indemnify Epiq in accordance with the terms of the Services Agreement.

13.     All requests by Epiq for the payment of indemnification as set forth in the

Services Agreement shall be made by means of an application to the Court and shall be subject to

review by the Court to ensure that payment of such indemnity conforms to the terms of the Services

Agreement and is reasonable under the circumstances of the litigation or settlement in respect of

which indemnity is sought; provided, however, that in no event shall Epiq be indemnified in the

case of its own bad faith, self-dealing, breach of fiduciary duty (if any), gross negligence, or willful

misconduct.

14.     In the event that Epiq seeks reimbursement from the Debtor for attorneys'

fees and expenses in connection with the payment of an indemnity claim pursuant to the Services

Agreement, the invoices and supporting time records for the attorneys' fees and expenses shall be

included in Epiq's own applications, both interim and final, but determined by this Court after

notice and a hearing.

15.     In the event Epiq is unable to provide the Claims and Noticing Services set

out in this Order, Epiq will immediately notify the Clerk and Debtor's counsel and cause to have

all original proofs of claim and computer information turned over to another claims and noticing

agent with the advice and consent of the Clerk and Debtor's counsel.

16.     The Debtor may submit a separate retention application, pursuant to section

327 of the Bankruptcy Code and/or any applicable law, for work that is to be performed by Epiq

but is not specifically authorized by this Order.

17.     Epiq shall not cease providing claims processing services during this

chapter 11 case for any reason, including nonpayment, without an order of the Court.

18.     The Debtor and Epiq are authorized to take all action necessary to effectuate

the relief granted in this Order in accordance with the Application.

19.     Notwithstanding any term in the Services Agreement to the contrary, the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

20.     In the event of any inconsistency between the Services Agreement, the Application, and this Order, this Order shall govern.

Dated: _____, 2020
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

## **Exhibit 1**

**Services Agreement**



# EPIQ CORPORATE RESTRUCTURING

## STANDARD SERVICES AGREEMENT

This Standard Services Agreement is being entered into by and between the undersigned parties, referred to herein as "Epiq" and "Client" as of the Effective Date, as defined below.  In consideration of the premises herein contained and of other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree as follows:

## General Terms and Conditions

**1.   Services.**

In accordance with the charges, terms and conditions contained in this agreement and in the schedule(s) attached hereto (collectively, the "Agreement"), Epiq agrees to furnish Client with the services set forth on the Services Schedule hereto (the "Services") in connection with a corporate restructuring.  Services will be provided on an as needed basis and upon request or agreement of Client.  Charges for the Services will be based on the pricing schedule provided to Client hereto (the "Pricing Schedule").  The Pricing Schedule sets forth individual unit pricing for each of the Services provided by Epiq and represents a bona fide proposal for that Service.  Client may request separate Services or all of the Services reflected in the Pricing Schedule.

**2.   Term.**

This Agreement shall become effective on the date of its acceptance by both Epiq and Client; provided, however, Epiq acknowledges that Bankruptcy Court approval of its engagement may be required in order for Epiq to be engaged in a chapter 11 proceeding.  The Agreement shall remain in effect until terminated: (a) by Client, on thirty (30) days' prior written notice to Epiq and, to the extent Epiq has been retained by Bankruptcy Court order, entry of an order of the Bankruptcy Court discharging Epiq; or (b) by Epiq, on ninety (90) days' prior written notice to Client and, to the extent Epiq has been retained by Bankruptcy Court order, entry of an order of the Bankruptcy Court discharging Epiq.

**3.   Charges.**

3.1    For the Services and materials furnished by Epiq under this Agreement, Client shall pay the fees, charges and costs set forth in the Pricing Schedule subject to any previously agreed upon discount if applicable.  Epiq will bill Client monthly.  All invoices shall be due and payable upon receipt.

3.2    Epiq reserves the right to make reasonable increases to the unit prices, charges and professional service rates reflected in the Pricing Schedule on an annual basis effective January 2, 2021.  If such annual increases exceed 10% from the prior year's level, Epiq shall provide sixty (60) days' prior written notice to Client of such proposed increases.

1



3.3    Client agrees to pay Epiq for all materials necessary for performance of the Services under this Agreement (other than computer hardware and software) and any reasonable out of pocket expenses including, without limitation, transportation, long distance communications, printing, photocopying, fax, postage and related items.

3.4    Client shall pay or reimburse all taxes applicable to services performed under this Agreement and, specifically, taxes based on disbursements made on behalf of Client, notwithstanding how such taxes may be designated, levied or based.  This provision is intended to include sales, use and excise taxes, among other taxes, but is not intended to include personal property taxes or taxes based on net income of Epiq.

3.5    Client shall pay to Epiq any actual charges (including fees, costs and expenses as set forth in the Pricing Schedule) related to, arising out of or resulting from any Client error or omission.  Such charges may include, without limitation, print or copy re-runs, supplies, long distance phone calls, travel expenses and overtime expenses for work chargeable at the rates set forth on the Pricing Schedule.

3.6    In the event of termination pursuant to Section 2 hereof, Client shall be liable for all amounts then accrued and/or due and owing to Epiq under the Agreement.

3.7    To the extent permitted by applicable law, Epiq shall receive a retainer in the amount of $25,000 (the "Retainer") that may be held by Epiq as security for Client's payment obligations under the Agreement.  The Retainer is due upon execution of this Agreement.  Epiq shall be entitled to hold the Retainer until the termination of the Agreement.  Following termination of the Agreement, Epiq shall return to Client any amount of the Retainer that remains following application of the Retainer to the payment of unpaid invoices.

**4.  <u>Confidentiality.</u>**

Client data provided to Epiq during the term of this Agreement in connection with the Services ("<u>Client Data</u>") shall be maintained confidentially by Epiq in the same manner and to the same level as Epiq safeguards data relating to its own business; <u>provided</u>, <u>however</u>, that if Client Data is publicly available, was already in Epiq's possession or known to it, was required to be disclosed by law, was independently developed by Epiq without use or reference to any Client Data, or was rightfully obtained by Epiq from a third party, Epiq shall bear no responsibility for public disclosure of such data.  Client agrees that Epiq shall not be liable for damages or losses of any nature whatsoever arising out of the unauthorized acquisition or use of any Client Data or other Client materials provided to Epiq in the performance of this Agreement.



5. **Title to Property.**

Epiq reserves all property rights in and to all materials, concepts, creations, inventions, works of authorship, improvements, designs, innovations, ideas, discoveries, know-how, techniques, programs, systems and other information, including, without limitation, data processing programs, specifications, applications, processes, routines, sub-routines, procedural manuals and documentation furnished or developed by Epiq for itself or for use by Client (collectively, the "Property"). Charges paid by Client do not vest in Client any rights to the Property, it being expressly understood that the Property is made available to Client under this Agreement solely for Client's use during and in connection with each use of the Epiq equipment and services. Client agrees not to copy or permit others to copy any of the Property.

6. **Disposition of Data.**

6.1     Client is responsible for the accuracy of the programs and Client Data it provides or gives access to Epiq and for the output resulting from such data. Client shall initiate and maintain backup files that would allow Client to regenerate or duplicate all programs and Client Data which Client provides or gives access to Epiq. Client agrees, represents and warrants to Epiq that, prior to delivery of any Client Data to Epiq, it has full authority to deliver Client Data to Epiq. Client agrees, represents and warrants to Epiq that it has obtained binding consents, permits, licenses and approvals from all necessary persons, authorities or individuals, and has complied with all applicable policies, regulations and laws, required by Client, in order to allow Epiq to use all Client Data delivered to it in connection with its Services. Epiq shall not be liable for, and Client accepts full responsibility for, any liability or obligation with respect to Client Data prior to Epiq's receipt, including without limitation, any liability arising during the delivery of Client Data to Epiq.

6.2     Any Client Data, programs, storage media or other materials furnished by Client to Epiq in connection with this Agreement (collectively, the "Client Materials") may be retained by Epiq until the services provided pursuant to this Agreement are paid for in full, or until this Agreement is terminated with the services provided herein having been paid for in full. Client shall remain liable for all out of pocket charges incurred by Epiq under this Agreement as a result of any Client Materials maintained by Epiq. Epiq shall dispose of Client Materials in the manner requested by Client (except to the extent disposal may be prohibited by law). Client agrees to pay Epiq for reasonable expenses incurred as a result of the disposition of Client Materials. Epiq reserves the right to dispose of any Client Materials if this Agreement is terminated without Client's direction as to the return or disposal of Client Materials or Client has not paid all charges due to Epiq for a period of at least ninety (90) days; provided, however, Epiq shall provide Client with thirty (30) days' prior written notice of its intent to dispose of such data and media.

7. **Indemnification.**

Client shall indemnify, defend and hold Epiq, its affiliates, parent, and each such entity's officers, members, directors, agents, representatives, managers, consultants and employees (each an "Indemnified Person") harmless from and against any and all losses, claims, damages, liabilities, costs

3



(including, without limitation, costs of preparation and attorneys' fees) and expenses as incurred (collectively, "Losses"), to which any Indemnified Person may become subject or involved in any capacity arising out of or relating to this Agreement or Epiq's rendering of services pursuant hereto, regardless of whether any of such Indemnified Persons is a party thereto, other than Losses resulting solely from Epiq's actual fraud, gross negligence or willful misconduct.  Without limiting the generality of the foregoing, "Losses" includes any liabilities resulting from claims by third persons against any Indemnified Person.  Client and Epiq shall notify the other party in writing promptly of the commencement, institution, threat, or assertion of any claim, action or proceeding of which Client is aware with respect to the services provided by Epiq under this Agreement.  Such indemnity shall remain in full force and effect regardless of any investigation made by or on behalf of Client, and shall survive the termination of this Agreement until the expiration of all applicable statutes of limitation with respect to Epiq's liabilities.

## 8. Limitation of Liability

NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS AGREEMENT, THIS SECTION SHALL CONTROL.

(a) EACH PARTY AND ITS RESPECTIVE AGENTS SHALL NOT HAVE ANY OBLIGATION OR LIABILITY TO THE OTHER PARTY OR TO ANY THIRD PARTY (WHETHER IN TORT, EQUITY, CONTRACT, WARRANTY OR OTHERWISE AND NOTWITHSTANDING ANY FAULT, NEGLIGENCE, PRODUCT LIABILITY, OR STRICT LIABILITY IN ACCORDANCE WITH APPLICABLE LAW, RULE OR REGULATION) FOR ANY INDIRECT, GENERAL, PUNITIVE, INCIDENTAL, SPECIAL, OR CONSEQUENTIAL DAMAGES, INCLUDING BUT NOT LIMITED TO BUSINESS INTERRUPTION, LOST WAGES, BUSINESS OR PROFITS, OR LOSS OF DATA INCURRED BY CLIENT OR ANY OTHER PERSON, ARISING OUT OF RELATING TO THIS AGREEMENT, OR ANY USE, INABILITY TO USE OR RESULTS OF USE OF THE SERVICES OR SOFTWARE OR OTHERWISE, EVEN IF SUCH PARTY WAS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

(b) EPIQ SHALL NOT BE LIABLE TO CLIENT FOR ANY LOSSES REGARDLESS OF THEIR NATURE THAT ARE CAUSED BY OR RELATED TO A FORCE MAJEURE EVENT.

(c) THE TOTAL LIABILITY OF EACH PARTY AND ITS AGENTS TO THE OTHER PARTY OR TO ANY THIRD PARTY FOR ALL LOSSES ARISING OUT OF OR RELATING TO THIS AGREEMENT OR THE SERVICES SHALL NOT EXCEED THE TOTAL AMOUNT PAID BY THE CLIENT TO EPIQ FOR THE PARTICULAR SERVICES WHICH GAVE RISE TO THE LOSSES.



## 9.   Representations / Warranties.

Epiq makes no representations or warranties, express or implied, including, without limitation, any implied or express warranty of merchantability, suitability, fitness or adequacy for a particular purpose or use, quality, productiveness or capacity.

## 10. Confidential On-Line Workspace

Upon request of Client, Epiq shall be authorized to: (a) establish a confidential on-line workspace with an outside vendor in connection with the provision of its services to Client pursuant to this Agreement; and (b) with the consent of Client and/or its designees, publish documents and other information to such confidential workspace.  By publishing documents and other information to this confidential workspace in accordance with the foregoing, Epiq shall not be considered in violation of any of the provisions of this Agreement, including, but not limited to, Section 4 (Confidentiality).

## 11.  General

11.1   No waiver, alteration, amendment or modification of any of the provisions of this Agreement shall be binding upon either party unless signed in writing by a duly authorized representative of both parties.

11.2   This Agreement may not be assigned by Client without the express written consent of Epiq, which consent shall not be unreasonably withheld.  The services provided under this Agreement are for the sole benefit and use of Client, and shall not be made available to any other persons.

11.3   This Agreement shall be governed by the laws of the State of New York, without regard to that state's provisions for choice of law.  Client and Epiq agree that any controversy or claim arising out of or relating to this Agreement or the alleged breach thereof shall be settled by mandatory, final and binding arbitration before the American Arbitration Association in New York, New York and such arbitration shall comply with and be governed by the rules of the American Arbitration Association, provided that each party may seek interim relief in court as it deems necessary to protect its confidential information and intellectual property rights.  Any arbitration award rendered pursuant to this provision shall be enforceable worldwide.

11.4   The parties hereto agree that this Agreement is the complete and exclusive statement of the agreement between the parties which supersedes all proposals or prior agreements, oral or written, and all other communications between the parties relating to the subject matter of this Agreement.

11.5   Client will use its best efforts to cooperate with Epiq at Client's facilities if any portion of the Services requires its physical presence thereon.

11.6   In no event shall Epiq's Services constitute or contain legal advice or opinion, and neither Epiq nor its personnel shall be deemed to practice law hereunder.



11.7    Except for Client's obligation to pay fees, expenses and charges hereunder when due, neither party shall be in default or otherwise liable for any delay in or failure of its performance under this Agreement to the extent such delay or failure arises by reason of any act of God, any governmental requirement, act of terrorism, riots, epidemics, flood, strike, lock-out, industrial or transportational disturbance, fire, lack of materials, war, event of force majeure, or other acts beyond the reasonable control of a performing party.

11.8    This Agreement may be executed in counterparts, each of which shall be deemed to be an original, but all of which shall constitute one and the same agreement.

11.9    All clauses and covenants in this Agreement are severable; in the event any or part of them are held invalid or unenforceable by any court, such clauses or covenants shall be valid and enforced to the fullest extent available, and this Agreement will be interpreted as if such invalid or unenforceable clauses or covenants were not contained herein.  The parties are independent contractors and, except as expressly stated herein, neither party shall have any rights, power or authority to act or create an obligation on behalf of the other party.



11.10   Notices to be given or submitted by either party to the other, pursuant to this Agreement, shall be sufficiently given or made if given or made in writing and sent by hand delivery, overnight or certified mail, postage prepaid, and addressed as follows:

<u>If to Epiq</u>:

        Epiq Corporate Restructuring, LLC
        777 Third Avenue, 12th Floor
        New York, New York 10017
        Attn:  Robert A. Hopen

<u>If to Client</u>:

        The Roman Catholic Diocese of Rockville Centre, New York
        50 North Park Avenue
        P.O. Box 9023
        Rockville Centre, NY 11571-9023
        Attn: Thomas Renker

<u>With a copy to</u>:

        Jones Day
        250 Vesey Street
        New York, NY 10281
        Attn: Corinne Ball, Esq.

11.11 Invoices sent to Client should be delivered to the following address:

        The Roman Catholic Diocese of Rockville Centre, New York
        50 North Park Avenue
        P.O. Box 9023
        Rockville Centre, NY 11571-9023
        Attn: Thomas Renker

    Email:        trenker@drvc.org

11.12   The "Effective Date" of this Agreement is September 8, 2020.

7



IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

**EPIQ CORPORATE RESTRUCTURING, LLC**

Name:  Robert A. Hopen
Title:    President


**THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK**

By:
Name:  Thomas Renker
Title:    Chief Operating Officer and General Counsel

8



# SERVICES SCHEDULE

## SCHEDULES/STATEMENT PREPARATION

➢ Assist the Debtors with administrative tasks in the preparation of their bankruptcy Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements"), including (as needed):

- Coordinate with the Client and its advisors regarding the Schedules and Statements process, requirements, timelines and deliverables.
- Create and maintain databases for maintenance and formatting of Schedules and Statements data.
- Coordinate collection of data from Client and advisors.
- Provide data entry and quality assurance assistance regarding Schedules and Statements, including, specifically, the creation of Schedule G.

## CLAIMS MANAGEMENT

➢ Maintain copies of all proofs of claim and proofs of interest filed (in hard copy and electronic form).

➢ Provide a secure on-line tool through which creditors can file proofs of claim and related documentation, eliminating costly manual intake, processing and data entry of paper claims and ensuring maximum efficiency in the claim-filing process.

➢ Create and maintain electronic databases for creditor/party in interest information provided by the debtor (e.g., creditor matrix and Schedules of Statements of Assets and Liabilities) and creditors/parties in interest (e.g., proof of claim/interests).

➢ Process all proof of claim/interest submitted.

➢ Provide access to the public for examination of copies of the proofs of claim or interest without charge during regular business hours.

➢ Maintain official claims registers, including, among other things, the following information for each proof of claim or proof of interest:

- Name and address of the claimant and any agent thereof, if the proof of claim or proof of interest was filed by an agent;
- Date received;
- Claim number assigned; and
- Asserted amount and classification of the claim.



➢ Create and maintain a website with general case information, key documents, claim search function, and mirror of ECF case docket.

➢ Transmit to the Clerk's office a copy of the claims registers on a monthly basis, unless requested by the Clerk's office on a more or less frequent basis or, in the alternative, make available the claims register on-line.

➢ Implement necessary security measures to ensure the completeness and integrity of the claims registers.

➢ Record all transfers of claims pursuant to Bankruptcy Rule 3001(e) and provide notice of such transfers as required by Bankruptcy Rule 3001(e).

➢ Maintain an up-to-date mailing list for all entities that have filed a proof of claim, proof of interest or notice of appearance, which list shall be available upon request of a party in interest or the Clerk's office.

## NOTICING

➢ Prepare and serve required notices in this chapter 11 case, including:

- Notice of the commencement of the chapter 11 case and the initial meeting of creditors under section 341(a) of the Bankruptcy Code;

- Notice of any auction sale hearing;

- Notice of the claims bar date;

- Notice of objection to claims;

- Notice of any hearings on a disclosure statement and confirmation of the plan of reorganization; and

- Other miscellaneous notices to any entities, as the debtor or the Court may deem necessary or appropriate for an orderly administration of this chapter 11 case.

➢ After service of a particular notice - whether by regular mail, overnight or hand delivery, email or facsimile service - file with the Clerk's office an affidavit of service that includes a copy of the notice involved, a list of persons to whom the notice was mailed and the date and manner of mailing.

➢ Update claim database to reflect undeliverable or changed addresses.



➢ Coordinate publication of certain notices in periodicals and other media.

➢ Distribute Claim Acknowledgement Cards to creditor having filed a proof of claim/interest.

## BALLOTING/TABULATION

➢ Provide balloting services in connection with the solicitation process for any chapter 11 plan for which a disclosure statement has been approved by the court, including (as needed):

- Consult with Client and its counsel regarding timing issues, voting and tabulation procedures, and documents needed for the vote.

- Review of voting-related sections of the voting procedures motion, disclosure statement and ballots for procedural and timing issues.

- Assist in obtaining information regarding members of voting classes, including lists of holders of bonds from DTC and other entities (and, if needed, assist Client in requesting these listings).

- Coordinate distribution of solicitation documents.

- Respond to requests for documents from parties in interest, including brokerage firm and bank back-offices and institutional holders.

- Respond to telephone inquiries from lenders, bondholders and nominees regarding the disclosure statement and the voting procedures.

- Receive and examine all ballots and master ballots cast by voting parties. Date- stamp the originals of all such ballots and master ballots upon receipt.

- Tabulate all ballots and master ballots received prior to the voting deadline in accordance with established procedures, and prepare a certification for filing with the court.

Undertake such other duties as may be requested by the Client.

## CALL CENTER

➢ Provide state-of-the-art Call Center facility and services, including (as needed):

- Create frequently asked questions, call scripts, escalation procedures and call log formats.
- Record automated messaging.
- Train Call Center staff.
- Maintain and transmit call log to Client and advisors.

11



## <u>MISCELLANEOUS</u>

➢ Provide such other claims processing, noticing and related administrative services as may be requested from time to time by the Client.

➢ Promptly comply with such further conditions and requirements as the Court may at any time prescribe.

➢ Comply with applicable federal, state, municipal, and local statutes, ordinances, rules, regulations, orders and other requirements.

➢ Provide temporary employees to the Clerk's Office to process claims, as necessary.



# PRICING SCHEDULE

## CLAIM ADMINISTRATION HOURLY RATES

| Title | Rates |
|---|---|
| Clerical/Administrative Support | $35.00 – $55.00 |
| IT / Programming | $65.00 – $85.00 |
| Case Managers | $85.00 – $165.00 |
| Consultants/ Directors/Vice Presidents | $165.00 – $195.00 |
| Solicitation Consultant | $195.00 |
| Executive Vice President, Solicitation | $215.00 |
| Executives | No Charge |

## CLAIMS AND NOTICING RATES[1]

| | |
|---|---|
| Printing | $0.10 per image |
| Personalization / Labels | WAIVED |
| Envelopes | VARIES BY SIZE |
| Postage / Overnight Delivery | AT COST AT PREFERRED RATES |
| E-Mail Noticing | WAIVED FOR MSL[*] |
| Fax Noticing | $0.05 per page |
| Claim Acknowledgement Letter | $0.05 per letter |
| Publication Noticing | Quoted at time of request |

## DATA MANAGEMENT RATES

| | |
|---|---|
| Data Storage, Maintenance and Security | $0.10 per record/month |
| Electronic Imaging | $0.10 per image; no monthly storage charge |
| Website Hosting Fee | NO CHARGE |
| CD- ROM (Mass Document Storage) | Quoted at time of request |

## ON-LINE CLAIM FILING SERVICES

| | |
|---|---|
| On-Line Claim Filing | NO CHARGE |

---

[1]    Noticing via overnight delivery after traditional overnight drop-off times (e.g., 9:00 p.m. in NYC) may result in additional print charges.

*Quoted at time of request for high volume blasts to all creditors



## <u>CALL CENTER RATES</u>

| | |
|---|---|
| Standard Call Center Setup | NO CHARGE |
| Call Center Operator | $55 per hour |
| Voice Recorded Message | $0.34 per minute |

## <u>OTHER SERVICES RATES</u>

| | |
|---|---|
| Custom Software, Workflow and Review Resources | Quoted at time of request |
| Escrow Services | Competitive interest rates |
| eDiscovery | Quoted at time of request, bundled pricing available |
| Virtual Data Room -- Confidential On-Line Workspace | Quoted at time of request |
| Disbursements -- Check and/or Form 1099 | Quoted at time of request |
| Disbursements -- Record to Transfer Agent | Quoted at time of request |

**<u>Exhibit B</u>**

**Tran Declaration**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| : | |
| In re: | : | Chapter 11 |
| : | |
| THE ROMAN CATHOLIC DIOCESE OF | : | Case No. 20-12345 (SCC) |
| ROCKVILLE CENTRE, NEW YORK,[1] | : | |
| : | |
| Debtor. | : | |

**DECLARATION OF KATHRYN TRAN IN SUPPORT OF APPLICATION
OF DEBTOR FOR AUTHORIZATION TO RETAIN AND
EMPLOY EPIQ CORPORATE RESTRUCTURING, LLC AS CLAIMS
AND NOTICING AGENT *NUNC PRO TUNC* TO THE PETITION DATE**

I, Kathryn Tran, make this declaration under 28 U.S.C. § 1746:

1.      I am a Consulting Director of Epiq Corporate Restructuring, LLC ("**Epiq**").
The matters set forth herein are made of my own personal knowledge and, if called and sworn as
a witness, I could and would testify competently thereto.[2]

2.      This Declaration is made in support of the Debtor's application
(the "**Application**")[3] for an order pursuant to section 156(c) of title 28 of the United States Code,
sections 503(b)(1)(A) and 105(a) of title 11 of the United States Code (the "**Bankruptcy Code**"),
and Rule 5075-1 of the Local Bankruptcy Rules for the Southern District of New York, authorizing
the employment and retention of Epiq as claims and noticing agent ("**Claims and Noticing**

---

[1]    The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four
digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue P.O.
Box 9023, Rockville Centre, NY 11571-9423.

[2]    Certain of the disclosures herein relate to matters within the knowledge of other professionals at Epiq and are
based on information provided by them.

[3]    Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such
terms in the Application.

**Agent**") *nunc pro tunc* to the date of commencement of the Debtor's chapter 11 case in accordance with the terms and conditions set forth in that certain Standard Services Agreement dated as of September 8, 2020, by and between Debtor and Epiq (the "**Services Agreement**").  A proposed form of order granting the relief requested in the Application (the "**Proposed Order**") is annexed thereto as **Exhibit A**.  The Services Agreement is annexed to the Proposed Order as **Exhibit 1**.

3.       As agent and custodian of the Court records pursuant to 28 U.S.C. § 156(c), Epiq will perform, at the request of the Office of the Clerk of the Bankruptcy Court (the "**Clerk**" and the "**Clerk's Office**"), the noticing- and claims-related services specified in the Application and the Services Agreement.  In addition, at the Debtor's request, Epiq will perform such other noticing, claims, administrative, technical, and support services specified in the Application and the Services Agreement.

4.       Epiq is one of the country's leading chapter 11 administrators, with experience in noticing, claims administration, solicitation, balloting, and facilitating other administrative aspects of chapter 11 cases.  Epiq has substantial experience in matters of this size and complexity, and has acted as the official notice and claims agent in many large bankruptcy cases pending in this District and other districts nationwide.  *See, e.g.*, *In re Tops Holding II Corporation, et al.,* Case No. 18-22279 (RDD) (Bankr. S.D.N.Y. Feb. 26, 2018); *In re Roust Corporation*, Case No. 16-23786 (RDD) (Bankr. S.D.N.Y. Jan. 10, 2017); *In re Atlas Resource Partners, L.P.*, Case No. 16-12149 (SHL) (Bankr. S.D.N.Y. Aug. 2, 2016); *In re China Fishery Group Ltd.*, Case No. 16-11895 (JLG) (Bankr. S.D.N.Y. May 24, 2017); *In re Nautilus Holdings Ltd.*, Case No. 14-22885 (RDD) (Bankr. S.D.N.Y. June 25, 2014); *In re LHI Liquidation Co. (f/k/a Loehmann's Holdings Inc.)*, Case No. 13-14050 (MG) (Bankr. S.D.N.Y. Dec. 17, 2013); *In re RDA Holding Co.*, Case No. 13-22233 (RDD) (Bankr. S.D.N.Y. Feb. 21, 2013); *In re HMX*

*Acquisition Corp.*, Case No. 12-14300 (MEW) (Bankr. S.D.N.Y. Oct. 23, 2012); *In re K-V*

*Discovery Solutions, Inc.*, Case No. 12-13346 (ALG) (Bankr. S.D.N.Y. Aug. 7, 2012); *In re Dewey*

*& LeBoeuf LLP*, Case No. 12-12321 (MG) (Bankr. S.D.N.Y. May 29, 2012); *In re Hawker*

*Beechcraft, Inc.*, Case No. 12-11873 (SMB) (Bankr. S.D.N.Y. May 4, 2012); *In re Dynegy*

*Holdings, LLC*, Case No. 11-38111 (CGM) (Bankr. S.D.N.Y. Nov. 15, 2011); *In re 4Kids Entm't,*

*Inc.*, Case No. 11-11607 (SCC) (Bankr. S.D.N.Y. Apr. 8, 2011); *In re Sbarro, Inc.*, Case No. 11-

11527 (SCC) (Bankr. S.D.N.Y. Apr. 5, 2011); *In re St. Vincent's Catholic Med. Ctrs. of N.Y.*, Case

No. 10-11963 (CGM) (Bankr. S.D.N.Y. Apr. 16, 2010); *In re Old Carco LLC (f/k/a Chrysler LLC)*,

Case No. 09-50002 (SMB) (Bankr. S.D.N.Y. May 4, 2009); *In re Mark IV Indus., Inc.*, Case No.

09-12795 (SMB) (Bankr. S.D.N.Y. May 5, 2009); *In re Lyondell Chem. Co.*, Case No. 09-10023

(CGM) (Bankr. S.D.N.Y. Jan. 8, 2009); *In re Lehman Bros. Holdings Inc.*, Case No. 08-13555

(JMP) (Bankr. S.D.N.Y. Sept. 16, 2008); *In re Frontier Airlines Holdings, Inc.*, Case No. 08-11298

(RDD) (Bankr. S.D.N.Y. May 2, 2008).

5.     Epiq represents, among other things, the following:

a.     Epiq is not a creditor of the Debtor;

b.     Epiq will not consider itself employed by the United States government and shall not seek any compensation from the United States government in its capacity as Claims and Noticing Agent in this chapter 11 case;

c.     By accepting employment in this chapter 11 case, Epiq waives any rights to receive compensation from the United States government in connection with the Debtor's chapter 11 case;

d.     In its capacity as Claims and Noticing Agent in this chapter 11 case, Epiq will not be an agent of the United States and will not act on behalf of the United States;

e.     Epiq shall not employ any past or present employee of the Debtor in connection with its work as Claims and Noticing Agent in this chapter 11 case;

f.      In its capacity as Claims and Noticing Agent, Epiq will not intentionally misrepresent any fact to any person;

g.      Epiq shall be under the supervision and control of the Clerk's Office with respect to the receipt and recordation of claims and claim transfers;

h.      None of the services provided by Epiq as Claims and Noticing Agent in this chapter 11 case shall be at the expense of the Clerk's Office.

6.      To the best of my knowledge, and based solely upon information provided to me by the Debtor, and except as provided herein, neither Epiq, nor any employee thereof, has any materially adverse connection to the Debtor, its creditors, or other relevant parties.  Epiq may have relationships with certain of the Debtor's creditors as vendors or in connection with cases in which Epiq serves or has served in a neutral capacity as noticing, claims, and balloting agent for another chapter 11 debtor. Given Epiq's neutral position as the claims and noticing agent in the Debtor's case, or any other cases, Epiq does not view such relationships as real or potential conflicts.

7.      Epiq conducted a review, completed under my supervision, of the identified potential parties in interest (the "**Potential Parties in Interest**") in this chapter 11 case based on a query of an internal client database containing names of individuals and entities that are present or recent clients of Epiq.  The list of Potential Parties in Interest was provided by the Debtor and is annexed hereto as **Schedule 1**.  To the best of my knowledge, and based solely upon information provided to me by the Debtor, Epiq does not have any materially adverse connection to the Debtor, their creditors or other relevant parties, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.  To the extent that Epiq's conflicts check has revealed that certain Potential Parties in Interest were connected to Epiq, these parties have been identified on a list annexed hereto as **Schedule 2** (the "**Client Match List**").  To

the best of my knowledge, any such connections between Epiq and any parties on the Client Match List is completely unrelated to this Debtor.

8.    In addition, Epiq personnel may have relationships with some of the Debtor's creditors or other parties in interest.  However, to the best of my knowledge, such relationships, to the extent they exist, are of a personal nature and completely unrelated to this chapter 11 case.  Epiq has and will continue to represent clients in matters unrelated to this chapter 11 case.  In addition, Epiq has had and will continue to have relationships in the ordinary course of its business with certain vendors, professionals, and other parties in interest that may be involved in the Debtor's cases in matters unrelated to these cases.  Epiq may also provide professional services to entities or persons that may be creditors or parties in interest in this chapter 11 case, which services do not directly relate to, or have any direct connection with, this chapter 11 case of the Debtor.  To the best of my knowledge, neither Epiq, nor any employees thereof, represent any interest materially adverse to the Debtor's estate with respect to any matter upon which Epiq is to be engaged.  Based on the foregoing, I believe that Epiq is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code.

9.    Epiq shares a corporate parent with certain companies that provide integrated technology products and services to the legal profession for electronic discovery, class action settlements, financial transactions, chapter 7 and 13 bankruptcy, litigation, and regulatory compliance.  Given the legal and operational separateness of Epiq from its affiliates and the administrative nature of the services performed by such companies, Epiq does not believe that a conflict would arise solely from any relationship or claim of an Epiq affiliate or its corporate parent.

10.     Should Epiq discover any new relevant facts or relationships bearing on the matters described herein during the period of its retention, Epiq will use reasonable efforts to promptly file a supplemental affidavit.

11.     In performing the services of Claims and Noticing Agent, Epiq will charge the Debtor the rates set forth in the Services Agreement.

12.     Epiq will comply with all requests of the Clerk's Office and the guidelines promulgated by the Judicial Conference of the United States for the implementation of 28 U.S.C. § 156(c).

13.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.


Dated: Orange, California
       October 1, 2020


                              */s/  Kathryn Tran*
                              Kathryn Tran
                              Consulting Director
                              Epiq Corporate Restructuring, LLC

**Schedule 1**

**Potential Parties in Interest**

**The Debtor**

The Roman Catholic Diocese of Rockville Centre,
   New York

**Affiliates and Related Parties**

Assumption of the BVM, Centereach
Blessed Sacrament, Valley Stream
Cathedral of St. Agnes
Catholic Cemeteries of the Roman Catholic
Diocese of Rockville Centre, Inc.
Catholic Charities of the Diocese of Rockville
   Centre

Catholic Faith Network
Catholic Foundation of Long Island, Inc.
Catholic Health Services
Catholic Press Association of the Diocese of
   Rockville Centre, Inc.
Central Vicariate Office
Christ the King, Commack
Church of Our Lady of Lourdes
Church of Our Lady of the Snow
Church of Our Lady of Victory
Church of St. Anthony of Padua
Church of St. Edward the Confessor
Church of St. Huge of Lincoln
Church of St. Mary
Church of St. Mary of the Isle
Church of St. Peter the Apostle
Church of St. Raphael
Church of St. William the Abbot
Church of the Holy Cross
Church of the Immaculate Conception
Cleary School for the Deaf
Corpus Christi, Mineola
Curé of Ars, Merrick
Diocesan Services, Inc.
Diocese of Rockville Centre Catholic Cemetery
   Permanent Maintenance Trust
Diocese of Rockville Centre Health Care and
   Other Assistance Plan for Retired and
   Disabled Diocesan Priests
Diocese of Rockville Centre Qualified Retirement
   Plan
Diocese of Rockville Centre Lay Pension Plan
Eastern Vicariate
Ecclesia Assurance Company
Good Shepherd, Holbrook
Holy Angels Regional School
Holy Cross, Nesconset
Holy Family School
Holy Family, Hicksville

Holy Name of Jesus, Woodbury
Holy Name of Mary School
Holy Name of Mary, Valley Stream
Holy Spirit, New Hyde Park
Holy Trinity Diocesan High School
Holy Trinity High School
Immaculate Conception, Westhampton Beach
Infant Jesus, Port Jefferson
Long Beach Catholic Regional School
Maria Regina School
Maria Regina, Seaford
Mary Immaculate, Bellport
Mission Assistance Corporation
Most Holy Trinity, East Hampton
Notre Dame School
Notre Dame, New Hyde Park
Our Holy Redeemer, Freeport
Our Lady Miraculous Medal, Point Lookout
Our Lady Miraculous Medal, Wyandanch
Our Lady of Fatima, Manorhaven
Our Lady of Good Counsel, Inwood
Our Lady of Grace, West Babylon
Our Lady of Hope, Carle Place
Our Lady of Loretto, Hempstead
Our Lady of Lourdes School
Our Lady of Lourdes, Malverne
Our Lady of Lourdes, Massapequa Park
Our Lady of Lourdes, West Islip
Our Lady of Mercy, Hicksville
Our Lady of Mount Carmel, Patchogue
Our Lady of Ostrabrama, Cutchogue
Our Lady of Peace School
Our Lady of Peace, Lynbrook
Our Lady of Perpetual Help, Lindenhurst
Our Lady of Poland, Southampton
Our Lady of Providence Regional School
Our Lady of the Assumption, Copiague
Our Lady of the Hamptons Regional School
Our Lady of the Isle, Shelter Island Heights
Our Lady of the Snow, Blue Point
Our Lady of Victory School
Our Lady of Victory, Floral Park
Our Lady Queen of Apostles Regional School
Our Lady Queen of Martyrs, Centerport
Queen Most Holy Rosary, Bridgehampton
Queen of the Most Holy Rosary, Roosevelt
Resurrection, Farmingville
Sacred Heart, Cutchogue
Sacred Heart, Island Park
Sacred Heart, North Merrick
Sacred Hearts of Jesus & Mary, Southampton
Seminary of the Immaculate Conception of the
   Diocese of Rockville Centre

Society for the Propagation of the Faith
Ss. Cyril & Methodius School
SS. Cyril & Methodius, Deer Park
SS. Peter & Paul, Manorville
Ss. Philip & James School
SS. Philip & James, St. James
St John the Baptist High School
St. Agnes Cathedral School
St. Agnes, Greenport
St. Agnes, Rockville Centre
St. Aidan School
St. Aidan, Williston Park
St. Aloysius, Great Neck
St. Andrew, Sag Harbor
St. Anne School
St. Anne, Brentwood
St. Anne, Garden City
St. Anthony of Padua, Rocky Point
St. Anthony, Oceanside
St. Barnabas the Apostle, Bellmore
St. Bernard, Levittown
St. Boniface Martyr, Sea Cliff
St. Boniface, Elmont
St. Brigid, Westbury
St. Brigid/Our Lady of Hope Regional School
St. Catherine of Sienna, Franklin Square
St. Christopher School
St. Christopher, Baldwin
St. Dominic Elementary School
St. Dominic, Oyster Bay
St. Edward the Confessor School
St. Edward the Confessor, Syosset
St. Elizabeth Ann Seton Regional School
St. Elizabeth Ann Seton, L. Ronkonkoma
St. Elizabeth, Melville
St. Frances Cabrini, Coram
St. Frances de Chantal, Wantagh
St. Francis de Sales, Patchogue
St. Francis of Assisi, Greenlawn
St. Gerard Majella, Port Jefferson Station
St. Gertrude, Bayville
St. Hedwig, Floral Park
St. Hugh of Lincoln, Huntington Station
St. Hyacinth, Glen Head
St. Ignatius Loyola, Hicksville
St. Ignatius Martyr, Long Beach
St. Isidore, Riverhead
St. James, Seaford
St. James, Setauket
St. Joachim, Cedarhurst
St. John Chrysostom, Hempstead
St. John Nepomucene, Bohemia
St. John of God, Central Islip

St. John Paul II Regional School
St. John the Baptist Diocesan High School
St. John the Baptist, Wading River
St. John the Evangelist, Center Moriches
St. John the Evangelist, Riverhead
St. Joseph School
St. Joseph the Worker, East Patchogue
St. Joseph, Babylon
St. Joseph, Garden City
St. Joseph, Hewlett
St. Joseph, Kings Park
St. Joseph, Ronkonkoma
St. Jude, Mastic Beach
St. Kilian, Farmingdale
St. Ladislaus, Hempstead
St. Lawrence the Martyr, Sayville
St. Louis de Montfort, Sound Beach
St. Luke, Brentwood
St. Margaret of Scotland, Selden
St. Mark, Shoreham
St. Martha, Uniondale
St. Martin of Tours School
St. Martin of Tours, Amityville
St. Martin of Tours, Bethpage
St. Mary Elementary School
St. Mary of the Isle, Long Beach
St. Mary School
St. Mary, East Islip
St. Mary, Manhasset
St. Mary, Roslyn
St. Matthew, Dix Hills
St. Patrick School - Bay Shore
St. Patrick School - Huntington
St. Patrick School - Smithtown
St. Patrick, Bay Shore
St. Patrick, Glen Cove
St. Patrick, Huntington
St. Patrick, Southold
St. Paul the Apostle, Brookville
St. Peter of Alcantara, Port Washington
St. Peter the Apostle, Islip Terrace
St. Philip Neri, Northport
St. Pius X, Plainview
St. Raphael, East Meadow
St. Raymond School
St. Raymond, East Rockaway
St. Rocco, Glen Cove
St. Rosalie, Hampton Bays
St. Rose of Lima School
St. Rose of Lima, Massapequa
St. Sylvester, Medford

St. Therese of Lisieux, Montauk
St. Thomas More, Hauppauge

St. Thomas the Apostle School
St. Thomas the Apostle, West Hempstead
St. Vincent de Paul, Elmont
St. William the Abbot School
St. William the Abbot, Seaford
St. Anthony of Padua, East Northport
The Department of Education
The Department of Education, Diocese of
    Rockville Centre
Tomorrow's Hope Foundation, Inc.
Trinity Regional School
Unitas Investment Fund, Inc.
Western Vicariate

**Directors and Officers**

Most Rev. John O. Barres
Rev. Eric Fasano
Rev. John McCartney
Sr. Maryanne Fitzgerald, SC
Thomas Doodian
Thomas Renker
William G. Chapin

**Significant Donors**

Catholic Health Services
Mr. & Mrs. Eugene Murphy
The Project for Life, INC.
Sebonack Foundation
Daniel Stephen Hamilton

**Banks**

JP Morgan Chase Bank, N.A.
M&T Bank Corporation
Signature Bank
Suffolk Country National Bank
TD Bank, a/k/a Toronto Dominion Bank
Vanguard

**Major Insurers**

Agricultural Insurance Company
AIU Insurance Company
Allianz International
Allianz International Insurance Co. Ltd.
Allianz Underwriters Insurance Company
American Alternative Insurance Corporation
American Zurich Insurance Company
Ancon Ins. Co. (UK) Ltd.
Arthur J. Gallagher & Co.
Arthur J. Gallagher & Co. (Illinois)
Assicurazioni Generali T.S.

Associated Int.
Bellefonte Insurance Co.
British National Insurance Co. Ltd.
British National Life Ins. Society Ltd.
C N A Reinsurance of London Ltd.
C.V. Starr Claims, NY
Centennial Insurance Company
Chubb Group of Insurance Companies
CNA Insurance Companies
Colonial Penn Insurance Company
Compagnie d'Assurances Maritimes et Terrestres
Continental Casualty Company
Continental Casualty Company (Front)
Dominion Ins Co Ltd
Dominion Insurance Co Ltd
Ecclesia Assurance Company
Ecclesia Assurance Company c/o William Chapin
Excess Ins Co Ltd
Excess Insurance Co Ltd
Federal Insurance Company
Fireman's Fund
Fireman's Fund Insurance Company
First State Insurance Company
First State Management Group, Inc.
Folksam International Ins. Co. (UK) Ltd.
Gallagher Bassett Insurance Service
Gallagher Bassett of New York, Inc.
Gallagher Bassett Services, Inc.
Gerling-Konzern Allgemeine Versicherungs-
Aktiengesellschaft
Great American Insurance Companies
Hartford Casualty Insurance Company
Heddington Insurance Co. (UK) Ltd.
Illinois Union Insurance Company
Insurance Company of North America
International Insurance Company
International Special Risk Services, Inc.
Interstate Fire & Casualty Company
Lexington Insurance Company
Marsh and McLennan Global Broking
Marsh LTD, Global Markets
Mentor Ins Co (UK) Ltd.
Midland Insurance Company
National Casualty Company
Niagara Fire Insurance Company
North Atlantic Ins Co Ltd.
Pine Top Ins Co Ltd
Reliance Insurance
Royal Globe Insurance Company
Royal Indemnity Company
Royal Insurance
Royal Insurance Warner Center

Royal Specialty Underwriting Inc. Attn: Claims
  Department
Sovereign Marine & General Ins. Co. Ltd 'C'
  Account
Sovereign Marine & General Ins. Co. Ltd.
Sovereign Marine & General Ins. Co. Ltd. HDN
  a/c
Sovereign Marine & General Ins. Co. Ltd. No. 12
  A/C
Sphere Drake Ins PLC
Sphere Drake Insurance PLC
St Katherine Ins Co Ltd
St. Katherine Insurance Co. PLC
St. Katherine Insurance Company Ltd
St. Katherine Insurance Company PLC
St. Katherine Insurance PLC
St. Paul
St. Paul Surplus Lines Insurance Company
Stewart Smith Mid America, Inc.
Store Brand (UK)
Storebrand Ins. Co. (UK) Ltd.
Storebrand Insurance Co. (UK) Ltd.
Stronghold Ins Co Ltd
Stronghold Insurance Co Ltd
Stronghold
Taisho (UK)
Taisho Marine & Fire Ins. Co. (UK) Ltd.
Terra Nova Ins Co Ltd
The Insurance Company of the State of
  Pennsylvania
The London Agency, Inc.
The National Catholic Risk Retention Group, Inc.
The North River Insurance Company
The Tokio Marine & Fire Ins Co (UK) Ltd.
Tokio (UK)
Turegum
Turegum Insurance Company
Twin City Fire Insurance Company
Underwriters at Lloyds
Unionamerica Ins Co Ltd
Unionamerica Ins Co Ltd "B" A/C
United National Group
United National Insurance Company
Westchester Fire Insurance Company
Yasuda Fire & Marine Ins Co (UK) LTD

**Counsel to Insurers**

Clyde & Co US LLP
Coughlin Duffy LLP
Goldberg Segala
Moss & Barnett
Rivkin Radler
White and Williams LLP

**Certain Ordinary Course Professionals**

Baker Tilly International
Crowe LLP
Nawrocki Smith LLP

**Parties to Litigation[1]**

Alan Placa
NAME ON FILE
All Saints Regional Catholic School
NAME ON FILE
NAME ON FILE
NAME ON FILE
Archdiocese Of New York
Archer Street School
Baldwin Union Free School District
NAME ON FILE
NAME ON FILE
Betti & Associates
BIG BROTHERS & SISTERS OF NASSAU
  COUNTY, INC. a/k/a and d/b/a BIG
  BROTHERS BIG SISTERS OF LONG
  ISLAND, INC. f/k/a BIG BROTHERS OF
  NASSAU COUNTY, INC.
BIG BROTHERS BIG SISTERS ASSOCIATION
  OF NEW YORK STATE, INC.
BIG BROTHERS BIG SISTERS OF AMERICA
  a/k/a BIG BROTHERS BIG SISTERS OF
  AMERICA, INC.
Blessed Sacrament Elementary School
Boy Scouts of America
Br. Howard Murphy
NAME ON FILE
NAME ON FILE
Brian J. Brinker
Brian J. Davis, P.C.

---

[1] The names of certain individual plaintiffs
are redacted consistent with the Debtor's *Motion for
Entry of Interim and Final Orders (I) Authorizing
and Approving Special Noticing and Confidentiality
Procedures, (II) Authorizing and Approving
Procedures for Providing Notice of Commencement,*
*and (III) Granting Related Relief.* The Debtor will
provide an unredacted version of this list to the
Court, the Office of the United States Trustee, and
any official committees appointed in this chapter 11
case upon request.

NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
Brother Antonio F. Antonucci
Brother Antonio Montera
Brother Lawrence Larmann
BROTHERS OF THE CHRISTIAN SCHOOLS
DISTRICT OF EASTERN NORTH
AMERICA a/k/a BROTHERS OF THE
CHRISTIAN SCHOOLS a/k/a and d/b/a LA
SALLE PROVINCIALATE, INC. f/k/a
BROTHERS OF THE CHRISTIAN
SCHOOLS PROVINCE OF NEW YORK

BROTHERS OF THE CHRISTIAN SCHOOLS
DISTRICT OF EASTERN NORTH
AMERICA a/k/a BROTHERS OF THE
CHRISTIAN SCHOOLS a/k/a DE LA
SALLE BROTHERS a/k/a CHRISTIAN
BROTHERS and d/b/a LA SALLE
PROVINCIALATE, INC. f/k/a BROTHERS
OF THE CHRISTIAN SCHOOLS
PROVINCE OF NEW YORK
BROTHERS OF THE SACRED HEART a/k/a
BROTHERS OF THE SACRED HEART
PROVINCE OF NEW YORK a/k/a THE
PROVINCE OF THE UNITED STATES OF
THE BROTHERS OF THE SACRED
HEART, INC. a/k/B BROTHERS OF THE
SACRED HEART OF NEW JERSEY/NEW
YORK, INC.
Bryan Robert Murphy f/k/a Brother Bryan Robert
Murphy, O.S.F.
Buttafuoco & Associates, PLLC
Camp Alvernia a/k/a Mount Alvernia Inc.
NAME ON FILE
CATHOLIC BIG BROTHERS OF LONG
ISLAND
Catholic Charities of the Diocese of Rockville
Centre
NAME ON FILE
Certain & Zilberg
Chaminade High School
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
Church of Saint Francis of Assisi
Church of St. Anne, Garden City

Church of St. Anthony of Padua East Northport

Church of the Good Shepherd, Holbrook
Claude Margot
COINDRE HALL
NAME ON FILE
Cormaria Retreat Center, Inc.
CORPUS CHRISTI a/k/a CORPUS CHRISTI
PARISH
Corpus Christi Roman Catholic Church
COVENANT HOUSE
NAME ON FILE
NAME ON FILE
NAME ON FILE
David Geiger
NAME ON FILE
NAME ON FILE
NAME ON FILE
Dell & Dean PLLC
NAME ON FILE
Department of Education, Diocese of Rockville
Centre
Desimone & Associates LLC
NAME ON FILE
Diocese of Brooklyn
DOMINICAN SISTERS OF AMITYVILLE
NAME ON FILE
NAME ON FILE
NAME ON FILE
Edmund F. Needham
Education Plus, Corp. d/b/a The Family
Foundation School
NAME ON FILE
NAME ON FILE
NAME ON FILE
Father Frank Parisi
Father Ronald E. Hayde
NAME ON FILE
Fr. Butler
Fr. Fitzgerald
NAME ON FILE
NAME ON FILE
FRANCISCAN BROTHERS OF BROOKLYN
a/k/a CONGREGATION OF THE
RELIGIOUS BROTHERS OF THE THIRD
ORDER REGULAR OF ST. FRANCIS a/k/a
and d/b/a FRANCISCAN BROTHERS, INC.,
BROOKLYN, NY
FRANCISCAN MISSIONARIES OF MARY
NAME ON FILE
Freeport Union Free School District
Gair, Gair, Conason, Rubinowitz, Bloom,
Hershenhorn, Steigman & Mackauf
NAME ON FILE
NAME ON FILE

NAME ON FILE
NAME ON FILE
Good Shepherd Parish and Church
Good Shepherd Roman Catholic Church
NAME ON FILE
NAME ON FILE
NAME ON FILE
Hach Rose Schirippa & Cheverie
Hamburger, Maxson, Yaffe & McNally, LLP

Herman Law
NAME ON FILE
Herricks Union Free School District
HOLY ANGELS REGIONAL SCHOOL F/K/A
ST. FRANCIS DE SALES CATHOLIC SCHOOL
HOLY FAMILY a/k/a HOLY FAMILY ROMAN
CATHOLIC CHURCH
Holy Family Catholic School
HOLY SPIRIT a/k/a CHURCH OF THE HOLY
SPIRIT
Holy Trinity Diocesan High School aka Holy
Trinity
Holy Trinity High School
Infant Jesus Roman Catholic Church
James C. Williams
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
James, Vernon & Weeks, P.A.
Janet, Janet & Suggs LLC
NAME ON FILE
NAME ON FILE
NAME ON FILE
Jeff Anderson & Associates, P.A.
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
John Barres
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE

NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
Joseph Trapp
Joseph V. Arevalo
Joshua W. Skillman
NAME ON FILE
NAME ON FILE
Kellenberg Memorial High School
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
LA SALLE MILITARY ACADEMY
NAME ON FILE
Law Offices of Mitchell Garabedian
Law Offices of Ronald J. Kim, PC
NAME ON FILE
Levy Konigsberg, LLP
Marina Trentacoste
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
Marsh Law Firm PLLC
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
MERCYFIRST f/k/a MARY OF THE ANGELS
Merson Law PLLC
NAME ON FILE
NAME ON FILE
NAME ON FILE
Michael Dowd
Michael G. Dowd
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE

MIDATLANTIC COMMUNITY, INC. a/k/a ST.
    FRANCIS CONVENT OF THE AMERICAS,
    MID-ATLANTIC COMMUNITY, INC.
Monsignor William G. Breslawski
Nassau County Council
NAME ON FILE
NAME ON FILE
Nicholas Unterstein
NAME ON FILE
NAME ON FILE
Notre Dame Church, New Hyde Park
ORDER OF FRIARS MINOR CONVENTUAL
OUR HOLY REDEEMER
Our Holy Redeemer School
Our Lady of Fatima
Our Lady of Grace Roman Catholic Church
Our Lady of Loretto Parish and School
OUR LADY OF LOURDES a/k/a OUR LADY
OF LOURDES CHURCH MALVERNE
OUR LADY OF PEACE
Our Lady Of Perpetual Help Catholic School
OUR LADY OF PERPETUAL HELP ROMAN
CATHOLIC CHURCH
OUR LADY OF PERPETUAL HELP SCHOOL
OUR LADY OF VICTORY
Our Lady Queen of Martyrs
Parish of St. Christopher
Parker Waichman LLP
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
Patrick Noaker, Noaker Law Firm, LLC
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
PFAU Cochran Vertetis Amala PLLC
NAME ON FILE
Phillips & Paolicelli, LLP
Queen of the Most Holy Rosary
NAME ON FILE
NAME ON FILE
NAME ON FILE

Religious of the Sacred Heart, New York
    Province, Inc, a/k/a The Religious of the
    Sacred Heart of Mary
Rheingold Giuffra Ruffo & Plotkin LLP
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
Robert Guglielmone
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
Roman Catholic Church of Our Lady of Peace at
Lynbrook
Roman Catholic Church of Saints Cyril and
Methodius
Roman Catholic Church of St. Joseph, Kings Park,
NY
Roman Catholic Church of the Sacred Heart
Romano & Associates
Romano Ferraro
NAME ON FILE
NAME ON FILE
NAME ON FILE
Russo, Karl, Widmaier & Cordano PLLC
SACRED HEART ROMAN CATHOLIC
CHURCH
SACRED HEARTS OF JESUS AND MARY a/k/a
    BASILICA CHURCH OF SACRED
    HEARTS OF JESUS AND MARY
Saint Aidan School
Saint Anne's
St. Anthony's High School Of South Huntington,
    New York
Saint Barnabas The Apostle Roman Catholic
Church
Saint Elizabeth Ann Seton Regional School
Saint Martha Roman Catholic Church
SAINT MARTIN OF TOURS ROMAN
    CATHOLIC CHURCH, a.k.a. SAINT
    MARTIN OF TOURS RC CHURCH
Saint Mary's High School
SAINT PATRICK ROMAN CATHOLIC
CHURCH OF BAY SHORE a/k/a THE PARISH
OF ST. PATRICK
Saints Cyril and Methodius School
Saints Philip and James Roman Catholic Church

SCHOOL SISTERS OF NOTRE DAME
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
Silberstein, Awad & Miklos, P.C.
Simmons Hanly Conroy LLC
SISTERS OF CHARITY
SISTERS OF CHARITY OF HALIFAX
SISTERS OF CHARITY OF SAINT VINCENT
    DE PAUL OF NEW YORK A/K/A THE
    SISTERS OF CHARITY OF NEW YORK
Sisters of Charity of the Blessed Virgin Mary
SISTERS OF MERCY OF THE AMERICAS a/k/a
    SISTERS OF MERCY a/k/a SISTERS OF
    MERCY OF THE AMERICAS, INC. a/k/a
    INSTITUTE OF THE SISTERS OF MERCY
    OF THE AMERICAS
SISTERS OF SACRED HEART OF MARY
Sisters Of St. Dominic Of Amityville
Sisters of the Third Order of St. Dominic DBA
    The Sisters of the Order of St. Dominic aka
    Congregation of the Holy Cross aka
    Dominican Sisters
Slater Slater Schulman LLP
Society of Mary (Marianists) aka Society of Mary
    of Meribah Province of the Marianist Order
    aka Society of Mary of Province of Meribah
    aka Marianist Society Inc. aka Province of
    Meribah Society of Mary, Inc.
SOCIETY OF MARY a/k/a MARIANISTS a/k/a
    SOCIETY OF MARY PROVINCE OF
    MERIBAH a/k/a PROVINCE OF MERIBAH,
    SOCIETY OF MARY, INC.
SS. PHILIP AND JAMES a/k/a SAINTS PHILIP
AND JAMES RC CHURCH
ST FRANCIS DE SALES PARISH
St. Agnes Cathedral
St. Agnes Cathedral School
St. Agnes Roman Catholic Cathedral
St. Agnes' Roman Catholic Church at Rockville
    Centre in the County of Nassau in the State of
    New York, d/b/a, St. Agnes' Cathedral
ST. AIDAN CHURCH AND SCHOOL
ST. ANDREW ROMAN CATHOLIC CHURCH
AND SCHOOL
St. Andrew's Parish and Elementary School
ST. ANNE a/k/a CHURCH OF ST. ANNE
ST. ANN'S FRIARY
St. Anthony of Padua
ST. ANTHONY OF PADUA a/k/a SAINT
ANTHONY OF PADUA R.C. CHURCH

ST. ANTHONY OF PADUA PROVINCE
St. Anthony's High School
St. Anthony's High School f/k/a Holy Family
Diocesan High School
St. Barnabas Parish and Church
St. Barnabus Apostle
St. Bernard's Church
ST. BONIFACE a/k/a ST. BONIFACE ROMAN
CATHOLIC CHURCH
ST. BRIGID
St. Catherine of Siena Roman Catholic Church
ST. CATHERINE OF SIENNA
ST. CONRAD FRIARY a/k/a CAPUCHIN
FRANCISCAN TERTIARY PROVINCE OF ST.
MARY, N.Y.
ST. DOMINIC a/k/a THE CHURCH OF SAINT
DOMINIC a/k/a SAINT DOMINIC CHURCH
ST. ELIZABETH CHURCH a/k/a ST.
ELIZABETH OF HUNGARY
St. Francis Retreat House
St. Hedwig's Roman Catholic Church
St. Hugh of Lincoln aka St. Hugh of Lincoln
Roman Catholic Church aka St. Hugh's
St. Hyacinth Parish
St. Ignatius Loyola aka St. Ignatius Hicksville
St. Ignatius Retreat House, Inc.
ST. JAMES R.C. CHURCH a/k/a ST. JAMES
PARISH
St. James Roman Catholic Church
ST. JOHN BAPTIST DE LASALLE REGIONAL
SCHOOL
St. John of God aka St. John of God Parish
ST. JOHN THE BAPTIST DICOCESAN HIGH
SCHOOL
ST. JOHN THE EVANGELIST
St. John's Hospital aka St. John's Episcopal
Hospital
St. Joseph Catholic School
St. Joseph's aka St. Joseph's Parish aka St. Joseph
Parish
ST. JOSEPH'S CHURCH
St. Joseph's Parish and Church
St. Joseph's Roman Catholic Church
ST. JUDE ROMAN CATHOLIC CHURCH
St. Kilian Roman Catholic Church
St. Lawrence Parochial School
ST. LAWRENCE THE MARTYR ROMAN
CATHOLIC CHURCH AND SCHOOL
ST. LUKE a/k/a ST. LUKE'S CHURCH
St. Luke's Roman Catholic Church
St. Margaret of Scotland Church
St. Martin of Tours Church
St. Mary's Children And Family Services Inc.

ST. MARY OF THE ANGELS HOME
St. Mary Roman Catholic Church
St. Mary's Elementary School
ST. MARY'S ROMAN CATHOLIC CHURCH
a/k/a ST. MARY'S
St. Matthew Roman Catholic Church
ST. PATRICK CHURCH a/k/a ST. PATRICK'S
ROMAN CATHOLIC CHURCH
St. Patrick Parish
ST. PATRICK'S a/k/a CHURCH OF ST.
PATRICK a/k/a ST. PATRICK'S ROMAN
CATHOLIC CHURCH
ST. PATRICK'S CHURCH AT WEST NECK,
    SUFFOLK CO. (a/k/a ST. PATRICK'S
    ROMAN CATHOLIC CHURCH a/k/a
    CHURCH OF ST. PATRICK, a/k/a ST.
    PATRICK SCHOOL)
St. Patrick's Parish and School
St. Philip and St. James Church
ST. PHILIP NERI
St. Philip Neri Roman Catholic Church
St. Pius X Preparatory Seminary
St. Raphael aka St. Raphael Parish
ST. RAYMOND'S a/k/a THE PARISH FAMILY
OF SAINT RAYMOND OF PENYAFORT
St. Rosalie's aka Church of St. Rosalie
ST. SYLVESTER a/k/a ST. SYLVESTER RC
CHURCH
ST. THERESE OF LISIEUX ROMAN
CATHOLIC PARISH CHURCH
ST. THOMAS THE APOSTLE SCHOOL INC.
ST. THOMAS THE APOSTLES PARISH
St. Vincent de Paul Parish
Steele Elementary School
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
Suffolk County Council, Inc., Boy Scouts of
    America
Sullivan Papain Block McGrath & Cannavo P.C.
NAME ON FILE
NAME ON FILE
NAME ON FILE
Sweeney Reich & Bolz, LLP
THE CAPUCHIN FATHERS a/k/a THE
    CAPUCHIN FATHERS PROVINCE OF ST.
    MARY a/k/a CAPUCHIN FRANCISCAN
    PROVINCE OF ST. MARY a/k/a THE
    PROVINCE OF ST. MARY OF THE
    CAPUCHIN ORDER a/k/a THE PROVINCE

OF ST. MARY OF THE CAPUCHIN
ORDER
The Capuchin Fathers aka The Capuchin Fathers
    Province of St. Mary aka Capuchin
    Franciscans Province of St. Mary aka the
    Province of St. Mary of the Capuchin Order
    aka The Province of St. Mary of the Capuchin
    Order, St. Conrad Friary aka Capuchin
    Francisan Tertiary Province of St. Mary, N.Y.
The Church Of The Blessed Sacrament
The Franciscan Brothers Generalate
The Law Office of Joshua W. Skillman
The Marianist Province of Meribah
THE MARIST BROTHERS a/k/a THE MARIST
    BROTHERS OF THE SCHOOLS, INC. a/k/a
    THE MARIST BROTHERS, PROVINCE OF
    THE UNITED STATES OF AMERICA
The New York Province of the Society of Jesus
The Roman Catholic Church of Christ the King
The Roman Catholic Church of Our Lady Queen
of Martyrs
The Roman Catholic Church of Saint Aiden
The Roman Catholic Church of Saint Margaret of
Scotland
The Roman Catholic Church of St. Rose of Lima
The USA Northeast Province of the Society of
Jesus, Inc.
The Zalkin Law Firm, P.C. and Barasch McGarry
Salzman & Penson
Theodore Roosevelt Council, Inc., Boy Scouts of
    America
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
Thomas Murtaugh
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
Tolmage, Peskin, Harris & Falick
U.S.A. Northeast Province of the Jesuit Fathers
and Brothers, a/k/a U.S.A. Northeast Province
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE

NAME ON FILE
Hurley McKenna & Mertz P.C.
Laura A. Ahearn, Esq. PLLC
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
NAME ON FILE
BROTHERS OF THE HOLY CROSS, a/d/b/a
    BROTHERS OF THE HOLY CROSS OF
    THE EASTERN PROVINCE OF THE
    UNITED STATES OF AMERICA, INC.
CATHOLIC HEALTH SERVICES OF LONG
    ISLAND
CITY OF NEW YORK, NEW YORK CITY
    ADMINISTRATION FOR CHILDREN'S
    SERVICES f/k/a BUREAU OF CHILD
    WELFARE
DIOCESE OF BROOKLYN a/k/a THE ROMAN
    CATHOLIC DIOCESE OF BROOKLYN,
    NEW YORK
Holy Family Church
Holy Family Diocesan High School
Holy Family Roman Catholic Church
MARYHAVEN CENTER OF HOPE, INC. f/k/a
    MARYHAVEN CENTER FOR CHILDREN
Parish Of St. Agnes Cathedral Church And School
PIUS XII YOUTH AND FAMILY SERVICES,
    INC. a/d/b/a GOOD SHEPHERD SERVICES
ROMAN CATHOLIC PARISH OF ST. AGNES
    CATHEDRAL
ST. BARNABAS THE APOSTLE a/k/a
    BARNABAS APOSTLE
ST. BARNABAS THE APOSTLE CHURCH
    AND SCHOOL
St. Joseph's Parish Old Roman Catholic Church
ST. KILIAN PARISH SCHOOL
ST. MARTIN OF TOURS a/k/a ST. MARTIN'S
ST. PATRICK RC CHURCH OF SMITHTOWN,
    N.Y.
ST. PATRICK ROMAN CATHOLIC SCHOOL
ST. PATRICK'S a/k/a SAINT PATRICK ROMAN
    CATHOLIC CHURCH OF BAY SHORE
    a/k/a THE PARISH OF ST. PATRICK
St. Philip Neri Parish
THE DAUGHTERS OF WISDOM, INC.

**Parties to Contracts with the Debtor**

Adephi University
ADP, LLC

Advanced Enterprise Technologies Inc.
Airwatch LLC

All Saints Regional School
Altice Business
American Eagle
American Express Travel Related Services
Company, Inc.
American Family Life Assurance Company of
    New York (AFLAC New York)
American Messaging Services, LLC - Central Islip
Tower
American Messaging Services, LLC - Syosset
Tower
Archdiocese of New York
Assumption Blessed Virgin Mary RCC
At Home Aging, LTD.
Avaya Inc.
Baker Tilly Virchow Krause LLP.
Bank of America/Clover/Fiserv
Barracuda
Biddle Consulting Group, Inc.
Blackbaud, Inc.
Blessed Sacrament RCC
Boston Safe Deposit and Trust Company
Broadcom \ EC America Inc.
Burrelles Information Services, LLC.
By-Laws of Sacred Heart Institute, Inc.
Canon Solutions America, Inc.
Cardconnect
Cardmember Service
Carmela Mildred Dispigno
Cascade Water Services
Catholic Benefits Association
Catholic Cemeteries of the Roman Catholic
Diocese of Rockville Centre, Inc.
Catholic Faith Network f/n/a Telecare of the
Diocese of Rockville Centre, Inc.
Catholic Press Association of the Diocese of
Rockville Centre, Inc.
Cathonet LLC. a/k/a Right Networks
CDW
CDW Government LLC
Certilman Balin Adler & Hyman LLC
Church Of The Resurrection
CIGNA HEALTH AND LIFE INSURANCE
COMPANY
Citibank, N.A.
Claims Service Bureau of New York, Inc.
Clearwire Spectrum Holding III LLC.
Cogent Communications Inc.
Corpus Christi RCC
County Energy Controls, Inc.

County of Suffolk - Suffolk County Correctional Facility
Crowe Hawath LLP
David Rost
Department of Education, Diocese of Rockville Centre
Diocesan Services Inc.
Diocese of Rockville Centre Health & Welfare Benefits Program
Diocese of Rockville Centre Health Care and Other Assistance Plan for Retired and Disabled Diocesan Priests
Diocese of Rockville Centre Pension Plan
Diocese of Rockville Centre Qualified Retirement Plan for Diocesan Priests
Docusign, Inc.
Dominican Village

Earthlink Business LLC.
Ecclesia Assurance Company
Elizabeth Lewis
Emil A. Wcela
Empire Blue Cross Blue Shield
HealthChoice Assurance, Inc. dba Empire BlueShield ("Empire")
Estate of Richard Spanburgh
General Landscaping Emergency Snow Removal
Geo Broadcast Solutions, LLC - Syosset Tower
Gerald J. Ryan Outreach Ctr.
Goldin Associates
Good Shepherd RCC
HireRight Solutions, Inc.
Holy Angels Regional School
Holy Family Regional School
Holy Name Of Mary RCC
Holy Spirit RCC
Infiniti of Lynbrook
J.C. Broderick and Associates Inc.
Jackson Lewis, P.C.
John J. Fitzgerald
Jones Day
Joseph DiSpigno
JP Chase
Karp Automotive
Liro Program and Construction Management, PE P.C.
Long Island Home
Mary Immaculate RCC
Mellon Trust of New England, N.A.
Mercer LLC
Merchant Pro Express
MetroPCS New York, LLC - Syosset Tower
Mission Assistance Corporation
MORNEAU SHEPELL LIMITED

Most Holy Trinity RCC
Mr. & Mrs. Richard Mazur
MUTUAL OF AMERICA
Nassau County Department of Human Health
Nassau County Police -  Syosset Tower
Nassau Health Care Corporation a/k/a NuHealth
Nassu Health Care Corporation a/k/a NuHealth
National Catholic Service, LLC.
National Employee Assistance Providers, Inc.
Navex Global, Inc.
Network Adjusters, Inc.
Network Outsource
Networtk Outsource
New Cingular Wireless PCS, LLC
New York Cingular Wireless PCS, LLC
New York SMSA Limited Partnership
New York SMSA Limited Partnership d/b/a Verizon
Nextel of New York, Inc.
Norine D. Zwiebel
North Fork Parish Outreach
Northwell
NYU Langone Health
Omnipoint Facilities Network 2, LLC
OptumRX, Inc.
Otterbourg
Our Lady Of Fatima RCC
Our Lady Of Grace RCC
Our Lady Of Loretto RCC
Our Lady of Lourdes
Our Lady Of Lourdes RCC
Our Lady Of Mercy RCC
Our Lady Of Miraculous Medal RCC
Our Lady Of Ostrabrama RCC
Our Lady Of Peace RCC
Our Lady Of Perpetual Help RCC
Our Lady Of Providence Regional
Our Lady Of The Isle RCC
Our Lady Of The Snow RCC
Our Lady Of Wisdom Regional School
Our Lady Queen Of Martyrs RCC
Oxford Document Management Company, Inc.
Oxford Document Management Company, Inc.
PayPal, Inc.
Pension Benefit Information, LLC ("PBI")
People's United Bank
Peter Chiari
Pitney Bowes Global Financial Services
Porter and Curtis, LLC.
Proskauer Rose LLP
Queen Of Most Holy Rosary RCC
Queen Of The Most Holy Rosary RCC

Real Time Cloud Services d/b/a Ace Cloud
Hosting
Reed Smith
Roman Catholic Diocese of Brooklyn
Sacred Heart Institute, Inc.
Sacred Heart RCC
Sacred Hearts Jesus & Mary RCC
Sahn Ward Coschignano PLLC.
Saints Cyril and Methodius
Salvatore John Alaimo
SBC Systems Company, Inc.
Security Mutual Life Insurance Company of New
York
Send Word Now
Signature Bank
Sitrick Group, LLC.
SolarWinds
South Nassau Communiites Hospital
Sprint - Syosset Tower
Sprint - Uniondale Tower
Sprint Nextel - Syosset Tower
Sprint Spectrum Realty Company, LLC
Ss. Philip & James RCC
St. Agnes RCC
St. Aidan RCC
St. Aloysius RCC
St. Andrew RCC
St. Anne RCC
St. Anthony RCC
St. Anthony's High School
St. Boniface RCC
St. Brigid - Our Lady Of Hope Regional School
St. Catherine Of Sienna RCC
St. Frances Cabrini RCC
St. Francis De Sales RCC
St. Francis Of Assisi RCC
St. Gertrude RCC
St. Hugh Of Lincoln RCC
St. Ignatius Roman Catholic Church
St. Isidore RCC
St. John Nepomucene RCC
St. John Paul II Regional School
St. John the Evangelist RCC
St. Joseph RCC
St. Joseph The Worker RCC
St. Ladislaus RCC
St. Lawrence the Martyr RCC
St. Louis De Montfort RCC
St. Margaret Of Scotland RCC
St. Mary RCC
St. Patrick RCC
St. Paul The Apostle RCC
St. Rocco RCC

St. Sylvester RCC
St. Vincent De Paul RCC
Stericycle
Sterling Volunteers
Stripe Inc.
Surrogate's Court of the State of New York,
County of Suffolk
T Mobile Central Islip Tower
T Mobile Syosset Tower (Omnipoint)
T Mobile Uniondale Tower
The Bank of New York Mellon
The Bank of New York Mellon for the Diocese of
Rockville Centre Health care and Other Assistance
Plan for Retired and Disabled Priests
The Catholic Foundation of Long Island Inc.
The Diocese of Rockville Centre 403(b) Employee
Retirement Plan
The Law Offices of Kenneth R. Feinberg PC
The National Catholic Bioethic Center
The Prudential Insurance Company Of America
Therese Montanile
ThyssenKrup Elevator Corporation
TMA @ Your Services, LLC doing business as
"Wellworks For You"
Tomorrow's Hope Foundation, Inc.
Unitas Investment Fund, Inc.
U.S. Conference of Catholic Bishops
USI Insurance Services LLC ("USI")
Valley Bank
Vanguard
Verizon Wireless
Verizon Wireless Central Islip Tower
Verizon Wireless Syosset Tower
Verizon Wireless Uniondale Tower
VMWare
WageWorks
William J. Christie
WORXTIME, LLC, A GEORGIA LIMITED
LIABILITY COMPANY

**<u>Restructuring Professionals</u>**

Alvarez & Marsal North America, LLC
Cullen and Dykman LLP
Jones Day
Kramer Levin Naftalis & Frankel LLP
Reed Smith LLP
Sitrick and Company
Epiq Bankruptcy Solutions LLC

**<u>Significant Vendors</u>**

Optumrx, Inc

Mutual of America
Porter & Curtis LLC
The Prudential Insurance Co. of America
Catholic Charities
Seminary of the Immaculate Conception
The State Insurance Fund
Otterbourg P.C.
ADP LLC
Goldin Associates, LLC
Dominican Village
The Law Offices of Kenneth R Feinberg PC
Nixon Peabody LLP
Gardiner & Theobald, Inc
The Catholic University of America
Network Outsource, Inc
New York State Catholic Conference
Advance Enterprise Technologies Inc
Access Direct Systems, Inc
The Long Island Catholic-DRVC
Empire Health Choice HMO, Inc
CHLIC
Proskauer Rose LLP
Commissariat of the Holy Land
Tomorrow's Hope Foundation
St John Vianney Center
American Express
USI Insurance Services LLC
AJG Advisors, Inc.
Changing Our World Inc
Actuarial & Technical Solutions Inc
Baker Tilly Virchow Krause, LLP
Augustine Institute, Inc
Sacred Heart Institute, Inc
Pontifical North American College
AFLAC NewYork
LiRo Engineers, Inc
Crowe LLP
Commissioner of Taxation & Finance
National EAP Inc
The Desmond Hotel and Conference Center
Catholic Leadership Institute
Network Adjusters Inc
Smith & Downey
Wellworks For You
Cardmember Services
Canon Financial Services, Inc
Official Offset Printing Corp
Philadelphia Indemnity Insurance Company
Philadelphia Insurance Companies
J.C. Broderick & Associates, Inc
ADP Screening & Selection Services
Emmanuel Marianist Retreat House
WB Mason. Inc

Wright Risk Management Company LLC
New York State Insurance Fund
Murray Services, Inc
Gerardo A Setosta
Theological College
Blackbaud, Inc.
Cathedral Seminary House of Formation
Imperial Bag & Paper Co., LLC
Startup Catholic
Thomas Patrick DeMaria
USCCB-Church in Central and Eastern Europe
USCCB-Church in Latin America
Hi Tech Air Conditioning Services Inc
National Catholic Services LLC
Certilman Balin Adler & Hyman LLP
Berkley Professional Liability
Sahn Ward Coschignano, PLLC
Pitney Bowes Global Financial Services Inc
Gerald Tiu
Future Tech Enterprise, Inc
Worxtime LLC
Burnett Risk Control International, LLC
CDW Government, Inc
Therese Montanile
Postmaster-Hicksville
Jackson Lewis P.C.
Delicious Moments Caterers
JMT Consulting Group
Rommel J Velarde
Right Networks, LLC
Bryan Cave Leighton Paisner LLP
Comptroller of the State of New York
Patrick F Adams P.C.
American Paper & Supply Company
Harris Beach, PLLC
Postmaster-Rockville Centre
Lynch & Lynch
Didit DM, LLC
Aging at Home, LTD
Morneau Shepell SBC Limited
Fellowship of Catholic University Students
Staples Business Advantage
GBL Designs and Media
Abila, Inc.
Lessings Inc
Frederick J. Chapey & Sons Funeral Home Inc.
Faith Catholic Publishing & Communication
Borrelli's
Hire Right, LLC
Raymour and Flanagan
WageWorks, Inc
Mulholland Minion Davey McNiff & Beyrer
Printcorp, Inc

Traditional Air Conditioning, Inc.
DRVC-COA
R&M Engineering
Vincentian House
Weigand Bros, Inc
JW Marriott Indianapolis
Exxon Mobil Corporation, d/b/a/Exxonmobil
Department of Homeland Security
Nat'l Federation for Catholic Youth Ministry
Epiq eDiscovery Solutions
Robert Stack
Avaya Inc
Thyssenkrupp Elevator Corporation
Bayouland Computer Solutions, LLC
SL Security Solutions, LLC
Sensory Lighting & Sound, Inc
Zaldy S. Galolo
KJP Associates, Inc
Quality Express Coffee Service
Fredrick J Chapey & Sons Funeral Home Inc
Americaneagle.com New York, Inc
Macken Mortuary, Inc
Lilium Creative Solutions, LLC
Johnson Controls Fire Protection, LP
Moloney's Hauppauge Funeral Homes, Inc
Westbury Travel Corp.
Navex Global, Inc.
Federal Express Corp
Milleridge Ventures Inc
Kia Motors Finance
St. John's University
Lloyd Staffing, Inc
Moloney's Lake Funeral Home LLC
Country House Media
Vernon C. Wagner Funeral Home
Mark Conrad B. Raroque
Google LLC
Digital Graphic Imagery Corp
Gennaro Jewelers
Catholic Cemeteries of DRVC, Inc
Massapequa Funeral Home, Inc
Howard-Quattlebaum Funeral, Cremation & Event Center
Windstream
The National Catholic Bioethics Center
Pitney Bowes
NYS-Division of Homeland Security & Emergency Services
Meltwater News US Inc
Gregory Shemitz
Iron Mountain Information Management, Inc
County Energy Controls, Inc
Noce Funeral Home Inc

Vianney Vocations LLC
William J Berglund
DeFriest-Grattan Funeral Homes, Inc.
Corporate Risk Solutions, LLC
Lindenhurst Funeral Home, Inc
King Kullen Grocery Co, Inc.
Daniel J Edelman, Inc.
Infiniti Financial Services
United Parcel Service
NCDVD
Sir Speedy
Home Depot Credit Services
Custom Awards Ltd
VVF Solutions, Inc
Jose A Santos, MD
Nationwide Power Solutions, Inc.

**Significant Utility Providers**

Cablevision Lightpath, Inc
Cogent Communications Inc
National Grid
Optimum
Verizon
Verizon Wireless
Village of Rockville Centre, Inc.
Windstream, formerly Earthlink Business

**Taxing Authorities**

Town of Brookhaven, Suffolk County, New York
Town of Islip, Suffolk County, New York
United States Treasury

**Bankruptcy Judges for the Southern District of New York (including visiting Judges)**

Cecelia G. Morris (Chief Judge)
James L. Garrity Jr.
Martin Glenn
Mary Kay Vyskocil
Michael E. Wiles
Robert D. Drain
Robert E. Grossman
Sean H. Lane
Shelley C. Chapman
Stuart M. Bernstein

**Attorneys for the United States Trustee's office for the Southern District of New York**

Alaba Ogunleye
Alicia Leonhard
Andrea B. Schwartz

Andy Velez-Rivera
Benjamin J. Higgins
Brian S. Masumoto
Cheuk M. Ng
Christine Black
Danny A. Choy
Ercilia A. Mendoza
Greg M. Zipes
Guy A. Van Baalen
Ilusion Rodriquez
Joseph Allen
Kathleen Schmitt
Linda A. Riffkin
Lisa Penpraze
Madeline Vescovacci
Maria Catapano
Mary V. Moroney
Nadkarni Joseph
Paul K. Schwartzberg
Richard C. Morrissey
Serene Nakano
Shannon Scott
Susan Arbeit
Sylvester Sharp
Victor Abriano
William K. Harrington

**Surety / Letters of Credit**

JP Chase
Old Republic Insurance Company

**Schedule 2**

**Client Match List**

AVAYA INC

STRONGHOLD INSURANCE CO LTD