**WESTERMAN BALL EDERER MILLER
ZUCKER & SHARFSTEIN, LLP**
John E. Westerman, Esq.
Mickee M. Hennessy, Esq.
William C. Heuer, Esq.
Alison M. Ladd, Esq.
1201 RXR Plaza
Uniondale, New York 11556
Telephone: (516) 622-9200
jwesterman@westermanllp.com
mhennessy@westermanllp.com
wheuer@westermanllp.com
aladd@westermanllp.com

*Attorneys for the Parish Creditors
listed on Exhibit A hereto and the Seminary*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

In re:

**THE ROMAN CATHOLIC DIOCESE OF
ROCKVILLE CENTRE, NEW YORK[1],**

Debtor.

-------------------------------------------------------------------X

Chapter 11

Case No. 20-12345 (SCC)

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS
BY WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP
AS COUNSEL TO THE PARISH CREDITORS AND THE SEMINARY**

**PLEASE TAKE NOTICE** that Westerman Ball Ederer Miller Zucker & Sharfstein, LLP "WBEMZS") hereby appears as attorneys for the Parishes listed on Exhibit "A" annexed hereto (the "Parish Creditors") and the Seminary of the Immaculate Conception (the "Seminary"). Pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue P.O. Box 9023, Rockville Centre, NY 11571-9023.

Bankruptcy Procedure (the "Bankruptcy Rules"), request is hereby made that all pleadings of any kind, including, without limitation, notices, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted, whether by mail, hand delivery, telephone, telegraph, telex or otherwise filed or made, related in any way to the debtors, the debtors' property or estate, given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon WBEMZS at the office, address and telephone number set forth below, and that WBEMZS's name be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as follows:

WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP
1201 RXR Plaza
Uniondale, New York 11556
Attn.: John E. Westerman, Esq.
Attn.: Mickee M. Hennessy, Esq.
Attn.: William C. Heuer, Esq.
Attn.: Alison M. Ladd, Esq.
E-mail: jwesterman@westermanllp.com
E-mail: mhennessy@westermanllp.com
E-mail: wheuer@westermanllp.com
E-mail: aladd@westermanllp.com
Telephone No. (516) 622-9200
Facsimile No. (516) 622-9212

**PLEASE TAKE FURTHER NOTICE** that the foregoing request applies to and includes not only the notices and papers referenced in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any applications, motions, petitions, pleadings, requests, complaints, or demands, whether formal or informal, whether transmitted or conveyed by mail, delivery, telephone, facsimile transmission, electronic mail, telex or otherwise, which affects, or seeks to affect, or may potentially affect in any way, the referenced debtors or the bankruptcy estate or any property or proceeds in which the referenced

debtors or the bankruptcy estate may claim an interest. Request is further made hereby that in addition to any method of service required by court order in this case, all documents be served upon WBEMZS by regular mail or other hard copy delivery, such as federal express or other overnight courier.

This notice of appearance shall not be interpreted as, or deemed to be, a consent to electronic service or notice by electronic transmission in this case and, the Parish Creditors, the Seminary and WBEMZS expressly do not consent to such service. If, at any time, the Parish Creditors and the Seminary determine to receive electronic service of documents or notice by electronic transmission in this case, it will make the appropriate request in writing in accordance with Bankruptcy Rule 9036.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers ("Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute, or be construed as, a waiver of the Parish Creditors' and Seminary's rights: (a) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (b) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (c) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (d) to object to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (e) to make an election of remedy, (f) to receive notice and service of hard copies or "paper" documents, as compared to electronic service, (g) or any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, to which the Parish Creditors and the Seminary are or may be entitled, in law or in equity, under any agreements, all of which rights, claims, actions,

defenses, setoffs, and recoupments are expressly reserved by the Parish Creditors and Seminary, respectively.

Dated: Uniondale, New York
October 1, 2020

        WESTERMAN BALL EDERER MILLER
          ZUCKER & SHARFSTEIN, LLP

By: *William C. Heuer*
    John E. Westerman, Esq.
    Mickee M. Hennessy, Esq.
    William C. Heuer. Esq
    Alison M. Ladd, Esq.
1201 RXR Plaza
Uniondale, New York  11556
(516) 622-9200

*Counsel to the Parish Creditors listed on Exhibit A annexed hereto and the Seminary*

## Exhibit A

St. Killian's Parish
Sacred Heart Church
St. Joseph Parish
St. Joachim's Church
Our Lady of Good Counsel
Saint Martin of Tours
Our Lady Queen of Martyrs RCC
St. Lawrence the Martyr Roman Catholic Church
Saint Philip Neri
Parish of the Cure of Ars
Saint Elizabeth Ann Seaton Church
St. Ignatius Martyr Church
Saint Mary of the Isle Church
Our Lady of the Miraculous Medal Church
St. Ignatius Loyola
St. Brigid R.C. Church
St. Gertrude's Catholic Church
St. John of God RC Church
St. Hyacinth Roman Catholic Church
St. Hedwig's Church
St. Bernard's Roman Catholic Church
St. Francis of Assisi Church
St. Boniface Martyr Parish
Holy Spirit Church
Seminary of the Immaculate Conception