## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,[1] | ) | Case No. 20-12345 (SCC) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

## GLOBAL NOTES AND
## STATEMENT OF METHODOLOGY, LIMITATIONS,
## AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES
## OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

The Roman Catholic Diocese of Rockville Centre, New York, as debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), has filed Schedules of Assets and Liabilities (the "Schedules") and a Statement of Financial Affairs (the "Statement") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). The Debtor, with the assistance of its legal and financial advisors, prepared the Schedules and Statement in accordance with section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure. These Schedules and Statement are unaudited.

These *Global Notes and Statement of Methodology, Limitations, and Disclaimers Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of the Debtor's Schedules and Statement. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statement.

Thomas Doodian has signed the Schedules and Statement. Mr. Doodian serves as the Debtor's Chief Financial Officer – Director of Finance and is an authorized signatory of the Debtor. In reviewing and signing the Schedules and Statement, Mr. Doodian has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtor and the Debtor's legal and financial advisors. Given the scale of the Debtor's operations covered by the Schedules and Statement, Mr. Doodian has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statement, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and individual creditor address information.

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue P.O. Box 9023, Rockville Centre, NY 11571-9023.

In preparing the Schedules and Statement, the Debtor relied upon information derived from its books and records that was available at the time of such preparation. Although the Debtor has made reasonable efforts to ensure the accuracy and completeness of the Schedules and Statement, the discovery of conflicting, revised, or subsequent information may result in material changes to the Schedules and Statement. As a result, inadvertent errors or omissions may exist. Accordingly, the Debtor and its trustees, officers, agents, attorneys, financial advisors, and restructuring advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statement and shall not be liable for any loss or injury arising out of, or caused in whole or in part by, the, acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the Schedules and Statement.

For the avoidance of doubt, the Debtor and its agents, attorneys, financial advisors, and restructuring advisors hereby reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statement as may be necessary or appropriate, but expressly do not undertake any obligation to update, supplement, modify, revise, or re-categorize the information provided in the Schedules and Statement or to notify any third party should the information be updated, supplemented, modified, revised, or re-categorized, except as required by applicable law or an order of the Bankruptcy Court.

In no event shall the Debtor or its trustees, officers, agents, attorneys, financial advisors, and restructuring advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtor or its trustees, officers, agents, attorneys, financial advisors, and restructuring advisors are advised of the possibility of such damages.

The Schedules and Statement may contain specific notes that supplement these Global Notes. The fact that the Debtor has prepared Global Notes or specific notes with respect to one part of the Schedules and Statement and not another should not be interpreted as a decision by the Debtor to exclude the applicability of such Global Notes or specific notes to any other parts of the Schedules and Statement, as appropriate.

Disclosure of information in any of the Schedules, Statement, or exhibits or attachments to the Schedules and Statement, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statement, exhibits, or attachments.

## Global Notes and Overview of Methodology

1. **Description of Cases.** On October 1, 2020 (the "Petition Date"), the Debtor filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtor continues to operate and pursue its religious, non-profit mission, and manage its properties and affairs as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. **Reservations and Limitations.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statement. However, as noted above, inadvertent

errors or omissions may exist.  The Debtor reserves all rights to amend, supplement, or otherwise modify the Schedules and Statement from time to time, in all respects, as may be necessary or appropriate but do not undertake any obligation to do so, except as required by applicable law.  Nothing contained in the Schedules and Statement constitutes a waiver of any of the Debtor's rights or an admission of any kind with respect to this chapter 11 case, including, but not limited to, any claims against the Debtor, any defenses the Debtor may have, any rights or claims of the Debtor against any third party, or any issues involving equitable or structural subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws related to the recovery of assets or the avoidance of transfers.  Any specific reservation of rights contained elsewhere in these Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

(a)     **No Admission.**  Nothing contained in the Schedules and Statement or the Global Notes is intended to be or should be construed as an admission or stipulation of the validity of any claim against the Debtor or any assertion made, or a waiver of the Debtor's right to dispute any such claim or assert any cause of action or defense against any party.

(b)     **"As of" Information Date.**  Asset values presented herein, except as expressly noted otherwise, represent the asset information of the Debtor's at net book value as of August 31, 2020, the final fiscal calendar year preceding the filing of these cases.  As of the Petition Date, the Debtor's fiscal year end accounting closing process was still in progress and potentially material forthcoming accounting entries and adjustments are not reflected in the Statement and Schedules.  For example, actuarial reports drafted by third-party actuaries with respect to the Debtor's Protected Self Insurance Program ("PSIP") are expected to be completed in November 2020.  The Debtor has accordingly listed the actuarial values of assets and liabilities with respect to its insurance programs as undetermined.  The Debtor asserts that there are no meaningful or material changes to these book values between the date of the final fiscal month and the Petition Date.  Further, any amounts ultimately realized from Debtor assets may vary from net book value (or whatever value was ascribed) and such variances may be material.  Accordingly, the Debtor reserves all its rights to amend or adjust the value of any asset set forth herein.  Liability information presented herein, except as expressly noted otherwise, represents the outstanding value as of September 30, 2020.  Furthermore, certain asset and liability amounts identified as "unknown," "undetermined," "disputed," "contingent," and/or "unliquidated" are included herein as $0 values and, thus, ultimate total assets and liabilities may differ materially from the amounts stated in the Schedules and Statement and any respective total or subtotal amounts.

(c)     **Recharacterization and Classifications.**  Notwithstanding that the Debtor has made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statement, the Debtor nonetheless may have improperly characterized, classified, categorized, or designated certain items.

3

The Debtor thus reserves all rights to recharacterize, reclassify, recategorize, alter the description of, re-designate, add, or delete items reported in the Schedules and Statement as is necessary and appropriate.

For the avoidance of doubt, listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract or lease on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtor with respect to any legal rights associated with such claim, contract, or lease or a waiver of the Debtor's right to recharacterize or reclassify such claim, contract, or lease.

(d)     **Identified Property.**    Because the official forms of the Schedules do not distinguish if an asset is unavailable to satisfy creditor claims, the Debtor has endeavored in these Global Notes and accompanying Statement to highlight Identified Property wherever possible, to provide creditors more accurate information as to the assets available to satisfy their claims. The Debtor determined the best way to capture the Identified Property, while at the same time providing meaningful disclosure, is to report Identified Property in response to question 21 of the Statement as assets held for another. While some of the Identified Property is not "held for another" strictly speaking (e.g., as in a formal trust structure), the Debtor believes reporting Identified Property on the Statement, rather than on Schedule A/B is more appropriate given that their inclusion on Schedule A/B would result in a significant overstatement of assets available for distribution to creditors. While the Debtor and its professionals have used their good faith best efforts to bifurcate Identified Property in these disclosures, the review of the Debtor's records is ongoing and may reveal additional restrictions or information. Accordingly, failure to identify an asset as restricted or unrestricted in these Global Notes, Statement or Schedules does not constitute a determination or admission by the Debtor that such asset is or is not available to satisfy creditor claims.

(e)     **Claims Description.**    Any failure to designate a claim or amount on the Debtor's Schedules and Statement as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such claim or amount is not "disputed," "contingent," or "unliquidated." The Debtor reserves all rights to dispute, or assert offsets or defenses to, any claim reflected on its Schedules and Statement on any grounds, including, without limitation, any defenses relating to amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority, or avoidability of any claim. Moreover, listing a claim does not constitute an admission of liability by the Debtor. The Debtor reserves all rights to amend its Schedules and Statement as necessary and appropriate, including, but not limited to, with respect to claim descriptions and designations.

(f)     **Estimates and Assumptions.**    The preparation of the Schedules and Statement required the Debtor to make certain estimates and assumptions with respect to the reported amounts, including, but not limited to, amounts of assets and liabilities,

the amount of contingent assets and contingent liabilities on the date of filing the Schedules and Statement, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ materially from such estimates. The Debtor reserves all rights to amend the Schedules and Statement to reflect changes in those estimates or assumptions.

(g)  **Causes of Action.** Despite reasonable efforts, the Debtor may not have identified and/or set forth all its causes of action and similar items (collectively, the "Causes of Action") (filed or potential) against third parties as assets in its Schedules and Statement, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws related to the recovery of assets or avoidance of transfers. The Debtor reserves the right to amend its Schedules and Statement to add, delete, or otherwise modify any information relating to its Causes of Action.

The Debtor further reserves all of its rights with respect to all of its Causes of Action, including, without limitation, all rights relating to any: (i) controversy; (ii) right of setoff or recoupment; (iii) cross claim; (iv) counterclaim; (v) claim arising from a lease or contract; (vi) claim for the breach of any duty imposed by law or in equity; and (vii) demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever. The Debtor's reservation of rights with respect to the Causes of Action remains applicable, regardless of whether such Causes of Action are known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertible directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other applicable theory of law. Neither the Global Notes nor the Schedules and Statement constitute a waiver of any claim or Cause of Action or, in any way, prejudice or impair the assertion of any claim or Cause of Action.

(h)  **Intellectual Property Rights.** Exclusion of any intellectual property should not be construed as an admission that such intellectual property rights have been abandoned, terminated, or otherwise expired by their terms, or assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property should not be construed as an admission that such intellectual property rights have not been abandoned, terminated, or otherwise expired by their terms, or assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

In addition, although the Debtor has made diligent efforts to list only its owned intellectual property, in certain instances, another entity may be the actual owner of certain intellectual property listed in the Schedules and Statements. The Debtor reserves all of its rights with respect to the legal status of its intellectual property rights.

(i)    **Executory Contracts and Unexpired Leases.**  Although the Debtor has made reasonable efforts to identify the correct legal entities that are party to each of the executory contracts and unexpired leases listed on the Schedules and Statement, in certain instances, the Debtor may have incorrectly identified parties, including incorrectly identifying itself as a party, to the executory contracts and unexpired leases.  The Debtor reserves all of its rights with respect to the named parties associated with its executory contracts and unexpired leases, including, without limitation, the right to amend Schedule G.

(j)    **Employee, Victim and Minor Information.** Where applicable, the Debtor has redacted the identities and/or personal contact information of holders of abuse claims, the parents or legal guardians of any minor involved in litigation against the Debtor, and current and former employees of the Debtor in accordance with the *Interim Order (I) Authorizing and Approving Special Noticing and Confidentiality Procedures, (II) Authorizing and Approving Procedures for Providing Notice of Commencement, and (II) Granting Relief* [Docket No. 38].

Contemporaneously with the filing of these Schedules and Statement, the Debtor has provided the Office of the United States Trustee with unredacted copies of the Schedules and Statement. In addition, once appointed, the Debtor will provide unredacted copies to the official committee of unsecured creditors in this chapter 11 case.

(k)    **Insiders.**  In the circumstance where the Schedules and Statement require information regarding "insiders," the Debtor have included information with respect to the individuals who the Debtor believes may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods.  Such individuals may no longer serve in such capacities.

The individuals identified as "insiders" have been included for informational purposes only.  The Debtor does not take any position and reserves all rights with respect to: (i) such person's influence over and/or ability to control the Debtor; (ii) the management responsibilities or functions of such individual; (iii) the decision making or corporate authority of such individual; or (iv) whether such individual could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose. Further, the inclusion of a party as an "insider" is not an acknowledgment or concession that such party is an "insider" under applicable bankruptcy law.

3.    **<u>Methodology</u>.**

(a)    **Basis of Presentation.**  The Schedules and Statement do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("<u>GAAP</u>") nor are they intended to be fully reconciled to the financial statements of the Debtor.  The Schedules and Statement contain unaudited information that is subject to further review and potential

adjustment.  The Schedules and Statement reflect the Debtor's reasonable efforts to report the assets and liabilities of the Debtor.

(b)   **Duplication.**  Certain of the Debtor's assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Statement and Schedules.  To the extent these disclosures would be duplicative, the Debtor has determined to only list such assets, liabilities, and prepetition payments once.

(c)   **Net Book Value.**  In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to, the Debtor.  Accordingly, unless otherwise indicated, the Debtor's Schedules and Statement reflect approximate net book values as of August 31, 2020.  Market values may vary—at times materially—from net book values.  The Debtor believes that it would be an inefficient use of estate assets for the Debtor to obtain the current market values of its property and other assets.  Accordingly, the Debtor has indicated in the Schedules and Statement that the values of certain assets and liabilities are undetermined.  Also, assets that have been fully depreciated or that were expensed for accounting purposes are listed in these Schedules and Statement with a zero-dollar value, as such assets have no net book value.  The omission of an asset from the Schedules and Statement does not constitute a representation regarding the ownership of such asset and any such omission does not constitute a waiver of any rights of the Debtor with respect to such asset.  Nothing in the Schedules and Statement shall be, or shall be deemed to be, an admission that the Debtor was solvent or insolvent as of the Petition Date or at any other time.

(d)   **Property and Equipment.**  Unless otherwise indicated, owned property and equipment are valued at net book value.  The Debtor may lease furniture, fixtures, and equipment from certain lessors.  To the extent possible, any such leases are listed in the Schedules.  Nothing in the Schedules is, or should be construed as, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtor reserves all rights with respect thereto.

(e)   **Allocation of Liabilities.**  The Debtor allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statement.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.  Accordingly, the Debtor reserves all rights to amend, supplement, or otherwise modify the Schedules and Statement as is necessary or appropriate.

The liabilities listed on the Schedules do not reflect any analysis of claims that may arise under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtor reserves all of its rights to dispute or challenge (i) the validity of any claims asserted under section 503(b)(9) of the Bankruptcy Code or (ii) the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

(f)     **Undetermined Amounts.** The description of an amount as "undetermined," "unknown," or "unliquidated" is not intended to reflect upon the materiality of such amount.

(g)     **Unliquidated Amounts.** Amounts that could not be determined by the Debtor are scheduled as "unliquidated."

(h)     **Totals.** All totals that are included in the Schedules and Statement represent totals of all known amounts. To the extent such totals include unknown or undetermined amounts, the actual total may be different than the listed total.

(i)     **Credits and Adjustments.** The claims of individual creditors for, among other things, goods, products, or services are listed as the amounts entered on the Debtor's books and records and may either (i) not reflect credits, allowances, or other adjustments due from such creditors to the Debtor or (ii) be net of accrued credits, allowances, or other adjustments that are actually owed by a creditor to the Debtor. The Debtor reserves all its rights with regard to such credits, allowances, or other adjustments, including, but not limited to, the right to amend, supplement, or otherwise modify the Schedules, assert claim objections and/or setoffs with respect to such credits, allowances, or other adjustments, or apply such credits, allowances, or other adjustments in the ordinary course of business on a postpetition basis.

(j)     **Related Entity Claims.** Transactions, receivables and payables among and between the Debtor and its non-Debtor related entities are reported on Statement 4 and Schedule A/B, respectively, per the Debtor's books and records. The listing of any amounts with respect to such transfers and receivables is not and should not be construed as a determination or admission as to the validity of such receivables. For the avoidance of doubt, the Debtor reserves all rights, claims, and defenses in connection with any and all related entity receivables and payables, including, but not limited to, with respect to the characterization of related entity claims and loans. The Debtor takes no position in these Schedules and Statement as to whether any such amounts would be allowed as a claim, or not all allowed at all. The listing of these amounts is not necessarily indicative of the ultimate recovery, if any, on any related entity asset account. The Debtor reserves all rights to later change the amounts, characterization, classification, categorization or designation of related entity accounts reported in the Schedules and Statement.

(k)     **Guarantees and Other Secondary Liability Claims.** The Debtor is not aware of any guarantees in its executory contracts, unexpired leases, and other such agreements. The Debtor may have inadvertently omitted guarantees embedded in its contractual agreements and may identify guarantees as it continues to review its books and records and contractual agreements. The Debtor reserves its rights, but is not required, to amend, supplement, or otherwise modify the Schedules and Statement if any guarantees are identified.

(l)    **Excluded Assets and Liabilities.**    The Debtor may have excluded certain categories of assets and liabilities from the Schedules and Statement, including, but not limited to: certain deferred charges, accounts, or reserves recorded only for purposes of complying with the requirements of GAAP; goodwill and other intangibles; deferred revenue accounts; and certain accrued liabilities including, but not limited to, accrued salaries and employee benefits.  The Debtor also has not attempted to anticipate rejection damage claims of counterparties to executory contracts and unexpired leases that may arise out of future contract or lease rejections.  Other immaterial assets and liabilities may also have been excluded.

(m)    **Liens.** The inventories, property, and equipment listed in the Schedules and Statement are presented without consideration of any liens.

(n)    **Currency.**  Unless otherwise indicated, all amounts are reflected in U.S. dollars. In the instance of the IOR account with account number ending in 1002, currency is held in Euros. For purposes of these Schedules, the Debtor used the Federal Reserve conversion rate on September 30, 2020 to report the account balance in U.S. dollars.

(o)    **Setoffs.**  The Debtor routinely incurs setoffs and net payments in the ordinary course of business.  Such setoffs and nettings may occur due to a variety of transactions or disputes, including, but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, rebates, returns, warranties, refunds, and negotiations and/or disputes between the Debtor and its customers and/or suppliers.  Due to the voluminous nature of setoffs and nettings, it would be unduly burdensome and costly for the Debtor to list each such transaction.  Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for and, as such, are or may be excluded from the Schedules and Statements.  In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtor is not yet aware.  The Debtor reserves all rights to challenge any setoff and/or recoupment rights that may be asserted.

4.    **Specific Disclosures with Respect to the Debtor's Schedules**

**Schedules A/B**

(a)    **Part 1**. Details with respect to the Debtor's cash management system and bank accounts are provided in the *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Continued use of the Debtor's Cash Management System, Bank Accounts and Business Forms and (II) Granting Related Relief* [Docket No. 7] (the "Cash Management Motion"). Amounts identified in Item 2 of Part 1 reflect actual amounts in the respective accounts as of the Petition Date and may vary from the amounts currently reflected in the Debtor's books and records.

As described in the Cash Management Motion, there are a number of bank accounts in the Debtor's name that exclusively hold funds subject to donor restrictions or on behalf of others. These accounts are not listed in response to Item 3 of Part 1, instead they are listed as Identified Property on Schedule 21 of the Statement. While the Debtor and its professionals have used their good faith best efforts to determine which accounts contain funds that are subject to donor restrictions or held on behalf of others, the review of the Debtor's records is ongoing and may reveal additional restrictions or information. Accordingly, inclusion of an account in response to Item 3 of Part 1 does not constitute a determination or admission by the Debtor that the funds held therein are or are not available to satisfy creditor claims. The Debtor reserves all of its rights to re-categorize and/or re-characterize such accounts to the extent the Debtor determines that such accounts were improperly listed.

The two accounts the Debtor held with IOR, with account numbers ending in 1001 and 1002, listed on Item 3 of Part 1 were closed and liquidated as of October 6, 2020. These accounts were open as of the Petition Date, and, as such, are listed with their respective balances as of the Petition Date.

The Debtor lists six accounts with JPMorgan Chase Bank, N.A., with account numbers ending in 0936, 0770, 0932, 8495 and 0656, that hold funds for PSIP. More information about PSIP can be found in the *Declaration Of Charles Moore, Managing Director Of Alvarez & Marsal North America, LLC, Proposed Restructuring Advisor To The Roman Catholic Diocese Of Rockville Centre, New York, In Support Of Chapter 11 Petition And First Day Pleadings* [Docket No. 3] (the "First Day Declaration"). The Debtor believes assessments for coverage under PSIP collected from participants and held in these accounts may not constitute property of the Debtor. The Debtor reserves its rights with respect to the appropriate classification of such assessments.

(b)    **Part 3**. The Debtor's accounts receivable balances include amounts it treats as receivable from parishes on account of Cathedraticum assessments on parish offertory collections. Because parishes are not obligated to pay under applicable law, the Debtor may not have a vested property interest in receivable amounts. The Debtor reserves its rights with respect to the appropriate classification of such assessments.

(c)    **Part 9**. For the Debtor's owned real property, such owned real estate is reported at book value, net of accumulated depreciation. The Debtor may have listed certain assets as real property when such assets are in fact personal property, or the Debtor may have listed certain assets as personal property when such assets are in fact real property. Buildings and land improvements are listed on Schedule A/B independent of whether the real property to which the building or land improvement is connected is Debtor-owned property. The Debtor reserves all of its rights to re-categorize and/or re-characterize such asset holdings to the extent the Debtor determines that such holdings were improperly listed.

(d)     **Part 10**. Because the Debtor does not attribute any book value its donor lists and other intellectual property, the Debtor has listed these assets with undetermined values.

(e)     **Part 11**. As described further in the First Day Declaration, the Debtor has appointed an independent committee to review certain significant transactions that occurred on or after January 1, 2014.  These transactions are not listed as potentially giving rise to causes of action on Part 11 of Schedule A/B because the Debtor has not yet taken a position as to whether any such potential causes of action exist.  The Debtor reserves all of its rights with respect to any potential causes of action, whether or not listed on Part 11 of Schedule A/B.

The Hospital Receivable: PSIP and Insurance Reimbursable: PSIP items listed in response to Question 77 of Part 11 reflect future amounts that third parties will owe the Debtor pursuant to obligations to reimburse the Debtor for insurance claims paid out by the Debtor.  Such amounts only become payable to the Debtor once and to the extent that the Debtor has paid a claim for which reimbursement is available.  Further, as described above, the actuarial reports for the fiscal year ended August 31, 2020 that provide estimates of the values of these two amounts were not available as of the Petition Date and are not expected to be available until November 2020.  Accordingly, the values of these items are listed as undetermined.

**Schedule E/F**

(a)     **Part 1**. The Court has authorized the Debtor, in its discretion, to pay certain liabilities that may be entitled to priority under the applicable provisions of the Bankruptcy Code. For example, the *Interim Order Authorizing The Debtor To (I) Pay Prepetition Employee Wages, Salaries, Benefits And Other Related Items; (II) Reimburse Prepetition Employee Business Expenses; (III) Continue Employee Benefit Programs; And (IV) Pay All Costs And Expenses Incident To The Foregoing* [Docket No. 39], which authorized the Debtor to pay or honor certain prepetition obligations with respect to employee wages, salaries and other compensation, reimbursable employee expenses and similar benefits.  To the extent such Claims have been paid or may be paid pursuant to further Court order, they may not be included on Part 1 of Schedule E/F.

(b)     **Part 2**. The Debtor has used reasonable efforts to report all non-priority general unsecured Claims against the Debtor on Part 2 of Schedule E/F based upon the Debtor's existing books and records as of the Petition Date. The Claims of individual creditors for, among other things, products, goods, or services are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtor's books and records and may not reflect credits or allowances due from such creditors to the applicable Debtor. The Debtor reserves all of its rights with respect to any such credits and allowances, including the right to assert objections and/or setoffs with respect to the same. Part 2 does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtor's books and records as required in accordance

11

with GAAP. Such accruals are general estimates of liabilities and do not represent specific Claims as of the Petition Date.

The Claims listed on Part 2 of Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a Claim arose is an open issue of fact. Determining the date upon which each Claim on Part 2 was incurred or arose would be unduly burdensome and cost prohibitive. As a result, the Debtor has not listed a date for each Claim listed on Part 2.

Part 2 of Schedule E/F does not include obligations owed by third party insurance companies on account of abuse-related liabilities, including, without limitation, defense costs due and owing to litigation defense counsel and related professionals.

5.   **Specific Disclosures with Respect to the Debtor's Statement**

(a)   **Statement 3**. Statement 3 includes any disbursement or other transfer made by the Debtor except for those made to insiders (which payments appear in Statement 4), for gifts or charitable contributions (which payments appear in Statement 9), bankruptcy professionals (which payments appear in Statement 11) and employees. Disbursements made on account of multiple invoices may be reflected as a single payment. For additional detail on the Debtor's cash management system, see the Cash Management Motion. All transfers in Part 2, Question 3 of the Statement are listed as of the payment date.

(b)   **Statement 7**. Statement 7 lists only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial, or other adjudicative forum as of the Petition Date. The Debtor has anonymized confidential matters in response to this question where disclosure would violate certain laws or where the investigating jurisdiction has requested confidentiality. Additionally, any information listed in Statement 7 shall not be a binding admission of the Debtor's liabilities with respect to any of the suits and proceedings identified therein. The Debtor reserves all rights with respect to the suits and administrative proceedings listed in Statement 7, and any claims filed in relation to such suits and administrative proceedings.

(c)   **Statement 9**. Certain *de minimis, non-cash,* gifts that are not reported or tracked centrally may have been excluded. Certain gifts included in this response were paid with funds given to the Debtor for the sole purposes of acting as a conduit to the recipient, and do not represent the transfer of Debtor assets.

The Debtor has included on Statement 9 an operating support payment it made to the Department of Education, Diocese of Rockville Centre (the "Department of Education") on September 6, 2020 in the amount of $327,000. However, the entire amount of this payment was subsequently returned to the Debtor in accordance with the Debtor's decision to cease providing operating support payments to the Department of Education in excess of the designated funds the Department of Education receives from the Non-School Assessment.

(d)    **Statement 11**. All payments for services of the proposed retained professionals in the chapter 11 case made within one year immediately preceding the Petition Date are listed on the Debtor's response to Statement 11. Additional information regarding the Debtor's retention of professional service firms is more fully described in individual retention applications and related orders.

(e)    **Statement 21.**  The Debtor has listed certain pledges receivable on Statement 21 consistent with the treatment of these amounts in the Debtor's internal accounting systems.  However, the Debtor does not believe that it has a vested property interest in such pledges under applicable law.  Inclusion of any item in response to Statement 21 does not constitute a determination or admission by the Debtor that such item does or does not constitute an interest in property.  The Debtor reserves its rights with respect to the appropriate classification of such pledges.

(f)    **Statements 22–24**. The Debtor made reasonable efforts to identify all applicable environmental information as required by Part 12. These efforts included reviewing the Debtor's environmental records and incorporating the historical knowledge of the Debtor into the Schedules and Statement to the extent applicable and practicable.

(g)    **Statement 30**. Where applicable, the Debtor has included a comprehensive response to Statement 30 in Statement 4.

| Fill in this information to identify the case: |
|---|

Debtor name __The Roman Catholic Diocese of Rockville Centre, New York__

United States Bankruptcy Court for the:__Southern_____ District of New York

Case number (If known): __20-12345 (SCC)_____

❑ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .............................................................................................

   $ ___2,091,992.35__

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* .............................................................................................

   $ ___91,186,043.57__
   + undetermined amounts

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .............................................................................................

   $ ___93,278,035.92__
   + undetermined amounts

---

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................

   $ _____0.00__
   + undetermined amounts

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................

   $ _____0.00__

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .........................................

   **+** $ _____52,837.44__
   + undetermined amounts

4. **Total liabilities** ......................................................................................................................
   Lines 2 + 3a + 3b

   $ _____52,837.44__
   + undetermined amounts

**Fill in this information to identify the case:**

Debtor name  The Roman Catholic Diocese of Rockville Centre, New York

United States Bankruptcy Court for the: Southern                        District of New York

Case number (If known):    20-12345 (SCC)

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | $ 0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  See Attached Rider | | | $ 83,825,868.19 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1.  None | $ 0.00 |
| 4.2. | $ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $ 83,825,868.19

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

| Description, including name of holder of deposit | |
|---|---|
| 7.1.  See Attached Rider | $ 50,000.00 |
| 7.2. | $ |

Debtor  The Roman Catholic Diocese of Rockville Centre, New York   Case number *(if known)* 20-12345 (SCC)
        Name

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. See Attached Rider ................................................................................................................  $   5,294,040.60

8.2. ................................................................................................................  $ _____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.  $   5,344,040.60

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

|  | | Current value of debtor's interest |
|---|---|---|

**11. Accounts receivable**

| | face amount | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|
| 11a. 90 days old or less: | 177,767.89 | – 11,730.93 | = ....➜ | $   166,036.96 |
| 11b. Over 90 days old: | 9,822,298.24 | – 8,864,531.39 | = ....➜ | $   957,766.85 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.  $   1,123,803.81

## Part 4:   Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☒ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14.1. None | _____ | $   0.00 |
| 14.2. _____ | _____ | $ _____ |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                                                                   % of ownership:

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 15.1. See Attached Rider | _____ % | _____ | $   0.00 |
| 15.2. _____ | _____ % | _____ | $ _____ + undetermined amounts |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 16.1. None | _____ | $   0.00 |
| 16.2. _____ | _____ | $ _____ |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.  $   0.00 + undetermined amounts

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number (*if known*) 20-12345 (SCC) |
|---|---|---|
| | Name | |

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☒ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

    $_____ 0.00

24. **Is any of the property listed in Part 5 perishable?**

    ☐ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☒ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | | $_____ |

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number (if known) 20-12345 (SCC) |
|---|---|---|
| | Name | |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| See Attached Rider | $ 14,777.79 | | $ 14,777.79 |
| 40. **Office fixtures** | | | |
| See Attached Rider | $ 0.00 | | $ 0.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| See Attached Rider | $ 201,029.92 | | $ 201,029.92 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 None | $ | | $ 0.00 |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 215,807.71

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☒ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor    The Roman Catholic Diocese of Rockville Centre, New York          Case number (if known)    20-12345 (SCC)
          Name

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  See Attached Rider | $ 16,965.54 | | $ 16,965.54 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| 48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1  None | $ | | $ 0.00 |
| 48.2 | $ | | $ |
| 49.  **Aircraft and accessories** | | | |
| 49.1  None | $ | | $ 0.00 |
| 49.2 | $ | | $ |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| None | $ | | $ 0.00 |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 16,965.54

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☒ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor   The Roman Catholic Diocese of Rockville Centre, New York
    Name

Case number (if known)   20-12345 (SCC)

---

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 See Attached Rider | | $ 2,091,992.35 | | $ 2,091,992.35 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 2,091,992.35

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☒ Yes

---

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** See Attached Rider | $ 0.00 | | $ 0.00 + undetermined amounts |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** Donor List | $ | | $ Undetermined |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00 + undetermined amounts

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number (if known) | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No
☒ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

None  _____ – _____ = ➜   $_____0.00
                    Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

None  _____    Tax year _____   $_____0.00
_____    Tax year _____   $_____
_____    Tax year _____   $_____

73. **Interests in insurance policies or annuities**

See Attached Rider    $_____0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

None    $_____0.00

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

None    $_____0.00

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

None    $_____0.00

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

See Attached Rider    $_____659,557.72
                    + undetermined amounts
_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____659,557.72
                    + undetermined amounts

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No
☐ Yes

Debtor  The Roman Catholic Diocese of Rockville Centre, New York       Case number *(if known)*  20-12345 (SCC)
    Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 83,825,868.19 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 5,344,040.60 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 1,123,803.81 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 + undetermined amounts | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 215,807.71 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 16,965.54 | |
| 88. **Real property.** *Copy line 56, Part 9.* . ...........................➜ | | $ 2,091,992.35 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 + undetermined amounts | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 659,557.72 + undetermined amounts | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 91,186,043.57 + undetermined amounts | + 91b. $ 2,091,992.35 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................................ $ 93,278,035.92
    + undetermined amounts

Debtor Name: The Roman Catholic Diocese of Rockville Centre,
New York

Case Number: 20-12345 (SCC)

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| IOR (INSTITUTE FOR WORKS OF RELIGION) | Checking Account | 1001 | $56,455.70 |
| IOR (INSTITUTE FOR WORKS OF RELIGION) | Checking Account | 1002 | $11,778.40 |
| JPMORGAN CHASE | Money Market Account | 0769 | $59,593,963.38 |
| JPMORGAN CHASE | Money Market Account | 0770 | $17,423,685.11 |
| JPMORGAN CHASE | Checking Account | 0928 | $2,970,503.68 |
| JPMORGAN CHASE | Checking Account | 0936 | $1,352,526.21 |
| JPMORGAN CHASE | Checking Account | 0902 | $211,220.45 |
| JPMORGAN CHASE | Checking Account | 6502 | $81,474.08 |
| JPMORGAN CHASE | Money Market Account | 0767 | $54,256.60 |
| JPMORGAN CHASE | Checking Account | 7252 | $30,370.37 |
| JPMORGAN CHASE | Checking Account | 6552 | $500.00 |
| SIGNATURE BANK | Money Market Account | 3567 | $2,039,134.21 |
| | | **TOTAL** | **$83,825,868.19** |

IOR (Institute for Works of Religion) account balances as of 8/31/2020

Debtor Name: The Roman Catholic Diocese of Rockville Centre,
New York

Case Number:   20-12345 (SCC)

**Assets - Real and Personal Property**

**Part 2, Question 7:** Deposits, including security deposits and utility deposits

| Description | Name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| Security deposit for Dominican Village lease<br>Lease address:<br>565 Albany Avenue<br>Amityville, New York 11701 | Dominican Village | $50,000.00 |
| | **TOTAL** | **$50,000.00** |

Debtor Name: The Roman Catholic Diocese of Rockville Centre, New York

Case Number:  20-12345 (SCC)

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Abila 2019 Maintenance and Support - Additional billing relating to Inv. Q-34024-1 | Abila, Inc. | $26.87 |
| Abila MIP FA Maintenance & Support Plan - Renwal 2020 - 2/27/20-2/26/21 - 403B | Abila, Inc. | $137.37 |
| Abila MIP FA Maintenance & Support Plan - Renwal 2020 - 2/27/20-2/26/21 - Admin Office | Abila, Inc. | $1,071.68 |
| Abila MIP FA Maintenance & Support Plan - Renwal 2020 - 2/27/20-2/26/21 - PSIP | Abila, Inc. | $840.30 |
| Professional Services-Retainer Agreement | Alvarez & Marsal North America LLC | $350,000.00 |
| Geo Data Plus Subscription 12-20-19-12-19-20 | American Express | $114.59 |
| Monthly Charges Coroprate Card - July 2020 - Foundation Center 7/15/20-7/14/21 | American Express | $1,301.87 |
| Monthly Charges Corporate Card - February 2020 - Barracuda Email Security 2/2/20-2/1/21 | American Express | $752.73 |
| Monthly Charges Corporate Card - July 2020 - Survey Monley - 7/12/20-7/11/21 | American Express | $358.84 |
| Monthly Charges Corporate Card - June 2020 - Constant Contact 6/1/20-5/31/21 | American Express | $1,930.80 |
| Monthly Charges Corporate Card-WIX.com-1/30/19-1/30/22 | American Express | $271.42 |
| Monthly Charges-Corporate Card-Appl Serv Contract-2/28/18-2/27/23 | American Express | $442.16 |
| Rcls- Monthly Corporate Charges- April 2020- Barracuda 4/7/20-4/6/21 | American Express | $3,222.27 |
| IN024893 Annual Secure Check Mainten | AP Technology, LLC | $587.93 |
| Annual Renewal Formed Subscription - 6/27/20-6/27/21 | Augustine Institute, Inc | $1,474.52 |
| Annual Service Agreeemnt Renewal - 11/1/19-10/31/20 | Avaya Inc | $1,705.34 |
| 63509 TestGenius Annual License | Biddle Consulting Group, Inc. | $1,052.05 |
| Maintenance, Analytic Solution Contract- 6/30/20-6/29/21 | Blackbaud | $29,244.89 |
| NXT Learn Everything Training - 7/26/20-7/25/21 (CMA & THF) | Blackbaud | $4,467.99 |
| Big Commerce- Plus Store Annual 11/28/19-11/27/20 | Cardmember Services | $225.52 |
| BigCommerce - Inv06127266 | Cardmember Services | $479.52 |
| Constant Contact - 7/1/19-9/30/20 | Cardmember Services | $69.20 |
| Constant Contact 6/9/20-6/8/21 | Cardmember Services | $727.52 |
| Go To Meeting-1/17/20-1/16/21 | Cardmember Services | $141.17 |
| Monthly Rent Prison Team - Monthly | Catholic Charities | $1,250.00 |
| 2021 CMA Video-Production & Development of Video | Catholic Faith Network | $22,500.00 |
| Edge Yearly Support Maintenance 4/1/20-3/31/21 | CDW Government, Inc | $824.02 |
| VM Annual Support- 6/1/20-5/31/21 | CDW Government, Inc | $890.47 |
| Yearly Virus Protection- 6/1/20-5/31/21 | CDW Government, Inc | $2,152.21 |
| Registration Renewal-2014 Nissan Vin #8659-Sr. MA Piil-9/1/19-8/31/21 | Commissioner of Motor Vehicles | $49.96 |
| Annual Renewal-CaseMaster Maintenance & Support - 9/22/19-9/21/20 | Digital Innovation Inc | $52.92 |
| 2020 Annual Renewal of Dues - 1/1/20-12/31/20 | Diocesan Fiscal Management Conference | $308.33 |
| Docusign Product Purchased to Support Electronic Signing of Dcouments - 6/17/20-6/16/21 | DocuSign, Inc. | $1,504.38 |
| Quarterly Invoice - Credit Reporter Gold - 6/11/20-9/10/20 | Dun & Bradstreet, Inc | $305.71 |

Debtor Name:  The Roman Catholic Diocese of Rockville Centre,                                     Case Number:   20-12345 (SCC)
New York

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| EAC Excess Liability - 2nd of 4 Installments | Ecclesia Assurance Company | $28,712.29 |
| EAC Excess Liability - 3rd of 4 Installments | Ecclesia Assurance Company | $28,712.29 |
| EAC Primary Liability - 2nd of 4 Installments | Ecclesia Assurance Company | $279,611.17 |
| EAC Primary Liability - 3rd of 4 Installments | Ecclesia Assurance Company | $279,611.17 |
| Excess Aggregate Liability ERP 1st of 4 Installments | Ecclesia Assurance Company | $20,491.80 |
| Excess Aggregate Liabilty- ERP 3/4 Premium Remaining Balance | Ecclesia Assurance Company | $61,475.41 |
| Excess Liability 1st of 4 Installments | Ecclesia Assurance Company | $28,712.29 |
| Excess Liability 4th of 4 Intstallments | Ecclesia Assurance Company | $28,712.29 |
| Primary Liability 1st of 4 Installments | Ecclesia Assurance Company | $279,611.17 |
| Primary Liability 4th of 4 Installments | Ecclesia Assurance Company | $279,611.17 |
| Primary Liability SA-ERP 3/4 Premium Remaining Balance | Ecclesia Assurance Company | $151,624.55 |
| Primary Liability SA-ERP 1st of 4 Installments | Ecclesia Assurance Company | $50,541.52 |
| Property Bolier Retention Buy Down | Ecclesia Assurance Company | $219,070.50 |
| Deposit for 5 Pre-Cana Sessions at EMRH 2019-2020 | Emmanuel Marianist Retreat House | $1,200.00 |
| Annual Diocesan Dues - 9/1/20-8/31/21 | Federation of Diocesan Liturgical Commissions | $1,382.00 |
| ID #2616124 - UG Tuition Online Mary Grace Roach Fall 2020 | Franciscan University of Steubanville | $1,260.00 |
| eMatch Custom Donor Link 2 year Renewal - 7/1/20-6/30/22 | HEP Development Services | $1,317.70 |
| Annual Maintenance Agreement-12/1/19-11/30/2020 | Imagine Time Inc | $267.28 |
| Retainer Agreement Legal Services Restructuring | Jackson Lewis P.C. | $30,000.00 |
| JMT MIP Gold Plan Annual Renewal - 2/29/20-2/28/21 - 403B | JMT Consulting Group | $19.53 |
| JMT MIP Gold Plan Annual Renewal - 2/29/20-2/28/21 - Admin | JMT Consulting Group | $150.60 |
| JMT MIP Gold Plan Annual Renewal - 2/29/20-2/28/21 - PSIP | JMT Consulting Group | $118.08 |
| 21482452 Contract #410537-Sprinkler Tst | Johnson Controls Fire Protection, LP | $1,825.26 |
| Annual Central Sta-Alarm & Detection Monitoring-6/1/20-5/31/21 | Johnson Controls Fire Protection, LP | $602.59 |
| Annual Extinguisher Test Inspection 10/1/19-9/30/20 | Johnson Controls Fire Protection, LP | $56.49 |
| Retainer - Professional Services 6/20 | Jones Day | $800,000.00 |
| Expense Reimbursement - June 2020 - CPA License Renewal 11/1/20-10/31/23 | Joseph Young | $292.00 |
| Expense Reimbursement - June 2020 - NYSSA Membership Renewal 6/1/20-5/31/21 | Joseph Young | $325.36 |
| 42  GoToMyPC Corporate Service - Order #634602 - 4/14/20-4/13/21 | LogMein USA, Inc. | $2,827.31 |
| Reimbursement for NYS Attorney Registration 2 YR Renewal 2020-2021 7/1/20-7/1/22 | Michael Flanagan | $343.15 |
| NADD Membership Dues Deacon Personnel - 7/1/20-6/30/21 - Deacon Larry Faulkenberry | National Assn of Deaconate Directors | $520.55 |
| Virtus Online Annual Renewal Fee | National Catholic Services LLC | $16,191.78 |
| Hotline-Per Employee Subscription 1-1-20 to 12-31-20 | NAVEX Global Inc | $2,791.92 |
| Annual Membership Renewal - Rev. Sean Magaldi | NCDVD | $442.33 |
| 3 Year Firebox Security Suite-7/1/2019-6/30/2022 | Network Outsource, Inc | $1,479.76 |
| 52484 Watchguard Renew 3/3/20-3/2/22 | Network Outsource, Inc | $728.16 |
| Aerochive License 3 Year Renewal - 4/20/19-4/19/22 | Network Outsource, Inc | $1,427.45 |
| Final Payment Aerochinve License 3 Year Renewal - 4/20/19-4/19/22 | Network Outsource, Inc | $1,427.45 |

Debtor Name: The Roman Catholic Diocese of Rockville Centre, New York

Case Number:  20-12345 (SCC)

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Firewall Security Subscription (Western Vicariate to DRVC Connection) 8/1/19-7/31/22 | Network Outsource, Inc | $565.13 |
| WatchGuard 3 Year  Renewal - DRVC Massapequa Park - 4/13/20-4/12/23 | Network Outsource, Inc | $1,742.47 |
| WatchGuard Renewal Main Pastoral Center 1 year for Firebox M400 4/19/20-4/18/21 | Network Outsource, Inc | $2,281.10 |
| Annual Membership Dues 12-1-19 to 11-30-20 | New York Self-Insurers Association | $130.53 |
| Contribution - Operational Costs NYSCC - 7/1/20-12/31/20 | New York State Catholic Conference | $90,111.59 |
| Policy #H-2179-620-6 - NYSIF Policy Balance 2020 | New York State Insurance Fund | $15,077.37 |
| Legal Fees-Modification of Financial Terms - Net as of 8/31 | Nixon Peabody LLP | $90,250.50 |
| Prepaid Bulk Mail | Not Applicable | $578.74 |
| Prepaid Postage Meter Expense | Not Applicable | $13,422.26 |
| PSIP-STATE INSURANCE WC FUND | NYS Ins. Fund (NYSIF)-W/C policies | $257,260.55 |
| Annual Subscription - Oil Price Daily Web Report - 10/1/19-9/30/20 | Oil Price Information Service, LLC | $29.92 |
| Annual Renewal - Emergency Notification Service - 8/31/20-8/30/21 | OnSolve, LLC | $3,570.00 |
| Rent Parish Services & Pastoral Ctr Storage-Monthly - Parish Services | Our Lady Of Lourdes RCC | $1,760.00 |
| Rent Parish Services & Pastoral Ctr Storage-Monthly - Pastoral Center Storage | Our Lady Of Lourdes RCC | $575.00 |
| Postage Machine Lease - 6/30/20-9/29/20 | Pitney Bowes | $519.77 |
| Allied world Assurance Co., 15% of Primary $25Mil. | Porter & Curtis LLC | $174,371.40 |
| Aspen Specialty 10% of $15mil X $10Mil. | Porter & Curtis LLC | $27,122.35 |
| Ategrity Specialty 40% of $25mil x$25mil. | Porter & Curtis LLC | $38,574.01 |
| Axis Surplus Lines 20% of Primary $25mil. | Porter & Curtis LLC | $238,073.97 |
| Berkley National Insurance Company-Excess Liability Policy | Porter & Curtis LLC | $36,191.67 |
| Chubb Boiler & Machinery/Jurisdictional Fees. | Porter & Curtis LLC | $46,556.36 |
| Crum & Foster 7.5% of $25mil x$25mil. | Porter & Curtis LLC | $22,601.96 |
| Endurance American 12.5%of $40Mil X $10Mil. | Porter & Curtis LLC | $50,815.84 |
| Endurance American Insurance Company-Excess Liability Policy | Porter & Curtis LLC | $5,208.33 |
| Everest Ins. Co., 25%of the Primary $10Mil. | Porter & Curtis LLC | $223,759.40 |
| Federal Business Company Business Travel Renewal | Porter & Curtis LLC | $1,799.59 |
| Great American Insurance Company-Crime Policy Renewal | Porter & Curtis LLC | $4,966.67 |
| Great Divide Insurance Company-Tenant Users Liability Renewal 7-22-20-7-21-21 | Porter & Curtis LLC | $3,994.52 |
| Hallmark Specialty 20% of $25mil x $25mil. | Porter & Curtis LLC | $48,217.51 |
| HDI Apecialty Insurance Company-Cyber Policy | Porter & Curtis LLC | $7,907.93 |
| Interstate Fire 50% of $50mil x $50mil. | Porter & Curtis LLC | $67,805.88 |
| Ironshore Indemnity Inc-Excess Fiduciary Liability | Porter & Curtis LLC | $4,057.38 |
| Kinsale Ins. co., 20% of $25mil x $25mil. | Porter & Curtis LLC | $51,231.11 |
| Landmark American 30% of $50mil x $50mil. | Porter & Curtis LLC | $37,248.03 |
| Liberty Surplus Insurance Corp-Excess Liability Policy | Porter & Curtis LLC | $3,242.81 |
| Lloyds (Miller) Terrorism. | Porter & Curtis LLC | $10,125.68 |
| Lloyds 10.83% of $15Mil X $10Mil. | Porter & Curtis LLC | $27,097.04 |
| Lloyds 16.67% of $15mil x $10mil. | Porter & Curtis LLC | $41,688.26 |

Debtor Name: The Roman Catholic Diocese of Rockville Centre,
New York

Case Number:   20-12345 (SCC)

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description | Name of holder of prepayment | Current value of debtor's interest |
| --- | --- | --- |
| Markel Insurance Company-Excess Fiduciary Liability | Porter & Curtis LLC | $2,469.84 |
| Markel Insurance Company-Excess Fiduciary Liability | Porter & Curtis LLC | $1,715.16 |
| National Union Fire Insurance Company-Excess Fiduciary Liability | Porter & Curtis LLC | $2,744.26 |
| Navigators Insurance Company-Excess Liability Policy | Porter & Curtis LLC | $5,253.00 |
| Risk Managment Fee-1st of 4 Installments 7-1-20-9-30-20 | Porter & Curtis LLC | $24,456.52 |
| RLI Insurance Co D&O Side Excess | Porter & Curtis LLC | $4,058.73 |
| RLI Insurance Company-Primary Fiduciary Liability | Porter & Curtis LLC | $8,114.75 |
| RLI Insurance Company-Side A Excess Fiduciary Liability | Porter & Curtis LLC | $2,950.82 |
| RSUI Indemnity Company-Excess Liability Policy | Porter & Curtis LLC | $2,083.33 |
| Steadfast/Zurich 15% of Primary $25Mil. | Porter & Curtis LLC | $190,058.37 |
| US Specialty Ins Co-Kidnap & Ransom Policy 3 year Prepaid Renewal | Porter & Curtis LLC | $20,249.32 |
| Westchester Surplus Lines 25% of primary $10Mil. | Porter & Curtis LLC | $226,019.59 |
| Annual Renewal Fee - PO Box 9023 - 2/1/20-1/31/21 | Post Master | $581.07 |
| Permit #85 First Class Presort Fee 9/12/19-9/11/20 | Postmaster-Hicksville | $6.88 |
| Renewal First Class Mail Fee Permit #85 - 9/12/20-9/11/21 | Postmaster-Hicksville | $240.00 |
| Annual Renewal PO Box/Caller Service - 2/1/20-1/31/21 | Postmaster-Rockville Centre | $581.07 |
| Annual Dues-Calendar Year 2020 | Priests' Council Of New York | $833.33 |
| Annual Membership Renewal 4/1/20-3/31/21 | Public Relations Society of America | $188.77 |
| Maintenance & Updates; Annual Domain Fee - 11/1/19-10/31/20 | Red Penguin Web Solutions | $71.10 |
| Maintenance & Updates; Annual Domain Fee - 11/1/19-10/31/20 | Red Penguin Web Solutions | $71.10 |
| August 2020 Retainer - Net as of 8/31 | Reed Smith LLP | $8,151.77 |
| Monthly Charges - Calverton Answering Service - September 2020 | Relay Communications Center Inc | $432.14 |
| Monthly Tuition Loan Payment - October 2020 | Rev Michael Duffy | $439.00 |
| Monthly Tuition Loan Payment - September 2020 | Rev Michael Duffy | $439.00 |
| Membership Dues Renewal | Risk & Insurance Management Society, Inc | $746.32 |
| Legal Services Retainer Fee | Sahn Ward Coschignano, PLLC | $10,030.00 |
| Monthly Rent - Diocesan Archives - Monthly | Seminary of the Immaculate Conception | $2,500.00 |
| Monthly Rent - Office of Deacon Formation - Monthly | Seminary of the Immaculate Conception | $1,250.00 |
| 2020 Annual Maintenance 4/1/20- 3/31/21 | Silverwoods Association | $307.84 |
| Monthly Subsidy - St. Agnes Cathedral - Monthly | St Agnes Cathedral | $6,250.00 |
| Subsidy - Residence Utilities - Monthly | St Agnes Cathedral | $2,500.00 |
| Monthly Rent - Western Vicariate Office - Monthly | St Aidan RCC | $1,000.00 |
| ID #661340528 - Lisa Spohr - Fall 2020 - 9/7/20-11/29/20 | St Joseph's College Online | $1,161.00 |
| 2020 Annual Diocesan Membership - 1/1/20-12/31/20 | The National Catholic Bioethics Center | $500.00 |
| NCBC 2019/2020 Retainer Agreement - 10/1/19-9/30/20 | The National Catholic Bioethics Center | $409.84 |
| Annual Maintenance Fee - 1/1/20-12/31/20 | The Village at Palmetto Dunes HOA | $552.50 |
| Annual Subscription Renewal-11/10/19-11/9/20 | The Wall Street Journal | $103.26 |
| 2020-2021 Seminarian Auguste Horner - Room and Board including Fees | Theological College | $17,780.00 |
| 2020-2021 Seminarian Jonathan Pham - Room and Board including Fees | Theological College | $17,810.00 |

Debtor Name: The Roman Catholic Diocese of Rockville Centre,
New York

Case Number:   20-12345 (SCC)

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| 2020-2021 Seminarian Joseph Krug - Phone, Cable, Internet, Laundry Maintenance, Retreat, Parking Fees | Theological College | $2,195.00 |
| 2020-2021 Seminarian Nicholas Waldron - Phone, Cable, Internet, Laundry Maintenance, Retreat, Parking Fees | Theological College | $2,225.00 |
| 2020-2021 Seminarian Patrick O'Brien - Room and Board including Fees | Theological College | $14,266.96 |
| Biennial Attorney Registration & Sept Mileage Expense | Thomas Renker | $202.63 |
| Quarterly Pastoral Center Elevator Contract - 8/1/20-10/31/20 | Thyssenkrupp Elevator Corporation | $1,924.24 |
| 2020 3rd Quarter Diocesan Assessment | United States Conference of Catholic Bishops | $17,865.33 |
| Annual Diocesan Partnership Renewal - 7/1/20-6/30/21 | University of Dayton | $2,490.41 |
| Fall 2020/2021 - Housing - Rev Alessandro da Luz | University of St Mary of the Lake | $3,050.00 |
| Pastoral Center Annual Water Tower Contract 12/27/19-12/26/20 | Waterlogic USA Inc | $199.80 |
| | **TOTAL** | **$5,294,040.60** |

Debtor Name: The Roman Catholic Diocese of Rockville Centre,
New York

Case Number: 20-12345 (SCC)

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture

| Name of Entity | % of ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| ECCLESIA ASSURANCE COMPANY | 100.00% | N/A | Undetermined |
| | | **TOTAL** | **$0.00**<br>**+ undetermined amounts** |

Debtor Name: The Roman Catholic Diocese of Rockville Centre,
New York

Case Number: 20-12345 (SCC)

**Assets - Real and Personal Property**

**Part 7, Question 39:** Office furniture

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Asset ID:  COA-00315<br>1 2-Drawer File Cabinet | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00420<br>1 4-Drawer File Cabinet | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00462<br>1 Bookcase | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00406<br>1 Bookcase with Sliding Doors | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00382<br>1 Captain's Chair | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00337<br>1 Ceramic Lamp w/ Shade | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00241<br>1 Chair | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00474<br>1 Clothes Rack | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00455<br>1 Coat Rack | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00404<br>1 Credenza | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00421<br>1 Credenza | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00518<br>1 Desk & Posture Chair | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00485<br>1 End Table with Attached Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00372<br>1 Film Strip Cabinet | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00424<br>1 Glass Doored Bookcase | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00403<br>1 Lamp with Shade | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00318<br>1 Metal 1-Shelf Bookcase | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00323<br>1 Metal 2-Drawer Card File | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00426<br>1 Metal 2-Drawer File Cabinet | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00429<br>1 Metal 2-Drawer File Cabinet | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00411<br>1 Metal 4-Drawer File Cabinet | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00453<br>1 Metal 4-Drawer File Cabinet | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00436<br>1 Metal 5-Drawer File Cabinet | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00428<br>1 Metal 6-Drawer File Cabinet | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00342<br>1 Metal Bookcase w/ Glass Doors | $0.00 | Net Book Value | $0.00 |

Debtor Name: The Roman Catholic Diocese of Rockville Centre,
New York

Case Number: 20-12345 (SCC)

**Assets - Real and Personal Property**

**Part 7, Question 39:** Office furniture

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Asset ID:  COA-00395<br>1 Metal Coat Closet | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00467<br>1 Metal Credenza | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00366<br>1 Metal Executive Desk | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00550<br>1 Metal File Cabinet | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00551<br>1 Metal File Cabinet | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00412<br>1 Metal Storage Cabinet | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00413<br>1 Metal Table | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00444<br>1 Metal Table | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00415<br>1 Metal Telephone Stand | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00473<br>1 Metal Telephone Table | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00478<br>1 Metal/Formica Table | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00443<br>1 Open Bookcase | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00414<br>1 Plain Side Chair | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00483<br>1 Plexiglass Chair Mat | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00410<br>1 Secretarial Posture Chair | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00432<br>1 Secretarial Posture Chair | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00446<br>1 Secretarial Posture Chair | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00451<br>1 Secretarial Posture Chair | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00459<br>1 Secretarial Posture Chair | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00417<br>1 Side Arm Chair | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00450<br>1 Side Arm Chair | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00402<br>1 Side Table | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00439<br>1 Side Table with Shelf | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00454<br>1 Steel Storage Cabinet | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00343<br>1 Step Stool | $0.00 | Net Book Value | $0.00 |

Debtor Name: The Roman Catholic Diocese of Rockville Centre, New York

Case Number: 20-12345 (SCC)

**Assets - Real and Personal Property**

**Part 7, Question 39:** Office furniture

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Asset ID:  COA-00422<br>1 Storage Cabinet | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00487<br>1 Storage Cabinet | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00392<br>1 Swivel Chair | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00449<br>1 Swivel Chair | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00457<br>1 Swivel Chair | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00399<br>1 Swivel Chair w/ Adj Back | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00378<br>1 Table & Lamp | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00367<br>1 Telephone Stand | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00445<br>1 Typing Stand | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00379<br>1 Upholstered Couch | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00355<br>1 Walnut Credenza | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00521<br>1 Walnut Telephone Table | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00346<br>1 Wood Round Table | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00480<br>1 Wood Table | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00333<br>1 Wood Telephone Table w/ Door | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00336<br>1 Wood/Leather Club Chair | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00294<br>10 Conference Room Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00210<br>10 Drawer File (Maps & Blue Prints) | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00325<br>10 Wood Arm Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00376<br>11 Card Catalogue Cabinet | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00222<br>11 Files | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00283<br>11 Plain Side Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00330<br>11 Side Arm Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00387<br>11 Wooden Cabinets/Display Shelves | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00308<br>12 5-Drawer File Cabinets | $0.00 | Net Book Value | $0.00 |

Debtor Name: The Roman Catholic Diocese of Rockville Centre,          Case Number: 20-12345 (SCC)
New York

**Assets - Real and Personal Property**

**Part 7, Question 39:** Office furniture

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Asset ID:  COA-00892<br>12 Conference Room Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00252<br>12 Metal Bookcases - No Doors | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00358<br>12 Swivel Chairs w/ Adj Back | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00291<br>13 Credenzas | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00359<br>14 Side Arm Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00371<br>15 Plain Side Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00290<br>16 Desks | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00374<br>17 Metal Book Shelves | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00273<br>18 Side Arm Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00362<br>19 Metal Desks | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00381<br>2 10-Drawer Cabinets | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00265<br>2 2-Drawer File Cabinets | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00509<br>2 3-Drawer File Cabinets | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00517<br>2 Bookcases | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00220<br>2 Coat Racks | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00312<br>2 Coat Racks | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00245<br>2 Coat Stands | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00338<br>2 Coat Stands | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00365<br>2 Coat Stands | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00481<br>2 Credenzas | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00431<br>2 Desk Lamps | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00400<br>2 Desks | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00456<br>2 Desks | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00264<br>2 Easels | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00461<br>2 File Cabinets | $0.00 | Net Book Value | $0.00 |

Debtor Name: The Roman Catholic Diocese of Rockville Centre, New York

Case Number: 20-12345 (SCC)

**Assets - Real and Personal Property**

**Part 7, Question 39:** Office furniture

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Asset ID: COA-00515<br>2 File Cabinets | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00292<br>2 Large Metal Tables | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00383<br>2 Metal 3-Drawer File Cabinets | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00405<br>2 Metal 3-Drawer File Cabinets | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00324<br>2 Metal 8-Drawer File Cabinets | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00396<br>2 Metal Cabinets | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00407<br>2 Metal Clothes Racks | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00440<br>2 Metal Coat Rack Stands | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00256<br>2 Metal Credenzas | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00350<br>2 Metal Credenzas | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00438<br>2 Metal Credenzas | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00397<br>2 Metal File Cabinets | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00437<br>2 Metal Telephone Cabinets | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00349<br>2 Metal Utility Desks/Tables | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00300<br>2 Metal Wall Racks | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00442<br>2 Plain Side Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00452<br>2 Plain Side Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00460<br>2 Plexiglass Chair Pads | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00393<br>2 Secretarial Posture Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00468<br>2 Secretarial Posture Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00491<br>2 Secretarial Posture Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00229<br>2 Side Arm Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00394<br>2 Side Arm Club Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00219<br>2 Side Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00490<br>2 Side Chairs | $0.00 | Net Book Value | $0.00 |

Debtor Name: The Roman Catholic Diocese of Rockville Centre, New York

Case Number: 20-12345 (SCC)

**Assets - Real and Personal Property**

**Part 7, Question 39:** Office furniture

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Asset ID:  COA-00508<br>2 Sliding Door Storage Cabinets | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00223<br>2 Sofas | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00285<br>2 Storage Cabinets | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00464<br>2 Swivel Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00211<br>2 Swivel Chairs w/ Adj Back | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00435<br>2 Swivel Chairs w/ Adj Back | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00351<br>2 Swivel Desk Lamps | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00377<br>2 Upholstered Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00260<br>2 Wood Coffee Tables | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00232<br>2 Wood Round Conference Table | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00238<br>2 Wood Tables | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00335<br>2 Wood/Leather Settee | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00240<br>20 Conference Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00249<br>20 Ltr Size 4-Drawer File Cabinets | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00259<br>21 Conference Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00298<br>21 Metal 3-Drawer File Cabinets | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00466<br>21 Plain Side Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00306<br>22 Side Arm Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00373<br>23 Metal Shelving Units | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00458<br>3 Arm Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00216<br>3 Credenzas w/ 6 Drawers | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01078<br>3 Cubes, chairs, desk | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00441<br>3 Desk Lamps | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00398<br>3 Desks | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00433<br>3 Desks | $0.00 | Net Book Value | $0.00 |

Debtor Name: The Roman Catholic Diocese of Rockville Centre, New York

Case Number: 20-12345 (SCC)

**Assets - Real and Personal Property**

**Part 7, Question 39:** Office furniture

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Asset ID: COA-00448<br>3 Desks | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00472<br>3 Desks | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00235<br>3 Files | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00352<br>3 Legal Size Metal File Cabinets | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00267<br>3 Metal Ash Tray Stands | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00225<br>3 Metal Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00209<br>3 Metal Credenzas w/ File Drawers | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00347<br>3 Metal Open Bookcases | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00380<br>3 Metal Pamphlet/Magazine Racks | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00321<br>3 Metal Storage Cabinets | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00470<br>3 Metal Storage Cabinets | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00261<br>3 Metal Tables | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00311<br>3 Metal/Formica Tables | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00489<br>3 Plain Side Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00348<br>3 Secretarial Posture Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00231<br>3 Side Arm Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00221<br>3 Stationary Cabinets | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00416<br>3 Swivel Chairs w/ Adj Back | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00339<br>3 Wood End Tables | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00328<br>3 Wood Executive Desks | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00326<br>3 Wood Tables | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00262<br>32 Metal 5-Drawer Blueprint Cabinet | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00341<br>33 Metal File Cabinets | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-01317<br>36 Stackable Chairs for Lounge and 12 Arm Chairs for 2nd Floor conference room | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00570<br>3-Drawer File | $0.00 | Net Book Value | $0.00 |

Debtor Name: The Roman Catholic Diocese of Rockville Centre,
New York

Case Number: 20-12345 (SCC)

**Assets - Real and Personal Property**

**Part 7, Question 39:** Office furniture

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Asset ID:  COA-00274<br>4 3-Drawer Metal File Cabinets | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00370<br>4 4-Drawer Metal File Cabinets | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00360<br>4 Credenzas | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00419<br>4 Desks | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00254<br>4 Desks with Return | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00255<br>4 Desks without Return | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00469<br>4 Metal 4-Drawer File Cabinets | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00299<br>4 Metal 5-Drawer File Cabinets | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00345<br>4 Metal Desks | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00248<br>4 Secretarial Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00316<br>4 Secretarial Desks w/ Return | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00363<br>4 Secretarial Posture Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00212<br>4 Side Arm Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00434<br>4 Side Arm Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00401<br>4 Side Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00242<br>4 Steel File Cabinets | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00244<br>4 Swivel Chairs w/ Adj Back | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00332<br>4 Wood Bookcases w/ Glass Doors | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00357<br>4 Wood Desks | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00270<br>5 2-Drawer Metal Card Files | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00642<br>5 Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00237<br>5 Conference Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00418<br>5 Conference Room Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00320<br>5 Metal 2-Shelf Open Bookcases | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00386<br>5 Metal Storage Cabinets | $0.00 | Net Book Value | $0.00 |

Debtor Name: The Roman Catholic Diocese of Rockville Centre,
New York

Case Number: 20-12345 (SCC)

**Assets - Real and Personal Property**

**Part 7, Question 39:** Office furniture

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Asset ID:  COA-00331<br>5 Plain Side Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00329<br>5 Swivel Chairs w/ Adj Back | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00250<br>6 4-Drawer Specific Size Cabinets | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00479<br>6 Desks | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00227<br>6 End Tables - Wood & Formica | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00301<br>6 Leather Lounge Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00344<br>6 Metal Storage Cabinets | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00334<br>6 Plexiglass Chair Pads | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00866<br>6 Secretarial Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00314<br>6 Secretarial Posture Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00246<br>6 Side Arm Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00309<br>7 Bookcases w/ 4 Shelves | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00313<br>7 Executive Desks | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00364<br>7 Metal 3-Drawer File Credenzas | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00477<br>7 Metal File Cabinets | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00247<br>7 Plain Side Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00304<br>7 Swivel Chairs w/ Adj Back | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00369<br>7 Tables | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00317<br>8 4-Drawer File Cabinets | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00327<br>8 Metal 6-Drawer File Cabinets | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00307<br>8 Plain Side Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00284<br>8 Secretarial Posture Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00482<br>8 Swivel Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00465<br>9 Side Arm Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00263<br>9 Steel Plan Boxes | $0.00 | Net Book Value | $0.00 |

Debtor Name: The Roman Catholic Diocese of Rockville Centre,
New York

Case Number: 20-12345 (SCC)

**Assets - Real and Personal Property**

**Part 7, Question 39:** Office furniture

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Asset ID:  COA-00272<br>9 Swivel Chairs w/ Adj Back | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01070<br>Archives for files, plans, prints, etc. | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00224<br>Arm Chair | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00281<br>Bookcase | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00556<br>Bookcase & File | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00555<br>Bookcases | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00704<br>Bookcases | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00286<br>Bookcases (9 Wood, 19 Metal) | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00389<br>Bright Projection Machine | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00970<br>Card & Printout File Cabinet | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01015<br>Chair & Sofa | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00710<br>Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00685<br>Chairs for Conference Room | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00953<br>Computer Desk | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00771<br>Computer Tables | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00842<br>Conference Room Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00239<br>Conference Table | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00310<br>Credenza | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00554<br>Credenza | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00643<br>Desk & Drawers | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01452<br>Dominican Village Furniture | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00384<br>Draperies | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00280<br>File Cabinet | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01010<br>File Cabinet, Desk, Bkcase, Carpet | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00798<br>File Cabinets | $0.00 | Net Book Value | $0.00 |

Debtor Name: The Roman Catholic Diocese of Rockville Centre, New York

Case Number: 20-12345 (SCC)

**Assets - Real and Personal Property**

**Part 7, Question 39:** Office furniture

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Asset ID:  COA-00807<br>File Cabinets | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00865<br>File Cabinets & Chair | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00683<br>File Cabinets, Bookcases | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00813<br>File Card Drawers | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01537<br>File Sliding System for Pension | $7,347.38 | Net Book Value | $7,347.38 |
| Asset ID:  COA-00608<br>Files | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01316<br>Finance Department Workstations and File Cabinets | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00575<br>Fiscal 1977 Additions | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00581<br>Fiscal 1979 Additions | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00584<br>Fiscal 1980 Additions | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00585<br>Fiscal 1981 Additions | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00591<br>Fiscal 1982 Additions | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00596<br>Fiscal 1984 Additions | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00597<br>Fiscal 1985 Additions | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00601<br>Fiscal 1989 Additions | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00539<br>Furniture | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00684<br>Furniture | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00697<br>Furniture | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00795<br>Furniture | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00822<br>Furniture | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00834<br>Furniture | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00877<br>Furniture | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01401<br>Furniture - Senior Priests' Residence | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00577<br>Furniture & Equipment | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00148<br>Furniture & Fixtures | $0.00 | Net Book Value | $0.00 |

Debtor Name: The Roman Catholic Diocese of Rockville Centre,                    Case Number: 20-12345 (SCC)
New York

**Assets - Real and Personal Property**

**Part 7, Question 39:** Office furniture

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Asset ID:  COA-00149<br>Furniture & Fixtures | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00790<br>Furniture & Fixtures | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00770<br>Furniture for Lounge | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01060<br>Furniture for new Huntington office | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01538<br>Furnitures Set Up Apt 275&276 | $7,430.41 | Net Book Value | $7,430.41 |
| Asset ID:  COA-00269<br>High Drafting Chair | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01100<br>Laptops | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00268<br>Large Drafting Table | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00557<br>Legal-Sized File Cabinet | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01305<br>Liturgical Furnishings | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01074<br>Loveseat, coffee table, 3 chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00492<br>Lunch Room - 5 Conference Tables | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00494<br>Lunch Room - 7 Plain Chairs | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00493<br>Lunch Room - Settee | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00495<br>Lunch Room - Wooden Table | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00385<br>Manual Punch & Binder | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01359<br>Massepequa Park - Cubicles | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00275<br>Metal 2-Shelf Bookcase | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00293<br>Metal Conference Table | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00277<br>Metal Credenza | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00213<br>Metal Desk | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00276<br>Metal Desk | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00282<br>Metal Desk | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00322<br>Metal Shelves | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00447<br>Metal Storage Cabinet | $0.00 | Net Book Value | $0.00 |

Debtor Name: The Roman Catholic Diocese of Rockville Centre, New York    Case Number: 20-12345 (SCC)

**Assets - Real and Personal Property**

**Part 7, Question 39:** Office furniture

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Asset ID: COA-00266<br>Metal Table | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00519<br>Miscellaneous | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00552<br>Miscellaneous Addition | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-01080<br>New Cubicles - Internal Audit | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-01079<br>New desks & work areas | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-01077<br>New Furniture, condensing units | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00177<br>No Description | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00589<br>No Description | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-01300<br>Office Furnishings | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00671<br>Office Furniture | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00870<br>Office Furniture | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00983<br>Office Furniture | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-01011<br>Office Furniture | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-01069<br>Office Furniture | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-01343<br>Office Furniture | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-01363<br>Office furniture - Massapequa | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00999<br>Office Furniture/Computer Hardware | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00203<br>Papal & Bishop's Seals | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-01345<br>Payroll Office Cubbies | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00215<br>Plastic Floor Mat Under Chair | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00390<br>Plexiglass Chair Pad | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00287<br>Refrigerator | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-01059<br>Respect Life Office Furniture | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00197<br>Safe | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00198<br>Safe | $0.00 | Net Book Value | $0.00 |

Debtor Name: The Roman Catholic Diocese of Rockville Centre,          Case Number: 20-12345 (SCC)
New York

**Assets - Real and Personal Property**

**Part 7, Question 39:** Office furniture

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Asset ID:  COA-00199<br>Safe | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00200<br>Safe | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00302<br>Small Metal Table on Casters | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01483<br>St. Pius Residence - Furniture | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01496R<br>St. Pius Residence - Furniture | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00430<br>Steel Shelving Units | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00856<br>Storage & File Cabinets | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00251<br>Storage Cabinet | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00558<br>Storage Cabinet | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00214<br>Table | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00391<br>Utility Racks | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01013<br>Utility Tk, File Cabinet, Mobile Storage | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00504<br>Various Shelves, Bases, Lenses | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00930<br>Venetian Blinds | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00230<br>Vinyl Hassock | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01492<br>Western Vicariate - Furniture | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01495<br>Western Vicariate - Furniture | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01489<br>Western Vicariate - Office Furniture | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00236<br>Wood Bookcases | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00228<br>Wood Desk & Bookcase | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00271<br>Wood End Table | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00279<br>Wood Telephone Stand | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00258<br>Wooden Conference Table | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00217<br>Wooden Desk | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00895<br>Workstation | $0.00 | Net Book Value | $0.00 |

Debtor Name: The Roman Catholic Diocese of Rockville Centre,
New York

Case Number: 20-12345 (SCC)

**Assets - Real and Personal Property**

**Part 7, Question 39:** Office furniture

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | | **TOTAL** | **$14,777.79** |

Debtor Name: The Roman Catholic Diocese of Rockville Centre,
New York

Case Number: 20-12345 (SCC)

**Assets - Real and Personal Property**

**Part 7, Question 40:** Office fixtures

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Asset ID:  COA-00409<br>1 Crucifix | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00226<br>2 Crucifixes | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00484<br>2 Crucifixes | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00296<br>5 Crucifixes | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00340<br>5 Crucifixes | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00303<br>8 Crucifixes | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00911<br>Air Conditioner | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00801<br>Air Conditioners | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01061<br>Air Conditioning Units | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01064<br>Air Conditioning Units | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01065<br>Air Conditioning Units | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00836<br>Bathroom Vanity | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00356<br>Built-in Cabinets & Shelving | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00644<br>Carpet | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00353<br>Carpeting | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00361<br>Carpeting | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00408<br>Carpeting | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00475<br>Carpeting | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00614<br>Carpeting | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01018<br>Carpeting | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00537<br>Carpeting in Basement | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00278<br>Crucifix | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00678<br>Dishwasher | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00926<br>Exterior Signs | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01071<br>Fixtures & filing systems | $0.00 | Net Book Value | $0.00 |

Debtor Name: The Roman Catholic Diocese of Rockville Centre, New York        Case Number: 20-12345 (SCC)

**Assets - Real and Personal Property**

**Part 7, Question 40:** Office fixtures

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Asset ID:  COA-00295<br>Green Carpeting | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00354<br>Kitchen Unit (Sink, Stove, Refrig) | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01067<br>New carpet and padding | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00305<br>Red Carpeting | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01012<br>Tabernacle for Bishop's House | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00202<br>Venetian Blinds (New Bldg) | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00201<br>Venetian Blinds (Old Bldg) | $0.00 | Net Book Value | $0.00 |
| | | **TOTAL** | **$0.00** |

| Debtor Name: | The Roman Catholic Diocese of Rockville Centre, New York | Case Number: | 20-12345 (SCC) |

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Asset ID: COA-00660 (2) Laser Printers, Cables | $5,900.45 | $5,900.45 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00659 (5) Computers & Monitors, Cables | $8,475.10 | $8,475.10 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00488 1 Check Writer | $195.00 | $195.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00368 1 Dictating Machine | $310.25 | $310.25 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00476 1 Panasonic Tape Recorder | $35.68 | $35.68 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00486 1 Paper Shredder | $331.55 | $331.55 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00423 1 Produc-trol Tickler Board | $135.00 | $135.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00463 1 Telephone Answering Device | $383.25 | $383.25 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00520 1 Typewriter Desk | $184.43 | $184.43 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00471 1 Typewriter Table | $29.10 | $29.10 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00655 1050 Xerox Copier | $13,213.00 | $13,213.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00878 2 Computers | $3,009.97 | $3,009.97 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00893 2 Computers, 1 Printer | $3,196.00 | $3,196.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00909 2 Copy Machines | $21,496.00 | $21,496.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00907 2 Dot Matrix Printers | $868.00 | $868.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00218 2 Metal Desks w/ Typewriter Arms | $350.72 | $350.72 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00319 2 Metal Typewriter Stands | $58.20 | $58.20 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00289 2 Overhead Projectors | $249.00 | $249.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00297 2 Telephone Stands | $80.80 | $80.80 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00593 2 Typewriter | $1,539.33 | $1,539.33 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00176 2 Typewriters | $1,030.00 | $1,030.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00178 2 Typewriters | $1,370.00 | $1,370.00 | $0.00 | Net Book Value | $0.00 |

| Debtor Name: | The Roman Catholic Diocese of Rockville Centre, New York | | Case Number: | 20-12345 (SCC) |

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Asset ID:  COA-00179 2 Typewriters | $1,010.00 | $1,010.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00527 2 Typewriters | $1,070.00 | $1,070.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00507 2 Unitrex Mini Calculators | $199.94 | $199.94 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00874 3 Computers & 3 Printers | $5,037.00 | $5,037.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00725 3 Computers & Installation | $9,951.75 | $9,951.75 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00375 3 Typewriter Tables | $87.30 | $87.30 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00175 3 Typewriters | $1,560.00 | $1,560.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00183 3 Typewriters | $1,665.00 | $1,665.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00885 5 Computers,1 Printer,1 Netwk Hub | $9,375.00 | $9,375.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01543 50% Deposit-Install and Mount 6 Wireless Access Points | $4,105.50 | $2,052.72 | $2,052.78 | Net Book Value | $2,052.78 |
| Asset ID:  COA-00185 6 Typewriters | $2,130.00 | $2,130.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00876 8 Computers & 3 Printers | $10,083.00 | $10,083.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01008 Accrd itm added 10/99 for 8/31/99 y/e | $1,029.00 | $1,029.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00963 Accuprinter | $2,607.50 | $2,607.50 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01530 Add on for new backup server | $813.95 | $678.30 | $135.65 | Net Book Value | $135.65 |
| Asset ID:  COA-00195 Adding Machine | $425.00 | $425.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00196 Adding Machine | $100.00 | $100.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00564 Adding Machine | $163.00 | $163.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01511 Adj to COA-01508 DRVC Server Infrastructure Upgrade | $1,000.00 | $1,000.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00542 Adler Electronic Calculator | $368.00 | $368.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00959 ADLF Upgrade | $1,725.00 | $1,725.00 | $0.00 | Net Book Value | $0.00 |

| Debtor Name: | The Roman Catholic Diocese of Rockville Centre, New York | | Case Number: | 20-12345 (SCC) |

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Asset ID:  COA-00540 Audio Visual Equipment | $1,695.40 | $1,695.40 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01539 Back up & Recovery Upgrade Balance Due | $8,749.50 | $4,374.72 | $4,374.78 | Net Book Value | $4,374.78 |
| Asset ID:  COA-00799 Back Up & Surge Protector | $342.00 | $342.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00779 Back Up Power Supply | $822.46 | $822.46 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  coa-01536 Backup and Disaster Recovery Upgrade - 50% Down | $8,749.50 | $4,374.72 | $4,374.78 | Net Book Value | $4,374.78 |
| Asset ID:  COA-01418 Backup for DRVC Server - Airwatch Secure Email Gateway Configuration and Deployment | $500.00 | $500.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01375 Backup Hardware - Roosevelt | $1,400.00 | $1,400.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01540 Balance Due - Server & San Switching | $31,218.00 | $15,609.06 | $15,608.94 | Net Book Value | $15,608.94 |
| Asset ID:  coa-01552 Balance Due- Pastoral Center Phone System | $41,910.50 | $6,985.08 | $34,925.42 | Net Book Value | $34,925.42 |
| Asset ID:  COA-01542 Balance Due-Building Distribution Switch Replacement | $11,879.50 | $5,939.82 | $5,939.68 | Net Book Value | $5,939.68 |
| Asset ID:  COA-01553 Balance Pastoral Center Office 365 migration to Cloud based office 365 service | $14,590.00 | $2,431.68 | $12,158.32 | Net Book Value | $12,158.32 |
| Asset ID:  COA-01541 Balance-New Firewall Holy Trinity Back-Up Site | $4,190.50 | $2,095.20 | $2,095.30 | Net Book Value | $2,095.30 |
| Asset ID:  COA-00897 Bar Coding | $3,174.60 | $3,174.60 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00901 Bar Coding | $10,617.65 | $10,617.65 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01319 Barracuda Email Archiving Device | $11,848.00 | $11,848.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01526 Battery Freight | $780.00 | $650.10 | $129.90 | Net Book Value | $129.90 |
| Asset ID:  COA-01525 Battery Installation Removal Disposal | $1,440.00 | $1,200.00 | $240.00 | Net Book Value | $240.00 |

| Debtor Name: | The Roman Catholic Diocese of Rockville Centre, New York | Case Number: | 20-12345 (SCC) |

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Asset ID: COA-00634 Bell & Howell 16mm Projector | $860.50 | $860.50 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00574 Bell & Howell Movie Projector | $512.00 | $512.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00886 Binding System | $433.00 | $433.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00649 Bondwell 310 Plus Laptop | $1,399.00 | $1,399.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-01416 Brocade Switch and Installation / Configuration | $2,675.00 | $2,675.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00648 Brother 390 Instafax | $729.00 | $729.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-01533 Building Distribution Switch Replacement | $11,879.50 | $5,939.82 | $5,939.68 | Net Book Value | $5,939.68 |
| Asset ID: COA-00576 Building Machinery | $42,722.43 | $42,722.43 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-01047 Cable Tester & Data Cartridges | $478.54 | $478.54 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00981 Camcorder/Editing System | $17,470.00 | $17,470.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00775 Canofile C/D | $1,638.00 | $1,638.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00572 Canon Calculator | $160.50 | $160.50 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00736 Canon Canofile | $25,746.04 | $25,746.04 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-01387 Capacitor Replacement Battery | $7,343.84 | $7,343.84 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00513 Carousel Sound Synchronizer | $369.00 | $369.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00516 Cassette Duplicator | $379.50 | $379.50 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00538 Cassettes | $200.30 | $200.30 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00843 CD/Modem/Software | $1,029.97 | $1,029.97 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00861 Cell Phone | $255.46 | $255.46 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00915 Cell Phone | $79.98 | $79.98 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00920 Cell Phone | $69.98 | $69.98 | $0.00 | Net Book Value | $0.00 |

| Debtor Name: | The Roman Catholic Diocese of Rockville Centre, New York | Case Number: | 20-12345 (SCC) |
|---|---|---|---|

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Asset ID: COA-00964 Cell Phone | $69.98 | $69.98 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-01347 Central Monitoring for BUrglar & Fire Alarm | $6,500.00 | $6,500.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-01381 Comet Capacitor - Replacement parts | $3,394.81 | $3,394.81 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-01002 Comp/Hardware/Printer/Off Equipmt | $13,968.17 | $13,968.17 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-01308 Computer | $1,958.00 | $1,958.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-01310 Computer | $1,557.00 | $1,557.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00604 Computer | $3,550.00 | $3,550.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00611 Computer | $1,906.00 | $1,906.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00628 Computer | $1,911.29 | $1,911.29 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00646 Computer | $1,199.00 | $1,199.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00661 Computer | $2,082.00 | $2,082.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00664 Computer | $1,973.89 | $1,973.89 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00688 Computer | $3,350.00 | $3,350.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00698 Computer | $2,319.96 | $2,319.96 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00738 Computer | $2,623.00 | $2,623.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00741 Computer | $2,398.00 | $2,398.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00742 Computer | $1,928.00 | $1,928.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00745 Computer | $1,843.00 | $1,843.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00751 Computer | $2,063.66 | $2,063.66 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00754 Computer | $1,764.00 | $1,764.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00756 Computer | $2,024.00 | $2,024.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00757 Computer | $2,063.66 | $2,063.66 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00761 Computer | $1,764.00 | $1,764.00 | $0.00 | Net Book Value | $0.00 |

| Debtor Name: | The Roman Catholic Diocese of Rockville Centre, New York | | Case Number: | 20-12345 (SCC) |

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Asset ID:  COA-00773 Computer | $8,946.00 | $8,946.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00782 Computer | $1,849.00 | $1,849.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00785 Computer | $2,090.00 | $2,090.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00786 Computer | $1,982.00 | $1,982.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00788 Computer | $2,308.48 | $2,308.48 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00796 Computer | $2,762.00 | $2,762.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00805 Computer | $3,331.00 | $3,331.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00815 Computer | $2,400.00 | $2,400.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00820 Computer | $2,008.00 | $2,008.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00828 Computer | $2,689.11 | $2,689.11 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00857 Computer | $1,786.00 | $1,786.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00863 Computer | $3,592.00 | $3,592.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00871 Computer | $1,258.00 | $1,258.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00880 Computer | $1,395.00 | $1,395.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00883 Computer | $1,047.00 | $1,047.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00894 Computer | $3,025.00 | $3,025.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00910 Computer | $1,656.25 | $1,656.25 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00913 Computer | $1,044.00 | $1,044.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00916 Computer | $1,662.05 | $1,662.05 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00918 Computer | $3,403.45 | $3,403.45 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00936 Computer | $1,194.00 | $1,194.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00939 Computer | $1,895.00 | $1,895.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00952 Computer | $1,390.00 | $1,390.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00988 Computer | $1,495.00 | $1,495.00 | $0.00 | Net Book Value | $0.00 |

| Debtor Name: | The Roman Catholic Diocese of Rockville Centre, New York | Case Number: | 20-12345 (SCC) |

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Asset ID:  COA-00996 Computer | $1,066.00 | $1,066.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00997 Computer | $2,293.00 | $2,293.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01022 Computer | $1,452.00 | $1,452.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01026 Computer | $3,385.00 | $3,385.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01028 Computer | $935.00 | $935.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01031 Computer | $1,489.00 | $1,489.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01035 Computer | $973.00 | $973.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00635 Computer & Monitor | $2,165.15 | $2,165.15 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00906 Computer & Network Set-up | $1,343.13 | $1,343.13 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00687 Computer & Printer | $3,505.00 | $3,505.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00724 Computer & Printer | $2,215.00 | $2,215.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00853 Computer & Printer | $1,556.00 | $1,556.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00943 Computer & Printer | $1,584.00 | $1,584.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00945 Computer & Printer | $1,581.00 | $1,581.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00947 Computer & Printer | $1,373.00 | $1,373.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00968 Computer & Printer | $1,851.00 | $1,851.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00703 Computer & Printers | $14,929.00 | $14,929.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00693 Computer & Software | $1,590.00 | $1,590.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01032 Computer & Wiring | $3,306.29 | $3,306.29 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00700 Computer Back-up | $1,000.00 | $1,000.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00702 Computer Back-up | $2,385.50 | $2,385.50 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01303 Computer Cables | $77.34 | $77.34 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00592 Computer Equipment | $1,039.40 | $1,039.40 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00620 Computer Equipment | $1,259.85 | $1,259.85 | $0.00 | Net Book Value | $0.00 |

| Debtor Name: | The Roman Catholic Diocese of Rockville Centre, New York | | Case Number: | 20-12345 (SCC) |

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Asset ID:  COA-00708 Computer Hardware | $2,716.80 | $2,716.80 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00714 Computer Hardware | $5,433.60 | $5,433.60 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00719 Computer Hardware | $1,037.00 | $1,037.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00721 Computer Hardware | $2,716.80 | $2,716.80 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00904 Computer Hardware | $1,386.75 | $1,386.75 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00998 Computer Hardware | $975.95 | $975.95 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01000 Computer Hardware | $839.00 | $839.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01001 Computer Hardware | $1,722.00 | $1,722.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01004 Computer Hardware | $708.13 | $708.13 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01099 Computer hardware | $7,257.88 | $7,257.88 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01113 Computer hardware | $6,775.26 | $6,775.26 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01126 Computer hardware | $12,400.00 | $12,400.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01128 Computer hardware | $17,500.00 | $17,500.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01129 Computer Hardware | $116,571.40 | $116,571.40 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01130 Computer hardware | $78,798.50 | $78,798.50 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01131 Computer hardware | $201,966.81 | $201,966.81 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01132 Computer hardware | $321,399.84 | $321,399.84 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01133 Computer hardware | $104,713.87 | $104,713.87 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00727 Computer Hardware & Installation | $3,146.00 | $3,146.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01134 Computer hardware/software | $60,771.23 | $60,771.23 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01135 Computer hardware/software | $238,050.97 | $238,050.97 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01136 Computer hardware/software | $50,237.12 | $50,237.17 | ($0.05) | Net Book Value | ($0.05) |

| Debtor Name: | The Roman Catholic Diocese of Rockville Centre, New York | | Case Number: | 20-12345 (SCC) |

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Asset ID:  COA-01137 Computer hardware/software | $88,964.83 | $88,964.88 | ($0.05) | Net Book Value | ($0.05) |
| Asset ID:  COA-01138 Computer hardware/software | $122,678.81 | $122,678.81 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01127 Computer installation & configuration | $17,600.00 | $17,600.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00889 Computer Memory Upgrade Kit | $230.00 | $230.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00778 Computer Networking | $6,844.05 | $6,844.05 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01356 Computer Parts | $5,930.36 | $5,930.36 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01373 Computer Parts | $6,749.00 | $6,749.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01384 Computer parts | $7,730.00 | $7,730.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01346 Computer Parts - NETAPP | $16,233.08 | $16,233.08 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01515 Computer Parts - New Evangelization | $2,517.06 | $2,517.06 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01516 Computer Parts - Nora Jean | $1,191.37 | $1,191.37 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01510 Computer Parts - Various Departments (See Information Tab) | $5,389.89 | $5,389.89 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01357 Computer Parts and Installation | $6,547.00 | $6,547.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01517 Computer Parts -Debbie Ventura | $839.70 | $839.70 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00854 Computer Scanner | $615.00 | $615.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00701 Computer Software | $7,547.50 | $7,547.50 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00746 Computer Software | $160.00 | $160.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00804 Computer Software | $4,480.65 | $4,480.65 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00811 Computer Software | $563.00 | $563.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01120 Computer software | $1,619.00 | $1,619.00 | $0.00 | Net Book Value | $0.00 |

| Debtor Name: | The Roman Catholic Diocese of Rockville Centre, New York | | Case Number: | 20-12345 (SCC) |

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Asset ID:  COA-01121 Computer software | $3,388.80 | $3,388.80 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01122 Computer software | $13,599.79 | $13,599.79 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00689 Computer System | $2,545.00 | $2,545.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00680 Computer Upgrade | $12,693.50 | $12,693.50 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00819 Computer, Printer & Access | $3,890.58 | $3,890.58 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01043 Computer, Upgrade, Printer | $2,421.00 | $2,421.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01041 Computer, Wiring, Projectors | $5,064.47 | $5,064.47 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01044 Computer, Y2K Testing, Server Upgrd | $4,112.25 | $4,112.25 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01045 Computer, Y2K Testing, Server Upgrd | $18,169.72 | $18,169.72 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00973 Computer/Fax/Printer | $7,193.00 | $7,193.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00990 Computer/Hardware | $7,148.00 | $7,148.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01003 Computer/Hardware/Phone System | $4,780.42 | $4,780.42 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00992 Computer/Printer/Copier/ Office Furn | $14,986.66 | $14,986.66 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00987 Computer/Printer/Phone System | $6,696.50 | $6,696.50 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00605 Computers | $7,519.99 | $7,519.99 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00748 Computers | $7,929.37 | $7,929.37 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00763 Computers | $7,235.68 | $7,235.68 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00776 Computers | $15,886.00 | $15,886.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00810 Computers | $4,298.00 | $4,298.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00812 Computers | $3,799.00 | $3,799.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00823 Computers | $3,498.00 | $3,498.00 | $0.00 | Net Book Value | $0.00 |

| Debtor Name: | The Roman Catholic Diocese of Rockville Centre, New York | | Case Number: | 20-12345 (SCC) |

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Asset ID:  COA-00826 Computers | $15,438.69 | $15,438.69 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00851 Computers | $7,726.00 | $7,726.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00859 Computers | $3,186.00 | $3,186.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00868 Computers | $7,399.00 | $7,399.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00922 Computers | $4,149.15 | $4,149.15 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00925 Computers | $2,633.00 | $2,633.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00933 Computers | $7,837.17 | $7,837.17 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00942 Computers | $5,624.00 | $5,624.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00950 Computers | $3,773.00 | $3,773.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00958 Computers | $6,049.00 | $6,049.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00965 Computers | $4,377.00 | $4,377.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01029 Computers | $8,839.95 | $8,839.95 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01040 Computers | $5,208.75 | $5,208.75 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01368 Computers | $5,143.25 | $5,143.25 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  coa-01369 Computers - Shipping Costs | $91.06 | $91.06 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00806 Computers & Install | $8,811.87 | $8,811.87 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01033 Computers & NT Server | $17,617.83 | $17,617.83 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01023 Computers & Printer | $11,720.81 | $11,720.81 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00789 Computers & Printers | $8,736.91 | $8,736.91 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00816 Computers & Printers | $7,709.00 | $7,709.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01030 Computers & Printers | $3,345.55 | $3,345.55 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01038 Computers & Printers | $5,885.00 | $5,885.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00699 Computers (2) | $5,095.00 | $5,095.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01036 Computers, Scanner | $1,880.66 | $1,880.66 | $0.00 | Net Book Value | $0.00 |

| Debtor Name: | The Roman Catholic Diocese of Rockville Centre, New York | | Case Number: | 20-12345 (SCC) |

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Asset ID:  COA-00994 Computers/Hardware | $8,925.50 | $8,925.50 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00979 Computers/Printer | $4,220.75 | $4,220.75 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00888 Configure OSAS for Network | $1,100.00 | $1,100.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01417 Connect DRVC, LIC, and DRVC Roosevelt Server Rooms | $11,198.00 | $11,198.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01311 Copier | $9,858.33 | $9,858.33 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00706 Copier | $11,912.00 | $11,912.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00803 Copier | $19,745.00 | $19,745.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00840 Copier | $11,757.00 | $11,757.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00855 Copier | $5,665.55 | $5,665.55 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00985 Copier | $1,100.00 | $1,100.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00993 Copier | $5,632.66 | $5,632.66 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00995 Copier | $5,632.68 | $5,632.68 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01062 Copier | $9,045.00 | $9,045.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00980 Copier/Sorter | $4,767.84 | $4,767.84 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00528 Copy Machine | $1,128.00 | $1,128.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00529 Copy Machine | $1,091.00 | $1,091.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00530 Copy Machine | $1,373.74 | $1,373.74 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00569 Copy Machine | $1,222.50 | $1,222.50 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00616 Copy Machine | $5,960.00 | $5,960.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00682 Copy Machine | $10,866.00 | $10,866.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00711 Copy Machine | $1,502.25 | $1,502.25 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00972 Copy Machines | $20,284.00 | $20,284.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00967 Custom Programming | $29,375.00 | $29,375.00 | $0.00 | Net Book Value | $0.00 |

| Debtor Name: | The Roman Catholic Diocese of Rockville Centre, New York | | Case Number: | 20-12345 (SCC) |
|---|---|---|---|---|

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Asset ID:  COA-00766 Custom Software | $1,710.00 | $1,710.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00730 Custom Software Application | $3,444.45 | $3,444.45 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00732 Custom Software Application | $6,887.80 | $6,887.80 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00715 Data Program | $2,715.00 | $2,715.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01372 Dell Computer Parts | $7,854.61 | $7,854.61 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01528 Dell PowerEdge | $7,850.00 | $6,541.80 | $1,308.20 | Net Book Value | $1,308.20 |
| Asset ID:  COA-01327 Dell Server | $9,507.60 | $9,507.60 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01550 Deposit 50 % Pastoral Center Office 365 Migration to Cloud Based Office 365 Services | $14,590.00 | $2,431.68 | $12,158.32 | Net Book Value | $12,158.32 |
| Asset ID:  COA-01549 Deposit 50% - Pastoral Center Phone System Upgrade | $32,264.50 | $5,377.44 | $26,887.06 | Net Book Value | $26,887.06 |
| Asset ID:  COA-01544 Deposit-New SAN Implementation-Network Storage | $25,392.00 | $12,695.94 | $12,696.06 | Net Book Value | $12,696.06 |
| Asset ID:  COA-00536 Dictating Machine | $133.90 | $133.90 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01529 Disaster recovery site server installation and configuration | $7,500.00 | $6,249.90 | $1,250.10 | Net Book Value | $1,250.10 |
| Asset ID:  COA-00974 Display Case/Modem/Fax Line | $2,671.06 | $2,671.06 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01119 DLT Library and rack | $1,210.00 | $1,210.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01328 DROBO 8-Bay SAN for Business | $5,388.00 | $5,388.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01502 DRVC ASA Firewall Replacement | $14,220.00 | $14,220.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01507 DRVC ASA Firewall Replacement | $8,090.00 | $8,090.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01380 DRVC disaster recovery servers at Holy Trinity | $15,000.00 | $15,000.00 | $0.00 | Net Book Value | $0.00 |

| Debtor Name: | The Roman Catholic Diocese of Rockville Centre, New York | | Case Number: | 20-12345 (SCC) |
| --- | --- | --- | --- | --- |

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- | --- |
| Asset ID:  COA-01503 DRVC Server Infrastructure Upgrade | $23,550.00 | $23,550.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01508 DRVC Server Infrastructure Upgrade | $14,476.71 | $14,476.71 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01509 DRVC Server Infrastructure Upgrade | $5,489.12 | $5,489.12 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01514 DRVC Server Infrastructure Upgrade | $14,378.00 | $14,378.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00658 Duplicating Machine | $4,561.66 | $4,561.66 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00665 Duplicating Machine | $4,561.67 | $4,561.67 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00669 Duplicating Machine | $4,561.67 | $4,561.67 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00977 DWC Wkstn/Office Furn/Phone Syst | $24,514.04 | $24,514.04 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00975 DWC Workstation/Fax Machine | $2,266.00 | $2,266.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00545 Edisette Dictator/Transcriber | $339.00 | $339.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00565 Edisette Recording Unit | $344.86 | $344.86 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00566 Edisette Recording Unit | $327.70 | $327.70 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00543 Edisette Transcriber | $369.00 | $369.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00609 Education | $3,140.00 | $3,140.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00388 Electric Page Folder | $283.50 | $283.50 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00961 E-mail Project - Hardware & Software | $3,786.87 | $3,786.87 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00617 Envelope Feed Cable for Printer | $1,930.00 | $1,930.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00563 Exposure Control Machine | $210.00 | $210.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00651 F9 Financial Report & Macola | $523.00 | $523.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00653 Fax Expenses & Telephone Line | $279.65 | $279.65 | $0.00 | Net Book Value | $0.00 |

Debtor Name:     The Roman Catholic Diocese of Rockville          Case Number:     20-12345 (SCC)
                 Centre, New York

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Asset ID:  COA-01306 Fax Machine | $310.98 | $310.98 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00619 Fax Machine | $995.00 | $995.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00686 Fax Machine | $2,099.96 | $2,099.96 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00705 Fax Machine | $9,808.96 | $9,808.96 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00722 Fax Machine | $694.95 | $694.95 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00747 Fax Machine | $809.02 | $809.02 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00750 Fax Machine | $819.99 | $819.99 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00784 Fax Machine | $399.00 | $399.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00792 Fax Machine | $399.00 | $399.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00797 Fax Machine | $769.53 | $769.53 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00808 Fax Machine | $769.53 | $769.53 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00846 Fax Machine | $397.00 | $397.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00847 Fax Machine | $500.00 | $500.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00858 Fax Machine | $412.00 | $412.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00927 Fax Machine | $299.99 | $299.99 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00944 Fax Machine | $650.00 | $650.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00946 Fax Machine | $699.00 | $699.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00949 Fax Machine | $699.00 | $699.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00960 Fax Machine | $3,377.00 | $3,377.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00966 Fax Machine | $650.00 | $650.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00935 Fax Machine & Fax Modem | $919.95 | $919.95 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00954 Fax Modem | $353.00 | $353.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00831 Fax Server | $4,223.50 | $4,223.50 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00777 Fax Server & Programming | $22,191.98 | $22,191.98 | $0.00 | Net Book Value | $0.00 |

| Debtor Name: | The Roman Catholic Diocese of Rockville Centre, New York | | Case Number: | 20-12345 (SCC) |

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Asset ID:  COA-00656 File Server | $7,767.00 | $7,767.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00679 File Server | $8,977.00 | $8,977.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00898 File Server | $1,055.87 | $1,055.87 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00903 File Server | $7,984.88 | $7,984.88 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01376 File Server - Roosevelt | $4,132.00 | $4,132.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00728 File Server Upgrade | $4,903.00 | $4,903.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01115 File server/SQL server/Library tape | $30,000.00 | $30,000.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01117 File server/SQL server/Library tape | $30,000.00 | $30,000.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00814 Folding Machine | $2,390.00 | $2,390.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01019 Folding Machine | $1,300.00 | $1,300.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00902 Fox Pro | $589.00 | $589.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00829 Fund Management Software | $16,000.00 | $16,000.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00544 Gestetner Duplicating Machine | $715.50 | $715.50 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00514 Gestetner Folder Machine | $278.50 | $278.50 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00610 Gestetner Machine | $1,666.00 | $1,666.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00729 Hard Drive | $287.67 | $287.67 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00731 Hard Drive | $1,375.13 | $1,375.13 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00734 Hard Drive | $575.33 | $575.33 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00767 Hard Drive | $275.00 | $275.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00800 Hard Drive | $347.56 | $347.56 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00879 Hard Drive | $229.99 | $229.99 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00887 Hard Drive | $229.99 | $229.99 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00921 Hard Drive | $125.00 | $125.00 | $0.00 | Net Book Value | $0.00 |

| Debtor Name: | The Roman Catholic Diocese of Rockville Centre, New York | | Case Number: | 20-12345 (SCC) |

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Asset ID:  COA-00765 Hard Drive & Software | $359.99 | $359.99 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01101 Hardware | $5,853.24 | $5,853.24 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00622 HD NO DOS Computer | $1,776.46 | $1,776.46 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00621 Hewlett Packard Jet III | $1,630.00 | $1,630.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00647 Hewlett Packard Laser Jet | $1,599.00 | $1,599.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00637 IBM Computer, Monitor, Cable | $1,675.35 | $1,675.35 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00571 IBM Dictator & Transcriber | $560.50 | $560.50 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00506 IBM Executive Electric Typewriter | $705.00 | $705.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00549 IBM Selectric Typewriter | $403.00 | $403.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00638 IBM Wheel Writer | $526.00 | $526.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00696 IBM Wheelwriter & Disk | $1,629.00 | $1,629.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01349 Implement New NETAPP SAN | $8,800.00 | $8,800.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00567 Install Telephones | $2,391.00 | $2,391.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01351 Installation & Configuration - VM Exchange | $18,796.00 | $18,796.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01424 Installation Video Conferencing Equipment - St John the Baptist and McGann-Mercy | $17,643.05 | $17,643.05 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01102 Integrate dept onto building network | $3,300.00 | $3,300.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01103 Integrate dept onto building network | $4,000.00 | $4,000.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01104 Integrate dept onto building network | $1,600.00 | $1,600.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01105 Integrate dept onto building network | $2,885.50 | $2,885.50 | $0.00 | Net Book Value | $0.00 |

| Debtor Name: | The Roman Catholic Diocese of Rockville Centre, New York | Case Number: | 20-12345 (SCC) |

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Asset ID:  COA-01106 Integrate dept onto building network | $6,769.25 | $6,769.25 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01107 Integrate dept onto building network | $4,947.75 | $4,947.75 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01109 Integrate dept onto building network | $7,505.00 | $7,505.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01110 Integrate dept onto building network | $8,690.00 | $8,690.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01322 Internal Audit Application Web conversion - Parish Financial Database | $8,910.00 | $8,910.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00956 Internet | $2,618.00 | $2,618.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01548 IP Camera & Labor | $2,270.00 | $378.36 | $1,891.64 | Net Book Value | $1,891.64 |
| Asset ID:  COA-01353 IT Access Control Changes | $2,750.00 | $2,750.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01352 IT server access control upgrade | $768.00 | $768.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01355 IT server control upgrade | $685.50 | $685.50 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01410 IT Server Room - Cisco Universal Spare Switch | $9,577.00 | $9,577.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01390 IT Server Room - Computer Parts | $1,165.00 | $1,165.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01388 IT Server Room - Equipment & Installation | $3,125.00 | $3,125.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01402 IT Server Room - Furnish & Install 3 Ton Mitsubishi Mini Split System | $8,095.00 | $8,095.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01403 IT Server Room - Install 3rd Floor Roof Unit | $434.00 | $434.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01404 IT Server Room - Run wire to power new server room mini splits | $750.00 | $750.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01389 IT Server Room - Smart UPS (10x) | $14,450.00 | $14,450.00 | $0.00 | Net Book Value | $0.00 |

| Debtor Name: | The Roman Catholic Diocese of Rockville Centre, New York | | Case Number: | 20-12345 (SCC) |

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Asset ID:  COA-01358 IT Server Room Project - Labor & Parts | $9,637.50 | $9,637.50 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00774 Laptop Computer | $3,068.08 | $3,068.08 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00780 Laptop Computer | $2,599.00 | $2,599.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00821 Laptop Computer | $3,110.97 | $3,110.97 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00848 Laptop Computer | $2,499.97 | $2,499.97 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00862 Laptop Computer & Printer | $3,440.50 | $3,440.50 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01042 Laptop, Wiring, Software | $18,586.97 | $18,586.97 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01123 Laptops | $14,800.00 | $14,800.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01360 Laptops (7) Desktops (3) | $9,215.82 | $9,215.82 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00891 Laser Fax | $914.26 | $914.26 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00627 Laser II Printer | $1,013.79 | $1,013.79 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00624 Laser Jet Computer | $2,172.00 | $2,172.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00631 Laser Jet III & Cable | $1,668.99 | $1,668.99 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00636 Laser Jet Printer | $1,455.35 | $1,455.35 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00749 Laser Jet Printer | $3,075.00 | $3,075.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01302 Laser Printer | $706.00 | $706.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00663 Laser Printer | $1,631.25 | $1,631.25 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00667 Laser Printer | $1,760.46 | $1,760.46 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00674 Laser Printer | $1,631.25 | $1,631.25 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00675 Laser Printer | $1,472.00 | $1,472.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00677 Laser Printer | $587.50 | $587.50 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00707 Laser Printer | $706.00 | $706.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00713 Laser Printer | $1,036.00 | $1,036.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00716 Laser Printer | $1,036.00 | $1,036.00 | $0.00 | Net Book Value | $0.00 |

| Debtor Name: | The Roman Catholic Diocese of Rockville Centre, New York | | Case Number: | 20-12345 (SCC) |

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Asset ID:  COA-00739 Laser Printer | $587.50 | $587.50 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00740 Laser Printer | $537.50 | $537.50 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00743 Laser Printer | $537.50 | $537.50 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00760 Laser Printer | $537.50 | $537.50 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00923 Laser Printer | $1,672.00 | $1,672.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00937 Laser Printer | $424.00 | $424.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00752 Laser Printers | $1,162.50 | $1,162.50 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00753 Laser Printers | $1,662.50 | $1,662.50 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00758 Laser Printers | $1,662.50 | $1,662.50 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00948 Laser Printers | $1,308.36 | $1,308.36 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00534 Lens Kit | $120.55 | $120.55 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00884 Loan Software | $2,000.00 | $2,000.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00615 Mail Sorter | $2,353.61 | $2,353.61 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00681 Mailing Machine | $16,035.00 | $16,035.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01506 Massapequa Server Replacement | $5,966.99 | $5,966.99 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01501 Massapequa Server Replacement - Power Edge R530 | $4,200.00 | $4,200.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00873 Media Video Duplicator | $1,560.98 | $1,560.98 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00759 Memory Module & Disk Drive | $405.00 | $405.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00595 Memory Writer | $2,192.00 | $2,192.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00654 Metal Pins for Blue Print | $1,290.60 | $1,290.60 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00511 Micromatic Projector | $222.60 | $222.60 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00924 Microtranscriber | $220.43 | $220.43 | $0.00 | Net Book Value | $0.00 |

| Debtor Name: | The Roman Catholic Diocese of Rockville Centre, New York | | Case Number: | 20-12345 (SCC) |

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Asset ID:  COA-00204 Mimeograph & Copy Machines | $658.69 | $658.69 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00205 Mimeograph & Copy Machines | $2,295.00 | $2,295.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00206 Mimeograph & Copy Machines | $102.89 | $102.89 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00207 Mimeograph & Copy Machines | $1,349.81 | $1,349.81 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00208 Mimeograph & Copy Machines | $3,040.00 | $3,040.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00690 Mita Copier | $800.00 | $800.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01027 Modem | $82.00 | $82.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00735 Modem & Software | $517.00 | $517.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01021 Modem, Y2K Compliance | $737.75 | $737.75 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00929 Monitor | $325.00 | $325.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00606 Monitors | $667.50 | $667.50 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00712 Motherboard & Monitor | $699.96 | $699.96 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00500 Motormatic Reader | $1,610.00 | $1,610.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01378 Mountable UPS - Roosevelt | $1,149.00 | $1,149.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01531 NETAPP- Support Edge Premium | $8,320.62 | $6,933.90 | $1,386.72 | Net Book Value | $1,386.72 |
| Asset ID:  COA-01005 Netwk/Programg/Comp Hdware/Tele | $22,720.80 | $22,720.80 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00613 Network | $5,700.00 | $5,700.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00984 Network | $745.50 | $745.50 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00914 Network & Software | $54,125.90 | $54,125.90 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00890 Network Cable Project | $1,775.49 | $1,775.49 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00844 Network Cabling | $250.00 | $250.00 | $0.00 | Net Book Value | $0.00 |

| Debtor Name: | The Roman Catholic Diocese of Rockville Centre, New York | Case Number: | 20-12345 (SCC) |

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Asset ID:  COA-00905 Network Cabling | $10,261.14 | $10,261.14 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01331 Network Computer Equipment | $32,080.00 | $32,080.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01336 Network VM Ware | $8,000.00 | $8,000.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00832 Network Wiring | $17,493.54 | $17,493.54 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00835 Network Wiring | $3,454.00 | $3,454.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00978 Network/Computer/Fax | $6,656.94 | $6,656.94 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00618 Networking & Installation | $7,720.00 | $7,720.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01348 New Dell Computers | $14,191.40 | $14,191.40 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01535 New Firewall for Disaster Recovery Site | $4,190.50 | $2,095.20 | $2,095.30 | Net Book Value | $2,095.30 |
| Asset ID:  COA-01329 New Server | $27,547.00 | $27,547.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01114 New server with rack | $13,500.00 | $13,500.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01116 New server with rack | $21,500.00 | $21,500.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01118 New server with rack | $20,000.00 | $20,000.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01371 New Systems - Tribunal | $5,224.85 | $5,224.85 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01326 New Telephone System | $41,596.68 | $41,596.68 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00652 One Pocket Adapter | $489.00 | $489.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00957 OSAS Upgrade & Modifications | $6,955.00 | $6,955.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00243 Overhead Projector | $398.00 | $398.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00535 Panasonic Recorder | $129.15 | $129.15 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01493 Pastoral Center - Door Access System - 1st Pmt | $4,000.00 | $4,000.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01505 Pastoral Center - Door Access System - Final Pmt | $7,950.00 | $7,950.00 | $0.00 | Net Book Value | $0.00 |

| Debtor Name: | The Roman Catholic Diocese of Rockville Centre, New York | | Case Number: | 20-12345 (SCC) |

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Asset ID:  COA-01497 Pastoral Center Badge System - Security Camera | $649.96 | $649.96 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01520 Pastoral Center Netapps Support | $8,797.10 | $7,330.80 | $1,466.30 | Net Book Value | $1,466.30 |
| Asset ID:  COA-01546 Pastoral Center New SAN Implementation | $25,392.00 | $4,231.98 | $21,160.02 | Net Book Value | $21,160.02 |
| Asset ID:  COA-01494 Pastoral Center Printer System - New Badges 1st Pmt | $7,510.00 | $7,510.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00839 Phone & Fax Wiring | $2,574.00 | $2,574.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00532 Phone Recorder | $112.59 | $112.59 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00931 Phone System | $2,912.50 | $2,912.50 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00547 Phone System Improvements | $2,486.00 | $2,486.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00650 Pocket Modem | $116.00 | $116.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00505 Portable Typewriter | $104.58 | $104.58 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01053 Postage meter | $26,261.40 | $26,261.40 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00969 Power Pack | $914.00 | $914.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00607 Printer | $1,829.61 | $1,829.61 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00662 Printer | $13,423.00 | $13,423.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00762 Printer | $400.00 | $400.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00764 Printer | $1,550.00 | $1,550.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00772 Printer | $504.00 | $504.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00781 Printer | $504.00 | $504.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00793 Printer | $3,708.17 | $3,708.17 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00818 Printer | $504.00 | $504.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00824 Printer | $1,984.72 | $1,984.72 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00827 Printer | $405.00 | $405.00 | $0.00 | Net Book Value | $0.00 |

| Debtor Name: | The Roman Catholic Diocese of Rockville Centre, New York | | Case Number: | 20-12345 (SCC) |

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- | --- |
| Asset ID:  COA-00838 Printer | $470.00 | $470.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00841 Printer | $4,000.00 | $4,000.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00928 Printer | $2,125.00 | $2,125.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00934 Printer | $1,199.00 | $1,199.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00940 Printer | $502.00 | $502.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00941 Printer | $450.00 | $450.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00955 Printer | $439.00 | $439.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01037 Printer | $459.00 | $459.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01125 Printer | $8,060.00 | $8,060.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00633 Printer & Attachments | $1,251.61 | $1,251.61 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00733 Printer & Programming | $14,841.75 | $14,841.75 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01034 Printer, Computer, Modem & Lines | $3,290.82 | $3,290.82 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00837 Printer/Driver Program | $165.55 | $165.55 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00809 Printers | $2,456.00 | $2,456.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00850 Printers | $7,231.00 | $7,231.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00951 Printers | $424.00 | $424.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00830 Printers & Computer | $12,890.00 | $12,890.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01024 Printers & Computer Projector | $5,949.90 | $5,949.90 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01039 Printers & Computers | $19,893.34 | $19,893.34 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01551 Professional Services & Handset Cradle to Install New Front Desk Phone System | $1,486.94 | $247.80 | $1,239.14 | Net Book Value | $1,239.14 |
| Asset ID:  COA-01111 Programming | $11,899.00 | $11,899.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01112 Programming | $15,770.01 | $15,770.01 | $0.00 | Net Book Value | $0.00 |

| Debtor Name: | The Roman Catholic Diocese of Rockville Centre, New York | | | Case Number: | 20-12345 (SCC) |

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Asset ID:  COA-00932 Project Manager Software | $2,326.00 | $2,326.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00233 RCA Color TV & Antenna | $639.45 | $639.45 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00288 RCA Victor Television | $160.91 | $160.91 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00503 Reader Filler | $1,350.00 | $1,350.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00502 Rec Printer Base Model B | $450.00 | $450.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00501 Rec Printer Moder Erg | $1,100.00 | $1,100.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00499 Reliant Feeder Model | $650.00 | $650.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00498 Reliant Microfilm Unit | $1,150.00 | $1,150.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00497 Reliant Microfilmer | $3,075.00 | $3,075.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01014 Removal, Water Pump, Phone Wiring | $18,967.25 | $18,967.25 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01524 Replacement VRLA Sealed Lead Acid Batteries | $5,919.48 | $4,932.90 | $986.58 | Net Book Value | $986.58 |
| Asset ID:  COA-01354 Safeguard Security Systems | $1,500.00 | $1,500.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01318 SAGE MIP Data Consolidation Module and modification of segment codes | $9,400.00 | $9,400.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01332 SAN and VMWARE Upgrade | $4,800.00 | $4,800.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00791 ScanJet | $965.00 | $965.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00962 Scanner | $370.00 | $370.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01025 Scanner & Digital Camera | $1,198.00 | $1,198.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01534 Server & SAN Switching | $31,218.00 | $15,609.06 | $15,608.94 | Net Book Value | $15,608.94 |
| Asset ID:  COA-01338 Server Consolidation Project | $16,100.00 | $16,100.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01527 Server Infrastructure Upgrade | $15,000.00 | $12,500.10 | $2,499.90 | Net Book Value | $2,499.90 |

| Debtor Name: | The Roman Catholic Diocese of Rockville Centre, New York | | Case Number: | 20-12345 (SCC) |

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Asset ID:  COA-00845 Shelving | $29,060.20 | $29,060.20 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00825 Software | $495.00 | $495.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00896 Software | $96.25 | $96.25 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00900 Software | $288.75 | $288.75 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00971 Software | $354.45 | $354.45 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00726 Software - A/R Program & OSAS | $1,747.50 | $1,747.50 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01344 Software Licenses | $12,940.00 | $12,940.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00573 Sony Cassette Recorder | $117.84 | $117.84 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00253 Sony Tape Recorder | $85.20 | $85.20 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00548 Special Hearing Aid Phone | $110.00 | $110.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01098 Special Project | $5,000.00 | $5,000.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01108 Special Project | $2,800.00 | $2,800.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01554 St Pius Residence Apt #264, 261, 273 setups | $6,900.45 | $1,150.08 | $5,750.37 | Net Book Value | $5,750.37 |
| Asset ID:  COA-00546 Stencil Cutter | $1,342.85 | $1,342.85 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00425 Stenocord Dictating Machine | $200.00 | $200.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00512 Stenocord Dictator/Transcriber | $333.90 | $333.90 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00427 Stenocord Portable Dictating Mach | $291.50 | $291.50 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00510 Stenocord Portable w/ Transcriber | $575.70 | $575.70 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01340 Storage Area Network Upgrades | $72,652.94 | $72,652.94 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00881 System Upgrade | $13,786.00 | $13,786.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00882 Tape Back-up | $240.00 | $240.00 | $0.00 | Net Book Value | $0.00 |

| Debtor Name: | The Roman Catholic Diocese of Rockville Centre, New York | | Case Number: | 20-12345 (SCC) |

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Asset ID:  COA-00723 Tape Backup & Installation | $5,237.00 | $5,237.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00234 Tape Rec, Turntable, Amplifier | $1,185.00 | $1,185.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00533 Tape Recorder | $131.00 | $131.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00641 Telephone Equipment | $2,037.20 | $2,037.20 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00531 Telephone System | $103,713.00 | $103,713.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00794 Telephone System | $2,822.69 | $2,822.69 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00802 Telephone System | $6,231.29 | $6,231.29 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01007 Telephone System | $1,241.37 | $1,241.37 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01309 Telephone System Install | $1,375.00 | $1,375.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00257 Telephone Table | $74.80 | $74.80 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00864 Telephones | $1,140.00 | $1,140.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00908 Telephones for Elevators | $1,032.00 | $1,032.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00626 Telex Copyette | $837.00 | $837.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00568 Transcriber | $370.65 | $370.65 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00602 Transcriber | $629.00 | $629.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00867 TV & VCR | $660.00 | $660.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01301 Typewriter | $94.00 | $94.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00165 Typewriter | $490.00 | $490.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00166 Typewriter | $490.00 | $490.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00167 Typewriter | $490.00 | $490.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00168 Typewriter | $394.40 | $394.40 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00169 Typewriter | $490.00 | $490.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00170 Typewriter | $307.00 | $307.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00171 Typewriter | $150.00 | $150.00 | $0.00 | Net Book Value | $0.00 |

| Debtor Name: | The Roman Catholic Diocese of Rockville Centre, New York | | Case Number: | 20-12345 (SCC) |

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Asset ID: COA-00172 Typewriter | $150.00 | $150.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00173 Typewriter | $150.00 | $150.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00174 Typewriter | $520.00 | $520.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00180 Typewriter | $558.00 | $558.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00181 Typewriter | $307.00 | $307.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00182 Typewriter | $490.00 | $490.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00184 Typewriter | $394.40 | $394.40 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00186 Typewriter | $490.00 | $490.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00187 Typewriter | $1,851.90 | $1,851.90 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00188 Typewriter | $365.00 | $365.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00189 Typewriter | $490.00 | $490.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00190 Typewriter | $490.00 | $490.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00191 Typewriter | $50.00 | $50.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00192 Typewriter | $510.00 | $510.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00193 Typewriter | $538.00 | $538.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00194 Typewriter | $290.00 | $290.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00526 Typewriter | $380.00 | $380.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00560 Typewriter | $560.00 | $560.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00561 Typewriter | $640.00 | $640.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00562 Typewriter | $124.35 | $124.35 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00612 Typewriter | $500.00 | $500.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00639 Typewriter | $469.00 | $469.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00670 Typewriter | $1,641.90 | $1,641.90 | $0.00 | Net Book Value | $0.00 |
| Asset ID: COA-00676 Typewriter | $1,226.10 | $1,226.10 | $0.00 | Net Book Value | $0.00 |

| Debtor Name: | The Roman Catholic Diocese of Rockville Centre, New York | Case Number: | 20-12345 (SCC) |

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Asset ID:  COA-00691 Typewriter | $909.00 | $909.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00559 Typewriters | $825.00 | $825.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00496 Unit Record Adapter | $165.00 | $165.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01076 Upgraded sound system in St. Agnes | $19,117.98 | $19,117.98 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01398 UPS Communication Parts | $5,553.00 | $5,553.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01383 Video Conferencing Equipment - Education Dept | $19,643.06 | $19,643.06 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01547 Video Recorder with Hard Drive, Labor | $3,140.80 | $523.44 | $2,617.36 | Net Book Value | $2,617.36 |
| Asset ID:  COA-01330 VM Ware Licensing | $6,738.00 | $6,738.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01334 VMWARE Project | $8,000.00 | $8,000.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01335 VMWARE Project | $4,000.00 | $4,000.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01333 VMWARE Upgrade - License Upgrades | $7,894.67 | $7,894.67 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00986 Voice Mail System | $5,335.00 | $5,335.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01399 V-Ray - Extra licenses - Backup Project | $1,390.00 | $1,390.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01491 Western Vicariate - Computer Equipment | $7,599.00 | $7,599.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01472 Western Vicariate Office - Security Equipment | $3,725.00 | $3,725.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01487 Western Vicariate Office - Security Equipment | $7,750.00 | $7,750.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01397 WI-FI Cable Installantion - 4th Floor | $7,030.50 | $7,030.50 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01504 Windows Licenses | $10,647.36 | $10,647.36 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01337 Wireless Access | $8,449.94 | $8,449.94 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01545 Wireless Expansion to Basement | $4,105.50 | $2,052.72 | $2,052.78 | Net Book Value | $2,052.78 |

| Debtor Name: | The Roman Catholic Diocese of Rockville Centre, New York | | Case Number: | 20-12345 (SCC) |

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Asset ID:  COA-01379 Wireless Installation | $14,210.00 | $14,210.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01046 Wiring, Phone for Bishop's Office | $8,261.55 | $8,261.55 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00899 Workstation | $5,938.19 | $5,938.19 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00672 Xerox Copy Machine | $1,500.00 | $1,500.00 | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00852 Xerox Machine | $8,202.00 | $8,202.00 | $0.00 | Net Book Value | $0.00 |
|  |  |  |  | TOTAL | $201,029.92 |

Debtor Name: The Roman Catholic Diocese of Rockville Centre, New York

Case Number: 20-12345 (SCC)

**Assets - Real and Personal Property**

**Part 8, Question 47:** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Asset ID:  coa-01323<br>2009 Nissan Altima | $0.00 | Net Book Value | $0.00 |
| Asset ID:  coa-01324<br>2010 Nissan Altima | $0.00 | Net Book Value | $0.00 |
| Asset ID:  coa-01325<br>2010 Nissan Altima | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01341<br>2010 Nissan Altima | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01342<br>2010 Nissan Altima | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01370<br>2011 Nissan Altima | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01339<br>2013 Ford Truck - Econoline Van | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01449R<br>2013 Kia Optima - Loaner Car | $1,445.78 | Net Book Value | $1,445.78 |
| Asset ID:  COA-01498<br>2014 Nissan Altima | $5,049.81 | Net Book Value | $5,049.81 |
| Asset ID:  COA-01499<br>2014 Nissan Altima | $5,049.81 | Net Book Value | $5,049.81 |
| Asset ID:  COA-01500<br>2014 Nissan Altima | $5,420.14 | Net Book Value | $5,420.14 |
| Asset ID:  COA-00657<br>Automobile | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00976<br>Automobile | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01304<br>Car for Backus | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01307<br>Car for Bro Moylan | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01299<br>Chevrolet Automobile - SR V Water | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01017<br>Equipment Rental & Auto | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-00709<br>Ford for Blyskal | $0.00 | Net Book Value | $0.00 |
| Asset ID:  COA-01009<br>Reimburse for Comp, Autosign Mach | $0.00 | Net Book Value | $0.00 |
| | | **TOTAL** | **$16,965.54** |

| Debtor Name: | The Roman Catholic Diocese of Rockville Centre, New York | Case Number: | 20-12345 (SCC) |

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property | Nature and extent of debtor's interest | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Building: 1200 Glenn Curtiss Blvd Uniondale, NY 11553 | Owned Property | $0.00 | Net Book Value | $0.00 |
| Building Improvement: 1200 Glenn Curtiss Blvd Uniondale, NY 11553 | Owned Property | $0.00 | Net Book Value | $0.00 |
| Land: 1200 Glenn Curtiss Blvd Uniondale, NY 11553 | Owned Property | $25,681.00 | Net Book Value | $25,681.00 |
| Towers: Uniondale Tower 1200 Glenn Curtis Boulevard Uniondale, New York 11553 Central Islip Tower 115 Wheeler Road Central Islip, NY 11722 Syosset Tower South Woods Road Syosset, NY 11791 Uniondale, NY 11553 | Owned Property | $0.00 | Net Book Value | $0.00 |
| Building Improvement: 29 Quealy Place Rockville Centre, NY 11570 | Leased Property | $16,917.50 | Net Book Value | $16,917.50 |
| Leasehold Improvements: 29 Quealy Place Rockville Centre, NY 11570 | Leased Property | $14,889.98 | Net Book Value | $14,889.98 |
| Leasehold Improvements: 42 Bermingham Place Williston Park, NY 11596 | Leased Property | $72,039.06 | Net Book Value | $72,039.06 |
| Building: 50 North Park Avenue Rockville Centre, NY 11570 | Owned Property | $0.00 | Net Book Value | $0.00 |
| Building Improvement: 50 North Park Avenue Rockville Centre, NY 11570 | Owned Property | $898,962.03 | Net Book Value | $898,962.03 |
| Land: 50 North Park Avenue Rockville Centre, NY 11570 | Owned Property | $215,858.79 | Net Book Value | $215,858.79 |
| Real Property: Manorville - 4.00 acre lot District: 200, Section: 461, Block: 1, Lot: 3.3 | Owned Property | $118,937.00 | Net Book Value | $118,937.00 |
| Real Property: Rockville Centre (Clinton Ave) - 0.25 acre lot Section: 38, Block: 157, Lot: 154 | Owned Property | $429,206.99 | Net Book Value | $429,206.99 |
| Real Property: Ronkonkoma (Bellport) - 0.11 acre lot District: 200, Section: 973.80, Block: 8, Lot: 3 | Owned Property | $24,500.00 | Net Book Value | $24,500.00 |
| Real Property: Yaphank (Ridge) - 2.70 acre lot District: 326, Block: 3, Lot: 2 | Owned Property | $275,000.00 | Net Book Value | $275,000.00 |
| | | | **TOTAL** | **$2,091,992.35** |

Debtor Name: The Roman Catholic Diocese of Rockville Centre, New York

Case Number: 20-12345 (SCC)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| www.amazinmetsanddramaticmissionarygrowth.com | | | Undetermined |
| www.bishopbarreslentletter2019.org | | | Undetermined |
| www.catholicministriesappeal.org | | | Undetermined |
| www.dramaticmissionarygrowth.com | | | Undetermined |
| www.drvc.org | | | Undetermined |
| www.drvcchildvictimsact.com | | | Undetermined |
| www.drvcemployeedirectory.com | | | Undetermined |
| www.drvclife.org | | | Undetermined |
| www.drvcmulticulturaldiversity.com | | | Undetermined |
| www.drvcreorganization.com | | | Undetermined |
| www.drvcreorganization.com | | | Undetermined |
| www.drvcschools.com | | | Undetermined |
| www.drvcvocations.com | | | Undetermined |
| www.drvc-worship.org | | | Undetermined |
| www.drvcya.org | | | Undetermined |
| www.drvcyouth.org | | | Undetermined |
| www.faithformation.drvc.org | | | Undetermined |
| www.fatimaletter.com | | | Undetermined |
| www.licplus.org | | | Undetermined |
| www.longislandpriest.com | | | Undetermined |
| www.morningstarinitiative.org | | | Undetermined |
| www.myhomeparish.com | | | Undetermined |
| www.newmanpastoralletter.com | | | Undetermined |
| www.supremegiftletter.com | | | Undetermined |
| www.thegreatweek.com | | | Undetermined |
| www.vaccinebioethics.com | | | Undetermined |
| | | **TOTAL** | **$0.00 + undetermined amounts** |

Debtor Name: The Roman Catholic Diocese of Rockville Centre,
New York

Case Number: 20-12345 (SCC)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| AGRICULTURAL INSURANCE COMPANY | Insurance Policy: 09/01/1996 - 09/01/1997 | EXC8781239 | Undetermined |
| AIU INSURANCE COMPANY | Insurance Policy: 09/01/1996 - 09/01/1997 | BE9320781 | Undetermined |
| AIU INSURANCE COMPANY | Insurance Policy: 09/01/1997 - 09/01/1998 | BE9320781 | Undetermined |
| AIU INSURANCE COMPANY | Insurance Policy: 09/01/1998 - 09/01/1999 | BE9320781 | Undetermined |
| AIU INSURANCE COMPANY | Insurance Policy: 09/01/1999 - 09/01/2000 | BE9320781 | Undetermined |
| AIU INSURANCE COMPANY | Insurance Policy: 09/01/2000 - 09/01/2001 | BE9320781 | Undetermined |
| AIU INSURANCE COMPANY | Insurance Policy: 09/01/2001 - 09/01/2002 | BE9320781 | Undetermined |
| AIU INSURANCE COMPANY | Insurance Policy: 09/01/2002 - 09/01/2003 | BE9320781 | Undetermined |
| ALLIANZ INTERNATIONAL INSURANCE CO. LTD. | Insurance Policy: 10/01/1978 - 10/01/1979 | SLC5480 | Undetermined |
| ALLIANZ INTERNATIONAL INSURANCE CO. LTD. | Insurance Policy: 10/01/1979 - 10/01/1980 | SLC5658 | Undetermined |
| ALLIANZ INTERNATIONAL INSURANCE CO. LTD. | Insurance Policy: 10/01/1980 - 10/01/1981 | SLC5747 | Undetermined |
| ALLIANZ INTERNATIONAL INSURANCE CO. LTD. | Insurance Policy: 10/01/1980 - 10/01/1981 | SLC5754 | Undetermined |
| ALLIANZ INTERNATIONAL INSURANCE CO. LTD. | Insurance Policy: 10/01/1981 - 10/01/1982 | SLC5895 | Undetermined |
| ALLIANZ INTERNATIONAL INSURANCE CO. LTD. | Insurance Policy: 10/01/1982 - 09/01/1983 | SLC6046 | Undetermined |
| ALLIANZ INTERNATIONAL INSURANCE CO. LTD. | Insurance Policy: 09/01/1983 - 09/01/1984 | ICO4073 | Undetermined |
| ALLIANZ INTERNATIONAL INSURANCE CO. LTD. | Insurance Policy: 09/01/1984 - 09/01/1985 | ICO5133 | Undetermined |
| ALLIANZ INTERNATIONAL INSURANCE CO. LTD. | Insurance Policy: 10/22/1986 - 02/01/1987 | ICO5436 | Undetermined |
| ALLIANZ UNDERWRITERS INSURANCE COMPANY | Insurance Policy: 10/15/1985 - 10/22/1986 | AXL5206661 | Undetermined |
| ALLIED WORLD NATIONAL ASSURANCE COMPANY | Property Insurance, 04/01/2020 - 04/01/2021 | 0311-7926-1N | Undetermined |
| AMERICAN ALTERNATIVE INSURANCE CORPORATION | Insurance Policy: 09/01/2004 - 09/01/2005 | 01-A2-FF-0000091-00 | Undetermined |
| AMERICAN ZURICH INSURANCE COMPANY | Insurance Policy: 09/01/1996 - 09/01/1997 | EUO229737900 | Undetermined |
| AMERICAN ZURICH INSURANCE COMPANY | Insurance Policy: 09/01/1997 - 09/01/1998 | EUO229737901 | Undetermined |
| AMERICAN ZURICH INSURANCE COMPANY | Insurance Policy: 09/01/1998 - 09/01/1999 | EUO229737902 | Undetermined |
| AMERICAN ZURICH INSURANCE COMPANY | Insurance Policy: 09/01/1999 - 09/01/2000 | EUO229737902 | Undetermined |
| AMERICAN ZURICH INSURANCE COMPANY | Insurance Policy: 09/01/2000 - 09/01/2001 | EUO229737902 | Undetermined |

Debtor Name: The Roman Catholic Diocese of Rockville Centre,                           Case Number: 20-12345 (SCC)
New York

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| AMERICAN ZURICH INSURANCE COMPANY | Insurance Policy: 09/01/2001 - 09/01/2002 | EUO229737902 | Undetermined |
| AMERICAN ZURICH INSURANCE COMPANY | Insurance Policy: 09/01/2002 - 09/01/2003 | EUO229737902 | Undetermined |
| ANCON INS. CO. (UK) LTD. | Insurance Policy: 10/01/1981 - 10/01/1982 | SLC5895 | Undetermined |
| ASPEN SPECIALTY INSURANCE COMPANY | Property Insurance, 04/01/2020 - 04/01/2021 | PX00G7220 | Undetermined |
| ASSICURAZIONI GENERALI T.S. | Insurance Policy: 10/15/1985 - 10/22/1986 | ICO5326 | Undetermined |
| ASSICURAZIONI GENERALI T.S. | Insurance Policy: 10/22/1986 - 02/01/1987 | ICO5436 | Undetermined |
| ASSICURAZIONI GENERALI T.S. | Insurance Policy: 02/01/1987 - 09/01/1987 | ICO5482 | Undetermined |
| ASSOC INT. | Insurance Policy: 01/18/1978 - 10/01/1978 | AEL050530 | Undetermined |
| ATEGRITY SPECIALTY INSURANCE COMPANY | Property Insurance, 04/01/2020 - 04/01/2021 | 01-B-XP-P00000192-1 | Undetermined |
| AXIS SURPLUS INSURANCE COMPANY | Property Insurance, 04/01/2020 - 04/01/2021 | EAF636840-20 | Undetermined |
| BELLEFONTE INSURANCE CO. | Insurance Policy: 10/01/1976 - 10/01/1977 | SLC5163 | Undetermined |
| BELLEFONTE INSURANCE CO. | Insurance Policy: 10/01/1977 - 10/01/1978 | SLC5163 | Undetermined |
| BELLEFONTE INSURANCE CO. | Insurance Policy: 01/18/1978 - 10/01/1978 | SLC5334 | Undetermined |
| BELLEFONTE INSURANCE CO. | Insurance Policy: 10/01/1978 - 10/01/1979 | SLC5163 | Undetermined |
| BELLEFONTE INSURANCE CO. | Insurance Policy: 10/01/1978 - 10/01/1979 | SLC5334 | Undetermined |
| BELLEFONTE INSURANCE CO. | Insurance Policy: 10/01/1979 - 10/01/1980 | SLC5630 | Undetermined |
| BELLEFONTE INSURANCE CO. | Insurance Policy: 10/01/1979 - 10/01/1980 | SLC5656 | Undetermined |
| BELLEFONTE INSURANCE CO. | Insurance Policy: 10/01/1979 - 10/01/1980 | SLC5658 | Undetermined |
| BELLEFONTE INSURANCE CO. | Insurance Policy: 10/01/1980 - 10/01/1981 | SLC5630 | Undetermined |
| BELLEFONTE INSURANCE CO. | Insurance Policy: 10/01/1980 - 10/01/1981 | SLC5656 | Undetermined |
| BELLEFONTE INSURANCE CO. | Insurance Policy: 10/01/1981 - 10/01/1982 | SLC5656 | Undetermined |
| BERKLEY INSURANCE COMPANY | Excess DIC Liability Insurance (D&O), 04/17/2020 - 04/17/2021 | BPRO8057631 | Undetermined |
| BERKLEY NATIONAL INSURANCE COMPANY | Excess Liability, 11/01/2019 - 11/01/2020 | CUX09600545-06 | Undetermined |
| BRITISH NATIONAL INSURANCE CO. LTD. | Insurance Policy: 10/01/1982 - 09/01/1983 | SLC6046 | Undetermined |
| BRITISH NATIONAL INSURANCE CO. LTD. | Insurance Policy: 09/01/1983 - 09/01/1984 | ICO4073 | Undetermined |

Debtor Name: The Roman Catholic Diocese of Rockville Centre,          Case Number: 20-12345 (SCC)
New York

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| BRITISH NATIONAL INSURANCE CO. LTD. | Insurance Policy: 09/01/1984 - 09/01/1985 | ICO5133 | Undetermined |
| BRITISH NATIONAL LIFE INS. SOCIETY LTD. | Insurance Policy: 10/01/1981 - 10/01/1982 | SLC5895 | Undetermined |
| C N A REINSURANCE OF LONDON LTD. | Insurance Policy: 10/01/1978 - 10/01/1979 | SLC5462 | Undetermined |
| C N A REINSURANCE OF LONDON LTD. | Insurance Policy: 10/01/1978 - 10/01/1979 | SLC5469 | Undetermined |
| C N A REINSURANCE OF LONDON LTD. | Insurance Policy: 10/01/1979 - 10/01/1980 | SLC5657 | Undetermined |
| C N A REINSURANCE OF LONDON LTD. | Insurance Policy: 10/01/1979 - 10/01/1980 | SLC5658 | Undetermined |
| C N A REINSURANCE OF LONDON LTD. | Insurance Policy: 10/01/1980 - 10/01/1981 | SLC5746 | Undetermined |
| C N A REINSURANCE OF LONDON LTD. | Insurance Policy: 10/01/1980 - 10/01/1981 | SLC5747 | Undetermined |
| C N A REINSURANCE OF LONDON LTD. | Insurance Policy: 10/01/1981 - 10/01/1982 | SLC5894 | Undetermined |
| C N A REINSURANCE OF LONDON LTD. | Insurance Policy: 10/01/1981 - 10/01/1982 | SLC5895 | Undetermined |
| C N A REINSURANCE OF LONDON LTD. | Insurance Policy: 10/01/1982 - 09/01/1983 | SLC6046 | Undetermined |
| C N A REINSURANCE OF LONDON LTD. | Insurance Policy: 09/01/1983 - 09/01/1984 | ICO4073 | Undetermined |
| C N A REINSURANCE OF LONDON LTD. | Insurance Policy: 09/01/1983 - 09/01/1984 | ICO4082 | Undetermined |
| C N A REINSURANCE OF LONDON LTD. | Insurance Policy: 09/01/1984 - 09/01/1985 | ICO4082 | Undetermined |
| C N A REINSURANCE OF LONDON LTD. | Insurance Policy: 09/01/1984 - 09/01/1985 | ICO5133 | Undetermined |
| C N A REINSURANCE OF LONDON LTD. | Insurance Policy: 10/15/1985 - 10/22/1986 | ICO5326 | Undetermined |
| C N A REINSURANCE OF LONDON LTD. | Insurance Policy: 09/01/1986 - 09/01/1987 | ICO5423 | Undetermined |
| C N A REINSURANCE OF LONDON LTD. | Insurance Policy: 10/22/1986 - 02/01/1987 | ICO5436 | Undetermined |
| C N A REINSURANCE OF LONDON LTD. | Insurance Policy: 02/01/1987 - 09/01/1987 | ICO5482 | Undetermined |
| C N A REINSURANCE OF LONDON LTD. | Insurance Policy: 09/01/1987 - 09/01/1988 | ICO5529 | Undetermined |
| C N A REINSURANCE OF LONDON LTD. | Insurance Policy: 09/01/1988 - 09/01/1989 | ICO5709 | Undetermined |
| C N A REINSURANCE OF LONDON LTD. | Insurance Policy: 09/01/1989 - 09/01/1990 | ICO5940 | Undetermined |
| C N A REINSURANCE OF LONDON LTD. | Insurance Policy: 09/01/1990 - 09/01/1991 | ICO6213 | Undetermined |
| C N A REINSURANCE OF LONDON LTD. | Insurance Policy: 09/01/1991 - 09/01/1992 | ICO6576 | Undetermined |
| C N A REINSURANCE OF LONDON LTD. | Insurance Policy: 09/01/1992 - 09/01/1993 | ICO6944 | Undetermined |

Debtor Name: The Roman Catholic Diocese of Rockville Centre, New York

Case Number: 20-12345 (SCC)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| C N A REINSURANCE OF LONDON LTD. | Insurance Policy: 09/01/1993 - 09/01/1994 | ICO7352 | Undetermined |
| C N A REINSURANCE OF LONDON LTD. | Insurance Policy: 09/01/1994 - 09/01/1995 | ICO7635 | Undetermined |
| CENTENNIAL INSURANCE COMPANY | Insurance Policy: 10/01/1976 - 10/01/1977 | 291-68-71-16 | Undetermined |
| CENTENNIAL INSURANCE COMPANY | Insurance Policy: 10/01/1977 - 10/01/1978 | 291-68-71-16 | Undetermined |
| CENTENNIAL INSURANCE COMPANY | Insurance Policy: 10/01/1978 - 10/01/1979 | 291-68-71-16 | Undetermined |
| CENTENNIAL INSURANCE COMPANY | Insurance Policy: 10/01/1979 - 10/01/1980 | 291-69-65-01 | Undetermined |
| CENTENNIAL INSURANCE COMPANY | Insurance Policy: 10/01/1980 - 10/01/1981 | 291-69-65-01 | Undetermined |
| CENTENNIAL INSURANCE COMPANY | Insurance Policy: 10/01/1981 - 10/01/1982 | 291-69-65-01 | Undetermined |
| CENTENNIAL INSURANCE COMPANY | Insurance Policy: 10/01/1982 - 09/01/1983 | 291-71-14-76 | Undetermined |
| CENTENNIAL INSURANCE COMPANY | Insurance Policy: 09/01/1983 - 09/01/1984 | 291-71-14-76 | Undetermined |
| CENTENNIAL INSURANCE COMPANY | Insurance Policy: 09/01/1984 - 09/01/1985 | 291-71-14-76 | Undetermined |
| CENTENNIAL INSURANCE COMPANY | Insurance Policy: 09/01/1985 - 09/01/1986 | 287-00-36-20 | Undetermined |
| CENTENNIAL INSURANCE COMPANY | Insurance Policy: 09/01/1986 - 09/01/1987 | 287-01-20-48 | Undetermined |
| CENTENNIAL INSURANCE COMPANY | Insurance Policy: 09/01/1987 - 09/01/1988 | 287-01-98-45 | Undetermined |
| CENTENNIAL INSURANCE COMPANY | Insurance Policy: 09/01/1988 - 09/01/1989 | 287-02-09-08 | Undetermined |
| CENTENNIAL INSURANCE COMPANY | Insurance Policy: 09/01/1989 - 09/01/1990 | 287-02-10-70 | Undetermined |
| CENTENNIAL INSURANCE COMPANY | Insurance Policy: 09/01/1990 - 09/01/1991 | 287-02-15-84 | Undetermined |
| CENTENNIAL INSURANCE COMPANY | Insurance Policy: 09/01/1991 - 09/01/1992 | 287-01-25-99 | Undetermined |
| CENTENNIAL INSURANCE COMPANY | Insurance Policy: 09/01/1992 - 09/01/1993 | 287-01-25-36 | Undetermined |
| CHUBB GROUP OF INSURANCE COMPANIES | Business Travel Accident, 01/01/2009 - 01/01/2022 | 9907-93-00 | Undetermined |
| COLONIAL PENN INSURANCE COMPANY | Insurance Policy: 09/01/1985 - 09/01/1986 | XL150029 | Undetermined |
| COLONIAL PENN INSURANCE COMPANY | Insurance Policy: 09/01/1986 - 02/01/1987 | XL150081 | Undetermined |
| COMPAGNIE D'ASSURANCES MARITIMES ET TERRESTRES | Insurance Policy: 10/01/1980 - 10/01/1981 | SLC5754 | Undetermined |
| COMPAGNIE D'ASSURANCES MARITIMES ET TERRESTRES | Insurance Policy: 10/01/1981 - 10/01/1982 | SLC5895 | Undetermined |
| COMPAGNIE D'ASSURANCES MARITIMES ET TERRESTRES | Insurance Policy: 10/01/1982 - 09/01/1983 | SLC6046 | Undetermined |

Debtor Name: The Roman Catholic Diocese of Rockville Centre,
New York

Case Number: 20-12345 (SCC)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| COMPAGNIE D'ASSURANCES MARITIMES ET TERRESTRES | Insurance Policy: 09/01/1983 - 09/01/1984 | ICO4073 | Undetermined |
| COMPAGNIE D'ASSURANCES MARITIMES ET TERRESTRES | Insurance Policy: 09/01/1984 - 09/01/1985 | ICO5133 | Undetermined |
| CONTINENTAL CASUALTY COMPANY | Insurance Policy: 09/01/1996 - 09/01/1997 | GL164336816 | Undetermined |
| CONTINENTAL CASUALTY COMPANY | Insurance Policy: 09/01/1997 - 09/01/1998 | GL164336816 | Undetermined |
| CONTINENTAL CASUALTY COMPANY | Insurance Policy: 09/01/1998 - 09/01/1999 | GL164336816 | Undetermined |
| CONTINENTAL CASUALTY COMPANY | Insurance Policy: 09/01/1999 - 09/01/2000 | GL196005149 | Undetermined |
| CONTINENTAL CASUALTY COMPANY | Insurance Policy: 09/01/2000 - 09/01/2001 | GL196005149 | Undetermined |
| CONTINENTAL CASUALTY COMPANY | Insurance Policy: 09/01/2001 - 09/01/2002 | GL249174710 | Undetermined |
| CONTINENTAL CASUALTY COMPANY | Insurance Policy: 09/01/2001 - 09/01/2002 | GL249174786 (FRONT) | Undetermined |
| CONTINENTAL CASUALTY COMPANY | Insurance Policy: 09/01/2002 - 09/01/2003 | GL249174710 | Undetermined |
| CONTINENTAL CASUALTY COMPANY | Insurance Policy: 09/01/2002 - 09/01/2003 | GL249174786 (FRONT) | Undetermined |
| CONTINENTAL CASUALTY COMPANY | Insurance Policy: 09/01/2003 - 09/01/2004 | GL249174710 | Undetermined |
| CONTINENTAL CASUALTY COMPANY | Insurance Policy: 09/01/2003 - 09/01/2004 | GL249174786 (FRONT) | Undetermined |
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY | Property Insurance, 04/01/2020 - 04/01/2021 | PPP-910786 | Undetermined |
| DOMINION INSURANCE CO LTD | Insurance Policy: 10/01/1978 - 10/01/1979 | SLC5462 | Undetermined |
| DOMINION INSURANCE CO LTD | Insurance Policy: 10/01/1978 - 10/01/1979 | SLC5469 | Undetermined |
| DOMINION INSURANCE CO LTD | Insurance Policy: 10/01/1978 - 10/01/1979 | SLC5480 | Undetermined |
| DOMINION INSURANCE CO LTD | Insurance Policy: 10/01/1979 - 10/01/1980 | SLC5657 | Undetermined |
| DOMINION INSURANCE CO LTD | Insurance Policy: 10/01/1979 - 10/01/1980 | SLC5658 | Undetermined |
| DOMINION INSURANCE CO LTD | Insurance Policy: 10/01/1980 - 10/01/1981 | SLC5746 | Undetermined |
| DOMINION INSURANCE CO LTD | Insurance Policy: 10/01/1980 - 10/01/1981 | SLC5747 | Undetermined |
| DOMINION INSURANCE CO LTD | Insurance Policy: 10/01/1981 - 10/01/1982 | SLC5894 | Undetermined |
| DOMINION INSURANCE CO LTD | Insurance Policy: 10/01/1981 - 10/01/1982 | SLC5895 | Undetermined |
| DOMINION INSURANCE CO LTD | Insurance Policy: 10/01/1982 - 09/01/1983 | SLC6046 | Undetermined |
| DOMINION INSURANCE CO LTD | Insurance Policy: 09/01/1983 - 09/01/1984 | ICO4073 | Undetermined |

Debtor Name: The Roman Catholic Diocese of Rockville Centre,
New York

Case Number: 20-12345 (SCC)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| DOMINION INSURANCE CO LTD | Insurance Policy: 09/01/1983 - 09/01/1984 | ICO4082 | Undetermined |
| DOMINION INSURANCE CO LTD | Insurance Policy: 09/01/1984 - 09/01/1985 | ICO4082 | Undetermined |
| DOMINION INSURANCE CO LTD | Insurance Policy: 09/01/1984 - 09/01/1985 | ICO5133 | Undetermined |
| ECCLESIA ASSURANCE COMPANY | Insurance Policy: 09/01/2004 - 09/01/2005 | SM-002-2004 | Undetermined |
| ECCLESIA ASSURANCE COMPANY | Insurance Policy: 09/01/2007 - 11/01/2008 | EXLIAB-2007-001 | Undetermined |
| ECCLESIA ASSURANCE COMPANY | Insurance Policy: 11/01/2008 - 12/15/2009 | EX-LIAB-2008-1 | Undetermined |
| ECCLESIA ASSURANCE COMPANY | Insurance Policy: 11/01/2008 - 12/15/2009 | PKG-LIAB-2008-1 | Undetermined |
| ECCLESIA ASSURANCE COMPANY | Insurance Policy: 12/15/2009 - 11/01/2010 | EX-LIAB-2009-1 | Undetermined |
| ECCLESIA ASSURANCE COMPANY | Insurance Policy: 12/15/2009 - 11/01/2010 | PKG-LIAB-2009-1 | Undetermined |
| ECCLESIA ASSURANCE COMPANY | Insurance Policy: 11/01/2010 - 11/01/2011 | EX-LIAB-2010-1 | Undetermined |
| ECCLESIA ASSURANCE COMPANY | Insurance Policy: 11/01/2010 - 11/01/2011 | EX-LIAB-2010-2 | Undetermined |
| ECCLESIA ASSURANCE COMPANY | Insurance Policy: 11/01/2010 - 11/01/2011 | PKG-LIAB-2010-1 | Undetermined |
| ECCLESIA ASSURANCE COMPANY | Insurance Policy: 11/01/2011 - 11/01/2012 | EX-LIAB-2011-1 | Undetermined |
| ECCLESIA ASSURANCE COMPANY | Insurance Policy: 11/01/2011 - 11/01/2012 | EX-LIAB-2011-2 | Undetermined |
| ECCLESIA ASSURANCE COMPANY | Insurance Policy: 11/01/2011 - 11/01/2012 | PKG-LIAB-2011-1 | Undetermined |
| ECCLESIA ASSURANCE COMPANY | Insurance Policy: 11/01/2012 - 11/01/2013 | EX-LIAB-2012-1 | Undetermined |
| ECCLESIA ASSURANCE COMPANY | Insurance Policy: 11/01/2012 - 11/01/2013 | EX-LIAB-2012-2 | Undetermined |
| ECCLESIA ASSURANCE COMPANY | Insurance Policy: 11/01/2012 - 11/01/2013 | PKG-LIAB-2012-1 | Undetermined |
| ECCLESIA ASSURANCE COMPANY | Insurance Policy: 11/01/2013 - 11/01/2014 | EX-LIAB-2013-1 | Undetermined |
| ECCLESIA ASSURANCE COMPANY | Insurance Policy: 11/01/2013 - 11/01/2014 | PKG-LIAB-2013-1 | Undetermined |
| ECCLESIA ASSURANCE COMPANY | Insurance Policy: 11/01/2014 - 11/01/2015 | EX-LIAB-2014-1 | Undetermined |
| ECCLESIA ASSURANCE COMPANY | Insurance Policy: 11/01/2014 - 11/01/2015 | PKG-2014-1 | Undetermined |
| ECCLESIA ASSURANCE COMPANY | Insurance Policy: 11/01/2015 - 11/01/2016 | EX-LIAB-2015-1 | Undetermined |
| ECCLESIA ASSURANCE COMPANY | Insurance Policy: 11/01/2015 - 11/01/2016 | EX-SA-2015-1 | Undetermined |
| ECCLESIA ASSURANCE COMPANY | Insurance Policy: 11/01/2015 - 11/01/2016 | PKG-2015-1 | Undetermined |

Debtor Name: The Roman Catholic Diocese of Rockville Centre, New York

Case Number: 20-12345 (SCC)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| ECCLESIA ASSURANCE COMPANY | Insurance Policy: 11/01/2016 - 11/01/2017 | EX-LIAB-2016-1 | Undetermined |
| ECCLESIA ASSURANCE COMPANY | Insurance Policy: 11/01/2016 - 11/01/2017 | EX-SA-2015-1 | Undetermined |
| ECCLESIA ASSURANCE COMPANY | Insurance Policy: 11/01/2016 - 11/01/2017 | PKG-2016-1 | Undetermined |
| ECCLESIA ASSURANCE COMPANY | Insurance Policy: 11/01/2017 - 11/01/2018 | EX-LIAB-2017-1 | Undetermined |
| ECCLESIA ASSURANCE COMPANY | Insurance Policy: 11/01/2017 - 11/01/2018 | EX-SA-2015-1 | Undetermined |
| ECCLESIA ASSURANCE COMPANY | Insurance Policy: 11/01/2017 - 11/01/2018 | PKG-2017-1 | Undetermined |
| ECCLESIA ASSURANCE COMPANY | Insurance Policy: 11/01/2018 - 11/01/2019 | EX-LIAB-2018-1 | Undetermined |
| ECCLESIA ASSURANCE COMPANY | Insurance Policy: 11/01/2018 - 11/01/2019 | EX-SA-2018-1 | Undetermined |
| ECCLESIA ASSURANCE COMPANY | Insurance Policy: 11/01/2018 - 11/01/2019 | PKG-2018-1 | Undetermined |
| ECCLESIA ASSURANCE COMPANY | Crime & Liability, 11/01/2019 - 11/01/2020 | PKG-2019-1 | Undetermined |
| ECCLESIA ASSURANCE COMPANY | Excess Liability, 11/01/2019 - 11/01/2020 | EX-LIAB-2019-1 | Undetermined |
| ECCLESIA ASSURANCE COMPANY | Fiduciary Liability - Retention Reimbursement, 03/01/2020 - 03/01/2021 | RR-FIDLIAB-2020-1 | Undetermined |
| ECCLESIA ASSURANCE COMPANY | Flood Insurance, 04/01/2020 - 04/01/2021 | PROP-2020-1 | Undetermined |
| ECCLESIA ASSURANCE COMPANY | Property Insurance, 04/01/2020 - 04/01/2021 | EX-PROP-2020-1 | Undetermined |
| ENDURANCE AMERICAN INSURANCE COMPANY | Excess Liability, 11/01/2019 - 11/01/2020 | EXC30000024304 | Undetermined |
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY | Property Insurance, 04/01/2020 - 04/01/2021 | ESP300001621200 | Undetermined |
| EVEREST INDEMNITY INSURANCE COMPANY | Property Insurance, 04/01/2020 - 04/01/2021 | CA3P006358-201 | Undetermined |
| EXCESS INSURANCE CO LTD | Insurance Policy: 10/01/1976 - 10/01/1977 | SLC5163 | Undetermined |
| EXCESS INSURANCE CO LTD | Insurance Policy: 10/01/1976 - 10/01/1977 | SLC5172 | Undetermined |
| EXCESS INSURANCE CO LTD | Insurance Policy: 10/01/1977 - 10/01/1978 | SLC5163 | Undetermined |
| EXCESS INSURANCE CO LTD | Insurance Policy: 01/18/1978 - 10/01/1978 | SLC5334 | Undetermined |
| EXCESS INSURANCE CO LTD | Insurance Policy: 10/01/1978 - 10/01/1979 | SLC5163 | Undetermined |
| EXCESS INSURANCE CO LTD | Insurance Policy: 10/01/1978 - 10/01/1979 | SLC5334 | Undetermined |
| EXCESS INSURANCE CO LTD | Insurance Policy: 10/01/1979 - 10/01/1980 | SLC5630 | Undetermined |
| EXCESS INSURANCE CO LTD | Insurance Policy: 10/01/1979 - 10/01/1980 | SLC5656 | Undetermined |

Debtor Name: The Roman Catholic Diocese of Rockville Centre,
New York

Case Number: 20-12345 (SCC)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| EXCESS INSURANCE CO LTD | Insurance Policy: 10/01/1980 - 10/01/1981 | SLC5630 | Undetermined |
| EXCESS INSURANCE CO LTD | Insurance Policy: 10/01/1980 - 10/01/1981 | SLC5656 | Undetermined |
| EXCESS INSURANCE CO LTD | Insurance Policy: 10/01/1981 - 10/01/1982 | SLC5630 | Undetermined |
| EXCESS INSURANCE CO LTD | Insurance Policy: 10/01/1981 - 10/01/1982 | SLC5656 | Undetermined |
| EXCESS INSURANCE CO LTD | Insurance Policy: 10/01/1982 - 09/01/1983 | SLC6043 | Undetermined |
| EXCESS INSURANCE CO LTD | Insurance Policy: 09/01/1983 - 09/01/1984 | SLC6043 | Undetermined |
| EXCESS INSURANCE CO LTD | Insurance Policy: 09/01/1984 - 09/01/1985 | SLC6043 | Undetermined |
| EXCESS INSURANCE CO LTD | Insurance Policy: 09/01/1985 - 09/01/1986 | ICO5239 | Undetermined |
| FEDERAL INSURANCE COMPANY | Insurance Policy: 09/01/1988 - 09/01/1989 | (89) 7908-93-67 | Undetermined |
| FEDERAL INSURANCE COMPANY | Insurance Policy: 09/01/1989 - 09/01/1990 | (90) 7908-93-67 | Undetermined |
| FEDERAL INSURANCE COMPANY | Insurance Policy: 09/01/1990 - 09/01/1991 | (91) 7908-93-67 | Undetermined |
| FEDERAL INSURANCE COMPANY | Insurance Policy: 09/01/1991 - 09/01/1992 | (92) 7908-93-67 | Undetermined |
| FEDERAL INSURANCE COMPANY | Insurance Policy: 09/01/1992 - 09/01/1993 | (93) 7908-93-67 | Undetermined |
| FEDERAL INSURANCE COMPANY | Insurance Policy: 09/01/1993 - 09/01/1994 | (94) 7908-93-67 | Undetermined |
| FEDERAL INSURANCE COMPANY | Insurance Policy: 09/01/1994 - 09/01/1995 | (95) 7908-93-67 | Undetermined |
| FEDERAL INSURANCE COMPANY | Insurance Policy: 09/01/1995 - 09/01/1996 | (96) 7908-93-67 | Undetermined |
| FEDERAL INSURANCE COMPANY | Property Insurance - Equipment Breakdown, 04/01/2020 - 04/01/2021 | 7644-14-65 | Undetermined |
| FIREMAN'S FUND | Insurance Policy: 10/01/1982 - 09/01/1983 | XLX1395363 | Undetermined |
| FIREMAN'S FUND | Insurance Policy: 09/01/1983 - 09/01/1984 | XLX1395219 | Undetermined |
| FIREMAN'S FUND INSURANCE COMPANY | Insurance Policy: 09/01/1989 - 09/01/1990 | XOM2069324 | Undetermined |
| FIREMAN'S FUND INSURANCE COMPANY | Insurance Policy: 09/01/1990 - 09/01/1991 | XOM2069010 | Undetermined |
| FIREMAN'S FUND INSURANCE COMPANY | Insurance Policy: 09/01/1991 - 09/01/1992 | XOM2069015 | Undetermined |
| FIREMAN'S FUND INSURANCE COMPANY | Insurance Policy: 09/01/1992 - 09/01/1993 | XOM00057352650 | Undetermined |
| FIRST STATE INSURANCE COMPANY | Insurance Policy: 09/01/1989 - 09/01/1990 | FL0001055 | Undetermined |
| FOLKSAM INTERNATIONAL INS. CO. (UK) LTD. | Insurance Policy: 10/01/1980 - 10/01/1981 | SLC5754 | Undetermined |

Debtor Name: The Roman Catholic Diocese of Rockville Centre,
New York

Case Number: 20-12345 (SCC)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| FOLKSAM INTERNATIONAL INS. CO. (UK) LTD. | Insurance Policy: 10/01/1981 - 10/01/1982 | SLC5895 | Undetermined |
| FOLKSAM INTERNATIONAL INS. CO. (UK) LTD. | Insurance Policy: 10/01/1982 - 09/01/1983 | SLC6046 | Undetermined |
| FOLKSAM INTERNATIONAL INS. CO. (UK) LTD. | Insurance Policy: 09/01/1983 - 09/01/1984 | ICO4073 | Undetermined |
| FOLKSAM INTERNATIONAL INS. CO. (UK) LTD. | Insurance Policy: 09/01/1984 - 09/01/1985 | ICO5133 | Undetermined |
| FOLKSAM INTERNATIONAL INS. CO. (UK) LTD. | Insurance Policy: 10/15/1985 - 10/22/1986 | ICO5326 | Undetermined |
| GERLING-KONZERN ALLGEMEINE VERSICHERUNGS-AKTIENGESELLSCHAFT | Insurance Policy: 03/09/2000 - 09/01/2000 | DL309900 | Undetermined |
| GERLING-KONZERN ALLGEMEINE VERSICHERUNGS-AKTIENGESELLSCHAFT | Insurance Policy: 09/01/2000 - 09/01/2001 | 509/DL324300 | Undetermined |
| GERLING-KONZERN ALLGEMEINE VERSICHERUNGS-AKTIENGESELLSCHAFT | Insurance Policy: 09/01/2001 - 09/01/2002 | 509/DL324300 | Undetermined |
| GERLING-KONZERN ALLGEMEINE VERSICHERUNGS-AKTIENGESELLSCHAFT | Insurance Policy: 09/01/2002 - 09/01/2003 | 509/DL324300 | Undetermined |
| GREAT AMERICAN INSURANCE COMPANY | Crime, 11/01/2019 - 11/01/2020 | SAA 5479782 16 | Undetermined |
| GUIDEONE MUTUAL INSURANCE COMPANY | Auto, 09/01/2020 - 09/01/2021 | 1829-842 | Undetermined |
| HALLMARK SPECIALTY INSURANCE COMPANY | Property Insurance, 04/01/2020 - 04/01/2021 | 73PRX20A557 | Undetermined |
| HARTFORD CASUALTY INSURANCE COMPANY | Insurance Policy: 09/01/1996 - 09/01/1997 | 10XSSL4058 | Undetermined |
| HARTFORD CASUALTY INSURANCE COMPANY | Insurance Policy: 09/01/1997 - 09/01/1998 | 10XSSL4151 | Undetermined |
| HARTFORD CASUALTY INSURANCE COMPANY | Insurance Policy: 09/01/1998 - 09/01/1999 | 10XSSL4151 | Undetermined |
| HARTFORD CASUALTY INSURANCE COMPANY | Insurance Policy: 09/01/1999 - 09/01/2000 | 10XSSL4151 | Undetermined |
| HDI SPECIALTY INSURANCE COMPANY | Cyber, 11/01/2019 - 11/01/2020 | SCYLD2511920000 | Undetermined |
| HEDDINGTON INSURANCE CO. (UK) LTD. | Insurance Policy: 09/01/1984 - 09/01/1985 | ICO5133 | Undetermined |
| HEDDINGTON INSURANCE CO. (UK) LTD. | Insurance Policy: 10/22/1986 - 02/01/1987 | ICO5436 | Undetermined |
| ILLINOIS UNION INSURANCE COMPANY | Insurance Policy: 09/01/1994 - 09/01/1995 | ECBG18171259 | Undetermined |
| INRONSHORE INDEMNITY, INC. | Excess Fiduciary Liability, 10/31/2019 - 10/31/2020 | 002235505 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Insurance Policy: 09/01/1993 - 09/01/1994 | XCBG15606861 | Undetermined |
| INTERNATIONAL INSURANCE COMPANY | Insurance Policy: 09/01/1990 - 09/01/1991 | 5312036088 | Undetermined |
| INTERNATIONAL INSURANCE COMPANY | Insurance Policy: 09/01/1991 - 09/01/1992 | 53120467743 | Undetermined |
| INTERNATIONAL INSURANCE COMPANY | Insurance Policy: 09/01/1992 - 09/01/1993 | 5312058354 | Undetermined |

Debtor Name: The Roman Catholic Diocese of Rockville Centre, New York

Case Number: 20-12345 (SCC)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
| --- | --- | --- | --- |
| INTERSTATE FIRE & CASUALTY COMPANY | Insurance Policy: 10/01/1978 - 10/01/1979 | 183-152625 | Undetermined |
| INTERSTATE FIRE & CASUALTY COMPANY | Insurance Policy: 10/01/1979 - 10/01/1980 | 183-152625-1 | Undetermined |
| INTERSTATE FIRE & CASUALTY COMPANY | Insurance Policy: 10/01/1980 - 10/01/1981 | 183-152625-1 | Undetermined |
| INTERSTATE FIRE & CASUALTY COMPANY | Insurance Policy: 10/01/1981 - 10/01/1982 | 183-152625-2 | Undetermined |
| INTERSTATE FIRE & CASUALTY COMPANY | Insurance Policy: 10/01/1982 - 09/01/1983 | 83-0169764 | Undetermined |
| INTERSTATE FIRE & CASUALTY COMPANY | Insurance Policy: 09/01/1983 - 09/01/1984 | 83-0170072 | Undetermined |
| INTERSTATE FIRE & CASUALTY COMPANY | Insurance Policy: 09/01/1984 - 09/01/1985 | 83-183-0170072 | Undetermined |
| INTERSTATE FIRE & CASUALTY COMPANY | Insurance Policy: 09/01/1985 - 09/01/1986 | 83-0172315 | Undetermined |
| INTERSTATE FIRE & CASUALTY COMPANY | Property Insurance, 04/01/2020 - 04/01/2021 | USZ000255201 | Undetermined |
| KINSALE INSURANCE COMPANY | Property Insurance, 04/01/2020 - 04/01/2021 | 0100111470-0 | Undetermined |
| LANDMARK AMERICAN INSURANCE COMPANY | Property Insurance, 04/01/2020 - 04/01/2021 | LHD912491 | Undetermined |
| LEXINGTON INSURANCE COMPANY | Insurance Policy: 02/01/1987 - 09/01/1987 | 5529607 | Undetermined |
| LEXINGTON INSURANCE COMPANY | Insurance Policy: 09/01/1987 - 09/01/1988 | 5529637 | Undetermined |
| LEXINGTON INSURANCE COMPANY | Insurance Policy: 09/01/1988 - 09/01/1989 | 5509678 | Undetermined |
| LEXINGTON INSURANCE COMPANY | Insurance Policy: 09/01/1989 - 09/01/1990 | 5566273 | Undetermined |
| LEXINGTON INSURANCE COMPANY | Insurance Policy: 03/21/1991 - 06/21/1991 | 8653427 | Undetermined |
| LEXINGTON INSURANCE COMPANY | Insurance Policy: 04/01/1991 - 09/01/1991 | 8653580 | Undetermined |
| LEXINGTON INSURANCE COMPANY | Insurance Policy: 09/01/1991 - 09/01/1992 | 8654019 | Undetermined |
| LEXINGTON INSURANCE COMPANY | Insurance Policy: 09/01/1991 - 09/01/1992 | 8654019 | Undetermined |
| LEXINGTON INSURANCE COMPANY | Insurance Policy: 09/01/1992 - 09/01/1993 | 8654971 | Undetermined |
| LEXINGTON INSURANCE COMPANY | Insurance Policy: 09/01/1992 - 09/01/1993 | 8654971 | Undetermined |
| LEXINGTON INSURANCE COMPANY | Insurance Policy: 09/01/1993 - 09/01/1994 | 8667859 | Undetermined |
| LEXINGTON INSURANCE COMPANY | Insurance Policy: 09/01/1993 - 09/01/1994 | 8667859 | Undetermined |
| LEXINGTON INSURANCE COMPANY | Insurance Policy: 09/01/1994 - 09/01/1995 | 8780313 | Undetermined |
| LEXINGTON INSURANCE COMPANY | Insurance Policy: 09/01/1994 - 09/01/1995 | 8780313 | Undetermined |

Debtor Name: The Roman Catholic Diocese of Rockville Centre,
New York

Case Number: 20-12345 (SCC)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| LEXINGTON INSURANCE COMPANY | Insurance Policy: 09/01/1995 - 09/01/1996 | 878724 | Undetermined |
| LEXINGTON INSURANCE COMPANY | Insurance Policy: 09/01/1995 - 09/01/1996 | 878724 | Undetermined |
| LEXINGTON INSURANCE COMPANY | Insurance Policy: 09/01/2005 - 09/01/2006 | 8851184 | Undetermined |
| LEXINGTON INSURANCE COMPANY | Insurance Policy: 09/01/2006 - 09/01/2007 | 6684828 | Undetermined |
| LEXINGTON INSURANCE COMPANY | Insurance Policy: 09/01/2007 - 09/01/2008 | 0506628 | Undetermined |
| LIBERTY SURPLUS INSURANCE CORPORATION | Excess Liability, 11/01/2019 - 11/01/2020 | 1000320916-02 | Undetermined |
| MARKEL INSURANCE COMPANY | Excess Fiduciary Liability, 10/31/2019 - 10/31/2020 | MKLC1MXM000066 | Undetermined |
| MARKEL INSURANCE COMPANY | Excess Fiduciary Liability, 10/31/2019 - 10/31/2020 | MKLC1MXM000067 | Undetermined |
| MENTOR INS CO (UK) LTD. | Insurance Policy: 10/01/1976 - 10/01/1977 | SLC5172 | Undetermined |
| MENTOR INS CO (UK) LTD. | Insurance Policy: 10/01/1978 - 10/01/1979 | SLC5469 | Undetermined |
| MENTOR INS CO (UK) LTD. | Insurance Policy: 10/01/1979 - 10/01/1980 | SLC5658 | Undetermined |
| MENTOR INS CO (UK) LTD. | Insurance Policy: 10/01/1980 - 10/01/1981 | SLC5747 | Undetermined |
| MENTOR INS CO (UK) LTD. | Insurance Policy: 10/01/1980 - 10/01/1981 | SLC5754 | Undetermined |
| MIDLAND INSURANCE COMPANY | Insurance Policy: 10/01/1976 - 10/01/1977 | UL388732 | Undetermined |
| MIDLAND INSURANCE COMPANY | Insurance Policy: 01/18/1978 - 10/01/1978 | UL390749 | Undetermined |
| NATIONAL CASUALTY COMPANY | Insurance Policy: 09/01/1988 - 09/01/1989 | XL006328 | Undetermined |
| NATIONAL CASUALTY COMPANY | Insurance Policy: 09/01/1989 - 09/01/1990 | XL006359 | Undetermined |
| NATIONAL CASUALTY COMPANY | Insurance Policy: 09/01/1990 - 09/01/1991 | XL000742 | Undetermined |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | Excess Fiduciary Liability, 10/31/2019 - 10/31/2020 | 02-340-88-12 | Undetermined |
| NAVIGATORS INSURANCE COMPANY | Excess Liability, 11/01/2019 - 11/01/2020 | NY19EXC741046IV | Undetermined |
| NEW YORK STATE INSURANCE FUND | Workers' Compensation, 01/01/2020 - 01/01/2021 | H2179 620-6 | Undetermined |
| NIAGARA FIRE INSURANCE COMPANY | Insurance Policy: 09/01/1989 - 09/01/1990 | ERX000280 | Undetermined |
| NIAGARA FIRE INSURANCE COMPANY | Insurance Policy: 09/01/1990 - 09/01/1991 | ERX000367 | Undetermined |
| NIAGARA FIRE INSURANCE COMPANY | Insurance Policy: 09/01/1991 - 09/01/1992 | HXU001070 | Undetermined |
| NIAGARA FIRE INSURANCE COMPANY | Insurance Policy: 09/01/1992 - 09/01/1993 | HXU001228 | Undetermined |

Debtor Name: The Roman Catholic Diocese of Rockville Centre, New York

Case Number: 20-12345 (SCC)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| NIAGARA FIRE INSURANCE COMPANY | Insurance Policy: 09/01/1993 - 09/01/1994 | HXU001287 | Undetermined |
| NORTH ATLANTIC INS CO LTD. | Insurance Policy: 10/01/1976 - 10/01/1977 | SLC5172 | Undetermined |
| NORTH ATLANTIC INS CO LTD. | Insurance Policy: 10/01/1978 - 10/01/1979 | SLC5469 | Undetermined |
| NORTH ATLANTIC INS CO LTD. | Insurance Policy: 10/01/1979 - 10/01/1980 | SLC5658 | Undetermined |
| NORTH ATLANTIC INS CO LTD. | Insurance Policy: 10/01/1980 - 10/01/1981 | SLC5747 | Undetermined |
| NORTH ATLANTIC INS CO LTD. | Insurance Policy: 10/01/1980 - 10/01/1981 | SLC5754 | Undetermined |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY | Student Access, 08/01/2020 - 08/01/2021 | TBD | Undetermined |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY | Student Access, 08/01/2020 - 08/01/2021 | TBD | Undetermined |
| PINE TOP INS CO LTD | Insurance Policy: 10/01/1977 - 10/01/1978 | SLC5163 | Undetermined |
| PINE TOP INS CO LTD | Insurance Policy: 10/01/1978 - 10/01/1979 | SLC5163 | Undetermined |
| PINE TOP INS CO LTD | Insurance Policy: 10/01/1979 - 10/01/1980 | SLC5630 | Undetermined |
| PROASSURANCE AMERICAN MUTUAL, A RISK RETENTION GROUP | Healthcare Professional Liability, 11/01/2019 - 11/01/2020 | MP107680 | Undetermined |
| RELIANCE INSURANCE | Insurance Policy: 09/01/1987 - 09/01/1988 | NH1253183 | Undetermined |
| RLI INSURANCE COMPANY | Excess Fiduciary Liability, 10/31/2019 - 10/31/2020 | EPG0027859 | Undetermined |
| RLI INSURANCE COMPANY | Fiduciary Liability, 10/31/2019 - 10/31/2020 | EPG0027858 | Undetermined |
| RLI INSURANCE COMPANY | Excess DIC Liability Insurance (D&O), 03/01/2020 - 11/01/2020 | EPG0028133 | Undetermined |
| ROYAL GLOBE INSURANCE COMPANY | Insurance Policy: 10/01/1972 - 10/01/1973 | PLA102188 | Undetermined |
| ROYAL GLOBE INSURANCE COMPANY | Insurance Policy: 10/01/1972 - 10/01/1973 | PTG604822 | Undetermined |
| ROYAL GLOBE INSURANCE COMPANY | Insurance Policy: 05/18/1973 - 10/01/1973 | PLA102188 | Undetermined |
| ROYAL GLOBE INSURANCE COMPANY | Insurance Policy: 10/01/1973 - 10/01/1974 | PLA102553 | Undetermined |
| ROYAL GLOBE INSURANCE COMPANY | Insurance Policy: 10/01/1973 - 10/01/1974 | PTG604823 | Undetermined |
| ROYAL GLOBE INSURANCE COMPANY | Insurance Policy: 10/01/1974 - 10/01/1975 | PTG604824 | Undetermined |
| ROYAL GLOBE INSURANCE COMPANY | Insurance Policy: 10/01/1974 - 10/01/1975 | PTQ302591 | Undetermined |
| ROYAL GLOBE INSURANCE COMPANY | Insurance Policy: 03/01/1975 - 10/01/1975 | PTQ302591 | Undetermined |
| ROYAL GLOBE INSURANCE COMPANY | Insurance Policy: 10/01/1975 - 10/01/1976 | PTG604825 | Undetermined |

Debtor Name: The Roman Catholic Diocese of Rockville Centre,
New York

Case Number: 20-12345 (SCC)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| ROYAL GLOBE INSURANCE COMPANY | Insurance Policy: 10/01/1975 - 10/01/1976 | PTQ306461 | Undetermined |
| ROYAL INDEMNITY COMPANY | Insurance Policy: 10/01/1956 - 10/01/1957 | RLG 050000 | Undetermined |
| ROYAL INDEMNITY COMPANY | Insurance Policy: 10/01/1957 - 10/01/1958 | RLG 055000 | Undetermined |
| ROYAL INDEMNITY COMPANY | Insurance Policy: 10/01/1958 - 10/01/1959 | RLG 059700 | Undetermined |
| ROYAL INDEMNITY COMPANY | Insurance Policy: 10/01/1959 - 10/01/1960 | Unknown | Undetermined |
| ROYAL INDEMNITY COMPANY | Insurance Policy: 10/01/1960 - 10/01/1961 | RLG001060 | Undetermined |
| ROYAL INDEMNITY COMPANY | Insurance Policy: 10/01/1961 - 10/01/1962 | RLG001061 | Undetermined |
| ROYAL INDEMNITY COMPANY | Insurance Policy: 10/01/1962 - 10/01/1963 | RLG001062 | Undetermined |
| ROYAL INDEMNITY COMPANY | Insurance Policy: 10/01/1963 - 10/01/1964 | RLG001063 | Undetermined |
| ROYAL INDEMNITY COMPANY | Insurance Policy: 06/04/1964 - 06/04/1965 | RLX100035 | Undetermined |
| ROYAL INDEMNITY COMPANY | Insurance Policy: 10/01/1964 - 10/01/1965 | RLG001064 | Undetermined |
| ROYAL INDEMNITY COMPANY | Insurance Policy: 06/04/1965 - 06/04/1966 | RLX100035 | Undetermined |
| ROYAL INDEMNITY COMPANY | Insurance Policy: 10/01/1965 - 10/01/1966 | RLG001065 | Undetermined |
| ROYAL INDEMNITY COMPANY | Insurance Policy: 06/04/1966 - 06/04/1967 | RLX100035 | Undetermined |
| ROYAL INDEMNITY COMPANY | Insurance Policy: 10/01/1966 - 10/01/1967 | RLG604826 | Undetermined |
| ROYAL INDEMNITY COMPANY | Insurance Policy: 06/04/1967 - 06/04/1968 | Excess of RLG604826 and RTG604827 | Undetermined |
| ROYAL INDEMNITY COMPANY | Insurance Policy: 10/01/1967 - 10/01/1968 | RTG604827 | Undetermined |
| ROYAL INDEMNITY COMPANY | Insurance Policy: 06/04/1968 - 06/04/1969 | Excess of RLG604827 and RTG604828 | Undetermined |
| ROYAL INDEMNITY COMPANY | Insurance Policy: 10/01/1968 - 10/01/1969 | RTG604828 | Undetermined |
| ROYAL INDEMNITY COMPANY | Insurance Policy: 06/04/1969 - 06/04/1970 | Excess of RLG604828 and RTG604829 | Undetermined |
| ROYAL INDEMNITY COMPANY | Insurance Policy: 10/01/1969 - 10/01/1970 | RTG604829 | Undetermined |
| ROYAL INDEMNITY COMPANY | Insurance Policy: 06/04/1970 - 10/01/1971 | RLA101501 | Undetermined |
| ROYAL INDEMNITY COMPANY | Insurance Policy: 10/01/1970 - 10/01/1971 | RTG604820 | Undetermined |
| ROYAL INDEMNITY COMPANY | Insurance Policy: 10/01/1971 - 10/01/1972 | RTG604821 | Undetermined |
| ROYAL INDEMNITY COMPANY | Insurance Policy: 10/01/1971 - 10/02/1972 | RLA101877 | Undetermined |

Debtor Name: The Roman Catholic Diocese of Rockville Centre,
New York

Case Number: 20-12345 (SCC)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| ROYAL INDEMNITY COMPANY | Insurance Policy: 09/01/1989 - 09/01/1990 | RHA000968 | Undetermined |
| ROYAL INDEMNITY COMPANY | Insurance Policy: 09/01/1990 - 09/01/1991 | RHA002373 | Undetermined |
| ROYAL INDEMNITY COMPANY | Insurance Policy: 09/01/1991 - 09/01/1992 | RHA003947 | Undetermined |
| ROYAL INDEMNITY COMPANY | Insurance Policy: 09/01/1992 - 09/01/1993 | RHA005546 | Undetermined |
| ROYAL INDEMNITY COMPANY | Insurance Policy: 09/01/1993 - 09/01/1994 | RHA200318 | Undetermined |
| RSUI INDEMNITY COMPANY | Excess Liability, 11/01/2019 - 11/01/2020 | NHA088082 | Undetermined |
| SOVEREIGN | Insurance Policy: 10/01/1978 - 10/01/1979 | SLC5480 | Undetermined |
| SOVEREIGN | Insurance Policy: 10/01/1979 - 10/01/1980 | SLC5658 | Undetermined |
| SOVEREIGN | Insurance Policy: 10/01/1980 - 10/01/1981 | SLC5747 | Undetermined |
| SOVEREIGN | Insurance Policy: 10/01/1980 - 10/01/1981 | SLC5754 | Undetermined |
| SOVEREIGN | Insurance Policy: 10/01/1981 - 10/01/1982 | SLC5895 | Undetermined |
| SOVEREIGN "C" A/C | Insurance Policy: 10/01/1981 - 10/01/1982 | SLC5895 | Undetermined |
| SOVEREIGN H.D.N. A/C | Insurance Policy: 10/01/1982 - 09/01/1983 | SLC6046 | Undetermined |
| SOVEREIGN H.D.N. A/C | Insurance Policy: 09/01/1983 - 09/01/1984 | ICO4073 | Undetermined |
| SOVEREIGN MARINE & GENERAL INS. CO. LTD. | Insurance Policy: 10/01/1981 - 10/01/1982 | SLC5895 | Undetermined |
| SOVEREIGN MARINE & GENERAL INS. CO. LTD. | Insurance Policy: 10/01/1982 - 09/01/1983 | SLC6046 | Undetermined |
| SOVEREIGN MARINE & GENERAL INS. CO. LTD. | Insurance Policy: 09/01/1983 - 09/01/1984 | ICO4073 | Undetermined |
| SOVEREIGN MARINE & GENERAL INS. CO. LTD. | Insurance Policy: 09/01/1984 - 09/01/1985 | ICO5133 | Undetermined |
| SOVEREIGN MARINE & GENERAL INS. CO. LTD. | Insurance Policy: 10/22/1986 - 02/01/1987 | ICO5436 | Undetermined |
| SOVEREIGN MARINE & GENERAL INS. CO. LTD. 'C' ACCOUNT | Insurance Policy: 10/01/1982 - 09/01/1983 | SLC6046 | Undetermined |
| SOVEREIGN MARINE & GENERAL INS. CO. LTD. 'C' ACCOUNT | Insurance Policy: 09/01/1983 - 09/01/1984 | ICO4073 | Undetermined |
| SOVEREIGN MARINE & GENERAL INS. CO. LTD. 'C' ACCOUNT | Insurance Policy: 09/01/1984 - 09/01/1985 | ICO5133 | Undetermined |
| SOVEREIGN MARINE & GENERAL INS. CO. LTD. HDN A/C | Insurance Policy: 10/01/1980 - 10/01/1981 | SLC5747 | Undetermined |
| SOVEREIGN MARINE & GENERAL INS. CO. LTD. HDN A/C | Insurance Policy: 10/01/1980 - 10/01/1981 | SLC5754 | Undetermined |
| SOVEREIGN MARINE & GENERAL INS. CO. LTD. NO. 12 A/C | Insurance Policy: 09/01/1984 - 09/01/1985 | ICO5133 | Undetermined |

Debtor Name: The Roman Catholic Diocese of Rockville Centre,
New York

Case Number: 20-12345 (SCC)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| SPHERE DRAKE INSURANCE PLC | Insurance Policy: 09/01/1985 - 09/01/1986 | ICO5239 | Undetermined |
| SPHERE DRAKE INSURANCE PLC | Insurance Policy: 09/01/1989 - 09/01/1990 | ICO5940 | Undetermined |
| SPHERE DRAKE INSURANCE PLC | Insurance Policy: 09/01/1990 - 09/01/1991 | ICO6213 | Undetermined |
| SPHERE DRAKE INSURANCE PLC | Insurance Policy: 09/01/1991 - 09/01/1992 | ICO6576 | Undetermined |
| SPHERE DRAKE INSURANCE PLC | Insurance Policy: 09/01/1992 - 09/01/1993 | ICO6944 | Undetermined |
| SPHERE DRAKE INSURANCE PLC | Insurance Policy: 09/01/1993 - 09/01/1994 | ICO7352 | Undetermined |
| SPHERE DRAKE INSURANCE PLC | Insurance Policy: 09/01/1994 - 09/01/1995 | ICO7635 | Undetermined |
| ST. KATHERINE INSURANCE COMPANY LTD | Insurance Policy: 10/01/1981 - 10/01/1982 | SLC5895 | Undetermined |
| ST. KATHERINE INSURANCE COMPANY LTD | Insurance Policy: 10/01/1982 - 09/01/1983 | SLC6046 | Undetermined |
| ST. KATHERINE INSURANCE COMPANY PLC | Insurance Policy: 09/01/1983 - 09/01/1984 | ICO4073 | Undetermined |
| ST. KATHERINE INSURANCE COMPANY PLC | Insurance Policy: 09/01/1984 - 09/01/1985 | ICO4082 | Undetermined |
| ST. KATHERINE INSURANCE COMPANY PLC | Insurance Policy: 09/01/1984 - 09/01/1985 | ICO5133 | Undetermined |
| ST. KATHERINE INSURANCE COMPANY PLC | Insurance Policy: 10/15/1985 - 10/22/1986 | ICO5326 | Undetermined |
| ST. KATHERINE INSURANCE COMPANY PLC | Insurance Policy: 10/22/1986 - 02/01/1987 | ICO5436 | Undetermined |
| ST. KATHERINE INSURANCE COMPANY PLC | Insurance Policy: 02/01/1987 - 09/01/1987 | ICO5482 | Undetermined |
| ST. PAUL SURPLUS LINES INSURANCE COMPANY | Insurance Policy: 09/01/1986 - 09/01/1987 | SUO5500536 | Undetermined |
| ST. PAUL SURPLUS LINES INSURANCE COMPANY | Insurance Policy: 09/01/1987 - 09/01/1988 | SUO5500559 | Undetermined |
| STEADFAST INSURANCE COMPANY | Property Insurance, 04/01/2020 - 04/01/2021 | CPP 7848018 01 | Undetermined |
| STOREBRAND INSURANCE CO. (UK) LTD. | Insurance Policy: 10/01/1978 - 10/01/1979 | SLC5480 | Undetermined |
| STOREBRAND INSURANCE CO. (UK) LTD. | Insurance Policy: 10/01/1979 - 10/01/1980 | SLC5658 | Undetermined |
| STOREBRAND INSURANCE CO. (UK) LTD. | Insurance Policy: 10/01/1980 - 10/01/1981 | SLC5747 | Undetermined |
| STOREBRAND INSURANCE CO. (UK) LTD. | Insurance Policy: 10/01/1980 - 10/01/1981 | SLC5754 | Undetermined |
| STOREBRAND INSURANCE CO. (UK) LTD. | Insurance Policy: 10/01/1981 - 10/01/1982 | SLC5895 | Undetermined |
| STOREBRAND INSURANCE CO. (UK) LTD. | Insurance Policy: 10/01/1982 - 09/01/1983 | SLC6046 | Undetermined |
| STOREBRAND INSURANCE CO. (UK) LTD. | Insurance Policy: 09/01/1983 - 09/01/1984 | ICO4073 | Undetermined |

Debtor Name: The Roman Catholic Diocese of Rockville Centre,    Case Number: 20-12345 (SCC)
New York

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
| --- | --- | --- | --- |
| STOREBRAND INSURANCE CO. (UK) LTD. | Insurance Policy: 09/01/1984 - 09/01/1985 | ICO5133 | Undetermined |
| STOREBRAND INSURANCE CO. (UK) LTD. | Insurance Policy: 10/22/1986 - 02/01/1987 | ICO5436 | Undetermined |
| STRONGHOLD INSURANCE CO LTD | Insurance Policy: 10/01/1976 - 10/01/1977 | SLC5172 | Undetermined |
| STRONGHOLD INSURANCE CO LTD | Insurance Policy: 10/01/1978 - 10/01/1979 | SLC5462 | Undetermined |
| STRONGHOLD INSURANCE CO LTD | Insurance Policy: 10/01/1978 - 10/01/1979 | SLC5469 | Undetermined |
| STRONGHOLD INSURANCE CO LTD | Insurance Policy: 10/01/1978 - 10/01/1979 | SLC5480 | Undetermined |
| STRONGHOLD INSURANCE CO LTD | Insurance Policy: 10/01/1979 - 10/01/1980 | SLC5657 | Undetermined |
| STRONGHOLD INSURANCE CO LTD | Insurance Policy: 10/01/1979 - 10/01/1980 | SLC5658 | Undetermined |
| STRONGHOLD INSURANCE CO LTD | Insurance Policy: 10/01/1980 - 10/01/1981 | SLC5746 | Undetermined |
| STRONGHOLD INSURANCE CO LTD | Insurance Policy: 10/01/1980 - 10/01/1981 | SLC5747 | Undetermined |
| STRONGHOLD INSURANCE CO LTD | Insurance Policy: 10/01/1980 - 10/01/1981 | SLC5754 | Undetermined |
| STRONGHOLD INSURANCE CO LTD | Insurance Policy: 10/01/1981 - 10/01/1982 | SLC5894 | Undetermined |
| STRONGHOLD INSURANCE CO LTD | Insurance Policy: 10/01/1981 - 10/01/1982 | SLC5895 | Undetermined |
| STRONGHOLD INSURANCE CO LTD | Insurance Policy: 10/01/1982 - 09/01/1983 | SLC6046 | Undetermined |
| STRONGHOLD INSURANCE CO LTD | Insurance Policy: 09/01/1983 - 09/01/1984 | ICO4073 | Undetermined |
| STRONGHOLD INSURANCE CO LTD | Insurance Policy: 09/01/1984 - 09/01/1985 | ICO5133 | Undetermined |
| TAISHO (UK) | Insurance Policy: 10/01/1978 - 10/01/1979 | SLC5480 | Undetermined |
| TAISHO (UK) | Insurance Policy: 10/01/1979 - 10/01/1980 | SLC5658 | Undetermined |
| TAISHO (UK) | Insurance Policy: 10/01/1980 - 10/01/1981 | SLC5747 | Undetermined |
| TAISHO (UK) | Insurance Policy: 10/01/1980 - 10/01/1981 | SLC5754 | Undetermined |
| TAISHO (UK) | Insurance Policy: 10/01/1981 - 10/01/1982 | SLC5895 | Undetermined |
| TAISHO MARINE & FIRE INS. CO. (UK) LTD. | Insurance Policy: 10/01/1982 - 09/01/1983 | SLC6046 | Undetermined |
| TAISHO MARINE & FIRE INS. CO. (UK) LTD. | Insurance Policy: 09/01/1983 - 09/01/1984 | ICO4073 | Undetermined |
| TAISHO MARINE & FIRE INS. CO. (UK) LTD. | Insurance Policy: 09/01/1984 - 09/01/1985 | ICO5133 | Undetermined |
| TAISHO MARINE & FIRE INS. CO. (UK) LTD. | Insurance Policy: 10/22/1986 - 02/01/1987 | ICO5436 | Undetermined |

Debtor Name: The Roman Catholic Diocese of Rockville Centre,
New York

Case Number: 20-12345 (SCC)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| TERRA NOVA INS CO LTD | Insurance Policy: 10/01/1976 - 10/01/1977 | SLC5163 | Undetermined |
| TERRA NOVA INS CO LTD | Insurance Policy: 10/01/1977 - 10/01/1978 | SLC5163 | Undetermined |
| TERRA NOVA INS CO LTD | Insurance Policy: 10/01/1978 - 10/01/1979 | SLC5163 | Undetermined |
| TERRA NOVA INS CO LTD | Insurance Policy: 10/01/1979 - 10/01/1980 | SLC5630 | Undetermined |
| TERRA NOVA INS CO LTD | Insurance Policy: 10/01/1979 - 10/01/1980 | SLC5658 | Undetermined |
| TERRA NOVA INS CO LTD | Insurance Policy: 10/01/1980 - 10/01/1981 | SLC5630 | Undetermined |
| TERRA NOVA INS CO LTD | Insurance Policy: 10/01/1980 - 10/01/1981 | SLC5747 | Undetermined |
| TERRA NOVA INS CO LTD | Insurance Policy: 10/01/1980 - 10/01/1981 | SLC5754 | Undetermined |
| TERRA NOVA INS CO LTD | Insurance Policy: 10/01/1981 - 10/01/1982 | SLC5630 | Undetermined |
| TERRA NOVA INS CO LTD | Insurance Policy: 10/01/1982 - 09/01/1983 | SLC6043 | Undetermined |
| TERRA NOVA INS CO LTD | Insurance Policy: 09/01/1983 - 09/01/1984 | SLC6043 | Undetermined |
| THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA | Insurance Policy: 09/01/1990 - 09/01/1991 | 41902428 | Undetermined |
| THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA | Insurance Policy: 09/01/1991 - 09/01/1992 | 41902446 | Undetermined |
| THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA | Insurance Policy: 09/01/1992 - 09/01/1993 | 41922458 | Undetermined |
| THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA | Insurance Policy: 09/01/1993 - 09/01/1994 | 41932470 | Undetermined |
| THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA | Insurance Policy: 09/01/1994 - 09/01/1995 | 41942494 | Undetermined |
| THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA | Insurance Policy: 09/01/1995 - 09/01/1996 | 41954418 | Undetermined |
| THE NATIONAL CATHOLIC RISK RETENTION GROUP, INC. | Insurance Policy: 09/01/2004 - 09/01/2005 | NM 1065 | Undetermined |
| THE NATIONAL CATHOLIC RISK RETENTION GROUP, INC. | Insurance Policy: 09/01/2004 - 09/01/2005 | RRG 1065 | Undetermined |
| THE NATIONAL CATHOLIC RISK RETENTION GROUP, INC. | Insurance Policy: 09/01/2005 - 09/01/2006 | NM 1065-01 | Undetermined |
| THE NATIONAL CATHOLIC RISK RETENTION GROUP, INC. | Insurance Policy: 09/01/2005 - 09/01/2006 | RRG 1065-01 | Undetermined |
| THE NATIONAL CATHOLIC RISK RETENTION GROUP, INC. | Insurance Policy: 09/01/2006 - 09/01/2007 | NM 1065-02 | Undetermined |
| THE NATIONAL CATHOLIC RISK RETENTION GROUP, INC. | Insurance Policy: 09/01/2006 - 09/01/2007 | RRG 1065-02 | Undetermined |
| THE NATIONAL CATHOLIC RISK RETENTION GROUP, INC. | Insurance Policy: 09/01/2007 - 11/01/2008 | RRG 1065-03 | Undetermined |
| THE NATIONAL CATHOLIC RISK RETENTION GROUP, INC. | Insurance Policy: 11/01/2008 - 12/15/2009 | RRG 1065-04 | Undetermined |

Debtor Name: The Roman Catholic Diocese of Rockville Centre,
New York

Case Number: 20-12345 (SCC)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| THE NATIONAL CATHOLIC RISK RETENTION GROUP, INC. | Insurance Policy: 12/15/2009 - 11/01/2010 | RRG 1065-05 | Undetermined |
| THE NORTH RIVER INSURANCE COMPANY | Insurance Policy: 09/01/1989 - 09/01/1990 | 5312022939 | Undetermined |
| THE TOKIO MARINE & FIRE INS. CO (UK) LTD. | Insurance Policy: 10/01/1982 - 09/01/1983 | SLC6046 | Undetermined |
| THE TOKIO MARINE & FIRE INS. CO (UK) LTD. | Insurance Policy: 09/01/1983 - 09/01/1984 | ICO4073 | Undetermined |
| THE TOKIO MARINE & FIRE INS. CO (UK) LTD. | Insurance Policy: 09/01/1984 - 09/01/1985 | ICO5133 | Undetermined |
| THE TOKIO MARINE & FIRE INS. CO (UK) LTD. | Insurance Policy: 10/22/1986 - 02/01/1987 | ICO5436 | Undetermined |
| TOKIO (UK) | Insurance Policy: 10/01/1978 - 10/01/1979 | SLC5480 | Undetermined |
| TOKIO (UK) | Insurance Policy: 10/01/1979 - 10/01/1980 | SLC5658 | Undetermined |
| TOKIO (UK) | Insurance Policy: 10/01/1980 - 10/01/1981 | SLC5747 | Undetermined |
| TOKIO (UK) | Insurance Policy: 10/01/1980 - 10/01/1981 | SLC5754 | Undetermined |
| TOKIO (UK) | Insurance Policy: 10/01/1981 - 10/01/1982 | SLC5895 | Undetermined |
| TUREGUM INSURANCE COMPANY | Insurance Policy: 10/01/1976 - 10/01/1977 | SLC5172 | Undetermined |
| TUREGUM INSURANCE COMPANY | Insurance Policy: 10/01/1978 - 10/01/1979 | SLC5480 | Undetermined |
| TUREGUM INSURANCE COMPANY | Insurance Policy: 10/01/1979 - 10/01/1980 | SLC5658 | Undetermined |
| TUREGUM INSURANCE COMPANY | Insurance Policy: 10/01/1980 - 10/01/1981 | SLC5747 | Undetermined |
| TUREGUM INSURANCE COMPANY | Insurance Policy: 10/01/1980 - 10/01/1981 | SLC5754 | Undetermined |
| TUREGUM INSURANCE COMPANY | Insurance Policy: 10/01/1981 - 10/01/1982 | SLC5895 | Undetermined |
| TUREGUM INSURANCE COMPANY | Insurance Policy: 10/01/1982 - 09/01/1983 | SLC6046 | Undetermined |
| TUREGUM INSURANCE COMPANY | Insurance Policy: 09/01/1983 - 09/01/1984 | ICO4073 | Undetermined |
| TUREGUM INSURANCE COMPANY | Insurance Policy: 02/19/1985 - 09/01/1985 | ICO5162 | Undetermined |
| TUREGUM INSURANCE COMPANY | Insurance Policy: 10/15/1985 - 10/22/1986 | ICO5326 | Undetermined |
| TWIN CITY FIRE INSURANCE COMPANY | Insurance Policy: 09/01/1993 - 09/01/1994 | UK0000005 | Undetermined |
| U.S. SPECIALTY INSURANCE COMPANY | Kidnap & Ransom, 08/01/2019 - 08/01/2022 | U719-89075 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 09/30/1976 - 10/01/1977 | SL3161 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 10/01/1976 - 10/01/1977 | MW23017 | Undetermined |

Debtor Name: The Roman Catholic Diocese of Rockville Centre,
New York

Case Number: 20-12345 (SCC)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| UNDERWRITERS AT LLOYDS | Insurance Policy: 10/01/1976 - 10/01/1977 | SL3152 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 10/01/1976 - 10/01/1977 | SL3162 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 10/01/1976 - 10/01/1977 | SLC5173 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 10/01/1977 - 10/01/1978 | SL3152 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 01/18/1978 - 10/01/1978 | SL3294 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 01/18/1978 - 10/01/1978 | SL3311 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 01/18/1978 - 10/01/1978 | SLC5330 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 10/01/1978 - 10/01/1979 | SL3152 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 10/01/1978 - 10/01/1979 | SL3311 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 10/01/1978 - 10/01/1979 | SL3445 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 10/01/1978 - 10/01/1979 | SL3452 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 10/01/1978 - 10/01/1979 | SL3463 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 10/01/1979 - 10/01/1980 | SL3574 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 10/01/1979 - 10/01/1980 | SL3606 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 10/01/1979 - 10/01/1980 | SL3607 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 10/01/1979 - 10/01/1980 | SL3608 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 10/01/1980 - 10/01/1981 | SL3574 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 10/01/1980 - 10/01/1981 | SL3606 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 10/01/1980 - 10/01/1981 | SL3725 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 10/01/1980 - 10/01/1981 | SL3726 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 10/01/1980 - 10/01/1981 | SL3731 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 10/01/1981 - 10/01/1982 | SL3574 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 10/01/1981 - 10/01/1982 | SL3606 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 10/01/1981 - 10/01/1982 | SL3887 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 10/01/1981 - 10/01/1982 | SL3888 | Undetermined |

Debtor Name: The Roman Catholic Diocese of Rockville Centre,
New York

Case Number: 20-12345 (SCC)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
| --- | --- | --- | --- |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 10/01/1982 - 09/01/1983 | SL4063 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 10/01/1982 - 09/01/1983 | SL4065 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 10/01/1982 - 09/01/1983 | SL4066 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 10/01/1982 - 09/01/1983 | SLC6045 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 09/01/1983 - 09/01/1984 | ISL3114 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 09/01/1983 - 09/01/1984 | ISL3125 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 09/01/1983 - 09/01/1984 | SL4063 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 09/01/1984 - 09/01/1985 | ISL3125 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 09/01/1984 - 09/01/1985 | ISL3289 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 09/01/1984 - 09/01/1985 | SL4063 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 02/19/1985 - 09/01/1985 | ISL3322 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 09/01/1985 - 09/01/1986 | ISL3401 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 10/15/1985 - 10/22/1986 | ISL3482 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 09/01/1986 - 09/01/1987 | ISL3631 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 10/22/1986 - 02/01/1987 | ISL3659 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 02/01/1987 - 09/01/1987 | ISL3748 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 09/01/1987 - 09/01/1988 | ISL3857 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 09/01/1988 - 09/01/1989 | ISL4119 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 09/01/1989 - 09/01/1990 | ISL4358 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 09/01/1990 - 09/01/1991 | ISL4647 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 09/01/1991 - 09/01/1992 | ISL4954 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 09/01/1992 - 09/01/1993 | ISL5269 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 09/01/1993 - 09/01/1994 | ISL5642 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 09/01/1994 - 09/01/1995 | ISL5932 | Undetermined |
| UNDERWRITERS AT LLOYDS | Insurance Policy: 11/01/2007 - 11/01/2008 | B0901LU0738224 | Undetermined |

Debtor Name: The Roman Catholic Diocese of Rockville Centre, New York

Case Number: 20-12345 (SCC)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| UNDERWRITERS AT LLOYDS | Insurance Policy: 11/01/2007 - 11/01/2008 | B0901LU0738232 | Undetermined |
| UNDERWRITERS AT LLOYD'S OF LONDON | Property Insurance - Terrorism, 04/01/2020 - 04/01/2021 | B0621MECCL000120 | Undetermined |
| UNDERWRITERS AT LLOYD'S, LONDON (BRIT SYNDICATE-2987) | Property Insurance, 04/01/2020 - 04/01/2021 | PD-11142-00 | Undetermined |
| UNDERWRITERS AT LLOYD'S, LONDON (HISCOX US) | Property Insurance, 04/01/2020 - 04/01/2021 | LMPRP20934605 | Undetermined |
| UNIONAMERICA INS CO LTD | Insurance Policy: 10/01/1976 - 10/01/1977 | SLC5172 | Undetermined |
| UNIONAMERICA INS CO LTD "B" A/C | Insurance Policy: 10/01/1976 - 10/01/1977 | SLC5172 | Undetermined |
| UNITED NATIONAL INSURANCE COMPANY | Insurance Policy: 09/01/1990 - 09/01/1991 | XTP33155 | Undetermined |
| UNITED NATIONAL INSURANCE COMPANY | Insurance Policy: 09/01/1991 - 09/01/1992 | XTP36084 | Undetermined |
| UNITED NATIONAL INSURANCE COMPANY | Insurance Policy: 09/01/1992 - 09/01/1993 | XTP41139 | Undetermined |
| UNITED NATIONAL INSURANCE COMPANY | Insurance Policy: 09/01/1993 - 09/01/1994 | XTP41139 | Undetermined |
| UNITED NATIONAL INSURANCE COMPANY | Insurance Policy: 09/01/1994 - 09/01/1995 | CP62791 | Undetermined |
| UNITED NATIONAL INSURANCE COMPANY | Insurance Policy: 09/01/1994 - 09/01/1995 | XTP41139 | Undetermined |
| UNITED NATIONAL INSURANCE COMPANY | Insurance Policy: 09/01/1995 - 09/01/1996 | CP62929 | Undetermined |
| UNITED NATIONAL INSURANCE COMPANY | Insurance Policy: 09/01/1995 - 09/01/1996 | XTP41139 | Undetermined |
| UNKNOWN - PART OF QUOTA SHARE, SAME POLICY | Insurance Policy: 09/01/1984 - 09/01/1985 | ICO5133 | Undetermined |
| WESTCHESTER FIRE INSURANCE COMPANY | Insurance Policy: 09/01/1993 - 09/01/1994 | 5312068515 | Undetermined |
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY | Property Insurance, 04/01/2020 - 04/01/2021 | D42265627 002 | Undetermined |
| YASUDA FIRE & MARINE INS CO (UK) LTD | Insurance Policy: 10/01/1976 - 10/01/1977 | SLC5172 | Undetermined |
| YASUDA FIRE & MARINE INS CO (UK) LTD | Insurance Policy: 10/01/1978 - 10/01/1979 | SLC5163 | Undetermined |
| YASUDA FIRE & MARINE INS CO (UK) LTD | Insurance Policy: 10/01/1978 - 10/01/1979 | SLC5469 | Undetermined |
| YASUDA FIRE & MARINE INS CO (UK) LTD | Insurance Policy: 10/01/1979 - 10/01/1980 | SLC5630 | Undetermined |
| YASUDA FIRE & MARINE INS CO (UK) LTD | Insurance Policy: 10/01/1979 - 10/01/1980 | SLC5658 | Undetermined |
| YASUDA FIRE & MARINE INS CO (UK) LTD | Insurance Policy: 10/01/1980 - 10/01/1981 | SLC5630 | Undetermined |
| YASUDA FIRE & MARINE INS CO (UK) LTD | Insurance Policy: 10/01/1980 - 10/01/1981 | SLC5747 | Undetermined |
| YASUDA FIRE & MARINE INS CO (UK) LTD | Insurance Policy: 10/01/1981 - 10/01/1982 | SLC5630 | Undetermined |

Debtor Name: The Roman Catholic Diocese of Rockville Centre,
New York

Case Number: 20-12345 (SCC)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| YASUDA FIRE & MARINE INS CO (UK) LTD | Insurance Policy: 10/01/1981 - 10/01/1982 | SLC5895 | Undetermined |
| YASUDA FIRE & MARINE INS CO (UK) LTD | Insurance Policy: 10/01/1982 - 09/01/1983 | SLC6043 | Undetermined |
| YASUDA FIRE & MARINE INS CO (UK) LTD | Insurance Policy: 10/01/1982 - 09/01/1983 | SLC6046 | Undetermined |
| YASUDA FIRE & MARINE INS CO (UK) LTD | Insurance Policy: 09/01/1983 - 09/01/1984 | ICO4073 | Undetermined |
| YASUDA FIRE & MARINE INS CO (UK) LTD | Insurance Policy: 09/01/1983 - 09/01/1984 | SLC6043 | Undetermined |
| YASUDA FIRE & MARINE INS CO (UK) LTD | Insurance Policy: 09/01/1984 - 09/01/1985 | SLC6043 | Undetermined |
| | | **TOTAL** | **$0.00 + undetermined amounts** |

| Debtor Name: | The Roman Catholic Diocese of Rockville Centre, New York | Case Number: | 20-12345 (SCC) |

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Description | Current value of debtor's interest |
| --- | --- |
| Due From Other Entity | $487,957.41 |
| Hospital Recoverable: PSIP | Undetermined |
| Insurance Reimbursable: PSIP | Undetermined |
| Other Receivables | $16.64 |
| Parish Services Receivable | $171,583.67 |
| TOTAL | **$659,557.72**<br>**+ undetermined amounts** |

**Fill in this information to identify the case:**

Debtor name _The Roman Catholic Diocese of Rockville Centre, New York_

United States Bankruptcy Court for the: _Southern_                 District of _New York_

Case number (If known): _20-12345 (SCC)_

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property        12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**  **Creditor's name**
APPLE INC.

**Describe debtor's property that is subject to a lien**
Equipment and fixtures financed in whole or in part.

$ ___ Undetermined        $ ___ Undetermined

**Creditor's mailing address**
2600 GRAND BLVD.
KANSAS CITY, MO 64108

**Describe the lien**
UCC Lien Number: 200712316274544

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**  Undetermined

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**2.2**  **Creditor's name**
CIT BANK, N.A.

**Describe debtor's property that is subject to a lien**
2 Konica Minolta Copiers.

$ ___ Undetermined        $ ___ Undetermined

**Creditor's mailing address**
10201 CENTURION PARKWAY NORTH
JACKSONVILLE, FL 32256

**Describe the lien**
UCC Lien Number: 201705035527573

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**  Undetermined

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ ___ 0.00
+ undetermined amounts

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
| | Name | | |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no other need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| APPLE INC.<br>1111 OLD EAGLE SCHOOL RD<br>WAYNE, PA 19087 | Line 1 | |

| Fill in this information to identify the case: |
| --- |

Debtor _____The Roman Catholic Diocese of Rockville Centre, New York_____

United States Bankruptcy Court for the: __Southern_____ District of __New York__

Case number __20-12345 (SCC)_____
(If known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1** **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:   $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.2** **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:   $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3** **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:   $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* 20-12345 (SCC) |
|---|---|---|
| | Name | |

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1**

**Nonpriority creditor's name and mailing address**
A.S.
ATTN: JEFF HERMAN
C/O: HERMAN LAW
434 W. 33RD STREET, PENTHOUSE
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900153/2020

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2**

**Nonpriority creditor's name and mailing address**
AGC MEDIA & CORPORATE COMMUNICATIONS, INC.
18 KENNETH AVENUE
BELLMORE, NY 11710

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ _____ 208.05

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3**

**Nonpriority creditor's name and mailing address**
AGING AT HOME, LTD
142 MINEOLA BOULEVARD
MINEOLA, NY 11501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ _____ 760.00

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.4**

**Nonpriority creditor's name and mailing address**
ALEXSANDRA DABROWSKI

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ _____ 150.00

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.5**

**Nonpriority creditor's name and mailing address**
ANONYMOUS KBR
ATTN: PATRICK NOAKER
C/O: PATRICK NOAKER, NOAKER LAW FIRM, LLC
1600 UTICA AVENUE S, 9TH FLOOR
ST. LOUIS PARK, MN 55416

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900013/2020

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.6**

**Nonpriority creditor's name and mailing address**
ANONYMOUS KMG
ATTN: STEPHAN H. PESKIN
C/O: TOLMAGE, PESKIN, HARRIS, & FALICK
20 VESEY ST., SUITE 700
NEW YORK, NY 10007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900014/2020

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7**   **Nonpriority creditor's name and mailing address**                                                          $ Undetermined

ANONYMOUS MS
ATTN: STEPHAN H. PESKIN
C/O: TOLMAGE, PESKIN, HARRIS, & FALICK
20 VESEY ST., SUITE 700
NEW YORK, NY 10007

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900011/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.8**   **Nonpriority creditor's name and mailing address**                                                          $ Undetermined

ANONYMOUS PK
ATTN: STEPHAN H. PESKIN
C/O: TOLMAGE, PESKIN, HARRIS, & FALICK
20 VESEY ST., SUITE 700
NEW YORK, NY 10007

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900015/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.9**   **Nonpriority creditor's name and mailing address**                                                          $ Undetermined

ANONYMOUS RP
ATTN: STEPHAN H. PESKIN
C/O: TOLMAGE, PESKIN, HARRIS, & FALICK
20 VESEY ST., SUITE 700
NEW YORK, NY 10007

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900012/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.10**   **Nonpriority creditor's name and mailing address**                                                          $ Undetermined

ANONYMOUS SMR
ATTN: PATRICK NOAKER
C/O: PATRICK NOAKER, NOAKER LAW FIRM, LLC
1600 UTICA AVENUE S, 9TH FLOOR
ST. LOUIS PARK, MN 55416

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900165/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.11**   **Nonpriority creditor's name and mailing address**                                                          $ Undetermined

ANONYMOUS
ATTN: ERIC K. SCHWARZ
C/O: SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO P.C.
120 BROADWAY 18TH FLOOR
NEW YORK, NY 10271

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** CVA - (900058/2019) 900017/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    The Roman Catholic Diocese of Rockville Centre, New York
_____
Name

Case number *(if known)*   20-12345 (SCC)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.12**

**Nonpriority creditor's name and mailing address**                                        $ Underdetermined

ARK11 DOE
ATTN: JEFFREY R. ANDERSON, J. MICHAEL RECK, PATRICK
STONEKING, NAHID A. SHAIKH, TRUSHA GOFFE
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900013/2019

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.13**

**Nonpriority creditor's name and mailing address**                                        $ Underdetermined

ARK15 DOE
ATTN: JEFFREY R. ANDERSON, J. MICHAEL RECK, PATRICK
STONEKING, NAHID A. SHAIKH, TRUSHA GOFFE
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900014/2019

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.14**

**Nonpriority creditor's name and mailing address**                                        $ Underdetermined

ARK16 DOE
ATTN: JEFFREY R. ANDERSON, J. MICHAEL RECK, PATRICK
STONEKING, NAHID A. SHAIKH, TRUSHA GOFFE
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900028/2019

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.15**

**Nonpriority creditor's name and mailing address**                                        $ Underdetermined

ARK18 DOE
ATTN: JEFFREY R. ANDERSON, J. MICHAEL RECK, PATRICK
STONEKING, NAHID A. SHAIKH, TRUSHA GOFFE
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** CVA - 900016/2019

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.16**

**Nonpriority creditor's name and mailing address**                                        $ Underdetermined

ARK21 DOE
ATTN: JEFFREY R. ANDERSON, J. MICHAEL RECK, PATRICK
STONEKING, NAHID A. SHAIKH, TRUSHA GOFFE
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900017/2019

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    The Roman Catholic Diocese of Rockville Centre, New York
Name                                                        Case number *(if known)*    20-12345 (SCC)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

ARK220 DOE
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK
STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900051/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.18**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

ARK221 DOE
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK
STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900053/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.19**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

ARK222 DOE
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK
STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900054/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.20**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

ARK223 DOE
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK
STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900056/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.21**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

ARK224 DOE
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK
STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900059/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    The Roman Catholic Diocese of Rockville Centre, New York
_____
Name

Case number *(if known)*   20-12345 (SCC)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.22** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ARK225 DOE
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900060/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.23** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ARK226 DOE
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900063/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.24** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ARK227 DOE
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900065/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.25** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ARK228 DOE
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** CVA - 900066/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.26** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ARK229 DOE
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900068/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    The Roman Catholic Diocese of Rockville Centre, New York
          Name

Case number (if known)    20-12345 (SCC)

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.27**    Nonpriority creditor's name and mailing address                              $ Undetermined

ARK230 DOE
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: CVA - 900070/2020

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.28**    Nonpriority creditor's name and mailing address                              $ Undetermined

ARK231 DOE
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: CVA - 900072/2020

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.29**    Nonpriority creditor's name and mailing address                              $ Undetermined

ARK232 DOE
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: CVA - 900074/2020

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.30**    Nonpriority creditor's name and mailing address                              $ Undetermined

ARK233 DOE
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: CVA - 900050/2020

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.31**    Nonpriority creditor's name and mailing address                              $ Undetermined

ARK234 DOE
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: CVA - 900052/2020

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.32** **Nonpriority creditor's name and mailing address**                                         $ Undetermined

ARK235 DOE
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900055/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.33** **Nonpriority creditor's name and mailing address**                                         $ Undetermined

ARK236 DOE
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900057/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.34** **Nonpriority creditor's name and mailing address**                                         $ Undetermined

ARK237 DOE
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900058/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.35** **Nonpriority creditor's name and mailing address**                                         $ Undetermined

ARK238 DOE
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900061/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.36** **Nonpriority creditor's name and mailing address**                                         $ Undetermined

ARK239 DOE
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900062/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor      The Roman Catholic Diocese of Rockville Centre, New York
            _____
            Name                                                    Case number (if known)   20-12345 (SCC)
                                                                                              _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| **Amount of claim** |

---

| 3.37 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

ARK240 DOE
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK
STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900064/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

ARK241 DOE
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK
STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900067/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

ARK242 DOE
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK
STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900069/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

ARK243 DOE
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK
STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900071/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

ARK244 DOE
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK
STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900073/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.42 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

ARK245 DOE
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK
STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900075/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

ARK27 DOE
ATTN: JEFFREY R. ANDERSON, J. MICHAEL RECK, PATRICK
STONEKING, NAHID A. SHAIKH, TRUSHA GOFFE
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900019/2019

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

ARK3 DOE
ATTN: JEFFREY R. ANDERSON, J. MICHAEL RECK, PATRICK
STONEKING, NAHID A. SHAIKH, TRUSHA GOFFE
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
52 DUANE STREET, 7TH FLOOR
NEW YORK, NY 10007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900010/2019

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

ARK30 DOE
ATTN: JEFFREY R. ANDERSON, J. MICHAEL RECK, PATRICK
STONEKING, NAHID A. SHAIKH, TRUSHA GOFFE
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900020/2019

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

ARK319 DOE
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK
STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900128/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.47** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ARK320 DOE
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900132/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ARK321 DOE
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900133/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ARK322 DOE
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900134/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ARK323 DOE
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900135/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ARK324 DOE
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900136/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number (if known) | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.52** | Nonpriority creditor's name and mailing address | $ <u>Undetermined</u>

ARK325 DOE
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900130/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | $ <u>Undetermined</u>

ARK326 DOE
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900129/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | $ <u>Undetermined</u>

ARK33 DOE
ATTN: JEFFREY R. ANDERSON, J. MICHAEL RECK, PATRICK STONEKING, NAHID A. SHAIKH, TRUSHA GOFFE
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900021/2019

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | $ <u>Undetermined</u>

ARK337 DOE
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900118/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | $ <u>Undetermined</u>

ARK338 DOE
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900127/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

**3.57** | Nonpriority creditor's name and mailing address | $ Undetermined

ARK339 DOE
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900115/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | $ Undetermined

ARK341 DOE
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900112/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | $ Undetermined

ARK342 DOE
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900109/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | $ Undetermined

ARK356 DOE
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, NAHID A. SHAIKAH
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** CVA - 513632/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | $ Undetermined

ARK359 DOE
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900107/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    The Roman Catholic Diocese of Rockville Centre, New York          Case number *(if known)* 20-12345 (SCC)
Name

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | Amount of claim
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.62 | **Nonpriority creditor's name and mailing address** | | $ <u>Undetermined</u> |

ARK36 DOE
ATTN: JEFFREY R. ANDERSON, J. MICHAEL RECK, PATRICK
STONEKING, NAHID A. SHAIKH
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900022/2019

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.63 | **Nonpriority creditor's name and mailing address** | | $ <u>Undetermined</u> |

ARK360 DOE
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK
STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900138/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.64 | **Nonpriority creditor's name and mailing address** | | $ <u>Undetermined</u> |

ARK362 DOE
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK
STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900139/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.65 | **Nonpriority creditor's name and mailing address** | | $ <u>Undetermined</u> |

ARK363 DOE
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK
STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900113/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.66 | **Nonpriority creditor's name and mailing address** | | $ <u>Undetermined</u> |

ARK364 DOE
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK
STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900126/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    The Roman Catholic Diocese of Rockville Centre, New York
_____
Name

Case number (if known)    20-12345 (SCC)

---

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.67** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ARK366 DOE
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900111/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ARK40 DOE
ATTN: JEFFREY R. ANDERSON, J. MICHAEL RECK, PATRICK STONEKING, NAHID A. SHAIKH
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900027/2019

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ARK46 DOE
ATTN: JEFFREY R. ANDERSON, J. MICHAEL RECK, PATRICK STONEKING, NAHID A. SHAIKH
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900025/2019

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ARK49 DOE
ATTN: JEFFREY R. ANDERSON, J. MICHAEL RECK, PATRICK STONEKING, NAHID A. SHAIKH, TRUSHA GOFFE
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** CVA - 900024/2019

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ARK6 DOE
ATTN: JEFFREY R. ANDERSON, J. MICHAEL RECK, PATRICK STONEKING, NAHID A. SHAIKH, TRUSHA GOFFE
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900011/2019

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

**3.72** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ARPINO, LEONA
C/O: MEYERS FRIED-GRODIN LLP
ATTN: JONATHAN MEYERS, ESQ.
14 PENN PLAZA
225 WEST 34TH STREET, 9TH FLOOR
NEW YORK, NY 10122

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Demand Letter

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ASSUMPTION OF THE BLESSED VIRGIN MARY
20 CHESTNUT ST.
CENTEREACH, NY 11720

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC09027

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | $900.00

AUGUSTINE INSTITUTE, INC
6160 SYRACUSE WAY, STE310
GREENWOOD VILLAGE, CO 80111

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | $ Undetermined

B.G.
ATTN: JEFF HERMAN
C/O: HERMAN LAW
434 W. 33RD STREET, PENTHOUSE
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900105/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.76** | **Nonpriority creditor's name and mailing address** | $ Undetermined

B.R.
ATTN: JEFF HERMAN, DANIEL ELLIS, STUART S. MERMELSTEIN,
JASON S. SANDLER
C/O: HERMAN LAW
434 W. 33RD STREET, PENTHOUSE
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 512125/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number (if known) 20-12345 (SCC) |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.77**    **Nonpriority creditor's name and mailing address**    $ Undetermined

C.C.
ATTN: JEFF HERMAN
C/O: HERMAN LAW
434 W. 33RD STREET, PENTHOUSE
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900152/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.78**    **Nonpriority creditor's name and mailing address**    $ Undetermined

CANONS REGULAR OF ST. AUGUSTINE INC.
235 GLEN ST
GLEN COVE, NY 11542

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC12081

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.79**    **Nonpriority creditor's name and mailing address**    $ Undetermined

CASTLEPOINT INS. COMPANY
C/O: MARSCHAUSEN & FITZPATRICK
73 HEITZ PLACE
HICKSVILLE, NY 11801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC07143-01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.80**    **Nonpriority creditor's name and mailing address**    $ Undetermined

CATHOLIC CHARITIES- AQUEBOGUE
4 HILTON CT
AQUEBOGUE, NY 11931

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11879

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.81**    **Nonpriority creditor's name and mailing address**    $ Undetermined

CATHOLIC CHARITIES- BETHPAGE
90 CHERRY LANE
HICKSVILLE, NY 11801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC09500

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.82** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

CATHOLIC CHARITIES- BOHEMIA
30-C CARLOUGH RD
BOHEMIA, NY 11716

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11022

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.83** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

CATHOLIC CHARITIES- COMMACK
155 INDIAN HEAD RD
COMMACK, NY 11725

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC09936

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.84** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

CATHOLIC CHARITIES- COPIAGUE
258 DEAUVILLE BLVD
COPIAGUE, NY 11726

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11885

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.85** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

CATHOLIC CHARITIES- COPIAGUE
258 DEAUVILLE BLVD
COPIAGUE, NY 11726

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11885-01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.86** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

CATHOLIC CHARITIES- ELMONT
1504 DEPAUL ST
ELMONT, NY 11003

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC10659

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    The Roman Catholic Diocese of Rockville Centre, New York    Case number *(if known)* 20-12345 (SCC)
Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.87** | **Nonpriority creditor's name and mailing address** | $ Undetermined

CATHOLIC CHARITIES- W. BABYLON
622 ALBIN AVE
WEST BABYLON, NY 11704

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC09574

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | $ Undetermined

CATHOLIC CHARITIES-ELMONT
1504 DEPAUL ST
ELMONT, NY 11003

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC12098

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | $250.00

CATHOLIC CHARITIES
90 CHERRY LANE
HICKSVILLE, NY 11801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Stopped Check

**Date or dates debt was incurred** 01/09/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | $70.00

CHRISTINA URENA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | $23.45

CIOX HEALTH
P.O. BOX 409875
ATLANTA, GA 30384-9875

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stopped Check

**Date or dates debt was incurred** 09/14/2020

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* 20-12345 (SCC) |
|---|---|---|
| | Name | |

**Part 2:   Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.92**

**Nonpriority creditor's name and mailing address**                                      $2,515.00

CITIMEDICAL I LLC
PO BOX 825323
PHILADELPHIA, PA 19182

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stopped Check

**Date or dates debt was incurred** 09/18/2020

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.93**

**Nonpriority creditor's name and mailing address**                                      $ Undetermined

CORPUS CHRISTI CHURCH
155 GARFIELD AVE
MINEOLA, NY 11501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11299

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.94**

**Nonpriority creditor's name and mailing address**                                      $2,041.60

CROCE'S BODY SHOP
398 EAST MAIN ST
EAST MORICHES, NY 11940

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stopped Check

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.95**

**Nonpriority creditor's name and mailing address**                                      $ Undetermined

CURE OF ARS CHURCH
2323 MERRICK AVE
MERRICK, NY 11566

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11319

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.96**

**Nonpriority creditor's name and mailing address**                                      $ Undetermined

CURE OF ARS CHURCH
2323 MERRICK AVE
MERRICK, NY 11566

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11319-01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor ___The Roman Catholic Diocese of Rockville Centre, New York___    Case number *(if known)* ___20-12345 (SCC)___
       Name

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.97** | **Nonpriority creditor's name and mailing address** | $250.00

DANIEL OPOKU MENSAH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred** 05/10/2017

**Basis for the claim:** Stopped Check

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | $338.00

DIGITAL GRAPHIC IMAGERY CORP
400 POST AVENUE, SUITE 105
WESTBURY, NY 11590

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** Various

**Basis for the claim:** Trade Payable

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address** | $38.00

DONNA CREAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** Various

**Basis for the claim:** Trade Payable

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | $80.00

EILEEN LOZOWSKI

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** Various

**Basis for the claim:** Trade Payable

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ELLISON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** Undetermined

**Basis for the claim:** Insurance - Claim Number: DRC11535

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    The Roman Catholic Diocese of Rockville Centre, New York      Case number (if known) 20-12345 (SCC)
Name

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     **Amount of claim**

---

**3.102**   **Nonpriority creditor's name and mailing address**        $ Undetermined

F.C.
ATTN: JAMES R. MARSH, JENNIFER FREEMAN, ROBERT LEWIS
C/O: MARSH LAW FIRM PLLC
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900125/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.103**   **Nonpriority creditor's name and mailing address**        $300.00

FACULTY STUDENT ASSOCIATION
STONY BROOK UNIVERSITY

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.104**   **Nonpriority creditor's name and mailing address**        $441.47

FEDERAL EXPRESS CORP
P O BOX 371461
PITTSBURGH, PA 15250-7461

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.105**   **Nonpriority creditor's name and mailing address**        $2,427.00

FELLOWSHIP OF CATHOLIC UNIVERSITY STUDENTS
603 PARK POINT DRIVE, STE 200
GENESEE, CO 80401

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.106**   **Nonpriority creditor's name and mailing address**        $1,179.35

FINAL TOUCH AUTO COLLISION
3586 MERRICK RD
SEAFORD, NY 11783

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Stopped Check

**Date or dates debt was incurred** 06/06/2018

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.107**  **Nonpriority creditor's name and mailing address**                                                   $2,520.00

FRANCISCAN UNIVERSITY OF STEUBANVILLE
ATTN: ENROLLMENT SERVICES
1235 UNIVERSITY BOULEVARD
STEUBANVILLE, OH 43952-1792

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.108**  **Nonpriority creditor's name and mailing address**                                                   $ Undetermined

G.C.
ATTN: JEFF HERMAN, STUART S. MERMELSTEIN
C/O: HERMAN LAW
434 W. 33RD STREET, PENTHOUSE
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900035/2019

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.109**  **Nonpriority creditor's name and mailing address**                                                   $294.30

GOOD SAMARITAN HOSPITAL MEDICAL CENTER
PO BOX 5913
NEW YORK, NY 10087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Stopped Check

**Date or dates debt was incurred** 08/21/2017

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.110**  **Nonpriority creditor's name and mailing address**                                                   $10.00

HEALTH SYSTNORTHWELL EM-GLEN COVE HOSPITAL
101 ST. ANDREWS LANE
GLEN COVE, NY 11542

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Stopped Check

**Date or dates debt was incurred** 03/30/2017

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.111**  **Nonpriority creditor's name and mailing address**                                                   $7.29

HEALTHPORT
P.O. BOX 409740
ATLANTA, GA30384-9740

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Stopped Check

**Date or dates debt was incurred** 09/02/2016

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.112** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

HOLY NAME OF MARY CHURCH
55 EAST JAMAICA AVE.
VALLEY STREAM, NY 11580

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11331

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.113** | **Nonpriority creditor's name and mailing address** | | $300.00

IKE NDOLO BAND, LLC
249 E AUBURN DRIVE
TEMPE, AZ 85283

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.114** | **Nonpriority creditor's name and mailing address** | | $919.96

INSURANCE AUTO AUCTIONS
66 PECONIC AVE
ATTN SETTLEMENT GROUP
MEDFORD, NY 11763-3274

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Stopped Check

**Date or dates debt was incurred** 03/22/2016

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.115** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

INSURANCE CLAIMANT 102
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC09665

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.116** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

INSURANCE CLAIMANT 103
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11684

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor      The Roman Catholic Diocese of Rockville Centre, New York                    Case number *(if known)*  20-12345 (SCC)
_____
Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.     **Amount of claim**
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.117**   **Nonpriority creditor's name and mailing address**                                                      $ Underdetermined

INSURANCE CLAIMANT 105                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                                 *Check all that apply.*

                                                ☒ Contingent
                                                ☒ Unliquidated
                                                ☒ Disputed

                                                **Basis for the claim:** Insurance - Claim Number: DRC08807

**Date or dates debt was incurred** Undetermined     **Is the claim subject to offset?**

**Last 4 digits of account number**                 ☐ No
                                                     ☐ Yes

---

**3.118**   **Nonpriority creditor's name and mailing address**                                                      $ Underdetermined

INSURANCE CLAIMANT 10                           **As of the petition filing date, the claim is:**
ADDRESS ON FILE                                 *Check all that apply.*

                                                ☒ Contingent
                                                ☒ Unliquidated
                                                ☒ Disputed

                                                **Basis for the claim:** Insurance - Claim Number: DRC11756

**Date or dates debt was incurred** Undetermined     **Is the claim subject to offset?**

**Last 4 digits of account number**                 ☐ No
                                                     ☐ Yes

---

**3.119**   **Nonpriority creditor's name and mailing address**                                                      $ Underdetermined

INSURANCE CLAIMANT 113                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                                 *Check all that apply.*

                                                ☒ Contingent
                                                ☒ Unliquidated
                                                ☒ Disputed

                                                **Basis for the claim:** Insurance - Claim Number: DRC09982

**Date or dates debt was incurred** Undetermined     **Is the claim subject to offset?**

**Last 4 digits of account number**                 ☐ No
                                                     ☐ Yes

---

**3.120**   **Nonpriority creditor's name and mailing address**                                                      $ Underdetermined

INSURANCE CLAIMANT 114                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                                 *Check all that apply.*

                                                ☒ Contingent
                                                ☒ Unliquidated
                                                ☐ Disputed

                                                **Basis for the claim:** Insurance - Claim Number: DRC11468

**Date or dates debt was incurred** Undetermined     **Is the claim subject to offset?**

**Last 4 digits of account number**                 ☐ No
                                                     ☐ Yes

---

**3.121**   **Nonpriority creditor's name and mailing address**                                                      $ Underdetermined

INSURANCE CLAIMANT 122                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                                 *Check all that apply.*

                                                ☒ Contingent
                                                ☒ Unliquidated
                                                ☒ Disputed

                                                **Basis for the claim:** Insurance - Claim Number: DRC11274

**Date or dates debt was incurred** Undetermined     **Is the claim subject to offset?**

**Last 4 digits of account number**                 ☐ No
                                                     ☐ Yes

---

Debtor    The Roman Catholic Diocese of Rockville Centre, New York
Name

Case number *(if known)*    20-12345 (SCC)

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.122 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

INSURANCE CLAIMANT 123
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11108

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

INSURANCE CLAIMANT 125
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC10006

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

INSURANCE CLAIMANT 126
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11130

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

INSURANCE CLAIMANT 129
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11959

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

INSURANCE CLAIMANT 149
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11840

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

**Part 2:   Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.127** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 151
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11804

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.128** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 155
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC08882

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.129** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 15
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11760

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.130** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 163
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11865

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.131** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 166
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC07143

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    The Roman Catholic Diocese of Rockville Centre, New York
_____
Name

Case number *(if known)*  20-12345 (SCC)

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.132 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

INSURANCE CLAIMANT 167
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC08439

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.133 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

INSURANCE CLAIMANT 16
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC08574

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.134 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

INSURANCE CLAIMANT 177
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC09621

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.135 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

INSURANCE CLAIMANT 179
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11809

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.136 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

INSURANCE CLAIMANT 186
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC10341

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* 20-12345 (SCC) |
|---|---|---|
| | Name | |

**Part 2:     Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.137**   **Nonpriority creditor's name and mailing address**                                                                                $ Underdetermined

INSURANCE CLAIMANT 187
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC12023

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.138**   **Nonpriority creditor's name and mailing address**                                                                                $ Underdetermined

INSURANCE CLAIMANT 188
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11352

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.139**   **Nonpriority creditor's name and mailing address**                                                                                $ Underdetermined

INSURANCE CLAIMANT 18
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC08815

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.140**   **Nonpriority creditor's name and mailing address**                                                                                $ Underdetermined

INSURANCE CLAIMANT 195
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC08878

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.141**   **Nonpriority creditor's name and mailing address**                                                                                $ Underdetermined

INSURANCE CLAIMANT 197
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11834

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.142** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 198
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC04675

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.143** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 19
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11826

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.144** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 201
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11786

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.145** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 208
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC10195-003

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.146** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 211
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC09032

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.147** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 215
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC09622

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.148** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 216
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11394

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.149** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 220
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC09978-02

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.150** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 222
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11174

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.151** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 224
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC09330

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.152 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

INSURANCE CLAIMANT 230
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC09995

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.153 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

INSURANCE CLAIMANT 236
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC08677

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.154 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

INSURANCE CLAIMANT 238
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC09473

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.155 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

INSURANCE CLAIMANT 246
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC09904

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.156 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

INSURANCE CLAIMANT 248
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11753-01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.157**   **Nonpriority creditor's name and mailing address**                                                      $ Undetermined

INSURANCE CLAIMANT 253
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11922

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.158**   **Nonpriority creditor's name and mailing address**                                                      $ Undetermined

INSURANCE CLAIMANT 255
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC12022

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.159**   **Nonpriority creditor's name and mailing address**                                                      $ Undetermined

INSURANCE CLAIMANT 257
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11680

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.160**   **Nonpriority creditor's name and mailing address**                                                      $ Undetermined

INSURANCE CLAIMANT 260
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC09512NF1

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.161**   **Nonpriority creditor's name and mailing address**                                                      $ Undetermined

INSURANCE CLAIMANT 262
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11392

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.162**  **Nonpriority creditor's name and mailing address**                                                    $ Undetermined

INSURANCE CLAIMANT 264
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11640

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.163**  **Nonpriority creditor's name and mailing address**                                                    $ Undetermined

INSURANCE CLAIMANT 268
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC09897

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.164**  **Nonpriority creditor's name and mailing address**                                                    $ Undetermined

INSURANCE CLAIMANT 26
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11206

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.165**  **Nonpriority creditor's name and mailing address**                                                    $ Undetermined

INSURANCE CLAIMANT 274
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11018-02

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.166**  **Nonpriority creditor's name and mailing address**                                                    $ Undetermined

INSURANCE CLAIMANT 276
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC09574-002

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.167** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

INSURANCE CLAIMANT 278
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11008

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.168** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

INSURANCE CLAIMANT 287
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC08988

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.169** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

INSURANCE CLAIMANT 288
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11571

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.170** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

INSURANCE CLAIMANT 291
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11813

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.171** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

INSURANCE CLAIMANT 292
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC08739

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

| 3.172 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

INSURANCE CLAIMANT 294
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC08031

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.173 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

INSURANCE CLAIMANT 295
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC08829

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.174 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

INSURANCE CLAIMANT 2
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC09574-001

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.175 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

INSURANCE CLAIMANT 302
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC09026

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.176 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

INSURANCE CLAIMANT 303
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11798

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.177**  | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 30
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11462

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.178**  | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 315
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC09301-03

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.179**  | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 318
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC09345

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.180**  | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 31
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC07596

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.181**  | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 319
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11744

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.182** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 324
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11886

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.183** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 32
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC07596-01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.184** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 331
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11136

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.185** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 334
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11570

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.186** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 335
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11615

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 38 of 154

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.187 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

INSURANCE CLAIMANT 33
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC07596NF

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.188 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

INSURANCE CLAIMANT 342
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11071

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.189 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

INSURANCE CLAIMANT 344
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC12046

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.190 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

INSURANCE CLAIMANT 352
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11423

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.191 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

INSURANCE CLAIMANT 353
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11803

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    The Roman Catholic Diocese of Rockville Centre, New York                Case number *(if known)*  20-12345 (SCC)
             Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.192** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 35
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC09999

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.193** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 363
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC09574-003

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.194** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 364
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11749

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.195** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 369
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC08629

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.196** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 372
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC09129

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* 20-12345 (SCC) |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.197** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 377
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11812

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.198** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 37
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11841

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.199** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 380
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11200

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.200** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 385
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC08307

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.201** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 389
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11671

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 41 of 154

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.202** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 390
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC12041

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.203** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 391
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11644

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.204** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 392
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11645

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.205** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 395
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11892

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.206** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 3
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11197

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.207** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 396
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC09375

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.208** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 404
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11886-01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.209** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 41
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC10102

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.210** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 423
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11971

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.211** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 424
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11609

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 43 of 154

Debtor    The Roman Catholic Diocese of Rockville Centre, New York                    Case number *(if known)*  20-12345 (SCC)
_____Name_____

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

**3.212** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 45
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC08668

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.213** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 46
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11603

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.214** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 491
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11857

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.215** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 49
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11621

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.216** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 51
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11046

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.217**  **Nonpriority creditor's name and mailing address**                                          $ Underdetermined

INSURANCE CLAIMANT 55
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11754

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.218**  **Nonpriority creditor's name and mailing address**                                          $ Underdetermined

INSURANCE CLAIMANT 56
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11744-01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.219**  **Nonpriority creditor's name and mailing address**                                          $ Underdetermined

INSURANCE CLAIMANT 593
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC12091

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.220**  **Nonpriority creditor's name and mailing address**                                          $ Underdetermined

INSURANCE CLAIMANT 59
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11853

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.221**  **Nonpriority creditor's name and mailing address**                                          $ Underdetermined

INSURANCE CLAIMANT 609
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC12093

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.222** **Nonpriority creditor's name and mailing address**                                                    $ Underdetermined

INSURANCE CLAIMANT 621
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11266

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.223** **Nonpriority creditor's name and mailing address**                                                    $ Underdetermined

INSURANCE CLAIMANT 629
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC12088

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.224** **Nonpriority creditor's name and mailing address**                                                    $ Underdetermined

INSURANCE CLAIMANT 652
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC12089

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.225** **Nonpriority creditor's name and mailing address**                                                    $ Underdetermined

INSURANCE CLAIMANT 65
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11532

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.226** **Nonpriority creditor's name and mailing address**                                                    $ Underdetermined

INSURANCE CLAIMANT 66
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11856

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

**Part 2:  Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.227 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

INSURANCE CLAIMANT 675
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC08034

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.228 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

INSURANCE CLAIMANT 676
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11748

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.229 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

INSURANCE CLAIMANT 678
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC12083

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.230 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

INSURANCE CLAIMANT 68
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC10950

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.231 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

INSURANCE CLAIMANT 6
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC08375

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.232** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 696
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC08321

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.233** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 70
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11616

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.234** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 722
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11700

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.235** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 727
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC12086

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.236** | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 73
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC09933-01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    The Roman Catholic Diocese of Rockville Centre, New York
_____
Name

Case number _(if known)_ _20-12345 (SCC)_
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.237 | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 746
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11521

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.238 | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 765
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC10010

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.239 | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 778
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11747

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.240 | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 77
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC08576

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.241 | **Nonpriority creditor's name and mailing address** | $ Undetermined

INSURANCE CLAIMANT 78
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC09430

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number (if known) | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.242**  **Nonpriority creditor's name and mailing address**                                          $ Underdetermined

INSURANCE CLAIMANT 79
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC09917

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.243**  **Nonpriority creditor's name and mailing address**                                          $ Underdetermined

INSURANCE CLAIMANT 799
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11758

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.244**  **Nonpriority creditor's name and mailing address**                                          $ Underdetermined

INSURANCE CLAIMANT 811
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: 059270GB01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.245**  **Nonpriority creditor's name and mailing address**                                          $ Underdetermined

INSURANCE CLAIMANT 82
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11098

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.246**  **Nonpriority creditor's name and mailing address**                                          $ Underdetermined

INSURANCE CLAIMANT 83
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC10018

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.247**   **Nonpriority creditor's name and mailing address**                                                   $ Undetermined

INSURANCE CLAIMANT 88
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC10195-01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.248**   **Nonpriority creditor's name and mailing address**                                                   $ Undetermined

INSURANCE CLAIMANT 89
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC10195-2

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.249**   **Nonpriority creditor's name and mailing address**                                                   $ Undetermined

INSURANCE CLAIMANT 90
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11668

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.250**   **Nonpriority creditor's name and mailing address**                                                   $ Undetermined

INSURANCE CLAIMANT 94
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11275-01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.251**   **Nonpriority creditor's name and mailing address**                                                   $ Undetermined

INSURANCE CLAIMANT 9
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC08451

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor      The Roman Catholic Diocese of Rockville Centre, New York          Case number *(if known)*  20-12345 (SCC)
            Name

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.252 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
| --- | --- | --- |

INSURANCE CLAIMANT 99
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC08316

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.253 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
| --- | --- | --- |

J.C.
ATTN: JAMES R. MARSH, JENNIFER FREEMAN, ROBERT LEWIS
C/O: MARSH LAW FIRM PLLC
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900124/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.254 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
| --- | --- | --- |

J.P.
ATTN: JEFF HERMAN, DANIEL ELLIS, STUART S. MERMELSTEIN, JASON S. SANDLER
C/O: HERMAN LAW
434 W. 33RD STREET, PENTHOUSE
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900022/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.255 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
| --- | --- | --- |

J.R.S.
ATTN: DANIEL J. WOODARD, YITZCHAK FOGEL, MICHAEL DERUVE
C/O: PHILLIPS & PAOLICELLI, LLP
747 THIRD AVENUE, 6TH FLOOR
NEW YORK, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** CVA - 524748/2019

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.256 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
| --- | --- | --- |

JJSB DOE
ATTN: ANDREW S. JANET
C/O: JANET, JANET & SUGGS LLC
4 RESERVOIR CIRCLE, SUITE 200
BALTIMORE, MD 21208

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900046/2019

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor  The Roman Catholic Diocese of Rockville Centre, New York
     Name

Case number *(if known)*  20-12345 (SCC)

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| **3.257** | **Nonpriority creditor's name and mailing address** | $150.00 |

JOANNE CHIRICO

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | |
|---|---|---|
| **3.258** | **Nonpriority creditor's name and mailing address** | $ Undetermined |

JOHN DOE
ATTN: JORDAN K. MERSON
C/O: MERSON LAW PLLC
150 EAST 58TH STREET, 34TH FLOOR
NEW YORK, NY 10155

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900149/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | |
|---|---|---|
| **3.259** | **Nonpriority creditor's name and mailing address** | $ Undetermined |

JOHN DOE
ATTN: JORDAN K. MERSON
C/O: MERSON LAW PLLC
150 EAST 58TH STREET, 34TH FLOOR
NEW YORK, NY 10155

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900029/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | |
|---|---|---|
| **3.260** | **Nonpriority creditor's name and mailing address** | $ Undetermined |

JOHN DOE
ATTN: JORDAN K. MERSON
C/O: MERSON LAW PLLC
150 EAST 58TH STREET, 34TH FLOOR
NEW YORK, NY 10155

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 519191/2019

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | |
|---|---|---|
| **3.261** | **Nonpriority creditor's name and mailing address** | $737.38 |

JOHNSON CONTROLS FIRE PROTECTION, LP
TYCO FIRE/SECURITY MGMT I
DBA: JOHNSON CONTROLS FIRE
4700 EXCHANGE CT. STE 300
BOCA RATON, FL 33431

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    The Roman Catholic Diocese of Rockville Centre, New York
_____
Name

Case number *(if known)* 20-12345 (SCC)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.262** | **Nonpriority creditor's name and mailing address** | $ Undetermined

K.F.
ATTN: JEFF HERMAN
C/O: HERMAN LAW
434 W. 33RD STREET, PENTHOUSE
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900044/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.263** | **Nonpriority creditor's name and mailing address** | $59.80

KATHLEEN HENDERSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.264** | **Nonpriority creditor's name and mailing address** | $ Undetermined

L.M.
ATTN: RACHEL L. JACOBS
C/O: GAIR, GAIR, CONASON, RUBINOWITZ, BLOOM, HERSHENHORN, STEIGMAN & MACKAUF
80 PINE STREET, 34TH FLOOR
NEW YORK, NY 10005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 950229/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.265** | **Nonpriority creditor's name and mailing address** | $ Undetermined

L.W.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC09354

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.266** | **Nonpriority creditor's name and mailing address** | $10.50

LAURENCE D HABER, MD. PC
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Stopped Check

**Date or dates debt was incurred** 01/30/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.267**    **Nonpriority creditor's name and mailing address**      $375.00

LAWRENCE EGAN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.268**    **Nonpriority creditor's name and mailing address**      $ Undetermined

LI NEUROSURGICAL SPEC.

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11958

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.269**    **Nonpriority creditor's name and mailing address**      $80.00

LISA VANDERBURG

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.270**    **Nonpriority creditor's name and mailing address**      $1,260.85

LITURGICAL PRESS
ST JOHN'S ABBEY
P O BOX 7500
COLLEGEVILLE, MN 56321-7500

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.271**    **Nonpriority creditor's name and mailing address**      $54.60

LOGMEIN USA, INC.
PO BOX 50264
LOS ANGELES, CA 90074-0264

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.272** Nonpriority creditor's name and mailing address

$ Underdetermined

M.C.
ATTN: JEFF HERMAN, STUART S. MERMELSTEIN
C/O: HERMAN LAW
434 W. 33RD STREET, PENTHOUSE
NEW YORK, NY 10001

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: CVA - 900041/2019

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.273** Nonpriority creditor's name and mailing address

$ Underdetermined

M.M.
ATTN: JEFF HERMAN
C/O: HERMAN LAW
434 W. 33RD STREET, PENTHOUSE
NEW YORK, NY 10001

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: CVA - 900006/2020

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.274** Nonpriority creditor's name and mailing address

$812.72

MAGNIFICAT BCR
DISTRIBUTION CENTER
1331 RED CEDAR CIRCLE
FORT COLLINS, CO 80524

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred Various

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.275** Nonpriority creditor's name and mailing address

$70.00

MARCIA GOMEZ

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred Various

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.276** Nonpriority creditor's name and mailing address

$70.00

MARIA SONFIST

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred Various

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| | **Amount of claim** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.277** | **Nonpriority creditor's name and mailing address** | | $1,444.63

MASSAPEQUA AUTOBODY
36 BROOKLYN AVE
MASSAPEQUA, NY 11758

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stopped Check

**Date or dates debt was incurred** 08/28/2020

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.278** | **Nonpriority creditor's name and mailing address** | | $742.55

MEDIA ORIGIN INC
PO BOX 10051
MELVILLE, NY 11747

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.279** | **Nonpriority creditor's name and mailing address** | | $40.00

MELISSA GARCIA PEREZ

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.280** | **Nonpriority creditor's name and mailing address** | | $80.00

MICHELLE MASSEUS-PATTERSON

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.281** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

MIDTOWN GREEN CONSTRUCTION
100 ATLANTIC AVE
GARDEN CITY, NY 11040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11764-01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor      The Roman Catholic Diocese of Rockville Centre, New York                    Case number *(if known)*  20-12345 (SCC)
Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.282**  **Nonpriority creditor's name and mailing address**                                                           $950.00

MINUTEMAN PRESS OF ROCKVILLE CENTRE
GRAPHIC FABRICATIONS, INC
DBA: MINUTEMAN PRESS OF RVC
488 SUNRISE HIGHWAY
ROCKVILLE CENTRE, NY 11570

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.283**  **Nonpriority creditor's name and mailing address**                                                           $2,353.00

MULHOLLAND MINION DUFFY DAVEY ETAL
374 HILLSIDE AVE
WILLISTON PARK, NY 11596

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stopped Check

**Date or dates debt was incurred** 03/18/2020

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.284**  **Nonpriority creditor's name and mailing address**                                                           $3,217.50

MULHOLLAND MINION DUFFY DAVEY ETAL
374 HILLSIDE AVE
WILLISTON PARK, NY 11596

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stopped Check

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.285**  **Nonpriority creditor's name and mailing address**                                                           $2,475.00

MULHOLLAND,MINION,DUFFY,DAVEY
MCNIFF & BEYRER P.C.
374 HILLSIDE AVE
WILLISTON PARK, NY 11596

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stopped Check

**Date or dates debt was incurred** 09/17/2020

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.286**  **Nonpriority creditor's name and mailing address**                                                           $605.00

NALCO WATER
NALCO U.S. 2 INC
DBA: NALCO WATER
1601 WEST DIEHL ROAD
NAPERVILLE, IL 60563

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 58 of 154

Debtor   The Roman Catholic Diocese of Rockville Centre, New York
_____
Name

Case number (if known) _20-12345 (SCC)_

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.287** | **Nonpriority creditor's name and mailing address** | $30.00

NATALIA ROMERO

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.288** | **Nonpriority creditor's name and mailing address** | $23.84

NATIONAL GRID
PO BOX 11791
NEWARK, NJ 07101-9991

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.289** | **Nonpriority creditor's name and mailing address** | $162.81

NATIONAL GRID
PO BOX 11791
NEWARK, NJ 07101-9991

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.290** | **Nonpriority creditor's name and mailing address** | $403.65

NATIONAL REGISTER PUBLISHING-DIRECT
PO BOX 743140
ATLANTA, GA 30374-3140

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.291** | **Nonpriority creditor's name and mailing address** | $495.00

NCDVD
440 WEST NECK ROAD
HUNTINGTON, NY 11743

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.292** | **Nonpriority creditor's name and mailing address** | | $158.00

NETWORK SOLUTIONS & TRAINING, INC
DBA: NST. INC
81 LARKFIELD ROAD
EAST NORTHPORT, NY 11731

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.293** | **Nonpriority creditor's name and mailing address** | | $485.39

NEW SECURITY COLLISION
315 RALPH AVE
COPIAGUE, NY 11726

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Stopped Check

**Date or dates debt was incurred** 09/06/2019

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.294** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

NOCERINO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11799

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.295** | **Nonpriority creditor's name and mailing address** | | $39.99

NOLAN REYNOLDS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.296** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

NOTRE DAME SCHOOL
25 MAYFAIR RD.
NEW HYDE PARK, NY 11040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC09504

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.297** | **Nonpriority creditor's name and mailing address** | $5.00

NY STATE DMV
TITILE BUREAU
6 EMPIRE STATE PLAZA
ALBANY, NY 12228

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stopped Check

**Date or dates debt was incurred** 07/31/2020

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.298** | **Nonpriority creditor's name and mailing address** | $5.00

NY STATE DMV
TITILE BUREAU
6 EMPIRE STATE PLAZA
ALBANY, NY 12228

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stopped Check

**Date or dates debt was incurred** 08/05/2020

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.299** | **Nonpriority creditor's name and mailing address** | $5.00

NY STATE DMV
TITILE BUREAU
6 EMPIRE STATE PLAZA
ALBANY, NY 12228

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Stopped Check

**Date or dates debt was incurred** 05/15/2019

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.300** | **Nonpriority creditor's name and mailing address** | $433.20

OPTIMUM
P.O. BOX 742698
CINCINNATI, OH 45274-2698

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.301** | **Nonpriority creditor's name and mailing address** | $37.31

OPTIMUM
PO BOX 742698
CINCINNATI, OH 45274-2698

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| Debtor | The Roman Catholic Diocese of Rockville Centre, New York |
| | Name |

Case number (*if known*) 20-12345 (SCC)

---

**Part 2:**  **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.302**  **Nonpriority creditor's name and mailing address**                                                                $222.65

OPTIMUM
P.O. BOX 742698
CINCINNATI, OH 45274-2698

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.303**  **Nonpriority creditor's name and mailing address**                                                         $ Undetermined

OUR HOLY REDEEMER  CHURCH
37 OCEAN AVE
FREEPORT, NY 11520

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC12037

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.304**  **Nonpriority creditor's name and mailing address**                                                         $ Undetermined

OUR HOLY REDEEMER RC CHURCH
37 SOUTH OCEAN AVE
FREEPORT, NY 11520

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11846

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.305**  **Nonpriority creditor's name and mailing address**                                                         $ Undetermined

OUR HOLY REDEEMER RC CHURCH
37 SOUTH OCEAN AVE
FREEPORT, NY 11520

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC12055

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.306**  **Nonpriority creditor's name and mailing address**                                                         $ Undetermined

OUR LADY OF FATIMA CHURCH
6 COTTONWOOD RD.
PORT WASHINGTON, NY 11050

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC12056

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.307**   **Nonpriority creditor's name and mailing address**                                    $ Undetermined

OUR LADY OF HOPE CHURCH
52 BOYD DR
WESTBURY, NY 11514

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC12026

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.308**   **Nonpriority creditor's name and mailing address**                                    $ Undetermined

OUR LADY OF LOURDES CHURCH- WEST ISLIP
455 HUNTER AVE
WEST ISLIP, NY 11795

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11246

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.309**   **Nonpriority creditor's name and mailing address**                                    $ Undetermined

OUR LADY OF PEACE SCHOOL/CHURCH
21/25 FOWLER AVE.
LYNBROOK, NY 11563

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC12019

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.310**   **Nonpriority creditor's name and mailing address**                                    $510.00

OUR LADY OF PERPETUAL HELP
210 S. WELLWOOD AVENUE
LINDENHURST, NY 11757

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.311**   **Nonpriority creditor's name and mailing address**                                    $ Undetermined

OUR LADY OF PERPETUAL HELP
210 S. WELLWOOD AVE.
LINDENHURST, NY 11757

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC12024

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.312** | **Nonpriority creditor's name and mailing address** | $ Undetermined

OUR LADY OF THE ASSUMPTION CHURCH
1 MOLLOY ST
COPIAGE, NY 11726

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11862

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.313** | **Nonpriority creditor's name and mailing address** | $ Undetermined

OUR LADY OF THE ASSUMPTION CHURCH
1 MOLLY ST
COPIAGE, NY 11726

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11862-01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.314** | **Nonpriority creditor's name and mailing address** | $ Undetermined

OUR LADY OF THE HAMPTONS REGIONAL CATHOLIC SCHOOL
160 N MAIN ST
SOUTHAMPTON, NY 11968

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11539

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.315** | **Nonpriority creditor's name and mailing address** | $ Undetermined

OUR LADY OF THE HAMPTONS REGIONAL SCHOOL
160 N. MAIN ST
SOUTHAMPTON, NY 11968

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11180

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.316** | **Nonpriority creditor's name and mailing address** | $ Undetermined

OUR LADY QUEEN OF MARTYRS CHURCH
53 PROSPECT RD
CENTERPORT, NY 11721

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC12064

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor     The Roman Catholic Diocese of Rockville Centre, New York          Case number *(if known)*  20-12345 (SCC)
           Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. **Amount of claim**
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.317** | **Nonpriority creditor's name and mailing address** | $ Undetermined

P.F.
ATTN: JEFF HERMAN
C/O: HERMAN LAW
434 W. 33RD STREET, PENTHOUSE
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 526614/2019

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.318** | **Nonpriority creditor's name and mailing address** | $ Undetermined

PC-12 DOE
ATTN: DIANE PAOLICELLI, MICHAEL DERUVE
C/O: PHILLIPS & PAOLICELLI, LLP
747 THIRD AVENUE, 6TH FLOOR
NEW YORK, NY 10027

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 512833/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.319** | **Nonpriority creditor's name and mailing address** | $ Undetermined

PC-20 DOE
ATTN: DIANE PAOLICELLI, MICHAEL DERUVE
C/O: PHILLIPS & PAOLICELLI, LLP
747 THIRD AVENUE, 6TH FLOOR
NEW YORK, NY 10027

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900110/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.320** | **Nonpriority creditor's name and mailing address** | $ Undetermined

PC-9 DOE
ATTN: DIANE PAOLICELLI, MICHAEL DERUVE
C/O: PHILLIPS & PAOLICELLI, LLP
747 THIRD AVENUE, 6TH FLOOR
NEW YORK, NY 10027

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900081/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.321** | **Nonpriority creditor's name and mailing address** | $ Undetermined

PLAINTIFF 2020-1999347
ATTN: MICHAEL G. DOWD, GERARD J. SWEENEY
C/O: MICHAEL G. DOWD
1981 MARCUS AVENUE, SUITE 200
LAKE SUCCESS, NY 11042

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900039/2019

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    The Roman Catholic Diocese of Rockville Centre, New York                    Case number (if known) 20-12345 (SCC)
          Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.           **Amount of claim**
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.322** | **Nonpriority creditor's name and mailing address**                                                    $ Underdetermined

PLAINTIFF 2020-1999349                      **As of the petition filing date, the claim is:**
C/O: MICHAEL G. DOWD                        *Check all that apply.*
1981 MARCUS AVENUE, SUITE 200
LAKE SUCCESS, NY 11042                       ☒ Contingent
                                            ☒ Unliquidated
                                            ☒ Disputed

                                            **Basis for the claim:** CVA - 900005/2019

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**
                                            ☐ No
**Last 4 digits of account number**                  ☐ Yes

---

**3.323** | **Nonpriority creditor's name and mailing address**                                                    $ Underdetermined

PLAINTIFF 2020-1999350                      **As of the petition filing date, the claim is:**
ATTN: JAMES R. MARSH, JENNIFER FREEMAN, ROBERT LEWIS   *Check all that apply.*
C/O: MARSH LAW FIRM PLLC
31 HUDSON YARDS, 11TH FLOOR                  ☒ Contingent
NEW YORK, NY 10001-2170                      ☒ Unliquidated
                                            ☒ Disputed

                                            **Basis for the claim:** CVA - 9000362020

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**
                                            ☐ No
**Last 4 digits of account number**                  ☐ Yes

---

**3.324** | **Nonpriority creditor's name and mailing address**                                                    $ Underdetermined

PLAINTIFF 2020-1999351                      **As of the petition filing date, the claim is:**
ATTN: JAMES R. MARSH, JENNIFER FREEMAN, ROBERT LEWIS   *Check all that apply.*
C/O: MARSH LAW FIRM PLLC
31 HUDSON YARDS, 11TH FLOOR                  ☒ Contingent
NEW YORK, NY 10001-2170                      ☒ Unliquidated
                                            ☒ Disputed

                                            **Basis for the claim:** CVA - 900131/2020

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**
                                            ☐ No
**Last 4 digits of account number**                  ☐ Yes

---

**3.325** | **Nonpriority creditor's name and mailing address**                                                    $ Underdetermined

PLAINTIFF 2020-1999356                      **As of the petition filing date, the claim is:**
ATTN: RALPH DESIMONE                        *Check all that apply.*
C/O: DESIMONE & ASSOCIATES, LLC
745 FIFTH AVENUE, SUITE 500                  ☒ Contingent
NEW YORK, NY 10151                          ☒ Unliquidated
                                            ☐ Disputed

                                            **Basis for the claim:** CVA - 518726/2019

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**
                                            ☐ No
**Last 4 digits of account number**                  ☐ Yes

---

**3.326** | **Nonpriority creditor's name and mailing address**                                                    $ Underdetermined

PLAINTIFF 2020-1999359                      **As of the petition filing date, the claim is:**
C/O: MICHAEL G. DOWD                        *Check all that apply.*
1981 MARCUS AVENUE, SUITE 200
LAKE SUCCESS, NY 11042                       ☒ Contingent
                                            ☒ Unliquidated
                                            ☒ Disputed

                                            **Basis for the claim:** CVA - 900094/2020

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**
                                            ☐ No
**Last 4 digits of account number**                  ☐ Yes

---

Debtor     The Roman Catholic Diocese of Rockville Centre, New York                    Case number *(if known)*  20-12345 (SCC)
           Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.327**  | **Nonpriority creditor's name and mailing address** | $ Undetermined

PLAINTIFF 2020-1999364
ATTN: ADAM SLATER
C/O: SLATER SLATER SCHULMAN LLP
488 MADISON AVENUE 20TH FLOOR
NEW YORK, NY 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 621553/2019

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.328**  | **Nonpriority creditor's name and mailing address** | $ Undetermined

PLAINTIFF 2020-1999365
ATTN: BRETT ZEKOWSKI, FRED ROSENTHAL
C/O: PARKER WAICHMAN LLP
6 HARBOR DRIVE
PORT WASHINGTON, NY 11050

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900040/2019

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.329**  | **Nonpriority creditor's name and mailing address** | $ Undetermined

PLAINTIFF 2020-1999368
ATTN: ADAM SLATER, LINC LEDER
C/O: SLATER SLATER SCHULMAN LLP
488 MADISON AVENUE 20TH FLOOR
NEW YORK, NY 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900045/2019

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.330**  | **Nonpriority creditor's name and mailing address** | $ Undetermined

PLAINTIFF 2020-1999370
ATTN: JORDAN K. MERSON
C/O: MERSON LAW PLLC
150 EAST 58TH STREET, 34TH FLOOR
NEW YORK, NY 10155

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900037/2019

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.331**  | **Nonpriority creditor's name and mailing address** | $ Undetermined

PLAINTIFF 2020-1999376
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK
STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900122/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.332**   Nonpriority creditor's name and mailing address                                    $ Undetermined

PLAINTIFF 2020-1999378
ATTN: ADAM SLATER
C/O: SLATER SLATER SCHULMAN LLP
488 MADISON AVENUE 20TH FLOOR
NEW YORK, NY 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 950642/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.333**   Nonpriority creditor's name and mailing address                                    $ Undetermined

PLAINTIFF 2020-1999379
C/O: MICHAEL G. DOWD
1981 MARCUS AVENUE, SUITE 200
LAKE SUCCESS, NY 11042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900042/2019

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.334**   Nonpriority creditor's name and mailing address                                    $ Undetermined

PLAINTIFF 2020-1999384
ATTN: MICHAEL ROSE, HILLARY NAPPI
C/O: HACH ROSE SCHIRIPPA & CHEVERIE
112 MADISON AVENUE, 10TH FLOOR
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 950167/2019

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.335**   Nonpriority creditor's name and mailing address                                    $ Undetermined

PLAINTIFF 2020-1999390
ATTN: JAMES R. MARSH, JENNIFER FREEMAN, ROBERT LEWIS
C/O: MARSH LAW FIRM PLLC
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 512319/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.336**   Nonpriority creditor's name and mailing address                                    $ Undetermined

PLAINTIFF 2020-1999391
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900121/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    The Roman Catholic Diocese of Rockville Centre, New York                    Case number *(if known)*    20-12345 (SCC)
　　　　　　Name

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.    **Amount of claim**
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.337**    **Nonpriority creditor's name and mailing address**                                                        $ Undetermined

PLAINTIFF 2020-1999394                          **As of the petition filing date, the claim is:**
ATTN: TRENT MIRACLE                             *Check all that apply.*
C/O: SIMMONS HANLY CONROY LLC
112 MADISON AVENUE                              ☒ Contingent
NEW YORK, NY 10016                              ☒ Unliquidated
                                                ☒ Disputed

                                                **Basis for the claim:** CVA - 611155/2019

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                 ☐ No
                                                    ☐ Yes

---

**3.338**    **Nonpriority creditor's name and mailing address**                                                        $ Undetermined

PLAINTIFF 2020-1999397                          **As of the petition filing date, the claim is:**
ATTN: JAMES A. MARSH, JENNIFER FREEMAN          *Check all that apply.*
C/O: MARSH LAW FIRM PLLC
151 EAST POST ROAD SUITE 102                    ☒ Contingent
WHITE PLAINS, NY 10601                          ☒ Unliquidated
                                                ☒ Disputed

                                                **Basis for the claim:** CVA - 900073/2019

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                 ☐ No
                                                    ☐ Yes

---

**3.339**    **Nonpriority creditor's name and mailing address**                                                        $ Undetermined

PLAINTIFF 2020-1999401                          **As of the petition filing date, the claim is:**
ATTN: PAUL J. HANLY, JR.                        *Check all that apply.*
C/O: SIMMONS HANLY CONROY LLC
112 MADISON AVENUE, 7TH FLOOR                   ☒ Contingent
NEW YORK, NY 10016                              ☒ Unliquidated
                                                ☒ Disputed

                                                **Basis for the claim:** CVA - 606674/2020

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                 ☐ No
                                                    ☐ Yes

---

**3.340**    **Nonpriority creditor's name and mailing address**                                                        $ Undetermined

PLAINTIFF 2020-1999406                          **As of the petition filing date, the claim is:**
ATTN: JOSEPH G. DELL, JOSHUA M. WEINSTOCK       *Check all that apply.*
C/O: DELL & DEAN PLLC
1225 FRANKLIN AVENUE SUITE 450                  ☒ Contingent
GARDEN CITY, NY 11530                           ☒ Unliquidated
                                                ☒ Disputed

                                                **Basis for the claim:** CVA - 900036/2019

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                 ☐ No
                                                    ☐ Yes

---

**3.341**    **Nonpriority creditor's name and mailing address**                                                        $ Undetermined

PLAINTIFF 2020-1999407                          **As of the petition filing date, the claim is:**
ATTN: MICHELE M. BETTI, ESQ.                    *Check all that apply.*
C/O: BETTI & ASSOCIATES
30 WALL STREET, 8TH FLOOR                       ☒ Contingent
NEW YORK, NY 10005                              ☒ Unliquidated
                                                ☒ Disputed

                                                **Basis for the claim:** CVA - 609115/2020

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                 ☐ No
                                                    ☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 69 of 154

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.342**    **Nonpriority creditor's name and mailing address**    $ Undetermined

PLAINTIFF 2020-1999413
ATTN: JEREMY HELLMAN, THOMAS GIUFFRA
C/O: RHEINGOLD GIUFFRA RUFFO & PLOTKIN LLP
551 FIFTH AVENUE 29TH FLOOR
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900042/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.343**    **Nonpriority creditor's name and mailing address**    $ Undetermined

PLAINTIFF 2020-1999416
ATTN: PAUL J. HANLY, JR., TRENT MIRACLE, ANDREA BIERSTEIN
C/O: SIMMONS HANLY CONROY LLC
112 MADISON AVENUE, 7TH FLOOR
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900050/2019

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.344**    **Nonpriority creditor's name and mailing address**    $ Undetermined

PLAINTIFF 2020-1999426
ATTN: THOMAS P. GIUFFRA, JEREMY HELLMAN, EDWARD RUFFO
C/O: RHEINGOLD GIUFFRA RUFFO & PLOTKIN LLP
551 FIFTH AVENUE 29TH FLOOR
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900008/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.345**    **Nonpriority creditor's name and mailing address**    $ Undetermined

PLAINTIFF 2020-1999429
ATTN: JAMES R. MARSH, JENNIFER FREEMAN, ROBERT LEWIS
C/O: MARSH LAW FIRM PLLC
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** CVA - 900030/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.346**    **Nonpriority creditor's name and mailing address**    $ Undetermined

PLAINTIFF 2020-1999430
ATTN: PAUL J. HANLY, JR.
C/O: SIMMONS HANLY CONROY LLC
112 MADISON AVENUE, 7TH FLOOR
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 606672/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    The Roman Catholic Diocese of Rockville Centre, New York
_____
Name

Case number (if known)   20-12345 (SCC)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.347  **Nonpriority creditor's name and mailing address**                                            $ Underdetermined

PLAINTIFF 2020-1999435
ATTN: ADAM SLATER
C/O: SLATER SLATER SCHULMAN LLP
488 MADISON AVENUE  20TH FLOOR
NEW YORK, NY 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900041/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.348  **Nonpriority creditor's name and mailing address**                                            $ Underdetermined

PLAINTIFF 2020-1999436
ATTN: PAUL J. HANLY, JR.
C/O: SIMMONS HANLY CONROY LLC
112 MADISON AVENUE, 7TH FLOOR
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 506103/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.349  **Nonpriority creditor's name and mailing address**                                            $ Underdetermined

PLAINTIFF 2020-1999442
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK
STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900078/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.350  **Nonpriority creditor's name and mailing address**                                            $ Underdetermined

PLAINTIFF 2020-1999445
ATTN: JORDAN K. MERSON
C/O: MERSON LAW PLLC
150 EAST 58TH STREET, 34TH FLOOR
NEW YORK, NY 10155

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** CVA - 900003/2019
2:19-cv-04738

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.351  **Nonpriority creditor's name and mailing address**                                            $ Underdetermined

PLAINTIFF 2020-1999449
ATTN: JAMES R. MARSH, JENNIFER FREEMAN, ROBERT LEWIS
C/O: MARSH LAW FIRM PLLC
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 607768/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    The Roman Catholic Diocese of Rockville Centre, New York    Case number *(if known)*  20-12345 (SCC)
_____
Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.352**

**Nonpriority creditor's name and mailing address**                                              $ Undetermined

PLAINTIFF 2020-1999455
ATTN: PAUL J. HANLY JR., JAYNE CONROY, TRENT MIRACLE
C/O: SIMMONS HANLY CONROY LLC
112 MADISON AVENUE, 7TH FLOOR
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900004/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.353**

**Nonpriority creditor's name and mailing address**                                              $ Undetermined

PLAINTIFF 2020-1999457
ATTN: PAUL J. HANLY, JR., TRENT MIRACLE, ANDREA BIERSTEIN
C/O: SIMMONS HANLY CONROY LLC
112 MADISON AVENUE, 7TH FLOOR
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900051/2019

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.354**

**Nonpriority creditor's name and mailing address**                                              $ Undetermined

PLAINTIFF 2020-1999460
ATTN: PAUL J. HANLY, JR., TRENT MIRACLE, ANDREA BIERSTEIN
C/O: SIMMONS HANLY CONROY LLC
112 MADISON AVENUE, 7TH FLOOR
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900052/2019

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.355**

**Nonpriority creditor's name and mailing address**                                              $ Undetermined

PLAINTIFF 2020-1999461
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900079/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.356**

**Nonpriority creditor's name and mailing address**                                              $ Undetermined

PLAINTIFF 2020-1999464
C/O: MICHAEL G. DOWD
1981 MARCUS AVENUE, SUITE 200
LAKE SUCCESS, NY 11042

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900008/2019

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    The Roman Catholic Diocese of Rockville Centre, New York
_____
Name

Case number *(if known)*    20-12345 (SCC)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.357**    Nonpriority creditor's name and mailing address    $ Undetermined

PLAINTIFF 2020-1999470
ATTN: PAUL J. HANLY, JR., JAYNE CONROY, ANDREA BIERSTEIN
C/O: SIMMONS HANLY CONROY LLC
112 MADISON AVENUE, 7TH FLOOR
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 527922/2019

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.358**    Nonpriority creditor's name and mailing address    $ Undetermined

PLAINTIFF 2020-1999483
ATTN: MATTHEW C. LOMBARDI, CRAIG KENT VERNON, PATRICK
WENDELL NOAKER, STEPHAN H. PESKIN
C/O: TOLMAGE, PESKIN, HARRIS, & FALICK
20 VESEY STREET, 7TH FL.
NEW YORK, NY 10007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900003/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.359**    Nonpriority creditor's name and mailing address    $ Undetermined

PLAINTIFF 2020-1999485
ATTN: ADAM SLATER
C/O: SLATER SLATER SCHULMAN LLP
488 MADISON AVENUE 20TH FLOOR
NEW YORK, NY 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 606396/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.360**    Nonpriority creditor's name and mailing address    $ Undetermined

PLAINTIFF 2020-1999487
ATTN: BRENDA HARKAVY, ANDREW S. JANET, NATALIE D'ANTONIO
C/O: JANET, JANET & SUGGS LLC
4 RESERVOIR CIRCLE, SUITE 200
BALTIMORE, MD 21208

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** CVA - 900086/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.361**    Nonpriority creditor's name and mailing address    $ Undetermined

PLAINTIFF 2020-1999491
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK
STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900120/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 73 of 154

Debtor    The Roman Catholic Diocese of Rockville Centre, New York
Name

Case number *(if known)*  20-12345 (SCC)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.362**  Nonpriority creditor's name and mailing address                                    $ Underetermined

PLAINTIF 2020-1999498
C/O: MICHAEL G. DOWD
1981 MARCUS AVENUE, SUITE 200
LAKE SUCCESS, NY 11042

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900048/2019

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.363**  Nonpriority creditor's name and mailing address                                    $ Underetermined

PLAINTIFF 2020-1999499
ATTN: MICHAEL LAUTERBORN
C/O: SILBERSTEIN, AWAD & MIKLOS, P.C.
600 OLD COUNTRY ROAD SUITE 505
GARDEN CITY, NY 11530

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900064/2019

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.364**  Nonpriority creditor's name and mailing address                                    $ Underetermined

PLAINTIFF 2020-1999502
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK
STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900077/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.365**  Nonpriority creditor's name and mailing address                                    $ Underetermined

PLAINTIFF 2020-1999503
ATTN: PAUL J. HANLY, JR.
C/O: SIMMONS HANLY CONROY LLC
112 MADISON AVENUE, 7TH FLOOR
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** CVA - 519862/2019

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.366**  Nonpriority creditor's name and mailing address                                    $ Underetermined

PLAINTIFF 2020-1999504
C/O: MICHAEL G. DOWD
1981 MARCUS AVENUE, SUITE 200
LAKE SUCCESS, NY 11042

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900084/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.367**   **Nonpriority creditor's name and mailing address**                                          $ Undetermined

PLAINTIFF 2020-1999505
ATTN: VARA LYONS
C/O: LEVY KONIGSBERG, LLP
800 THIRD AVENUE, 11TH FLOOR
NEW YORK, NY 11231

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900145/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.368**   **Nonpriority creditor's name and mailing address**                                          $ Undetermined

PLAINTIFF 2020-1999506
ATTN: MICHELE M. BETTI, ESQ.
C/O: BETTI & ASSOCIATES
30 WALL STREET, 8TH FLOOR
NEW YORK, NY 10005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 620497/2019

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.369**   **Nonpriority creditor's name and mailing address**                                          $ Undetermined

PLAINTIFF 2020-1999508
C/O: MICHAEL G. DOWD
1981 MARCUS AVENUE, SUITE 200
LAKE SUCCESS, NY 11042

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900004/2019

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.370**   **Nonpriority creditor's name and mailing address**                                          $ Undetermined

PLAINTIFF 2020-1999510
C/O: MICHAEL G. DOWD
1981 MARCUS AVENUE, SUITE 200
LAKE SUCCESS, NY 11042

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900046/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.371**   **Nonpriority creditor's name and mailing address**                                          $ Undetermined

PLAINTIFF 2020-1999512
ATTN: PAUL J. HANLY, JR., TRENT MIRACLE, ANDREA BIERSTEIN
C/O: SIMMONS HANLY CONROY LLC
112 MADISON AVENUE, 7TH FLOOR
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900054/2019

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor      The Roman Catholic Diocese of Rockville Centre, New York
_____
Name

Case number *(if known)*    20-12345 (SCC)
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.372** | Nonpriority creditor's name and mailing address | $ Undetermined

PLAINTIFF 2020-1999514
ATTN: PATRICK NOAKER
C/O: PATRICK NOAKER, NOAKER LAW FIRM, LLC
1600 UTICA AVENUE S, 9TH FLOOR
ST. LOUIS PARK, MN 55416

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900018/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.373** | Nonpriority creditor's name and mailing address | $ Undetermined

PLAINTIFF 2020-1999515
C/O: MICHAEL G. DOWD
1981 MARCUS AVENUE, SUITE 200
LAKE SUCCESS, NY 11042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900047/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.374** | Nonpriority creditor's name and mailing address | $ Undetermined

PLAINTIFF 2020-1999516
ATTN: PAUL J. HANLY, JR., JAYNE CONROY, ANDREA BIERSTEIN, TRENT MIRACLE
C/O: SIMMONS HANLY CONROY LLC
112 MADISON AVENUE, 7TH FLOOR
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 624824/2019

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.375** | Nonpriority creditor's name and mailing address | $ Undetermined

PLAINTIFF 2020-1999521
ATTN: ADAM SLATER, LINC LEDER
C/O: SLATER SLATER SCHULMAN LLP
488 MADISON AVENUE 20TH FLOOR
NEW YORK, NY 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 618542/2019

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.376** | Nonpriority creditor's name and mailing address | $ Undetermined

PLAINTIFF 2020-1999523
ATTN: JAMES MARSH, JENNIFER FREEMAN, ROBERT LEWIS
C/O: MARSH LAW FIRM PLLC
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900101/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.377**  **Nonpriority creditor's name and mailing address**                                                    $ Underdetermined

PLAINTIFF 2020-1999528
ATTN: JOSHUA W. SKILLMAN
C/O: THE LAW OFFICE OF JOSHUA W. SKILLMAN
111 JOHN STREET, SUITE 1050
NEW YORK, NY 10038

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 950245/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.378**  **Nonpriority creditor's name and mailing address**                                                    $ Underdetermined

PLAINTIFF 2020-1999529
ATTN: JAMES A. MARSH, JENNIFER FREEMAN
C/O: MARSH LAW FIRM PLLC
151 EAST POST ROAD SUITE 102
WHITE PLAINS, NY 10601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900068/2019

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.379**  **Nonpriority creditor's name and mailing address**                                                    $ Underdetermined

PLAINTIFF 2020-1999530
ATTN: PAUL J. HANLY JR., JAYNE CONROY, TRENT MIRACLE
C/O: SIMMONS HANLY CONROY LLC
112 MADISON AVENUE, 7TH FLOOR
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 608381/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.380**  **Nonpriority creditor's name and mailing address**                                                    $ Underdetermined

PLAINTIFF 2020-1999531
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900076/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.381**  **Nonpriority creditor's name and mailing address**                                                    $ Underdetermined

PLAINTIFF 2020-1999534
ATTN: JAMES MARSH, JENNIFER FREEMAN, ROBERT LEWIS
C/O: MARSH LAW FIRM PLLC
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900102/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    The Roman Catholic Diocese of Rockville Centre, New York
Name

Case number *(if known)*    20-12345 (SCC)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.382**  **Nonpriority creditor's name and mailing address**  $ Undetermined

PLAINTIFF 2020-1999536
ATTN: RONALD J. KIM
C/O: LAW OFFICES OF RONALD J. KIM, PC
P.O. BOX 318
SARATOGA SPRINGS, NY 12866

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 610600/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.383**  **Nonpriority creditor's name and mailing address**  $ Undetermined

PLAINTIFF 2020-1999538
ATTN: JAMES A. MARSH, JENNIFER FREEMAN
C/O: MARSH LAW FIRM PLLC
151 EAST POST ROAD SUITE 102
WHITE PLAINS, NY 10601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900070/2019

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.384**  **Nonpriority creditor's name and mailing address**  $ Undetermined

PLAINTIFF 2020-1999540
ATTN: JORDAN K. MERSON
C/O: MERSON LAW PLLC
150 EAST 58TH STREET, 34TH FLOOR
NEW YORK, NY 10155

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 513885/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.385**  **Nonpriority creditor's name and mailing address**  $ Undetermined

PLAINTIFF 2020-1999542
ATTN: JAMES MARSH, JENNIFER FREEMAN, ROBERT LEWIS
C/O: MARSH LAW FIRM PLLC
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900103/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.386**  **Nonpriority creditor's name and mailing address**  $ Undetermined

PLAINTIFF 2020-1999543
ATTN: CHRISTOPHER GERACE
C/O: RUSSO, KARL, WIDMAIER & CORDANO PLLC
400 TOWNLINE ROAD, SUITE 170
HAUPPAUGE, NY 11788

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 607467/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    The Roman Catholic Diocese of Rockville Centre, New York
_____
Name

Case number *(if known)*   20-12345 (SCC)
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.387** | **Nonpriority creditor's name and mailing address** | $ Undetermined

PLAINTIFF 2020-1999546
ATTN: ADAM SLATER, LINC LEDER
C/O: SLATER SLATER SCHULMAN LLP
488 MADISON AVENUE  20TH FLOOR
NEW YORK, NY 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 617355/2019

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.388** | **Nonpriority creditor's name and mailing address** | $ Undetermined

PLAINTIFF 2020-1999550
ATTN: JAMES A. MARSH, JENNIFER FREEMAN
C/O: MARSH LAW FIRM PLLC
151 EAST POST ROAD SUITE 102
WHITE PLAINS, NY 10601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900069/2019

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.389** | **Nonpriority creditor's name and mailing address** | $ Undetermined

PLAINTIFF 2020-1999551
ATTN: JEFFREY R. ANDERSON, J. MICHAEL RECK, PATRICK
STONEKING, NAHID A. SHAIKH, TRUSHA GOFFE
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900015/2019

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.390** | **Nonpriority creditor's name and mailing address** | $ Undetermined

PLAINTIFF 2020-1999552
ATTN: JORDAN K. MERSON
C/O: MERSON LAW PLLC
150 EAST 58TH STREET 34TH FLOOR
NEW YORK, NY 10155

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 950002/2019

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.391** | **Nonpriority creditor's name and mailing address** | $ Undetermined

PLAINTIFF 2020-1999553
ATTN: JAMES R. MARSH, JENNIFER FREEMAN, ROBERT LEWIS
C/O: MARSH LAW FIRM PLLC
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900031/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    The Roman Catholic Diocese of Rockville Centre, New York
Name

Case number *(if known)*  20-12345 (SCC)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.392** | **Nonpriority creditor's name and mailing address** | $ Undetermined

PLAINTIFF 2020-1999558
ATTN: JOSEPH G. DELL, JOSHUA M. WEINSTOCK
C/O: DELL & DEAN PLLC
1225 FRANKLIN AVENUE, SUITE 450
GARDEN CITY, NY 11530

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 615903/2019

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.393** | **Nonpriority creditor's name and mailing address** | $ Undetermined

PLAINTIFF 2020-1999559
C/O: MICHAEL G. DOWD
1981 MARCUS AVENUE, SUITE 200
LAKE SUCCESS, NY 11042

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900080/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.394** | **Nonpriority creditor's name and mailing address** | $ Undetermined

PLAINTIFF 2020-1999561
ATTN: ADAM SLATER, LINC LEDER
C/O: SLATER SLATER SCHULMAN LLP
488 MADISON AVENUE 20TH FLOOR
NEW YORK, NY 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900087/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.395** | **Nonpriority creditor's name and mailing address** | $ Undetermined

PLAINTIFF 2020-1999565
ATTN: PAUL J. HANLY, JR.
C/O: SIMMONS HANLY CONROY LLC
112 MADISON AVENUE, 7TH FLOOR
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 605941/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.396** | **Nonpriority creditor's name and mailing address** | $ Undetermined

PLAINTIFF 2020-1999566
ATTN: ADAM SLATER
C/O: SLATER SLATER SCHULMAN LLP
488 MADISON AVENUE  20TH FLOOR
NEW YORK, NY 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 618528/2019

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.397** Nonpriority creditor's name and mailing address

$ Undetermined

PLAINTIFF 2020-1999568
ATTN: JORDAN K. MERSON
C/O: MERSON LAW PLLC
150 EAST 58TH STREET 34TH FLOOR
NEW YORK, NY 10155

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 950002/2019

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.398** Nonpriority creditor's name and mailing address

$ Undetermined

PLAINTIFF 2020-1999570
ATTN: GERARD J. SWEENEY, MICHAEL DOWD
C/O: SWEENEY, REICH & BOLZ, LLP
1981 MARCUS AVENUE SUITE 200
LAKE SUCCESS, NY 11042

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 506559/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.399** Nonpriority creditor's name and mailing address

$ Undetermined

PLAINTIFF 2020-1999571
ATTN: JORDAN K. MERSON
C/O: MERSON LAW PLLC
150 EAST 58TH STREET, 34TH FLOOR
NEW YORK, NY 10155

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900001/2019

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.400** Nonpriority creditor's name and mailing address

$ Undetermined

PLAINTIFF 2020-1999572
ATTN: ADAM SLATER
C/O: SLATER SLATER SCHULMAN LLP
488 MADISON AVENUE 20TH FLOOR
NEW YORK, NY 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 618528/2019

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.401** Nonpriority creditor's name and mailing address

$ Undetermined

PLAINTIFF 2020-1999578
ATTN: ADAM SLATER
C/O: SLATER SLATER SCHULMAN LLP
488 MADISON AVENUE 20TH FLOOR
NEW YORK, NY 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 618528/2019

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number (if known) | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.402**

**Nonpriority creditor's name and mailing address**                                            $ Underdetermined

PLAINTIFF 2020-1999579
ATTN: ADAM SLATER
C/O: SLATER SLATER SCHULMAN LLP
488 MADISON AVENUE  20TH FLOOR
NEW YORK, NY 10022

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 619881/2019

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.403**

**Nonpriority creditor's name and mailing address**                                            $ Underdetermined

PLAINTIFF 2020-1999580
ATTN: JAMES R. MARSH, JENNIFER FREEMAN, ROBERT LEWIS
C/O: MARSH LAW FIRM PLLC
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900032/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.404**

**Nonpriority creditor's name and mailing address**                                            $ Underdetermined

PLAINTIFF 2020-1999584
C/O: MICHAEL G. DOWD
1981 MARCUS AVENUE, SUITE 200
LAKE SUCCESS, NY 11042

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900045/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.405**

**Nonpriority creditor's name and mailing address**                                            $ Underdetermined

PLAINTIFF 2020-1999585
ATTN: JEFF HERMAN
C/O: HERMAN LAW
434 W. 33RD STREET, PENTHOUSE
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 522308/2019

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.406**

**Nonpriority creditor's name and mailing address**                                            $ Underdetermined

PLAINTIFF 2020-1999588
ATTN: JEFFREY R. ANDERSON, J. MICHAEL RECK, PATRICK STONEKING, NAHID A. SHAIKH, TRUSHA GOFFE
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900012/2019

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number (if known) | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.407** | Nonpriority creditor's name and mailing address | $ Undetermined

PLAINTIFF 2020-1999589
ATTN: PAUL J. HANLY, JR.
C/O: SIMMONS HANLY CONROY LLC
112 MADISON AVENUE, 7TH FLOOR
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900010/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.408** | Nonpriority creditor's name and mailing address | $ Undetermined

PLAINTIFF 2020-1999590
ATTN: PETER SAGHIR
C/O: GAIR, GAIR, CONASON, RUBINOWITZ, BLOOM, HERSHENHORN,
STEIGMAN & MACKAUF
80 PINE STREET, 34TH FLOOR
NEW YORK, NY 10005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900095/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.409** | Nonpriority creditor's name and mailing address | $ Undetermined

PLAINTIFF 2020-1999591
ATTN: JOSEPH G. DELL, JOSHUA M. WEINSTOCK
C/O: DELL & DEAN PLLC
1225 FRANKLIN AVENUE SUITE 450
GARDEN CITY, NY 11530

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900032/2019

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.410** | Nonpriority creditor's name and mailing address | $ Undetermined

PLAINTIFF 2020-1999593
ATTN: JAMES S. MCCARTHY, ELLEN BUCCHOLZ
C/O: BUTTAFUOCO & ASSOCIATES, PLLC
144 WOODBURY ROAD
WOODBURY, NY 11797

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 600873/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.411** | Nonpriority creditor's name and mailing address | $ Undetermined

PLAINTIFF 2020-1999595
ATTN: JEFFREY R. ANDERSON, TRUSHA GOFFE, PATRICK
STONEKING
C/O: JEFF ANDERSON & ASSOCIATES, P.A.
55 WEST 39TH STREET, 11TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900117/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    The Roman Catholic Diocese of Rockville Centre, New York
_____
Name

Case number *(if known)*    20-12345 (SCC)
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.412** | Nonpriority creditor's name and mailing address | $ Undetermined

PLAINTIFF 2020-1999596
ATTN: ADAM SLATER, LINC LEDER
C/O: SLATER SLATER SCHULMAN LLP
488 MADISON AVENUE  20TH FLOOR
NEW YORK, NY 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900114/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.413** | Nonpriority creditor's name and mailing address | $ Undetermined

PLAINTIFF 2020-1999597
ATTN: JAMES A. MARSH, JENNIFER FREEMAN
C/O: MARSH LAW FIRM PLLC
151 EAST POST ROAD SUITE 102
WHITE PLAINS, NY 10601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900072/2019

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.414** | Nonpriority creditor's name and mailing address | $ Undetermined

PLAINTIFF 2020-1999598
ATTN: JAMES R. MARSH, JENNIFER FREEMAN, ROBERT LEWIS
C/O: MARSH LAW FIRM PLLC
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 950535/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.415** | Nonpriority creditor's name and mailing address | $ Undetermined

PLAINTIFF 2020-1999604
C/O: MICHAEL G. DOWD
1981 MARCUS AVENUE, SUITE 200
LAKE SUCCESS, NY 11042

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900048/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.416** | Nonpriority creditor's name and mailing address | $ Undetermined

PLAINTIFF 2020-1999607
ATTN: JAMES A. MARSH, JENNIFER FREEMAN
C/O: MARSH LAW FIRM PLLC
151 EAST POST ROAD SUITE 102
WHITE PLAINS, NY 10601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900071/2019

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 84 of 154

Debtor    The Roman Catholic Diocese of Rockville Centre, New York
Name                                                    Case number (if known)    20-12345 (SCC)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.417** | **Nonpriority creditor's name and mailing address** | $ Undetermined

PLAINTIFF 2020-1999610
ATTN: PAUL J. HANLY, JR., TRENT MIRACLE, ANDREA BIERSTEIN
C/O: SIMMONS HANLY CONROY LLC
112 MADISON AVENUE, 7TH FLOOR
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900053/2019

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.418** | **Nonpriority creditor's name and mailing address** | $ Undetermined

PLAINTIFF 2020-1999612
ATTN: MICHAEL J. ROMANO
C/O: ROMANO & ASSOCIATES
350 OLD COUNTRY ROAD, SUITE 205
GARDEN CITY, NY 11530

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900002/2019

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.419** | **Nonpriority creditor's name and mailing address** | $ Undetermined

PLAINTIFF 2020-1999613
ATTN: ADAM SLATER
C/O: SLATER SLATER SCHULMAN LLP
488 MADISON AVENUE  20TH FLOOR
NEW YORK, NY 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900057/2019

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.420** | **Nonpriority creditor's name and mailing address** | $ Undetermined

PLAINTIFF 2020-1999614
C/O: MICHAEL G. DOWD
1981 MARCUS AVENUE, SUITE 200
LAKE SUCCESS, NY 11042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900099/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.421** | **Nonpriority creditor's name and mailing address** | $ Undetermined

PLAINTIFF 2020-1999621
ATTN: JAMES A. MARSH
C/O: MARSH LAW FIRM PLLC
151 EAST POST ROAD SUITE 102
WHITE PLAINS, NY 10601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900006/2019

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor     The Roman Catholic Diocese of Rockville Centre, New York          Case number (if known)    20-12345 (SCC)
           Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.422** | Nonpriority creditor's name and mailing address | $ Undetermined

PLAINTIFF 2020-1999624
ATTN: PAUL J. HANLY, JR.
C/O: SIMMONS HANLY CONROY LLC
112 MADISON AVENUE, 7TH FLOOR
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 950169/2019

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.423** | Nonpriority creditor's name and mailing address | $ Undetermined

PLAINTIFF 2020-1999626
ATTN: ADAM SLATER, LINC LEDER
C/O: SLATER SLATER SCHULMAN LLP
488 MADISON AVENUE 20TH FLOOR
NEW YORK, NY 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900085/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.424** | Nonpriority creditor's name and mailing address | $ Undetermined

PLAINTIFF 2020-1999629
ATTN: RICHARD HAMBURGER, DAVID N. YAFFE, DOUGLAS MCNALLY
C/O: HAMBURGER, MAXSON, YAFFE & MCNALLY, LLP
225 BROADHOLLOW ROAD, SUITE 301E
MELVILLE, NY 11747

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900031/2019

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.425** | Nonpriority creditor's name and mailing address | $ Undetermined

PLAINTIFF 2020-1999630
ATTN: BRUCE KAYE, DOMINIQUE PENSON, ELIZABETH CATE, DEVIN
STOREY, IRWIN ZALKIN, DANA COHEN
C/O: THE ZALKIN LAW FIRM, P.C. AND BARASCH MCGARRY SALZMAN
& PENSON
11 PARK PLACE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900150/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.426** | Nonpriority creditor's name and mailing address | $ Undetermined

PLAINTIFF 2020-1999631
ATTN: JAMES R. MARSH, JENNIFER FREEMAN, ROBERT LEWIS
C/O: MARSH LAW FIRM PLLC
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900033/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.427**  Nonpriority creditor's name and mailing address                                    $ Underdetermined

PLAINTIFF 2020-2001877
ATTN: ADAM SLATER, LINC LEDER
C/O: SLATER SLATER SCHULMAN LLP
488 MADISON AVENUE  20TH FLOOR
NEW YORK, NY 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900137/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.428**  Nonpriority creditor's name and mailing address                                    $ Underdetermined

PLAINTIFF 2020-2001879
ATTN: HELENE M. WEISS
C/O: LEVY KONIGSBERG, LLP
800 THIRD AVENUE, 11TH FLOOR
NEW YORK, NY 11231

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900143/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.429**  Nonpriority creditor's name and mailing address                                    $ Underdetermined

PLAINTIFF 2020-2014762
ATTN: ADAM SLATER
C/O: SLATER SLATER SCHULMAN LLP
488 MADISON AVENUE 20TH FLOOR
NEW YORK, NY 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 517428/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.430**  Nonpriority creditor's name and mailing address                                    $ Underdetermined

PLAINTIFF 2020-2014763
ATTN: PAUL J. HANLY, JR., JAYNE CONROY, TRENT MIRACLE
C/O: SIMMONS HANLY CONROY LLC
112 MADISON AVENUE, 7TH FLOOR
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 517533/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.431**  Nonpriority creditor's name and mailing address                                    $ Underdetermined

PLAINTIFF 2020-2049045
C/O: EISENBERG & BAUM, LLP
ATTN: ERIC M. BAUM, ESQ.
24 UNION SQUARE EAST
NEW YORK, NY 10003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900174/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor      The Roman Catholic Diocese of Rockville Centre, New York          Case number *(if known)*  20-12345 (SCC)
_____
Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |

---

**3.432** | **Nonpriority creditor's name and mailing address** | $ Undetermined

PLAINTIFF 2020-2049047
C/O: SLATER SLATER SCHULMAN
ATTN: ADAM P. SLATER, ESQ.
488 MADISON AVENUE
NEW YORK, NY 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 518289/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.433** | **Nonpriority creditor's name and mailing address** | $ Undetermined

PLAINTIFF 2020-2104029
ATTN: PAUL J. HANLY, JR., TRENT MIRACLE, GARABEDIAN
C/O: SIMMONS HANLY CONROY LLC
112 MADISON AVENUE, 7TH FLOOR
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900171/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.434** | **Nonpriority creditor's name and mailing address** | $ Undetermined

PLAINTIFF 2020-2104030
ATTN: PAUL J. HANLY, JR., TRENT MIRACLE, GARABEDIAN
C/O: SIMMONS HANLY CONROY LLC
112 MADISON AVENUE, 7TH FLOOR
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900172/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.435** | **Nonpriority creditor's name and mailing address** | $ Undetermined

PLAINTIFF 2020-2104031
ATTN: BENJAMIN D. ANDREOZZI, ESQ.
C/O: ANDREOZZI + FOOTE
4503 N. FRONT STREET
HARRISBURG, PA 17110

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900170/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.436** | **Nonpriority creditor's name and mailing address** | $ Undetermined

PLAINTIFF 2020-2104032
ATTN: JEFFERY HERMAN
C/O: HERMAN LAW
434 W. 33RD STREET, PENTHOUSE
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900173/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 88 of 154

| | |
|---|---|
| Debtor | The Roman Catholic Diocese of Rockville Centre, New York |
| | Name |

Case number *(if known)* 20-12345 (SCC)

---

**Part 2:**  **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.437**  **Nonpriority creditor's name and mailing address**

$ Underined

PLAINTIFF 2020-2104033
ATTN: AARON FERRI
C/O: LEEDS BROWN LAW, P.C.
ONE OLD COUNTRY ROAD, SUITE 347
CARLE PLACE, NY 11514

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900168/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.438**  **Nonpriority creditor's name and mailing address**

$ Undetermined

PLAINTIFF 2020-2104034
ATTN: PAUL J. HANLY, JR.
C/O: SIMMONS HANLY CONROY LLC
112 MADISON AVENUE, 7TH FLOOR
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 518025/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.439**  **Nonpriority creditor's name and mailing address**

$5,000.00

POSTMASTER-HICKSVILLE
VALERIE WILLIAMS
BUSINESS MAIL ENTRY TECHNICIAN
185 W JOHN STREET
HICKSVILLE, NY 11802-9998

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.440**  **Nonpriority creditor's name and mailing address**

$42.97

QUILL CORPORATION
P.O. BOX 37600
PHILDELPHIA, PA 19101-0600

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.441**  **Nonpriority creditor's name and mailing address**

$ Undetermined

R.A.
ATTN: JEFF HERMAN
C/O: HERMAN LAW
434 W. 33RD STREET, PENTHOUSE
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900002/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.442**  **Nonpriority creditor's name and mailing address**                                             $ Undertermined

R.K.
ATTN: JEFF HERMAN
C/O: HERMAN LAW
434 W. 33RD STREET, PENTHOUSE
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900119/2020

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.443**  **Nonpriority creditor's name and mailing address**                                             $654.14

RAYMOUR AND FLANAGAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.444**  **Nonpriority creditor's name and mailing address**                                             $120.67

READYREFRESH BY NESTLE
NESTLE WATERS NORTH AMERICA
DBA: READYREFRESH
P.O. BOX 856192
LOUISVILLE, KY 40285-6192

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.445**  **Nonpriority creditor's name and mailing address**                                             $750.00

REFORM WELLNESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.446**  **Nonpriority creditor's name and mailing address**                                             $210.00

REV MSGR. THOMAS E MOLLOY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* 20-12345 (SCC) |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.447**  **Nonpriority creditor's name and mailing address**                                        $34.00

REV TOMAZ GOMIDE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.448**  **Nonpriority creditor's name and mailing address**                                        $132.00

ROGER ALERTA GATINAO JR

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.449**  **Nonpriority creditor's name and mailing address**                                        $250.00

ROMULO GOMEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stopped Check

**Date or dates debt was incurred** 09/08/2020

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.450**  **Nonpriority creditor's name and mailing address**                                        $ Undetermined

S.T.
ATTN: JAMES A. MARSH, ROBERT LEWIS, JENNIFER FREEMAN
C/O: MARSH LAW FIRM PLLC
151 EAST POST ROAD SUITE 102
WHITE PLAINS, NY 10601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900007/2019

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.451**  **Nonpriority creditor's name and mailing address**                                        $98.60

SECURITY MUTUAL INSURANCE
P O BOX 1625
BINGHAMTON, NY 13902-1625

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number (if known) | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.452** | **Nonpriority creditor's name and mailing address** | $ Undetermined

SHC-MG-3 DOE
ATTN: PAUL J. HANLY, JR.
C/O: SIMMONS HANLY CONROY LLC
112 MADISON AVENUE, 7TH FLOOR
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 515746/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.453** | **Nonpriority creditor's name and mailing address** | $ Undetermined

SS PHILIP & JAMES CHURCH
1 CAROW PLACW
ST. JAMES, NY 11780

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC08846

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.454** | **Nonpriority creditor's name and mailing address** | $ Undetermined

SS PHILIP & JAMES CHURCH
1 CAROW PLACW
ST. JAMES, NY 11780

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC08846-01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.455** | **Nonpriority creditor's name and mailing address** | $6,540.00

ST JOHN VIANNEY CENTER
ATTENTION: BUSINESS OFFICE
151 WOODBINE ROAD
DOWNINGTOWN, PA 19335-3057

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.456** | **Nonpriority creditor's name and mailing address** | $320.00

ST KILIAN RCC
485 CONKLIN STREET
FARMINGDALE, NY 11735

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    The Roman Catholic Diocese of Rockville Centre, New York
Name

Case number *(if known)* 20-12345 (SCC)

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.457 | **Nonpriority creditor's name and mailing address** | $ Undetermined

ST. BRIGID'S CHURCH
WESTBURY, NY 11590

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: 055883FF01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.458 | **Nonpriority creditor's name and mailing address** | $ Undetermined

ST. CATHERINE OF SIENNA  CHURCH
33 NEW HYDE PARK RD
FRANKLIN SQUARE, NY 11010

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11868

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.459 | **Nonpriority creditor's name and mailing address** | $ Undetermined

ST. DOMINIC HIGH SCHOOL
110 ANSTICE ST
OYSTER BAY, NY 11771

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11871

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.460 | **Nonpriority creditor's name and mailing address** | $ Undetermined

ST. DOMINIC RCC
96 ANSTICE ST
OYSTER BAY, NY 11771

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC10195

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.461 | **Nonpriority creditor's name and mailing address** | $ Undetermined

ST. FRANCIS DE SALES CHURCH
7 AMITY ST
PATCHOGUE, NY 11772

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC12092

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.462**  Nonpriority creditor's name and mailing address                    $ Undertermined

ST. GERTRUDE CHURCH
28 SCHOOL ST.
BAYVILLE, NY 11709

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Insurance - Claim Number: DRC12016

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.463**  Nonpriority creditor's name and mailing address                    $ Undertermined

ST. JOHN THE EVANGELIST CHURCH
25 SOUTH OCEAN AVE.
CENTER MORICHES, NY 11934

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Insurance - Claim Number: DRC09307

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.464**  Nonpriority creditor's name and mailing address                    $ Undertermined

ST. JOHN THE EVANGELIST CHURCH
25 SOUTH OCEAN AVE.
CENTER MORICHES, NY 11934

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Insurance - Claim Number: DRC09307-01

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.465**  Nonpriority creditor's name and mailing address                    $ Undertermined

ST. JOSEPH CHURCH- BABYLON
39 NORTH CARLL AVE
BABYLON, NY 11702

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Insurance - Claim Number: DRC11949

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.466**  Nonpriority creditor's name and mailing address                    $ Undertermined

ST. JOSEPH CHURCH- BABYLON
39 N. CARLL AVE
BABYLON, NY 11702

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Insurance - Claim Number: DRC11687

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* 20-12345 (SCC) |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.467**    Nonpriority creditor's name and mailing address                                   $ Undetermined

ST. JOSEPH CHURCH- BABYLON
39 N. CARLL AVE
BABYLON, NY 11702

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11687-01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.468**    Nonpriority creditor's name and mailing address                                   $ Undetermined

ST. LADISLAUS SCHOOL
436 FRONT ST
HEMPSTEAD, NY 11550

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11957

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.469**    Nonpriority creditor's name and mailing address                                   $ Undetermined

ST. LADISLAUS SCHOOL
436 FRONT ST
HEMPSTEAD, NY 11550

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11980

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.470**    Nonpriority creditor's name and mailing address                                   $ Undetermined

ST. LAWRENCE THE MARTYR
27 HANDSOME AVE.
SAYVILLE, NY 11782

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11944

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.471**    Nonpriority creditor's name and mailing address                                   $ Undetermined

ST. LAWRENCE THE MARTYR
27 HANDSOME AVE.
SAYVILLE, NY 11782

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11944-01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.472**   Nonpriority creditor's name and mailing address                          $ Underdetermined

ST. MARTHA CHURCH
546 GREENGROVE AVE.
UNIONDALE, NY 11553

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC12015

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.473**   Nonpriority creditor's name and mailing address                          $ Underdetermined

ST. MARY ROMAN CATHOLIC CHURCH
2 2ND STREET
MANHASSET, NY 11030

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11963

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.474**   Nonpriority creditor's name and mailing address                          $ Underdetermined

ST. PATRICK CHURCH- HUNTINGTON
400 MAIN ST
HUNTINGTON, NY 11743

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11814

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.475**   Nonpriority creditor's name and mailing address                          $ Underdetermined

ST. PATRICK SCHOOL
360 MAIN ST
HUNTINGTON, NY 11743

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11950

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.476**   Nonpriority creditor's name and mailing address                          $ Underdetermined

ST. PATRICK SCHOOL
360 MAIN ST
HUNTINGTON, NY 11743

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11950-01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 96 of 154

Debtor    The Roman Catholic Diocese of Rockville Centre, New York
Name

Case number *(if known)*    20-12345 (SCC)

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.477** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ST. PAUL THE APOSTLE CHURCH
2534 CEDAR SWAMP RD.
BROOKVILLE, NY 11545

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Insurance - Claim Number: DRC11976

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.478** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ST. PIUS X CHURCH
1 ST. PIUS CT.
PLAINVIEW, NY 11803

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Insurance - Claim Number: DRC11337

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.479** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ST. ROSALIE CHURCH
31 MONTAUK  HIGHWAY
HAMPTON BAYS, NY 11946

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Insurance - Claim Number: DRC12065

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.480** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ST. WILLIAM THE ABBOT SCHOOL
2001 JACKSON AVE
SEAFORD, NY 11783

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Insurance - Claim Number: DRC11356

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.481** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ST. WILLIAM THE ABBOT SCHOOL
2001 JACKSON AVE
SEAFORD, NY 11783

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Insurance - Claim Number: DRC12074

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.482** | **Nonpriority creditor's name and mailing address** | $ Undetermined

STS. PETER AND PAUL CHURCH
781 WADING RIVER RD
MANORVILLE, NY 11949

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC12031

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.483** | **Nonpriority creditor's name and mailing address** | $ Undetermined

STS. PHILIP & JAMES CHURCH
359 CLINTON AVE
ST. JAMES, NY 11780

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC11883

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.484** | **Nonpriority creditor's name and mailing address** | $158.70

TARA TURNOW
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.485** | **Nonpriority creditor's name and mailing address** | $ Undetermined

TELECARE-CATHOLIC FAITH NETWORK
1200 GLENN CURTISS BLVD
UNIONDALE, NY 11553

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC12053

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.486** | **Nonpriority creditor's name and mailing address** | $120.00

THE EASTERN REGIONAL CONFERENCE OF CANONISTS
70 LAWRENCEVILLE ROAD
P O BOX 5147
TRENTON, NJ 08638-0147

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.487** | **Nonpriority creditor's name and mailing address** | $1,250.00

TOWN OF ISLIP

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.488** | **Nonpriority creditor's name and mailing address** | $167.00

ULTIMATE PEST CONTROL, INC
93 ALLEN BOULEVARD
FARMINGDALE, NY 11735

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.489** | **Nonpriority creditor's name and mailing address** | $373.66

USCCB-RESPECT LIFE PROGRAM
PO BOX 96991
WASHINGTON, DC 20090-6991

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.490** | **Nonpriority creditor's name and mailing address** | $ Undetermined

V.C.
ATTN: JEFF HERMAN, DANIEL ELLIS, STUART S. MERMELSTEIN, JASON S. SANDLER
C/O: HERMAN LAW
434 W. 33RD STREET, PENTHOUSE
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 9000043/2020

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.491** | **Nonpriority creditor's name and mailing address** | $ Undetermined

V.G.
ATTN: JEFF HERMAN, STUART S. MERMELSTEIN
C/O: HERMAN LAW
434 WEST. 33RD STREET, PENTHOUSE
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CVA - 900029/2019

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor _____The Roman Catholic Diocese of Rockville Centre, New York_____    Case number *(if known)* __20-12345 (SCC)__
Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.492**    **Nonpriority creditor's name and mailing address**    $803.54

VERIZON
P O BOX 15124
ALBANY, NY 12212-5124

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.493**    **Nonpriority creditor's name and mailing address**    $7.91

VERIZON
P.O. BOX 16801
NEWARK, NJ 07101-6801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.494**    **Nonpriority creditor's name and mailing address**    $200.00

VINCENTIAN HOUSE
331 WEST NECK ROAD
SOUTHAMPTON, NY 11968

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.495**    **Nonpriority creditor's name and mailing address**    $975.41

WB MASON. INC
P O BOX 981101
BOSTON, MA 02298-1101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.496**    **Nonpriority creditor's name and mailing address**    $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006131
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 052770WC01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number _(if known)_ | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.497** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006155
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 034764WC01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.498** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006170
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 035810WC01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.499** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006206
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 039666WC01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.500** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006213
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 042296WC01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.501** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006235
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 028069WC01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    The Roman Catholic Diocese of Rockville Centre, New York
_____
Name

Case number *(if known)* __20-12345 (SCC)__

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.502**   **Nonpriority creditor's name and mailing address**                                              $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006265      **As of the petition filing date, the claim is:**
ADDRESS ON FILE                                    *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 034115WC01

**Date or dates debt was incurred** Undetermined       **Is the claim subject to offset?**
☐ No
**Last 4 digits of account number**                    ☐ Yes

---

**3.503**   **Nonpriority creditor's name and mailing address**                                              $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006270      **As of the petition filing date, the claim is:**
ADDRESS ON FILE                                    *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 033397WC01

**Date or dates debt was incurred** Undetermined       **Is the claim subject to offset?**
☐ No
**Last 4 digits of account number**                    ☐ Yes

---

**3.504**   **Nonpriority creditor's name and mailing address**                                              $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006277      **As of the petition filing date, the claim is:**
ADDRESS ON FILE                                    *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 038914WC01

**Date or dates debt was incurred** Undetermined       **Is the claim subject to offset?**
☐ No
**Last 4 digits of account number**                    ☐ Yes

---

**3.505**   **Nonpriority creditor's name and mailing address**                                              $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006298      **As of the petition filing date, the claim is:**
ADDRESS ON FILE                                    *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 031715WC01

**Date or dates debt was incurred** Undetermined       **Is the claim subject to offset?**
☐ No
**Last 4 digits of account number**                    ☐ Yes

---

**3.506**   **Nonpriority creditor's name and mailing address**                                              $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006303      **As of the petition filing date, the claim is:**
ADDRESS ON FILE                                    *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 032531WC01

**Date or dates debt was incurred** Undetermined       **Is the claim subject to offset?**
☐ No
**Last 4 digits of account number**                    ☐ Yes

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.507**

**Nonpriority creditor's name and mailing address**

$ Undetermined

WORKERS' COMPENSATION CLAIMANT 2020-2006310
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 054611WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.508**

**Nonpriority creditor's name and mailing address**

$ Undetermined

WORKERS' COMPENSATION CLAIMANT 2020-2006314
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 036934WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.509**

**Nonpriority creditor's name and mailing address**

$ Undetermined

WORKERS' COMPENSATION CLAIMANT 2020-2006315
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 030242WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.510**

**Nonpriority creditor's name and mailing address**

$ Undetermined

WORKERS' COMPENSATION CLAIMANT 2020-2006333
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 014161WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.511**

**Nonpriority creditor's name and mailing address**

$ Undetermined

WORKERS' COMPENSATION CLAIMANT 2020-2006398
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 044298WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    The Roman Catholic Diocese of Rockville Centre, New York
_____
Name

Case number *(if known)*  20-12345 (SCC)
_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.512 | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006424
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: DRWC000534

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.513 | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006429
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 027322WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.514 | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006439
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 048602WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.515 | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006441
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 050662WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.516 | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006444
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 045821WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    The Roman Catholic Diocese of Rockville Centre, New York
Name

Case number *(if known)*    20-12345 (SCC)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.517    **Nonpriority creditor's name and mailing address**    $ Underdetermined

WORKERS' COMPENSATION CLAIMANT 2020-2006456
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 042682WC01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.518    **Nonpriority creditor's name and mailing address**    $ Underdetermined

WORKERS' COMPENSATION CLAIMANT 2020-2006470
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 054996WC01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.519    **Nonpriority creditor's name and mailing address**    $ Underdetermined

WORKERS' COMPENSATION CLAIMANT 2020-2006497
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 030964WC01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.520    **Nonpriority creditor's name and mailing address**    $ Underdetermined

WORKERS' COMPENSATION CLAIMANT 2020-2006513
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 041505WC01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.521    **Nonpriority creditor's name and mailing address**    $ Underdetermined

WORKERS' COMPENSATION CLAIMANT 2020-2006520
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 044508WC01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor   The Roman Catholic Diocese of Rockville Centre, New York
_____Name_____

Case number _(if known)_ 20-12345 (SCC)

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

**3.522** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006544
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 058328WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.523** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006545
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 040481WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.524** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006552
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 049401WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.525** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006569
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 037031WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.526** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006581
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: DRWC000688

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor | The Roman Catholic Diocese of Rockville Centre, New York
Name

Case number *(if known)* 20-12345 (SCC)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.527** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006587
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 043294WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.528** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006600
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 040709WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.529** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006622
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 051630WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.530** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006623
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 040551WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.531** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006656
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 054927WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.532**  **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006668
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 043733WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.533**  **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006674
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 051758WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.534**  **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006694
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 059608WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.535**  **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006703
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 055606WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.536**  **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006712
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 006980WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.537** | Nonpriority creditor's name and mailing address | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006721
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 028897WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.538** | Nonpriority creditor's name and mailing address | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006725
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 024078WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.539** | Nonpriority creditor's name and mailing address | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006733
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 043403WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.540** | Nonpriority creditor's name and mailing address | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006734
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 030212WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.541** | Nonpriority creditor's name and mailing address | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006762
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 022827WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.542**  **Nonpriority creditor's name and mailing address**                                                    $ Underermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006771
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 056044WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.543**  **Nonpriority creditor's name and mailing address**                                                    $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006794
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 037504WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.544**  **Nonpriority creditor's name and mailing address**                                                    $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006795
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 001069WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.545**  **Nonpriority creditor's name and mailing address**                                                    $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006846
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 043817WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.546**  **Nonpriority creditor's name and mailing address**                                                    $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006850
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 056097WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number (if known) | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.547** Nonpriority creditor's name and mailing address                                      $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006903
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Workers Comp - Claim Number: 038008WC01

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.548** Nonpriority creditor's name and mailing address                                      $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006908
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Workers Comp - Claim Number: 042877WC01

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.549** Nonpriority creditor's name and mailing address                                      $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006931
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Workers Comp - Claim Number: 045717WC01

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.550** Nonpriority creditor's name and mailing address                                      $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006932
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Workers Comp - Claim Number: 046632WC01

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.551** Nonpriority creditor's name and mailing address                                      $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006940
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Workers Comp - Claim Number: 017941WC01

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number (if known) | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.552** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006942
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 045409WC01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.553** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006943
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 039784WC01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.554** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006952
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 055174WC01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.555** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006957
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 025703WC01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.556** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006967
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 058345WC01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

Debtor    The Roman Catholic Diocese of Rockville Centre, New York
_____
Name

Case number *(if known)* __20-12345 (SCC)__

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.557** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2006992
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 038535WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.558** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007004
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 000474WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.559** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007009
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 044459WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.560** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007011
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 046461WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.561** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007012
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 043097WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.562** | Nonpriority creditor's name and mailing address | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007016
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Workers Comp - Claim Number: 000974WC01

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.563** | Nonpriority creditor's name and mailing address | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007025
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Workers Comp - Claim Number: 022639WC01

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.564** | Nonpriority creditor's name and mailing address | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007027
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Workers Comp - Claim Number: 043116WC01

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.565** | Nonpriority creditor's name and mailing address | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007032
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Workers Comp - Claim Number: 002582WC01

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.566** | Nonpriority creditor's name and mailing address | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007036
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Workers Comp - Claim Number: 022411WC01

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.567**  **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007054
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 042299WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.568**  **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007064
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 037757WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.569**  **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007085
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 053791WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.570**  **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007091
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 010144WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.571**  **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007114
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 040661WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.572** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007125
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 059550WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.573** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007180
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 041026WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.574** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007182
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 015786WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.575** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007184
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 050450WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.576** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007198
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 034893WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.577** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007199
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 045642WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.578** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007200
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 038201WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.579** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007220
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 039209WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.580** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007225
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 042704WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.581** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007238
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 054138WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.582** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007240
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 000903WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.583** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007243
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 020478WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.584** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007257
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 041797WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.585** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007299
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 052943WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.586** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007303
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 014277WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.587**  **Nonpriority creditor's name and mailing address**                               $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007314
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 007253WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.588**  **Nonpriority creditor's name and mailing address**                               $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007323
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 021234WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.589**  **Nonpriority creditor's name and mailing address**                               $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007328
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 011076WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.590**  **Nonpriority creditor's name and mailing address**                               $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007339
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 029218WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.591**  **Nonpriority creditor's name and mailing address**                               $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007342
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 041721WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

### Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.592** | Nonpriority creditor's name and mailing address | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007350
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 023655WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.593** | Nonpriority creditor's name and mailing address | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007353
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 030703WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.594** | Nonpriority creditor's name and mailing address | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007365
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 039310WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.595** | Nonpriority creditor's name and mailing address | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007378
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 041656WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.596** | Nonpriority creditor's name and mailing address | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007385
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 052519WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* 20-12345 (SCC) |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.597** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007388
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 035453WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.598** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007431
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 044742WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.599** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007435
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 035295WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.600** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007440
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 042133WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.601** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007441
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 033945WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    The Roman Catholic Diocese of Rockville Centre, New York
      Name

Case number *(if known)*  20-12345 (SCC)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.602  **Nonpriority creditor's name and mailing address**    $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007444
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 019170WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.603  **Nonpriority creditor's name and mailing address**    $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007454
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 045514WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.604  **Nonpriority creditor's name and mailing address**    $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007457
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 020908WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.605  **Nonpriority creditor's name and mailing address**    $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007470
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 045625WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.606  **Nonpriority creditor's name and mailing address**    $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2007477
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 046405WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* 20-12345 (SCC) |
|---|---|---|
| | Name | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.607**   Nonpriority creditor's name and mailing address                                         $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2070328
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Workers Comp - Claim Number: 048275WC01

Date or dates debt was incurred Undetermined          Is the claim subject to offset?

Last 4 digits of account number                         ☐ No
                                                        ☐ Yes

---

**3.608**   Nonpriority creditor's name and mailing address                                         $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2070335
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Workers Comp - Claim Number: DRWC000231

Date or dates debt was incurred Undetermined          Is the claim subject to offset?

Last 4 digits of account number                         ☐ No
                                                        ☐ Yes

---

**3.609**   Nonpriority creditor's name and mailing address                                         $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2070347
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Workers Comp - Claim Number: 055324WC01

Date or dates debt was incurred Undetermined          Is the claim subject to offset?

Last 4 digits of account number                         ☐ No
                                                        ☐ Yes

---

**3.610**   Nonpriority creditor's name and mailing address                                         $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2070367
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Workers Comp - Claim Number: 051928WC01

Date or dates debt was incurred Undetermined          Is the claim subject to offset?

Last 4 digits of account number                         ☐ No
                                                        ☐ Yes

---

**3.611**   Nonpriority creditor's name and mailing address                                         $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2070370
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Workers Comp - Claim Number: 052989WC01

Date or dates debt was incurred Undetermined          Is the claim subject to offset?

Last 4 digits of account number                         ☐ No
                                                        ☐ Yes

---

Debtor    The Roman Catholic Diocese of Rockville Centre, New York
          Name

Case number (if known)   20-12345 (SCC)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.612**  Nonpriority creditor's name and mailing address                    $ Undertermined

WORKERS' COMPENSATION CLAIMAINT 2020-2070407
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 053178WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.613**  Nonpriority creditor's name and mailing address                    $ Undertermined

WORKERS' COMPENSATION CLAIMAINT 2020-2070421
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 049996WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.614**  Nonpriority creditor's name and mailing address                    $ Undertermined

WORKERS' COMPENSATION CLAIMAINT 2020-2070445
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 058494WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.615**  Nonpriority creditor's name and mailing address                    $ Undertermined

WORKERS' COMPENSATION CLAIMAINT 2020-2070466
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 051746WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.616**  Nonpriority creditor's name and mailing address                    $ Undertermined

WORKERS' COMPENSATION CLAIMAINT 2020-2070516
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 052698WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

| 3.617 | Nonpriority creditor's name and mailing address | | $ Undetermined |
|---|---|---|---|

WORKERS' COMPENSATION CLAIMAINT 2020-2070537
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 051304WC01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.618 | Nonpriority creditor's name and mailing address | | $ Undetermined |
|---|---|---|---|

WORKERS' COMPENSATION CLAIMAINT 2020-2070564
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 050230WC01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.619 | Nonpriority creditor's name and mailing address | | $ Undetermined |
|---|---|---|---|

WORKERS' COMPENSATION CLAIMAINT 2020-2070576
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 048165WC01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.620 | Nonpriority creditor's name and mailing address | | $ Undetermined |
|---|---|---|---|

WORKERS' COMPENSATION CLAIMAINT 2020-2070591
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 051731WC01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.621 | Nonpriority creditor's name and mailing address | | $ Undetermined |
|---|---|---|---|

WORKERS' COMPENSATION CLAIMAINT 2020-2070616
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 054130WC01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.622**  **Nonpriority creditor's name and mailing address**  $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2070674
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 058540WC01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.623**  **Nonpriority creditor's name and mailing address**  $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2070719
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 054798WC01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.624**  **Nonpriority creditor's name and mailing address**  $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2070732
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 054444WC01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.625**  **Nonpriority creditor's name and mailing address**  $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2070734
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 053566WC01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.626**  **Nonpriority creditor's name and mailing address**  $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2070773
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 046689WC01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.627**

**Nonpriority creditor's name and mailing address**                              $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2070778
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 050142WC01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.628**

**Nonpriority creditor's name and mailing address**                              $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2070792
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 054037WC01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.629**

**Nonpriority creditor's name and mailing address**                              $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2070802
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 055113WC01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.630**

**Nonpriority creditor's name and mailing address**                              $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2070832
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 055109WC01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.631**

**Nonpriority creditor's name and mailing address**                              $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2070849
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 058800WC01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| Debtor | The Roman Catholic Diocese of Rockville Centre, New York |
| | Name |

Case number *(if known)*  20-12345 (SCC)

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.632** **Nonpriority creditor's name and mailing address**                                   $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2070864
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 053439WC01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.633** **Nonpriority creditor's name and mailing address**                                   $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2070869
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 058933WC01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.634** **Nonpriority creditor's name and mailing address**                                   $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2070890
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 052394WC01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.635** **Nonpriority creditor's name and mailing address**                                   $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2070899
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 058799WC01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.636** **Nonpriority creditor's name and mailing address**                                   $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2070916
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 050141WC01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.637** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2070946
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: DRWC000798

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.638** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2070952
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 053634WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.639** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2070966
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 052236WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.640** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071004
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 053339WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.641** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071048
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 052574WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.642**  Nonpriority creditor's name and mailing address                                                  $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071068
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 058988WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.643**  Nonpriority creditor's name and mailing address                                                  $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071124
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 055646WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.644**  Nonpriority creditor's name and mailing address                                                  $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071125
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 051747WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.645**  Nonpriority creditor's name and mailing address                                                  $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071143
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 059626WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.646**  Nonpriority creditor's name and mailing address                                                  $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071149
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 052365WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.647** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071153
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 047055WC01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.648** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071165
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 058969WC01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.649** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071170
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 047968WC01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.650** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071178
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 055669WC01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.651** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071186
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: DRWC000750

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.652** Nonpriority creditor's name and mailing address $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071190
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Workers Comp - Claim Number: 053340WC01

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.653** Nonpriority creditor's name and mailing address $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071194
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Workers Comp - Claim Number: 059511WC01

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.654** Nonpriority creditor's name and mailing address $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071216
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Workers Comp - Claim Number: 055747WC01

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.655** Nonpriority creditor's name and mailing address $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071224
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Workers Comp - Claim Number: 052338WC01

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.656** Nonpriority creditor's name and mailing address $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071242
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Workers Comp - Claim Number: 051366WC01

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.657** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071270
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 058810WC01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.658** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071271
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 048314WC01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.659** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071308
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: DRWC000180

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.660** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071322
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 058656WC01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.661** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071331
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: DRWC000001

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.662** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071336
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 049172WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.663** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071352
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 051093WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.664** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071367
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 056099WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.665** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071374
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 049592WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.666** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071390
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 055789WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.667** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071416
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 049877WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.668** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071444
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 051120WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.669** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071473
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 050647WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.670** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071492
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: DRWC000490

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.671** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071495
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 051572WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.672**    **Nonpriority creditor's name and mailing address**      $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071518
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 054429WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.673**    **Nonpriority creditor's name and mailing address**      $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071537
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 050867WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.674**    **Nonpriority creditor's name and mailing address**      $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071569
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 055701WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.675**    **Nonpriority creditor's name and mailing address**      $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071573
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: DRWC000122

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.676**    **Nonpriority creditor's name and mailing address**      $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071574
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 054816WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.677** Nonpriority creditor's name and mailing address                                                    $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071588
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Workers Comp - Claim Number: 051380WC01

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.678** Nonpriority creditor's name and mailing address                                                    $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071589
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Workers Comp - Claim Number: DRWC000829

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.679** Nonpriority creditor's name and mailing address                                                    $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071590
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Workers Comp - Claim Number: 046627WC01

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.680** Nonpriority creditor's name and mailing address                                                    $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071596
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Workers Comp - Claim Number: 054129WC01

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.681** Nonpriority creditor's name and mailing address                                                    $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071623
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Workers Comp - Claim Number: 049584WC01

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

Debtor    The Roman Catholic Diocese of Rockville Centre, New York
Name

Case number (if known)    20-12345 (SCC)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.682** | Nonpriority creditor's name and mailing address | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071628
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Workers Comp - Claim Number: 047648WC01

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.683** | Nonpriority creditor's name and mailing address | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071663
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Workers Comp - Claim Number: 048468WC01

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.684** | Nonpriority creditor's name and mailing address | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071685
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Workers Comp - Claim Number: 047512WC01

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.685** | Nonpriority creditor's name and mailing address | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071696
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Workers Comp - Claim Number: DRWC000620

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.686** | Nonpriority creditor's name and mailing address | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071713
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Workers Comp - Claim Number: 046852WC01

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.687** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071747
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 049142WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.688** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071791
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 054826WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.689** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071794
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: DRWC000097

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.690** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071811
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: DRWC001048

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.691** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071840
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 053043WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    The Roman Catholic Diocese of Rockville Centre, New York
          Name

Case number *(if known)*  20-12345 (SCC)

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.692**

**Nonpriority creditor's name and mailing address**                                    $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071851
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 052563WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.693**

**Nonpriority creditor's name and mailing address**                                    $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071869
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 046752WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.694**

**Nonpriority creditor's name and mailing address**                                    $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071883
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 048317WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.695**

**Nonpriority creditor's name and mailing address**                                    $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071887
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 048089WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.696**

**Nonpriority creditor's name and mailing address**                                    $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071895
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 047683WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    The Roman Catholic Diocese of Rockville Centre, New York
_____
Name

Case number *(if known)*    20-12345 (SCC)
_____

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.697    **Nonpriority creditor's name and mailing address**                                    $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071901
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 058998WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.698    **Nonpriority creditor's name and mailing address**                                    $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071905
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 049888WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.699    **Nonpriority creditor's name and mailing address**                                    $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071911
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 049591WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.700    **Nonpriority creditor's name and mailing address**                                    $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071922
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 055316WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.701    **Nonpriority creditor's name and mailing address**                                    $ Undetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071944
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 048192WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.702**  Nonpriority creditor's name and mailing address                                              $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071955
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 052155WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.703**  Nonpriority creditor's name and mailing address                                              $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071980
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 051947WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.704**  Nonpriority creditor's name and mailing address                                              $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071990
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 050124WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.705**  Nonpriority creditor's name and mailing address                                              $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071993
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 050891WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.706**  Nonpriority creditor's name and mailing address                                              $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2071998
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 053746WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

---

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

---

**3.707**    **Nonpriority creditor's name and mailing address**                                                          $ Underdetermined

WORKERS' COMPENSATION CLAIMAINT 2020-2072043
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Comp - Claim Number: 048790WC01

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.708**    **Nonpriority creditor's name and mailing address**                                                          $ Underdetermined

ZILKHA RADIOLOGY, PC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Insurance - Claim Number: DRC09676

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    The Roman Catholic Diocese of Rockville Centre, New York
          Name

Case number *(if known)*  20-12345 (SCC)

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 1 ANONYMOUS KBR<br>ATTN: STEPHAN H. PESKIN<br>C/O: TOLMAGE, PESKIN, HARRIS, & FALICK<br>20 VESEY STREET, 7TH FLOOR<br>NEW YORK, NY 10007 | Line 5<br>☐ Not listed. Explain _____ | |
| 2 ANONYMOUS KBR<br>ATTN: LEANDER L. JAMES IV, CRAIG VERNON<br>C/O: JAMES, VERNON & WEEKS, P.A.<br>1626 LINCOLN WAY<br>COEUR D'ALENE, ID 83815 | Line 5<br>☐ Not listed. Explain _____ | |
| 3 ANONYMOUS KMG<br>ATTN: PATRICK NOAKER<br>C/O: PATRICK NOAKER, NOAKER LAW FIRM, LLC<br>1600 UTICA AVENUE S, 9TH FLOOR<br>ST. LOUIS PARK, MN 55416 | Line 6<br>☐ Not listed. Explain _____ | |
| 4 ANONYMOUS KMG<br>ATTN: LEANDER L. JAMES IV, CRAIG VERNON<br>C/O: JAMES, VERNON & WEEKS, P.A.<br>1626 LINCOLN WAY<br>COEUR D'ALENE, ID 83815 | Line 6<br>☐ Not listed. Explain _____ | |
| 5 ANONYMOUS MS<br>ATTN: PATRICK NOAKER<br>C/O: PATRICK NOAKER, NOAKER LAW FIRM, LLC<br>1600 UTICA AVENUE S, 9TH FLOOR<br>ST. LOUIS PARK, MN 55416 | Line 7<br>☐ Not listed. Explain _____ | |
| 6 ANONYMOUS MS<br>ATTN: LEANDER L. JAMES IV, CRAIG VERNON<br>C/O: JAMES, VERNON & WEEKS, P.A.<br>1626 LINCOLN WAY<br>COEUR D'ALENE, ID 83815 | Line 7<br>☐ Not listed. Explain _____ | |
| 7 ANONYMOUS PK<br>ATTN: PATRICK NOAKER<br>C/O: PATRICK NOAKER, NOAKER LAW FIRM, LLC<br>1600 UTICA AVENUE S, 9TH FLOOR<br>ST. LOUIS PARK, MN 55416 | Line 8<br>☐ Not listed. Explain _____ | |

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* 20-12345 (SCC) |
|---|---|---|
| | Name | |

## Part 3:    Additional Page for Others to Be Notified About Unsecured Claims

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 8 ANONYMOUS PK<br>ATTN: LEANDER L. JAMES IV, CRAIG VERNON<br>C/O: JAMES, VERNON & WEEKS, P.A.<br>1626 LINCOLN WAY<br>COEUR D'ALENE, ID 83815 | Line 8<br>☐ Not listed. Explain _____ | |
| 9 ANONYMOUS RP<br>ATTN: PATRICK NOAKER<br>C/O: PATRICK NOAKER, NOAKER LAW FIRM, LLC<br>1600 UTICA AVENUE S,9TH FLOOR<br>ST. LOUIS PARK, MN55416 | Line 9<br>☐ Not listed. Explain _____ | |
| 10 ANONYMOUS RP<br>ATTN: LEANDER L. JAMES IV, CRAIG VERNON<br>C/O: JAMES, VERNON & WEEKS, P.A.<br>1626 LINCOLN WAY<br>COEUR D'ALENE, ID 83815 | Line 9<br>☐ Not listed. Explain _____ | |
| 11 ANONYMOUS SMR<br>ATTN: STEPHAN H. PESKIN<br>C/O: PESKIN, TOLMAGE, PESKIN, HARRIS & FALICK<br>20 VESEY STREET, 7TH FLOOR<br>NEW YORK, NY 10007 | Line 10<br>☐ Not listed. Explain _____ | |
| 12 ANONYMOUS SMR<br>ATTN: LEANDER L. JAMES IV, CRAIG VERNON<br>C/O: JAMES, VERNON & WEEKS, P.A.<br>1626 LINCOLN WAY<br>COEUR D'ALENE, ID 83815 | Line 10<br>☐ Not listed. Explain _____ | |
| 13 ARK3 DOE<br>ATTN: RALPH DESIMONE<br>C/O: DESIMONE & ASSOCIATES, LLC<br>745 FIFTH AVENUE, SUITE 500<br>NEW YORK, NY 10151 | Line 44<br>☐ Not listed. Explain _____ | |
| 14 CLAIMANT 2020-2049046<br>C/O: EISENBERG & BAUM, LLP<br>ATTN: ADRIANA ALCALDE, ESQ.<br>24 UNION SQUARE EAST<br>NEW YORK, NY 10003 | Line 431<br>☐ Not listed. Explain _____ | |
| 15 CLAIMANT 2020-2049048<br>C/O: CERTAIN & ZILBERG, LLC<br>ATTN: GARY CERTAIN, ESQ.<br>488 MADISON AVENUE<br>NEW YORK, NY 10022 | Line 432<br>☐ Not listed. Explain _____ | |
| 16 F.C.<br>ATTN: VINCENT NAPPO, ANELGA DOUMANIAN<br>C/O: PFAU COCHRAN VERTETIS AMALA PLLC<br>31 HUDSON YARDS, 11TH FLOOR, SUITE 36<br>NEW YORK, NY 10001-2170 | Line 102<br>☐ Not listed. Explain _____ | |
| 17 INSURANCE CLAIMANT 237<br>ADDRESS ON FILE | Line 153<br>☐ Not listed. Explain _____ | |

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

## Part 3: Additional Page for Others to Be Notified About Unsecured Claims

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 18 INSURANCE CLAIMANT 36<br>ADDRESS ON FILE | Line 192<br><br>☐ Not listed. Explain _____ | |
| 19 INSURANCE CLAIMANT 373<br>ADDRESS ON FILE | Line 196<br><br>☐ Not listed. Explain _____ | |
| 20 J.C.<br>ATTN: VINCENT NAPPO, ANELGA DOUMANIAN<br>C/O: PFAU COCHRAN VERTETIS AMALA PLLC<br>31 HUDSON YARDS, 11TH FLOOR, SUITE 36<br>NEW YORK, NY 10001-2170 | Line 253<br><br>☐ Not listed. Explain _____ | |
| 21 PLAINTIFF 2020-1999348<br>ATTN: VINCENT NAPPO, ANELGA DOUMANIAN<br>C/O: PFAU COCHRAN VERTETIS AMALA PLLC<br>31 HUDSON YARDS, 11TH FLOOR, SUITE 36<br>NEW YORK, NY 10001-2170 | Line 426<br><br>☐ Not listed. Explain _____ | |
| 22 PLAINTIFF 2020-1999352<br>ATTN: GERARD J. SWEENEY<br>C/O: SWEENEY, REICH & BOLZ, LLP<br>1981 MARCUS AVENUE, SUITE 200<br>LAKE SUCCESS, NY 11042 | Line 322<br><br>☐ Not listed. Explain _____ | |
| 23 PLAINTIFF 2020-1999353<br>ATTN: VINCENT NAPPO, ANELGA DOUMANIAN<br>C/O: PFAU COCHRAN VERTETIS AMALA PLLC<br>31 HUDSON YARDS, 11TH FLOOR, SUITE 36<br>NEW YORK, NY 10001-2170 | Line 323<br><br>☐ Not listed. Explain _____ | |
| 24 PLAINTIFF 2020-1999354<br>ATTN: VINCENT NAPPO, ANELGA DOUMANIAN<br>C/O: PFAU COCHRAN VERTETIS AMALA PLLC<br>31 HUDSON YARDS, 11TH FLOOR, SUITE 36<br>NEW YORK, NY 10001-2170 | Line 324<br><br>☐ Not listed. Explain _____ | |
| 25 PLAINTIFF 2020-1999362<br>ATTN: GERARD J. SWEENEY<br>C/O: SWEENEY, REICH & BOLZ, LLP<br>1981 MARCUS AVENUE, SUITE 200<br>LAKE SUCCESS, NY 11042 | Line 326<br><br>☐ Not listed. Explain _____ | |
| 26 PLAINTIFF 2020-1999367<br>ATTN: GARY CERTAIN, MICHAEL ZILBERG<br>C/O: CERTAIN & ZILBERG<br>488 MADISON AVENUE 20TH FLOOR<br>NEW YORK, NY 10022 | Line 327<br><br>☐ Not listed. Explain _____ | |
| 27 PLAINTIFF 2020-1999372<br>ATTN: GARY CERTAIN<br>C/O: CERTAIN & ZILBERG<br>488 MADISON AVENUE 20TH FLOOR<br>NEW YORK, NY 10022 | Line 329<br><br>☐ Not listed. Explain _____ | |

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* 20-12345 (SCC) |
|---|---|---|
| | Name | |

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 28  PLAINTIFF 2020-1999381<br>ATTN: GARY CERTAIN<br>C/O: CERTAIN & ZILBERG<br>488 MADISON AVENUE 20TH FLOOR<br>NEW YORK, NY 10022 | Line 332<br><br>☐ Not listed. Explain _____ | |
| 29  PLAINTIFF 2020-1999382<br>ATTN: GERARD J. SWEENEY<br>C/O: SWEENEY, REICH & BOLZ, LLP<br>1981 MARCUS AVENUE, SUITE 200<br>LAKE SUCCESS, NY 11042 | Line 333<br><br>☐ Not listed. Explain _____ | |
| 30  PLAINTIFF 2020-1999393<br>ATTN: VINCENT NAPPO, ANELGA DOUMANIAN<br>C/O: PFAU COCHRAN VERTETIS AMALA PLLC<br>31 HUDSON YARDS, 11TH FLOOR, SUITE 36<br>NEW YORK, NY 10001-2170 | Line 335<br><br>☐ Not listed. Explain _____ | |
| 31  PLAINTIFF 2020-1999395<br>ATTN: MITCHELL GARABEDIAN, WILLIAM H. GORDON<br>C/O: LAW OFFICES OF MITCHELL GARABEDIAN<br>100 STATE STREET, 6TH FLOOR<br>BOSTON, MA 02109 | Line 337<br><br>☐ Not listed. Explain _____ | |
| 32  PLAINTIFF 2020-1999400<br>ATTN: ANELGA DOUMANIAN, MICHAEL T. PFAU, JASON AMALA<br>C/O: PFAU COCHRAN VERTETIS AMALA PLLC<br>31 HUDSON YARDS, 11TH FLOOR, SUITE 36<br>NEW YORK, NY 10001-2170 | Line 338<br><br>☐ Not listed. Explain _____ | |
| 33  PLAINTIFF 2020-1999403<br>ATTN: ANELGA DOUMANIAN, MICHAEL T. PFAU, JASON AMALA<br>C/O: PFAU COCHRAN VERTETIS AMALA PLLC<br>403 COLUMBIA STREET SUITE 500<br>SEATTLE, WA 98104 | Line 338<br><br>☐ Not listed. Explain _____ | |
| 34  PLAINTIFF 2020-1999405<br>ATTN: MITCHELL GARABEDIAN, WILLIAM H. GORDON<br>C/O: LAW OFFICES OF MITCHELL GARABEDIAN<br>100 STATE STREET, 6TH FLOOR<br>BOSTON, MA 02109 | Line 339<br><br>☐ Not listed. Explain _____ | |
| 35  PLAINTIFF 2020-1999419<br>ATTN: MITCHELL GARABEDIAN, WILLIAM H. GORDON<br>C/O: LAW OFFICES OF MITCHELL GARABEDIAN<br>100 STATE STREET, 6TH FLOOR<br>BOSTON, MA 02109 | Line 343<br><br>☐ Not listed. Explain _____ | |
| 36  PLAINTIFF 2020-1999432<br>ATTN: VINCENT NAPPO, ANELGA DOUMANIAN<br>C/O: PFAU COCHRAN VERTETIS AMALA PLLC<br>31 HUDSON YARDS, 11TH FLOOR, SUITE 36<br>NEW YORK, NY 10001-2170 | Line 345<br><br>☐ Not listed. Explain _____ | |
| 37  PLAINTIFF 2020-1999433<br>ATTN: MITCHELL GARABEDIAN, WILLIAM H. GORDON<br>C/O: LAW OFFICES OF MITCHELL GARABEDIAN<br>100 STATE STREET, 6TH FLOOR<br>BOSTON, MA 02109 | Line 346<br><br>☐ Not listed. Explain _____ | |

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* 20-12345 (SCC) |
| | Name | |

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 38 PLAINTIFF 2020-1999438<br>ATTN: GARY CERTAIN, MICHAEL ZILBERG<br>C/O: CERTAIN & ZILBERG<br>488 MADISON AVENUE 20TH FLOOR<br>NEW YORK, NY 10022 | Line 347<br><br>☐ Not listed. Explain _____ | |
| 39 PLAINTIFF 2020-1999452<br>ATTN: VINCENT NAPPO, ANELGA DOUMANIAN<br>C/O: PFAU COCHRAN VERTETIS AMALA PLLC<br>31 HUDSON YARDS, 11TH FLOOR, SUITE 36<br>NEW YORK, NY 10001-2170 | Line 351<br><br>☐ Not listed. Explain _____ | |
| 40 PLAINTIFF 2020-1999458<br>ATTN: MITCHELL GARABEDIAN, WILLIAM H. GORDON<br>C/O: LAW OFFICES OF MITCHELL GARABEDIAN<br>100 STATE STREET, 6TH FLOOR<br>BOSTON, MA 02109 | Line 352<br><br>☐ Not listed. Explain _____ | |
| 41 PLAINTIFF 2020-1999467<br>ATTN: GERARD J. SWEENEY<br>C/O: SWEENEY, REICH & BOLZ, LLP<br>1981 MARCUS AVENUE, SUITE 200<br>LAKE SUCCESS, NY 11042 | Line 356<br><br>☐ Not listed. Explain _____ | |
| 42 PLAINTIFF 2020-1999473<br>ATTN: MITCHELL GARABEDIAN, WILLIAM H. GORDON<br>C/O: LAW OFFICES OF MITCHELL GARABEDIAN<br>100 STATE STREET, 6TH FLOOR<br>BOSTON, MA 02109 | Line 357<br><br>☐ Not listed. Explain _____ | |
| 43 PLAINTIFF 2020-1999488<br>ATTN: GARY CERTAIN<br>C/O: CERTAIN & ZILBERG<br>488 MADISON AVENUE 20TH FLOOR<br>NEW YORK, NY 10022 | Line 359<br><br>☐ Not listed. Explain _____ | |
| 44 PLAINTIFF 2020-1999501<br>ATTN: GERARD J. SWEENEY<br>C/O: SWEENEY, REICH & BOLZ, LLP<br>1981 MARCUS AVENUE, SUITE 200<br>LAKE SUCCESS, NY 11042 | Line 362<br><br>☐ Not listed. Explain _____ | |
| 45 PLAINTIFF 2020-1999507<br>ATTN: GERARD J. SWEENEY<br>C/O: SWEENEY, REICH & BOLZ, LLP<br>1981 MARCUS AVENUE, SUITE 200<br>LAKE SUCCESS, NY 11042 | Line 366<br><br>☐ Not listed. Explain _____ | |
| 46 PLAINTIFF 2020-1999509<br>ATTN: MITCHELL GARABEDIAN, WILLIAM H. GORDON<br>C/O: LAW OFFICES OF MITCHELL GARABEDIAN<br>100 STATE STREET, 6TH FLOOR<br>BOSTON, MA 02109 | Line 371<br><br>☐ Not listed. Explain _____ | |
| 47 PLAINTIFF 2020-1999511<br>ATTN: GERARD J. SWEENEY<br>C/O: SWEENEY, REICH & BOLZ, LLP<br>1981 MARCUS AVENUE, SUITE 200<br>LAKE SUCCESS, NY 11042 | Line 369<br><br>☐ Not listed. Explain _____ | |

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 48 PLAINTIFF 2020-1999513<br>ATTN: RICHARD SWEENEY<br>C/O: SWEENEY, REICH & BOLZ, LLP<br>1981 MARCUS AVENUE, SUITE 200<br>LAKE SUCCESS, NY 11042 | Line 370<br>☐ Not listed. Explain _____ | |
| 49 PLAINTIFF 2020-1999517<br>ATTN: STEPHAN H. PESKIN<br>C/O: TOLMAGE, PESKIN, HARRIS, & FALICK<br>20 VESEY STREET, 7TH FLOOR<br>NEW YORK, NY 10007 | Line 372<br>☐ Not listed. Explain _____ | |
| 50 PLAINTIFF 2020-1999518<br>ATTN: RICHARD SWEENEY<br>C/O: SWEENEY, REICH & BOLZ, LLP<br>1981 MARCUS AVENUE, SUITE 200<br>LAKE SUCCESS, NY 11042 | Line 373<br>☐ Not listed. Explain _____ | |
| 51 PLAINTIFF 2020-1999519<br>ATTN: MITCHELL GARABEDIAN, WILLIAM H. GORDON<br>C/O: LAW OFFICES OF MITCHELL GARABEDIAN<br>100 STATE STREET, 6TH FLOOR<br>BOSTON, MA 02109 | Line 374<br>☐ Not listed. Explain _____ | |
| 52 PLAINTIFF 2020-1999520<br>ATTN: LEANDER L. JAMES IV, CRAIG VERNON<br>C/O: JAMES, VERNON & WEEKS, P.A.<br>1626 LINCOLN WAY<br>COEUR D'ALENE, ID 83815 | Line 372<br>☐ Not listed. Explain _____ | |
| 53 PLAINTIFF 2020-1999524<br>ATTN: GARY CERTAIN<br>C/O: CERTAIN & ZILBERG<br>488 MADISON AVENUE 20TH FLOOR<br>NEW YORK, NY 10022 | Line 375<br>☐ Not listed. Explain _____ | |
| 54 PLAINTIFF 2020-1999526<br>ATTN: VINCENT NAPPO, ANELGA DOUMANIAN<br>C/O: PFAU COCHRAN VERTETIS AMALA PLLC<br>31 HUDSON YARDS, 11TH FLOOR, SUITE 36<br>NEW YORK, NY 10001-2170 | Line 376<br>☐ Not listed. Explain _____ | |
| 55 PLAINTIFF 2020-1999532<br>ATTN: ANELGA DOUMANIAN, MICHAEL T. PFAU, JASON AMALA<br>C/O: PFAU COCHRAN VERTETIS AMALA PLLC<br>31 HUDSON YARDS, 11TH FLOOR, SUITE 36<br>NEW YORK, NY 10001-2170 | Line 378<br>☐ Not listed. Explain _____ | |
| 56 PLAINTIFF 2020-1999533<br>ATTN: MITCHELL GARABEDIAN, WILLIAM H. GORDON<br>C/O: LAW OFFICES OF MITCHELL GARABEDIAN<br>100 STATE STREET, 6TH FLOOR<br>BOSTON, MA 02109 | Line 379<br>☐ Not listed. Explain _____ | |
| 57 PLAINTIFF 2020-1999535<br>ATTN: ANELGA DOUMANIAN, MICHAEL T. PFAU, JASON AMALA<br>C/O: PFAU COCHRAN VERTETIS AMALA PLLC<br>403 COLUMBIA STREET SUITE 500<br>SEATTLE, WA 98104 | Line 378<br>☐ Not listed. Explain _____ | |

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number (if known) | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 58 PLAINTIFF 2020-1999537<br>ATTN: VINCENT NAPPO, ANELGA DOUMANIAN<br>C/O: PFAU COCHRAN VERTETIS AMALA PLLC<br>31 HUDSON YARDS, 11TH FLOOR, SUITE 36<br>NEW YORK, NY 10001-2170 | Line 381<br><br>☐ Not listed. Explain _____ | |
| 59 PLAINTIFF 2020-1999539<br>ATTN: CHRISTOPHER HURLEY, EVAN SMOLA, MARK MCKENNA<br>C/O: HURLEY MCKENNA & MERTZ P.C.<br>33 N. DEARBORN STREET, SUITE 1430<br>CHICAGO, IL 60602 | Line 382<br><br>☐ Not listed. Explain _____ | |
| 60 PLAINTIFF 2020-1999541<br>ATTN: ANELGA DOUMANIAN, MICHAEL T. PFAU, JASON AMALA<br>C/O: PFAU COCHRAN VERTETIS AMALA PLLC<br>31 HUDSON YARDS, 11TH FLOOR, SUITE 36<br>NEW YORK, NY 10001-2170 | Line 383<br><br>☐ Not listed. Explain _____ | |
| 61 PLAINTIFF 2020-1999544<br>ATTN: ANELGA DOUMANIAN, MICHAEL T. PFAU, JASON AMALA<br>C/O: PFAU COCHRAN VERTETIS AMALA PLLC<br>403 COLUMBIA STREET SUITE 500<br>SEATTLE, WA 98104 | Line 383<br><br>☐ Not listed. Explain _____ | |
| 62 PLAINTIFF 2020-1999545<br>ATTN: VINCENT NAPPO, ANELGA DOUMANIAN<br>C/O: PFAU COCHRAN VERTETIS AMALA PLLC<br>31 HUDSON YARDS, 11TH FLOOR, SUITE 36<br>NEW YORK, NY 10001-2170 | Line 385<br><br>☐ Not listed. Explain _____ | |
| 63 PLAINTIFF 2020-1999549<br>ATTN: GARY CERTAIN<br>C/O: CERTAIN & ZILBERG<br>488 MADISON AVENUE 20TH FLOOR<br>NEW YORK, NY 10022 | Line 387<br><br>☐ Not listed. Explain _____ | |
| 64 PLAINTIFF 2020-1999554<br>ATTN: ANELGA DOUMANIAN, MICHAEL T. PFAU, JASON AMALA<br>C/O: PFAU COCHRAN VERTETIS AMALA PLLC<br>31 HUDSON YARDS, 11TH FLOOR, SUITE 36<br>NEW YORK, NY 10001-2170 | Line 388<br><br>☐ Not listed. Explain _____ | |
| 65 PLAINTIFF 2020-1999556<br>ATTN: ANELGA DOUMANIAN, MICHAEL T. PFAU, JASON AMALA<br>C/O: PFAU COCHRAN VERTETIS AMALA PLLC<br>403 COLUMBIA STREET SUITE 500<br>SEATTLE, WA 98104 | Line 388<br><br>☐ Not listed. Explain _____ | |
| 66 PLAINTIFF 2020-1999557<br>ATTN: VINCENT NAPPO, ANELGA DOUMANIAN<br>C/O: PFAU COCHRAN VERTETIS AMALA PLLC<br>31 HUDSON YARDS, 11TH FLOOR, SUITE 36<br>NEW YORK, NY 10001-2170 | Line 391<br><br>☐ Not listed. Explain _____ | |
| 67 PLAINTIFF 2020-1999562<br>ATTN: GERARD J. SWEENEY<br>C/O: SWEENEY, REICH & BOLZ, LLP<br>1981 MARCUS AVENUE, SUITE 200<br>LAKE SUCCESS, NY 11042 | Line 393<br><br>☐ Not listed. Explain _____ | |

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

## Part 3: Additional Page for Others to Be Notified About Unsecured Claims

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 68 PLAINTIFF 2020-1999564<br>ATTN: GARY CERTAIN<br>C/O: CERTAIN & ZILBERG<br>488 MADISON AVENUE 20TH FLOOR<br>NEW YORK, NY 10022 | Line 394<br><br>☐ Not listed. Explain _____ | |
| 69 PLAINTIFF 2020-1999569<br>ATTN: GARY CERTAIN<br>C/O: CERTAIN & ZILBERG<br>488 MADISON AVENUE 20TH FLOOR<br>NEW YORK, NY 10022 | Line 396<br><br>☐ Not listed. Explain _____ | |
| 70 PLAINTIFF 2020-1999575<br>ATTN: GARY CERTAIN<br>C/O: CERTAIN & ZILBERG<br>488 MADISON AVENUE 20TH FLOOR<br>NEW YORK, NY 10022 | Line 400<br><br>☐ Not listed. Explain _____ | |
| 71 PLAINTIFF 2020-1999581<br>ATTN: GARY CERTAIN<br>C/O: CERTAIN & ZILBERG<br>488 MADISON AVENUE 20TH FLOOR<br>NEW YORK, NY 10022 | Line 401<br><br>☐ Not listed. Explain _____ | |
| 72 PLAINTIFF 2020-1999582<br>ATTN: GARY CERTAIN<br>C/O: CERTAIN & ZILBERG<br>488 MADISON AVENUE 20TH FLOOR<br>NEW YORK, NY 10022 | Line 402<br><br>☐ Not listed. Explain _____ | |
| 73 PLAINTIFF 2020-1999583<br>ATTN: VINCENT NAPPO, ANELGA DOUMANIAN<br>C/O: PFAU COCHRAN VERTETIS AMALA PLLC<br>31 HUDSON YARDS, 11TH FLOOR, SUITE 36<br>NEW YORK, NY 10001-2170 | Line 403<br><br>☐ Not listed. Explain _____ | |
| 74 PLAINTIFF 2020-1999587<br>ATTN: RICHARD SWEENEY<br>C/O: SWEENEY, REICH & BOLZ, LLP<br>1981 MARCUS AVENUE, SUITE 200<br>LAKE SUCCESS, NY 11042 | Line 404<br><br>☐ Not listed. Explain _____ | |
| 75 PLAINTIFF 2020-1999592<br>ATTN: MITCHELL GARABEDIAN, WILLIAM H. GORDON<br>C/O: LAW OFFICES OF MITCHELL GARABEDIAN<br>100 STATE STREET,6TH FLOOR<br>BOSTON, MA 02109 | Line 407<br><br>☐ Not listed. Explain _____ | |
| 76 PLAINTIFF 2020-1999599<br>ATTN: GARY CERTAIN<br>C/O: CERTAIN & ZILBERG<br>488 MADISON AVENUE 20TH FLOOR<br>NEW YORK, NY 10022 | Line 412<br><br>☐ Not listed. Explain _____ | |
| 77 PLAINTIFF 2020-1999600<br>ATTN: ANELGA DOUMANIAN, MICHAEL T. PFAU, JASON AMALA<br>C/O: PFAU COCHRAN VERTETIS AMALA PLLC<br>31 HUDSON YARDS, 11TH FLOOR, SUITE 36<br>NEW YORK, NY 10001-2170 | Line 413<br><br>☐ Not listed. Explain _____ | |

Debtor      The Roman Catholic Diocese of Rockville Centre, New York          Case number *(if known)*   20-12345 (SCC)
            Name

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------------------------|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 78 PLAINTIFF 2020-1999601<br>ATTN: VINCENT NAPPO, ANELGA DOUMANIAN<br>C/O: PFAU COCHRAN VERTETIS AMALA PLLC<br>31 HUDSON YARDS, 11TH FLOOR, SUITE 36<br>NEW YORK, NY 10001-2170 | Line 414<br><br>☐ Not listed. Explain _____ | |
| 79 PLAINTIFF 2020-1999603<br>ATTN: ANELGA DOUMANIAN, MICHAEL T. PFAU, JASON AMALA<br>C/O: PFAU COCHRAN VERTETIS AMALA PLLC<br>403 COLUMBIA STREET SUITE 500<br>SEATTLE, WA 98104 | Line 413<br><br>☐ Not listed. Explain _____ | |
| 80 PLAINTIFF 2020-1999606<br>ATTN: RICHARD SWEENEY<br>C/O: SWEENEY, REICH & BOLZ, LLP<br>1981 MARCUS AVENUE, SUITE 200<br>LAKE SUCCESS, NY 11042 | Line 415<br><br>☐ Not listed. Explain _____ | |
| 81 PLAINTIFF 2020-1999608<br>ATTN: LAURA A. AHEARN<br>C/O: LAURA A. AHEARN, ESQ. PLLC<br>3075 VETERAN'S MEMORIAL HWY., SUITE 200<br>RONKONKOMA, NY 11779 | Line 415<br><br>☐ Not listed. Explain _____ | |
| 82 PLAINTIFF 2020-1999609<br>ATTN: ANELGA DOUMANIAN, MICHAEL T. PFAU, JASON AMALA<br>C/O: PFAU COCHRAN VERTETIS AMALA PLLC<br>31 HUDSON YARDS, 11TH FLOOR, SUITE 36<br>NEW YORK, NY 10001-2170 | Line 416<br><br>☐ Not listed. Explain _____ | |
| 83 PLAINTIFF 2020-1999611<br>ATTN: ANELGA DOUMANIAN, MICHAEL T. PFAU, JASON AMALA<br>C/O: PFAU COCHRAN VERTETIS AMALA PLLC<br>403 COLUMBIA STREET SUITE 500<br>SEATTLE, WA 98104 | Line 416<br><br>☐ Not listed. Explain _____ | |
| 84 PLAINTIFF 2020-1999615<br>ATTN: GARY CERTAIN<br>C/O: CERTAIN & ZILBERG<br>488 MADISON AVENUE 20TH FLOOR<br>NEW YORK, NY 10022 | Line 419<br><br>☐ Not listed. Explain _____ | |
| 85 PLAINTIFF 2020-1999616<br>ATTN: GERARD J. SWEENEY<br>C/O: SWEENEY, REICH & BOLZ, LLP<br>1981 MARCUS AVENUE, SUITE 200<br>LAKE SUCCESS, NY 11042 | Line 420<br><br>☐ Not listed. Explain _____ | |
| 86 PLAINTIFF 2020-1999623<br>ATTN: MICHAEL T. PFAU<br>C/O: PFAU COCHRAN VERTETIS AMALA PLLC<br>403 COLUMBIA STREET SUITE 500<br>SEATTLE, WA 98104 | Line 421<br><br>☐ Not listed. Explain _____ | |
| 87 PLAINTIFF 2020-1999628<br>ATTN: GARY CERTAIN<br>C/O: CERTAIN & ZILBERG<br>488 MADISON AVENUE 20TH FLOOR<br>NEW YORK, NY 10022 | Line 423<br><br>☐ Not listed. Explain _____ | |

Debtor    The Roman Catholic Diocese of Rockville Centre, New York
      Name

Case number *(if known)*    20-12345 (SCC)

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 88 PLAINTIFF 2020-2001878<br>ATTN: GARY CERTAIN<br>C/O: CERTAIN & ZILBERG<br>488 MADISON AVENUE 20TH FLOOR<br>NEW YORK, NY 10022 | Line 427<br><br>☐ Not listed. Explain _____ | |
| 89 PLAINTIFF 2020-2014764<br>ATTN: GARY CERTAIN<br>C/O: CERTAIN & ZILBERG<br>488 MADISON AVENUE 20TH FLOOR<br>NEW YORK, NY 10022 | Line 429<br><br>☐ Not listed. Explain _____ | |
| 90 PLAINTIFF 2020-2014765<br>ATTN: WILLIAM GORDON, MITCHELL GARABEDIAN<br>C/O: LAW OFFICES OF MITCHELL GARABEDIAN<br>100 STATE STREET, 6TH FLOOR<br>BOSTON, MA 02109 | Line 430<br><br>☐ Not listed. Explain _____ | |
| 91 S.T.<br>ATTN: MICHAEL T. PFAU<br>C/O: PFAU COCHRAN VERTETIS AMALA PLLC<br>403 COLUMBIA STREET SUITE 500<br>SEATTLE, WA 98104 | Line 450<br><br>☐ Not listed. Explain _____ | |
| 92 SHC-MG-3 DOE<br>ATTN: MITCHELL GARABEDIAN, WILLIAM H. GORDON<br>C/O: LAW OFFICES OF MITCHELL GARABEDIAN<br>100 STATE STREET, 6TH FLOOR<br>BOSTON, MA 02109 | Line 452<br><br>☐ Not listed. Explain _____ | |

Debtor    The Roman Catholic Diocese of Rockville Centre, New York _____    Case number *(if known)* 20-12345 (SCC) _____
Name

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | $ | 0.00 |
| 5b.  **Total claims from Part 2** | 5b. **+** | $ | 52,837.44 <br> + undetermined amounts |
| 5c.  **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ | 52,837.44 <br> + undetermined amounts |

**Fill in this information to identify the case:**

Debtor name   The Roman Catholic Diocese of Rockville Centre, New York

United States Bankruptcy Court for the: Southern                District of   New York

Case number (If known):    20-12345 (SCC)                Chapter   11

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed in *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Clergy Service Agreement | ADELPHI UNIVERSITY<br>ONE SOUTH AVENUE<br>PO BOX 701<br>GARDEN CITY, NY 11530-0701 |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Master Service Agreement And Amendment | ADP, INC.<br>ATTN: GENERAL MANAGER<br>205 MAIN AVENUE<br>CLIFTON, NJ 07014 |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HR Services Agreement | ADP, INC.<br>ATTN: GENERAL MANAGER<br>10407 CENTURION PARKWAY NORTH<br>JACKSONVILLE, FL 32256 |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Software License | ADVANCED ENTERPRISE TECHNOLOGIES INC.<br>225 STATE STREET<br>MEDIA, PA 19063-1537 |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Sublicensing Agreement | ADVANCED ENTERPRISE TECHNOLOGIES INC.<br>225 STATE STREET<br>MEDIA, PA 19063-1537 |

Debtor    __The Roman Catholic Diocese of Rockville Centre, New York__
Name

Case number *(if known)*  __20-12345 (SCC)__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.6** | **State what the contract or lease is for and the nature of the debtor's interest** | Vmware Subscription - Airwatch | AIRWATCH<br>1155 PERIMETER CENTER WEST<br>ATLANTA, GA 30338 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.7** | **State what the contract or lease is for and the nature of the debtor's interest** | To Provide Administrative And Accounting Services | ALL SAINTS REGIONAL SCHOOL<br>12 PEARSALL AVE.<br>GLEN COVE, NY 11542 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.8** | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Policy: Property Insurance, 04/01/2020 - 04/01/2021: Policy #: 0311-7926-1N | ALLIED WORLD NATIONAL ASSURANCE COMPANY<br>160 FEDERAL STREET, 6TH FLOOR<br>BOSTON, MA 02110 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.9** | **State what the contract or lease is for and the nature of the debtor's interest** | Internet Service - Bishop's Residence | ALTICE BUSINESS<br>200 JERICHO QUADRANGLE<br>JERICHO, NY 11753 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.10** | **State what the contract or lease is for and the nature of the debtor's interest** | Internet Service - Department Of Education | ALTICE BUSINESS<br>200 JERICHO QUADRANGLE<br>JERICHO, NY 11753 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.11** | **State what the contract or lease is for and the nature of the debtor's interest** | Digital Roadmap Of Website | AMERICAN EAGLE<br>275 MADISON AVENUE<br>SUITE 1901<br>NEW YORK, NY 10016 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.12** | **State what the contract or lease is for and the nature of the debtor's interest** | Corporate Amex For Drvc | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.<br>AMERICA EXPRESS ADR<br>C/O: CT CORPORATION SYSTEM<br>111 8TH AVENUE<br>NEW YORK, NY 10011 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* 20-12345 (SCC) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Program Acknowledgment Payroll Deduction | AMERICAN FAMILY LIFE ASSURANCE COMPANY OF NEW YORK (AFLAC NEW YORK)<br>ONE MARCUS BLVD.<br>ALBANY, NY 12205 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Cell Tower Lease | AMERICAN MESSAGING SERVICES, LLC - CENTRAL ISLIP TOWER<br>1720 LAKEPOINTE DRIVE, SUITE 100<br>LEWISVILLE, TX 75057 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | Cell Tower Lease | AMERICAN MESSAGING SERVICES, LLC - SYOSSET TOWER<br>1720 LAKEPOINTE DRIVE, SUITE 100<br>LEWISVILLE, TX 75057 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Partnership Agreement | ARCHDIOCESE OF NEW YORK<br>1011 1ST AVENUE<br>NEW YORK, NY 10022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy: Property Insurance, 04/01/2020 - 04/01/2021: Policy #: PX00G7220 | ASPEN SPECIALTY INSURANCE COMPANY<br>ADMINISTRATIVE OFFICE<br>175 CAPITAL BOULEVARD SUITE 300<br>ROCKY HILL, CT 06067 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | To Provide Administrative And Accounting Services | ASSUMPTION BLESSED VIRGIN MARY RCC<br>20 CHESTNUT STREET<br>CENTEREACH, NY 11720 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | Companion Referrals | AT HOME AGING, LTD.<br>142 MINEOLA BLVD.<br>MINEOLA, NY 11501 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _____The Roman Catholic Diocese of Rockville Centre, New York_____     Case number (if known) __20-12345 (SCC)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy: Property Insurance, 04/01/2020 - 04/01/2021: Policy #: 01-B-XP-P00000192-1 | ATEGRITY SPECIALTY INSURANCE COMPANY<br>15990 GREENWAY-HAYDEN LOOP<br>SUITE D-160<br>SCOTTSDALE, AZ 85260 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | Annual Subscription | AVAYA INC.<br>P.O. BOX 5332<br>NEW YORK, NY 10087-5332 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy: Property Insurance, 04/01/2020 - 04/01/2021: Policy #: EAF636840-20 | AXIS SURPLUS INSURANCE COMPANY<br>111 SOUTH WACKER DRIVE, SUITE 3500<br>CHICAGO, IL 60606 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | External Auditors | BAKER TILLY VIRCHOW KRAUSE LLP.<br>125 BAYLIS ROAD<br>SUITE 300<br>MELVILLE, NY 11747-3800 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | Credit Card Processing For DRVC Entities | BANK OF AMERICA/CLOVER/FISERV<br>CLOVER NETWORK, INC<br>ATTN: INVESTIGATIONS DEPT<br>415 NORTH MATHILDA<br>SUNNYVALE, CA 94085 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | Spam Firewall 300 Subscription Agreement | BARRACUDA<br>3175 WINCHESTER BLVD.<br>CAMPBELL, CA 95008 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | Message Archive 450 Subscription Agreement | BARRACUDA<br>3175 WINCHESTER BLVD.<br>CAMPBELL, CA 95008 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* 20-12345 (SCC) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.27** | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy: Excess DIC Liability Insurance (D&O), 04/17/2020 - 04/17/2021: Policy #: BPRO8057631 | BERKLEY INSURANCE COMPANY 475 STEAMBOAT ROAD GREENWICH, CT 06830 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.28** | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy: Excess Liability, 11/01/2019 - 11/01/2020: Policy #: CUX09600545-06 | BERKLEY NATIONAL INSURANCE COMPANY 215 SHUMAN BOULEVARD, SUITE 200 NAPERVILLE, IL 60563 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.29** | State what the contract or lease is for and the nature of the debtor's interest | Unlimited-User Annual License Quote | BIDDLE CONSULTING GROUP, INC. ATTN: DANNY THOMPSON, ACCOUNT EXECUTIVE 193 BLUE RAVINE RD. SUITE 270 FOLSOM, CA 95630 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.30** | State what the contract or lease is for and the nature of the debtor's interest | Test Genius Online OPAC First Year Annual Software License Expiration Date: March 19, 2021 | BIDDLE CONSULTING GROUP, INC. 193 BLUE RAVINE RD. SUITE 270 FOLSOM, CA 95630 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.31** | State what the contract or lease is for and the nature of the debtor's interest | THF Donor Database Management | BLACKBAUD 2000 DANIEL ISLAND DRIVE CHARLESTON, SC 29492 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.32** | State what the contract or lease is for and the nature of the debtor's interest | To Provide Administrative And Accounting Services | BLESSED SACRAMENT RCC 201 N. CENTRAL AVENUE VALLEY STREAM, NY 11580 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.33** | State what the contract or lease is for and the nature of the debtor's interest | Roman Catholic Diocese Of Rockville Centre Lay Pension Plan Trust Agreement | BOSTON SAFE DEPOSIT AND TRUST COMPANY ATTN: GARY MARRA THE BANK OF NEW YORK MELLON 135 SANTILLI HIGHWAY AIM 026-0017 EVERETT, MA 02149 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor      The Roman Catholic Diocese of Rockville Centre, New York          Case number *(if known)*  20-12345 (SCC)
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | Anti-Virus Software | BROADCOM \ EC AMERICA INC.<br>8444 WEST PARK DR<br>SUITE 120<br>MCLEAN, VA 22102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | Media Monitoring Services | BURRELLES INFORMATION SERVICES, LLC.<br>30B VREELAND ROAD<br>FLORHAM PARK, NJ 07932 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | Copy Machines- IRADVC3525IV3 S Placed At 29 Quealy Place In Rockville Centre And IRADVC3525IV3 Placed At 440 West Neck Road I Huntington. | CANON SOLUTIONS AMERICA, INC.<br>ATTN:  CUSTOMER SERVICE DEPARTMENT<br>300 COMMERCE SQUARE BLVD.<br>BURLINGTON, NJ 08016 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | Copy Machine- IRADVC55401V3 Located 50 North Park, 5th Floor, Rockville Centre | CANON SOLUTIONS AMERICA, INC.<br>ATTN:  CUSTOMER SERVICE DEPARTMENT<br>300 COMMERCE SQUARE BLVD.<br>BURLINGTON, NJ 08016 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | Copy Machine- IRADVC5540IV2. For Central Vicariate Office, 125 Half Hollow Road In Deer Park | CANON SOLUTIONS AMERICA, INC.<br>ATTN:  CUSTOMER SERVICE DEPARTMENT<br>300 COMMERCE SQUARE BLVD.<br>BURLINGTON, NJ 08016 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | Copy Machine- IRADVC5535IV2 At 50 North Park, 4th Floor, In Rockville Centre | CANON SOLUTIONS AMERICA, INC.<br>ATTN:  CUSTOMER SERVICE DEPARTMENT<br>300 COMMERCE SQUARE BLVD.<br>BURLINGTON, NJ 08016 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | Copy Machine- IRADVC5560IV3, Education, 128 Cherrry Lane In Hicksville | CANON SOLUTIONS AMERICA, INC.<br>ATTN:  CUSTOMER SERVICE DEPARTMENT<br>300 COMMERCE SQUARE BLVD.<br>BURLINGTON, NJ 08016 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor    __The Roman Catholic Diocese of Rockville Centre, New York__
Name

Case number _(if known)_ __20-12345 (SCC)__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | Equipment Lease | CANON SOLUTIONS AMERICA, INC. ATTN: CUSTOMER SERVICE DEPARTMENT 300 COMMERCE SQUARE BLVD. BURLINGTON, NJ 08016 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | Copy Machines- IRADVC5550IV2, IRADVC5535IV2, IRADVC5550IV2, IRADVC550IV2 IRADVC5535IV2, | CANON SOLUTIONS AMERICA, INC. ATTN: CUSTOMER SERVICE DEPARTMENT 300 COMMERCE SQUARE BLVD. BURLINGTON, NJ 08016 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | Copy Machine, IRADVC5550IV2- Western Vicariate- Williston Park | CANON SOLUTIONS AMERICA, INC. ATTN: CUSTOMER SERVICE DEPARTMENT 300 COMMERCE SQUARE BLVD. BURLINGTON, NJ 08016 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | Copy Machines- Worship IRADVC5550IV2, Western Vicariate IRADVC5550IV2, Seminary IRADVC5550IV2, Massapequa ARADVC5535IV2, Prison IRADVC5535IV2 | CANON SOLUTIONS AMERICA, INC. ATTN: CUSTOMER SERVICE DEPARTMENT 300 COMMERCE SQUARE BLVD. BURLINGTON, NJ 08016 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | Credit Card Processing | CARDCONNECT TELECHECK MERCHANT SERVICES MAIL STOP A-12 7301 PACIFIC STREET OHAMA, NE 68114 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | Charitable Gift Annuity | CARMELA MILDRED DISPIGNO ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | Treatment of AC/Heating Circulating Water | CASCADE WATER SERVICES 113 BLOOMINGDALE ROAD HICKSVILLE, NY 11801 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor     __The Roman Catholic Diocese of Rockville Centre, New_York__          Case number *(if known)* __20-12345 (SCC)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | Nonprofit Employer Application For Membership | CATHOLIC BENEFITS ASSOCIATION 695 JERRY ST STE 306 CASTLE ROCK, CO 80104 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | Administrative Services Agreement | CATHOLIC CEMETERIES OF THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, INC. 111 OLD COUNTRY ROAD WESTBURY, NY 11590 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | Building Lease - Office Space | CATHOLIC FAITH NETWORK F/K/A TELECARE OF THE DIOCESE OF ROCKVILLE CENTRE, INC. 1200 GLENN CURTISS BLVD. UNIONDALE, NY 11553 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | Administrative Services Agreement | CATHOLIC FAITH NETWORK 1200 GLEN CURTISS BLVD. UNIONDALE, NY 11553 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | Administrative Services Agreement | CATHOLIC HEALTH SYSTEM OF LONG ISLAND, INC. ATTN: PRESIDENT AND CEO 992 NORTH VILLAGE AVENUE ROCKVILLE CENTRE, NY 11570 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | Administrative Services Agreement | CATHOLIC PRESS ASSOCIATION OF THE DIOCESE OF ROCKVILLE CENTRE, INC. |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | Hosting Service For Quickbooks Used By Parish Services | CATHONET LLC. A/K/A RIGHT NETWORKS 20 TRAFALGAR SQUARE SUITE 413 NASHUA, NH 03063-1996 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number (if known) 20-12345 (SCC) |
|--------|------|------|
|        | Name |      |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | NetApp Support Agreement | CDW GOVERNMENT<br>75 REMITTANCE DRIVE<br>SUITE 1515<br>CHICAGO, IL 60675-1515 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | Microsoft Open License | CDW |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | Retainer For Town Of Islip Approvals | CERTILMAN BALIN ADLER & HYMAN LLC<br>100 MOTOR PARKWAY<br>SUITE 560<br>HAUPPAUGE, NY 11788 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | Credit Card Agreement | CHASE MERCHANT SERVICE LLC.<br>265 BROAD HOLLOW ROAD<br>MELVILLE, NY 11747 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | Credit Card Agreement | CHASE MERCHANT SERVICE LLC.<br>265 BROAD HOLLOW ROAD<br>MELVILLE, NY 11747 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | Credit Card Agreement | CHASE MERCHANT SERVICE LLC.<br>265 BROAD HOLLOW ROAD<br>MELVILLE, NY 11747 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy: Business Travel Accident, 01/01/2009 - 01/01/2022: Policy #: 9907-93-00 | CHUBB GROUP OF INSURANCE COMPANIES<br>202B HALL'S MILL ROAD<br>P.O. BOX 1650<br>WHITEHOUSE STATION, NJ08889-1650 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor    __The Roman Catholic Diocese of Rockville Centre, New York__
Name                                                              Case number *(if known)* __20-12345 (SCC)__ _____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | Lease: Central Vicar Offices | CHURCH OF ST. PHILIP NERI<br>344 MAIN ST.<br>NORTHPORT, NY 11768 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | General Banking Services | CITIBANK, N.A.<br>ATTN: PABLO RAMIREZ<br>CITI COMMERCIAL BANK<br>6400 LAS COLINAS BLVD<br>IRVING, TX 75039 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | Claims Management Services | CLAIMS SERVICE BUREAU OF NEW YORK, INC.<br>21 HEMPSTEAD AVENUE<br>P.O. BOX 805<br>LYNBROOK, NY 11563 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | Claims Management Services | CLAIMS SERVICE BUREAU OF NEW YORK, INC.<br>21 HEMPSTEAD AVENUE<br>P.O. BOX 805<br>LYNBROOK, NY 11563 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | Cell Tower Leases - Call Sign: KNZ67 | CLEARWIRE SPECTRUM HOLDING III LLC.<br>1475 120TH AVENUE NE<br>BELLEVUE, WA 98005 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | Cell Tower Leases - Call Sign: KNZ68 | CLEARWIRE SPECTRUM HOLDING III LLC.<br>1475 120TH AVENUE NE<br>BELLEVUE, WA 98005 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | Cell Tower Leases - Call Sign: KNZ65 | CLEARWIRE SPECTRUM HOLDING III LLC.<br>1475 120TH AVENUE NE<br>BELLEVUE, WA 98005 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor     The Roman Catholic Diocese of Rockville Centre, New York     Case number (if known)  20-12345 (SCC)
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | Cell Tower Leases - Call Sign: WHR845 | CLEARWIRE SPECTRUM HOLDING III LLC.<br>1475 120TH AVENUE NE<br>BELLEVUE, WA 98005 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | Dedicated Internet Access | COGENT COMMUNICATIONS INC.<br>2454 NORTH STREET, NW<br>WASHINGTON, DC 20037 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | To Provide Administrative And Accounting Services | CORPUS CHRISTI RCC<br>155 GARFIELD AVENUE<br>MINEOLA, NY 11501 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | Maintenance Contract | COUNTY ENERGY CONTROLS, INC.<br>P.O. BOX 780<br>EAST QUOGUE, NY 11942 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | Priest Chapliancy Services | COUNTY OF SUFFOLK - SUFFOLK COUNTY CORRECTIONAL FACILITY<br>100 CENTER DRIVE<br>RIVERHEAD, NY 11901 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | Diocese Procurement Investigation | CROWE HORWATH LLP<br>225 WEST WACKER<br>SUITE 2600<br>CHICAGO, IL 60606 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy: Property Insurance, 04/01/2020 - 04/01/2021: Policy #: PPP-910786 | CRUM & FORSTER SPECIALTY INSURANCE COMPANY<br>305 MADISON AVENUE<br>MORRISTOWN, NJ 07960 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number (if known) 20-12345 (SCC) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | Charitable Gift Annuity | DAVID ROST<br>ADDRESS ON FILE |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | Charitable Gift Annuity | DAVID ROST<br>ADDRESS ON FILE |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | Administrative Services Agreement | DEPARTMENT OF EDUCATION, DIOCESE OF ROCKVILLE CENTRE<br>128 CHERRY STREET<br>HICKSVILLE, NY 11801 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | Building Lease - Office Space | DIOCESAN SERVICE, INC.<br>253 SUNRISE HIGHWAY<br>ROCKVILLE CENTRE, NY 11570 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | Administrative Services Agreement | DIOCESAN SERVICES INC.<br>50 NORTH PARK AVENUE<br>ROCKVILLE CENTRE, NY 11571 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | Diocese Of Rockville Centre Health & Welfare Benefits Program Document | DIOCESE OF ROCKVILLE CENTRE HEALTH & WELFARE BENEFITS PROGRAM<br>C/O: DIOCESE OF ROCKVILLE CENTRE<br>50 NORTH PARK AVENUE<br>ROCKVILLE CENTRE, NY 11570 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | Plan Document: Diocese Of Rockville Centre Health Care And Other Assistance Plan For Retired And Disabled Diocesan Priests | DIOCESE OF ROCKVILLE CENTRE HEALTH CARE AND OTHER ASSISTANCE PLAN FOR RETIRED AND DISABLED DIOCESAN PRIESTS<br>C/O: DIOCESE OF ROCKVILLE CENTRE<br>50 NORTH PARK AVENUE<br>ROCKVILLE CENTRE, NY 11570 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor    The Roman Catholic Diocese of Rockville Centre, New York
          Name

Case number *(if known)*  20-12345 (SCC)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | Plan Document:  Diocese Of Rockville Centre Pension Plan | DIOCESE OF ROCKVILLE CENTRE PENSION PLAN<br>C/O: DIOCESE OF ROCKVILLE CENTRE<br>50 NORTH PARK AVENUE<br>ROCKVILLE CENTRE, NY 11570 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | Plan Document: The Diocese Is The Plan Sponsor For The Diocese Of Rockville Centre Qualified Retirement Plan For Diocesan Priests. | DIOCESE OF ROCKVILLE CENTRE QUALIFIED RETIREMENT PLAN FOR DIOCESAN PRIESTS<br>C/O: DIOCESE OF ROCKVILLE CENTRE<br>50 NORTH PARK AVENUE<br>ROCKVILLE CENTRE, NY 11570 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | Esignature Services | DOCUSIGN, INC.<br>221 MAIN STREET<br>SUITE 1000<br>SAN FRANCISCO, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | Lease - Retired Priest Housing | DOMINICAN VILLAGE<br>565 ALBANY AVE.<br>AMITYVILLE, NY 11701 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | Firewall Services | EARTHLINK BUSINESS LLC.<br>ATTN: CORRESPONDENCE DIVISION<br>1720 GALLERIA BLVD.<br>CHARLOTTE, NC 28270 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | Administrative Services Agreement | ECCLESIA ASSURANCE COMPANY<br>50 NORTH PARK AVENUE<br>ROCKVILLE CENTRE, NY 11571 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy: Crime & Liability, 11/01/2019 - 11/01/2020: Policy #: PKG-2019-1 | ECCLESIA ASSURANCE COMPANY<br>50 NORTH PARK AVENUE<br>ROCKVILLE CENTRE, NY 11570 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number (if known) 20-12345 (SCC) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Policy: Property Insurance, 04/01/2020 - 04/01/2021: Policy #: EX-PROP-2020-1 | ECCLESIA ASSURANCE COMPANY 50 NORTH PARK AVENUE ROCKVILLE CENTRE, NY 11570 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Policy: Excess Liability, 11/01/2019 - 11/01/2020: Policy #: EX-LIAB-2019-1 | ECCLESIA ASSURANCE COMPANY 50 NORTH PARK AVENUE ROCKVILLE CENTRE, NY 11570 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Policy: Fiduciary Liability - Retention Reimbursement, 03/01/2020 - 03/01/2021: Policy #: RR-FIDLIAB-2020-1 | ECCLESIA ASSURANCE COMPANY 50 NORTH PARK AVENUE ROCKVILLE CENTRE, NY 11570 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Policy: Flood Insurance, 04/01/2020 - 04/01/2021: Policy #: PROP-2020-1 | ECCLESIA ASSURANCE COMPANY 50 NORTH PARK AVENUE ROCKVILLE CENTRE, NY 11570 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest** | Charitable Gift Annuity | ELIZABETH LEWIS ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** | Charitable Gift Annuity | ELIZABETH LEWIS ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** | Charitable Gift Annuity | EMIL A. WCELA ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* 20-12345 (SCC) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | Charitable Gift Annuity | EMIL A. WCELA<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | Group Insurance Benefits A Renewed Insurance Program For Diocese Of Rockville Centre | EMPIRE BLUE CROSS BLUE SHIELD<br>ATTN: SCOTT RAGATZ, DIRECTOR OF SALES<br>14 WALL STREET<br>NEW YORK, NY 10005 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | Stop Loss Policy | EMPIRE HEALTHCHOICE ASSURANCE, INC. DBA EMPIRE BLUESHIELD ("EMPIRE") |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | Stop Loss Policy | EMPIRE HEALTHCHOICE ASSURANCE, INC. DBA EMPIRE BLUESHIELD ("EMPIRE") |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy: Excess Liability, 11/01/2019 - 11/01/2020: Policy #: EXC30000024304 | ENDURANCE AMERICAN INSURANCE COMPANY<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy: Property Insurance, 04/01/2020 - 04/01/2021: Policy #: ESP300001621200 | ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | Administrative Services Agreement | EPIQ CORPORATE RESTRUCTURING, LLC<br>777 THIRD AVENUE, 12TH FLOOR<br>NEW YORK, NY 10017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number (if known) | 20-12345 (SCC) |
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy: Property Insurance, 04/01/2020 - 04/01/2021: Policy #: CA3P006358-201 | EVEREST INDEMNITY INSURANCE COMPANY 477 MARTINSVILLE ROAD P.O. BOX 830 LIBERTY CORNER, NJ 07938-0830 |
| | State the term remaining List the contract number of any government contract | | |
| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | Gas Card Agreement | EXXON FLEET CARD SERVICES P.O. BOX 6404 SIOUX FALLS, SD 57117-6404 |
| | State the term remaining List the contract number of any government contract | | |
| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy: Property Insurance - Equipment Breakdown, 04/01/2020 - 04/01/2021: Policy #: 7644-14-65 | FEDERAL INSURANCE COMPANY C/O CHUBB GROUP OF INSURANCE COMPANIES 202B HALL'S MILL ROAD WHITEHOUSE STATION, NJ 08889 |
| | State the term remaining List the contract number of any government contract | | |
| 2.107 | State what the contract or lease is for and the nature of the debtor's interest | Snow Removal Agreement | GENERAL LANDSCAPING EMERGENCY SNOW REMOVAL 20 LONG DRIVE HEMPSTEAD, NY 11550-4708 |
| | State the term remaining List the contract number of any government contract | | |
| 2.108 | State what the contract or lease is for and the nature of the debtor's interest | Cell Tower Lease | GEO BROADCAST SOLUTIONS, LLC - SYOSSET TOWER 875 NORTH MICHIGAN AVENUE, SUITE 3708 CHICAGO, IL 60611 |
| | State the term remaining List the contract number of any government contract | | |
| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | To Provide Administrative And Accounting Services | GERALD J. RYAN OUTREACH CTR. 1434 STRAIGHT PATH WYANDANCH, NY 11798 |
| | State the term remaining List the contract number of any government contract | | |
| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | Retention - Advisory Committee | GOLDIN ASSOCIATES 350 FIFTH AVENUE NEW YORK, NY 10018 |
| | State the term remaining List the contract number of any government contract | | |

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number (if known) 20-12345 (SCC) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.111 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy: Crime, 11/01/2019 - 11/01/2020: Policy #: SAA 5479782 16 | GREAT AMERICAN INSURANCE COMPANY<br>301 E. FOURTH ST.<br>CINCINNATI, OH 45202 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.112 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy: Auto, 09/01/2020 - 09/01/2021: Policy #: 1829-842 | GUIDEONE MUTUAL INSURANCE COMPANY<br>1111 ASHWORTH ROAD<br>WEST DES MOINES, IA 50265-3538 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.113 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy: Property Insurance, 04/01/2020 - 04/01/2021: Policy #: 73PRX20A557 | HALLMARK SPECIALTY INSURANCE COMPANY<br>TWO LINCOLN CENTER<br>5420 LYNDON B JOHNSON FREEWAY, SUITE1100<br>DALLAS, TX 75240-2345 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.114 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy: Cyber, 11/01/2019 - 11/01/2020: Policy #: SCYLD2511920000 | HDI SPECIALTY INSURANCE COMPANY<br>161 NORTH CLARK STREET, 48TH FLOOR<br>CHICAGO, IL 60601 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.115 | State what the contract or lease is for and the nature of the debtor's interest | HireRight Services Agreement And Addendum To Services Agreement (Credit & SSN Trace Services) | HIRERIGHT SOLUTIONS, INC.<br>ATTN: TIM M. WILLIS, VP DIRECTOR OF CONTRACTS<br>4500 SOUTH 129TH EAST AVENUE<br>SUITE 200<br>TULSA, OK 74134-5885 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.116 | State what the contract or lease is for and the nature of the debtor's interest | To Provide Administrative And Accounting Services | HOLY ANGELS REGIONAL SCHOOL<br>1 DIVISION STREET<br>PATCHOGUE, NY 11772 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.117 | State what the contract or lease is for and the nature of the debtor's interest | To Provide Administrative And Accounting Services | HOLY FAMILY REGIONAL SCHOOL<br>2 INDIAN HEAD ROAD<br>COMMACK, NY 11725 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number (if known) 20-12345 (SCC) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.118 | State what the contract or lease is for and the nature of the debtor's interest | To Provide Administrative And Accounting Services | HOLY NAME OF MARY RCC<br>55 E. JAMAICA AVENUE<br>VALLEY STREAM, NY 11580 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.119 | State what the contract or lease is for and the nature of the debtor's interest | To Provide Administrative And Accounting Services | HOLY SPIRIT RCC<br>16 SOUTH SIXTH STREET<br>NEW HYDE PARK, NY 11040 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.120 | State what the contract or lease is for and the nature of the debtor's interest | Credit Card For DRVC | HOME DEPOT<br>PO BOX 6405<br>SIOUX FALLS, SD 57117-6405 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.121 | State what the contract or lease is for and the nature of the debtor's interest | Car Lease | INFINITI OF LYNBROOK<br>843 SUNRISE HIGHWAY<br>LYNBROOK, NY 11563 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.122 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy: Excess Fiduciary Liability, 10/31/2019 - 10/31/2020: Policy #: 002235505 | INRONSHORE INDEMNITY, INC.<br>175 BERKELEY STREET<br>BOSTON, MA 02116 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy: Property Insurance, 04/01/2020 - 04/01/2021: Policy #: USZ000255201 | INTERSTATE FIRE & CASUALTY COMPANY<br>225 W. WASHINGTON STREET SUITE 1800<br>CHICAGO, IL 60606-3484 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | Environmental Consultants | J.C. BRODERICK AND ASSOCIATES INC.<br>1775 EXPRESSWAY NORTH<br>HAUPPAUGE, NY 11788 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* 20-12345 (SCC) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter - Dated 7/15/2019 | JACKSON LEWIS, P.C.<br>58 S SERVICE RD<br>SUITE 250<br>MELVILLE, NY 11747 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter - Dated 12/23/2019 | JACKSON LEWIS, P.C.<br>58 S SERVICE RD<br>SUITE 250<br>MELVILLE, NY 11747 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter - Dated 5/21/2020 | JACKSON LEWIS, P.C.<br>58 S SERVICE RD<br>SUITE 250<br>MELVILLE, NY 11747 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter - Dated 9/14/2018 | JACKSON LEWIS, P.C.<br>58 S SERVICE RD<br>SUITE 250<br>MELVILLE, NY 11747 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter - Dated 5/6/2019 | JACKSON LEWIS, P.C.<br>58 S SERVICE RD<br>SUITE 250<br>MELVILLE, NY 11747 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter - Dated 7/1/2019 | JACKSON LEWIS, P.C.<br>58 S SERVICE RD<br>SUITE 250<br>MELVILLE, NY 11747 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.131 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter - Dated 3/10/2020 | JACKSON LEWIS, P.C.<br>58 S SERVICE RD<br>SUITE 250<br>MELVILLE, NY 11747 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _____The Roman Catholic Diocese of Rockville Centre, New York_____    Case number *(if known)* __20-12345 (SCC)__

Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement Letter - Dated 6/10/2020 | JACKSON LEWIS, P.C. 58 S SERVICE RD SUITE 250 MELVILLE, NY 11747 |
| | **State the term remaining** **List the contract number of any government contract** | | |
| 2.133 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement Letter - Dated 6/8/2020 | JACKSON LEWIS, P.C. 58 S SERVICE RD SUITE 250 MELVILLE, NY 11747 |
| | **State the term remaining** **List the contract number of any government contract** | | |
| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement Letter - Dated 6/8/2020 | JACKSON LEWIS, P.C. 58 S SERVICE RD SUITE 250 MELVILLE, NY 11747 |
| | **State the term remaining** **List the contract number of any government contract** | | |
| 2.135 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement Letter - Dated 7/1/2019 | JACKSON LEWIS, P.C. 58 S SERVICE RD SUITE 250 MELVILLE, NY 11747 |
| | **State the term remaining** **List the contract number of any government contract** | | |
| 2.136 | **State what the contract or lease is for and the nature of the debtor's interest** | Hosting Fee For Idrive Agreement | JMT CONSULTING 2200-2202 ROUTE 22 PATTERSON, NY 12563 |
| | **State the term remaining** **List the contract number of any government contract** | | |
| 2.137 | **State what the contract or lease is for and the nature of the debtor's interest** | Charitable Gift Annuity | JOHN J. FITZGERALD ADDRESS ON FILE |
| | **State the term remaining** **List the contract number of any government contract** | | |
| 2.138 | **State what the contract or lease is for and the nature of the debtor's interest** | Restructuring Advice Supplemental Engagement Letter | JONES DAY 250 VESEY STREET NEW YORK, NY 10281-1047 |
| | **State the term remaining** **List the contract number of any government contract** | | |

Debtor  __The Roman Catholic Diocese of Rockville Centre, New__ York
Name

Case number (if known) __20-12345 (SCC)__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.139 | State what the contract or lease is for and the nature of the debtor's interest | Charitable Gift Annuity | JOSEPH DISPIGNO<br>ADDRESS ON FILE |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.140 | State what the contract or lease is for and the nature of the debtor's interest | General Banking Services Provided | JPMORGAN CHASE<br>ATTN:  EMILY SULLIVAN<br>4 NEW YORK PLAZA<br>17TH FLOOR<br>NEW YORK, NY 10004 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.141 | State what the contract or lease is for and the nature of the debtor's interest | Car Lease | KARP AUTOMOTIVE<br>392 SUNRISE HIGHWAY<br>ROCKVILLE CENTRE, NY 11570 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.142 | State what the contract or lease is for and the nature of the debtor's interest | Car Lease | KARP AUTOMOTIVE<br>392 SUNRISE HIGHWAY<br>ROCKVILLE CENTRE, NY 11570 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.143 | State what the contract or lease is for and the nature of the debtor's interest | Car Lease | KARP AUTOMOTIVE<br>392 SUNRISE HIGHWAY<br>ROCKVILLE CENTRE, NY 11570 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.144 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy: Property Insurance, 04/01/2020 - 04/01/2021: Policy #: 0100111470-0 | KINSALE INSURANCE COMPANY<br>2221 EDWARD HOLLAND DRIVE, SUITE 600<br>RICHMOND, VA 23230 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.145 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy: Property Insurance, 04/01/2020 - 04/01/2021: Policy #: LHD912491 | LANDMARK AMERICAN INSURANCE COMPANY<br>945 EAST PACES FERRY ROAD<br>SUITE 1800<br>ATLANTA, GA 30326-1160 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor  _The Roman Catholic Diocese of Rockville Centre, New_ York  Case number *(if known)* _20-12345 (SCC)_
Name

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.146** | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy: Excess Liability, 11/01/2019 - 11/01/2020: Policy #: 1000320916-02 | LIBERTY SURPLUS INSURANCE CORPORATION 175 BERKELEY STREET BOSTON, MA 02116 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.147** | State what the contract or lease is for and the nature of the debtor's interest | Engineering And Architectural Support | LIRO PROGRAM AND CONSTRUCTION MANAGEMENT, PE P.C. 3 AERIAL WAY SYOSETT, NY 11791 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.148** | State what the contract or lease is for and the nature of the debtor's interest | Priest Chaplaincy Services | LONG ISLAND HOME 400 SUNRISE HIGHWAY AMITYVILLE, NY 11701 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.149** | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy: Excess Fiduciary Liability, 10/31/2019 - 10/31/2020: Policy #: MKLC1MXM000067 | MARKEL INSURANCE COMPANY TEN PARKWAY NORTH DEERFIELD, IL 60015 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.150** | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy: Excess Fiduciary Liability, 10/31/2019 - 10/31/2020: Policy #: MKLC1MXM000066 | MARKEL INSURANCE COMPANY TEN PARKWAY NORTH DEERFIELD, IL 60015 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.151** | State what the contract or lease is for and the nature of the debtor's interest | To Provide Administrative And Accounting Services | MARY IMMACULATE RCC 16 BROWN'S LANE BELLPORT, NY 11713 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.152** | State what the contract or lease is for and the nature of the debtor's interest | Diocesan Priest Retirement Trust Agreement | MELLON TRUST OF NEW ENGLAND, N.A. ATTN:  GARY MARRA THE BANK OF NEW YORK MELLON 135 SANTILLI HIGHWAY AIM 026-0017 EVERETT, MA 02149 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    ___The Roman Catholic Diocese of Rockville Centre, New York___    Case number *(if known)* __20-12345 (SCC)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.153 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement Letter Agreement | MERCER<br>ATTN: RICHARD C. SANDERS, ASA, EA PARTNER<br>1 UNIVERSITY SQUARE DRIVE<br>SUITE 100<br>PRINCETON, NJ 08540 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.154 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement Of Work "Sow" | MERCER<br>ATTN: RICHARD C. SANDERS, ASA, EA PARTNER<br>1 UNIVERSITY SQUARE DRIVE<br>SUITE 100<br>PRINCETON, NJ 08540 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.155 | **State what the contract or lease is for and the nature of the debtor's interest** | Credit Card Processing For DRVC Entities | MERCHANT PRO EXPRESS<br>1305 WALT WHITMAN ROAD<br>SUITE 320<br>MELVILLE, NY 11747 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.156 | **State what the contract or lease is for and the nature of the debtor's interest** | Cell Tower Lease | METROPCS NEW YORK, LLC - SYOSSET TOWER<br>5 SKYLINE DRIVE<br>HAWTHORNE, NY 10532 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.157 | **State what the contract or lease is for and the nature of the debtor's interest** | Administrative Services Agreement | MISSION ASSISTANCE CORPORATION<br>50 NORTH PARK AVENUE<br>ROCKVILLE CENTRE, NY 11571 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.158 | **State what the contract or lease is for and the nature of the debtor's interest** | To Provide Administrative And Accounting Services | MOST HOLY TRINITY RCC<br>57 BUELL LANE<br>EAST HAMPTON, NY 11937 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.159 | **State what the contract or lease is for and the nature of the debtor's interest** | Charitable Gift Annuity | MR. & MRS. RICHARD MAZUR<br>72 EAST RAMPASTURE ROAD<br>HAMPTON BAYS, NY 11946 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    __The Roman Catholic Diocese of Rockville Centre, New__ York          Case number *(if known)* __20-12345 (SCC)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.160 | State what the contract or lease is for and the nature of the debtor's interest | 403(B) Thrift Plan Employer No. 095-000-B | MUTUAL OF AMERICA ATTN: WILLIAM ROSE, SENIOR EXECUTIVE VICE PRESIDENT AND CHIEF MARKETING OFFICER 320 PARK AVENUE NEW YORK, NY 10022-6839 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.161 | State what the contract or lease is for and the nature of the debtor's interest | Tax Deferred Group Annuity Contract | MUTUAL OF AMERICA 320 PARK AVENUE NEW YORK, NY 10022-6839 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.162 | State what the contract or lease is for and the nature of the debtor's interest | Resolution Of The Trustees Of Roman Catholic Church Diocese Of Rockville Centre To Establish A 403(B) Thrift Plan | MUTUAL OF AMERICA 320 PARK AVENUE NEW YORK, NY 10022-6839 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.163 | State what the contract or lease is for and the nature of the debtor's interest | Priest Chapliancy Services | NASSAU COUNTY DEPARTMENT OF HUMAN HEALTH 100 CARMAN AVENUE EAST MEADOW, NY 11554 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.164 | State what the contract or lease is for and the nature of the debtor's interest | Cell Tower Lease | NASSAU COUNTY POLICE - SYOSSET TOWER ONE WEST STREET MINEOLA, NY 11501 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.165 | State what the contract or lease is for and the nature of the debtor's interest | Priest Chapliancy Services | NASSAU HEALTH CARE CORPORATION A/K/A NUHEALTH 2201 HEMPSTEAD TURNPIKE EAST MEADOW, NY 11554 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.166 | State what the contract or lease is for and the nature of the debtor's interest | Virtus Training | NATIONAL CATHOLIC SERVICE, LLC. 801 WARRENVILLE ROAD SUITE 175 LISLE, IL 60532 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    The Roman Catholic Diocese of Rockville Centre, New York
Name

Case number *(if known)*  20-12345 (SCC)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.167 | State what the contract or lease is for and the nature of the debtor's interest | Memorandum Of Agreement | NATIONAL EMPLOYEE ASSISTANCE PROVIDERS, INC. ATTN: AOIFA O'DONNELL, LCSW, SAP / CHIEF EXECUTIVE OFFICER 490 WHEELER ROAD SUITE 102 HAUPPAUGE, NY 11788 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.168 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy: Excess Fiduciary Liability, 10/31/2019 - 10/31/2020: Policy #: 02-340-88-12 | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA 175 WATER STREET NEW YORK, NY 10038 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.169 | State what the contract or lease is for and the nature of the debtor's interest | Ethics And Compliance | NAVEX GLOBAL 5500 MEADOWS ROAD SUITE 500 LAKE OSWEGO, OR 97035 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.170 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy: Excess Liability, 11/01/2019 - 11/01/2020: Policy #: NY19EXC741046IV | NAVIGATORS INSURANCE COMPANY ONE PENN PLAZA NEW YORK, NY 10119 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.171 | State what the contract or lease is for and the nature of the debtor's interest | Claims Services | NETWORK ADJUSTERS, INC. 850 FULTON STREET P.O. BOX 9035 FARMINGDALE, NY 11735 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.172 | State what the contract or lease is for and the nature of the debtor's interest | Aerohive License Agreement | NETWORK OUTSOURCE 135 DENTON AVENUE NEW HYDE PARK, NY 11040 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.173 | State what the contract or lease is for and the nature of the debtor's interest | Deliver & Install Datto | NETWORK OUTSOURCE 135 DENTON AVENUE NEW HYDE PARK, NY 11040 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor      The Roman Catholic Diocese of Rockville Centre, New York          Case number *(if known)*  20-12345 (SCC)
       Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.174 | State what the contract or lease is for and the nature of the debtor's interest | Provide Network Support Services | NETWORK OUTSOURCE<br>135 DENTON AVENUE<br>NEW HYDE PARK, NY 11040 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.175 | State what the contract or lease is for and the nature of the debtor's interest | Cloud Phones Services | NETWORK OUTSOURCE<br>135 DENTON AVENUE<br>NEW HYDE PARK, NY 11040 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.176 | State what the contract or lease is for and the nature of the debtor's interest | Watchguard Security Suite - Massapequa | NETWORK OUTSOURCE<br>135 DENTON AVENUE<br>NEW HYDE PARK, NY 11040 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.177 | State what the contract or lease is for and the nature of the debtor's interest | Watchguard Security Suite - DRVC | NETWORK OUTSOURCE<br>135 DENTON AVENUE<br>NEW HYDE PARK, NY 11040 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.178 | State what the contract or lease is for and the nature of the debtor's interest | Communications Site Lease Agreement | NEW CINGULAR WIRELESS PCS, LLC<br>6100 ATLANTIC BLVD.<br>NORCROSS, GA 30071 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.179 | State what the contract or lease is for and the nature of the debtor's interest | Building And Rooftop Lease Agreement | NEW YORK SMSA LIMITED PARTNERSHIP D/B/A VERIZON<br>ONE VERIZON WAY<br>MAILSTOP: 4AW100<br>BASKING RIDGE, NJ 07920 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.180 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy: Workers' Compensation, 01/01/2020 - 01/01/2021: Policy #: H2179 620-6 | NEW YORK STATE INSURANCE FUND<br>C/O THE STATE INSURANCE FUND<br>199 CHURCH STREET<br>NEW YORK, NY 10007 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number (if known) 20-12345 (SCC) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.181 | State what the contract or lease is for and the nature of the debtor's interest | Communications Site Lease Agreement | NEXTEL OF NEW YORK, INC.<br>1 NORTH BROADWAY<br>WHITE PLAINS, NY 10601 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.182 | State what the contract or lease is for and the nature of the debtor's interest | Charitable Gift Annuity | NORINE D. ZWIEBEL<br>ADDRESS ON FILE |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.183 | State what the contract or lease is for and the nature of the debtor's interest | To Provide Administrative And Accounting Services | NORTH FORK PARISH OUTREACH<br>P.O. BOX 584<br>GREENPORT, NY 11944 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.184 | State what the contract or lease is for and the nature of the debtor's interest | Priest Chaplaincy Services | NORTHWELL<br>179 MARCUS AVENUE<br>LAKE SUCCESS, NY 11042 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.185 | State what the contract or lease is for and the nature of the debtor's interest | Priest Chaplaincy Services | NYU LANGONE HEALTH<br>555 FIRST AVENUE<br>NEW YORK, NY 10016 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.186 | State what the contract or lease is for and the nature of the debtor's interest | Prescription Drug Benefit Administration Agreement | OPTUMRX, INC.<br>ATTN: VICE PRESIDENT, CLIENT MANAGEMENT<br>2300 MAIN STREET<br>IRVINE, CA 92614 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.187 | State what the contract or lease is for and the nature of the debtor's interest | Independent Advisory Committee Agreement | OTTERBOURG<br>230 PARK AVENUE<br>NEW YORK, NY 10169 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* 20-12345 (SCC) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.188 | State what the contract or lease is for and the nature of the debtor's interest | To Provide Administrative And Accounting Services | OUR LADY OF FATIMA RCC<br>6 COTTONWOOD ROAD<br>MANORHAVEN, NY 11050 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.189 | State what the contract or lease is for and the nature of the debtor's interest | To Provide Administrative And Accounting Services | OUR LADY OF GRACE RCC<br>666 ALBIN AVENUE<br>WEST BABYLON, NY 11704 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.190 | State what the contract or lease is for and the nature of the debtor's interest | To Provide Administrative And Accounting Services | OUR LADY OF LORETTO RCC<br>104 GREENWICH STREET<br>HEMPSTEAD, NY 11550 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.191 | State what the contract or lease is for and the nature of the debtor's interest | To Provide Administrative And Accounting Services | OUR LADY OF LOURDES RCC<br>65 WRIGHT AVENUE<br>MALVERNE, NY 11565 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.192 | State what the contract or lease is for and the nature of the debtor's interest | To Provide Administrative And Accounting Services | OUR LADY OF LOURDES RCC<br>455 HUNTER AVE.<br>WEST ISLIP, NY 11795 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.193 | State what the contract or lease is for and the nature of the debtor's interest | Lease Office Space For Parish Services | OUR LADY OF LOURDES<br>855 CARMANS ROAD<br>MASSAPEQUA PARK, NY 11762 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.194 | State what the contract or lease is for and the nature of the debtor's interest | To Provide Administrative And Accounting Services | OUR LADY OF MERCY RCC<br>500 S. OYSTER BAY ROAD<br>HICKSVILLE, NY 11801 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* 20-12345 (SCC) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.195** | State what the contract or lease is for and the nature of the debtor's interest | To Provide Administrative And Accounting Services | OUR LADY OF MIRACULOUS MEDAL RCC<br>1434 STRAIGHT PATH<br>WYANDANCH, NY 11798 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.196** | State what the contract or lease is for and the nature of the debtor's interest | To Provide Administrative And Accounting Services | OUR LADY OF OSTRABRAMA RCC<br>P.O. BOX 997<br>CUTCHOGUE, NY 11935-0997 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.197** | State what the contract or lease is for and the nature of the debtor's interest | To Provide Administrative And Accounting Services | OUR LADY OF PEACE RCC<br>25 FOWLER AVENUE<br>LYNBROOK, NY 11563 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.198** | State what the contract or lease is for and the nature of the debtor's interest | To Provide Administrative And Accounting Services | OUR LADY OF PERPETUAL HELP RCC<br>210 S. WELLWOOD AVENUE<br>LINDENHURST, NY 11757 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.199** | State what the contract or lease is for and the nature of the debtor's interest | To Provide Administrative And Accounting Services | OUR LADY OF PROVIDENCE REGIONAL<br>82 CARLETON AVENUE<br>CENTRAL ISLIP, NY 11722 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.200** | State what the contract or lease is for and the nature of the debtor's interest | To Provide Administrative And Accounting Services | OUR LADY OF THE ISLE RCC<br>P.O. BOX 3027<br>SHELTER ISLAND, NY 11965 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.201** | State what the contract or lease is for and the nature of the debtor's interest | To Provide Administrative And Accounting Services | OUR LADY OF THE SNOW RCC<br>175 BLUE POINT AVENUE<br>BLUE POINT, NY 11715 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* 20-12345 (SCC) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.202 | State what the contract or lease is for and the nature of the debtor's interest | To Provide Administrative And Accounting Services | OUR LADY OF WISDOM REGIONAL SCHOOL<br>114 - 116  MYRTLE AVENUE<br>PORT JEFFERSON, NY 11777 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.203 | State what the contract or lease is for and the nature of the debtor's interest | To Provide Administrative And Accounting Services | OUR LADY QUEEN OF MARTYRS RCC<br>53 PROSPECT ROAD<br>CENTERPORT, NY 11721 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.204 | State what the contract or lease is for and the nature of the debtor's interest | Background Investigation | OXFORD DOCUMENT MANAGEMENT COMPANY, INC.<br>655 MAIN STREET<br>SUITE 1<br>ANOKA, MN 55303 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.205 | State what the contract or lease is for and the nature of the debtor's interest | Credit Card Processing Agreement | PAYPAL, INC.<br>ATTN: LEGAL DEPARTMENT<br>2211 NORTH FIRST STREET<br>SAN JOSE, CA 95131 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.206 | State what the contract or lease is for and the nature of the debtor's interest | To Stop Pension Plan Payments And Prevent Fraud | PENSION BENEFIT INFORMATION, LLC ("PBI")<br>ATTN: PETER SHIN, DIRECTOR OF CLIENT SERVICES<br>900 LARKSPUR LANDING CIRCLE<br>SUITE 201<br>LARKSPUR, CA 94939 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.207 | State what the contract or lease is for and the nature of the debtor's interest | CD Renewal Confirmation | PEOPLE'S UNITED BANK<br>6 WEST SECOND STREET<br>RIVERHEAD, NY 11901 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.208 | State what the contract or lease is for and the nature of the debtor's interest | Charitable Gift Annuity | PETER CHIARI<br>ADDRESS ON FILE |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* 20-12345 (SCC) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.209 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy: Student Access, 08/01/2020 - 08/01/2021: Policy #: TBD | PHILADELPHIA INDEMNITY INSURANCE COMPANY ADMINISTRATIVE OFFICE ONE BALA PLAZA, SUITE 100 BALA CYNWYD, PA 19004 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.210 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy: Student Access, 08/01/2020 - 08/01/2021: Policy #: TBD | PHILADELPHIA INDEMNITY INSURANCE COMPANY ADMINISTRATIVE OFFICE ONE BALA PLAZA, SUITE 100 BALA CYNWYD, PA 19004 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.211 | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease: Sendpro P200-Postage Machine | PITNEY BOWES GLOBAL FINANCIAL SERVICES 27 WATERVIEW DRIVE SHELTON, CT 06484 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.212 | State what the contract or lease is for and the nature of the debtor's interest | Casualty And Brokerage Consulting | PORTER AND CURTIS, LLC. 225 STATE STREET MEDIA, PA 19063-1537 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.213 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy: Healthcare Professional Liability, 11/01/2019 - 11/01/2020: Policy #: MP107680 | PROASSURANCE AMERICAN MUTUAL, A RISK RETENTION GROUP 1250 23RD ST NW SUITE 250 WASHINGTON, DC 20037 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.214 | State what the contract or lease is for and the nature of the debtor's interest | Professional Service Contract | PROSKAUER ROSE LLP 1585 BROADWAY NEW YORK, NY 10036-8229 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.215 | State what the contract or lease is for and the nature of the debtor's interest | To Provide Administrative And Accounting Services | QUEEN OF MOST HOLY ROSARY RCC 196 W. CENTENNIAL AVE. ROOSEVELT, NY 11575 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)*  20-12345 (SCC) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.216 | State what the contract or lease is for and the nature of the debtor's interest | To Provide Administrative And Accounting Services | QUEEN OF THE MOST HOLY ROSARY RCC<br>P.O. BOX 3035<br>BRIDGEHAMPTON, NY 11932 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.217 | State what the contract or lease is for and the nature of the debtor's interest | GL Hosting Service | REAL TIME CLOUD SERVICES D/B/A ACE CLOUD HOSTING<br>2637 E ATLANTIC BLVD#23519<br>POMPANO BEACH, FL 33062 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.218 | State what the contract or lease is for and the nature of the debtor's interest | Revised Fee Agreement | REED SMITH<br>THREE LOGAN SQUARE<br>SUITE 3100<br>1717 ARCH STREET<br>PHILIDELPHIA, PA 19103 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.219 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy: Excess Fiduciary Liability, 10/31/2019 - 10/31/2020: Policy #: EPG0027859 | RLI INSURANCE COMPANY<br>9025 NORTH LINDBERGH DRIVE<br>PEORIA, IL 61615 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.220 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy: Excess DIC Liability Insurance (D&O), 03/01/2020 - 11/01/2020: Policy #: EPG0028133 | RLI INSURANCE COMPANY<br>9025 NORTH LINDBERGH DRIVE<br>PEORIA, IL 61615 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.221 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy: Fiduciary Liability, 10/31/2019 - 10/31/2020: Policy #: EPG0027858 | RLI INSURANCE COMPANY<br>9025 NORTH LINDBERGH DRIVE<br>PEORIA, IL 61615 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.222 | State what the contract or lease is for and the nature of the debtor's interest | Partnership Agreement | ROMAN CATHOLIC DIOCESE OF BROOKLYN<br>310 PROSPECT PARK WEST<br>BROOKLYN, NY 11215 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* 20-12345 (SCC) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.223 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy: Excess Liability, 11/01/2019 - 11/01/2020: Policy #: NHA088082 | RSUI INDEMNITY COMPANY 945 E. PACES FERRY RD. ATLANTA, GA30326-1160 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.224 | State what the contract or lease is for and the nature of the debtor's interest | Partnership Between Archdiocese Of New York, Diocese Of Brooklyn, And The Diocese Of Rockville Centre | SACRED HEART INSTITUTE, INC. C/O SEMINARY OF THE IMMACULATE CONCEPTION 440 WEST NECK ROAD HUNTINGTON, NY 11743 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.225 | State what the contract or lease is for and the nature of the debtor's interest | To Provide Administrative And Accounting Services | SACRED HEART RCC 720 MERRICK AVE. NORTH MERRICK, NY 11566 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.226 | State what the contract or lease is for and the nature of the debtor's interest | To Provide Administrative And Accounting Services | SACRED HEARTS JESUS & MARY RCC 168 HILL ST. SOUTHAMPTON, NY 11968 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.227 | State what the contract or lease is for and the nature of the debtor's interest | Retainer Agreement For General Legal Matters | SAHN WARD COSCHIGHANO PLLC. 333 EARLE OVINGTON BLVD SUITE 601 UNIONDALE, NY 11553 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.228 | State what the contract or lease is for and the nature of the debtor's interest | Lease Office Space For Pastoral Planning | SAINTS CYRIL AND METHODIUS 125 HALF HOLLOW HILL RD. DEER PARK, NY 11729 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.229 | State what the contract or lease is for and the nature of the debtor's interest | Charitable Gift Annuity | SALVATORE JOHN ALAIMO ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* 20-12345 (SCC) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.230 | **State what the contract or lease is for and the nature of the debtor's interest** | Hosting Agreement | SBC SYSTEMS COMPANY, INC. ATTN: PEGGY F. HORN, PRESIDENT 115 PERIMETER CENTER PLACE, NE SUITE 1150 ATLANTA, GA 30346 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.231 | **State what the contract or lease is for and the nature of the debtor's interest** | Adopting A Voluntary Employee Security Plan For The Benefit Of Our Employees | SECURITY MUTUAL LIFE INSURANCE COMPANY OF NEW YORK 100 COURT ST BINGHAMTON, NY 13902 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.232 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscriptions Agreement | SEND WORD NOW 500 PLAZA DRIVE SUITE 205 SECAUCUS, NJ 07094 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.233 | **State what the contract or lease is for and the nature of the debtor's interest** | Bank Money Market Account | SIGNATURE BANK ATTN:  LUCY IANNUCCI PRIVATE CLIENT GROUP 021 53 NORTH PARK AVENUE ROCKVILLE CENTRE, NY 11570 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.234 | **State what the contract or lease is for and the nature of the debtor's interest** | Corporate Communications Advisor | SITRICK GROUP, LLC. 11999 SAN VICENTE BLVD PENHOUSE LOS ANGELES, CA 90049 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.235 | **State what the contract or lease is for and the nature of the debtor's interest** | Solarwinds Dame Ware Remote Support Agreement | SOLARWINDS PO BOX 730720 DALLAS, TX 75373 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.236 | **State what the contract or lease is for and the nature of the debtor's interest** | Priest Chapliancy Services | SOUTH NASSAU COMMUNITIES HOSPITAL ONE HEALTHY WAY OCEANSIDE, NY 11572 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* 20-12345 (SCC) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.237 | State what the contract or lease is for and the nature of the debtor's interest | Cell Tower Lease | SPRINT - SYOSSET TOWER<br>ONE INTERNATIONAL BOULEVARD<br>MAHWAY, NJ 07495 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.238 | State what the contract or lease is for and the nature of the debtor's interest | Cell Tower Lease | SPRINT - UNIONDALE TOWER<br>ONE INTERNATIONAL BOULEVARD<br>MAHWAY, NJ 07495 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.239 | State what the contract or lease is for and the nature of the debtor's interest | Cell Tower Lease | SPRINT NEXTEL - SYOSSET TOWER<br>ONE INTERNATIONAL BOULEVARD<br>MAHWAY, NJ 07495 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.240 | State what the contract or lease is for and the nature of the debtor's interest | To Provide Administrative And Accounting Services | SS. PHILIP & JAMES RCC<br>1 CARROW PLACE<br>ST. JAMES, NY 11780 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.241 | State what the contract or lease is for and the nature of the debtor's interest | To Provide Administrative And Accounting Services | ST. AGNES RCC<br>523 FRONT STREET<br>GREENPORT, NY 11944 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.242 | State what the contract or lease is for and the nature of the debtor's interest | Building Lease For Residence Of The Bishop | ST. AGNES' ROMAN CATHOLIC CHURCH AT ROCKVILLE CENTRE IN THE COUNTY OF NASSAU IN THE STATE OF NEW YORK<br>ATTN: RECTOR<br>29 QUEALY PLACE<br>ROCKVILLE CENTRE, NY 11570 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.243 | State what the contract or lease is for and the nature of the debtor's interest | Lease Office Space | ST. AIDAN CHURCH<br>505 WILLIS AVENUE<br>WILLISTON PARK, NY 11596 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor  ___The Roman Catholic Diocese of Rockville Centre, New York___  Case number (if known) __20-12345 (SCC)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.244 | State what the contract or lease is for and the nature of the debtor's interest | To Provide Administrative And Accounting Services | ST. AIDAN RCC<br>505 WILLIS AVENUE<br>WILLISTON PARK, NY 11596 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.245 | State what the contract or lease is for and the nature of the debtor's interest | To Provide Administrative And Accounting Services | ST. ALOYSIUS RCC<br>592 MIDDLE NECK ROAD<br>GREAT NECK, NY 11023 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.246 | State what the contract or lease is for and the nature of the debtor's interest | To Provide Administrative And Accounting Services | ST. ANDREW RCC<br>122 DIVISION STREET<br>SAG HARBOR, NY 11963 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.247 | State what the contract or lease is for and the nature of the debtor's interest | To Provide Administrative And Accounting Services | ST. ANNE RCC<br>88 SECOND AVENUE<br>BRENTWOOD, NY 11717 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.248 | State what the contract or lease is for and the nature of the debtor's interest | To Provide Administrative And Accounting Services | ST. ANTHONY RCC<br>110 ANCHOR AVENUE<br>OCEANSIDE, NY 11572 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.249 | State what the contract or lease is for and the nature of the debtor's interest | To Provide Administrative And Accounting Services | ST. BONIFACE RCC<br>631 ELMONT ROAD<br>ELMONT, NY 11003 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.250 | State what the contract or lease is for and the nature of the debtor's interest | To Provide Administrative And Accounting Services | ST. BRIGID - OUR LADY OF HOPE REGIONAL SCHOOL<br>101 MAPLE AVENUE<br>WESTBURY, NY 11590 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* | 20-12345 (SCC) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.251** | **State what the contract or lease is for and the nature of the debtor's interest** | To Provide Administrative And Accounting Services | ST. CATHERINE OF SIENNA RCC<br>33 NEW HYDE PARK RD.<br>FRANKLIN SQUARE, NY 11010 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.252** | **State what the contract or lease is for and the nature of the debtor's interest** | To Provide Administrative And Accounting Services | ST. FRANCES CABRINI RCC<br>134 MIDDLE COUNTRY ROAD<br>CORAM, NY 11727 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.253** | **State what the contract or lease is for and the nature of the debtor's interest** | To Provide Administrative And Accounting Services | ST. FRANCIS DE SALES RCC<br>7 AMITY STREET<br>PATCHOGUE, NY 11772 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.254** | **State what the contract or lease is for and the nature of the debtor's interest** | To Provide Administrative And Accounting Services | ST. FRANCIS OF ASSISI RCC<br>29 NORTHGATE DR.<br>GREENLAWN, NY 11740 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.255** | **State what the contract or lease is for and the nature of the debtor's interest** | To Provide Administrative And Accounting Services | ST. GERTRUDE RCC<br>28 SCHOOL STREET<br>BAYVILLE, NY 11709 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.256** | **State what the contract or lease is for and the nature of the debtor's interest** | To Provide Administrative And Accounting Services | ST. HUGH OF LINCOLN RCC<br>21 E. NINTH STREET<br>HUNTINGTON STA., NY 11746 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.257** | **State what the contract or lease is for and the nature of the debtor's interest** | To Provide Administrative And Accounting Services | ST. IGNATIUS LOYOLA RCC<br>129 BROADWAY<br>HICKSVILLE, NY 11801 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |

Debtor       The Roman Catholic Diocese of Rockville Centre, New York                    Case number (if known) 20-12345 (SCC)
             Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.258** | State what the contract or lease is for and the nature of the debtor's interest | Lease Office Space For Vocations | ST. IGNATIUS ROMAN CATHOLIC CHURCH<br>129 BROADWAY<br>HICKSVILLE, NY 11801 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.259** | State what the contract or lease is for and the nature of the debtor's interest | To Provide Administrative And Accounting Services | ST. ISIDORE RCC<br>622 PULASKI STREET<br>RIVERHEAD, NY 11901 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.260** | State what the contract or lease is for and the nature of the debtor's interest | To Provide Administrative And Accounting Services | ST. JOHN EVANGELIST RCC<br>546 ST. JOHN'S PLACE<br>RIVERHEAD, NY 11901 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.261** | State what the contract or lease is for and the nature of the debtor's interest | To Provide Administrative And Accounting Services | ST. JOHN NEPOMUCENE RCC<br>1140 LOCUST AVENUE<br>BOHEMIA, NY 11716 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.262** | State what the contract or lease is for and the nature of the debtor's interest | To Provide Administrative And Accounting Services | ST. JOHN PAUL II REGIONAL SCHOOL<br>515 MARCY AVENUE<br>RIVERHEAD, NY 11901 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.263** | State what the contract or lease is for and the nature of the debtor's interest | Classroom Lease | ST. JOHN THE EVANGELIST RCC<br>546 ST. JOHN PLACE<br>RIVERHEAD, NY 11901 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.264** | State what the contract or lease is for and the nature of the debtor's interest | To Provide Administrative And Accounting Services | ST. JOSEPH RCC<br>130 FIFTH STREET<br>GARDEN CITY, NY 11530 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* 20-12345 (SCC) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.265 | **State what the contract or lease is for and the nature of the debtor's interest** | To Provide Administrative And Accounting Services | ST. JOSEPH RCC<br>39 NORTH CARLL AVENUE<br>BABYLON, NY 11702 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.266 | **State what the contract or lease is for and the nature of the debtor's interest** | To Provide Administrative And Accounting Services | ST. JOSEPH RCC<br>45 CHURCH STREET<br>RONKONKOMA, NY 11779 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.267 | **State what the contract or lease is for and the nature of the debtor's interest** | To Provide Administrative And Accounting Services | ST. JOSEPH THE WORKER RCC<br>510 NARRAGANSETT AVE.<br>EAST PATCHOGUE, NY 11772 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.268 | **State what the contract or lease is for and the nature of the debtor's interest** | To Provide Administrative And Accounting Services | ST. LADISLAUS RCC<br>18 RICHARDSON PLACE<br>HEMPSTEAD, NY 11550 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.269 | **State what the contract or lease is for and the nature of the debtor's interest** | To Provide Administrative And Accounting Services | ST. LAWRENCE THE MARTYR RCC<br>27 HANDSOME AVENUE<br>SAYVILLE, NY 11782 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.270 | **State what the contract or lease is for and the nature of the debtor's interest** | To Provide Administrative And Accounting Services | ST. LOUIS DE MONTFORT RCC<br>75 NEW YORK AVENUE<br>SOUND BEACH, NY 11789 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.271 | **State what the contract or lease is for and the nature of the debtor's interest** | To Provide Administrative And Accounting Services | ST. MARGARET OF SCOTLAND RCC<br>81 COLLEGE ROAD<br>SELDEN, NY 11784 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* 20-12345 (SCC) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.272** | **State what the contract or lease is for and the nature of the debtor's interest** | To Provide Administrative And Accounting Services | ST. MARY RCC<br>20 HARRISON AVENUE<br>EAST ISLIP, NY 11730 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.273** | **State what the contract or lease is for and the nature of the debtor's interest** | To Provide Administrative And Accounting Services | ST. PATRICK RCC<br>235 GLEN STREET<br>GLEN COVE, NY 11542 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.274** | **State what the contract or lease is for and the nature of the debtor's interest** | To Provide Administrative And Accounting Services | ST. PATRICK RCC<br>9 N. CLINTON AVE.<br>BAY SHORE, NY 11706 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.275** | **State what the contract or lease is for and the nature of the debtor's interest** | To Provide Administrative And Accounting Services | ST. PATRICK RCC<br>P.O. BOX 1117<br>52125 ROUTE 25<br>SOUTHOLD, NY 11971 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.276** | **State what the contract or lease is for and the nature of the debtor's interest** | To Provide Administrative And Accounting Services | ST. PAUL THE APOSTLE RCC<br>2534 CEDAR SWAMP ROAD<br>BROOKVILLE, NY 11545 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.277** | **State what the contract or lease is for and the nature of the debtor's interest** | To Provide Administrative And Accounting Services | ST. ROCCO RCC<br>18 THIRD STREET<br>GLEN COVE, NY 11542 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.278** | **State what the contract or lease is for and the nature of the debtor's interest** | To Provide Administrative And Accounting Services | ST. SYLVESTER RCC<br>68 OHIO AVE.<br>MEDFORD, NY 11763 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number (if known) 20-12345 (SCC) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.279 | State what the contract or lease is for and the nature of the debtor's interest | To Provide Administrative And Accounting Services | ST. VINCENT DE PAUL RCC 33 NEW HYDE PARK RD. FRANKLIN SQUARE, NY 11010 |
| | State the term remaining List the contract number of any government contract | | |
| 2.280 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy: Property Insurance, 04/01/2020 - 04/01/2021: Policy #: CPP 7848018 01 | STEADFAST INSURANCE COMPANY ADMINISTRATIVE OFFICES, ZURICH TOWERS 1299 ZURICH WAY SCHAUMBURG, IL 60196-1056 |
| | State the term remaining List the contract number of any government contract | | |
| 2.281 | State what the contract or lease is for and the nature of the debtor's interest | Waste Removal | STERICYCLE 4010 COMMERCIAL AVENUE NORTHBROOK, IL 60062 |
| | State the term remaining List the contract number of any government contract | | |
| 2.282 | State what the contract or lease is for and the nature of the debtor's interest | Volunteer Database Search | STERLING VOLUNTEERS 113 S. COLLEGE AVENUE FORT COLLINS, CO 80524 |
| | State the term remaining List the contract number of any government contract | | |
| 2.283 | State what the contract or lease is for and the nature of the debtor's interest | Credit Card Processing Agreement | STRIPE INC. 510 TOWNSEND STREET SAN FRANCISCO, CA 94103 |
| | State the term remaining List the contract number of any government contract | | |
| 2.284 | State what the contract or lease is for and the nature of the debtor's interest | Cell Tower Lease | T MOBILE CENTRAL ISLIP TOWER 4 SYLVAN WAY PARSIPPANY, NJ07054 |
| | State the term remaining List the contract number of any government contract | | |
| 2.285 | State what the contract or lease is for and the nature of the debtor's interest | Cell Tower Lease | T MOBILE SYOSSET TOWER (OMNIPOINT) 360 NEWARK  POMPTON TURNPIKE WAYNE, NJ 07470 |
| | State the term remaining List the contract number of any government contract | | |

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* 20-12345 (SCC) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.286 | State what the contract or lease is for and the nature of the debtor's interest | Cell Tower Lease | T MOBILE UNIONDALE TOWER<br>4 SYLVAN WAY<br>PARSIPPANY, NJ07054 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.287 | State what the contract or lease is for and the nature of the debtor's interest | Trust Agreement Between DRVC And BNY For Health Care And Other Assistance For Retired And Disabled Diocesan Priests | THE BANK OF NEW YORK MELLON FOR THE DIOCESE OF ROCKVILLE CENTRE HEALTH CARE AND OTHER ASSISTANCE PLAN FOR RETIRED AND DISABLED PRIESTS<br>ATTN:  GARY MARRA<br>135 SANTILLI HIGHWAY<br>AIM 026-0017<br>EVERETT, MA02149 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.288 | State what the contract or lease is for and the nature of the debtor's interest | Welfare Trust Agreement Between DRVC And BNY For The DRVC Heath & Welfare Benefits Program Trust | THE BANK OF NEW YORK MELLON<br>ATTN:  GARY MARRA<br>135 SANTILLI HIGHWAY<br>AIM 026-0017<br>EVERETT, MA02149 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.289 | State what the contract or lease is for and the nature of the debtor's interest | Administrative Services Agreement | THE CATHOLIC FOUNDATION OF LONG ISLAND INC.<br>50 NORTH PARK AVENUE<br>ROCKVILLE CENTRE, NY 11571 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.290 | State what the contract or lease is for and the nature of the debtor's interest | Plan Document: Diocese Of Rockville Centre 403(B) Employee Retirement Plan | THE DIOCESE OF ROCKVILLE CENTRE 403(B) EMPLOYEE RETIREMENT PLAN<br>C/O: THE DIOCESE OF ROCKVILLE CENTRE<br>50 NORTH PARK AVENUE<br>ROCKVILLE CENTRE, NY 11570 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.291 | State what the contract or lease is for and the nature of the debtor's interest | Independent Reconciliation And Compensation Program | THE LAW OFFICES OF KENNETH R. FEINBERG PC<br>THE WILLARD OFFICE BUILDING<br>1455 PENNSYLVANIA AVENUE N.W.<br>SUITE 390<br>WASHINGTON, DC 20004-1008 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.292 | State what the contract or lease is for and the nature of the debtor's interest | Diocese Of Brooklyn, NY Letter Of Agreement | THE LAW OFFICES OF KENNETH R. FEINBERG PC<br>THE WILLARD OFFICE BUILDING<br>1455 PENNSYLVANIA AVENUE N.W.<br>SUITE 390<br>WASHINGTON, DC 20004-1008 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor    __The Roman Catholic Diocese of Rockville Centre, New York__          Case number *(if known)* __20-12345 (SCC)__
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.293 | State what the contract or lease is for and the nature of the debtor's interest | Provide Pastoral And Spiritual Care | THE NATIONAL CATHOLIC BIOETHIC CENTER<br>6399 DREXEL ROAD<br>PHILADELPHIA, PA 19151 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.294 | State what the contract or lease is for and the nature of the debtor's interest | Rider Family Leave Benefits | THE PRUDENTIAL INSURANCE COMPANY OF AMERICA<br>751 BROAD STREET<br>NEWARK, NJ 07102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.295 | State what the contract or lease is for and the nature of the debtor's interest | Rider Family Leave Benefits | THE PRUDENTIAL INSURANCE COMPANY OF AMERICA<br>751 BROAD STREET<br>NEWARK, NJ 07102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.296 | State what the contract or lease is for and the nature of the debtor's interest | Rider Family Leave Benefits | THE PRUDENTIAL INSURANCE COMPANY OF AMERICA<br>751 BROAD STREET<br>NEWARK, NJ 07102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.297 | State what the contract or lease is for and the nature of the debtor's interest | HR Services Agreement | THE PRUDENTIAL INSURANCE COMPANY OF AMERICA<br>751 BROAD STREET<br>NEWARK, NJ 07102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.298 | State what the contract or lease is for and the nature of the debtor's interest | Website Design And Support | THERESE MONTANILE<br>ADDRESS ON FILE |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.299 | State what the contract or lease is for and the nature of the debtor's interest | Elevator Service Agreement | THYSSENKRUP ELEVATOR CORPORATION<br>59 OTIS STREET<br>WEST BABYLON, NY 11704 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor   ___The Roman Catholic Diocese of Rockville Centre, New York___          Case number *(if known)* __20-12345 (SCC)_____
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| **2.300** | **State what the contract or lease is for and the nature of the debtor's interest** | Independent Contractor Agreement | TMA @ YOUR SERVICES, LLC DOING BUSINESS AS "WELLWORKS FOR YOU" ATTN: THOMAS TEATER, PRESIDENT 1615 WEST CHESTER PIKE SUITE 104 WEST CHESTER, PA 19382 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.301** | **State what the contract or lease is for and the nature of the debtor's interest** | Administrative Services Agreement | TOMORROW'S HOPE FOUNDATION, INC. 50 CHARLES LINDBERGH AVENUE, SUITE #500 UNIONDALE, NY 11553 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.302** | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Policy: Kidnap & Ransom, 08/01/2019 - 08/01/2022: Policy #: U719-89075 | U.S. SPECIALTY INSURANCE COMPANY ADMINISTRATIVE OFFICE 13403 NORTHWEST FREEWAY HOUSTON, TX 77040 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.303** | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Policy: Property Insurance - Terrorism, 04/01/2020 - 04/01/2021: Policy #: B0621MECCL000120 | UNDERWRITERS AT LLOYD'S OF LONDON C/O MILLER INSURANCE SERVICES LLP 70 MARK LANE LONDON EC3R 7NQ UNITED KINGDOM |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.304** | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Policy: Property Insurance, 04/01/2020 - 04/01/2021: Policy #: PD-11142-00 | UNDERWRITERS AT LLOYD'S, LONDON (BRIT SYNDICATE 2987) C/O BRIT GLOBAL SPECIALTY USA 161 N. CLARK STREET, SUITE 3200 CHICAGO, IL 60601 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.305** | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Policy: Property Insurance, 04/01/2020 - 04/01/2021: Policy #: LMPRP20934605 | UNDERWRITERS AT LLOYD'S, LONDON (HISCOX US) |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.306** | **State what the contract or lease is for and the nature of the debtor's interest** | Administrative Services Agreement | UNITAS INVESTMENT FUND, INC. 50 NORTH PARK AVENUE ROCKVILLE CENTRE, NY 11571 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    The Roman Catholic Diocese of Rockville Centre, New York          Case number *(if known)*  20-12345 (SCC)
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.307 | State what the contract or lease is for and the nature of the debtor's interest | Administrative Services Agreement | UNITAS INVESTMENT FUND, INC.<br>50 NORTH PARK AVENUE<br>ROCKVILLE CENTRE, NY 11571 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.308 | State what the contract or lease is for and the nature of the debtor's interest | Brokerage Account Agreement | UNITAS INVESTMENT FUND, INC.<br>ATTN: THOMAS DOODIAN<br>UNITAS INVESTMENT FUND, INC.<br>50 NORTH PARK AVENUE<br>ROCKVILLE CENTRE, NY 11570 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.309 | State what the contract or lease is for and the nature of the debtor's interest | 1st Amendment To Annual Consulting And Advisory Services Proposal | USI INSURANCE SERVICES LLC<br>200 SUMMIT LAKE DRIVE<br>SUITE 350<br>VALHALLA, NY 10595 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.310 | State what the contract or lease is for and the nature of the debtor's interest | Credit Card Processing For DRVC Entities | VALLEY BANK<br>PO BOX 2394<br>OMAHA, NE 68103 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.311 | State what the contract or lease is for and the nature of the debtor's interest | Cell Tower Lease | VERIZON WIRELESS CENTRAL ISLIP TOWER<br>ONE VERIZON WAY<br>MAIL STOP 4AW100<br>BASKING RIDGE, NJ 07920 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.312 | State what the contract or lease is for and the nature of the debtor's interest | Cell Tower Lease | VERIZON WIRELESS SYOSSET TOWER<br>180 WASHINGTON VALLEY ROAD<br>BEDMINSTER, NJ 07921 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.313 | State what the contract or lease is for and the nature of the debtor's interest | Cell Tower Lease | VERIZON WIRELESS UNIONDALE TOWER<br>180 WASHINGTON VALLEY ROAD<br>BEDMINSTER, NJ 07921 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor | The Roman Catholic Diocese of Rockville Centre, New York | Case number *(if known)* 20-12345 (SCC) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.314 | State what the contract or lease is for and the nature of the debtor's interest | Verizon Wireless Services | VERIZON WIRELESS<br>PO BOX 408<br>NEWARK, NJ 07101-408 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.315 | State what the contract or lease is for and the nature of the debtor's interest | Corporate Visa Agreement | VISA<br>ATTN: CARDMEMBER SERVICE<br>ELAN FINANCIAL SERVICES<br>4325 17TH AVE SW<br>FARGO, ND 58103 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.316 | State what the contract or lease is for and the nature of the debtor's interest | Anti Virus Software | VMWARE<br>1155 PERIMETER CENTER WEST<br>ATLANTA, GA30338 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.317 | State what the contract or lease is for and the nature of the debtor's interest | Administrative Services Agreement | WAGEWORKS, INC<br>1100 PARK PLACE<br>4TH FLOOR<br>SAN METEO, CA 94403 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.318 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy: Property Insurance, 04/01/2020 - 04/01/2021: Policy #: D42265627 002 | WESTCHESTER SURPLUS LINES INSURANCE COMPANY<br>11575 GREAT OAKS WAY<br>SUITE 200<br>ALPHARETTA, GA 30022 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.319 | State what the contract or lease is for and the nature of the debtor's interest | Charitable Gift Annuity | WILLIAM J. CHRISTIE<br>ADDRESS ON FILE |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.320 | State what the contract or lease is for and the nature of the debtor's interest | Business Associate Agreement | WORXTIME, LLC, A GEORGIA LIMITED LIABILITY COMPANY<br>ATTN: TEARLE D. BAGWELL<br>360B QUALITY CIRCLE<br>SUITE 220<br>HUNTSVILLE, AL 35806 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor          The Roman Catholic Diocese of Rockville Centre, New York                    Case number *(if known)*  20-12345 (SCC)
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.321** | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement | WORXTIME, LLC, A GEORGIA LIMITED LIABILITY COMPANY 360B QUALITY CIRCLE SUITE 220 HUNTSVILLE, AL 35806 |
| | **State the term remaining** **List the contract number of any government contract** | | |
| **2.322** | **State what the contract or lease is for and the nature of the debtor's interest** | Universal Service Agreement - Authorizes Worxtime To Provide The Employment Or Payroll Related Services | WORXTIME, LLC, A GEORGIA LIMITED LIABILITY COMPANY ATTN: PRESIDENT 11432 LACKLAND ROAD ST. LOUIS, MO 63146 |
| | **State the term remaining** **List the contract number of any government contract** | | |
| **2.323** | **State what the contract or lease is for and the nature of the debtor's interest** | Tracking, Reporting And Support Agreement | WORXTIME, LLC, A GEORGIA LIMITED LIABILITY COMPANY ATTN: HEATHER MCFARLAND, VP OF OPERATIONS AND FINANCE 360B QUALITY CIRCLE SUITE 220 HUNTSVILLE, AL 35806 |
| | **State the term remaining** **List the contract number of any government contract** | | |

| Fill in this information to identify the case: |
| --- |

Debtor name  The Roman Catholic Diocese of Rockville Centre, New York

United States Bankruptcy Court for the: Southern                District of New York

Case number (If known):    20-12345 (SCC)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

| Fill in this information to identify the case and this filing: |
| --- |

Debtor Name  The Roman Catholic Diocese of Rockville Centre, New York

United States Bankruptcy Court for the: Southern _____ District of New York

Case number (*If known*):  20-12345 (SCC) _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/09/2020                    ✗ /s/ Thomas Doodian
             MM / DD / YYYY                   Signature of individual signing on behalf of debtor

                                              Thomas Doodian
                                              Printed name

                                              Chief Financial Officer - Director of Finance
                                              Position or relationship to debtor