UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re:                                                              Chapter 11

The Roman Catholic Diocese of Rockville Centre, New York            Case No. 20-12345 (SCC)

Debtor.

---

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

---

**PLEASE TAKE NOTICE** that Jonathan Schulman of Slater Slater Schulman LLP hereby enters his appearance pursuant to 11 U.S.C. § 1109(b), 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") on behalf of Certain Personal Injury Creditors, and requests that he be added to the service list in this case and that copies of all notices and pleadings given or filed in this case be served upon the person listed below at the following address and telephone number.

Jonathan Schulman, Esq.
Slater Slater Schulman LLP
445 Broad Hollow Road, Suite 419
Melville, New York 11747
T: (631) 420-9300
F: (212) 922-0907
Email: jschulman@sssfirm.com
Secondary: aslater@sssfirm.com; lleder@sssfirm.com; salter@sssfirm.com; hkucine@sssfirm.com; nicole@sssfirm.com;

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules 2002, 3017, 4001, 9007 and 9010(b), but also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements,

answering or reply papers, memoranda and briefs in support of any of the aforementioned and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, e-mail, delivery, telephone, telegraph, telex, telecopier, or otherwise. This Notice of Appearance and Request for Service of Papers shall not be deemed to be a submission to the Bankruptcy Court's jurisdiction or a waiver of the above-named party in interest's rights (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) to have the District court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or, (4) to any other rights, claims, actions, setoffs, or recoupments to which the above-named party in interest is or may be entitled, in law or in equity, by all of which rights, claims, actions, defenses, setoffs, and recoupments that the above-named party in interest expressly reserves.

Dated: October 8, 2020.

Respectfully submitted,

Jonathan E. Schulman
jschulman@sssfirm.com
Adam P. Slater
aslater@sssfirm.com
Linc C. Leder
lleder@sssfirm.com
Steven L. Alter
salter@sssfirm.com
Hannah Kucine
hkucine@sssfirm.com

SLATER SLATER SCHULMAN LLP
445 Broad Hollow Road, Suite 419
Melville, New York 11747
Tel: (631) 420-9300
Fax: (212) 922-0907

2