**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re:<br><br>The Roman Catholic Diocese of Rockville Centre, New York,<br><br>               Debtor. | Chapter 11<br><br>Case No. 20-12345-scc |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned appears for Arrowood Indemnity Company f/k/a Royal Indemnity Company and as successor to Royal Insurance Company of America ("Arrowwood"), and pursuant to Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") 2002, 9007 and 9010(b), and Section 1109(b) of the United States Code (the "Bankruptcy Code"), demand that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the following pursuant to Bankruptcy Rule 2002(g) at the office, post office address and telephone number set forth below.

COUGHLIN DUFFY LLP
Wall Street Plaza
88 Pine Street, 28th Floor
New York, New York 10005
Attn.: Kevin T. Coughlin, Esq.
Attn: Adam M. Smith, Esq.
Attn: Karen H. Moriarty, Esq.
E-mail: kcoughlin@coughlinduffy.com
E-mail: asmith@coughlinduffy.com
E-mail: kmoriarty@coughlinduffy.com
Tel:(212)483-0105
Fax:(212)480-3899

**PLEASE TAKE FURTHER NOTICE** that the aforementioned attorneys consent to email service.

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise with regard to the referenced case and proceedings therein.

Dated: October 16, 2020                COUGHLIN DUFFY, LLP

By:   */s/ Adam M. Smith*
Kevin T. Coughlin
Adam M. Smith
Karen H. Moriarty
COUGHLIN DUFFY LLP
Wall Street Plaza
88 Pine Street, 28th Floor
New York, New York 10005
Tel:(212)483-0105
Fax:(212)480-3899
Email: asmith@coughlinduffy.com

*Counsel for Arrowood Indemnity Company f/k/a Royal Indemnity Company and as successor to Royal Insurance Company of America*