UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>The Roman Catholic Diocese of Rockville Centre, New York,[1]<br><br>                Debtor. | Chapter 11<br><br>Case No. 20-12345-scc |

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the *ex parte* motion (the "Motion") of Christopher T. Bradley, to be admitted, *pro hac vice*, to represent Philadelphia Insurance Company and Philadelphia Indemnity Insurance Company ("Philadelphia") in this action and any related proceedings or actions, and upon the movant's certification that the movant is a member in good standing of the Bar of the State of New York, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Northern District, the United States District Court for the Western District, and the United States Court of Appeals for the Second Circuit, it is hereby:

**ORDERED**, that Christopher T. Bradley is admitted to practice, *pro hac vice*, before this Court for the purpose of representing Philadelphia in this action and any related proceedings or actions.

**IT IS FURTHER ORDERED THAT** pursuant to Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") 2002(g) and 2002(h), 9007 and 9010(b) and § 1109(b) of the Bankruptcy Code, all notices that are required to be given in this case and all papers that are

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue, P.O. Box 9023, Rockville Centre, NY 11571-9023.

required to be served in this case, be given to and served upon the undersigned pursuant to Bankruptcy Rule 2002(g) at the office, post office address and telephone number set forth below.

**IT IS FURTHER ORDERED THAT** that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect to seek to affect in any way Philadelphia's rights or interests.

Dated:  October 20, 2020
New York, New York                    /S/ Shelley C. Chapman
                                      HON. SHELLEY C. CHAPMAN
                                      UNITED STATES BANKRUPTCY JUDGE