**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 20-12345 (SCC) |
| | ) | |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, | ) ) | Chapter 11 |
| | ) | |
| Debtor. | ) ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Patrick Stoneking of Jeff Anderson & Associates PA hereby enters his appearance pursuant to 11 U.S.C. § 1109(b), 11 U.S.C. §§ 101-1330 and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure on behalf of certain Creditors with claims against Debtor arising out of childhood sexual abuse ("Survivors") and demand that all notices that are required to be given in this case and all papers that are required to be served in this case be given to and served upon the following pursuant to Bankruptcy Rule 2002(g) at the office, post office address, and telephone number set forth below:

JEFF ANDERSON & ASSOCIATES
55 W 39th St., 11th Floor
New York, NY 10018
Attn: Jeff Anderson, Esq.
Attn: Trusha Goffe, Esq.
Attn: Patrick Stoneking, Esq.
E-mail: jeff@andersonadvocates.com
E-mail: trusha@andersonadvocates.com
E-mail: pstoneking@andersonadvocates.com
Tel: 646-759-2551
Fax: 651-297-6543

**PLEASE TAKE FURTHER NOTICE** that the aforementioned attorneys consent to email service.

**PLEASE TAKE FURTHER NOTICE** that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise with regard to the referenced case and proceedings therein.

Date: October 23, 2020

**JEFF ANDERSON & ASSOCIATES, PA**

/s/*Patrick Stoneking*
Jeffrey R. Anderson
Trusha Goffe
Patrick Stoneking
55 W. 39th St., 11th Floor
New York, NY 10018
Telephone: 646-759-2551
Facsimile: 651-297-6543
Email: pstoneking@andersonadvocates.com

*Counsel to the Survivors*