**Hearing Date: December 9, 2020 at 10:00 a.m. (Eastern Time)**

**Objection Deadline: December 2, 2020 at 4:00 p.m. (Eastern Time)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Case No. 20-12345 (SCC) |
| | ) |
| THE ROMAN CATHOLIC DIOCESE OF | ) Chapter 11 |
| ROCKVILLE CENTRE, NEW YORK, | ) |
| | ) |
| Debtor.[1] | ) |
| | ) |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' APPLICATION FOR
ENTRY OF AN ORDER UNDER 11 U.S.C. §§ 1103(a) AND 328(a) AND FED. R. BANKR.
P. 2014(a) AUTHORIZING RETENTION OF DR. JON R. CONTE
AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS
EFFECTIVE AS OF AS OF NOVEMBER 17, 2020**

The Official Committee of Unsecured Creditors (the "**Committee**") of The Roman

Catholic Diocese of Rockville Centre, New York, the above-captioned debtor and debtor in

possession (the "**Debtor**"), hereby submits its application (the "**Application**") for entry of an

order, pursuant to sections 328(a) and 1103(a) of Title 11 of the United States Code (the

"**Bankruptcy Code**"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), and Rule 2014-1 of the Local Rules of the United States Bankruptcy Court

for the Southern District of New York (the "**Local Rules**"), authorizing and approving the

retention of Jon R. Conte, Ph.D. ("**Dr. Conte**") as an expert consultant on sexual abuse and

expert witness effective as of November 17, 2020.  In support of the Application, the Committee

submits the declaration of Dr. Conte (the "**Conte Declaration**"), attached hereto as **Exhibit A**

and incorporated herein by reference for all purposes. In further support of the Application, the

Committee respectfully represents as follows:

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last for digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue, P.O. Box 9023, Rockville Centre, NY  11571-9023.

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory predicates for the relief requested herein are sections 328(a) and 1103(a) of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1.

## BACKGROUND

3.      On October 1, 2020 (the "**Petition Date**"), the Debtor commenced a voluntary case (the "**Case**") under chapter 11 of the Bankruptcy Code. The Debtor is authorized to continue to operate its business and remain in possession of its properties as a debtor in possession pursuant to section 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in this Case.

4.      On October 16, 2020, the United States Trustee for Region 2 appointed the Committee pursuant to section 1102 of the Bankruptcy Code. The Committee consists of nine individuals who hold claims against the Debtor, including eight individuals who were sexually abused as minors by perpetrators for whom the Debtor was responsible and one representative of a minor with a civil rights claim against the Debtor. *See Notice of Appointment of Official Committee of Unsecured Creditors* [Docket No. 71].

## RELIEF REQUESTED

5.      By this Application, the Committee respectfully requests that the Court enter an order, substantially in the form annexed hereto as **Exhibit B**, pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1, authorizing the Committee to employ and retain Dr. Conte to provide expert consulting services and expert

2

witness services to the Committee effective as of November 17, 2020, in accordance with the terms and conditions set for herein.  Dr. Conte's Curriculum Vitae is set forth in **Exhibit A, Schedule 1** attached hereto.

6.      The Committee proposes to retain Dr. Conte for the purpose of providing the expert consulting and testimony services described below.  For the reasons set forth herein, the Committee submits that the relief requested in this Application is in the best interests of the Committee, survivors of childhood sexual abuse, and the Debtor's estate, and, therefore, should be granted.

## SERVICES TO BE RENDERED

7.      The Committee seeks to retain Dr. Conte for the purpose of providing the following services (collectively, the "Services"):

a.      expert consulting services and expert testimony regarding notice and information procedures relating to claims of sexual abuse victims in this Case;

b.      expert consulting services and expert testimony regarding the bar date for filing sexual abuse proof of claim forms;

c.      expert consulting services and expert testimony in connection with the *Motion of the Debtor for an Order Establishing Deadlines for Filing Proofs of Claim and Granting Related Relief* [Docket No. 174] (the "**Bar Date Motion**") and any contested matters and/or litigation arising in this Case as reasonably requested by the Committee;

d.      expert consulting services and expert testimony in the review and evaluation of reports prepared by the Debtor and its professionals;

e.      as may be requested by the Committee, assisting with the preparation of affidavits/declarations, depositions, and briefing in this Case concerning the issues for which Dr. Conte is providing expert consulting services and expert testimony;

f.      preparing for and providing both deposition and court testimony in this Case regarding the issues for Dr. Conte is providing expert consulting services and expert testimony; and

g.      such other consulting and advisory services as may be requested by the
Committee.

8.      Dr. Conte will coordinate and work with estate professionals in order to minimize

any duplication of services on behalf of the Committee.

## BASIS FOR RELIEF

9.      The Debtor  commenced this Case "in order to respond to claims stemming from

the Child Victims Act in an equitable and comprehensive manner, and to reorganize the financial

affairs of the Diocese in order to permit it to continue to fulfill its ministries to the Catholic

faithful of the Diocese."[2]  The number of sexual abuse claims is unknown but likely to be greater

than those identified to date.  It is essential that the claims notice process and claims procedures

be appropriately geared to reach potential sexual abuse survivors by taking into account the

unique psychological obstacles faced by many to their disclosure of abuse and filing of a proof of

claim.  Dr. Conte has extensive experience on the impact of childhood sexual abuse on

individuals and on what constitutes fair notice to potential abuse survivors.  The Committee

seeks to retain Dr. Conte to provide expert consultation to the Committee regarding the claims

noticing process and procedures  the Bar Date Motion and other matters that arise in this Case

relating to sexual abuse claims and deposition and expert testimony in connection with those

matters.

10.     It is necessary and essential that the Committee employ an expert consultant and

witness to render the foregoing Services.  In light of the unique nature of the claims of sexual

abuse survivors in this Case, the Committee requires the services of an expert who will assist the

Committee assess and provide input on issues concerning sexual abuse survivors.  Dr. Conte is

well-qualified to provide the Services in a cost-effective, efficient, and timely manner.  As

---

[2] *See Resolutions of Most Reverend John O. Barres, Bishop of the Roman Catholic Diocese of Rockville Centre*
dated September 29, 2020 [Dkt. No. 2].

DOCS_LA:333926.1 18491/002

described in his Curriculum Vitae and more fully in the Conte Declaration, Dr. Conte has

extensive experience in the matters for which he will be engaged by the Committee.

Accordingly, Dr. Conte is well-qualified to perform the Services and assist the Committee in this

Case.

## DISCLOSURE OF CONNECTIONS

11.    To the best of the Committee's knowledge, as set forth in the Conte Declaration,

Dr. Conte does not have a conflict with parties in interest in this Case and Dr. Conte has no

connection to the Debtor, its creditors, or any other parties in interest herein, or their respective

attorneys and accountants, the U.S. Trustee, any person employed in the Office of the U.S.

Trustee, or any Bankruptcy Judge currently serving on the United States Bankruptcy Court in

this District except as set forth in the Conte Declaration.  As set forth in the Conte Declaration, to

the extent that any new relevant facts or relationships bearing on the matters described herein

arise, Dr. Conte will use reasonable efforts to promptly file a supplemental declaration, as

required by Bankruptcy Rule 2014(a).

## PROFESSIONAL COMPENSATION

12.    Dr. Conte intends to seek compensation for services rendered and expenses

incurred in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy

Rules, and any applicable Orders of the Court.

13.    The Committee proposes to compensate Dr. Conte for services rendered at his

hourly rates in effect from time to time and to reimburse Dr. Conte for his actual costs and

expenses.  Dr. Conte's current standard hourly rate, subject to change from time to time, is $575.

As set forth in the Conte Declaration, Dr. Conte estimates that his fees in connection with the

Bar Date Motion will range between $12,000 and $15,000.

14.     As set forth in the Conte Declaration, Dr. Conte believes, and the Committee

agrees, that the foregoing compensation arrangements are (a) reasonable, (b) market-based, and

(c) merited by Dr. Conte's extensive knowledge and experience in the matters for which he is

being retained.

15.     As more fully described in the Conte Declaration, Dr. Conte is not a prepetition

creditor of the Debtor.  No promises have been received by Dr. Conte as to compensation or

payment in connection with this retention other than in accordance with the provisions of the

Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and Orders of this Court.

Dr. Conte has no agreement with any non-affiliated person or entity to share with such entity any

compensation received in connection with this retention except as set forth in the Conte

Declaration.

## APPLICABLE AUTHORITY

16.     To assist a committee with its statutory rights and duties under section 1103(c) of

the Bankruptcy Code, a committee may retain experts and consultants.  *See* 11 U.S.C. §§ 328(a)

and 1103(a); *see also In re Motors Liquidation Co.*, Case No. 09-50026 (Apr. 30, 2010) [Dkt.

No. 5683] (authorizing the official committee of unsecured creditors to retain a consultant for

valuation of asbestos liabilities under sections 328 and 1103 of the Bankruptcy Code); *In re SFX

Entertainment, Inc.*, Case No. 16-10238 (Sept. 27, 2016) [Dkt. No. 1068] (authorizing the

official committee of unsecured creditors to retain a consultant for valuation of the business

pursuant to a plan of reorganization).

17.     Bankruptcy Rule 2014 requires that an application for retention of a professional

person include:

> [S]pecific facts showing the necessity for the employment, the
> name of the person to be employed, the reasons for the selection,

> the professional services to be rendered, any proposed arrangement
> for compensation, and to the best of the applicant's knowledge, all
> of the person's connections with the debtor, creditors, any other
> party in interest, their respective attorneys and accountants, the
> United States trustee, or any person employed in the office of the
> United States trustee.

Fed. R. Bankr. P. 2014(a).

18.     Based on the foregoing and as further supported by the Conte Declaration, the Committee believes that the retention of Dr. Conte to provide expert consulting and witness services is necessary and appropriate, and in the best interests of the Committee, the estate, and its creditors.

## **NOTICE**

19.     Notice of this Application has been provided to the Core Parties, as that term is defined in the *Order Implementing Certain Notice and Case Management Procedures* ("**Case Management Order**") [Docket No. 136], in accordance with the procedures proscribed in the Case Management Order.  The Committee submits that, in light of the nature of the relief requested, no other or further notice need be given.

## **NO PRIOR REQUEST**

20.     No previous request for the relief sought herein has been made to this or any other Court.

DOCS_LA:333926.1 18491/002

**WHEREFORE**, the Committee respectfully requests the entry of an order, substantially in the form attached hereto as **Exhibit B**, authorizing the Committee to employ and retain Dr. Conte as an expert consultant on sexual abuse and expert witness effective as of November 17, 2020 in this case and granting such other and further relief as is just and proper.

Date: November 25, 2020

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James I. Stang*
James I. Stang, Esq. (admitted *pro hac vice*)
10100 Santa Monica, Boulevard, 11th Floor
Los Angeles, California 90067
Telephone:      (310) 277-6910
Facsimile:       (310) 201-0760
Email:            jstang@pszjlaw.com

-and-

Ilan D. Scharf, Esq.
Karen B. Dine, Esq.
Brittany M. Michael, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone:      (212) 561-7700
Facsimile:       (212) 561-7777
Email:            kdine@pszjlaw.com
                     ischarf@pszjlaw.com
                     bmichael@pszjlaw.com

*Counsel for the Official Committee
of Unsecured Creditors*

# EXHIBIT A

## Declaration of Jon R. Conte

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Case No. 20-12345 (SCC) |
| | ) |
| THE ROMAN CATHOLIC DIOCESE OF | ) Chapter 11 |
| ROCKVILLE CENTRE, NEW YORK, | ) |
| | ) |
| Debtor.[1] | ) |
| | ) |

### DECLARATION OF JON R. CONTE IN SUPPORT OF THE OFFICIAL CREDITORS' COMMITTEE'S APPLICATION FOR ENTRY OF AN ORDER UNDER 11 U.S.C. §§ 1103(a) AND 328(a) AND FED. R. BANKR. P. 2014(a) AUTHORIZING RETENTION AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS EFFECTIVE AS OF NOVEMBER 17, 2020

I, Dr. Jon R. Conte, make this Declaration under 28 U.S.C. § 1746:

1.      I am an individual over the age of 21 years and suffer no disability that would interfere with my ability to testify truthfully to the matters set forth herein.

2.      I submit this declaration ("Declaration") in support of the Application ("Application")[2] of the official committee of unsecured creditors for entry of an order, pursuant to sections 328(a), 330 and 1103(a) of the Bankruptcy Code, Bankruptcy Rule 2014(a), and Local Rule 2014-1, authorizing my employment to provide consulting and expert witness services to the Committee effective as of November 17, 2020.  . The statements set forth below are based upon my personal knowledge.

3.      I am a Professor Emeritus in the School of Social Work at the University of Washington in Seattle, Washington and Director of the Joshua Center on Child Sexual Abuse Prevention at the University.  My academic Curriculum Vitae is attached to this Declaration as **Attachment 1**.

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last for digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue, P.O. Box 9023, Rockville Centre, NY 11571-9023.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

4.      I have almost four decades in the study of childhood sexual abuse, am published in that area and have trained multidisciplinary audiences on various aspects of childhood sexual abuse, including issues in forensic practice nationally and internationally.  My early research on the effects of childhood sexual abuse was funded by the National Institute of Mental Health and began a career-long interest in childhood sexual abuse; especially the harms and damages resulting from childhood sexual abuse on children, youth and adults.  For a number of years I maintained a private psychotherapy practice specializing in the treatment of victims of childhood sexual abuse.

5.      Over the course of my career, I have served on a Panel on Child Abuse and Neglect at the National Academy of Sciences; on a research review committee at the National Institute of Mental Health; was the founding President of the American Professional Society on the Abuse of Children; was on the Board of Councilors of the International Society for the Prevention of Child Abuse and Neglect; and served on State and local committees in Illinois, Washington, and Kentucky.

6.      I am the founding Editor and currently serve as the Editor of two scientific journals which publish research on various aspects of interpersonal violence: the Journal of Interpersonal Violence and the journal Trauma, Violence, and Abuse.  I am generally aware of the research on various aspects of childhood sexual abuse.  I have coauthored four manuscripts in the last 12 months.  All manuscripts have been based on a review of extensive research on various issues surrounding childhood sexual abuse.

7.      I have been retained and testified as an expert over one hundred and sixty times in Washington, Oregon, California, Arizona, Colorado, Delaware, Nebraska, New Hampshire, Florida, South Carolina, and British Columbia Canada.  I have previously served as an expert to

2

Creditors' Committees in the Bankruptcies of the Archdioceses of Portland, Milwaukee, and

New Orleans and in the Boy Scouts of America.  A partial list of my expert testimony is attached

as Appendix 1 to my Curriculum Vitae.

8.      On November 17, 2020 , the Committee, subject to Court approval, retained me to

provide expert consulting and testimony services as described below and in the Application.

9.      I will provide the following services to the Committee (the "Services"):

    a.      expert consulting services and expert testimony regarding notice and information procedures relating to claims of sexual abuse victims in this Case;

    b.      expert consulting services and expert testimony regarding the bar date for filing sexual abuse proof of claim forms;

    c.      expert consulting services and expert testimony in connection with the *Motion of the Debtor for an Order Establishing Deadlines for Filing Proofs of Claim and Granting Related Relief* [Docket No. 174] (the "**Bar Date Motion**") and any contested matters and/or litigation arising in this Case as reasonably requested by the Committee;

    d.      expert consulting services and expert testimony in the review and evaluation of reports prepared by the Debtor and its professionals;

    e.      as may be requested by the Committee, assisting with the preparation of affidavits/declarations, depositions and briefing in this Case concerning the issues I am providing expert consulting services and expert testimony;

    f.      preparing for and providing both deposition and court testimony in this Case regarding the issues for which I am providing expert consulting services and expert testimony; and

    g.      such other consulting and advisory services as may be requested by the Committee.

10.     I will coordinate and work with estate professionals in order to minimize any

duplication of services on behalf of the Committee.

DOCS_LA:333926.1 18491/002

11.     I understand that section 1103(b) of the Bankruptcy Code does not incorporate the general "disinterestedness" standard of section 327(a) on proposed professionals to an official committee of unsecured creditors.  However, I also understand that Bankruptcy Rule 2014 requires that an application for employment under section 1103 disclose all connections with the Debtors, their estates, professionals, and the U.S. Trustee.

12.     In connection with my proposed retention by the Committee, I undertook to determine whether I had any conflicts or other connections that might cause me to hold or represent an interest adverse to the Committee with respect to the matters on which I am to be employed.  I obtained from the Committee a conflicts checklist with the names of individuals and entities to be obtained from Committee counsel a conflicts checklist with the names of individuals and entities to be reviewed ("**Potential Parties in Interest**").  See **Attachment 2** attached hereto, listing the Potential Parties in Interest.

13.     In preparing this Declaration, I have reviewed my connections with the Potential Parties in Interest.  Based on this review, to the best of my current knowledge and except as otherwise set forth herein, I do not have an actual conflict of interest with any of the Potential Parties in Interest.  I have no connection to the Debtor, its creditors, or any other parties in interest herein, or their respective attorneys and accountants, the U.S. Trustee or any person employed in the Office of the U.S. Trustee, or any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the Eastern District of Delaware, except as follows:

(a) I have consulted with creditors' committees in bankruptcy cases against chapter 11

debtors including the following cases whose committees were represented by Pachulski

Stang Ziehl & Jones LLP, counsel for the Committee in this Case: the Archdiocese of

Milwaukee, The Boy Scouts of America, and the Archdiocese of New Orleans.

(b) I have been retained in other matters to provide expert consulting services and expert

testimony by the following counsel that represent members of the Committee in this Case,

but for the avoidance of doubt, I have not been retained by such counsel to provide services

concerning claims in this Case:  (i) Michael T. Pfau, Esq., Pfau, Cochran, Vertetis Amala

PLLC, (ii) Jeff Anderson, Esq., Jeff Anderson & Associates PA, and (iii) Paul Mones, Esq.,

Paul Mones Law Firm.

14.     In addition, I have evaluated thousands of survivors of sexual abuse during my

professional career and may in the future evaluate individuals, certain of whom may be creditors

of the Debtor or survivors of sexual abuse in this Case.

15.     I do not believe that the foregoing connections create an actual conflict of interest.

Further, I believe I hold no adverse interest to the Committee or the estate in the matters for

which I am being retained.

16.     If, at any time during the course of this Case, I learn of any representation which

may give rise to a conflict, I will promptly file with the Court an amended declaration identifying

and specifying such involvement.

17.     I will apply to the Court for allowance of compensation for services rendered and

reimbursement of expenses incurred in accordance with the Bankruptcy Code, the Bankruptcy

Rules, the Local Bankruptcy Rules and any applicable Orders of the Court.

5

18.     My current standard hourly rate, subject to change from time to time, is $575.  I estimate that my fees in connection with the Bar Date Motion will range between $12,000 and $15,000.

19.     I am not a prepetition creditor of the Debtor.  To the best of my knowledge, (a) I have received no promises as to compensation or payment in connection with this retention other than in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and Orders of this Court and (b) I have no agreement with any non-affiliated person or entity to share with such entity any compensation received in connection with this retention.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 23, 2020
        Langley, WA

_____
Jon R. Conte, Ph.D.

6

# Exhibit C

# CURRICULUM VITAE

**Jon Robert Conte**

**Office Address**:

The School of Social Work
University of Washington
4101 - 15th Ave. NE
Box 354900
Seattle, Washington 98195-6299
(206) 543-1001

**Clinical Office Address:**

P. O. Box 1459
Mercer Island, WA 98040
206-232-9824

Age: 71

**Education**:

BA        Sociology-Anthropology, Whittier College, Whittier, California (June 1970)

MSW       University of Washington, School of Social Work, Seattle, Washington (June 1974)

Ph.D.     University of Washington, School of Social Work. Seattle, Washington (August 1979)


**Current Employment**

          Professor Emeritus and Distinguished Joshua Children's Foundation
          Distinguished Scholar on Child Sexual Abuse and Director of the Joshua
          Center, University of Washington


**Previous Employment**

1990-2017     Professor, School of Social Work, University of Washington, Seattle,
              Washington.


1981-1990     Associate Professor, The University of Chicago, The School of Social Service
              Administration, Chicago, Illinois [Associate Dean for Academic Affairs, 1987-1989]

1979-1981     Assistant Professor, Jane Addams College of Social Work, University of Illinois-
              Chicago Circle, Chicago, Illinois

1978-1979     Director, Program Evaluation and Research, Seattle Children's Home, Seattle,

Washington

1974-1978    Part-time teaching: Parent-Child Center, Renton Vocational Technical Institute, Renton, Washington; Everett Community College; Edmonds Community College; Continuing Education, School of Social Work, University of Washington; Visiting Assistant Professor, University of Montana (7/76-9/76)

1974-1975    Caseworker, Seattle Children's Home, Seattle, Washington

## Funded Research

The Impact of Sexual Abuse on Children, 3 years ending 6/1/84, $682,271 funded by National Institute of Mental Health to the University of Chicago, Jon R. Conte, Principal Investigator.

Preventing Sexual Victimization of Young Children, 4 years ending 8/31/90, $670,888 funded by National Institute of Mental Health to the University of Chicago, Jon R. Conte, Principal Investigator.

Effects of Sexual Abuse on Children, 3 years ending 9/1/88, $273,321 funded by Department of Health and Human Services to Taylor Institute, Jon R. Conte, Principal Investigator.

Effects of Disclosure and Intervention on Sexually Abused Children, 3 years ending 2/29/89, $481,312 funded by Department of Health and Human Services to the University of Washington, Jon R. Conte, Research Consultant.

Coordinated Systems Response Project, 1 year ending 6/30/88, $5,340 funded by Illinois Department of Children and Family Services, Jon R. Conte, Evaluator.

Study of the Effects of Intervention in Child Sexual Abuse, 3 years ending 8/30/88, $280,000 funded by Department of Health and Human Services to Madison County District Attorney's Office, Huntsville, Alabama, Jon R. Conte, Principal Investigator.

## Major Committees, Boards, Advisory Committees

Editor                    The Journal of Interpersonal Violence
                          Trauma, Violence & Abuse: A Review Journal
Consulting Editor         Journal of Forensic Social Work

President Emeritus,       American Professional Society on the Abuse of Children

Board of Directors
(life time appointment
without vote)

Board of Councilors        International Society Prevention Child Abuse & Neglect

Member                     National Association of Social Workers
Member                     International Society Traumatic Stress Studies
Member                     American Professional Society on the Abuse of Children
Member                     Advisory Board, Center for Research on Violence Against Women,
                           University of Kentucky, Lexington.

## Past Committees, Boards, Advisory Committees

Member        Panel on Research on Child Abuse and Neglect, National Academy of Sciences,
              September 1991-July 1993.

Member        Criminal and Violent Research Review Committee, National Institute of Mental
              Health (term expired 6/30/90)

Member        Advisory Board, OJJDP project, Obstacles to the Recovery and Return of Parentally
              Abducted Children, ABA Center on Children & The Law and University of
              California Center for the Study of Trauma (1991-1992)

President     American Professional Society on the Abuse of Children, 1988-1989

Member        Illinois Citizens Advisory Committee, Department of Children and Family Services,
              1982-1989

Member        Advisory Committee, Pediatric Ecology Unit, Mt. Sinai Medical Center (Chicago),
              1985-1990

Member        National Advisory Board, Sexual Abuse Prevention Program, Ounce of Prevention
              (Chicago), 1985-1990

## Publications

Conte, Jon R., & Conte, W. R.  (1977).  The use of conceptual models in occupational
therapy.  *American Journal of Occupational Therapy, 31*(3), 262-265.

Briar, Scott, & Conte, Jon R. (1978). Families. In Henry Maas (Ed.), *Social service research: Reviews of studies* (pp. 9- 38). Washington, DC: National Association of Social Workers.

Conte, Jon R. (1979). Helping groups of parents change their own children's behavior: A therapist's review of research. *Child and Youth Services, 2*(3), 1-13.

Conte, Jon R., Berliner, Lucy, & Nolan, Donna. (1980). Police and social worker cooperation in child sexual assault cases. *FBI Law Enforcement Bulletin, 49*(3), 7-10.

Madsen, Paula Sue, & Conte, Jon R. (1980). Single subject research in occupational therapy: A Case illustration. *American Journal of Occupational Therapy, 34*(4), 263-267.

Conte, Jon R., & McCoy, Linda. (1980). Teacher and social worker agreement on behavioral expectation of special children: A brief note. *Exceptional Children, 4*(8), 645- 646.

Conte, Jon R., & Levy, Rona. (1980). Problems and issues in implementing the clinical-research model of practice in educational and clinical settings. *Journal of Education in Social Work, 16*(3), 60-64.

Conte, Jon R., & Berliner, Lucy. (1981). Prosecution of the offender in cases of sexual assault against children. *Victimology: An International Journal, 6*(1-4), 102-109.

Conte, Jon R., & Berliner, Lucy. (1981). Sexual abuse of children: Implications for practice. *Social Casework, 61*(10), 601-606.

Conte, Jon R. (1982). Sexual abuse of children: Enduring issues for social work. In J. R. Conte, & D. Shore (Eds.), *Social work perspectives on child sexual abuse* (pp. 1-20). New York: Haworth Press.

Conte, Jon R., & Halpin, Teri. (1983). Current and future trends in family services. In A. Rosenblatt, & D. Waldfogel (Eds.), *Handbook of clinical social work* (pp. 1120-1142). San Francisco: Jossey-Bass.

Conte, Jon R. (1983). Home-based services to children and their families. In W. Meezan, & B. McGowon (Eds.), *Child welfare* (pp. 1171-1209). Itasca, IL: Peacock.

Conte, Jon R. (1984). Sexual abuse of children: A progress report. *Social Work, 29*(3), 258-263.

Conte, Jon R. (1984). The role of the justice system in responding to child sexual abuse. *Social Service Review, 58*(4), 556-568.

Conte, Jon R., Rosen, Carole, Saperstein, Leslee, & Shermack, Roberta. (1985). An evaluation of a program to prevent the sexual victimization of young children. *Child Abuse and Neglect: The International Journal, 9*, 319-328.

Conte, Jon R.  (1985).  The group care practitioner as a teacher of parenting.  In F. Ainsworth & L. Fulcher (Eds.), *Group care practice with children* (pp. 239-267).  New York: Methuen.

Conte, Jon R.  (1985).  The effects of sexual abuse on children: A critique and suggestions for future research.  *Victimology: The International Journal, 10*(1-4), 110-130.

Conte, Jon R.  (1985).  Clinical dimensions of adult sexual use of children.  *Behavioral Sciences and the Law, 3*(4), 341- 354.

Conte, Jon R., Rosen, Carole, & Saperstein, Leslee.  (1986, Spring).  An analysis of programs to prevent the sexual victimization of young children.  *The Journal of Primary Prevention, 6*(3), 141-155.

Levy, Howard, Sheldon, Steve, & Conte, Jon R.  (1986).  Intervention programs for communities.  In Mary Lystal (Ed.), *The violent home*.  New York: Brunner/Mazel.

Conte, Jon R.  (1986, Summer).  Child sexual abuse and the family: A critical analysis.  *Journal of Psychotherapy and the Family, 2*(2), 113-126.

Conte, Jon R.  (1986).  *Child sexual abuse*.  Monograph published by the National Committee for the Prevention of Child Abuse.

Conte, Jon R.  (1987).  Child sexual abuse.  *Encyclopedia of social work* (18th ed.).

Conte, Jon R., & Schuerman, John R.  (1987).  Factors associated with an increased impact of child sexual abuse.  *Child Abuse and Neglect: The International Journal, 11*, 201-211.

Conte, Jon R., & Schuerman, John R.  (1987).  The effects of sexual abuse on children: A multidimensional perspective. Journal of Interpersonal Violence, 2(4), 380-391. (Reprinted 1988. In G. E. Wyatt, & G. J. Powell (Eds.), *Lasting effects of child sexual abuse*.  Newbury Park, CA: Sage.)

Conte, Jon R. & Berliner, Lucy.  (1988).  The impact of sexual abuse on children: Empirical findings.  In Lenore Walker (Ed.), *A handbook on sexual abuse of children* (pp. 72-93).  New York: Springer.

Conte, Jon R.  (1988).  Research on prevention.  In G. T. Hotaling, D. Finkelhor, R. Gelles, J. T. Kirkpatrick, & M. Strauss (Eds*.), Coping with family violence* (pp. 300-309). Newbury Park, CA: Sage.

Wolf, Stephen, & Conte, Jon R.  (1988).  Assessment and treatment of sexual offenders in a community setting.  In Lenore Walker (Ed.), *A handbook on sexual abuse of children* (pp. 365-386)..  New York: Springer.

Conte, Jon R.  (1988).  The effects of sexual abuse on children: Results of a research project.  In Robert A. Prentky, & Vernon L. Quinsey (Eds*.), Human sexual aggression: Current perspectives* (pp. 310-326).  New York: The New York Academy of Sciences.

Conte, Jon R.  (1988).  Structural reconciliation of therapeutic and criminal justice cultures.  In Ann Maney & Susan Wells (Eds*.), Professional responsibilities in protecting children* (pp. 139-149).  New York: Praeger.

Conte, Jon R., Wolf, Steven, & Smith, Tim.  (1989).  What sexual offenders tell us about prevention.  *Child Abuse and Neglect: The International Journal, 13*(2), 293-302.

Berliner, Lucy, & Conte, Jon R.  (1990).  The process of victimization: The victim's perspective.  *Child Abuse & Neglect, 14*(1), 29-40.

Gelles, Richard J. & Conte, Jon R.  (1990).  Domestic violence and sexual abuse of children: A review of research in the eighties.  *Journal of Marriage and the Family, 52*, 1045-1058.

Conte, Jon R., & Fogarty, Linda.  (1990).  Programs for children on child abuse.  *Education and Urban Society, (Special Issue), 22*(3), 270-284.

Conte, Jon R.  (1990).  The incest perpetrator:  An overview and introduction.  In Anne Horton (Ed.), *The incest perpetrator: The family member no one wants to treat* (pp. 19-28).  Beverly Hills, CA: Sage.  (Reprinted 1992.  In A. W. Burgess (Ed.), Child trauma: issues & research (pp. 335-360).  New York: Garland.

Conte, Jon R.  (1990).  Child sexual abuse.  In Robert T. Ammerman, & Michael Hersen (Eds.), *Treatment of family violence: A source book* (pp. 50-76).  New York: John Wiley & Sons.

Conte, Jon R., Sorenson, Erin, Fogarty, Linda, & Rosa, Julie Dalla.  (1991).  Validation of allegations of child sexual abuse: Results of a national survey.  *Journal of Orthopsychiatry, 61*(3), 428-437.

Conte, Jon R., Collins, Mary, & Fogarty, Linda.  (1991). National survey of professional practice in child sexual abuse.  *Journal of Family Violence, 6*(2), 149-166.

Conte, Jon R.  (1991).  Nature of sexual offense.  In Clive Hollin & Kevin Howels (Eds.), *Clinical approaches to sex offenders and their victims* (pp. 11-34).  New York: John Wiley & Sons.

Conte, Jon R.  (1991).  Overview of child sexual abuse.  A chapter in *Review of psychiatry* (Vol. 10, pp. 283-307).  Washington, DC: American Psychiatric Press.

Conte, Jon R.  (1991).  Child sexual abuse: Looking backward and forward.  In Michael Quinn Patton (Ed.), *Family sexual abuse: Frontline research and evaluation* (pp. 3-22).  Newbury Park, CA: Sage.

Conte, Jon R.  (1991)  The therapist in child sexual abuse: The context of helping.  *New Directions in Mental Health Services, 51*, 87-98.

Conte, Jon R.  (1991).  Believe the client slogans as miscommunication.  *Journal of Interpersonal Violence, 6*(2), 243-245.

Conte, Jon R.  (1992).  Has this child been sexually abused? Dilemmas for the mental health professional who seeks the answer.  *Criminal Justice & Behavior, (Special Issue), 19*(1), 51-73.

Berliner, Lucy, & Conte, Jon R.  (1993)  Sexual abuse evaluations: Conceptual and empirical obstacles.  *Child Abuse & Neglect: The International Journal, 17*, 111-125.

Briere, John & Conte, Jon R.  (1993).  Self-reported amnesia for abuse in adults molested as children.  *Journal of Traumatic Stress, 6*(1), 21-31.

Conte, Jon R.  (1993).  Sexual abuse of children.  In Robert L. Hampton, et al., (Eds.), *Issues in children's and families' lives* (Vol. 1, pp. 56-85).  Newbury Park, CA: Sage.

Conte, Jon R.  (1994).  Should children be required to participate in school programs to prevent molestation?  In Mary Ann Mason & Eileen Gambrill (Eds.), *Debating children's lives: Current controversies on children and adolescents* (pp. 167-172).  Thousand Oaks, CA: Sage.

Conte, Jon R.  (1994).  Child sexual abuse: Awareness and backlash.  *The Future of Children, 4*(2), 224-232.

Conte, Jon R.  (1995).  Assessment of children who may have been abused: The real world context.  In Tara Ney (Ed*.), True and false allegations of child sexual abuse*.  New York: Brunner Mazel.

Conte, Jon R.  (1995).  Child sexual abuse as a health care problem.  In *The encyclopedia of social work*.  New York: NASW.

Berliner, Lucy, & Conte, Jon R.  (1995).  The effects of disclosure and intervention on sexually abused children.  *Child Abuse and Neglect, 19*(3), 371-384.

**1987 Conference Presentations**

February 6, 1987.  Sexual Development, Abuse and Deviance: Implications for Treatment (workshop).  Youth Service Network of Lake County, Gurnee, IL.

March 26, 1987.  The Effects of Childhood Sexual Experiences on Child and Adult Victims (keynote) and The Effects of Programs to Prevent Sexual Victimization of Young Children (closing address). Cape Girardeau County Council on Child Abuse and Neglect, Cape Girardeau, MO.

May 9, 1987.  Sexual Molestation: Emerging Trends and Issues for Professionals (lecture).  Methodist Hospital, Gary, IN.

May 12, 1987.  Knowns, Unknowns, and Opportunities in the Investigation, Treatment, and Prevention of Sexual Abuse of Children (workshop).  Prince William County Department of Social Services, Manassas, VA.

June 2, 1987.  Child Sexual Abuse: Emerging Trends and Professional Responses (workshop).  The Menninger Foundation, Topeka, KS.

July 7, 1987.  What Offenders Teach Us About Prevention.   3rd National Family Violence Conference, Durham, NH.  .

July 11, 1987.  An Overview Of Prevention Research in Child Abuse (workshop) and Incorporating Research into Practice: Where Do We Go from Here? (closing address). Practitioner and Policymaker Conference, Family Violence Laboratory, University of New Hampshire, Durham, NH.

September 11, 1987.  Sexual Abuse of Children (workshop with M. J. Barrett). National Conference on Drug Use in Pregnancy in cooperation with the Illinois Department of Alcoholism and Substance Abuse, the Illinois Department of Children and Family Services, the Illinois Department of Public Health and the March of Dimes Birth Defects Foundation, Chicago, IL.

September 23, 1987.  Validating Children's Reports of Sexual Abuse: Policies, Practices and Techniques--Part I-II (workshop).  Child Sexual Abuse: Do Children Lie or Adults Misperceive?  You Be the Judge.  Sponsored by Alternatives to Sexual Abuse: Child Sexual Abuse: Assessment and Treatment, Portland, OR.

September 24, 1987.  Incest (chair, concurrent session).  Healing Interpersonal Violence, The Surgeon General's Northwest Regional Conference on Interpersonal Violence:  Making Health a Full Partner.  Sponsored by US Public Health Service Region X, Harborview Medical Center, National Institute of Mental Health, Washington Department of Social and Health Services, Seattle, WA.

October 15, 1987.  Misdirect ions in Professional Responsibility (plenary session), Midwest Conference on Child Sexual Abuse and Incest sponsored by University of Wisconsin-Madison and Family Sexual Abuse Treatment, Inc.,  Madison, WI.

October 27, 1987.  Emerging Issues (speaker) and Validating Allocations of Child Sexual Abuse: Conceptual Issues (speaker).  The Adolescent Perpetrator, October Educational Conference.  Sponsored by Allegan County Prevention of Child Abuse and Allegan County Stop Child Abuse Councils, Allegan, MI.

November 6, 1987.  Problems and Opportunities in Professional Responses to Sexual Abuse (keynote).  Sexual Victimization: Conference on Clinical Interventions in Sexual Abuse, sponsored by The Family Place and co-sponsored by Kent School of Social Work, College of Urban and Public Affairs, University of Louisville, Louisville, KY.

November 23, 1987.  The Impact of Sexual Abuse on Children: Research findings (lecturer), American Medical Association Lectures in Medical Science, Chicago, IL.

December 4, 1987.  New Research in Child Sexual Abuse.  Sponsored by Incest Recovery Association, Professional Alliance Counseling & Consultation Center, Rape Crisis Program of the Women's Center of Tarrant County, Sunny von Bulow National Victim Advocacy Center, Tarrant County Junior College Multidisciplinary Institute for Child Sexual Abuse Intervention and Treatment, and Texas Department of Human Services, Fort Worth, TX.

December 5, 1987.  Obstacles and Opportunities in Professional Responses to Child Abuse (workshop).  Together We Make a Difference, First Annual Conference sponsored by the California Professional Society on the Abuse of Children, Costa Mesa, CA.

December 10-12, 1987.  Conference on Research Priorities for Preventing Child Abuse and Neglect, sponsored by National Committee for Prevention of Child Abuse and Ohio Children's Trust Fund, Columbus, OH.

## 1988 Conference Presentations

January 15, 1988.  Child Sexual Abuse and Mental Health: An Update (speaker).  Saint Joseph Hospital, Regional Psychiatric Center, Elgin, IL.

April 1, 1988.  Victim Sensitive Interviewing in Child Sexual Abuse--Fact or Fiction? (presenter).  Partners in Case Work Excellence, 1988 DCFS All Workers Conference presented by The State of Illinois Department of Children and Family Services, Chicago, IL.

April 12-13, 1988.  Sexual Abuse of Children: An Intensive Workshop (with Ben Mirtenbaum).  Family Therapy Seminars: Treatment of Sexual Abuse co-sponsored by HCA Grant Center Hospital, Miami, FL.

April 30, 1988.  Evaluating Prevention: What Works? (presenter). The National Symposium on Child Victimization.  Sponsored by the Division of Child Protection, Children's Hospital National Medical Center of Washington, DC, Anaheim, CA.

May 23-24, 1988.  Validation of Allegations of Child Sexual Abuse (keynote), Impact of Child Sexual Abuse (workshop).  Child Abuse and Neglect:  Children at Risk, 7th Annual Conference sponsored by University of California-Davis, Sacramento, CA.

June 16-17, 1988.  Researchers and Service Providers--Making Partnerships (panelist) and Latest Findings on Offenders: How They Approach Children (speaker).  Prevention

Connection III sponsored by the Child Assault Prevention Training Center of Northern California, Oakland, CA.

**1989 Conference Presentations**

February 24-26, 1989.  Effects of Empirical Findings (presenter), Chicago Society for Adolescent Psychiatry and Illinois Council of Child and Adolescent Psychiatry 23rd Annual Winter Weekend Meeting, Continuity and Change in Development, Fontana, WI.

March 3, 1989.  Prevention: Can It Be Done? (speaker with Anne H. Cohn), 5th National Symposium on Child Sexual Abuse, Huntsville, AL.

March 16-17, 1989.  Prosecution or Therapy: Australia's Chance to Get It Right (plenary) and Therapy for Victims and Their Families (workshop), Contemporary Issues in Child Abuse, Sydney, Australia.

March 19, 1989.  Prevention and Treatment of Child Sexual Abuse, a one day workshop conducted for the Queensland Centre for Prevention of Child Abuse, Brisbane, Queensland, Australia.

March 29, 1989.  Validating Allegations of Child Sexual Abuse: Consensus and Concerns (keynote speaker), Confronting the Question: Are Children Credible in Child Sexual Abuse Allegations?  A Morning Symposium, White Plains, NY.

March 30-31, 1989.  Society's Response to the Sexually Abused Child: A Seminar on Prevention and Intervention for the Helping Professions (two day seminar), Kansas City, MO.

April 6, 1989.  Recent Findings on the Effects of Childhood Sexual Experience on Adult Survivors (speaker); Psychiatry Grand Rounds, University of Massachusetts Medical School, Worchester, MA.

April 6, 1989.  Child Sexual Abuse: Validations of Allegations and Emerging Concepts in the Treatment of Child Victims (guest presenter), Central Massachusetts Area Health Education Center, Worchester, MA.

April 7, 1989.  The Many Dimensions of Child Sexual Abuse and Implications for Treatment (speaker); Child Sexual Abuse: Assessment, Treatment and Research 16th Annual Symposium for Students, Graduates, Faculty and Field Agency Staff, New York, NY.

April 21, 1989.  Validating Allegations of Sexual Abuse: Areas of Consensus and Concern (speaker); 4th Annual Clara Pope Willoughby Memorial Lecture in Child and Family Services, Austin, TX.

May 3-5, 1989.  Sexual Abuse Treatment: Directions and Misdirect ions (plenary), Validating Allegations of Sexual Abuse (workshop), 1989 East-Central US Conference on Family Sexual Abuse presented by Professional Training Institute of Indiana.

May 15-16, 1989.  New Research: Parents' Attitudes Toward Child Abuse Prevention (lecture), An International Conference on Child Abuse: Prevention Connection IV, Oakland, CA.

June 21-23, 1989.  (speaker) On Child Sexual Abuse in the Family, International Congress on Child Sexual Abuse, Groningen, De Oosterpoort, The Netherlands.

June 30, 1989.  Illinois Models for Multidisciplinary Investigation of Sexual Abuse (panelist).  Dealing with Children as Witnesses: A Seminar, Illinois Child Witness Project, Chicago, IL.

August 8, 1989.  New Research on Validating Cases of Child Sexual Assault (speaker). Protecting Our Children: A Special Challenge for Advocates, The 15th Annual North American Victim Assistance Conference, Chicago, IL.

August 11-15, 1989.  Moderators of Long-Term Symptomatology in Women Molested as Children (participant) and Amnesia in Women Molested as Children: Testing Theories of Repression (participant).  American Psychological Association 97th  Annual Convention, New Orleans, LA.

Sept. 14, 1989.  Overview of Victims and Victimization: Methods of Evaluating Reports of Child Abuse (speaker) and Video Taped Interviews: A Critical Review (panelist). Alexandria, VA.

**1990 Conference Presentations**

January 16-18, 1990.  The Backlash: What Can We Do About It?; Validation Issues; and Treatment of Victims.  The Texas Department of Human Services 8th Annual Child Sexual Abuse Conference, Arlington, TX.

January 17-20, 1990.  Responding to the Backlash: The Constructive Use of Controversy. Health Science Response to Child Maltreatment 1990 sponsored by The Center for Child Protection, San Diego, CA.

March 7-9, 1990.  Validation Models: A Critical Analysis and Current Research on Preventing Child Sexual Abuse. The 6th National Symposium on Child Sexual Abuse presented by The National Children's Advocacy Center, Huntsville, AL.

March 27, 1990.  Medical Complications of Adult Survivors of Sexual Abuse. Victims in crisis.  Appleton Medical Center's Second Annual Focus on Gynecology and Fertility, Appleton, WI.

April 18, 1990.  Children and Violence (keynote).  Harriet Feinman Symposium: Children and Violence sponsored by Montefiore Medical Center's Child Protective Services Program, Bronx, NY.

May 7-8, 1990.  Validating Allegations of Sexual Abuse; Sex Offenders: Who Are They?; and Treating the Long-term Effects of Sexual Abuse.  11th Annual Conference of Agencies and Organizations Serving Troubled Youth, Salt Lake City, UT.

May 10-11, 1990.  Large Scale Evaluation of Prevention Programs: Understanding Children's Variations in Learning; What Do We Know and How Do We Know It?: Up-to-date Review of Research on the Effectiveness of Prevention Programs; and The Relevance of Children's Individual Successes.  Beyond Prevention: The Future of Childhood sponsored by The Child Assault Prevention Training Center of Northern California, Oakland, CA.

May 17, 1990.  Validating Sexual Abuse and Treatment of Survivors of Childhood Sexual Abuse.  Focus on Sexual Abuse sponsored by Charter Barclay Hospital, Chicago, IL.

June 8-9, 1990.  Validation Overview of Treatment: What Do We Know and What Don't We Know?  1990 Alaska Judicial Conference, Anchorage, AK.

July 2, 4, 6, 1990.  Dealing with Child Sexual Abuse (seminar) Queensland Centre for Prevention of Child Abuse, Townsville, Cairns, Rockhampton, Queensland, Australia.

July 10, 1990.  Children or Adults: Who to Believe?  Children and the Law, Continuing Legal Education Department, Queensland Law Society, Brisbane, Queensland, Australia.

July 12-13, 1990.  Dealing with Child Sexual Abuse (two day seminar).  Queensland Centre for Prevention of Child Abuse, Brisbane, Queensland, Australia.

September 9-10, 1990.  Counseling for the Child and Family.  22nd Roundtable Child Sexual Abuse, Washington, DC.

September 11, 1990.  Clinical Assessment of Sexual Abuse and Treatment of Sexual Abuse Victims.  The 21st Century Family: A Statewide Conference on Runaway and Troubled Youth, Florida Network of Youth & Family Services, Lake Buena
 Vista, FL.

September 19, 1990.  Victimization and Prevention.  Successful Interventions With Sex Offenders: Learning What Works, Washington State Institute For Public Policy, Seattle, WA.

October 18-19, 1990.  Changing The Future: Direction for the 90s (two day workshop). Saskatoon Child Abuse Council, Saskatoon, Saskatchewan, Canada.

October 23, 1990.  Child Sexual Abuse: An Agenda for the Year 2001.  Family Sexual Abuse Project, 3rd Annual Conference, The Saint Paul Foundation, St. Paul, MN.

October 29, 1990.  Current Quantitative Measures for Crime- related Post-traumatic Stress Disorder.  6th Annual Meeting of the Society for Traumatic Stress Studies, New Orleans, LA.

October 31, 1990.  The Effects of Sexual Abuse (workshop) and Professional Responsibility:  Meeting the Challenge (keynote).  Midwest Conference on Child Sexual Abuse and Incest, University of Wisconsin-Madison and Family Sexual Abuse Treatment, Madison, WI.

November 3, 1990.  How To Use Expert Witnesses (panel presentation).  ABA 5th National Conference on Children and The Law, American Bar Association Center on Children and Law, Arlington, VA.

November 8, 1990.  Are We At Home With Violence?  Humanities Present: Current Ethical Issues in Debate Symposia Series, Portland State University, Portland, OR.

November 9, 1990.  Are We At Home With Violence?  A One Day Symposium for Helping Professionals.  Graduate School of Social Work, Portland, OR.

November 16, 1990.  Child Abuse Research: Are We Learning More But Doing Less?  Social Work '90: NASW's Meeting of the Profession, National Association of Social Workers, Boston, MA.

November 19-20, 1990.  Research on Validation of Abuse Cases and Research for Front Line Workers.  Networking for the Nineties, Tennessee Network for Child Advocacy, Nashville, TN.

**1991 Conference Presentations**

January 10-11, 1991.  Differential Impact of Sexual Abuse on Children. Research Workshop on the Prevention of Psychological Sequelae of Physical and Sexual Abuse in the Family, National Institute of Mental Health, Bethesda, MD.

January 18, 1991.  Clinical Errors in the Evaluation and Treatment of Sexual Abuse.  Clinical Consultation Groups, Harborview Sexual Assault Center and Eastside Sexual Assault Center for Children, Harborview Medical Center, Seattle, WA.

March 1, 1991.  Child Sexual Abuse. Grand Rounds Department of Obstetrics and Gynecology, College of Medicine, The University of Tennessee at Memphis, Memphis, TN.

March 20 and 21, 1991.  3rd Annual Conference on Child Sexual Abuse, (two day workshop with Kee MacFarlane and Harry Elias), Tanager Place, Cedar Rapids, IA.

March 22, 1991.  Validation of Allegations of Child Sexual Abuse: Current Research; Problems and Issues in Validating Allegations of Abuse; and Abuse-focused Therapy: Critical

Issues in Therapy Relationships (with Lucy Berliner and Julie Lipovsky). 7th National Symposium on Child Sexual Abuse, Huntsville, AL.

April 12, 1991.  Child Sexual Abuse: Its Effects on Survivors and Treatment (half-day workshop). Violence and Nonviolence: Family and Society, Iowa NASW Annual Symposium, Des Moines, IA.

April 29-30, 1991.  Professional Intervention in Child Sexual Abuse (one-day), University of Alabama, Huntsville, AL.

May 29, 1991.  Break the Silence! (keynote), Ina Maka Family Program, United Indians of All Tribes Foundation, Daybreak Star Cultural Center, Seattle, WA.

June 6-7, 1991.  Preventing Sexual Abuse: Where We Have Been and Where We Should Be Going. National Center on Child Abuse and Neglect, National Child Maltreatment Prevention Symposium, Washington, DC.

June 13, 1991.  Child Sexual Abuse: Finding Solutions Together (keynote) and Abusive Family Systems (lecture).  First Indiana Conference on The Sexual Abuse of Children, Indianapolis, IN.

July 20, 1991.  Dealing with the Backlash: An agenda for the Future (keynote), When Healers Hurt: Errors & Other Painful Experiences (workshop for survivors); and Common Clinical Errors in the Treatment of Adult Survivors (professional workshop). 1991 National Conference, Voices in Action, Inc., Chicago, IL.

August 27, 1991.  Dynamics of Victimization and Child Development.  Basic Training for Child Abuse Prosecutors, National Center for Prosecution of Child Abuse, Seattle, WA.

September 14, 1991.  Abuse-Focused Therapy: Critical Issues in Therapy Relationships (with Lucy Berliner and Julie Lipovsky). Reaffirming Our Roots, 9th National Conference on Child Abuse and Neglect, Denver, CO.

September 20, 1991.  Child Abuse Treatment as Prevention (with John Briere), 5th Annual Training Conference, San Diego Community Child Abuse Coordinating Council, San Diego, CA.

September 25, 1991.  Validating Allegations of Sexual Abuse, (keynote).  Governor's Conference for Prevention of Child Abuse and Neglect, Wichita, KS.

October 2, 1991.  The Victim and the Victim's Family.  The Unspoken Plea: A Community Awareness Program on Child Sexual Abuse, Federal Way, WA.

October 8, 1991.  Validating Allegations of Abuse: Research and Practice Issues.  Now What?  Successful Survivors of Child Abuse and Neglect, Spokane, WA.

November 5-6, 1991.  The Validation Process: Improving Practice, not Proving Abuse; and Issues for Ethical Practice.  Midwest Conference on Child Sexual Abuse and Incest, Middleton, WI.

November 8, 1991.  Knowledge and Practice in Child Sexual Abuse: Who Is Running the Train?  The Association for the Treatment of Sexual Abusers 10th Annual Research and Treatment Conference, Forth Worth, TX.

November 23, 1991.  Innovations in Clinical Treatment with Adult Survivors of Childhood Sexual Abuse.  25th Annual Association for Advancement of Behavior Therapy Convention, New York, NY.


**1992 Conference Presentations**


January 24, 1992.  Management of Transference in Therapeutic Relationships.  The San Diego Conference on Responding to Child Maltreatment 1992, San Diego, CA.

January 30, 1992.  Preventing Child Sexual Abuse.  What Do We Know?  The Open Window School Speaker Series, Bellevue, WA.

February 11, 1992.  Child Sexual Assault: Personal, Professional, Political.  Workshop presented by Victorian Association for Family Therapists with the support of Community Services Victoria and in association with Travancore Child and Family Centre, Flemington, Australia.

February 12-13, 1992.  The Effects of Child Sexual Abuse and the Importance of Treatment (keynote) and Validating Allegations of Child Sexual Abuse: A Model for Good Practice.  CSV Protective Services for Children and Young People Conference, University of Melbourne, Parkville, Australia.

February 21, 1992.  Transference/Countertransference: Managing the Self (with Kee MacFarlane).  8th National Symposium on Child Sexual Assault, Huntsville, AL.

March 2-5, 1992.  National Conference on Victimization and Recovery, Victoria, BC, Canada.

March 20, 1992.  Countertransference Issues for All Professionals--How Clinical Error Interferes with Helping. CORSA Conference: Stopping Sexual Victimization Putting the Pieces Together, Buffalo, NY.

April 10, 1992.  Childhood Sexual Abuse: Personal & Ethical Dimensions.  The Summit County Child Abuse Prevention Project Presentation, Akron, OH.

April 22, 1992.  Counseling and therapy for Sexual Assault Victims.  King County Conference on Sexual Assault, Seattle, WA.

May 14, 1992.  Childhood Sexual Abuse: Where Have We Been and Where Are We Going (keynote) and Countertransference in the Treatment of Violence.  1992 Tri-Discipline Conference, Anchorage, AK.

May 19, 1992.  Validating Allegations: An End or a Beginning? and Countertransference in Child Abuse Dealing with the Self. The 20th Annual Child Abuse and Neglect Symposium, Keystone, CO.

June 9, 1992.  Assessment and Validation of Sexual Abuse Disclosures Specifically for Presentation in the Court Setting.  Region II Department of Health and Welfare Family and Children's Services Workshop, Moscow, ID.

July 11, 1992.  Countertransference: Traps, Tasks, and Opportunities and When Healers Hurt: Errors and Other Painful Experiences in Therapy (with Nina Corwin).  1992 VOICES Conference, Chicago, IL.

August 18-20, 1992.  Discussant at the APA Symposium, San Francisco, August, 1992: New Research on Child Abuse and Neglect: Victims and Perpetrators (with John Briere).

October 14, 1992.  Child Abuse Ethics: What Are They? and Countertransference: Dealing with Our Own Issues in This Work.  Midwest Conference on Child Sexual Abuse and Incest, University of Wisconsin-Madison, Middleton, WI.

October 15, 1992.  Countertransference in Working with Sexually Abused Clients.  Child Maltreatment: Applied Clinical Interventions--A 1992 Training Institute, Alberta Children's Hospital, Calgary, Alberta, Canada.

## 1993 Conference Presentations

January 26, 1993.  Abuse Focused Therapy: Critical Issues.  The San Diego Conference on Responding to Child Maltreatment 1993, San Diego, CA.

March 1, 1993.  How Can You Tell If There Has Been Child Abuse? 20th National Conference on Juvenile Justice.  National Council of Juvenile and Family Court Judges, Seattle, WA.

March 4, 1993.  Where Have We Been - Where Are We Going - Responding to Child Maltreatment in 2002.  First Annual Children's Justice Conference, Seattle, WA.

March 29, 1993.  Validating allegations: An End or a Beginning. 9th Annual Training Symposium.  Georgia Council on Child Abuse, Inc., Atlanta, GA.

April 5, 1993.  Validating Allegations of Abuse (keynote). Victims of Violence: Diagnosis and Treatment Issues. University of Iowa Hospitals and Clinics, Iowa City, IA.

April 19-20, 1993.  She Hasn't Told Anyone Yet So She Must Like It and If You Tell, I'll Go to Jail.  Australian  Protective Services Branch, Melbourne, Australia.

April 21, 1993.  Validating Child Sexual Abuse Notifications, Ongoing Work with Children and Families Where Child Sexual Abuse Has Occurred, and Responding to the Needs of the Child in Situations of Sexual Abuse.  Australian Protective
 Services Branch, Geelong, Australia.

April 23 & 26, 1993.  Nobody Will Believe You If You Tell. Australian Protective Services Branch, Geelong and Wangaratta, Australia.

April 27, 1993.  If You Tell Your Mother It Will Kill Her. Australian Protective Services Branch, Wangaratta, Australia.

May 3, 1993.  Keeping Secrets and I Was Only Teaching Her About Sex.  Australian Protective Services Branch, Wangaratta, Australia.

May 12, 1993.  Ethics, Expertise and Effectiveness in the Courtroom.  King Eastside Division of Children & Family Services Training Session, Bellevue, WA.

June 25-26, 1993.  The Therapy Relationship in Child Abuse Cases (with Kee MacFarlane) and The Use Of Mental Health "Syndromes" In The Prosecution And Defense Of Child Abuse Related Crimes (with Stephen Komie and Patricia Toth). First National Colloquium of the American Professional Society on the Abuse of Children, Chicago, IL.

October 5, 1993.  Current Knowledge and Mental Health Practice in Cases of Child Sexual Abuse and The Therapy Relationship in Child Abuse Cases.  The 5th Mental Health Institute, The Kentucky Department for Mental Health and Mental Retardation Services, Louisville, KY.


**1994 Conference Presentations**


January 14, 1994.  Ethical Considerations in Handling Child Maltreatment Cases.  4th Annual TEAM: Time for Effective Action on Maltreatment of Minors Conference, Bloomington, MN.

February 18, 1994.  The Therapeutic Relationship and the Survivor of Child Sexual Trauma: Critical Issues (with Nina Corwin). Charter Barclay Hospital Symposium to Benefit VOICES, Chicago, IL.

April 20-22, 1994.  Special Cases: Child Abuse Allegations in Custody Disputes.  1994 Superior Court Spring Conference, Olympia, WA.

April 26, 1994.  Child Abuse Ethics: Results of a National Survey (with Sandy Shrager). 2nd Annual Children's Justice Conference: An Advanced Training in Child Sexual Abuse, Bellevue, WA.

May, 4-7, 1994.  Assessing and Treating Psychological Maltreatment (with Marla Brassard and Stuart Hart), The Scientific Basis for Expert Psychological Testimony Regarding Child Sexual Abuse (with John E. B. Myers, Lucy Berliner, and Benjamin E. Saunders), and Ethical Issues in the Professional Response to Child Maltreatment (with Kee MacFarlane). 2nd National Colloquium of the American Professional Society on the Abuse of Children, Cambridge, MA.

June 23, 1994.  Answering the Battered Child Defense.  Washington Association of Prosecuting Attorneys' Summer Training Program, Lake Chelan, WA.

August 5, 1994.  Keynote Speaker:  Challenges in the Past, Challenges in the Future: Personal and Professional Ethics for Child Abuse Prevention Professionals.  The Child Abuse Prevention Council of Ogden: Preserving the Innocence of Children, Ogden, UT.

August 7, 1994.  The State of the Sexual Abuse Survivor Movement. VOICES in Action, Inc.  12th Annual Conference, Surviving Against All Odds: Resiliency in Action, Northbrook, IL.

September 16, 1994.  Ethical Concerns for the Therapist.  WSTLA Legal Education Seminars:  "Legal Issues Facing Mental Health Professionals," Seattle, WA.

November 5, 1994.  Child  Abuse Effects: Methodological and Clinical Issues.  11th International Conference on Dissociative States, Chicago, IL.


**1995 Conference Presentations**


January 18, 1995.  Ethical Issues and Current Practice Dilemmas. The National Resource Center on Child Sexual Abuse, Course I of the Advanced Training, Interviewing, Initial Investigation, and Assessment, Huntsville, AL.

January 24 - 25, 1995.  Unrecognized Conflicts of Interest in the Therapy of Abused Children:  Issues in Countertransference, and The Expert Witness in Court, Part II of II:  Direct and Cross Examination of the Mental Health Expert Witness (with Braunstein and Toth). Children's Center for Child Protection, Children's Hospital-San Diego, 1995 San Diego Conference on Responding to Child Maltreatment, San Diego, CA.

May 8, 1995.  Clinical and Methodological Issues in Research on the Effects of Childhood Sexual Abuse.  European Society for Traumatic Stress Studies, Fourth European Conference on Traumatic Stress, Paris, France.

May 18, 1995.  Where Have We Been, Where are We Going? Children's Institute International, A Multi-professional Symposium on Child Protection, "Sharing the American Experience:  Implications for Local Practice," Craigavon, Co. Armagh, Ireland.

June 9, 1995.  Plenary Session: The Abuse Excuse: Limits of the Child Abuse Defense (with Jacqueline Campbell and John E. B. Myers).  American Professional Society on the Abuse of Children Annual Colloquium, Tucson, AZ.

July 13 & 20, 1995.  Evaluating Children's Claims: Child Development, Children's Memories and the Uses and Abuses of Expert Testimony (with Lucy Berliner and Gail S. Goodman).State of New York Family Violence Task Force , Judicial Seminars on Child Sexual Abuse, Tarrytown, NY.

September 18-19, 1995.  Ethical Issues and Current Practice Dilemmas.  Giaretto Institute, International Child Abuse Treatment & Training Programs, Statewide Multidisciplinary Interview Team Conference, San Jose, CA.

September 29-30, 1995.  Countertransference in the Treatment of Trauma, and False Memory Syndrome: An Analysis of the Research Evidence.  Family Violence & Sexual Assault Institute, 6th National Conference on Abuse, Trauma, and Dissociation, Austin, TX.


**1996 Conference Presentations**


March 29, 1996.  Discussion and Debate on Ethical Issues in the Field of Sexual Abuse, National Children's Advocacy Center, Twelfth National Symposium on Child Sexual Abuse, Huntsville, AL.

April 11-12, 1996.  Counter-transference: The Impact on Clinicians and Investigators and Repressed Memory: Do's and Don'ts of Interviewing, The Child Sexual Abuse Conference Committee in Association with the Virginia Chapter of the American Professional Society on the Abuse of Children , The Sixth Annual Advanced Legal and Treatment Issues in Child Sexual Abuse, Virginia Beach, VA.

April 16, 1996.  Memory Law and Clinical Practice and Transference and Countertransference in the Treatment of Trauma, Prevent Child Abuse North Carolina, The 17th Annual Statewide Conference on Child Abuse and Neglect, Greensboro, NC.

May 4, 1996.  Memory, Pseudo-Memory, Psychotherapy and the Law, Family & Juvenile Law Section, Oregon State Bar, 1996 Spring conference, OR.

May 17, 1996.  Memory and Clinical Practice: Misdirect ions in the Current Debate, Seattle Forensic Institute, Sexual Abuse and Its Recollection: Current Implications for Testimony and Therapy, Seattle, WA.

June 26-28, 1996.  Confidentiality: What Does it Mean for Attorneys and Clinicians? (with Ann Haralambie); The Basis for Expert Testimony in Child Abuse Litigation: Principles and Practice Guidelines (with Benjamin Saunders, Robert M. Reece, and Ryan Rainey); Treating Adult Survivors: Special Aspects of the Therapeutic Relationship (with Veronica Abney). American Professional Society on the Abuse of Children, 4th National Colloquium, Chicago, IL.

July 26-28,1996.  The Law and Psychotherapy: Research Implications of the Memory Debate, University of New Hampshire Family Violence Research Lab, Trauma and Memory: An International Research Conference, Durham, NH.

September 17, 1996.  Countertransference in Child Abuse Interventions -- Part I and II, (with Kee MacFarlane). University of Wisconsin-Madison with Family Sexual Abuse Treatment, Inc., 12th Annual Midwest Conference on Child Sexual Abuse and Incest, Middleton, WI.

## 1997 Conference Presentations

January, 1997.  Impact of Countertransference on the Therapist in the Treatment of Trauma; and Managing Memory for Abuse: Issues for the Psychotherapist, 1997 San Diego Conference on Responding to Child Maltreatment, San Diego, CA.

April 1, 1997.  Current Issues in Child Sexual Abuse Practice (keynote), and Managing Countertransference Reactions in Trauma-Specific Psychotherapy (workshop), 5th Annual Children's Justice Conference, Meydenbauer Convention
 Center, Bellevue, WA.

April 26, 1997.  Creating a False Memory (invited symposium), Western Psychological Association, Red Lion Hotel, Seattle, WA.

July 24-27, 1997.  Managing Memory in Psychotherapy, and Countertransference in the Treatment of Trauma (workshop, with Nina Corwin); Adult Survivors in the Media (workshop). From Fear to Freedom, Voices in Action, San Francisco, CA.

## 1998 Conference Presentations

October 6-9, 1998.  Managing Transference and Countertransference (with Kee MacFarlane); Therapists' Guide to Recovered Memory: Myths, Science, Practice, and

Malpractice (with Karen Olio); and Victims in the Media: Implications for Practice, Policy, and Advocacy.  Midwest Conference on Child Sexual Abuse and Incest, Madison, WI.


**1999 Conference Presentations**

January 27, 1999.  Managing vicarious trauma.  The San Diego Conference on Responding to Child Maltreatment, The Center For Child Protection, San Diego, CA.

April 7, 1999, Vicarious trauma and memory management, day long workshop, A Wake Up Call: Mobilizing Community response to Child sexual Abuse, 1999 Sexual Abuse Conference, Fayetteville, Arkansas.

June 25, 1999.  Trauma: legal and clinical issues surrounding the recovery of early childhood abuse.  National Seminar on Mental Illness and the Criminal Law, Washington.D.C.

July 22-24, 1999.  The clinical management of countertransference, vicarious traumatization, and trauma treatment. Summer Seminars by the Sea, Center for Child Protection, , San Diego. CA.

October 8, 1999 The chilling impact of the memory debate (keynote) & The clinical management of vicarious trauma (workshop) at Caring Communities: Creating a Brighter Future for Our Children, Seventh New Jersey Conference on Child Abuse and Neglect, East Brunswick, New Jersey.

October 11-14, 1999.  Accommodations and misaccommodations in the memory wars (keynote) and clinical management of vicarious trauma Part 1 and 2. 15th Annual Midwest Conference on child Sexual Abuse, , Middleton, Wisconsin.


**2000 Conference Presentations**


May 12, 2000.  The clinical management of vicarious trauma, counter transference and trauma treatment (day long workshop), The BC Association of Social Workers Annual Symposium, Vancouver, British Columbia.

July 12-15, 2000.  Managing vicarious trauma (with veronica Abney), 8th Annual APSAC Colloquium, Chicago, Illinois.

October 23 – 26, 2000.  The Clinical Management of Counter transference, Vicarious Trauma, and Trauma Treatment, Part I and II and Ethical Issues in Child Abuse Practice, 16th Annual Midwest Conference on Child Sexual Abuse and Incest, Middleton, Wisconsin.

**2001 Conference Presentations**

January 22-26, 2001.Vicarious Trauma: Managing the Work and Staying the Course (keynote), Critical thinking in treatment of sexual abuse (chair), Countertransference and vicarious trauma part I and II (workshop), Stress management workshop for law enforcement and law enforcement Supervisors.  15th San Diego Conference on Responding to Child Maltreatment, San Diego, CA.

January 26, 2001.  Vicarious trauma, Breakfast with the Child Abuse Experts, Child Abuse Council, San Diego, CA.


## 2001 Conference Presentations


January 22-26, 2001.Vicarious Trauma: Managing the Work and Staying the Course (keynote), Critical thinking in treatment of sexual abuse (chair), Counter transference and vicarious trauma part I and II (workshop), Stress management workshop for law enforcement and law enforcement Supervisors.  15th San Diego Conference on Responding to Child Maltreatment, San Diego, CA.

January 26, 2001.  Vicarious trauma, Breakfast with the Child Abuse Experts, Child Abuse Council, San Diego, CA.

December 7, 2001. Counter transference  in psychotherapy withy underserved populations. 17th Annual Meeting, The International Society for Traumatic Stress Studies, New Orleans, Louisiana.


## 2002 Conference Presentations


February 2, 2002.  Practice and personal life of social workers.  Department of Social Work, VA Puget Sound Health Care System, Seattle, WA  98108.

March 6 – 8, 2002.  The Clinical management of counter transference, vicarious trauma, and trauma treatment, Part I and II and The clinical uses and management of empathy. 1st Annual Eastern Conference on Child Sexual Abuse Treatment, Arlington, Virginia.

July 20, 2002, Delivering trauma-specific therapy: managing the challenges (with Lucy Berliner) Prevent Child Abuse Georgia's 18th Annual Training Symposium, Atlanta, Georgia.

July 9, 2002.  Plenary address, Present state of assessment and treatment in the field (with Lucy Berliner), 14th International Congress on Child Abuse & Neglect (ISPCAN), Denver, Colorado.

October 24, 2002. Overview of Trauma Research – Non-offending Parents. Summit on Children and The Courts, Massachusetts Citizens For Children, Boston, MA.

May 31, 2002. Managing Vicarious Trauma, 12th Annual Colloquium, American Professional Society on the Abuse of Children, New Orleans, LO.

## 2003 Conference Presentations

January 18, 2003. Managing the therapeutic relationship: empathy, counter transference, vicarious trauma, and listening.  The Child Abuse Prevention and Counseling Society of Greater Victoria and Mary Manning Center, Victoria, Canada.

August 11 – 14, 2003.  Understanding and Preventing Childhood Sexual Experiences (Conference Presentation and Understanding Childhood Sexual Abuse: The American Experience (one day workshop Child Welfare Bureau Ministry of Interior R. O. C. Bureau and Garden of Hope Foundation, University of Taiwan, International Conference Room, Taipei and Kooshung, Taiwan.

**2004 Conference Presentations**

September 22, 2004, Sexual Abuse by Catholic Priests: Effects of Victims and Communities, XV ISPCAN International Congress on Child Abuse and Neglect, Brisbane.

**2005 Conference Presentations**

April 7, 2005, Managing the Therapeutic Relationship, Eastern Child Sexual Abuse Conference, University of Wisconsin, Washington. D.C.

April 20, 2005. Managing Vicarious Trauma: Tips for Professionals in the Child Welfare System.  Experts in Child Abuse and Neglect Lecture Series, New Jersey Care Institute, Trenton.

October, 4, 2005.  Strengths:  Much To Do About Nothing?, Sarett Rosenstein Lecture, School of Social Work, University of Kentucky, Lexington.

October 5, 2005.  The State of Research on Violence Against Women: A National Perspective, Building Kentucky's Research Community, Center for Research on Violence Against Women, University of Kentucky, Lexington.

October 19, 2005.  The Therapeutic Relationship: Empathy, Counter Transference, Vicarious Trauma, and Listening I and II, Midwest Conference of Child Sexual Abuse, University of Wisconsin, Madison.

November 8 and 9, 2005.  Ethical and Critical Incident Decision Making in Child Abuse Practice and The Therapeutic Relationship: Empathy, Counter Transference, Vicarious Trauma, and Listening, West Virginia Children's Justice Task Force, Charleston and Morgantown.

November 17, 2005.  Managing Vicarious Trauma, Asian Regional Conference Child Abuse and Neglect, Singapore.

November 21 – 22, 2005, Definitions, Incidence, and Effects of Child Abuse and Victims Services, All China Workshop Child Abuse and Neglect, UNICIF and All China Women's' Federation, Xian.

**2006 and later Conference Presentations**

April 8, 2006. Vicarious Trauma – What it is, how it impacts us and how to manage it, The Irish Forum for Child and Adolescent Psychoanalytic Psychotherapy, Dublin, Ireland.

September 3-6, 2006. Enhancing professional competence: lessons learned from lawsuits and Learning to manage the impact of child abuse work on our personal life. XVI ISPCAN International Congress on Child Abuse and Neglect, York, United Kingdom.

February 16, 2007.  Child sexual abuse: looking back, taking stock, and moving forward.  St. Clare's Unit, Children Hospital, Temple Street and St. Louise's Unit, Our Lady's Children's Hospital, Dublin, Ireland.

March 30, 2007.  Lessons learned and lessons to learn and Managing Vicarious Trauma. Children Exposed to Violence 2007 Annual Conference, Child Abuse Council of Mississippi Valley Child Protection Center & Safe From The Start, Bettendorf, Iowa.

July 17-18, 2007. Lessons Learned and Lessons to Learn: Thirty Years of Child Abuse History, Critical Aspects of Sexual Abuse, and Countertransference.  IX Congreso Latinoamericano, Bogotta, Columbia.

January 24-29, 2010Managing the relationship between the professional and personal life" empathy, counter transference, vicarious trauma, and listening and Understanding and managing ethically difficult child abuse situations, 24 Annual San Diego International Conference on Child and Family Maltreatment, San Diego, CA.

October 18, 2010.  Looking Back to Look Forward: Forty Years of Research on Childhood Sexual Abuse (Keynote) and Ethical and Critical Decision Making in Child Abuse Practice (3 part workshop), 26th Annual Midwest Conference on Child Sexual Abuse, Madison, Wisconsin.

October, 30, 2012.  Difficulties in Developing a Child Abuse Policy: Suggestions for a Solution, Symposium on Child Protection, Depart of Social Work and Social Administration, University of Hong Kong, Hong Kong China

October 31, 2012.  Difficulties in Developing a Child Abuse Policy: Suggestions for a Solution, Symposium on Child Protection, Department of Social Work, Renmin University of China, Beijing, China.

January 28, 2013. Child Abuse Ethics: Basic Principles of Reflective Practice and Analyzing Complex Ethical Cases (with David Corwin) 27th Annual San Diego International Conference on Child and Family Maltreatment, San Diego, CA.

January 29, 2013.  Countertransference in Psychotherapy, 27th Annual San Diego International Conference on Child and Family Maltreatment, San Diego, CA.

March 18, 2013.  Looking Back to Look Forward: Forty Years of Practice in Child Sexual Abuse (Keynote), 29th National Symposium on Child Abuse, Huntsville, AL.

April 16, 2013. Forensic Use of Clinical Records: Buyer Beware (Keynote), Advancing Forensic Practice: Promoting Innovation Worldwide (Keynote), National Organization of Forensic Social Work, Annual Conference, Seattle, WA.

May 2, 2014. Looking Back to Look Forward: A History of Childhood Sexual Abuse (keynote), Vicarious Trauma (workshop), 32nd Annual Child Abuse Symposium, Santa Clara County Child Abuse Council. San Jose, CA.

July 14, 2014 Working with Traumatized People (Plenary), Managing he Relationship Between Personal Lives: Vicarious Trauma Basics, (workshop), and Caring for Those Amongst Us With Trauma Histories, (public lecture), High Altitude Family Violence Summer Conference, The Family Violence Institute at Northern Arizona University, Flagstaff, AZ.

**Appendix 1**

**Case List Per Federal Rules**
**Partial list - Testimony**

Jon R. Conte

Marion Jacobi v. Alfred Rechberger, ARC Partners, et. al., In the State of New Hampshire, 95-C-482.

Donald and Pauline Brownlee v. Sunnyside School District, Superior Court of the State of Washington in and for the County of Yakima, No. 92-2-00844-0.

Jeffrey Neff, a minor, by and through Steve Hager, his Guardian, et. al. Plaintiff vs. Bellingham School District No 501 et al, Defendants, No 91-2-00969-1, Whatcom County, (1995-97).

Alice Clemons, Plaintiff vs. Susan Love, PhD, et al, Defendants, No 95-2-01250-9, Kitsap County, (1996-97).

Ronnie Schuster and Danny Schuster, Minors, by and through their Next Friend and Mother, Roberta Schuster, Plaintiffs, v. Thomas B. Buchan and Loretta E. Buchan, Defendants, District Court, County of El Paso, State of Co, 93-CV-222171, Division 10.

Michelle Renee Brown, a minor by and through her guardian, John Challey and Debra Luse v. State of WA, Clark County Wa, 95-2-00675-6

Christina Griffin vs. West Rv., Inc. d/b/a Trammell Crow Residential Services, a Texas Corporation and Anthony Wayne Spencer, Superior court of State of WA and County of King, 96-2-09907-4SEA

Elaina Sealander, Plaintiff, vs. Brooks Bouillon, Jr., Defendant, Superior Court of State of Washington In and for the County of King, 95-2-27891-4.

Sandra Burlingham Estep and James Estep and Sandra Burlingham Estep as GAL of Cara Estep, a minor v. Kent School District and Doug and Cindy Herbig, parents of Heather Herbig, Superior Court of Washington and King County, No. 96-2-14003-1KNT.

Rebecca Elizabeth Champney, by Larry Marvin Champney as next friend - and - Larry Marvin Champney, Plaintiffs vs. Kathleen Coulborn Faller, et. al. separately and individually Boards of Regents of University of Michigan, Defendants. In Circuit Court For the County of Washtenaw, 95-4760-CK.

State of New Hampshire vs. Joel Hungerford

Danna Torrell vs. The Oz Nightclub: Club DVS, Entertainment Unlimited, Inc.  Superior Court of the State of Washington in and For King County, 96-2-19697-5.

Son G. Doe, Daughter G. Doe, Plaintiffs vs. Hugh Castell, M.D. and Sandra Coffey, husband and wife, and the marital community thereof, Defendants, Superior Court of the State of Washington in and For King County, 96-2-33031-ISEA.Melissa Stevens, a minor, by and through Echo Neal her mother, et. al. Plaintiffs, vs. John Stanford, Superintendent , and the Seattle Public Schools, defendants Superior Court of the State of Washington in and for King County, C97-982.

Jane Doe 1, et al., Plaintiffs, vs. Boulder Valley School District, Re-e, et al., Defendants In the United States District Court, District of Colorado, 98-D-626.

Linda Lee Campos, Plaintiff, vs. Good Samaritan Hospital, et al, Defendants, Superior Court of the State of Washington in and for the County of Pierce, 97-2-06446-1.

Bobbie Jean Harrison as guardian of Lindsey DeBartolo, a minor vs.Wee Lambs Day Care Center, et al, Superior Court of the State of Washington In and For County of Spokane, 95-2-02396-1, May 5 and May 14, 1999.

Cindi L. Bodle, a single woman; Kelsi Bodle, Catilyn Bodle by and through their guardian ad litem, Patricia L. Morgan Plaintiffs vs Steve Hawley and Shani Hawley, his wife et al. Superior Court For the State of Washington in and for the County of King, 98-2-07510-4 KNT.

Sabrina Whaley, personally and as guardian for Sergi Whaley-Taub, Plaintiffs, v. State of Washington, Department of Social and Health Services; Bill Mix and Jane Doe Mix, husband and wife and the marital community composed thereof, Defendants, Superior court of Washington for King County, No. 95-2-09938-6-SEA.

Jay Caulfield, a single man, Plaintiff, vs. State of Washington, Department of Social and Health Services; Kitsap County Area Agency on Aging/Senior Information Assistance; and James Robert Sellars, III, a single man; Defendants.  In the Superior court of State of Washington in and for the County of Kitsap, No. 98-2-01915-0.

Christina L. Brown, et al., Plaintiff(s) vs. Martin Shaw Pang, et al., Defendants, Superior Court of Washington, King County, 96-2-32959-2 SEA, 98-2-06412-9 SEA.

Damon Beckman, et. al. v. The State of Washington, Department of Social and Health services, et. al., Superior Court of Pierce County, 98-2-05579-6

David and Judy Ryckman as Guardian for A.B., a minor v. State of Washington et al. Superior Court of State of Washington County of Spokane, Spokane County Cause No. 99-2-02256-9.

Margaret White, personally and as guardian of Pamela E. Manweiler, Plaintiff vs. The Yakima Valley School, DSHS and State of Washington, Defendant.  Superior Court of the State of Washington in and for the county of Yakima, 97-2-03154-0.

Richard L. Gilliam, a single person, Plaintiff vs. State of Washington, DSHS, CPS, Ann Morrow and Jane Doe Morrow, husband and wife and the marital community composed, Defendants. In the Superior Court of the State of Washington in and for the county of King, 86-2-18432-5.

Tyjuana J. Valley, Plaintiff, v. Robert Earl Rollins and the Department of Social and Health Services, Defendants. In Whatcom County Superior Court of Washington, 98-2-01420-9.

Freddie Roberts, Plaintiff, vs. St. Mary Medical Center, a Washington Corporation, and Raymond Bankes, individually, Defendants.  In Superior Court of the State of Washington in and for Walla Walla, 97-2-00051-4.

Michael Popham, a minor child, by and through his guardian and parent, Kim Parsons; and Kim Parsons, individually, Plaintiffs vs. State of Washington, Department of Social and Health Services and Catholic Community Services, defendants.  In Superior Court of the State of Washington in and for the County of Whatcom, 98-2-01918-9.

William Petry, III and Brandin Petry, as guardian and next of friend of Jane Doe, a minor, Plaintiffs, vs. Aramark Educational Resources, Inc., Defendant. In the Circuit Court for Davidson County, Tennessee at Nashville, Docket No, 99C-2380.

Carly D. Godden, plaintiff, vs. Librado Sanchez, Grace Ministries, a/k/a Columbia Basin Ministries, Defendants.  In the Superior Court of the State of Washington in and for the County of Spokane, 99-2-00978-5.

Jeffrey L. Tolman, as Guardian for Joseph Scott Collins, Plaintiff v. State of Washington Department of Social Services, et. al..  In the Superior court of the State of Washington In and For the County of Kitsap, 99-2-02026-1.

Kelly O'Brien, as guardian for Tyler O'Brien, a minor child, and Kelly O'Brien, in his individual capacity, Plaintiffs, v. State of Washington, Defendant. In Superior court of the State of Washington For King County, 99-2-19569-8SEA.

DJL, Plaintiff vs. Theodore I. Marmo, Harold Quigg; Corporation of The Catholic Archbishop of Seattle, Superior Court of Washington for Thurston County, 00-2-00600-1.

John Gertog, as Guardian on behalf of Sarah A. Hendricksen, a minor Plaintiff vs. City of Seattle, King County and Barry Lee Krantz, Defendants.  Superior Court of the State of Washington in and For the County of King, 94-2-33347-0-SEA.

Joseph Greene and Laurie Greene, husband and wife and Laurie Greene as Guardian Ad Litem for Lisa Greene, a minor , Plaintiffs, vs. Department of Child and Family Services, Bob Dahlstrom and Margo Coad, Defendants.  In the Superior Court of the State of Washington In and For the County of King, 99-52554-OSEA.

Michael J. Berrigan et al, Plaintiffs v. Clover Park School District, Superior Court of Washington State For Pierce County, 00-2-04594-3.

Adrian A. Keith, Plaintiff, vs. Olympia Kiwanis' Boys Ranch et al., United States District Court for The Western District of Washington at Tacoma, CO1-6298FDB.

William Petry, III and Brandin Kaye Petry, as guardian and next of friend of Jane Doe, a minor, Plaintiffs, vs. Aramark Educational Resources.. Defendants, Fifth Circuit Court For Davidson County, Tennessee. No. 99c-2380.

Sally Doe, by her Next Friend, Mother Doe 1; Jane Doe by her Next Friend, Mother Doe 2, And Mary Doe, by her Next Friend, Mother Doe 3, Plaintiffs, vs. Warren Consolidated Schools, et. Al., Defendants, United States District Court, Eastern District of Michigan, Southern Division, Case No. 00-72956.

Cunningham v. Washington, Us District Court/Tacoma, CO 1 5611RJB

Tamara Jordon and Steve Jordan, wife and husband, Plaintiffs, v. State of Washington, Defendant. Superior Court of the State of Washington In and For The County of Chelan, 00-2-00010-8.

Braam et al v. State of Washington, Whatcom No. 98-2-01270-1.

Sonya Riley-Clifton, individually and as guardian of the person and estate of J.C., a minor, Plaintiffs v. William J. Hudak, and State of Washington Department of Corrections, Defendants. Pierce County, 01-2-05996-9.

Marcene Rolle, by and through her legal guardian, Kenneth Curry, Plaintiff, vs. Joan Kimball and John Doe Kimball, et al, Defendants.  King County, 01-2-09132-8KNT

Kent and Jennifer Johnson vs. Catholic community Services, Thurston County, 00 2 00326-6.

Fred Brown and Cynthia Brown v. Tim Solomon et al., Superior Court of Washington for the County of Okanogan, 96-2-00450-4

Kristy Lundgren v. Donald Sult v Sonya Sult, Superior Court of Washington for the County of Snohomish, 00-2-05654-9

Susan Franklin, on behalf of her minor daughters et al v. Donald Chris Walker, Superior Court for King County, 02-2-00488-1.

Alana C. Davis v. James A. Beringer, Superior Court of Washington for King County, 02-2-10371-5 KNT

David Martin and Shane Martin v. City of Seattle and Alaska Cargo Transport, County of King, 02-2-00439-3 SEA

Justine Rhodes v. Second Chance, County of King, 01-2 32497-7SEA

Raechel Reynolds, a single person, Plaintiff, vs. Steilacoom Historical School District and David Olson, Defendants.  County of Pierce, 01-2-10246-5.

DeVoss v. Moore and big Brothers, Lake County, 00 L 363

Jermaine Jones vs. Andrea Hooks and Valley Cities, King Country, 03 2 20013-1

Michele Paxton, Ernest Paxton, Scarlett Paxton vs. Riverview School District No. 407, King Country, 03-2-26306-1 SEA

Cloud v. Seattle Public Schools, King County, 96-2-01134-7 SEA

Morgan Rockey v. Tahoma School District, 03-2-07889-1 KNT

S.H. v. Corporation of the Catholic Archbishop of Seattle, 03-2-22008-7SEA

Witt v. Ware, C04-5139FDB

Adrienne Karpov, Mia Clithero-Karpov v. Daniel and Center for Global Awakening, King County 03228335-5

DWJ vs Corporation of the Catholic Archbishop of Seattle, King County, 04-2-11164-1

Hoisington and Hoisington v. State of WA, Stevens County, 00-2-00381-0

Dorothy and Eric Beckwith and on behalf of Christina Beckwith v. Wenatchee School District, Chelan County, 04-2-0172-7

Diana Jensen and Gerald Jensen, Craig and Karent Lingard, Kimberli Lingard et al vs. State of WA. Thurston County, 05-2-01388-2

Kenneth Fleming and John Doe vs. Corporation of the Church of Jesus Christ of Lattter-Day Saints, US District Court, Western District of WA, 04-2338  RSM

Knutson vs. Wahluke School District, Eastern District of Washington, CV-05-3099-EFS

Bushman v. Kennaugh, King County, 05-2-19498-7 SEA

CMJ V. Kitsap County and Christine Kleinfelder, Pierce County 05-2-11348-6

Robb S. K. v. Corporation of Catholic Archbishop, King County, 05-2-20616-5 SEA

Doe v. Elwood Public School District, District Court of Nebraska, 7:04CV05011

Bobby Grondin v. State of Washington, DSHS, King County 06-2-18331-2SEA

SG and SH v. Kiwanis et al, Thurston County, 07-2-00792

Shayla Harris vs. State of WA DSHS, King County, 06-2-27638-2-SEA

Collina Lowe-Colbert vs. James Milton Humphreys and Multicare Health System, Pierce
        County, 06-2-1093-7

*** Cases above this point from a backup file. There may be a break in cases due to a digital file
        error.

State of WA v. Dwayne Myatt-Perez, King County 07-1-07689-8 SEA

J.C. Individually v. State of Washington, Pierce County, 08-2-12639

Ken Hanes v. Corporation of Archbishop of Seattle et al., King Country, 08-2-17522-7

AG, DF and JJ v. Corporation of the Catholic Archbishop of Seattle, et al, 08-2-02340 1

A.B. v. Millard Public Schools, US District Court for Nebraska 8:08-cv-426

Morning Star Boys Ranch, Plaintiff Minehart II, Spokane, 09-2-04452-4

Ronald Brown, Trustee for the Bankruptcy of Jason Allen Stucky v. Richard Lee Stucky, King
        County, 08-2-14294-9 KNT

TM v. Corporation of the Catholic Archbishop of Seattle, 08-2-03384-8

Ronald Brown (Trustee) v. Richard Lee Stucky, King County, 08-2-14294-KNT

CS and DS v. DSHS, CV-08-56990-RBL

Judee Pennington vs. Uinta County et al, US District Court Wyoming, 09-CV-0234

Jack Doe 1 – Jack Doe 6 vs. Corporation Presiding Bishop of the Church of Latter-Day Saints,
        Boy Scouts of America, et al, Circuit Court of Oregon Multonomah County,
        0710-11294

OEU, REH, et al v. Tacoma School District et al, Pierce County, 09-2-07058-5
W.M., J.P., B.L vs. Kiwanis, State of WA., Thurston County, 09-2-01797-0

SS vs. Puyallup School District, Pierce County, 09-2-04617-0
 Cruz v. State, King County, 09-2-20052-A SEA

Doe (1-6) v. CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS
CHRIST OF LATTER-DAY SAINTS, MULTNOMAH COUNTY, 0710-11294

Everett v. Abbey, Thurston County, 99-2-01822-0

Eskridge v. Townsend, Spokane County, 09-2-024945-9

Britt v. Bennett, Pierce County, 10 2 10137 9

JJF and JPF v. Metcalf Building, Ninth Circuit, Orange County Florida, 08-CA-0028717-0

Peterson v. Browning, King County, 08-2-17047-1 SEA

State of CA v. McKee, San Diego County, MH97752

Bollen v. Barrett, Mason County, 99-2-01822-0

S. John Doe v Central Valley School District, Spokane County, 11-2-03245-5

S.O. v. US Province of the Missionary Oblates of Mary Immaculate, King County, 10-2-21727-4
        SEA

**Some cases may have been accidently deleted between SO and the following cases.**

Levy, Levy and Levy v. Cheng, King Country, 13-2-03549-9 SEA

State v. DeVault, Maricopa County, CR 2009-030306-001 SE

Jo-Hanna Read, as Guardian vs. State of WA, 12-2-03999-1

R.P. v. Seattle School District, 13-CV-022187

K.S. v Central Valley, L.M v Central Valley, and S.R. v. Central Valley, 11-2-03245-5, 13-2-
        02724-5, 12-2-02723-7

M.P. v. Corporation of the Catholic Archbishop of Seattle, 13-2-19703-1-SEA

SZ v.Tom Linde, King County, 13-2-20596-3

CB, Chris Bishop and Sara Christensen v Lake Chelan, US District Court Eastern District, 2:14-
        cv-00082-JLQ

Allen Quynn and Jennifer Quynn v. Bellevue School District King County, 14-2-04360-1 SEA

J.L. v Stephen Abendroth, King County 13-2-19352-3 SEA

T.B. v. Franciscan Health Systems, 14-2-10877-0-KNT

Kenneth L. Davis Sr and Tracy Davis v. State of WA, Thurston, County, 13-2-01482-1

State of AZ v. Jasper , Maricopa County Superior Court, CR 2010-007882-001 DT

K.H., D.H.,K.H., and G.H.. v Olympia School District, Thurston County 14-2-01243-5

Jeffrey Tuttle v. Cheryl V. Miller, King County 14-2-09752-2 SEA

C.L. and S. L. v. State of Washington, Whatcom County, 14-2-02833-1school

Kathleen H. Paukert as Guardian ad Litem for Minor Child A v. Central Valley School District,
        Eastern District of Washington, CV-13-094-LRS.

TP, DW, and CT v. State of WA., Thurston County, 15-2-00031-1

BM, DQ, KR et.al v BSA, DV-11-0782

Hannah Grube v. Highland Park Community Church of God, Natrona County, WY, 101482

D.H., T.H., E.W., R.W.-1, and R.W.-2, v. State of Washington, King County,  16-2-13645-1
SEA

STATE OF WASHINGTON and SOUND MENTAL HEALTH,

                            Defendants.
Fredrick and Annalesa Thomas et. al. v. JC< KM, RM, et al and City of Lakewood, US District
        Court, Western WA, 3:15-05346 BJR and 3:15-CV-05392

HBH v. Black Lake Bible Camp, Thurston County, 14-2-01234-6

BW v. Black Hills Football Club, Thurston County 15-2-01746-0

Rowe v. State of WA, Pierce Country, 18-2-08700-2

HEZEKIAH GREENE, v. DENISE O'O'BERRY and DEPARTMENT OF CORRECTIONS,
STATE OF WASHINGTON, King County, 18-2-25133

KC v. State of WA, King County, 18-2-02440-4 SEA

L.W. et. al. v. Kiwanis International, et. al., Pierce County, 17-2-13994-2

John Doe and Joe Doe v. Brian Wongkmlasai and Willow Creek, Cook County, 2017 L 5341

**Attachment 2**

**Potential Parties-in-Interest**

**The Debtor**

The Roman Catholic Diocese of Rockville Centre, New York

**Affiliates and Related Parties**

Assumption of the BVM, Centereach
Blessed Sacrament, Valley Stream
Cathedral of St. Agnes
Catholic Cemeteries of the Roman Catholic Diocese of Rockville Centre, Inc.
Catholic Charities of the Diocese of Rockville Centre
Catholic Faith Network
Catholic Foundation of Long Island, Inc.
Catholic Health Services
Catholic Press Association of the Diocese of Rockville Centre, Inc.
Central Vicariate Office
Christ the King, Commack
Church of Our Lady of Lourdes
Church of Our Lady of the Snow
Church of Our Lady of Victory
Church of St. Anthony of Padua
Church of St. Edward the Confessor
Church of St. Huge of Lincoln
Church of St. Mary
Church of St. Mary of the Isle
Church of St. Peter the Apostle
Church of St. Raphael
Church of St. William the Abbot
Church of the Holy Cross
Church of the Immaculate Conception
Cleary School for the Deaf
Corpus Christi, Mineola
Curé of Ars, Merrick
Diocesan Services, Inc.
Diocese of Rockville Centre Catholic Cemetery Permanent Maintenance Trust
Diocese of Rockville Centre Health Care and Other Assistance Plan for Retired and Disabled Diocesan Priests
Diocese of Rockville Centre Qualified Retirement Plan
Diocese of Rockville Centre Lay Pension Plan
Eastern Vicariate
Ecclesia Assurance Company
Good Shepherd, Holbrook
Holy Angels Regional School
Holy Cross, Nesconset
Holy Family School
Holy Family, Hicksville
Holy Name of Jesus, Woodbury
Holy Name of Mary School
Holy Name of Mary, Valley Stream
Holy Spirit, New Hyde Park
Holy Trinity Diocesan High School
Holy Trinity High School
Immaculate Conception, Westhampton Beach
Infant Jesus, Port Jefferson
Long Beach Catholic Regional School
Maria Regina School
Maria Regina, Seaford
Mary Immaculate, Bellport
Mission Assistance Corporation
Most Holy Trinity, East Hampton
Notre Dame School
Notre Dame, New Hyde Park
Our Holy Redeemer, Freeport
Our Lady Miraculous Medal, Point Lookout
Our Lady Miraculous Medal, Wyandanch
Our Lady of Fatima, Manorhaven
Our Lady of Good Counsel, Inwood
Our Lady of Grace, West Babylon
Our Lady of Hope, Carle Place
Our Lady of Loretto, Hempstead
Our Lady of Lourdes School
Our Lady of Lourdes, Malverne
Our Lady of Lourdes, Massapequa Park
Our Lady of Lourdes, West Islip
Our Lady of Mercy, Hicksville
Our Lady of Mount Carmel, Patchogue
Our Lady of Ostrabrama, Cutchogue
Our Lady of Peace School
Our Lady of Peace, Lynbrook
Our Lady of Perpetual Help, Lindenhurst
Our Lady of Poland, Southampton
Our Lady of Providence Regional School
Our Lady of the Assumption, Copiague
Our Lady of the Hamptons Regional School
Our Lady of the Isle, Shelter Island Heights
Our Lady of the Snow, Blue Point
Our Lady of Victory School
Our Lady of Victory, Floral Park
Our Lady Queen of Apostles Regional School
Our Lady Queen of Martyrs, Centerport
Queen Most Holy Rosary, Bridgehampton

Queen of the Most Holy Rosary, Roosevelt
Resurrection, Farmingville
Sacred Heart, Cutchogue
Sacred Heart, Island Park
Sacred Heart, North Merrick
Sacred Hearts of Jesus & Mary, Southampton
Seminary of the Immaculate Conception of the
    Diocese of Rockville Centre
Society for the Propagation of the Faith
Ss. Cyril & Methodius School
SS. Cyril & Methodius, Deer Park
SS. Peter & Paul, Manorville
Ss. Philip & James School
SS. Philip & James, St. James
St John the Baptist High School
St. Agnes Cathedral School
St. Agnes, Greenport
St. Agnes, Rockville Centre
St. Aidan School
St. Aidan, Williston Park
St. Aloysius, Great Neck
St. Andrew, Sag Harbor
St. Anne School
St. Anne, Brentwood
St. Anne, Garden City
St. Anthony of Padua, Rocky Point
St. Anthony, Oceanside
St. Barnabas the Apostle, Bellmore
St. Bernard, Levittown
St. Boniface Martyr, Sea Cliff
St. Boniface, Elmont
St. Brigid, Westbury
St. Brigid/Our Lady of Hope Regional School
St. Catherine of Sienna, Franklin Square
St. Christopher School
St. Christopher, Baldwin
St. Dominic Elementary School
St. Dominic, Oyster Bay
St. Edward the Confessor School
St. Edward the Confessor, Syosset
St. Elizabeth Ann Seton Regional School
St. Elizabeth Ann Seton, L. Ronkonkoma
St. Elizabeth, Melville
St. Frances Cabrini, Coram
St. Frances de Chantal, Wantagh
St. Francis de Sales, Patchogue
St. Francis of Assisi, Greenlawn
St. Gerard Majella, Port Jefferson Station
St. Gertrude, Bayville
St. Hedwig, Floral Park
St. Hugh of Lincoln, Huntington Station
St. Hyacinth, Glen Head
St. Ignatius Loyola, Hicksville

St. Ignatius Martyr, Long Beach
St. Isidore, Riverhead
St. James, Seaford
St. James, Setauket
St. Joachim, Cedarhurst
St. John Chrysostom, Hempstead
St. John Nepomucene, Bohemia
St. John of God, Central Islip
St. John Paul II Regional School
St. John the Baptist Diocesan High School
St. John the Baptist, Wading River
St. John the Evangelist, Center Moriches
St. John the Evangelist, Riverhead
St. Joseph School
St. Joseph the Worker, East Patchogue
St. Joseph, Babylon
St. Joseph, Garden City
St. Joseph, Hewlett
St. Joseph, Kings Park
St. Joseph, Ronkonkoma
St. Jude, Mastic Beach
St. Kilian, Farmingdale
St. Ladislaus, Hempstead
St. Lawrence the Martyr, Sayville
St. Louis de Montfort, Sound Beach
St. Luke, Brentwood
St. Margaret of Scotland, Selden
St. Mark, Shoreham
St. Martha, Uniondale
St. Martin of Tours School
St. Martin of Tours, Amityville
St. Martin of Tours, Bethpage
St. Mary Elementary School
St. Mary of the Isle, Long Beach
St. Mary School
St. Mary, East Islip
St. Mary, Manhasset
St. Mary, Roslyn
St. Matthew, Dix Hills
St. Patrick School - Bay Shore
St. Patrick School - Huntington
St. Patrick School - Smithtown
St. Patrick, Bay Shore
St. Patrick, Glen Cove
St. Patrick, Huntington
St. Patrick, Southold
St. Paul the Apostle, Brookville
St. Peter of Alcantara, Port Washington
St. Peter the Apostle, Islip Terrace
St. Philip Neri, Northport
St. Pius X, Plainview
St. Raphael, East Meadow
St. Raymond School

St. Raymond, East Rockaway
St. Rocco, Glen Cove
St. Rosalie, Hampton Bays
St. Rose of Lima School
St. Rose of Lima, Massapequa
St. Sylvester, Medford
St. Therese of Lisieux, Montauk
St. Thomas More, Hauppauge
St. Thomas the Apostle School
St. Thomas the Apostle, West Hempstead
St. Vincent de Paul, Elmont
St. William the Abbot School
St. William the Abbot, Seaford
St. Anthony of Padua, East Northport
The Department of Education
The Department of Education, Diocese of
   Rockville Centre
Tomorrow's Hope Foundation, Inc.
Trinity Regional School
Unitas Investment Fund, Inc.
Western Vicariate

**Directors and Officers**

Most Rev. John O. Barres
Rev. Eric Fasano
Rev. John McCartney
Sr. Maryanne Fitzgerald, SC
Thomas Doodian
Thomas Renker
William G. Chapin

**Significant Donors**

Catholic Health Services
Mr. & Mrs. Eugene Murphy
The Project for Life, INC.
Sebonack Foundation
Daniel Stephen Hamilton

**Banks**

JP Morgan Chase Bank, N.A.
M&T Bank Corporation
Signature Bank
Suffolk Country National Bank
TD Bank, a/k/a Toronto Dominion Bank
Vanguard

**Major Insurers**

Agricultural Insurance Company
AIU Insurance Company

Allianz International
Allianz International Insurance Co. Ltd.
Allianz Underwriters Insurance Company
American Alternative Insurance Corporation
American Zurich Insurance Company
Ancon Ins. Co. (UK) Ltd.
Arthur J. Gallagher & Co.
Arthur J. Gallagher & Co. (Illinois)
Assicurazioni Generali T.S.
Associated Int.
Bellefonte Insurance Co.
British National Insurance Co. Ltd.
British National Life Ins. Society Ltd.
C N A Reinsurance of London Ltd.
C.V. Starr Claims, NY
Centennial Insurance Company
Chubb Group of Insurance Companies
CNA Insurance Companies
Colonial Penn Insurance Company
Compagnie d'Assurances Maritimes et Terrestres
Continental Casualty Company
Continental Casualty Company (Front)
Dominion Ins Co Ltd
Dominion Insurance Co Ltd
Ecclesia Assurance Company
Ecclesia Assurance Company c/o William Chapin
Excess Ins Co Ltd
Excess Insurance Co Ltd
Federal Insurance Company
Fireman's Fund
Fireman's Fund Insurance Company
First State Insurance Company
First State Management Group, Inc.
Folksam International Ins. Co. (UK) Ltd.
Gallagher Bassett Insurance Service
Gallagher Bassett of New York, Inc.
Gallagher Bassett Services, Inc.
Gerling-Konzern Allgemeine Versicherungs-
Aktiengesellschaft
Great American Insurance Companies
Hartford Casualty Insurance Company
Heddington Insurance Co. (UK) Ltd.
Illinois Union Insurance Company
Insurance Company of North America
International Insurance Company
International Special Risk Services, Inc.
Interstate Fire & Casualty Company
Lexington Insurance Company
Marsh and McLennan Global Broking
Marsh LTD, Global Markets
Mentor Ins Co (UK) Ltd.
Midland Insurance Company
National Casualty Company

Niagara Fire Insurance Company
North Atlantic Ins Co Ltd.
Pine Top Ins Co Ltd
Reliance Insurance
Royal Globe Insurance Company
Royal Indemnity Company
Royal Insurance
Royal Insurance Warner Center
Royal Specialty Underwriting Inc. Attn: Claims
    Department
Sovereign Marine & General Ins. Co. Ltd 'C'
    Account
Sovereign Marine & General Ins. Co. Ltd.
Sovereign Marine & General Ins. Co. Ltd. HDN
    a/c
Sovereign Marine & General Ins. Co. Ltd. No. 12
    A/C
Sphere Drake Ins PLC
Sphere Drake Insurance PLC
St Katherine Ins Co Ltd
St. Katherine Insurance Co. PLC
St. Katherine Insurance Company Ltd
St. Katherine Insurance Company PLC
St. Katherine Insurance PLC
St. Paul
St. Paul Surplus Lines Insurance Company
Stewart Smith Mid America, Inc.
Store Brand (UK)
Storebrand Ins. Co. (UK) Ltd.
Storebrand Insurance Co. (UK) Ltd.
Stronghold Ins Co Ltd
Stronghold Insurance Co Ltd
Stronghold
Taisho (UK)
Taisho Marine & Fire Ins. Co. (UK) Ltd.
Terra Nova Ins Co Ltd
The Insurance Company of the State of
Pennsylvania
The London Agency, Inc.
The National Catholic Risk Retention Group, Inc.
The North River Insurance Company
The Tokio Marine & Fire Ins. Co (UK) Ltd.
Tokio (UK)
Turegum
Turegum Insurance Company
Twin City Fire Insurance Company
Underwriters at Lloyds
Unionamerica Ins Co Ltd
Unionamerica Ins Co Ltd "B" A/C
United National Group
United National Insurance Company
Westchester Fire Insurance Company
Yasuda Fire & Marine Ins Co (UK) LTD

**Counsel to Insurers**

Clyde & Co US LLP
Coughlin Duffy LLP
Goldberg Segala
Moss & Barnett
Rivkin Radler
White and Williams LLP

**Certain Ordinary Course Professionals**

Baker Tilly International
Crowe LLP
Nawrocki Smith LLP

**Parties to Litigation[1]**

Alan Placa
All Saints Regional Catholic School
Archdiocese Of New York
Archer Street School
Baldwin Union Free School District
Betti & Associates
BIG BROTHERS & SISTERS OF NASSAU
    COUNTY, INC. a/k/a and d/b/a BIG
    BROTHERS BIG SISTERS OF LONG
    ISLAND, INC. f/k/a BIG BROTHERS OF
    NASSAU COUNTY, INC.
BIG BROTHERS BIG SISTERS ASSOCIATION
    OF NEW YORK STATE, INC.
BIG BROTHERS BIG SISTERS OF AMERICA
    a/k/a BIG BROTHERS BIG SISTERS OF
    AMERICA, INC.
Blessed Sacrament Elementary School
Boy Scouts of America
Br. Howard Murphy
Brian J. Brinker
Brian J. Davis, P.C.
Brother Antonio F. Antonucci
Brother Antonio Montera
Brother Lawrence Larmann
BROTHERS OF THE CHRISTIAN SCHOOLS
    DISTRICT OF EASTERN NORTH
    AMERICA a/k/a BROTHERS OF THE
    CHRISTIAN SCHOOLS a/k/a and d/b/a LA
    SALLE PROVINCIALATE, INC. f/k/a
    BROTHERS OF THE CHRISTIAN
    SCHOOLS PROVINCE OF NEW YORK

BROTHERS OF THE CHRISTIAN SCHOOLS
    DISTRICT OF EASTERN NORTH
    AMERICA INC a/k/a BROTHERS OF THE
    CHRISTIAN SCHOOLS a/k/a DE LA
    SALLE BROTHERS a/k/a CHRISTIAN

BROTHERS and d/b/a LA SALLE PROVINCIALATE, INC. f/k/a BROTHERS OF THE CHRISTIAN SCHOOLS PROVINCE OF NEW YORK

BROTHERS OF THE SACRED HEART a/k/a BROTHERS OF THE SACRED HEART PROVINCE OF NEW YORK a/k/a THE PROVINCE OF THE UNITED STATES OF THE BROTHERS OF THE SACRED HEART, INC. a/k/a BROTHERS OF THE SACRED HEART OF NEW JERSEY/NEW YORK, INC.

Bryan Robert Murphy f/k/a Brother Bryan Robert Murphy, O.S.F.

Buttafuoco & Associates, PLLC

Camp Alvernia a/k/a Mount Alvernia Inc.

CATHOLIC BIG BROTHERS OF LONG ISLAND

Catholic Charities of the Diocese of Rockville Centre

Certain & Zilberg

Chaminade High School

Church of Saint Francis of Assisi

Church of St. Anne, Garden City

Church of St. Anthony of Padua East Northport

Church of the Good Shepherd, Holbrook

Claude Margot

COINDRE HALL

Cormaria Retreat Center, Inc.

CORPUS CHRISTI a/k/a CORPUS CHRISTI PARISH

Corpus Christi Roman Catholic Church

COVENANT HOUSE

David Geiger

Dell & Dean PLLC

Department of Education, Diocese of Rockville Centre

Desimone & Associates LLC

Diocese of Brooklyn

DOMINICAN SISTERS OF AMITYVILLE

Edmund F. Needham

Education Plus, Corp. d/b/a The Family Foundation School

Father Frank Parisi

Father Ronald E. Hayde

Fr. Butler

Fr. Fitzgerald

FRANCISCAN BROTHERS OF BROOKLYN a/k/a CONGREGATION OF THE RELIGIOUS BROTHERS OF THE THIRD ORDER REGULAR OF ST. FRANCIS a/k/a and d/b/a FRANCISCAN BROTHERS, INC., BROOKLYN, NY

FRANCISCAN MISSIONARIES OF MARY

Freeport Union Free School District

Gair, Gair, Conason, Rubinowitz, Bloom, Hershenhorn, Steigman & Mackauf

Good Shepherd Parish and Church

Good Shepherd Roman Catholic Church

Hach Rose Schirippa & Cheverie

Hamburger, Maxson, Yaffe & McNally, LLP

Herman Law

Herricks Union Free School District

HOLY ANGELS REGIONAL SCHOOL F/K/A ST. FRANCIS DE SALES CATHOLIC SCHOOL

HOLY FAMILY a/k/a HOLY FAMILY ROMAN CATHOLIC CHURCH

Holy Family Catholic School

HOLY SPIRIT a/k/a CHURCH OF THE HOLY SPIRIT

Holy Trinity Diocesan High School aka Holy Trinity

Holy Trinity High School

Infant Jesus Roman Catholic Church

James C. Williams

James, Vernon & Weeks, P.A.

Janet, Janet & Suggs LLC

Jeff Anderson & Associates, P.A.

John Barres

Joseph Trapp

Joseph V. Arevalo

Joshua W. Skillman

Kellenberg Memorial High School

LA SALLE MILITARY ACADEMY

Law Offices of Mitchell Garabedian

Law Offices of Ronald J. Kim, PC

Levy Konigsberg, LLP

Marina Trentacoste

Marsh Law Firm PLLC

MERCYFIRST f/k/a MARY OF THE ANGELS

Merson Law PLLC

Michael Dowd

Michael G. Dowd

MIDATLANTIC COMMUNITY, INC. a/k/a ST. FRANCIS CONVENT OF THE AMERICAS, MID-ATLANTIC COMMUNITY, INC.

Monsignor William G. Breslawski

Nassau County Council

Nicholas Unterstein

Notre Dame Church, New Hyde Park

ORDER OF FRIARS MINOR CONVENTUAL

OUR HOLY REDEEMER

Our Holy Redeemer School

Our Lady of Fatima

Our Lady of Grace Roman Catholic Church

Our Lady of Loretto Parish and School
OUR LADY OF LOURDES a/k/a OUR LADY
OF LOURDES CHURCH MALVERNE
OUR LADY OF PEACE
Our Lady Of Perpetual Help Catholic School
OUR LADY OF PERPETUAL HELP ROMAN
CATHOLIC CHURCH
OUR LADY OF PERPETUAL HELP SCHOOL
OUR LADY OF VICTORY
Our Lady Queen of Martyrs
Parish of St. Christopher
Parker Waichman LLP
Patrick Noaker, Noaker Law Firm, LLC
PFAU Cochran Vertetis Amala PLLC
Phillips & Paolicelli, LLP
Queen of the Most Holy Rosary
Religious of the Sacred Heart, New York
    Province, Inc, a/k/a The Religious of the
    Sacred Heart of Mary
Rheingold Giuffra Ruffo & Plotkin LLP
Robert Guglielmone
Roman Catholic Church of Our Lady of Peace at
    Lynbrook
Roman Catholic Church of Saints Cyril and
    Methodius
Roman Catholic Church of St. Joseph, Kings Park,
    NY
Roman Catholic Church of the Sacred Heart
Romano & Associates
Romano Ferraro
Russo, Karl, Widmaier & Cordano PLLC
SACRED HEART ROMAN CATHOLIC
CHURCH
SACRED HEARTS OF JESUS AND MARY a/k/a
    BASILICA CHURCH OF SACRED
    HEARTS OF JESUS AND MARY
Saint Aidan School
Saint Anne's
St. Anthony's High School Of South Huntington,
    New York
Saint Barnabas The Apostle Roman Catholic
    Church
Saint Elizabeth Ann Seton Regional School
Saint Martha Roman Catholic Church
SAINT MARTIN OF TOURS ROMAN
    CATHOLIC CHURCH, a.k.a. SAINT
    MARTIN OF TOURS RC CHURCH
Saint Mary's High School
SAINT PATRICK ROMAN CATHOLIC
    CHURCH OF BAY SHORE a/k/a THE
    PARISH
    OF ST. PATRICK
Saints Cyril and Methodius School

Saints Philip and James Roman Catholic Church
SCHOOL SISTERS OF NOTRE DAME
Silberstein, Awad & Miklos, P.C.
Simmons Hanly Conroy LLC
SISTERS OF CHARITY
SISTERS OF CHARITY OF HALIFAX
SISTERS OF CHARITY OF SAINT VINCENT
    DE PAUL OF NEW YORK A/K/A THE
    SISTERS OF CHARITY OF NEW YORK
Sisters of Charity of the Blessed Virgin Mary
SISTERS OF MERCY OF THE AMERICAS a/k/a
    SISTERS OF MERCY a/k/a SISTERS OF
    MERCY OF THE AMERICAS, INC. a/k/a
    INSTITUTE OF THE SISTERS OF MERCY
    OF THE AMERICAS
SISTERS OF SACRED HEART OF MARY
Sisters Of St. Dominic Of Amityville
    Sisters of the Third Order of St. Dominic
    DBA The Sisters of the Order of St. Dominic
    aka Congregation of the Holy Cross aka
    Dominican Sisters
Slater Slater Schulman LLP
Society of Mary (Marianists) aka Society of Mary
    of Meribah Province of the Marianist Order
    aka Society of Mary of Province of Meribah
    aka Marianist Society Inc. aka Province of
    Meribah Society of Mary, Inc.
SOCIETY OF MARY a/k/a MARIANISTS a/k/a
    SOCIETY OF MARY PROVINCE OF
    MERIBAH a/k/a PROVINCE OF
    MERIBAH,
    SOCIETY OF MARY, INC.
SS. PHILIP AND JAMES a/k/a SAINTS PHILIP
    AND JAMES RC CHURCH
ST FRANCIS DE SALES PARISH
St. Agnes Cathedral
St. Agnes Cathedral School
St. Agnes Roman Catholic Cathedral
St. Agnes' Roman Catholic Church at Rockville
Centre in the County of Nassau in the State of
New York, d/b/a, St. Agnes' Cathedral
ST. AIDAN CHURCH AND SCHOOL
ST. ANDREW ROMAN CATHOLIC CHURCH
AND SCHOOL
St. Andrew's Parish and Elementary School
ST. ANNE a/k/a CHURCH OF ST. ANNE
ST. ANN'S FRIARY
St. Anthony of Padua
ST. ANTHONY OF PADUA a/k/a SAINT
ANTHONY OF PADUA R.C. CHURCH
ST. ANTHONY OF PADUA PROVINCE
St. Anthony's High School
St. Anthony's High School f/k/a Holy Family

Diocesan High School
St. Barnabas Parish and Church
St. Barnabus Apostle
St. Bernard's Church
ST. BONIFACE a/k/a ST. BONIFACE ROMAN
CATHOLIC CHURCH
ST. BRIGID
St. Catherine of Siena Roman Catholic Church
ST. CATHERINE OF SIENNA
ST. CONRAD FRIARY a/k/a CAPUCHIN
FRANCISCAN TERTIARY PROVINCE OF ST.
MARY, N.Y.
ST. DOMINIC a/k/a THE CHURCH OF SAINT
DOMINIC a/k/a SAINT DOMINIC CHURCH
ST. ELIZABETH CHURCH a/k/a ST.
ELIZABETH OF HUNGARY
St. Francis Retreat House
St. Hedwig's Roman Catholic Church
St. Hugh of Lincoln aka St. Hugh of Lincoln
Roman Catholic Church aka St. Hugh's
    St. Hyacinth Parish
St. Ignatius Loyola aka St. Ignatius Hicksville
St. Ignatius Retreat House, Inc.
ST. JAMES R.C. CHURCH a/k/a ST. JAMES
    PARISH
St. James Roman Catholic Church
ST. JOHN BAPTIST DE LASALLE REGIONAL
    SCHOOL
St. John of God aka St. John of God Parish
ST. JOHN THE BAPTIST DICOCESAN HIGH
    SCHOOL
ST. JOHN THE EVANGELIST
St. John's Hospital aka St. John's Episcopal
    Hospital
St. Joseph Catholic School
St. Joseph's aka St. Joseph's Parish aka St. Joseph
    Parish
ST. JOSEPH'S CHURCH
St. Joseph's Parish and Church
St. Joseph's Roman Catholic Church
ST. JUDE ROMAN CATHOLIC CHURCH
St. Kilian Roman Catholic Church
St. Lawrence Parochial School
ST. LAWRENCE THE MARTYR ROMAN
CATHOLIC CHURCH AND SCHOOL
ST. LUKE a/k/a ST. LUKE'S CHURCH
St. Luke's Roman Catholic Church
St. Margaret of Scotland Church
St. Martin of Tours Church
St. Mary's Children And Family Services Inc.
ST. MARY OF THE ANGELS HOME
St. Mary Roman Catholic Church
St. Mary's Elementary School

ST. MARY'S ROMAN CATHOLIC CHURCH
    a/k/a ST. MARY'S
St. Matthew Roman Catholic Church
ST. PATRICK CHURCH a/k/a ST. PATRICK'S
ROMAN CATHOLIC CHURCH
St. Patrick Parish
ST. PATRICK'S a/k/a CHURCH OF ST.
PATRICK a/k/a ST. PATRICK'S ROMAN
CATHOLIC CHURCH
ST. PATRICK'S CHURCH AT WEST NECK,
SUFFOLK CO. (a/k/a ST. PATRICK'S
ROMAN CATHOLIC CHURCH a/k/a
CHURCH OF ST. PATRICK, a/k/a ST.
PATRICK SCHOOL)
St. Patrick's Parish and School
St. Philip and St. James Church
ST. PHILIP NERI
St. Philip Neri Roman Catholic Church
St. Pius X Preparatory Seminary
St. Raphael aka St. Raphael Parish
ST. RAYMOND'S a/k/a THE PARISH FAMILY
OF SAINT RAYMOND OF PENYAFORT
St. Rosalie's aka Church of St. Rosalie
ST. SYLVESTER a/k/a ST. SYLVESTER RC
    CHURCH
ST. THERESE OF LISIEUX ROMAN
CATHOLIC PARISH CHURCH
ST. THOMAS THE APOSTLE SCHOOL INC.
ST. THOMAS THE APOSTLES PARISH
St. Vincent de Paul Parish
Steele Elementary School
Suffolk County Council, Inc., Boy Scouts of
America
Sullivan Papain Block McGrath & Cannavo P.C.
Sweeney Reich & Bolz, LLP
THE CAPUCHIN FATHERS a/k/a THE
CAPUCHIN FATHERS PROVINCE OF ST.
MARY a/k/a CAPUCHIN FRANCISCAN
PROVINCE OF ST. MARY a/k/a THE
PROVINCE OF ST. MARY OF THE
CAPUCHIN ORDER a/k/a THE PROVINCE
OF ST. MARY OF THE CAPUCHIN
ORDER
The Capuchin Fathers aka The Capuchin Fathers
Province of St. Mary aka Capuchin
Franciscans Province of St. Mary aka the
Province of St. Mary of the Capuchin Order
aka The Province of St. Mary of the Capuchin
Order, St. Conrad Friary aka Capuchin
Francisan Tertiary Province of St. Mary, N.Y.
The Church Of The Blessed Sacrament
The Franciscan Brothers Generalate
The Law Office of Joshua W. Skillman

The Marianist Province of Meribah
THE MARIST BROTHERS a/k/a THE MARIST
BROTHERS OF THE SCHOOLS, INC. a/k/a
THE MARIST BROTHERS, PROVINCE OF
THE UNITED STATES OF AMERICA
The New York Province of the Society of Jesus
The Roman Catholic Church of Christ the King
The Roman Catholic Church of Our Lady Queen
of Martyrs
The Roman Catholic Church of Saint Aiden
The Roman Catholic Church of Saint Margaret of
Scotland
The Roman Catholic Church of St. Rose of Lima
The USA Northeast Province of the Society of
Jesus, Inc.
The Zalkin Law Firm, P.C. and Barasch McGarry
Salzman & Penson
Theodore Roosevelt Council, Inc., Boy Scouts of
America
Thomas Murtaugh
Tolmage, Peskin, Harris & Falick
U.S.A. Northeast Province of the Jesuit Fathers
and Brothers, a/k/a U.S.A. Northeast
Province
Hurley McKenna & Mertz P.C.
Laura A. Ahearn, Esq. PLLC
BROTHERS OF THE HOLY CROSS, a/d/b/a
BROTHERS OF THE HOLY CROSS OF
THE EASTERN PROVINCE OF THE
UNITED STATES OF AMERICA, INC.
CATHOLIC HEALTH SERVICES OF
LONG
ISLAND
CITY OF NEW YORK, NEW YORK CITY
ADMINISTRATION FOR CHILDREN'S
SERVICES f/k/a BUREAU OF CHILD
WELFARE
DIOCESE OF BROOKLYN a/k/a THE ROMAN
CATHOLIC DIOCESE OF BROOKLYN,
NEW YORK
Holy Family Church
Holy Family Diocesan High School
Holy Family Roman Catholic Church
MARYHAVEN CENTER OF HOPE, INC. f/k/a
MARYHAVEN CENTER FOR CHILDREN
Parish Of St. Agnes Cathedral Church And School
PIUS XII YOUTH AND FAMILY
SERVICES, INC. a/d/b/a GOOD
SHEPHERD SERVICES
ROMAN CATHOLIC PARISH OF ST.
AGNES
CATHEDRAL
ST. BARNABAS THE APOSTLE a/k/a

BARNABAS APOSTLE
ST. BARNABAS THE APOSTLE CHURCH
AND SCHOOL
St. Joseph's Parish Old Roman Catholic Church
ST. KILIAN PARISH SCHOOL
ST. MARTIN OF TOURS a/k/a ST. MARTIN'S
ST. PATRICK RC CHURCH OF SMITHTOWN,
N.Y.
ST. PATRICK ROMAN CATHOLIC SCHOOL
ST. PATRICK'S a/k/a SAINT PATRICK ROMAN
CATHOLIC CHURCH OF BAY SHORE
a/k/a THE PARISH OF ST. PATRICK
St. Philip Neri Parish
THE DAUGHTERS OF WISDOM, INC.

**Parties to Contracts with the Debtor**

Adephi University
ADP, LLC
Advanced Enterprise Technologies Inc.
Airwatch LLC
All Saints Regional School
Altice Business
American Eagle
American Express Travel Related Services
Company, Inc.
American Family Life Assurance Company of
New York (AFLAC New York)
American Messaging Services, LLC - Central Islip
Tower
American Messaging Services, LLC - Syosset
Tower
Archdiocese of New York
Assumption Blessed Virgin Mary RCC
At Home Aging, LTD.
Avaya Inc.
Baker Tilly Virchow Krause LLP.
Bank of America/Clover/Fiserv
Barracuda
Biddle Consulting Group, Inc.
Blackbaud, Inc.
Blessed Sacrament RCC
Boston Safe Deposit and Trust Company
Broadcom \ EC America Inc.
Burrelles Information Services, LLC.
By-Laws of Sacred Heart Institute, Inc.
Canon Solutions America, Inc.
Cardconnect
Cardmember Service
Carmela Mildred Dispigno
Cascade Water Services
Catholic Benefits Association
Catholic Cemeteries of the Roman Catholic

Diocese of Rockville Centre, Inc.
Catholic Faith Network f/n/a Telecare of the
Diocese of Rockville Centre, Inc.
Catholic Press Association of the Diocese of
Rockville Centre, Inc.
Cathonet LLC. a/k/a Right Networks
CDW
CDW Government LLC
Certilman Balin Adler & Hyman LLC
Church Of The Resurrection
CIGNA HEALTH AND LIFE INSURANCE
COMPANY
Citibank, N.A.
Claims Service Bureau of New York, Inc.
Clearwire Spectrum Holding III LLC.
Cogent Communications Inc.
Corpus Christi RCC
County Energy Controls, Inc.
County of Suffolk - Suffolk County Correctional
Facility
Crowe Hawath LLP
David Rost
Department of Education, Diocese of Rockville
Centre
Diocesan Services Inc.
Diocese of Rockville Centre Health & Welfare
     Benefits Program
Diocese of Rockville Centre Health Care and
Other Assistance Plan for Retired and Disabled
Diocesan Priests
Diocese of Rockville Centre Pension Plan
Diocese of Rockville Centre Qualified Retirement
Plan for Diocesan Priests
Docusign, Inc.
Dominican Village
Earthlink Business LLC.
Ecclesia Assurance Company
Elizabeth Lewis
Emil A. Wcela
Empire Blue Cross Blue Shield
HealthChoice Assurance, Inc. dba Empire
     BlueShield ("Empire")
Estate of Richard Spanburgh
General Landscaping Emergency Snow Removal
Geo Broadcast Solutions, LLC - Syosset Tower
Gerald J. Ryan Outreach Ctr.
Goldin Associates
Good Shepherd RCC
HireRight Solutions, Inc.
Holy Angels Regional School
Holy Family Regional School
Holy Name Of Mary RCC
Holy Spirit RCC

Infiniti of Lynbrook
J.C. Broderick and Associates Inc.
Jackson Lewis, P.C.
John J. Fitzgerald
Jones Day
Joseph DiSpigno
JP Chase
Karp Automotive
Liro Program and Construction Management, PE
P.C.
Long Island Home
Mary Immaculate RCC
Mellon Trust of New England, N.A.
Mercer LLC
Merchant Pro Express
MetroPCS New York, LLC - Syosset Tower
Mission Assistance Corporation
MORNEAU SHEPELL LIMITED
Most Holy Trinity RCC
Mr. & Mrs. Richard Mazur
MUTUAL OF AMERICA
Nassau County Department of Human Health
Nassau County Police - Syosset Tower
Nassau Health Care Corporation a/k/a NuHealth
Nassu Health Care Corporation a/k/a NuHealth
National Catholic Service, LLC.
National Employee Assistance Providers, Inc.
Navex Global, Inc.
Network Adjusters, Inc.
Network Outsource
Networtk Outsource
New Cingular Wireless PCS, LLC
New York Cingular Wireless PCS, LLC
New York SMSA Limited Partnership
New York SMSA Limited Partnership d/b/a
Verizon
Nextel of New York, Inc.
Norine D. Zwiebel
North Fork Parish Outreach
Northwell
NYU Langone Health
Omnipoint Facilities Network 2, LLC
OptumRX, Inc.
Otterbourg
Our Lady Of Fatima RCC
Our Lady Of Grace RCC
Our Lady Of Loretto RCC
Our Lady of Lourdes
Our Lady Of Lourdes RCC
Our Lady Of Mercy RCC
Our Lady Of Miraculous Medal RCC
Our Lady Of Ostrabrama RCC
Our Lady Of Peace RCC

Our Lady Of Perpetual Help RCC
Our Lady Of Providence Regional
Our Lady Of The Isle RCC
Our Lady Of The Snow RCC
Our Lady Of Wisdom Regional School
Our Lady Queen Of Martyrs RCC
Oxford Document Management Company, Inc.
Oxford Document Management Company, Inc.
PayPal, Inc.
Pension Benefit Information, LLC ("PBI")
People's United Bank
Peter Chiari
Pitney Bowes Global Financial Services
Porter and Curtis, LLC.
Proskauer Rose LLP
Queen Of Most Holy Rosary RCC
Queen Of The Most Holy Rosary RCC
Real Time Cloud Services d/b/a Ace Cloud Hosting
Reed Smith
Roman Catholic Diocese of Brooklyn
Sacred Heart Institute, Inc.
Sacred Heart RCC
Sacred Hearts Jesus & Mary RCC
Sahn Ward Coschighano PLLC.
Saints Cyril and Methodius
Salvatore John Alaimo
SBC Systems Company, Inc.
Security Mutual Life Insurance Company of New York
Send Word Now
Signature Bank
Sitrick Group, LLC.
SolarWinds
South Nassau Communiites Hospital
Sprint - Syosset Tower
Sprint - Uniondale Tower
Sprint Nextel - Syosset Tower
Sprint Spectrum Realty Company, LLC
Ss. Philip & James RCC
St. Agnes RCC
St. Aidan RCC
St. Aloysius RCC
St. Andrew RCC
St. Anne RCC
St. Anthony RCC
St. Anthony's High School
St. Boniface RCC
St. Brigid - Our Lady Of Hope Regional School
St. Catherine Of Sienna RCC
St. Frances Cabrini RCC
St. Francis De Sales RCC
St. Francis Of Assisi RCC

St. Gertrude RCC
St. Hugh Of Lincoln RCC
St. Ignatius Roman Catholic Church
St. Isidore RCC
St. John Nepomucene RCC
St. John Paul II Regional School
St. John the Evangelist RCC
St. Joseph RCC
St. Joseph The Worker RCC
St. Ladislaus RCC
St. Lawrence the Martyr RCC
St. Louis De Montfort RCC
St. Margaret Of Scotland RCC
St. Mary RCC
St. Patrick RCC
St. Paul The Apostle RCC
St. Rocco RCC
St. Sylvester RCC
St. Vincent De Paul RCC
Stericycle
Sterling Volunteers
Stripe Inc.
Surrogate's Court of the State of New York, County of Suffolk
T Mobile Central Islip Tower
T Mobile Syosset Tower (Omnipoint)
T Mobile Uniondale Tower
The Bank of New York Mellon
The Bank of New York Mellon for the Diocese of Rockville Centre Health care and Other Assistance Plan for Retired and Disabled Priests
The Catholic Foundation of Long Island Inc.
The Diocese of Rockville Centre 403(b) Employee Retirement Plan
The Law Offices of Kenneth R. Feinberg PC
The National Catholic Bioethic Center
The Prudential Insurance Company Of America
Therese Montanile
ThyssenKrup Elevator Corporation
TMA @ Your Services, LLC doing business as "Wellworks For You"
Tomorrow's Hope Foundation, Inc.
Unitas Investment Fund, Inc.
U.S. Conference of Catholic Bishops
USI Insurance Services LLC ("USI")
Valley Bank
Vanguard
Verizon Wireless
Verizon Wireless Central Islip Tower
Verizon Wireless Syosset Tower
Verizon Wireless Uniondale Tower
VMWare
WageWorks

William J. Christie
WORXTIME, LLC, A GEORGIA LIMITED
    LIABILITY COMPANY

**Restructuring Professionals**

Alvarez & Marsal North America, LLC
Cullen and Dykman LLP
Jones Day
Kramer Levin Naftalis & Frankel LLP
Reed Smith LLP
Sitrick and Company
Epiq Bankruptcy Solutions LLC

**Significant Vendors**

Optumrx, Inc
Mutual of America
Porter & Curtis LLC
The Prudential Insurance Co. of America
Catholic Charities
Seminary of the Immaculate Conception
The State Insurance Fund
Otterbourg P.C.
ADP LLC
Goldin Associates, LLC
Dominican Village
The Law Offices of Kenneth R Feinberg PC
Nixon Peabody LLP
Gardiner & Theobald, Inc
The Catholic University of America
Network Outsource, Inc
New York State Catholic Conference
Advance Enterprise Technologies Inc
Access Direct Systems, Inc
The Long Island Catholic-DRVC
Empire Health Choice HMO, Inc
CHLIC
Proskauer Rose LLP
Commissariat of the Holy Land
Tomorrow's Hope Foundation
St John Vianney Center
American Express
USI Insurance Services LLC
AJG Advisors, Inc.
Changing Our World Inc
Actuarial & Technical Solutions Inc
Baker Tilly Virchow Krause, LLP
Augustine Institute, Inc
Sacred Heart Institute, Inc
Pontifical North American College
AFLAC NewYork
LiRo Engineers, Inc

Crowe LLP
Commissioner of Taxation & Finance
National EAP Inc
The Desmond Hotel and Conference Center
Catholic Leadership Institute
Network Adjusters Inc
Smith & Downey
Wellworks For You
Cardmember Services
Canon Financial Services, Inc
Official Offset Printing Corp
Philadelphia Indemnity Insurance Company
Philadelphia Insurance Companies
J.C. Broderick & Associates, Inc
ADP Screening & Selection Services
Emmanuel Marianist Retreat House
WB Mason. Inc
Wright Risk Management Company LLC
New York State Insurance Fund
Murray Services, Inc
Gerardo A Setosta
Theological College
Blackbaud, Inc.
Cathedral Seminary House of Formation
Imperial Bag & Paper Co., LLC
Startup Catholic
Thomas Patrick DeMaria
USCCB-Church in Central and Eastern Europe
USCCB-Church in Latin America
Hi Tech Air Conditioning Services Inc
National Catholic Services LLC
Certilman Balin Adler & Hyman LLP
Berkley Professional Liability
Sahn Ward Coschignano, PLLC
Pitney Bowes Global Financial Services Inc
Gerald Tiu
Future Tech Enterprise, Inc
Worxtime LLC
Burnett Risk Control International, LLC
CDW Government, Inc
Therese Montanile
Postmaster-Hicksville
Jackson Lewis P.C.
Delicious Moments Caterers
JMT Consulting Group
Rommel J Velarde
Right Networks, LLC
Bryan Cave Leighton Paisner LLP
Comptroller of the State of New York
Patrick F Adams P.C.
American Paper & Supply Company
Harris Beach, PLLC
Postmaster-Rockville Centre

Lynch & Lynch
Didit DM, LLC
Aging at Home, LTD
Morneau Shepell SBC Limited
Fellowship of Catholic University Students
Staples Business Advantage
GBL Designs and Media
Abila, Inc.
Lessings Inc
Frederick J. Chapey & Sons Funeral Home Inc.
Faith Catholic Publishing & Communication
Borrelli's
Hire Right, LLC
Raymour and Flanagan
WageWorks, Inc
Mulholland Minion Davey McNiff & Beyrer
Printcorp, Inc
Traditional Air Conditioning, Inc.
DRVC-COA
R&M Engineering
Vincentian House
Weigand Bros, Inc
JW Marriott Indianapolis
Exxon Mobil Corporation, d/b/a/Exxonmobil
Department of Homeland Security
Nat'l Federation for Catholic Youth Ministry
Epiq eDiscovery Solutions
Robert Stack
Avaya Inc
Thyssenkrupp Elevator Corporation
Bayouland Computer Solutions, LLC
SL Security Solutions, LLC
Sensory Lighting & Sound, Inc
Zaldy S. Galolo
KJP Associates, Inc
Quality Express Coffee Service
Fredrick J Chapey & Sons Funeral Home Inc
Americaneagle.com New York, Inc
Macken Mortuary, Inc
Lilium Creative Solutions, LLC
Johnson Controls Fire Protection, LP
Moloney's Hauppauge Funeral Homes, Inc
Westbury Travel Corp.
Navex Global, Inc.
Federal Express Corp
Milleridge Ventures Inc
Kia Motors Finance
St. John's University
Lloyd Staffing, Inc
Moloney's Lake Funeral Home LLC
Country House Media
Vernon C. Wagner Funeral Home
Mark Conrad B. Raroque

Google LLC
Digital Graphic Imagery Corp
Gennaro Jewelers
Catholic Cemeteries of DRVC, Inc
Massapequa Funeral Home, Inc
Howard-Quattlebaum Funeral, Cremation & Event
    Center
Windstream
The National Catholic Bioethics Center
Pitney Bowes
NYS-Division of Homeland Security &
Emergency Services
Meltwater News US Inc
Gregory Shemitz
Iron Mountain Information Management, Inc
County Energy Controls, Inc
Noce Funeral Home Inc
Vianney Vocations
William J Berglund
DeFriest-Grattan Funeral Homes, Inc.
Corporate Risk Solutions, LLC
Lindenhurst Funeral Home, Inc
King Kullen Grocery Co, Inc.
Daniel J Edelman, Inc.
Infiniti Financial Services
United Parcel Service
NCDVD
Sir Speedy
Home Depot Credit Services
Custom Awards Ltd
VVF Solutions, Inc
Jose A Santos, MD
Nationwide Power Solutions, Inc.

**Significant Utility Providers**

Cablevision Lightpath, Inc
Cogent Communications Inc
National Grid
Optimum
Verizon
Verizon Wireless
Village of Rockville Centre, Inc.
Windstream, formerly Earthlink Business

**Taxing Authorities**

Town of Brookhaven, Suffolk County, New York
Town of Islip, Suffolk County, New York
United States Treasury

**Bankruptcy Judges for the Southern District of
New York (including visiting Judges)**

Cecelia G. Morris (Chief Judge)
James L. Garrity Jr.
Martin Glenn
Mary Kay Vyskocil
Michael E. Wiles
Robert D. Drain
Robert E. Grossman
Sean H. Lane
Shelley C. Chapman
Stuart M. Bernstein

**Attorneys for the United States Trustee's office**
**for the Southern District of New York**

Alaba Ogunleye
Alicia Leonhard
Andrea B. Schwartz
Andy Velez-Rivera
Benjamin J. Higgins
Brian S. Masumoto
Cheuk M. Ng
Christine Black
Danny A. Choy
Ercilia A. Mendoza
Greg M. Zipes
Guy A. Van Baalen
Ilusion Rodriquez
Joseph Allen
Kathleen Schmitt
Linda A. Riffkin
Lisa Penpraze
Madeline Vescovacci
Maria Catapano
Mary V. Moroney
Nadkarni Joseph
Paul K. Schwartzberg
Richard C. Morrissey
Serene Nakano
Shannon Scott
Susan Arbeit
Sylvester Sharp
Victor Abriano
William K. Harrington

**Surety / Letters of Credit**
JP Chase
Old Republic Insurance Company

# **EXHIBIT B**

## **Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Case No. 20-12345 (SCC) |
| | ) |
| THE ROMAN CATHOLIC DIOCESE OF | ) Chapter 11 |
| ROCKVILLE CENTRE, NEW YORK, | ) |
| | ) |
| Debtor.[1] | ) |
| | ) |

**ORDER AUTHORIZING AND APPROVING THE**
**APPLICATION OF THE OFFICIAL CREDITORS' COMMITTEE FOR ENTRY OF**
**AN ORDER UNDER 11 U.S.C. §§ 1103(a) AND 328(a) AND FED. R. BANKR. P. 2014(a)**
**AUTHORIZING RETENTION OF JON R. CONTE, Ph.D. AS EXPERT**
**CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS**
**EFFECTIVE AS OF NOVEMBER 17, 2020**

Upon the Application of the official committee of unsecured creditors (the "Committee")

for entry of an Order Pursuant to 11 U.S.C. §§ 328, 330 and 1103 and Fed. R. Bankr. P. 2014

Authorizing and Approving the Employment and Retention of Jon R. Conte, Ph.D. as Expert

Consultant on Sexual Abuse and Expert Witness, Effective as of November 17, 2020 (the

"Application");[2] and upon the Declaration of  Dr. Conte filed in support of the Application (the

"Declaration"); and the Court having jurisdiction to consider the Application and the relief

requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and this matter being a core

proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to

28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Application is in the

best interests of the Committee, the Debtor and other parties in interest; and the Committee

having provided adequate and appropriate notice of the Application under the circumstances; and

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue, P.O. Box 9023, Rockville Centre, NY  11571-9023.

[2]  Capitalized terms not otherwise defined herein shall have the meanings and definitions ascribed to such terms in the Application.

after due deliberation and good and sufficient cause appearing therefor; and it appearing to the

Court that the said Application should be approved.

**IT IS HEREBY ORDERED THAT:**

1.        The Application is GRANTED as set forth herein.

2.        The Committee is hereby authorized to retain and employ Jon R. Conte,

Ph.D. as Expert Consultant on Sexual Abuse and Expert Witness pursuant to sections 328 and

1103 of the Bankruptcy Code, and Bankruptcy Rule 2014, on the terms and conditions set forth

in the Application *effective as of November 17, 2020.*

3.        Dr. Conte shall apply for compensation for professional services rendered

and reimbursement of expenses incurred in connection with the Debtor's' Case in compliance

with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the U.S. Trustee

Guidelines, and any other applicable procedures and orders of this Court.

4.        Dr. Conte is authorized to render professional services to the Committee

as described in the Application.

5.        The Committee and Dr. Conte are authorized and empowered to take all

actions necessary to implement the relief granted in this Order.

6.        The terms and conditions of this Order shall be immediately effective and

enforceable upon its entry.

This Court shall retain jurisdiction with respect to all matters arising from or related to

the implementation of this Order.

Dated: _____, 2020
        New York, New York

_____
THE HONORABLE SHELLEY C. CHAPMAN
U.S. BANKRUPTCY JUDGE

2