**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|   |   |   |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| THE ROMAN CATHOLIC DIOCESE OF | : | Case No. 20-12345 (SCC) |
| ROCKVILLE CENTRE, NEW YORK,[1] | : | |
| | : | |
| Debtor. | : | |
| | : | |

## ORDER ESTABLISHING DEADLINES FOR FILING PROOFS OF CLAIM
## AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF

Upon the *Motion of the Debtor for an Order Establishing Deadlines for Filing Proofs of Claim and Granting Related Relief* (the "Motion")[2], pursuant to Federal Rule of Bankruptcy Procedure ("Bankruptcy Rule") 3003(c)(3), fixing a deadline and establishing procedures for filing proofs of claim and approving the form and manner of service thereof, and it appearing that the relief requested is in the best interests of the Debtor, its estate, and creditors and that adequate notice has been given and that no further notice is necessary; and after due deliberation and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      Except as otherwise provided herein, all persons and entities, (including, without limitation, individuals, partnerships, corporations, joint ventures, and trusts) that assert a claim, as defined in Section 101(5) of the Bankruptcy Code, against the Debtor which arose on or prior to the filing of the Chapter 11 petition on October 1, 2020 (the "Petition Date"), shall file a proof of such claim in writing or electronically in accordance with the procedures below so that it is

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue P.O. Box 9023, Rockville Centre, NY 11571-9023.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

received on or before **March 30, 2021 at 5:00 p.m. (prevailing Eastern Time)** (the "General Bar Date").  The General Bar Date applies to all claims other than Sexual Abuse Claims.[3]

2.     Notwithstanding any other provision hereof, any individuals holding Sexual Abuse Claims must file a proof of such claim in writing or electronically in accordance with the procedures below so that it is received on or before **August 14, 2021 at 5:00 p.m. (prevailing Eastern Time)** (the "Sexual Abuse Bar Date").

3.     Notwithstanding any other provision hereof, claimants must file proofs of claim with respect to amendments or supplements to the Debtor's schedules of assets and liabilities on or before the later of (i) the General Bar Date and (ii) 5:00 p.m. (prevailing Eastern Time) on the date that is thirty (30) days from the date on which the Debtor provides notice of previously unfiled schedules of assets and liabilities or an amendment or supplement to the schedules of assets and liabilities (the "Amended Schedules Bar Date").

4.     Notwithstanding any other provision hereof, any person or entity that holds a claim that arises from the rejection of an executory contract or unexpired lease must file a proof of claim based on such rejection on or before the later of (i) the General Bar Date and (ii) 5:00 p.m. (prevailing Eastern Time) on the date that is thirty (30) days after entry of the order authorizing such rejection (the "Rejection Bar Date").  For the avoidance of doubt, a counterparty to an executory contract or unexpired lease is permitted to file a single proof of

---

[3]  A "Sexual Abuse Claim" is any claim (as defined in section 101(5) of the Bankruptcy Code) against the Debtor resulting or arising in whole or in part, directly or indirectly from any actual or alleged sexual conduct or misconduct, sexual abuse or molestation, indecent assault and/or battery, rape, pedophilia, ephebophilia, or sexually-related physical, psychological, or emotional harm, or contacts, or interactions of a sexual nature between a child and an adult, or a nonconsenting adult and another adult, sexual assault, sexual battery, sexual psychological or emotional abuse, humiliation, or intimidation, or any other conduct constituting a sexual offense, incest, or use of a child in a sexual performance (as such terms are defined in the New York Penal Law), and seeking monetary damages or any other relief, under any theory of liability, including vicarious liability, any negligence-based theory, contribution, indemnity, or any other theory based on any acts or failures to act by the Diocese or any other person or entity for whose acts or failures to act the Diocese is or was allegedly responsible.

claim on account of its claims arising under the applicable contract or unexpired lease agreement (including claims for prepetition defaults and rejection damages) by the Rejection Bar Date.

5.      The forms of the General Bar Date Notice, attached hereto as **Annex 1**; the General Proof of Claim Form, attached hereto as **Annex 2**; the Sexual Abuse Bar Date Notice, attached hereto as **Annex 3**; the Sexual Abuse Proof of Claim Form, attached hereto as **Annex 4**; the Publication Notice, attached hereto as **Annex 5**; the Confidentiality Agreement, attached hereto as **Annex 6**; the list of accused clergy, attached hereto as **Annex 7**; the Publication Notice Plan, attached hereto as **Annex 8**; and the manner of providing notice of the Bar Dates proposed in the Motion, are approved in all respects.  For the avoidance of doubt, after the occurrence of the General Bar Date, references to the General Bar Date in **Annex 5** shall be omitted.

6.      The following procedures for the filing of proofs of claim shall apply:

(a)      General Proofs of Claim must conform substantially to Official Bankruptcy Form No. 410, attached hereto as **Annex 2**;

(b)      Sexual Abuse Proofs of Claim must conform substantially to the Sexual Abuse Proof of Claim Form, attached hereto as **Annex 4**;

(c)      Proofs of claim must be submitted (i) electronically through Epiq Corporate Restructuring, LLC's (the "Claims Agent") website for this case at https://dm.epiq11.com/drvc by following instructions for filing proofs of claim electronically; or (ii) by delivering the original proof of claim either by U.S. Postal Service mail to The Roman Catholic Diocese of Rockville Centre, New York Claims Processing Center c/o Epiq Corporate Restructuring, LLC P.O. Box 4421 Beaverton, OR 97076-4421, or by hand delivery or overnight mail to The Roman Catholic Diocese of Rockville Centre, New York Claims Processing Center c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005;

(d)      Proofs of claim will be deemed filed only when received by the Claims Agent on or before the applicable Bar Date;

(e)      General Proofs of Claim must (i) be signed, (ii) include supporting documentation (if voluminous, attach a summary) or an explanation as to why documentation is not available; and (iii) be in the English language;

(f)     Sexual Abuse Proofs of Claim will be available in English and also in Spanish.  Sexual Abuse Proofs of Claim must (i) be signed, (ii) be in the English or the Spanish language, as applicable, and (iii) if applicable, include supporting documentation;

(g)     To be valid, a proof of claim must be signed by the creditor; the creditor's attorney or authorized agent; the debtor or its authorized agent; or a guarantor, surety, endorser, or other codebtor.  If the claimant is deceased or incapacitated, the form must be signed by the claimant's court-appointed representative or attorney for the claimant's estate. If the claimant is a minor, the form must be signed by the claimant's parent or legal guardian or attorney.  Any proof of claim form signed by a representative or legal guardian must attach documentation establishing such person's authority to sign the proof of claim form on behalf of the claimant.  Electronic signatures will be accepted as valid, either when a proof of claim is submitted via the Claims Agent's website or when signed through an electronic signature program including, but not limited to, Docusign, Hellosign, or Adobe Sign, and delivered to the Claims Agent via the instructions above in paragraph 6(c)(ii).  The Debtor, in consultation with the Committee, may agree to waive any defects or irregularities as to any Sexual Abuse Proof of Claim; and

(h)     Proofs of claim sent by facsimile, telecopy, or electronic mail transmission **will not** be accepted.

7.     The following persons or entities need not file a proof of claim on or prior to the

Bar Date:

(a)     any person or entity that already has filed a General Claim against the Debtor in a form substantially similar to Official Bankruptcy Form No. 410, provided, however, that any holder of a Sexual Abuse Claim who files a proof of claim on account of a Sexual Abuse Claim using a form substantially similar to Official Bankruptcy Form No. 410 may subsequently be required to complete the Sexual Abuse Proof of Claim Form or otherwise answer additional questions regarding such Sexual Abuse Claim, including the questions set forth in the Sexual Abuse Proof of Claim Form, in connection with the administration of his or her Sexual Abuse Claim;

(b)     any person or entity whose claim is listed on the Schedules filed by the Debtor, provided that (i) the claim is not scheduled as "disputed", "contingent", or "unliquidated" and (ii) the claimant does not disagree with the amount, nature and priority of the claim as set forth in the Schedules;

(c)     any holder of a claim that heretofore has been allowed by Order of this Court;

(d)     any person or entity whose claim has been paid in full by the Debtor;

(e)     any holder of a claim for which specific deadlines have previously been fixed by this Court; and

(f)     any officer, director, employee, or independent contractor of the Debtor who held such position as of the Petition Date and has a claim against the Debtor for indemnification, contribution, or reimbursement that does not arise in relation to a claim of sexual abuse where such individual is alleged to be the perpetrator of such sexual abuse; provided, however, that any of the foregoing parties that wishes to assert a claim other than a claim arising from or relating to indemnification, contribution, or reimbursement will be required to file a proof of claim by the General Bar Date, unless another exception identified in this paragraph 7 applies.

8.      Any person or entity that holds a claim that arises from the rejection of an executory contract or unexpired lease, as to which the order authorizing such rejection is dated on or before the date of entry of this Order, must file a proof of claim based on such rejection on or before the Bar Date, and any person or entity that holds a claim that arises from the rejection of an executory contract or unexpired lease, as to which an order authorizing such rejection is dated after the date of entry of this Order, must file a proof of claim on or before such date as the Court may fix in the applicable order authorizing such rejection.

9.      If the Debtor amends or supplements the Schedules subsequent to the date hereof, the Debtor shall give notice of any amendment or supplement to the holders of claims affected thereby, and such holders shall be afforded thirty (30) days from the date of such notice to file proofs of claim in respect of their claims and shall be given notice of such deadline.

10.     Nothing in this Order shall prejudice the right of the Debtor or any other party in interest to dispute or assert offsets or defenses to any claim reflected in the Schedules.

11.     Pursuant to Bankruptcy Rule 3003(c)(2), all holders of claims that fail to comply with this Order by timely filing a proof of claim in appropriate form shall not be treated as a creditor with respect to such claim for the purposes of voting and distribution.  For the avoidance of doubt, nothing contained in this Order shall preclude a claimant from seeking relief from the Court to file a late-filed claim in accordance with Bankruptcy Rule 9006.

12.     Parties asserting General Claims against the Debtor that arose before the Petition Date must use the General Proof of Claim Form substantially in the form attached hereto as **Annex 2**.

13.     Parties asserting Sexual Abuse Claims that arose before the Petition Date must use the Sexual Abuse Proof of Claim Form substantially in the form attached hereto as **Annex 4**.

14.     The filing of a Sexual Abuse Proof of Claim shall not constitute a waiver of the claimant's right to a jury trial, if any.

15.     Due to the sensitive nature of the information requested in the Sexual Abuse Proof of Claim Form, the following confidentiality protocol (the "Confidentiality Protocol") shall apply to all Sexual Abuse Proof of Claim Forms submitted by any holders of Sexual Abuse Claims (the "Sexual Abuse Claimants"):

> a)    All claimants asserting a Sexual Abuse Claim are directed to submit such claims directly to Epiq Corporate Restructuring, LLC (the "Claims Agent"), the claims and noticing agent.  Such claims should not be filed with the Court.

> b)    Sexual Abuse Proof of Claim Forms received by the Claims Agent will be treated as confidential and will be made available only to Authorized Parties (as defined below) unless a Sexual Abuse Claimant affirmatively elects to have their Sexual Abuse Claim disclosed publicly.  The Confidentiality Protocol is for the benefit of the Sexual Abuse Claimants. Accordingly, Sexual Abuse Claimants may elect to make information contained in their Sexual Abuse Proof of Claim Forms public, even if they do not elect to have their Sexual Abuse Claim disclosed publicly.

c)     Sexual Abuse Proof of Claim Forms received by the Claims Agent shall be held and treated as confidential by the Claims Agent, and copies thereof shall be provided or made available only to the following parties (the "Authorized Parties"):

i.      The member trustees and, upon 10 business days' notice to counsel for the Committee, officers and such other employees of the Debtor who are necessary to assist the Debtor in reviewing and analyzing the Sexual Abuse Proofs of Claim; provided, however, that the Bankruptcy Court shall have jurisdiction to determine any objection to such disclosure and that no such disclosure shall be made until the Bankruptcy Court has ruled on the objection;

ii.     Any counsel to the Debtor or the Unsecured Creditors' Committee (the "Committee") retained pursuant to an order of the Bankruptcy Court;

iii.    Members of the Committee and their counsel (after the Proof of Claim Forms have been redacted to remove the claimant's name, address, and other information identified in Part 2(a) of the Sexual Abuse Proof of Claim Form, the signature block and any other information which could reasonably be used to personally identify a Sexual Abuse Claimant);

iv.     Any insurance company of the Debtor that may provide coverage for Sexual Abuse Claims, together with their respective successors, reinsurers, administrators, and counsel; provided, however, that the Debtor's insurers shall be provided with all Sexual Abuse Proof of Claim forms alleging any abuse that occurred, even in part, during such insurer's policy periods and that access by Debtor's insurers to Sexual Abuse Proof of Claim forms alleging that abuse occurred wholly outside such insurer's policy periods shall be resolved at a later date, with nothing in this Bar Date Order affecting such potential access;

v.      Any person appointed pursuant to an order of the Court to serve as a mediator, as a representative for unknown or future claimants, or as a special arbitrator/claims reviewer appointed to review and resolve Sexual Abuse Claims;

vi.     Any trustee, or functional equivalent thereof, appointed to administer payments to Sexual Abuse Claimants, including pursuant to a plan of reorganization or a proposed plan of reorganization;

vii.     Authorized representatives of a department of corrections, if a Sexual Abuse Claimant is incarcerated, but only with respect to any Proof of Claim Form filed by such claimant and only to the extent disclosure is required under applicable non-bankruptcy law;

viii.     Upon consent of the Debtor and the Committee, and upon 10 business days' notice to the Sexual Abuse Claimant and its counsel of record, any person identified in a Sexual Abuse Proof of Claim who is alleged to have witnessed, committed, or otherwise had knowledge of, any act of abuse against the claimant; provided, however, that the Bankruptcy Court shall have jurisdiction to determine any objection to such disclosure and that no such disclosure shall be made until the Bankruptcy Court has ruled on the objection;

ix.     Any person who is alleged by the Sexual Abuse Claimant to be responsible, financially or otherwise, whether in the Sexual Abuse Proof of Claim or in any complaint or other filings in any lawsuit, for the consequences of any such act of sexual abuse, and any such person's counsel of record;

x.     Any person with the express written consent of the Debtor and the Committee, upon 10 business days' notice to the affected claimant(s) and their counsel of record; provided, however, that the Bankruptcy Court shall have jurisdiction to determine any objection to such disclosure and that no such disclosure shall be made until the Bankruptcy Court has ruled on the objection; and

xi.     Such other persons as the Court may pursuant to subsequent order authorize to access to the Proof of Claim Forms; provided, however, that any such determination shall be made on no less than 10 business days' notice to the affected claimant(s) and their counsel of record; provided, however, that the Bankruptcy Court shall have jurisdiction to determine any objection to such disclosure and that no such disclosure shall be made until the Bankruptcy Court has ruled on the objection.

d)     Notwithstanding the designation of Authorized Parties above, no person or entity may obtain copies of any Sexual Abuse Proof of Claim Form submitted by a Sexual Abuse Claimant prior to the execution of a confidentiality agreement substantially in the form attached to the Bar Date Order as **Annex 6** (the "Confidentiality Agreement"), and delivery of such Confidentiality Agreement to the Debtor. Counsel to the Debtor, its insurers, and the Committee shall only be required to execute a single Confidentiality Agreement on behalf of those entities and their respective clients, which shall be deemed binding on their entire firm and their

respective clients.  Access to the Proof of Claim Forms submitted by Sexual Abuse Claimants for all other Authorized Parties shall be restricted to the natural person who executes a Confidentiality Agreement and a separate Confidentiality Agreement must be signed by each natural person seeking access to the Proof of Claim Forms submitted by Sexual Abuse Claimants on behalf of an Authorized Party.

e) Authorized Parties in possession of any Sexual Abuse Proof of Claim Forms submitted by Sexual Abuse Claimants shall keep the Sexual Abuse Proof of Claim Forms confidential and shall not use or disclose any information provided in any Sexual Abuse Proof of Claim Forms submitted by Sexual Abuse Claimants except in accordance with the terms of the Confidentiality Agreement or pursuant to an order of this Court, unless the claimant has elected to make his or her Sexual Abuse Proof of Claim Forms public by indicating such consent in Part 1 of the Sexual Abuse Proof of Claim Form.

f) In addition, information in Sexual Abuse Proofs of Claim may be required to be disclosed to governmental authorities under mandatory reporting laws in many jurisdictions.  If any such disclosures to governmental authorities are required to be made under this paragraph (f), Sexual Abuse Claimants will be notified at the time of such disclosure and told who is being given a copy.

16.     The Claims Agent shall assign to each claimant asserting a Sexual Abuse Claim a unique identifier code and shall maintain a confidential list of the identities of the Sexual Abuse Claimants, their corresponding identifier code, and their respective Sexual Abuse Proof of Claim Forms.

17.     The General Bar Date Notice and the General Proof of Claim Form, substantially in the forms attached hereto as **Annex 1** and **Annex 2**, are approved and shall be deemed adequate and sufficient if served by first-class mail at least sixty (60) days prior to the General Bar Date on:

(a)     the United States Trustee;

(b)     counsel to each official committee;

(c)     all persons or entities that have requested notice of the proceedings in this chapter 11 case;

(d)       all persons or entities that have filed claims;

(e)       all creditors and other known holders of claims as of the date of this Order, including all persons or entities listed in the Schedules as holding claims;

(f)       all parties to executory contracts and unexpired leases of the Debtor;

(g)       all parties to non-CVA litigation;

(h)       the Internal Revenue Service for the district in which the case is pending; and

(i)       such additional persons and entities as deemed appropriate by the Debtor.

18.     The Debtor shall make the following available to the public by posting them on the Claims Agent website for this case (https://dm.epiq11.com/drvc) and on the Debtor's website homepage via a "one click" link to the Claims Agent website under "Diocesan News" and labeled "Claim Deadline Notices and Forms": (i) a notice of the Sexual Abuse Bar Date substantially in the form attached hereto as **Annex 3**; (ii) the Sexual Abuse Proof of Claim Form, substantially in the form attached hereto as **Annex 4**; (iii) a list of all priests, deacons and other clergy that (x) the Debtor knows have been the subject of an adverse determination by the Diocesan Review Board of the Debtor that an allegation of clergy abuse against such priest or deacon was credible or (y) against whom an allegation of clergy abuse was made through the Debtor's Independent Reconciliation and Compensation Program (the "IRCP") and the Debtor made a payment in settlement of such allegation through the IRCP (collectively, the "Accused Clergy") in substantially the form attached hereto as **Annex 7**, and (iv) this Bar Date Order.

19.     The list of Accused Clergy shall include the name of each accused individual identified on **Annex 7**. The Debtor shall review the assignment cards for the individuals identified on **Annex 7** and shall list the name of the parish, school, or other entity for which such individual worked or served, and to the extent set forth on such assignment card, the time period

within which such individual worked or served. The list of Accused Clergy shall also include, for each individual identified on **Annex 7**, to the extent set forth in the Debtor's files, the name of any parish, school, or other entity at which such individuals were accused of perpetrating abuse (x) in a claim determined to be credible by the Diocesan Review Board of the Debtor, or (y) in an allegation of clergy abuse made through the IRCP for which the Debtor made a payment in settlement of such allegation through the IRCP. The list of Accused Clergy shall also include the following disclaimer:

> This list is not exhaustive. The fact that this list may not include the name of the Accused Clergy who sexually abused you does not mean that you should not file a Sexual Abuse Proof of Claim Form. This is a list of all priests and deacons that (x) the Debtor knows have been the subject of an adverse determination by the Diocesan Review Board of the Debtor that an allegation of clergy abuse against such priest or deacon was credible or (y) against whom an allegation of clergy abuse was made through the Debtor's Independent Reconciliation and Compensation Program ("IRCP") and the Debtor made a payment in settlement of such allegation through the IRCP. In addition, the list does not include non-clergy. Please refer to the Official Committee of Unsecured Creditors' website located at [website] for lists prepared by the Committee of additional individuals against whom sexual abuse lawsuits have been filed and clergy associated with the Debtor included on lists of credibly accused by religious orders and other dioceses. The Debtor does not maintain and takes no responsibility for any list of additional individuals prepared by the Committee.

20. The Debtor shall provide notice of the Sexual Abuse Bar Date no later than 60 days after entry of the Bar Date Order by causing the Sexual Abuse Bar Date Notice Package (as defined below) to be served on the individuals that the Debtor understands, based on its thorough review of its records, files, and other information, may have a Sexual Abuse Claim.

21. Promptly after entry of this Bar Date Order, the Debtor's Claims Agent will use a third-party mailing list vendor to update its mailing contact information using any known information (including any known social security numbers, names, and/or birthdates) for each creditor identified in the creditor matrix that may have a Sexual Abuse Claim and will promptly

serve such creditors with the Sexual Abuse Bar Date Notice Package based on the updated mailing contact information; *provided*, *however*, that if the Debtor does not have a social security number for a creditor identified in the creditor matrix that may have a Sexual Abuse Claim, the Debtor's Claims Agent shall be authorized, but not directed, to use a third-party mailing list vendor to update its mailing contact information.  Notices that are returned as non-deliverable will be re-mailed to any address indicated by the USPS in the case of an expired automatic forwarding order. Notices returned as non-deliverable, but for which a new address is not indicated by the USPS, will be further searched through a third-party vendor to obtain a more current address. If any such address is found, the notice will be re-mailed to such addresses.

22.    For Sexual Abuse Claimants who are represented by counsel, the Debtor's Claims Agent shall serve the Sexual Abuse Bar Date Notice, the Sexual Abuse Proof of Claim Form, and the list of Accused Clergy (collectively, the "Sexual Abuse Bar Date Notice Package") on their attorneys of record.  The Debtor's Claims Agent shall serve the Sexual Abuse Bar Date Notice, the Sexual Abuse Proof of Claim Form, and the list of Accused Clergy on all other Sexual Abuse Claimants at their last known home address, after the Debtor has used reasonable efforts to locate a current address for each Sexual Abuse Claimant.

23.    Beginning no later than fifteen days after the date of entry of this Bar Date Order, the Debtor shall make good faith efforts to cause each parish and each Diocesan affiliated ministry to post a link on their respective websites to the General Bar Date Notice and General Proof of Claim Form, and to the Sexual Abuse Bar Date Notice and Sexual Abuse Proof of Claim Form.

24.    The Debtor shall also mail a copy of the General Bar Date Notice and the Sexual Abuse Bar Date Notice to the following on the Debtor's stationary and shall request that the

party post the Bar Date Notice in a prominent place until the expiration of the Bar Date: (a) the Attorney General of the State of New York, and (b) for each of the counties of Queens, Suffolk, and Nassau, the district attorney's office, the sheriff's office, any county government center, at least one public health agency (if any), and at least one substance abuse agency or hospital (if any).

25.     The Debtor shall also provide notice of the Sexual Abuse Claims Bar Date by implementation of the notice plan set forth on Annex 8 hereto, to begin within approximately 14 days of entry of this Order.

26.     Service of the General Bar Date Notice, General Proof of Claim Form, Sexual Abuse Bar Date Notice, and Sexual Abuse Proof of Claim Form in the manner set forth in this Bar Date Order is and shall be deemed to be good and sufficient notice of the Bar Dates to all known claimants.

27.     The Debtor and the Claims Agent are authorized and empowered to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this Order.

28.     The entry of this order is without prejudice to the right of the Debtor to seek a further order of this Court fixing a date by which holders of claims or interests not subject to the Bar Dates established herein must file proofs of claim or be barred from doing so.

29.     This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.


Dated: January 27, 2021          /S/ Shelley C. Chapman
       New York, New York        UNITED STATES BANKRUPTCY JUDGE

## <u>ANNEX 1</u>

## Form of General Bar Date Notice

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,[1] | Case No. 20-12345 (SCC) |
| Debtor. | |

## NOTICE OF DEADLINES REQUIRING FILING OF PROOFS OF CLAIM

**TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK (THE "DEBTOR"):**

The General Bar Date.  The United States Bankruptcy Court for the Southern District of New York (the "Court") has entered an order (the "Bar Date Order") establishing **March 30, 2021 at 5:00 p.m.**, prevailing Eastern Time as the last date and time for each person (excluding holders of Sexual Abuse Claims, as described below) to file a proof of claim (such deadline, the "General Bar Date") against the Debtor.[2]

Sexual Abuse Bar Date. The Bar Date Order establishes **August 14, 2021 at 5:00 p.m.**, prevailing Eastern Time as the last date and time for each person holding a Sexual Abuse Claim to file a proof of claim (such deadline, the "Sexual Abuse Bar Date").  The Sexual Abuse Bar Date of August 14, 2021 is not subject to further extension if the window created by the Child Victims Act is lengthened by the State of New York.  Survivors of sexual abuse must file a Sexual Abuse Proof of Claim Form by the Sexual Abuse Bar Date, copies of which may be found at https://dm.epiq11.com/drvc.  See Section 3 below for more information.  If you have a claim arising from other types of abuse, including non-sexual physical abuse, non-sexual emotional abuse, bullying or hazing, and you have not filed a proof of claim prior to the entry of the Bar Date Order, you must file a General Proof of Claim Form as set forth in the Bar Date Order and this Notice.

The Rejection Damages Bar Date.  Counterparties to the Debtor's executory contracts and unexpired leases have until the later of (i) the General Bar Date and (ii) thirty (30) days after entry of the order authorizing the rejection of such contract or lease (the "Rejection Damages Bar Date"), to file proofs of claim for rejection damages against the Debtor.

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue P.O. Box 9023, Rockville Centre, NY 11571-9023.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Bar Date Order.

The Amended Schedules Bar Date. With respect to amendments or supplements to the Debtor's schedules of assets and liabilities (the "Schedules"), claimants have until the later of (i) the General Bar Date and (ii) 5:00 p.m. (prevailing Eastern Time) on the date that is thirty (30) days from the date on which the Debtor provides notice of previously unfiled Schedules (as defined herein) or an amendment or supplement to the Schedules (the "Amended Schedules Bar Date" and together with the General Bar Date, the Sexual Abuse Bar Date, and the Rejection Damages Bar Date, the "Bar Dates"), to file proofs of claim against the Debtor.

## 1.    WHO MUST FILE A PROOF OF CLAIM

You MUST file a proof of claim to vote on a chapter 11 plan filed by the Debtor or to share in distributions from the Debtor's bankruptcy estate if you have a claim that arose before the Petition Date, and it is not one of the types of claims described in Section 6 below. Claims based on acts or omissions of the Debtor that occurred before the Petition Date must be filed on or before the Bar Dates, even if such claims are not now fixed, liquidated or certain or did not mature or become fixed, liquidated or certain before the Petition Date.

Under section 101(5) of the Bankruptcy Code and as used in this notice, the word "claim" means a right to (a) payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

## 2.    WHAT TO FILE FOR GENERAL CLAIMS

If you have a General Claim, your filed proof of claim must conform substantially to Official Form 410 (the "General Proof of Claim Form"). If your claim is listed on the schedules of assets and liabilities filed by the Debtor (collectively, the "Schedules"), the proof of claim form also sets forth the amount of your claim as listed on the Schedules, and whether the claim is scheduled as "disputed," "contingent," or "unliquidated." You will receive a different proof of claim form for each claim listed in your name on the Schedules. You may utilize the proof of claim form(s) provided by the Debtor to file your claim. Additional proof of claim forms and instructions may be obtained at (a) the website established by the Debtor's Court-approved claims and noticing agent, Epiq Corporate Restructuring, LLC, located at https://dm.epiq11.com/drvc or (b) the Bankruptcy Court's website located at www.uscourts.gov/forms/bankruptcy-forms.

All proof of claim forms must be signed by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant. It must be written in English and be denominated in United States currency (using the exchange rate, if applicable, as of the Commencement Date). You also should attach to your completed proof of claim any documents on which the claim is based (if voluminous, attach a summary) or explanation as to why the documents are not available.

Your proof of claim form must not contain complete social security numbers or taxpayer identification numbers (only the last four (4) digits), a complete birth date (only the year), the name of a minor (only the minor's initials), or a financial account number (only the last four (4) digits of such account number).

## 3.     WHAT TO FILE FOR SEXUAL ABUSE CLAIMS

If you have a Sexual Abuse Claim, you must file a Sexual Abuse Proof of Claim, copies of which may be found at https://dm.epiq11.com/drvc.

You may have a Sexual Abuse Claim if you experienced sexual abuse as a result of activities related to The Roman Catholic Diocese of Rockville Centre, New York on or before October 1, 2020. Sexual abuse includes:

- Sexual conduct or misconduct, sexual abuse or molestation, sexual exploitation, sexual touching, sexualized interaction, sexual comments about a person's body, or other verbal or non-verbal behaviors that facilitated, contributed to, or led up to abuse, regardless of whether or not such behavior was itself sexual or against the law, and regardless of whether the child thought the behavior was sexual abuse at the time.

- Sexual abuse includes behavior between a child and an adult and between a child and another child, in each instance without regard to whether such activity involved explicit force, whether such activity involved genital or other physical contact, and whether the child associated the abuse with any physical, psychological, or emotional harm.

- Sexual abuse involves behaviors including penetration or fondling of the child's body, other body-on-body contact, or non-contact, behaviors such as observing or making images of a child's naked body, showing or making pornography, or having children behave in sexual behavior as a group.

**If you have a claim arising from other types of abuse, including non-sexual physical abuse, non-sexual emotional abuse, bullying or hazing and you have not filed a proof of claim prior to the entry of the Bar Date Order, you must file a General Proof of Claim Form as set forth in the Bar Date Order and this Notice.**

## 4.     CONFIDENTIALITY PROTOCOL GOVERNING SUBMISSION OF SEXUAL ABUSE PROOFS OF CLAIM

The Bar Date Order provides that a Confidentiality Protocol shall govern the submission of certain proofs of claim.

Individuals filing Sexual Abuse Proofs of Claim are directed not to file their Sexual Abuse Proof of Claim Forms with the Court.  Instead and as described above, such Sexual Abuse Proof of Claim Forms must be (a) mailed to the Claims Agent at the following address: The

Roman Catholic Diocese of Rockville Centre, New York Claims Processing Center c/o Epiq Corporate Restructuring, LLC P.O. Box 4421 Beaville, OR 97076-4421, or sent by overnight mail or hand-delivery to the Claims Agent at the following address: The Roman Catholic Diocese of Rockville Centre, New York Claims Processing Center c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005, or (b) filed through the Electronic Filing System via the website located at https://dm.epiq11.com/drvc.

Sexual Abuse Proof of Claim Forms submitted by individuals with claims arising from sexual abuse will not be available to the general public unless such claimant requests, solely in his or her discretion, for such proof of claim to be made public by so indicating in his or her Sexual Abuse Proof of Claim.

## 5. WHEN AND WHERE TO FILE

All proofs of claim must be filed so as to be received on or before **March 30, 2021 at 5:00 p.m. (prevailing Eastern Time)** (for all holders of General Claims) or **August 14, 2021 at 5:00 p.m. (prevailing Eastern Time)** (for all holders of Sexual Abuse Claims) as follows:

IF BY U.S. POSTAL SERVICE MAIL:

> The Roman Catholic Diocese of Rockville Centre, New York
> Claims Processing Center
> c/o Epiq Corporate Restructuring, LLC
> P.O. Box 4421
> Beaverton, OR 97076-4421

IF DELIVERED BY HAND OR OVERNIGHT DELIVERY:

> The Roman Catholic Diocese of Rockville Centre, New York
> Claims Processing Center
> c/o Epiq Corporate Restructuring, LLC
> 10300 SW Allen Blvd.
> Beaverton, OR 97005

IF ELECTRONICALLY:

> The website established by the Claims Agent, using the interface available on such website located at https://dm.epiq11.com/drvc (the "Electronic Filing System") and following the instructions provided.

Proofs of claim will be deemed filed only when actually received at the addresses listed above or via the Electronic Filing System on or before the applicable Bar Date. Proofs of claim may not be delivered by facsimile, telecopy, or electronic mail transmission.

## 6. CLAIMS FOR WHICH PROOFS OF CLAIM NEED NOT BE FILED

The Bar Date Order further provides that the following entities, whose claims otherwise would be subject to the General Bar Date, need not file proofs of claim:

(a)     any person or entity that already has filed a proof of claim against the Debtor in a form substantially similar to Official Bankruptcy Form No. 410, provided, however, that any holder of a Sexual Abuse Claim who files a proof of claim on account of a Sexual Abuse Claim using a form substantially similar to Official Bankruptcy Form No. 410 rather than the Sexual Abuse Proof of Claim Form may subsequently be required to complete the Sexual Abuse Proof of Claim Form or otherwise answer additional questions regarding such Sexual Abuse Claim, including the questions set forth in the Sexual Abuse Proof of Claim Form, in connection with the administration of his or her Sexual Abuse Claim;

(b)     any person or entity whose claim is listed on the Schedules filed by the Debtor, provided that (i) the claim is not scheduled as "disputed", "contingent", or "unliquidated" and (ii) the claimant does not disagree with the amount, nature and priority of the claim as set forth in the Schedules;

(c)     any holder of a claim that heretofore has been allowed by Order of this Court;

(d)     any person or entity whose claim has been paid in full by the Debtor;

(e)     any holder of a claim for which specific deadlines have previously been fixed by this Court; and

(f)     any officer, director, employee, or independent contractor of the Debtor who held such position as of the Petition Date and has a claim against the Debtor for indemnification, contribution, or reimbursement that does not arise in relation to a claim of sexual abuse where such individual is alleged to be the perpetrator of such sexual abuse; provided, however, that any of the foregoing parties that wishes to assert a claim other than a claim arising from or relating to indemnification, contribution, or reimbursement will be required to file a proof of claim by the General Bar Date, unless another exception identified in this section 6 applies.

This Notice is being sent to many persons and entities that have had some relationship with or have done business with the Debtor but may not have an unpaid claim against the Debtor. The fact that you have received this Notice does not mean that you have a claim or that the Debtor or the Court believe that you have a claim against the Debtor.

## 7.     EXECUTORY CONTRACTS AND UNEXPIRED LEASES

If you have a claim arising out of the rejection of an executory contract or unexpired lease as to which the order authorizing such rejection is dated on or before the date of entry of the Bar Date Order, you must file a proof of claim by the Bar Date. Any person or entity that has a claim arising from the rejection of an executory contract or unexpired lease, as to which the order is dated after the date of entry of the Bar Date Order, you must file a proof of claim with

respect to such claim by the date fixed by the Court in the applicable order authorizing rejection of such contract or lease.

## 8.    CONSEQUENCES OF FAILURE TO FILE A CLAIM

ANY HOLDER OF A CLAIM THAT IS NOT EXEMPTED FROM THE REQUIREMENTS OF THIS ORDER, AS SET FORTH IN SECTION 6 ABOVE, AND THAT FAILS TO TIMELY FILE A PROOF OF CLAIM IN THE APPROPRIATE FORM SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING ON ANY PLAN OF REORGANIZATION FILED IN THIS CASE AND PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTOR'S CASES ON ACCOUNT OF SUCH CLAIM.

## 9.    THE DEBTOR'S SCHEDULES AND ACCESS THERETO

To  determine if and how you are listed on the Schedules, please refer to the descriptions set forth on the enclosed proof of claim form(s) regarding the nature, amount, and status of your claim(s).  If you received postpetition payments from the Debtor (as authorized by the Bankruptcy Court) on account of your claim(s), the enclosed proof of claim form(s)  should reflect the net amount of your claim(s).

IF YOU RELY ON THE DEBTOR'S SCHEDULES OR THE ENCLOSED PROOF OF CLAIM FORM(S), IT IS YOUR RESPONSIBILITY TO DETERMINE THAT THE CLAIM ACCURATELY IS LISTED ON THE SCHEDULES.

As set forth above, if you agree with the nature, amount, and status of your claim as listed in the Schedules, and if your claim is not described as "disputed," "contingent," or "unliquidated," you need not file a proof of claim.  Otherwise, or if you decide to file a proof of claim, you must do so before the applicable Bar Date, in accordance with the procedures set forth in this notice.

Copies of the Schedules are available for inspection on (a) the website established by the Claims Agent at https://dm.epiq11.com/drvc and (b) on the Bankruptcy Court's website at http://www.nysb.uscourts.gov.  A login and password to the Bankruptcy Court's Public Access to Electronic Records ("PACER") are required to access this information on the Bankruptcy Court's website and can be obtained through the PACER Service Center at http://www.pacer.gov.  Copies of the Schedules also may be examined between the hours of 9:00 a.m. and 4:30 p.m., Monday through Friday at the Office of the Clerk of the Bankruptcy Court, located at One Bowling Green, New York, NY 10004-1408.  Copies of the Schedules also may be obtained by request to the Claims Agent:

By mail:

> The Roman Catholic Diocese of Rockville Centre, New York
> Claims Processing Center
> c/o Epiq Corporate Restructuring, LLC

P.O. Box 4421
Beaverton, OR 97076-4421

Or by email:

RCDRockvilleInfo@epiqglobal.com

## 10.  __ADDITIONAL INFORMATION__

If you have any questions regarding the claims process and/or you wish to obtain a copy of the Bar Date Notice, a proof of claim form, or related documents you may do so by: (i) calling the Debtor's restructuring hotline at (888) 490-0633 (US toll-free) or (503) 520-4459; (ii) visiting the Debtor's restructuring website at: www.dm.epiq11.com/drvc; and/or (iii) writing to The Roman Catholic Diocese of Rockville Centre Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421.  __Please note__ that the Claims Agent __cannot__ offer legal advice or advise whether you should file a proof of claim.

[*Remainder of Page Intentionally Blank*]

**A HOLDER OF A POSSIBLE CLAIM AGAINST THE DEBTOR SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE, SUCH AS WHETHER THE HOLDER SHOULD FILE A PROOF OF CLAIM.**

Dated: New York, NY                         **BY ORDER OF THE COURT**
_____, 2021

Corinne Ball
Todd Geremia
Benjamin Rosenblum
Andrew Butler
Benjamin Thomson
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Email: cball@jonesday.com
        trgeremia@jonesday.com
        brosenblum@jonesday.com
        abutler@jonesday.com
        bthomson@jonesday.com

*Counsel for the Debtor and
Debtor in Possession*

## ANNEX 2

## General Proof of Claim Form

# Official Form 410 - Instructions for Proof of Claim

United States Bankruptcy Court

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

A person who files a fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both.  18 U.S.C. §§ 152, 157 and 3571

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**
- **Fill in the caption at the top of the form.** Fill in the name of the Debtor in the bankruptcy case, and the bankruptcy case number.
- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.
- **Attach any supporting documents to this form.** Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of redaction below.)
  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added.  Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).
- **Do not attach original documents because attachments may be destroyed after scanning.**
- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information.  Leave out or redact confidential information both in the claim and in the attached documents.**
- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.**  See Bankruptcy Rule 9037.
- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.**  For example, write *A.B., a minor child (John Doe, parent, 123 Main St, City, State).*  See Bankruptcy Rule 9037.
- **If you have any further questions relating to filing a proof of claim please direct your inquiry to:**
  RCDRockvilleInfo@epiqglobal.com

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form or you may access the Claims Agent's website: https://dm.epiq11.com/drvc to view your filed form under "Claims."

## Where to Send Proof of Claim Form

**First Class Mail:**
The Roman Catholic Diocese of Rockville Centre, New York
Claims Processing Center
c/o Epiq Corporate Restructuring, LLC
P.O. Box 4421
Beaverton, OR 97076-4421

**Hand Delivery or Overnight Mail:**
The Roman Catholic Diocese of Rockville Centre, New York
Claims Processing Center
c/o Epiq Corporate Restructuring, LLC
10300 SW Allen Blvd
Beaverton, OR 97005

**Electronic Filing:**
By accessing the E-filing Claims link at https://epiqworkflow.com/cases/drv

Use your Mail ID for access.

## Understand the terms used in this form

**Administrative expense**: Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate.  11 U.S.C. § 503.

**Claim**: A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy.  11 U.S.C. §101 (5).  A claim may be secured or unsecured.

**Creditor**: A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy.  11 U.S.C. §101 (10).

**Debtor**: A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection**: Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy**: A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim**: A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim**: A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information**: Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a)**: A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff**: Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier**: An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim**: A claim that does not meet the requirements of a secured claim.  A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form.**

**United States Bankruptcy Court for Southern District of New York**
**The Roman Catholic Diocese of Rockville Centre, New York**
**Claims Processing Center**
**c/o Epiq Corporate Restructuring, LLC**
**P.O. Box 4421**
**Beaverton, OR 97076-4421**

To submit your form online please go to https://epiqworkflow.com/cases/drv
Use your Mail ID for access.

Your Mail ID is as follows:

**Name of Debtor:**
**Case Number:**

☐ Check box if the address on the envelope sent to you by the court needs to be updated. Identify your replacement address in Part 1 (Section 3) below.

For Court Use Only

# Proof of Claim (Official Form 410)

04/19

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. With the exception of claims under 503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503. Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim): _____

Other names the creditor used with the debtor: _____

**2. Has this claim been acquired from someone else?** ☐ No ☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| _____<br>Name | _____<br>Name |
| _____<br>Number       Street | _____<br>Number       Street |
| _____<br>City                State          ZIP Code | _____<br>City                State          ZIP Code |
| Country (if International): _____ | Country (if International): _____ |
| Contact phone: _____ | Contact phone: _____ |
| Contact email: _____ | Contact email: _____ |

**4. Does this claim amend one already filed?**

☐ No

☐ Yes. Claim number on court claims register (if known) _____

Filed on _____
         MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☐ No

☐ Yes. Who made the earlier filing?

_____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☐ Yes.
Last 4 digits of the debtor's account or any number you use to identify the debtor:

____ ____ ____ ____

**7. How much is the claim?**

$_____.

**Does this amount include interest or other charges?**

☐ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

_____

**9. Is all or part of the claim secured?**

☐ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

_____

**Basis for perfection:** _____

_____

Attach redacted copies of documents, if any, that show evidence of perfection of security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed ☐ Variable

**10. Is this claim based on a lease?**

☐ No

☐ Yes. **Amount necessary to cure any default as of the date of petition.**

$_____

**11. Is this claim subject to a right of setoff?**

☐ No

☐ Yes. Identify the property:

_____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☐ No

☐ Yes. *Check one:*

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

☐ Other. Specify subsection of 11 U.S.C. § 507 (a)(__) that applies.

* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

**Amount entitled to priority**

$_____

$_____

$_____

$_____

$_____

$_____

**13. Does this claim qualify as an Administrative Expense under 11 U.S.C. § 503(b)(9)?**

☐ No

☐ Yes. **Amount that qualifies as an Administrative Expense under 11 U.S.C. § 503(b)(9): $_____**

| Part 3: | Sign Below |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other co-debtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____     _____

  MM / DD / YYYY        Signature

**Print the name of the person who is completing and signing this claim:**

Name _____

  First name        Middle name        Last name

Title _____

Company _____

  Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____

  Number      Street

  _____

  City          State      ZIP Code

Contact Phone _____     Email _____

## <u>ANNEX 3</u>

## Sexual Abuse Bar Date Notice

# Notice of Deadline for Filing Sexual Abuse Claims in The Roman Catholic Diocese of Rockville Centre, New York Bankruptcy Case

### *All Sexual Abuse Survivors Need to File Claims by <u>August 14, 2021</u>*

*This is an official notice approved by the Bankruptcy Court.*
*This is not a solicitation from a lawyer.*

Una versión en español de este aviso está disponible en <u>www.https://dm.epiq11.com/drvc</u> o llamando al 1-888-490-0633.

- Please read this notice carefully as it may impact your rights, including the right to compensation, against the Roman Catholic Diocese of Rockville Centre, New York (the "<u>Diocese</u>") and against its parishes, schools and affiliated ministries ("<u>Diocese Related Entities</u>").

- Regardless of how old you are today, if you have a claim for sexual abuse for which you believe the Diocese is or may be responsible, that occurred before **October 1, 2020**, you must file a claim in this bankruptcy case to preserve your rights.

- The Sexual Abuse Bar Date of August 14, 2021 is not subject to further extension if the window created by the Child Victims Act is lengthened by the State of New York.

- A list of individuals that the Diocese knows have been the subject of an adverse determination by the Diocesan Review Board of the Diocese that an allegation of clergy abuse against such priest or deacon was credible or against whom an allegation of clergy abuse was made through the Diocese's Independent Reconciliation and Compensation Program and the Diocese made a payment in settlement of such allegation through such program can be found at <u>www.https://dm.epiq11.com/drvc</u>.  An additional list of individuals against whom an allegation of abuse has been made can be found on the Official Committee of Unsecured Creditor's website at [_____]. The Debtor does not maintain and takes no responsibility for any list of additional individuals prepared by the Committee.

- You can file a claim using the Sexual Abuse Proof of Claim Form approved by the court (1) by logging on to the following website: https://dm.epiq11.com/drvc or (2) by mailing or delivering a hard copy of your Sexual Abuse Proof of Claim to the address listed below.

- No plan of reorganization has been filed as of the date of this notice.  However, if a plan to reorganize the Diocese is approved, it could release claims you hold against certain third parties, including against churches, parishes, schools, and the other Diocese Related Entities that operate within the Diocese.

- If you have a claim against any such church, parish, school, or other Diocese Related Entity, you may have a claim against the Diocese.

- Your rights and options – **and the deadline to exercise them by** – are explained in more detail in this notice.

## BASIC INFORMATION

| **1.** | **Why was this notice issued?** |
|---|---|

The Diocese filed a chapter 11 bankruptcy case. The Bankruptcy Court has set a deadline of **August 14, 2021 at 5:00 p.m. (Eastern Time)** for filing claims against the Diocese for sexual abuse.

The Diocese case is filed in the U.S. Bankruptcy Court for the Southern District of New York, and the case is known as *In re: The Roman Catholic Diocese of Rockville Centre, New York* (Bankr. S.D.N.Y.) The Bankruptcy Court Judge overseeing the case is the Honorable Shelley C. Chapman.

The Bankruptcy Court authorized the Diocese to send out this notice. You have the right to file a Sexual Abuse Claim in this bankruptcy case regardless of how old you are today. You are required to file a Sexual Abuse Proof of Claim on or before **August 14, 2021 at 5:00 p.m. (Eastern Time)**.

## SEXUAL ABUSE CLAIMS

| **2.** | **What is considered sexual abuse?** |
|---|---|

You have a Sexual Abuse Claim if you experienced sexual abuse. A **Sexual Abuse Claim** is defined as follows:

A "Sexual Abuse Claim" is any claim (as defined in section 101(5) of the Bankruptcy Code) against the Debtor resulting or arising in whole or in part, directly or indirectly from any actual or alleged sexual conduct or misconduct, sexual abuse or molestation, indecent assault and/or battery, rape, pedophilia, ephebophilia, or sexually-related physical, psychological, or emotional harm, or contacts, or interactions of a sexual nature between a child and an adult, or a

nonconsenting adult and another adult, sexual assault, sexual battery, sexual psychological or emotional abuse, humiliation, or intimidation, or any other conduct constituting a sexual offense, incest, or use of a child in a sexual performance (as such terms are defined in the New York Penal Law), and seeking monetary damages or any other relief, under any theory of liability, including vicarious liability, any negligence-based theory, contribution, indemnity, or any other theory based on any acts or failures to act by the Diocese or any other person or entity for whose acts or failures to act the Diocese is or was allegedly responsible.

If you have a claim from other types of abuse, including non-sexual physical abuse, non-sexual emotional abuse, bullying or hazing, you should file a General Proof of Claim (Official Bankruptcy Form 410).

| 3. | Who should file a Sexual Abuse Proof of Claim? |
|---|---|

You should file a Sexual Abuse Proof of Claim if you have a Sexual Abuse Claim as defined above. You should file a Sexual Abuse Proof of Claim regardless of whether you:

- Did or did not report your sexual abuse to the Diocese or to anyone else;

- Previously filed a lawsuit or asserted claims in connection with the sexual abuse; or

- Are included in, or represented by, another action with respect to your Sexual Abuse Claim.

You should submit a Sexual Abuse Proof of Claim regardless of your age now or the length of time that has passed since the sexual abuse took place.

Do not file a Sexual Abuse Proof of Claim if your claim is based on anything other than sexual abuse as defined above. If you have a claim arising from other types of abuse, including non-sexual physical abuse, non-sexual emotional abuse, bullying or hazing, you should consult the *General Bar Date Notice* and file a General Proof of Claim (Official Bankruptcy Form 410).

| 4. | What if I am still not sure if I have a Sexual Abuse Claim? |
|---|---|

You should consult with an attorney if you have any questions, including whether you should file a Sexual Abuse Proof of Claim.

| 5. | How can I file my Sexual Abuse Proof of Claim? |
|---|---|

**A copy of the Sexual Abuse Proof of Claim Form is enclosed. You may also obtain a copy of the form by following the instructions below.**

For additional copies of the Sexual Abuse Proof of Claim Form: (a) photocopy the enclosed Sexual Abuse Proof of Claim form; or (b) contact the Debtor's claims agent Epiq Corporate Restructuring, LLC's (the "Claims Agent") website for this case at https://dm.epiq11.com/drvc or by e-mail at RCDRockvilleInfo@epiqglobal.com or by phone, toll free at 1-888-490-0633.

The Sexual Abuse Proof of Claim must be completed by you and mailed or submitted to the Claims Agent Epiq Corporate Restructuring, LLC's, **by no later than August 14, 2021 at 5:00 p.m. (Eastern Time)** as follows:

(i) If sent by mail, to U.S. Postal Service mail to The Roman Catholic Diocese of Rockville Centre, New York Claims Processing Center c/o Epiq Corporate Restructuring, LLC P.O. Box 4421 Beaverton, OR 97076-4421, or

(ii) If sent by hand delivery or overnight courier, send to: hand delivery or overnight mail to The Roman Catholic Diocese of Rockville Centre, New York Claims Processing Center c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005; or

(iii) If submitted electronically, by using the interface available at https://dm.epiq11.com/drvc by following instructions for filing proofs of claim electronically..

Sexual Abuse Proofs of Claim sent by any other means (such as facsimile transmission or email through a different manner than described in (iii) above) **will not** be accepted.

If you have questions you can contact your attorney or call 1-888-490-0633 to speak to the Claims Agent. The Claims Agent can provide information about how to file a claim, but cannot offer any legal advice.

Please note that the Diocese's staff is not permitted to give legal advice. You should consult your own attorney for assistance regarding any other inquiries, such as questions concerning the completion or filing of a proof of claim.

| **6.** | **Will my information be kept confidential?** |
|---|---|

Yes, subject to the limitations described below. The Bankruptcy Court has set up a procedure to protect your privacy. In order to protect your privacy, please do not file your Sexual Abuse Proof of Claim with the Bankruptcy Court. Instead, you must file according to the directions above.

Sexual Abuse Proofs of Claim will not be available to the public unless you choose to release that information by checking the box in Part 1 of the Sexual Abuse Proof of Claim. However, information about your Sexual Abuse Claim will be confidentially provided, pursuant to Bankruptcy Court-approved guidelines, to the following parties:

- The Diocese and its attorneys;

- Certain insurers of the Diocese including authorized claims administrators of such insurers and their reinsurers and counsel;

- Attorneys for the Official Creditors' Committee and its members;

- Attorneys at the Office of the United States Trustee for the Southern District of New York;

- The Claims Agent (Epiq Corporate Restructuring, LLC);

- Any special arbitrator, mediator, or claims reviewer appointed to review and resolve Sexual Abuse Claims;

- Any trustee, or functional equivalent thereof, appointed to administer payments to holders of Sexual Abuse Claims; and

- Such other persons that the Court determines need the information in order to evaluate Sexual Abuse Claims.

Please note that information in your Sexual Abuse Proof of Claim may be disclosed to governmental authorities under mandatory reporting laws in many jurisdictions.

## ADDITIONAL INFORMATION

| **7.** | **How do I report my sexual abuse to the authorities?** |
|---|---|

Reporting the sexual abuse protects other persons. You can learn more about how to report sexual abuse at [_____]

Please know that reporting sexual abuse is different than filing a claim in the Diocese's bankruptcy case.

| **8.** | **What happens if I do not file a Sexual Abuse Proof of Claim?** |
|---|---|

If you fail to submit a completed Sexual Abuse Survivor Proof of Claim to the Claims Agent on or before **August 14, 2021 at 5:00 p.m. (Eastern Time)**, you may not be able to:

- vote on the Diocese's plan of reorganization; or

- receive any compensation in the Diocese's bankruptcy case for your Sexual Abuse Claim.

**YOU MAY WANT TO CONSULT WITH AN ATTORNEY REGARDING THIS NOTICE AND WHETHER YOU SHOULD FILE A SEXUAL ABUSE SURVIVOR PROOF OF CLAIM.**

## <u>ANNEX 4</u>

## Sexual Abuse Proof of Claim Form

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE ROMAN CATHOLIC DIOCESE OF | : | Case No. 20-12345 (SCC) |
| ROCKVILLE CENTRE, NEW YORK,[1] | : | |
| | : | |
| Debtor. | : | |
| | : | |

---

## CONFIDENTIAL SEXUAL ABUSE PROOF OF CLAIM

**THIS FORM MUST BE RECEIVED NO LATER THAN AUGUST 14, 2021**
**AT 5:00 P.M. PREVAILING EASTERN TIME (THE "SEXUAL ABUSE BAR DATE")**

 **Carefully read the instructions that are included with this CONFIDENTIAL SEXUAL ABUSE PROOF OF CLAIM and complete all applicable questions.**

 For purposes of this Proof of Claim, a "Sexual Abuse Claim" is any claim (as defined in section 101(5) of the Bankruptcy Code) against the Debtor resulting or arising in whole or in part, directly or indirectly from any actual or alleged sexual conduct or misconduct, sexual abuse or molestation, indecent assault and/or battery, rape, pedophilia, ephebophilia, or sexually-related physical, psychological, or emotional harm, or contacts, or interactions of a sexual nature between a child and an adult, or a nonconsenting adult and another adult, sexual assault, sexual battery, sexual psychological or emotional abuse, humiliation, or intimidation, or any other conduct constituting a sexual offense, incest, or use of a child in a sexual performance (as such terms are defined in the New York Penal Law), and seeking monetary damages or any other relief, under any theory of liability, including vicarious liability, any negligence-based theory, contribution, indemnity, or any other theory based on any acts or failures to act by the Diocese or any other person or entity for whose acts or failures to act the Diocese is or was allegedly responsible.

 For purposes of this Proof of Claim, a "Sexual Abuse Claimant" is defined as the person asserting a Sexual Abuse Claim against the Diocese. If the Sexual Abuse Claimant is a minor, a parent or legal guardian may complete this Sexual Abuse Proof of Claim on the minor's behalf.

### THIS PROOF OF CLAIM IS FOR SEXUAL ABUSE CLAIMS ONLY

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue P.O. Box 9023, Rockville Centre, NY 11571-9023.

**TO BE VALID, THIS SEXUAL ABUSE PROOF OF CLAIM MUST:**

(A)     Be written in English or in Spanish (or include a translation if responses are in a language other than English or Spanish);

(B)     Provide responses that are complete and accurate to the best of your knowledge;

(C)     Be signed by the creditor; the creditor's attorney or authorized agent; the debtor or its authorized agent; or a guarantor, surety, endorser, or other codebtor, except that if the Sexual Abuse Claimant is a minor, incapacitated or deceased, this Sexual Abuse Proof of Claim may be signed by the Sexual Abuse Claimant's parent, legal guardian, or executor, as applicable; and

(D)     Be actually received by Epiq Corporate Restructuring, LLC (the "Claims Agent"), the Debtor's claims and noticing agent, on or prior to **August 14, 2021 at 5:00 p.m. (prevailing Eastern Time)** (the "Sexual Abuse Bar Date"), either

      (i)      electronically using the interface available at www.dm.epiq11.com/drvc,

      (ii)     by mail to the Claims Agent at the following address: The Roman Catholic Diocese of Rockville Centre, New York Claims Processing Center c/o Epiq Corporate Restructuring, LLC P.O. Box 4421 Beaverton, OR 97076-4421, or

      (iii)    by overnight mail or hand-delivery to the Claims Agent at the following address: The Roman Catholic Diocese of Rockville Centre, New York Claims Processing Center c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

**PROOFS OF CLAIM SENT BY FACSIMILE, TELECOPY, OR E-MAIL WILL NOT BE ACCEPTED.**

**YOU MAY WISH TO CONSULT AN ATTORNEY REGARDING THIS MATTER.**

**FAILURE TO COMPLETE AND RETURN THIS FORM IN A TIMELY MANNER MAY RESULT IN YOUR INABILITY TO VOTE ON A PLAN OF REORGANIZATION AND INELIGIBILITY TO RECEIVE A DISTRIBUTION IN THE ABOVE-CAPTIONED CHAPTER 11 CASE.  THE SEXUAL ABUSE BAR DATE OF AUGUST 14, 2021 IS NOT SUBJECT TO FURTHER EXTENSION IF THE WINDOW CREATED BY THE CHILD VICTIMS ACT IS LENGTHENED BY THE STATE OF NEW YORK.**

**THIS PROOF OF CLAIM FORM IS NOT SUFFICIENT TO ASSERT A SEXUAL ABUSE CLAIM AGAINST ANY ENTITY OTHER THAN THE DEBTOR.**

**ANSWER THESE QUESTIONS TO THE BEST OF YOUR KNOWLEDGE AND ABILITY AT THE TIME YOU COMPLETE THIS FORM.  IF YOU CANNOT ANSWER A QUESTION, MOVE ON TO THE NEXT QUESTION.**

> **A PERSON WHO FILES A FRAUDULENT CLAIM COULD BE FINED UP TO $500,000, IMPRISONED FOR UP TO 5 YEARS, OR BOTH. 18 U.S.C. §§ 152, 157, AND 3571.**

## PART 1: CONFIDENTIALITY

Unless the Sexual Abuse Claimant indicates below that the Sexual Abuse Claimant wants this document to be part of the public record, the Sexual Abuse Claimant's identity will be kept strictly confidential, under seal, and outside the public record pursuant to an Order of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). However, this Sexual Abuse Proof of Claim may be provided, pursuant to confidentiality procedures approved by the Bankruptcy Court, to the Debtor, certain insurers of the Debtor, the Official Committee of Unsecured Creditors (the "Committee"), their respective counsel, the United States Trustee, and to such other persons as the Bankruptcy Court may authorize. In addition, Sexual Abuse Proofs of Claim may be required to be disclosed to governmental authorities under mandatory reporting laws in many jurisdictions. If any such disclosure is made to a governmental authority, Sexual Abuse Claimants will be notified at the time of the disclosure of their Sexual Abuse Proof of Claim.

**ONLY THE SEXUAL ABUSE CLAIMANT MAY WAIVE THE CONFIDENTIALITY OF THIS PROOF OF CLAIM.**

| Please select only **one** option below: | |
|---|---|
| ☐ I wish to keep my identity and this proof of claim CONFIDENTIAL. | ☐ I want my identity and this proof of claim (together with any exhibits and attachments) to be made PUBLICLY AVAILABLE AND PART OF THE PUBLIC RECORD. |
| **Signature:** | |
| **Print Name:** | |

**IF YOU DO NOT CHECK EITHER BOX, IF YOU CHECK BOTH BOXES, OR IF YOU DO NOT PROVIDE YOUR NAME AND SIGNATURE ABOVE, YOUR CLAIM WILL REMAIN CONFIDENTIAL.**

**PART 2: IDENTIFYING INFORMATION**

      **a.**    **Sexual Abuse Claimant**

_____
First Name             Middle Initial           Last Name          Suffix (if any)

_____
Mailing Address (If party is incapacitated, is a minor or is deceased, please provide the address of the legal representative submitting the claim. If you are in jail or prison, your current address).

_____
City            State/Prov.         Zip Code (Postal Code)        Country

Telephone No(s):

Home: _____ Work: _____ Cell: _____
If you are represented by counsel, you may provide your attorney's work phone number.

Email address: _____
If you are represented by counsel, you may provide your attorney's email address.

Social Security Number (last four digits only): _____

If you are in jail or prison, your identification number and location of incarceration:

_____

May the Debtor, the Committee, and their respective counsel of record in this chapter 11 case leave voicemails for you regarding your claim?

☐Yes ☐ No

May the Debtor, the Committee, and their respective counsel of record in this chapter 11 case send confidential information to your email address?

☐Yes ☐ No

Birth Date: _____
             Month   Day   Year

Any other name, or names, by which the Sexual Abuse Claimant has been known (including maiden name, if applicable):

_____

**b.    Sexual Abuse Claimant's Attorney (if any):**

_____
Law Firm Name

_____
Attorney's    First Name              Middle Initial              Last Name

_____
Street Address

_____
City                  State/Prov.          Zip Code (Postal Code)              Country

_____
Telephone No.                        Fax No.                        E-mail address

**c.    Amended Claim:**

Does this Sexual Abuse Proof of Claim amend a proof of claim previously filed in this bankruptcy case?

☐ Yes

☐ No

## PART 3:  BACKGROUND INFORMATION

a.  Please describe your marital history, including the date(s) you were married, and provide your current marital status.  You do not need to identify the name(s) of your spouse(s) unless you want to.

_____

_____

b.  What schools have you attended?  For each school, please identify the months and years of your attendance.

_____

_____

_____

_____

c.  Are you currently employed?  To the best of your recollection, please describe your recent employment history, including the name(s) of your current and past employers, the dates you were employed, the locations of your employment, and your job(s)/title(s).

_____

_____

_____

_____

_____

_____

_____

_____

_____

**PART 4: NATURE OF COMPLAINT**
**(Attach additional separate sheets if necessary)**

**NOTE: IF YOU HAVE PREVIOUSLY FILED A LAWSUIT AGAINST THE DIOCESE IN STATE OR FEDERAL COURT, PLEASE ATTACH THE COMPLAINT.**

a.  Who committed the acts of abuse or other wrongful conduct against you? Individuals identified in this section will be referred to as the "abuser" in questions below. If applicable, you may identify more than one abuser. Please provide the complete name(s) of each abuser to the best of your recollection. If you do not know the name(s) of each abuser, please identify them by title, position or other description.

_____

_____

_____

_____

_____

b.  How did you know the abuser? For example, was the abuser at your church, school or part of another group with which you were involved? Was the abuser a relative or family friend?

_____

_____

c.  If the abuser was affiliated with a church, parish, school, or Diocesan organization, please identify such church, parish, school, or organization.

_____

_____

d.  Where did the abuse or other wrongful conduct take place? Please be specific and complete all relevant information to the best of your recollection, including the names of locations and addresses, if known.

_____

_____

_____

_____

_____

e.      When did the abuse or other wrongful conduct take place?  Please be as specific as possible.  If you do not recall the exact date, provide as much information as possible, including the year and season (fall, winter, spring, or summer, or school year and grade).

_____

_____

_____

_____

1.      How old were you at the time the abuse or other wrongful conduct began?  Please be as specific as possible.  If you do not recall the exact date, provide as much information as possible, including the year and season (fall, winter, spring, or summer, or school year and grade).

_____

_____

_____

2.      How old were you at the time the abuse or other wrongful conduct ended?  Please be as specific as possible.  If you do not recall the exact date, provide as much information as possible, including the year and season (fall, winter, spring, or summer, or school year and grade).

_____

_____

_____

_____

_____

f.      What happened (describe the nature of the abuse or other wrongful conduct against you, including the circumstances, type(s) of abuse, and frequency of abuse)?

_____

_____

_____

_____

_____

_____

_____

_____

_____

g.      Did you tell anyone about the abuse or other wrongful conduct at the time and, if so, whom did you tell (this would include parents; relatives; friends; representatives of the Debtor; attorneys; counselors, therapists, doctors; and law enforcement authorities). You do not need to disclose any communications you may have had with an attorney.

_____

_____

_____

h.      If there were any witnesses to the abuse, please list their name(s).

_____

_____

_____

**PART 5: IMPACT OF COMPLAINT**
**(Attach additional separate sheets if necessary)**

    a.      What injuries and/or damages have you experienced because of the act or acts of abuse described above?  Please provide as much detail as possible.  For example, describe any physical injuries, as well as any effect on your education, employment, personal relationships, health, or faith?

                    _____

                    _____

                    _____

    b.      Have you sought counseling or other medical or mental health treatment for your injuries? If so, with whom and when?

                    _____

                    _____

                    _____

# PART 6: ADDITIONAL INFORMATION

a. <u>Prior Claims</u>: Have you, or has anyone on your behalf, ever asserted a claim against the Debtor, or against any entity or individual other than the Debtor (including, but not limited to, any parish, church, school, or other organization) relating to the sexual abuse described in this claim?  If you have, or if anyone on your behalf has, please state when and how the claim was asserted, against whom the claim was asserted, and the result.

_____

_____

_____

_____

_____

_____

b. <u>Bankruptcy</u>: Have you ever filed bankruptcy?

☐ Yes

☐ No

**Sign and print your name. If you are signing the claim on behalf of another person (including a minor, decedent or incapacitated person), state your relationship to the Sexual Abuse Claimant.**

**Under penalty of perjury, I declare the foregoing statements to be true and correct.**

Date: _____

Signature: _____

Print Name: _____

Relationship to Sexual Abuse Claimant: _____

## ANNEX 5

## Publication Notice

# Sexual Abuse and General Claims in The Roman Catholic Diocese of Rockville Centre, New York Bankruptcy

The Roman Catholic Diocese of Rockville Center, New York ("Diocese" or "Debtor") has filed bankruptcy in order to restructure its nonprofit organization. Please read this notice carefully as it may impact your rights against the Diocese and provides information about the case, *In re: The Roman Catholic Diocese of Rockville Centre, New York* (Bankr. S.D.N.Y.). This notice is a short summary.

### Who Should File a Sexual Abuse Claim?

**Anyone who was sexually abused, on or before October 1, 2020, and believes the Diocese may be responsible for the sexual abuse must file a claim.** This includes sexual abuse in connection with any entity or activity associated with the Diocese. Sexual Abuse Claims include, but are not limited to: sexual misconduct, touching, inappropriate contact, or sexual comments about a person or other behaviors that led to abuse, and regardless of whether you thought the behavior was sexual abuse or not.

### When Should I File a Sexual Abuse Claim?

## Regardless of how old you are today or when the sexual abuse occurred, you need to file your claim so that it is received by 5 p.m. (Eastern Time) on August 14, 2021.

**If you do not file a timely Sexual Abuse Claim, you may lose rights against the Diocese and against Diocese Related Entities, including any right to compensation**. If you have a sexual abuse claim against any such Diocesan parish, school or affiliated ministry, you may have a claim against the Diocese. Note that only the Diocese is in bankruptcy. If you have a claim against any Diocese Related Entity, you must take separate action to preserve your rights.

<u>**Your information will be kept private.**</u> For more detail, including lists of names of clergy that have been identified in connection with sexual abuse claims, go to https://dm.epiq11.com/drvc or call 1-888-490-0633.

The Sexual Abuse Bar Date of August 14, 2021 is not subject to further extension if the window created by the Child Victims Act is lengthened by the State of New York.

### When Should I File a General Bar Date Claim?

If you have a non-sexual abuse claim, you will need to file so that it is received by 5 p.m. (Eastern Time) on March 31, 2021.  More information for general claims is available at https://dm.epiq11.com/drvc.

### ACT NOW Before Time Runs Out:

You can download and file a claim at the website or call the toll-free number listed below for help on how to file a claim by mail.





File a Proof of Claim.

Have questions?
Call or visit the website
for more information.

If your claim is approved, you may
receive compensation
from the bankruptcy.

# ANNEX 6

## Confidentiality Agreement

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE ROMAN CATHOLIC DIOCESE OF | : | Case No. 20-12345 (SCC) |
| ROCKVILLE CENTRE, NEW YORK, | : | |
| | : | |
| Debtor. | : | |
| | : | |

## AUTHORIZED PARTY CONFIDENTIALITY AGREEMENT

This Confidentiality Agreement (this "Agreement") is entered into as of [●], 2021.

By [●] (the "Recipient"), an Authorized Party pursuant to paragraph 15(c) of the *Order Establishing Deadline for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof* (the "Bar Date Order")[1] [Docket No. ● ] entered by the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") in the above-captioned chapter 11 bankruptcy case (the "Chapter 11 Case") on [●], 2021.

WHEREAS, the Recipient will be granted access to Proof of Claim Forms filed by Sexual Abuse Claimants in the Chapter 11 Case after execution of this Agreement pursuant to and in accordance with the terms of the Bar Date Order;

WHEREAS, Recipient acknowledges that the Proof of Claim Forms filed by Sexual Abuse Claimants contain sensitive, non-public information, which is to remain confidential pursuant to the Bar Date Order and the terms of this Agreement; and

WHEREAS, with the exception of the parties identified in paragraph 15(d) of the Bar Date Order, access to the Proof of Claim Forms extends only to the natural person who executes this Agreement and a separate copy of this Agreement must be signed by each natural person who seeks access to the Sexual Abuse Proofs of Claim on behalf of an Authorized or Permitted Party.

NOW THEREFORE, IT IS AGREED AS FOLLOWS:

1. Recipient agrees that the Proofs of Claim and any Confidential Information (as such term is defined below) contained therein shall be kept confidential pursuant to and in accordance with the terms of the Bar Date Order and this Agreement;

2. For purposes of this Agreement, the term "Confidential Information" means each Proof of Claim itself, and any information contained in a Proof of Claim, except to the extent

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bar Date Order.

such information (i) was known to the Recipient prior to being disclosed in a Proof of Claim, (ii) is or becomes generally available to the public through no act or failure on the part of the Recipient, (iii) is obtained from a third party under no obligation to maintain its confidentiality; or (iv) is developed by the Recipient independently without reference to any Proof of Claim;

3. Recipient agrees to not to use or distribute any Proof of Claim Forms or Confidential Information in violation of this Agreement;

4. Recipient may use Proofs of Claim, and any Confidential Information contained therein, only in connection with the evaluation, prosecution or defense of the claims asserted in such Proofs of Claim in the Debtor's Chapter 11 Case, any related adversary proceedings or contested matters in the Chapter 11 Case, any related insurance or reinsurance coverage demands, claims, disputes, or litigation, and settlement negotiations or mediations regarding all of the foregoing, and as otherwise required by applicable federal or state laws or regulations (each, a "<u>Permitted Use</u>");

5. Recipient shall not disclose any Confidential Information to any other person or entity except that Recipient may disclose Confidential Information (i) to any person or entity that is an Authorized Party who may receive such information pursuant to the Bar Date Order and has executed a copy of this Agreement, (ii) to the Bankruptcy Court or any other tribunal of competent jurisdiction so long as such disclosure is made pursuant to a Permitted Use and under seal, or (iii) pursuant to an order of the Bankruptcy Court following notice and a hearing;

6. Recipient consents to the exclusive jurisdiction of the Bankruptcy Court to adjudicate any disputes with respect to any terms, condition or alleged violations of this Agreement or the Bar Date Order;

7. Recipient shall promptly report any disclosure of Confidential Information in violation or breach of this Agreement to the Debtor and the Creditors' Committee and the Sexual Abuse Claimant and shall cooperate with efforts to recover and secure any such Confidential Information and/or to mitigate the effects of any such disclosure;

8. Nothing in this Agreement precludes Recipient from petitioning the Bankruptcy Court in the Chapter 11 Case seeking a modification of the Bar Date Order or the terms of this Agreement with respect to any proposed disclosure of Confidential Information contained in the Sexual Abuse Proof of Claim Forms; <u>provided</u>, <u>however</u>, that Recipient shall not disclose any Confidential Information in connection with any such petition unless such disclosure is restricted to the Bankruptcy Court and any other necessary parties and made under seal; and

9.  This Agreement shall become effective as of the date it is delivered to counsel for the Debtor and counsel for the Committee.


Dated: _____, 2021          By: _____
                                          Signature

                                          _____
                                          Print Name

# <u>ANNEX 7</u>

## List of Accused Clergy

**The Roman Catholic Diocese of Rockville Centre, New York**

**List of Accused Clergy**

<u>This list is not exhaustive</u>.  The fact that this list may not include the name of the Accused Clergy who sexually abused you does not mean that you should not file a Sexual Abuse Proof of Claim Form. This is a list of all priests and deacons that (x) the Debtor knows have been the subject of an adverse determination by the Diocesan Review Board of the Debtor that an allegation of clergy abuse against such priest or deacon was credible or (y) against whom an allegation of clergy abuse was made through the Debtor's Independent Reconciliation and Compensation Program ("<u>IRCP</u>") and the Debtor made a payment in settlement of such allegation through the IRCP.  In addition, the list does not include non-clergy.  Please refer to the Official Committee of Unsecured Creditors' website located at [website] for lists prepared by the Committee of additional individuals against whom sexual abuse lawsuits have been filed and clergy associated with the Debtor included on lists of credibly accused by religious orders and other dioceses.  The Debtor does not maintain and takes no responsibility for any list of additional individuals prepared by the Committee.

|  | **Individual** | **Location of Assignment** | **Time of Assignment (if known)** | **Other Locations Where Abuse Has Been Alleged** |
|---|---|---|---|---|
| **1.** | ALLEN, PETER | | | |
| **2.** | ALLMENDINGER, ROBERT J. | | | |
| **3.** | ANDERSON, ARTHUR C. | | | |
| **4.** | ANGELES, LOUIS F. | | | |
| **5.** | ANTONUCCI OSF, ANTONIO | | | |
| **6.** | BABIS, DANIEL | | | |
| **7.** | BERGIN, JAMES J. | | | |
| **8.** | BERMINGHAM, CHARLES | | | |
| **9.** | BOGERT, JAMES K. | | | |
| **10.** | BRESLAWSKI, WILLIAM | | | |
| **11.** | BROWN, ROBERT L. | | | |
| **12.** | BURKE, WILLIAM  M. | | | |
| **13.** | BUTLER, JOHN R. | | | |
| **14.** | BYRNE, EDWARD J. | | | |
| **15.** | CARROLL, MICHAEL A. | | | |
| **16.** | CASACLANG, JOSEPH D. | | | |
| **17.** | CHARLAND, PETER D. | | | |
| **18.** | CHASSE, JERRY | | | |
| **19.** | COLGAN, THOMAS J. | | | |
| **20.** | COLLINS, CHARLES | | | |
| **21.** | COLLINS, EDWIN J. | | | |
| **22.** | COSTA, MARIO | | | |
| **23.** | DAILEY, WILLIAM G. | | | |
| **24.** | D'ANDREA, EDWARD | | | |

| | | | | |
|---|---|---|---|---|
| **25.** | DAVID, RAYMOND | | | |
| **26.** | DEVITA, JAMES C. | | | |
| **27.** | DELLA ROSA, ELIGIO | | | |
| **28.** | DE NERI RSM (SISTER) | | | |
| **29.** | DEVADOSS, DOMINIC | | | |
| **30.** | DITTA, ANGELO J. | | | |
| **31.** | DITTRICH SJ, ANDREW | | | |
| **32.** | DOBSON, FRANCIS | | | |
| **33.** | DUVELSDORF, PETER | | | |
| **34.** | FARLEY, DAVID | | | |
| **35.** | FERNANDO, AUGUSTINE | | | |
| **36.** | FIGLIOLA, NICHOLAS J. | | | |
| **37.** | FITZGERALD, MATTHEW J. | | | |
| **38.** | FITZPATRICK S.J., JOSEPH F. | | | |
| **39.** | GAETA, FRANCIS X. | | | |
| **40.** | GIUNTINI, ROBERT J. | | | |
| **41.** | GORMLEY CM, WILLIAM | | | |
| **42.** | GRIFFIN OSF, AUGUSTIN | | | |
| **43.** | HANDS, MICHAEL | | | |
| **44.** | HASSELBACH, KENNETH C. | | | |
| **45.** | HEIN, GEORGE J. | | | |
| **46.** | HUNEKE, ROBERT D. | | | |
| **47.** | KARVELIS, WILLIAM R. | | | |
| **48.** | KELLY SJ, PATRICK | | | |
| **49.** | LAINESCA, JOSEPH | | | |
| **50.** | LEARNER, FREDERICK R. | | | |
| **51.** | LOGAN, WILLIAM R. | | | |
| **52.** | LUKA, CFM, RONALD | | | |
| **53.** | MAGEE OSF, FINIAN | | | |
| **54.** | MAHONEY OFM CAP, JOHN | | | |
| **55.** | MCCABE, JOHN H. | | | |
| **56.** | MCCOMISKEY, JOSEPH C. | | | |
| **57.** | MCGEEVER, JOHN J. | | | |
| **58.** | MCKEON, BRIAN A. | | | |
| **59.** | MICHELL, GEORGE J. | | | |
| **60.** | MILLAR, ANDREW L. | | | |
| **61.** | MILLER, JAMES C. | | | |
| **62.** | MIRAGLIA, SALVATORE J. | | | |
| **63.** | MORRIN OMI, THOMAS | | | |
| **64.** | MOTT, JOHN D. | | | |
| **65.** | MUNDY, JOSEPH T. | | | |
| **66.** | MURPHY, HOWARD | | | |
| **67.** | MURPHY, THOMAS F. | | | |
| **68.** | MURRAY C.SS.R., JOHN G. | | | |
| **69.** | NEE, KENNETH | | | |

| | | | | |
|---|---|---|---|---|
| **70.** | NEWMAN, LOUIS I. | | | |
| **71.** | O'CONNELL, ROBERT J. | | | |
| **72.** | O'LEARY, MICHAEL | | | |
| **73.** | O'NOLAN O'CARM, JOSEPH | | | |
| **74.** | PAUL, HAROLD | | | |
| **75.** | PFUNDSTEIN, ADAM JOSEPH | | | |
| **76.** | PLIMNER, WALTER | | | |
| **77.** | RAFFERTY, HUGH | | | |
| **78.** | REEL, HENRY J. | | | |
| **79.** | REMEY, WILLIAM J. | | | |
| **80.** | RIBAUDO, CHARLES A. | | | |
| **81.** | ROBINSON, ERNEST E. | | | |
| **82.** | ROWLES OSF, FRANCIS | | | |
| **83.** | RYAN, BERNARD J. | | | |
| **84.** | SACCACIO, ROBERT J. | | | |
| **85.** | SCALA, SEVERINO | | | |
| **86.** | SCHAEFER, RICHARD | | | |
| **87.** | SEMLA, THADDEUS J. | | | |
| **88.** | SHANE, DONALD R. | | | |
| **89.** | SHEEHAN, AUGUSTINE | | | |
| **90.** | SHERIDAN, DANIEL P. | | | |
| **91.** | SINGLETON, WILLIAM V. | | | |
| **92.** | SMITH, JAMES | | | |
| **93.** | SOAVE, ALFRED   B. | | | |
| **94.** | STEGMANN, RAYMOND V. | | | |
| **95.** | SWIETEK, WALTER LADISLAUS | | | |
| **96.** | TRAPANI, ANTHONY M. | | | |
| **97.** | TWOMEY, GERALD S. | | | |
| **98.** | TZIAKALOS, THEODORE | | | |
| **99.** | UNTERSTEIN, NICHOLAS | | | |
| **100.** | VITSAS, JOHN | | | |
| **101.** | VOLLMER, EUGENE C. | | | |

# **ANNEX 8**

## **Publication Plan**

<u>**Publication Plan Summary**</u>:

| NOTICE PROGRAM COMPONENT | MEDIA |
|---|---|
| *Television (NY)* | • Heavy TV in Long Island media market<br>• New Evangelization Television (NET) |
| *Ethnic Radio (NY)* | • Hispanic/Creole |
| *Magazines (NY)* | • 4 consumer magazines |
| *Newspapers* | • 1 National Newspaper<br>• NY Newspapers<br>    • Top 5 newspapers in Nassau & Suffolk counties<br>    • 4 Catholic newspapers<br>    • 6 Ethnic newspapers (Spanish/Caribbean)<br>• Top newspaper in FL, NC, PA, & NJ |
| *Online* | • 3 million national gross impressions<br>• 28 million NY gross impressions<br>• Catholic Audience Network<br>• Targeted Online<br>• Keyword Search Ads |
| *Social Media* | • Facebook, Twitter & LinkedIn |
| *Earned Media* | • National Press Release |
| *Community Outreach* | • Sexual Abuse Support Groups |

## I.    Media Components

1.    The core of the Publication Notice Plan is paid media, which includes television, radio, print, and online. An earned media program and community outreach will amplify the paid media notice and provide additional coverage to allow potential claimants to learn more.

### A.  Local Television

2.    Notice in the form of 30-second local television spots will be aired throughout the day on local stations covering Long Island. Television spots will run for four to five weeks.

3. Delivery estimates are based on purchasing 187 Adults 50+ Target Rating Points ("TRPs").[1] Television will be bought against the older segment of the target audience since they are the heaviest consumers of this medium. If these recommendations are implemented, television advertising will reach 75% of Adults 50+, 59% of Adults 35+, and 47% of Adults 18+ in the media market covering Long Island.[2]

4. Broadcast channels will include all or some of the following, depending upon availability at the time media is purchased:

| PROGRAMMING | CHANNELS |
|---|---|
| **Broadcast Network** |   |
| **Religious** |  |

**B. Ethnic Local Radio**

5. Notice in the form of 30-second local radio spots in Spanish and Creole will run for three to four weeks.

6. Hispanic radio will be used to reach potential claimants who speak Spanish. 50 spots will be purchased on WXNY-FM, WSKQ-FM, and WQBU-FM.

7. Radio will also be used to reach potential claimants who speak Creole. Two

---

[1] Target Rating Points represent the sum of the ratings delivered by a media vehicle in a schedule. A rating is the percentage of persons in the target who have been exposed to the media vehicles in the schedule. One TRP equals 1% of a given target population.

[2] Inventory is subject to change at the time of actual placement based on availability and market conditions. Should television delivery fall short due to inventory issues, budget should be re-allocated to radio/Internet in order to make-up delivery.

million gross impressions will be purchased on the local streaming radio station, NYK-FM, in New York that offers programming in Creole.

C.  **Magazines**

8.  The Sexual Abuse Publication Notice will appear in the following consumer publications:

| PUBLICATION | AD SIZE | NEW YORK CIRCULATION | SUMMARY |
|---|---|---|---|
| Better Homes & Gardens | 7.375" x 10" | 283,000 | Published monthly and is the largest-circulating home service magazine in the U.S., featuring a wide-range of home and family subjects. |
| Good Housekeeping | 7.25" x 10" | 154,000 | Published 10x a year providing food, nutrition, fashion , beauty, relationships, home decorating and home care, health and child care, and consumer and social issues. |
| The New York Times | 7.65" x 10" | 877,463 | Published daily and provides comprehensive coverage of the news, from arts and entertainment to sports and science, and from business and technology to dining and home design. |
| Parade | 8" x 9.125" | 948,920 | Sunday newspaper magazine carried in over 750 newspapers (includes 31 newspapers in New York). Carrier newspapers serve major urban and suburban markets in the U.S. |
| People | 7.125" x 10" | 119,700 | Bi-weekly publication covering personalities in entertainment, politics, business, and other current events. |
| Sports Illustrated | 7" x 10" | 19,000 | Published 15 times a year and reports about sports through in-depth articles, photography, and stories. |

### D. Newspapers

9. The Sexual Abuse Publication Notice will also appear in the top community newspapers in Nassau and Suffolk counties.

| NEWSPAPER | CIRCULATION | AD SIZE |
|---|---|---|
| *Gateway Newspapers* | 12,000 | 4 column x 10.5" |
| *Floral Park Bulletin* | 8,500 | 4 column x 10.5" |
| *Franklin Square Bulletin* | 8,500 | 4 column x 10.5" |
| *Port Washington News* | 8,256 | 4 column x 10.5" |
| *Garden City News* | 8,000 | 4 column x 10.5" |
| *Smithtown News* | 11,600 | 4 column x 10.5" |
| *Northport Observer* | 10,600 | 4 column x 10.5" |
| *Village Times Herald* | 9,731 | 4 column x 10.5" |
| *Suffolk Times\** | 9,689 | 4 column x 10.5" |
| *Long Islander* | 9,000 | 4 column x 10.5" |

10. The Sexual Abuse Publication Notice will also appear in ethnic newspapers in Nassau and Suffolk counties.

| NEWSPAPER | LANGUAGE | CIRCULATION | AD SIZE |
|---|---|---|---|
| *Noticia* | Spanish | 10,000 | 8.75" x 10.5" |
| *La Tribuna* | Spanish | 25,000 | 10" x 5.27" |
| *Bilingual News* | Spanish | 75,000 | 8.75" x 10.5" |
| *Everybody's Magazine* | English | 29,000 | 7" x 10" |
| *Weekly Star* | English | 15,000 | 8" x 10.5" |
| *Caribbean Life* | English | 46,608 | 8.75" x 5.6875" |

11. The Sexual Abuse Publication Notice will also appear in four Catholic newspapers.

| NEWSPAPER | CIRCULATION | AD SIZE |
|---|---|---|
| *The National Catholic Register* | 41,000 | 4 column x 10.5" |
| *The National Catholic Reporter* | 100,000 | 4 column x 10.5" |
| *Long Island Catholic* | 10,000 | 4 column x 10.5" |
| *Fe Fuerza Vida (Spanish)* | 88,000 | 4 column x 10.5" |

12. The Sexual Abuse Publication Notice will also appear in top newspapers in Florida, North Carolina, Pennsylvania, and New Jersey.

| NEWSPAPER | CIRCULATION | AD SIZE |
|---|---|---|

| | | |
|---|---|---|
| *Palm Beach Post (FL)* | 50,222 | 4 column x 10.5" |
| *Charlotte Observer (NC)* | 65,827 | 4 column x 10.5" |
| *Philadelphia Inquirer (PA)* | 97,981 | 4 column x 10.5" |
| *Star Ledger (NJ)* | 109,517 | 4 column x 10.5" |

**E. Online**

13. The proposed media program includes three million gross impression delivered nationally which represents a minimum buy. These impressions will be targeted to reach Adults 18+ across various websites.

14. Banner ads will appear on the following online networks[3] over four to six weeks. Each network listed below partners with thousands of websites to distribute online ads across their network. Ads will deliver 28 million gross impressions in New York in the following networks:

| NETWORK | SUMMARY |
|---|---|
| CONVERSANT | Online advertising company and comScore Top 20 Ad Network. |
| verizon media | A global digital media platform that connects advertisers and audiences across all media channels. |
| Google | Provides banner and/or video ad placement on a variety of websites, blogs, and other niche sites in Google's network. |
| facebook | A free, global social networking website that helps people communicate with friends, family, and coworkers. |

15. Banner ads will be delivered across devices (desktop, mobile, and tablet). English and Spanish will be delivered on Facebook.

---

[3] Delivery of Internet impressions to specific sites are subject to availability at the time the media is purchased.

16.     Online impressions will be delivered using the following targeting strategies:

a)      <u>Geo-Targeting</u>: Ads targeted to people visiting areas around Catholic churches with a focus on Long Island.

b)      <u>Behavioral Targeting</u>: Ads targeted to people based on their previous online habits (*i.e.*, if they viewed or searched content related to Roman Catholic Diocese of Rockville Centre, bible studies, Catholicism, Catholic church sexual abuse, sexual abuse, or other related items).

c)      <u>Channel/Contextual Targeting</u>: Ads targeted to websites with editorial content that may include Roman Catholic Diocese of Rockville Centre or Catholic church content. Ads would also be targeted to websites that have religious lifestyles, sports, or business/finance/news content.

d)      <u>Re-targeting</u>: Ads targeted to users who previously clicked on an ad about the bankruptcy or previously visited the chapter 11 case website.

e)      <u>Third Party Data</u>: Ads targeted to people based on standard third-party data sources that identify website users as having Catholic beliefs.

17.     A third-party ad management platform, such as Integral Ad Science, will be used to audit the digital ad placements. This type of platform will help reduce the investment wasted on fraudulent or otherwise invalid traffic (*e.g.*, ads being seen by 'bots' or non-humans, ads not viewable, etc.) and ensure brand safety through the use of whitelisting.[4]

18.     Banner ads will be delivered via the Catholic Audience Network, a premium ad network consisting of over 500 family-friendly Catholic-oriented sites. This network serves ads to members of Catholic and Christian communities.

**F.      Social Media to Potential Claimants**

19.     Ads will be delivered on three social media networks. Ads will be focused on New York with some coverage nationally and in the top move to states (Florida, Pennsylvania,

---

[4] Whitelisting places the ad on selected website domains that are vetted for audience delivery and performance.

North Carolina, and New Jersey).  Text, image, and video ads will be purchased on social media networks as follows:

| NETWORK | DETAILS |
|---|---|
| facebook / Instagram | Newsfeed ads targeted to: (1) users who have an interest in the Catholic Church; Catholicism; Catholic School; Catholic and Proud; Catholic Bible; Catholic Church in the United States; Catholic News Agency; Roman Catholic Devotions; Catholic Relief Services; and (2) the list of affected churches, ministry centers, and schools. |
| twitter | Ads targeted to: (1) DRVC-related handles and (2) the list of affected churches, ministry centers, schools, etc. |

20.    To help search engine users locate the Debtor's chapter 11 case website, sponsored links will appear on Google, Bing, and other search partners when searchers enter certain terms (*e.g.*, "Long Island Catholic Church bankruptcy" and "Diocese of Rockville lawsuit").  When a user searches online for one of the specified search terms or phrases, an advertisement will appear on the results page that will point users to the chapter 11 case website.

**G.    Social Media to Third Parties**

21.    Ads will be delivered on two social media networks to reach professionals who may have contact with potential claimants, including therapists/clinicians, social service agencies/social workers, law enforcement/prison officials, and veterans' health administrators.

| NETWORK | DETAILS |
|---|---|
| facebook / Instagram | Newsfeed ads targeted to people with job titles in these categories: (1) Therapist/Clinician, (2) Police Departments/Police and Law Enforcement, (3) Social Service Agencies, and (4) Veterans Health Administration. |
| LinkedIn | Ads targeted to people with job titles or that belong to groups in the following categories: (1) Therapist/Clinician, (2) Police Departments/Police and Law Enforcement, and (3) Veterans' Affairs. |

**II**.     **Earned Media**

22.     A nationwide press release will be distributed on PR Newswire's US1 news circuit.     A current list of media outlets and websites is available at https://prnewswire.mediaroom.com/index.php.

**III**.     **Market Availability; Sample Advertising**

23.     All publication pursuant to this **<u>Annex 8</u>** is subject to market availability.  To the extent certain aspects of the publication plan cannot be completed because of availability issues or other technical limitations, the Debtor and the Committee will work cooperatively to identify a substitute for such aspects of the publication plan.

24.     In advance of placement of the media program, the Debtor will provide to the Committee sample advertising for review including, without limitation, scripts and storyboards for Television, on-line and other media ads and pre-logs for television placement.    The Committee will make its publication notice expert, Dr. Shannon Wheatman, reasonably available to assist the Debtor in the execution of this publication plan.