JONES DAY
Corinne Ball
Todd Geremia
Benjamin Rosenblum
Andrew Butler
250 Vesey Street
New York, New York  10281
Telephone:     (212) 326-3939
Facsimile:     (212) 755-7306

*Counsel for the Debtor*
*and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,[1] | : | Case No. 20-12345 (SCC) |
| | : | |
| Debtor. | : | |

**ORDER GRANTING APPLICATIONS FOR ALLOWANCE**
**OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the Applications for Allowance of Interim Compensation and Reimbursement of Expenses (the "Applications") for professional services rendered and expenses incurred during the period commencing October 1, 2020 through January 31, 2021; and a hearing having been held before this Court to consider the Applications on April 15, 2021; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby:

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue P.O. Box 9023, Rockville Centre, NY 11571-9023.

ORDERED that the Applications are granted to the extent set forth in the attached schedule.

Dated:  April 16, 2021  /S/ Shelley C. Chapman
        New York, New York  THE HONORABLE SHELLEY C. CHAPMAN
                                              UNITED STATES BANKRUPTCY JUDGE

In re The Roman Catholic Diocese of Rockville Centre, New York (Bankr. S.D.N.Y. No. 20-12345)

**FIRST INTERIM FEE PERIOD**
October 1, 2020 – January 31, 2021

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Jones Day | March 17, 2021 Docket No. 404 | $3,358,160.25 | $3,358,160.25 | $335,816.03 | N/A | $335,816.03 | $31,147.56 | N/A |
| Alvarez & Marsal North America LLC | March 17, 2021 Docket No. 405 | $1,746,207.50 | $1,723,495.00 | $154,179.50 | N/A | $154,179.50 | $3,496.76 | N/A |
| Reed Smith LLP | March 17, 2021 Docket No. 410 | $602,874.00 | $596,511.00 | $54,560.70 | N/A | $54,560.70 | $2,852.26 | N/A |
| Nixon Peabody LLP | March 17, 2021 Docket No. 403 | $906,361.00 | $897,861.00 | $82,986.10 | N/A | $82,986.10 | $1,933.09 | N/A |
| Sitrick and Company, Inc. | March 17, 2021 Docket No. 413 | $108,854.00 | $108,854.00 | $10,885.40 | N/A | $10,885.40 | $2,033.72 | N/A |
| Pachulski Stang Ziehl & Jones LLP | March 17, 2021 Docket No. 406 | $987,643.50 | $978,077.35 | $731,365.22 | N/A | $731,365.22 | $5,893.19 | $5,893.19 |
| Berkeley Research Group, LLC | March 17, 2021 Docket No. 412 | $36,026.00 | $36,026.00 | $32,423.40 | N/A | $32,423.40 | $25.32 | $25.32 |
| Burns Bowen Bair LLP | March 17, 2021 Docket No. 411 | $175,221.50 | $173,471.50 | $15,947.15 | N/A | $15,947.15 | $265.49 | N/A |
| Kinsella Media, LLC | March 17, 2021 Docket No. 409 | $36,865.00 | $36,515.00 | $7,023.00 | N/A | $7,023.00 | N/A | N/A |
| Jon R. Conte, Ph.D. | March 17, 2021 Docket No. 408 | $9,343.75 | $9,343.75 | $9,343.75 | N/A | $9,343.75 | N/A | N/A |

DATE ON WHICH ORDER WAS SIGNED: 4/16/21          INITIALS: <u>SCC</u> USBJ