JONES DAY
Corinne Ball
Todd Geremia
Benjamin Rosenblum
Andrew Butler
250 Vesey Street
New York, New York  10281
Telephone:     (212) 326-3939
Facsimile:     (212) 755-7306

*Counsel for Debtor*
*and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,[1] | Case No. 20-12345 (SCC) |
| Debtor. | |

**NOTICE OF STATUS CONFERENCE**

**PLEASE TAKE NOTICE** that the Court will hold a status conference before the Honorable Shelley C. Chapman, United States Bankruptcy Judge for the Southern District of New York, in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, New York, New York 10004, on **Tuesday, June 8, 2021 at 10:00 a.m. (Prevailing Eastern Time)** (the "Status Conference"), or as soon thereafter as counsel may be heard.  The Status Conference shall be held telephonically via Court Solutions LLC.  Instructions to register for Court Solutions LLC are attached to General Order M-543.

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue P.O. Box 9023, Rockville Centre, NY 11571-9023.

**PLEASE TAKE FURTHER NOTICE** that the Status Conference may be adjourned from time to time without further written notice.

| | |
|---|---|
| Dated:  June 7, 2021<br>New York, New York | Respectfully submitted,<br><br>*/s/ Corinne Ball*<br>Corinne Ball<br>Todd Geremia<br>Benjamin Rosenblum<br>Andrew Butler<br>JONES DAY<br>250 Vesey Street<br>New York, NY 10281-1047<br>Telephone:  (212) 326-3939<br>Facsimile:  (212) 755-7306<br>Email:  cball@jonesday.com<br>           trgeremia@jonesday.com<br>           brosenblum@jonesday.com<br>           abutler@jonesday.com<br><br>*Counsel for Debtor*<br>*and Debtor-in-Possession* |