JONES DAY
Corinne Ball
Todd Geremia
Benjamin Rosenblum
Andrew Butler
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

*Counsel for Debtor
and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,[1] | Case No. 20-12345 (SCC) |
| Debtor. | |

**NOTICE OF STATUS CONFERENCES**

**PLEASE TAKE NOTICE** that the Court will hold a status conference for the Debtor, the Official Committee of Unsecured Creditors (the "Committee"), and the parishes to provide a joint report on the progress of the parties' discussions with respect to the *Motion of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to Bankruptcy Rule 2004 Directing Debtor to Produce Parish Information* [Docket No. 540] before the Honorable Shelley C. Chapman, United States Bankruptcy Judge for the Southern District of New York, in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, New York, New York 10004, on

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue P.O. Box 9023, Rockville Centre, NY 11571-9023.

**Wednesday, July 14, 2021 at 1:30 p.m. (Prevailing Eastern Time)** (the "Rule 2004 Status Conference"), or as soon thereafter as counsel may be heard. The Rule 2004 Status Conference shall be held telephonically via Court Solutions LLC. Instructions to register for Court Solutions LLC are attached to General Order M-543.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a status conference for the Debtor and the Official Committee of Unsecured Creditors to provide a joint report on the progress of discovery before the Honorable Shelley C. Chapman, United States Bankruptcy Judge for the Southern District of New York, in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, New York, New York 10004, on **Wednesday, July 21, 2021 at 11:00 a.m. (Prevailing Eastern Time)** (the "Discovery Status Conference"), or as soon thereafter as counsel may be heard. The Discovery Status Conference shall be held telephonically via Court Solutions LLC. Instructions to register for Court Solutions LLC are attached to General Order M-543.

**PLEASE TAKE FURTHER NOTICE** that the Rule 2004 Status Conference and the Discovery Status Conference may be adjourned from time to time without further written notice.

[*Remainder of Page Intentionally Blank*]

Dated: July 7, 2021  
       New York, New York

Respectfully submitted,

*/s/ Corinne Ball*
Corinne Ball
Todd Geremia
Benjamin Rosenblum
Andrew Butler
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Email: cball@jonesday.com
      trgeremia@jonesday.com
      brosenblum@jonesday.com
      abutler@jonesday.com

*Counsel for Debtor*
*and Debtor-in-Possession*