**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re:                                              )
                                                    )    Chapter 11
THE ROMAN CATHOLIC DIOCESE OF    )
ROCKVILLE CENTRE, NEW YORK,[1]    )    Case No. 20-12345 (SCC)
                                                    )
                                                    )
         Debtor.                              )    **Ref. Docket Nos. 687 & 688**
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT    )
                                              )  ss.:
COUNTY OF MIDDLESEX    )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with its principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 19, 2021, I caused to be served the following:

   a. "Order Further Extending the Period Within which the Debtor May Remove Actions Pursuant to 28 U.S.C. § 1452 and Rule 9027 of the Federal Rules of Bankruptcy Procedure," dated August 18, 2021 [Docket No. 687], (the "Removal Extension Order"), and

   b. "Order Further Extending the Period Within which the Debtor Must Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Section 365(d)(4) of the Bankruptcy Code," dated August 18, 2021 [Docket No. 688], (the "Rejection Extension Order"),

   by causing true and correct copies of the:

   i. Removal Extension Order and Rejection Extension Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

---

[1] The Debtor in this chapter 11 case is the Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue P.O. Box 9023, Rockville Centre, NY 11571-9023.

    ii.    Rejection Extension Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>, and

    iii.    Removal Extension Order and Rejection Extension Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                                  */s/ Anghard Bowdler*
                                                                                                    Angharad Bowdler

Sworn to before me this
23rd day of August, 2021
*/s/ Amy E. Lewis*

Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

# EXHIBIT A

20-12345-mg    Doc 705    Filed 08/24/21    Entered 08/24/21 20:25:13    Main Document
Pg 3 of 10

ROMAN CATHOLIC DIOCESE OF ROCKVILLE, NY
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| DELL & DEAN PLLC | ATTN JOSEPH G DELL 1225 FRANKLIN AVE, STE 450 GARDEN CITY NY 11530 |
| INTERNAL REVENUE SERVICE | (CENTRALIZED INSOLVENCY OPERATION) PO BOX 7346 PHILADELPHIA PA 19101-7346 |

**Total Creditor count  2**

**EXHIBIT B**

## Service List

| Claim Name | Address Information |
|---|---|
| CHURCH OF ST. PHILIP NERI | 344 MAIN ST. NORTHPORT NY 11768 |
| DIOCESAN SERVICE, INC. | 253 SUNRISE HIGHWAY ROCKVILLE CENTRE NY 11570 |
| DIOCESAN SERVICES INC. | 50 NORTH PARK AVENUE ROCKVILLE CENTRE NY 11571 |
| DOMINICAN VILLAGE | 565 ALBANY AVE. AMITYVILLE NY 11701 |
| OUR LADY OF LOURDES | C/O CULLEN AND DYKMAN LLP 100 QUENTIN ROOSEVELT BLVD GARDEN CITY NY 11530 |
| OUR LADY OF LOURDES | 855 CARMANS ROAD MASSAPEQUA PARK NY 11762 |
| ST. AGNES' ROMAN CATHOLIC CHURCH AT | ROCKVILLE CENTRE IN THE COUNTY OF NASSAU IN THE STATE OF NEW YORK ATTN: RECTOR, 29 QUEALY PLACE ROCKVILLE CENTRE NY 11570 |
| ST. AIDAN CHURCH | 505 WILLIS AVENUE WILLISTON PARK NY 11596 |
| ST. AIDAN RCC | 505 WILLIS AVENUE WILLISTON PARK NY 11596 |
| ST. JOHN THE EVANGELIST RCC | 546 ST. JOHN PLACE RIVERHEAD NY 11901 |

**Total Creditor count  10**

**EXHIBIT C**

| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK | |
| --- | --- |
| Case No. 20-12345 (SCC) | |
| Master Service List | |
| NAME | EMAIL |
| OFFICE OF THE NY STATE ATTORNEY GENERAL, LETITIA JAMES, ELENA GONZLEZ, ELIZABETH M. LYNCH | ELENA.GONZALEZ@AG.NY.GOV; ELIZABETHM.LYNCH@AG.NY.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK, ATTN: GREG ZIPES & SHARA CORNELL | GREG.ZIPES@USDOJ.GOV |
| UNITED STATES ATTORNEYS OFFICE FOR THE SOUTHERN DISTRICT OF NEW YORK | PETER.ARONOFF@USDOJ.GOV |
| JONES DAY (COUNSEL TO THE DEBTOR), ATTN: CORINE BALL, TODD GEREMIA, BENJAMIN ROSENBLUM, ERIC P. STEPHENS, ANDREW M. BUTLER, BENJAMIN THOMSON, CHRISTOPHER DIPOMPEO | CBALL@JONESDAY.COM; TRGEREMIA@JONESDAY.COM; BROSENBLUM@JONESDAY.COM; EPSTEPHENS@JONESDAY.COM; ABUTLER@JONESDAY.COM; BTHOMSON@JONESDAY.COM; CDIPOMPEO@JONESDAY.COM |
| JEFF ANDERSON & ASSOCIATES, P.A., ATTN: JEFFREY R. ANDERSON | JEFF@ANDERSONADVOCATES.COM; pstoneking@andersonadvocates.com; trusha@andersonadvocates.com |
| PFAU COCHRAN VERTETIS AMALA PLLC, ATTN: MICHAEL T. PFAU | MICHAEL@PCVALAW.COM |
| PFAU COCHRAN VERTETIS AMALA PLLC, ATTN: MICHAEL T. PFAU | MICHAEL@PCVALAW.COM |
| MARSH LAW FIRM PLLC, ATTN: JAMES A. MARSH | JAMESMARSH@MARSH.LAW |
| SIMMONS HANLY CONROY LLC, ATTN: PAUL J. HANLY, JR. | PHANLY@SIMMONSFIRM.COM |
| CERTAIN & ZILBERG, ATTN: GARY CERTAIN | GCERTAIN@CERTAINLAW.COM |
| SLATER SLATER SCHULMAN LLP, ATTN: ADAM SLATER | ASLATER@SSSFIRM.COM |
| HERMAN LAW, ATTN: JEFF HERMAN | JHERMAN@HERMANLAW.COM |
| MICHAEL G. DOWD, ATTN: MICHAEL G. DOWD | MICHAELGDOWD@GMAIL.COM |
| SWEENEY, REICH & BOLZ, LLP, ATTN: GERARD J. SWEENEY | GSWEENEY@SRBLAWFIRM.COM |
| LAW OFFICES OF MITCHELL GARABEDIAN, ATTN: MITCHELL GARABEDIAN | MGARABEDIAN@GARABEDIANLAW.COM |
| MERSON LAW PLLC, ATTN: JORDAN K. MERSON | JMERSON@MERSONLAW.COM |
| JAMES, VERNON & WEEKS, P.A., ATTN: LEANDER L. JAMES IV | LJAMES@JVWLAW.NET |
| PATRICK NOAKER, NOAKER LAW FIRM, LLC, ATTN: PATRICK NOAKER | PATRICK@NOAKERLAW.COM |
| TOLMAGE, PESKIN, HARRIS, & FALICK, ATTN: STEPHAN H. PESKIN | PESKIN@TOLMAGEPESKINLAW.COM |
| PHILLIPS & PAOLICELLI, LLP, ATTN: DIANE PAOLICELLI | DPAOLICELLI@P2LAW.COM |
| BETTI & ASSOCIATES, ATTN: MICHELE M. BETTI, ESQ. | MBETTILAW@GMAIL.COM |
| DESIMONE & ASSOCIATES, LLC, ATTN: RALPH DESIMONE | RDESIMONE@DLAW.NET |
| GAIR, GAIR, CONASON, RUBINOWITZ, BLOOM, HERSHENHORN, STEIGMAN & MACKAUF, ATTN: RACHEL L. JACOBS & PETER SAGHIR | RJACOBS@GAIRGAIR.COM; PSAGHIR@GAIRGAIR.COM |
| JANET, JANET & SUGGS LLC, ATTN: DIANE PAOLICELLI, ATTN: ANDREW S. JANET | ASJANET@JJSJUSTICE.COM |
| LEVY KONIGSBERG, LLP, ATTN: HELENE M. WEISS & VARA LYONS, ATTN: HELENE M. WEISS & VARA LYONS | VLYONS@LEVYLAW.COM |
| RHEINGOLD GIUFFRA RUFFO & PLOTKIN LLP, ATTN: THOMAS P. GIUFFA | TGIUFFRA@RHEINGOLDLAW.COM |
| THE LAW OFFICE OF JOSHUA W. SKILLMAN, ATTN: JOSHUA W. SKILLMAN | JOSH@SKILLMANLAW.NYC |
| BUTTAFUOCO & ASSOCIATES, PLLC, ATTN: JAMES S. MCCARTHY & ELLEN BUCCHOLZ | JMCCARTHY@BUTTAFUOCOLAW.COM |
| HACH ROSE SCHIRIPPA & CHEVERIE, ATTN: MICHAEL ROSE & HILLARY NAPPI | MR@HACHROSELAW.COM; HNAPPI@HRSCLAW.COM |
| HAMBURGER, MAXSON, YAFFE & MCNALLY, LLP, ATTN: RICHARD HAMBURGER, DAVID N. YAFFE, & DOUGLAS MCNALLY | RHAMBURGER@HMYLAW.COM; DMCNALLY@HMYLAW.COM; DYAFFE@HMYLAW.COM |
| HURLEY MCKENNA & MERTZ P.C., ATTN: CLINT PIERCE, EVAN SMOLA, & MARK MCKENNA | CPIERCE@HURLEY-LAW.COM; ESMOLA@HURLEY-LAW.COM; MMCKENNA@HURLEY-LAW.COM |
| LAURA A. AHEARN, ESQ. PLLC, ATTN: LAURA A. AHEARN | LAHEARN@LAURAAHEARN.COM |
| LAW OFFICES OF RONALD J. KIM, PC, ATTN: RONALD J. KIM | RON@RONALDKIMLAW.COM |
| PARKER WAICHMAN LLP, ATTN: BRETT ZEKOWSKI & FRED ROSENTHAL | BZEKOWSKI@YOURLAWYER.COM |
| ROMANO & ASSOCIATES, ATTN: MICHAEL J. ROMANO | MJR@ROMANOFIRM.COM |
| RUSSO, KARL, WIDMAIER & CORDANO PLLC, ATTN: CHRISTOPHER GERACE | CG@RKWCLAW.COM |
| SILBERSTEIN, AWAD & MIKLOS, P.C., ATTN: MICHAEL LAUTERBORN | MLAW@ASK4SAM.NET |

| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK ||
| Case No. 20-12345 (SCC) ||
| Master Service List ||
| NAME | EMAIL |
|---|---|
| SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO P.C., ATTN: ERIC K. SCHWARZ | ESCHWARZ@TRIALLAW1.COM |
| THE ZALKIN LAW FIRM, P.C. AND BARASCH MCGARRY SALZMAN & PENSON, ATTN: BRUCE KAYE, DOMINIQUE PENSON, ELIZABETH CATE, DEVIN STOREY, IRWIN ZALKIN, DANA COHEN | ELIZABETH@ZALKIN.COM; DMS@ZALKIN.COM; IRWIN@ZALKIN.COM |
| TOGUT, SEGAL & SEGAL LLP (COUNSEL TO CATHOLIC CEMETERIES OF THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, INC.), ATTN: FRANK A. OSWALD, ESQ., JARED BORRIELLO, ESQ. | FRANKOSWALD@TEAMTOGUT.COM; JBORRIELLO@TEAMTOGUT.COM |
| CULLEN AND DYKMAN LLP (COUNSEL TO SEVERAL DIOCESEAN AFFILIATES), ATTN: MATTHEW G. ROSEMAN, ESQ., THOMAS R. SLOME, ESQ., ELIZABETH M. ABOULAFIA, ESQ., MICHAEL KWIATKOWSKI, ESQ. | MROSEMAN@CULLENLLP.COM; TSLOME@CULLENLLP.COM; EABOULAFIA@CULLENLLP.COM; MKWIATKOWSKI@CULLENLLP.COM |
| DUANE MORRIS LLP, ATTN: BRETT L. MESSINGER | BLMESSINGER@DUANEMORRIS.COM |
| HERMAN LAW, ATTN: STUART S. MERMELSTEIN ESQ., ATTN: STUART S. MERMELSTEIN ESQ. | SMERMELSTEIN@HERMANLAW.COM; DOCKETING@HERMANLAW.COM; MTHEISEN@HERMANLAW.COM; DELLIS@HERMANLAW.COM |
| MEYER, SUOZZI, ENGLISH & KLEIN, P.C., ATTN: EDWARD J. LOBELLO & A. THOMAS LEVIN ESQ. | ELOBELLO@MSEK.COM; ATLEVIN@MSEK.COM |
| MORITT HOCK & HAMROFF LLP, ATTN: THERESA A. DRISCOLL & MICHAEL C. TROIANO | TDRISCOLL@MORITTHOCK.COM; MTROIANO@MORITTHOCK.COM |
| SLATER SLATER SCHULMAN LLP, ATTN: JONATHAN SCHULMAN ESQ. | JSCHULMAN@SSSFIRM.COM; ASLATER@SSSFIRM.COM; LLEDER@SSSFIRM.COM; SALTER@SSSFIRM.COM; HKUCINE@SSSFIRM.COM; NICOLE@SSSFIRM.COM |
| WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP (COUNSEL TO VARIOUS PARISH CREDITORS), ATTN: JOHN E. WESTERMAN, ESQ., MICKEE M. HENNESSY, ESQ., WILLIAM C. HEUER, ESQ., ALISON M. LADD, ESQ. | JWESTERMAN@WESTERMANLLP.COM; MHENNESSY@WESTERMANLLP.COM; WHEUER@WESTERMANLLP.COM; ALADD@WESTERMANLLP.COM |
| COUGHLIN DUFFY LLP (COUNSEL TO ARROWOOD INDEMNITY COMPANY), ATTN: KEVIN T. COUGHLIN, ESQ., ADAM M. SMITH, ESQ., KAREN H. MORIARTY, ESQ. | KCOUGHLIN@COUGHLINDUFFY.COM; ASMITH@COUGHLINDUFFY.COM; KMORIARTY@COUGHLINDUFFY.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | JSTANG@PSZJLAW.COM; ISCHARF@PSZJLAW.COM; KDINE@PSZJLAW.COM; BMICHAEL@PSZJLAW.COM |
| PORZIO, BROMBERG & NEWMAN, P.C.; ATTN: BRETT S. MOORE ESQ. & ROBERT M. SCHECHTER, ESQ. | BSMOORE@PBNLAW.COM; RMSCHECHTER@PBNLAW.COM |
| IFRAH PLLC; ATTN: GEORGE R. CALHOUN, V, ESQ. | GEORGE@IFRAHLAW.COM |
| Kennedys CMK LLP | JILLIAN.DENNEHY@KENNEDYSLAW.COM |
| DUANE MORRIS LLP, ATTN: RUSSELL W. ROTEN | RWROTEN@DUANEMORRIS.COM; AMINA@DUANEMORRIS.COM |
| DUANE MORRIS LLP, ATTN: JEFF D. KAHANE | JKAHANE@DUANEMORRIS.COM |
| DUANE MORRIS LLP, ATTN: ANDREW E. MINA | AMINA@DUANEMORRIS.COM |
| MOSS & BARNETT, ATTN: CHARLES E. JONES | CHARLES.JONES@LAWMOSS.COM |
| WEINBERG GROSS & PERGAMENT LLP; ATTN: MARC A. PERGAMENT | MPERGAMENT@WGPLAW.COM |
| KENNEY SHELTON LIPTAK NOWAK LLP; ATTN: DIRK C. HAARHOFF | DCHAARHOFF@KSLNLAW.COM |
| CLYDE & CO US LLP; ATTN: CATALINA SUGAYAN ESQ.; JAMES MOFFITT ESQ & ROBERT MEYERS ESQ. | catalina.sugayan@clydeco.us; James.Moffitt@clydeco.us; Robert.meyers@clydeco.us |
| KENNEY SHELTON LIPTAK NOWAK LLP; ATTN: JUDITH TREGER SHELTON | JTSHELTON@KSLNLAW.COM |
| BURNS BOWEN BAIR LLP | tburns@bbblawllp.com; jbair@bbblawllp.com |
| BARCLAY DAMON LLP | jgrubin@barclaydamon.com |

| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK | |
|---|---|
| Case No. 20-12345 (SCC) | |
| Master Service List | |
| NAME | EMAIL |
| CARLTON FIELDS, P.A.; ATTN: ROBERT W. DIUBALDO, ESQ. | RDIUBALDO@CARLTONFIELDS.COM |
| CARLTON FIELDS, P.A.; ATTN: LUIS ORENGO, JR. ESQ. | LORENGO@CARLTONFIELDS.COM |
| CARLTON FIELDS, P.A.; ATTN: NORA A. VALENZA-FROST, ESQ. | NVALENZA-FROST@CARLTONFIELDS.COM |
| CARLTON FIELDS, P.A.; ATTN: ALEX B. SILVERMAN ESQ. | ASILVERMAN@CARLTONFIELDS.COM |
| FARRELL FRITZ, P.C. ATTN: PATRICK COLLINS | PCOLLINS@FARRELLFRITZ.COM |
| FARRELL FRITZ, P.C. ATTN: MARTIN G. BUNIN | MBUNIN@FARRELLFRITZ.COM |
| KELLY & HULME, P.C. | JHULME@KELLYANDHULME.NET |
| ALONSO KRANGLE LLP; ATTN: DAVID B. KRANGLE ESQ | DKRANGLE@ALONSOKRANGLE.COM; AALONSO@ALONSOKRANGLE.COM |
| NORTON ROSE FULBRIGHT US LLP; ATTN: STEVEN HOWARD | STEVEN.HOWARD@NORTONROSEFULBRIGHT.COM |

116