# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, | ) Case No. 20-12345 (SCC) |
| Debtor.[1] | ) |

## **CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA    )
                       )
COUNTY OF LOS ANGELES  )

I, Sophia L. Lee, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067.

On **September 15, 2021**, in addition to service via the Court's ECF system, I caused a true and correct copy of the following documents to be served via electronic mail upon the parties set forth on the service list annexed hereto as **Exhibit A** and via First class US Mail upon the parties set forth on the service list annexed hereto as **Exhibit B**:

- *Notice of Presentment of Stipulation and Proposed Order Prohibiting, Inter Alia, the Sale, Encumbrance or other Disposition of the Seminary Property without Further Court Order* [Docket No. 731]

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated this 15th day of September 2021.

> */s/ Sophia L. Lee*
> Sophia L. Lee

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last for digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue, P.O. Box 9023, Rockville Centre, NY 11571-9023.

# EXHIBIT A

**Service by E-Mail**

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| JONES DAY | CORINNE BALL, BENJAMIN ROSENBLUM, ANDREW M. BUTLER, | CBALL@JONESDAY.COM; BROSENBLUM@JONESDAY.COM; ABUTLER@JONESDAY.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | SHARA CORNELL | SHARA.CORNELL@USDOJ.GOV |

# EXHIBIT B

**Service by US Mail**

| NAME | NOTICE NAME | ADDRESS |
|---|---|---|
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK | THOMAS RENKER | 50 NORTH PARK AVENUE P.O. BOX 9023, ROCKVILLE CENTRE, NY 11571-9023 |
| JONES DAY | CORINNE BALL BENJAMIN ROSENBLUM ANDREW M. BUTLER | 250 VESEY STREET NEW YORK, NY 10281 |
| OFFICE OF THE UNITED STATES TRUSTEE | GREG ZIPES | US FEDERAL BUILDING 201 VARICK STREET, SUITE 1006 NEW YORK, NY 10014 |
| WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP | WILLIAM C. HEUER | 1201 RXR PLAZA UNIONDALE, NY 11556 |