REED SMITH LLP
Christopher A. Lynch, Esq.
John B. Berringer, Esq.
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: clynch@reedsmith.com
E-mail: jberringer@reedsmith.com

REED SMITH LLP
Timothy P. Law, Esq. (admitted *pro hac vice*)
1717 Arch Street
Three Logan Square, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420
E-mail: tlaw@reedsmith.com

*Special Insurance Counsel for Debtor
and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,[1] | Case No. 20-12345 (SCC) |
| Debtor. | Relates to Dkt. No. 733 |

# CERTIFICATE OF SERVICE

I, Christopher A. Lynch, certify that, on September 16, 2021, I caused to be served a true and correct copy of the following document:

Debtor's Opposition to London Market Insurers' Motion to Access All the Sexual Abuse Proof of Claim Forms (ECF 672) and the Joinder Motion of the Allianz Defendants (ECF 703) [Dkt. No. 733]

upon the parties listed below by electronic mail.

| | |
|---|---|
| Debtor The Roman Catholic Diocese of Rockville Centre<br>Attn: Thomas Renker<br><br>trenker@drvc.org | Counsel for the Debtor<br>Jones Day<br>Attn: Corinne Ball, Esq.<br>     Benjamin Rosenblum, Esq.<br>     Andrew M. Butler, Esq.<br><br>cball@jonesday.com<br>brosenblum@jonesday.com<br>abutler@jonesday.com |

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue P.O. Box 9023, Rockville Centre, NY 11571-9023.

| | |
|---|---|
| Office of the United States Trustee Region 2<br>Attn: Greg Zipes, Esq.<br>　　　Shara Cornell, Esq.<br><br>greg.zipes@usdoj.gov<br>shara.cornell@usdoj.gov | Counsel for the Creditors' Committee<br>Pachulski Stang Ziehl & Jones LLP<br>Attn: Ilan D. Scharf, Esq.<br>　　　Karen B. Dine, Esq.<br>　　　Brittany M. Michael, Esq.<br>　　　James I. Stang, Esq.<br><br>ischarf@pszjlaw.com<br>kdine@pszjlaw.com<br>bmichael@pszjlaw.com<br>jstang@pszjlaw.com |
| Counsel for London Market Insurers<br>Duane Morris LLP<br>Attn: Russell W. Roten, Esq.<br>　　　Jeff D. Kahane, Esq.<br>　　　Andrew E. Mina, Esq.<br><br>rwroten@duanemorris.com<br>jkahane@duanemorris.com<br>amina@duanemorris.com | Counsel for London Market Insurers<br>Clyde & Co US LLP<br>Attn: Catalina J. Sugayan, Esq.<br>　　　James J. Moffitt, Esq.<br><br>catalina.sugayan@clydeco.us<br>james.moffitt@clydeco.us |
| Counsel for Fireman's Fund Insurance Company, Interstate Fire & Casualty Company and National Surety Corporation<br>Rivkin Radler LLP<br>Attn: Peter P. McNamara, Esq.<br>　　　Siobhain P. Minarovich, Esq.<br><br>peter.mcnamara@rivkin.com<br>siobhain.minarovich@rivkin.com | Counsel for Fireman's Fund Insurance Company, Interstate Fire & Casualty Company and National Surety Corporation<br>Moss & Barnett<br>Attn: Charles E. Jones, Esq.<br><br>charles.jones@lawmoss.com |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 16, 2021

　　　　　　　　　　　　　　　　　　　　　*/s/ Christopher A. Lynch*
　　　　　　　　　　　　　　　　　　　　　Christopher A. Lynch