JONES DAY
Corinne Ball
Todd Geremia
Benjamin Rosenblum
Andrew Butler
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

*Counsel for the Debtor
and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,[1] | Case No. 20-12345 (SCC) |
| Debtor. | |

**NOTICE OF PRESENTMENT
OF PROPOSED ORDER AMENDING THE BAR DATE ORDER**

**PLEASE TAKE NOTICE** that The Roman Catholic Diocese of Rockville Centre, New York (the "Debtor" or "Diocese") hereby provides notice of presentment of the *Proposed Order Amending the Bar Date Order* (the "Proposed Order"), which is attached hereto as **Exhibit A**, as set forth below.

**PLEASE TAKE FURTHER NOTICE** that the Debtor has received written confirmation from each of the Nassau County District Attorney's Office and the Suffolk County District Attorney's Office that the procedures set forth in the Proposed Order are acceptable and satisfy the

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue P.O. Box 9023, Rockville Centre, NY 11571-9023.

Debtor's reporting obligations to the Nassau County District Attorney's Office and the Suffolk County District Attorney's office with respect to the sexual abuse allegations contained in the proofs of claim.

**PLEASE TAKE FURTHER NOTICE** that the Debtor, by and through undersigned counsel, will present the attached Proposed Order to the Honorable Shelley C. Chapman, United States Bankruptcy Judge, at the United States Bankruptcy Court of the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, on **November 1, 2021 at 12:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (each, an "<u>Objection</u>") to the Proposed Order shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall set forth the basis for the Objection and the specific grounds therefor, and shall be filed with the Court electronically in accordance with General Order M-399 by registered users of the Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov, the official website for the Court), and served so as to be actually received no later than **November 1, 2021 at 11:30 a.m. (prevailing Eastern Time)** (the "<u>Objection Deadline</u>").

**PLEASE TAKE FURTHER NOTICE** that if no Objections are filed and served by the Objection Deadline in accordance with the preceding paragraph, there may not be a hearing and the Proposed Order may be signed.

**PLEASE TAKE FURTHER NOTICE** that if an Objection is timely filed and served, the Court will notify the moving and objecting parties of the date and time of the hearing and of the moving party's obligation to notify all other parties entitled to receive notice. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

Dated: October 28, 2021
      New York, New York

Respectfully submitted,

*/s/ Corinne Ball*
Corinne Ball
Todd Geremia
Benjamin Rosenblum
Andrew Butler
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Email:  cball@jonesday.com
         trgeremia@jonesday.com
         brosenblum@jonesday.com
         abutler@jonesday.com

*Counsel for the Debtor and Debtor in Possession*

# EXHIBIT A

Proposed Order

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,[1] | Case No. 20-12345 (SCC) |
| Debtor. | |

**AMENDED ORDER ESTABLISHING DEADLINES FOR FILING PROOFS OF CLAIM AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF**

Upon the *Motion of the Debtor for an Order Establishing Deadlines for Filing Proofs of Claim and Granting Related Relief* (the "Motion"),[2] the *Debtor's Motion for Entry of an Order Amending the Bar Date Order*, and the *Notice of Presentment of Order Amending the Bar Date Order* (the "Notice of Presentment"), and the Notice of Presentment having stated that the Debtor has received written confirmation from each of the Nassau County District Attorney's Office and the Suffolk County District Attorney's Office that the procedures set forth in this Order are acceptable and satisfy the Debtor's reporting obligations to the Nassau County District Attorney's Office and the Suffolk County District Attorney's Office with respect to the sexual abuse allegations contained in the proofs of claim; and it appearing that the relief requested is in the best interests of the Debtor, its estate, and creditors and that adequate notice has been given and that no further notice is necessary; and after due deliberation and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue P.O. Box 9023, Rockville Centre, NY 11571-9023.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

1. Paragraph 15(f) of the Bar Date Order shall be amended and restated as follows:

> f) In addition, information in Sexual Abuse Proofs of Claim may be required to be disclosed to governmental authorities under mandatory reporting laws in many jurisdictions. For the avoidance of doubt, the Debtor is authorized to disclose, without a specific request from one or more District Attorneys (as defined below), the portions of the Sexual Abuse Proof of Claim Forms contained in Part 2, Part 4, and Part 6(a) as well as any supporting documentation or attachments to the Sexual Abuse Proof of Claim Forms (provided that to the extent an attachment constitutes additional separate sheets attached as distinct answers to questions on the Sexual Abuse Proof of Claim Form, only those answers that relate to Part 2, Part 4, and Part 6(a) of the Sexual Abuse Proof of Claim Form may be disclosed) to the Nassau County District Attorney's Office and to the Suffolk County District Attorney's Office (the "District Attorneys"). Upon specific request from one or more District Attorney, the Diocese is authorized to disclose the entirety of a Sexual Abuse Proof of Claim Form. If disclosures to governmental authorities of any portion of a proof of claim are required to be made under this paragraph (f), the Diocese will notify Sexual Abuse Claimants at the time of such disclosure and indicate who is being given a copy (the "Notice to Claimant of Report to District Attorneys"). The Notice to Claimant of Report to District Attorneys will inform Sexual Abuse Claimants that the District Attorneys might further disclose the information to other law enforcement as well as third-parties through the course of any potential investigation, including but not limited to disclosing the information to the named perpetrator(s). Additionally, the Notice to Claimant of Report to District Attorneys will include contact information for the District Attorneys and inform Sexual Abuse Claimants that they may contact the District Attorneys with questions regarding such potential disclosures. Nothing in this subparagraph (f) shall limit the District Attorneys' ability to specifically request – or the Diocese's ability to provide – information in the Diocese's possession.

2. The Debtor and the Claims Agent are authorized and empowered to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this order.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this order.

Dated: _____, 2021        _____
     New York, NY                    UNITED STATES BANKRUPTCY JUDGE