**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 20-12345 (SCC) |
| | ) | |
| THE ROMAN CATHOLIC DIOCESE OF | ) | Chapter 11 |
| ROCKVILLE CENTRE, NEW YORK, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING (1) EIGHTH MONTHLY
FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM AUGUST 1, 2021 THROUGH AUGUST 31, 2021; (2) TENTH MONTHLY FEE
STATEMENT OF BURNS BOWEN BAIR LLP AS SPECIAL INSURANCE COUNSEL
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM AUGUST 1, 2021 THROUGH AUGUST 31, 2021; AND (3) FIRST MONTHLY
FEE STATEMENT OF RUSKIN MOSCOU FALTISCHEK, P.C. FOR PROFESSIONAL
SERVICES RENDERED AND DISBURSEMENTS INCURRED AS SPECIAL REAL
ESTATE COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR THE PERIOD JULY 12, 2021 THROUGH AUGUST 31, 2021**

Pursuant to 28 U.S.C. § 1746 and Rule 9075-2 of the Local Bankruptcy Rules for the

Southern District of New York (the "Local Rules") the undersigned counsel for the Official

Committee of Unsecured Creditors (the "Committee") hereby certifies as follows:

1.      On November 4, 2020, this Court entered the *Order Authorizing Procedures for*

*Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 129] (the

"Interim Compensation Order"),[1] which authorized professionals retained pursuant to an order of

this Court in the chapter 11 case to seek interim payment of compensation and reimbursement of

expenses in accordance with the procedures set forth in the Interim Compensation Order.

2.      On **September 30, 2021**, the Committee filed the following Monthly Fee

Applications:

- **Pachulski Stang Ziehl & Jones LLP.** *Eighth Monthly Fee Statement of Pachulski Stang Ziehl & Jones LLP for Professional Services Rendered and Disbursements Incurred as Counsel to the Official Committee of Unsecured*

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

*Creditors for the Period from August 1, 2021 through August 31, 2021*
[Docket No. 767].

- **Burns Bowen Bair LLP.** *Tenth Monthly Fee Statement of Burns Bowen Bair LLP, as Special Insurance Counsel to the Official Committee of Unsecured Creditors for Professional Service Rendered August 1, 2021 through August 31, 2021* [Docket No. 768].

- **Ruskin Moscou Faltischek, P.C.** *First Monthly Fee Statement of Ruskin Moscou Faltischek, P.C. for Professional Services Rendered and Disbursements Incurred as Special Real Estate Counsel to the Official Committee of Unsecured Creditors for the Period July 12, 2021 through August 31, 2021* [Docket No. 769]

3.      The Monthly Fee Applications were served on **September 30, 2021** [Docket No. 770].

4.      The Monthly Fee Applications complied with the requirements set forth in the Interim Compensation Order.

5.      Pursuant to the Interim Compensation Order, the Objection Deadline for the Monthly Fee Applications listed above was **October 15, 2021**.  As of the filing of this certificate, more than forty-eight (48) hours have elapsed since the Objection Deadline and, to the best of my knowledge, no responsive pleading to the Monthly Fee Applications listed above has been filed with the Court on the docket of the above-captioned chapter 11 case or (b) served on the Committee or its counsel, Burns Bowen Bair LLP, or Ruskin Moscou Faltischek, P.C.

6.      Pursuant to the Interim Compensation Order, the Debtor is authorized to pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Applications upon filing of this Certificate of No Objection and without the need for entry of a Court order approving the Monthly Fee Applications.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: October 28, 2021

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James I. Stang*
James I. Stang, Esq. (admitted *pro hac vice*)
10100 Santa Monica, Boulevard, 11th Floor
Los Angeles, California 90067
Telephone:      (310) 277-6910
Facsimile:      (310) 201-0760
Email:          jstang@pszjlaw.com

-and-

Ilan D. Scharf, Esq.
Karen B. Dine, Esq.
Brittany M. Michael, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone:      (212) 561-7700
Facsimile:      (212) 561-7777
Email:          kdine@pszjlaw.com
                ischarf@pszjlaw.com
                bmichael@pszjlaw.com

*Counsel for the Official Committee*
*of Unsecured Creditors of The Roman Catholic*
*Diocese of Rockville Centre, New York*