JONES DAY
Corinne Ball
Todd Geremia
Benjamin Rosenblum
Andrew Butler
250 Vesey Street
New York, New York  10281
Telephone:     (212) 326-3939
Facsimile:      (212) 755-7306

*Counsel for the Debtor
and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,[1] | : | Case No. 20-12345 (SCC) |
| | : | |
| Debtor. | : | |

**ORDER GRANTING APPLICATIONS FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the Applications for Allowance of Compensation and Reimbursement of Expenses for the Third Interim Fee Period identified in **Schedule A** (collectively, the "Applications"), for professional services rendered and expenses incurred during the period commencing June 1, 2021 through September 30, 2021; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby:

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue P.O. Box 9023, Rockville Centre, NY 11571-9023.

ORDERED that the Applications are granted to the extent set forth in the attached **Schedule A**.

Dated: December 9, 2021  /S/ Shelley C. Chapman
      New York, New York  THE HONORABLE SHELLEY C. CHAPMAN
                                                               UNITED STATES BANKRUPTCY JUDGE

20-12345-scc  Doc 908  Filed 12/09/21  Entered 12/09/21 17:06:01  Main Document
Pg 3 of 3

In re The Roman Catholic Diocese of Rockville Centre, New York (Bankr. S.D.N.Y. No. 20-12345)

**THIRD INTERIM FEE PERIOD**　　　　　　　　　　　　　**SCHEDULE A**
June 1, 2021 – September 30, 2021

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Jones Day | Nov. 11, 2021 Docket No. 844 | $2,865,361.50 | $2,865,361.50 | $2,865,361.50 | $478,734.45 | $3,344,095.95 | $336,013.95 | $336,013.95 |
| Alvarez & Marsal North America LLC | Nov. 11, 2021 Docket No. 845 | $1,007,027.50 | $1,007,027.50 | $1,007,027.50 | $331,645.54 | $1,338,673.04 | $4,339.68 | $4,339.68 |
| Reed Smith LLP | Nov. 15, 2021 Docket No. 855 | $758,850.00 | $758,850.00 | $758,850.00 | $84,100.50 | $842,950.50 | $1,625.44 | $1,625.44 |
| Nixon Peabody LLP | Nov. 12, 2021 Docket No. 846 | $799,043.50 | $799,043.50 | $799,043.50 | $167,871.00 | $966,914.50 | $613.66 | $613.66 |
| Sitrick and Company, Inc. | Nov. 16, 2021 Docket No. 857 | $44,698.50 | $44,698.50 | $44,698.50 | $9,653.80 | $54,352.30 | $3,518.00 | $3,518.00 |
| Pachulski Stang Ziehl & Jones LLP | Nov. 15, 2021 Docket No. 848 | $1,175,661.50 | $1,175,661.50 | $1,175,661.50 | $286,855.30 | $1,462,516.80 | $20,129.94 | $20,129.94 |
| Berkeley Research Group, LLC | Nov. 15, 2021 Docket No. 851 | $453,091.00 | $453,091.00 | $453,091.00 | $42,249.70 | $495,340.70 | N/A | N/A |
| Burns Bowen Bair LLP | Nov. 15, 2021 Docket No. 849 | $80,481.00 | $80,481.00 | $80,481.00 | $24,980.40 | $105,461.40 | $3,696.84 | $3,696.84 |
| Ruskin Moscou Faltischek, P.C. | Nov. 15, 2021 Docket No. 852 | $35,653.00 | $35,653.00 | $35,653.00 | N/A | $35,653.00 | N/A | N/A |
| Binder & Schwartz LLP | Nov. 15, 2021 Docket No. 853 | $34,401.60 | $34,401.60 | $34,401.60 | N/A | $34,401.60 | $28.17 | $28.17 |

DATE ON WHICH ORDER WAS SIGNED: 12/9/21　　　　　　　　　　INITIALS: <u>SCC</u> USBJ