MESSNER REEVES LLP
Torben M. Welch, Esq.
733 Third Avenue, Suite 1619
New York, NY 10017
Telephone: (801) 683-2021
Facsimile: (801) 424-2777
E-mail: twelch@messner.com

*Counsel for Sitrick and Company, Inc.*

**UNITED STATE BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE ROMAN CATHOLIC DIOCESE OF | : | Case No. 20-12345-SCC |
| ROCKVILLE CENTER, NEW YORK, | : | |
| | : | |
| Debtor. | : | |
| | : | |

**SUMMARY SHEET FOR FOURTH INTERIM APPLICATION OF SITRICK AND**
**COMPANY, INC. FOR PROFESSIONAL SERVICES RENDERED TO THE DEBTOR**
**THE PERIOD OF OCTOBER 2021 THROUGH JANUARY 2022**

In accordance with the Local Bankruptcy Rules for the Southern District of New York (the "Local Bankruptcy Rules"), Sitrick and Company, Inc. ("Sitrick"), submits this summary (this "Summary") of fees and expenses sought as actual, reasonable, and necessary in the fee application to which this Summary is attached (the "Application") for the period from October 1, 2021 through January 31, 2022 (the "Fourth Interim Application Period"). Sitrick submits the Application as an interim fee application in accordance with the Court's **Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals** dated November 4, 2020 at Docket No. 129 (the "Fee Procedures Order").

| General Information | |
|---|---|
| Name of Applicant: | Sitrick and Company, Inc. |
| Name of Client: | The Roman Catholic Diocese of Rockville Centre, New York |
| Petition Date: | October 1, 2020 |
| Date of Order Approving Retention | November 4, 2020 |
| **This Interim Application** | |
| Time Period Covered: | October 1, 2021 through January 31, 2022 |
| Total Hours Billed: | 54.9 |
| Total Fees Requested: | $17,420.50 |
| Total Expenses Requested: | $0.00 |
| Total Fees and Expenses Requested: | $17,420.50 |
| Blended Rate for All Timekeepers: | $1,258.05 |
| Rate Increases Not Previously Approved or Disclosed | NO |
| Total Professionals | 6 |
| Total Professionals Billing Less than 15 Hours | 5 |
| **Case Summary** | |
| Fees Approved to Date: | $177,450.30 (October 2020 – January 2022) |
| Expenses Approved to Date | $4,727.62 (October 2020 – January 2022) |
| Approved Amounts Paid to Date: | $182,177.92 |
| Outstanding Amounts Sought: | $33,242.10 |
| Fees Paid Pursuant to Monthly Fee Statements, Not Yet Allowed: | $36,686.40 |
| Expenses Paid Pursuant to Monthly Fee Statements, Not Yet Allowed: | $2,524.00 |
| Total Fees and Expenses Paid Pursuant to Monthly Fee Statements, Not Yet Allowed: | $39,210.40 |
| **Additional Information** | |
| This is a(n) ____Interim ____Final Application | INTERIM |

Summary of Monthly Fee Statements for Fourth Interim Application Period (October 1, 2021 through January 31, 2022)

| Docket No. | Period Covered | Total Fees Requested | Total Expenses Requested | Objection Deadline | Total Fees Received | Total Expenses Received | Holdback Amount |
|---|---|---|---|---|---|---|---|
| 884 | October 1, 2021 – October 31, 2021 | $3,835.00 | $0.00 | December 14, 2021 | $3,068.00 | $0.00 | $767.00 |
| 915 | November 1, 2021 – November 30, 2021 | $3,055.00 | $0.00 | December 29, 2021 | $2,444.00 | $0.00 | $611.00 |
| 961 | December 1, 2021 – December 31, 2021 | $7,728.00 | $0.00 | February 10, 2022 | $6,182.40 | $0.00 | $1,545.60 |
| 925* | January 1, 2022 – January 31, 2022 | $2,802.50 | $0.00 | March 11, 2022 | $0.00 | $0.00 | N/A |
| **TOTAL** | | **$17,420.50** | **$0.00** | | **$14,618.00** | **$0.00** | **$2,923.60** |

* Certificates of No Objection will be filed on March 11, 2022 (with payment to follow)

Summary of Hours Billed by Biller for First Interim Application Period (October 1, 2021 through January 31, 2022)

| Name | Position | Applicable Rate | Hours | Amount |
|---|---|---|---|---|
| Brenda Adrian | Member | $625.00 | 9.6 | $6,000 |
| Sallie Hofmeister | Member | $850.00 | 3.7 | $3,145.00 |
| Matthew Fern | Director of Media and Analytics | $445.00 | .3 | $133.50 |
| Christopher M. Eklund | Media and Analytics Specialist | $395.00 | 2.1 | $829.50 |
| Alyza G. Ennotto | Associate | $195.00 | 1 | $195.00 |
| Samantha D. Kalinsky | Associate | $195.00 | 36.5 | $7,117.50 |
| TOTAL: | | | 53.2 | $17,420.50 |
| Blended Rate for All Billers (Total Amount/Total Hours): | $209.68 | | | |

MESSNER REEVES LLP
Torben M. Welch, Esq.
733 Third Avenue, Suite 1619
New York, NY 10017
Telephone: (801) 683-2021
Facsimile: (801) 424-2777
E-mail: twelch@messner.com

*Counsel for Sitrick and Company, Inc.*

**UNITED STATE BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE ROMAN CATHOLIC DIOCESE OF | : | Case No. 20-12345-SCC |
| ROCKVILLE CENTER, NEW YORK, | : | |
| | : | |
| Debtor. | : | |
| | : | |

**FOURTH INTERIM APPLICATION OF SITRICK AND COMPANY, INC. FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FEES FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED FOR THE PERIOD OF OCTOBER 1, 2021 THROUGH JANUARY 31, 2022**

Sitrick and Company, Inc. ("Sitrick"), as corporate communications consultant for the Debtor and Debtor-in-Possession, hereby submits this Fourth Application (the "Application"), pursuant to sections 330 and 331 of Chapter 11 of Title 11 of the United States Bankruptcy Code (the "Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Rules"), Rule 2016-

1 of the Local Bankruptcy Rules for the Southern District of New York ("LBR"), the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases, dated January 29, 2013 (the "Guidelines") and this Court's **Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals** dated November 4, 2020 at Docket No. 129 (the "Fee Procedures Order") for reimbursement of actual and necessary expenses incurred by Sitrick during the First Interim Application Period.

In support of this Application, Sitrick represents as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. § 1408 and 1409. This matter is a core proceeding under 28 U.S.C. §157(b)(2).

2. The bases for relief requested herein are Section 330 and 331 of the Code, Rule 2016, LBR 2016-1(a) and the Fee Procedures Order.

## BACKGROUND

3. On October 1, 2020 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Code. The Debtor continues to operate and pursue its non-profit mission, manage its properties and otherwise control its affairs as a debtor-in-possession as allowed under the Code. No trustee or examiner has been appointed.

## RETENTION OF SITRICK & COMPANY, INC.

4. On November 4, 2020, the Court entered its **Order Authorizing the Debtor to Retain and Employ Sitrick and Company, Inc. as Corporate Communications Consultant, *nunc pro tunc* as of the Petition Date,** at Docket No. 130 (the "Retention Order"), authorizing Debtor to retain Sitrick as its corporate communications consultant.

5. Pursuant to the Fee Procedures Order, retained professionals are authorized to serve monthly fee statements (the "Monthly Fee Statement(s)").  Provided no objection to the Monthly Fee Statement(s) are raised, the Debtor is authorized to pay such professionals an amount equal to eighty percent (80%) of the fees and one hundred percent (100%) of the expense requested in such Monthly Fee Statement.  Furthermore, beginning with the period ending on January 31, 2021, and at four-month intervals thereafter, the retained professionals are entitled to file interim applications for allowance of compensation and reimbursement of expenses sought in the Monthly Fee Statements during the applicable Interim Fee Period.  Upon allowance by the Court, Debtor is authorized to promptly pay such professional all unpaid fees and expenses (including the 20% holdback) for the applicable Interim Fee Period.

## COMPENSATION PAID AND ITS SOURCES

6. All services during the fourth Interim Application Period for which compensation requested by Sitrick were performed on or behalf of the Debtor.  Additionally, Sitrick has not received any payment or promises from any other source for services rendered in any capacity whatsoever in connection with matters covered hereunder.

7. In the event any services or expenses incurred during the fourth Interim Application Period, but were not processed prior to the date hereof, Sitrick reserves the right to request such amounts in a future application.

8. The services rendered hereunder were performed by Sitrick's members, associates, directors, employees, etc.

# BILLING HISTORY

9.  Pursuant to the terms of the Fee Procedures Order, Sitrick served four (4) Monthly Fee Statements for the services rendered and expenses incurred during the Fourth Interim Application Period as follows:

| Docket No. | Period Covered | Total Fees Requested | Total Expenses Requested | Objection Deadline | Total Fees Received | Total Expenses Received | Holdback Amount |
|---|---|---|---|---|---|---|---|
| 884 | October 1, 2021 – October 31, 2021 | $3,835.00 | $0.00 | December 14, 2021 | $3,068.00 | $0.00 | $767.00 |
| 915 | November 1, 2021 – November 30, 2021 | $3,055.00 | $0.00 | December 29, 2021 | $2,444.00 | $0.00 | $611.00 |
| 961 | December 1, 2021 – December 31, 2021 | $7,728.00 | $0.00 | February 10, 2022 | $6,182.40 | $0.00 | $1,545.60 |
| 925* | January 1, 2022 – January 31, 2022 | $2,802.50 | $0.00 | March 11, 2022 | $0.00 | $0.00 | N/A |
| TOTAL | | $17,420.50 | $0.00 | | $14,618.00 | $0.00 | $2,923.60 |

# RELIEF REQUESTED

10. By this Application, Sitrick is requesting entry of any order (a) granting interim allowance of (i) compensation for the actual, reasonable and necessary professional services that Sitrick rendered to the Debtor during the Fourth Interim Application Period in the amount of $17,420.50 and (ii) the actual, reasonable, and necessary out-of-pocket expenses incurred by Sitrick on behalf of the Debtor during the Fourth Interim Application Period in the amount of $0.00; and (b) authorizing the Debtor to pay Sitrick all outstanding amounts of fees and expenses incurred for the Fourth Interim Application Period, including

the 20% holdback amount from the aggregate fees for the Fourth Interim Application Period (the "Holdback Amount").

11. The following support material is attached to this Application:

(a) **Exhibit A** is an itemization of the number of hours billed by Sitrick's members, associates, directors, employees, etc. during the Fourth Interim Application Period with respect to the amounts billed. Sitrick has billed a total of 96.6 hours in connection with the Debtor during the Fourth Interim Application Period.

(b) **Exhibit B** is a schedule providing certain information regarding Sitrick's members, associates, directors, employees, etc. for whose work compensation is sought in this Application, including position, customary and comparable hourly rate, total hours spent working in connection therewith during the Fourth Interim Application Period, and amount of compensation sought on account thereof.

(c) **Exhibit C** contains a summary schedule of the actual and necessary out-of-pocket expenses incurred by Sitrick during the Fourth Interim Application Period.

**SUMMARY OF SERVICES RENDERED**

12. During the Fourth Interim Application Period, Sitrick provided corporate communications services to Debtor related to a variety of corporate communications and public relations issues deriving from or associated with Debtor's reorganization under this Chapter 11 proceeding. Such work has included the development and implementation of communications with Debtor's key constituencies regarding Debtor's operations and the Chapter 11 proceeding, preparation of press releases and public statements and such other similar services as detailed in the exhibits attached hereto. None of the Fees requested hereunder are for payment of legal fees or similar services rendered by Sitrick.

## SUMMARY OF ACTUAL AND NECESSARY EXPENSES INCURRED

13. During the Fourth Interim Application Period, certain necessary, reasonable and appropriate expenses were incurred by Sitrick in furtherance of its services for which it was retained. The amount of expenses incurred aggregate $3,518.00, which primarily were for telephone conference calls, publication expenses, etc. Such expenses are justified under the circumstances and every effort has been made to minimize disbursements hereunder.

## BASIS FOR RELIEF

14. Section 331 of the Code provides for interim compensation for services rendered and reimbursement of expenses in Chapter 11 cases and incorporates the substantive standards of Section 330 to govern the award of such compensation. Specifically, section 331 provides, in relevant part:

> Any professional person . . . may apply to the court not more than once every 120 days after an order for relief in a case under this title, or more often if the court permits, for such compensation for services rendered . . . or for reimbursement for expenses . . . as is provided under section 330 of this title.

> 11 U.S.C. § 331.

15. With respect to the level of compensation, Section 330(a)(1)(A) of the Code provides, in pertinent part, that the Court may award to a professional person "reasonable compensation for actual, necessary services rendered[.]" Section 330(a)(3) further provides:

> In determining the amount of reasonable compensation to be awarded to . . . [a] professional person, the court shall consider the nature, the extent, and the value of such services, considering all relevant factors, including—
> (A) the time spent on such services;
> (B) the rates charged for such services;
> (C) whether the services were necessary to the administration of, or beneficial at the time which the service was rendered toward the completion of, a case under this title;

(D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and expertise in the bankruptcy field; and

(F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

16.    Sitrick respectfully submits that the services for which it seeks compensation in this Application were necessary for and beneficial to the Debtor and its estate. Sitrick performed the services for the Debtor efficiently and effectively. Sitrick further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of the services rendered.

17.    During the Fourth Interim Application Period, Sitrick's hourly billing rates ranged from $108.00 to $850.00. These hourly rates and the rate structure are equivalent to the hourly rates and corresponding rate structure used by Sitrick for other similar matters, regardless of whether a fee application is required.

18.    Accordingly, Sitrick respectfully submits that the professional services provided by its members, directors, associates, employees, etc. on behalf of the Debtor during the Fourth Interim Application Period were necessary and appropriate given the relevant factors set forth in Section 330 of the Code, *i.e.*, the complexity of these cases, the time expended, the sensitive nature of the services provided, the value of such services, and the cost of comparable services outside of bankruptcy. Sitrick respectfully submits that approval of the compensation and reimbursement of expenses sought herein is warranted.

## **NOTICE**

19.    Notice of this Fourth Interim Fee Application shall be given upon the following parties by electronic or first class mail: (i) the Debtor, the Roman Catholic Diocese of Rockville

Centre, 50 N. Park Avenue, P.O. Box 9023, Rockville Centre, NY 11571-9023 (Attn: Thomas Renker); (ii) counsel to the Debtor, Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); (iii) the Office of the United States Trustee Region 2, 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq.); and (iv) counsel for the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 36th Floor, New York, NY 10017 (Attn: Ilan D. Scharf, Esq., Karen B. Dine, Esq. and Brittany M. Michael, Esq.) and Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067 (Attn: James I. Stang, Esq.).

## NO PRIOR REQUEST

20.     No previous request for the relief sought herein has been made by Sitrick to this or any other court.

## CONCLUSION

WHEREFORE, Sitrick respectfully requests that the Court enter an order (i) allowing on an interim basis (a) compensation to Sitrick of $17,420.50 for reasonable and necessary professional services rendered to the Debtor and (b) $0.00 for reimbursement of actual and necessary costs and expenses incurred by Sitrick for a total of $17,420.50; (ii) authorizing and directing the Debtor to pay Sitrick the any outstanding fees and expenses incurred during the Fourth Interim Compensation Period, including the Holdback Amount; and (iii) granting such other relief as the Court deems proper and just.

Dated: March 1, 2022

MESSNER REEVES LLP

*/s/ Torben M. Welch*

Torben M. Welch, Esq.
733 Third Avenue, Suite 1619
New York, NY 10017
Telephone: (801) 683-2021
Facsimile: (801) 424-2777
E-mail: twelch@messner.com

*Counsel for Sitrick and Company, Inc.*

**CERTIFICATION:**

I, Brenda Adrian, as Member of Sitrick and Company, Inc. do hereby certify that the within Fourth

Interim Application is correct and accurate and is compliance with the Code, the Rules, LBR and

the Guidelines. Further, the within information represents the actual, reasonable and necessary

fees and expenses incurred by Sitrick and Company, Inc. related to the Debtor between October 1,

2021 through January 31, 2022.

_____
Brenda Adrian

# Exhibit A

# SITRICK AND COMPANY

**MONTHLY FEE STATEMENT**
**For the time period**
**October 1, 2021 through October 31, 2021**

## <u>PROFESSIONAL SERVICES</u>

| | | | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 10/1/2021 | SDK | Daily news searches from 9/25/21-10/1/21. | 2.00 | |
| 10/4/2021 | BA | Participated in status call (.4). | 0.40 | |
| 10/8/2021 | SDK | Daily news searches for 10/2/21-10/8/21. | 2.00 | |
| 10/12/2021 | BA | Participated in status update call (.5). | 0.50 | |
| 10/15/2021 | SDK | Daily news searches for 10/9/21-10/15/21. | 2.00 | |
| 10/18/2021 | BA | Participated in status call (.2). | 0.20 | |
| 10/20/2021 | BA | Reviewed Motion to Amend the Bar Date Order to be filed in Court to ensure DRVC was prepared if media inquiries happen (.8). | 0.80 | |
| | SAH | Emails with B. Adrian, Ren Kar and lawyers re: upcoming motion (.3). | 0.30 | |
| 10/22/2021 | SDK | Daily news searches for 10/16/21-10/22/21. | 2.00 | |
| 10/25/2021 | BA | Participated in status call. (.3) | 0.30 | |
| | SAH | Update call (.3). | 0.30 | |
| 10/29/2021 | SDK | Daily news searches for 10/23/21-10/29/21. | 2.00 | |
| | | Total time charges | 12.80 | $3,835.00 |

# SITRICK AND COMPANY

**MONTHLY FEE STATEMENT**
**For the time period**
**October 29, 2021 through November 30, 2021**

## PROFESSIONAL SERVICES

|            |     |                                          | Hours | Amount |
|------------|-----|------------------------------------------|-------|--------|
| 10/29/2021 | AGB | Daily news searches 10/28/21-10/29/21.   | 0.50  |        |
| 11/1/2021  | SAH | Weekly update call (.5).                  | 0.50  |        |
| 11/5/2021  | SDK | Daily news searches for 10/23/21-11/5/21. | 3.00  |        |
| 11/12/2021 | SDK | Daily news searches for 11/6/21-11/12/21. | 2.00  |        |
| 11/15/2021 | BA  | Participated in status call (.4).         | 0.40  |        |
|            | SAH | Update call (.4).                         | 0.40  |        |
| 11/19/2021 | SDK | Daily news searches for 11/13/21-11/19/21. | 2.00 |        |
| 11/22/2021 | BA  | Participated in status call (.3).         | 0.30  |        |
| 11/26/2021 | SDK | Daily news searches from 11/20/21-11/26/21. | 2.00 |       |

**TOTAL TIME CHARGES**                                             **11.10** **$3,055.00**

# SITRICK AND COMPANY

**MONTHLY FEE STATEMENT**
**For the time period**
**December 1, 2021 through December 31, 2021**

## <u>PROFESSIONAL SERVICES</u>

|  |  |  | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 12/1/2021 | BA | Research on potential issues with voting in other large sexual abuse cases and how the various Tort Case Committees, and Creditors committee have handled noticing, etc. (1.8); discussion with C. Eklund re: social and digital media research re: sexual assault restructuring plans, voting, etc. (0.4). | 2.20 | |
| | AGB | Research on media coverage of large sexual abuse restructuring plans. | 0.50 | |
| | CME | Social and digital media research (1.4); email with B. Adrian and A. Benotto regarding the same (0.4); discuss client research with M. Fern (0.3). | 2.10 | |
| | MDF | Confer with C. Eklund regarding digital research. | 0.30 | |
| 12/2/2021 | BA | Continued research on potential voting and noticing issues for Plans in large sexual abuse cases. (2.7) | 2.70 | |
| 12/3/2021 | SDK | Daily news searches from 11/27/21-12/3/21. | 2.00 | |
| 12/6/2021 | BA | Participated in status call. (.5). | 0.50 | |
| | SAH | Weekly update (0.5) | 0.50 | |
| 12/10/2021 | SDK | Daily news searches for 12/4/21-12/10/21. | 1.50 | |
| 12/13/2021 | BA | Participated in status call. (.4) | 0.40 | |
| 12/13/2021 | SAH | Weekly update (.4). | 0.40 | |
| 12/17/2021 | SDK | Daily news searches from 12/13-12/17/21. | 2.00 | |
| 12/20/2021 | SAH | Weekly update call (0.5). | 0.50 | |
| 12/24/2021 | SDK | Daily news searches from 12/20-12/24/21. | 2.00 | |
| 12/30/2021 | SDK | Daily news searches from 12/27-12/31/21. | 2.00 | |

**TOTAL TIME CHARGES**  **19.60**  **$7,728.00**

# SITRICK AND COMPANY

**MONTHLY FEE STATEMENT**
**For the time period**
**January 1, 2022 through January 31, 2022**

---

## <u>PROFESSIONAL SERVICES</u>

| | | | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 1/3/2022 | BA | Participated in status call. (.3) | 0.30 | |
| | SAH | Weekly update. | 0.30 | |
| 1/10/2022 | BA | Participated in status call. (.3) | 0.30 | |
| 1/14/2022 | SDK | Daily news searches from 1/10-1/14/22. | 2.00 | |
| 1/18/2022 | BA | Participated in status call. (.3) | 0.30 | |
| 1/21/2022 | SDK | Daily news searches for 1/17-1/21/22. | 2.00 | |
| 1/28/2022 | SDK | Daily news searches from 1/25/22-1/28/22 | 2.00 | |
| 1/31/2022 | SAH | Weekly Call. | 0.50 | |
| | | **TOTAL TIME CHARGES** | **9.70** | **$2,802.50** |

# Exhibit B

Summary of Individual Billers during Fourth Interim Application Period

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Name | Position | Applicable Rate | Hours | Amount |
|---|---|---|---|---|
| Brenda Adrian | Member | $625.00 | 9.6 | $6,000 |
| Sallie Hofmeister | Member | $850.00 | 3.7 | $3,145.00 |
| Matthew Fern | Director of Media and Analytics | $445.00 | .3 | $133.50 |
| Christopher M. Eklund | Media and Analytics Specialist | $395.00 | 2.1 | $829.50 |
| Alyza G. Ennotto | Associate | $195.00 | 1 | $195.00 |
| Samantha D. Kalinsky | Associate | $195.00 | 36.5 | $7,117.50 |
| | TOTAL: | | 53.2 | $17,420.50 |

| Blended Rate for All Billers (Total Amount/Total Hours): | $209.68 | | |
|---|---|---|---|

# <u>Exhibit C</u>

Summary of Expenses Incurred During the Fourth Interim Application Period

No Expenses Occurred

| | |
|---|---|
| | |
| | |
| | |
| | |