# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------x
In re:                                          )
                                                )   Chapter 11
THE ROMAN CATHOLIC DIOCESE OF                   )
ROCKVILLE CENTRE, NEW YORK,¹                    )   Case No. 20-12345 (SCC)
                                                )
                                                )
        Debtor.                                 )   Ref. Docket Nos. 987 & 988
-------------------------------------------------------x
```

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT  )
                      ) ss.:
COUNTY OF MIDDLESEX   )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with its principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 25, 2022, I caused to be served the:

   a. "Notice of Fifteenth Monthly Fee Statement of Nixon Peabody LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtor for the Period From January 1, 2022 Through January 31, 2022," dated February 25, 2022 [Docket No. 987], and

   b. "Notice of Sixteenth Monthly Fee Statement of Jones Day for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtor for the Period From January 1, 2022 Through January 31, 2022," dated February 25, 2022 [Docket No. 988],

---

¹ The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue P.O. Box 9023, Rockville Centre, NY 11571-9023.

by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

/s/ Angharad Bowdler
Angharad Bowdler

Sworn to before me this
28th day of February, 2022
/s/ Amy E. Lewis
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

**EXHIBIT A**

**THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK**
Case No. 20-12345 (SCC)
FEE NOTICE PARTIES

| NAME | EMAIL |
|---|---|
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, ATTN: THOMAS RENKER | TRENKER@DRVC.ORG |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK, ATTN: GREG ZIPES & SHARA CORNELL | GREG.ZIPES@USDOJ.GOV; SHARA.CORNELL@USDOJ.GOV |
| JONES DAY (COUNSEL TO THE DEBTOR), ATTN: CORINE BALL, BENJAMIN ROSENBLUM, BENJAMIN THOMSON | CBALL@JONESDAY.COM; BROSENBLUM@JONESDAY.COM; ABUTLER@JONESDAY.COM; BTHOMSON@JONESDAY.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | JSTANG@PSZJLAW.COM; ISCHARF@PSZJLAW.COM; KDINE@PSZJLAW.COM; BMICHAEL@PSZJLAW.COM |