MICHAEL S. AMATO
JONATHAN C. SULLIVAN
E. CHRISTOPHER MURRAY
RUSKIN MOSCOU FALTISCHEK, P.C.
1425 RXR Plaza
East Tower, 15th Floor
Uniondale, NY 11556-1425
(516) 663-6600

*Special Real Estate Counsel to the Official Committee of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

In re:                                                    Chapter 11

THE ROMAN CATHOLIC DIOCESE OF            Case No. 20-12345 (SCC)
ROCKVILLE CENTRE, NEW YORK,[1]

                                   Debtor.
--------------------------------------------------------------X

### SUMMARY COVER SHEET TO THE SECOND APPLICATION OF RUSKIN MOSCOU FALTISCHEK, P.C. FOR INTERIM ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED AS SPECIAL REAL ESTATE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OCTOBER 1, 2021 THROUGH JANUARY 31, 2022

In accordance with the Local Rules for the Southern District of New York, Ruskin Moscou

Faltischek, P.C. ("RMF"), Special Real Estate Counsel for the Official Committee of Unsecured

Creditors (the "Committee") for the above-captioned debtor and debtor-in-possession (the

"Debtor"), submits this summary (this "Summary") of fees and expenses sought as actual,

reasonable, and necessary in the fee application to which this Summary is attached (the

"Application")[2] for the period from October 1, 2021 through January 31, 2022 (the "Application

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Center, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue, P.O. Box 9023, Rockville Centre, NY 11571-9023.

[2] Capitalized terms used but not otherwise defined in this Summary shall have the meanings ascribed to such terms in the Application

964592

Period").

RMF submits the Application as an interim fee application in accordance with the Order

Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of

Professionals dated and entered November 4, 2020 [Docket No. 129] (the "Interim Compensation

Order").

| | |
|---|---|
| Name of applicant | Ruskin Moscou Faltischek, P.C. |
| Name of client | Official Committee of Unsecured Creditors |
| Time period covered by this application | October 1, 2021 – January 31, 2022[3] |
| Total compensation sought this period | $22,661.00 |
| Total expenses sought this period | $872.98 |
| Petition date | October 1, 2020 |
| Retention date | Effective as of July 12,2021 |
| Date of order approving employment | August 9, 2021 [Docket No. 667] |
| Total compensation approved by interim order to date | $35,653.00 |
| Total expenses approved by interim order to date | $0.00 |
| Total allowed compensation paid to date | $35,653.00 |
| Total allowed expenses paid to date | $0.00 |
| Blended rate in this application for all attorneys | $477.49[4] |
| Blended rate in this application for all timekeepers | $525.08 |
| Compensation sought in this application already paid pursuant to a monthly compensation order but not yet allowed | $6,584.00 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed | $475.00 |
| Number of professionals included in this application | 7 |
| If applicable, number of professionals in this application not included in staffing plan approved by client | N/A |
| If applicable, difference between fees budgeted and compensation sought for this period | N/A |

---

[3]  The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

[4]  Represents approximate blended rate for all timekeepers in non-bankruptcy cases for calendar year 2021 and 2022.

964592

| | |
|---|---|
| Number of professionals billing fewer than 15 hours to the case during this period | 6 |
| Are any rates higher than those approved or disclosed at retention? If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application | No |

This is a:          Monthly     <u>X</u> Interim          Final Application.

Dated: Uniondale, New York
          March 9, 2022

                                        RUSKIN MOSCOU FALTISCHEK, P.C.
                                        *Special Real Estate Counsel to the*
                                        *Official Committee of Unsecured Creditors*

          By:      _____
                                        Michael S. Amato
                                        Jonathan C. Sullivan
                                        E. Christopher Murray
                                        East Tower, 15th Floor
                                        1425 RXR Plaza
                                        Uniondale, New York 11556-1425
                                        (516) 663-6600
                                        mamato@rmfpc.com
                                        jsullivan@rmfpc.com
                                        emurray@rmfpc.com

964592

MICHAEL S. AMATO
JONATHAN C. SULLIVAN
E. CHRISTOPHER MURRAY
RUSKIN MOSCOU FALTISCHEK, P.C.
1425 RXR Plaza
East Tower, 15th Floor
Uniondale, NY 11556-1425
(516) 663-6600

*Special Real Estate Counsel to the Official Committee of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                                                      Chapter 11

THE ROMAN CATHOLIC DIOCESE OF                    Case No. 20-12345 (SCC)
ROCKVILLE CENTRE, NEW YORK,[1]

                              Debtor.
------------------------------------------------------------X

**SECOND APPLICATION OF RUSKIN MOSCOU FALTISCHEK, P.C. FOR INTERIM
ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED
AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED AS
SPECIAL REAL ESTATE COUNSEL FOR THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR THE PERIOD OCTOBER 1, 2021 THROUGH
<u>JANUARY 31, 2022</u>**

Ruskin Moscou Faltischek, P.C. ("RMF"), Special Real Estate Counsel for the Official

Committee of Unsecured Creditors (the "Committee") of the debtor and debtor-in-possession in

the above-captioned case (the "Debtor"), hereby submits this first interim fee application (the

"Application") for the period from October 1, 2021 through January 31, 2022 (the "Application

Period") in accordance with the *Order Authorizing Procedures for Interim Compensation and

Reimbursement of Expenses of Professionals* dated and entered November 4, 2020 [Docket No.

129] (the "Interim Compensation Order"). In support of this Application, RMF submits the

---

[1]  The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Center, New York, the last four
digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue, P.O. Box
9023, Rockville Centre, NY 11571-9023.

964592

declaration of Michael S. Amato (the "Amato Declaration") attached hereto as Exhibit A and incorporated herein by reference.   In further support of the Application, RMF respectfully represents as follows:

**Preliminary Statement**

1.      RMF requests (a) interim allowance and payment of compensation in the amount of $22,661 for fees on account of reasonable and necessary professional services rendered to the Committee by RMF during the Application Period; and (b) reimbursement of actual and necessary costs and expenses in the amount of $872.98.   RMF reserves the right to apply in the future for reimbursement of actual and necessary costs and expenses, if any, incurred by members of the Committee in connection with their service as members of the Committee during the Application Period.

**Jurisdiction and Basis for Relief**

2.      The United States Bankruptcy Court for the Southern District of New York (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

3.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

4.      The bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1(a) of the Local Rules for the Southern District of New York (the "Local Rules"), the *Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases* (the "Local Guidelines"), and the Interim Compensation Order.

2

### Background

5.      On October 1, 2020 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtor is operating its business and managing its properties as debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in this case.

6.      On October 16, 2020, the Office of the United States Trustee (the "UST") appointed the Committee pursuant to § 1102 of the Bankruptcy Code. *See Notice of Appointment of Official Committee of Unsecured Creditors* [Docket No. 71].

7.      On November 4, 2020, the Court entered the Interim Compensation Order, which sets forth the procedures for interim compensation and reimbursement of expenses for all retained professionals in these cases.

### A.    RMF Retention

8.      Following the Committee's appointment, the Committee determined it needed special real estate counsel and, subject to Court approval, hired RMF on July 12, 2021.

9.      On July 26, 2021, the Committee filed The *Official Committee of Unsecured Creditors' Application to Retain and Employ Ruskin Moscou Faltischek, P.C. as Special Real Estate Counsel Effective as of July 12, 2021* (the "Retention Application") [Docket 629]. As set forth in the Retention Application, the Committee selected RMF to provide the following services to the Committee:

    i.      render professional services as required by the Committee with respect to real estate matters, specifically in the areas of title, zoning and land use and commercial litigation involving valuation disputes;

    ii.     render other services and to participate in meetings and discussions with the

3

964592

Committee, the Debtor, and other parties-in-interest and their respective professionals;

      iii.    coordinate all tasks to achieve case efficiencies and avoid duplication of efforts; and

      iv.    providing related advice and assistance to the Committee as necessary.

10.    On August 9, 2021, the Court entered the *Order Authorizing and Approving The Official Committee of Unsecured Creditors' Application to Retain and Employ Ruskin Moscou Faltischek, P.C. as Special Real Estate Counsel Effective as of July 12, 2021* [Docket 667] (the "Retention Order"). The Retention Order provides that all compensation and reimbursement of costs and expenses incurred during RMF's employment be paid only after appropriate application and approval of this Court.

**B.**    **Compensation Paid and Its Source**

11.    All services for which RMF requests compensation were performed for or on behalf of the Committee. RMF has received no payment and no promises for payment from any source other than the Debtor for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between RMF and any other person other than the partners of RMF for the sharing of compensation to be received for services rendered in these cases. RMF has not received a retainer in these cases.

**C.**    **Monthly Fee Statements for the Interim Compensation Period**

12.    Attached as Exhibit "F" are invoices for the period October 1, 2021 through January 31, 2022, including copies of the RMF monthly statement for the period October 1, 2021 through October 31, 2021 (the "Monthly Statement") which RMF filed and served pursuant to the Interim Compensation Order (collectively, "Invoices"). To date, no objections to the Monthly Statement has been filed.

964592

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Fees Paid | Expenses Paid |
|------------|----------------|----------------|--------------------|-----------|----------------|
| 11/30/21 | 10/1/21 – 10/31/21 | $6,584 | $475 | $6,584 | $475 |

### Statement of Services Rendered and Time Expended

13.      Pursuant to the Local Guidelines, the Firm has classified all services performed for which compensation is sought for this period into one of several major categories.  The Firm attempted to place the services performed in the category that best relates to the service provided.  However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category.

14.      Exhibit B sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each RMF professional and paraprofessional that provided services to the Committee during the Application Period.  The rates charged by RMF for services rendered to the Committee are the same rates that RMF charges generally for professional services rendered to its non-bankruptcy clients.

15.      Exhibit C sets forth a billing categories summary that includes the aggregate hours per billing category spent by RMF professionals and paraprofessionals in rendering services to the Committee during the Application Period.

16.      Exhibit D sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by RMF in connection with services rendered to the Committee during the Application Period.

17.      Exhibit E is a chart setting forth the Customary and Comparable Compensation Disclosures.

964592

**Services Rendered and Disbursements Incurred During the Application Period**

**A.**     **Valuation Representation**

18.     Time billed to this category relates to:

- Emails and communications regarding stipulation and settlement;

- Revision of declaration in support of stipulation;

- Emails and communications with Committee re: sale of real property, moratorium and appraisal;

- Preparation of scenarios ad assumptions;

- Emails and communications with debtor's counsel regarding appraisals and scenarios and assumptions.

Fees: $11,337.00                 Hours: 19.50

**B.**     **Employment and Fee Application**

19.     Time billed to this category relates to:

- Preparation of Monthly Fee Statements;

- Preparation of First Interim Fee Application;

- Communications with Committee Counsel.

Fees: $7,205.00                  Hours: 19.00

**C.**     **Meeting and Communications with Creditors**

20.     Time billed to this category relates to:

- Conference calls and/or meetings related to the appraisal and sale of real estate;

- Conference calls and/or meetings related to scenarios and assumptions.

Fees: $1,683.00                  Hours: 2.90

6

D.      **Real Estate**

21.     Time billed to this category relates to:

- Drafting and recording of declaration and stipulation;

- Title related matters including chain of title.

Fees: $1,974.00                                    Hours: 5.10

E.      **Various *De Minimis* Matters**

22.     During the Service Period, RMF spent a *de minimis* amount of time on various matters including correspondence relating to moratorium, strategizing timeline and appraisal of real property and follow up with client re: same.

23.     RMF attorneys and paraprofessionals expended a total of .80 hours on these billing categories, representing less than 1% of its total time billed during the Application Period.

24.     The nature of work performed by RMF is fully set forth in the attached invoices, including those attached to the Monthly Statements. These are RMF's normal hourly rates for work of this character. The reasonable value of the services rendered by RMF for the Committee during the Application Period is $22,661.

25.     In accordance with the factors enumerated in § 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by RMF is fair and reasonable given (a) the complexity of the cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, RMF has reviewed the requirements of the Local Rules, the Local Guidelines, and the Interim Compensation Order, and believes that this Application complies with such rule and order.

964592

### Actual and Necessary Expenses Incurred by RMF

26.    RMF seeks reimbursement of its actual expenses incurred in the rendition of services to the Official Committee of Unsecured Creditors for the Application Period, as evidenced by the summary of out-of-pocket expenses attached hereto as Exhibit "D". Reimbursable out-of-pocket expenses are those expenses reasonably necessary to accomplish proper representation of the client. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987).

27.    RMF's billing practice is to itemize fully all out-of-pocket expenses reasonably capable of itemization. This practice permits RMF to bill each client exclusively for the services and disbursements actually incurred on its behalf. Therefore, clients are only billed for disbursements incurred on its behalf and for services rendered to it for its benefit.

28.    The expenses for which RMF seeks reimbursement are those which the Office of the United States Trustee approves.

### Reservation of Rights

29.    It is possible that some professional time expended or expenses incurred by RMF or Committee member expenses incurred during the Application Period are not reflected in this Application. RMF reserves the right to include such amounts in future fee applications.

### Notice

30.    Pursuant to the Interim Compensation Order, notice of this Application has been served upon: (a) the Debtor c/o The Roman Catholic Diocese of Rockville Centre, 50 N Park Ave P.O. Box 9023, Rockville Centre, NY 11571-9023 (Attn: Thomas Renker); (b) the attorneys for the Debtor, Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); and (c) the Office of the United States Trustee Region 2 (the "U.S. Trustee"), 201 Varick Street, Suite 1006, New York, NY 10014 (Attn:

8

964592

Greg Zipes, Esq. and Shara Cornell, Esq.); and all parties entitled to notice pursuant to Bankruptcy Rule 2002 (collectively, the "Notice Parties"). RMF submits that, in light of the nature of the relief requested, no other or further notice need be provided.

### No Prior Request

31.     No prior application for the relief requested herein has been made to this or any other court.

WHEREFORE, RMF respectfully requests that this Court enter an order: (a) allowing RMF (i) interim compensation for services rendered and expenses incurred during the Application Period in the amount of $22,661 of fees on account of reasonable and necessary professional services rendered to the Committee by RMF and (ii) reimbursement of actual and necessary costs and expenses in the amount of $872.98; (b) authorizing the Debtor to pay the unpaid balance of such amounts to RMF; and (c) granting any other relief that this Court deems necessary and appropriate.

Dated: Uniondale, New York
        March 9, 2022

                                        RUSKIN MOSCOU FALTISCHEK, P.C.
                                        *Special Real Estate Counsel to the*
                                        *Official Committee of Unsecured Creditors*

By:     _____
                                        Michael S. Amato
                                        Jonathan C. Sullivan
                                        E. Christopher Murray
                                        East Tower, 15th Floor
                                        1425 RXR Plaza
                                        Uniondale, New York 11556-1425
                                        (516) 663-6600
                                        mamato@rmfpc.com
                                        jsullivan@rmfpc.com
                                        emurray@rmfpc.com

9

964592

# EXHIBIT A

## Amato Declaration

MICHAEL S. AMATO
JONATHAN C. SULLIVAN
E. CHRISTOPHER MURRAY
RUSKIN MOSCOU FALTISCHEK, P.C.
1425 RXR Plaza
East Tower, 15th Floor
Uniondale, NY 11556-1425
(516) 663-6600

*Special Real Estate Counsel to the Official Committee of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,[1] | Case No. 20-12345 (SCC) |
| Debtor. | |

------------------------------------------------------------X

**DECLARATION OF MICHAEL S. AMATO IN SUPPORT OF SECOND
APPLICATION OF RUSKIN MOSCOU FALTISCHEK, P.C. FOR INTERIM
ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES
RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES
INCURRED AS SPECIAL REAL ESTATE COUNSEL FOR THE COMMITTEE
OF UNSECURED CREDITORS FOR THE PERIOD FROM OCTOBER 1, 2021
<u>THROUGH JANUARY 31, 2022</u>**

I, Michael S. Amato, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 and

pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure and Rule 2016-1(a) of the

Local Rules for the Bankruptcy Court for the Southern District of New York that the following is

true and correct:

1.    I am a partner with the law firm of Ruskin Moscou Faltischek, P.C. ("RMF"), with

offices located at 1425 RXR Plaza, East Tower, 15th Floor, Uniondale, NY 11556-1425. I am

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Center, New York, the last four
digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue, P.O. Box
9023, Rockville Centre, NY 11571-9023.

duly admitted to practice law in the State of New York.

2.      I have personally reviewed the information contained in the Application, and believe its contents to be true and correct to the best of my knowledge, information and belief. In addition, I believe that the Application complies with the Local Rules for the Southern District of New York and the *Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases*.

3.      All services for which RMF requests compensation were performed for or on behalf of the Committee. RMF has received no payment and no promises for payment from any source other than the Debtor for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between RMF and any other person other than the partners of RMF for the sharing of compensation to be received for services rendered in these cases. RMF has not received a retainer in these cases.

4.      RMF makes the following disclosures pursuant to the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, Effective November 1, 2013.*

5.      The Court authorized the Committee to retain RMF as their special real estate counsel in this chapter 11 case pursuant to the *Order Authorizing and Approving The Official Committee of Unsecured Creditors' Application to Retain and Employ Ruskin Moscou Faltischek, PC. as Special Real Estate Counsel Effective as of July 12, 2021* (the "Retention Order") [Docket 667] entered on August 9, 2021.

6.      Four professionals and three paraprofessional are included in this Application. Of those professionals, three professionals and three paraprofessional billed fewer than 15 hours during the Application Period.

2

7.      In accordance with the U.S. Trustee Guidelines, RMF responds to the questions identified therein as follows:

Question 1:  Did RMF agree to any variations from, or alternatives to, RMF's standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period?  If so, please explain.

Answer:  No.

Question 2:  If the fees sought in the Application as compared to the fees budgeted for the time period covered by the Application are higher by 10% or more, did RMF discuss the reasons for the variation with the client?

Answer:  N/A.

Question 3:   Have any of the professionals included in the Application varied their hourly rate based on geographic location of the bankruptcy case?

Answer:  No.

Question 4:  Does the Application include time or fees related to reviewing or revising time records or preparing, reviewing or revising invoices?

Answer:  No.

Question 5:  Does the Application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify hours and fees.

Answer:  No.

964592

<u>Question 6</u>:  Does the Application include any rate increases since RMF's retention in these cases?

<u>Answer</u>:  No.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: Uniondale, New York
March 9, 2022

_____
MICHAEL S. AMATO

964592

**EXHIBIT B**

**Timekeeper Summary**

| NAME OF PROFESSIONAL | TITLE | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Michael S. Amato | Partner | 1995 | $585.00 | 10.50 | $6,142.50 |
| E. Christopher Murray | Partner | 1988 | $583.33 | 22.90 | $13,311.00 |
| Jonathan C. Sullivan | Partner | 2002 | $570.00 | 1.00 | $570.00 |
| John D. Chillemi | Associate | 2016 | $375.00 | 3.80 | $1,425.00 |
| Paula A. Corazza | Paraprofessional | | $250.00 | .60 | $150.00 |
| Donna Olsen | Legal Assistant | | $125.00 | 6.50 | $812.50 |
| Sarina Amiel | Legal Assistant | | $125.00 | 2.00 | $250.00 |
| **Total** | | | | **47.30** | **$22,661.00** |

## EXHIBIT C

### Billing Categories Summary

| Matter No. | Matter Name | Hours | Amount |
|---|---|---|---|
| 00001 | Valuation Representation | 19.5 | $11,337.00 |
| 00002 | Correspondence | .20 | $120.00 |
| 00003 | Attorney Notes | .60 | $342.00 |
| 00004 | Research | 0 | $0.00 |
| 00005 | Asset Analysis and Recovery | 0 | 0.00 |
| 00006 | Case Administration | 0 | 0.00 |
| 00007 | Employment and Fee Application | 19.00 | $7,205.00 |
| 00008 | Litigation | 0 | 0.00 |
| 00009 | Meetings and Communications with Creditors | 2.90 | $1,683.00 |
| 00010 | Real Estate | 5.10 | $1,974.00 |
| 00011 | Valuation | 0 | 0.00 |
| | | | |
| | **TOTAL** | 47.30 | $22,661.00 |

## EXHIBIT D

## Expense Summary

| Expense | Total Expenses |
|---|---|
| Recording Fees | $475.00 |
| Searches | $380.19 |
| Federal Express | $ 17.79 |
| **TOTAL** | $872.98 |

## EXHIBIT E

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

(*See* Guidelines C.3. for definitions of terms used in this Exhibit.)

| CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | | BLENDED HOURLY RATE | |
|---|---|---|---|
| | | **BILLED** Firm timekeepers for preceding year, excluding bankruptcy* | **BILLED** In this fee application |
| | Sr./Equity Partner/Shareholder | $547.92 | $582.10 |
| | Of Counsel | $536.06 | N/A |
| | Associate | $329.70 | $375.00 |
| | Paralegal | $223.50 | $133.25 |
| | Case Management Assistants | N/A | N/A |
| | All Timekeepers Aggregated | $477.49 | $479.00 |

* Represents approximate blended hourly rate for all firm timekeepers in non-bankruptcy cases for calendar year 2021/2022.

Case Name:    The Roman Catholic Diocese of Rockville Centre, New York

Case Number: 20-12345 (SCC)

Applicant's Name:    Ruskin Moscou Faltischek, P.C.

Date of Application:    March 9, 2022

Interim or Final:    Interim

**EXHIBIT F**

**Monthly Fee Statements Through October 31, 2021 and Invoices for November 1, 2021
through January 31, 2022**

964592



RUSKIN MOSCOU FALTISCHEK P.C.

*Counselors at Law*

James Stang, Esq.
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard
Los Angeles, CA  90067

March 9, 2022
ID: 1869200
Invoice No: 6182151

### BILLING SUMMARY THROUGH JANUARY 31, 2022

| | |
|---|---:|
| Fees For Professional Services | 14,431.00 |
| Disbursements | 0.00 |
| CURRENT FEES AND DISBURSEMENTS | 14,431.00 |
| Previous Balance Due | 26,689.70 |
| Less Credits Posted as of March 9, 2022 | -25,043.70 |
| TOTAL PREVIOUS BALANCE | 1,646.00 |
| **TOTAL BALANCE DUE** | **16,077.00** |

**PLEASE RETURN ENCLOSED REMITTANCE COPY WITH YOUR PAYMENT**

1425 RXR Plaza, Uniondale, NY 11556-1425  ▾  516.663.6600  ▾  212.688.8300  ▾  F 516.663.6601  ▾  Taxpayer ID: 11-2301137



ID: 1869200

March 9, 2022

Invoice 6182151

Page 2

## MATTER RECAP

Re:   1869200.00001  VALUATION REPRESENTATION

| | |
|---|---|
| Fees For Professional Services: | 7,632.00 |
| MATTER TOTAL: | 7,632.00 |

Re:   1869200.00002  CORRESPONDENCE

| | |
|---|---|
| Fees For Professional Services: | 120.00 |
| MATTER TOTAL: | 120.00 |

Re:   1869200.00007  EMPLOYMENT AND FEE APPLICATION

| | |
|---|---|
| Fees For Professional Services: | 4,147.00 |
| MATTER TOTAL: | 4,147.00 |

Re:   1869200.00009  MEETINGS AND COMMUNICATIONS WITH CREDITORS

| | |
|---|---|
| Fees For Professional Services: | 1,683.00 |
| MATTER TOTAL: | 1,683.00 |

Re:   1869200.00010  REAL ESTATE

| | |
|---|---|
| Fees For Professional Services: | 849.00 |
| MATTER TOTAL: | 849.00 |



RUSKINMOSCOUFALTISCHEK p.c.
*Counselors at Law*

ID: 1869200                                                                March 9, 2022

Invoice 6182151                                                             Page 3

Re:   1869200.00001  VALUATION REPRESENTATION

| DATE | INIT | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|------|------|----------------------|-------|--------|
| 11/03/21 | ECM | Emails with Brittany Michaels, et al. regarding appraisal | 0.30 | 171.00 |
| 11/08/21 | ECM | Conference call with appraiser | 0.60 | 342.00 |
| 11/21/21 | ECM | Review of proposed questions and assumptions. | 0.50 | 285.00 |
| 11/22/21 | ECM | Conference call with BM, KD, and JS; drafting email response to appraiser. | 1.00 | 570.00 |
| 11/23/21 | ECM | Emails to committee regarding appraisal and recent sale. | 0.60 | 342.00 |
| 11/24/21 | ECM | Emails to committee regarding sale and meeting. | 0.40 | 228.00 |
| 12/02/21 | ECM | Emails with B. Michael regarding engineer for appraiser | 0.30 | 171.00 |
| 12/13/21 | ECM | Email to B. Michael regarding meeting with appraiser | 0.20 | 114.00 |
| 12/21/21 | ECM | Conference call with debtor's counsel re: appraisal. | 0.70 | 399.00 |
| 12/30/21 | ECM | Preparation of assumptions and scenarios | 1.00 | 570.00 |
| 01/03/22 | ECM | Drafting assumptions and scenarios | 1.50 | 900.00 |
| 01/04/22 | ECM | Drafting scenarios and assumptions | 1.00 | 600.00 |
| 01/05/22 | ECM | Draft scenarios and assumptions; email to client | 1.30 | 780.00 |
| 01/07/22 | ECM | Emails with debtor's real estate counsel re: scenarios and assumptions. | 0.40 | 240.00 |
| 01/11/22 | ECM | Emails with debtor's real estate counsel re: meeting involving scenarios and assumptions. | 0.30 | 180.00 |
| 01/13/22 | ECM | Conference call with debtor's counsel; review of redlined scenarios and assumptions; email to attorney for committee | 1.00 | 600.00 |
| 01/19/22 | ECM | Review debtors' response to to scenarios and assumptions | 0.30 | 180.00 |
| 01/21/22 | ECM | Revisions to scenarios and assumptions;email to attorney for creditors committee | 0.70 | 420.00 |
| 01/25/22 | ECM | Emails with Committee counsel re: scenarios and assumptions. | 0.50 | 300.00 |
| 01/26/22 | ECM | Emails to debtors' counsel regarding scenarios and assumptions | 0.40 | 240.00 |

TOTAL FOR SERVICES                                                          $7,632.00



**RUSKINMOSCOUFALTISCHEK** P.C.
*Counselors at Law*

ID: 1869200

March 9, 2022

Invoice 6182151

Page 4

### SERVICES RECAP

| INIT | NAME | HOURS | AMOUNT |
|------|------|-------|--------|
| ECM | E. CHRISTOPHER MURRAY | 5.60 | 3,192.00 |
| ECM | E. CHRISTOPHER MURRAY | 7.40 | 4,440.00 |
| | TOTAL FOR SERVICES | 13.00 | $7,632.00 |



**RUSKIN**MOSCOU**FALTISCHEK** P.C.
*Counselors at Law*

ID: 1869200

Invoice 6182151

March 9, 2022

Page 5

Re:    1869200.00002  CORRESPONDENCE

| DATE | INIT | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|------|------|----------------------|-------|--------|
| 01/14/22 | ECM | Email to committee counsel regarding moratorium | 0.20 | 120.00 |
| | | TOTAL FOR SERVICES | | $120.00 |

### SERVICES RECAP

| INIT | NAME | HOURS | AMOUNT |
|------|------|-------|--------|
| ECM | E. CHRISTOPHER MURRAY | 0.20 | 120.00 |
| | TOTAL FOR SERVICES | 0.20 | $120.00 |



**RUSKIN MOSCOU FALTISCHEK** P.C.
*Counselors at Law*

ID: 1869200

March 9, 2022

Invoice 6182151

Page 6

Re:    1869200.00007  EMPLOYMENT AND FEE APPLICATION

| DATE | INIT | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|------|------|----------------------|-------|--------|
| 11/03/21 | DO | Office conference with M. Amato re: fee application (.4); review monthly fee statements (1.9); review RMF retention order (.3); review RMF retention application (.5); review Committee Counsel's fee application (.8); calculate hours, fees and expenses for fee application (2.1). | 6.00 | 750.00 |
| 11/03/21 | MSA | Continue draft fee application. | 1.20 | 702.00 |
| 11/04/21 | MSA | Review draft of 1st interim fee application. | 1.10 | 643.50 |
| 11/15/21 | MSA | Final review of Interim Fee Application and email correspondence with B. Michael. | 0.80 | 468.00 |
| 11/17/21 | DO | Draft monthly fee statement for attorney's review. | 0.50 | 62.50 |
| 11/17/21 | MSA | Review/revise monthly fee statement. | 1.10 | 643.50 |
| 11/18/21 | MSA | Final review of monthly fee statement. | 0.50 | 292.50 |
| 11/23/21 | MSA | Finalize monthly fee statement and email correspondence with committee counsel. | 1.00 | 585.00 |

TOTAL FOR SERVICES                $4,147.00

SERVICES RECAP

| INIT | NAME | HOURS | AMOUNT |
|------|------|-------|--------|
| DO | DONNA OLSEN | 6.50 | 812.50 |
| MSA | MICHAEL S. AMATO | 5.70 | 3,334.50 |
| | TOTAL FOR SERVICES | 12.20 | $4,147.00 |



RUSKIN MOSCOU FALTISCHEK P.C.
*Counselors at Law*

ID: 1869200

March 9, 2022

Invoice 6182151

Page 7

Re:    1869200.00009  MEETINGS AND COMMUNICATIONS WITH CREDITORS

| DATE | INIT | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|------|------|----------------------|-------|--------|
| 11/01/21 | ECM | Telephone call with W. Heuer regarding meeting with mayor and appraisal | 0.40 | 228.00 |
| 11/30/21 | ECM | Conference call with committee re: appraisal, sale and related. | 0.50 | 285.00 |
| 12/01/21 | ECM | Conference call with debtor's counsel re: recent sale. | 1.00 | 570.00 |
| 01/18/22 | ECM | Conference call with creditors committee counsel regarding scenarios and assumptions; email to debtors counsel regarding same | 1.00 | 600.00 |
| | | TOTAL FOR SERVICES | | $1,683.00 |

SERVICES RECAP

| INIT | NAME | HOURS | AMOUNT |
|------|------|-------|--------|
| ECM | E. CHRISTOPHER MURRAY | 1.90 | 1,083.00 |
| ECM | E. CHRISTOPHER MURRAY | 1.00 | 600.00 |
| | TOTAL FOR SERVICES | 2.90 | $1,683.00 |



**RUSKIN MOSCOU FALTISCHEK P.C.**
*Counselors at Law*

ID: 1869200

March 9, 2022

Invoice 6182151

Page 8

Re:    1869200.00010  REAL ESTATE

| DATE | INIT | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|------|------|----------------------|-------|--------|
| 11/05/21 | JDC | Drafted letter to title company regarding recording of Declaration and Stipulation | 0.40 | 150.00 |
| 11/10/21 | JDC | Follow up with title company regarding recording of Declaration | 0.20 | 75.00 |
| 11/12/21 | ECM | Emails with J. Chillemi regarding recording of stipulation | 0.30 | 171.00 |
| 11/16/21 | ECM | Emails to BM regarding chain of title and filing stipulation. | 0.40 | 228.00 |
| 11/17/21 | PAC | Correspondence with title company; order title search. | 0.30 | 75.00 |
| 11/17/21 | JDC | Correspondence with title co regarding chain of title search | 0.20 | 75.00 |
| 12/06/21 | PAC | Correspondence with title company and attorney regarding title work. | 0.30 | 75.00 |

TOTAL FOR SERVICES                                     $849.00

SERVICES RECAP

| INIT | NAME | HOURS | AMOUNT |
|------|------|-------|--------|
| JDC | JOHN CHILLEMI | 0.80 | 300.00 |
| ECM | E. CHRISTOPHER MURRAY | 0.70 | 399.00 |
| PAC | PAULA A. CORAZZA | 0.60 | 150.00 |
| | TOTAL FOR SERVICES | 2.10 | $849.00 |



RUSKIN MOSCOU FALTISCHEK P.C.
*Counselors at Law*

ID: 1869200

March 9, 2022

Invoice 6182151

Page 9

### PREVIOUS INVOICES OUTSTANDING

| Invoice No. 6178773 | 11/18/21 | 1,646.00 |
|---|---|---|
| | **TOTAL** | **1,646.00** |



RUSKIN MOSCOU FALTISCHEK P.C.
*Counselors at Law*

James Stang, Esq.
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard
Los Angeles, CA  90067

March 9, 2022

ID:  1869200.00012

Invoice No: 6182152

Re:   DISBURSEMENTS

---

### BILLING SUMMARY THROUGH JANUARY 31, 2022

| | |
|---|---:|
| Fees For Professional Services | 0.00 |
| Disbursements | 397.98 |
| CURRENT FEES AND DISBURSEMENTS | 397.98 |
| Previous Balance Due | 475.00 |
| Less Credits Posted as of March 9, 2022 | -475.00 |
| TOTAL PREVIOUS BALANCE | 0.00 |
| **TOTAL BALANCE DUE** | **397.98** |

---

### PLEASE RETURN ENCLOSED REMITTANCE COPY WITH YOUR PAYMENT

---



ID: 1869200.00012                                                                      March 9, 2022
Invoice 6182152                                                                           Page 2

## DISBURSEMENTS SUMMARY

| | |
|---|---|
| Federal Express | 17.79 |
| Searches | 380.19 |
| TOTAL DISBURSEMENTS | 397.98 |

MICHAEL S. AMATO                         **Objection Deadline: December 15, 2021, 4:00 p.m.**
JONATHAN C. SULLIVAN
E. CHRISTOPHER MURRAY
RUSKIN MOSCOU FALTISCHEK, P.C.
1425 RXR Plaza
East Tower, 15th Floor
Uniondale, NY 11556-1425
(516) 663-6600

*Special Real Estate Counsel to the Official Committee of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re:                                                          Chapter 11

THE ROMAN CATHOLIC DIOCESE OF                          Case No. 20-12345 (SCC)
ROCKVILLE CENTRE, NEW YORK,[1]

                                    Debtor.
----------------------------------------------------------X

### THIRD MONTHLY FEE STATEMENT OF RUSKIN MOSCOU FALTISCHEK, P.C. FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED AS SPECIAL REAL ESTATE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OCTOBER 1, 2021 – OCTOBER 31, 2021

| | |
|---|---|
| Name of Applicant: | Ruskin Moscou Faltischek, P.C. |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | Effective July 12, 2021 pursuant to Order dated August 9, 2021[Docket No. 667] |
| Period for which Compensation and Reimbursement is Sought: | October 1, 2021 — October 31, 2021[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $6,584 (80% of $8,230) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $475 |

This is a:    __X__ Monthly        _____ Interim        _____ Final Application.

---

[1]  The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Center, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue, P.O. Box 9023, Rockville Centre, NY 11571-9023.

[2]  The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

957292

## Preliminary Statement

Ruskin Moscou Faltischek, P.C. ("RMF"), Special Real Estate Counsel for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Diocese of Rockville Centre, New York (the "Debtor"), hereby submits this statement of fees and disbursements (the "Monthly Statement") for the period from October 1, 2021 through October 31, 2021 (the "Compensation Period") in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* dated November 4, 2020 [Docket No. 129] (the "Interim Compensation Order").

RMF requests (a) interim allowance and payment of compensation in the amount of $6,584 (80% of $8,230) for fees on account of reasonable and necessary professional services rendered to the Committee by RMF; and (b) reimbursement of actual and necessary costs and expenses in the amount of $475.

## Services Rendered During the Compensation Period

1.    **Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each RMF professional and paraprofessional that provided services to the Committee during the Compensation Period.  The rates charged by RMF for services rendered to the Committee are the same rates that RMF charges generally for professional services rendered to its non-bankruptcy clients.

2.    **Exhibit B** sets forth a billing categories summary that includes the aggregate hours per billing category spent by RMF professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

3.    **Exhibit C** sets forth a disbursement summary that includes the aggregate expenses,

2

organized by general disbursement categories, incurred by RMF in connection with services rendered to the Committee during the Compensation Period.

4.     **Exhibit D** sets forth a complete itemization of time records for RMF professionals and paraprofessionals for the Compensation Period.

### Notice and Objection Procedures

5.     Pursuant to the Interim Compensation Order, notice of the Monthly Statement has been served by hand or overnight delivery upon: (a) the Debtor c/o The Roman Catholic Diocese of Rockville Centre, 50 N Park Ave., P.O. Box 9023, Rockville Centre, NY 11571-9023 (Attn: Thomas Renker); (b) the attorneys for the Debtor, Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); (c) the Office of the United States Trustee Region 2 (the "U.S. Trustee"), 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq.); and (d) attorneys for the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 11th Floor, Los Angeles, CA 90067, (Attn: James I Stang, Esq.) and Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 36th Floor, New York, NY 10017 (Attn: Ilan D. Scharf, Esq., Karen B. Dine, Esq., and Brittany M. Michael, Esq.).  RMF submits that no other or further notice need be provided.

6.     Pursuant to the Interim Compensation Order, objections to this Application, if any, must be served upon the Application Recipients by ***December 15, 2021, 4:00 p.m.*** (the "Objection Deadline") setting forth the nature of the objection and the amount of fees or expenses at issue.

7.     If no objections to this Monthly Statement are made on or before the Objection Deadline, the Debtor shall pay RMF 80% of the fees and 100% of the expenses set forth above.

8.     To the extent an objection to this Monthly Statement is timely made, the Debtor

3

957292

shall withhold payment of that portion of the Monthly Statement to which the objection is directed

and promptly pay the remainder of the fees and disbursements in the percentages set forth above.

To the extent such objection is not resolved; it shall be preserved and presented to the Court at the

next interim or final fee application hearing.

Dated: Uniondale, New York
        November 30, 2021

                                        RUSKIN MOSCOU FALTISCHEK, P.C.
                                        *Special Real Estate Counsel to the*
                                        *Official Committee of Unsecured Creditors*


                        By:     */s/ Michael S. Amato*
                                Michael S. Amato
                                Jonathan C. Sullivan
                                E. Christopher Murray
                                East Tower, 15th Floor
                                1425 RXR Plaza
                                Uniondale, New York 11556-1425
                                (516) 663-6600
                                mamato@rmfpc.com
                                jsullivan@rmfpc.com
                                emurray@rmfpc.com

## EXHIBIT A

### Timekeeper Summary

| NAME OF PROFESSIONAL OR PARAPROFESSIONAL | TITLE | YEAR OF ADMISSION | HOURLY RATE | TOTAL HOURS BILLED | TOTAL |
|---|---|---|---|---|---|
| Michael S. Amato | Partner | 1995 | $585.00 | 4.80 | $2,808.00 |
| Jonathan C. Sullivan | Partner | 2002 | $570.00 | 1.00 | $570.00 |
| E. Christopher Murray | Partner | 1988 | $570.00 | 6.10 | $3,477.00 |
| John D. Chillemi | Associate | 2016 | $375.00 | 3.00 | $1,125.00 |
| Sarina Amiel | Legal Assistant | | $125.00 | 2.00 | $250.00 |
| **Total** | | | | 16.90 | $8,230.00 |

5

## EXHIBIT B

### Billing Categories Summary

| Matter No. | Matter Name | Hours | Amount |
|---|---|---|---|
| 00001 | Valuation Representation | 6.50 | $3,705.00 |
| 00002 | Correspondence | 0 | $0.00 |
| 00003 | Attorney Notes | .60 | $342.00 |
| 00004 | Research | 0 | $0.00 |
| 00005 | Asset Analysis and Recovery | 0 | $0.00 |
| 00006 | Case Administration | 0 | $0.00 |
| 00007 | Employment and Fee Application | 6.80 | $3,058.00 |
| 00008 | Litigation | 0 | $0.00 |
| 00009 | Meetings and Communications with Creditors | 0 | $0.00 |
| 00010 | Real Estate | 3.00 | $1,125.00 |
| 00011 | Valuation | 0 | $0.00 |
| 00012 | Disbursements | 0 | $0.00 |
|  | **TOTAL** | 16.90 | $8,230.00 |

6

957292

**EXHIBIT C**

<u>**Disbursement Summary**</u>

| Expenses (by Category) | Amounts |
|---|---|
| Recording Fees | $475.00 |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | **$475.00** |

957292



RUSKIN MOSCOU FALTISCHEK P.C.
*Counselors at Law*

James Stang, Esq.                                    November 18, 2021
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard                        ID:   1869200.00012
Los Angeles, CA   90067                             Invoice No: 6178772


Re:    DISBURSEMENTS

---

### BILLING SUMMARY THROUGH OCTOBER 31, 2021

| | |
|---|---:|
| Fees For Professional Services | 0.00 |
| Disbursements | 475.00 |
| CURRENT FEES AND DISBURSEMENTS | 475.00 |
| Previous Balance Due | 0.00 |
| Less Credits Posted as of November 18, 2021 | 0.00 |
| TOTAL PREVIOUS BALANCE | 0.00 |
| **TOTAL BALANCE DUE** | **475.00** |


**PLEASE RETURN ENCLOSED REMITTANCE COPY WITH YOUR PAYMENT**

**R F**

RUSKINMOSCOUFALTISCHEK P.C.
*Counselors at Law*

ID:  1869200.00012                                                        November 18, 2021
Invoice 6178772                                                                      Page 2

DISBURSEMENTS SUMMARY

Recording Fees – Benchmark Research, LLC                          475.00

TOTAL DISBURSEMENTS                                              475.00



RUSKINMOSCOUFALTISCHEK P.C.
*Counselors at Law*

# REMITTANCE COPY

James Stang, Esq.
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard
Los Angeles CA  90067

November 18, 2021
ID:  1869200.00012

Invoice No: 6178772

Re:   DISBURSEMENTS

---

### BILLING SUMMARY THROUGH OCTOBER 31, 2021

| | |
|---|---:|
| Fees For Professional Services | 0.00 |
| Disbursements | 475.00 |
| CURRENT FEES AND DISBURSEMENTS | 475.00 |
| Previous Balance Due | 0.00 |
| Less Credits Posted as of November 18, 2021 | 0.00 |
| TOTAL PREVIOUS BALANCE | 0.00 |
| **TOTAL BALANCE DUE** | **475.00** |

## <u>PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT</u>

**MAIL PAYMENT TO:**
**Ruskin Moscou Faltischek, PC**
**East Tower, 15th Floor**
**1425 RXR Plaza**
**Uniondale, NY 11556-1425**
**Please include this page with your payment**

**ACH PAYMENT INFORMATION:**
**BANK: Sterling Bank NA**
**ACCT NAME: Ruskin Moscou Faltischek PC**
**Attorney Business Account**
**ABA: 221472815**
**ACCT NO.: 8311148956**
**REFERENCE: Invoice No.**

**EXHIBIT D**

**Itemization of Time Records**

957292

# RMF

## RUSKINMOSCOUFALTISCHEK P.C.
*Counselors at Law*

James Stang, Esq.
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard
Los Angeles, CA  90067

November 18, 2021

ID: 1869200
Invoice No: 6178773

BILLING SUMMARY THROUGH OCTOBER 31, 2021

| | |
|---|---:|
| Fees For Professional Services | 8,230.00 |
| Disbursements | 0.00 |
| CURRENT FEES AND DISBURSEMENTS | 8,230.00 |
| Previous Balance Due | 35,653.00 |
| Less Credits Posted as of November 18, 2021 | -16,150.80 |
| TOTAL PREVIOUS BALANCE | 19,502.20 |
| TOTAL BALANCE DUE | 27,732.20 |

PLEASE RETURN ENCLOSED REMITTANCE COPY WITH YOUR PAYMENT

# R̂MF
## RUSKINMOSCOUFALTISCHEK P.C.
*Counselors at Law*

ID: 1869200

November 18, 2021

Invoice 6178773

Page 2

## MATTER RECAP

Re:    1869200.00001  VALUATION REPRESENTATION
        Fees For Professional Services:                                      3,135.00

                                            MATTER TOTAL:        3,135.00

Re:    1869200.00003  ATTORNEY NOTES
        Fees For Professional Services:                                        342.00

                                            MATTER TOTAL:          342.00

Re:    1869200.00007  EMPLOYMENT AND FEE APPLICATION
        Fees For Professional Services:                                      3,628.00

                                            MATTER TOTAL:        3,628.00

Re:    1869200.00010  REAL ESTATE
        Fees For Professional Services:                                      1,125.00

                                            MATTER TOTAL:        1,125.00



**RUSKIN MOSCOU FALTISCHEK** P.C.
*Counselors at Law*

ID: 1869200                                                                                     November 18, 2021

Invoice 6178773                                                                                          Page 3

Re:    1869200.00001  VALUATION REPRESENTATION

| DATE | INIT | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|------|------|----------------------|-------|--------|
| 10/01/21 | ECM | Emails with W. Heuer and K. Dine regarding recording stipulation; emails with W. Heuer and K. Dine regarding settlement and meeting with mayor | 1.00 | 570.00 |
| 10/08/21 | ECM | Emails with J. Chillemi re: filing stipulation | 0.30 | 171.00 |
| 10/12/21 | ECM | Emails with J. Chillemi and K. Dine regarding declaration and filing stipulation | 0.40 | 228.00 |
| 10/15/21 | ECM | Emails with attorney for Seminary regarding stipulation; meeting with mayor and appraiser | 0.50 | 285.00 |
| 10/18/21 | ECM | Email with B. Michael regarding declaration and stipulation | 0.30 | 171.00 |
| 10/19/21 | ECM | Emails with B. Michael regarding declaration | 0.70 | 399.00 |
| 10/21/21 | ECM | Emails with J. Chillemi regarding declaration and filing with County Clerk | 0.40 | 228.00 |
| 10/22/21 | ECM | Emails J. Chillemi regarding declaration | 0.40 | 228.00 |
| 10/26/21 | ECM | Emails with title company, seminary attorneys, committee counsel regarding declaration | 0.50 | 285.00 |
| 10/27/21 | ECM | Emails with Brittany Michael and William Hever regarding filing declaration and issues with sale | 0.40 | 228.00 |
| 10/28/21 | ECM | Emails with Brittany Michael regarding questions of timing | 0.40 | 228.00 |
| 10/30/21 | ECM | Emails with Brittany Michael regarding meeting | 0.20 | 114.00 |

TOTAL FOR SERVICES                                                                              $3,135.00

SERVICES RECAP

| INIT | NAME | HOURS | AMOUNT |
|------|------|-------|--------|
| ECM | E. CHRISTOPHER MURRAY | 5.50 | 3,135.00 |
| | TOTAL FOR SERVICES | 5.50 | $3,135.00 |

# R M F
## RUSKIN MOSCOU FALTISCHEK P.C.
*Counselors at Law*

ID: 1869200                                                          November 18, 2021

Invoice 6178773                                                              Page 4

Re:    1869200.00003  ATTORNEY NOTES

| DATE | INIT | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|------|------|----------------------|-------|--------|
| 09/22/21 | ECM | Conference with John Chillemi regarding time line and appraisal (.4); emails to client regarding same (.2) | 0.60 | 342.00 |
| | | TOTAL FOR SERVICES | | $342.00 |

SERVICES RECAP

| INIT | NAME | HOURS | AMOUNT |
|------|------|-------|--------|
| ECM | E. CHRISTOPHER MURRAY | 0.60 | 342.00 |
| | TOTAL FOR SERVICES | 0.60 | $342.00 |



RUSKIN MOSCOU FALTISCHEK P.C.
*Counselors at Law*

ID: 1869200                                                                    November 18, 2021

Invoice 6178773                                                                              Page 5

Re:    1869200.00007  EMPLOYMENT AND FEE APPLICATION

| DATE | INIT | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|------|------|----------------------|-------|--------|
| 10/25/21 | JCS | Review and revise interim fee application. | 1.00 | 570.00 |
| 10/25/21 | MSA | Prepare draft of monthly fee statement. | 2.10 | 1,228.50 |
| 10/26/21 | MSA | Revise monthly fee statement; email correspondence and telephone call with J. Sullivan re: same. | 1.00 | 585.00 |
| 10/26/21 | SA | Draft fee application for attorney review. | 2.00 | 250.00 |
| 10/27/21 | MSA | Email correspondence with committee counsel re: status and quarterly applications (.4); begin draft quarterly fee application (1.3). | 1.70 | 994.50 |
| | | TOTAL FOR SERVICES | | $3,628.00 |

SERVICES RECAP

| INIT | NAME | HOURS | AMOUNT |
|------|------|-------|--------|
| SA | SARINA AMIEL | 2.00 | 250.00 |
| JCS | JONATHAN C. SULLIVAN | 1.00 | 570.00 |
| MSA | MICHAEL S. AMATO | 4.80 | 2,808.00 |
| | TOTAL FOR SERVICES | 7.80 | $3,628.00 |

# RMF

## RUSKIN MOSCOU FALTISCHEK P.C.

*Counselors at Law*

ID: 1869200

November 18, 2021

Invoice 6178773

Page 6

Re:    1869200.00010  REAL ESTATE

| DATE | INIT | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|------|------|----------------------|-------|--------|
| 10/08/21 | JDC | Revised Declaration to include SCTM information and clarification of stipulation annexed there to | 0.80 | 300.00 |
| 10/12/21 | JDC | Reviewed last deed of record; further revised Declaration | 0.40 | 150.00 |
| 10/19/21 | JDC | Reviewed committee comments to delcaration; correspondence with title companny regarding recordability | 0.40 | 150.00 |
| 10/21/21 | JDC | Follow up with title company regarding recordability of Declaration | 0.20 | 75.00 |
| 10/22/21 | JDC | Follow up with title company regarding recordability of declaration with title company | 0.20 | 75.00 |
| 10/27/21 | JDC | Reviewed and responded to correspondence regarding subdivision and site plan review process and timing (.6); correspondence with title company regarding recording of Declaration and coordinated same with client(.4) | 1.00 | 375.00 |

TOTAL FOR SERVICES    $1,125.00

SERVICES RECAP

| INIT | NAME | HOURS | AMOUNT |
|------|------|-------|--------|
| JDC | JOHN CHILLEMI | 3.00 | 1,125.00 |
| | TOTAL FOR SERVICES | 3.00 | $1,125.00 |

R**F
RUSKINMOSCOUFALTISCHEK P.C.
*Counselors at Law*

ID: 1869200

November 18, 2021

Invoice 6178773

Page 7

### PREVIOUS INVOICES OUTSTANDING

| | | |
|---|---|---|
| Invoice No. 6178131 | 10/26/21 | 15,464.50 |
| Invoice No. 6177273 | 09/28/21 | 4,037.70 |
| | TOTAL | 19,502.20 |