**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,[1] | : | Case No. 20-12345 (SCC) |
|  | : |  |
| Debtor. | : |  |

---

### ORDER GRANTING APPLICATIONS FOR ALLOWANCE
### OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the Applications for Allowance of Compensation and Reimbursement of Expenses for the Fourth Interim Fee Period identified in **Schedule A** (collectively, the "Applications"), for professional services rendered and expenses incurred during the period commencing October 1, 2021 through January 31, 2022; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby:

ORDERED that the Applications are granted to the extent set forth in the attached **Schedule A**.

Dated:  April 13, 2022            /S/ Shelley C. Chapman
       New York, New York        THE HONORABLE SHELLEY C. CHAPMAN
                                            UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue P.O. Box 9023, Rockville Centre, NY 11571-9023.

In re The Roman Catholic Diocese of Rockville Centre, New York (Bankr. S.D.N.Y. No. 20-12345)

**THIRD INTERIM FEE PERIOD**  SCHEDULE A
October 1, 2021 – January 31, 2022

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Jones Day | Mar. 15, 2022 Docket No. 1006 | $3,202,501.50 | $3,197,501.50 | $3,197,501.50 | $0 | $3,197,501.50 | $148,161.86 | $148,161.86 |
| Alvarez & Marsal North America LLC | Mar. 15, 2022 Docket No. 1007 | $707,977.50 | $707,977.50 | $707,977.50 | $0 | $707,977.50 | $2,532.94 | $2,532.94 |
| Reed Smith LLP | Mar. 17, 2022 Docket No. 1022 | $993,256.50 | $993,256.50 | $993,256.50 | $0 | $993,256.50 | $8,864.93 | $8,864.93 |
| Nixon Peabody LLP | Mar. 16, 2022 Docket No. 1020 | $572,085.50 | $572,085.50 | $572,085.50 | $0 | $572,085.50 | $815.63 | $815.63 |
| Sitrick and Company, Inc. | Mar. 1, 2022 Docket No. 995 | $17,420.50 | $17,420.50 | $17,420.50 | $0 | $17,420.50 | N/A | N/A |
| Pachulski Stang Ziehl & Jones LLP | Mar. 15, 2022 Docket No. 1010 | $883,629.00 | $883,629.00 | $883,629.00 | $0 | $883,629.00 | $16,266.20 | $16,266.20 |
| Berkeley Research Group, LLC | Mar. 15, 2022 Docket No. 1012 | $358,313.00 | $357,638.00 | $357,638.00 | $0 | $357,638.00 | N/A | N/A |
| Burns Bowen Bair LLP | Mar. 15, 2022 Docket No. 1011 | $75,804.00 | $75,804.00 | $75,804.00 | $0 | $75,804.00 | $1,078.25 | $1,078.25 |
| Ruskin Moscou Faltischek, P.C. | Mar. 15, 2022 Docket No. 1013 | $22,661.00 | $22,661.00 | $22,661.00 | $0 | $22,661.00 | $872.98 | $872.98 |
| Forchelli Deegan Terrana LLP | Mar. 15, 2022 Docket No. 1009 | $37,523.00 | $37,523.00 | $37,523.00 | $0 | $37,523.00 | N/A | N/A |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Robert E. Gerber | Mar. 16, 2022 Docket No. 1014 | $122,640.00 | $122,640.00 | $122,640.00 | $0 | $122,640.00 | $48.73 | $48.73 |
| Michael R. Hogan | Mar. 16, 2022 Docket No. 1016 | $8,840.00 | $8,840.00 | $8,840.00 | $0 | $8,840.00 | N/A | N/A |
| Standard Valuation Services | Mar. 17, 2022 Docket No. 1023 | $3,250.00 | $3,250.00 | $3,250.00 | $0 | $3,250.00 | N/A | N/A |
| Joseph Hage Aaronson LLC | Mar. 16, 2022 Docket No. 1017 | $1,620.00 | $1,620.00 | $1,620.00 | $0 | $1,620.00 | N/A | N/A |

DATE ON WHICH ORDER WAS SIGNED: 4/13/22                    INITIALS: SCC USBJ