UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, | : | Case No. 20-12345-mg |
| | : | |
| Debtor. | : | |

## MEDIATOR'S STATUS REPORT

Pursuant to Paragraph 10 of the *Order Appointing a Mediator* [Docket 794], the undersigned Mediator reports as follows:

1. All mediation parties continue to participate in good faith in the mediation process.

2. The Mediator has had continued substantive discussions with key parties and solicited views on the legal and factual issues to be addressed in the mediation process. The Mediator also had the benefit of substantive briefing from parties on the legal issues, particularly relating to insurance coverage, continues to monitor the status of parties' evaluations to participate meaningfully in the mediation process, and continues to work with the parties in addressing disputes among them relating to the exchange of information.

3. Virtual meetings with certain parties continue and additional in-person mediation sessions with parties are scheduled or planned for July and August 2022.

[*Remainder of Page Intentionally Blank*]

Dated: June 29, 2022

                                   Respectfully submitted,

                                   */s/ Paul J. Van Osselaer*

                                   Paul J. Van Osselaer
                                   VAN OSSELAER DISPUTE RESOLUTION PLLC
                                   2305 Cheswick Court
                                   Austin, TX 78746
                                   (512) 593-5104
                                   (512) 413-0452 – Mobile
                                   Paul@VanOsselaerADR.com

                                   COURT-APPOINTED MEDIATOR [Docket 794]