UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | The Roman Catholic Diocese of Rockville Centre, New York, | Case No. | 20 - 12345 |
|---|---|---|---|
| | Debtor | Reporting Period | May 1, 2022 – May 31, 2022 |
| | | Federal Tax I.D. # | 11-1837437 |

Exhibits to Monthly Operating Report for the period
May 1, 2022 to May 31, 2022

| Required Documents | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Statement of Cash Receipts and Disbursements | Exhibit 1 | X | |
| Balance Sheet | Exhibit 2 | X | |
| Statement of Operations | Exhibit 3 | X | |
| Accounts Receivable Aging | Exhibit 4 | X | |
| Postpetition Liabilities Aging | Exhibit 5 | X | |
| Schedule of Payments to Professionals | Exhibit 6 | X | |
| Schedule of Payments to Insiders | Exhibit 7 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | Exhibit 8 | X | |
|    Copies of bank statements | | | X |
|    Cash disbursements journals | | | X |
| Schedule of Transfers Between Debtor and Affiliate | Exhibit 9 | X | |
| Debtor Questionnaire Exhibits | Exhibit 11 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached
are true and correct to the best of my knowledge and belief.

Signature of Debtor

| /s/ Thomas Doodian | June 30, 2022 |
|---|---|
| Signature of Authorized Individual* | Date |

Thomas Doodian – Chief Financial Officer
Printed Name of Authorized Individual*

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

| | | |
|---|---|---|
| In re:  The Roman Catholic Diocese of Rockville Centre, New York, | Case No. | 20 - 12345 |
| Debtor | Reporting Period | May 1, 2022 – May 31, 2022 |
| | Federal Tax I.D. # | 11-1837437 |

**Statement of Cash Receipts and Disbursements (May 1, 2022 – May 31, 2022)**
Exhibit-1
(Unaudited – in $)

### ADMINISTRATIVE OFFICES CASH FLOW

| Line Item | Current Month | Total Since Filing |
|---|---:|---:|
| **Operating Account Beginning Balance (Bank)** | $ 20,212,832 | $ 5,127,955 |
| Less: Outstanding Float | - | - |
| Less: Outstanding Checks | (102,448) | (45,529) |
| Less: Unsettled EFTs | - | - |
| **Operating Account Beginning Balance (Book)** | 20,110,384 | 5,082,426 |
| **Receipts** | | |
| Cathedraticum from Parishes | 405,286 | 15,291,262 |
| Transfers from CMA | 378,677 | 7,574,198 |
| Spectrum and Other Lease Income | 253,389 | 4,929,635 |
| Departmental, Chaplaincy & Program Income | 172,014 | 4,625,600 |
| Donations and Other Receipts | 42,289 | 2,112,256 |
| Administrative Services Income and Other Interco, net | 591,152 | 6,801,955 |
| Investment Income (Loss) | 816 | 13,596 |
| Release of Restricted Funds | 65,214 | 556,482 |
| **Total Receipts** | 1,908,836 | 41,904,984 |
| **Operating Disbursements** | | |
| Payroll and Benefits | (1,309,979) | (27,168,396) |
| Canon 1271 and Catholic Group Assessments | (51,992) | (762,851) |
| Clergy/Deacon/Seminarian Tuition, Immigration & Assistance | (162,508) | (722,097) |
| Rent, Parking, Facilities Use and Related Utilities | (57,101) | (1,362,152) |
| PSIP and NYSIF Insurance | (116,053) | (512,017) |
| Other Professional Fees & Service Providers | (136,613) | (4,429,435) |
| Other Accounts Payable | (63,767) | (1,506,728) |
| **Total Operating Disbursements** | (1,898,013) | (36,463,676) |
| **Mission Related Disbursements** | | |
| Catholic Faith Network | (50,150) | (1,003,000) |
| Tomorrow's Hope Foundation | - | - |
| The Long Island Catholic/Fe Fuerza Vida | - | - |
| Immaculate Conception Seminary | - | - |
| Sacred Heart Institute | - | (147,500) |
| Other | - | - |
| **Total Mission Related Disbursements** | (50,150) | (1,150,500) |
| **Chapter 11 Disbursements** | | |
| Chapter 11 Professional Fees | (349,040) | (31,601,216) |
| **Total Chapter 11 Professional Fees** | (349,040) | (31,601,216) |
| **Transfers in from Money Market Account** | 2,000,000 | 43,950,000 |
| **Net Cash Flow** | 1,611,633 | 16,639,591 |
| Beginning Book Cash Balance | 20,110,384 | 5,082,426 |
| (+/-) Net Cash Flow | 1,611,633 | 16,639,591 |
| **Operating Account Ending Cash Balance (Book)** | 21,722,017 | 21,722,017 |
| Ending Check Float and Unsettled EFTs | 18,860 | 18,860 |
| **Operating Account Ending Cash Balance (Bank)** | 21,740,878 | 21,740,878 |
| **Money Market Account Beginning Cash Balance** | 17,667,999 | 59,595,241 |
| Transfers out to operating account | (2,000,000) | (43,950,000) |
| Transfers in from operating account | - | - |
| Interest earned | 9,713 | 32,471 |
| **Money Market Account Ending Cash Balance** | 15,677,712 | 15,677,712 |
| **Combined Operating and Money Market Account Ending Balance** | 37,418,590 | 37,418,590 |
| Utility Adequate Assurance Account | (24,356) | (24,356) |
| **Available Combined Ending Bank Balance** | $ 37,394,234 | $ 37,394,234 |

| In re: | The Roman Catholic Diocese of Rockville Centre, New York, | Case No. | 20 - 12345 |
|---|---|---|---|
| | Debtor | Reporting Period | May 1, 2022 – May 31, 2022 |
| | | Federal Tax I.D. # | 11-1837437 |

**Statement of Cash Receipts and Disbursements (May 1, 2022 – May 31, 2022)**
Exhibit-1
(Unaudited – in $)

### PSIP CASH FLOW

| Line Item | Current Month | Total Since Filing |
|---|---:|---:|
| **Operating Account Beginning Balance (Bank)** | $ 3,763,134 | $ 1,516,175 |
| Less: Outstanding Float | (29,933) | (244) |
| Less: Outstanding Checks | (1,190,708) | (395,057) |
| Less: Unsettled EFTs | - | - |
| **Operating Account Beginning Balance (Book)** | 2,542,493 | 1,120,874 |
| **Receipts** | | |
| Premiums from Parishes | 502,844 | 24,715,823 |
| Assessment Refunds | - | - |
| Other Income | 302 | 14,236 |
| Insurance Recoveries | 322,180 | 8,836,114 |
| Administrative services income and other interco, net | 120,000 | 287,624 |
| **Total Receipts** | 945,327 | 33,853,796 |
| **Operating Disbursements** | | |
| Payroll and Benefits | (105,461) | (1,275,695) |
| Claims Expense | (740,227) | (9,274,000) |
| Insurance Premiums | - | (16,429,333) |
| Other Insurance Costs | (6,300) | (463,686) |
| Other Professional Fees | - | (117,788) |
| Other Legal Fees | (580) | (239,929) |
| Pastoral Care | (22,705) | (543,228) |
| Other Expenses | (4,388) | (535,761) |
| **Total Operating Disbursements** | (879,662) | (28,879,419) |
| **Chapter 11 Disbursements** | | |
| Chapter 11 Professional Fees | (244,225) | (3,401,373) |
| **Total Chapter 11 Professional Fees** | (244,225) | (3,401,373) |
| **Intercompany Transfers** | - | - |
| **Funds Held For Others** | 84,395 | 646,573 |
| **Transfers out to Other Accounts** | - | (7,624,600) |
| **Transfers in from Other Accounts** | - | 6,721,902 |
| **Net Cash Flow** | (94,165) | 1,316,879 |
| Beginning Book Cash Balance | 2,542,493 | 1,120,874 |
| (+/-) Net Cash Flow | (94,165) | 1,316,879 |
| **Operating Account Ending Cash Balance (Book)** | 2,448,328 | 2,437,753 |
| Ending Check Float and Unsettled EFTs | 801,517 | 801,517 |
| **Operating Account Ending Cash Balance (Bank)** | 3,249,845 | 3,239,270 |
| **Money Market Account Beginning Cash Balance** | 18,387,578 | 17,424,241 |
| Transfers out to operating account | - | (5,750,000) |
| Transfers in from operating account | - | 6,700,000 |
| Interest earned | 10,622 | 23,958 |
| **Money Market Account Ending Cash Balance** | 18,398,199 | 18,398,199 |
| **Combined Operating and Money Market Account Ending Balance** | 21,648,045 | 21,637,470 |
| Recoveries due to Catholic Health Services | (971,391) | (971,391) |
| **Available Combined Ending Bank Balance** | $ 20,676,653 | $ 20,666,078 |

| Disbursements for Calculating U.S. Trustee Quarterly Fees | May | Since Filing |
|---|---:|---:|
| Administrative Offices | $ 2,297,202.84 | $ 69,215,392.62 |
| PSIP | 1,123,886.65 | 32,280,792.17 |
| **Total Disbursements for Calculating U.S. Trustee Quarterly Fees** | $ 3,421,089.49 | $ 101,496,184.79 |

| In re: | The Roman Catholic Diocese of Rockville Centre, New York, | Case No. | 20 - 12345 |
|---|---|---|---|
| | Debtor | Reporting Period | May 1, 2022 – May 31, 2022 |
| | | Federal Tax I.D. # | 11-1837437 |

**Balance Sheet as of May 31, 2022**
Exhibit-2
(Unaudited – $ in thousands)

| Admin Offices Balance Sheet | as of 5/31/22 |
|---|---|
| **Assets** | |
| Unrestricted Cash | 37,402 |
| Unrestricted Investments | 17 |
| Accounts Receivable | 1,658 |
| Contributions Receivable | 6,337 |
| Prepaid Expenses | 1,018 |
| Due from Other Entity | 404 |
| Property, Plant & Equipment | 390 |
| Other Assets | 4,712 |
| Subtotal Unrestricted Assets | 51,939 |
| | |
| Restricted Cash & Investments | 20,432 |
| | |
| **Total Assets** | **72,371** |
| | |
| **Liabilities Not Subject to Compromise (Post-Petition)** | |
| Accounts Payable | 4,047 |
| Accrued Expenses | 3,727 |
| Accrued Payroll Liabilities | 106 |
| Deferred Revenue | 255 |
| Due to Other Entity | 81 |
| Asset Retirement Obligation | 9 |
| Other Liabilities | 5,281 |
| Total Liabilities Not Subject to Compromise | 13,506 |
| | |
| **Liabilities Subject to Compromise (Pre-Petition)** | |
| Accounts Payable | 203 |
| Accrued Expenses | 7 |
| Accrued Payroll Liabilities | 1,833 |
| Deferred Revenue | 74 |
| Due to Other Entity | 33 |
| Asset Retirement Obligation | 184 |
| Other Liabilities | 679 |
| Total Liabilities Subject to Compromise | 3,014 |
| | |
| **Total Liabilities** | **16,520** |
| | |
| **Net Assets** | **55,851** |

| PSIP Balance Sheet | as of 5/31/22 |
|---|---|
| **Assets** | |
| Unrestricted Cash and Cash Equivalents | 20,847 |
| Restricted Cash, Cash Equivalents and Investments | 8,254 |
| Investments | – |
| Accounts Receivable, net of allowance | 3,631 |
| Hospital Receivable on Unpaid Losses | 28,367 |
| Other Receivables | 4,128 |
| Insurance Reimbursable on Unpaid Losses | 33,852 |
| Insurance Reimbursable on Paid Losses, net of allowance | 4,433 |
| Prepaid Expenses & Other Assets | 7,349 |
| Exchange | – |
| **Total Assets** | **110,862** |
| | |
| **Liabilities Not Subject to Compromise (Post-Petition)** | |
| Accounts Payable | 393 |
| Loss & Loss Adj. Payable - Retained | – |
| Loss & Loss Adj. Payable - Ceded | – |
| Workers' Comp Reserve | – |
| Other Liabilities | 9,398 |
| Total Liabilities Not Subject to Compromise | 9,791 |
| | |
| **Liabilities Subject to Compromise (Pre-Petition)** | |
| Accounts Payable | 1 |
| Loss & Loss Adj. Payable - Retained | 41,220 |
| Loss & Loss Adj. Payable - Ceded | 33,852 |
| Workers' Comp Reserve | 1,697 |
| Other Liabilities | 2,274 |
| Total Liabilities Subject to Compromise | 79,043 |
| | |
| **Total Liabilities** | **88,835** |
| | |
| **Net Assets** | **22,027** |

| | | | |
|---|---|---|---|
| In re: The Roman Catholic Diocese of Rockville Centre, New York, | | Case No. | 20 - 12345 |
| Debtor | | Reporting Period | May 1, 2022 – May 31, 2022 |
| | | Federal Tax I.D. # | 11-1837437 |

**Balance Sheet as of May 31, 2022**
Exhibit-2
(Unaudited –$ in thousands)

| Mission Office Balance Sheet | as of 5/31/22 |
|---|---|
| <u>Assets</u> | |
| Unrestricted Cash | 201 |
| Unrestricted Investments | 476 |
| Prepaid Expenses | 0 |
| Due from Other Entity and Other | – |
| Subtotal: Unrestricted Assets | 676 |
| | |
| Restricted Cash & Investments | 323 |
| Restricted Contributions Receivable | – |
| Restricted Due from Other Entity | – |
| Subtotal: Restricted Assets | 323 |
| **Total Assets** | **999** |
| | |
| <u>Liabilities Not Subject to Compromise (Post-Petition)</u> | |
| Accounts Payable | – |
| Accrued Expenses | – |
| Accrued Payroll Liabilities | – |
| Due to Other Entity | 3 |
| Funds Held for Others (collected after petition date) | 49 |
| Total Liabilities Not Subject to Compromise | 52 |
| | |
| <u>Liabilities Subject to Compromise (Pre-Petition)</u> | |
| Accounts Payable | – |
| Accrued Expenses | – |
| Accrued Payroll Liabilities | – |
| Due to Other Entity | – |
| Due to Other Entity | – |
| Funds Held for Others (collected pre petition date) | 271 |
| Total Liabilities Subject to Compromise | 271 |
| | |
| **Total Liabilities** | **323** |
| | |
| **Net Assets** | **676** |

| In re: | The Roman Catholic Diocese of Rockville Centre, New York, | Case No. | 20 - 12345 |
| --- | --- | --- | --- |
| | Debtor | Reporting Period | May 1, 2022 – May 31, 2022 |
| | | Federal Tax I.D. # | 11-1837437 |

**Statement of Operations - May 2022**
Exhibit-3
(Unaudited –$ in thousands)

| Admin Offices Income Statement | May 2022 | Case to Date |
| --- | ---: | ---: |
| Revenue | | |
| Parish Assessments | 835 | 16,110 |
| Unrestricted Donations & Contributions | 8 | 1,336 |
| Admin Services Revenue | 311 | 6,365 |
| Cell Tower Income | 297 | 5,832 |
| Investment Income (Loss) | 1 | 13 |
| Other Revenue | 244 | 5,693 |
| Assets Released from Restricted | 904 | 10,381 |
| **Total Unrestricted Revenue** | **2,599** | **45,730** |
| Operating Expenses | | |
| Salaries & Benefits | 1,270 | 25,762 |
| Professional Fees | 194 | 4,463 |
| Insurance Claims Expense | – | – |
| Rent, Facilities & Utilities | 111 | 3,628 |
| Other Operating Expense | 181 | 5,627 |
| Operating Support Expense | 521 | 1,544 |
| **Total Operating Expenses** | **2,278** | **41,023** |
| Reorganization Items | 2,752 | 38,716 |
| **Total Expenses** | **5,029** | **79,739** |
| **Change in Net Assets due to Unrestricted Activity** | **(2,430)** | **(34,009)** |
| Restricted Activity | | |
| CMA Donations & Contributions | 522 | 15,191 |
| CMA Assets Released from Restricted | (367) | (8,815) |
| CMA Grants | (39) | (2,375) |
| Non-School Assessment Revenue | 381 | 6,960 |
| Non-School Assessment Grant | – | (4,589) |
| Investment Income (Loss) from Restricted | (0) | (8) |
| Sale of Fixed Assets | – | 4,955 |
| Other Restricted Revenue | 121 | 2,294 |
| Other Revenue Released from Restricted | (537) | (1,565) |
| **Total Restricted Activity** | **81** | **12,047** |
| **Change in Net Assets** | **(2,349)** | **(21,962)** |

| PSIP Income Statement | May 2022 | Case to Date |
| --- | ---: | ---: |
| Revenue | | |
| Insurance Assessments | 1,405 | 26,635 |
| Specific Excess Recoveries | 583 | 7,880 |
| Investment Gains / (Losses) | – | – |
| Other Revenue | 26 | 254 |
| **Total Revenue** | **2,014** | **34,769** |
| Operating Expenses | | |
| Claims Expense | 763 | 9,817 |
| Insurance Expense | 1,171 | 22,619 |
| Bad Debt Expense | – | 534 |
| Professional Fees | 33 | 1,552 |
| Salaries & Benefits | 57 | 1,118 |
| Rent, Facility, Utilities | 4 | 85 |
| Other Operating Expenses | 1 | 45 |
| **Total Operating Expenses** | **2,030** | **35,770** |
| Reorganization Items | 194 | 4,415 |
| **Total Expenses** | **2,224** | **40,184** |
| **Change in Net Assets** | **(210)** | **(5,415)** |

| | | |
|---|---|---|
| In re: The Roman Catholic Diocese of Rockville Centre, New York, | Case No. | 20 - 12345 |
| Debtor | Reporting Period | May 1, 2022 – May 31, 2022 |
| | Federal Tax I.D. # | 11-1837437 |

**Statement of Operations - May 2022**
Exhibit-3
(Unaudited – $ in thousands)

| Mission Office Income Statement | May 2022 | Case to Date |
|---|---|---|
| *Revenue* | | |
| Admin Services Revenue | 2 | 74 |
| Investment Income (Loss) | 0 | 0 |
| Other Revenue | 0 | 0 |
| **Total Unrestricted Revenue** | **2** | **74** |
| | | |
| *Operating Expenses* | | |
| Salaries & Benefits | 2 | 32 |
| Professional Fees | 0 | 35 |
| Rent, Facilities & Utilities | 0 | 2 |
| Printing | – | – |
| Other Operating Support Expense | 0 | 5 |
| **Total Expenses** | **2** | **74** |
| | | |
| Reorganization Items | – | – |
| | | |
| **Total Expenses** | **2** | **74** |
| | | |
| **Change in Net Assets** | **–** | **0** |

In re: The Roman Catholic Diocese of Rockville Centre, New York, Debtor  
20-12345-mg Doc 184-1 Filed 06/30/22 Entered 06/30/22 20:59:58 Exhibits to Monthly Operating Report Pg 8 of 15  
Case No. 20 - 12345  
Reporting Period May 1, 2022 - May 31, 2022  
Federal Tax I.D. # 11-1837437

**Accounts Receivable Aging**
Exhibit-4
(Unaudited –In $)

## Accounts Receivable Reconciliation and Aging

| Administrative Offices Accounts Receivable Reconciliation | Amount |
|---|---:|
| Total Accounts Receivable at the beginning of the reporting period | $ 9,900,214 |
| (+) Amounts billed during the period | 582,301 |
| (-) Amounts collected during the period | (1,191,135) |
| **Total Accounts Receivable at the end of the reporting period** | **$ 9,291,380** |

| Administrative Offices Accounts Receivable Aging as of 5/31/2022 | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---:|---:|---:|---:|---:|
| **Total Accounts Receivable** | $ 464,319 | $ 38,387 | $ 4,520 | $ 8,784,154 | $ 9,291,380 |

| PSIP Accounts Receivable Reconciliation | Amount |
|---|---:|
| Total Accounts Receivable at the beginning of the reporting period | $ 4,744,478 |
| (+) Amounts billed during the period | 7,930,660 |
| (-) Amounts collected during the period | (502,844) |
| **Total Accounts Receivable at the end of the reporting period** | **$ 12,172,293** |

| PSIP Accounts Receivable Aging as of 5/31/2022 | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---:|---:|---:|---:|---:|
| **Total Accounts Receivable** | $ 7,877,978 | $ (72,875) | $ - | $ 4,367,190 | $ 12,172,293 |

In re: The Roman Catholic Diocese of Rockville Centre, New York, Case No. 20 - 12345
Debtor
20-12345-mg    Doc 184-1    Filed 06/30/22    Entered 06/30/22 20:59:58    Exhibits to
Monthly Operating Report    Pg 9 of 15
Reporting Period    May 1, 2022 - May 31, 2022
Federal Tax I.D. #    11-1837437

**Postpetition Liabilities Aging**
Exhibit-5
(Unaudited –In $)

**Postpetition Liabilities Aging**

| As of 5/31/2022 | Current | 1-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Administrative Offices Payable | $ 2,521,792 | $ 1,524,223 | $ 2,864 | $ (3,310) | $ 1,355 | $ 4,046,924 |
| PSIP Payable | 366,290 | 496 | - | 26,438 | - | $ 393,224 |
| Mission Office Payable | - | - | - | - | - | - |
| Taxes Payable | - | - | - | - | - | - |
| **Total Post-Petition Debts**[1] | **$ 2,888,083** | **$ 1,524,718** | **$ 2,864** | **$ 23,127** | **$ 1,355** | **$ 4,440,147** |

**Notes:**
(1) Invoices are processed on a rolling basis as they are received; aging is based on the invoice date and not the date the invoice is received by the Diocese

20-12345-mg    Doc 1184-1    Filed 06/30/22    Entered 06/30/22 20:59:58    Exhibits to
Monthly Operating Report    Pg 10 of 15

In re: The Roman Catholic Diocese of Rockville Centre, New York,    Case No. 20-12345
Debtor    Reporting Period    May 1, 2022 - May 31, 2022
    Federal Tax I.D. #    11-1837437

**Schedule of Payments to Professionals**
Exhibit-6
(Unaudited –In $)

### Schedule of Payments to Professionals

| Name | Role | Retention Date | Retainer Balance as of Petition Date | Post-Petition Fees & Expenses Paid During Reporting Period | Post-Petition Fees & Expenses Paid to Date | Total Incurred and Unpaid[1] |
|---|---|---|---|---|---|---|
| Alvarez & Marsal North America, LLC | Restructuring Advisor | 10/1/2020 | $ 353,979.03 | $ - | $ 5,275,393 | $ 577,839 |
| Jones Day | Counsel | 10/1/2020 | 800,000.00 | - | 13,377,627 | 2,161,312 |
| Reed Smith LLP | Special Insurance Counsel | 10/1/2020 | 13,931.20 | 244,225 | 3,390,798 | 508,174 |
| Sitrick and Company, Inc. | Communications Consultant | 10/1/2020 | 439.34 | 5,215 | 231,115 | 5,923 |
| Epiq Corporate Restructuring, LLC | Claims & Noticing Agent | 10/1/2020 | 16,032.94 | - | 883,997 | 24,705 |
| Burns Bowen Bair LLP | Special Insurance Counsel | 10/29/2020 | - | 18,509 | 485,135 | 179,625 |
| Kinsella Media LLC | Expert Consultant | 11/17/2020 | - | - | 45,155 | - |
| Pachulski Stang Ziehl & Jones LLP | UCC Counsel | 10/16/2020 | - | 157,969 | 4,143,160 | 1,784,462 |
| Berkeley Research Group, LLC | Financial Advisor | 10/29/2020 | - | - | 1,059,763 | 563,793 |
| Nixon Peabody LLP | Special Counsel | 10/1/2020 | 69,554.65 | 118,620 | 3,396,403 | 243,372 |
| Jon R. Conte, Ph.D. | Expert Consultant | 11/17/2020 | - | - | 9,344 | - |
| Arthur J. Gonzalez | Special Mediator | 5/14/2021 | - | - | 112,500 | 50,000 |
| Binder & Schwartz | Counsel to Special Mediator | 5/14/2021 | - | - | 40,696 | 1,567 |
| Ruskin Moscou Faltischek | Real Estate Counsel to UCC | 7/12/2021 | - | - | 59,187 | 2,162 |
| Robert E. Gerber | Future Claims Rep. | 10/27/2021 | - | 6,160 | 128,849 | 84,199 |
| Hon. Michael A. Hogan | Financial Advisor to FCR | 11/8/2021 | - | 4,964 | 13,804 | 35,610 |
| Paul J. Van Osselaer | Mediator | 10/20/2021 | - | 37,604 | 78,242 | - |
| Forchelli Deegan Terrana LLP | Special Real Estate Counsel | 12/15/2021 | - | - | 37,523 | 13,500 |
| Standard Valuation Services | Real Estate Appraiser | 1/4/2022 | - | - | 10,047 | 53,603 |
| Joseph Hage Aaronson LLC | Counsel to FCR | 11/8/2021 | - | - | 1,620 | 3,630 |
| **Total Post-Petition Payments to Professionals** | | | **$ 1,253,937** | **$ 593,265** | **$ 32,780,356** | **$ 6,293,475** |

**Notes:**

(1) Total incurred and unpaid amounts comprised of monthly fee statements and interim fee applications filed with the court pursuant to the Court's order governing interim compensation of retained professionals.

In re: The Roman Catholic Diocese of Rockville Centre, New York,
Debtor

Case No. 20-12345

Reporting Period: May 1, 2022 - May 31, 2022

Federal Tax I.D. # 11-1837437

**Schedule of Payments to Insiders**
Exhibit-7
(Unaudited –In $)

## Schedule of Payments to Insiders

| Name | Type of Payment | Amount Paid During Current Month | Total Paid to Date |
|---|---|---:|---:|
| All Insiders[1] | Payroll | $ 46,363 | $ 971,827 |
| All Insiders[1] | Expense Reimbursement | 42 | 2,216 |
| **Total Payments to Insiders** | | **$ 46,405** | **$ 974,042** |

**Notes:**

(1) Represents payments made by the debtor to persons considered to be "insiders" under the Bankruptcy Code during the reporting period. The total is shown on a cash basis, reflecting the actual amounts received, net of any applicable taxes, withholdings or other deductions.

Persons included as "insiders" have been included for informational purposes only. The Debtor does not concede or take any position with respect to:
(a) such person's influence over the control of the Debtor; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws or with respect to any theories of liability or for any other purpose. Further, the inclusion of a party as an "insider" in not an acknowledgement or concession that such party is an "insider" under applicable bankruptcy law.

| In re: | The Roman Catholic Diocese of Rockville Centre, New York, | | Case No. | 20 - 12345 |
|---|---|---|---|---|
| | Debtor | | Reporting Period | May 1, 2022 – May 31, 2022 |

**Bank Account Reconciliations**  Federal Tax I.D. #   11-1837437
Exhibit 8
(Unaudited – in $)

| Bank Name | Account Name | Bank Account | 5/31 Bank Balance[1] |
|---|---|---|---|
| **Administrative Office Unrestricted Accounts** | | | |
| JPMorgan Chase | Main Operating Account | 0928 | $ 3,323,860.86 |
| JPMorgan Chase | Main Money Market Account | 0769 | 15,677,712.14 |
| JPMorgan Chase | Donations-PPD | 2581 | 16,354,167.72 |
| JPMorgan Chase | JPM Money Market Account for Donations-PPD | 6575 | - |
| JPMorgan Chase | Utility Deposit Account | 2607 | 24,356.43 |
| Signature Bank | Signature Money Market Account | 3567 | 2,006,541.48 |
| JPMorgan Chase | St. Pius Residence Operating Account | 7252 | 31,951.34 |
| **Subtotal: Administrative Office Accounts** | | | $ 37,418,589.97 |
| **Administrative Office Accounts Restricted, Held for Others, or Non-Debtor** | | | |
| JPMorgan Chase | 403(b) Contribution Account* | 2823 | $ 260,698.47 |
| JPMorgan Chase | Catholic Ministries Appeal-PPD | 2565 | 9,465,277.45 |
| JPMorgan Chase | JPM MMA Account for Catholic Ministries Appeal- PPD | 6574 | - |
| JPMorgan Chase | DSI Dividend Account | 6552 | 500.00 |
| Peoples United Bank | Estate of Spanburg CD* | 1315 | 50,443.42 |
| PUB/BNY | Charitable Gift Annuity Account* | 2279 | 116,536.59 |
| JPMorgan Chase | Health & Welfare Contribution Account* | 1128 | 201,650.51 |
| JPMorgan Chase | Health & Welfare Contribution Money Market Account* | 4873 | 5,055.16 |
| JPMorgan Chase | Health & Welfare Paying Agent Account* | 0951 | 412,077.99 |
| JPMorgan Chase | Health & Welfare Paying Agent Money Market Account* | 0772 | 949.16 |
| JPMorgan Chase | Catalyst- Dental* | 9923 | 17,027.90 |
| JPMorgan Chase | Catalyst- Medical (2019 & Prior)* | 0131 | Closed |
| Citibank | DRVC for National Assoc of Pastoral Musicians, RVC Chapter† | 4894 | 1,930.40 |
| JPMorgan Chase | Lay Pension Contribution Account* | 8210 | 244,829.05 |
| JPMorgan Chase | Lay Pension Money Market Account* | 1340 | 10,044.48 |
| Unitas | Legacy Endowment Funds* | Various | 339,033.42 |
| JPMorgan Chase | Mission Office Money Market Account*^ | 0767 | 10,278.42 |
| JPMorgan Chase | Mission Office Operating Account*^ | 0902 | 202,613.13 |
| Unitas | RVC Mission Projects*^ | 10-101477 | 376,654.19 |
| Unitas | Mission Operations*^ | 10-111477 | 198,283.21 |
| Unitas | Mission Office-El Cercado* | 10-401477 | 55,643.63 |
| Unitas | DRM-DOM Repub Mission* | 10-601477 | 167,870.85 |
| JPMorgan Chase | Non-School Assessment-PPD | 2573 | 1,353,455.43 |
| JPMorgan Chase | JPM Money Market Account for Non-School Assessment PPD | 6576 | - |
| NYS Workers Compensation Board | NYS Workers Comp Deposit Account | 1432 | 7,510,619.39 |
| JPMorgan Chase | Priest Pension Contribution Account* | 3148 | 59,783.46 |
| JPMorgan Chase | Priest Pension Money Market Account* | 8192 | 10,022.78 |
| JPMorgan Chase | Priest Welfare & Benefits Contribution Account* | 0910 | 104,670.36 |
| JPMorgan Chase | Priest Welfare & Benefits Money Market Account* | 0768 | 10,022.76 |
| JPMorgan Chase | Restricted Donations/Collections Account* | 5710 | 3,460,212.06 |
| JPMorgan Chase | MMA Account for Restricted Donation/Collections* | 6573 | - |
| JPMorgan Chase | Proceeds:50 North Park- RVC* | 2599 | 5,200,000.00 |
| JPMorgan Chase | JPM MMA Account for Proceeds: 50 North Park- RVC* | 6577 | - |
| Charles Schwab | Stock Donation Account* | 1911 | 229,521.33 |
| **Subtotal: Administrative Office Accounts Restricted, Held for Others, or Non-Debtor** | | | $ 30,075,705.00 |

| Bank Name | Account Name | Bank Account | 5/31 Bank Balance |
|---|---|---|---|
| **PSIP Unrestricted Accounts** | | | |
| JPMorgan Chase | PSIP Operating Account | 0936 | $ 3,212,073.12 |
| JPMorgan Chase | PSIP Money Market Account | 0770 | 18,398,199.42 |
| JPMorgan Chase | Pastoral Care Account | 6502 | 37,772.19 |
| JPMorgan Chase | Network Adjusters Disbursement Account | 0932 | - |
| **Subtotal: PSIP Accounts** | | | $ 21,648,044.73 |
| **PSIP Accounts Restricted** | | | |
| JPMorgan Chase | PSIP Claims Intermediate Account | 0656 | - |
| **Subtotal: PSIP Accounts Restricted** | | | $ - |

| Petty Cash Spend Category | Amount Paid During Current Month | Total Paid to Date |
|---|---|---|
| Food | $ 9 | $ 897 |
| Maintenance / Dry Cleaning | - | 1,165 |
| Other | 3 | 327 |
| **Total Petty Cash Spend** | **$ 12** | **$ 2,390** |

**Notes:**
(1) All bank accounts are reconciled each period when statements are received. The reconciliations are not attached to this Monthly Operating Report, but will be provided to the U.S. Trustee upon request.
* Denotes an FHO Account
† Denotes a Non-Debtor Account
^ Partially Restricted

In re: The Roman Catholic Diocese of Rockville Centre, New York, Debtor

Case No. 20 - 12345
Reporting Period: May 1, 2022 – May 31, 2022
Federal Tax I.D. # 11-1837437

**Schedule of Transfers Between Debtor and Affiliate (May 1, 2022 – May 31, 2022)**
Exhibit 9
(Unaudited – in $)

**PAYMENTS BETWEEN DEBTOR AND AFFILIATE**

| Ecclesia Transfer Purpose | Transfer Amount |
|---|---:|
| **Transfers from Ecclesia** | |
| Insurance Reimbursements to PSIP for April 2022 SIR Claim Payments | $ 298,459 |
| 2022 Service Agreement Fee | 110,000 |
| **Total Transfers from Ecclesia** | **$ 408,459** |
| | |
| **Transfers to Ecclesia** | |
| **Total Transfers to Ecclesia** | **$ -** |
| | |
| **Total Transfers from / (to) Ecclesia** | **$ 408,459** |

In re: The Roman Catholic Diocese of Rockville Centre, New York,
Debtor

Case No. 20 - 12345
Reporting Period: May 1, 2022 – May 31, 2022
Federal Tax I.D. # 11-1837437

**Status of Post-Petition Taxes**
Exhibit 10
(Unaudited – in $)

| Tax Category[1] | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Ending Tax[2] |
|---|---|---|---|---|
| **Federal** | | | | |
| Withholding | $ - | $ 96,885 | $ 96,885 | $ - |
| FICA - Employee | - | 62,363 | 62,363 | - |
| FICA - Employer | - | 60,552 | 60,552 | - |
| **Total Federal Taxes** | $ - | $ 219,799 | $ 219,799 | $ - |
| **State & Local** | | | | |
| Withholding | $ - | $ 39,859 | $ 39,859 | $ - |
| Property Taxes/ Local | - | 2,781 | 2,781 | - |
| **Total State & Local Taxes** | $ - | $ 42,640 | $ 42,640 | $ - |
| | | | | |
| **Total Taxes** | $ - | $ 262,439 | $ 262,439 | $ - |

**Notes:**
(1) All tax payments have supporting documentation and will be provided to the U.S. Trustee upon request.
(2) Amounts noted reflect accruals and remittances during the reporting period only.  Some of which are estimated based on anticipated quarterly/semi-annual/annual invoice amounts.

| In re: The Roman Catholic Diocese of Rockville Centre, New York, | Case No. | 20 - 12345 |
|---|---|---|
| Debtor | Reporting Period | May 1, 2022 – May 31, 2022 |
| | Federal Tax I.D. # | 11-1837437 |

**Debtor Questionnaire**
Exhibit 11
(Unaudited – in $)

### Debtor Questionnaire

The table below shows authority granted under the orders entered in this bankruptcy case and pre-petition amounts spent during May 2022 pursuant to such orders

| Motion Capacity Category | Final Cap. | Total Payments | Remaining Availability | May Total Payments |
|---|---|---|---|---|
| **Prepetition Wages** | | | | |
| Employee Compensation | $ 884,000 | $ 558,974 | $ 325,026 | $ - |
| Deductions | 77,000 | 37,594 | 39,406 | - |
| Business Expenses | 49,000 | 10,066 | 38,934 | - |
| Tuition Payments[1] | 164,000 | 127,754 | 36,246 | - |
| Payroll Costs[2] | 386,000 | 80,217 | 305,783 | - |
| | $ 1,560,000 | $ 814,606 | $ 745,394 | $ - |
| **Prepetition Cash Management** | | | | |
| Bank Fees | No Limit | $ 411 | | $ - |
| Parish Rebates | No Limit | 64,273 | | - |
| Funds Held For Others | No Limit | 380,315 | | 2,000 |
| Restricted Donations | No Limit | 52,256 | | - |
| | | $ 497,255 | | $ 2,000 |
| **Prepetition Pastoral Care** | | | | |
| Pastoral Care[3] | $ 50,000 | 43,178 | 6,822 | $ 1,575 |
| | $ 50,000 | $ 43,178 | $ 6,822 | $ 1,575 |
| **Prepetition Insurance** | | | | |
| Insurance[4] | No Limit | 4,125,484 | | $ 64,937 |
| | | $ 4,125,484 | | $ 64,937 |

1) Fall 2020 tuition payments are included in their entirety in the calculation of pre-petition payments made; however, the Diocese takes the position that a portion of these payments are post-petition and do not utilize capacity granted under the first day orders
2) Includes ADP, payroll taxes, severance, and unemployment obligations
3) Pastoral care capacity is presented including the additional authority of $12,500 granted by the court in the order entered 1/14
4) Certain March insurance payments are included in their entirety in the calculation of pre-petition payments made; however, the Diocese takes the position that a portion of these payments are post-petition