MICHAEL S. AMATO
JONATHAN C. SULLIVAN
E. CHRISTOPHER MURRAY
RUSKIN MOSCOU FALTISCHEK, P.C.
1425 RXR Plaza
East Tower, 15th Floor
Uniondale, NY 11556-1425
(516) 663-6600

*Special Real Estate Counsel to the Official Committee of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re:                                                    Chapter 11

THE ROMAN CATHOLIC DIOCESE OF                             Case No. 20-12345 (SCC)
ROCKVILLE CENTRE, NEW YORK,[1]

                                    Debtor.
----------------------------------------------------------X

**SUMMARY COVER SHEET TO THE THIRD APPLICATION OF RUSKIN MOSCOU
FALTISCHEK, P.C. FOR INTERIM ALLOWANCE OF COMPENSATION FOR
PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL
AND NECESSARY EXPENSES INCURRED AS SPECIAL REAL ESTATE COUNSEL
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FEBRUARY 1, 2022 THROUGH MAY 31, 2022**

In accordance with the Local Rules for the Southern District of New York, Ruskin Moscou

Faltischek, P.C. ("RMF"), Special Real Estate Counsel for the Official Committee of Unsecured

Creditors (the "Committee") for the above-captioned debtor and debtor-in-possession (the

"Debtor"), submits this summary (this "Summary") of fees and expenses sought as actual,

reasonable, and necessary in the fee application to which this Summary is attached (the

"Application")[2] for the period from February 1, 2022 through May 31, 2022 (the "Application

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Center, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue, P.O. Box 9023, Rockville Centre, NY 11571-9023.

[2] Capitalized terms used but not otherwise defined in this Summary shall have the meanings ascribed to such terms in the Application

Period").

RMF submits the Application as an interim fee application in accordance with the Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated and entered November 4, 2020 [Docket No. 129] (the "Interim Compensation Order").

| | |
|---|---|
| Name of applicant | Ruskin Moscou Faltischek, P.C. |
| Name of client | Official Committee of Unsecured Creditors |
| Time period covered by this application | February 1, 2022 – May 31, 2022[3] |
| Total compensation sought this period | $2,079.50 |
| Total expenses sought this period | $0.00 |
| Petition date | October 1, 2020 |
| Retention date | Effective as of July 12, 2021 |
| Date of order approving employment | August 9, 2021 [Docket No. 667] |
| Total compensation approved by interim order to date | $58,314.00 |
| Total expenses approved by interim order to date | $872.98 |
| Total allowed compensation paid to date | $58,314 |
| Total allowed expenses paid to date | $872.98 |
| Blended rate in this application for all attorneys | $477.49[4] |
| Blended rate in this application for all timekeepers | $434.00 |
| Compensation sought in this application already paid pursuant to a monthly compensation order but not yet allowed | $1,729.20 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed | $0.00 |
| Number of professionals included in this application | 4 |
| If applicable, number of professionals in this application not included in staffing plan approved by client | N/A |
| If applicable, difference between fees budgeted and compensation sought for this period | N/A |

---

[3] The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

[4] Represents approximate blended rate for all timekeepers in non-bankruptcy cases for calendar year 2021 and 2022.

975840.3

| | |
|---|---|
| Number of professionals billing fewer than 15 hours to the case during this period | 4 |
| Are any rates higher than those approved or disclosed at retention? If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application | No |

This is a:        Monthly        X  Interim        Final Application.

Dated: Uniondale, New York
        June 27, 2022

RUSKIN MOSCOU FALTISCHEK, P.C.
*Special Real Estate Counsel to the*
*Official Committee of Unsecured Creditors*

By: _____

Michael S. Amato
Jonathan C. Sullivan
E. Christopher Murray
East Tower, 15th Floor
1425 RXR Plaza
Uniondale, New York 11556-1425
(516) 663-6600
mamato@rmfpc.com
jsullivan@rmfpc.com
emurray@rmfpc.com

975840.3

MICHAEL S. AMATO
JONATHAN C. SULLIVAN
E. CHRISTOPHER MURRAY
RUSKIN MOSCOU FALTISCHEK, P.C.
1425 RXR Plaza
East Tower, 15th Floor
Uniondale, NY 11556-1425
(516) 663-6600

*Special Real Estate Counsel to the Official Committee of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,[1] | Case No. 20-12345 (SCC) |
| Debtor. | |

------------------------------------------------------------X

### THIRD APPLICATION OF RUSKIN MOSCOU FALTISCHEK, P.C. FOR INTERIM ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED AS SPECIAL REAL ESTATE COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR <u>THE PERIOD FEBRUARY 1, 2022 THROUGH MAY 31, 2022</u>

Ruskin Moscou Faltischek, P.C. ("RMF"), Special Real Estate Counsel for the Official

Committee of Unsecured Creditors (the "Committee") of the debtor and debtor-in-possession in

the above-captioned case (the "Debtor"), hereby submits this first interim fee application (the

"Application") for the period from February 1, 2022 through May 31, 2022 (the "Application

Period") in accordance with the *Order Authorizing Procedures for Interim Compensation and

Reimbursement of Expenses of Professionals* dated and entered November 4, 2020 [Docket No.

129] (the "Interim Compensation Order"). In support of this Application, RMF submits the

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Center, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue, P.O. Box 9023, Rockville Centre, NY 11571-9023.

declaration of Michael S. Amato (the "Amato Declaration") attached hereto as Exhibit A and incorporated herein by reference. In further support of the Application, RMF respectfully represents as follows:

## Preliminary Statement

1. RMF requests (a) interim allowance and payment of compensation in the amount of $2,079.50 for fees on account of reasonable and necessary professional services rendered to the Committee by RMF during the Application Period; and (b) reimbursement of actual and necessary costs and expenses in the amount of $0.00. RMF reserves the right to apply in the future for reimbursement of actual and necessary costs and expenses, if any, incurred by members of the Committee in connection with their service as members of the Committee during the Application Period.

## Jurisdiction and Basis for Relief

2. The United States Bankruptcy Court for the Southern District of New York (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

3. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

4. The bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1(a) of the Local Rules for the Southern District of New York (the "Local Rules"), the *Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases* (the "Local Guidelines"), and the Interim Compensation Order.

975840.3

## Background

5.      On October 1, 2020 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtor is operating its business and managing its properties as debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in this case.

6.      On October 16, 2020, the Office of the United States Trustee (the "UST") appointed the Committee pursuant to § 1102 of the Bankruptcy Code.  *See Notice of Appointment of Official Committee of Unsecured Creditors* [Docket No. 71].

7.      On November 4, 2020, the Court entered the Interim Compensation Order, which sets forth the procedures for interim compensation and reimbursement of expenses for all retained professionals in these cases.

## A.      RMF Retention

8.      Following the Committee's appointment, the Committee determined it needed special real estate counsel and, subject to Court approval, hired RMF on July 12, 2021.

9.      On July 26, 2021, the Committee filed The *Official Committee of Unsecured Creditors' Application to Retain and Employ Ruskin Moscou Faltischek, P.C. as Special Real Estate Counsel Effective as of July 12, 2021* (the "Retention Application") [Docket 629].  As set forth in the Retention Application, the Committee selected RMF to provide the following services to the Committee:

> i.      render professional services as required by the Committee with respect to real estate matters, specifically in the areas of title, zoning and land use and commercial litigation involving valuation disputes;
>
> ii.      render other services and to participate in meetings and discussions with the

Committee, the Debtor, and other parties-in-interest and their respective professionals;

      iii.     coordinate all tasks to achieve case efficiencies and avoid duplication of efforts; and

      iv.     providing related advice and assistance to the Committee as necessary.

10.     On August 9, 2021, the Court entered the *Order Authorizing and Approving The Official Committee of Unsecured Creditors' Application to Retain and Employ Ruskin Moscou Faltischek, P.C. as Special Real Estate Counsel Effective as of July 12, 2021* [Docket 667] (the "Retention Order"). The Retention Order provides that all compensation and reimbursement of costs and expenses incurred during RMF's employment be paid only after appropriate application and approval of this Court.

**B.     Compensation Paid and Its Source**

11.     All services for which RMF requests compensation were performed for or on behalf of the Committee. RMF has received no payment and no promises for payment from any source other than the Debtor for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between RMF and any other person other than the partners of RMF for the sharing of compensation to be received for services rendered in these cases. RMF has not received a retainer in these cases.

**C.     Monthly Fee Statements for the Interim Compensation Period**

12.     Attached as Exhibit "F" are invoices for the period February 1, 2022 through May 31, 2022, and RMF's Third Monthly Statement dated April 20, 2022 for this Interim Period.

<u>**Statement of Services Rendered and Time Expended**</u>

13.     Pursuant to the Local Guidelines, the Firm has classified all services performed for which compensation is sought for this period into one of several major categories. The Firm

attempted to place the services performed in the category that best relates to the service provided. However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category.

14.     Exhibit B sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each RMF professional and paraprofessional that provided services to the Committee during the Application Period. The rates charged by RMF for services rendered to the Committee are the same rates that RMF charges generally for professional services rendered to its non-bankruptcy clients.

15.     Exhibit C sets forth a billing categories summary that includes the aggregate hours per billing category spent by RMF professionals and paraprofessionals in rendering services to the Committee during the Application Period.

16.     Exhibit D sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by RMF in connection with services rendered to the Committee during the Application Period.

17.     Exhibit E is a chart setting forth the Customary and Comparable Compensation Disclosures.

### Services Rendered and Disbursements Incurred During the Application Period

**A.      Valuation Representation**

18.     Time billed to this category relates to:

- Emails and communications regarding border dispute;

- Emails and communications with Committee and counsel to Seminary re: dispute and appraisal;

Fees: $840.00                                        Hours: 1.40

**B.** **Correspondence**

19. Time billed to this category relates to:

- Emails and communications with Committee Counsel re: upcoming meetings and applications;

- Emails and communications re: case status.

Fees: $1,159.50                                    Hours: 1.90

**C.** **Real Estate**

20. Time billed to this category relates to:

- Review of recording of Declaration of Village;

Fees: $80.00                                         Hours: .20

21. The nature of work performed by RMF is fully set forth in the attached invoices, including those attached to the Monthly Statements. These are RMF's normal hourly rates for work of this character. The reasonable value of the services rendered by RMF for the Committee during the Application Period is $2,079.50.

22. In accordance with the factors enumerated in § 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by RMF is fair and reasonable given (a) the complexity of the cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, RMF has reviewed the requirements of the Local Rules, the Local Guidelines, and the Interim Compensation Order, and believes that this Application complies with such rule and order.

**Actual and Necessary Expenses Incurred by RMF**

23. RMF seeks reimbursement of its actual expenses incurred in the rendition of

services to the Official Committee of Unsecured Creditors for the Application Period, as evidenced by the summary of out-of-pocket expenses attached hereto as Exhibit "D". Reimbursable out-of-pocket expenses are those expenses reasonably necessary to accomplish proper representation of the client. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987).

24.     RMF's billing practice is to itemize fully all out-of-pocket expenses reasonably capable of itemization. This practice permits RMF to bill each client exclusively for the services and disbursements actually incurred on its behalf. Therefore, clients are only billed for disbursements incurred on its behalf and for services rendered to it for its benefit.

25.     The expenses for which RMF seeks reimbursement are those which the Office of the United States Trustee approves.

### Reservation of Rights

26.     It is possible that some professional time expended or expenses incurred by RMF or Committee member expenses incurred during the Application Period are not reflected in this Application. RMF reserves the right to include such amounts in future fee applications.

### Notice

27.     Pursuant to the Interim Compensation Order, notice of this Application has been served upon: (a) the Debtor c/o The Roman Catholic Diocese of Rockville Centre, 50 N Park Ave P.O. Box 9023, Rockville Centre, NY 11571-9023 (Attn: Thomas Renker); (b) the attorneys for the Debtor, Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); and (c) the Office of the United States Trustee Region 2 (the "U.S. Trustee"), 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq.); and all parties entitled to notice pursuant to Bankruptcy Rule 2002 (collectively, the "Notice Parties"). RMF submits that, in light of the nature of the relief

requested, no other or further notice need be provided.

## No Prior Request

28.    No prior application for the relief requested herein has been made to this or any other court.

WHEREFORE, RMF respectfully requests that this Court enter an order: (a) allowing RMF (i) interim compensation for services rendered and expenses incurred during the Application Period in the amount of $2,079.50 of fees on account of reasonable and necessary professional services rendered to the Committee by RMF and (ii) reimbursement of actual and necessary costs and expenses in the amount of $0.00; (b) authorizing the Debtor to pay the unpaid balance of such amounts to RMF; and (c) granting any other relief that this Court deems necessary and appropriate.

*(No further text on this page; signature page follows.)*

975840.3

Dated: Uniondale, New York
June 27, 2022

RUSKIN MOSCOU FALTISCHEK, P.C.
*Special Real Estate Counsel to the*
*Official Committee of Unsecured Creditors*

By: _____

Michael S. Amato
Jonathan C. Sullivan
E. Christopher Murray
East Tower, 15th Floor
1425 RXR Plaza
Uniondale, New York 11556-1425
(516) 663-6600
mamato@rmfpc.com
jsullivan@rmfpc.com
emurray@rmfpc.com

# EXHIBIT A

## Amato Declaration

MICHAEL S. AMATO
JONATHAN C. SULLIVAN
E. CHRISTOPHER MURRAY
RUSKIN MOSCOU FALTISCHEK, P.C.
1425 RXR Plaza
East Tower, 15th Floor
Uniondale, NY 11556-1425
(516) 663-6600

*Special Real Estate Counsel to the Official Committee of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re:                                                                Chapter 11

THE ROMAN CATHOLIC DIOCESE OF                  Case No. 20-12345 (SCC)
ROCKVILLE CENTRE, NEW YORK,[1]

                                Debtor.
--------------------------------------------------------X

**DECLARATION OF MICHAEL S. AMATO IN SUPPORT OF THIRD
APPLICATION OF RUSKIN MOSCOU FALTISCHEK, P.C. FOR INTERIM
ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES
RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES
INCURRED AS SPECIAL REAL ESTATE COUNSEL FOR THE COMMITTEE
OF UNSECURED CREDITORS FOR THE PERIOD FROM FEBRUARY 1, 2022
<u>THROUGH MAY 31, 2022</u>**

I, Michael S. Amato, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 and

pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure and Rule 2016-1(a) of the

Local Rules for the Bankruptcy Court for the Southern District of New York that the following is

true and correct:

1.        I am a partner with the law firm of Ruskin Moscou Faltischek, P.C. ("RMF"), with

offices located at 1425 RXR Plaza, East Tower, 15th Floor, Uniondale, NY 11556-1425.  I am

---

[1]  The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Center, New York, the last four
digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue, P.O. Box
9023, Rockville Centre, NY 11571-9023.

duly admitted to practice law in the State of New York.

2.     I have personally reviewed the information contained in the Application, and believe its contents to be true and correct to the best of my knowledge, information and belief.  In addition, I believe that the Application complies with the Local Rules for the Southern District of New York and the *Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases*.

3.     All services for which RMF requests compensation were performed for or on behalf of the Committee.  RMF has received no payment and no promises for payment from any source other than the Debtor for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between RMF and any other person other than the partners of RMF for the sharing of compensation to be received for services rendered in these cases.  RMF has not received a retainer in these cases.

4.     RMF makes the following disclosures pursuant to the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, Effective November 1, 2013*.

5.     The Court authorized the Committee to retain RMF as their special real estate counsel in this chapter 11 case pursuant to the *Order Authorizing and Approving The Official Committee of Unsecured Creditors' Application to Retain and Employ Ruskin Moscou Faltischek, PC. as Special Real Estate Counsel Effective as of July 12, 2021* (the "Retention Order") [Docket 667] entered on August 9, 2021.

6.     Four professionals and three paraprofessional are included in this Application.  Of those professionals, three professionals and one paraprofessional billed fewer than 15 hours during the Application Period.

975840.3

7.     In accordance with the U.S. Trustee Guidelines, RMF responds to the questions identified therein as follows:

Question 1:  Did RMF agree to any variations from, or alternatives to, RMF's standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period?  If so, please explain.

Answer:  No.

Question 2:  If the fees sought in the Application as compared to the fees budgeted for the time period covered by the Application are higher by 10% or more, did RMF discuss the reasons for the variation with the client?

Answer:  N/A.

Question 3:   Have any of the professionals included in the Application varied their hourly rate based on geographic location of the bankruptcy case?

Answer:  No.

Question 4:  Does the Application include time or fees related to reviewing or revising time records or preparing, reviewing or revising invoices?

Answer:  No.

Question 5:  Does the Application include time or fees for reviewing time records to redact any privileged or other confidential information?  If so, please quantify hours and fees.

Answer:  No.

975840.3

<u>Question 6</u>:  Does the Application include any rate increases since

RMF's retention in these cases?

<u>Answer</u>:  No.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct to the best of my knowledge and belief.

Dated: Uniondale, New York
         June 27, 2022

MICHAEL S. AMATO

975840.3

**EXHIBIT B**

**<u>Timekeeper Summary</u>**

| NAME OF PROFESSIONAL | TITLE | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Michael S. Amato | Partner | 1995 | $615.00 | 1.30 | $799.50 |
| E. Christopher Murray | Partner | 1988 | $600.00 | 2.00 | $1,200.00 |
| John D. Chillemi | Of Counsel | 2016 | $400.00 | .20 | $80.00 |
| **Total** | | | | **3.50** | **$2,079.50** |

# EXHIBIT C

## Billing Categories Summary

| Matter No. | Matter Name | Hours | Amount |
|:---:|:---:|:---:|:---:|
| 00001 | Valuation Representation | 1.4 | $840.00 |
| 00002 | Correspondence | 1.9 | $1,159.50 |
| 00003 | Attorney Notes | 0 | 0.00 |
| 00004 | Research | 0 | $0.00 |
| 00005 | Asset Analysis and Recovery | 0 | 0.00 |
| 00006 | Case Administration | 0 | 0.00 |
| 00008 | Litigation | 0 | 0.00 |
| 00009 | Meetings and Communications with Creditors | 0 | $0.00 |
| 00010 | Real Estate | .2 | $80.00 |
| 00011 | Valuation | 0 | 0.00 |
| | | | |
| | **TOTAL** | 3.5 | $2,079.50 |

975840.3

## EXHIBIT D

### Expense Summary

| Expense | Total Expenses |
|---------|----------------|
| TOTAL | $0.00 |

## EXHIBIT E

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

(*See* Guidelines C.3. for definitions of terms used in this Exhibit.)

| | CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|---|
| | | **BILLED** Firm timekeepers for preceding year, excluding bankruptcy* | **BILLED** In this fee application |
| | Sr./Equity Partner/Shareholder | $547.92 | $607.00 |
| | Of Counsel | $536.06 | $400.00 |
| | Case Management Assistants | N/A | N/A |
| | All Timekeepers Aggregated | $477.49 | $434.00 |

\* Represents approximate blended hourly rate for all firm timekeepers in non-bankruptcy cases for calendar year 2021/2022.

Case Name:   The Roman Catholic Diocese of Rockville Centre, New York

Case Number: 20-12345 (SCC)

Applicant's Name:   Ruskin Moscou Faltischek, P.C.

Date of Application:   June 27, 2022

Interim or Final:   Interim

**EXHIBIT F**

**Invoice for the Period February 1, 2022-May 31, 2022; and**

**Monthly Fee Statement dated April 20, 2022**



James Stang, Esq.
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard
Los Angeles, CA 90067

June 27, 2022

ID: 1869200
Invoice No: 6185474

---

### BILLING SUMMARY THROUGH MAY 31, 2022

| | |
|---|---|
| Fees For Professional Services | 2,079.50 |
| Disbursements | 0.00 |
| CURRENT FEES AND DISBURSEMENTS | 2,079.50 |
| Previous Balance Due | 0.00 |
| Less Credits Posted as of June 27, 2022 | 0.00 |
| TOTAL PREVIOUS BALANCE | 0.00 |
| **TOTAL BALANCE DUE** | **2,079.50** |

---

**PLEASE RETURN ENCLOSED REMITTANCE COPY WITH YOUR PAYMENT**



RuskinMoscouFaltischek P.C.
*Counselors at Law*

## MATTER RECAP

Re:  1869200.00001  VALUATION REPRESENTATION
           Fees For Professional Services:                                  840.00
                                MATTER TOTAL:           840.00

Re:  1869200.00002  CORRESPONDENCE
           Fees For Professional Services:                                1,159.50
                                MATTER TOTAL:         1,159.50

Re:  1869200.00010  REAL ESTATE
           Fees For Professional Services:                                    80.00
                                MATTER TOTAL:             80.00



RUSKIN MOSCOU FALTISCHEK P.C.
*Counselors at Law*

Re: 1869200.00001 VALUATION REPRESENTATION

| DATE | INIT | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|------|------|----------------------|-------|--------|
| 03/18/22 | ECM | Email with K. Dine regarding border dispute | 0.30 | 180.00 |
| 04/15/22 | ECM | Emails with B. Michael regarding meeting | 0.20 | 120.00 |
| 04/28/22 | ECM | Conference call with committee and counsel for Seminary. | 0.50 | 300.00 |
| 04/29/22 | ECM | Review of proposed appraisal by Seminary. | 0.40 | 240.00 |
| | | TOTAL FOR SERVICES | | $840.00 |

SERVICES RECAP

| INIT | NAME | HOURS | AMOUNT |
|------|------|-------|--------|
| ECM | E. CHRISTOPHER MURRAY | 1.40 | 840.00 |
| | TOTAL FOR SERVICES | 1.40 | $840.00 |

**RMF**
RUSKIN MOSCOU FALTISCHEK P.C.
*Counselors at Law*

ID: 1869200

Invoice 6185474

June 27, 2022

Page 4

Re:   1869200.00002  CORRESPONDENCE

| DATE | INIT | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|------|------|----------------------|-------|--------|
| 02/16/22 | ECM | Emails with debtor's counsel and creditor committee counsel regarding meeting with Myer | 0.30 | 180.00 |
| 02/28/22 | ECM | Email to B. Michael regarding debtor's counsel's communication with Village | 0.30 | 180.00 |
| 02/28/22 | MSA | Email correspondence with E. Christopher Murray re: case status. | 0.30 | 184.50 |
| 03/01/22 | MSA | Communicate with E. Christopher Murray and J. Sullivan re: status, real estate and upcoming hearings. | 0.50 | 307.50 |
| 03/10/22 | MSA | Communication with committee counsel re: pending applications. | 0.50 | 307.50 |
| | | TOTAL FOR SERVICES | | $1,159.50 |

SERVICES RECAP

| INIT | NAME | HOURS | AMOUNT |
|------|------|-------|--------|
| ECM | E. CHRISTOPHER MURRAY | 0.60 | 360.00 |
| MSA | MICHAEL S. AMATO | 1.30 | 799.50 |
| | TOTAL FOR SERVICES | 1.90 | $1,159.50 |



Re:    1869200.00010  REAL ESTATE

| DATE | INIT | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|------|------|----------------------|-------|--------|
| 02/25/22 | JDC | Received and reviewed executed Declaration from Village; coordinated with P. Corazza regarding submission for recording | 0.20 | 80.00 |
| | | TOTAL FOR SERVICES | | $80.00 |

### SERVICES RECAP

| INIT | NAME | HOURS | AMOUNT |
|------|------|-------|--------|
| JDC | JOHN CHILLEMI | 0.20 | 80.00 |
| | TOTAL FOR SERVICES | 0.20 | $80.00 |



# REMITTANCE COPY

James Stang, Esq.
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard
Los Angeles CA 90067

June 27, 2022

ID: 1869200

Invoice No: 6185474

---

### BILLING SUMMARY THROUGH MAY 31, 2022

| | |
|---|---|
| Fees For Professional Services | 2,079.50 |
| Disbursements | 0.00 |
| CURRENT FEES AND DISBURSEMENTS | 2,079.50 |
| | |
| Previous Balance Due | 0.00 |
| Less Credits Posted as of June 27, 2022 | 0.00 |
| TOTAL PREVIOUS BALANCE | 0.00 |
| | |
| **TOTAL BALANCE DUE** | **2,079.50** |

---

### PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT

**MAIL PAYMENT TO:**

**Ruskin Moscou Faltischek, PC**
**East Tower, 15th Floor**
**1425 RXR Plaza**
**Uniondale, NY 11556-1425**

**Please include this page with your payment**

**ACH PAYMENT INFORMATION:**
**BANK: Webster Bank**
**ACCT NAME: Ruskin Moscou Faltischek PC**
**Attorney Business Account**
**ABA: 221472815**
**ACCT NO.: 8311148956**
**REFERENCE: Invoice No.**

MICHAEL S. AMATO
JONATHAN C. SULLIVAN
E. CHRISTOPHER MURRAY
RUSKIN MOSCOU FALTISCHEK, P.C.
1425 RXR Plaza
East Tower, 15th Floor
Uniondale, NY 11556-1425
(516) 663-6600

Objection Deadline: May 20, 2022, 4:00 p.m.

*Special Real Estate Counsel to the Official Committee of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re:

THE ROMAN CATHOLIC DIOCESE OF
ROCKVILLE CENTRE, NEW YORK,[1]

                Debtor.
-------------------------------------------------------X

Chapter 11

Case No. 20-12345 (SCC)

## THIRD MONTHLY FEE STATEMENT OF RUSKIN MOSCOU FALTISCHEK, P.C. FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED AS SPECIAL REAL ESTATE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD MARCH 1, 2022 – MARCH 31, 2022

| | |
|---|---|
| Name of Applicant: | Ruskin Moscou Faltischek, P.C. |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | Effective July 12, 2021 pursuant to Order dated August 9, 2021[Docket No. 667] |
| Period for which Compensation and Reimbursement is Sought: | February 1, 2022 — March 31, 2022[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $1,729.20 (80% of $2,161.50) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | **$0.00** |

This is a:   __X__ Monthly    _____ Interim    _____ Final Application.

---

[1]  The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Center, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue, P.O. Box 9023, Rockville Centre, NY 11571-9023.

[2]  The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

Ruskin Moscou Faltischek, P.C. ("RMF"), Special Real Estate Counsel for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Diocese of Rockville Centre, New York (the "Debtor"), hereby submits this statement of fees and disbursements (the "Monthly Statement") for the period from February 1, 2022 through March 31, 2022 (the "Compensation Period") in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* dated November 4, 2020 [Docket No. 129] (the "Interim Compensation Order").

RMF requests (a) interim allowance and payment of compensation in the amount of $1,729.20 (80% of $2,161.50) for fees on account of reasonable and necessary professional services rendered to the Committee by RMF; and (b) reimbursement of actual and necessary costs and expenses in the amount of **$0.00**.

## Services Rendered During the Compensation Period

1.    **Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each RMF professional and paraprofessional that provided services to the Committee during the Compensation Period. The rates charged by RMF for services rendered to the Committee are the same rates that RMF charges generally for professional services rendered to its non-bankruptcy clients.

2.    **Exhibit B** sets forth a billing categories summary that includes the aggregate hours per billing category spent by RMF professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

3.    **Exhibit C** sets forth a disbursement summary that includes the aggregate expenses,

organized by general disbursement categories, incurred by RMF in connection with services rendered to the Committee during the Compensation Period.

4.   **Exhibit D** sets forth a complete itemization of time records for RMF professionals and paraprofessionals for the Compensation Period.

## Notice and Objection Procedures

5.   Pursuant to the Interim Compensation Order, notice of the Monthly Statement has been served by hand or overnight delivery upon: (a) the Debtor c/o The Roman Catholic Diocese of Rockville Centre, 50 N Park Ave., P.O. Box 9023, Rockville Centre, NY 11571-9023 (Attn: Thomas Renker); (b) the attorneys for the Debtor, Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); (c) the Office of the United States Trustee Region 2 (the "U.S. Trustee"), 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq.); and (d) attorneys for the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 11th Floor, Los Angeles, CA 90067, (Attn: James I. Stang, Esq.) and Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 36th Floor, New York, NY 10017 (Attn: Ilan D. Scharf, Esq., Karen B. Dine, Esq., and Brittany M. Michael, Esq.). RMF submits that no other or further notice need be provided.

6.   Pursuant to the Interim Compensation Order, objections to this Application, if any, must be served upon the Application Recipients by *May 20, 2022, 4:00 p.m.* (the "Objection Deadline") setting forth the nature of the objection and the amount of fees or expenses at issue.

7.   If no objections to this Monthly Statement are made on or before the Objection Deadline, the Debtor shall pay RMF 80% of the fees and 100% of the expenses set forth above.

8.   To the extent an objection to this Monthly Statement is timely made, the Debtor

3

shall withhold payment of that portion of the Monthly Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved; it shall be preserved and presented to the Court at the next interim or final fee application hearing.

Dated: Uniondale, New York
April 20, 2022

RUSKIN MOSCOU FALTISCHEK, P.C.
*Special Real Estate Counsel to the*
*Official Committee of Unsecured Creditors*

By:  /s/Michael S. Amato/
Michael S. Amato
Jonathan C. Sullivan
E. Christopher Murray
East Tower, 15th Floor
1425 RXR Plaza
Uniondale, New York 11556-1425
(516) 663-6600
mamato@rmfpc.com
jsullivan@rmfpc.com
emurray@rmfpc.com

4

# EXHIBIT A

## Timekeeper Summary

| NAME OF PROFESSIONAL OR PARAPROFESSIONAL | TITLE | YEAR OF ADMISSION | HOURLY RATE | TOTAL HOURS BILLED | TOTAL |
|---|---|---|---|---|---|
| Michael S. Amato | Partner | 1995 | $615.00 | 2.10 | $1,291.50 |
| E. Christopher Murray | Partner | 1988 | $600.00 | .90 | $540.00 |
| John D. Chillemi | Of Counsel | 2016 | $400.00 | .20 | $80.00 |
| Donna Olsen | Legal Assistant | | $62.50/$125.00 | 4.00 | $250.00 |
| **Total** | | | | 7.20 | $2,161.50 |

# EXHIBIT B

## Billing Categories Summary

| Matter No. | Matter Name | Hours | Amount |
|:----------:|:-----------|:-----:|:------:|
| 00001 | Valuation Representation | .30 | $180.00 |
| 00002 | Correspondence | 1.90 | $1,159.50 |
| 00003 | Attorney Notes | 0 | $0.00 |
| 00004 | Research | 0 | $0.00 |
| 00005 | Asset Analysis and Recovery | 0 | $0.00 |
| 00006 | Case Administration | 0 | $0.00 |
| 00007 | Employment and Fee Application | 4.8 | $742.00 |
| 00008 | Litigation | 0 | $0.00 |
| 00009 | Meetings and Communications with Creditors | 0 | $0.00 |
| 00010 | Real Estate | .20 | $80.00 |
| 00011 | Valuation | 0 | $0.00 |
| | | | |
| | **TOTAL** | 7.20 | $2,161.50 |

971806

## EXHIBIT C

### Disbursement Summary

| Expenses (by Category) | Amounts |
|---|---:|
| Federal Express | $0.00 |
| Searches | $0.00 |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | **$0.00** |

**EXHIBIT D**

**Itemization of Time Records**



## MATTER RECAP

Re: 1869200.00001  VALUATION REPRESENTATION
    Fees For Professional Services:               180.00

                     MATTER TOTAL:   180.00

Re: 1869200.00002  CORRESPONDENCE
    Fees For Professional Services:         1,159.50

                     MATTER TOTAL:   1,159.50

Re: 1869200.00007  EMPLOYMENT AND FEE APPLICATION
    Fees For Professional Services:           742.00

                     MATTER TOTAL:   742.00

Re: 1869200.00010  REAL ESTATE
    Fees For Professional Services:               80.00

                     MATTER TOTAL:   80.00



RUSKINMOSCOUFALTISCHEK P.C.
*Counselors at Law*

Re:  1869200.00001  VALUATION REPRESENTATION

| DATE | INIT | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|------|------|----------------------|-------|--------|
| 03/18/22 | ECM | Email with K. Dine regarding border dispute | 0.30 | 180.00 |
| | | TOTAL FOR SERVICES | | $180.00 |

### SERVICES RECAP

| INIT | NAME | HOURS | AMOUNT |
|------|------|-------|--------|
| ECM | E. CHRISTOPHER MURRAY | 0.30 | 180.00 |
| | TOTAL FOR SERVICES | 0.30 | $180.00 |



RUSKINMOSCOUFALTISCHEK P.C.
*Counselors at Law*

ID: 1869200

Invoice 6183037

April 21, 2022

Page 4

Re:    1869200.00002  CORRESPONDENCE

| DATE | INIT | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|------|------|----------------------|-------|--------|
| 02/16/22 | ECM | Emails with debtor's counsel and creditor committee counsel regarding meeting with Myer | 0.30 | 180.00 |
| 02/28/22 | ECM | Email to B. Michael regarding debtor's counsel's communication with Village | 0.30 | 180.00 |
| 02/28/22 | MSA | Email correspondence with E. Christopher Murray re: case status. | 0.30 | 184.50 |
| 03/01/22 | MSA | Communicate with E. Christopher Murray and J. Sullivan re: status, real estate and upcoming hearings. | 0.50 | 307.50 |
| 03/10/22 | MSA | Communication with committee counsel re: pending applications. | 0.50 | 307.50 |
| | | TOTAL FOR SERVICES | | $1,159.50 |

SERVICES RECAP

| INIT | NAME | HOURS | AMOUNT |
|------|------|-------|--------|
| ECM | E. CHRISTOPHER MURRAY | 0.60 | 360.00 |
| MSA | MICHAEL S. AMATO | 1.30 | 799.50 |
| | TOTAL FOR SERVICES | 1.90 | $1,159.50 |



RMF
RUSKINMOSCOUFALTISCHEK P.C.
*Counselors at Law*

Re:   1869200.00007 EMPLOYMENT AND FEE APPLICATION

| DATE | INIT | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|------|------|------------------------|-------|--------|
| 03/03/22 | DO | Draft 2nd interim fee application for attorney's review. | 4.00 | 250.00 |
| 03/09/22 | MSA | Final review of 2nd interim fee application and email correspondence with B. Michael re: same. | 0.80 | 492.00 |
| | | TOTAL FOR SERVICES | | $742.00 |

### SERVICES RECAP

| INIT | NAME | HOURS | AMOUNT |
|------|------|-------|--------|
| DO | DONNA OLSEN | 4.00 | 250.00 |
| MSA | MICHAEL S. AMATO | 0.80 | 492.00 |
| | TOTAL FOR SERVICES | 4.80 | $742.00 |



**RUSKIN MOSCOU FALTISCHEK** P.C.
*Counselors at Law*

ID: 1869200

Invoice 6183037

April 21, 2022

Page 6

Re:    1869200.00010  REAL ESTATE

| DATE | INIT | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|------|------|----------------------|-------|--------|
| 02/25/22 | JDC | Received and reviewed executed Declaration from Village; coordinated with P. Corazza regarding submission for recording | 0.20 | 80.00 |
| | | TOTAL FOR SERVICES | | $80.00 |

### SERVICES RECAP

| INIT | NAME | HOURS | AMOUNT |
|------|------|-------|--------|
| JDC | JOHN CHILLEMI | 0.20 | 80.00 |
| | TOTAL FOR SERVICES | 0.20 | $80.00 |