# UNITED STATES BANKRUPTCY COURT
## Southern DISTRICT OF New York

| | |
|---|---|
| In Re. The Roman Catholic Diocese of Rockville Centre, New York § § § § Debtor(s) | Case No. 20-12345 ☐ Jointly Administered |

**Monthly Operating Report**                                                                 Chapter 11

Reporting Period Ended: 07/31/2022                        Petition Date: 10/01/2020

Months Pending: 22                                        Industry Classification: 8 1 3 1

Reporting Method:        Accrual Basis ●        Cash Basis ○

Debtor's Full-Time Employees (current):                                   149

Debtor's Full-Time Employees (as of date of order for relief):            185


**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☒ Schedule of payments to professionals
- ☒ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer


/s/ Corinne Ball                                          Corinne Ball
Signature of Responsible Party                            Printed Name of Responsible Party

08/31/2022
Date
                                                          992 N Village Ave, Rockville Centre, NY 11570
                                                          Address


STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

Debtor's Name: The Roman Catholic Diocese of Rockville Centre, New York     Case No. 20-12345

| | Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Cash balance beginning of month | $61,081,504 | |
| b. | Total receipts (net of transfers between accounts) | $3,349,482 | $88,185,748 |
| c. | Total disbursements (net of transfers between accounts) | $5,408,807 | $112,832,996 |
| d. | Cash balance end of month (a+b-c) | $59,022,179 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $5,408,807 | $112,832,996 |

| | Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|---:|
| a. | Accounts receivable (total net of allowance) | $3,787,552 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $2,001,345 |
| c. | Inventory    (Book ◯   Market ◯   Other ◉   (attach explanation)) | $0 |
| d. | Total current assets | $145,825,520 |
| e. | Total assets | $177,916,322 |
| f. | Postpetition payables (excluding taxes) | $21,472,495 |
| g. | Postpetition payables past due (excluding taxes) | $103,040 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $21,472,495 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $82,257,607 |
| n. | Total liabilities (debt) (j+k+l+m) | $103,730,103 |
| o. | Ending equity/net worth (e-n) | $74,186,219 |

| | Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $5,200,000 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $26,042 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $5,173,958 |

| | Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Gross income/sales (net of returns and allowances) | $5,198,353 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $5,198,353 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $4,221,162 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $8,298 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $63,701 | |
| j. | Reorganization items | $2,705,885 | |
| k. | Profit (loss) | $-1,800,693 | $-31,727,779 |

UST Form 11-MOR (12/01/2021)                                2

Debtor's Name  The Roman Catholic Diocese of Rockville Centre, New York          Case No.  20-12345

## Part 5: Professional Fees and Expenses

|   |   | Firm Name | Role | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $411,450 | $33,677,702 | $1,292,548 | $30,510,727 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | i | Alvarez & Marsal North Ameri | Financial Professional | $0 | $6,055,732 | $103,421 | $5,816,205 |
| | ii | Jones Day | Lead Counsel | $0 | $17,786,349 | $880,827 | $15,870,240 |
| | iii | Reed Smith LLP | Special Counsel | $197,118 | $4,481,212 | $218,117 | $3,941,616 |
| | iv | Sitrick and Company, Inc. | Other | $4,978 | $244,456 | $1,528 | $234,929 |
| | v | Epiq Corporate Restructuring, L | Other | $17,773 | $935,567 | $9,091 | $917,794 |
| | vi | Nixon Peabody LLP | Special Counsel | $191,582 | $3,954,821 | $56,521 | $3,534,636 |
| | vii | Paul J. Van Osselaer | Other | $0 | $101,285 | $23,043 | $101,285 |
| | viii | Forchelli Deegan Terrana LLP | Special Counsel | $0 | $54,631 | $0 | $37,523 |
| | ix | Standard Valuation Services | Other | $0 | $63,650 | $0 | $56,500 |
| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| b. | | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | $33,301 | $1,529,568 | $33,301 | $1,529,568 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | i | Baker Tilly US, LLP | Financial Professional | $0 | $285,444 | $0 | $285,444 |
| | ii | Actuarial & Technical Solution | Financial Professional | $0 | $68,074 | $0 | $68,074 |
| | iii | Crowe LLP | Financial Professional | $0 | $36,500 | $0 | $36,500 |
| | iv | Jackson Lewis PC | Local Counsel | $163 | $8,255 | $163 | $8,255 |
| | v | Proskauer Rose LLP | Local Counsel | $0 | $0 | $0 | $0 |
| | vi | Certilman Balin Adler & Hyma | Local Counsel | $0 | $12,018 | $0 | $12,018 |
| | vii | Smith & Downey | Local Counsel | $5,140 | $60,332 | $5,140 | $60,332 |
| | viii | Changing Our World | Financial Professional | $0 | $0 | $0 | $0 |
| | ix | Burnett Risk Control Internation | Other | $0 | $144,225 | $0 | $144,225 |
| | x | Patrick F. Adams PC | Local Counsel | $2,677 | $71,364 | $2,677 | $71,364 |
| | xi | Mullholand Minion Davey McN | Local Counsel | $0 | $172,922 | $0 | $172,922 |
| | xii | Bryan Cave Leighton Paisner L | Local Counsel | $0 | $14,458 | $0 | $14,458 |
| | xiii | NAVEX Global Inc | Other | $0 | $17,513 | $0 | $17,513 |
| | xiv | Harris Beach, PLLC | Local Counsel | $0 | $0 | $0 | $0 |
| | xv | Biddle Consulting Group, Inc. | Other | $0 | $5,180 | $0 | $5,180 |
| | xvi | The Law Offices of Kenneth R | Special Counsel | $0 | $0 | $0 | $0 |
| | xvii | Renaissance Associates, Ltd. | Other | $25,321 | $630,153 | $25,321 | $630,153 |
| | xviii | Sahn Ward PLLC | Local Counsel | $0 | $3,129 | $0 | $3,129 |
| | xix | Gramercy Risk Management LL | Other | $0 | $0 | $0 | $0 |
| c. | | All professional fees and expenses (debtor & committees) | | $586,380 | $45,950,727 | $1,391,068 | $39,346,256 |

Debtor's Name  The Roman Catholic Diocese of Rockville Centre, New York                           Case No.  20-12345

| | Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $60,824 | $0 |
| d. | Postpetition employer payroll taxes paid | $60,824 | $1,300,766 |
| e. | Postpetition property taxes paid | $2,877 | $64,695 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ● | No ○ |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○ | No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ● | No ○ |
| d. | Are you current on postpetition tax return filings? | Yes ● | No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ● | No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ● | No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ | No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ● | No ○  N/A ○ |
| i. | Do you have: Worker's compensation insurance? | Yes ● | No ○ |
| | If yes, are your premiums current? | Yes ● | No ○  N/A ○  (if no, see Instructions) |
| | Casualty/property insurance? | Yes ● | No ○ |
| | If yes, are your premiums current? | Yes ● | No ○  N/A ○  (if no, see Instructions) |
| | General liability insurance? | Yes ● | No ○ |
| | If yes, are your premiums current? | Yes ● | No ○  N/A ○  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○ | No ● |
| k. | Has a disclosure statement been filed with the court? | Yes ○ | No ● |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ● | No ○ |

Debtor's Name  The Roman Catholic Diocese of Rockville Centre, New York          Case No. 20-12345

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Thomas Doodian                                                Thomas Doodian
Signature of Responsible Party                                    Printed Name of Responsible Party

Chief Financial Officer                                           08/31/2022
Title                                                             Date

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | | |
|---|---|---|---|
| In re: The Roman Catholic Diocese of Rockville Centre, New York, | | Case No. | 20 - 12345 |
| Debtor | | Reporting Period | July 1, 2022 – July 31, 2022 |
| | | Federal Tax I.D. # | 11-1837437 |

Exhibits to Monthly Operating Report for the period
July 1, 2022 to July 31, 2022

| Required Documents | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Statement of Cash Receipts and Disbursements | Exhibit 1 | X | |
| Balance Sheet | Exhibit 2 | X | |
| Statement of Operations | Exhibit 3 | X | |
| Accounts Receivable Aging | Exhibit 4 | X | |
| Postpetition Liabilities Aging | Exhibit 5 | X | |
| Schedule of Payments to Professionals | Exhibit 6 | X | |
| Schedule of Payments to Insiders | Exhibit 7 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | Exhibit 8 | X | |
|   Copies of bank statements | | | X |
|   Cash disbursements journals | | | X |
| Schedule of Transfers Between Debtor and Affiliate | Exhibit 9 | X | |
| Debtor Questionnaire Exhibits | Exhibit 11 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached
are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

| | |
|---|---|
| /s/ Thomas Doodian | August 31, 2022 |
| Signature of Authorized Individual* | Date |

Thomas Doodian – Chief Financial Officer
Printed Name of Authorized Individual*

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

| In re: | The Roman Catholic Diocese of Rockville Centre, New York, | Case No. | 20 - 12345 |
| | Debtor | Reporting Period | July 1, 2022 – July 31, 2022 |
| | | Federal Tax I.D. # | 11-1837437 |

**Statement of Cash Receipts and Disbursements (July 1, 2022 – July 31, 2022)**
Exhibit-1
(Unaudited – in $)

### ADMINISTRATIVE OFFICES CASH FLOW

| Line Item | Current Month | Total Since Filing |
|---|---:|---:|
| **Operating Account Beginning Balance (Bank)** | $ 21,833,207 | $ 5,127,955 |
| Less: Outstanding Float | - | - |
| Less: Outstanding Checks | (77,506) | (45,529) |
| Less: Unsettled EFTs | - | - |
| **Operating Account Beginning Balance (Book)** | 21,755,701 | 5,082,426 |
| **Receipts** | | |
| Cathedraticum from Parishes | 607,077 | 17,270,660 |
| Transfers from CMA | 359,945 | 8,464,375 |
| Spectrum and Other Lease Income | 253,389 | 5,436,413 |
| Departmental, Chaplaincy & Program Income | 240,378 | 5,098,724 |
| Donations and Other Receipts | 165,961 | 2,412,631 |
| Administrative Services Income and Other Interco, net | 241,096 | 7,321,728 |
| Investment Income (Loss) | 1,620 | 16,283 |
| Release of Restricted Funds | 39,738 | 596,221 |
| **Total Receipts** | 1,909,205 | 46,617,034 |
| **Operating Disbursements** | | |
| Payroll and Benefits | (1,020,591) | (29,522,142) |
| Canon 1271 and Catholic Group Assessments | (114,406) | (877,257) |
| Clergy/Deacon/Seminarian Tuition, Immigration & Assistance | (14,006) | (752,548) |
| Rent, Parking, Facilities Use and Related Utilities | (84,021) | (1,571,773) |
| PSIP and NYSIF Insurance | (14,495) | (608,169) |
| Other Professional Fees & Service Providers | (119,906) | (4,792,010) |
| Other Accounts Payable | (37,175) | (1,617,526) |
| **Total Operating Disbursements** | (1,404,600) | (39,741,425) |
| **Mission Related Disbursements** | | |
| Catholic Faith Network | (50,150) | (1,103,300) |
| Tomorrow's Hope Foundation | - | - |
| The Long Island Catholic/Fe Fuerza Vida | - | - |
| Immaculate Conception Seminary | - | - |
| Sacred Heart Institute | - | (147,500) |
| Other | - | - |
| **Total Mission Related Disbursements** | (50,150) | (1,250,800) |
| **Chapter 11 Disbursements** | | |
| Chapter 11 Professional Fees | (1,296,208) | (36,243,288) |
| **Total Chapter 11 Professional Fees** | (1,296,208) | (36,243,288) |
| **Transfers in from Money Market Account** | 2,000,000 | 48,450,000 |
| **Net Cash Flow** | 1,158,247 | 17,831,522 |
| Beginning Book Cash Balance | 21,755,701 | 5,082,426 |
| (+/-) Net Cash Flow | 1,158,247 | 17,831,522 |
| **Operating Account Ending Cash Balance (Book)** | 22,913,948 | 22,913,948 |
| Ending Check Float and Unsettled EFTs | 166,184 | 166,184 |
| **Operating Account Ending Cash Balance (Bank)** | 23,080,132 | 23,080,132 |
| **Money Market Account Beginning Cash Balance** | 13,190,428 | 59,595,241 |
| Transfers out to operating account | (2,000,000) | (48,450,000) |
| Transfers in from operating account | - | - |
| Interest earned | 15,570 | 60,757 |
| **Money Market Account Ending Cash Balance** | 11,205,998 | 11,205,998 |
| **Combined Operating and Money Market Account Ending Balance** | 34,286,130 | 34,286,130 |
| Utility Adequate Assurance Account | (24,356) | (24,356) |
| **Available Combined Ending Bank Balance** | $ 34,261,774 | $ 34,261,774 |

| In re: | The Roman Catholic Diocese of Rockville Centre, New York, | Case No. | 20 - 12345 |
|---|---|---|---|
| | Debtor | Reporting Period | July 1, 2022 – July 31, 2022 |
| | | Federal Tax I.D. # | 11-1837437 |

**Statement of Cash Receipts and Disbursements (July 1, 2022 – July 31, 2022)**
Exhibit-1
(Unaudited – in $)

### PSIP CASH FLOW

| Line Item | Current Month | Total Since Filing |
|---|---:|---:|
| **Operating Account Beginning Balance (Bank)** | $ 4,141,566 | $ 1,516,175 |
| Less: Outstanding Float | (0) | (244) |
| Less: Outstanding Checks | (321,836) | (395,057) |
| Less: Unsettled EFTs | - | - |
| **Operating Account Beginning Balance (Book)** | 3,819,731 | 1,120,874 |
| **Receipts** | | |
| Premiums from Parishes | 1,101,975 | 31,263,159 |
| Assessment Refunds | - | - |
| Other Income | 5,974 | 20,861 |
| Insurance Recoveries | 288,783 | 9,346,518 |
| Administrative services income and other interco, net | - | 287,624 |
| **Total Receipts** | 1,396,732 | 40,918,163 |
| **Operating Disbursements** | | |
| Payroll and Benefits | (105,129) | (1,438,633) |
| Claims Expense | (741,835) | (10,250,497) |
| Insurance Premiums | (1,363,593) | (17,792,926) |
| Other Insurance Costs | (106,300) | (608,434) |
| Other Professional Fees | - | - |
| Other Legal Fees | (2,677) | (244,286) |
| Pastoral Care | (22,540) | (594,119) |
| Other Expenses | (13,478) | (582,746) |
| **Total Operating Disbursements** | (2,355,552) | (31,511,642) |
| **Chapter 11 Disbursements** | | |
| Chapter 11 Professional Fees | (218,117) | (4,085,841) |
| **Total Chapter 11 Professional Fees** | (218,117) | (4,085,841) |
| **Intercompany Transfers** | - | - |
| **Funds Held For Others** | (84,180) | 519,758 |
| **Transfers out to Other Accounts** | (1,000,000) | (12,124,600) |
| **Transfers in from Other Accounts** | - | 6,721,902 |
| **Net Cash Flow** | (2,261,118) | 437,739 |
| Beginning Book Cash Balance | 3,819,731 | 1,120,874 |
| (+/-) Net Cash Flow | (2,261,118) | 437,739 |
| **Operating Account Ending Cash Balance (Book)** | 1,558,613 | 1,558,613 |
| Ending Check Float and Unsettled EFTs | 311,182 | 311,182 |
| **Operating Account Ending Cash Balance (Bank)** | 1,869,796 | 1,869,796 |
| **Money Market Account Beginning Cash Balance** | 21,916,302 | 17,424,241 |
| Transfers out to operating account | - | (5,750,000) |
| Transfers in from operating account | 1,000,000 | 11,200,000 |
| Interest earned | 27,975 | 70,036 |
| **Money Market Account Ending Cash Balance** | 22,944,278 | 22,944,278 |
| **Combined Operating and Money Market Account Ending Balance** | 24,814,073 | 24,814,073 |
| Recoveries due to Catholic Health Services | (844,577) | (844,577) |
| **Available Combined Ending Bank Balance** | $ 23,969,497 | $ 23,969,497 |

| Disbursements for Calculating U.S. Trustee Quarterly Fees | July | Since Filing |
|---|---:|---:|
| Administrative Offices | $ 2,750,957.96 | $ 77,235,512.50 |
| PSIP | 2,573,669.32 | 35,597,483.36 |
| **Total Disbursements for Calculating U.S. Trustee Quarterly Fees** | $ 5,324,627.28 | $ 112,832,995.86 |

| In re: | The Roman Catholic Diocese of Rockville Centre, New York, | Case No. | 20 - 12345 |
| | Debtor | Reporting Period | July 1, 2022 – July 31, 2022 |
| | | Federal Tax I.D. # | 11-1837437 |

**Balance Sheet as of July 31, 2022**
Exhibit-2
(Unaudited –$ in thousands)

| Admin Offices Balance Sheet | as of 7/31/22 |
|---|---|
| **Assets** | |
| Unrestricted Cash | 34,122 |
| Unrestricted Investments | 17 |
| Accounts Receivable | 2,541 |
| Contributions Receivable | 4,408 |
| Prepaid Expenses | 1,144 |
| Due from Other Entity | 519 |
| Property, Plant & Equipment | 372 |
| Other Assets | 4,617 |
| Subtotal Unrestricted Assets | 47,742 |
| Restricted Cash & Investments | 22,308 |
| **Total Assets** | **70,050** |
| Liabilities Not Subject to Compromise (Post-Petition) | |
| Accounts Payable | 5,779 |
| Accrued Expenses | 2,710 |
| Accrued Payroll Liabilities | 106 |
| Deferred Revenue | 1,472 |
| Due to Other Entity | 67 |
| Asset Retirement Obligation | 9 |
| Other Liabilities | 5,265 |
| Total Liabilities Not Subject to Compromise | 15,408 |
| Liabilities Subject to Compromise (Pre-Petition) | |
| Accounts Payable | 196 |
| Accrued Expenses | 7 |
| Accrued Payroll Liabilities | 1,833 |
| Deferred Revenue | 60 |
| Due to Other Entity | 34 |
| Asset Retirement Obligation | 184 |
| Other Liabilities | 663 |
| Total Liabilities Subject to Compromise | 2,977 |
| **Total Liabilities** | **18,385** |
| **Net Assets** | **51,665** |

| PSIP Balance Sheet | as of 7/31/22 |
|---|---|
| **Assets** | |
| Unrestricted Cash and Cash Equivalents | 24,503 |
| Restricted Cash, Cash Equivalents and Investments | 8,235 |
| Investments | – |
| Accounts Receivable, net of allowance | 1,247 |
| Hospital Receivable on Unpaid Losses | 28,367 |
| Other Receivables | – |
| Insurance Reimbursable on Unpaid Losses | 33,852 |
| Insurance Reimbursable on Paid Losses, net of allowance | 4,454 |
| Prepaid Expenses & Other Assets | 6,206 |
| Exchange | – |
| **Total Assets** | **106,862** |
| Liabilities Not Subject to Compromise (Post-Petition) | |
| Accounts Payable | 357 |
| Loss & Loss Adj. Payable - Retained | – |
| Loss & Loss Adj. Payable - Ceded | – |
| Workers' Comp Reserve | – |
| Other Liabilities | 5,646 |
| Total Liabilities Not Subject to Compromise | 6,003 |
| Liabilities Subject to Compromise (Pre-Petition) | |
| Accounts Payable | 1 |
| Loss & Loss Adj. Payable - Retained | 41,191 |
| Loss & Loss Adj. Payable - Ceded | 33,852 |
| Workers' Comp Reserve | 1,697 |
| Other Liabilities | 2,274 |
| Total Liabilities Subject to Compromise | 79,014 |
| **Total Liabilities** | **85,018** |
| **Net Assets** | **21,845** |

| In re: | The Roman Catholic Diocese of Rockville Centre, New York, | Case No. | 20 - 12345 |
| --- | --- | --- | --- |
| | Debtor | Reporting Period | July 1, 2022 – July 31, 2022 |
| | | Federal Tax I.D. # | 11-1837437 |

**Balance Sheet as of July 31, 2022**
Exhibit-2
(Unaudited –$ in thousands)

| Mission Office Balance Sheet | as of 7/31/22 |
| --- | --- |
| **Assets** | |
| Unrestricted Cash | 206 |
| Unrestricted Investments | 471 |
| Prepaid Expenses | 0 |
| Due from Other Entity and Other | – |
| Subtotal: Unrestricted Assets | 676 |
| | |
| Restricted Cash & Investments | 328 |
| Restricted Contributions Receivable | – |
| Restricted Due from Other Entity | – |
| Subtotal: Restricted Assets | 328 |
| | |
| **Total Assets** | **1,004** |
| | |
| Liabilities Not Subject to Compromise (Post-Petition) | |
| Accounts Payable | – |
| Accrued Expenses | – |
| Accrued Payroll Liabilities | – |
| Due to Other Entity | 4 |
| Funds Held for Others (collected after petition date) | 57 |
| Total Liabilities Not Subject to Compromise | 61 |
| | |
| Liabilities Subject to Compromise (Pre-Petition) | |
| Accounts Payable | – |
| Accrued Expenses | – |
| Accrued Payroll Liabilities | – |
| Due to Other Entity | – |
| Due to Other Entity | – |
| Funds Held for Others (collected pre petition date) | 266 |
| Total Liabilities Subject to Compromise | 266 |
| | |
| **Total Liabilities** | **328** |
| | |
| **Net Assets** | **676** |

| In re: | The Roman Catholic Diocese of Rockville Centre, New York, | Case No. | 20 - 12345 |
|---|---|---|---|
| | Debtor | Reporting Period | July 1, 2022 – July 31, 2022 |
| | | Federal Tax I.D. # | 11-1837437 |

**Statement of Operations - July 2022**
Exhibit-3
(Unaudited – $ in thousands)

| Admin Offices Income Statement | Jul 2022 | Case to Date |
|---|---:|---:|
| Revenue | | |
| Parish Assessments | 834 | 17,772 |
| Unrestricted Donations & Contributions | 118 | 1,455 |
| Admin Services Revenue | 312 | 6,981 |
| Cell Tower Income | 297 | 6,425 |
| Investment Income (Loss) | 0 | 6 |
| Other Revenue | 266 | 6,172 |
| Assets Released from Restricted | 362 | 11,100 |
| **Total Unrestricted Revenue** | **2,190** | **49,912** |
| Operating Expenses | | |
| Salaries & Benefits | 1,283 | 28,367 |
| Professional Fees | 179 | 4,815 |
| Insurance Claims Expense | – | – |
| Rent, Facilities & Utilities | 130 | 3,889 |
| Other Operating Expense | 197 | 6,010 |
| Operating Support Expense | 28 | 1,572 |
| **Total Operating Expenses** | **1,818** | **44,652** |
| Reorganization Items | 2,488 | 43,699 |
| **Total Expenses** | **4,306** | **88,351** |
| **Change in Net Assets due to Unrestricted Activity** | **(2,116)** | **(38,439)** |
| Restricted Activity | | |
| CMA Donations & Contributions | 307 | 16,028 |
| CMA Assets Released from Restricted | (323) | (9,475) |
| CMA Grants | (55) | (2,474) |
| Non-School Assessment Revenue | 381 | 7,722 |
| Non-School Assessment Grant | – | (5,435) |
| Investment Income (Loss) from Restricted | 7 | (2) |
| Sale of Fixed Assets | – | 4,954 |
| Other Restricted Revenue | 83 | 2,617 |
| Other Revenue Released from Restricted | (39) | (1,626) |
| **Total Restricted Activity** | **360** | **12,308** |
| **Change in Net Assets** | **(1,756)** | **(26,131)** |

| PSIP Income Statement | Jul 2022 | Case to Date |
|---|---:|---:|
| Revenue | | |
| Insurance Assessments | 1,360 | 29,358 |
| Specific Excess Recoveries | 821 | 8,839 |
| Investment Gains / (Losses) | – | – |
| Other Revenue | 47 | 336 |
| **Total Revenue** | **2,228** | **38,533** |
| Operating Expenses | | |
| Claims Expense | 764 | 10,845 |
| Insurance Expense | 1,174 | 24,972 |
| Bad Debt Expense | – | 534 |
| Professional Fees | 55 | 1,648 |
| Salaries & Benefits | 57 | 1,231 |
| Rent, Facility, Utilities | 4 | 93 |
| Other Operating Expenses | 1 | 49 |
| **Total Operating Expenses** | **2,055** | **39,373** |
| Reorganization Items | 218 | 4,758 |
| **Total Expenses** | **2,273** | **44,130** |
| **Change in Net Assets** | **(45)** | **(5,597)** |

| | | |
|---|---|---|
| In re: The Roman Catholic Diocese of Rockville Centre, New York, | Case No. | 20 - 12345 |
| Debtor | Reporting Period | July 1, 2022 – July 31, 2022 |
| | Federal Tax I.D. # | 11-1837437 |

**Statement of Operations - July 2022**
Exhibit-3
(Unaudited –$ in thousands)

| Mission Office Income Statement | Jul 2022 | Case to Date |
|---|---:|---:|
| Revenue | | |
| Admin Services Revenue | 2 | 79 |
| Investment Income (Loss) | 0 | 0 |
| Other Revenue | 0 | 0 |
| **Total Unrestricted Revenue** | **2** | **79** |
| | | |
| Operating Expenses | | |
| Salaries & Benefits | 2 | 36 |
| Professional Fees | 0 | 35 |
| Rent, Facilities & Utilities | 0 | 2 |
| Printing | – | – |
| Other Operating Support Expense | 0 | 6 |
| **Total Expenses** | **2** | **79** |
| | | |
| Reorganization Items | – | – |
| | | |
| **Total Expenses** | **2** | **79** |
| | | |
| **Change in Net Assets** | **–** | **0** |

In re: The Roman Catholic Diocese of Rockville Centre, New York    Case No. 20-12345
Debtor
Reporting Period: July 1, 2022 - July 31, 2022
Federal Tax I.D. # 11-1837437

**Accounts Receivable Aging**
Exhibit-4
(Unaudited –In $)

## Accounts Receivable Reconciliation and Aging

| Administrative Offices Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $ 11,008,096 |
| (+) Amounts billed during the period | 574,858 |
| (-) Amounts collected during the period | (1,435,079) |
| **Total Accounts Receivable at the end of the reporting period** | **$ 10,147,875** |

| Administrative Offices Accounts Receivable Aging as of 7/31/2022 | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|
| **Total Accounts Receivable** | $ 492,448 | $ 1,254,981 | $ 21,715 | $ 8,378,731 | $ 10,147,875 |

| PSIP Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $ 6,678,598 |
| (+) Amounts billed during the period | 17,804 |
| (-) Amounts collected during the period | (1,032,808) |
| **Total Accounts Receivable at the end of the reporting period** | **$ 5,663,594** |

| PSIP Accounts Receivable Aging as of 7/31/2022 | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|
| **Total Accounts Receivable** | $ 17,795 | $ (732) | $ - | $ 5,646,531 | $ 5,663,594 |

In re: The Roman Catholic Diocese of Rockville Centre, New York, Debtor
20-12345-mg Doc 1295 Filed 08/31/22 Entered 08/31/22 13:48:33 Main Document Pg 14 of 20
Case No. 20-12345
Reporting Period: July 1, 2022 - July 31, 2022
Federal Tax I.D. # 11-1837437

**Postpetition Liabilities Aging**
Exhibit-5
(Unaudited –In $)

## Postpetition Liabilities Aging

| As of 7/31/2022 | Current | 1-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Administrative Offices Payable | $ 5,676,317 | $ 87,070 | $ 3,414 | $ 8,136 | $ 4,185 | $ 5,779,122 |
| PSIP Payable | 356,778 | 235 | - | - | - | $ 357,013 |
| Mission Office Payable | - | - | - | - | - | - |
| Taxes Payable | - | - | - | - | - | - |
| **Total Post-Petition Debts[1]** | **$ 6,033,095** | **$ 87,305** | **$ 3,414** | **$ 8,136** | **$ 4,185** | **$ 6,136,135** |

**Notes:**
(1) Invoices are processed on a rolling basis as they are received; aging is based on the invoice date and not the date the invoice is received by the Diocese

| In re: | The Roman Catholic Diocese of Rockville Centre, New York | Case No. | 20-12345 |
|---|---|---|---|
| | Debtor | Reporting Period | July 1, 2022 - July 31, 2022 |
| | | Federal Tax I.D. # | 11-1837437 |

**Schedule of Payments to Professionals**
Exhibit-6
(Unaudited –In $)

### Schedule of Payments to Professionals

| Name | Role | Retention Date | Retainer Balance as of Petition Date | Post-Petition Fees & Expenses Paid During Reporting Period | Post-Petition Fees & Expenses Paid to Date | Total Incurred and Unpaid[1] |
|---|---|---|---|---|---|---|
| Alvarez & Marsal North America, LLC | Restructuring Advisor | 10/1/2020 | $ 353,979.03 | $ 103,421 | $ 5,816,205 | $ 239,527 |
| Jones Day | Counsel | 10/1/2020 | 800,000.00 | 880,827 | 15,870,240 | 1,916,109 |
| Reed Smith LLP | Special Insurance Counsel | 10/1/2020 | 13,931.20 | 218,117 | 3,941,616 | 539,596 |
| Sitrick and Company, Inc. | Communications Consultant | 10/1/2020 | 439.34 | 1,528 | 234,929 | 9,527 |
| Epiq Corporate Restructuring, LLC | Claims & Noticing Agent | 10/1/2020 | 16,032.94 | 9,091 | 917,794 | 17,773 |
| Burns Bowen Bair LLP | Special Insurance Counsel | 10/29/2020 | - | - | 627,513 | 134,893 |
| Kinsella Media LLC | Expert Consultant | 11/17/2020 | - | - | 45,155 | - |
| Pachulski Stang Ziehl & Jones LLP | UCC Counsel | 10/16/2020 | - | - | 5,096,057 | 2,341,508 |
| Berkeley Research Group, LLC | Financial Advisor | 10/29/2020 | - | - | 1,059,763 | 716,457 |
| Nixon Peabody LLP | Special Counsel | 10/1/2020 | 69,554.65 | 56,521 | 3,534,636 | 420,185 |
| Jon R. Conte, Ph.D. | Expert Consultant | 11/17/2020 | - | - | 9,344 | - |
| Arthur J. Gonzalez | Special Mediator | 5/14/2021 | - | 12,500 | 125,000 | 75,000 |
| Binder & Schwartz | Counsel to Special Mediator | 5/14/2021 | - | - | 40,696 | 1,567 |
| Ruskin Moscou Faltischek | Real Estate Counsel to UCC | 7/12/2021 | - | - | 60,916 | 432 |
| Robert E. Gerber | Future Claims Rep. | 10/27/2021 | - | 27,586 | 194,987 | 133,679 |
| Hon. Michael A. Hogan | Financial Advisor to FCR | 11/8/2021 | - | 23,644 | 42,004 | 25,345 |
| Paul J. Van Osselaer | Mediator | 10/20/2021 | - | 23,043 | 101,285 | - |
| Forchelli Deegan Terrana LLP | Special Real Estate Counsel | 12/15/2021 | - | - | 37,523 | 17,108 |
| Standard Valuation Services | Real Estate Appraiser | 1/4/2022 | - | - | 56,500 | 7,150 |
| Joseph Hage Aaronson LLC | Counsel to FCR | 11/8/2021 | - | 1,488 | 4,524 | 8,616 |
| **Total Post-Petition Payments to Professionals** | | | **$ 1,253,937** | **$ 1,357,767** | **$ 37,816,688** | **$ 6,604,472** |

**Notes:**

(1) Total incurred and unpaid amounts comprised of monthly fee statements and interim fee applications filed with the court pursuant to the Court's order governing interim compensation of retained professionals.

In re: The Roman Catholic Diocese of Rockville Centre, New York  
Debtor

20-12345-mg    Doc 1295    Filed 08/31/22    Entered 08/31/22 13:48:33    Main Document  
Pg 16 of 20

Case No.    20-12345  
Reporting Period    July 1, 2022 - July 31, 2022  
Federal Tax I.D. #    11-1837437

**Schedule of Payments to Insiders**  
Exhibit-7  
(Unaudited –In $)

**Schedule of Payments to Insiders**

| Name | Type of Payment | Amount Paid During Current Month | Total Paid to Date |
|---|---|---:|---:|
| All Insiders[1] | Payroll | $ 48,017 | $ 1,066,891 |
| All Insiders[1] | Expense Reimbursement | 1,183 | 3,399 |
| **Total Payments to Insiders** | | **$ 49,200** | **$ 1,070,290** |

**Notes:**

(1) Represents payments made by the debtor to persons considered to be "insiders" under the Bankruptcy Code during the reporting period. The total is shown on a cash basis, reflecting the actual amounts received, net of any applicable taxes, withholdings or other deductions.

Persons included as "insiders" have been included for informational purposes only. The Debtor does not concede or take any position with respect to:  
(a) such person's influence over the control of the Debtor; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws or with respect to any theories of liability or for any other purpose. Further, the inclusion of a party as an "insider" in not an acknowledgement or concession that such party is an "insider" under applicable bankruptcy law.

| In re: | The Roman Catholic Diocese of Rockville Centre, New York, | | Case No. | 20 - 12345 |
|---|---|---|---|---|
| | Debtor | | Reporting Period | July 1, 2022 – July 31, 2022 |

**Bank Account Reconciliations**   Federal Tax I.D. #   11-1837437
Exhibit 8
(Unaudited – in $)

| Bank Name | Account Name | Bank Account | 7/31 Bank Balance[1] |
|---|---|---|---|
| **Administrative Office Unrestricted Accounts** | | | |
| JPMorgan Chase | Main Operating Account | 0928 | $ 2,436,573.91 |
| JPMorgan Chase | Main Money Market Account | 0769 | 11,205,997.98 |
| JPMorgan Chase | Donations-PPD | 2581 | 18,578,021.80 |
| JPMorgan Chase | JPM Money Market Account for Donations-PPD | 6575 | - |
| JPMorgan Chase | Utility Deposit Account | 2607 | 24,356.43 |
| Signature Bank | Signature Money Market Account | 3567 | 2,009,228.71 |
| JPMorgan Chase | St. Pius Residence Operating Account | 7252 | 31,951.34 |
| **Subtotal: Administrative Office Accounts** | | | **$ 34,286,130.17** |
| **Administrative Office Accounts Restricted, Held for Others, or Non-Debtor** | | | |
| Signature Bank | DRVC- St. John Fisher Fund (Opened June 2022) | 8425 | $ - |
| Signature Bank | DRVC- Hamilton Scholarship Fund (Opened June 2022) | 8433 | 1,500,820.08 |
| JPMorgan Chase | 403(b) Contribution Account* | 2823 | 226,554.90 |
| JPMorgan Chase | Catholic Ministries Appeal-PPD | 2565 | 9,819,777.92 |
| JPMorgan Chase | JPM MMA Account for Catholic Ministries Appeal- PPD | 6574 | - |
| JPMorgan Chase | DSI Dividend Account | 6552 | 500.00 |
| Peoples United Bank | Estate of Spanburg CD* | 1315 | 50,443.42 |
| Bank of America | Gift Annuity Account* | 8393 | - |
| PUB/BNY | Charitable Gift Annuity Account* | 2279 | 109,730.18 |
| JPMorgan Chase | Health & Welfare Contribution Account* | 1128 | 120,659.72 |
| JPMorgan Chase | Health & Welfare Contribution Money Market Account* | 4873 | 5,065.86 |
| JPMorgan Chase | Health & Welfare Paying Agent Account* | 0951 | 1,703,974.74 |
| JPMorgan Chase | Health & Welfare Paying Agent Money Market Account* | 0772 | 951.17 |
| JPMorgan Chase | Catalyst- Dental* | 9923 | 18,932.90 |
| Citibank | DRVC for National Assoc of Pastoral Musicians, RVC Chapter† | 4894 | 1,929.85 |
| JPMorgan Chase | Lay Pension Contribution Account* | 8210 | 177,050.90 |
| JPMorgan Chase | Lay Pension Money Market Account* | 1340 | 10,065.73 |
| Unitas | Legacy Endowment Funds* | Various | 339,010.84 |
| JPMorgan Chase | Mission Office Money Market Account*^ | 0767 | 10,300.21 |
| JPMorgan Chase | Mission Office Operating Account*^ | 0902 | 207,705.64 |
| Unitas | RVC Mission Projects*^ | 10-101477 | 376,629.07 |
| Unitas | Mission Operations*^ | 10-111477 | 198,270.01 |
| Unitas | Mission Office-El Cercado* | 10-401477 | 55,639.92 |
| Unitas | DRM-DOM Repub Mission* | 10-601477 | 167,859.67 |
| JPMorgan Chase | Non-School Assessment-PPD | 2573 | 1,330,563.90 |
| JPMorgan Chase | JPM Money Market Account for Non-School Assessment PPD | 6576 | - |
| NYS Workers Compensation Board | NYS Workers Comp Deposit Account | 1432 | 7,520,073.53 |
| JPMorgan Chase | Priest Pension Contribution Account* | 3148 | 64,968.63 |
| JPMorgan Chase | Priest Pension Money Market Account* | 8192 | 10,044.01 |
| JPMorgan Chase | Priest Welfare & Benefits Contribution Account* | 0910 | 84,560.97 |
| JPMorgan Chase | Priest Welfare & Benefits Money Market Account* | 0768 | 10,043.99 |
| JPMorgan Chase | Restricted Donations/Collections Account* | 5710 | 3,542,098.89 |
| JPMorgan Chase | MMA Account for Resticted Donation/Collections* | 6573 | - |
| JPMorgan Chase | Proceeds:50 North Park- RVC* | 2599 | 5,200,000.00 |
| JPMorgan Chase | JPM MMA Account for Proceeds: 50 North Park- RVC* | 6577 | - |
| Charles Schwab | Stock Donation Account* | 1911 | 249,699.75 |
| **Subtotal: Administrative Office Accounts Restricted, Held for Others, or Non-Debtor** | | | **$ 33,113,926.40** |

| Bank Name | Account Name | Bank Account | 7/31 Bank Balance |
|---|---|---|---|
| **PSIP Unrestricted Accounts** | | | |
| JPMorgan Chase | PSIP Operating Account | 0936 | $ 1,780,950.23 |
| JPMorgan Chase | PSIP Money Market Account | 0770 | 22,944,277.69 |
| JPMorgan Chase | Pastoral Care Account | 6502 | 88,845.31 |
| JPMorgan Chase | Network Adjusters Disbursement Account | 0932 | - |
| **Subtotal: PSIP Accounts** | | | **$ 24,814,073.23** |
| **PSIP Accounts Restricted** | | | |
| JPMorgan Chase | PSIP Claims Intermediate Account | 0656 | - |
| **Subtotal: PSIP Accounts Restricted** | | | **$ -** |

| Petty Cash Spend Category | Amount Paid During Current Month | Total Paid to Date |
|---|---|---|
| Food | $ 39 | $ 975 |
| Maintenance / Dry Cleaning | - | 1,165 |
| Other | - | 327 |
| **Total Petty Cash Spend** | **$ 39** | **$ 2,467** |

**Notes:**
(1) All bank accounts are reconciled each period when statements are received. The reconciliations are not attached to this Monthly Operating Report, but will be provided to the U.S. Trustee upon request.
* Denotes an FHO Account
† Denotes a Non-Debtor Account
^ Partially Restricted

In re: The Roman Catholic Diocese of Rockville Centre, New York,
Debtor

**Schedule of Transfers Between Debtor and Affiliate (July 1, 2022 – July 31, 2022)**
Exhibit 9
(Unaudited – in $)

Case No.    20 - 12345
Reporting Period    July 1, 2022 – July 31, 2022
Federal Tax I.D. #    11-1837437

**PAYMENTS BETWEEN DEBTOR AND AFFILIATE**

| Ecclesia Transfer Purpose | | Transfer Amount |
|---|---|---:|
| **Transfers from Ecclesia** | | |
| Insurance Reimbursements to PSIP for June 2022 SIR Claim Payments | $ | 132,372 |
| Other recovery tranfers - Claim loss dates prior to 11/2019 | | 77,280 |
| **Total Transfers from Ecclesia** | **$** | **209,651** |
| | | |
| **Transfers to Ecclesia** | | |
| Primary & Excess Property Premium - 4/1/22-3/31/23 | $ | 218,031 |
| Property and Boiler Retention Buy-Down 4/1/22-3/31/23 | | 1,145,562 |
| **Total Transfers to Ecclesia** | **$** | **1,363,593** |
| | | |
| **Total Transfers from / (to) Ecclesia** | **$** | **(1,153,942)** |

In re: The Roman Catholic Diocese of Rockville Centre, New York,
Debtor

Case No. 20 - 12345
Reporting Period: July 1, 2022 – July 31, 2022
Federal Tax I.D. # 11-1837437

**Status of Post-Petition Taxes**
Exhibit 10
(Unaudited – in $)

| Tax Category[1] | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Ending Tax[2] |
|---|---|---|---|---|
| **Federal** | | | | |
| Withholding | $ - | $ 103,031 | $ 103,031 | $ - |
| FICA - Employee | - | 63,210 | 63,210 | - |
| FICA - Employer | - | 60,824 | 60,824 | - |
| **Total Federal Taxes** | **$ -** | **$ 227,066** | **$ 227,066** | **$ -** |
| **State & Local** | | | | |
| Withholding | $ - | $ 41,961 | $ 41,961 | $ - |
| Property Taxes/ Local | - | 2,877 | 2,877 | - |
| **Total State & Local Taxes** | **$ -** | **$ 44,837** | **$ 44,837** | **$ -** |
| **Total Taxes** | **$ -** | **$ 271,903** | **$ 271,903** | **$ -** |

**Notes:**
(1) All tax payments have supporting documentation and will be provided to the U.S. Trustee upon request.
(2) Amounts noted reflect accruals and remittances during the reporting period only. Some of which are estimated based on anticipated quarterly/semi-annual/annual invoice amounts.

| In re: The Roman Catholic Diocese of Rockville Centre, New York, | Case No. | 20 - 12345 |
| Debtor | Reporting Period | July 1, 2022 – July 31, 2022 |
| | Federal Tax I.D. # | 11-1837437 |

**Debtor Questionnaire**
Exhibit 11
(Unaudited – in $)

**Debtor Questionnaire**

The table below shows authority granted under the orders entered in this bankruptcy case and pre-petition amounts spent during July 2022 pursuant to such orders

| Motion Capacity Category | Final Cap. | Total Payments | Remaining Availability | July Total Payments |
|---|---|---|---|---|
| **Prepetition Wages** | | | | |
| Employee Compensation | $ 884,000 | $ 558,974 | $ 325,026 | $ - |
| Deductions | 77,000 | 37,594 | 39,406 | - |
| Business Expenses | 49,000 | 10,066 | 38,934 | - |
| Tuition Payments[1] | 164,000 | 127,754 | 36,246 | - |
| Payroll Costs[2] | 386,000 | 80,217 | 305,783 | - |
| | $ 1,560,000 | $ 814,606 | $ 745,394 | $ - |
| | | | | |
| **Prepetition Cash Management** | | | | |
| Bank Fees | No Limit | $ 411 | | $ - |
| Parish Rebates | No Limit | 64,273 | | - |
| Funds Held For Others | No Limit | 380,315 | | - |
| Restricted Donations | No Limit | 75,664 | | 23,408 |
| | | $ 520,663 | | $ 23,408 |
| | | | | |
| **Prepetition Pastoral Care** | | | | |
| Pastoral Care[3] | $ 50,000 | 43,178 | 6,822 | $ - |
| | $ 50,000 | $ 43,178 | $ 6,822 | $ - |
| | | | | |
| **Prepetition Insurance** | | | | |
| Insurance[4] | No Limit | 4,851,661 | | $ 651,720 |
| | | $ 4,851,661 | | $ 651,720 |

1) Fall 2020 tuition payments are included in their entirety in the calculation of pre-petition payments made; however, the Diocese takes the position that a portion of these payments are post-petition and do not utilize capacity granted under the first day orders
2) Includes ADP, payroll taxes, severance, and unemployment obligations
3) Pastoral care capacity is presented including the additional authority of $12,500 granted by the court in the order entered 1/14
4) Certain March insurance payments are included in their entirety in the calculation of pre-petition payments made; however, the Diocese takes the position that a portion of these payments are post-petition