UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, | ) Case No. 20-12345 (SCC) |
| | ) |
| Debtor.[1] | ) |

## CERTIFICATE OF SERVICE

STATE OF TEXAS            )
                          )
COUNTY OF HARRIS          )

I, Kerri L. LaBrada, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is 440 Louisiana Street, Suite 900, Houston, Texas 77002.

On **September 2, 2022**, in addition to service via the Court's ECF system, I caused a true and correct copy of the following document to be served via electronic mail upon the parties set forth on the service list annexed hereto as **Exhibit A** and via First Class US Mail upon the parties set forth on the service list annexed hereto as **Exhibit B**:

- Notice of Presentment of Tolling Order and Stipulation Between the Official Committee of Unsecured Creditors and the Seminary of the Immaculate Conception of the Diocese of Rockville Centre [Docket No. 1301]

I declare under penalty of perjury, under the laws of the State of Texas and the United States of America that the foregoing is true and correct.

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last for digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue, P.O. Box 9023, Rockville Centre, NY 11571-9023.

DOCS_NY:46419.1 18491/002

Dated this 6th day of September, 2022.

                                  */s/ Kerri L. LaBrada*
                                  Kerri L. LaBrada

# EXHIBIT A

**Service by E-Mail**

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| ALONSO KRANGLE LLP | ATTN: DAVID B. KRANGLE ESQ | DKRANGLE@ALONSOKRANGLE.COM; AALONSO@ALONSOKRANGLE.COM |
| BARCLAY DAMON LLP | JANICE B. GRUBIN | JGRUBIN@BARCLAYDAMON.COM |
| BETTI & ASSOCIATES | MICHELE M. BETTI, ESQ | MBETTILAW@GMAIL.COM |
| BURNS BOWEN BAIR LLP | TIMOTHY BURNS; JESSE BAIR | TBURNS@BBBLAWLLP.COM; JBAIR@BBBLAWLLP.COM |
| BUTTAFUOCO & ASSOCIATES, PLLC | JAMES S. MCCARTHY; ELLEN BUCCHOLZ | JMCCARTHY@BUTTAFUOCOLAW.COM |
| CARLTON FIELDS PA | LUIS ORENGO, JR., ESQ. ROBERT W. DIUBALDO, ESQ.; NORA VALENZA-FROST, ESQ.; ALEX B. SILVERMAN, ESQ. | LORENGO@CARLTONFIELDS.COM; RDIUBALDO@CARLTONFIELDS.COM; NVALENZA-FROST@CARLTONFIELDS.COM; ASILVERMAN@CARLTONFIELDS.COM |
| CERTAIN & ZILBERG | GARY CERTAIN | GCERTAIN@CERTAINLAW.COM |
| CLYDE & CO US LLP | CATALINA SUGAYAN, ESQ.; JAMES MOFFITT, ESQ., ROBERT MEYERS, ESQ. | CATALINA.SUGAYAN@CLYDECO.US; JAMES.MOFFITT@CLYDECO.US' BOB.MEYERS@CLYDECO.US |
| COUGHLIN DUFFY LLP | KEVIN T. COUGHLIN, ESQ.; ADAM T. SMITH, ESQ.; KAREN H. MORIARTY | KCOUGHLIN@COUGHLINDUFFY.COM; ASMITH@COUGHLINDUFFY.COM; KMORIARTY@COUGHLINDUFFY.COM |
| CULLEN AND DYKMAN LLP | MATTHEW G. ROSEMAN, ESQ.; ELIZABETH M. ABOULAFIA, ESQ; MICHAEL KWIATKOWSKI, ESQ.; THOMAS R. SLOME | MROSEMAN@CULLENLLP.COM; TSLOME@CULLENLLP.COM; EABOULAFIA@CULLENLLP.COM; MKWIATKOWS@CULLENLLP.COM |

| | | |
|---|---|---|
| DESIMONE & ASSOCIATES, LLC | RALPH DESIMONE | RDESIMONE@DLAW.NET |
| DUANE MORRIS LLP | BRETT L. MESSINGER; RUSSELL W. ROTEN; JEFF D. KAHANE; ANDREW E. MINA | BLMESSINGER@DUANEMORRIS.COM; RWROTEN@DUANEMORRIS.COM; JKAHANE@DUANEMORRIS.COM; AMINA@DUANEMORRIS.COM |
| FARRELL FRITZ PPC | MARTIN BUNIN; PATRICK COLLINS | MBUNIN@FARRELLFRITZ.COM; PCOLLINS@FARRELLFRITZ.COM |
| GAIR, GAIR, CONASON, RUBINOWITZ, BLOOM | RACHEL L. JACOBS & PETER SAGHIR | RJACOBS@GAIRGAIR.COM; PSAGHIR@GAIRGAIR.COM |
| HACH ROSE SCHIRIPPA & CHEVERIE | MICHAEL ROSE & HILLARY NAPPI | MR@HACHROSELAW.COM; HNAPPI@HRSCLAW.COM |
| HAMBURGER, MAXSON, YAFFE & MCNALLY LLP | DOUGLAS MCNALLY | RHAMBURGER@HMYLAW.COM; DMCNALLY@HMYLAW.COM; DYAFFE@HMYLAW.COM |
| HERMAN LAW | JEFF HERMAN; STUART S. MERMELSTEIN ESQ. | JHERMAN@HERMANLAW.COM; SMERMELSTEIN@HERMANLAW.COM; DELLIS@HERMANLAW.COM;MTHEISEN@HERMANLAW; DOCKETING@HERMANLAW.COM |
| HURLEY MCKENNA & MERTZ P.C. | CLINT PIERCE, EVAN SMOLA, & MARK MCKENNA | CPIERCE@HURLEY-LAW.COM; ESMOLA@HURLEY-LAW.COM; MMCKENNA@HURLEY-LAW.COM |
| IFRAH, PLLC | GEORGE R. CALHOUN, V | GEORGE@IFRAHLAW.COM |
| JAMES, VERNON & WEEKS, P.A. | LEANDER L. JAMES IV | LJAMES@JVWLAW.NET |
| JANET, JANET & SUGGS LLC | ANDREW S. JANET | ASJANET@JJSJUSTICE.COM |
| JEFF ANDERSON & ASSOCIATES, P.A. | ATTN: JEFF ANDERSON ESQ., TRUSHA GOFFE ESQ, & PATRICK STONEKING ESQ. | JEFF@ANDERSONADVOCATES.COM; TRUSHA@ANDERSONADVOCATES.COM; PSTONEKING@ANDERSONADVOCATES.COM |
| JONES DAY | CORINNE BALL, TODD GEREMIA, | CBALL@JONESDAY.COM; TRGEREMIA@JONESDAY.COM; |

| | | |
|---|---|---|
| | BENJAMIN ROSENBLUM, ERIC P. STEPHENS, ANDREW M. BUTLER, BENJAMIN THOMPSON, CHRISTOPHER DIPOMPEO | BROSENBLUM@JONESDAY.COM; EPSTEPHENS@JONESDAY.COM; ABUTLER@JONESDAY.COM; BTHOMSON@JONESDAY.COM; CDIPOMPEO@JONESDAY.COM |
| KELLY & HULME PC | JAMES N. HULME, ESQ | JHULME@KELLYANDHULME.NET |
| KENNEDYS CMK LLP | JILLIAN G. DENNEHY ESQ. | JILLIAN.DENNEHY@KENNEDYSLAW.COM |
| KENNEY SHELTON LIPTAK NOWAK LLP | DIRK C. HAARHOFF; JUDITH TREGER SHELTON, ESQ. | DCHAARHOFF@KSLNLAW.COM; JTSHELTON@KSLNLAW.COM |
| LAURA A. AHEARN, ESQ. PLLC | LAURA A. AHEARN | LAHEARN@LAURAAHEARN.COM |
| LAW OFFICES OF MITCHELL GARABEDIAN | MITCHELL GARABEDIAN | MGARABEDIAN@GARABEDIANLAW.COM |
| LAW OFFICES OF RONALD J. KIM, PC | RONALD J. KIM | RON@RONALDKIMLAW.COM |
| LEVY KONIGSBERG, LLP | HELENE M. WEISS & VARA LYONS | VLYONS@LEVYLAW.COM |
| MARSH LAW FIRM PLLC | JAMES A. MARSH | JAMESMARSH@MARSH.LAW |
| MERSON LAW PLLC | JORDAN K. MERSON | JMERSON@MERSONLAW.COM |
| MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | EDWARD J. LOBELLO; THOMAS LEVIN, ESQ. | ELOBELLO@MSEK.COM; ATLEVIN@MSEK.COM |
| MICHAEL G. DOWD | MICHAEL G. DOWD | MICHAELGDOWD@GMAIL.COM |
| MORITT HOCK & HAMROFF LLP | THERESA A. DRISCOLL & | TDRISCOLL@MORITTHOCK.COM; MTROIANO@MORITTHOCK.COM |

| | MICHAEL C. TROIANO | |
|---|---|---|
| MOSS & BARNETT | CHARLES E. JONES | CHARLES.JONES@LAWMOSS.COM |
| OFFICE OF THE NY STATE ATTORNEY GENERAL | LETITIA JAMES, ELENA GONZALEZ, ELIZABETH M. LYNCH | ELENA.GONZALEZ@AG.NY.GOV; ELIZABETHM.LYNCH@AG.NY.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | SHARA CORNELL, | SHARA.CORNELL@USDOJ.GOV; GREG.ZIPES@USDOJ.GOV |
| PARKER WAICHMAN LLP | BRETT ZEKOWSKI & FRED ROSENTHAL | BZEKOWSKI@YOURLAWYER.COM; FROSENTHAL@YOURLAWYER.COM |
| PATRICK NOAKER, NOAKER LAW FIRM, LLC | PATRICK NOAKER | PATRICK@NOAKERLAW.COM |
| PFAU COCHRAN VERTETIS AMALA PLLC | MICHAEL T. PFAU | MICHAEL@PCVALAW.COM |
| PHILLIPS & PAOLICELLI, LLP | DIANE PAOLICELLI | DPAOLICELLI@P2LAW.COM |
| POLLOCK COHEN LLP; ATTN | ADAM POLLOCK | ADAM@POLLOCKCOHEN.COM |
| PORZIO BROMBERG & NEWMAN P.C. | BRETT S. MOORE ESQ.& ROBERT M. SCHECHTER ESQ | RMSCHECHTER@PBNLAW.COM; BSMOORE@PBNLAW.COM |
| RHEINGOLD GIUFFRA RUFFO & PLOTKIN LLP | THOMAS P. GIUFFA | TGIUFFRA@RHEINGOLDLAW.COM |
| RIVKIN RADLER | MICHAEL KOTULA; JASON GURDUS | MICHAEL.KOTULA@RIVKIN.COM; JASON.GURDUS@RIVKIN.COM |
| ROMANO & ASSOCIATES | MICHAEL J. ROMANO | MJR@ROMANOFIRM.COM |
| RUSSO, KARL, WIDMAIER & CORDANO PLLC | CHRISTOPHER GERACE | CG@RKWCLAW.COM |
| SILBERSTEIN, AWAD & MIKLOS, P.C. | MICHAEL LAUTERBORN | MLAW@ASK4SAM.NET |
| SIMMONS HANLY CONROY LLC | ATTN: PAUL J. HANLY, JR. | PHANLY@SIMMONSFIRM.COM |

| | | |
|---|---|---|
| SLATER SLATER SCHULMAN LLP | JONATHAN SCHULMAN, ESQ ADAM SLATER | JSCHULMAN@SSSFIRM.COM;ASLATER@SSSFIRM.COM; LLEDER@SSSFIRM.COM; SALTER@SSSFIRM.COM;HKUCINE@SSSFIRM.COM; NICOLE@SSSFIRM.COM |
| SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO P.C. | ERIC K. SCHWARZ | ESCHWARZ@TRIALLAW1.COM |
| SWEENEY, REICH & BOLZ, LLP | GERARD J. SWEENEY | GSWEENEY@SRBLAWFIRM.COM |
| THE LAW OFFICE OF JOSHUA W. SKILLMAN | JOSHUA W. SKILLMAN | JOSH@SKILLMANLAW.NYC |
| THE ZALKIN LAW FIRM, P.C. AND BARASCH MCGARRY | ELIZABETH CATE, DEVIN STOREY, IRWIN ZALKIN, DANA COHEN | ELIZABETH@ZALKIN.COM; DMS@ZALKIN.COM; IRWIN@ZALKIN.COM |
| TOGUT, SEGAL & SEGAL LLP | FRANK A. OSWALD, ESQ., JARED BORRIELLO, ESQ | FRANKOSWALD@TEAMTOGUT.COM; JBORRIELLO@TEAMTOGUT.COM |
| TOLMAGE, PESKIN, HARRIS, & FALICK | STEPHAN H. PESKIN | PESKIN@TOLMAGEPESKINLAW.COM |
| UNITED STATES ATTORNEYS OFFICE, FOR THE SOUTHERN DISTRICT OF NEW YORK | PETER ARONOFF | PETER.ARONOFF@USDOJ.GOV |
| WEINBERG GROSS & PERGAMENT LLP | JOSEPH R. WHALEN A/K/A JOSEPH ROBERT WHALEN | MPERGAMENT@WGPLAW.COM |
| WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN LLP | JOHN E. WESTERMAN, MICKEE M. HENNESSY, WILLIAM C. HEUER, ALISON M. LADD | JWESTERMAN@WESTERMANLLP.COM; MHENNESSY@WESTERMANLLP.COM; WHEUER@WESTERMANLLP.COM; ALADD@WESTERMANLLP.COM |

**EXHIBIT B**

**SERVICE BY US MAIL**

| NAME | NOTICE NAME | ADDRESS |
|---|---|---|
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK | DEBTOR | 50 NORTH PARK AVENUE P.O. BOX 9023, ROCKVILLE CENTRE, NY 11571-9023 |
| DELL & DEAN | JOSEPH G. DELL | 1225 FRANKLIN AVENUE, SUITE 450, GARDEN CITY, NJ 11530 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | PO BOX 7346 PHILADELPHIA, PA 19101-7346 |
| UNITED STATES ATTORNY'S OFFICE (SDNY) | TAX & BANKRUPTCY UNIT | 86 CHAMBERS ST., 3RD FLOOR, NEW YORK, NY 10007 |
| OFFICE OF THE UNITED STATES TRUSTEE | GREG ZIPES | US FEDERAL BUILDING, 201 VARICK STREET, SUITE 1006, NEW YORK, NY 10014 |
| ROBERT GERBER | | 485 LEXINGTON AVENUE, 30TH FLOOR, NEW YORK, NY 10017 |