JONES DAY
Corinne Ball
Todd Geremia
Benjamin Rosenblum
Nicholas Morin
Andrew Butler
250 Vesey Street
New York, New York  10281
Telephone:     (212) 326-3939
Facsimile:     (212) 755-7306

*Counsel for the Debtor
and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,[1] | : | Case No. 20-12345 (MG) |
| | : | |
| Debtor. | : | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE THAT** the Nicholas Morin, pursuant to Rules 2002, 9007, 9010(a) and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), appears in the above-captioned case, as counsel to the above-captioned debtor and debtor-in-possession, and requests that all notices given or required to be given in this case, all pleadings and other papers served, or required to be served, in this case, be given to and served upon the following:

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is P.O. Box 9023, Rockville Centre, NY 11570.

NAI-1534091682v1

Nicholas Morin
JONES DAY
250 Vesey Street
New York, New York  10281
Telephone: (212) 326-3939
Facsimile:  (212) 755-7306
E-mail:   nmorin@jonesday.com

**PLEASE TAKE FURTHER NOTICE THAT** the aforementioned attorney consents to email service.

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rules and sections specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, electronic mail, hand or courier delivery, telephone, telecopy, facsimile, telegraph, telex, or otherwise filed with regard to the referenced case and proceedings therein.

|  |  |
|---|---|
| Dated: October 27, 2022<br>New York, New York | Respectfully submitted,<br>/s/ *Nicholas Morin*<br>Corinne Ball<br>Todd Geremia<br>Benjamin Rosenblum<br>Nicholas Morin<br>Andrew Butler<br>JONES DAY<br>250 Vesey Street<br>New York, NY 10281-1047<br>Telephone:  (212) 326-3939<br>Facsimile:  (212) 755-7306<br>Email: cball@jonesday.com<br>    trgeremia@jonesday.com<br>    brosenblum@jonesday.com<br>    nmorin@jonesday.com<br>    abutler@jonesday.com<br><br>*Counsel for the Debtor*<br>*and Debtor in Possession* |

NAI-1534091682v1