UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, | : | Case No. 20-12345-mg |
| | : | |
| Debtor. | : | |

## MEDIATOR'S STATUS REPORT

Pursuant to Paragraph 10 of the *Order Appointing a Mediator* [Docket 794], the undersigned Mediator reports as follows:

1.  All mediation parties continue to participate in good faith in the mediation process. The issues being mediated continue to include not only those directly pending before this court, but also the insurance coverage issues pending in district court involving certain of the Debtor's insurers, which affect this proceeding. The Debtor's insurers are mediation parties here.

2.  The Mediator continues to have substantive discussions with key parties as to the legal and factual issues and the mediation process itself. The Mediator also continues to work with the mediation parties in addressing disputes among them relating to the exchange of information.

3.  Virtual meetings and conference calls with individual parties continue throughout. In addition, in July the Mediator had in-person sessions with certain sets of parties and a virtual one with another set of parties. In August, there was a three-day, in-person, all-parties mediation session and mediation of issues relating to the stipulation on the injunction with which the court is familiar. In September, in addition to the virtual conferences with certain parties, there was a one-day virtual mediation conference involving

two of the principal parties, and mediation work continued relating to the stipulation on the injunction. In October, individual party virtual conferences continued, there were several days of virtual mediation sessions involving sets of parties, one all-parties virtual session, and one multi-day, in-person session.

4.      The Mediator has also recently notified the parties of the following upcoming mediation sessions, which may involve some or all parties as necessary and workable: November 15-16 (virtual), December 5-9 (in-person or some virtual to be determined in the coming week).

Dated: October 31, 2022

Respectfully submitted,

_____
Paul J. Van Osselaer
VAN OSSELAER DISPUTE RESOLUTION PLLC
2305 Cheswick Court
Austin, TX 78746
(512) 593-5104
(512) 413-0452 – Mobile
Paul@VanOsselaerADR.com

COURT-APPOINTED MEDIATOR [Docket 794]