

**PACHULSKI STANG ZIEHL & JONES**

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY
HOUSTON, TX

10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067-4003

**TELEPHONE:** 310.277.6910
FACSIMILE: 310.201.0760

**SAN FRANCISCO**
ONE MARKET PLAZA, SPEAR TOWER
40th FLOOR, SUITE 4000
SAN FRANCISCO
CALIFORNIA 94105-1020

**TELEPHONE:** 415.263.7000
FACSIMILE: 415.263.7010

**DELAWARE**
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

**TELEPHONE:** 302.652.4100
FACSIMILE: 302.652.4400

**NEW YORK**
780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

**TELEPHONE:** 212.561.7700
FACSIMILE: 212.561.7777

**TEXAS**
440 LOUISIANA STREET
SUITE 900
HOUSTON
TEXAS 77002-1062

**TELEPHONE:** 713.691.9385
FACSIMILE: 713.691.9407

WEB: www.pszjlaw.com

James I. Stang

November 29, 2022

310.772.2354
jstang@pszjlaw.com

**BY CM / ECF**

The Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

    **Re:** *In re The Roman Catholic Diocese of Rockville Centre, New York*, Case No. 20-12345

Dear Chief Judge Glenn:

    We write to update the Court that today the Official Committee of Unsecured Creditors (the "Committee") sent the attached notice to the parties to the Standstill Agreement, as that term is defined in the *Stipulation and Order Approving Standstill Agreement*, Doc. No. 1049.

    The Committee remains willing to make substantial progress toward resolving this case.

                      Very truly yours,

                      James I. Stang

cc: All counsel (via electronic filing)

**ERROR! UNKNOWN DOCUMENT PROPERTY NAME.**

# James Stang

| | |
|---|---|
| **From:** | James Stang |
| **Sent:** | Tuesday, November 29, 2022 4:31 PM |
| **To:** | Jeff Herman; Andrew Silvershein; Adam Horowitz; Jeffrey Anderson; Trusha Goffe; Pat Stoneking; Michael Dowd; Jason Amala; Michael Pfau; Mallory C. Allen; John D. Allison; Jordan K. Merson; Sarah Cantos; Patrick Noaker; Michael H. Reich; Georgia Kosmakos; Adam Slater; Jonathan Schulman; Diane Paolicelli; Yitzhak Fogel; Lee James; Mitchell Garabedian 2; Emily Charlton; 'Rosenblum, Benjamin'; 'Butler, Andrew M.'; 'Ball, Corinne'; 'Stephens, Eric P.'; Jeff Herman; Andrew Silvershein; Adam Horowitz; Jeffrey Anderson; Trusha Goffe; Pat Stoneking; Michael Dowd; Jason Amala; Michael Pfau; Mallory C. Allen; John D. Allison; Jordan K. Merson; Sarah Cantos; Patrick Noaker; Michael H. Reich; Georgia Kosmakos; Adam Slater; Jonathan Schulman; Diane Paolicelli; Yitzhak Fogel; Lee James; Mitchell  Garabedian 2; Emily Charlton; 'Rosenblum, Benjamin'; 'Butler, Andrew M.'; 'Ball, Corinne'; 'Stephens, Eric P.' |
| **Cc:** | Karen B. Dine; Brittany M. Michael; Iain Nasatir; Ilan D. Scharf |
| **Subject:** | Diocese of Rockville Centre |

This email is the Official Committee of Unsecured Creditors' (the "Committee") notice of termination of the Standstill Period, as that term is defined in the *Stipulation and Order Approving Standstill Agreement*, Doc. No. 1049.

The Committee remains prepared to discuss a consensual resolution of this matter and would be willing to reinstate the Standstill Period if significant progress toward a consensual plan.  At this stage allowing parties to file plans will assist all parties in understanding possible exits to this bankruptcy and next steps for the case.

**James Stang**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 310.772.2354
Tel: 310.277.6910 | Cell: 310.420.7535 | Fax: 310.201.0760
jstang@pszjlaw.com
vCard | Bio | LinkedIn



Los Angeles | San Francisco | Wilmington, DE | New York | Costa Mesa