BURNS BOWEN BAIR LLP
Timothy W. Burns, Esq. (admitted *pro hac vice*)
Jesse J. Bair, Esq. (admitted *pro hac vice*)
10 E. Doty St., Suite 600
Madison, WI 53703-3392
Telephone: (608) 286-2808
Email: tburns@bbblawllp.com
Email: jbair@bbblawllp.com

*Special Insurance Counsel to the Official Committee
of Unsecured Creditors of The Roman Catholic Diocese
of Rockville Centre, New York*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br>                               Debtor. | Chapter 11<br>Case No. 20-12345 (MG) |

# TWENTY-FIFTH MONTHLY FEE STATEMENT OF BURNS BOWEN BAIR LLP, AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED FOR THE PERIOD FROM <u>NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022</u>

| | |
|---|---|
| Name of Applicant: | Burns Bowen Bair LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | Effective October 29, 2020 pursuant to Order dated December 9, 2020 [Docket No. 246] |
| Period for which compensation and reimbursement is sought: | November 1, 2022 – November 30, 2022 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $71,218.00<br>80% of which is $56,974.40 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $2,669.84 |
| TOTAL (80% of fees and 100% of costs) | $59,644.24 |

**This is the Twenty-Fifth Monthly Fee Statement.**

## PRELIMINARY STATEMENT

Burns Bowen Bair LLP ("Burns Bowen Bair"), as Special Insurance Counsel to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Diocese of Rockville Centre, New York (the "Debtor"), hereby submits this twenty-fifth monthly statement (the "Monthly Statement") for the period from November 1, 2022 through November 30, 2022 (the "Statement Period") for payment of professional services rendered and reimbursement of expenses incurred during the Statement Period pursuant to the Court's *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* dated November 4, 2020 [Docket No. 129] (the "Interim Compensation Order"). Burns Bowen Bair requests: (a) interim allowance and payment of compensation in the amount of $56,974.40 (80% of $71,218.00) of fees on account of reasonable and necessary professional services rendered to the Committee by Burns Bowen Bair and (b) reimbursement of actual and necessary costs and expenses in the amount of $2,669.84.

## FEES FOR SERVICES RENDERED DURING THE STATEMENT PERIOD

1. Set forth below is a list of the positions of the Burns Bowen Bair professionals and paraprofessionals who provided services to the Committee during the Statement Period, their respective billing rates, and the aggregate hours spent by each professional and paraprofessional in providing services on behalf of the Committee during the Statement Period.

| Name | Title | Year of Partnership | Year of Admission | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Timothy Burns | Partner | 2008 | 1991 | $975 | 29.40 | $28,665.00 |
| Timothy Burns Travel Rate | | | | $487.50 | 8.20 | $3,997.50 |
| Jesse Bair | Partner | 2020 | 2013 | $625 | 37.90 | $23,687.50 |
| Jesse Bair Travel Rate | | | | $312.50 | 12.00 | $3,750.00 |
| Brian Cawley | Associate | N/A | 2020 | $420 | .40 | $168.00 |
| Nathan Kuenzi | Associate | N/A | 2020 | $420 | 10.50 | $4,410.00 |
| Leakhena Au | Associate | N/A | 2020 | $420 | 6.20 | $2,604.00 |
| Kacy Gurewitz | Associate | N/A | 2021 | $420 | 7.30 | $3,066.00 |

| Name | Title | Year of Partnership | Year of Admission | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Kacy Gurewitz - No Charge- | | | | | 1.30 | $0 |
| Chalisa Sims | Associate | N/A | 2021 | $420 | .10 | $42.00 |
| Brenda Horn-Edwards | Paralegal | N/A | N/A | $360 | 2.30 | $828.00 |
| | | | | TOTAL: | 115.60 | $71,218.00 |

2. The rates charged by Burns Bowen Bair for services rendered to the Committee are the same rates that it charges generally for professional services rendered to its non-bankruptcy clients. A complete itemization of tasks performed by these professionals and paraprofessionals for the Statement Period is annexed hereto as **Exhibit A**.

## EXPENSES INCURRED DURING THE STATEMENT PERIOD

3. Set forth below is a categorical list of expenses incurred by Burns Bowen Bair during the Statement Period in the course of representing the Committee.

| Date | Description | Amount |
|---|---|---|
| 11/28/22 | Delta Airline, T. Burns (MSN-LGA, Nov. 28-30) | $925.20 |
| 11/28/22 | Hotel, T. Burns (1 night) | $570.37 |
| 11/28/22 | Travel Meal, T. Burns | $26.17 |
| 11/29/22 | Travel Meal, J. Bair | $25.27 |
| 11/29/22 | Cab, J. Bair | $49.12 |
| 11/29/22 | MSN Airport Parking, J. Bair | $10.00 |
| 11/29/22 | Uber, J. Bair | $99.03 |
| 11/29/22 | Travel Meal, J. Bair | $19.48 |
| 11/29/22 | Delta Airlines, J. Bair (MSN-LGA, Nov. 29) | $925.20 |
| 11/30/22 | MSN Airport Parking, T. Burns | $20.00 |
| | TOTAL: | $2,669.84 |

## NOTICE AND OBJECTION PROCEDURES

4. No trustee or examiner has been appointed in these chapter 11 cases. Pursuant to the Interim Compensation Order, Burns Bowen Bair has provided notice of this statement upon the following parties by electronic or first class mail: (a) the Debtor c/o The Roman Catholic Diocese of Rockville Centre, 50 N Park Ave P.O. Box 9023, Rockville Centre, NY 11571-9023 (Attn: Thomas Renker); (b) the attorneys for the Debtor, Jones Day, 250 Vesey Street, New York,

NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); and (c) the Office of the United States Trustee Region 2 (the "U.S. Trustee"), 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq.). Burns Bowen Bair submits that no other or further notice need be provided.

5. Pursuant to the Interim Compensation Order, objections to this Monthly Statement, if any, must be served upon the Application Recipients by **January 16, 2023** (the "Objection Deadline") setting forth the nature of the objection and the amount of fees or expenses at issue.

6. If no objections to this Monthly Statement are made on or before the Objection Deadline, the Debtor shall pay Burns Bowen Bair 80% of the fees and 100% of the expenses set forth above. To the extent an objection to this Monthly Statement is timely made, the Debtor shall withhold payment of that portion of the Monthly Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved; it shall be preserved and presented to the Court at the next interim or final fee application hearing.

Dated: December 21, 2022

BURNS BOWEN BAIR LLP

 /s/ Timothy W. Burns
Timothy W. Burns, Esq. (admitted *pro hac vice*)
Jesse J. Bair, Esq. (admitted *pro hac vice*)
10 E. Doty St., Suite 600
Madison, WI 53703-3392
Telephone: (608) 286-2808
Email: tburns@bbblawllp.com
Email: jbair@bbblawllp.com

*Special Insurance Counsel to the Official Committee of Unsecured Creditors of The Roman Catholic Diocese of Rockville Centre, New York*

# **EXHIBIT A**

# Burns Bowen Bair LLP

10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.bbblawllp.com

**The Official Committee of Unsecured Creditors of The Roman Catholic Diocese of Rockville Centre**

**Issue Date :** 12/20/2022
**Bill # :** 01000

**Matter:** Insurance

**Fees**

| Date | Staff | Description | Billable Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/1/2022 | Jesse Bair | Participate in conference with T. Burns and PSZJ team re case strategy in light of lack of progress in mediation (1.6); | 1.60 | $625.00 | $1,000.00 |
| 11/1/2022 | Jesse Bair | Participate in conference with I. Nasatir, B. Michael, and T. Burns re insurance case strategy (.6); | 0.60 | $625.00 | $375.00 |
| 11/1/2022 | Jesse Bair | Review draft litigation timeline circulated by B. Michael (.1); | 0.10 | $625.00 | $62.50 |
| 11/1/2022 | Jesse Bair | Review K. Dine correspondence to the Committee re case update (.1); | 0.10 | $625.00 | $62.50 |
| 11/1/2022 | Jesse Bair | Correspondence with B. Michael and J. Stang re recent Diocesan document production (.1); | 0.10 | $625.00 | $62.50 |
| 11/1/2022 | Jesse Bair | Correspondence with B. Michael re next round of interim fee applications (.1); | 0.10 | $625.00 | $62.50 |
| 11/1/2022 | Jesse Bair | Provide supplemental instructions to L. Au re research on potential insurance Plan options (.1); | 0.10 | $625.00 | $62.50 |
| 11/1/2022 | Kacy Gurewitz | Supplemental research re bankruptcy law in connection with post-confirmation insurance litigation issues (2.5); | 2.50 | $420.00 | $1,050.00 |
| 11/1/2022 | Leakhena Au | Continue supplemental research re insurance treatment under potential Plan options (3.2); | 3.20 | $420.00 | $1,344.00 |
| 11/1/2022 | Timothy Burns | Participate in conference with PSZJ team and J. Bair re case strategy in light of lack of progress in mediation (1.6); met with I. Nasatir, B. Michael, and J. Bair re insurance case strategy (.6); reviewed email exchange between PZSJ and Claro re adult claims (.1); | 2.30 | $975.00 | $2,242.50 |
| 11/1/2022 | Brenda Horn | Draft sixth interim fee application (1.2), draft declaration of T. Burns (.3); draft related exhibits (.7); correspond with J. Bair re same (.1); | 2.30 | $360.00 | $828.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/2/2022 | Nathan Kuenzi | Examine current draft of the Committee's opposition to the Debtor's preliminary junction motion (.5); | 0.50 | $420.00 | $210.00 |
| 11/2/2022 | Jesse Bair | Review recent Orders re FCC license sale (.1); | 0.10 | $625.00 | $62.50 |
| 11/2/2022 | Jesse Bair | Review and edit current draft of the insurance section of the Committee's preliminary injunction opposition brief (.3); | 0.30 | $625.00 | $187.50 |
| 11/2/2022 | Jesse Bair | Attend Court status conference (.3); participate in post-hearing conference with T. Burns re outcome of same and mediation next-steps (.2); | 0.50 | $625.00 | $312.50 |
| 11/2/2022 | Timothy Burns | Attend status hearing (.3); participate in post-call with J. Bair re outcome of same (.2); | 0.50 | $975.00 | $487.50 |
| 11/3/2022 | Timothy Burns | Reviewed the Diocese's counter (.2); conference with J. Bair re same (.2); correspondence with PSZJ team re same (.2); | 0.60 | $975.00 | $585.00 |
| 11/3/2022 | Jesse Bair | Analysis regarding the Diocese's counter-offer (.2); correspondence with PSZJ team re same (.1); | 0.30 | $625.00 | $187.50 |
| 11/3/2022 | Jesse Bair | Correspondence with N. Kuenzi re the Committee's preliminary injunction opposition brief (.1); | 0.10 | $625.00 | $62.50 |
| 11/3/2022 | Leakhena Au | Continue supplemental research re insurance treatment under potential Plan options (2.9); | 2.90 | $420.00 | $1,218.00 |
| 11/3/2022 | Kacy Gurewitz | Review L. Au memo re bankruptcy insurance assignment issues (.3); | 0.30 | $420.00 | $126.00 |
| 11/3/2022 | Nathan Kuenzi | Continue examining current draft of the Committee's opposition to the Debtor's preliminary junction motion (.8); | 0.80 | $420.00 | $336.00 |
| 11/4/2022 | Jesse Bair | Participate in state court counsel meeting re the Diocese's counter and potential response to same (.8); participate in post-meeting conference with T. Burns re same (.1); | 0.90 | $625.00 | $562.50 |
| 11/4/2022 | Jesse Bair | Review K. Gurewitz summary re Ecclesia coverage for non-abuse claims (.2); additional analysis of Ecclesia policy re same (.1); | 0.30 | $625.00 | $187.50 |
| 11/4/2022 | Jesse Bair | Review L. Au summary re additional insured issues (.2); | 0.20 | $625.00 | $125.00 |
| 11/4/2022 | Timothy Burns | Participate in state court counsel meeting re the Diocese's counter and potential response to same (.8); participate in post-meeting conference with J. Bair re same (.1); review L. Au's memo regarding bankruptcy insurance assignment issues (1.6); review correspondence between PSZJ and Committee members re recent settlement of other Diocesan bankruptcy case (.2); | 2.70 | $975.00 | $2,632.50 |
| 11/5/2022 | Timothy Burns | Analysis re case assignments (.2); reviewed memo regarding counter from PSZJ (.2); | 0.40 | $975.00 | $390.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/5/2022 | Jesse Bair | Review correspondence from B. Michael and Committee member re recent settlement in another Diocesan bankruptcy case (.1); | 0.10 | $625.00 | $62.50 |
| 11/6/2022 | Jesse Bair | Review and edit BBB's sixth interim fee application and related exhibits (1.0); | 1.00 | $625.00 | $625.00 |
| 11/7/2022 | Nathan Kuenzi | Participate in conference with BBB team re case status and assignments (.1); | 0.10 | $420.00 | $42.00 |
| 11/7/2022 | Kacy Gurewitz | Participate in conference with BBB team re case status and assignments (.1); | 0.10 | $420.00 | $42.00 |
| 11/7/2022 | Leakhena Au | Participate in conference with BBB team re case status and assignments (.1); | 0.10 | $420.00 | $42.00 |
| 11/7/2022 | Brian Cawley | Participate in conference with BBB team re case status and assignments (.1); | 0.10 | $420.00 | $42.00 |
| 11/7/2022 | Chalisa Sims | Participate in conference with BBB team re case status and assignments (.1); | 0.10 | $420.00 | $42.00 |
| 11/7/2022 | Timothy Burns | Participate in call with the mediator (.2); conference with J. Bair re associate assignments (.2); conference with J. Bair re recent call with the mediator (.2): | 0.60 | $975.00 | $585.00 |
| 11/7/2022 | Jesse Bair | Participate in conference with T. Burns re associate assignments (.2); participate in conference with associate team re case status and assignments (.1); | 0.30 | $625.00 | $187.50 |
| 11/7/2022 | Jesse Bair | Review B. Michael memorandum to the Committee re the Diocese's counter and potential response to same (.1); | 0.10 | $625.00 | $62.50 |
| 11/7/2022 | Jesse Bair | Review agenda for upcoming Committee meeting (.1); | 0.10 | $625.00 | $62.50 |
| 11/7/2022 | Jesse Bair | Participate in conference with T. Burns re recent call with the mediator (.2); | 0.20 | $625.00 | $125.00 |
| 11/8/2022 | Jesse Bair | Participate in Committee meeting re mediation strategy and response to the Diocese's counter (1.4); | 1.40 | $625.00 | $875.00 |
| 11/8/2022 | Timothy Burns | Participate in portion of Committee meeting re mediation strategy and response to the Diocese's counter (1.0); | 1.00 | $975.00 | $975.00 |
| 11/8/2022 | Timothy Burns | Review correspondence from B. Michael re November 2 hearing (.1); | 0.10 | $975.00 | $97.50 |
| 11/8/2022 | Timothy Burns | Reviewed meeting materials for November 8 Committee meeting (.2); | 0.20 | $975.00 | $195.00 |
| 11/8/2022 | Timothy Burns | Review and respond to email from the mediator re upcoming mediation sessions (.1); | 0.10 | $975.00 | $97.50 |
| 11/8/2022 | Jesse Bair | Review and respond to correspondence with the mediator re upcoming mediation sessions (.2); correspondence with K. Dempski re same (.1); | 0.30 | $625.00 | $187.50 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/9/2022 | Jesse Bair | Review and edit draft Committee response to the Diocese's counter-offer (.1); review correspondence with PSZJ team re same (.1); review final version of the Committee response letter (.1); | 0.30 | $625.00 | $187.50 |
| 11/9/2022 | Jesse Bair | Review correspondence with PSZJ re edits to the revised draft of the Committee's preliminary injunction opposition brief (.1); | 0.10 | $625.00 | $62.50 |
| 11/9/2022 | Jesse Bair | Review objection to the Diocese's FCC motion (.1); | 0.10 | $625.00 | $62.50 |
| 11/9/2022 | Kacy Gurewitz | Brief analysis re an insurer's notice obligation, if any, after coverage denial (.2); | 0.20 | $420.00 | $84.00 |
| 11/9/2022 | Timothy Burns | Reviewed correspondence from PZSJ re the Diocese's FCC motion (.1); | 0.10 | $975.00 | $97.50 |
| 11/9/2022 | Timothy Burns | Review correspondence from J. Stang to the mediator communicating the Committee's counter (.1); | 0.10 | $975.00 | $97.50 |
| 11/9/2022 | Timothy Burns | Review correspondence from PSZJ re negotiation strategy with diocese (.1); | 0.10 | $975.00 | $97.50 |
| 11/9/2022 | Timothy Burns | Review correspondence with the mediator and PSZJ team re upcoming mediation sessions (.2); | 0.20 | $975.00 | $195.00 |
| 11/10/2022 | Timothy Burns | Conference with J. Bair re litigation strategy (.1); | 0.10 | $975.00 | $97.50 |
| 11/10/2022 | Timothy Burns | Brief review of limited objection to the Diocese's bidding procedures motion (.1); | 0.10 | $975.00 | $97.50 |
| 11/10/2022 | Jesse Bair | Participate in conference with PSZJ team re mediation strategy and potential next-steps (1.3); | 1.30 | $625.00 | $812.50 |
| 11/10/2022 | Jesse Bair | Supplemental analysis re Arrowood additional insured issues (.3); draft correspondence to B. Michael and I. Nasatir re same (.2); | 0.50 | $625.00 | $312.50 |
| 11/10/2022 | Jesse Bair | Participate in conference with T. Burns re litigation strategy (.1); | 0.10 | $625.00 | $62.50 |
| 11/10/2022 | Jesse Bair | Review revised draft of proposed preliminary injunction briefing schedule (.1); | 0.10 | $625.00 | $62.50 |
| 11/10/2022 | Jesse Bair | Review correspondence with K. Brown and J. Elkin re revised draft of the preliminary injunction opposition brief (.1); | 0.10 | $625.00 | $62.50 |
| 11/11/2022 | Kacy Gurewitz | Review filings re case background to inform ongoing insurance research projects (.5); | 0.50 | $420.00 | No Charge |
| 11/11/2022 | Jesse Bair | Participate in call with T. Burns re case insurance strategy (.1); | 0.10 | $625.00 | $62.50 |
| 11/11/2022 | Jesse Bair | Prepare for state court counsel meeting (.1); participate in state court counsel meeting re mediation and insurance strategy (.6); | 0.70 | $625.00 | $437.50 |
| 11/11/2022 | Jesse Bair | Review correspondence with PSZJ re potential motion for excess pages re draft preliminary objection opposition (.1); | 0.10 | $625.00 | $62.50 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/11/2022 | Jesse Bair | Review monthly PSIP information received from the Diocese (.1); | 0.10 | $625.00 | $62.50 |
| 11/11/2022 | Jesse Bair | Review B. Michael correspondence re potential Diocesan control of particular Catholic entities on Long Island (.1); | 0.10 | $625.00 | $62.50 |
| 11/11/2022 | Timothy Burns | Prepare for state court counsel meeting (.1); participate in state court counsel meeting re mediation and insurance strategy (.6); participate in call with J. Bair re case insurance strategy (.1); | 0.80 | $975.00 | $780.00 |
| 11/11/2022 | Jesse Bair | Review the debtor's reply brief in support of its FCC motion (.2); | 0.20 | $625.00 | $125.00 |
| 11/13/2022 | Timothy Burns | Analysis re insurance strategy in connection with upcoming January mediation sessions (.6); | 0.60 | $975.00 | $585.00 |
| 11/13/2022 | Timothy Burns | Reviewed Debtor monthly PSIP information (.1); | 0.10 | $975.00 | $97.50 |
| 11/13/2022 | Timothy Burns | Reviewed correspondence from J. Bair to PSZJ re Arrowood additional insured issues (.1); review accompanying chart (.1); | 0.20 | $975.00 | $195.00 |
| 11/14/2022 | Kacy Gurewitz | Review filings re case background to inform ongoing insurance research projects (.8); | 0.80 | $420.00 | No Charge |
| 11/14/2022 | Timothy Burns | Participate in conference with J. Bair re draft Committee plan (.1); review and respond to correspondence from J. Bair re same (.1); review draft email to debtor's counsel from Committee re non-abuse claims (.1); | 0.30 | $975.00 | $292.50 |
| 11/14/2022 | Jesse Bair | Begin reviewing revised draft of the Committee's preliminary injunction opposition brief (.3); | 0.30 | $625.00 | $187.50 |
| 11/14/2022 | Jesse Bair | Review final version of BBB's sixth interim fee application (.1); | 0.10 | $625.00 | $62.50 |
| 11/14/2022 | Jesse Bair | Participate in conference with T. Burns re draft Committee plan (.1); correspondence with B. Michael re same (.1); | 0.20 | $625.00 | $125.00 |
| 11/15/2022 | Jesse Bair | Review B. Michael correspondence re mediation update and upcoming hearing (.1); | 0.10 | $625.00 | $62.50 |
| 11/15/2022 | Jesse Bair | Review notice of agenda for November 16 hearing (.1); | 0.10 | $625.00 | $62.50 |
| 11/15/2022 | Jesse Bair | Review B. Michael correspondence to the Debtor re non-abuse claims information (.1); | 0.10 | $625.00 | $62.50 |
| 11/15/2022 | Jesse Bair | Correspondence with K. Brown re revised draft of the Committee's preliminary injunction opposition brief (.1); | 0.10 | $625.00 | $62.50 |
| 11/16/2022 | Brian Cawley | Conference with K. Gurewitz re New York bad faith research project (.3); | 0.30 | $420.00 | $126.00 |
| 11/16/2022 | Kacy Gurewitz | Conference with B. Cawley re New York bad faith research project (.3); begin case law research re New York bad faith law (3.7); | 4.00 | $420.00 | $1,680.00 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/16/2022 | Timothy Burns | Participate in conference with J. Bair re New York bad faith law (.2); conference with K. Gurewitz re bad faith research assignment (.1); analyze prior research re New York bad faith standards (.2); review B. Michael correspondence re claims objections and judicial mediator potential motion (.1); reviewed correspondence between BBB and PSZJ re preliminary injunction opposition motion (.1); reviewed claims objection and judicial mediator motion (.9); participate in call with state court counsel re same (.2); attended hearing re mediation issues and FCC license sale (1.5); | 3.30 | $975.00 | $3,217.50 |
| 11/16/2022 | Jesse Bair | Review the Diocese's draft claim objection and settlement motion (.4); review correspondence from PSZJ re same (.1); conference with T. Burns re same (.1); | 0.60 | $625.00 | $375.00 |
| 11/16/2022 | Jesse Bair | Review correspondence from B. Michael re mediation update (.1); | 0.10 | $625.00 | $62.50 |
| 11/16/2022 | Jesse Bair | Attend Court hearing re mediation issues and FCC license sales (1.5); | 1.50 | $625.00 | $937.50 |
| 11/16/2022 | Jesse Bair | Participate in conference with T. Burns re New York bad faith law (.2); | 0.20 | $625.00 | $125.00 |
| 11/17/2022 | Jesse Bair | Participate in conference with T. Burns re mediation strategy (.1); | 0.10 | $625.00 | $62.50 |
| 11/17/2022 | Jesse Bair | Prepare for team strategy meeting with PSZJ (.1); participate in team conference with PSZJ and T. Burns re mediation and litigation strategy (1.4); participate in post-call with T. Burns re follow-up needed in connection with same (.2); | 1.70 | $625.00 | $1,062.50 |
| 11/17/2022 | Jesse Bair | Participate in Committee meeting re mediation and litigation strategy (1.2); | 1.20 | $625.00 | $750.00 |
| 11/17/2022 | Jesse Bair | Review Order re oral argument in the Arrowood district court action on Arrowood's motion to compel (.1); | 0.10 | $625.00 | $62.50 |
| 11/17/2022 | Jesse Bair | Conference with T. Burns re outcome of call with state court counsel re mediation strategy issues (.1); | 0.10 | $625.00 | $62.50 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/17/2022 | Timothy Burns | Conference with J. Bair re mediation strategy (.1); review agenda for Committee meeting (.1); reviewed B. Michael correspondence re upcoming team meeting between PSZJ and BBB (.1); participate in conference with PSZJ team and J. Bair re mediation and insurance strategy (1.4); post-call with J. Bair re follow-up needed in connection with same (.2); participate in call with state court counsel re mediation strategy issues (.2); conference with J. Bair re outcome of same (.1); review revised PSZJ litigation timeline (.2); participate in Committee meeting re mediation and litigation strategy (1.2); | 3.60 | $975.00 | $3,510.00 |
| 11/18/2022 | Timothy Burns | Prepare for mediation strategy meeting with state court counsel, including review of Claro valuations (.9); conference with J. Bair re same (.2); participate in state court counsel meeting re mediation strategy (1.1); participate in follow-up call with particular state court counsel re same (.1); analysis re motion to compel issues in Arrowood district court action (.1); | 2.40 | $975.00 | $2,340.00 |
| 11/18/2022 | Jesse Bair | Participate in conference with T. Burns re insurance strategy in advance of state court counsel meeting (.2); participate in state court counsel meeting re mediation and litigation strategy (1.1); | 1.30 | $625.00 | $812.50 |
| 11/18/2022 | Jesse Bair | Review revised litigation timeline circulated by B. Michael (.2); review correspondence with PSZJ team re same (.1); | 0.30 | $625.00 | $187.50 |
| 11/18/2022 | Jesse Bair | Review correspondence from K. Dine to the Committee re recommendation re mediation counter (.1); | 0.10 | $625.00 | $62.50 |
| 11/18/2022 | Jesse Bair | Review correspondence with state court counsel re potential mediation counter (.1); | 0.10 | $625.00 | $62.50 |
| 11/18/2022 | Jesse Bair | Participate in call with Chambers re the upcoming motion to compel hearing in the Arrowood district court action (.1); | 0.10 | $625.00 | $62.50 |
| 11/20/2022 | Timothy Burns | Review correspondence between PSZJ, state court counsel, and the Committee re potential counter offer (.2); | 0.20 | $975.00 | $195.00 |
| 11/20/2022 | Jesse Bair | Review correspondence with B. Michael and state court counsel re potential counter offer (.1); | 0.10 | $625.00 | $62.50 |
| 11/21/2022 | Timothy Burns | Review notice re January 4 omnibus hearing (.1); reviewed potential mediation response (.2); | 0.30 | $975.00 | $292.50 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/21/2022 | Nathan Kuenzi | Review correspondence from J. Bair re supplemental analysis needed in connection with insurance programs potentially triggered by each of the individual CVA actions (.2); begin analyzing case materials to draft chart summarizing same (1.8); | 2.00 | $420.00 | $840.00 |
| 11/21/2022 | Jesse Bair | Continue reviewing and editing the Committee's revised objection brief to the Diocese's preliminary injunction motion (1.6); | 1.60 | $625.00 | $1,000.00 |
| 11/21/2022 | Jesse Bair | Review prior analysis re insurance programs potentially triggered by each of the CVA actions (.2); correspond with N. Kuenzi re supplemental analysis needed in connection with same (.2); | 0.40 | $625.00 | $250.00 |
| 11/22/2022 | Nathan Kuenzi | Continue analyzing case materials to draft summary reflecting insurance program(s) potentially triggered, if any, by each of the individual CVA actions (6.9); | 6.90 | $420.00 | $2,898.00 |
| 11/22/2022 | Nathan Kuenzi | Participate in conferences with J. Bair re supplemental analysis of potential insurance impacts of each CVA action (.2); | 0.20 | $420.00 | $84.00 |
| 11/22/2022 | Timothy Burns | Participate in conference with PSZJ and J. Bair re Committee issues (.1); | 0.10 | $975.00 | $97.50 |
| 11/22/2022 | Jesse Bair | Participate in conference with PSZJ and T. Burns re Committee issues (.1); | 0.10 | $625.00 | $62.50 |
| 11/22/2022 | Jesse Bair | Begin drafting insurance sections of revised draft of the Committee's preliminary injunction opposition brief (2.5); | 2.50 | $625.00 | $1,562.50 |
| 11/22/2022 | Jesse Bair | Review N. Kuenzi supplemental analysis re potential insurance impacts of each CVA action (.2); participate in conferences with N. Kuenzi re same (.2); | 0.40 | $625.00 | $250.00 |
| 11/22/2022 | Jesse Bair | Review the Diocese's response to the Committee's counter (.1); | 0.10 | $625.00 | $62.50 |
| 11/23/2022 | Jesse Bair | Additional review of N. Kuenzi supplemental analysis re insurance impact of each CVA action (.4); | 0.40 | $625.00 | $250.00 |
| 11/23/2022 | Jesse Bair | Finish drafting insurance sections of revised preliminary injunction opposition brief (4.0); | 4.00 | $625.00 | $2,500.00 |
| 11/23/2022 | Jesse Bair | Review K. Dine correspondence to state court counsel re the Diocese's response to the Committee's counter (.1); review correspondence from state court counsel re potential response to same (.1); | 0.20 | $625.00 | $125.00 |
| 11/25/2022 | Timothy Burns | Review correspondence with PSZJ and state court counsel re judicial mediator proposal (.2); | 0.20 | $975.00 | $195.00 |
| 11/28/2022 | Timothy Burns | Review briefing in preparation for Arrowood motion to compel hearing (2.2); | 2.20 | $975.00 | $2,145.00 |
| 11/28/2022 | Timothy Burns | Travel from Madison to New York for motion to compel hearing [billed at 1/2 travel rate] (3.9); | 3.90 | $487.50 | $1,901.25 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/28/2022 | Jesse Bair | Provide instructions to K. Gurewitz re supplemental research needed on insurer bad faith (.2); | 0.20 | $625.00 | $125.00 |
| 11/28/2022 | Jesse Bair | Review correspondence with K. Dine and the Committee re the Diocese's response to the Committee's counter (.1); | 0.10 | $625.00 | $62.50 |
| 11/28/2022 | Jesse Bair | Prepare for state court counsel meeting (.1); participate in state court counsel meeting re mediation and litigation strategy (1.4); draft email memo to T. Burns summarizing outcome of same (.2); | 1.70 | $625.00 | $1,062.50 |
| 11/28/2022 | Jesse Bair | Review correspondence with PSZJ team re additional preliminary injunction opposition brief edits (.1); | 0.10 | $625.00 | $62.50 |
| 11/29/2022 | Jesse Bair | Travel from Madison to New York for motion to compel hearing [billed at 1/2 travel rate] (5.1); | 5.10 | $312.50 | $1,593.75 |
| 11/29/2022 | Jesse Bair | Review motion to compel briefing in preparation for hearing (1.8); | 1.80 | $625.00 | $1,125.00 |
| 11/29/2022 | Jesse Bair | Review correspondence from the mediator re upcoming mediation sessions (.1); | 0.10 | $625.00 | $62.50 |
| 11/29/2022 | Jesse Bair | Attend motion to compel hearing (2.3); | 2.30 | $625.00 | $1,437.50 |
| 11/29/2022 | Jesse Bair | Return travel from New York to Madison from motion to compel hearing [billed at 1/2 travel rate] (6.9); | 6.90 | $312.50 | $2,156.25 |
| 11/29/2022 | Timothy Burns | Prepare for motion to compel hearing (.5); participate in motion to compel hearing (2.3); post-hearing discussion with diocese's insurance counsel re outcome of same (.4); | 3.20 | $975.00 | $3,120.00 |
| 11/30/2022 | Timothy Burns | Return travel from motion to compel hearing to Madison [billed at 1/2 travel rate] (4.3); | 4.30 | $487.50 | $2,096.25 |
| 11/30/2022 | Timothy Burns | Review revised litigation timeline (.1); review B. Michael correspondence re same (.1); review minutes from recent Committee meeting (.1); reviewed correspondence from the mediator re upcoming mediation sessions (.1); reviewed emails from PSZJ re the draft preliminary injunction opposition brief (.1); reviewed emails between PSZJ and the Committee re diocese's position re mediation (.1); review email memo from J. Bair re outcome of recent state court counsel meeting (.1); review current draft of the Committee's preliminary injunction opposition brief (1.4) correspondence with J. Bair re potential edits to same (.1); review joint letter of diocese and LMI re ongoing discovery dispute (.1); conference with J. Bair re potential Arrowood strategy (.2); conference with K. Gurewitz re research needed in connection with same (.2); | 2.70 | $975.00 | $2,632.50 |
| 11/30/2022 | Jesse Bair | Conference with T. Burns re Arrowood strategy (.2); | 0.20 | $625.00 | $125.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/30/2022 | Jesse Bair | Review B. Michael correspondence re Plan issues (.1); | 0.10 | $625.00 | $62.50 |
| 11/30/2022 | Jesse Bair | Review the Committee's notice of termination of standstill period (.1); | 0.10 | $625.00 | $62.50 |
| 11/30/2022 | Jesse Bair | Review agenda for December 2 hearing (.1); | 0.10 | $625.00 | $62.50 |
| 11/30/2022 | Kacy Gurewitz | Meet with T. Burns regarding Arrowood Arrowood project (.2); | 0.20 | $420.00 | $84.00 |
| **Fees Subtotal** | | | **115.60** | | **$71,218.00** |

## Expenses

| Date | Description | Amount |
|---|---|---|
| 11/28/2022 | Delta Airlines, T. Burns (MSN-LGA, Nov. 28-30) | $925.20 |
| 11/28/2022 | Hotel, T. Burns (1 night) | $570.37 |
| 11/28/2022 | Travel Meal, T. Burns | $26.17 |
| 11/29/2022 | Travel Meal, J. Bair | $25.27 |
| 11/29/2022 | Cab, J. Bair | $49.12 |
| 11/29/2022 | Airport parking, J. Bair | $10.00 |
| 11/29/2022 | Uber, J. Bair (Courthouse to Airport) | $99.03 |
| 11/29/2022 | Travel Meal, J. Bair | $19.48 |
| 11/29/2022 | Delta Airlines, J. Bair (MSN-LGA Nov. 29) | $925.20 |
| 11/30/2022 | Airport parking, T. Burns | $20.00 |
| **Expenses Subtotal** | | **$2,669.84** |

## Staff Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Brenda Horn | 2.30 | $360.00 | $828.00 |
| Brian Cawley | 0.40 | $420.00 | $168.00 |
| Chalisa Sims | 0.10 | $420.00 | $42.00 |
| Jesse Bair | 12.00 | $312.50 | $3,750.00 |
| Jesse Bair | 37.90 | $625.00 | $23,687.50 |
| Kacy Gurewitz | 7.30 | $420.00 | $3,066.00 |
| Kacy Gurewitz | 1.30 | No Charge | No Charge |
| Leakhena Au | 6.20 | $420.00 | $2,604.00 |
| Nathan Kuenzi | 10.50 | $420.00 | $4,410.00 |
| Timothy Burns | 8.20 | $487.50 | $3,997.50 |
| Timothy Burns | 29.40 | $975.00 | $28,665.00 |

**Total Due This Invoice: $73,887.84**