BURNS BAIR LLP
Timothy W. Burns, Esq. (admitted *pro hac vice*)
Jesse J. Bair, Esq. (admitted *pro hac vice*)
10 E. Doty St., Suite 600
Madison, WI 53703-3392
Telephone: (608) 286-2808
Email: tburns@burnsbair.com
Email: jbair@burnsbair.com

*Special Insurance Counsel to the Official Committee*
*of Unsecured Creditors of The Roman Catholic Diocese*
*of Rockville Centre, New York*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>THE ROMAN CATHOLIC DIOCESE OF<br>ROCKVILLE CENTRE, NEW YORK,<br>              Debtor. | Chapter 11<br>Case No. 20-12345 (MG) |

## NOTICE OF CHANGE OF FIRM NAME

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☒    I have cases pending         ☐    I have no cases pending

Please take notice of the following attorney information change(s) for:

Timothy W. Burns
FILL IN ATTORNEY NAME

My SDNY Bar Number is _____. My State Bar Number is _1068086 (Wisconsin)_.

I am,

        ☒    An attorney

        ☐    A Government Agency attorney

        ☐    A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of the firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME:  Burns Bowen Bair LLP
                 FIRM ADDRESS:  One South Pinckney Street, Suite 930
                 FIRM TELEPHONE NUMBER:  (608) 286-2302
                 FIRM FAX NUMBER:  N/A
                 EMAIL: tburns@bbblawllp.com

NEW FIRM:  FIRM NAME:  Burns Bair LLP
                 FIRM ADDRESS:  10 East Doty Street, Suite 600
                 FIRM TELEPHONE NUMBER:  (608) 286-2302
                 FIRM FAX NUMBER:  N/A
                 EMAIL: tburns@burnsbair.com

☒      I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐      I am no longer counsel of record on the above-entitled case.  An order withdrawing any appearance was entered on _____ by Judge _____.

Dated:  January 10, 2023              BURNS BAIR LLP

                                       */s/ Timothy W. Burns*
                                       Timothy W. Burns, Esq. (admitted *pro hac vice*)
                                       Jesse J. Bair, Esq. (admitted *pro hac vice*)
                                       10 E. Doty St., Suite 600
                                       Madison, WI 53703-3392
                                       Telephone: (608) 286-2808
                                       Email:  tburns@burnsbair.com
                                       Email:  jbair@burnsbair.com

                                       *Special Insurance Counsel to the Official*
                                       *Committee of Unsecured Creditors of The Roman*
                                       *Catholic Diocese of Rockville Centre, New York*

## CERTIFICATE OF SERVICE

I certify that on January 10, 2023, a true and correct copy of the foregoing was caused to be served by this court's CM/ECF noticing system to all parties that are registered to receive such notice in the above cases.

Dated:  January 10, 2023

BURNS BAIR LLP

 */s/ Timothy W. Burns*
Timothy W. Burns, Esq. (admitted *pro hac vice*)
Jesse J. Bair, Esq. (admitted *pro hac vice*)
10 E. Doty St., Suite 600
Madison, WI 53703-3392
Telephone: (608) 286-2808
Email:  tburns@burnsbair.com
Email:  jbair@burnsbair.com

*Special Insurance Counsel to the Official*
*Committee of Unsecured Creditors of The Roman*
*Catholic Diocese of Rockville Centre, New York*