**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,[1] | : | Case No. 20-12345 (MG) |
| | : | |
| Debtor. | : | **Ref. Docket Nos. 1471 & 1473** |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF CONNECTICUT)
                     ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with its principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the:

   a. "Order (I)(A) Approving Bidding Procedures for the Sale of the Debtor's Assets, (B) Authorizing the Debtor to Enter Into One or More Stalking Horse Purchase Agreements and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; and (II) Granting Related Relief," dated November 22, 2022 [Docket No. 1471], (the "Order"), and

   b. "Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sale," dated November 22, 2022 [Docket No. 1473], (the "Notice"),

by causing true and correct copies of the:

   i. Order and Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail, on November 22, 2022, to those parties listed on the annexed <u>Exhibit A</u>,

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue P.O. Box 9023, Rockville Centre, NY 11571-9023.

  ii. Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail, on November 22, 2022, to those parties listed on the annexed <u>Exhibit B</u>,

  iii. Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail, on November 22, 2022, to those parties listed on the annexed <u>Exhibit C</u>,

  iv. Order and Notice to be delivered via electronic mail, on November 22, 2022, to those parties listed on the annexed <u>Exhibit D</u>, and

  v. Notice to be delivered via electronic mail, on November 23, 2022, to 25 interested parties whose name and email addresses are confidential and therefore not reflected herein.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                     */s/ Angharad Bowdler*
                      Angharad Bowdler

Sworn to before me this
28th day of November, 2022
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2027

# EXHIBIT A

| Claim Name | Address Information |
| --- | --- |
| DELL & DEAN PLLC | ATTN JOSEPH G DELL 1225 FRANKLIN AVE, STE 450 GARDEN CITY NY 11530 |
| INTERNAL REVENUE SERVICE | (CENTRALIZED INSOLVENCY OPERATION) PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| MOSS & BARNETT | (COUNSEL TO ALLIANZ INSURERS) ATTN CHARLES E JONES 150 S FIFTH ST, STE 1200 MINNEAPOLIS MN 55402 |
| ROBERT GERBER; LEGAL REP FOR FUTURE CLAIMANT | JOSEPH HAGE AARONSON LLC 485 LEXINGTON AVENUE, 30TH FLOOR NEW YORK NY 10017 |

**Total Creditor count  4**

**EXHIBIT B**

| Claim Name | Address Information |
| --- | --- |
| AMERICAN MESSAGING | ATTENTION: SITE LEASING 1720 LAKEPOINT DRIVE, SUITE 100 LEWISVILLE TX 75057 |
| CLEARWIRE SPECTRUM HOLDINGS III LLC | ATTENTION: HOPE COCHRAN, CHIEF FINANCIAL OFFICER 1475 120TH AVENUE NE BELLEVUE WA 98005 |
| CLEARWIRE SPECTRUM HOLDINGS III LLC | ATTENTION: LEGAL DEPARTMENT 1475 120TH AVENUE NE BELLEVUE WA 98005 |
| CLEARWIRE SPECTRUM HOLDINGS III LLC | 12920 SE 38 STREET BELLEVUE WA 98006 |
| DISH WIRELESS L.L.C. | ATTENTION: LEASE ADMINISTRATION 5701 SOUTH SANTA FE DRIVE LITTLETON CO 80120 |
| MARLENE H. DORTCH, SECRETARY | FEDERAL COMMUNICATIONS COMMISSION OFFICE OF THE SECRETARY 45 L STREET NE WASHINGTON DC 20554 |
| METROPCS | ATTENTION: PROPERTY MANAGER 5 SKYLINE DRIVE, STE. 226 HAWTHORNE NY 10532 |
| METROPCS | ATTENTION: PROPERTY MANAGER 2250 LAKESIDE BOULEVARD RICHARDSON TX 35082 |
| NEW YORK SMSA LIMITED PARTNERSHIP | D/B/A VERIZON WIRELESS ATTENTION: NETWORK REAL ESTATE 180 WASHINGTON VALLEY ROAD BEDMINSTER NJ 07921 |
| OFFICE OF THE NASSAU COUNTY ATTORNEY | ONE WEST STREET MINNEOLA NY 11501 |
| OMNIPOINT FACILITIES NETWORK 2, LLC | ATTENTION: LEASE MANAGEMENT DEPARTMENT 4 SYLVAN WAY PARSIPPANY NJ 07054 |
| OMNIPOINT FACILITIES NETWORK 2, LLC | ATTENTION: LEASE MANAGEMENT DEPARTMENT 360 NEWARK-POMPTON TURNPIKE WAYNE NJ 07470 |
| OMNIPOINT FACILITIES NETWORK 2, LLC | ATTENTION: PCS LEASING ADMINISTRATION 12920 SE 38TH STREET BELLEVUE WA 98006 |
| OMNIPOINT FACILITIES NETWORK 2, LLC | ATTENTION: LEGAL DEPARTMENT 12920 SE 38TH STREET BELLEVUE WA 98006 |
| SPRINT CONTRACTS & PERFORMANCE | MAILSTOP KSOPHT0101-Z2650 6391 SPRINT PARKWAY OVERLAND PARK KS 66251-2650 |
| SPRINT LAW DEPARTMENT | ATTENTION: SPRINT PCS REAL ESTATE ATTORNEY, MAILSTOP KSOPHT0101-Z2020 6391 SPRINT PARKWAY OVERLAND PARK KS 66251-2650 |
| SPRINT LAW DEPARTMENT | MAILSTOP KSOPHT0101-Z2020 6391 SPRINT PARKWAY OVERLAND PARK KS 66251-2650 |
| SPRINT PCS | 19 CHARDONNAY DRIVE CORAM NY 11727 |
| SPRINT PROPERTY SERVICES | SITE ID: NY1215-D MAILSTOP KSOPHT0101-Z2650 6391 SPRINT PARKWAY OVERLAND PARK KS 66251-2650 |
| WBSY LICENSING, LLC | ATTN: LEGAL DEPT. 12920 SE 38TH ST. BELLEVUE WA 98006 |
| WILLIAM J. NIELSEN, ESQ. | MUNLEY, MEADE, NIELSEN & RE, P.C. 160 MIDDLE NECK ROAD GREAT NECK NY 11021 |

**Total Creditor count 21**

# EXHIBIT C

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| AMERICAN MESSAGING | ATTN: SITE LEASING 1720 LAKEPOINT DR., SUITE 100 LEWISVILLE TX 75057 |
| CATHOLIC FAITH NETWORK | 1200 GLEN CURTISS BLVD. UNIONDALE NY 11553 |
| CATHOLIC FAITH NETWORK | F/N/A TELECARE OF THE DIOCESE OF ROCKVILLE CENTRE, INC. 1200 GLEN CURTISS BLVD. UNIONDALE NY 11553 |
| CLEARWIRE SPECTRUM HOLDINGS III LLC | ATTN: HOPE COCHRAN, CHIEF FINANCIAL OFFICER 1475 120TH AVENUE NE BELLEVUE WA 98005 |
| CLEARWIRE SPECTRUM HOLDINGS III LLC | ATTN: LEGAL DEPT. 1475 120TH AVENUE NE BELLEVUE WA 98005 |
| DISH WIRELESS L.L.C. | ATTN: LEASE ADMINISTRATION 5701 SOUTH SANTA FE DRIVE LITTLETON CO 80120 |
| METROPCS NEW YORK, LLC | ATTN: PROPERTY MANAGER 5 SKYLINE DRIVE HAWTHORN NY 10532 |
| NASSAU COUNTY POLICE | SYOSSET TOWER ONE WEST STREET MINEOLA NY 11501 |
| NEW YORK SMSA LIMITED PARTNERSHIP | D/B/A VERIZON WIRELESS ONE VERIZON WAY, MS 4AW100 BASKING RIDGE NJ 07920 |
| NEXTEL OF NEW YORK, INC. | ONE INTERNATIONAL BLVD. MAHWAH NJ 07495 |
| OMNIPOINT FACILITIES NETWORK 2, LLC | ATTN: LEASE MANAGEMENT DEPARTMENT 360 NEWARK-POMPTON TURNPIKE WAYNE NJ 07470 |
| SPRINT | ONE INTERNATIONAL BLVD. MAHWAH NJ 07495 |
| SPRINT SPECTRUM, LP | ONE INTERNATIONAL BLVD. MAHWAH NJ 07495 |
| T MOBILE (OMNIPOINT) | 4 SYLVAN WAY PARSIPPANY NJ 07054 |
| T MOBILE (OMNIPOINT) | 360 NEWARK POMPTON TURNPIKE WAYNE NJ 07470 |
| T MOBILE CENTRAL ISLIP TOWER | 4 SYLVAN WAY PARSIPPANY NJ 07054 |
| VERIZON WIRELESS | 180 WASHINGTON VALLEY RD BEDMINSTER NJ 07921 |
| VERIZON WIRELESS CENTRAL ISLIP TOWER | ONE VERIZON WAY, MS 4AW100 BASKING RIDGE NJ 07920 |

**Total Creditor count  18**

**EXHIBIT D**

THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, CASE NO. 20-12345 (MG)
MASTER SERVICE LIST

| NAME | EMAIL |
|---|---|
| ALONSO KRANGLE LLP; ATTN: DAVID B. KRANGLE ESQ | DKRANGLE@ALONSOKRANGLE.COM; AALONSO@ALONSOKRANGLE.COM |
| ALSTON & BIRD LLP; ATTN: J. VINCEQUERRA, W. HAO, D. CASSIDY, K. SCHIFFMAN | JAMES.VINCEQUERRA@ALSTON.COM; WILLIAM.HAO@ALSTON.COM; DYLAN.CASSIDY@ALSTON.COM; KIMBERLY.SCHIFFMAN@ALSTON.COM |
| BARCLAY DAMON LLP | JGRUBIN@BARCLAYDAMON.COM |
| BETTI & ASSOCIATES, ATTN: MICHELE M. BETTI, ESQ. | MBETTILAW@GMAIL.COM |
| BURNS BOWEN BAIR LLP | TBURNS@BBBLAWLLP.COM; JBAIR@BBBLAWLLP.COM |
| BUTTAFUOCO & ASSOCIATES, PLLC, ATTN: JAMES S. MCCARTHY & ELLEN BUCCHOLZ | JMCCARTHY@BUTTAFUOCOLAW.COM |
| CARLTON FIELDS, P.A.; ATTN: ALEX B. SILVERMAN ESQ. | ASILVERMAN@CARLTONFIELDS.COM |
| CARLTON FIELDS, P.A.; ATTN: LUIS ORENGO, JR. ESQ. | LORENGO@CARLTONFIELDS.COM |
| CARLTON FIELDS, P.A.; ATTN: NORA A. VALENZA-FROST, ESQ. | NVALENZA-FROST@CARLTONFIELDS.COM |
| CARLTON FIELDS, P.A.; ATTN: ROBERT W. DIUBALDO, ESQ. | RDIUBALDO@CARLTONFIELDS.COM |
| CERTAIN & ZILBERG, ATTN: GARY CERTAIN | GCERTAIN@CERTAINLAW.COM |
| CLYDE & CO US LLP; ATTN: CATALINA SUGAYAN ESQ.; JAMES MOFFITT ESQ & ROBERT MEYERS ESQ. | CATALINA.SUGAYAN@CLYDECO.US; JAMES.MOFFITT@CLYDECO.US |
| COUGHLIN DUFFY LLP (COUNSEL TO ARROWOOD INDEMNITY COMPANY), ATTN: KEVIN T. COUGHLIN, ESQ., ADAM M. SMITH, ESQ., KAREN H. MORIARTY, ESQ. | KCOUGHLIN@COUGHLINDUFFY.COM; ASMITH@COUGHLINDUFFY.COM; KMORIARTY@COUGHLINDUFFY.COM |
| CULLEN AND DYKMAN LLP (COUNSEL TO SEVERAL DIOCESEAN AFFILIATES), ATTN: MATTHEW G. ROSEMAN, ESQ., THOMAS R. SLOME, ESQ., ELIZABETH M. ABOULAFIA, ESQ., MICHAEL KWIATKOWSKI, ESQ. | MROSEMAN@CULLENLLP.COM; TSLOME@CULLENLLP.COM; EABOULAFIA@CULLENLLP.COM; MKWIATKOWSKI@CULLENLLP.COM |
| DESIMONE & ASSOCIATES, LLC, ATTN: RALPH DESIMONE | RDESIMONE@DLAW.NET |
| DUANE MORRIS LLP, ATTN: ANDREW E. MINA | AMINA@DUANEMORRIS.COM |
| DUANE MORRIS LLP, ATTN: BRETT L. MESSINGER | BLMESSINGER@DUANEMORRIS.COM |
| DUANE MORRIS LLP, ATTN: JEFF D. KAHANE | JKAHANE@DUANEMORRIS.COM |
| DUANE MORRIS LLP, ATTN: RUSSELL W. ROTEN | RWROTEN@DUANEMORRIS.COM; AMINA@DUANEMORRIS.COM |
| FARRELL FRITZ, P.C. ATTN: MARTIN G. BUNIN | MBUNIN@FARRELLFRITZ.COM |
| FARRELL FRITZ, P.C. ATTN: PATRICK COLLINS | PCOLLINS@FARRELLFRITZ.COM |
| GAIR, GAIR, CONASON, RUBINOWITZ, BLOOM, HERSHENHORN, STEIGMAN & MACKAUF, ATTN: RACHEL L. JACOBS & PETER SAGHIR | RJACOBS@GAIRGAIR.COM; PSAGHIR@GAIRGAIR.COM |
| HACH ROSE SCHIRIPPA & CHEVERIE, ATTN: MICHAEL ROSE & HILLARY NAPPI | MR@HACHROSELAW.COM; HNAPPI@HRSCLAW.COM |
| HAMBURGER, MAXSON, YAFFE & MCNALLY, LLP, ATTN: RICHARD HAMBURGER, DAVID N. YAFFE, & DOUGLAS MCNALLY | RHAMBURGER@HMYLAW.COM; DMCNALLY@HMYLAW.COM; DYAFFE@HMYLAW.COM |
| HERMAN LAW, ATTN: JEFF HERMAN | JHERMAN@HERMANLAW.COM |
| HERMAN LAW, ATTN: STUART S. MERMELSTEIN ESQ., ATTN: STUART S. MERMELSTEIN ESQ. | SMERMELSTEIN@HERMANLAW.COM; DOCKETING@HERMANLAW.COM; MTHEISEN@HERMANLAW.COM; DELLIS@HERMANLAW.COM |
| HURLEY MCKENNA & MERTZ P.C., ATTN: CLINT PIERCE, EVAN SMOLA, & MARK MCKENNA | CPIERCE@HURLEY-LAW.COM; ESMOLA@HURLEY-LAW.COM; MMCKENNA@HURLEY-LAW.COM |
| IFRAH PLLC; ATTN: GEORGE R. CALHOUN, V, ESQ. | GEORGE@IFRAHLAW.COM |
| JAMES, VERNON & WEEKS, P.A., ATTN: LEANDER L. JAMES IV | LJAMES@JVWLAW.NET |
| JANET, JANET & SUGGS LLC, ATTN: DIANE PAOLICELLI, ATTN: ANDREW S. JANET | ASJANET@JJSJUSTICE.COM |

THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, CASE NO. 20-12345 (MG)
MASTER SERVICE LIST

| NAME | EMAIL |
|---|---|
| JEFF ANDERSON & ASSOCIATES, P.A., ATTN: JEFFREY R. ANDERSON | JEFF@ANDERSONADVOCATES.COM; PSTONEKING@ANDERSONADVOCATES.COM; TRUSHA@ANDERSONADVOCATES.COM |
| JONES DAY (COUNSEL TO THE DEBTOR), ATTN: CORINE BALL, TODD GEREMIA, BENJAMIN ROSENBLUM, ERIC P. STEPHENS, ANDREW M. BUTLER, BENJAMIN THOMSON, CHRISTOPHER DIPOMPEO, NICHOLAS MORIN | CBALL@JONESDAY.COM; TRGEREMIA@JONESDAY.COM; BROSENBLUM@JONESDAY.COM; EPSTEPHENS@JONESDAY.COM; ABUTLER@JONESDAY.COM; CDIPOMPEO@JONESDAY.COM; NMORIN@JONESDAY.COM |
| KELLY & HULME, P.C. | JHULME@KELLYANDHULME.NET |
| Kennedys CMK LLP | JILLIAN.DENNEHY@KENNEDYSLAW.COM |
| KENNEY SHELTON LIPTAK NOWAK LLP; ATTN: DIRK C. HAARHOFF | DCHAARHOFF@KSLNLAW.COM |
| KENNEY SHELTON LIPTAK NOWAK LLP; ATTN: JUDITH TREGER SHELTON | JTSHELTON@KSLNLAW.COM |
| LAURA A. AHEARN, ESQ. PLLC, ATTN: LAURA A. AHEARN | LAHEARN@LAURAAHEARN.COM |
| LAW OFFICES OF MITCHELL GARABEDIAN, ATTN: MITCHELL GARABEDIAN | MGARABEDIAN@GARABEDIANLAW.COM |
| LAW OFFICES OF RONALD J. KIM, PC, ATTN: RONALD J. KIM | RON@RONALDKIMLAW.COM |
| LEVY KONIGSBERG, LLP, ATTN: HELENE M. WEISS & VARA LYONS, ATTN: HELENE M. WEISS & VARA LYONS | VLYONS@LEVYLAW.COM |
| MARSH LAW FIRM PLLC, ATTN: JAMES A. MARSH | JAMESMARSH@MARSH.LAW |
| MERSON LAW PLLC, ATTN: JORDAN K. MERSON | JMERSON@MERSONLAW.COM |
| MEYER, SUOZZI, ENGLISH & KLEIN, P.C., ATTN: EDWARD J. LOBELLO & A. THOMAS LEVIN ESQ. | ELOBELLO@MSEK.COM; ATLEVIN@MSEK.COM |
| MICHAEL G. DOWD, ATTN: MICHAEL G. DOWD | MICHAELGDOWD@GMAIL.COM |
| MORITT HOCK & HAMROFF LLP, ATTN: THERESA A. DRISCOLL & MICHAEL C. TROIANO | TDRISCOLL@MORITTHOCK.COM; MTROIANO@MORITTHOCK.COM |
| MOSS & BARNETT, ATTN: CHARLES E. JONES | CHARLES.JONES@LAWMOSS.COM |
| NORTON ROSE FULBRIGHT US LLP; ATTN: STEVEN HOWARD | STEVEN.HOWARD@NORTONROSEFULBRIGHT.COM |
| OFFICE OF THE NY STATE ATTORNEY GENERAL, LETITIA JAMES, ELENA GONZLEZ, ELIZABETH M. LYNCH | ELENA.GONZALEZ@AG.NY.GOV; ELIZABETHM.LYNCH@AG.NY.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK, ATTN: GREG ZIPES & SHARA CORNELL | GREG.ZIPES@USDOJ.GOV; SHARA.CORNELL@USDOJ.GOV |
| PACHULSKI STANG ZIEHL & JONES LLP | JSTANG@PSZJLAW.COM; ISCHARF@PSZJLAW.COM; KDINE@PSZJLAW.COM; BMICHAEL@PSZJLAW.COM |
| PARKER WAICHMAN LLP, ATTN: BRETT ZEKOWSKI & FRED ROSENTHAL | BZEKOWSKI@YOURLAWYER.COM |
| PATRICK NOAKER, NOAKER LAW FIRM, LLC, ATTN: PATRICK NOAKER | PATRICK@NOAKERLAW.COM |
| PFAU COCHRAN VERTETIS AMALA PLLC, ATTN: MICHAEL T. PFAU | MICHAEL@PCVALAW.COM |
| PHILLIPS & PAOLICELLI, LLP, ATTN: DIANE PAOLICELLI | DPAOLICELLI@P2LAW.COM |
| POLLOCK COHEN LLP; ATTN: ADAM POLLOCK | ADAM@POLLOCKCOHEN.COM |
| PORZIO, BROMBERG & NEWMAN, P.C.; ATTN: BRETT S. MOORE ESQ. & ROBERT M. SCHECHTER, ESQ. | BSMOORE@PBNLAW.COM; RMSCHECHTER@PBNLAW.COM |
| REED SMITH LLP; ATTN: AARON JAVIAN, ESQ, JOHN B. BERRINGER, ESQ. & TIMOTHY P. LAW, ESQ. | AJAVIAN@REEDSMITH.COM; JBERRINGER@REEDSMITH.COM; TLAW@REEDSMITH.COM |
| RIVKIN RADLER LLP | MICHAEL.KOTULA@RIVKIN.COM; JASON.GURDUS@RIVKIN.COM |
| RHEINGOLD GIUFFRA RUFFO & PLOTKIN LLP, ATTN: THOMAS P. GIUFFA | TGIUFFRA@RHEINGOLDLAW.COM |

**THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, CASE NO. 20-12345 (MG)**
**MASTER SERVICE LIST**

| NAME | EMAIL |
|---|---|
| ROBERT E. GERBER; LEGAL REP. FOR FUTURE CLAIMANT JOSEPH HAGE AARONSON LLC | RGERBER@JHANY.COM |
| ROMANO & ASSOCIATES, ATTN: MICHAEL J. ROMANO | MJR@ROMANOFIRM.COM |
| RUSKIN MOSCOU FALTISCHEK, P.C.; ATTN: MICHAEL S. AMATO ESQ. | MAMATO@RMFPC.COM |
| RUSSO, KARL, WIDMAIER & CORDANO PLLC, ATTN: CHRISTOPHER GERACE | CG@RKWCLAW.COM |
| SILBERSTEIN, AWAD & MIKLOS, P.C., ATTN: MICHAEL LAUTERBORN | MLAW@ASK4SAM.NET |
| SIMMONS HANLY CONROY LLC, ATTN: PAUL J. HANLY, JR. | PHANLY@SIMMONSFIRM.COM |
| SLATER SLATER SCHULMAN LLP, ATTN: ADAM SLATER | ASLATER@SSSFIRM.COM |
| SLATER SLATER SCHULMAN LLP, ATTN: JONATHAN SCHULMAN ESQ. | JSCHULMAN@SSSFIRM.COM; ASLATER@SSSFIRM.COM; LLEDER@SSSFIRM.COM; SALTER@SSSFIRM.COM; HKUCINE@SSSFIRM.COM; NICOLE@SSSFIRM.COM |
| SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO P.C., ATTN: ERIC K. SCHWARZ | ESCHWARZ@TRIALLAW1.COM |
| SWEENEY, REICH & BOLZ, LLP, ATTN: GERARD J. SWEENEY | GSWEENEY@SRBLAWFIRM.COM |
| THE LAW OFFICE OF JOSHUA W. SKILLMAN, ATTN: JOSHUA W. SKILLMAN | JOSH@SKILLMANLAW.NYC |
| THE ZALKIN LAW FIRM, P.C. AND BARASCH MCGARRY SALZMAN & PENSON, ATTN: BRUCE KAYE, DOMINIQUE PENSON, ELIZABETH CATE, DEVIN STOREY, IRWIN ZALKIN, DANA COHEN | ELIZABETH@ZALKIN.COM; DMS@ZALKIN.COM; IRWIN@ZALKIN.COM |
| TOGUT, SEGAL & SEGAL LLP (COUNSEL TO CATHOLIC CEMETERIES OF THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, INC.), ATTN: FRANK A. OSWALD, ESQ., JARED BORRIELLO, ESQ. | FRANKOSWALD@TEAMTOGUT.COM; JBORRIELLO@TEAMTOGUT.COM |
| TOLMAGE, PESKIN, HARRIS, & FALICK, ATTN: STEPHAN H. PESKIN | PESKIN@TOLMAGEPESKINLAW.COM |
| UNITED STATES ATTORNEYS OFFICE FOR THE SOUTHERN DISTRICT OF NEW YORK | PETER.ARONOFF@USDOJ.GOV |
| WEINBERG GROSS & PERGAMENT LLP; ATTN: MARC A. PERGAMENT | MPERGAMENT@WGPLAW.COM |
| WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP (COUNSEL TO VARIOUS PARISH CREDITORS), ATTN: JOHN E. WESTERMAN, ESQ., MICKEE M. HENNESSY, ESQ., WILLIAM C. HEUER, ESQ., ALISON M. LADD, ESQ. | JWESTERMAN@WESTERMANLLP.COM; MHENNESSY@WESTERMANLLP.COM; WHEUER@WESTERMANLLP.COM; ALADD@WESTERMANLLP.COM |

**COUNT: 127**