<u>**VIA E-FILING**</u>

The Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

      **Re:**    **Re: In re The Roman Catholic Diocese of Rockville Centre, New York, Case
No. 20-12345**

Dear Judge Glenn:

The Roman Catholic Diocese of Rockville Centre, New York (the "<u>Diocese</u>") and the Official Committee of Unsecured Creditors (the "<u>Committee</u>") write in response to Your Honor's (i) suggestion of the appointment of Judge Shelley C. Chapman (Ret.) as a co-mediator, and (ii) question whether a process for the estimation of Abuse Claims would be helpful in moving this case forward to resolution.

The parties request the appointment of Magistrate Judge Sarah Netburn as a co-mediator, subject to her availability. In the meantime, the parties have scheduled mediation sessions for next week, which will take place directly between the parties, but will occur under the auspices of the mediation.

As for the estimation of claims, the Diocese and the Committee have conferred on this issue and agreed not to pursue estimation at this time. However each party reserves their rights regarding this issue.

Respectfully submitted,

*/s/ Corinne Ball*
Corinne Ball
Jones Day
*Counsel for The Roman Catholic Diocese of Rockville Centre, New York.*

*/s/ James Stang*
James Stang
Pachulski, Stang, Ziehl & Jones LLP
*Counsel for the Official Committee of Unsecured Creditors*