**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re:                                          )
                                                )          Chapter 11
THE ROMAN CATHOLIC DIOCESE OF                   )
ROCKVILLE CENTRE, NEW YORK,[1]                  )          Case No. 20-12345 (MG)
                                                )
                                                )
                Debtor.                         )          **Ref Docket No. 1736**

-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF OHIO          )
                       ) ss.:
COUNTY OF FRANKLIN )

ANDREA SPEELMAN, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On March 2, 2023, I caused to be served the "Notice of (I) Successful Bidder and Backup Bidder and (II) Proposed Assumed and Assigned Executory Contracts and Unexpired Leases in Connection with the Sale of Certain of the Debtor's Assets," dated March 2, 2023 [Docket No. 1736], by causing true and correct copies to be:

    a.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

    b.  enclosed securely in a postage pre-paid envelope and delivered via first class mail to a lienholder party whose name and address is confidential and therefore not reflected herein,

    c.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B,

    d.  delivered via electronic mail to those parties listed on the annexed Exhibit C, and

---

[1] The Debtor in this chapter 11 case is the Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is P.O. Box 9023, Rockville Centre, NY 11570.

e.  delivered via electronic mail to 32 interested parties whose names and e-mail addresses are confidential and therefore not reflected herein.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Andrea Speelman*
Andrea Speelman

Sworn to before me this
8th day of March, 2023
*/s/ Rosalyn DeMattia*

Rosalyn DeMattia
Notary Public, State of Ohio
Commission Expires: 7/19/2027

# EXHIBIT A

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DELL & DEAN PLLC | ATTN JOSEPH G DELL 1225 FRANKLIN AVE, STE 450 GARDEN CITY NY 11530 |
| INTERNAL REVENUE SERVICE | (CENTRALIZED INSOLVENCY OPERATION) PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| MOSS & BARNETT | (COUNSEL TO ALLIANZ INSURERS) ATTN CHARLES E JONES 150 S FIFTH ST, STE 1200 MINNEAPOLIS MN 55402 |

**Total Creditor count  3**

SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| APPLE INC. | 1111 OLD EAGLE SCHOOL RD WAYNE PA 19087 |
| APPLE INC. | 2600 GRAND BLVD. KANSAS CITY MO 64108 |
| CIT BANK, N.A. | 10201 CENTURION PARKWAY NORTH JACKSONVILLE FL 32256 |
| FEDERAL COMMUNICATONS COMMISSION | MARLENE H. DORTCH, SECRETARY OFFICE OF THE SECRETARY 45 L STREET NE WASHINGTON DC 20554 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | (COUNSEL CATHOLIC FAITH NETWORKS) ATTN: ROBERT T. SCHMIDT 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| OFFICE OF THE NY STATE ATTY GENERAL | (CONSUMER FRAUDS BUREAU) ATTN LETITIA JAMES, ELENA GONZALEZ & ELIZABETH M LYNCH 28 LIBERTY ST NEW YORK NY 10005 |
| OFFICE OF THE UNITED STATES TRUSTEE | (US FEDERAL OFFICE BUILDING) ATTN GREG ZIPES & SHARA CORNELL 201 VARICK ST, STE 1006 NEW YORK NY 10014 |
| PACHULSKI STANG ZIEHL & JONES LLP | COUNSEL TO THE OFFICAL COMM. OF UNSEC CREDITORS ATTN JAMES I STANG ESQ, ILAN D SCHARF, ESQ, KAREN B DINE ESQ, BRITTANY M MICHAEL ESQ 780 THIRD AVE, 34TH FL NEW YORK NY 10017 |
| UNITED STATES ATTORNEYS OFFICE | (FOR THE SOUTHERN DIST OF NY) 86 CHAMBERS ST, 3RD FL NEW YORK NY 10007 |
| US ATTORNEY GENERAL | US DEPARTMENT OF JUSTICE 950 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20530-0001 |

**Total Creditor count  10**

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| AMERICAN MESSAGING | ATTENTION: SITE LEASING 1720 LAKEPOINT DRIVE, SUITE 100 LEWISVILLE TX 75057 |
| AT&T WIRELESS SERVICES | ATTN: DIRECTOR OF SYSTEM DEVELOPMENT AND LEGAL DEPARTMENT 15 EAST MIDLAND AVE PARAMUS NJ 07652 |
| DISH WIRELESS L.L.C. | ATTENTION: LEASE ADMINISTRATION 5701 SOUTH SANTA FE DRIVE LITTLETON CO 80120 |
| METROPCS | ATTENTION: PROPERTY MANAGER 5 SKYLINE DRIVE HAWTHORNE NY 10532 |
| METROPCS | ATTENTION: PROPERTY MANAGER 2250 LAKESIDE BOULEVARD RICHARDSON TX 35082 |
| NEW YORK SMSA LIMITED PARTNERSHIP | D/B/A VERIZON WIRELESS ATTENTION: NETWORK REAL ESTATE 180 WASHINGTON VALLEY ROAD BEDMINSTER NJ 07921 |
| NEW YORK SMSA LIMITED PARTNERSHIP | D/B/A VERIZON WIRELESS 180 WASHINGTON VALLEY ROAD BEDMINSTER NJ 07921 |
| OFFICE OF THE NASSAU COUNTY ATTORNEY | ONE WEST STREET MINNEOLA NY 11501 |
| OMNIPOINT FACILITIES NETWORK 2, LLC | ATTENTION: LEASE MANAGEMENT DEPARTMENT 4 SYLVAN WAY PARSIPPANY NJ 07054 |
| OMNIPOINT FACILITIES NETWORK 2, LLC | ATTENTION: PCS LEASING ADMINISTRATION 12920 SE 38TH STREET BELLEVUE WA 98006 |
| OMNIPOINT FACILITIES NETWORK 2, LLC | ATTENTION: LEGAL DEPARTMENT 12920 SE 38TH STREET BELLEVUE WA 98006 |
| SPRINT LAW DEPARTMENT | ATTN: SPRINT PCS REAL ESTATE ATTORNEY MAILSTOP KSOPHT0101-Z2020 6391 SPRINT PARKWAY OVERLAND PARK KS 66251-2650 |
| SPRINT PCS | C/O WILLIAM J. NIELSEN, ESQ. MUNLEY, MEADE, NIELSEN & RE, P.C. 160 MIDDLE NECK ROAD GREAT NECK NY 11021 |
| SPRINT PCS | 19 CHARDONNAY DRIVE CORAM NY 11727 |
| SPRINT PROPERTY SERVICES | SITE ID: NY1215-D MAILSTOP KSOPHT0101-Z2650 6391 SPRINT PARKWAY OVERLAND PARK KS 66251-2650 |

**Total Creditor count  15**

**EXHIBIT C**

**THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, CASE NO. 20-12345 (MG)**
**MASTER SERVICE LIST**

| NAME | EMAIL |
|---|---|
| ALONSO KRANGLE LLP; ATTN: DAVID B. KRANGLE ESQ | dkrangle@alonsokrangle.com; aalonso@alonsokrangle.com |
| ALSTON & BIRD LLP; ATTN: J. VINCEQUERRA, W. HAO, D. CASSIDY, K. SCHIFFMAN | james.vincequerra@alston.com; william.hao@alston.com; dylan.cassidy@alston.com; kimberly.schiffman@alston.com |
| BARCLAY DAMON LLP | jgrubin@barclaydamon.com |
| BETTI & ASSOCIATES, ATTN: MICHELE M. BETTI, ESQ. | mbettilaw@gmail.com |
| BURNS BAIR LLP | tburns@burnsbair.com; jbair@burnsbair.com |
| BUTTAFUOCO & ASSOCIATES, PLLC, ATTN: JAMES S. MCCARTHY & ELLEN BUCCHOLZ | jmccarthy@buttafuocolaw.com |
| CARLTON FIELDS, P.A.; ATTN: ALEX B. SILVERMAN ESQ. | asilverman@carltonfields.com |
| CARLTON FIELDS, P.A.; ATTN: LUIS ORENGO, JR. ESQ. | lorengo@carltonfields.com |
| CARLTON FIELDS, P.A.; ATTN: NORA A. VALENZA-FROST, ESQ. | nvalenza-frost@carltonfields.com |
| CARLTON FIELDS, P.A.; ATTN: ROBERT W. DIUBALDO, ESQ. | rdiubaldo@carltonfields.com |
| CERTAIN & ZILBERG, ATTN: GARY CERTAIN | gcertain@certainlaw.com |
| CLYDE & CO US LLP; ATTN: CATALINA SUGAYAN ESQ.; JAMES MOFFITT ESQ & ROBERT MEYERS ESQ. | catalina.sugayan@clydeco.us; james.moffitt@clydeco.us |
| COUGHLIN DUFFY LLP (COUNSEL TO ARROWOOD INDEMNITY COMPANY), ATTN: KEVIN T. COUGHLIN, ESQ., ADAM M. SMITH, ESQ., KAREN H. MORIARTY, ESQ. | kcoughlin@coughlinduffy.com; asmith@coughlinduffy.com; kmoriarty@coughlinduffy.com |
| CULLEN AND DYKMAN LLP (COUNSEL TO SEVERAL DIOCESEAN AFFILIATES), ATTN: MATTHEW G. ROSEMAN, ESQ., THOMAS R. SLOME, ESQ., ELIZABETH M. ABOULAFIA, ESQ., MICHAEL KWIATKOWSKI, ESQ. | mroseman@cullenllp.com; tslome@cullenllp.com; eaboulafia@cullenllp.com; mkwiatkowski@cullenllp.com |
| DESIMONE & ASSOCIATES, LLC, ATTN: RALPH DESIMONE | rdesimone@dlaw.net |
| DUANE MORRIS LLP, ATTN: ANDREW E. MINA | amina@duanemorris.com |
| DUANE MORRIS LLP, ATTN: BRETT L. MESSINGER | blmessinger@duanemorris.com |
| DUANE MORRIS LLP, ATTN: JEFF D. KAHANE | jkahane@duanemorris.com |
| DUANE MORRIS LLP, ATTN: RUSSELL W. ROTEN | rwroten@duanemorris.com; amina@duanemorris.com |
| FARRELL FRITZ, P.C. ATTN: MARTIN G. BUNIN | mbunin@farrellfritz.com |
| FARRELL FRITZ, P.C. ATTN: PATRICK COLLINS | pcollins@farrellfritz.com |
| GAIR, GAIR, CONASON, RUBINOWITZ, BLOOM, HERSHENHORN, STEIGMAN & MACKAUF, ATTN: RACHEL L. JACOBS & PETER SAGHIR | rjacobs@gairgair.com; psaghir@gairgair.com |
| GIULIANO LAW, P.C.; ATTN: ANTHONY F. GIULIANO ESQ. | afg@glpcny.com |
| HACH ROSE SCHIRIPPA & CHEVERIE, ATTN: MICHAEL ROSE & HILLARY NAPPI | mr@hachroselaw.com; hnappi@hrsclaw.com |
| HAMBURGER, MAXSON, YAFFE & MCNALLY, LLP, ATTN: RICHARD HAMBURGER, DAVID N. YAFFE, & DOUGLAS MCNALLY | rhamburger@hmylaw.com; dmcnally@hmylaw.com; dyaffe@hmylaw.com |
| HERMAN LAW, ATTN: JEFF HERMAN | jherman@hermanlaw.com |
| HERMAN LAW, ATTN: STUART S. MERMELSTEIN ESQ., ATTN: STUART S. MERMELSTEIN ESQ. | smermelstein@hermanlaw.com; docketing@hermanlaw.com; mtheisen@hermanlaw.com; dellis@hermanlaw.com |
| HOWARD & HOWARD ATTORNEYS PLLC; ATTN: JAMES E. MORGAN ESQ. | jem@h2law.com |
| HURLEY MCKENNA & MERTZ P.C., ATTN: CLINT PIERCE, EVAN SMOLA, & MARK MCKENNA | cpierce@hurley-law.com; esmola@hurley-law.com; mmckenna@hurley-law.com |
| IFRAH PLLC; ATTN: GEORGE R. CALHOUN, V, ESQ. | george@ifrahlaw.com |
| JAMES, VERNON & WEEKS, P.A., ATTN: LEANDER L. JAMES IV | ljames@jvwlaw.net |
| JANET, JANET & SUGGS LLC, ATTN: DIANE PAOLICELLI, ATTN: ANDREW S. JANET | asjanet@jjsjustice.com |
| JEFF ANDERSON & ASSOCIATES, P.A., ATTN: JEFFREY R. ANDERSON | jeff@andersonadvocates.com; pstoneking@andersonadvocates.com; trusha@andersonadvocates.com |

**THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, CASE NO. 20-12345 (MG)**
**MASTER SERVICE LIST**

| NAME | EMAIL |
|---|---|
| JONES DAY (COUNSEL TO THE DEBTOR), ATTN: CORINE BALL, TODD GEREMIA, BENJAMIN ROSENBLUM, ERIC P. STEPHENS, ANDREW M. BUTLER, BENJAMIN THOMSON, CHRISTOPHER DIPOMPEO, NICHOLAS MORIN | cball@jonesday.com; trgeremia@jonesday.com; brosenblum@jonesday.com; epstephens@jonesday.com; abutler@jonesday.com; cdipompeo@jonesday.com; nmorin@jonesday.com |
| KELLY & HULME, P.C. | jhulme@kellyandhulme.net |
| Kennedys CMK LLP | jillian.dennehy@kennedyslaw.com |
| KENNEY SHELTON LIPTAK NOWAK LLP; ATTN: DIRK C. HAARHOFF | dchaarhoff@kslnlaw.com |
| KENNEY SHELTON LIPTAK NOWAK LLP; ATTN: JUDITH TREGER SHELTON | jtshelton@kslnlaw.com |
| KLESTADT WINTERS JURELLER; SOUTHARD & STEVENS LLP; ATTN: SEAN C. SOUTHARD | ssouthard@klestadt.com |
| LAURA A. AHEARN, ESQ. PLLC, ATTN: LAURA A. AHEARN | lahearn@lauraahearn.com |
| LAW OFFICES OF MITCHELL GARABEDIAN, ATTN: MITCHELL GARABEDIAN | mgarabedian@garabedianlaw.com |
| LAW OFFICES OF RONALD J. KIM, PC, ATTN: RONALD J. KIM | ron@ronaldkimlaw.com |
| LEVY KONIGSBERG, LLP, ATTN: HELENE M. WEISS & VARA LYONS, ATTN: HELENE M. WEISS & VARA LYONS | vlyons@levylaw.com |
| MARSH LAW FIRM PLLC, ATTN: JAMES A. MARSH | jamesmarsh@marsh.law |
| MERSON LAW PLLC, ATTN: JORDAN K. MERSON | jmerson@mersonlaw.com |
| MEYER, SUOZZI, ENGLISH & KLEIN, P.C., ATTN: EDWARD J. LOBELLO & A. THOMAS LEVIN ESQ. | elobello@msek.com; atlevin@msek.com |
| MICHAEL G. DOWD, ATTN: MICHAEL G. DOWD | michaelgdowd@gmail.com |
| MORITT HOCK & HAMROFF LLP, ATTN: THERESA A. DRISCOLL & MICHAEL C. TROIANO | tdriscoll@moritthock.com; mtroiano@moritthock.com |
| NORTON ROSE FULBRIGHT US LLP; ATTN: STEVEN HOWARD | steven.howard@nortonrosefulbright.com |
| OFFICE OF THE NY STATE ATTORNEY GENERAL, LETITIA JAMES, ELENA GONZLEZ, ELIZABETH M. LYNCH | elena.gonzalez@ag.ny.gov; elizabethm.lynch@ag.ny.gov |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK, ATTN: GREG ZIPES & SHARA CORNELL | greg.zipes@usdoj.gov; shara.cornell@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | jstang@pszjlaw.com; ischarf@pszjlaw.com; kdine@pszjlaw.com; bmichael@pszjlaw.com |
| PARKER WAICHMAN LLP, ATTN: BRETT ZEKOWSKI & FRED ROSENTHAL | bzekowski@yourlawyer.com |
| PATRICK NOAKER, NOAKER LAW FIRM, LLC, ATTN: PATRICK NOAKER | patrick@noakerlaw.com |
| PFAU COCHRAN VERTETIS AMALA PLLC, ATTN: MICHAEL T. PFAU | michael@pcvalaw.com |
| PHILLIPS & PAOLICELLI, LLP, ATTN: DIANE PAOLICELLI | dpaolicelli@p2law.com |
| POLLOCK COHEN LLP; ATTN: ADAM POLLOCK | adam@pollockcohen.com |
| PORZIO, BROMBERG & NEWMAN, P.C.; ATTN: BRETT S. MOORE ESQ. & ROBERT M. SCHECHTER, ESQ. | bsmoore@pbnlaw.com; rmschechter@pbnlaw.com |
| REED SMITH LLP; ATTN: AARON JAVIAN, ESQ, JOHN B. BERRINGER, ESQ. & TIMOTHY P. LAW, ESQ. | ajavian@reedsmith.com; jberringer@reedsmith.com; tlaw@reedsmith.com |
| RIVKIN RADLER LLP | michael.kotula@rivkin.com; jason.gurdus@rivkin.com |
| RHEINGOLD GIUFFRA RUFFO & PLOTKIN LLP, ATTN: THOMAS P. GIUFFA | tgiuffra@rheingoldlaw.com |
| ROBERT E. GERBER; LEGAL REP. FOR FUTURE CLAIMANT JOSEPH HAGE AARONSON LLC | rgerber@jhany.com |
| ROMANO & ASSOCIATES, ATTN: MICHAEL J. ROMANO | mjr@romanofirm.com |
| RUSKIN MOSCOU FALTISCHEK, P.C.; ATTN: MICHAEL S. AMATO ESQ. | mamato@rmfpc.com |

**THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, CASE NO. 20-12345 (MG)**
**MASTER SERVICE LIST**

| NAME | EMAIL |
|---|---|
| RUSSO, KARL, WIDMAIER & CORDANO PLLC, ATTN: CHRISTOPHER GERACE | cg@rkwclaw.com |
| SILBERSTEIN, AWAD & MIKLOS, P.C., ATTN: MICHAEL LAUTERBORN | mlaw@ask4sam.net |
| SIMMONS HANLY CONROY LLC, ATTN: PAUL J. HANLY, JR. | phanly@simmonsfirm.com |
| SLATER SLATER SCHULMAN LLP, ATTN: ADAM SLATER | aslater@sssfirm.com |
| SLATER SLATER SCHULMAN LLP, ATTN: JONATHAN SCHULMAN ESQ. | jschulman@sssfirm.com; aslater@sssfirm.com; lleder@sssfirm.com; salter@sssfirm.com; hkucine@sssfirm.com; nicole@sssfirm.com |
| SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO P.C., ATTN: ERIC K. SCHWARZ | eschwarz@triallaw1.com |
| SWEENEY, REICH & BOLZ, LLP, ATTN: GERARD J. SWEENEY | gsweeney@srblawfirm.com |
| THE LAW OFFICE OF JOSHUA W. SKILLMAN, ATTN: JOSHUA W. SKILLMAN | josh@skillmanlaw.nyc |
| THE ZALKIN LAW FIRM, P.C. AND BARASCH MCGARRY SALZMAN & PENSON, ATTN: BRUCE KAYE, DOMINIQUE PENSON, ELIZABETH CATE, DEVIN STOREY, IRWIN ZALKIN, DANA COHEN | elizabeth@zalkin.com; dms@zalkin.com; irwin@zalkin.com |
| TOGUT, SEGAL & SEGAL LLP (COUNSEL TO CATHOLIC CEMETERIES OF THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, INC.), ATTN: FRANK A. OSWALD, ESQ., JARED BORRIELLO, ESQ. | frankoswald@teamtogut.com; jborriello@teamtogut.com |
| TOLMAGE, PESKIN, HARRIS, & FALICK, ATTN: STEPHAN H. PESKIN | peskin@tolmagepeskinlaw.com |
| UNITED STATES ATTORNEYS OFFICE FOR THE SOUTHERN DISTRICT OF NEW YORK | peter.aronoff@usdoj.gov |
| WEINBERG GROSS & PERGAMENT LLP; ATTN: MARC A. PERGAMENT | mpergament@wgplaw.com |
| WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP (COUNSEL TO VARIOUS PARISH CREDITORS), ATTN: JOHN E. WESTERMAN, ESQ., MICKEE M. HENNESSY, ESQ., WILLIAM C. HEUER, ESQ., ALISON M. LADD, ESQ. | jwesterman@westermanllp.com; mhennessy@westermanllp.com; wheuer@westermanllp.com; aladd@westermanllp.com |

THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE,
NEW YORK, Case No. 20-12345
Electronic Mail - Towers, Carriers, ETC Parties

| NAME | EMAIL |
|------|-------|
| KRAMER LEVIN NAFTALIS & FRANKEL LLP (COUNSEL TO CATHOLIC FAITH NETWORKS) | RSCHMIDT@KRAMERLEVIN.COM |
| EXTENET | GENERAL@EXTENETSYSTEMS.COM |
| DIAMOND COMMUNICATIONS - ATTN: JASON HALPER | JHALPER@DIAMONDCOMM.COM |
| EARTHLINK - ATTN: MIKE TOPLISEK | MIKE.TOPLISEK@ELNK.COM |
| WINDSTREAM COMMUNICATIONS LLC - ATTN: ROBERT GUNDERMAN | BOB.GUNDERMAN@WINDSTREAM.COM |
| FRONTIER COMMUNICATIONS - ATTN: NICK JEFFERY | NICK.JEFFERY@FTR.COM |
| COMCAST - ATTN: PAULINA ARNAL PRIETO | PAULINA_ARNALPRIETO@COMCAST.COM |
| CONSOLIDATED COMMUNICATIONS - ATTN: ROBERT CURREY | BOB.CURREY@CONSOLIDATED.COM |
| LUMEN - ATTN: KATHLEEN JOHNSON | KATHLEEN.JOHNSON@CENTURYLINK.COM |
| COGECO / ATLANTIC BROADBAND - ATTN: PATRICE OUIMET | PATRICE.OUIMET@COGECO.COM |
| TELSTRA INCORPORATED - ATTN: MICHAEL BOYCE | MICHAEL.BOYCE@TEAM.TELSTRA.COM |
| TELUS COMMUNICATIONS U.S. INC. - ATTN: STEPHEN LEWIS | STEPHEN.LEWIS@TELUS.COM |
| VODAFONE USA INC - ATTN: MATTHEW.JOHNSON | MATTHEW.JOHNSON@VODAFONE.COM |