UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 20-12345 (MG) |
| | ) | |
| THE ROMAN CATHOLIC DIOCESE OF | ) | Chapter 11 |
| ROCKVILLE CENTRE, NEW YORK, | ) | |
| | ) | **Related Docket No.** |
| Debtor. | ) | |
| | ) | |

**JOINDER IN MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DISMISS CHAPTER 11 CASE**

███████ (90150), ███████ (90158), ███████ (90160), ███████ (90173), ███████ (90174), ███████ (90176), ███████ (90184), ███████ (90233), ███████ (90259), ███████ (90267), ███████ (90276), ███████ (90277), ███████ (90291), ███████ (90311), and ███████ (90314) (the "**Survivors**"), hereby join in the *Motion of the Official Committee of Unsecured Creditors to Dismiss Chapter 11 Case* [Docket No. 1912] (the "**Motion to Dismiss**") for the reasons set forth in the Motion to Dismiss and expressly reserve all rights including, but not limited to, their rights to appear and be heard on any issue with respect to the Motion to Dismiss. The Motion to Dismiss is expressly incorporated herein by reference for all purposes.

As additional support for the Motion to Dismiss, the Survivors represent that they do not support, will not support and will oppose the *Chapter 11 Plan of Reorganization for The Roman Catholic Diocese of Rockville Centre, New York* [Docket No. 1614] (the "Diocese Plan") filed by the Debtor on January 27, 2023, because the Diocese Plan compels all the abuse survivors in this case to release their claims against solvent non-debtor affiliates of the Debtor (including the parishes) in consideration for a woefully inadequate payment of $11.1 million. The Survivors will not support and will oppose any plan that releases solvent non-debtors, unless their contribution is orders of magnitude greater than $11.1 million.

WHEREFORE, for the reasons set forth in the Motion to Dismiss, the Survivors respectfully request that the Court enter an Order dismissing this chapter 11 case and granting such other and further relief as is just and proper.

Date: March 28, 2023        **LEVY KONIGSBERG LLP**

*/s/* _____
John Guinan, Esq.
605 3rd Ave., 33rd Fl.
New York, NY 10158

212-605-6200
jguinan@levylaw.com

*Counsel to the Survivors*