UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 20-12345 (MG) |
| | ) | |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, | ) ) | Chapter 11 |
| | ) | **Related Docket No.** |
| Debtor. | ) ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Hillary Nappi, Esq. of Hach Rose Schirripa & Cheverie LLP hereby enters her appearance pursuant to 11 U.S.C. § 1109(b), 11 U.S.C. §§ 101-1330 and Rule 9010 (b) of the Federal Rules of Bankruptcy Procedure on behalf of certain Creditors with claims against Debtor arising out of childhood sexual abuse and requests that all notices that are required to be given in this case and all papers that are required to be served in this case be given to and served upon the following pursuant to Bankruptcy Rule 2002(g) at the office, post office address, and telephone number set forth below:

HACH ROSE SCHIRRIPA & CHEVERIE LLP
112 MADISON AVENUE, 10TH FLOOR
NEW YORK, NY 10016
ATTN: HILLARY M. NAPPI, ESQ.
Email: hnappi@hrsclaw.com
212.213.8311

**PLEASE TAKE FURTHER NOTICE** that the aforementioned attorney consents to email service.

**PLEASE TAKR FURTHER NOTICE** that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading,

1

request, complaint, or demand, whether formal informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise with regard to the referenced case and proceedings therein.

Dated: March 28, 2023
      New York, NY

                          **HACH ROSE SCHIRRIPA & CHEVERIE LLP**

                          By: */s/ Hillary M. Nappi*
                                Hillary M. Nappi, Esq.
                                112 Madison Avenue, 10th Floor
                                New York, NY 10016
                                Telephone: (212) 213-8311
                                Facsimile: (212) 779-0028
                                hnappi@hrsclaw.com