**Objection Deadline: April 14, 2023**

BURNS BAIR LLP
Timothy W. Burns, Esq. (admitted *pro hac vice*)
Jesse J. Bair, Esq. (admitted *pro hac vice*)
10 E. Doty St., Suite 600
Madison, WI 53703-3392
Telephone: (608) 286-2808
Email: tburns@burnsbair.com
Email: jbair@burnsbair.com

*Special Insurance Counsel to the Official Committee
of Unsecured Creditors of The Roman Catholic Diocese
of Rockville Centre, New York*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br>                          Debtor. | Chapter 11<br>Case No. 20-12345 (MG) |

**TWENTY-EIGHTH MONTHLY FEE STATEMENT OF BURNS BAIR LLP,
AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR PROFESSIONAL SERVICES RENDERED
AND DISBURSEMENTS INCURRED FOR THE PERIOD FROM
<u>FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023</u>**

| | |
|---|---|
| Name of Applicant: | Burns Bair LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | Effective October 29, 2020 pursuant to Order dated December 9, 2020 [Docket No. 246] |
| Period for which compensation and reimbursement is sought: | February 1, 2023 – February 28, 2023 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $66,481.50<br>80% of which is $53,185.20 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $435.30 |
| TOTAL (80% of fees and 100% of costs) | $53,620.50 |

**This is the Twenty-Eighth Monthly Fee Statement.**

**PRELIMINARY STATEMENT**

Burns Bair LLP ("Burns Bair"), as Special Insurance Counsel to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Diocese of Rockville Centre, New York (the "Debtor"), hereby submits this twenty-eighth monthly statement (the "Monthly Statement") for the period from February 1, 2023 through February 28, 2023 (the "Statement Period") for payment of professional services rendered and reimbursement of expenses incurred during the Statement Period pursuant to the Court's *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* dated November 4, 2020 [Docket No. 129] (the "Interim Compensation Order"). Burns Bair requests: (a) interim allowance and payment of compensation in the amount of $53,185.20 (80% of $66,481.50) of fees on account of reasonable and necessary professional services rendered to the Committee by Burns Bair and (b) reimbursement of actual and necessary costs and expenses in the amount of $435.30.

**FEES FOR SERVICES RENDERED DURING THE STATEMENT PERIOD**

1. Set forth below is a list of the positions of the Burns Bair professionals and paraprofessionals who provided services to the Committee during the Statement Period, their respective billing rates, and the aggregate hours spent by each professional and paraprofessional in providing services on behalf of the Committee during the Statement Period.

| Name | Title | Year of Partnership | Year of Admission | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Timothy Burns | Partner | 2008 | 1991 | $975 | 27.20 | $26,520.00 |
| Jesse Bair | Partner | 2020 | 2013 | $625 | 33.90 | $21,187.50 |
| Nathan Kuenzi | Associate | N/A | 2020 | $420 | 17.80 | $7,476.00 |
| Brian Cawley | Associate | N/A | 2020 | $420 | 5.40 | $2,268.00 |
| Leakhena Au | Associate | N/A | 2020 | $420 | 17.30 | $7,266.00 |
| Alyssa Turgeon | Paralegal | N/A | N/A | $360.00 | .10 | $36.00 |
| Karen Dempski | Paralegal | N/A | N/A | $360.00 | 1.70 | $612.00 |
| Brenda Horn-Edwards | Paralegal | N/A | N/A | $360.00 | 3.10 | $1,116.00 |
| | | | | **TOTAL:** | **106.50** | **$66,481.50** |

2. The rates charged by Burns Bair for services rendered to the Committee are the same rates that it charges generally for professional services rendered to its non-bankruptcy clients.

2

A complete itemization of tasks performed by these professionals and paraprofessionals for the Statement Period is annexed hereto as **Exhibit A**.

## EXPENSES INCURRED DURING THE STATEMENT PERIOD

3. Set forth below is a categorical list of expenses incurred by Burns Bair during the Statement Period in the course of representing the Committee.

| Date | Description | Amount |
|---|---|---|
| 2/9/2023 | Wisconsin Certificate of Good Standing, J. Bair | $3.05 |
| 2/9/2023 | Illinois Certificate of Good Standing, T. Burns | $16.00 |
| 2/9/2023 | Missouri Certificate of Good Standing, T. Burns | $16.25 |
| 2/16/2023 | Pro Hac Vice admission, J. Bair | $200.00 |
| 2/24/2023 | Pro Hac Vice admission, T, Burns | $200.00 |
| | TOTAL: | $435.30 |

## NOTICE AND OBJECTION PROCEDURES

4. No trustee or examiner has been appointed in these chapter 11 cases. Pursuant to the Interim Compensation Order, Burns Bair has provided notice of this statement upon the following parties (the "Application Recipients") by electronic or first class mail: (a) the Debtor c/o The Roman Catholic Diocese of Rockville Centre, 50 N Park Ave P.O. Box 9023, Rockville Centre, NY 11571-9023 (Attn: Thomas Renker); (b) the attorneys for the Debtor, Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); and (c) the Office of the United States Trustee Region 2, 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq.). Burns Bair submits that no other or further notice need be provided.

5. Pursuant to the Interim Compensation Order, objections to this Monthly Statement, if any, must be served upon the Application Recipients and the undersigned counsel at Burns Bair by **April 14, 2023** (the "Objection Deadline") setting forth the nature of the objection and the amount of fees or expenses at issue.

6. If no objections to this Monthly Statement are made on or before the Objection Deadline, the Debtor shall pay Burns Bair 80% of the fees and 100% of the expenses set forth

3

above.  To the extent an objection to this Monthly Statement is timely made, the Debtor shall withhold payment of that portion of the Monthly Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such objection is not resolved; it shall be preserved and presented to the Court at the next interim or final fee application hearing.

Dated:  March 30, 2023

BURNS BAIR LLP

 /s/  Timothy W. Burns
Timothy W. Burns, Esq. (admitted *pro hac vice*)
Jesse J. Bair, Esq. (admitted *pro hac vice*)
10 E. Doty St., Suite 600
Madison, WI 53703-3392
Telephone: (608) 286-2808
Email:  tburns@burnsbair.com
Email:  jbair@burnsbair.com

*Special Insurance Counsel to the Official Committee of Unsecured Creditors of The Roman Catholic Diocese of Rockville Centre, New York*

# **EXHIBIT A**

# Burns | Bair

10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**The Official Committee of Unsecured Creditors of
The Roman Catholic Diocese of Rockville Centre**

**Issue Date :**  3/21/2023

**Bill # :**  01072

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 2/1/2023 | Leakhena Au | Supplemental analysis re additional insured entities under Ecclesia policies in connection with Plan issues (1.9); | 1.90 | $798.00 |
| 2/1/2023 | Jesse Bair | Analyze Ecclesia other insured entities (.2); provide instructions to L. Au re additional analysis needed in connection with same (.1); participate in call with B. Michael re same (.2); | 0.50 | $312.50 |
| 2/1/2023 | Timothy Burns | Review correspondence between PSZJ and BB teams re Committee Plan exhibits (.2); | 0.20 | $195.00 |
| 2/1/2023 | Jesse Bair | Correspondence with Evanston and the Debtor re Committee reinstatement as a party in the Evanston district court action (.1); | 0.10 | $62.50 |
| 2/1/2023 | Timothy Burns | Conference with L. Au re potential direct claims against the Diocese's insurers (.1); | 0.10 | $97.50 |
| 2/1/2023 | Jesse Bair | Review G. Greenwood correspondence re finalization of Committee preliminary injunction discovery responses (.1); | 0.10 | $62.50 |
| 2/1/2023 | Jesse Bair | Participate in call with PSZJ team re Plan exhibits (.8); | 0.80 | $500.00 |
| 2/1/2023 | Jesse Bair | Analyze and respond to state court counsel question re Debtor Plan insurance issues (.2); | 0.20 | $125.00 |
| 2/1/2023 | Jesse Bair | Draft amended version of the insurance policies Plan exhibit (.6); | 0.60 | $375.00 |
| 2/1/2023 | Jesse Bair | Review information re PSIP participants in connection with other insured entities analysis (.2); | 0.20 | $125.00 |
| 2/1/2023 | Timothy Burns | Review email from B. Michael re monthly operating report and related filings (.1); | 0.10 | $97.50 |
| 2/1/2023 | Leakhena Au | Continue analyzing case law re particular elements of potential direct claims against the Diocese's insurers (1.8); | 1.80 | $756.00 |
| 2/1/2023 | Timothy Burns | Review correspondence between BB and opposing counsel re intervention in Evanston adversary proceeding (.2); | 0.20 | $195.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 2/1/2023 | Jesse Bair | Review and edit revised version of the Amended Committee Plan (.7); | 0.70 | $437.50 |
| 2/1/2023 | Jesse Bair | Review the parties' joint sealing request re the Agreed Coverage Summary (.1); review correspondence with the Debtor and Court re same (.1); | 0.20 | $125.00 |
| 2/1/2023 | Jesse Bair | Review revised version of the Committee Trust Agreement (.3); | 0.30 | $187.50 |
| 2/2/2023 | Jesse Bair | Participate in conference with T. Burns re insurance strategy and potential next-steps (.2); | 0.20 | $125.00 |
| 2/2/2023 | Jesse Bair | Review most recent iteration of the Committee amended Plan (.5); draft proposed additional insurance language for inclusion in same (.2); | 0.70 | $437.50 |
| 2/2/2023 | Leakhena Au | Continue drafting memorandum re potential direct claims against the Diocese's insurers (2.0); | 2.00 | $840.00 |
| 2/2/2023 | Leakhena Au | Continue drafting revised version of memorandum re potential direct claims against the Diocese's insurers (.9); | 0.90 | $378.00 |
| 2/2/2023 | Jesse Bair | Review Debtor information re SIRs for non-abuse claims (.1); | 0.10 | $62.50 |
| 2/2/2023 | Jesse Bair | Review revised version of the Committee Disclosure Statement (.5); | 0.50 | $312.50 |
| 2/2/2023 | Jesse Bair | Review agenda for upcoming state court counsel meeting (.1); | 0.10 | $62.50 |
| 2/2/2023 | Jesse Bair | Review correspondence with PSZJ and state court counsel re potential abuse claims reviewers (.1); | 0.10 | $62.50 |
| 2/2/2023 | Jesse Bair | Review correspondence with B. Michael re additional revised insurance language for Amended Committee Plan (.1); | 0.10 | $62.50 |
| 2/2/2023 | Timothy Burns | Participate in conference with J. Bair re insurance strategy and potential next-steps (.2); | 0.20 | $195.00 |
| 2/2/2023 | Jesse Bair | Review revised version of Committee work-in-progress list (.1); | 0.10 | $62.50 |
| 2/3/2023 | Jesse Bair | Review the Diocese's preliminary injunction request for admission responses (.1); | 0.10 | $62.50 |
| 2/3/2023 | Jesse Bair | Review the Diocese's preliminary injunction requests for production responses (.1); | 0.10 | $62.50 |
| 2/3/2023 | Leakhena Au | Analysis re potential revisions to memorandum re potential direct claims against the Diocese's insurers (.2); | 0.20 | $84.00 |
| 2/3/2023 | Jesse Bair | Review B. Michael correspondence to the Committee re the Committee's First Amended Plan and Disclosure Statement (,1); | 0.10 | $62.50 |
| 2/3/2023 | Jesse Bair | Review Arrowood's amended answer, affirmative defenses, and counterclaim (.7); | 0.70 | $437.50 |
| 2/3/2023 | Timothy Burns | Review the Committee's amended disclosure statement (.4); | 0.40 | $390.00 |
| 2/3/2023 | Jesse Bair | Review B. Michael correspondence re draft allocation protocols (.1); | 0.10 | $62.50 |
| 2/3/2023 | Jesse Bair | Review final version of the Committee's preliminary injunction discovery responses to the Diocese (.1); | 0.10 | $62.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 2/3/2023 | Jesse Bair | Review the Diocese's preliminary injunction interrogatory responses (.2); | 0.20 | $125.00 |
| 2/3/2023 | Jesse Bair | Review the Diocese's answer to Arrowood's amended counterclaim (.2); | 0.20 | $125.00 |
| 2/3/2023 | Jesse Bair | Review Order granting the parties' joint motion to seal and redacted Agreed Coverage Summary (.1); | 0.10 | $62.50 |
| 2/3/2023 | Timothy Burns | Review correspondence between PSZJ and state court counsel re Committee plan disclosure issues (.2); | 0.20 | $195.00 |
| 2/3/2023 | Jesse Bair | Participate in state court counsel meeting re ongoing case issues (1.2); | 1.20 | $750.00 |
| 2/3/2023 | Leakhena Au | Continue analyzing factual information regarding potential direct claims against the Diocese's insurers (2.0); | 2.00 | $840.00 |
| 2/3/2023 | Karen Dempski | Download/upload recently produced Diocesan discovery production (.4); | 0.40 | $144.00 |
| 2/3/2023 | Leakhena Au | Continue analyzing legal issues in connection with potential direct claims against the Diocese's insurers (1.1); | 1.10 | $462.00 |
| 2/3/2023 | Timothy Burns | Review emails between PSZJ and BB re first amended plan draft (.2); | 0.20 | $195.00 |
| 2/3/2023 | Timothy Burns | Participate in state court counsel meeting re ongoing case issues (1.2); | 1.20 | $1,170.00 |
| 2/3/2023 | Timothy Burns | Review correspondence from PSZJ to the Committee re amended disclosure statement (.1); | 0.10 | $97.50 |
| 2/5/2023 | Jesse Bair | Analyze and respond to K. Brown question re Diocese preliminary injunction responses re Arrowood (.2); | 0.20 | $125.00 |
| 2/6/2023 | Leakhena Au | Continue analyzing factual information regarding potential direct claims against the Diocese's insurers (1.2); | 1.20 | $504.00 |
| 2/6/2023 | Jesse Bair | Review the Diocese's omnibus objection to released or dismissed claims (.2); review associated Renker declaration (.1); | 0.30 | $187.50 |
| 2/6/2023 | Leakhena Au | Participate in internal BB team conference re assignments and case developments (.1); | 0.10 | $42.00 |
| 2/6/2023 | Nathan Kuenzi | Participate in internal BB team conference re case status and associated research projects (.1); | 0.10 | $42.00 |
| 2/6/2023 | Nathan Kuenzi | Analyze POC information in connection with ongoing case insurance issues (.4); | 0.40 | $168.00 |
| 2/6/2023 | Timothy Burns | Participate in internal BB team conference re assignments and case developments (.1); | 0.10 | $97.50 |
| 2/6/2023 | Brian Cawley | Participate in team meeting regarding case status and assignments (.1); | 0.10 | $42.00 |
| 2/6/2023 | Alyssa Turgeon | Participate in internal BB team conference re case status and associated research projects (.1); | 0.10 | $36.00 |
| 2/6/2023 | Leakhena Au | Continue analyzing legal issues in connection with potential direct claims against the Diocese's insurers (1.1); | 1.10 | $462.00 |
| 2/6/2023 | Jesse Bair | Participate in internal BB team conference re case status and associated research projects (.1); | 0.10 | $62.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 2/6/2023 | Jesse Bair | Review the Debtor's omnibus objection to duplicate or amended claims (.2); | 0.20 | $125.00 |
| 2/7/2023 | Timothy Burns | Review claim withdrawal filed by particular state court counsel.1); | 0.10 | $97.50 |
| 2/7/2023 | Jesse Bair | Correspondence with Evanston re Committee reinstatement as a party in the Evanston district court action (.1); | 0.10 | $62.50 |
| 2/7/2023 | Leakhena Au | Continue analyzing factual information regarding potential direct claims against the Diocese's insurers (2.0); | 2.00 | $840.00 |
| 2/7/2023 | Timothy Burns | Review emails between BB and PSZJ re preliminary injunction opposition brief edits (.1); | 0.10 | $97.50 |
| 2/7/2023 | Jesse Bair | Provide instructions to B. Horn re preparing draft of BB's seventh interim fee application (.1); | 0.10 | $62.50 |
| 2/7/2023 | Jesse Bair | Review correspondence with B. Michael and the Committee re potential Department of Education counter (.1); | 0.10 | $62.50 |
| 2/7/2023 | Jesse Bair | Review correspondence from the Court and K. Brown re February 21 Plan-related status conference (.1); | 0.10 | $62.50 |
| 2/7/2023 | Timothy Burns | Review PSIP monthly information received from the Diocese (.1); | 0.10 | $97.50 |
| 2/7/2023 | Timothy Burns | Review correspondence from B. Michael to Committee re DOE settlement discussions (.1); | 0.10 | $97.50 |
| 2/7/2023 | Leakhena Au | Draft revised memorandum re potential direct claims against the Diocese's insurers in light of supplemental research results (1.8); | 1.80 | $756.00 |
| 2/7/2023 | Jesse Bair | Review debtor monthly PSIP information (.1); | 0.10 | $62.50 |
| 2/7/2023 | Leakhena Au | Review insurer coverage position letters in connection with potential direct claims against the Diocese's insurers (1.0); | 1.00 | $420.00 |
| 2/8/2023 | Jesse Bair | Correspondence with Evanston re Committee reinstatement as a party in the Evanston district court action (.1); | 0.10 | $62.50 |
| 2/8/2023 | Nathan Kuenzi | Begin supplemental analysis re the impact, if any, of prosecution of particular state court actions in connection with preliminary injunction briefing (2.2); | 2.20 | $924.00 |
| 2/8/2023 | Jesse Bair | Review notice of hearing re February 21 status conference (.1); | 0.10 | $62.50 |
| 2/8/2023 | Nathan Kuenzi | Participate in conference with J. Bair re preliminary injunction state court action insurance impacts, if any, and supplemental analysis needed in connection with same (.2); | 0.20 | $84.00 |
| 2/8/2023 | Jesse Bair | Draft proposed stipulation and Order reinstating the Committee as a party in the Evanston district court action (.3); correspondence with PSZJ team re same (.1); | 0.40 | $250.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 2/8/2023 | Jesse Bair | Review and respond to correspondence with G. Greenwood re preliminary injunction state court action insurance impacts (.2); participate in conference with N. Kuenzi re supplemental analysis needed in connection with same (.2); | 0.40 | $250.00 |
| 2/9/2023 | Jesse Bair | Review and respond to correspondence with I. Nasatir and K. Brown re upcoming preliminary injunction depositions (.2); | 0.20 | $125.00 |
| 2/9/2023 | Jesse Bair | Review correspondence from B. Michael re the Diocese's most recent round of claim objections (.1); | 0.10 | $62.50 |
| 2/9/2023 | Nathan Kuenzi | Continue supplemental analysis re the impact, if any, of prosecution of particular state court actions in connection with preliminary injunction briefing (1.9); | 1.90 | $798.00 |
| 2/9/2023 | Jesse Bair | Review portion of the Diocese's recent preliminary injunction document production (.1); | 0.10 | $62.50 |
| 2/9/2023 | Jesse Bair | Correspondence with Evanston and the Debtor re draft stipulation and Order reinstating the Committee as a party in the Evanston district court action (.1); | 0.10 | $62.50 |
| 2/9/2023 | Karen Dempski | Draft pro hac vice submissions for T. Burns and J. Bair in the Evanston district court action (.8); | 0.80 | $288.00 |
| 2/9/2023 | Jesse Bair | Review agenda for upcoming state court counsel meeting (.1); | 0.10 | $62.50 |
| 2/10/2023 | Nathan Kuenzi | Continue supplemental analysis re the impact, if any, of prosecution of particular state court actions in connection with preliminary injunction briefing (3.0); | 3.00 | $1,260.00 |
| 2/10/2023 | Jesse Bair | Review correspondence with K. Brown and the Diocese re upcoming preliminary injunction depositions (.1); | 0.10 | $62.50 |
| 2/11/2023 | Timothy Burns | Review recent NY court decision on negligent retention and supervision claims re sexual abuse (.3); | 0.30 | $292.50 |
| 2/11/2023 | Timothy Burns | Review email between B. Michael and state court counsel re preliminary injunction briefing issues (.1); | 0.10 | $97.50 |
| 2/11/2023 | Timothy Burns | Review debtor's fifth omnibus objection and supporting declaration (.2); | 0.20 | $195.00 |
| 2/11/2023 | Timothy Burns | Review Cemetery tolling stipulation and notice (.1); | 0.10 | $97.50 |
| 2/11/2023 | Timothy Burns | Review correspondence from E. Stephens re preliminary injunction deposition scheduling and topics of diocesan witnesses (.1); | 0.10 | $97.50 |
| 2/11/2023 | Timothy Burns | Review correspondence between PSZJ and BB re claims objections (.2); | 0.20 | $195.00 |
| 2/11/2023 | Timothy Burns | Review draft claims objection response (.1); | 0.10 | $97.50 |
| 2/11/2023 | Timothy Burns | Review email from B. Michael re claims objections procedures (.1); | 0.10 | $97.50 |
| 2/11/2023 | Timothy Burns | Review correspondence between PSZJ and state court counsel re potential plan trustees (.1); | 0.10 | $97.50 |
| 2/12/2023 | Jesse Bair | Correspondence with I. Nasatir and B. Michael re insurance impacts, if any, of certain Diocese claims objections (.1); correspondence with T. Burns re same (.1); | 0.20 | $125.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 2/12/2023 | Jesse Bair | Analysis re strategy for upcoming insurance-related preliminary injunction depositions (.2); | 0.20 | $125.00 |
| 2/12/2023 | Jesse Bair | Review first amended stipulated tolling agreements with the DOE, Seminary, and Gemco (.1); | 0.10 | $62.50 |
| 2/12/2023 | Jesse Bair | Review the Diocese's fifth omnibus claims objection (.2); review Renker declaration in support of same (.1); | 0.30 | $187.50 |
| 2/12/2023 | Jesse Bair | Analysis re insurer information in connection with claim objection issues (.5); correspondence with B. Michael re same (.1); | 0.60 | $375.00 |
| 2/12/2023 | Jesse Bair | Review correspondence from the Committee re ongoing case issues (.1); | 0.10 | $62.50 |
| 2/13/2023 | Jesse Bair | Conference with T. Burns re insurance impacts, if any, of certain Diocese claims objections (.2); | 0.20 | $125.00 |
| 2/13/2023 | Timothy Burns | Participate in call with J. Bair re insurance impacts, if any, of certain Diocese claims objections (.2); | 0.20 | $195.00 |
| 2/13/2023 | Jesse Bair | Review email summary from N. Kuenzi re supplemental analysis of CVA action insurance impacts (.1); participate in conference with N. Kuenzi re same and additional analysis needed in connection with the Committee's preliminary injunction opposition brief (.4); | 0.50 | $312.50 |
| 2/13/2023 | Jesse Bair | Review agenda for upcoming Committee meeting (.1); | 0.10 | $62.50 |
| 2/13/2023 | Nathan Kuenzi | Additional analysis re the impact, if any, of prosecution of particular state court actions in connection with preliminary injunction briefing (4.8); | 4.80 | $2,016.00 |
| 2/13/2023 | Jesse Bair | Review correspondence with state court counsel re future claim issues (.1); | 0.10 | $62.50 |
| 2/13/2023 | Nathan Kuenzi | Prepare for meeting with J. Bair (.1); participate in conference with J. Bair re additional analysis needed in connection with the Committee's preliminary injunction opposition brief (.4); | 0.50 | $210.00 |
| 2/14/2023 | Jesse Bair | Participate in call with N. Kuenzi re results of supplemental analysis re insurance impact, if any, of litigation of particular state court actions again non-debtor co-defendants (.1); | 0.10 | $62.50 |
| 2/14/2023 | Timothy Burns | Participate in portion of Committee meeting re plan issues (.6); | 0.60 | $585.00 |
| 2/14/2023 | Nathan Kuenzi | Finalize supplemental analysis re the impact, if any, of prosecution of particular state court actions in connection with preliminary injunction briefing (4.5); | 4.50 | $1,890.00 |
| 2/14/2023 | Jesse Bair | Analyze email memorandum from N. Kuenzi re supplemental analysis re insurance impact, if any, of litigation of particular state court actions again non-debtor co-defendants (.2); | 0.20 | $125.00 |
| 2/14/2023 | Nathan Kuenzi | Prepare for meeting with J. Bair (.1); participate in conference with J. Bair re supplemental analysis re insurance impact, if any, of litigation of particular state court actions again non-debtor co-defendants (.1); | 0.20 | $84.00 |
| 2/14/2023 | Jesse Bair | Participate in portion of Committee meeting re ongoing Plan issues (.2); | 0.20 | $125.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 2/14/2023 | Jesse Bair | Review and edit proposed stipulation and order reinstating the Committee as a party in the Evanston district court action (.1); | 0.10 | $62.50 |
| 2/14/2023 | Jesse Bair | Draft letter to the Court regarding the Committee's reinstatement as party in the Evanston district court action (.4); correspondence with the Debtor and Evanston re same (.1); | 0.50 | $312.50 |
| 2/14/2023 | Jesse Bair | Additional analysis re the insurance impact, if any, of litigation of particular state court actions again non-debtor co-defendants (.2); draft correspondence to G. Greenwood summarizing findings re same (.3); | 0.50 | $312.50 |
| 2/14/2023 | Jesse Bair | Review and edit draft pro hac vice submissions in the Evanston district court action (.1); | 0.10 | $62.50 |
| 2/14/2023 | Jesse Bair | Review correspondence with state court counsel re future claim issues (.1); | 0.10 | $62.50 |
| 2/15/2023 | Timothy Burns | Participate in call with J. Bair re preliminary injunction hearing and related deposition strategy (.2); | 0.20 | $195.00 |
| 2/15/2023 | Jesse Bair | Participate in conference with G. Greenwood re preliminary injunction insurance issues (.2); review follow-up correspondence with G. Greenwood re same (.1); | 0.30 | $187.50 |
| 2/15/2023 | Jesse Bair | Correspondence with PSZJ re upcoming preliminary injunction depositions (.2); participate in call with T. Burns re preliminary injunction hearing and related deposition strategy (.2); | 0.40 | $250.00 |
| 2/15/2023 | Jesse Bair | Review B. Michael correspondence re February 21 Plan-related status conference (.1); | 0.10 | $62.50 |
| 2/15/2023 | Jesse Bair | Review recent appellate decision re insurer lack of standing to object to post-confirmation litigation trust (.5); | 0.50 | $312.50 |
| 2/15/2023 | Timothy Burns | Brief review of recent appellate decision re insurance neutrality of Plan issues (.2); | 0.20 | $195.00 |
| 2/16/2023 | Jesse Bair | Review Committee draft deposition notices to Porter, Moore, and Stephens (.1); | 0.10 | $62.50 |
| 2/16/2023 | Brenda Horn | Draft BB monthly fee statement (.6); generate and edit Exhibit A to same (.1); correspond with J. Bair re same (.1); | 0.80 | $288.00 |
| 2/16/2023 | Brenda Horn | Draft BB seventh interim fee application (1.2), revise declaration of T. Burns re same (.2); draft related exhibits (.8); correspond with J. Bair re same (.1); | 2.30 | $828.00 |
| 2/16/2023 | Karen Dempski | Finalize and file pro hac vice submissions in Evanston district court action (.2); email J. Bair re same (.1); | 0.30 | $108.00 |
| 2/16/2023 | Jesse Bair | Participate in state court counsel meeting re Plan and other ongoing case issues (1.0); | 1.00 | $625.00 |
| 2/16/2023 | Jesse Bair | Correspondence with Evanston and the Diocese re finalization of Committee reinstatement stipulation and letter to the Court (.1); correspondence with K. Dempski re finalizing and filing same and J. Bair pro hac vice materials (.1); | 0.20 | $125.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 2/16/2023 | Jesse Bair | Review the Diocese's amended complaint in the LMI district court action (.3); review LMI and Interstate's motions for extension to respond to same (.1); | 0.40 | $250.00 |
| 2/16/2023 | Jesse Bair | Correspondence with B. Horn re BB's seventh interim fee application (.1); | 0.10 | $62.50 |
| 2/16/2023 | Jesse Bair | Review materials re recent Diocesan insurance activities (.2); | 0.20 | $125.00 |
| 2/16/2023 | Jesse Bair | Participate in weekly conference with PSZJ team re case strategy and ongoing litigation tasks (.9); | 0.90 | $562.50 |
| 2/17/2023 | Jesse Bair | Review the Committee's motion to amend the claim objection procedures and notice of hearing re same (.2); | 0.20 | $125.00 |
| 2/17/2023 | Jesse Bair | Review various correspondence with B. Michael and state court counsel re future claim and Plan issues (.2); | 0.20 | $125.00 |
| 2/18/2023 | Timothy Burns | Review correspondence between PSZJ and state court counsel re future claims representative issues (.2); | 0.20 | $195.00 |
| 2/19/2023 | Jesse Bair | Review correspondence with B. Michael and the Committee re future claim issues (.1); | 0.10 | $62.50 |
| 2/20/2023 | Jesse Bair | Review B. Michael correspondence re claim objection issues (.1); | 0.10 | $62.50 |
| 2/20/2023 | Jesse Bair | Review correspondence with B. Michael and state court counsel re future claim and Plan issues (.1); | 0.10 | $62.50 |
| 2/20/2023 | Jesse Bair | Analyze recent New York decision re negligent supervision liability for sexual abuse claims (.4). | 0.40 | $250.00 |
| 2/21/2023 | Jesse Bair | Review agenda for upcoming Committee meeting (.1); | 0.10 | $62.50 |
| 2/21/2023 | Jesse Bair | Participate in portion of Committee meeting re ongoing case issues (.5); | 0.50 | $312.50 |
| 2/21/2023 | Jesse Bair | Review Order granting LMI and Lexington's motion for extension of time to respond to the Diocese's amended complaint (.1); | 0.10 | $62.50 |
| 2/21/2023 | Timothy Burns | Participate in portion of Committee meeting re ongoing case issues (.7); | 0.70 | $682.50 |
| 2/21/2023 | Jesse Bair | Attend court status hearing re competing Plans (.7); participate in post-hearing conference with T. Burns re outcome of same and potential next-steps (.1); | 0.80 | $500.00 |
| 2/21/2023 | Timothy Burns | Attend court status hearing re competing Plans (.7); participate in post-hearing conference with J. Bair re outcome of same and potential next-steps (.1); | 0.80 | $780.00 |
| 2/21/2023 | Jesse Bair | Review Diocese letter re IRCP document production (.1); | 0.10 | $62.50 |
| 2/21/2023 | Jesse Bair | Review the Diocese's sixth omnibus claims objection (.2); review Renker declaration in support of same (.1); | 0.30 | $187.50 |
| 2/21/2023 | Jesse Bair | Review final version of Committee preliminary injunction deposition notices served on the Diocese (.1); | 0.10 | $62.50 |
| 2/22/2023 | Jesse Bair | Review most recent version of the Committee's work-in-progress litigation task list (.1); | 0.10 | $62.50 |
| 2/22/2023 | Jesse Bair | Review the Diocese's seventh omnibus claims objection (.1); | 0.10 | $62.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 2/22/2023 | Jesse Bair | Review correspondence with PSZJ and state court counsel re call to discuss potential judicial mediator (.1); review information re the Diocese's suggested candidate for judicial mediator (.1); | 0.20 | $125.00 |
| 2/22/2023 | Jesse Bair | Review and edit initial draft of the Committee's first omnibus objection to affiliate claims (.6); review J. Elkins edits to same (.1); review J. Stang edits to same (.1); review additional correspondence with PSZJ re potential edits to same (.1); | 0.90 | $562.50 |
| 2/23/2023 | Jesse Bair | Review correspondence with the Debtor and PSZJ re potential judicial mediators (.1); | 0.10 | $62.50 |
| 2/23/2023 | Jesse Bair | Begin reviewing survivor response to the Diocese's fourth omnibus claims objection (.3); | 0.30 | $187.50 |
| 2/23/2023 | Jesse Bair | Review correspondence with G. Greenwood and K. Brown re DOE settlement status (.1); | 0.10 | $62.50 |
| 2/23/2023 | Timothy Burns | Brief review re the Diocese's sixth omnibus claims objection (.1); brief review re the Diocese's seventh omnibus claims objection (.1); | 0.20 | $195.00 |
| 2/23/2023 | Jesse Bair | Participate in conference with PSZJ re work in progress issues and mediation strategy (1.8); | 1.80 | $1,125.00 |
| 2/23/2023 | Jesse Bair | Brief review re recent Diocese preliminary injunction document production (.1); | 0.10 | $62.50 |
| 2/23/2023 | Jesse Bair | Review Order reinstating the Committee as a party to the Evanston district court action and correspond with PSZJ re same (.1); | 0.10 | $62.50 |
| 2/23/2023 | Jesse Bair | Prepare for state court counsel meeting re judicial mediator issues (.1); participate in state court counsel meeting re same (.6); | 0.70 | $437.50 |
| 2/23/2023 | Timothy Burns | Review the Committee's draft affiliate claims objection motion (.4); | 0.40 | $390.00 |
| 2/23/2023 | Timothy Burns | Review email from B. Michael re mediator selection issues (.1); | 0.10 | $97.50 |
| 2/24/2023 | Timothy Burns | Review Committee reinstatement order in Evanston district court action (.1); | 0.10 | $97.50 |
| 2/24/2023 | Jesse Bair | Analyze proposed preliminary injunction insurance exhibits (.4); correspondence with G. Greenwood re potential edits to same (.2); review revised versions of preliminary injunction insurance exhibits (.3); additional correspondence with G. Greenwood re same (.1); review draft correspondence from G. Greenwood to the Diocese re same (.1); | 1.10 | $687.50 |
| 2/24/2023 | Jesse Bair | Review correspondence with state court counsel and K. Dine re judicial mediator issues (.2); | 0.20 | $125.00 |
| 2/24/2023 | Timothy Burns | Email to J. Bair re insurance analysis assignment (.1); | 0.10 | $97.50 |
| 2/24/2023 | Jesse Bair | Participate in conference with T. Burns re judicial mediator selection issues (.1); | 0.10 | $62.50 |
| 2/24/2023 | Timothy Burns | Review correspondence from G. Greenwood re preliminary injunction exhibits (.1); | 0.10 | $97.50 |
| 2/24/2023 | Timothy Burns | Review correspondence from PSZJ re mediator selection (.1); | 0.10 | $97.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 2/24/2023 | Timothy Burns | Prepare for state court counsel meeting (.1); Participate in state court counsel meeting re mediation issues (.6); participate in post-call with PSZJ and J. Bair re outcome of state court counsel meeting and next-steps (.1); | 0.80 | $780.00 |
| 2/24/2023 | Jesse Bair | Participate in state court counsel meeting re mediation issues (.6); participate in post-call with PSZJ and T. Burns re outcome of state court counsel meeting and next-steps (.1); | 0.70 | $437.50 |
| 2/24/2023 | Timothy Burns | Initial review of Merson plaintiffs' opposition to Diocese's fourth omnibus claim objection (.8); | 0.80 | $780.00 |
| 2/24/2023 | Timothy Burns | Review pro hac vice submission in Evanston district court action (.1); | 0.10 | $97.50 |
| 2/24/2023 | Karen Dempski | Finalize and file pro hac vice submission for T. Burns in Evanston district court action (.2); | 0.20 | $72.00 |
| 2/24/2023 | Timothy Burns | Review correspondence from state court counsel re mediator selection issues (.2); | 0.20 | $195.00 |
| 2/24/2023 | Timothy Burns | Additional analysis re mediator selection issue (.1); | 0.10 | $97.50 |
| 2/24/2023 | Timothy Burns | Review correspondence from K. Brown re DOE negotiation status (.1); | 0.10 | $97.50 |
| 2/24/2023 | Jesse Bair | Continue reviewing survivor response to the Diocese's fourth omnibus claims objection and related exhibits (.3); correspondence with T. Burns re associate research project re potential insurance impact, if any, of claim objection issues (.1); provide instructions to B. Cawley re same (.2); | 0.60 | $375.00 |
| 2/24/2023 | Timothy Burns | Review correspondence from G. Greenwood re DOE negotiations (.1); | 0.10 | $97.50 |
| 2/24/2023 | Jesse Bair | Review correspondence with state court counsel re potential judicial mediator (.1); | 0.10 | $62.50 |
| 2/24/2023 | Brian Cawley | Conference with J. Bair re potential insurance impact, if any, of claim objection issues (.2); conduct supplemental research on New York expected/intended and late notice law (.6); | 0.80 | $336.00 |
| 2/25/2023 | Timothy Burns | Review correspondence from G. Greenwood to Jones Day re preliminary injunction hearing exhibits (.1); | 0.10 | $97.50 |
| 2/25/2023 | Jesse Bair | Review PSZJ memo re case next-steps re Plan and Disclosure Statement process (.1); | 0.10 | $62.50 |
| 2/25/2023 | Leakhena Au | Analysis re insurance assignment issues (.2); | 0.20 | $84.00 |
| 2/25/2023 | Jesse Bair | Review PSZJ memo re status of FCC and cell tower sales (.1); | 0.10 | $62.50 |
| 2/25/2023 | Jesse Bair | Review correspondence with PSZJ and state court counsel re preliminary injunction issues and next-steps with case litigation (.1); | 0.10 | $62.50 |
| 2/25/2023 | Jesse Bair | Review PSZJ letter to the Diocese re cell tower bid issues (.1); | 0.10 | $62.50 |
| 2/25/2023 | Timothy Burns | Review draft stipulation re preliminary injunction evidence (.1); review related correspondence with G. Greenwood re same (.1); | 0.20 | $195.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 2/26/2023 | Timothy Burns | Review and suggest revisions to draft opposition to PI Motion, along with review of case law related to jurisdictional and merits aspects of motion (4.1); | 4.10 | $3,997.50 |
| 2/26/2023 | Jesse Bair | Review T. Burns correspondence re potential insurance addition to the Committee's preliminary injunction opposition brief (.1); | 0.10 | $62.50 |
| 2/26/2023 | Jesse Bair | Review additional correspondence with PSZJ and state court counsel re preliminary injunction issues and next-steps with case litigation (.1); | 0.10 | $62.50 |
| 2/27/2023 | Jesse Bair | Review information regarding the Diocese's most recent suggestion for a judicial mediator (.1); review correspondence with PSZJ and state court counsel re same (.1); | 0.20 | $125.00 |
| 2/27/2023 | Timothy Burns | Further review of case law regarding preliminary injunction issues, including jurisdiction and automatic stay issues (3.2); review of cases and analysis re SIR issues, if any, for Committee plan analysis purposes (.9); review of case law re cooperation duties re Plan issues (1.6); analyze case law re good faith requirement and TDPs re Committee plan issues (2.2); | 7.90 | $7,702.50 |
| 2/27/2023 | Jesse Bair | Review draft outline for deposition of C. Moore (.4); review correspondence with J. Stang and state court counsel re same (.1); | 0.50 | $312.50 |
| 2/27/2023 | Brian Cawley | Continue analyzing late notice and expected/intended issues under N.Y. law (1.3); analyze claim objection briefing in connection with impact, if any, on insurer coverage defenses (1.5); | 2.80 | $1,176.00 |
| 2/27/2023 | Jesse Bair | Correspondence with B. Michael re additional insured questions (.1); | 0.10 | $62.50 |
| 2/27/2023 | Jesse Bair | Review draft stipulation regarding the admissibility of certain proposed preliminary injunction exhibits (.1); related analysis re additional potential insurance policy exhibits (.1); | 0.20 | $125.00 |
| 2/27/2023 | Jesse Bair | Review revised draft of the Committee's first omnibus objection to parish POCs (.3); | 0.30 | $187.50 |
| 2/28/2023 | Jesse Bair | Participate in conference with T. Burns re preparations and strategy re upcoming Porter deposition (.1); | 0.10 | $62.50 |
| 2/28/2023 | Jesse Bair | Participate in conference with I. Nasatir re insurance Plan issues (.2); | 0.20 | $125.00 |
| 2/28/2023 | Jesse Bair | Review correspondence with B. Michael and state court counsel re judicial mediator issues (.1); | 0.10 | $62.50 |
| 2/28/2023 | Jesse Bair | Participate in additional conference with I. Nasatir re insurance mediation issues (.2); | 0.20 | $125.00 |
| 2/28/2023 | Jesse Bair | Review correspondence with B. Michael and the Committee re case update (.1); | 0.10 | $62.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 2/28/2023 | Timothy Burns | Further review of cases re good faith requirement and TDPs re UCC plan issues (3.7); review correspondence between PSZJ and state court counsel re potential judicial mediators and bio materials (.2); review PSZJ update correspondence to the Committee and state court counsel re ongoing case developments (.1); | 4.00 | $3,900.00 |
| 2/28/2023 | Jesse Bair | Participate in conference with PSZJ and state court counsel re judicial mediator selection, preliminary injunction briefing, and other ongoing litigation issues (.8); participate in post-call with PSZJ re outcome of meeting and next-steps (.1); | 0.90 | $562.50 |
| 2/28/2023 | Brian Cawley | Continue analyzing claim objection briefing in connection with impact, if any, on insurer coverage defenses (.5 ); draft email memorandum summarizing claim objection analysis results (1.2); | 1.70 | $714.00 |
| 2/28/2023 | Jesse Bair | Review LMI and the Diocese's joint status letter to Judge Cronan (.1); | 0.10 | $62.50 |

**Total Hours and Fees**   106.50   **$66,481.50**

### EXPENSES

| Date | Description | Amount |
|---|---|---|
| 2/9/2023 | Wisconsin Certificate of Good Standing, J. Bair | $3.05 |
| 2/9/2023 | Illinois Certificate of Good Standing, T. Burns | $16.00 |
| 2/9/2023 | Missouri Certificate of Good Standing, T. Burns | $16.25 |
| 2/16/2023 | Pro Hac Vice admission, J. Bair | $200.00 |
| 2/24/2023 | Pro Hac Vice admission,T. Burns | $200.00 |

**Total Expenses**   **$435.30**

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alyssa Turgeon | 0.10 | $360.00 | $36.00 |
| Brenda Horn | 3.10 | $360.00 | $1,116.00 |
| Brian Cawley | 5.40 | $420.00 | $2,268.00 |
| Jesse Bair | 33.90 | $625.00 | $21,187.50 |
| Karen Dempski | 1.70 | $360.00 | $612.00 |
| Leakhena Au | 17.30 | $420.00 | $7,266.00 |
| Nathan Kuenzi | 17.80 | $420.00 | $7,476.00 |
| Timothy Burns | 27.20 | $975.00 | $26,520.00 |

**Total Due This Invoice: $66,916.80**