UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 20-12345 (MG) |
| | ) | |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, | ) ) | Chapter 11 |
| | ) | |
| Debtor. | ) ) | |

**CERTIFICATION OF NO OBJECTION REGARDING (1) TWENTY-SIXTH MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023; AND (2) TWENTY-EIGHTH MONTHLY FEE STATEMENT OF BURNS BOWEN BAIR LLP, AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED FOR THE PERIOD FROM FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

Pursuant to 28 U.S.C. § 1746 and Rule 9075-2 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules") the undersigned counsel for the Official Committee of Unsecured Creditors (the "Committee") hereby certifies as follows:

1.   On November 4, 2020, this Court entered the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 129] (the "Interim Compensation Order"),[1] which authorized professionals retained pursuant to an order of this Court in the chapter 11 case to seek interim payment of compensation and reimbursement of expenses in accordance with the procedures set forth in the Interim Compensation Order.

2.   On **March 30, 2023**, the Committee filed the following Monthly Fee Applications:

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

DOCS_NY:47429.2

- **Pachulski Stang Ziehl & Jones LLP ("PSZJ").** *Twenty-Sixth Monthly Fee Statement of Pachulski Stang Ziehl & Jones LLP for Professional Services Rendered and Disbursements Incurred as Counsel to the Official Committee of Unsecured Creditors for the Period from February 1, 2023 through February 28, 2023* [Docket No. 1966].

- **Burns Bowen Bair LLP.** *Twenty-Eighth Monthly Fee Statement of Burns Bowen Bair LLP, as Special Insurance Counsel to the Official Committee of Unsecured Creditors for Professional Service Rendered February 1, 2023 through February 28, 2023* [Docket No. 1967].

3. The Monthly Fee Applications were served on **March 30, 2023** [Docket No. 1968].

4. The Monthly Fee Applications complied with the requirements set forth in the Interim Compensation Order.

5. Pursuant to the Interim Compensation Order, the Objection Deadline for the Monthly Fee Applications listed above was **April 14, 2023**. As of the filing of this certificate, more than forty-eight (48) hours have elapsed since the Objection Deadline and, to the best of my knowledge, no responsive pleading to the Monthly Fee Applications listed above has been filed with the Court on the docket of the above-captioned chapter 11 case or (b) served on the Committee, PSZJ, or BB.

6. Pursuant to the Interim Compensation Order, the Debtor is authorized to pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Applications upon filing of this Certificate of No Objection and without the need for entry of a Court order approving the Monthly Fee Applications.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

DOCS_NY:47429.2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: April 18, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Gillian N. Brown*
James I. Stang, Esq. (admitted *pro hac vice*)
Karen B. Dine, Esq.
Gillian N Brown, Esq.
Brittany M. Michael, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone:   (212) 561-7700
Facsimile:    (212) 561-7777
Email:         jstang@pszjlaw.com
                   kdine@pszjlaw.com
                   gbrown@psjzlaw.com
                   bmichael@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*