**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, | ) Case No. 20-12345 (MG) |
| | ) |
| Debtor.[1] | ) |

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA     )
                        )
COUNTY OF LOS ANGELES   )

I, Mary de Leon, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is 10100 Santa Monica Blvd., Suite 1300, Los Angeles, CA 90067.

On **April 27, 2023**, I caused a true and correct copy of the following documents to be served via the Court's ECF system.

On **April 27, 2023,** I also caused a true and correct copy of the following documents to be served via electronic mail upon the parties set forth on the service list annexed hereto as **Exhibit A**:

On **April 27, 2023,** I caused a true and correct copy of the following documents to be served via First Class US Mail upon the parties set forth on the service lists annexed hereto as **Exhibit B** and **Exhibit C.**

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last for digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue, P.O. Box 9023, Rockville Centre, NY 11571-9023.

- **REPLY OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE OBJECTION OF CATHOLIC FAITH NETWORK TO THE REVISED DRAFT SALE ORDER**

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated this 27th day of April, 2023.

                                        */s/ Mary de Leon*
                                        Mary de Leon

# EXHIBIT A

**Service by E-Mail**

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| ALONSO KRANGLE LLP | DAVID B. KRANGLE ESQ | DKRANGLE@ALONSOKRANGLE.COM; AALONSO@ALONSOKRANGLE.COM |
| ALSTON & BIRD LLP | JAMES J. VINCEQUERRA; WILLIAM HOA; DYLAN S. CASSIDY; KIMBERLY J. SCHIFFMAN | JAMES.VINCEQUERRA@ALSTON.COM; WILLIAM.HAO@ALSTON.COM; DYLAN.CASSIDY@ALSTON.COM; KIMBERLY.SCHIFFMAN@ALSTON.COM |
| BARCLAY DAMON LLP | JANICE B. GRUBIN | JGRUBIN@BARCLAYDAMON.COM |
| BETTI & ASSOCIATES | MICHELE M. BETTI, ESQ | MBETTILAW@GMAIL.COM |
| BRADLEY RILEY JACOBS PC | TODD C. JACOBS; JOHN E. BUCHEIT | TJACOBS@BRADLEYRILEY.COM; JBUCHEIT@BRADLEYRILEY.COM |
| BURNS BAIR LLP | TIMOTHY BURNS; JESSE BAIR | TBURNS@BURNSBAIR.COM; JBAIR@BURNSBAIR.COM |
| BUTTAFUOCO & ASSOCIATES, PLLC | JAMES S. MCCARTHY; ELLEN BUCCHOLZ | JMCCARTHY@BUTTAFUOCOLAW.COM |
| CARLTON FIELDS PA | LUIS ORENGO, JR., ESQ. ROBERT W. DIUBALDO, ESQ.; NORA VALENZA-FROST, ESQ.; ALEX B. SILVERMAN, ESQ. | LORENGO@CARLTONFIELDS.COM; RDIUBALDO@CARLTONFIELDS.COM; NVALENZA-FROST@CARLTONFIELDS.COM; ASILVERMAN@CARLTONFIELDS.COM |
| CERTAIN & ZILBERG | GARY CERTAIN | GCERTAIN@CERTAINLAW.COM |
| CLYDE & CO US LLP | CATALINA SUGAYAN, ESQ.; JAMES MOFFITT, ESQ. | CATALINA.SUGAYAN@CLYDECO.US; JAMES.MOFFITT@CLYDECO.US |
| COUGHLIN DUFFY LLP | KEVIN T. COUGHLIN, ESQ.; ADAM T. SMITH, ESQ.; KAREN H. MORIARTY | KCOUGHLIN@COUGHLINDUFFY.COM; ASMITH@COUGHLINDUFFY.COM; KMORIARTY@COUGHLINDUFFY.COM |
| CULLEN AND DYKMAN LLP | MATTHEW G. ROSEMAN, ESQ.; | MROSEMAN@CULLENLLP.COM; TSLOME@CULLENLLP.COM; |

|  | ELIZABETH M. ABOULAFIA, ESQ; MICHAEL KWIATKOWSKI, ESQ.; THOMAS R. SLOME | EABOULAFIA@CULLENLLP.COM; MKWIATKOWSKI@CULLENLLP.COM |
|---|---|---|
| DESIMONE & ASSOCIATES, LLC | RALPH DESIMONE | RDESIMONE@DLAW.NET |
| DUANE MORRIS LLP | BRETT L. MESSINGER; RUSSELL W. ROTEN; JEFF D. KAHANE; ANDREW E. MINA | BLMESSINGER@DUANEMORRIS.COM; RWROTEN@DUANEMORRIS.COM; JKAHANE@DUANEMORRIS.COM; AMINA@DUANEMORRIS.COM |
| FARRELL FRITZ PPC | MARTIN BUNIN; PATRICK COLLINS | MBUNIN@FARRELLFRITZ.COM; PCOLLINS@FARRELLFRITZ.COM |
| GAIR, GAIR, CONASON, RUBINOWITZ, BLOOM | RACHEL L. JACOBS; PETER SAGHIR; CONOR CASSIDY; ANGELLA IBISHAJ | RJACOBS@GAIRGAIR.COM; PSAGHIR@GAIRGAIR.COM; CCASSIDY@GAIRGAIR.COM; AIBISHAJ@GAIRGAIR.COM |
| JOSEPH HAGE AARONSON LLC | ROBERT E. GERBER | RGERBER@JHANY.COM |
| HACH ROSE SCHIRIPPA & CHEVERIE | MICHAEL ROSE & HILLARY NAPPI | MROSE@HACHROSELAW.COM; HNAPPI@HRSCLAW.COM; MROSE@HRSCLAW.COM |
| HAMBURGER & YAFFE, LLP | DOUGLAS MCNALLY; RICHARD HAMBURGER; DAVID YAFFE | RICHARD@HAMBURGERYAFFE.LAW; DKMCNALLY@GMAIL.COM; DAVID@HAMBURGERYAFFE.LAW |
| HERMAN LAW | JEFF HERMAN; STUART S. MERMELSTEIN ESQ. | JHERMAN@HERMANLAW.COM; SMERMELSTEIN@HERMANLAW.COM; DELLIS@HERMANLAW.COM;MTHEISEN@HERMANLA DOCKETING@HERMANLAW.COM |
| HOROWITZ LAW | ADAM HOROWITZ; ROBIN KISSIN | ADAM@ADAMHOROWITZLAW.COM; ROBIN@ADAMHOROWITZLAW.COM |
| HOWARD & HOWARD ATTORNEYS PLLC | JAMES E. MORGAN | JMORGAN@HOWARDANDHOWARD.COM |
| HURLEY MCKENNA & MERTZ P.C. | CLINT PIERCE, EVAN SMOLA, & MARK MCKENNA | CPIERCE@HURLEY-LAW.COM; ESMOLA@HURLEY-LAW.COM; MMCKENNA@HURLEY-LAW.COM |
| IFRAH, PLLC | GEORGE R. CALHOUN, V | GEORGE@IFRAHLAW.COM |

| | | |
|---|---|---|
| JAMES, VERNON & WEEKS, P.A. | LEANDER L. JAMES IV | LJAMES@JVWLAW.NET |
| JANET, JANET & SUGGS LLC | ANDREW S. JANET | ASJANET@JJSJUSTICE.COM |
| JEFF ANDERSON & ASSOCIATES, P.A. | ATTN: JEFF ANDERSON ESQ., TRUSHA GOFFE ESQ, & PATRICK STONEKING ESQ. | JEFF@ANDERSONADVOCATES.COM; TRUSHA@ANDERSONADVOCATES.COM; PSTONEKING@ANDERSONADVOCATES.COM |
| JONES DAY | CORINNE BALL, TODD GEREMIA, BENJAMIN ROSENBLUM, ERIC P. STEPHENS, ANDREW M. BUTLER, CHRISTOPHER DIPOMPEO | CBALL@JONESDAY.COM; TRGEREMIA@JONESDAY.COM; BROSENBLUM@JONESDAY.COM; EPSTEPHENS@JONESDAY.COM; ABUTLER@JONESDAY.COM; CDIPOMPEO@JONESDAY.COM |
| KELLY & HULME PC | JAMES N. HULME, ESQ | JHULME@KELLYANDHULME.NET |
| KENNEDYS CMK LLP | JILLIAN G. DENNEHY ESQ. | JILLIAN.DENNEHY@KENNEDYSLAW.COM |
| KENNEY SHELTON LIPTAK NOWAK LLP | DIRK C. HAARHOFF; JUDITH TREGER SHELTON, ESQ. | DCHAARHOFF@KSLNLAW.COM; JTSHELTON@KSLNLAW.COM |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS LLP | SEAN C. SOUTHARD | SSOUTHARD@KLESTADT.COM |
| LAURA A. AHEARN, ESQ. PLLC | LAURA A. AHEARN | LAHEARN@LAURAAHEARN.COM |
| LAW OFFICES OF MITCHELL GARABEDIAN | MITCHELL GARABEDIAN; WILLIAM H. GORDON | MGARABEDIAN@GARABEDIANLAW.COM; WGORDON@GARABEDIANLAW.COM |
| LAW OFFICES OF RONALD J. KIM, PC | RONALD J. KIM | RON@RONALDKIMLAW.COM |

| | | |
|---|---|---|
| LEVY KONIGSBERG, LLP | HELENE M. WEISS & VARA LYONS | VLYONS@LEVYLAW.COM |
| MARSH LAW FIRM PLLC | JAMES A. MARSH | JAMESMARSH@MARSH.LAW |
| MELTZER, LIPPE, GOLDSTEIN & BREITSTONE LLP | SCOTT STEINBERG | SSTEINBERG@MELTZERLIPPE.COM |
| MERSON LAW PLLC | JORDAN K. MERSON | JMERSON@MERSONLAW.COM |
| MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | EDWARD J. LOBELLO; THOMAS LEVIN, ESQ. | ELOBELLO@MSEK.COM; ATLEVIN@MSEK.COM |
| MICHAEL G. DOWD | MICHAEL G. DOWD | MICHAELGDOWD@GMAIL.COM |
| MORITT HOCK & HAMROFF LLP | THERESA A. DRISCOLL & MICHAEL C. TROIANO | TDRISCOLL@MORITTHOCK.COM; MTROIANO@MORITTHOCK.COM |
| MOSS & BARNETT | CHARLES E. JONES | CHARLES.JONES@LAWMOSS.COM |
| NOAKER LAW FIRM, LLC | PATRICK NOAKER | PATRICK@NOAKERLAW.COM |
| NORTON ROSE FULBRIGHT US LLP | STEVEN HOWARD | STEVEN.HOWARD@NORTONROSEFULBRIGHT.COM |
| OFFICE OF THE NY STATE ATTORNEY GENERAL | LETITIA JAMES, ELENA GONZALEZ, ELIZABETH M. LYNCH | ELENA.GONZALEZ@AG.NY.GOV; ELIZABETHM.LYNCH@AG.NY.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | SHARA CORNELL, GREG ZIPES | SHARA.CORNELL@USDOJ.GOV; GREG.ZIPES@USDOJ.GOV |
| PARKER WAICHMAN LLP | BRETT ZEKOWSKI; FRED ROSENTHAL | BZEKOWSKI@YOURLAWYER.COM; FROSENTHAL@YOURLAWYER.COM |
| PARKER, HUDSON, RAINER & DOBBS LLP | MATTHEW M. WEISS; MATTHEW G. ROBERTS; HARRIS B. WINSBERG | MWEISS@PHRD.COM; MROBERTS@PHRD.COM; HWINSBERG@PHRD.COM |
| PFAU COCHRAN VERTETIS AMALA PLLC | MICHAEL T. PFAU | MICHAEL@PCVALAW.COM |

| | | |
|---|---|---|
| PHILLIPS & PAOLICELLI, LLP | DIANE PAOLICELLI | DPAOLICELLI@P2LAW.COM |
| POLLOCK COHEN LLP; ATTN | ADAM POLLOCK | ADAM@POLLOCKCOHEN.COM |
| PORZIO BROMBERG & NEWMAN P.C. | BRETT S. MOORE ESQ.& ROBERT M. SCHECHTER ESQ | RMSCHECHTER@PBNLAW.COM; BSMOORE@PBNLAW.COM |
| REED SMITH LLP | AARON JAVIAN; JOHN B. BERRINGER; TIMOTHY P. LAW | AJAVIAN@REEDSMITH.COM; JBERRINGER@REEDSMITH.COM; TLAW@REEDSMITH.COM |
| RHEINGOLD GIUFFRA RUFFO & PLOTKIN LLP | THOMAS P. GIUFFA | TGIUFFRA@RHEINGOLDLAW.COM |
| RIVKIN RADLER LLP | MICHAEL KOTULA; JASON GURDUS; PETER P. MCNAMARA; SIOBHAIN P. MINAROVICH | MICHAEL.KOTULA@RIVKIN.COM; JASON.GURDUS@RIVKIN.COM; SIOBHAIN.MINAROVICH@RIVKIN.COM |
| ROMANO & ASSOCIATES | MICHAEL J. ROMANO | MJR@ROMANOFIRM.COM |
| RUSKIN MOSCOU FALTISCHEK, P.C. | MICHAEL S. AMATO | MAMATO@RMFPC.COM |
| RUSSO, KARL, WIDMAIER & CORDANO PLLC | CHRISTOPHER GERACE | CG@RKWCLAW.COM |
| SILBERSTEIN, AWAD & MIKLOS, P.C. | MICHAEL LAUTERBORN | MLAW@ASK4SAM.NET |
| SIMMONS HANLY CONROY LLC | RICHARD L. KROEGER | RKROEGER@SIMMONSFIRM.COM |
| SLATER SLATER SCHULMAN LLP | JONATHAN SCHULMAN, ADAM SLATER, | JSCHULMAN@SSSFIRM.COM;ASLATER@SSSFIRM.COM |
| SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO P.C. | ERIC K. SCHWARZ | ESCHWARZ@TRIALLAW1.COM |
| SWEENEY, REICH & BOLZ, LLP | GERARD J. SWEENEY | GSWEENEY@SRBLAWFIRM.COM |
| THE LAW OFFICE OF JOSHUA W. SKILLMAN | JOSHUA W. SKILLMAN | JOSH@SKILLMANLAW.NYC |

| | | |
|---|---|---|
| THE ZALKIN LAW FIRM, P.C. AND BARASCH MCGARRY | ELIZABETH CATE, DEVIN STOREY, IRWIN ZALKIN, DANA COHEN | ELIZABETH@ZALKIN.COM; DMS@ZALKIN.COM; IRWIN@ZALKIN.COM |
| TOGUT, SEGAL & SEGAL LLP | FRANK A. OSWALD, JARED BORRIELLO | FRANKOSWALD@TEAMTOGUT.COM; JBORRIELLO@TEAMTOGUT.COM |
| TOLMAGE, PESKIN, HARRIS, & FALICK | STEPHAN H. PESKIN | PESKIN@TOLMAGEPESKINLAW.COM |
| UNITED STATES ATTORNEYS OFFICE, FOR THE SOUTHERN DISTRICT OF NEW YORK | PETER ARONOFF | PETER.ARONOFF@USDOJ.GOV |
| WEINBERG GROSS & PERGAMENT LLP | MARC A. PERGAMENT | MPERGAMENT@WGPLAW.COM |
| WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN LLP | JOHN E. WESTERMAN, MICKEE M. HENNESSY, WILLIAM C. HEUER, ALISON M. LADD | JWESTERMAN@WESTERMANLLP.COM; MHENNESSY@WESTERMANLLP.COM; WHEUER@WESTERMANLLP.COM; ALADD@WESTERMANLLP.COM |

**EXHIBIT B**

**SERVICE BY US MAIL**

| NAME | NOTICE NAME | ADDRESS |
|---|---|---|
| DELL & DEAN | JOSEPH G. DELL | 1225 FRANKLIN AVENUE, SUITE 450 GARDEN CITY, NJ 11530 |
| GIULIANO LAW, P.C. | ANTHONY F. GIULIANO | 445 BROADHOLLOW RD., STE 25 MELVILLE, NY 11747 |
| HOROWITZ LAW | ROBIN KISSIN | 110 E. BROWARD BLVD., STE. 1530 FORT LAUDERDALE, FL 33301 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | PO BOX 7346 PHILADELPHIA, PA 19101-7346 |
| OFFICE OF THE UNITED STATES TRUSTEE | GREG ZIPES | US FEDERAL BUILDING 201 VARICK STREET, SUITE 1006 NEW YORK, NY 10014 |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK | DEBTOR | 50 NORTH PARK AVENUE P.O. BOX 9023 ROCKVILLE CENTRE, NY 11571-9023 |
| UNITED STATES ATTORNEY'S OFFICE (SDNY) | TAX & BANKRUPTCY UNIT | 86 CHAMBERS ST., 3RD FLOOR NEW YORK, NY 10007 |

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| AMERICAN MESSAGING | ATTENTION: SITE LEASING 1720 LAKEPOINT DRIVE, SUITE 100 LEWISVILLE TX 75057 |
| CLEARWIRE SPECTRUM HOLDINGS III LLC | ATTENTION: HOPE COCHRAN, CHIEF FINANCIAL OFFICER 1475 120TH AVENUE NE BELLEVUE WA 98005 |
| CLEARWIRE SPECTRUM HOLDINGS III LLC | ATTENTION: LEGAL DEPARTMENT 1475 120TH AVENUE NE BELLEVUE WA 98005 |
| CLEARWIRE SPECTRUM HOLDINGS III LLC | 12920 SE 38 STREET BELLEVUE WA 98006 |
| DISH WIRELESS L.L.C. | ATTENTION: LEASE ADMINISTRATION 5701 SOUTH SANTA FE DRIVE LITTLETON CO 80120 |
| MARLENE H. DORTCH, SECRETARY | FEDERAL COMMUNICATIONS COMMISSION OFFICE OF THE SECRETARY 45 L STREET NE WASHINGTON DC 20554 |
| METROPCS | ATTENTION: PROPERTY MANAGER 5 SKYLINE DRIVE, STE. 226 HAWTHORNE NY 10532 |
| METROPCS | ATTENTION: PROPERTY MANAGER 2250 LAKESIDE BOULEVARD RICHARDSON TX 35082 |
| NEW YORK SMSA LIMITED PARTNERSHIP | D/B/A VERIZON WIRELESS ATTENTION: NETWORK REAL ESTATE 180 WASHINGTON VALLEY ROAD BEDMINSTER NJ 07921 |
| OFFICE OF THE NASSAU COUNTY ATTORNEY | ONE WEST STREET MINNEOLA NY 11501 |
| OMNIPOINT FACILITIES NETWORK 2, LLC | ATTENTION: LEASE MANAGEMENT DEPARTMENT 4 SYLVAN WAY PARSIPPANY NJ 07054 |
| OMNIPOINT FACILITIES NETWORK 2, LLC | ATTENTION: LEASE MANAGEMENT DEPARTMENT 360 NEWARK-POMPTON TURNPIKE WAYNE NJ 07470 |
| OMNIPOINT FACILITIES NETWORK 2, LLC | ATTENTION: PCS LEASING ADMINISTRATION 12920 SE 38TH STREET BELLEVUE WA 98006 |
| OMNIPOINT FACILITIES NETWORK 2, LLC | ATTENTION: LEGAL DEPARTMENT 12920 SE 38TH STREET BELLEVUE WA 98006 |
| SPRINT CONTRACTS & PERFORMANCE | MAILSTOP KSOPHT0101-Z2650 6391 SPRINT PARKWAY OVERLAND PARK KS 66251-2650 |
| SPRINT LAW DEPARTMENT | ATTENTION: SPRINT PCS REAL ESTATE ATTORNEY, MAILSTOP KSOPHT0101-Z2020 6391 SPRINT PARKWAY OVERLAND PARK KS 66251-2650 |
| SPRINT LAW DEPARTMENT | MAILSTOP KSOPHT0101-Z2020 6391 SPRINT PARKWAY OVERLAND PARK KS 66251-2650 |
| SPRINT PCS | 19 CHARDONNAY DRIVE CORAM NY 11727 |
| SPRINT PROPERTY SERVICES | SITE ID: NY1215-D MAILSTOP KSOPHT0101-Z2650 6391 SPRINT PARKWAY OVERLAND PARK KS 66251-2650 |
| WBSY LICENSING, LLC | ATTN: LEGAL DEPT. 12920 SE 38TH ST. BELLEVUE WA 98006 |
| WILLIAM J. NIELSEN, ESQ. | MUNLEY, MEADE, NIELSEN & RE, P.C. 160 MIDDLE NECK ROAD GREAT NECK NY 11021 |