UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>**THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,**<br><br>Debtor. | Chapter 11<br><br>Case No. 20-12345 (MG) |

### NOTICE OF HEARING ON THE MOTION OF THE DOMINICAN VILLAGE FOR PAYMENT OF ADMINISTRATIVE RENT CLAIM

**PLEASE TAKE NOTICE** that the hearing on the *Motion of the Dominican Village for Payment of Administrative Rent Claim* filed on April 20, 2023 (the "Motion") will be held on **May 16, 2023, at 10:00 a.m.** (Prevailing Eastern Time) (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that any responses to the Motion must be in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of New York, be filed by **May 9, 2023 at 4:00 p.m. (Prevailing Eastern Time)**, and shall be served on (a) counsel to Dominican Village, Giuliano Law, PC, 445 Broadhollow Rd. Ste. 25, Melville, NY, 11747; counsel to the Committee, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 36th Floor, New York, New York Attn: James I. Stang, Esq., Ilan D. Scharf, Esq., Karen B. Dine, Esq. and Brittany M. Michael, Esq; (b) counsel to the Debtor, Jones Day, 250 Vesey Street, New York, New York 10281-1048 Attn: Corinne Ball, Esq. Todd Geremia, Esq, Benjamin Rosenblum, Esq., Andrew Butler, Esq. Benjamin Thomson, Esq.; and (c) William K. Harrington, U.S. Department of Justice, Office of the U.S. Trustee, 201 Varick Street, Room 1006, New York, NY 10014, Attn: Greg M. Zipes and Shara Cornell, Esq.

**PLEASE TAKE FURTHER NOTICE** the Hearing shall be held via Zoom for Government. Parties wishing to appear at the Hearing via Zoom for Government, whether making a "live" or "listen only" appearance before the Court, must make an electronic appearance through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl on or before May 15, 2023, at 4:00 p.m. (Eastern Time). After the deadline for parties to make electronic appearances has passed, parties who have made their electronic appearance through the Court's website will receive an invitation from the Court with a Zoom link that will allow them to attend the Hearing. Requests to receive a Zoom link should not be emailed to the Court, and the Court will not respond to late requests that are submitted on the day of the Hearing. Further information on the use of Zoom for Government can be found at the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing or a later hearing.

**PLEASE TAKE FURTHER NOTICE** that any responding parties are required to telephonically attend the Hearing, and failure to appear may result in relief being granted upon default.

Dated: Melville, New York
April 27, 2023

*/s/ Anthony F. Giuliano*
GIULIANO LAW PC
Anthony F. Giuliano
445 Broadhollow Rd., Suite 25
Melville, New York 11747
Telephone: (516) 792-9800
afg@glpcny.com