**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, | ) Case No. 20-12345 (MG) |
| Debtor.[1] | ) |

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA      )
                         )
COUNTY OF LOS ANGELES    )

I, Mary de Leon, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP.  I am not a party to the within action; my business address is 10100 Santa Monica Blvd., Suite 1300, Los Angeles, CA  90067.

On **May 2, 2023**, I caused a true and correct copy of the following documents to be served via the Court's ECF system.

On **May 2, 2023,** I also caused a true and correct copy of the following documents to be served via electronic mail upon the parties set forth on the service list annexed hereto as **Exhibit A**:

On **May 2, 2023,** I caused a true and correct copy of the following documents to be served via First Class US Mail upon the parties as follows:  The Roman Catholic Diocese of Rockville Centre, Attn: Thomas Renker, Esq., 50 N Park Ave P.O. Box 9023, Rockville Centre, NY 11571-9023.

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last for digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue, P.O. Box 9023, Rockville Centre, NY  11571-9023.

DOCS_LA:348820.2 18491/002

- **TWENTY-SEVENTH MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MARCH 1, 2023 THROUGH MARCH 31, 2023**

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated this 2nd day of May, 2023.

*/s/ Mary de Leon*
Mary de Leon

# EXHIBIT A

**Service by Email**

| NAME | NOTICE NAME | ADDRESS |
| --- | --- | --- |
| JONES DAY | CORINNE BALL, BENJAMIN ROSENBLUM, ANDREW M. BUTLER | CBALL@JONESDAY.COM; BROSENBLUM@JONESDAY.COM; ABUTLER@JONESDAY.COM; |
| OFFICE OF THE UNITED STATES TRUSTEE | GREG ZIPES SHARA CORNELL | GREG.ZIPES@USDOJ.GOV; SHARA.CORNELL@USDOJ.GOV |