| | |
|---|---|
| BURNS BAIR LLP<br>Timothy W. Burns, Esq. (admitted *pro hac vice*)<br>Jesse J. Bair, Esq. (admitted *pro hac vice*)<br>10 E. Doty St., Suite 600<br>Madison, WI 53703-3392<br>Telephone: (608) 286-2808<br>Email:  tburns@burnsbair.com<br>Email:  jbair@burnsbair.com | **Objection Deadline: May 17, 2023** |

*Special Insurance Counsel to the Official Committee
of Unsecured Creditors of The Roman Catholic Diocese
of Rockville Centre, New York*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br>                                            Debtor. | Chapter 11<br>Case No. 20-12345 (MG) |

**TWENTY-NINTH MONTHLY FEE STATEMENT OF BURNS BAIR LLP,
AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR PROFESSIONAL SERVICES RENDERED
AND DISBURSEMENTS INCURRED FOR THE PERIOD FROM
<u>MARCH 1, 2023 THROUGH MARCH 31, 2023</u>**

| | |
|---|---|
| Name of Applicant: | <u>Burns Bair LLP</u> |
| Authorized to Provide Professional Services to: | <u>Official Committee of Unsecured Creditors</u> |
| Date of Retention: | <u>Effective October 29, 2020 pursuant to Order dated December 9, 2020 [Docket No. 246]</u> |
| Period for which compensation and reimbursement is sought: | <u>March 1, 2023 – March 31, 2023</u> |
| Amount of Compensation sought as actual, reasonable, and necessary: | $69,618.00<br><u>80% of which is $55,694.40</u> |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | <u>$0</u> |
| TOTAL (80% of fees and 100% of costs) | <u>$55,694.40</u> |

**This is the twenty-ninth monthly fee statement.**

# PRELIMINARY STATEMENT

Burns Bair LLP ("Burns Bair"), as Special Insurance Counsel to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Diocese of Rockville Centre, New York (the "Debtor"), hereby submits this twenty-ninth monthly statement (the "Monthly Statement") for the period from March 1, 2023 through March 31, 2023 (the "Statement Period") for payment of professional services rendered and reimbursement of expenses incurred during the Statement Period pursuant to the Court's *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* dated November 4, 2020 [Docket No. 129] (the "Interim Compensation Order").  Burns Bair requests interim allowance and payment of compensation in the amount of $55,694.40 (80% of $69,618) for fees on account of reasonable and necessary professional services rendered to the Committee by Burns Bair.

## FEES FOR SERVICES RENDERED DURING THE STATEMENT PERIOD

1. Set forth below is a list of the positions of the Burns Bair professionals and paraprofessionals who provided services to the Committee during the Statement Period, their respective billing rates, and the aggregate hours spent by each professional and paraprofessional in providing services on behalf of the Committee during the Statement Period.

| Name | Title | Year of Partnership | Year of Admission | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Timothy Burns | Partner | 2008 | 1991 | $975 | 24.19 | $23,497.50 |
| Jesse Bair | Partner | 2020 | 2013 | $625 | 58.50 | $36,562.50 |
| Nathan Kuenzi | Associate | N/A | 2020 | $420 | .20 | $84.00 |
| Brian Cawley | Associate | N/A | 2020 | $420 | 18.10 | $7,602.00 |
| Leakhena Au | Associate | N/A | 2020 | $420 | 3.60 | $1,512.00 |
| Alyssa Turgeon | Paralegal | N/A | N/A | $360.00 | .20 | $72.00 |
| Brenda Horn-Edwards | Paralegal | N/A | N/A | $360.00 | .80 | $288.00 |
| | | | | TOTAL: | 105.50 | $69,618.00 |

2. The rates charged by Burns Bair for services rendered to the Committee are the same rates that it charges generally for professional services rendered to its non-bankruptcy clients.

2

A complete itemization of tasks performed by these professionals and paraprofessionals for the Statement Period is annexed hereto as **Exhibit A**.

### NOTICE AND OBJECTION PROCEDURES

3.  No trustee or examiner has been appointed in these chapter 11 cases. Pursuant to the Interim Compensation Order, Burns Bair has provided notice of this statement upon the following parties by electronic or first class mail: (a) the Debtor c/o The Roman Catholic Diocese of Rockville Centre, 50 N Park Ave P.O. Box 9023, Rockville Centre, NY 11571-9023 (Attn: Thomas Renker); (b) the attorneys for the Debtor, Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); and (c) the Office of the United States Trustee Region 2 (the "U.S. Trustee"), 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq.). Burns Bair submits that no other or further notice need be provided.

4.  Pursuant to the Interim Compensation Order, objections to this Monthly Statement, if any, must be served upon the Application Recipients by **May 17, 2023** (the "Objection Deadline") setting forth the nature of the objection and the amount of fees or expenses at issue.

5.  If no objections to this Monthly Statement are made on or before the Objection Deadline, the Debtor shall pay Burns Bair 80% of the fees and 100% of the expenses set forth above. To the extent an objection to this Monthly Statement is timely made, the Debtor shall withhold payment of that portion of the Monthly Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved; it shall be preserved and presented to the Court at the next interim or final fee application hearing.

| | |
|---|---|
| Dated:  May 2, 2023 | BURNS BAIR LLP |
| | /s/ Timothy W. Burns |
| | Timothy W. Burns, Esq. (admitted *pro hac vice*) |
| | Jesse J. Bair, Esq. (admitted *pro hac vice*) |
| | 10 E. Doty St., Suite 600 |
| | Madison, WI 53703-3392 |
| | Telephone: (608) 286-2808 |
| | Email:  tburns@burnsbair.com |
| | Email:  jbair@burnsbair.com |
| | |
| | *Special Insurance Counsel to the Official Committee of Unsecured Creditors of The Roman Catholic Diocese of Rockville Centre, New York* |

# **EXHIBIT A**

# Burns | Bair

10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**The Official Committee of Unsecured Creditors of The Roman Catholic Diocese of Rockville Centre**

Issue Date :  4/4/2023

Bill # :  01099

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 3/1/2023 | Jesse Bair | Review G. Greenwood correspondence with Diocese re proposed insurance preliminary injunction exhibits (.1); | 0.10 | $62.50 |
| 3/1/2023 | Jesse Bair | Review recent New York state court decision re notice under the CVA (.2); review correspondence with PSZJ re same (.1); | 0.30 | $187.50 |
| 3/1/2023 | Jesse Bair | Review correspondence with PSZJ and state court counsel re judicial mediator selection (.1); | 0.10 | $62.50 |
| 3/1/2023 | Jesse Bair | Listen to and respond to voice-message from Reed Smith re LMI district court action (.1); | 0.10 | $62.50 |
| 3/1/2023 | Jesse Bair | Review the Diocese's eighth omnibus claims objection (.4); | 0.40 | $250.00 |
| 3/1/2023 | Timothy Burns | Review correspondence with PSZJ and state court counsel re potential mediation session (.2); review the Diocese's eighth omnibus claims objection (.4); review various correspondence between PSZJ and state court counsel re judicial mediator selection (.3): review and consider PSZJ memo re next steps re plan and disclosure statement (.2); | 1.10 | $1,072.50 |
| 3/2/2023 | Jesse Bair | Review current version of Committee work-in-progress litigation list (.1); | 0.10 | $62.50 |
| 3/2/2023 | Jesse Bair | Participate in conference with PSZJ team re mediation and litigation strategy (1.3); | 1.30 | $812.50 |
| 3/2/2023 | Jesse Bair | Analysis re third-party release issue re Diocese Plan (.3); | 0.30 | $187.50 |
| 3/2/2023 | Jesse Bair | Begin reviewing draft of second amended Committee Plan (.2); | 0.20 | $125.00 |
| 3/2/2023 | Jesse Bair | Review Herman law firm response to the Diocese's fourth omnibus claims objection (.2); | 0.20 | $125.00 |
| 3/2/2023 | Jesse Bair | Review correspondence with B. Michael and state court counsel re updates re judicial mediator selection (.1); | 0.10 | $62.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 3/2/2023 | Jesse Bair | Review draft letter to the Diocese re judicial mediator selection (.1): | 0.10 | $62.50 |
| 3/2/2023 | Jesse Bair | Review suggested edits from state court counsel to current draft of the Committee's objection to the Diocese's preliminary injunction motion (.1); | 0.10 | $62.50 |
| 3/2/2023 | Jesse Bair | Review Marsh law firm response to the Diocese's fourth omnibus claims objection (.2); | 0.20 | $125.00 |
| 3/2/2023 | Jesse Bair | Review correspondence from the Diocese re proposed preliminary injunction insurance exhibits (.1); | 0.10 | $62.50 |
| 3/3/2023 | Jesse Bair | Participate in state court counsel meeting re mediation strategy (.9); | 0.90 | $562.50 |
| 3/3/2023 | Jesse Bair | Review draft Committee joint letter to the Court re estimation and judicial mediator selection (.1); | 0.10 | $62.50 |
| 3/3/2023 | Jesse Bair | Review B. Cawley's email memorandum re potential insurance impacts, if any, of certain claim objections (.1); | 0.10 | $62.50 |
| 3/3/2023 | Jesse Bair | Review deposition outline for E. Stephens (.5); review correspondence with J. Stang and state court counsel re same (.1); | 0.60 | $375.00 |
| 3/3/2023 | Jesse Bair | Review LMI and Interstate's letter to the Court re estimation and judicial mediator issue (.1); | 0.10 | $62.50 |
| 3/3/2023 | Timothy Burns | Participate in state court counsel meeting re mediator selection, preliminary injunction, and ongoing case issues (.9); participate in call with J. Bair and I. Nasatir re preparations and strategy for upcoming Porter deposition(.1); | 1.00 | $975.00 |
| 3/3/2023 | Jesse Bair | Review the Diocese's letter to the Committee re judicial mediator issues (.1); | 0.10 | $62.50 |
| 3/3/2023 | Jesse Bair | Participate in conference with I. Nasatir and T. Burns re preparations and strategy for upcoming Porter deposition (.1); | 0.10 | $62.50 |
| 3/3/2023 | Jesse Bair | Review the Debtor's reply in support of its 4th omnibus claims objection (.3); | 0.30 | $187.50 |
| 3/4/2023 | Jesse Bair | Correspondence with G. Greenwood re potential additional insurance-related preliminary injunction exhibits and the Diocese's proposed edits to the existing insurance schedules (.2); | 0.20 | $125.00 |
| 3/4/2023 | Jesse Bair | Analysis regarding the Diocese's suggested edits to the Committee's proposed preliminary injunction insurance exhibits (.3); | 0.30 | $187.50 |
| 3/4/2023 | Jesse Bair | Analysis regarding potential insurance edit to the Committee's preliminary injunction opposition brief (.1); | 0.10 | $62.50 |
| 3/4/2023 | Jesse Bair | Analysis re potential additional insurance-related preliminary injunction exhibits proposed by the Diocese (.3); | 0.30 | $187.50 |
| 3/4/2023 | Jesse Bair | Review and edit BB's seventh interim fee application (.9); | 0.90 | $562.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 3/4/2023 | Timothy Burns | Review correspondence with the Diocese and PSZJ re preliminary injunction hearing exhibits (.1); review the parties' letters to the court re judicial mediator issue (.1); | 0.20 | $195.00 |
| 3/4/2023 | Jesse Bair | Analysis regarding Porter deposition strategy (.1); | 0.10 | $62.50 |
| 3/4/2023 | Jesse Bair | Review correspondence with the Diocese and G. Greenwood re proposed insurance preliminary injunction exhibits and suggested edits to same (.2); | 0.20 | $125.00 |
| 3/5/2023 | Jesse Bair | Correspondence with B. Horn re edits needed to BB's seventh interim fee application (.1); | 0.10 | $62.50 |
| 3/5/2023 | Jesse Bair | Review initial Claro insurance questions in preparation for upcoming call (.2); correspondence with A. Kornfeld re same (.1); | 0.30 | $187.50 |
| 3/5/2023 | Timothy Burns | Review correspondence with the Diocese and PSZJ re preliminary injunction hearing exhibits (.2); review J. Cronan's order re discovery dispute (.1); | 0.30 | $292.50 |
| 3/6/2023 | Jesse Bair | Review and respond to additional insurance question received from Claro (.2); | 0.20 | $125.00 |
| 3/6/2023 | Jesse Bair | Review initial draft of proposed K. Porter deposition outline (.8); | 0.80 | $500.00 |
| 3/6/2023 | Jesse Bair | Analyze the Arrowood policies re retroactive premium adjustment (.3); analyze case law re enforceability, if any, of retroactive premium adjustment in bankruptcy (.4); | 0.70 | $437.50 |
| 3/6/2023 | Jesse Bair | Begin drafting revised version of the Porter deposition outline, including review of prior Porter declarations (.5); | 0.50 | $312.50 |
| 3/6/2023 | Jesse Bair | Participate in portion of Committee meeting re ongoing case issues (.6); | 0.60 | $375.00 |
| 3/6/2023 | Jesse Bair | Review the Diocese's letter to the Court re the Committee's claim objection adjournment request (.1); | 0.10 | $62.50 |
| 3/6/2023 | Jesse Bair | Prepare for call with Claro re insurance allocation analysis (.1); participate in call with Claro and PSZJ re insurance allocation analysis and outstanding questions re same (1.0); | 1.10 | $687.50 |
| 3/6/2023 | Jesse Bair | Participate in call with Reed Smith re case insurance issues (.2); | 0.20 | $125.00 |
| 3/6/2023 | Timothy Burns | Review and revise initial draft of Porter deposition outline (.7); correspondence with J. Bair re same (.1); begin review of Moore deposition transcript (.9); | 1.70 | $1,657.50 |
| 3/6/2023 | Jesse Bair | Analyze and respond to Claro questions re applicable policy limits (.3); | 0.30 | $187.50 |
| 3/7/2023 | Jesse Bair | Participate in call with G. Greenwood re the preliminary injunction insurance schedules and potential exhibits for the Porter deposition (.3); | 0.30 | $187.50 |
| 3/7/2023 | Jesse Bair | Prepare for Porter deposition, including drafting revised Porter depo outline and analyzing related case materials, including Diocesan PI discovery responses, earlier Porter declarations, and associated case briefing (3.2); | 3.20 | $2,000.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 3/7/2023 | Jesse Bair | Review revised preliminary injunction insurance schedules received from the Diocese (.2); participate in call with the Diocese, G. Greenwood, and I. Nasatir re same and potential additional revisions (.3); participate in follow-up call with I. Nasatir re same (.1); | 0.60 | $375.00 |
| 3/7/2023 | Jesse Bair | Review and respond to correspondence with PSZJ team re strategy and preparations for upcoming Porter depositions (.2); | 0.20 | $125.00 |
| 3/8/2023 | Jesse Bair | Review K. Dine email memorandum re mediation session outcome and related follow-up items (.1); | 0.10 | $62.50 |
| 3/8/2023 | Timothy Burns | Participate in conference with J. Bair re mediation session outcome and potential next-steps (.2); supplemental analysis re going-forward insurance strategy (.1); | 0.30 | $292.50 |
| 3/8/2023 | Jesse Bair | Review correspondence from K. Dine re upcoming status conference with the Court re mediation and claim objection process (.1); | 0.10 | $62.50 |
| 3/8/2023 | Jesse Bair | Review correspondence from E. Stephens re further revised preliminary injunction insurance schedules from the Diocese (.1); review proposed insurance schedules (.1); draft correspondence to PSZJ and T. Burns re additional edits needed to same (.1); | 0.30 | $187.50 |
| 3/8/2023 | Jesse Bair | Draft correspondence to the Diocese re potential additional edits to the revised preliminary injunction insurance schedules (.2); additional correspondence with G. Greenwood re finalizing insurance schedules (.1); | 0.30 | $187.50 |
| 3/8/2023 | Jesse Bair | Continue preparing for Porter deposition, including drafting revised Porter depo outline, analyzing related case materials, and identifying potential exhibits for deposition (5.0); | 5.00 | $3,125.00 |
| 3/8/2023 | Jesse Bair | Participate in call with I. Nasatir re mediation session outcome and upcoming Porter deposition (.3); | 0.30 | $187.50 |
| 3/8/2023 | Jesse Bair | Review and respond to correspondence with G. Greenwood re Porter deposition exhibits (.3); | 0.30 | $187.50 |
| 3/8/2023 | Jesse Bair | Participate in conference with T. Burns re mediation session outcome and potential next-steps (.2); | 0.20 | $125.00 |
| 3/8/2023 | Jesse Bair | Review correspondence from B. Michael re potential motion to dismiss and associated research results (.1); | 0.10 | $62.50 |
| 3/9/2023 | Jesse Bair | Review correspondence from B. Michael re upcoming claim objection hearing (.1); | 0.10 | $62.50 |
| 3/9/2023 | Jesse Bair | Participate in conference with T. Burns re outcome of court status conference and Porter deposition (.2); | 0.20 | $125.00 |
| 3/9/2023 | Jesse Bair | Participate in conference with T. Burns re status of the insurance adversary proceedings and judicial mediator issue (.2); | 0.20 | $125.00 |
| 3/9/2023 | Jesse Bair | Participate in conference with T. Burns re recent call with Reed Smith re case insurance issues (.1); | 0.10 | $62.50 |
| 3/9/2023 | Jesse Bair | Review the Diocese's supplemental preliminary injunction discovery responses and document production (.4); | 0.40 | $250.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 3/9/2023 | Jesse Bair | Continue preparing for Porter deposition (.4); | 0.40 | $250.00 |
| 3/9/2023 | Jesse Bair | Review correspondence with G. Greenwood and the Diocese re finalizing the preliminary injunction insurance schedules (.1); | 0.10 | $62.50 |
| 3/9/2023 | Jesse Bair | Participate in conference with PSZJ team and T. Burns re mediation strategy, potential motion to dismiss, and other ongoing case issues (1.6); | 1.60 | $1,000.00 |
| 3/9/2023 | Jesse Bair | Participate in call with I. Nasatir re outcome of Porter deposition (.2); | 0.20 | $125.00 |
| 3/9/2023 | Jesse Bair | Conduct deposition of K. Porter (2.8); | 2.80 | $1,750.00 |
| 3/9/2023 | Timothy Burns | Correspondence with B. Michael and J. Bair re court conference re judicial mediator (.2); review correspondence with the Diocese and PSZJ re supplemental discovery materials from Diocese (.2); review and analysis of email from K. Dine re mediation summary (.2); review correspondence from B. Michael re Diocese's SOL argument (.1); review Diocese monthly PSIP information report (.1): conference with J. Bair re preparations for judicial mediator conference with J. Glenn (.2): conference with J. Bair re recent call with Reed Smith (.1); prepare for conference with court re judicial mediator, including review of emails re same (.2); meet with team re hearing logistics (.1); review of Diocese's supplemental discovery responses, including review of attached exhibits (Ecclesia policy and Arrowood financial reporting information) (.8); attend virtual chambers conference for insurance purposes (.6); emails and call from state court counsel re case and resolution strategy (.3); review correspondence from PSZJ re upcoming claims objections hearing (.1); conference with J. Bair re Porter deposition and Chambers conference outcome (.2); participate in portion of meeting with PSZJ and J. Bair re next steps re bankruptcy for insurance purposes (1.5); | 4.90 | $4,777.50 |
| 3/10/2023 | Jesse Bair | Correspondence with B. Michael re BB's seventh interim fee application (.1); | 0.10 | $62.50 |
| 3/10/2023 | Jesse Bair | Review monthly PSIP information provided by the Diocese (.1); | 0.10 | $62.50 |
| 3/10/2023 | Jesse Bair | Review correspondence with the Diocese re finalizing the preliminary injunction insurance exhibits (.1); review proposed final versions of the exhibits (.1); | 0.20 | $125.00 |
| 3/10/2023 | Jesse Bair | Review correspondence from Arrowood re Arrowood's request to attend preliminary injunction depositions (.1); | 0.10 | $62.50 |
| 3/10/2023 | Jesse Bair | Review draft stipulation and order re the admissibility of preliminary injunction exhibits (.1); | 0.10 | $62.50 |
| 3/11/2023 | Jesse Bair | Review correspondence with K. Brown re potential edits to the preliminary injunction opposition brief (.1); | 0.10 | $62.50 |
| 3/11/2023 | Timothy Burns | Review Agenda for March 14 Hearing (.1); review stipulation and order regarding admissibility of preliminary injunction exhibits (.1); review Arrowood correspondence re deposition attendance request (.1); | 0.30 | $292.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 3/13/2023 | Jesse Bair | Review the Debtor's reply in support of its fifth omnibus claims objection (.3); | 0.30 | $187.50 |
| 3/13/2023 | Jesse Bair | Review debtor reply brief in support of cell tower sale (.1); | 0.10 | $62.50 |
| 3/13/2023 | Jesse Bair | Correspondence with I. Nasatir and K. Brown re error in the Porter dispositions transcript (.1); correspondence with the Debtor re correcting same (.1); | 0.20 | $125.00 |
| 3/13/2023 | Nathan Kuenzi | Participate in BB team meeting re case status and ongoing projects (.1); | 0.10 | $42.00 |
| 3/13/2023 | Jesse Bair | Review correspondence from B. Michael re upcoming Committee meeting (.1); | 0.10 | $62.50 |
| 3/13/2023 | Leakhena Au | Participate in BB team meeting re case status and ongoing projects (.1); | 0.10 | $42.00 |
| 3/13/2023 | Alyssa Turgeon | Participate in BB team meeting re case status and ongoing projects (.1); | 0.10 | $36.00 |
| 3/13/2023 | Timothy Burns | Participate in state court counsel meeting for insurance purposes re ongoing case issues (.8); participate in BB team meeting re case status and ongoing projects (.1); | 0.90 | $877.50 |
| 3/13/2023 | Jesse Bair | Participate in BB team meeting re case status and ongoing projects (.1); | 0.10 | $62.50 |
| 3/13/2023 | Jesse Bair | Review additional correspondence with G. Greenwood, K. Dine, and B, Michael re finalization of preliminary injunction opposition brief (.1); | 0.10 | $62.50 |
| 3/13/2023 | Jesse Bair | Review suggested insurance edit to the Committee's preliminary injunction opposition brief received from I. Nasatir (.1); review and respond to correspondence with G. Greenwood and I. Nasatir re same and final additional insurance edits to the Committee's preliminary injunction opposition brief (.3); | 0.40 | $250.00 |
| 3/13/2023 | Jesse Bair | Review and edit most recent draft of the Committee's preliminary injunction opposition brief, including incorporating excerpts from the recent Porter deposition (1.2); | 1.20 | $750.00 |
| 3/13/2023 | Jesse Bair | Participate in state court counsel meeting for insurance purposes re ongoing case issues (.8); | 0.80 | $500.00 |
| 3/14/2023 | Jesse Bair | Correspondence with G. Greenwood re supplemental insurance edit to the Committee preliminary injunction opposition brief (.1); | 0.10 | $62.50 |
| 3/14/2023 | Timothy Burns | Review agenda for March 14 hearing (.1); attend court hearing on claim objections, cell tower sale, and status conference to assess insurance-related settlement issues (2.7); | 2.80 | $2,730.00 |
| 3/14/2023 | Jesse Bair | Review correspondence with J. Stang, K. Dine, and state court counsel re status conference outcome and potential next-steps (.2); | 0.20 | $125.00 |
| 3/14/2023 | Jesse Bair | Review and edit Porter deposition exhibit to the Committee preliminary injunction opposition brief (.3); | 0.30 | $187.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 3/14/2023 | Jesse Bair | Attend court hearing on claim objections, cell tower sale, and status conference to assess insurance-related settlement issues (2.7); | 2.70 | $1,687.50 |
| 3/14/2023 | Jesse Bair | Review additional correspondence with G. Greenwood and I. Nasatir re final insurance edits to the Committee's preliminary injunction opposition brief (.1); | 0.10 | $62.50 |
| 3/15/2023 | Timothy Burns | Review correspondence with state court counsel, PSZJ, and the Committee re status conference outcome and potential next-steps (.2); | 0.20 | $195.00 |
| 3/16/2023 | Jesse Bair | Review revised version of preliminary injunction evidentiary stipulation received from the Diocese (.1); correspondence with K. Brown, G. Greenwood, and I. Nasatir re same (.1); review additional correspondence with the Diocese re same (.1); | 0.30 | $187.50 |
| 3/16/2023 | Jesse Bair | Participate in call with J. Stang re status of the insurance district court actions and overall insurance strategy (.3); | 0.30 | $187.50 |
| 3/16/2023 | Jesse Bair | Review and respond to correspondence with J. Stang re Evanston district court status update letter (.2); | 0.20 | $125.00 |
| 3/16/2023 | Jesse Bair | Draft proposed language for Evanston district court status update letter re the current status of the case and mediation negotiations (.3); | 0.30 | $187.50 |
| 3/16/2023 | Jesse Bair | Review insurer exposure analysis (.1); assess potential next-steps in connection with insurance negotiations (.1); | 0.20 | $125.00 |
| 3/16/2023 | Jesse Bair | Review draft status update letter circulated by the Diocese (.1); correspond with the Diocese re suggested edits to same (.1); review revised version of the status update letter for the Evanston district court action (.1); review correspondence with Evanston re same (.1); | 0.40 | $250.00 |
| 3/16/2023 | Jesse Bair | Review and respond to correspondence with the Diocese re joint status letter due in the Evanston district court action (.2); | 0.20 | $125.00 |
| 3/17/2023 | Jesse Bair | Review correspondence with PSZJ and state court counsel re final version of preliminary injunction opposition brief and next-steps (.1); | 0.10 | $62.50 |
| 3/17/2023 | Jesse Bair | Review Evanston's suggested edits to the draft joint status update letter (.1); | 0.10 | $62.50 |
| 3/17/2023 | Jesse Bair | Review correspondence from B. Michael to state court counsel re case update (.1); | 0.10 | $62.50 |
| 3/17/2023 | Timothy Burns | Review joint status update letter to court in Evanston adversary proceeding (.1); | 0.10 | $97.50 |
| 3/17/2023 | Jesse Bair | Review draft joinder in support of the Committee's preliminary injunction opposition brief (.1); | 0.10 | $62.50 |
| 3/18/2023 | Jesse Bair | Review correspondence with K. Dine and the Committee re preliminary injunction briefing issues (.1); | 0.10 | $62.50 |
| 3/21/2023 | Jesse Bair | Correspondence with E. Stephens re edit to the Porter deposition transcript (.1); | 0.10 | $62.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 3/21/2023 | Brenda Horn | Draft BB's twenty-eighth monthly fee statement (.6); generate and edit Exhibit A to same (.1); correspond with J. Bair re same (.1); | 0.80 | $288.00 |
| 3/21/2023 | Jesse Bair | Provide instructions to B. Cawley re supplemental research needed re the insurers' purported late notice defense (.1); review B. Cawley email memorandum summarizing supplemental research results (.1); | 0.20 | $125.00 |
| 3/21/2023 | Jesse Bair | Review correspondence with B. Michael re Committee motion to dismiss (.1); | 0.10 | $62.50 |
| 3/21/2023 | Timothy Burns | Participate in conference with J. Bair re case insurance strategy (.3); | 0.30 | $292.50 |
| 3/21/2023 | Brian Cawley | Analysis re the ability of an injured party to provide notice instead of a policyholder under New York Insurance Law Section 3420 (1.8); draft summary of Section 3420 research (.2); | 2.00 | $840.00 |
| 3/21/2023 | Jesse Bair | Participate in conference with T. Burns re case insurance strategy (.3); | 0.30 | $187.50 |
| 3/22/2023 | Jesse Bair | Review the Parishes' response to the Committee's claim objections (.3); review related appendix re PSIP issues (.1); | 0.40 | $250.00 |
| 3/22/2023 | Timothy Burns | Analysis and consideration of claimant notice issue under New York Insurance Law Section 3420 (.3); conference with J. Bair re same (.1); correspond with J. Bair re same (.1); | 0.50 | $487.50 |
| 3/22/2023 | Jesse Bair | Review and respond to questions from state court counsel re additional insured issues (.2); | 0.20 | $125.00 |
| 3/22/2023 | Jesse Bair | Respond to T. Burns correspondence re the insurers' purported late notice defense and supplemental research needed in connection with same (.1); participate in conference with T. Burns re same (.1); | 0.20 | $125.00 |
| 3/22/2023 | Jesse Bair | Review the Diocese's reply in support of its sixth omnibus claims objection (.4); | 0.40 | $250.00 |
| 3/23/2023 | Jesse Bair | Analyze LMI's answer and affirmative defenses in the LMI district court action (.4); | 0.40 | $250.00 |
| 3/23/2023 | Leakhena Au | Participate in BB team meeting re case status and ongoing projects (.1); | 0.10 | $42.00 |
| 3/23/2023 | Jesse Bair | Participate in call with J. Stang re the Committee's motion to dismiss, case status, and related insurance issues (.3); | 0.30 | $187.50 |
| 3/23/2023 | Jesse Bair | Analyze and respond to questions from state court counsel re historical Diocesan insurance issues (.3); | 0.30 | $187.50 |
| 3/23/2023 | Jesse Bair | Review recent appellate decision re Diocesan liability for CVA claims (.1); | 0.10 | $62.50 |
| 3/23/2023 | Jesse Bair | Participate in BB team meeting re case developments and associated projects (.1); | 0.10 | $62.50 |
| 3/23/2023 | Brian Cawley | Additional research re claimant notice requirements under New York Insurance Law Section 3420 (.3); draft summary of research findings (.1); | 0.40 | $168.00 |
| 3/23/2023 | Timothy Burns | Participate in BB team meeting re case developments and associated projects (.1); | 0.10 | $97.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 3/23/2023 | Jesse Bair | Review correspondence with I. Nasatir and BRG re PSIP issues (.1); | 0.10 | $62.50 |
| 3/23/2023 | Brian Cawley | Participate in BB team meeting re case developments and associated projects (.1); | 0.10 | $42.00 |
| 3/23/2023 | Jesse Bair | Provide instructions to L. Au re additional insured analysis needed in connection with the Committee's motion to dismiss (.1); | 0.10 | $62.50 |
| 3/23/2023 | Alyssa Turgeon | Participate in BB team meeting re case developments and associated projects (.1); | 0.10 | $36.00 |
| 3/23/2023 | Jesse Bair | Begin reviewing and editing the Committee's motion to dismiss (.5); | 0.50 | $312.50 |
| 3/23/2023 | Jesse Bair | Review correspondence with K. Dine, I. Nasatir. and K. Brown re potential edits to the draft motion to dismiss (.1); | 0.10 | $62.50 |
| 3/23/2023 | Jesse Bair | Analyze Lexington's answer and affirmative defenses in the LMI district court action (.2); | 0.20 | $125.00 |
| 3/23/2023 | Nathan Kuenzi | Participate in BB team meeting re case developments and associated projects (.1); | 0.10 | $42.00 |
| 3/24/2023 | Jesse Bair | Review correspondence with B. Michael and state court counsel re potential judicial mediator candidate (.1); | 0.10 | $62.50 |
| 3/24/2023 | Timothy Burns | Review the Committee's draft motion to dismiss (.9); participate in state court counsel meeting re ongoing case issues and strategy (.7); review email from B. Michael re potential judicial mediator (.1); review agenda for March 28 court hearing (.1); review recent 1st Dept appellate decision re Diocesan liability for CVA claims (.1); review Marsh plaintiffs Joinder to Objection to Injunction Motion (.1); review and consider B. Cawley research results re notice issues under New York Insurance Law Section 3420 (.2); review correspondence with PSZJ and state court counsel re motion to dismiss (.1); review correspondence with PSZJ and BRG re PSIP issues (.1); review K. Dine's suggested edits to the draft motion to dismiss (.1); | 2.50 | $2,437.50 |
| 3/24/2023 | Leakhena Au | Conduct supplemental additional insured analysis needed in connection with motion to dismiss briefing (3.4); | 3.40 | $1,428.00 |
| 3/24/2023 | Jesse Bair | Review survivor response to the Diocese's 9th omnibus claims objection (.2); | 0.20 | $125.00 |
| 3/24/2023 | Jesse Bair | Analyze L. Au research results re supplemental additional insured analysis completed in connection with motion to dismiss briefing (.2); review Diocese Plan terms and exhibits in relation to same (.2); | 0.40 | $250.00 |
| 3/24/2023 | Jesse Bair | Edit and revise the Committee's motion to dismiss brief with focus on insurance-related edits (1.2); | 1.20 | $750.00 |
| 3/24/2023 | Jesse Bair | Participate in state court counsel meeting re ongoing case issues and strategy (.7); | 0.70 | $437.50 |
| 3/24/2023 | Jesse Bair | Review second survivor response to the Diocese's 9th omnibus claims objection (.2); | 0.20 | $125.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 3/24/2023 | Jesse Bair | Correspondence with G. Greenwood re preliminary injunction hearing preparations (.1); | 0.10 | $62.50 |
| 3/24/2023 | Jesse Bair | Review and respond to correspondence with L. Au re supplemental additional insured analysis needed in connection with motion to dismiss briefing (.2); | 0.20 | $125.00 |
| 3/25/2023 | Jesse Bair | Review letter from the Committee to the Diocese re recent appellate decision impacting the Diocese's claims objections (.1); | 0.10 | $62.50 |
| 3/25/2023 | Jesse Bair | Review correspondence from K. Brown and G. Greenwood re preliminary injunction hearing evidence (.1); | 0.10 | $62.50 |
| 3/26/2023 | Jesse Bair | Analysis re insurance-related evidence for use during the preliminary injunction hearing (.1); correspondence with K, Brown and G. Greenwood re same (.1); | 0.20 | $125.00 |
| 3/26/2023 | Jesse Bair | Review correspondence from state court counsel re recent appellate decision impacting the Diocese's claim objections (.1); | 0.10 | $62.50 |
| 3/26/2023 | Timothy Burns | Participate in calls with state court counsel re insurance issues and strategy (.5); | 0.50 | $487.50 |
| 3/27/2023 | Jesse Bair | Review final version of the Committee's motion to dismiss (.1); | 0.10 | $62.50 |
| 3/27/2023 | Jesse Bair | Review correspondence from the Diocese re its refusal to withdraw its 6th omnibus claims objection in light of recent appellate decision (.1); | 0.10 | $62.50 |
| 3/27/2023 | Jesse Bair | Review the Committee's motion to stay (.2); | 0.20 | $125.00 |
| 3/27/2023 | Jesse Bair | Review correspondence with G. Greenwood and the Diocese re preliminary injunction exhibits and evidence (.1); | 0.10 | $62.50 |
| 3/27/2023 | Jesse Bair | Participate in conference with T. Burns re potential claims against the Diocese's insurers and related Arrowood issues (.2); | 0.20 | $125.00 |
| 3/27/2023 | Jesse Bair | Review the parties' joint correspondence to the Court re potential judicial mediator (.1); | 0.10 | $62.50 |
| 3/27/2023 | Timothy Burns | Participate in conference with J. Bair re potential claims against the Diocese's insurers and related Arrowood issues (.2); participate in call with state court counsel re same (.3); | 0.50 | $487.50 |
| 3/27/2023 | Jesse Bair | Review correspondence with J. Stang, B. Michael, and state court counsel re next-steps re the Committee's motion to dismiss (.1); | 0.10 | $62.50 |
| 3/28/2023 | Jesse Bair | Review agenda for Committee meeting (.1); participate in Committee meeting re ongoing case issues for insurance purposes (1.4); | 1.50 | $937.50 |
| 3/28/2023 | Jesse Bair | Review Porter errata sheet (.1); | 0.10 | $62.50 |
| 3/28/2023 | Jesse Bair | Participate in meeting with PSZJ and state court counsel re motion to dismiss and going-forward case strategy (1.0); participate in post-call meeting with PSZJ team and T. Burns re same (.7); | 1.70 | $1,062.50 |
| 3/28/2023 | Timothy Burns | Conference with J. Bair re ongoing developments and strategy on insurance (.2); | 0.20 | $195.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 3/28/2023 | Jesse Bair | Attend hearing on claims objections for insurance purposes (1.6); | 1.60 | $1,000.00 |
| 3/28/2023 | Jesse Bair | Review correspondence with J. Stang and state court counsel re motion to dismiss issues (.1); | 0.10 | $62.50 |
| 3/28/2023 | Brian Cawley | Begin analyzing recent BSA district court opinion re issues implicating DRVC action (1.5); | 1.50 | $630.00 |
| 3/28/2023 | Jesse Bair | Conference with T. Burns re ongoing developments and strategy on insurance (.2); | 0.20 | $125.00 |
| 3/28/2023 | Jesse Bair | Provide instructions to B. Cawley re analysis needed in connection with recent BSA decision re ongoing issues in DRVC case (.1); | 0.10 | $62.50 |
| 3/28/2023 | Timothy Burns | Attend hearing on claims objections for insurance purposes (1.6); participate in meeting with PSZJ and state court counsel re motion to dismiss and going-forward case strategy (1.0); participate in post-call meeting with PSZJ team and J. Bair re same (.7); review correspondence from state court counsel re joinders in motion to dismiss (.1); participate in Committee meeting re ongoing case issues for insurance purposes (1.4); | 4.80 | $4,680.00 |
| 3/28/2023 | Jesse Bair | Analysis re potential motion to dismiss insurance-related discovery (.1); | 0.10 | $62.50 |
| 3/29/2023 | Jesse Bair | Review draft preliminary injunction exhibit list and and consider potential additions to same (.2); correspondence with G. Greenwood and K. Brown re same (.1); | 0.30 | $187.50 |
| 3/29/2023 | Jesse Bair | Review the Diocese's reply in support of its eighth omnibus claims objection (.4); | 0.40 | $250.00 |
| 3/29/2023 | Jesse Bair | Review notice of hearing re seventh interim fee applications (.1); | 0.10 | $62.50 |
| 3/29/2023 | Brian Cawley | Continue analyzing detailed BSA district court opinion re issues implicating DRVC action (4.6); | 4.60 | $1,932.00 |
| 3/29/2023 | Jesse Bair | Review the Committee's reply in support of its parish and affiliate claim objections (.1); | 0.10 | $62.50 |
| 3/29/2023 | Jesse Bair | Additional analysis re insurance-related motion to dismiss issues (.1); | 0.10 | $62.50 |
| 3/29/2023 | Jesse Bair | Review correspondence with J. Stang, state court counsel, and the Committee re motion to stay issues (.2); | 0.20 | $125.00 |
| 3/29/2023 | Jesse Bair | Review materials re recent Diocesan insurance activities (.1); | 0.10 | $62.50 |
| 3/30/2023 | Jesse Bair | Participate in conference with PSZJ team and T. Burns re ongoing case issues and next-steps (.6); | 0.60 | $375.00 |
| 3/30/2023 | Jesse Bair | Participate in call with T. Burns re insurance issues in connection with potential upcoming mediation (.2); | 0.20 | $125.00 |
| 3/30/2023 | Brian Cawley | Continue analyzing detailed BSA district court opinion re issues implicating DRVC action (2.8); | 2.80 | $1,176.00 |

| Date | Name | Description | Hours | Fees |
|---|---|---|---|---|
| 3/30/2023 | Jesse Bair | Review Judge Glenn's pre-trial conference order template (.1); review correspondence with G. Greenwood and K. Brown re preparing same (.1); review correspondence with G. Greenwood and the Diocese re same (.1); | 0.30 | $187.50 |
| 3/30/2023 | Jesse Bair | Review the Court's Order sustaining the Diocese's 4th omnibus claims objection (.5); | 0.50 | $312.50 |
| 3/30/2023 | Jesse Bair | Review analysis of insurance exposures in connection with potential upcoming mediation session (.1); | 0.10 | $62.50 |
| 3/30/2023 | Jesse Bair | Answer B. Cawley questions re project re analysis of recent BSA decision in connection with insurance issues relevant to the DRVC case (.2); | 0.20 | $125.00 |
| 3/30/2023 | Jesse Bair | Review the parties' joint letter to the Court requesting stay of proceedings (.1); | 0.10 | $62.50 |
| 3/30/2023 | Jesse Bair | Review correspondence with G. Greenwood and the Diocese re preliminary injunction exhibit list issues (.1); | 0.10 | $62.50 |
| 3/30/2023 | Timothy Burns | Review correspondence with PSZJ and state court counsel re court rulings and mediation (.2); participate in call with J. Bair re insurance issues in connection with potential upcoming mediation (.2); participate in portion of meeting with PSZJ and J. Bair re ongoing case issues and next-steps (.3); | 0.70 | $682.50 |
| 3/30/2023 | Jesse Bair | Review various correspondence with J. Stang, state court counsel, and the Committee re denial of the motion to stay, potential judicial mediator, and case next-steps (.2); | 0.20 | $125.00 |
| 3/30/2023 | Brian Cawley | Begin outlining memorandum re recent BSA decision in connection with insurance issues relevant to DRVC case (2.9); participate in conference with J. Bair re questions regarding same (.2); | 3.10 | $1,302.00 |
| 3/31/2023 | Timothy Burns | Review correspondence with PSZJ and state court counsel re upcoming Chambers conference re mediation issues (.2); | 0.20 | $195.00 |
| 3/31/2023 | Jesse Bair | Review the Parishes' response to the Committee's preliminary injunction opposition (.1); analyze insurance issues in connection with same (.1); | 0.20 | $125.00 |
| 3/31/2023 | Jesse Bair | Review the Diocese's reply in support of its 9th omnibus claims objection (.4); | 0.40 | $250.00 |
| 3/31/2023 | Brian Cawley | Continue drafting memorandum summarizing recent BSA decision in connection with insurance issues relevant to DRVC case (3.6); | 3.60 | $1,512.00 |
| 3/31/2023 | Jesse Bair | Review the Diocese's and LMI's joint status update letter to Judge Cronan (.1); | 0.10 | $62.50 |
| 3/31/2023 | Jesse Bair | Review state court counsel joinders in support of the Committee's motion to dismiss (.1); | 0.10 | $62.50 |
| 3/31/2023 | Jesse Bair | Review K. Dine email memorandum re outcome of recent conference with the Court and the Diocese (.1); review correspondence with state court counsel and the Committee re same and next-steps (.1); | 0.20 | $125.00 |
| **Total Hours and Fees** | | | **105.50** | **$69,618.00** |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Alyssa Turgeon | 0.20 | $360.00 | $72.00 |
| Brenda Horn | 0.80 | $360.00 | $288.00 |
| Brian Cawley | 18.10 | $420.00 | $7,602.00 |
| Jesse Bair | 58.50 | $625.00 | $36,562.50 |
| Leakhena Au | 3.60 | $420.00 | $1,512.00 |
| Nathan Kuenzi | 0.20 | $420.00 | $84.00 |
| Timothy Burns | 24.10 | $975.00 | $23,497.50 |

**Total Due This Invoice: $69,618.00**