**Objection Deadline: June 15, 2023**

BURNS BAIR LLP
Timothy W. Burns, Esq. (admitted *pro hac vice*)
Jesse J. Bair, Esq. (admitted *pro hac vice*)
10 E. Doty St., Suite 600
Madison, WI 53703-3392
Telephone: (608) 286-2808
Email:  tburns@burnsbair.com
Email:  jbair@burnsbair.com

*Special Insurance Counsel to the Official Committee
of Unsecured Creditors of The Roman Catholic Diocese
of Rockville Centre, New York*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br>　　　　　　　　　　　Debtor. | Chapter 11<br>Case No. 20-12345 (MG) |

**THIRTIETH MONTHLY FEE STATEMENT OF BURNS BAIR LLP,
AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR PROFESSIONAL SERVICES RENDERED
AND DISBURSEMENTS INCURRED FOR THE PERIOD FROM
APRIL 1, 2023 THROUGH APRIL 30, 2023**

| | |
|---|---|
| Name of Applicant: | Burns Bair LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | Effective October 29, 2020 pursuant to Order dated December 9, 2020 [Docket No. 246] |
| Period for which compensation and reimbursement is sought: | April 1, 2023 – April 30, 2023 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $58,710.50<br>80% of which is $46,968.40 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $98.90 |
| TOTAL (80% of fees and 100% of costs) | $47,067.30 |

**This is the thirtieth monthly fee statement.**

## PRELIMINARY STATEMENT

Burns Bair LLP ("Burns Bair"), as Special Insurance Counsel to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Diocese of Rockville Centre, New York (the "Debtor"), hereby submits this thirtieth monthly statement (the "Monthly Statement") for the period from April 1, 2023 through April 30, 2023 (the "Statement Period") for payment of professional services rendered and reimbursement of expenses incurred during the Statement Period pursuant to the Court's *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* dated November 4, 2020 [Docket No. 129] (the "Interim Compensation Order"). Burns Bair requests: (a) interim allowance and payment of compensation in the amount of $46,968.40 (80% of $58,710.50) for fees on account of reasonable and necessary professional services rendered to the Committee by Burns Bair, and (b) reimbursement of actual and necessary costs and expenses in the amount of $98.90.

## FEES FOR SERVICES RENDERED DURING THE STATEMENT PERIOD

1. Set forth below is a list of the positions of the Burns Bair professionals and paraprofessionals who provided services to the Committee during the Statement Period, their respective billing rates, and the aggregate hours spent by each professional and paraprofessional in providing services on behalf of the Committee during the Statement Period.

| Name | Title | Year of Partnership | Year of Admission | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Timothy Burns | Partner | 2008 | 1991 | $975 | 24.60 | $23,985.00 |
| Jesse Bair | Partner | 2020 | 2013 | $625 | 41.90 | $26,187.50 |
| Nathan Kuenzi | Associate | N/A | 2020 | $420 | .10 | $42.00 |
| Brian Cawley | Associate | N/A | 2020 | $420 | 17.90 | $7,518.00 |
| Leakhena Au | Associate | N/A | 2020 | $420 | .10 | $42.00 |
| Alyssa Turgeon | Paralegal | N/A | N/A | $360.00 | 1.80 | $648.00 |
| Brenda Horn-Edwards | Paralegal | N/A | N/A | $360.00 | .80 | $288.00 |
| | | | | TOTAL: | 87.20 | $58,710.50 |

2

2. The rates charged by Burns Bair for services rendered to the Committee are the same rates that it charges generally for professional services rendered to its non-bankruptcy clients. A complete itemization of tasks performed by these professionals and paraprofessionals for the Statement Period is annexed hereto as **Exhibit A**.

### NOTICE AND OBJECTION PROCEDURES

3. No trustee or examiner has been appointed in these chapter 11 cases. Pursuant to the Interim Compensation Order, Burns Bair has provided notice of this statement upon the following parties by electronic or first class mail: (a) the Debtor c/o The Roman Catholic Diocese of Rockville Centre, 50 N Park Ave P.O. Box 9023, Rockville Centre, NY 11571-9023 (Attn: Thomas Renker); (b) the attorneys for the Debtor, Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); and (c) the Office of the United States Trustee Region 2 (the "U.S. Trustee"), 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq.). Burns Bair submits that no other or further notice need be provided.

4. Pursuant to the Interim Compensation Order, objections to this Monthly Statement, if any, must be served upon the Application Recipients **by June 15, 2023** (the "Objection Deadline") setting forth the nature of the objection and the amount of fees or expenses at issue.

5. If no objections to this Monthly Statement are made on or before the Objection Deadline, the Debtor shall pay Burns Bair 80% of the fees and 100% of the expenses set forth above. To the extent an objection to this Monthly Statement is timely made, the Debtor shall withhold payment of that portion of the Monthly Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To

[remainder of page left intentionally blank]

the extent such objection is not resolved; it shall be preserved and presented to the Court at the next interim or final fee application hearing.

| | |
|---|---|
| Dated:  May 30, 2023 | BURNS BAIR LLP |
| | |
| | */s/  Timothy W. Burns* |
| | Timothy W. Burns, Esq. (admitted *pro hac vice*) |
| | Jesse J. Bair, Esq. (admitted *pro hac vice*) |
| | 10 E. Doty St., Suite 600 |
| | Madison, WI 53703-3392 |
| | Telephone: (608) 286-2808 |
| | Email:  tburns@burnsbair.com |
| | Email:  jbair@burnsbair.com |
| | |
| | *Special Insurance Counsel to the Official Committee of Unsecured Creditors of The Roman Catholic Diocese of Rockville Centre, New York* |

# **EXHIBIT A**

# Burns | Bair

10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

| | |
|---|---|
| **The Official Committee of Unsecured Creditors of The Roman Catholic Diocese of Rockville Centre** | **Issue Date :** 5/10/2023 |
| | **Bill # :** 01141 |

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 4/1/2023 | Jesse Bair | Correspond with B. Cawley re BSA analysis project (.1); | 0.10 | $62.50 |
| 4/3/2023 | Jesse Bair | Additional analysis of materials re recent Diocesan insurance activities (.1); correspondence with I. Nasatir re recent Diocesan insurance activities (.1); | 0.20 | $125.00 |
| 4/3/2023 | Jesse Bair | Review correspondence from the Court re preliminary injunction hearing logistics (.1); participate in call with PSZJ team re same and related preparations (.4); participate in follow-up call with I. Nasatir re preliminary injunction insurance issues (.1); | 0.60 | $375.00 |
| 4/3/2023 | Brian Cawley | Continue drafting memorandum summarizing recent BSA decision in connection with insurance issues relevant to DRVC case (4.0); analyze and summarize bankruptcy court holding for case law discussed by district court (1.9); | 5.90 | $2,478.00 |
| 4/3/2023 | Jesse Bair | Analyze recent KCIC article re Arrowood's financial condition (.1); | 0.10 | $62.50 |
| 4/3/2023 | Jesse Bair | Review the Debtor's reply in support of its tenth omnibus claims objection (.1); | 0.10 | $62.50 |
| 4/3/2023 | Jesse Bair | Review current draft of the Committee's preliminary injunction exhibit list (.1); review and respond to correspondence with G. Greenwood and I. Nasatir re potential additions to same (.2); | 0.30 | $187.50 |
| 4/3/2023 | Jesse Bair | Review G. Greenwood's draft language for the proposed joint pre-trial order re the preliminary injunction hearing (.1); | 0.10 | $62.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 4/3/2023 | Timothy Burns | Conference with J. Bair re preliminary injunction hearing strategy (.3): review agenda for April 5 hearing (.1); review Diocese reply brief re 10th Omnibus Claims Objection (.1); review the parties' status letter to the Court in LMI adversary proceeding (.1); review KCIC article re Arrowood's financial condition (.1); review Diocese of Brooklyn decision re Arrowood (.1); review Parishes' response re preliminary injunction motion (.1); review Merson Law plaintiffs' joinder re preliminary injunction motion (.1); review the Diocese's Ninth Omnibus Objection reply brief (.2); | 1.20 | $1,170.00 |
| 4/3/2023 | Jesse Bair | Participate in conference with T. Burns re case insurance strategy and upcoming preliminary injunction hearing (.3); | 0.30 | $187.50 |
| 4/4/2023 | Leakhena Au | Participate in BB team meeting re case status and ongoing insurance projects (.1) | 0.10 | $42.00 |
| 4/4/2023 | Jesse Bair | Participate in conference with T. Burns re preliminary injunction insurance strategy (.2); | 0.20 | $125.00 |
| 4/4/2023 | Jesse Bair | Participate in conference with T. Burns re Arrowood strategy (.1); | 0.10 | $62.50 |
| 4/4/2023 | Timothy Burns | Review correspondence with J. Stang and state court counsel re appointment of mediator and related case issues (.2); participate in BB team meeting re case status and ongoing insurance projects (.1); review K. Dine correspondence re case developments and next-steps (.1); conference with J. Bair re preliminary injunction hearing issues (.2); participate in conference with J. Bair re Arrowood strategy (.1); conference with J. Bair re motion to dismiss strategy from insurance standpoint (.2); | 0.90 | $877.50 |
| 4/4/2023 | Brian Cawley | Participate in BB team conference re case status and related insurance projects (.1); | 0.10 | $42.00 |
| 4/4/2023 | Brian Cawley | Continue drafting memorandum summarizing recent BSA decision in connection with insurance issues relevant to DRVC case (4.0); continue analyzing bankruptcy court decision for information relevant to district court opinion (1.8); research case law relied upon by district court in connection with finalizing insurance summary (.7); | 6.50 | $2,730.00 |
| 4/4/2023 | Jesse Bair | Review K. Dine correspondence with state court counsel and Committee re case update and next-steps (.1); | 0.10 | $62.50 |
| 4/4/2023 | Jesse Bair | Participate in conference with T. Burns re motion to dismiss insurance issues (.2); | 0.20 | $125.00 |
| 4/4/2023 | Brenda Horn | Draft monthly fee statement (.6); generate and edit Exhibit A to same (.1); correspond with J. Bair re same (.1); | 0.80 | $288.00 |
| 4/4/2023 | Jesse Bair | Analyze recent decision in the Arrowood v. Diocese of Brooklyn case for insurance issues relevant to DRVC matter (.2); draft status update to PSZJ team re same (.1); | 0.30 | $187.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 4/4/2023 | Nathan Kuenzi | Participate in BB team meeting re case status and ongoing insurance projects (.1); | 0.10 | $42.00 |
| 4/4/2023 | Jesse Bair | Participate in BB team conference re case status and related insurance projects (.1); | 0.10 | $62.50 |
| 4/4/2023 | Alyssa Turgeon | Participate in BB team conference re case status and related insurance projects (.1); | 0.10 | $36.00 |
| 4/4/2023 | Jesse Bair | Review motion to dismiss scheduling order (.1); | 0.10 | $62.50 |
| 4/5/2023 | Jesse Bair | Review correspondence with I. Nasatir and K. Brown re preparations for cross of K. Porter in connection with preliminary injunction hearing (.1); | 0.10 | $62.50 |
| 4/5/2023 | Jesse Bair | Review revised version of the Committee's proposed preliminary injunction exhibit list (.1); review correspondence with PSZJ team re same (.1); | 0.20 | $125.00 |
| 4/5/2023 | Jesse Bair | Review the Committee's motion to dismiss discovery requests served on the Diocese (.2); | 0.20 | $125.00 |
| 4/5/2023 | Timothy Burns | Attend hearing on claims objections for insurance purposes (3.0); participate in conference with J. Bair re preliminary injunction hearing presentation issues (.4); | 3.40 | $3,315.00 |
| 4/5/2023 | Jesse Bair | Review correspondence with PSZJ and the court re preliminary injunction hearing logistics (.1); participate in conference with T. Burns re preliminary injunction hearing presentation issues (.4); | 0.50 | $312.50 |
| 4/5/2023 | Jesse Bair | Attend hearing on claims objections for insurance purposes (3.0); | 3.00 | $1,875.00 |
| 4/5/2023 | Brian Cawley | Finish drafting memorandum summarizing recent BSA decision in connection with insurance issues relevant to DRVC case (5.4); | 5.40 | $2,268.00 |
| 4/5/2023 | Jesse Bair | Participate in call with I. Nasatir and G. Greenwood re preliminary injunction insurance exhibits (.3); | 0.30 | $187.50 |
| 4/6/2023 | Jesse Bair | Participate in portion of conference with PSZJ team re ongoing case issues for insurance purposes (.5); | 0.50 | $312.50 |
| 4/6/2023 | Timothy Burns | Review the Committee's motion to dismiss discovery requests (.2); review the Diocese's motion to dismiss discovery requests (.2); | 0.40 | $390.00 |
| 4/6/2023 | Jesse Bair | Review correspondence from K. Dine re case developments and motion to dismiss discovery (.1); | 0.10 | $62.50 |
| 4/6/2023 | Jesse Bair | Review correspondence with G. Greenwood and the Diocese re preliminary injunction hearing exhibits (.1); | 0.10 | $62.50 |
| 4/7/2023 | Jesse Bair | Review C. Moore preliminary injunction direct testimony declaration (.2); | 0.20 | $125.00 |
| 4/7/2023 | Jesse Bair | Review K. Porter preliminary injunction direct testimony declaration (.3); review K. Brown's potential objections to same (.1); | 0.40 | $250.00 |
| 4/7/2023 | Jesse Bair | Review and respond to correspondence with PSZJ team re the parishes' preliminary injunction response and potential reply to same (.2); | 0.20 | $125.00 |
| 4/7/2023 | Jesse Bair | Review the Diocese's letter to the Court re its 6th omnibus claims objection (.1); | 0.10 | $62.50 |
| 4/7/2023 | Jesse Bair | Review the Committee's motion to dismiss 30(b)(6) notice on the Diocese (.1); | 0.10 | $62.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 4/7/2023 | Jesse Bair | Review the Diocese's preliminary injunction reply brief (.7); | 0.70 | $437.50 |
| 4/7/2023 | Jesse Bair | Review the Diocese's preliminary injunction exhibit list (.1); review correspondence with K. Brown, G. Greenwood, and I. Nasatir re same (.1); | 0.20 | $125.00 |
| 4/7/2023 | Jesse Bair | Review E. Stephens preliminary injunction direct testimony declaration (.2); | 0.20 | $125.00 |
| 4/9/2023 | Jesse Bair | Analysis re insurance-related motion to dismiss discovery requests served on the Committee (.3); review and respond to various correspondence with A. Kornfeld, I. Nasatir, and G. Brown re potential responses to same (.3); | 0.60 | $375.00 |
| 4/9/2023 | Jesse Bair | Review additional correspondence with K. Brown re particular argument raised by the Diocese in its preliminary injunction reply brief (.1); review K. Dine suggested response to same (.1); | 0.20 | $125.00 |
| 4/9/2023 | Jesse Bair | Review and respond to correspondence with K. Brown re potential reply to the parishes' preliminary injunction response (.2); | 0.20 | $125.00 |
| 4/9/2023 | Jesse Bair | Review K. Brown correspondence re the Diocese's Section 157(b)(5) preliminary injunction argument and potential response to same (.1); | 0.10 | $62.50 |
| 4/10/2023 | Jesse Bair | Draft analysis of potential objections to and cross of K. Porter preliminary injunction direct testimony (.7); | 0.70 | $437.50 |
| 4/10/2023 | Jesse Bair | Respond to G. Brown correspondence re insurance-related motion to dismiss discovery and prior insurance-related document productions from the Diocese (.1); | 0.10 | $62.50 |
| 4/10/2023 | Jesse Bair | Analyze various district court orders referring the insurance actions to Magistrate Judge Cave for settlement purposes (.2); correspondence with PSZJ team re same (.2); correspondence with Reed Smith re same (.1); | 0.50 | $312.50 |
| 4/10/2023 | Jesse Bair | Review current draft of the parties' proposed joint pre-trial order (.2); correspondence with K. Brown, I. Nasatir, and G. Greenwood re same (.2); | 0.40 | $250.00 |
| 4/10/2023 | Jesse Bair | Review and edit current draft of the Committee's responses to the Diocese's motion to dismiss discovery requests (1.0); | 1.00 | $625.00 |
| 4/10/2023 | Jesse Bair | Analyze insurer settlement status and exposure analysis in advance of upcoming settlement call with Magistrate Cave (.2); correspondence with J. Stang re same (.1); | 0.30 | $187.50 |
| 4/10/2023 | Jesse Bair | Review correspondence with PSZJ and the Diocese re preliminary injunction exhibits and objections (.1); | 0.10 | $62.50 |
| 4/11/2023 | Jesse Bair | Review K. Dine correspondence re case developments (.1); | 0.10 | $62.50 |
| 4/11/2023 | Jesse Bair | Review correspondence with J. Stang and state court counsel re preliminary injunction strategy (.1); | 0.10 | $62.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 4/11/2023 | Jesse Bair | Review revised version of the joint pre-trial order circulated by the Diocese (.1); review correspondence with PSZJ and the Diocese re same (.1); | 0.20 | $125.00 |
| 4/11/2023 | Jesse Bair | Review and edit the Committee's objection to K. Porter's direct testimony declaration (.4); review correspondence with I. Nasatir re same (.1); | 0.50 | $312.50 |
| 4/11/2023 | Timothy Burns | Analysis of Plan insurance options and settlement strategies (1.2); conference with J. Bair re same (.2); conference with J. Bair re meet and confer with Reed Smith re magistrate settlement conference (.1); | 1.50 | $1,462.50 |
| 4/11/2023 | Jesse Bair | Review the Diocese's motion to dismiss witness list (.1); | 0.10 | $62.50 |
| 4/11/2023 | Jesse Bair | Review additional district court orders referring the insurance actions to Magistrate Cave for settlement purposes (.2); review and respond to correspondence with PSZJ team re same (.2); correspondence with Reed Smith re same and meet and confer call (.1); participate in conference with T. Burns re same (.1); | 0.60 | $375.00 |
| 4/11/2023 | Jesse Bair | Review and edit the Committee's objection to E. Stephen's direct testimony declaration (.2); | 0.20 | $125.00 |
| 4/11/2023 | Jesse Bair | Review and edit the Committee's objection to C. Moore's direct testimony declaration (.3); | 0.30 | $187.50 |
| 4/11/2023 | Jesse Bair | Participate in conference with T. Burns re insurance-related Plan strategy (.2); | 0.20 | $125.00 |
| 4/12/2023 | Jesse Bair | Prepare for Reed Smith settlement conference meet and confer (.1); participate in pre-meeting conference with T. Burns re mediation strategy (.2); participate in Reed Smith settlement conference meet and confer (.4); participate in post-meeting conference with T. Burns re outcome of same and potential next-steps in advance of Friday call with Magistrate Judge Cave (.3); | 1.00 | $625.00 |
| 4/12/2023 | Jesse Bair | Review revised version of Porter direct testimony objection (.1); | 0.10 | $62.50 |
| 4/12/2023 | Jesse Bair | Review and consider additional settlement-related orders entered in the insurance district court actions (.2); correspondence with PSZJ team re same (.1); | 0.30 | $187.50 |
| 4/12/2023 | Jesse Bair | Participate in conference with PSZJ re mediation strategy and upcoming settlement conference call with Magistrate Judge Cave (.5); participate in post-call with T. Burns re same and next-steps (.2); | 0.70 | $437.50 |
| 4/12/2023 | Jesse Bair | Analysis re Arrowood's most recent statutory annual statement re the company's financial condition (.1); | 0.10 | $62.50 |
| 4/12/2023 | Jesse Bair | Review correspondence with K. Brown, I. Nasatir, and G. Greenwood re potential changes to the Committee's preliminary injunction exhibits (.1); | 0.10 | $62.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 4/12/2023 | Timothy Burns | Prepare for meet and confer with Reed Smith re mediation hearing before magistrate (.4); pre-meeting with J. Bair re same (.2); participate in meet and confer with Reed Smith (.4); post-meeting with J. Bair re follow-up (.3); participate in calls with state court counsel re same (.3); participate in conference with PSZJ re mediation strategy (.5); post-call with J. Bair re same and next-steps (.2); further consideration of mediation issues in advance of upcoming call with magistrate Cave (.5); | 2.80 | $2,730.00 |
| 4/13/2023 | Jesse Bair | Correspondence with I. Nasatir re Diocesan insurance coverage chart (.1); | 0.10 | $62.50 |
| 4/13/2023 | Jesse Bair | Analyze prior insurer settlement offers and counters (.1); draft insurance settlement overview for T. Burns in preparation for initial settlement call with Judge Cave (.1); | 0.20 | $125.00 |
| 4/13/2023 | Jesse Bair | Preliminary review of BSA decision relied upon by the Diocese in its preliminary injunction reply brief (.2); answer I. Nasatir question re same (.1); review related correspondence with I. Nasatir re same (.1); | 0.40 | $250.00 |
| 4/13/2023 | Jesse Bair | Correspondence with Reed Smith re meet and confer issues in advance of initial settlement call with Judge Cave (.2); | 0.20 | $125.00 |
| 4/13/2023 | Jesse Bair | Correspondence with PSZJ team re preliminary injunction hearing logistics (.1); | 0.10 | $62.50 |
| 4/13/2023 | Jesse Bair | Review mediation order entered in the bankruptcy case in preparation for initial settlement call with Judge Cave (.2); | 0.20 | $125.00 |
| 4/13/2023 | Jesse Bair | Review Judge Cave's settlement conference standing order in preparation for initial settlement call with Judge Cave (.2); correspondence with PSZJ team re same (.1); | 0.30 | $187.50 |
| 4/13/2023 | Timothy Burns | Email to paralegal re mediation materials (.1); met with J. Bair re mediation hearing issues (.1); | 0.20 | $195.00 |
| 4/13/2023 | Jesse Bair | Participate in conference with PSZJ team for insurance purposes re litigation strategy and ongoing case issues (1.0); | 1.00 | $625.00 |
| 4/13/2023 | Jesse Bair | Participate in conference with T. Burns re upcoming settlement conference call with Judge Cave (.2); | 0.20 | $125.00 |
| 4/13/2023 | Alyssa Turgeon | Research and identify various insurance case materials needed for review by T. Burns to prepare for upcoming mediation call with Judge Cave (1.7); | 1.70 | $612.00 |
| 4/13/2023 | Jesse Bair | Review correspondence with G. Greenwood and K. Brown re preliminary injunction joint pretrial order (.1); | 0.10 | $62.50 |
| 4/13/2023 | Jesse Bair | Review monthly PSIP information received from the Debtor (.1); | 0.10 | $62.50 |
| 4/14/2023 | Jesse Bair | Review draft letter to the Court re the Committee's position re the parishes' and Diocese's position re enforcement of CVA judgments against parishes assets (.1); | 0.10 | $62.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 4/14/2023 | Jesse Bair | Review final version of the Committee's responses to the Diocese's motion to dismiss discovery requests (.1); | 0.10 | $62.50 |
| 4/14/2023 | Jesse Bair | Participate in call with J. Stang, K. Dine, and T. Burns re outcome of Judge Cave initial settlement conference call and next-steps re case mediation (.3); | 0.30 | $187.50 |
| 4/14/2023 | Jesse Bair | Participate in initial settlement conference call with Judge Cave (1.0); participate in post-call conference with T. Burns re outcome of same and next-steps (.2); | 1.20 | $750.00 |
| 4/14/2023 | Jesse Bair | Participate in state court counsel meeting for insurance purposes re litigation and mediation updates and strategy (.8); | 0.80 | $500.00 |
| 4/14/2023 | Timothy Burns | Detailed review of case insurance materials in preparation for mediation call with Magistrate Judge Cave and the insurers (2.4); conference with J. Bair re same (.3); participate in call with Reed Smith re same (.2); participate in mediation call with Judge Cave and the insurers (1.0); participate in post-hearing conference with J. Bair re outcome of same and next-steps (.2); post-hearing call with PSZJ and J. Bair re same (.3); participate in calls with sate court counsel re Arrowood issues (.4); participate in state court counsel meeting for insurance purposes re mediation strategy (.8); | 5.60 | $5,460.00 |
| 4/14/2023 | Jesse Bair | Prepare for initial settlement conference call with Judge Cave, including conference with T. Burns re same (.4); | 0.40 | $250.00 |
| 4/14/2023 | Jesse Bair | Review the Diocese's letter to the Committee re the scope of the preliminary injunction order and the related insurance schedules (.1); | 0.10 | $62.50 |
| 4/14/2023 | Jesse Bair | Review correspondence from P. Van Osselaer re mediation developments (.1); | 0.10 | $62.50 |
| 4/15/2023 | Jesse Bair | Review the Debtor's letter to the Court objecting to potential Bishop deposition (.1); | 0.10 | $62.50 |
| 4/15/2023 | Jesse Bair | Review the Committee's letter to the Court re potential Bishop deposition (.1); | 0.10 | $62.50 |
| 4/15/2023 | Jesse Bair | Correspondence with I. Nasatir re the agreed coverage summary (.1); | 0.10 | $62.50 |
| 4/16/2023 | Jesse Bair | Review and edit draft Porter cross examination for trial (2.1); correspondence with I. Nasatir re same (.1); | 2.20 | $1,375.00 |
| 4/16/2023 | Jesse Bair | Review K. Brown correspondence re insurance preliminary injunction arguments (.1); | 0.10 | $62.50 |
| 4/16/2023 | Jesse Bair | Research case law supporting the proposition that insurers act in bad faith if they tender their per occurrence limits solely to end their duty to defend (.4); correspondence with I. Nasatir re same (.1); | 0.50 | $312.50 |
| 4/16/2023 | Jesse Bair | Additional analysis of BSA opinion cited by the Diocese in support of its preliminary injunction reply brief (.2); review and respond to I. Nasatir correspondence re same (.2); | 0.40 | $250.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 4/16/2023 | Timothy Burns | Review Diocese's apex deposition letter (.1); review the Committee's response to same (.1); review letter from Committee to Judge Glenn re need for court approval before executing on CVA judgment against parish assets (.1); | 0.30 | $292.50 |
| 4/17/2023 | Jesse Bair | Review draft Committee response to the Diocese's letter re meet and confer re related insurance schedules and associated proofs of claim (.1); | 0.10 | $62.50 |
| 4/17/2023 | Jesse Bair | Review and consider judicial notice of appointment of mediator (.1); | 0.10 | $62.50 |
| 4/17/2023 | Jesse Bair | Correspondence with I. Nasatir re Porter cross examination strategy (.1); | 0.10 | $62.50 |
| 4/17/2023 | Timothy Burns | Reviewed email from PSZJ re magistrate hearing (.1) and Bankruptcy Court hearing (.1); | 0.20 | $195.00 |
| 4/17/2023 | Jesse Bair | Review the Diocese's response to the Committee's preliminary injunction witness objections (.1); | 0.10 | $62.50 |
| 4/17/2023 | Jesse Bair | Additional correspondence with I. Nasatir re potential preliminary injunction insurance exhibit (.1); | 0.10 | $62.50 |
| 4/17/2023 | Jesse Bair | Review J. Stang correspondence to the Committee re case developments and potential motion to dismiss delay (.1); | 0.10 | $62.50 |
| 4/18/2023 | Jesse Bair | Review revised draft response to the Diocese's letter re related insurance schedules and associated proofs of claim (.1); | 0.10 | $62.50 |
| 4/18/2023 | Timothy Burns | Participate in call with the mediator re upcoming settlement call and related issues (.5); | 0.50 | $487.50 |
| 4/18/2023 | Jesse Bair | Review K. Brown correspondence re preliminary injunction arguments in advance of hearing (.1); | 0.10 | $62.50 |
| 4/18/2023 | Jesse Bair | Review Order setting additional pre-settlement conference call with Judge Cave and PVO (.1); | 0.10 | $62.50 |
| 4/19/2023 | Jesse Bair | Review Order sustaining the Diocese's fifth omnibus claims objection (.3); | 0.30 | $187.50 |
| 4/19/2023 | Jesse Bair | Review supplemental letter to the court from the Diocese re related insurance schedules and associated proofs of claim (.1); | 0.10 | $62.50 |
| 4/19/2023 | Jesse Bair | Review various correspondence with J. Stang, the Diocese, the US Trustee, the Committee, and state court counsel re potential extension of the preliminary injunction and parameters re same (.2); | 0.20 | $125.00 |
| 4/19/2023 | Timothy Burns | Participate in call with state court counsel re Arrowood issues (.8); | 0.80 | $780.00 |
| 4/20/2023 | Timothy Burns | Participate in conference with J. Bair re upcoming settlement call with Judge Cave and PVO (.1); | 0.10 | $97.50 |
| 4/20/2023 | Jesse Bair | Analyze C. Moore expert report for insurance issues and critiques (.5); draft summary of same for PSZJ (.2); | 0.70 | $437.50 |
| 4/20/2023 | Jesse Bair | Participate in conference with T. Burns re preliminary injunction hearing outcome and settlements issues (.2); | 0.20 | $125.00 |
| 4/20/2023 | Jesse Bair | Participate in conference with T. Burns re upcoming settlement call with Judge Cave and PVO (.1); | 0.10 | $62.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 4/20/2023 | Timothy Burns | Participate in conference with J. Bair re preliminary injunction hearing outcome and settlements issues (.2); | 0.20 | $195.00 |
| 4/20/2023 | Timothy Burns | Participate in conference with PSZJ team re ongoing case issues for insurance purposes (.9); | 0.90 | $877.50 |
| 4/20/2023 | Jesse Bair | Review K. Dine correspondence to the Committee re preliminary injunction hearing outcome and mediation developments (.1); | 0.10 | $62.50 |
| 4/21/2023 | Jesse Bair | Analyze Judge Cave's mediation scheduling order (.1); | 0.10 | $62.50 |
| 4/21/2023 | Jesse Bair | Review correspondence with PSZJ team re upcoming settlement call with Judge Cave and PVO and strategy re same (.1); | 0.10 | $62.50 |
| 4/21/2023 | Timothy Burns | Prepare for settlement call with Judge Cave (.4); participate in settlement call (1.0); participate in portion of state court counsel meeting re outcome of same and related mediation issues (.5); participate in conference with J. Bair re outcome of same (.1); | 2.00 | $1,950.00 |
| 4/21/2023 | Jesse Bair | Review B. Michael correspondence re motion to dismiss adjournment (.1); | 0.10 | $62.50 |
| 4/21/2023 | Jesse Bair | Participate in pre-settlement conference call with Judge Cave and PVO re structure and logistics for upcoming case mediation sessions (1.0); | 1.00 | $625.00 |
| 4/21/2023 | Jesse Bair | Participate in conference with T. Burns re outcome of state court counsel meeting (.1); | 0.10 | $62.50 |
| 4/22/2023 | Jesse Bair | Review materials re recent Diocesan insurance activities (.2); | 0.20 | $125.00 |
| 4/22/2023 | Jesse Bair | Analyze B. Cawley memorandum re recent BSA decision re insurance issues potentially impacting DRVC case (.6); | 0.60 | $375.00 |
| 4/24/2023 | Timothy Burns | Participate in conference with J. Bair re insurance strategy re upcoming mediation sessions (.2); | 0.20 | $195.00 |
| 4/24/2023 | Jesse Bair | Correspondence with B. Michael re upcoming mediation sessions (.1); correspondence with T. Burns and K. Dempski re same (.1); | 0.20 | $125.00 |
| 4/24/2023 | Jesse Bair | Participate in conference with T. Burns re insurance strategy re upcoming mediation sessions (.2); | 0.20 | $125.00 |
| 4/24/2023 | Jesse Bair | Review correspondence from B. Michael re impacted CVA cases if the Court denies the preliminary injunction (.1); review spreadsheet re same (.1); | 0.20 | $125.00 |
| 4/24/2023 | Jesse Bair | Review minute entries in insurance district court actions re upcoming mediation sessions (.1); | 0.10 | $62.50 |
| 4/24/2023 | Jesse Bair | Review correspondence from B. Michael and J. Stang re weekly case strategy meeting (.1); | 0.10 | $62.50 |
| 4/25/2023 | Jesse Bair | Review information re logistics for upcoming May mediation sessions (.1); | 0.10 | $62.50 |
| 4/25/2023 | Timothy Burns | Participate in conference with J. Bair re insurance strategy re upcoming mediation sessions (.1); | 0.10 | $97.50 |
| 4/25/2023 | Jesse Bair | Prepare for hearing on professional interim fee applications (.1); participate in hearing re BB's interim fee application (.7); | 0.80 | $500.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 4/25/2023 | Jesse Bair | Participate in conference with T. Burns re insurance strategy re upcoming mediation sessions (.1); | 0.10 | $62.50 |
| 4/25/2023 | Jesse Bair | Review CFN's objection to the revised sale order (.1); | 0.10 | $62.50 |
| 4/25/2023 | Jesse Bair | Review correspondence with the Committee and B. Michael re May 19 mediation session (.1); | 0.10 | $62.50 |
| 4/26/2023 | Jesse Bair | Participate in conference with T. Burns re insurance strategy in advance of upcoming mediation sessions (.1); | 0.10 | $62.50 |
| 4/26/2023 | Timothy Burns | Review correspondence with PSZJ and the Diocese re expert issues (.1); | 0.10 | $97.50 |
| 4/26/2023 | Jesse Bair | Review and edit initial draft of mediation confidentiality agreement circulated by Arrowood (.1); correspondence with PSZJ re potential edits to same (.1); | 0.20 | $125.00 |
| 4/26/2023 | Jesse Bair | Review draft post-trial order re preliminary injunction evidence and insurance information (.2); review correspondence with B. Michael, I. Nasatir, K. Brown, and G. Greenwood re suggested edits to same (.2); | 0.40 | $250.00 |
| 4/26/2023 | Timothy Burns | Participate in conference with J. Bair re insurance strategy in advance of upcoming mediation sessions (.1); | 0.10 | $97.50 |
| 4/27/2023 | Timothy Burns | Participate in conference with J. Bair re Arrowood strategy (.2); | 0.20 | $195.00 |
| 4/27/2023 | Jesse Bair | Review and edit initial draft of the Committee's mediation statement (.6); review I. Nasatir's suggested edits to same (.2); review correspondence from K. Dine and B. Michael re additional potential edits to same (.1); | 0.90 | $562.50 |
| 4/27/2023 | Jesse Bair | Analysis re various insurance questions from Claro re supplemental insurer exposure and allocation analysis (.3); correspondence with Claro re same (.1); | 0.40 | $250.00 |
| 4/27/2023 | Jesse Bair | Review mediator directive re May mediation sessions (.1); | 0.10 | $62.50 |
| 4/27/2023 | Jesse Bair | Review final version of stipulation and order re preliminary injunction evidence and certain insurance information (.1); | 0.10 | $62.50 |
| 4/27/2023 | Jesse Bair | Review correspondence with Arrowood, the mediators, and B. Michael re mediation confidentiality and process issues (.2); | 0.20 | $125.00 |
| 4/27/2023 | Jesse Bair | Participate in conference with T. Burns re Arrowood strategy (.2); | 0.20 | $125.00 |
| 4/27/2023 | Jesse Bair | Review correspondence from B. Michael re potential mediation agenda for May 10 session (.1); | 0.10 | $62.50 |
| 4/27/2023 | Timothy Burns | Review correspondence from PSZJ re upcoming mediation session (.1); | 0.10 | $97.50 |
| 4/28/2023 | Jesse Bair | Analyze and respond to further Claro insurance questions re supplemental insurance exposure and allocation analysis (.3); | 0.30 | $187.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 4/28/2023 | Jesse Bair | Prepare for state court counsel meeting (.1); participate in state court counsel meeting for insurance purposes re mediation strategy (1.3); participate in post-call with PSZJ and T. Burns re same (.4); | 1.80 | $1,125.00 |
| 4/28/2023 | Timothy Burns | Review and revise the Committee's mediation statement (.9); participate in call with J. Bair re same (.2); participate in state court counsel meeting for insurance purposes re mediation strategy (1.3); participate in post-meeting call with PSZJ and J. Bair re same (.4); | 2.80 | $2,730.00 |
| 4/28/2023 | Jesse Bair | Review and edit revised version of the Committee's mediation statement incorporating edits from T. Burns (.3); participate in call with T. Burns re same (.2); | 0.50 | $312.50 |
| 4/28/2023 | Jesse Bair | Review alternative mediation confidentiality agreement circulated by Judge Cave (.1); | 0.10 | $62.50 |
| 4/28/2023 | Jesse Bair | Review and edit revised mediation confidentiality agreement circulated by Arrowood (.1); correspondence with B. Michael and J. Stang re same (.1); | 0.20 | $125.00 |
| 4/28/2023 | Jesse Bair | Review and edit most recent draft of the Committee's mediation statement (.4); correspondence with T. Burns re same (.1); | 0.50 | $312.50 |
| 4/29/2023 | Jesse Bair | Review LMI and the Diocese's letter to Judge Cronan re settlement update (.1); | 0.10 | $62.50 |
| 4/29/2023 | Jesse Bair | Review revised version of the Committee's mediation statemen (.1); review correspondence with B. Michael and state court counsel re same (.1); | 0.20 | $125.00 |
| 4/30/2023 | Jesse Bair | Analysis re Arrowood Guarantee Fund exposure (.2); correspondence with I. Nasatir, J. Stang, and state court counsel re same (.2); | 0.40 | $250.00 |
| **Total Hours and Fees** | | | **87.20** | **$58,710.50** |

### EXPENSES

| Date | Description | Amount |
|---|---|---|
| 4/1/2023 | First Quarter 2023 PACER (Public Access to Court Electronic Records) | $98.90 |
| **Total Expenses** | | **$98.90** |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alyssa Turgeon | 1.80 | $360.00 | $648.00 |
| Brenda Horn | 0.80 | $360.00 | $288.00 |
| Brian Cawley | 17.90 | $420.00 | $7,518.00 |
| Jesse Bair | 41.90 | $625.00 | $26,187.50 |
| Leakhena Au | 0.10 | $420.00 | $42.00 |
| Nathan Kuenzi | 0.10 | $420.00 | $42.00 |

| **Name** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Timothy Burns | 24.60 | $975.00 | $23,985.00 |

**Total Due This Invoice: $58,809.40**