UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,

Debtor.[1]

---

Case No. 20-12345 (MG)

Chapter 11

**ORDER GRANTING REMAINDER OF
SEVENTH INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES BY PACHULSKI STANG ZIEHL & JONES LLP
AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM OCTOBER 1, 2022 THROUGH JANUARY 31, 2023**

Pachulski Stang Ziehl & Jones LLP ("PSZJ"), as counsel to the Official Committee of Unsecured Creditors in the above-captioned case, filed its Seventh Interim Application for Compensation for the Period from October 1, 2022 through January 31, 2023 (the "Seventh Interim Fee Application") [Doc. No. 1803] and the Supplement to the Committee's Sixth and Seventh Interim Fee Applications (the "Supplement"). The Court has reviewed both the Seventh Interim Fee Application and the Supplement and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Seventh Interim Fee Application and of the April 25, 2023 hearing on the Seventh Interim Fee Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Seventh Interim Fee Application. Accordingly, it is hereby

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue, P.O. Box 9023, Rockville Centre, NY 11571-9023.

1

**ORDERED** that the Seventh Interim Fee Application is GRANTED such that PSZJ is hereby awarded, on an interim basis, the allowance of $586,788.50 for actual and necessary expenses (the "Allowed Expenses") that PSZJ incurred in the above-captioned case during the time period covered by the Seventh Interim Fee Application.[2]

**ORDERED** that the Debtor is hereby authorized and directed to immediately pay PSZJ all unpaid portions of the Allowed Expenses.

**ORDERED** that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**IT IS SO ORDERED.**

Dated:  June 6, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Martin Glenn
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MARTIN GLENN
　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States Bankruptcy Judge
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF BANKRUPTCY JUDGE

---

[2] In the *Order Granting Applications for Allowance of Interim Compensation and Reimbursement of Expenses* [Doc. No. 2041] (the "April 2023 Fee Order"), the Court did not approve the Allowed Expenses. The April 2023 Fee Order is hereby supplemented only to allow, and direct payment of, PSZJ's Allowed Expenses on an interim basis.

## SCHEDULE A

### October 1, 2022 – January 31, 2023

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | Mar. 14, 2023 Doc. No. 1803; and May 5, 2023 Doc. No. 2080 | $3,050,729.50 | $3,050,729.50 | $3,050,729.50 | $0 | $3,050,729.50 | $639,143.42 | $639,143.42 |

DATE ON WHICH ORDER WAS SIGNED: June 6, 2023

INITIALS: _MG_ USBJ