BURNS BAIR LLP
Timothy W. Burns, Esq. (admitted *pro hac vice*)
Jesse J. Bair, Esq. (admitted *pro hac vice*)
10 E. Doty St., Suite 600
Madison, WI 53703-3392
Telephone: (608) 286-2808
Email: tburns@burnsbair.com
Email: jbair@burnsbair.com

*Special Insurance Counsel to the Official Committee*
*of Unsecured Creditors of The Roman Catholic Diocese*
*of Rockville Centre, New York*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>THE ROMAN CATHOLIC DIOCESE OF<br>ROCKVILLE CENTRE, NEW YORK,<br>                              Debtor. | Chapter 11<br>Case No. 20-12345 (MG) |

**THIRTY-FIRST MONTHLY FEE STATEMENT OF BURNS BAIR LLP,**
**AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS FOR PROFESSIONAL SERVICES RENDERED**
**AND DISBURSEMENTS INCURRED FOR THE PERIOD FROM**
**MAY 1, 2023 THROUGH MAY 31, 2023**

| | |
|---|---|
| Name of Applicant: | Burns Bair LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | Effective October 29, 2020 pursuant to Order dated December 9, 2020 [Docket No. 246] |
| Period for which compensation and reimbursement is sought: | May 1, 2023 – May 31, 2023 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $151,579.75 80% of which is $121,263.80 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $7,084.73 |
| TOTAL (80% of fees and 100% of costs) | $128,348.53 |

**This is the thirty-first monthly fee statement.**

## PRELIMINARY STATEMENT

Burns Bair LLP ("Burns Bair"), as Special Insurance Counsel to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Diocese of Rockville Centre, New York (the "Debtor"), hereby submits this thirty-first monthly statement (the "Monthly Statement") for the period from May 1, 2023 through May 31, 2023 (the "Statement Period") for payment of professional services rendered and reimbursement of expenses incurred during the Statement Period pursuant to the Court's *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* dated November 4, 2020 [Docket No. 129] (the "Interim Compensation Order").  Burns Bair requests: (a) interim allowance and payment of compensation in the amount of $121,263.80 (80% of $151,579.75) for fees on account of reasonable and necessary professional services rendered to the Committee by Burns Bair, and (b) reimbursement of actual and necessary costs and expenses in the amount of $7,084.73.

## FEES FOR SERVICES RENDERED DURING THE STATEMENT PERIOD

1.      Set forth below is a list of the positions of the Burns Bair professionals and paraprofessionals who provided services to the Committee during the Statement Period, their respective billing rates, and the aggregate hours spent by each professional and paraprofessional in providing services on behalf of the Committee during the Statement Period.

| Name | Title | Year of Partnership | Year of Admission | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Timothy Burns | Partner | 2008 | 1991 | $975 | 57.00 | $55,575.00 |
| Timothy Burns - Travel | Partner | 2008 | 1991 | $487.50 | 26.00 | $12,675.00 |
| Jesse Bair | Partner | 2020 | 2013 | $625 | 79.60 | $49,750.00 |
| Jesse Bair - Travel | Partner | 2020 | 2013 | $312.50 | 19.50 | $6,093.75 |
| Nathan Kuenzi | Associate | N/A | 2020 | $420 | 17.30 | $7,266.00 |
| Brian Cawley | Associate | N/A | 2020 | $420 | 17.20 | $7,224.00 |
| Leakhena Au | Associate | N/A | 2020 | $420 | 29.40 | $12,348.00 |
| Alyssa Turgeon | Paralegal | N/A | N/A | $360.00 | .90 | $324.00 |
| Karen Dempski | Paralegal | N/A | N/A | $360.00 | .10 | $36.00 |
| Brenda Horn-Edwards | Paralegal | N/A | N/A | $360.00 | .80 | $288.00 |
| | | | | **TOTAL:** | **247.80** | **$151,579.75** |

2.    The rates charged by Burns Bair for services rendered to the Committee are the same rates that it charges generally for professional services rendered to its non-bankruptcy clients. A complete itemization of tasks performed by these professionals and paraprofessionals for the Statement Period is annexed hereto as **Exhibit A**.

## NOTICE AND OBJECTION PROCEDURES

3.    No trustee or examiner has been appointed in these chapter 11 cases. Pursuant to the Interim Compensation Order, Burns Bair has provided notice of this statement upon the following parties by electronic or first class mail: (a) the Debtor c/o The Roman Catholic Diocese of Rockville Centre, 50 N Park Ave P.O. Box 9023, Rockville Centre, NY 11571-9023 (Attn: Thomas Renker); (b) the attorneys for the Debtor, Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); and (c) the Office of the United States Trustee Region 2 (the "U.S. Trustee"), 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq.). Burns Bair submits that no other or further notice need be provided.

4.    Pursuant to the Interim Compensation Order, objections to this Monthly Statement, if any, must be served upon the Application Recipients by **July 17, 2023** (the "Objection Deadline") setting forth the nature of the objection and the amount of fees or expenses at issue.

5.    If no objections to this Monthly Statement are made on or before the Objection Deadline, the Debtor shall pay Burns Bair 80% of the fees and 100% of the expenses set forth above.  To the extent an objection to this Monthly Statement is timely made, the Debtor shall withhold payment of that portion of the Monthly Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such objection is not resolved; it shall be preserved and presented to the Court at the next interim or final fee application hearing.

Dated:  June 30, 2023                    BURNS BAIR LLP

                                         */s/  Timothy W. Burns*
                                         Timothy W. Burns, Esq. (admitted *pro hac vice*)
                                         Jesse J. Bair, Esq. (admitted *pro hac vice*)
                                         10 E. Doty St., Suite 600
                                         Madison, WI 53703-3392
                                         Telephone: (608) 286-2808
                                         Email:  tburns@burnsbair.com
                                         Email:  jbair@burnsbair.com

                                         *Special Insurance Counsel to the Official*
                                         *Committee of Unsecured Creditors of The Roman*
                                         *Catholic Diocese of Rockville Centre, New York*

# EXHIBIT A

# Burns | Bair

10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**The Official Committee of Unsecured Creditors
of The Roman Catholic Diocese of Rockville
Centre**

**Issue Date :**    6/1/2023

**Bill # :**    01146

**Due Date :**  Upon Receipt

**Matter:** Insurance

## PROFESSIONAL SERVICES RENDERED

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 5/1/2023 | Leakhena Au | Participate in BB team conference re case developments and projects (.2); | 0.20 | $84.00 |
| 5/1/2023 | Jesse Bair | Participate in BB team conference re case developments and projects (.2); | 0.20 | $125.00 |
| 5/1/2023 | Timothy Burns | Conference with J. Bair re mediation strategy (.1); conference with BB team re insurance strategy and related assignments (.2); review and respond to B. Michael correspondence re Committee mediation brief (.1); further review of Committee mediation statement (.2); review correspondence from J. Bair re Arrowood exposure (.1); | 0.70 | $682.50 |
| 5/1/2023 | Jesse Bair | Review correspondence with B. Michael and I. Nasatir re Arrowood issues in connection with the Committee's mediation statement (.1); review T. Burns correspondence re same (.1); | 0.20 | $125.00 |
| 5/1/2023 | Brian Cawley | Participate in BB team conference re insurance strategy and related assignments (.2) | 0.20 | $84.00 |
| 5/1/2023 | Jesse Bair | Review revised version of the Committee's mediation statement (.1); | 0.10 | $62.50 |
| 5/1/2023 | Alyssa Turgeon | Participate in BB team conference re insurance strategy and related assignments (.2) | 0.20 | $72.00 |
| 5/1/2023 | Jesse Bair | Review the Court's Order granting in part and over-ruling in part the Diocese's 8th omnibus claims objection (.6); | 0.60 | $375.00 |
| 5/1/2023 | Alyssa Turgeon | Draft mediation preparation binder for T. Burns (0.5); | 0.50 | $180.00 |
| 5/1/2023 | Jesse Bair | Participate in conference with T. Burns re insurance mediation strategy (.1); | 0.10 | $62.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 5/1/2023 | Jesse Bair | Review K. Dine and B. Michael correspondence to the Committee re case developments and mediation (.1); | 0.10 | $62.50 |
| 5/1/2023 | Jesse Bair | Review the Diocese's requests for admission to Arrowood re policy terms and language (.2); | 0.20 | $125.00 |
| 5/1/2023 | Nathan Kuenzi | Participate in BB team conference re case developments and projects (.2); | 0.20 | $84.00 |
| 5/2/2023 | Jesse Bair | Attend May 2 hearing re CFN sale for insurance purposes (.3); | 0.30 | $187.50 |
| 5/2/2023 | Jesse Bair | Review and edit revised version of the Committee's draft mediation statement, incorporating new Claro figures (.4); review and respond to correspondence with B. Michael re same and related insurance issues (.2); | 0.60 | $375.00 |
| 5/2/2023 | Timothy Burns | Review and revise updated version of the Committee's mediation statement (.7); review correspondence with J. Bair and B. Michael re same (.2); | 0.90 | $877.50 |
| 5/2/2023 | Jesse Bair | Analyze Claro's revised valuation and insurance allocation analysis (.2); | 0.20 | $125.00 |
| 5/3/2023 | Jesse Bair | Review correspondence with B. Michael and the Committee re recent CVA jury verdict (.1); | 0.10 | $62.50 |
| 5/3/2023 | Jesse Bair | Correspondence with B. Michael and I. Nasatir re LMI SIR issues (.1); | 0.10 | $62.50 |
| 5/3/2023 | Jesse Bair | Review the Diocese's mediation statement (.4); | 0.40 | $250.00 |
| 5/3/2023 | Jesse Bair | Participate in call with B. Michael and I. Nasatir re BSA impact, if any, on DRVC claims (.3); | 0.30 | $187.50 |
| 5/3/2023 | Jesse Bair | Review the parishes' mediation statement (.3); | 0.30 | $187.50 |
| 5/4/2023 | Jesse Bair | Review and respond to correspondence with PSZJ team and the mediators regarding potential exchange of redacted Committee mediation statement with the carriers (.2); conference with T. Burns re same and overall insurance strategy for upcoming mediation sessions (.2); | 0.40 | $250.00 |
| 5/4/2023 | Jesse Bair | Review follow-up correspondence from the mediators re exchange of mediation information and related issues (.1); | 0.10 | $62.50 |
| 5/4/2023 | Jesse Bair | Participate in portion of meeting with PSZJ team re mediation strategy for insurance purposes (.7); participate in follow-up conference with T. Burns re outcome of same and agenda for upcoming mediation session (.1); | 0.80 | $500.00 |
| 5/4/2023 | Jesse Bair | Participate in call with Claro re insurance allocation issues (.2); | 0.20 | $125.00 |
| 5/4/2023 | Nathan Kuenzi | Begin researching Delaware law re unfair claims handling practices in connection with Arrowood strategy (.7); | 0.70 | $294.00 |

| 5/4/2023 | Jesse Bair | Review draft Claro mediation presentation (.3); | 0.30 | $187.50 |
| 5/4/2023 | Timothy Burns | Participate in call with state court counsel re insurance mediation strategy (.1); participate in call with J. Stang re same (.6); | 0.70 | $682.50 |
| 5/4/2023 | Jesse Bair | Participate in conference with B. Cawley re instructions for preparing Committee insurance presentation for upcoming mediation session (.4); draft follow-up correspondence to B. Cawley providing supplemental instructions and attaching various case materials needed to prepare presentation (.3); | 0.70 | $437.50 |
| 5/4/2023 | Brian Cawley | Participate in conference with J. Bair re instructions for preparing Committee insurance presentation for upcoming mediation session (.4); analyze documents sent by J. Bair in connection with preparing insurance presentation (.9); begin drafting Committee insurance mediation presentation (.2); | 1.50 | $630.00 |
| 5/5/2023 | Nathan Kuenzi | Draft outline of memorandum for T. Burns re unfair claims handling practices in connection with Arrowood strategy (.5); | 0.50 | $210.00 |
| 5/5/2023 | Jesse Bair | Participate in supplemental call with T. Burns re outcome of state court counsel meeting and preparations in advance of upcoming mediation session (.1); | 0.10 | $62.50 |
| 5/5/2023 | Timothy Burns | Participate in conference with J. Bair re the Committee's mediation statement and upcoming mediation session (.2); participate in additional conference with J. Bair re insurance strategy for upcoming mediation session (.1); | 0.30 | $292.50 |
| 5/5/2023 | Brian Cawley | Continue drafting Committee insurance mediation presentation (2.2); participate in conference with J. Bair re same and potential edits (.2); correspondence with J. Bar re same (.1); | 2.50 | $1,050.00 |
| 5/5/2023 | Jesse Bair | Conference with B. Cawley and answer questions re preparation of Committee insurance presentation for upcoming mediation session (.2); | 0.20 | $125.00 |
| 5/5/2023 | Brian Cawley | Continue drafting Committee insurance mediation presentation (4.0); | 4.00 | $1,680.00 |
| 5/5/2023 | Jesse Bair | Participate in call with T. Burns re Arrowood and mediation strategy (.1) | 0.10 | $62.50 |
| 5/5/2023 | Nathan Kuenzi | Continue detailed research re Delaware common law, statutes, and regulations re unfair claims handling practices in connection with Arrowood strategy (5.5); | 5.50 | $2,310.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 5/5/2023 | Jesse Bair | Participate in state court counsel meeting for insurance purposes re mediation preparations and strategy for upcoming sessions (1.2); | 1.20 | $750.00 |
| 5/5/2023 | Jesse Bair | Review Reed Smith supplemental submission re insurance expert work (.1); | 0.10 | $62.50 |
| 5/5/2023 | Jesse Bair | Correspondence with I. Nasatir re Committee insurance mediation presentation (.1); | 0.10 | $62.50 |
| 5/6/2023 | Jesse Bair | Review Claro analysis re revised insurance "buckets" for POCs (.1); correspondence with Claro re same and additional analysis needed (.1); | 0.20 | $125.00 |
| 5/6/2023 | Jesse Bair | Begin reviewing and editing initial draft of the Committee's insurance mediation presentation, including drafting additional sections of same (1.9); | 1.90 | $1,187.50 |
| 5/7/2023 | Jesse Bair | Analyze and incorporate T. Burns' suggested edits into draft Committee insurance mediation presentation (.2); correspondence with I. Nasatir re same (.1); | 0.30 | $187.50 |
| 5/7/2023 | Nathan Kuenzi | Continue detailed research re Delaware common law, statutes, and regulations re unfair claims handling practices in connection with Arrowood strategy (1.5); | 1.50 | $630.00 |
| 5/7/2023 | Jesse Bair | Review J. Stang correspondence re draft Committee insurance mediation presentation (.1); | 0.10 | $62.50 |
| 5/7/2023 | Jesse Bair | Continue reviewing and editing initial draft of the Committee's insurance mediation presentation, including drafting additional sections of same (1.3); | 1.30 | $812.50 |
| 5/8/2023 | Alyssa Turgeon | Participate in BB team conference re case strategy and related assignments (.1); | 0.10 | $36.00 |
| 5/8/2023 | Jesse Bair | Participate in conference with T. Burns re outcome of call with the mediator (.2); | 0.20 | $125.00 |
| 5/8/2023 | Timothy Burns | Participate in call with the mediator re insurance issues and upcoming mediation sessions (1.0); participate in follow-up meeting with J. Bair re same and outcome of mediator call (.2); participate in BB team conference re case strategy and related assignments (.1); review the Diocese's motion to quash certain Arrowood subpoenas (.1); | 1.40 | $1,365.00 |
| 5/8/2023 | Nathan Kuenzi | Participate in BB team conference re case strategy and related assignments (.1); | 0.10 | $42.00 |
| 5/8/2023 | Leakhena Au | Participate in BB team meeting re case developments and related assignment (.1); | 0.10 | $42.00 |
| 5/8/2023 | Jesse Bair | Correspond with T. Burns re key insurance materials for review in advance of upcoming mediation session (.1); | 0.10 | $62.50 |
| 5/8/2023 | Jesse Bair | Review the Diocese's motion to quash certain Arrowood subpoenas (.1); | 0.10 | $62.50 |

| 5/8/2023 | Jesse Bair | Participate in BB team meeting re case developments and related assignment (.1); | 0.10 | $62.50 |
|---|---|---|---|---|
| 5/8/2023 | Jesse Bair | Review monthly PSIP information provided by the Diocese (.1); | 0.10 | $62.50 |
| 5/8/2023 | Nathan Kuenzi | Finish research re Delaware unfair claims handing practices in connection with Arrowood strategy (1.9); draft email memorandum for T. Burns summarizing research re same (2.3); | 4.20 | $1,764.00 |
| 5/8/2023 | Jesse Bair | Participate in conference and provide instructions to B. Cawley re preparing supplemental insurance presentations for potential use during upcoming mediation sessions (.4); | 0.40 | $250.00 |
| 5/8/2023 | Brian Cawley | Participate in conference with J. Bair re preparing supplemental insurance presentations for potential use during upcoming mediation sessions (.4); | 0.40 | $168.00 |
| 5/8/2023 | Brian Cawley | Participate in BB team conference re case strategy and related assignments (.1); | 0.10 | $42.00 |
| 5/9/2023 | Nathan Kuenzi | Draft supplemental email memorandum for T. Burns addressing additional unfair claims practices issues under Delaware law in connection with Arrowood strategy (1.2); | 1.20 | $504.00 |
| 5/9/2023 | Timothy Burns | Travel from Madison to New York for mediation [billed at 1/2 travel rate] (5.8); | 5.80 | $2,827.50 |
| 5/9/2023 | Brian Cawley | Draft additional Committee insurance mediation presentation focusing on unfair claims handling and deceptive practices issues (2.0); draft additional Committee insurance mediation presentation with particular focus on certain LMI/Interstate issues (1.4); correspondence with J. Bair re insurance presentations (.1); | 3.50 | $1,470.00 |
| 5/9/2023 | Timothy Burns | Participate in call with J. Bair re Arrowood litigation strategy (.2); prepare for call with state court counsel re Arrowood issues and strategy (.8); participate in call with state court counsel group re same (.8); prepare for upcoming mediation session, including review of the parties' mediation statements, draft presentations, and other case insurance materials (3.1); participate in conference with J. Bair re mediation strategy (.5); | 5.40 | $5,265.00 |
| 5/9/2023 | Jesse Bair | Participate in conference with T. Burns re mediation preparations and strategy (.5); | 0.50 | $312.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 5/9/2023 | Jesse Bair | Review and edit initial draft of PSZJ mediation presentation (.3); review correspondence with G. Greenwood and I. Nasatir re potential edits to same (.2); review I. Nasatir's suggested changes to same (.2); draft additional insurance sections of same (.2); continue analyzing insurance materials in preparation for tomorrow's mediation session (.1); | 1.00 | $625.00 |
| 5/9/2023 | Jesse Bair | Participate in call with T. Burns re Arrowood litigation strategy (.2); | 0.20 | $125.00 |
| 5/9/2023 | Jesse Bair | Travel from Madison to New York for mediation [billed at 1/2 travel rate] (7.2); | 7.20 | $2,250.00 |
| 5/9/2023 | Nathan Kuenzi | Research issues regarding insurance commissioner oversight and regulatory actions re insolvent insurance companies in connection with Arrowood strategy (3.3); | 3.30 | $1,386.00 |
| 5/9/2023 | Jesse Bair | Draft supplemental presentation for potential use at upcoming mediation re alternative insurance settlement strategies (.9); | 0.90 | $562.50 |
| 5/9/2023 | Jesse Bair | Review insurance portion of prior Committee mediation statement recently sent to Judge Cave (.1); | 0.10 | $62.50 |
| 5/10/2023 | Jesse Bair | Participate in post-mediation session meeting with PSZJ, T. Burns, and state court counsel re outcome of session and next-steps re case mediation (.5); | 0.50 | $312.50 |
| 5/10/2023 | Timothy Burns | Return travel to Madison from New York mediation [billed at 1/2 travel rate] (5.4); | 5.40 | $2,632.50 |
| 5/10/2023 | Timothy Burns | Participate in pre-mediation meeting with PSZJ and J. Bair re strategy for upcoming session and related presentations (1.5); participate in Committee-only mediation session (5.1); participate in post-mediation session meeting with PSZJ and state court counsel re outcome of session and next-steps (.5); | 7.10 | $6,922.50 |
| 5/10/2023 | Jesse Bair | Return travel to Madison from New York mediation [billed at 1/2 travel rate] (4.6); | 4.60 | $1,437.50 |
| 5/10/2023 | Jesse Bair | Analyze coverage materials in preparation for mediation session (.3); | 0.30 | $187.50 |
| 5/10/2023 | Jesse Bair | Participate in portion of Committee meeting for insurance purposes re outcome of mediation session and next-steps (1.1); | 1.10 | $687.50 |
| 5/10/2023 | Jesse Bair | Review Claro revised mediation presentation (.2); | 0.20 | $125.00 |
| 5/10/2023 | Jesse Bair | Participate in pre-mediation meeting with PSZJ and T. Burns re strategy for upcoming session and related presentations (1.5); | 1.50 | $937.50 |
| 5/10/2023 | Jesse Bair | Participate in Committee-only mediation session with Judge Cave and Paul van Osselaer (5.1); | 5.10 | $3,187.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 5/10/2023 | Jesse Bair | Review B. Cawley drafts of mediation presentations re potential alternative settlements strategies (.2); | 0.20 | $125.00 |
| 5/10/2023 | Brenda Horn-Edwards | Draft monthly BB fee statement (.6); generate and edit Exhibit A to same (.1); correspond with J. Bair re same (.1); | 0.80 | $288.00 |
| 5/11/2023 | Jesse Bair | Review Committee agenda for upcoming team strategy call (.1); | 0.10 | $62.50 |
| 5/11/2023 | Jesse Bair | Brief review re Arrowood's 30(b)(6) notice on the Diocese (.1); | 0.10 | $62.50 |
| 5/11/2023 | Jesse Bair | Review Arrowood's motion to compel letter to the Court re Diocesan deposition testimony (.2); | 0.20 | $125.00 |
| 5/11/2023 | Jesse Bair | Prepare for call with T. Law re Arrowood discovery issues (.1); participate in call with T. Law re same (.2); | 0.30 | $187.50 |
| 5/11/2023 | Jesse Bair | Review correspondence with B. Michael, J. Stang, and the Committee re additional Thursday mediation session (.1); | 0.10 | $62.50 |
| 5/11/2023 | Jesse Bair | Participate in call with T. Burns re outcome of strategy call with PSZJ and insurance strategy for upcoming mediation session (.3); | 0.30 | $187.50 |
| 5/11/2023 | Jesse Bair | Participate in conference with B. Cawley re mediation session outcome and next-steps (.2); | 0.20 | $125.00 |
| 5/11/2023 | Timothy Burns | Participate in weekly team strategy call with PSZJ for insurance purposes re ongoing case tasks and strategy (1.4); participate in call with I. Nasatir re notice testimony (.2); participate in call with J. Bair re insurance strategy for upcoming mediation session (.3); additional analysis re same (.4); participate in call with state court counsel re same (.2); | 2.50 | $2,437.50 |
| 5/11/2023 | Jesse Bair | Participate in call with B. Michael re Arrowood discovery and case insurance issues (.3); | 0.30 | $187.50 |
| 5/12/2023 | Timothy Burns | Participate in conference with J. Bair re insurance mediation strategy (.2); review correspondence from B. Michael re upcoming mediation session (.1); review correspondence from B. Michael re agenda for upcoming state court counsel meeting (.1); review Arrowood's letter re motion to compel deposition testimony (.1); review Arrowood's response to the Diocese's motion to quash (.2); review the Diocese's response to Arrowood's letter to the court re deposition motion to compel (.2); participate in call with J. Bair re outcome of state court counsel meeting and related insurance issues (.2); | 1.10 | $1,072.50 |
| 5/12/2023 | Jesse Bair | Review Arrowood's response to the Diocese's motion to quash certain subpoenas (.2); | 0.20 | $125.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 5/12/2023 | Jesse Bair | Review correspondence from the mediators re supplemental May 18 mediation session (.1); | 0.10 | $62.50 |
| 5/12/2023 | Jesse Bair | Review prior Committee intervention briefing in the Arrowood insurance adversary proceeding (.2); participate in conference with L. Au re supplemental research needed re same in connection with potential expanded Committee discovery rights in Arrowood district court action (.2); | 0.40 | $250.00 |
| 5/12/2023 | Jesse Bair | Participate in conference with T. Burns re insurance mediation strategy (.2); | 0.20 | $125.00 |
| 5/12/2023 | Jesse Bair | Brief review of case law re the scope of a Committee's intervention rights under Section 1109(b) (.2); review the district court's prior order granting in part and denying in part Arrowood's earlier motion to compel (.1); draft correspondence to the Diocese re Committee attendance at all future depositions in the Arrowood district court action (.4); | 0.70 | $437.50 |
| 5/12/2023 | Jesse Bair | Participate in conference with PSZJ team re Plan issues and related strategy (.8); | 0.80 | $500.00 |
| 5/12/2023 | Jesse Bair | Participate in state court counsel meeting for insurance purposes re mediation and litigation strategy (.7); participate in follow-up call with T. Burns re outcome of same and next-steps (.2); | 0.90 | $562.50 |
| 5/12/2023 | Leakhena Au | Detailed research re Second Circuit case law re the parameters of a Committee's discovery and other litigation rights as a party in interest under Section 1109(b) in connection with Arrowood adversary proceeding (6.8); | 6.80 | $2,856.00 |
| 5/12/2023 | Jesse Bair | Review the Diocese's response to Arrowood's motion to compel deposition testimony (.2); | 0.20 | $125.00 |
| 5/13/2023 | Jesse Bair | Review T. Burns correspondence re writ of mandamus filed by the Diocese of Brooklyn seeking to compel the Delaware Insurance Commissioner to put Arrowood into liquidation (.1); | 0.10 | $62.50 |
| 5/15/2023 | Jesse Bair | Review the Diocese of Brooklyn's writ of mandamus seeking to compel the Delaware Insurance Commissioner to put Arrowood into liquidation (.4); | 0.40 | $250.00 |
| 5/15/2023 | Jesse Bair | Review and respond to correspondence with B. Michael and I. Nasatir re the Diocese of Brooklyn's Arrowood writ and Committee attendance at future Arrowood depositions (.2); | 0.20 | $125.00 |
| 5/15/2023 | Jesse Bair | Participate in conference with T. Burns re case insurance strategy (.3); | 0.30 | $187.50 |
| 5/15/2023 | Alyssa Turgeon | Participate in BB team conference re insurance strategy and related assignments (.1); | 0.10 | $36.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 5/15/2023 | Nathan Kuenzi | Participate in BB team conference re insurance strategy and case assignments (.1); | 0.10 | $42.00 |
| 5/15/2023 | Jesse Bair | Review Judge Rochon's order in the Arrowood district court action re hearing on the parties' current discovery disputes (.1); | 0.10 | $62.50 |
| 5/15/2023 | Jesse Bair | Review and respond to correspondence with Reed Smith re Committee attendance at future depositions in the Arrowood district court action (.2); | 0.20 | $125.00 |
| 5/15/2023 | Leakhena Au | Participate in BB team conference re insurance strategy and related assignments (.1); | 0.10 | $42.00 |
| 5/15/2023 | Jesse Bair | Correspondence with B. Cawley re Diocese of Brooklyn expert affidavit filed in connection with Arrowood writ (.1); | 0.10 | $62.50 |
| 5/15/2023 | Brian Cawley | Participate in BB team conference re insurance strategy and related assignments (.1); | 0.10 | $42.00 |
| 5/15/2023 | Leakhena Au | Continue detailed research re Second Circuit case law re the parameters of a Committee's discovery and other litigation rights as a party in interest under Section 1109(b) in connection with Arrowood adversary proceeding (3.6); draft email memorandum summarizing research results (1.8); | 5.40 | $2,268.00 |
| 5/15/2023 | Jesse Bair | Participate in portion of Committee meeting for insurance purposes re case mediation and litigation strategy (.7); | 0.70 | $437.50 |
| 5/15/2023 | Timothy Burns | Participate in conference with J. Bair re case insurance strategy (.3); participate in call with state court counsel re insurance strategy (.1); participate in BB team meeting re case strategy and related assignments (.1); participate in call with state court counsel and J. Bair re Arrowood issue (.3); review research results re scope of the Committee's intervention rights (.2); review agenda for upcoming Committee meeting (.1); participate in Committee meeting for insurance purposes re case mediation and litigation strategy (1.0); participate in post-call with I. Nasatir re Arrowood issues (.2); | 2.30 | $2,242.50 |
| 5/15/2023 | Jesse Bair | Participate in conference with T. Burns and state court counsel re Arrowood strategy (.3); | 0.30 | $187.50 |
| 5/16/2023 | Brian Cawley | Research regarding writ of mandamus exhibits submitted in Delaware action requesting that the Delaware Insurance Commissioner put Arrowood into liquidation (1.2); correspondence with J. Bair and T. Burns re same (.2); | 1.40 | $588.00 |
| 5/16/2023 | Jesse Bair | Review correspondence with the Diocese and PSZJ re upcoming mediation session (.1); | 0.10 | $62.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 5/16/2023 | Jesse Bair | Answer L. Au questions re Arrowood litigation project (.1); | 0.10 | $62.50 |
| 5/16/2023 | Jesse Bair | Participate in conference with T. Burns and L. Au re Arrowood strategy and related assignments (.4); | 0.40 | $250.00 |
| 5/16/2023 | Leakhena Au | Begin drafting proposed complaint against Arrowood regarding Arrowood's unfair and deceptive claims practices (6.4); | 6.40 | $2,688.00 |
| 5/16/2023 | Jesse Bair | Participate in conference with T. Burns re insurance mediation strategy (.4); | 0.40 | $250.00 |
| 5/16/2023 | Jesse Bair | Attend Court hearing for insurance purposes re claim objection discovery issues (.9); | 0.90 | $562.50 |
| 5/16/2023 | Timothy Burns | Participate in conference with J. Bair re insurance mediation strategy (.4); participate in conference with J. Bair and L. Au re Arrowood strategy and related assignments (.4); review correspondence with the Diocese and PSZJ re upcoming mediation session (.2); begin preparing for next mediation session (.1); attend Court hearing for insurance purposes re claim objection discovery issues (.9); | 2.00 | $1,950.00 |
| 5/17/2023 | Leakhena Au | Draft email summary re cause of action against Arrowood re Arrowood's unfair and deceptive claims practices (1.1); | 1.10 | $462.00 |
| 5/17/2023 | Jesse Bair | Review the Diocese of Brooklyn's expert affidavit re Arrowood's financial condition (.3); correspondence with I. Nasatir re same (.1); | 0.40 | $250.00 |
| 5/17/2023 | Leakhena Au | Continue drafting proposed complaint against Arrowood regarding Arrowood's unfair and deceptive claims practices (4.6); | 4.60 | $1,932.00 |
| 5/17/2023 | Jesse Bair | Preliminary research re potential Arrowood claim (.1); | 0.10 | $62.50 |
| 5/17/2023 | Jesse Bair | Review the parties' joint status update letter to the Court in the Evanston district court action (.1); | 0.10 | $62.50 |
| 5/18/2023 | Timothy Burns | Travel to New York from Madison for mediation [billed at 1/2 travel rate] (5.2); | 5.20 | $2,535.00 |
| 5/18/2023 | Jesse Bair | Prepare for mediation session (.1); participate in day 1 of mediation (3.7); participate in post-mediation meeting with J. Stang and T. Burns re case insurance strategy (1.0); | 4.80 | $3,000.00 |
| 5/18/2023 | Jesse Bair | Travel to New York from Madison for mediation [billed at 1/2 travel rate] (4.6); | 4.60 | $1,437.50 |
| 5/18/2023 | Leakhena Au | Analysis re alternative strategies for bringing unfair claims practices cause of action against Arrowood (2.4); | 2.40 | $1,008.00 |
| 5/18/2023 | Timothy Burns | Participate in day 1 of mediation (3.7); participate in post-mediation meeting with J. Stang and J. Bair re case insurance strategy (1.0); | 4.70 | $4,582.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 5/18/2023 | Jesse Bair | Review the Diocese's and Arrowood's letter to Judge Rochon re upcoming discovery dispute hearing (.1); | 0.10 | $62.50 |
| 5/19/2023 | Timothy Burns | Participate in day 2 of mediation session (13.4); | 13.40 | $13,065.00 |
| 5/19/2023 | Jesse Bair | Participate in portion of day 2 of mediation session (11.8); | 11.80 | $7,375.00 |
| 5/19/2023 | Timothy Burns | Travel Rate for local travel to and from mediation [billed at 1/2 travel time] (1.0); | 1.00 | $487.50 |
| 5/19/2023 | Jesse Bair | Return travel from New York mediation to Madison [billed at 1/2 travel time] (3.1); | 3.10 | $968.75 |
| 5/20/2023 | Timothy Burns | Return travel from New York mediation to Madison [billed at 1/2 travel time] (8.6); | 8.60 | $4,192.50 |
| 5/20/2023 | Jesse Bair | Review correspondence with state court counsel re mediation strategy (.1); | 0.10 | $62.50 |
| 5/21/2023 | Jesse Bair | Correspondence with T. Burns re outcome of state court counsel meeting re potential mediation counter (.1); | 0.10 | $62.50 |
| 5/21/2023 | Jesse Bair | Prepare for state court counsel meeting (.1); participate in meeting with PSZJ and state court counsel for insurance purposes re mediation strategy and potential next counter (1.3); | 1.40 | $875.00 |
| 5/21/2023 | Timothy Burns | Correspondence with J. Bair re outcome of state court counsel meeting re mediation strategy (.1); | 0.10 | $97.50 |
| 5/22/2023 | Jesse Bair | Draft Section 3420 notice letter to the carriers (1.0); correspondence with T. Burns re same (.1); | 1.10 | $687.50 |
| 5/22/2023 | Jesse Bair | Draft letter to the Court re the Committee's participation at the upcoming Arrowood discovery hearing (.2); | 0.20 | $125.00 |
| 5/22/2023 | Jesse Bair | Participate in conference with T. Burns re the mediators' recent correspondence and potential response to same (.2); | 0.20 | $125.00 |
| 5/22/2023 | Karen Dempski | Finalize and file with the Court letter re the Committee's participation at the upcoming Arrowood discovery hearing (.1); | 0.10 | $36.00 |
| 5/22/2023 | Jesse Bair | Analyze W. Chapin deposition transcript in preparation for Arrowood discovery hearing (2.1); | 2.10 | $1,312.50 |
| 5/22/2023 | Jesse Bair | Review correspondence from the mediators re potential next-steps (.1); review correspondence with J. Stang and state court counsel re same (.1); | 0.20 | $125.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 5/22/2023 | Timothy Burns | Review and consider correspondence from the mediators re potential next-steps(.2); participate in call with J. Bair re same (.2); prepare for state court counsel meeting re same (.4); participate in meeting with state court counsel and PSZJ for insurance purposes re mediation strategy and potential response to the mediators' recent correspondence (.7); | 1.50 | $1,462.50 |
| 5/22/2023 | Jesse Bair | Prepare for meeting with state court counsel and PSZJ re mediation strategy (.1); participate in meeting with state court counsel and PSZJ for insurance purposes re mediation strategy and potential response to the mediators' recent correspondence (.7); | 0.80 | $500.00 |
| 5/23/2023 | Jesse Bair | Participate in Committee meeting for insurance purposes re mediation strategy and response to the mediators (1.1); | 1.10 | $687.50 |
| 5/23/2023 | Jesse Bair | Review initial draft of Committee letter to the mediators (.1); review suggested edits to same from state court counsel (.1); | 0.20 | $125.00 |
| 5/23/2023 | Jesse Bair | Preliminary review of email memorandum from L. Au re cause of action against Arrowood re Arrowood's unfair and deceptive claims practices (.1); | 0.10 | $62.50 |
| 5/23/2023 | Jesse Bair | Participate in call with T. Burns re draft Section 3420 notice letter, the Committee's draft response letter to the mediators, and upcoming Committee call re mediation strategy (.2); | 0.20 | $125.00 |
| 5/23/2023 | Jesse Bair | Participate in conference with B. Cawley re additional research needed in connection with finalizing Section 3420 notice letters to the insurers (.2); answer follow-up questions from B. Cawley in connection with same (.1); | 0.30 | $187.50 |
| 5/23/2023 | Brian Cawley | Participate in conferences with J. Bair re Section 3420 notice letters project (.3); draft revised version of Section 3420 notice letters to each of the Diocese's carriers (3.2); | 3.50 | $1,470.00 |
| 5/23/2023 | Jesse Bair | Review, edit, and draft additional portions of proposed complaint against Arrowood regarding Arrowood's unfair and deceptive claims practices (5.1); | 5.10 | $3,187.50 |
| 5/23/2023 | Jesse Bair | Correspondence with I. Nasatir and J. Stang re draft Section 3420 notice letter to the insurers (.1); | 0.10 | $62.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 5/23/2023 | Timothy Burns | Participate in call with J. Bair re Committee response letter to the mediators and upcoming Committee call re mediation strategy (.2); participate in Committee meeting for insurance purposes re mediation strategy and response to the mediators (1.1); review correspondence from I. Nasatir re Section 3420 notice letter (.1); review correspondence from J. Stang re same (.1): review draft Committee response letter to mediators (.2); review and respond to correspondence with state court counsel re same (.2); review draft Section 3420 letter (.1); review correspondence from the mediator re mediation developments (.1); | 2.10 | $2,047.50 |
| 5/23/2023 | Jesse Bair | Review additional correspondence from the mediators re potential next-steps (.1); | 0.10 | $62.50 |
| 5/24/2023 | Jesse Bair | Review I. Nasatir correspondence re recent Diocese insurance activities (.1); | 0.10 | $62.50 |
| 5/24/2023 | Jesse Bair | Review and consider Order cancelling Arrowood discovery hearing and related orders designating Judge Cave as magistrate for all pre-trial purposes (.1); correspondence with PSZJ re same (.1); | 0.20 | $125.00 |
| 5/24/2023 | Timothy Burns | Review correspondence from PSZJ re mediation developments (.1); review correspondence from the mediators re same (.1); review final version of the Committee's response letter to mediators (.1); | 0.30 | $292.50 |
| 5/24/2023 | Jesse Bair | Review final version of Committee letter to the mediators and mediators' response to same (.1); review additional correspondence with J. Stang and state court counsel re same (.1); | 0.20 | $125.00 |
| 5/25/2023 | Jesse Bair | Review suggested edits received from J. Stang and I. Nasatir to draft Section 3420 notice letters (.1); review updated version of notice letters received from B. Cawley (.1); begin drafting revised version of insurer Section 3420 notice letters incorporating suggested edits (.3); | 0.50 | $312.50 |
| 5/25/2023 | Jesse Bair | Participate in portion of meeting with PSZJ team for insurance purposes re mediation and insurance strategy (.6); | 0.60 | $375.00 |
| 5/25/2023 | Timothy Burns | Participate in portion of meeting with PSZJ team for insurance purposes re mediation and insurance strategy (.5); | 0.50 | $487.50 |
| 5/25/2023 | Jesse Bair | Review Judge Cave's orders re discovery status update letters in the LMI and Evanston actions (.1); | 0.10 | $62.50 |
| 5/26/2023 | Jesse Bair | Participate in conference with T. Burns re insurance case strategy (.2); | 0.20 | $125.00 |

| | | | | |
|---|---|---|---|---|
| 5/26/2023 | Timothy Burns | Participate in conference with J. Bair re insurance case strategy (.2); correspondence with state court counsel re Arrowood issues (.1); review correspondence with PSZJ re upcoming state court counsel meeting (.1); reviewed Order re Ninth Objection to Claims (.6); review motion to compel order (.1); review correspondence with PSZJ and the Committee re recent communications with the mediators and next-steps (.2); review correspondence from J. Bair re discovery developments in the insurance district court actions (.1); review correspondence from I. Nasatir re case insurance issues (.1); review PSZJ's next-steps memo (.2); review discovery order from Judge Cave (.1); review orders re assignment of magistrate for all pre-trial purposes in certain insurance district court actions (.2); participate in state court counsel meeting for insurance purposes re mediation and litigation strategy (.9); review and revise proposed unfair and deceptive claims practices complaint against Arrowood (.8); review the mediators' report to the court (.1); | 3.80 | $3,705.00 |
| 5/26/2023 | Jesse Bair | Continue revising and finalizing Section 3420 notice letters and transmit same to the carriers (1.5); | 1.50 | $937.50 |
| 5/26/2023 | Jesse Bair | Review the mediators' status report (.1); | 0.10 | $62.50 |
| 5/26/2023 | Jesse Bair | Review T. Burns' suggested edits to the proposed Arrowood unfair and deceptive claims practices complaint (.2); correspondence with PSZJ re same and related demand letter (.2); | 0.40 | $250.00 |
| 5/26/2023 | Jesse Bair | Review the Court's order sustaining in part the Diocese's ninth omnibus claims objection (.3); | 0.30 | $187.50 |
| 5/26/2023 | Jesse Bair | Participate in state court counsel meeting for insurance purposes re mediation and litigation strategy (.8); | 0.80 | $500.00 |
| 5/27/2023 | Jesse Bair | Provide instructions to L. Au re drafting demand letter re proposed unfair and deceptive claims practices complaint against Arrowood (.2); | 0.20 | $125.00 |
| 5/27/2023 | Jesse Bair | Review correspondence with J. Stang and T. Burns re potential edits to draft unfair and deceptive claims practices complaint against Arrowood (.1); | 0.10 | $62.50 |
| 5/27/2023 | Jesse Bair | Correspondence with G. Greenwood and J. Stang re draft demand letter re proposed Arrowood unfair and deceptive claims practices complaint (.1); | 0.10 | $62.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 5/29/2023 | Jesse Bair | Preliminary review re J. Stang's suggested edits to the proposed Arrowood unfair and deceptive claims practices complaint (.1); | 0.10 | $62.50 |
| 5/29/2023 | Jesse Bair | Review the Diocese's 12th omnibus claims objection regarding late-filed claims (.1); | 0.10 | $62.50 |
| 5/29/2023 | Jesse Bair | Review the Diocese's eleventh omnibus claims objection regarding BSA claims (.2); | 0.20 | $125.00 |
| 5/29/2023 | Jesse Bair | Analyze and respond to insurance question from B. Michael re insurance impact, if any, of prosecution of certain state court lawsuits disallowed under the Court's recent order re pre-1957 abuse (.3); | 0.30 | $187.50 |
| 5/30/2023 | Jesse Bair | Participate in portion of Committee meeting for insurance purposes re mediation and litigation strategy (.6); | 0.60 | $375.00 |
| 5/30/2023 | Jesse Bair | Review and edit First Amended Trust Allocation Protocol (.2); | 0.20 | $125.00 |
| 5/30/2023 | Jesse Bair | Review and respond to correspondence with the Diocese re potential amendment to the Committee Intervention Order re discovery access in the Arrowood district court action (.1); prepare draft correspondence to Arrowood re same and requesting discovery meet and confer (.4); | 0.50 | $312.50 |
| 5/30/2023 | Jesse Bair | Review and edit First Amended Trust Agreement (.2); | 0.20 | $125.00 |
| 5/30/2023 | Jesse Bair | Review and edit draft Committee memorandum re motion to dismiss issues, including drafting of insurance section of same (1.3); review correspondence with I. Nasatir re same (.1); participate in conference with T. Burns re same (.1); | 1.50 | $937.50 |
| 5/30/2023 | Jesse Bair | Participate in call with T. Burns re outcome of Purdue Pharma decision (.1); | 0.10 | $62.50 |
| 5/30/2023 | Timothy Burns | Participate in call with state court counsel re insurance strategy issues (.1); review Purdue Pharma decision (.8); conference with J. Bair re same (.1); preliminary analysis re potential Committee Second Amended Plan edits (.1); participate in conference with J. Bair re motion to dismiss memo (.1); correspondence with B. Michael re team strategy meeting (.1); participate in portion of Committee meeting for insurance purposes re mediation and litigation strategy (.6); | 1.90 | $1,852.50 |
| 5/30/2023 | Jesse Bair | Review and edit for insurance purposes the Second Amended Committee Plan (1.9); participate in conference with T. Burns re same (.1); | 2.00 | $1,250.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 5/30/2023 | Jesse Bair | Review correspondence with I. Nasatir and K. Dine re insurance impact, if any, of prosecution of certain state court lawsuits disallowed under the Court's recent order re pre-1957 abuse (.1); | 0.10 | $62.50 |
| 5/30/2023 | Leakhena Au | Draft demand letter re proposed unfair and deceptive claims practices complaint against Arrowood (2.3); | 2.30 | $966.00 |
| 5/31/2023 | Timothy Burns | Participate in conference with J. Bair re motion to dismiss memo (.1); review and revise motion to dismiss memo for insurance purposes (.8); participate in strategy call with PSZJ for insurance purposes re litigation, mediation, and Plan strategy (1.2); review correspondence with J. Stang, the Diocese, and Judge Cave re mediation (.2); review agenda for state court counsel meeting (.1); correspondence with state court counsel re Arrowood solvency issues (.1); review Evanston correspondence re joint discovery letter (.1); reviewed T. Law's letter to court re discovery and Lexington's suggested changes (.2); conference with J. Bair re proposed Arrowood complaint edits (.3); review J. Bair correspondence to Arrowood re adversary proceeding participation (.1); participate in portion of state court counsel meeting for insurance purposes re litigation, mediation, and Plan strategy (1.1); | 4.30 | $4,192.50 |
| 5/31/2023 | Jesse Bair | Edit and finalize discovery meet and confer correspondence to Arrowood (.1); | 0.10 | $62.50 |
| 5/31/2023 | Jesse Bair | Correspondence with B. Michael re agenda for upcoming team strategy call (.1); prepare for team strategy call with PSZJ (.1); participate in strategy call with PSZJ for insurance purposes re litigation, mediation, and Plan strategy (1.2); participate in follow-up conference with T. Burns re potential changes to proposed Arrowood unfair claims practices complaint in light of meeting (.3); | 1.70 | $1,062.50 |
| 5/31/2023 | Jesse Bair | Review correspondence with the Diocese and Judge Cave re continued mediation negotiations (.1); | 0.10 | $62.50 |
| 5/31/2023 | Jesse Bair | Participate in portion of state court counsel meeting for insurance purposes re litigation, mediation, and Plan strategy (1.1); | 1.10 | $687.50 |
| 5/31/2023 | Jesse Bair | Review draft joint status letter to the Court in the LMI/Lexington district court action (.1); review Lexington's suggested edits to same (.1); | 0.20 | $125.00 |

| 5/31/2023 Jesse Bair | Participate in conference with T. Burns re motion to dismiss memo (.1); review T. Burns' suggested insurance edits to same (.1); finalize insurance-related sections of memo (.1); | 0.30 | $187.50 |
| 5/31/2023 Jesse Bair | Review draft joint status letter to the court in the Evanston district court action (.1); review correspondence with the Diocese and Evanston re potential edits to same (.1); | 0.20 | $125.00 |

| **Total Hours and Fees** | | **247.80** | **$151,579.75** |

## EXPENSES

| <u>Date</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|
| 5/9/2023 | Taxi, J. Bair (airport to hotel) | $83.29 |
| 5/9/2023 | Hotel, T. Burns (1 night) | $644.21 |
| 5/9/2023 | Travel meal, T. Burns | $10.82 |
| 5/9/2023 | United Airlines, T. Burns (May 9-10 ORD-LGA) | $374.70 |
| 5/9/2023 | Hotel, J. Bair (1 night) | $485.46 |
| 5/9/2023 | Travel meal, J. Bair | $16.33 |
| 5/9/2023 | Delta Airlines, J. Bair (MSN-LGA May 9-10) | $269.70 |
| 5/9/2023 | Delta Airlines WiFi, J. Bair | $9.95 |
| 5/10/2023 | Delta Airlines WiFi, J. Bair | $15.95 |
| 5/10/2023 | Travel meal, T. Burns | $36.30 |
| 5/10/2023 | Travel meal, J. Bair | $20.73 |
| 5/10/2023 | Airport parking, J. Bair | $20.00 |
| 5/16/2023 | Westlaw, legal charges to obtain exhibits from Delaware Court in Arrowood mandamus action | $697.00 |
| 5/18/2023 | Taxi, J. Bair (airport to hotel) | $99.96 |
| 5/18/2023 | Taxi, T. Burns (airport to hotel) | $127.00 |
| 5/18/2023 | United Airlines, T. Burns (MSN-EWR May 18-19) | $927.80 |
| 5/18/2023 | Delta Airlines, J. Bair (May 18-19 MSN-LGA) | $1,037.10 |
| 5/18/2023 | Delta WiFi Onboard, J. Bair | $4.95 |
| 5/18/2023 | United Inflight Wi-Fi, T. Burns | $8.00 |
| 5/18/2023 | Hotel, T. Burns (1 night) | $670.31 |
| 5/18/2023 | Hotel, J. Bair (1 night) | $670.31 |
| 5/19/2023 | Airport parking, J. Bair | $20.00 |
| 5/19/2023 | Hotel, T. Burns (1 additional night) | $670.31 |
| 5/19/2023 | Uber, J. Bair (mediation to airport) | $125.96 |
| 5/20/2023 | United Airlines Inflight Wi-Fi, T. Burns | $8.00 |
| 5/20/2023 | Travel meal, T. Burns | $30.59 |

| **Total Expenses** | | **$7,084.73** |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Alyssa Turgeon | 0.90 | $360.00 | $324.00 |
| Brenda Horn-Edwards | 0.80 | $360.00 | $288.00 |
| Brian Cawley | 17.20 | $420.00 | $7,224.00 |
| Jesse Bair | 19.50 | $312.50 | $6,093.75 |
| Jesse Bair | 79.60 | $625.00 | $49,750.00 |
| Karen Dempski | 0.10 | $360.00 | $36.00 |
| Leakhena Au | 29.40 | $420.00 | $12,348.00 |
| Nathan Kuenzi | 17.30 | $420.00 | $7,266.00 |
| Timothy Burns | 26.00 | $487.50 | $12,675.00 |
| Timothy Burns | 57.00 | $975.00 | $55,575.00 |

**Total Due This Invoice: $158,664.48**