PACHULSKI STANG ZIEHL & JONES LLP
James I. Stang, Esq. (admitted *pro hac vice*)
Alan J. Kornfeld, Esq.
Karen B. Dine, Esq.
Brittany M. Michael, Esq.
780 Third Avenue, 36th Floor
New York, NY  10017-2024
Tel: 212-561-7700; Fax: 212-561-7777
jstang@pszjlaw.com
akornfeld@pszjlaw.com
kdine@pszjlaw.com
bmichael@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, | Case No. 20-12345 (MG) |
| Debtor. | |

**DECLARATION OF PAUL N. SHIELDS IN SUPPORT OF**
**MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS TO DISMISS CHAPTER 11 CASE [D.I. 1912]**

I, Paul N. Shields, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, declare:

1.      I am over twenty-one years of age and am competent to make this declaration

(this "Declaration") in support of the *Motion of the Official Committee of Unsecured Creditors to*

*Dismiss Chapter 11 Case* [D.I. 1912] ("Motion to Dismiss"), filed by the Official Committee of

Unsecured Creditors (the "Committee") appointed in the chapter 11 case of The Roman Catholic

Diocese of Rockville Centre, New York (the "Debtor").  The Debtor's chapter 11 case was filed

on October 1, 2020 (the "Petition Date").

2.      Except as otherwise stated in this Declaration, all facts set forth herein are based

on my personal experience and knowledge or information obtained from my review of relevant

documents or the review of professionals under my direct supervision.

## I.     BACKGROUND AND EXPERIENCE

3.      I am a managing director of Berkeley Research Group, LLC ("BRG").  BRG was

retained by the Committee as its financial advisor in the Debtor's bankruptcy case on October

29, 2020, and BRG's employment was approved by the Court by order entered December 9,

2020 [D.I. 246].

4.      I have over 30 years of experience as a valuation expert and restructuring

professional.  I hold the following professional designations:  Chartered Financial Analyst,

Certified Public Accountant, Certified Insolvency and Restructuring Advisor, Certification in

Distressed Business Valuation, and Accredited in Business Valuation.  I have significant

expertise in business valuation, financial advisory services, damage assessments, and forensic

accounting, particularly in the context of financial distress and bankruptcy.  A true and correct

copy of my curriculum vitae detailing my education, qualifications and experience is attached

hereto as Exhibit 1.

5.      I have previously testified as an expert in several cases involving valuation and

financial matters, including providing expert deposition testimony regarding the financial

condition of the Archdiocese of New Orleans.

6.      In connection with the Motion to Dismiss, I was asked by the Committee to

provide an expert report and opinion related to the losses incurred by the Debtor, including

reorganization items and professional fees, during the Debtor's chapter 11 case based on the

financial information contained in the Monthly Operating Reports (the "MORs") filed with the

Court by the Debtor during the pendency of the Debtor's chapter 11 case.

7.      I have utilized professionals within BRG to assist in conducting the analysis and

preparing my expert report and opinion set forth in this Declaration.  BRG has not performed an

audit of the financial statements contained in the MORs in accordance with Generally Accepted

Auditing Standards, nor has BRG performed a review or compilation of the financial statements

contained in the MORs in accordance with the standards promulgated by the American Institute

of Certified Public Accountants. Accordingly, neither BRG nor I express any opinion on the

accuracy of the information prepared by the Debtor contained in the MORs, but have accepted

the information to be accurate for purposes of the analysis set forth herein.

## II.     BRG'S REVIEW AND ANALYSIS OF THE DEBTOR'S MONTHLY OPERATING REPORTS

8.      Since the Petition Date, the Debtor has filed 31 MORs[1] with the Court which

contain reports of Cash Flows, Balance Sheets, Income Statements, and other financial activities

and disclosures for the Administrative Offices, PSIP,[2] and the Mission Office.  A list of the

MORs considered by BRG in its analysis is included in Exhibit 2.[3]   My assessment of losses has

focused on the unrestricted revenue and expenses contained in the MORs' Income Statements

because unrestricted revenue and expenses are: (1) not encumbered by alleged limitations on the

use of such funds based on donor restrictions, or (2) not allegedly held for others.  In particular,

---

[1] The Debtor has filed a total of 33 MORs, which include two amended MORs for June 2021.

[2] The insurance program maintained for the insurance needs of the Diocese and its affiliates is referred to as the Protected Self Insurance Program of the Diocese of Rockville Centre ("PSIP").

[3] It is my understanding that the MORs themselves will be submitted to the Court as trial exhibits in connection with the hearing on the Motion to Dismiss and, therefore, I have not attached them to this Declaration.

my assessment of losses is calculated from the Administrative Offices' Change in Net Assets due to Unrestricted Activity[4] and PSIP's Change in Net Assets[5] as reported in the Income Statements contained in the MORs.

9.    The chart below summarizes the combined unrestricted Income Statement activity for the Administrative Offices and PSIP from the Petition Date through April 2023:[6]

| (In thousands) | OCT 2020 - JAN 2023 | FEB 2023 - APR 2023 | TOTAL | MONTHLY AVERAGE |
|---|---|---|---|---|
| Revenue | $ 112,203 | $ 13,021 | $ 125,224 | $ 4,039 |
| Operating Expenses | 105,909 | 11,144 | 117,053 | 3,776 |
| Change in Net Assets due to Unrestricted Activity Before Reorganization Items | $ 6,294 | $ 1,877 | $ 8,171 | $ 264 |
| Reorganization Items | 65,072 | 13,146 | 78,218 | $ 2,523 |
| Change in Net Assets due to Unrestricted Activity [Income / (Loss)] | $ (58,778) | $ (11,269) | $ (70,047) | $ (2,260) |

---

[4] Change in Net Assets is the net income or (loss) equivalent for nonprofit organizations. The phrase "due to Unrestricted Activity" indicates the reported activity is not impacted by a donor restriction, or allegedly held for others. The Administrative Offices report restricted activity in the Income Statement as well, but this activity is allegedly limited in use based on a donor restriction (with the exception of assets/revenue released from restricted) or is allegedly held for others. It is my understanding that the Committee's analysis of alleged restrictions is ongoing.

[5] The MOR Income Statements for PSIP do not report any restricted activity. The indication is that all PSIP income statement activity is unrestricted activity. This is corroborated by BRG's analysis of PSIP general ledger activity which also reflects that PSIP's reported income statement activity is unrestricted.

[6] The analysis of the MORs provided in the Motion to Dismiss included MOR activity through January 2023. The Debtor subsequently filed February through April 2023 MORs, which have been incorporated into my analysis provided here. A summary of the activity for the Administrative Offices and PSIP activity with the addition of February through April 2023, is attached hereto as Exhibit 3.

10.     For the purposes of my analysis, I excluded Income Statement activity for Mission Office given the *de minimis* amount of revenue and expenses, and given the fact that the Mission Office's Change in Net Assets [Income / (Loss)] during the chapter 11 case was zero.[7]

11.     The above summary chart was derived from BRG's analysis comparing the monthly unrestricted revenue and expense activity reported in each of the Debtor's MORs from the Petition Date through April 2023 for the Administrative Offices and PSIP, details of which are attached hereto as <u>Exhibit 4</u> (Administrative Office – Post-Petition Monthly Income Statement Comparison (October 1, 2020 – April 30, 2023) and <u>Exhibit 5</u> (PSIP – Post-Petition Monthly Income Statement Comparison (October 1, 2020 – April 30, 2023).

## III.    STATEMENT OF OPINIONS

12.     Based on BRG's analyses of the Income Statements contained in the Debtor's MORs from the Petition Date (October 2020) through April 2023, and as discussed in further detail below, my opinions are as follows:

a.     ***First***, the Debtor has incurred significant losses after reorganization items/ professional fees from the Petition Date through April 2023.

b.     ***Second,*** the Debtor has cumulatively lost over $70 million in unrestricted net assets from the Petition Date through April 2023.

### A.     The Debtor Has Incurred Significant Losses After Reorganization Items/Professional Fees From the Petition Date through April 2023

13.     BRG's analysis of the Debtor's MORs demonstrates that the Debtor's bankruptcy

---

[7] To be clear, during the chapter 11 case, cumulative revenue and cumulative expenses for the Mission Office have each been $117,000, resulting in Change in Net Assets [Income / (Loss)] of zero.  Accordingly, Mission Office income statement activity has had no net effect on the overall income statement activity of the Debtor.

estate has incurred significant monthly losses after reorganization items/professional fees since the filing of the bankruptcy case in October 2020. The only exception is May 2021 when restricted funds relating to the Catholic Ministry Appeal ("CMA"), the Debtor's annual fund-raising appeal, were released from being restricted.[8]

14.    The chart below illustrates the Debtor has consistently incurred over $1 million more in unrestricted expenses (including reorganization items/professional fees) than the revenue the Debtor has earned – with an average monthly unrestricted loss of $2.3 million. Additional details underlying the below chart are set forth in Exhibit 6 hereto (Combined Monthly Income Statement Summary (October 1, 2020 – April 30, 2023)) and Exhibit 7 hereto (Combined Administrative Office and PSIP Post-Petition Monthly Unrestricted Loss).



---

[8] These are restrictions asserted by the Debtor. It is my understanding that the Committee's analysis of the CMA restrictions, and other alleged restricted assets/revenue, is ongoing.

15.     Additionally, as reflected in the above chart, the unrestricted loss escalated to over

$3 million for August 2021, August 2022, September 2022, January 2023, February 2023, March

2023, and April 2023.

16.     Thus, it is my opinion that the Debtor has incurred significant losses after

reorganization items/professional fees from the Petition Date through April 2023.

**B.     The Debtor Has Cumulatively Lost Over $70 Million in Unrestricted Net
         Assets From the Petition Date through April 2023**

17.     Beginning in October 2020, the Debtor started the bankruptcy case with an

unrestricted loss of $2.1 million and continued to incur month-over-month unrestricted losses[9]

through April 2023 totaling $70.0 million on a cumulative basis.  Below is a chart illustrating the

Debtor's cumulative losses which continue to erode its unrestricted net assets.  Additional details

underlying the below chart are set forth in Exhibit 6 hereto (Combined Monthly Income

Statement Summary (October 1, 2020 – April 30, 2023)) and Exhibit 8 hereto (Combined

Administrative Office and PSIP Post-Petition Cumulative Unrestricted Loss).

---

[9] With the exception of May 2021 as described in paragraph 13 above.



18.     Thus, it is my opinion that the Debtor has cumulatively lost over $70 million in

unrestricted net assets from the Petition Date through April 2023.

I declare under penalty of perjury that the foregoing is true and correct to the best of

knowledge and belief.  I executed this Declaration on June 30, 2023 at Salt Lake City, Utah.

By:     ___/s/ Paul N. Shields_____
        Paul N. Shields

# EXHIBIT 1

**Curriculum Vitae**



**PAUL N. SHIELDS**

BERKELEY RESEARCH GROUP, LLC

Direct: 801.321.0073
pshields@thinkbrg.com

## SUMMARY

Paul N. Shields is a Managing Director at Berkeley Research Group.  He has over thirty years of experience as a valuation expert and restructuring professional.  His professional designations are Chartered Financial Analyst (CFA), Certified Public Accountant (CPA), Certified Insolvency and Restructuring Advisor (CIRA), Certification in Distressed Business Valuation (CDBV), and Accredited in Business Valuation (ABV).  Mr. Shields has expertise in business valuation, financial advisory, damage assessments, and forensic accounting – particularly in the context of financial distress and bankruptcy. The valuation services provided by Mr. Shields have been performed primarily in the context of contested valuation matters. In particular, Mr. Shields has assessed reasonably equivalent value and solvency in the context of avoidance actions, assessed damages and quantified claims in the context of bankruptcy litigation, and has valued business interests and assets for corporate reorganizations and shareholder disputes. He has also performed services as a financial advisor in the context of business restructurings and loan workouts. In addition, he has performed services as a state-court receiver, special master and mediator, and has testified in federal and state courts on numerous occasions.

## CASE EXAMPLES

- Bankruptcy Estate of Vickie Lynn Marshall (a/k/a Anna Nicole Smith) – Supervised the valuation of Koch Industries, Inc., the second largest closely held business in the United States.  The valuation was performed to assist counsel representing Ms. Marshall in her litigation against E. Pierce Marshall, the son of J. Howard Marshall II.

- The IT Group, Inc. – Assessed the reorganization value of The IT Group in the context of plan confirmation.  At the time, The IT Group had annual revenues in excess of $1.3 billion and was a leading provider of diversified environmental consulting, engineering, construction, remediation, and facilities management services.

- Bonneville Pacific Corporation – Assisted in supervising the damage study involving a bankrupt independent power producer.  Responsibilities included tracing funds and analyzing transactions in excess of $5.5 billion over a six-year period.

- Webvan Group, Inc. – Supervised the solvency analysis of a leading online e-grocer.  Funding received by the company from public and private sources exceeded $800 million.  The solvency analysis was performed in the context of avoidance actions.

- Arthur D. Little, Inc. – Supervised the solvency analysis of an international technology and management consulting firm with annual revenues in excess of $450 million.  The solvency analysis was performed in the context of avoidance actions.



## CASE EXAMPLES (CONTINUED)

- Archdiocese of Milwaukee – Performed services as financial advisor to the Official Committee of Unsecured Creditors.

- The Diocese of Rochester – Performed services as financial advisor to the Official Committee of Unsecured Creditors.

- Boy Scouts of America – Performed services as financial advisor to the Official Tort Claimants' Committee.

- The Roman Catholic Church of the Archdiocese of New Orleans – Performed services as financial advisor to the Official Committee of Unsecured Creditors.

- The Roman Catholic Diocese of Syracuse, New York – Performed services as financial advisor to the Official Committee of Unsecured Creditors.

- The Diocese of Camden, New Jersey – Performed services as financial advisor to the Official Committee of Tort Claimant Creditors.

- The Roman Catholic Diocese of Rockville Centre, New York – Performed services as financial advisor to the Official Committee of Unsecured Creditors.

- Vann's, Inc. – Assessed the solvency of a consumer electronics retailer with annual revenue in excess of $100 million. The solvency analysis was performed in the context of avoidance actions. Additional services provided included the assessment damages and the restated financial information to reflect the impact of alleged financial improprieties.

- JD Services, Inc. – Assessed the solvency of a full-service prepaid long distance phone company. The company's annualized revenues were in excess of $100 million.  The solvency analysis was performed in the context of avoidance actions.

- Case Name Withheld – Performed services as a consulting expert in the context of a contested, leveraged transaction.  At issue, among other things, was the solvency of the combined entities subsequent to a leveraged transaction.

- Case Name Withheld – Prepared the valuation of a gas station / convenience store chain with annual revenue of approximately $150 million.

- Case Name Withheld – Prepared the valuation of a grocery store chain with annual revenues in excess of $100 million.

- Med Diversified – Supervised the assessment of alleged earnings misstatements of a diversified home health services, medical equipment and medical products provider with annual sales in excess of $230 million. The earnings assessment was performed in the context of avoidance actions.

2



**CASE EXAMPLES (CONTINUED)**

- Case Name Withheld – Performed services as a financial advisor in the context of a restructuring / loan workout of a wholesale distributor and marketer of refined petroleum products.

- Case Name Withheld – Performed services as a financial advisor in the context of a restructuring / loan workout of a subprime mortgage loan servicer.

- Case Name Withheld – Performed services as a financial advisor in the context of a restructuring / loan workout of a developer and manufacturer of telematics products.

- Case Name Withheld – Performed services as a financial advisor in the context of a restructuring / loan workout of a full-service restaurant chain with both franchised and company-owned locations.

- Case name withheld – Investigated the earnings misstatement of a publicly traded company's foreign subsidiary and reported the findings of the investigation in a written report to the board of directors. Assignment involved travel to the UK to conduct the investigation.

- Case name withheld – Assisted in the investigation of an earnings misstatement of a publicly traded company's foreign subsidiary. Assignment involved travel to Mexico to conduct the investigation.

- Le-Nature's, Inc. – Prepared the valuation of assets transferred to a liquidation trust in accordance with IRS Revenue Procedure 94-45 in the context of a bankruptcy proceeding.

- Case Name Withheld – Appointed as state court receiver. Responsibilities included identifying and securing receivership assets, effectuating strategy for businesses to operate as a going-concern, negotiating and closing the sale of receivership assets, accounting for transaction activity and winding down the receivership estate.

**EDUCATION**

Bachelor of Arts in Accounting, University of Utah
Master of Business Administration, University of Utah

**WORK HISTORY**

Berkeley Research Group, LLC; Director and Managing Director (2011 – Current)

LECG, LLC; Director (2005 – 2011)

Neilson Elggren LLP; Partner (2000 – 2005)

Arthur Andersen; Manager (1998 – 2000)

Neilson Elggren Durkin & Co.; Staff Accountant and Manager (1988 – 1998)

3

**PROFESSIONAL AFFILIATIONS**

    Fellow, American College of Bankruptcy
    CFA Institute
    Turnaround Management Association
    Association of Insolvency and Restructuring Advisors
    American Bankruptcy Institute
    American Institute of Certified Public Accountants
    Utah Association of Certified Public Accountants

**INSTRUCTION, PRESENTATIONS & PUBLICATIONS**

Mr. Shields has provided instruction on valuation in the context of financial distress and bankruptcy at conferences for the American Bankruptcy Institute, the Association of Insolvency and Restructuring Advisors, the American Institute of Certified Public Accountants, and the Utah Association of Certified Public Accountants.

Co-author of *Business Valuation in Bankruptcy*, a Consulting Services Practice Aid published in 2002 by the American Institute of Certified Public Accountants.

Co-author of *Providing Bankruptcy and Reorganization Services, 2nd Edition, Volume 2 – Valuation in Bankruptcy*, a Forensic & Valuation Services Practice Aid published in 2016 by the American Institute of Certified Public Accountants.

**EXHIBIT 2**

**EXHIBIT 2**

## DOCUMENTATION AND INFORMATION CONSIDERED AND RELIED UPON

| Docket # | Description |
| --- | --- |
| 206 | Debtor's Monthly Operating Report for October 2020 |
| 301 | Debtor's Monthly Operating Report for November 2020 |
| 338 | Debtor's Monthly Operating Report for December 2020 |
| 380 | Debtor's Monthly Operating Report for January 2021 |
| 426 | Debtor's Monthly Operating Report for February 2021 |
| 485 | Debtor's Monthly Operating Report for March 2021 |
| 526 | Debtor's Monthly Operating Report for April 2021 |
| 582 | Debtor's Monthly Operating Report for May 2021 |
| 641 | Debtor's Monthly Operating Report for June 2021 |
| 647 | Debtor's Monthly Operating Report for June 2021 - Amended (1) |
| 718 | Debtor's Monthly Operating Report for July 2021 |
| 742 | Debtor's Monthly Operating Report for June 2021 - Amended (2) |
| 762 | Debtor's Monthly Operating Report for August 2021 |
| 811 | Debtor's Monthly Operating Report for September 2021 |
| 889 | Debtor's Monthly Operating Report for October 2021 |
| 949 | Debtor's Monthly Operating Report for November 2021 |
| 970 | Debtor's Monthly Operating Report for December 2021 |
| 992 | Debtor's Monthly Operating Report for January 2022 |
| 1052 | Debtor's Monthly Operating Report for February 2022 |
| 1089 | Debtor's Monthly Operating Report for March 2022 |
| 1137 | Debtor's Monthly Operating Report for April 2022 |
| 1184 | Debtor's Monthly Operating Report for May 2022 |
| 1238 | Debtor's Monthly Operating Report for June 2022 |
| 1295 | Debtor's Monthly Operating Report for July 2022 |
| 1331 | Debtor's Monthly Operating Report for August 2022 |
| 1392 | Debtor's Monthly Operating Report for September 2022 |
| 1490 | Debtor's Monthly Operating Report for October 2022 |
| 1547 | Debtor's Monthly Operating Report for November 2022 |
| 1624 | Debtor's Monthly Operating Report for December 2022 |
| 1723 | Debtor's Monthly Operating Report for January 2023 |
| 1982 | Debtor's Monthly Operating Report for February 2023 |
| 2057 | Debtor's Monthly Operating Report for March 2023 |
| 2121 | Debtor's Monthly Operating Report for April 2023 |
| 1912 | Motion of the Official Committee of Unsecured Creditors to Dismiss Chapter 11 Case |

**EXHIBIT 3**

**EXHIBIT 3**

 **DIOCESE OF ROCKVILLE CENTRE**
**Post-petition Income Statement Summary (October 1, 2020 - April 30, 2023)** [1]

**(Amounts in Thousands)**

| | OCT 2020 to JAN 2023 | | | FEB 2023 to APR 2023 | | | COMBINED TOTAL | MONTHLY AVERAGE |
|---|---|---|---|---|---|---|---|---|
| | Admin Offices [2] | PSIP [3] | TOTAL | Admin Offices [2] | PSIP [3] | TOTAL | | |
| Revenue | $ 62,843 | $ 49,360 | $ 112,203 | $ 7,067 | $ 5,954 | $ 13,021 | $ 125,224 | $ 4,039 |
| Operating Expenses | 55,942 | 49,967 | 105,909 | 5,469 | 5,675 | 11,144 | 117,053 | 3,776 |
| Change in Net Assets due to Unrestricted Activity Before Reorganization Items | $ 6,901 | $ (607) | $ 6,294 | $ 1,598 | $ 279 | $ 1,877 | $ 8,171 | $ 264 |
| Reorganization Items | 58,954 | 6,118 | 65,072 | 12,129 | 1017 | 13,146 | 78,218 | $ 2,523 |
| Change in Net Assets due to Unrestricted Activity [Income / (Loss)] | $ (52,053) | $ (6,725) | $ (58,778) | $ (10,531) | $ (738) | $ (11,269) | $ (70,047) | $ (2,260) |

**Notes:**

1. Any minor differences in amounts are due to rounding.
2. See Exhibit 4 for the Administrative Office Income Statement comparison derived from Debtor's Monthly Operating Reports.
3. See Exhibit 5 for the PSIP Income Statement comparison derived from Debtor's Monthly Operating Reports.

**EXHIBIT 4**

**EXHIBIT 4**

 **DIOCESE OF ROCKVILLE CENTRE**
**Administrative Offices**
**Post-petition Monthly Income Statement Comparison (October 1, 2020 - April 30, 2023)** [1]
(Amounts in Thousands)

| | FY 2021 (11 MONTHS) | | | | | | | | | | | FY 2021 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Oct-20 [2] | Nov-20 [3] | Dec-20 [4] | Jan-21 [5] | Feb-21 [6] | Mar-21 [7] | Apr-21 [8] | May-21 [9] | Jun-21 [10] | Jul-20 [11] | Aug-21 [12] | Total |
| **Revenue** | | | | | | | | | | | | |
| Parish Assessments | $ 866 | $ 864 | $ 860 | $ 863 | $ 866 | $ 739 | $ 747 | $ 749 | $ 741 | $ 747 | $ 749 | $ 8,791 |
| Unrestricted Donations & Contributions | - | 25 | - | 38 | 607 | 10 | - | - | 3 | - | 8 | 691 |
| Admin Services Revenue | 299 | 292 | 320 | 345 | 315 | 316 | 316 | 314 | 314 | 311 | 425 | 3,567 |
| Cell Tower Income | 242 | 242 | 242 | 242 | 242 | 243 | 247 | 242 | 247 | 247 | 247 | 2,683 |
| Investment Income (Loss) | (2) | - | 4 | (1) | 2 | 1 | 4 | 5 | - | 4 | 5 | 22 |
| Other revenue | 279 | 164 | 188 | 181 | 189 | 239 | 276 | 473 | 335 | 364 | 787 | 3,475 |
| Assets Released from Restricted | 27 | 100 | 15 | 26 | 205 | 37 | 45 | 3,549 | 722 | 259 | 771 | 5,756 |
| **Total Unrestricted Revenue** | $ 1,711 | $ 1,687 | $ 1,629 | $ 1,694 | $ 2,426 | $ 1,585 | $ 1,635 | $ 5,332 | $ 2,362 | $ 1,932 | $ 2,992 | $ 24,985 |
| | | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | | |
| Salaries & Benefits | $ 1,263 | $ 1,235 | $ 1,409 | $ 1,336 | $ 1,320 | $ 1,277 | $ 1,294 | $ 1,270 | $ 1,284 | $ 1,264 | $ 1,333 | 14,285 |
| Professional Fees | 78 | 124 | 76 | 139 | 72 | 214 | 340 | 80 | 98 | 209 | 200 | 1,630 |
| Insurance Claims Expense | - | - | - | - | - | - | - | - | - | - | - | - |
| Rent, Facilities & Utilities | 85 | 92 | 105 | 107 | 113 | 165 | 105 | 346 | 218 | 241 | 255 | 1,832 |
| Other Operating Expense | 170 | 285 | 202 | 209 | 516 | 251 | 148 | 249 | 146 | 226 | 1,319 | 3,721 |
| Operating Support Expense | 17 | 17 | 19 | (50) | - | 43 | 25 | - | 373 | - | 294 | 738 |
| **Total Operating Expenses** | $ 1,613 | $ 1,753 | $ 1,811 | $ 1,741 | $ 2,021 | $ 1,950 | $ 1,912 | $ 1,945 | $ 2,119 | $ 1,940 | $ 3,401 | $ 22,206 |
| **Change in Net Assets due to Unrestricted Activity Before Reorganization Items** | $ 98 | $ (66) | $ (182) | $ (47) | $ 405 | $ (365) | $ (277) | $ 3,387 | $ 243 | $ (8) | $ (409) | $ 2,779 |
| Reorganization Items | 1,710 | 2,232 | 1,841 | 2,556 | 2,070 | 1,700 | 1,771 | 1,756 | 2,552 | 1,507 | 1,789 | 21,484 |
| **Change in Net Assets due to Unrestricted Activity [Income / (Loss)]** | $ (1,612) | $ (2,298) | $ (2,023) | $ (2,603) | $ (1,665) | $ (2,065) | $ (2,048) | $ 1,631 | $ (2,309) | $ (1,515) | $ (2,198) | $ (18,705) |

**EXHIBIT 4**

 **BRG**

**DIOCESE OF ROCKVILLE CENTRE**
**Administrative Offices**
**Post-petition Monthly Income Statement Comparison (October 1, 2020 - April 30, 2023)** [1]
(Amounts in Thousands)

| | FY 2022 (12 MONTHS) | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Sep-21 [13] | Oct-21 [14] | Nov-21 [15] | Dec-21 [16] | Jan-22 [17] | Feb-22 [18] | Mar-22 [19] | Apr-22 [20] | May-22 [21] | Jun-22 [22] | Jul-22 [23] | Aug-22 [24] | FY 2022 Total |
| **Revenue** | | | | | | | | | | | | | |
| Parish Assessments | $ 800 | $ 804 | $ 808 | $ 801 | $ 804 | $ 808 | $ 827 | $ 833 | $ 835 | $ 828 | $ 834 | $ 836 | $ 9,818 |
| Unrestricted Donations & Contributions | 3 | 7 | 3 | 10 | 3 | 6 | 600 | 4 | 8 | - | 118 | 6 | 768 |
| Admin Services Revenue | 297 | 285 | 353 | 299 | 312 | 311 | 313 | 317 | 311 | 304 | 312 | 305 | 3,719 |
| Cell Tower Income | 291 | 291 | 291 | 291 | 291 | 291 | 291 | 292 | 297 | 297 | 329 | 329 | 3,549 |
| Investment Income (Loss) | - | - | (5) | (1) | (1) | (1) | (1) | (1) | 1 | (8) | - | (8) | (25) |
| Other revenue | 159 | 191 | 454 | 202 | 207 | 262 | 233 | 267 | 244 | 213 | 266 | 560 | 3,258 |
| Assets Released from Restricted | 600 | 325 | 381 | 332 | 474 | 515 | 429 | 678 | 904 | 357 | 362 | 664 | 6,021 |
| **Total Unrestricted Revenue** | **$ 2,150** | **$ 1,903** | **$ 2,285** | **$ 1,934** | **$ 2,090** | **$ 2,192** | **$ 2,692** | **$ 2,390** | **$ 2,600** | **$ 1,991** | **$ 2,189** | **$ 2,692** | **$ 27,108** |
| | | | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | | | |
| Salaries & Benefits | $ 1,244 | $ 1,250 | $ 1,230 | $ 1,285 | $ 1,315 | $ 1,319 | $ 1,277 | $ 1,288 | $ 1,270 | $ 1,322 | $ 1,283 | $ 1,205 | $ 15,288 |
| Professional Fees | 225 | 256 | 209 | 253 | 157 | 226 | 211 | 191 | 194 | 172 | 179 | 278 | 2,551 |
| Insurance Claims Expense | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rent, Facilities & Utilities | 111 | 120 | 825 | 123 | 121 | 113 | 137 | 133 | 111 | 131 | 130 | 103 | 2,158 |
| Other Operating Expense | 368 | 210 | 126 | 155 | 323 | 352 | 175 | 405 | 181 | 186 | 197 | 1,014 | 3,692 |
| Operating Support Expense | 53 | - | 2 | - | - | - | 98 | 133 | 521 | - | 28 | 109 | 944 |
| **Total Operating Expenses** | **$ 2,001** | **$ 1,836** | **$ 2,392** | **$ 1,816** | **$ 1,916** | **$ 2,010** | **$ 1,898** | **$ 2,150** | **$ 2,277** | **$ 1,811** | **$ 1,817** | **$ 2,709** | **$ 24,633** |
| | | | | | | | | | | | | | |
| **Change in Net Assets due to Unrestricted Activity Before Reorganization Items** | **$ 149** | **$ 67** | **$ (107)** | **$ 118** | **$ 174** | **$ 182** | **$ 794** | **$ 240** | **$ 323** | **$ 180** | **$ 372** | **$ (17)** | **$ 2,475** |
| Reorganization Items | 1,764 | 2,105 | 1,875 | 1,722 | 1,539 | 1,332 | 1,840 | 2,146 | 2,752 | 2,494 | 2,488 | 3,253 | 25,310 |
| **Change in Net Assets due to Unrestricted Activity [Income / (Loss)]** | **$ (1,615)** | **$ (2,038)** | **$ (1,982)** | **$ (1,604)** | **$ (1,365)** | **$ (1,150)** | **$ (1,046)** | **$ (1,906)** | **$ (2,429)** | **$ (2,314)** | **$ (2,116)** | **$ (3,270)** | **$ (22,835)** |

**EXHIBIT 4**

 **DIOCESE OF ROCKVILLE CENTRE**
Administrative Offices
**Post-petition Monthly Income Statement Comparison (October 1, 2020 - April 30, 2023)** [1]
(Amounts in Thousands)

| | Sep-22 [25] | Oct-22 [26] | Nov-22 [27] | Dec-22 [28] | Jan-23 [29] | Feb-23 [30] | Mar-23 [31] | Apr-23 [32] | FY 2023 Total | POST-PETITION TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | |
| Parish Assessments | $ 814 | $ 819 | $ 821 | $ 816 | $ 818 | $ 821 | $ 923 | $ 933 | $ 6,765 | $ 25,374 |
| Unrestricted Donations & Contributions | - | - | - | 13 | 6 | 604 | - | 1 | 624 | 2,083 |
| Admin Services Revenue | 297 | 310 | 291 | 286 | 282 | 291 | 303 | 286 | 2,346 | 9,632 |
| Cell Tower Income | 253 | 253 | 670 | 267 | 267 | 267 | 267 | 270 | 2,514 | 8,746 |
| Investment Income (Loss) | (1) | 11 | 74 | 61 | 55 | 53 | 55 | 42 | 350 | 347 |
| Other revenue | 353 | 204 | 245 | 187 | 181 | 197 | 208 | 217 | 1,792 | 8,525 |
| Assets Released from Restricted | 591 | 389 | 324 | 421 | 372 | 351 | 525 | 453 | 3,426 | 15,203 |
| **Total Unrestricted Revenue** | $ 2,307 | $ 1,986 | $ 2,425 | $ 2,051 | $ 1,981 | $ 2,584 | $ 2,281 | $ 2,202 | $ 17,817 | $ 69,910 |
| | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | |
| Salaries & Benefits | $ 1,264 | $ 1,230 | $ 1,234 | $ 1,286 | $ 1,241 | $ 1,260 | $ 1,251 | $ 1,274 | $ 10,040 | $ 39,613 |
| Professional Fees | 101 | 177 | 277 | 138 | 138 | 170 | 166 | 159 | 1,326 | 5,507 |
| Insurance Claims Expense | - | - | - | - | - | - | - | - | - | - |
| Rent, Facilities & Utilities | 80 | 130 | 118 | 115 | 115 | 118 | 112 | 126 | 914 | 4,904 |
| Other Operating Expense | 371 | 232 | 130 | 273 | 243 | 207 | 295 | 258 | 2,009 | 9,422 |
| Operating Support Expense | 210 | - | - | - | - | - | 53 | 20 | 283 | 1,965 |
| **Total Operating Expenses** | $ 2,026 | $ 1,769 | $ 1,759 | $ 1,812 | $ 1,737 | $ 1,755 | $ 1,877 | $ 1,837 | $ 14,572 | $ 61,411 |
| | | | | | | | | | | |
| **Change in Net Assets due to Unrestricted Activity Before Reorganization Items** | $ 281 | $ 217 | $ 666 | $ 239 | $ 244 | $ 829 | $ 404 | $ 365 | $ 3,245 | $ 8,499 |
| Reorganization Items | 3,404 | 1,701 | 2,143 | 1,848 | 3,064 | 4,019 | 4,740 | 3,370 | 24,289 | 71,083 |
| **Change in Net Assets due to Unrestricted Activity [Income / (Loss)]** | $ (3,123) | $ (1,484) | $ (1,477) | $ (1,609) | $ (2,820) | $ (3,190) | $ (4,336) | $ (3,005) | $ (21,044) | $ (62,584) |

FY 2023 (8 MONTHS)

**EXHIBIT 4**

 **DIOCESE OF ROCKVILLE CENTRE**

**Administrative Offices**

**Post-petition Monthly Income Statement Comparison (October 1, 2020 - April 30, 2023)** [1]

**(Amounts in Thousands)**

| NOTES |
|---|

1    Any minor differences in the Income Statement amounts are due to rounding.
2    See [Dkt. No. 206] Monthly Operating Report (October 1, 2020 - October 31, 2020) at Page No. 6.
3    See [Dkt. No. 301] Monthly Operating Report (November 1, 2020 - November 30, 2020) at Page No. 6.
4    See [Dkt. No. 338] Monthly Operating Report (December 1, 2020 - December 31, 2020) at Page No. 6.
5    See [Dkt. No. 380] Monthly Operating Report (January 1, 2021 - January 31, 2021) at Page No. 6.
6    See [Dkt. No. 426] Monthly Operating Report (February 1, 2021 - February 28, 2021) at Page No. 6.
7    See [Dkt. No. 485] Monthly Operating Report (March 1, 2021 - March 31, 2021) at Page No. 6.
8    See [Dkt. No. 526] Monthly Operating Report (April 1, 2021 - April 30, 2021) at Page No. 6.
9    See [Dkt. No. 582] Monthly Operating Report (May 1, 2021 - May 31, 2021) at Page No. 6.
10   See [Dkt. No. 742-1] Monthly Operating Report (June 1, 2021 - Jun 30, 2021) at Page No. 6.
11   See [Dkt. No. 718-1] Monthly Operating Report (July 1, 2021 - July 31, 2021) at Page No. 6.
12   See [Dkt. No. 762-1] Monthly Operating Report (August 1, 2021 - August 31, 2021) at Page No. 6.
13   See [Dkt. No. 811-1] Monthly Operating Report (September 1, 2021 - September 30, 2021) at Page No. 6.
14   See [Dkt. No. 889-1] Monthly Operating Report (October 1, 2021 - October 31, 2021) at Page No. 6.
15   See [Dkt. No. 949-1] Monthly Operating Report (November 1, 2021 - November 30, 2021) at Page No. 6.
16   See [Dkt. No. 970-1] Monthly Operating Report (December 1, 2021 - December 31, 2021) at Page No. 6.
17   See [Dkt. No. 992-1] Monthly Operating Report (January 1, 2022 - January 31, 2022) at Page No. 6.
18   See [Dkt. No. 1052-1] Monthly Operating Report (February 1, 2022 - February 28, 2022) at Page No. 6.
19   See [Dkt. No. 1089-1] Monthly Operating Report (March 1, 2022 - March 31, 2022) at Page No. 6.
20   See [Dkt. No. 1137-1] Monthly Operating Report (April 1, 2022 - April 30, 2022) at Page No. 6.
21   See [Dkt. No. 1184-1] Monthly Operating Report (May 1, 2022 - May 31, 2022) at Page No. 6.
22   See [Dkt. No. 1238-1] Monthly Operating Report (June 1, 2022 - Jun 30, 2022) at Page No. 6.
23   See [Dkt. No. 1295] Monthly Operating Report (July 1, 2022 - July 31, 2022) at Page No. 11.
24   See [Dkt. No. 1331] Monthly Operating Report (August 1, 2022 - August 31, 2022) at Page No. 11.
25   See [Dkt. No. 1392-1] Monthly Operating Report (September 1, 2022 - September 30, 2022) at Page No. 6.
26   See [Dkt. No. 1490-1] Monthly Operating Report (October 1, 2022 - October 31, 2022) at Page No. 6.
27   See [Dkt. No. 1547-1] Monthly Operating Report (November 1, 2022 - November 30, 2022) at Page No. 6.
28   See [Dkt. No. 1624-1] Monthly Operating Report (December 1, 2022 - December 31, 2022) at Page No. 6.
29   See [Dkt. No. 1723-1] Monthly Operating Report (January 1, 2023 - January 31, 2023) at Page No. 6.
30   See [Dkt. No. 1982-1] Monthly Operating Report (February 1, 2023 - February 28, 2023) at Page No. 6.
31   See [Dkt. No. 2057-1] Monthly Operating Report (March 1, 2023 - March 31, 2023) at Page No. 6.
32   See [Dkt. No. 2121-1] Monthly Operating Report (April 1, 2023 - April 30, 2023) at Page No. 6.

# EXHIBIT 5

EXHIBIT 5

 **BRG**

**DIOCESE OF ROCKVILLE CENTRE**
Protected Self Insurance Program ("PSIP")
Post-petition Monthly Income Statement Comparison (October 1, 2020 - April 30, 2023) [1]
(Amounts in Thousands)

| | FY 2021 (11 MONTHS) | | | | | | | | | | | FY 2021 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Oct-20 [2] | Nov-20 [3] | Dec-20 [4] | Jan-21 [5] | Feb-21 [6] | Mar-21 [7] | Apr-21 [8] | May-21 [9] | Jun-21 [10] | Jul-20 [11] | Aug-21 [12] | |
| **Revenue** | | | | | | | | | | | | |
| Insurance Assessments | $ 1,072 | $ 1,386 | $ 1,407 | $ 1,319 | $ 1,319 | $ 1,359 | $ 1,487 | $ 1,308 | $ 1,290 | $ 1,282 | $ 1,307 | $ 14,536 |
| Specific Excess Recoveries | 24 | 374 | 68 | 459 | 403 | 377 | 46 | 1,148 | 87 | 328 | (61) | 3,253 |
| Investment Gains / (Losses) | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Revenue | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 91 | 11 | 11 | 13 | 133 |
| **Total Revenue** | $ 1,097 | $ 1,761 | $ 1,476 | $ 1,779 | $ 1,723 | $ 1,737 | $ 1,534 | $ 2,547 | $ 1,388 | $ 1,621 | $ 1,259 | $ 17,922 |
| **Operating Expenses** | | | | | | | | | | | | |
| Claims Expense | $ 65 | $ 445 | $ 139 | $ 603 | $ 604 | $ 260 | $ 212 | $ 1,086 | $ 166 | $ 499 | $ 225 | $ 4,304 |
| Insurance Expense | 1,249 | 1,220 | 1,214 | 1,093 | 1,070 | 1,141 | 1,088 | 1,091 | 1,092 | 1,092 | 1,109 | 12,459 |
| Bad Debt Expense | - | - | - | - | - | - | - | - | - | - | 534 | 534 |
| Professional Fees | 52 | 52 | 102 | 117 | 98 | 79 | 105 | 62 | 65 | 56 | 85 | 873 |
| Salaries & Benefits | 56 | 54 | 54 | 56 | 56 | 56 | 55 | 56 | 56 | 56 | 62 | 617 |
| Rent, Facility, Utilities | 1 | 4 | 4 | 5 | 6 | 4 | 4 | 4 | 4 | 4 | 4 | 44 |
| Other Operating Expenses | 4 | 4 | 4 | 3 | 4 | 5 | 2 | 2 | 1 | 1 | 1 | 31 |
| **Total Operating Expenses** | $ 1,427 | $ 1,779 | $ 1,517 | $ 1,877 | $ 1,838 | $ 1,545 | $ 1,466 | $ 2,301 | $ 1,384 | $ 1,708 | $ 2,020 | $ 18,862 |
| **Change in Net Assets Before Reorganization Items** | $ (330) | $ (18) | $ (41) | $ (98) | $ (115) | $ 192 | $ 68 | $ 246 | $ 4 | $ (87) | $ (761) | $ (940) |
| Reorganization Items | 157 | 105 | 141 | 217 | 127 | 82 | 155 | 141 | 187 | 188 | 155 | 1,655 |
| **Change in Net Assets [Income / (Loss)]** | $ (487) | $ (123) | $ (182) | $ (315) | $ (242) | $ 110 | $ (87) | $ 105 | $ (183) | $ (275) | $ (916) | $ (2,595) |

**EXHIBIT 5**



**DIOCESE OF ROCKVILLE CENTRE**
Protected Self Insurance Program ("PSIP")
Post-petition Monthly Income Statement Comparison (October 1, 2020 - April 30, 2023) [1]
(Amounts in Thousands)

| | FY 2022 (12 MONTHS) | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Sep-21 [13] | Oct-21 [14] | Nov-21 [15] | Dec-21 [16] | Jan-22 [17] | Feb-22 [18] | Mar-22 [19] | Apr-22 [20] | May-22 [21] | Jun-22 [22] | Jul-22 [23] | Aug-22 [24] | FY 2022 Total |
| **Revenue** | | | | | | | | | | | | | |
| Insurance Assessments | $ 1,281 | $ 1,315 | $ 1,341 | $ 1,378 | $ 1,359 | $ 1,360 | $ 1,358 | $ 1,304 | $ 1,405 | $ 1,363 | $ 1,360 | $ 1,394 | $ 16,218 |
| Specific Excess Recoveries | 681 | 334 | 122 | 197 | 180 | 1,167 | 275 | 1,086 | 583 | 138 | 821 | 788 | 6,372 |
| Investment Gains / (Losses) | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Revenue | 11 | 11 | 11 | 11 | 11 | 11 | 13 | 17 | 26 | 35 | 47 | 49 | 253 |
| **Total Revenue** | $ 1,973 | $ 1,660 | $ 1,474 | $ 1,586 | $ 1,550 | $ 2,538 | $ 1,646 | $ 2,407 | $ 2,014 | $ 1,536 | $ 2,228 | $ 2,231 | $ 22,843 |
| **Operating Expenses** | | | | | | | | | | | | | |
| Claims Expense | $ 907 | $ 426 | $ 239 | $ 304 | $ 301 | $ 967 | $ 359 | $ 1,248 | $ 763 | $ 263 | $ 764 | $ 799 | $ 7,340 |
| Insurance Expense | 1,045 | 1,101 | 1,063 | 1,067 | 1,140 | 1,067 | 1,062 | 1,442 | 1,171 | 1,179 | 1,174 | 1,173 | 13,684 |
| Bad Debt Expense | - | - | - | - | - | - | - | - | - | - | - | 150 | 150 |
| Professional Fees | 67 | 44 | 71 | 124 | 98 | 120 | 63 | 61 | 33 | 42 | 55 | 44 | 822 |
| Salaries & Benefits | 54 | 54 | 54 | 54 | 57 | 57 | 57 | 57 | 57 | 57 | 57 | 32 | 647 |
| Rent, Facility, Utilities | 5 | 4 | 4 | 4 | 5 | 5 | 4 | 4 | 4 | 4 | 4 | 6 | 53 |
| Other Operating Expenses | 1 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 1 | 3 | 1 | 1 | 20 |
| **Total Operating Expenses** | $ 2,079 | $ 1,631 | $ 1,432 | $ 1,555 | $ 1,603 | $ 2,218 | $ 1,547 | $ 2,814 | $ 2,029 | $ 1,548 | $ 2,055 | $ 2,205 | $ 22,716 |
| **Change in Net Assets Before Reorganization Items** | $ (106) | $ 29 | $ 42 | $ 31 | $ (53) | $ 320 | $ 99 | $ (407) | $ (15) | $ (12) | $ 173 | $ 26 | $ 127 |
| Reorganization Items | 244 | 367 | 293 | 308 | 182 | 330 | 301 | 540 | 194 | 125 | 218 | 250 | 3,352 |
| **Change in Net Assets [Income / (Loss)]** | $ (350) | $ (338) | $ (251) | $ (277) | $ (235) | $ (10) | $ (202) | $ (947) | $ (209) | $ (137) | $ (45) | $ (224) | $ (3,225) |

**EXHIBIT 5**



**DIOCESE OF ROCKVILLE CENTRE**
**Protected Self Insurance Program ("PSIP")**
**Post-petition Monthly Income Statement Comparison (October 1, 2020 - April 30, 2023) [1]**
Amounts in Thousands)

| | FY 2023 (8 MONTHS) | | | | | | | | | POST-PETITION TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | Sep-22 [25] | Oct-22 [26] | Nov-22 [27] | Dec-22 [28] | Jan-23 [29] | Feb-23 [30] | Mar-23 [31] | Apr-23 [32] | FY 2023 Total | |
| **Revenue** | | | | | | | | | | |
| Insurance Assessments | $ 1,363 | $ 1,363 | $ 1,365 | $ 1,479 | $ 1,545 | $ 1,472 | $ 1,470 | $ 1,544 | $ 11,601 | $ 42,355 |
| Specific Excess Recoveries | 190 | 292 | 64 | 297 | 201 | 484 | 379 | 330 | 2,237 | 11,862 |
| Investment Gains / (Losses) | - | - | - | - | - | - | - | - | - | - |
| Other Revenue | 63 | 95 | 94 | 96 | 88 | 84 | 95 | 96 | 711 | 1,097 |
| **Total Revenue** | $ 1,616 | $ 1,750 | $ 1,523 | $ 1,872 | $ 1,834 | $ 2,040 | $ 1,944 | $ 1,970 | $ 14,549 | $ 55,314 |
| | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | |
| Claims Expense | $ 294 | $ 375 | $ 173 | $ 360 | $ 328 | $ 530 | $ 499 | $ 480 | $ 3,039 | $ 14,683 |
| Insurance Expense | 1,173 | 1,174 | 1,212 | 1,248 | 1,414 | 1,264 | 1,264 | 1,246 | 9,995 | 36,138 |
| Bad Debt Expense | - | - | - | - | - | - | - | - | - | 684 |
| Professional Fees | 94 | 53 | 78 | 41 | 59 | 93 | 49 | 55 | 522 | 2,217 |
| Salaries & Benefits | 56 | 56 | 56 | 56 | 59 | 59 | 59 | 59 | 460 | 1,724 |
| Rent, Facility, Utilities | 5 | 5 | 5 | 6 | 5 | 6 | 5 | 4 | 41 | 138 |
| Other Operating Expenses | 1 | 1 | 1 | 1 | - | 1 | 1 | 1 | 7 | 58 |
| **Total Operating Expenses** | $ 1,623 | $ 1,664 | $ 1,525 | $ 1,712 | $ 1,865 | $ 1,953 | $ 1,877 | $ 1,845 | $ 14,064 | $ 55,642 |
| | | | | | | | | | | |
| **Change in Net Assets Before Before Reorganization Items** | $ (7) | $ 86 | $ (2) | $ 160 | $ (31) | $ 87 | $ 67 | $ 125 | $ 485 | $ (328) |
| Reorganization Items | 264 | 207 | 158 | 174 | 308 | 240 | 349 | 428 | 2,128 | 7,135 |
| **Change in Net Assets [Income / (Loss)]** | $ (271) | $ (121) | $ (160) | $ (14) | $ (339) | $ (153) | $ (282) | $ (303) | $ (1,643) | $ (7,463) |

**EXHIBIT 5**

 **DIOCESE OF ROCKVILLE CENTRE**
**Protected Self Insurance Program ("PSIP")**
**Post-petition Monthly Income Statement Comparison (October 1, 2020 - April 30, 2023)** [1]
**(Amounts in Thousands)**

| NOTES |
|---|

1    Any minor differences in the Income Statement amounts are due to rounding.
2    See [Dkt. No. 206] Monthly Operating Report (October 1, 2020 - October 31, 2020) at Page No. 6.
3    See [Dkt. No. 301] Monthly Operating Report (November 1, 2020 - November 30, 2020) at Page No. 6.
4    See [Dkt. No. 338] Monthly Operating Report (December 1, 2020 - December 31, 2020) at Page No. 6.
5    See [Dkt. No. 380] Monthly Operating Report (January 1, 2021 - January 31, 2021) at Page No. 6.
6    See [Dkt. No. 426] Monthly Operating Report (February 1, 2021 - February 28, 2021) at Page No. 6.
7    See [Dkt. No. 485] Monthly Operating Report (March 1, 2021 - March 31, 2021) at Page No. 6.
8    See [Dkt. No. 526] Monthly Operating Report (April 1, 2021 - April 30, 2021) at Page No. 6.
9    See [Dkt. No. 582] Monthly Operating Report (May 1, 2021 - May 31, 2021) at Page No. 6.
10   See [Dkt. No. 742-1] Monthly Operating Report (June 1, 2021 - Jun 30, 2021) at Page No. 6.
11   See [Dkt. No. 718-1] Monthly Operating Report (July 1, 2021 - July 31, 2021) at Page No. 6.
12   See [Dkt. No. 762-1] Monthly Operating Report (August 1, 2021 - August 31, 2021) at Page No. 6.
13   See [Dkt. No. 811-1] Monthly Operating Report (September 1, 2021 - September 30, 2021) at Page No. 6.
14   See [Dkt. No. 889-1] Monthly Operating Report (October 1, 2021 - October 31, 2021) at Page No. 6.
15   See [Dkt. No. 949-1] Monthly Operating Report (November 1, 2021 - November 30, 2021) at Page No. 6.
16   See [Dkt. No. 970-1] Monthly Operating Report (December 1, 2021 - December 31, 2021) at Page No. 6.
17   See [Dkt. No. 992-1] Monthly Operating Report (January 1, 2022 - January 31, 2022) at Page No. 6.
18   See [Dkt. No. 1052-1] Monthly Operating Report (February 1, 2022 - February 28, 2022) at Page No. 6.
19   See [Dkt. No. 1089-1] Monthly Operating Report (March 1, 2022 - March 31, 2022) at Page No. 6.
20   See [Dkt. No. 1137-1] Monthly Operating Report (April 1, 2022 - April 30, 2022) at Page No. 6.
21   See [Dkt. No. 1184-1] Monthly Operating Report (May 1, 2022 - May 31, 2022) at Page No. 6.
22   See [Dkt. No. 1238-1] Monthly Operating Report (June 1, 2022 - Jun 30, 2022) at Page No. 6.
23   See [Dkt. No. 1295] Monthly Operating Report (July 1, 2022 - July 31, 2022) at Page No. 11.
24   See [Dkt. No. 1331] Monthly Operating Report (August 1, 2022 - August 31, 2022) at Page No. 11.
25   See [Dkt. No. 1392-1] Monthly Operating Report (September 1, 2022 - September 30, 2022) at Page No. 6.
26   See [Dkt. No. 1490-1] Monthly Operating Report (October 1, 2022 - October 31, 2022) at Page No. 6.
27   See [Dkt. No. 1547-1] Monthly Operating Report (November 1, 2022 - November 30, 2022) at Page No. 6.
28   See [Dkt. No. 1624-1] Monthly Operating Report (December 1, 2022 - December 31, 2022) at Page No. 6.
29   See [Dkt. No. 1723-1] Monthly Operating Report (January 1, 2023 - January 31, 2023) at Page No. 6.
30   See [Dkt. No. 1982-1] Monthly Operating Report (February 1, 2023 - February 28, 2023) at Page No. 6.
31   See [Dkt. No. 2057-1] Monthly Operating Report (March 1, 2023 - March 31, 2023) at Page No. 6.
32   See [Dkt. No. 2121-1] Monthly Operating Report (April 1, 2023 - April 30, 2023) at Page No. 6.

**EXHIBIT 6**

**EXHIBIT 6**



**DIOCESE OF ROCKVILLE CENTRE**
**Administrative Offices & Protected Self Insurance Program ("PSIP")**
**Combined Monthly Income Statement Summary (October 01, 2020 to April 30, 2023)** [1]
(Amounts in Thousands)

| Month | [A] Revenue | | [B] Less: Operating Expenses | [A] - [B] Change in Net Assets due to Unrestricted Activity Before Reorganization Items | [C] Less: Reorganization Items | [A] - [B] - [C] Change in Net Assets due to Unrestricted Activity [Income / (Loss)] | [D] Combined Cumulative Unrestricted Loss |
|---|---|---|---|---|---|---|---|
| OCT 20 | $ 2,808 | $ | 3,040 | $ (232) | $ 1,867 | $ (2,099) | $ (2,099) |
| NOV 20 | 3,448 | | 3,532 | (84) | 2,337 | (2,421) | (4,520) |
| DEC 20 | 3,105 | | 3,328 | (223) | 1,982 | (2,205) | (6,725) |
| JAN 21 | 3,473 | | 3,618 | (145) | 2,773 | (2,918) | (9,643) |
| FEB 21 | 4,149 | | 3,859 | 290 | 2,197 | (1,907) | (11,550) |
| MAR 21 | 3,322 | | 3,495 | (173) | 1,782 | (1,955) | (13,505) |
| APR 21 | 3,169 | | 3,378 | (209) | 1,926 | (2,135) | (15,640) |
| MAY 21 | 7,879 (2) | | 4,246 | 3,633 | 1,897 | 1,736 | (13,904) |
| JUN 21 | 3,750 | | 3,503 | 247 | 2,739 | (2,492) | (16,396) |
| JUL 21 | 3,553 | | 3,648 | (95) | 1,695 | (1,790) | (18,186) |
| AUG 21 | 4,251 | | 5,421 | (1,170) | 1,944 | (3,114) | (21,300) |
| SEP 21 | 4,123 | | 4,080 | 43 | 2,008 | (1,965) | (23,265) |
| OCT 21 | 3,563 | | 3,467 | 96 | 2,472 | (2,376) | (25,641) |
| NOV 21 | 3,759 | | 3,824 | (65) | 2,168 | (2,233) | (27,874) |
| DEC 21 | 3,520 | | 3,371 | 149 | 2,030 | (1,881) | (29,755) |
| JAN 22 | 3,640 | | 3,519 | 121 | 1,721 | (1,600) | (31,355) |
| FEB 22 | 4,730 | | 4,228 | 502 | 1,662 | (1,160) | (32,515) |
| MAR 22 | 4,338 | | 3,445 | 893 | 2,141 | (1,248) | (33,763) |
| APR 22 | 4,797 | | 4,964 | (167) | 2,686 | (2,853) | (36,616) |
| MAY 22 | 4,614 | | 4,306 | 308 | 2,946 | (2,638) | (39,254) |
| JUN 22 | 3,527 | | 3,359 | 168 | 2,619 | (2,451) | (41,705) |
| JUL 22 | 4,417 | | 3,872 | 545 | 2,706 | (2,161) | (43,866) |
| AUG 22 | 4,923 | | 4,914 | 9 | 3,503 | (3,494) | (47,360) |
| SEP 22 | 3,923 | | 3,649 | 274 | 3,668 | (3,394) | (50,754) |
| OCT 22 | 3,736 | | 3,433 | 303 | 1,908 | (1,605) | (52,359) |
| NOV 22 | 3,948 | | 3,284 | 664 | 2,301 | (1,637) | (53,996) |
| DEC 22 | 3,923 | | 3,524 | 399 | 2,022 | (1,623) | (55,619) |
| JAN 23 | 3,815 | | 3,602 | 213 | 3,372 | (3,159) | (58,778) |
| FEB 23 | 4,624 | | 3,708 | 916 | 4,259 | (3,343) | (62,121) |
| MAR 23 | 4,225 | | 3,754 | 471 | 5,089 | (4,618) | (66,739) |
| APR 23 | 4,172 | | 3,682 | 490 | 3,798 | (3,308) | (70,047) |
| **TOTAL** | **$ 125,224** | **$** | **117,053** | **$ 8,171** | **$ 78,218** | **$ (70,047)** | **$ (70,047)** |

<u>**Notes:**</u>

1. See Exhibits 4 and 5 for the monthly Income Statement comparisons derived from Debtor's Monthly Operating Reports.
   Any minor differences in the amounts are due to rounding.

2. The May 2021 Monthly Operating Report included revenue of $3.5 million resulting from assets released from restricted. The Debtor's
   would have had negative Change in Net Assets due to Unrestricted Activity, after reorganization items, without the large release of
   restricted funds.

# EXHIBIT 7

**EXHIBIT 7**





*SOURCE:  Debtor's required monthly operating reports filed with the United States Bankruptcy Court.*
*(See Exhibit 6 for monthly amounts.)*

* **The May 2021 Monthly Operating Report included Administrative Office revenue of $3.5 million resulting from assets released from restricted.**
**Without the large release of restricted funds, the Debtor would have had negative Change in Net Assets due to Unrestricted Activity, after reorganization items.**

**EXHIBIT 8**

**EXHIBIT 8**





*SOURCE:  Debtor's required monthly operating reports filed with the United States Bankruptcy Court.*

*(See Exhibit 6 for monthly amounts.)*