PACHULSKI STANG ZIEHL & JONES LLP
James I. Stang, Esq. (admitted *pro hac vice*)
Alan J. Kornfeld, Esq.
Karen B. Dine, Esq.
Brittany M. Michael, Esq.
780 Third Avenue, 36th Floor
New York, NY  10017-2024
Tel: 212-561-7700; Fax: 212-561-7777
jstang@pszjlaw.com
akornfeld@pszjlaw.com
kdine@pszjlaw.com
bmichael@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, | ) Case No. 20-12345 (MG) |
| | ) |
| Debtor. | ) |
| | ) |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS'**
**DEPOSITION DESIGNATIONS IN SUPPORT OF EVIDENTIARY**
**HEARING ON THE MOTION OF THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS TO DISMISS CHAPTER 11 CASE [DOCKET NO. 1912]**

In connection with the evidentiary hearing on the *Motion of the Official Committee of*

*Unsecured Creditors to Dismiss Chapter 11 Case* [Docket No. 1912] (the "Motion to Dismiss"),

the Official Committee of Unsecured Creditors designates the following portions of the

depositions of Andrew Silvershein, Esq. (at Exhibit A hereto); Linc Leder, Esq. (at Exhibit B

hereto); and Adam Horowitz, Esq. (at Exhibit C hereto), taken in connection with the contested

matter on the Motion to Dismiss.

Dated:   June 30, 2023                                     PACHULSKI STANG ZIEHL & JONES LLP


*/s/Alan J. Kornfeld*
James I. Stang, Esq. (admitted *pro hac vice*)
Alan J. Kornfeld, Esq.
Karen B. Dine, Esq.
Brittany M. Michael, Esq.
780 Third Avenue, 36th Floor
New York, NY  10017-2024
Tel: 212-561-7700; Fax: 212-561-7777
jstang@pszjlaw.com
akornfeld@pszjlaw.com
kdine@pszjlaw.com
bmichael@pszjlaw.com

*Counsel to the Official Committee of Unsecured
Creditors*

DOCS_LA:349901.1 18491/002

# EXHIBIT A

*In re The Roman Catholic Diocese of Rockville Centre, New York*
(Bankr. S.D.N.Y., Case No. 20-12345 (MG))

**Deposition Designations of Movant, the Official Committee of Unsecured Creditors ("Committee")**

| June 22, 2023 Deposition of Andrew Silvershein, Esq. | | | |
|---|---|---|---|
| **Committee's Initial Designations** | **Diocese's Objections to Initial Designations** | **Diocese's Counter-Designations** | **Committee's Objections to Counter-Designations** |
| 6:12-16 | | | |
| 8:5-12 | | | |
| 9:18-24 | | | |
| 10:10 to 13:18 | | | |
| 14: 6-13 | | | |
| 18: 20 to 20:6 | | | |
| 20:15-24 | | | |
| 21:5-8 | | | |
| 21:20-25 | | | |
| 22:7-16 | | | |
| 24:16-19 | | | |
| 25:9 to 27:12 | | | |

*In re The Roman Catholic Diocese of Rockville Centre, New York*
(Bankr. S.D.N.Y., Case No. 20-12345 (MG))

**Deposition Designations of Movant, the Official Committee of Unsecured Creditors ("Committee")**

| June 22, 2023 Deposition of Andrew Silvershein, Esq. | | | |
|---|---|---|---|
| **Committee's Initial Designations** | **Diocese's Objections to Initial Designations** | **Diocese's Counter-Designations** | **Committee's Objections to Counter-Designations** |
| 27:18 to 30:15 | | | |
| 31:3-24 | | | |
| 32:4 to 34:24 | | | |
| 35:1-15 | | | |
| 36:16-20 | | | |
| 37:5-17 | | | |
| 39:1 to 40:4 | | | |
| 40:20 to 41:4 | | | |
| 44:1-13 | | | |
| 45:2 to 46:10 | | | |
| 46:18-24 | | | |
| 48:19 to 49:11 | | | |

*In re The Roman Catholic Diocese of Rockville Centre, New York*
(Bankr. S.D.N.Y., Case No. 20-12345 (MG))

**Deposition Designations of Movant, the Official Committee of Unsecured Creditors ("Committee")**

| June 22, 2023 Deposition of Andrew Silvershein, Esq. | | | |
|---|---|---|---|
| **Committee's Initial Designations** | **Diocese's Objections to Initial Designations** | **Diocese's Counter-Designations** | **Committee's Objections to Counter-Designations** |
| 49:22-24 | | | |
| 50:8 to 51:11 | | | |
| 51:17 to 52:6 | | | |
| 58:19 to 59:6 | | | |
| 60:9-15 | | | |

# EXHIBIT B

*In re The Roman Catholic Diocese of Rockville Centre, New York*
(Bankr. S.D.N.Y., Case No. 20-12345 (MG))

**Deposition Designations of Movant, the Official Committee of Unsecured Creditors ("Committee")**

| June 21, 2023 Deposition of Linc Leder, Esq. | | | |
|---|---|---|---|
| **Committee's Initial Designations** | **Diocese's Objections to Initial Designations** | **Diocese's Counter- Designations** | **Committee's Objections to Counter-Designations** |
| 5:2-10 | | | |
| 6:18-20 | | | |
| 9:14-18 | | | |
| 10:14 to 11:3 | | | |
| 12:12-18 | | | |
| 13:20-25 | | | |
| 15:9-20 | | | |
| 17:13-21 | | | |
| 18:11 to 20:15 | | | |
| 27:14 to 28:11 | | | |
| 28:17 to 32:6 | | | |

*In re The Roman Catholic Diocese of Rockville Centre, New York*
(Bankr. S.D.N.Y., Case No. 20-12345 (MG))

**Deposition Designations of Movant, the Official Committee of Unsecured Creditors ("Committee")**

| June 21, 2023 Deposition of Linc Leder, Esq. | | | |
|---|---|---|---|
| **Committee's Initial Designations** | **Diocese's Objections to Initial Designations** | **Diocese's Counter- Designations** | **Committee's Objections to Counter-Designations** |
| 32:23 to 33:15 | | | |
| 34:13-16 | | | |
| 35:23 to 36:20 | | | |
| 37:7-17 | | | |
| 38:8 to 39:12 | | | |
| 40:6-22 | | | |
| 43:9 to 45:21 | | | |
| 47:10 to 48:3 | | | |
| 49:13 to 50:6 | | | |
| 50:13 to 52:19 | | | |
| 53:25 to 55:8 | | | |
| 55:11-22 | | | |

5

*In re The Roman Catholic Diocese of Rockville Centre, New York*
(Bankr. S.D.N.Y., Case No. 20-12345 (MG))

**Deposition Designations of Movant, the Official Committee of Unsecured Creditors ("Committee")**

| June 21, 2023 Deposition of Linc Leder, Esq. | | | |
|---|---|---|---|
| **Committee's Initial Designations** | **Diocese's Objections to Initial Designations** | **Diocese's Counter- Designations** | **Committee's Objections to Counter-Designations** |
| 61:15 to 62:11 | | | |
| 67:6-10 | | | |
| 74:3-14 | | | |
| 83:6 to 84:21 | | | |

# EXHIBIT C

*In re The Roman Catholic Diocese of Rockville Centre, New York*
(Bankr. S.D.N.Y., Case No. 20-12345 (MG))

**Deposition Designations of Movant, the Official Committee of Unsecured Creditors ("Committee")**

| June 21, 2023 Deposition of Adam Horowitz | | | |
|---|---|---|---|
| **Committee's Initial Designations** | **Diocese's Objections to Initial Designations** | **Diocese's Counter- Designations** | **Committee's Objections to Counter-Designations** |
| 6:18-22 | | | |
| 8:10-23 | | | |
| 9:6 to 10:2 | | | |
| 11:2-9 | | | |
| 13:6 to 14:7 | | | |
| 15:23 to 16:6 | | | |
| 16:17 to 17:2 | | | |
| 17:22 to 20:14 | | | |
| 21:14 to 22:3 | | | |
| 23:22-25 | | | |
| 30:4-23 | | | |
| 31:1-4 | | | |

7

*In re The Roman Catholic Diocese of Rockville Centre, New York*
(Bankr. S.D.N.Y., Case No. 20-12345 (MG))

**Deposition Designations of Movant, the Official Committee of Unsecured Creditors ("Committee")**

| June 21, 2023 Deposition of Adam Horowitz | | | |
|---|---|---|---|
| **Committee's Initial Designations** | **Diocese's Objections to Initial Designations** | **Diocese's Counter- Designations** | **Committee's Objections to Counter-Designations** |
| 34:1-10 | | | |
| 35:4-22 | | | |
| 37:24 to 38:8 | | | |
| 42:24 to 43:22 | | | |
| 45:14-20 | | | |
| 46:7 to 47:4 | | | |
| 47:13-20 | | | |
| 50:24 to 51:10 | | | |
| 54:3 to 56:5 | | | |
| 57:8-22 | | | |
| 59:20 to 60:11 | | | |
| 60:23 to 61:3 | | | |

*In re The Roman Catholic Diocese of Rockville Centre, New York*
(Bankr. S.D.N.Y., Case No. 20-12345 (MG))

**Deposition Designations of Movant, the Official Committee of Unsecured Creditors ("Committee")**

| **June 21, 2023 Deposition of Adam Horowitz** | | | |
|---|---|---|---|
| **Committee's Initial Designations** | **Diocese's Objections to Initial Designations** | **Diocese's Counter- Designations** | **Committee's Objections to Counter-Designations** |
| 64:12 to 65:2 | | | |
| 65:11 to 66:10 | | | |
| 72:12-20 | | | |
| 75:17-21 | | | |
| 78:6 to 79:3 | | | |
| 87:10-16 | | | |