UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, | ) Case No. 20-12345 (MG) |
| | ) |
| Debtor.[1] | ) |

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA    )
                       )
COUNTY OF LOS ANGELES  )

I, Mary de Leon, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP.  I am not a party to the within action; my business address is 10100 Santa Monica Blvd., Suite 1300, Los Angeles, CA  90067.

On **June 30, 2023,** I caused a true and correct copy of the following documents to be served via electronic mail upon the parties set forth on the service list annexed hereto as **Exhibit A**; and

On **June 30, 2013,** I caused a true and correct copy of the following documents to be served via U.S. Mail upon the parties set forth on the service list annexed hereto as **Exhibit B.**

- **DECLARATION OF CHARLES D'ESTRIES IN SUPPORT OF MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DISMISS CHAPTER 11 CASE [D.I. 1912];**

- **DECLARATION OF JASON P. AMALA IN SUPPORT OF MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DISMISS CHAPTER 11 CASE [D.I. 1912];**

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last for digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue, P.O. Box 9023, Rockville Centre, NY  11571-9023.

1

- **DECLARATION OF PATRICK STONEKING IN SUPPORT OF MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DISMISS CHAPTER 11 CASE [D.I. 1912];**

- **DECLARATION OF PAUL N. SHIELDS IN SUPPORT OF MOTION OF THE OFFICIAL COMMITTEE OF UNSECUREDCREDITORS TO DISMISS CHAPTER 11 CASE [D.I. 1912]; and**

- **OFFICIAL COMMITTEE OF UNSECURED CREDITORS' DEPOSITION DESIGNATIONS IN SUPPORT OF EVIDENTIARY HEARING ON THE MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DISMISS CHAPTER 11 CASE [DOCKET NO. 1912]**

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated this 30th day of June, 2023.

*/s/ Mary de Leon*
Mary de Leon

# EXHIBIT A

**Service by E-Mail**

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| ALONSO KRANGLE LLP | DAVID B. KRANGLE ESQ | DKRANGLE@ALONSOKRANGLE.COM; AALONSO@ALONSOKRANGLE.COM |
| ALSTON & BIRD LLP | JAMES J. VINCEQUERRA; WILLIAM HOA; DYLAN S. CASSIDY; KIMBERLY J. SCHIFFMAN | JAMES.VINCEQUERRA@ALSTON.COM; WILLIAM.HAO@ALSTON.COM; DYLAN.CASSIDY@ALSTON.COM; KIMBERLY.SCHIFFMAN@ALSTON.COM |
| ANDREOZZI + FOOTE | NATHANIEL L. FOOTE | NATE@VCA.LAW |
| BARCLAY DAMON LLP | JANICE B. GRUBIN | JGRUBIN@BARCLAYDAMON.COM |
| BETTI & ASSOCIATES | MICHELE M. BETTI, ESQ | MBETTILAW@GMAIL.COM |
| BONINA & BONINA, P.C. | JOHN BONINA | JBONINA@MEDLAW1.COM |
| PARKER HUDSON | TODD C. JACOBS; JOHN E. BUCHEIT | TJACOBS@PHRD.COM; JBUCHEIT@PHRD.COM |
| BURNS BAIR LLP | TIMOTHY BURNS; JESSE BAIR | TBURNS@BURNSBAIR.COM; JBAIR@BURNSBAIR.COM |
| BUTTAFUOCO & ASSOCIATES, PLLC | JAMES S. MCCARTHY; ELLEN BUCCHOLZ | JMCCARTHY@BUTTAFUOCOLAW.COM |
| CARLTON FIELDS PA | LUIS ORENGO, JR., ESQ. ROBERT W. DIUBALDO, ESQ.; NORA VALENZA-FROST, ESQ.; ALEX B. SILVERMAN, ESQ. | LORENGO@CARLTONFIELDS.COM; RDIUBALDO@CARLTONFIELDS.COM; NVALENZA-FROST@CARLTONFIELDS.COM; ASILVERMAN@CARLTONFIELDS.COM |
| CERTAIN & ZILBERG | GARY CERTAIN | GCERTAIN@CERTAINLAW.COM |
| CLYDE & CO US LLP | CATALINA SUGAYAN, ESQ.; JAMES MOFFITT, ESQ. | CATALINA.SUGAYAN@CLYDECO.US; JAMES.MOFFITT@CLYDECO.US |
| COUGHLIN DUFFY LLP | KEVIN T. COUGHLIN, ESQ.; ADAM T. SMITH, | KCOUGHLIN@COUGHLINDUFFY.COM; ASMITH@COUGHLINDUFFY.COM; KMORIARTY@COUGHLINDUFFY.COM |

| | | |
|---|---|---|
| | ESQ.; KAREN H. MORIARTY | |
| CULLEN AND DYKMAN LLP | MATTHEW G. ROSEMAN, ESQ.; ELIZABETH M. ABOULAFIA, ESQ; MICHAEL KWIATKOWSKI, ESQ.; THOMAS R. SLOME | MROSEMAN@CULLENLLP.COM; TSLOME@CULLENLLP.COM; EABOULAFIA@CULLENLLP.COM; MKWIATKOWSKI@CULLENLLP.COM |
| DESIMONE & ASSOCIATES, LLC | RALPH DESIMONE | RDESIMONE@DLAW.NET |
| DUANE MORRIS LLP | BRETT L. MESSINGER; RUSSELL W. ROTEN; JEFF D. KAHANE; ANDREW E. MINA | BLMESSINGER@DUANEMORRIS.COM; RWROTEN@DUANEMORRIS.COM; JKAHANE@DUANEMORRIS.COM; AMINA@DUANEMORRIS.COM |
| FARRELL FRITZ PPC | MARTIN BUNIN; PATRICK COLLINS | MBUNIN@FARRELLFRITZ.COM; PCOLLINS@FARRELLFRITZ.COM |
| GAIR, GAIR, CONASON, RUBINOWITZ, BLOOM | RACHEL L. JACOBS; PETER SAGHIR; CONOR CASSIDY; ANGELLA IBISHAJ | RJACOBS@GAIRGAIR.COM; PSAGHIR@GAIRGAIR.COM; CCASSIDY@GAIRGAIR.COM; AIBISHAJ@GAIRGAIR.COM |
| JOSEPH HAGE AARONSON LLC | ROBERT E. GERBER | RGERBER@JHANY.COM |
| HACH ROSE SCHIRIPPA & CHEVERIE | MICHAEL ROSE & HILLARY NAPPI | MROSE@HACHROSELAW.COM; HNAPPI@HRSCLAW.COM; MROSE@HRSCLAW.COM |
| HAMBURGER & YAFFE, LLP | DOUGLAS MCNALLY; RICHARD HAMBURGER; DAVID YAFFE | RICHARD@HAMBURGERYAFFE.LAW; DKMCNALLY@GMAIL.COM; DAVID@HAMBURGERYAFFE.LAW |
| HERMAN LAW | JEFF HERMAN; STUART S. MERMELSTEIN ESQ.; ANDREW SILVERSHEIN | JHERMAN@HERMANLAW.COM; SMERMELSTEIN@HERMANLAW.COM; DELLIS@HERMANLAW.COM;MTHEISEN@HERMANLAW DOCKETING@HERMANLAW.COM; ASILVERSHEIN@HERMANLAW.COM |
| HOROWITZ LAW | ADAM HOROWITZ; ROBIN KISSIN | ADAM@ADAMHOROWITZLAW.COM; ROBIN@ADAMHOROWITZLAW.COM |
| HOWARD & HOWARD ATTORNEYS PLLC | JAMES E. MORGAN | JMORGAN@HOWARDANDHOWARD.COM |

| | | |
|---|---|---|
| HURLEY MCKENNA & MERTZ P.C. | CLINT PIERCE, EVAN SMOLA, & MARK MCKENNA | CPIERCE@HURLEY-LAW.COM; ESMOLA@HURLEY-LAW.COM; MMCKENNA@HURLEY-LAW.COM |
| IFRAH, PLLC | GEORGE R. CALHOUN, V | GEORGE@IFRAHLAW.COM |
| JAMES, VERNON & WEEKS, P.A. | LEANDER L. JAMES IV | LJAMES@JVWLAW.NET |
| JANET, JANET & SUGGS LLC | ANDREW S. JANET | ASJANET@JJSJUSTICE.COM |
| JEFF ANDERSON & ASSOCIATES, P.A. | ATTN: JEFF ANDERSON ESQ., TRUSHA GOFFE ESQ, & PATRICK STONEKING ESQ. | JEFF@ANDERSONADVOCATES.COM; TRUSHA@ANDERSONADVOCATES.COM; PSTONEKING@ANDERSONADVOCATES.COM |
| JONES DAY | CORINNE BALL, TODD GEREMIA, BENJAMIN ROSENBLUM, ERIC P. STEPHENS, ANDREW M. BUTLER, CHRISTOPHER DIPOMPEO | CBALL@JONESDAY.COM; TRGEREMIA@JONESDAY.COM; BROSENBLUM@JONESDAY.COM; EPSTEPHENS@JONESDAY.COM; ABUTLER@JONESDAY.COM; CDIPOMPEO@JONESDAY.COM |
| KAZEROUNI LAW GROUP APC | MIKE KAZEROUNI ASSAL ASSASSI | MIKE@KAZLG.COM; ASSAL@KAZLG.COM |
| KELLY & HULME PC | JAMES N. HULME, ESQ | JHULME@KELLYANDHULME.NET |
| KENNEDYS CMK LLP | JILLIAN G. DENNEHY ESQ. | JILLIAN.DENNEHY@KENNEDYSLAW.COM |
| KENNEY SHELTON LIPTAK NOWAK LLP | DIRK C. HAARHOFF; JUDITH TREGER SHELTON, ESQ. | DCHAARHOFF@KSLNLAW.COM; JTSHELTON@KSLNLAW.COM |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS LLP | SEAN C. SOUTHARD | SSOUTHARD@KLESTADT.COM |

| | | |
|---|---|---|
| LAURA A. AHEARN, ESQ. PLLC | LAURA A. AHEARN | LAHEARN@LAURAAHEARN.COM |
| LAW OFFICES OF MITCHELL GARABEDIAN | MITCHELL GARABEDIAN; WILLIAM H. GORDON | MGARABEDIAN@GARABEDIANLAW.COM; WGORDON@GARABEDIANLAW.COM |
| LAW OFFICES OF RONALD J. KIM, PC | RONALD J. KIM | RON@RONALDKIMLAW.COM |
| LEVY KONIGSBERG, LLP | VARA LYONS JOHN GUINAN T. CRUZ ANNA KULL MADELEINE SKALLER | VLYONS@LEVYLAW.COM; AKULL@LEVYLAW.COM; TCRUZ@LEVYLAW.COM; JGUINAN@LEVYLAW.COM; MSKALLER@LEVYLAW.COM |
| MARSH LAW FIRM PLLC | JAMES R. MARSH | JAMESMARSH@MARSH.LAW |
| MATTHEWS & ASSOCIATES | DEREK GIOVI | DGIOVI@THEMATTHEWSLAWFIRM.COM |
| MELTZER, LIPPE, GOLDSTEIN & BREITSTONE LLP | SCOTT STEINBERG | SSTEINBERG@MELTZERLIPPE.COM |
| MERSON LAW PLLC | JORDAN K. MERSON | JMERSON@MERSONLAW.COM |
| MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | EDWARD J. LOBELLO; THOMAS LEVIN, ESQ. | ELOBELLO@MSEK.COM; ATLEVIN@MSEK.COM |
| MICHAEL G. DOWD | MICHAEL G. DOWD | MICHAELGDOWD@GMAIL.COM |
| MORITT HOCK & HAMROFF LLP | THERESA A. DRISCOLL & MICHAEL C. TROIANO | TDRISCOLL@MORITTHOCK.COM; MTROIANO@MORITTHOCK.COM |
| NOAKER LAW FIRM, LLC | PATRICK NOAKER | PATRICK@NOAKERLAW.COM |
| NORTON ROSE FULBRIGHT US LLP | STEVEN HOWARD | STEVEN.HOWARD@NORTONROSEFULBRIGHT.COM |
| OFFICE OF THE NY STATE ATTORNEY GENERAL | LETITIA JAMES, ELENA GONZALEZ, ELIZABETH M. LYNCH | ELENA.GONZALEZ@AG.NY.GOV; ELIZABETHM.LYNCH@AG.NY.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | SHARA CORNELL, GREG ZIPES | SHARA.CORNELL@USDOJ.GOV; GREG.ZIPES@USDOJ.GOV |

| | | |
|---|---|---|
| PARKER WAICHMAN LLP | BRETT ZEKOWSKI; FRED ROSENTHAL | BZEKOWSKI@YOURLAWYER.COM; FROSENTHAL@YOURLAWYER.COM |
| PARKER, HUDSON, RAINER & DOBBS LLP | MATTHEW M. WEISS; MATTHEW G. ROBERTS; HARRIS B. WINSBERG | MWEISS@PHRD.COM; MROBERTS@PHRD.COM; HWINSBERG@PHRD.COM |
| PFAU COCHRAN VERTETIS AMALA PLLC | MICHAEL T. PFAU JASON P. AMALA | MICHAEL@PCVALAW.COM; JASON@PCVALAW.COM |
| PHILLIPS & PAOLICELLI, LLP | DIANE PAOLICELLI | DPAOLICELLI@P2LAW.COM |
| POLLOCK COHEN LLP; ATTN | ADAM POLLOCK | ADAM@POLLOCKCOHEN.COM |
| PORZIO BROMBERG & NEWMAN P.C. | BRETT S. MOORE ESQ.& ROBERT M. SCHECHTER ESQ | RMSCHECHTER@PBNLAW.COM; BSMOORE@PBNLAW.COM |
| REED SMITH LLP | AARON JAVIAN; JOHN B. BERRINGER; TIMOTHY P. LAW | AJAVIAN@REEDSMITH.COM; JBERRINGER@REEDSMITH.COM; TLAW@REEDSMITH.COM |
| RHEINGOLD GIUFFRA RUFFO & PLOTKIN LLP | THOMAS P. GIUFFA | TGIUFFRA@RHEINGOLDLAW.COM |
| RIVKIN RADLER LLP | MICHAEL KOTULA; JASON GURDUS; PETER P. MCNAMARA; SIOBHAIN P. MINAROVICH | MICHAEL.KOTULA@RIVKIN.COM; JASON.GURDUS@RIVKIN.COM; SIOBHAIN.MINAROVICH@RIVKIN.COM |
| ROBINS KAPLAN LLP | RAYNA E. KESSLER MATTHEW HONNOLD | RKESSLER@ROBINSKAPLAN.COM; MHONNOLD@ROBINSKAPLAN.COM |
| ROMANO & ASSOCIATES | MICHAEL J. ROMANO | MJR@ROMANOFIRM.COM |
| RUSKIN MOSCOU FALTISCHEK, P.C. | MICHAEL S. AMATO | MAMATO@RMFPC.COM |
| RUSSO, KARL, WIDMAIER & CORDANO PLLC | CHRISTOPHER GERACE | CG@RKWCLAW.COM |

| | | |
|---|---|---|
| SHELLIST LAZARZ SLOBIN LLP | DORIAN VANDENBERG-RODES | DRODES@EEOC.NET |
| SILBERSTEIN, AWAD & MIKLOS, P.C. | MICHAEL LAUTERBORN | MLAW@ASK4SAM.NET |
| SIMMONS HANLY CONROY LLC | RICHARD L. KROEGER | RKROEGER@SIMMONSFIRM.COM |
| SLATER SLATER SCHULMAN LLP | JONATHAN SCHULMAN, ADAM SLATER, LINC C. LEDER | JSCHULMAN@SSSFIRM.COM; ASLATER@SSSFIRM.COM ; LLEDER@SSSFIRM.COM; SALTER@SSSFIRM.COM |
| SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO P.C. | ERIC K. SCHWARZ | ESCHWARZ@TRIALLAW1.COM |
| SWEENEY, REICH & BOLZ, LLP | GERARD J. SWEENEY; MICHAEL H. REICH | GSWEENEY@SRBLAWFIRM.COM; MREICH@SRBLAWFIRM.COM |
| THE LAW OFFICE OF CHAD A. BOWERS, LTD. | CHAD A. BOWERS | BOWERS@LAWYER.COM; CHADALBERTBOWERS@GMAIL.COM |
| THE LAW OFFICE OF JOSHUA W. SKILLMAN | JOSHUA W. SKILLMAN | JOSH@SKILLMANLAW.NYC |
| THE ZALKIN LAW FIRM, P.C. AND BARASCH MCGARRY | ELIZABETH CATE, DEVIN STOREY, IRWIN ZALKIN, DANA COHEN; ARIELLE FELDSHON | ELIZABETH@ZALKIN.COM; DMS@ZALKIN.COM; IRWIN@ZALKIN.COM; ARIELLE@ZALKIN.COM |
| THOMAS COUNSELOR AT LAW, LLC | KATHLEEN R. THOMAS | KAT@TLCLAWLLC.COM |
| TOGUT, SEGAL & SEGAL LLP | FRANK A. OSWALD, JARED BORRIELLO | FRANKOSWALD@TEAMTOGUT.COM; JBORRIELLO@TEAMTOGUT.COM |
| TOLMAGE, PESKIN, HARRIS, & FALICK | STEPHAN H. PESKIN | PESKIN@TOLMAGEPESKINLAW.COM |
| UNITED STATES ATTORNEYS OFFICE, FOR THE SOUTHERN DISTRICT OF NEW YORK | PETER ARONOFF | PETER.ARONOFF@USDOJ.GOV |
| WEINBERG GROSS & PERGAMENT LLP | MARC A. PERGAMENT | MPERGAMENT@WGPLAW.COM |

DOCS_NY:47386.2 18491/002

| | | |
|---|---|---|
| WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN LLP | JOHN E. WESTERMAN, MICKEE M. HENNESSY, WILLIAM C. HEUER, ALISON M. LADD | JWESTERMAN@WESTERMANLLP.COM; MHENNESSY@WESTERMANLLP.COM; WHEUER@WESTERMANLLP.COM; ALADD@WESTERMANLLP.COM |
| WEITZ & LUXENBERG P.C. | JARED SCOTTO LISA BUSCH JUSTINE DELANEY NICHOLAS GONZALVES | JSCOTTO@WEITZLUX.COM NGONSALVES@WEITZLUX.COM LBUSCH@WEITZLUX.COM JDELANEY@WEITZLUX.COM |

**EXHIBIT B**

**SERVICE BY US MAIL**

| NAME | NOTICE NAME | ADDRESS |
|---|---|---|
| DELL & DEAN | JOSEPH G. DELL | 1225 FRANKLIN AVENUE, SUITE 450 GARDEN CITY, NJ 11530 |
| GIULIANO LAW, P.C. | ANTHONY F. GIULIANO | 445 BROADHOLLOW RD., STE 25 MELVILLE, NY 11747 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | PO BOX 7346 PHILADELPHIA, PA 19101-7346 |
| OFFICE OF THE UNITED STATES TRUSTEE | GREG ZIPES, ESQ. | US FEDERAL BUILDING 201 VARICK STREET, SUITE 1006 NEW YORK, NY 10014 |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK | DEBTOR | 50 NORTH PARK AVENUE P.O. BOX 9023 ROCKVILLE CENTRE, NY 11571-9023 |
| UNITED STATES ATTORNEY'S OFFICE (SDNY) | TAX & BANKRUPTCY UNIT | 86 CHAMBERS ST., 3RD FLOOR NEW YORK, NY 10007 |