# EXHIBIT A

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, | ) Case No. 20-12345 (MG) |
| | ) |
| Debtor. | ) |
| | ) |

**ORDER GRANTING MOTION OF THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS TO EXCLUDE CERTAIN DIRECT
TESTIMONY AND EVIDENCE OFFERED BY OR THROUGH THE DIOCESE'S
TESTIFYING EXPERT IN CONNECTION WITH THE COMMITTEE'S MOTION TO
DISMISS THE CHAPTER 11 CASE AND CORRESPONDING EVIDENTIARY
OBJECTIONS AND MOTION TO STRIKE**

Upon the *Motion of the Official Committee of Unsecured Creditors to Exclude Certain Direct Testimony and Evidence Offered By or Through the Diocese's Testifying Expert in Connection with the Committee's Motion to Dismiss the Chapter 11 Case and Corresponding Evidentiary Objections and Motion to Strike* (the "Motion"); the Court having reviewed the Motion having considered the statements of counsel at a hearing before the Court (the "Hearing"); the Court finding that (a) the Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334, (b) venue is proper in this district under 28 U.S.C. §§ 1408 and 1409, (c) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (d) notice of the Motion was sufficient under the circumstances; and; and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing further establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Diocese and any objecting party to the Motion to Dismiss are prohibited from offering any testimony or statement from Mr. Moore concerning the dismissal/litigation analysis and litigation costs, whether set forth in the *Direct Testimony of Charles M. Moore* dated June 30, 2023 [D.I. 2224] (the "Moore Testimony") or otherwise, and any such testimony related to the litigation costs is stricken. Specifically, pages 4 through 8 of the Moore Testimony referencing his dismissal/liquidation analysis and the chart set forth in page 9 (Figure 1: Dismissal Analysis) are excluded, and paragraph 2.Q (pages 14-15) is stricken and excluded.

3. This Court shall retain exclusive jurisdiction over any matters arising from or related to the implementation, interpretation or enforcement of this Order.

Dated: _____, 2023  _____
New York, NY UNITED STATES BANKRUPTCY COURT