PACHULSKI STANG ZIEHL & JONES LLP
James I. Stang, Esq. (admitted *pro hac vice*)
Alan J. Kornfeld, Esq.
Karen B. Dine, Esq.
Brittany M. Michael, Esq.
780 Third Avenue, 36th Floor
New York, NY 10017-2024
Tel: 212-561-7700; Fax: 212-561-7777
jstang@pszjlaw.com
akornfeld@pszjlaw.com
kdine@pszjlaw.com
bmichael@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-12345 (MG) |

**DECLARATION OF ALAN J. KORNFELD, ESQ. IN SUPPORT OF MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EXCLUDE CERTAIN DIRECT TESTIMONY AND EVIDENCE OFFERED BY OR THROUGH THE DIOCESE'S TESTIFYING EXPERT IN CONNECTION WITH THE COMMITTEE'S MOTION TO DISMISS THE CHAPTER 11 CASE AND CORRESPONDING <u>EVIDENTIARY OBJECTIONS AND MOTION TO STRIKE</u>**

Pursuant to 28 U.S.C. § 1746, I, Alan J. Kornfeld, hereby submit this declaration (the "<u>Declaration</u>") under penalty of perjury:

1. I am a partner with the law firm of Pachulski Stang Ziehl & Jones LLP ("<u>PSZJ</u>") with an office at 780 Third Avenue, 36th Floor, New York, NY 10017. I am duly admitted to

practice law in the Second, Third and Ninth Circuits and each United States District Court of New York and California.

2. I have personal knowledge of the facts set forth herein. If called as a witness, I would testify as to those facts.

3. I submit this Declaration in support of the *Motion of the Official Committee of Unsecured Creditors to Exclude Certain Direct Testimony and Evidence Offered By or Through the Diocese's Testifying Expert in Connection With the Committee's Motion to Dismiss the Chapter 11 Case and Corresponding Evidentiary Objections and Motion to Strike* (the "Motion").

4. Attached as Exhibit A to this Declaration is a true and correct copy of the June 27, 2023 deposition transcript of Charles Moore (the "Moore Deposition Transcript"), marked to reflect the references to the Moore Deposition Transcript in the Motion.

5. Attached as Exhibit B to this Declaration is a true and correct copy of Exhibit 1 to the Moore Deposition Transcript.

6. Attached as Exhibit C to this Declaration is a true and correct copy of Exhibit 2 to the Moore Deposition Transcript.

I declare under penalty of perjury that the foregoing is true and correct. I executed this Declaration on July 5, 2023 at Los Angeles, California.

By: */s/ Alan J. Kornfeld*
Alan J. Kornfeld