NIXON PEABODY LLP
Christopher M. Desiderio
55 W. 46th Street
New York, New York 10036
Telephone: (212) 940-3000
Facsimile: (212) 940-3111
cdesiderio@nixonpeabody.com

*Special Counsel for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| THE ROMAN CATHOLIC DIOCESE OF | : | Case No. 20-12345 (MG) |
| ROCKVILLE CENTRE, NEW YORK, | : | |
| | : | |
| Debtor.[1] | : | |

**NOTICE OF THIRTY-SECOND MONTHLY FEE STATEMENT**
**OF NIXON PEABODY LLP FOR COMPENSATION**
**FOR SERVICES RENDERED AND REIMBURSEMENT**
**OF EXPENSES INCURRED AS COUNSEL TO THE DEBTOR**
**FOR THE PERIOD FROM JUNE 1, 2023 THROUGH JUNE 30, 2023**

| | |
|---|---|
| **Name of Applicant:** | Nixon Peabody LLP |
| **Authorized to Provide Services to:** | The Roman Catholic Diocese of Rockville Centre, New York |
| **Date of Retention:** | December 10, 2020, *nunc pro tunc* to October 1, 2020 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | June 1, 2023, through June 30, 2023 |

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue, P.O. Box 9023, Rockville Centre, NY 11571-9023.

| | |
|---|---|
| **Amount of Compensation Requested:** | $68,906.00 |
| **Less 20% Holdback:** | $13,781.20 |
| **Net of Holdback:** | $55,124.80 |
| **Amount of Expense Reimbursement Requested:** | $0.00 |
| **Total Compensation (Net of Holdback) and Expense Reimbursement Requested:** | **$55,124.80** |

**This is a**   __X__ Monthly   ____Interim   ____Final  Fee Statement.

[*Remainder of Page Intentionally Blank*]

In accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on November 4, 2020 [Docket No. 129] (the "Interim Compensation Order"),[2] Nixon Peabody LLP ("Nixon Peabody") hereby submits this thirty-second monthly fee statement (the "Thirty-second Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtor, for the period from June 1, 2023, through June 30, 2023 (the "Thirty-second Monthly Fee Period").  By this Thirty-second Monthly Fee Statement, Nixon Peabody seeks payment in the amount of $55,124.80, which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Thirty-second Monthly Fee Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.      Attached hereto as **Exhibit A** is a summary of Nixon Peabody professionals by individual, setting forth the (a) name and title of each individual who provided services during the Thirty-second Monthly Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Nixon Peabody's then-current billing rates, (d) amount of fees earned by each Nixon Peabody professional, and (e) year of bar admission for each attorney.

2.      Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Thirty-second Monthly Fee Period.

3.      Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Thirty-second Monthly Fee Period.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

4.      Attached hereto as **Exhibit D** is a copy of the Nixon Peabody invoices for the Thirty-second Monthly Fee Period.

## NOTICE AND OBJECTION PROCEDURES

5.      Notice of this Thirty-second Monthly Fee Statement shall be given to the following parties (collectively, the "Notice Parties"): (i) The Roman Catholic Diocese of Rockville Centre, 50 N. Park Avenue, P.O. Box 9023, Rockville Centre, NY 11571-9023 Attn: Thomas Renker, Email: trenker@drvc.com; (ii) counsel to the Debtor, Jones Day, 250 Vesey Street, New York, NY 10281 Attn: Corinne Ball, Esq., Email: cball@jonesday.com, Benjamin Rosenblum, Esq., Email: brosenblum@jonesday.com, and Andrew M. Butler, Esq., Email: abutler@jonesday.com; (iii) counsel to the Committee: Pachulski Stang Ziehl and Jones LLP, 780 Third Avenue, 36th Floor, New York, NY, 10017, Attn: Ilan D. Scharf, Esq., Email: ischarf@pszjlaw.com, Karen B. Dine, Esq., Email: kdine@pszjlaw.com, and Brittany M. Michael, Esq., bmichael@pszjlaw.com; and (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Greg Zipes, Email: Greg.Zipes@usdoj.gov, and Shara Cornell, Email: Shara.Cornell@usdoj.gov.

6.      Objections to this Thirty-second Monthly Fee Statement, if any, must be served via electronic mail upon the Notice Parties and Nixon Peabody LLP, 55 W. 46th Street, New York, NY 10036 Attn: Christopher M. Desiderio (cdesiderio@nixonpeabody.com) no later than 15 days after service and filing at 5:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

7.      If no objections to this Thirty-second Monthly Fee Statement are received by the Objection Deadline, the Debtor shall promptly pay Nixon Peabody 80% of the fees and 100% of the expenses identified in this Thirty-second Monthly Fee Statement.

8.      To the extent that an objection to this Thirty-second Monthly Fee Statement is received on or before the Objection Deadline, the Debtor shall withhold payment of that portion of this Thirty-second Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

## NO PRIOR REQUEST

9.      No prior request for the relief sought in this Thirty-second Monthly Fee Statement has been made to this or any other court.

Dated:  July 13, 2023
        New York, NY

_/s/ Christopher M. Desiderio_____

NIXON PEABODY LLP
Christopher M. Desiderio
55 W. 46th Street
New York, NY 10036
Telephone:     (212) 940-3000
Facsimile:     (212) 940-3111
Email:         cdesiderio@nixonpeabody.com

*Special Counsel to the Debtor*

**<u>EXHIBIT A</u>**

**PROFESSIONAL PERSON SUMMARY**

**<u>JUNE 1, 2023 – JUNE 30, 2023</u>**

| <u>NAME</u> | <u>YEAR OF ADMISSION</u> | <u>RATE</u> | | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|---|
| **<u>PARTNER</u>** | | | | | |
| Chris Porzio | 1997 | $860.00 | | 4.40 | $3,784.00 |
| Lindsay Maleson | 2003 | $875.00 | | 24.00 | $21,000.00 |
| Tina Sciocchetti | 1993 | $790.00 | | 13.10 | $10,349.00 |
| | | **TOTAL PARTNER:** | | **41.50** | **$35,133.00** |
| **<u>COUNSEL</u>** | | | | | |
| Tracey Scarpello | 2005 | $680.00 | | 19.80 | $13,464.00 |
| Michal Cantor | 2015 | $690.00 | | 25.60 | $17,664.00 |
| | | **TOTAL COUNSEL:** | | **45.40** | **$31,128.00** |
| **<u>ASSOCIATE</u>** | | | | | |
| Zach Osinski | 2018 | $600.00 | | 1.20 | $720.00 |
| John Murray | 2020 | $750.00 | | 0.30 | $225.00 |
| | | **TOTAL ASSOCIATE:** | | **1.50** | **$945.00** |
| **<u>LEGAL SUPPORT</u>** | | | | | |
| Sharon Willier | n/a | $340.00 | | 5.00 | $1,700.00 |
| | | **TOTAL LEGAL SUPPORT:** | | **5.00** | **$1,700.00** |
| | | **TOTAL:** | | **93.40** | **$68,906.00** |

**EXHIBIT B**

**COMPENSATION BY PROJECT CATEGORY[3]**

**JUNE 1, 2023 – JUNE 30, 2023**

| PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|:---:|:---:|:---:|
| 000001 | 7.20 | $3,587.50 |
| 000011 | 7.50 | $5,688.50 |
| 000072 | 9.70 | $7,690.50 |
| 000122 | 3.00 | $2,086.00 |
| 000159 | 6.00 | $4,424.50 |
| 000163 | 7.60 | $6,024.50 |
| 000165 | 20.50 | $14,318.00 |
| 000175 | 5.10 | $3,860.50 |
| 000179 | 0.50 | $437.50 |
| 000180 | 23.60 | $18,447.00 |
| 000181 | 2.70 | $2,341.50 |
| **TOTAL** | **93.40** | **$68,906.00** |

---

[3] Due to the confidential and sensitive nature of Nixon Peabody's engagement, only the matter numbers have been provided without the name of the applicable investigation or other matter.

## EXHIBIT C

**EXPENSE SUMMARY**

**JUNE 1, 2023 – JUNE 30, 2023**

| EXPENSE CATEGORY | TOTAL EXPENSES |
|---|---|
| None This Period. | $0.00 |
| **TOTAL** | **$0.00** |

**<u>EXHIBIT D</u>**

**TIME DETAIL**

[*Please see attached.*]



FEDERAL I.D. NO. 16-0764720

NIXON PEABODY
ATTORNEYS AT LAW

NIXONPEABODY.COM
@NIXONPEABODYLLP

275 Broadhollow Road
Suite 300
Melville, NY 11747-4808
TEL: (516) 832-7500
FAX: (516) 832-7555

Thomas Renker, Esq.
General Counsel
Diocese of Rockville Centre
PO Box 9023
Rockville Centre, NY 11570-9023

July 12, 2023
Invoice No. 10492901
Account: 002787
Terms: Due Upon Receipt

---

**FOR PROFESSIONAL SERVICES RENDERED through June 30, 2023, including:**

---

**MATTER NO.:**     **000001**     **GENERAL**

**For Professional Fees:**

| Date | Timekeeper | Hours | Description of Services |
|------|-----------|-------|-------------------------|
| **PREP_FS: Preparation of Fee Statements** | | | |
| 06/05/23 | S. Willier | 2.90 | Review and revise May 2023 time detail for privilege and confidentiality. |
| 06/06/23 | L. Maleson | 0.30 | Confer with staff regarding invoices. |
| 06/06/23 | S. Willier | 0.80 | Further review and revise May 2023 time detail for privilege and confidentiality. |
| 06/12/23 | J. Murray | 0.10 | Attention to Fee Issues. Correspond with D. Gerardi regarding same. |
| 06/12/23 | L. Maleson | 1.30 | Review and revise May time detail for confidentiality and privilege. |
| 06/13/23 | S. Willier | 0.20 | Further review and revise May 2023 time detail for privilege and confidentiality. |
| 06/14/23 | S. Willier | 1.10 | Draft 31st Monthly Fee Statement and Exhibits A-C. |
| 06/14/23 | J. Murray | 0.20 | Attention to Monthly Fee Statement. |
| 06/14/23 | L. Maleson | 0.10 | Send May time detail to the client. |
| 06/14/23 | L. Maleson | 0.20 | Direct team on next steps regarding fee statement. |
| Task Total: Preparation of Fee Statements | | 7.20 | Task Fees:     3,587.50 |
| **TOTAL HOURS:** | | **7.20** | |

**TOTAL FEES:**     **$3,587.50**

Nixon Peabody LLP
Invoice #  10492901    Page 2

## TIMEKEEPER SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| **Partners** | | | |
| L. Maleson | 875.00 | 1.90 | 1,662.50 |
| **Associates** | | | |
| J. Murray | 750.00 | 0.30 | 225.00 |
| **Paralegals** | | | |
| S. Willier | 340.00 | 5.00 | 1,700.00 |
| **Total All Timekeepers:** | | **7.20** | **$3,587.50** |

**TOTAL FOR MATTER -- GENERAL:**        **$3,587.50**

**TOTAL FOR STATEMENT:**        **$3,587.50**



FEDERAL I.D. NO. 16-0764720

NIXON PEABODY
ATTORNEYS AT LAW

NIXONPEABODY.COM
@NIXONPEABODYLLP

275 Broadhollow Road
Suite 300
Melville, NY 11747-4808
TEL: (516) 832-7500
FAX: (516) 832-7555

Thomas Renker, Esq.
General Counsel
Diocese of Rockville Centre
PO Box 9023
Rockville Centre, NY 11570-9023

July 12, 2023
Invoice No. 10492908
Account: 002787
Terms: Due Upon Receipt

---

**FOR PROFESSIONAL SERVICES RENDERED through June 30, 2023, including:**

---

**MATTER NO.:  000011         NOTIFICATIONS TO DISTRICT ATTORNEYS**

**For Professional Fees:**

| Date | Timekeeper | Hours | Description of Services |
|------|-----------|-------|-------------------------|
| 06/15/23 | L. Maleson | 0.50 | Review e-mail correspondence related to reporting certain allegations (0.1). Telephone conference with Jones Day regarding the same (0.2). Respond to e-mail (0.2). |
| 06/16/23 | L. Maleson | 0.80 | Telephone conference with Jones Day regarding reporting particular matters (0.2).  Review e-mail history regarding reporting same (0.5).  Respond to client and Jones Day regarding reporting (0.1). |
| 06/20/23 | L. Maleson | 0.60 | Review new intake (0.2).  Determine if matter was previously reported (0.3).  Correspondence with client regarding the same (0.1). |
| 06/20/23 | M. Cantor | 0.90 | Analyze certain allegation and send updated report to District Attorney's office. |
| 06/21/23 | M. Cantor | 0.20 | Telephone conference with L. Maleson regarding updated District Attorney report. (.1) Send email to the client regarding same. (.1) |
| 06/22/23 | L. Maleson | 0.30 | Review e-mail from client updating Nixon Peabody on reportable incident (0.1).  Respond regarding next steps (0.1).  Direct M. Cantor regarding communicating with law enforcement (0.1). |
| 06/22/23 | M. Cantor | 0.30 | Prepare updated District Attorney report. |
| 06/27/23 | L. Maleson | 0.30 | Telephone conference with Jones Day to review reporting issue. |
| 06/27/23 | M. Cantor | 0.20 | Provide reporting information to Jones Day. (.1) Assess allegations for potential reporting to law enforcement. (.1) |
| 06/28/23 | T. Scarpello | 2.30 | Review 40-page document for potential District Attorney reporting. |

Nixon Peabody LLP
Invoice #  10492908    Page 2

| Date | Timekeeper | Hours | Description of Services |
|---|---|---|---|
| 06/28/23 | L. Maleson | 0.40 | Review M. Cantor's reportability analysis (0.1). Conference call with M. Cantor and T. Scarpello regarding the same (0.2). Direct next steps (0.1). |
| 06/28/23 | M. Cantor | 0.70 | Send internal email regarding reportability analysis (.2) Telephone conference with L. Maleson and T. Scarpello regarding same. (.2) Send email to the client regarding recommended course of action. (.2) Send correspondence to law enforcement regarding same. (.1) |

TOTAL HOURS:    7.50

TOTAL FEES:    $5,688.50

### TIMEKEEPER SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| **Partners** | | | |
| L. Maleson | 875.00 | 2.90 | 2,537.50 |
| **Counsel** | | | |
| T. Scarpello | 680.00 | 2.30 | 1,564.00 |
| M. Cantor | 690.00 | 2.30 | 1,587.00 |
| **Counsel Totals** | | **4.60** | **3,151.00** |
| **Total All Timekeepers:** | | **7.50** | **$5,688.50** |

**TOTAL FOR MATTER -- NOTIFICATIONS TO DISTRICT ATTORNEYS:**    **$5,688.50**

**TOTAL FOR STATEMENT:**    **$5,688.50**



FEDERAL I.D. NO. 16-0764720

NIXON PEABODY
ATTORNEYS AT LAW

NIXONPEABODY.COM
@NIXONPEABODYLLP

275 Broadhollow Road
Suite 300
Melville, NY 11747-4808
TEL: (516) 832-7500
FAX: (516) 832-7555

Thomas Renker, Esq.
General Counsel
Diocese of Rockville Centre
PO Box 9023
Rockville Centre, NY 11570-9023

July 12, 2023
Invoice No. 10492909
Account: 002787
Terms: Due Upon Receipt

---

**FOR PROFESSIONAL SERVICES RENDERED through June 30, 2023, including:**

---

**MATTER NO.:  000072**          **INVESTIGATIONS GENERAL**

**For Professional Fees:**

| Date | Timekeeper | Hours | Description of Services |
|---|---|---|---|
| 06/06/23 | L. Maleson | 0.30 | Telephone conference with M. Cantor and C. Porzio regarding next steps in various ongoing investigations (0.1).  E-mail investigative team regarding agenda for call (0.2). |
| 06/06/23 | M. Cantor | 0.40 | Telephone conference with L. Maleson and C. Porzio regarding next steps in various ongoing investigations (0.1).  Update internal work product regarding several ongoing investigations (0.3). |
| 06/08/23 | T. Scarpello | 0.50 | Participate in team call regarding updates and next steps in various ongoing investigations. |
| 06/08/23 | C. Porzio | 0.40 | Participate with Renaissance and Nixon Peabody teams in conference call regarding investigations and next steps. |
| 06/08/23 | L. Maleson | 0.50 | Lead investigations team call. |
| 06/08/23 | M. Cantor | 0.40 | Participate in investigation team call. |
| 06/14/23 | M. Cantor | 0.10 | Prepare agenda for investigation team call. |
| 06/15/23 | C. Porzio | 0.90 | Participate with Nixon Peabody and Renaissance team in conference call regarding open investigations and relevant tasks. |
| 06/15/23 | L. Maleson | 0.90 | Lead investigation team call. |
| 06/15/23 | M. Cantor | 0.90 | Participate in investigations team call. |
| 06/15/23 | T. Sciocchetti | 1.00 | Participate in weekly investigations telephone conference with Renaissance. |
| 06/28/23 | L. Maleson | 0.20 | Telephone conference with M. Cantor regarding agenda for upcoming call. |

Nixon Peabody LLP
Invoice #  10492909    Page 2

| Date | Timekeeper | Hours | Description of Services |
|---|---|---|---|
| 06/28/23 | M. Cantor | 0.30 | Prepare agenda for investigations team call. (.1) Telephone conference with L. Maleson regarding same. (.2) |
| 06/29/23 | T. Scarpello | 0.70 | Participate in team call regarding updates and next steps in various ongoing investigations. |
| 06/29/23 | C. Porzio | 0.70 | Participate in weekly investigation conference call. |
| 06/29/23 | L. Maleson | 0.80 | Lead investigations team conference call. |
| 06/29/23 | T. Sciocchetti | 0.70 | Participate in telephone conference with Renaissance regarding pending investigations. |

TOTAL HOURS:    9.70

TOTAL FEES:    $7,690.50

## TIMEKEEPER SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| **Partners** | | | |
| C. Porzio | 860.00 | 2.00 | 1,720.00 |
| L. Maleson | 875.00 | 2.70 | 2,362.50 |
| T. Sciocchetti | 790.00 | 1.70 | 1,343.00 |
| | | | |
| **Partners Totals** | | **6.40** | **5,425.50** |
| | | | |
| **Counsel** | | | |
| T. Scarpello | 680.00 | 1.20 | 816.00 |
| M. Cantor | 690.00 | 2.10 | 1,449.00 |
| | | | |
| **Counsel Totals** | | **3.30** | **2,265.00** |
| | | | |
| **Total All Timekeepers:** | | **9.70** | **$7,690.50** |

**TOTAL FOR MATTER -- INVESTIGATIONS GENERAL:**    $7,690.50

**TOTAL FOR STATEMENT:**    $7,690.50



NIXON PEABODY
ATTORNEYS AT LAW

NIXONPEABODY.COM
@NIXONPEABODYLLP

FEDERAL I.D. NO. 16-0764720

275 Broadhollow Road
Suite 300
Melville, NY 11747-4808
TEL: (516) 832-7500
FAX: (516) 832-7555

Thomas Renker, Esq.
General Counsel
Diocese of Rockville Centre
PO Box 9023
Rockville Centre, NY 11570-9023

July 12, 2023
Invoice No. 10492910
Account: 002787
Terms: Due Upon Receipt

---

**FOR PROFESSIONAL SERVICES RENDERED through June 30, 2023, including:**

---

**MATTER NO.:  000122        ATTORNEY GENERAL INVESTIGATION**

**Client Reference:    CL#DRC10021**

**For Professional Fees:**

| Date | Timekeeper | Hours | Description of Services |
|------|-----------|-------|-------------------------|
| 06/02/23 | Z. Osinski | 0.80 | Review common interest research and correspondence with team regarding same. |
| 06/08/23 | L. Maleson | 0.20 | Confer with T. Sciocchetti regarding common interest call. |
| 06/13/23 | M. Cantor | 0.10 | Review news related to Attorney General investigations. |
| 06/17/23 | M. Cantor | 0.20 | Review relevant news articles. |
| 06/19/23 | L. Maleson | 0.20 | E-mail DRB member regarding DRB materials. |
| 06/19/23 | Z. Osinski | 0.40 | Review and analyze research updates and correspondence with team regarding same. |
| 06/22/23 | M. Cantor | 0.60 | Participate in common interest call with counsel for the other New York dioceses. |
| 06/22/23 | T. Sciocchetti | 0.50 | Review and discuss relevant court ruling (0.2). Attend common interest telephone conference (0.3). |

TOTAL HOURS:     3.00

TOTAL FEES:        $2,086.00

Nixon Peabody LLP
Invoice #  10492910    Page 2

## **TIMEKEEPER SUMMARY**

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| **Partners** | | | |
| L. Maleson | 875.00 | 0.40 | 350.00 |
| T. Sciocchetti | 790.00 | 0.50 | 395.00 |
| | | | |
| **Partners Totals** | | **0.90** | **745.00** |
| | | | |
| **Counsel** | | | |
| M. Cantor | 690.00 | 0.90 | 621.00 |
| **Associates** | | | |
| Z. Osinski | 600.00 | 1.20 | 720.00 |
| **Total All Timekeepers:** | | **3.00** | **$2,086.00** |

**TOTAL FOR MATTER -- ATTORNEY GENERAL INVESTIGATION:**          **$2,086.00**

**TOTAL FOR STATEMENT:**          **$2,086.00**



FEDERAL I.D. NO. 16-0764720

NIXON PEABODY
ATTORNEYS AT LAW

NIXONPEABODY.COM
@NIXONPEABODYLLP

275 Broadhollow Road
Suite 300
Melville, NY 11747-4808
TEL: (516) 832-7500
FAX: (516) 832-7555

Thomas Renker, Esq.
General Counsel
Diocese of Rockville Centre
PO Box 9023
Rockville Centre, NY 11570-9023

July 12, 2023
Invoice No. 10492912
Account: 002787
Terms: Due Upon Receipt

---

**FOR PROFESSIONAL SERVICES RENDERED through June 30, 2023, including:**

---

**MATTER NO.: 000159**          **DISCOVERY CONSULTATION**

**For Professional Fees:**

| Date | Timekeeper | Hours | Description of Services |
|------|-----------|-------|-------------------------|
| 06/16/23 | L. Maleson | 0.90 | Telephone conferences with M. Cantor regarding requests from Jones Day, and direct next steps (0.6). Exchange e-mails with Jones Day (0.3). |
| 06/16/23 | M. Cantor | 0.90 | Telephone conferences with L. Maleson regarding requests from Jones Day and send internal emails regarding project assignments. |
| 06/17/23 | T. Scarpello | 3.00 | Review client documents regarding individuals identified by Jones Day; provide findings. |
| 06/17/23 | M. Cantor | 0.10 | Send emails regarding file review request from Jones Day. |
| 06/18/23 | L. Maleson | 0.20 | Respond to associate's questions about file review. |
| 06/19/23 | L. Maleson | 0.60 | Review, revise, and send out chart memorializing file research requested by Jones Day (0.4). Exchange e-mails regarding the same (0.2). |
| 06/19/23 | M. Cantor | 0.30 | Review work product related to file review requested by Jones Day. |

TOTAL HOURS:          6.00

TOTAL FEES:          $4,424.50

Nixon Peabody LLP
Invoice #  10492912    Page 2

## <u>TIMEKEEPER SUMMARY</u>

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| **<u>Partners</u>** | | | |
| L. Maleson | 875.00 | 1.70 | 1,487.50 |
| **<u>Counsel</u>** | | | |
| T. Scarpello | 680.00 | 3.00 | 2,040.00 |
| M. Cantor | 690.00 | 1.30 | 897.00 |
| | | | |
| **Counsel Totals** | | **4.30** | **2,937.00** |
| | | | |
| **Total All Timekeepers:** | | **6.00** | **$4,424.50** |

**TOTAL FOR MATTER -- DISCOVERY CONSULTATION:**          **$4,424.50**

**TOTAL FOR STATEMENT:**          **$4,424.50**



FEDERAL I.D. NO. 16-0764720

NIXON PEABODY
ATTORNEYS AT LAW

NIXONPEABODY.COM
@NIXONPEABODYLLP

275 Broadhollow Road
Suite 300
Melville, NY 11747-4808
TEL: (516) 832-7500
FAX: (516) 832-7555

Thomas Renker, Esq.
General Counsel
Diocese of Rockville Centre
PO Box 9023
Rockville Centre, NY 11570-9023

July 12, 2023
Invoice No. 10492913
Account: 002787
Terms: Due Upon Receipt

---

**FOR PROFESSIONAL SERVICES RENDERED through June 30, 2023, including:**

---

**MATTER NO.:  000163**        **PERSON # 12**

**For Professional Fees:**

| Date | Timekeeper | Hours | Description of Services |
|------|-----------|-------|-------------------------|
| 06/12/23 | T. Sciocchetti | 4.00 | Review case file, analyze evidence, discuss possible investigative steps with L. Maleson and M. Cantor. |
| 06/15/23 | L. Maleson | 0.60 | Review and revise summary of investigation to date and proposed next steps (0.5). Send the same to the client (0.1). |
| 06/15/23 | M. Cantor | 0.20 | Review email from T. Sciocchetti regarding proposed next steps in the case. |
| 06/15/23 | T. Sciocchetti | 1.10 | Review case background and investigation outline for conference call with Renaissance and Nixon Peabody team (0.2). Draft communication for client regarding case background and proposed next steps (0.8). Further communications with L. Maleson and client regarding case (0.1). |
| 06/20/23 | L. Maleson | 0.20 | Direct M. Cantor on next steps in the investigation. |
| 06/21/23 | M. Cantor | 0.30 | Telephone conference with L. Maleson regarding next steps in the investigation. (.1) Send email to the client regarding next steps in the investigation. (.1) Send email to the client regarding request for records. (.1) |
| 06/21/23 | T. Sciocchetti | 0.10 | Review communications with client regarding investigative steps. |
| 06/22/23 | L. Maleson | 0.30 | Exchange e-mails with M. Cantor regarding next steps in investigation (0.2).  Exchange e-mail with client regarding the same (0.1). |
| 06/22/23 | T. Sciocchetti | 0.20 | Communications with Nixon Peabody team and Renaissance regarding next steps in investigation. |

Nixon Peabody LLP
Invoice #  10492913    Page 2

| Date | Timekeeper | Hours | Description of Services |
|---|---|---|---|
| 06/23/23 | L. Maleson | 0.20 | Confer with M. Cantor regarding previous meetings with Person # 12. |
| 06/23/23 | M. Cantor | 0.40 | Review investigative file. (.3) Send email to the client regarding same. (.1) |

TOTAL HOURS:    7.60

TOTAL FEES:    $6,024.50

## TIMEKEEPER SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| **Partners** | | | |
| L. Maleson | 875.00 | 1.30 | 1,137.50 |
| T. Sciocchetti | 790.00 | 5.40 | 4,266.00 |
| **Partners Totals** | | **6.70** | **5,403.50** |
| **Counsel** | | | |
| M. Cantor | 690.00 | 0.90 | 621.00 |
| **Total All Timekeepers:** | | **7.60** | **$6,024.50** |

**TOTAL FOR MATTER -- PERSON # 12:**    **$6,024.50**

**TOTAL FOR STATEMENT:**    **$6,024.50**



NIXON PEABODY
ATTORNEYS AT LAW

NIXONPEABODY.COM
@NIXONPEABODYLLP

FEDERAL I.D. NO. 16-0764720

275 Broadhollow Road
Suite 300
Melville, NY 11747-4808
TEL: (516) 832-7500
FAX: (516) 832-7555

Thomas Renker, Esq.
General Counsel
Diocese of Rockville Centre
PO Box 9023
Rockville Centre, NY 11570-9023

July 12, 2023
Invoice No. 10492914
Account: 002787
Terms: Due Upon Receipt

---

**FOR PROFESSIONAL SERVICES RENDERED through June 30, 2023, including:**

---

**MATTER NO.:  000165**      **PERSON # 13**

**For Professional Fees:**

| Date | Timekeeper | Hours | Description of Services |
|------|-----------|-------|-------------------------|
| 06/01/23 | L. Maleson | 0.10 | Follow-up with T. Scarpello regarding status of DRB memo. |
| 06/06/23 | L. Maleson | 0.60 | Review update to background report from Renaissance (0.3).  Exchange e-mail with client and Renaissance regarding follow-up steps to same (0.3). |
| 06/07/23 | T. Scarpello | 5.00 | Draft DRB Executive Summary. |
| 06/07/23 | L. Maleson | 0.20 | Review mark-up of edits to the interview questions for Person # 13. |
| 06/07/23 | M. Cantor | 0.50 | Review and revise questions outline for the interview of Person # 13. |
| 06/08/23 | T. Scarpello | 2.30 | Draft DRB Executive Summary. |
| 06/09/23 | T. Scarpello | 2.00 | Further work on DRB Executive Summary. |
| 06/12/23 | M. Cantor | 1.90 | Prepare for interview of Person # 13. (.3) Participate in interview of Person # 13 (1.3) Debrief with L. Maleson regarding same. (.2) Send email to the client regarding same (0.1). |
| 06/13/23 | L. Maleson | 0.10 | Respond to client e-mail regarding plan to contact Person # 13. |
| 06/16/23 | T. Scarpello | 0.50 | Draft letters to Person # 58 and Person # 13 regarding the DRB meeting. |
| 06/17/23 | M. Cantor | 1.10 | Review and revise memorandum of interview of Person # 13. |
| 06/19/23 | L. Maleson | 0.60 | Receipt, review, and analysis of Person # 13 Memorandum of Interview (0.4).  Comment on the same in e-mails with investigation team (0.2). |

Nixon Peabody LLP
Invoice #  10492914    Page 2

| Date | Timekeeper | Hours | Description of Services |
|------|-----------|-------|------------------------|
| 06/23/23 | T. Scarpello | 2.50 | Further work on DRB Executive Summary. |
| 06/23/23 | M. Cantor | 0.10 | Send email to the client regarding preparations for the DRB. |
| 06/24/23 | M. Cantor | 2.30 | Review and revise DRB Executive Summary. |
| 06/26/23 | M. Cantor | 0.60 | Continue reviewing and revising DRB Executive Summary. |
| 06/29/23 | M. Cantor | 0.10 | Correspond via email with the client regarding upcoming DRB meeting. |

TOTAL HOURS:    20.50

TOTAL FEES:    $14,318.00

### **TIMEKEEPER SUMMARY**

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| **Partners** | | | |
| L. Maleson | 875.00 | 1.60 | 1,400.00 |
| **Counsel** | | | |
| T. Scarpello | 680.00 | 12.30 | 8,364.00 |
| M. Cantor | 690.00 | 6.60 | 4,554.00 |
| **Counsel Totals** | | **18.90** | **12,918.00** |
| **Total All Timekeepers:** | | **20.50** | **$14,318.00** |

**TOTAL FOR MATTER -- PERSON # 13:**    $14,318.00

**TOTAL FOR STATEMENT:**    $14,318.00



NIXON PEABODY
ATTORNEYS AT LAW

NIXONPEABODY.COM
@NIXONPEABODYLLP

**FEDERAL I.D. NO. 16-0764720**

275 Broadhollow Road
Suite 300
Melville, NY 11747-4808
TEL: (516) 832-7500
FAX: (516) 832-7555

Thomas Renker, Esq.
General Counsel
Diocese of Rockville Centre
PO Box 9023
Rockville Centre, NY 11570-9023

July 12, 2023
Invoice No. 10492916
Account: 002787
Terms: Due Upon Receipt

---

**FOR PROFESSIONAL SERVICES RENDERED through June 30, 2023, including:**

---

**MATTER NO.: 000175**      **PERSON # 46**

**For Professional Fees:**

| Date | Timekeeper | Hours | Description of Services |
|------|-----------|-------|-------------------------|
| 06/07/23 | M. Cantor | 0.10 | Locate document requested by the client. |
| 06/12/23 | M. Cantor | 0.10 | Send email regarding review of client-provided document. |
| 06/17/23 | M. Cantor | 1.50 | Review and revise client-provided document. |
| 06/19/23 | L. Maleson | 0.50 | Exchange multiple e-mails with M. Cantor regarding file review and investigative research needed to assist with assessing accuracy of client document. |
| 06/19/23 | M. Cantor | 0.30 | Review client files in connection with reviewing client-provided document. |
| 06/20/23 | T. Scarpello | 1.00 | File review related to review of client-provided document. |
| 06/23/23 | M. Cantor | 0.20 | Prepare note to file regarding review of client provided document. |
| 06/30/23 | L. Maleson | 1.40 | Review and revise client-provided document (1.3). Respond to client regarding the same (0.1). |

TOTAL HOURS:      5.10

TOTAL FEES:      $3,860.50

Nixon Peabody LLP
Invoice #  10492916    Page 2

## **TIMEKEEPER SUMMARY**

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| **Partners** | | | |
| L. Maleson | 875.00 | 1.90 | 1,662.50 |
| **Counsel** | | | |
| T. Scarpello | 680.00 | 1.00 | 680.00 |
| M. Cantor | 690.00 | 2.20 | 1,518.00 |
| | | | |
| **Counsel Totals** | | **3.20** | **2,198.00** |
| | | | |
| **Total All Timekeepers:** | | **5.10** | **$3,860.50** |

**TOTAL FOR MATTER -- PERSON # 46:**       $3,860.50

**TOTAL FOR STATEMENT:**       $3,860.50



**NIXON PEABODY ATTORNEYS AT LAW**

NIXONPEABODY.COM
@NIXONPEABODYLLP

**FEDERAL I.D. NO. 16-0764720**

275 Broadhollow Road
Suite 300
Melville, NY 11747-4808
TEL: (516) 832-7500
FAX: (516) 832-7555

Thomas Renker, Esq.
General Counsel
Diocese of Rockville Centre
PO Box 9023
Rockville Centre, NY 11570-9023

July 12, 2023
Invoice No. 10492917
Account: 002787
Terms: Due Upon Receipt

---

**FOR PROFESSIONAL SERVICES RENDERED through June 30, 2023, including:**

---

**MATTER NO.:  000179**     **PERSON # 38**

**For Professional Fees:**

| Date | Timekeeper | Hours | Description of Services |
|------|-----------|-------|------------------------|
| 06/15/23 | L. Maleson | 0.20 | Direct M. Forzano regarding investigation summary needed. |
| 06/28/23 | L. Maleson | 0.30 | Prepare e-mail to client regarding investigative matters. |
|  | TOTAL HOURS: | 0.50 |  |

TOTAL FEES:     $437.50

**TIMEKEEPER SUMMARY**

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| **Partners** |  |  |  |
| L. Maleson | 875.00 | 0.50 | 437.50 |
| **Total All Timekeepers:** |  | **0.50** | **$437.50** |

**TOTAL FOR MATTER -- PERSON # 38:**     **$437.50**

**TOTAL FOR STATEMENT:**     **$437.50**



NIXON PEABODY
ATTORNEYS AT LAW

NIXONPEABODY.COM
@NIXONPEABODYLLP

FEDERAL I.D. NO. 16-0764720

275 Broadhollow Road
Suite 300
Melville, NY 11747-4808
TEL: (516) 832-7500
FAX: (516) 832-7555

Thomas Renker, Esq.
General Counsel
Diocese of Rockville Centre
PO Box 9023
Rockville Centre, NY 11570-9023

July 12, 2023
Invoice No. 10492918
Account: 002787
Terms: Due Upon Receipt

---

**FOR PROFESSIONAL SERVICES RENDERED through June 30, 2023, including:**

---

**MATTER NO.:  000180**       **PERSON # 60**

**For Professional Fees:**

| Date | Timekeeper | Hours | Description of Services |
|------|-----------|-------|------------------------|
| 06/01/23 | L. Maleson | 0.10 | Exchange e-mail with Renaissance investigator regarding attempts to reach witness. |
| 06/07/23 | L. Maleson | 0.30 | Review and respond to associate's summary of telephone conference with alleged victim (0.1).  Receive e-mail letter from advocate for Person # 60 (0.1). Send the same to client with cover e-mail (0.1). |
| 06/07/23 | M. Cantor | 0.60 | Telephone conference with alleged victim regarding DRB meeting. (.2) Send emails to L. Maleson and the client regarding same. (.4) |
| 06/08/23 | L. Maleson | 0.30 | Review information concerning canonical advocate (0.2). E-mails with client (0.1). |
| 06/08/23 | M. Cantor | 0.10 | Telephone conference with L. Maleson regarding next steps in the investigation. |
| 06/14/23 | C. Porzio | 0.20 | Confer with L. Maleson regarding inquiry from canonical lawyer for Person # 60. |
| 06/14/23 | L. Maleson | 0.40 | Zoom meeting with client to discuss parameters for interview of Person # 60. |
| 06/14/23 | L. Maleson | 0.20 | Confer with C. Porzio regarding Person # 60's process request. |
| 06/14/23 | L. Maleson | 0.70 | Review and revise draft letter to counsel for Person #60 (0.5).  Send the same to client for comment with cover e-mail (0.2). |
| 06/14/23 | M. Cantor | 1.10 | Conference with the client to prepare for interview of Person # 60 (.4) Draft letter to canonical advocate regarding Person # 60 interview. (.7) |

Nixon Peabody LLP
Invoice #  10492918    Page 2

| Date | Timekeeper | Hours | Description of Services |
|------|-----------|-------|------------------------|
| 06/15/23 | C. Porzio | 0.10 | Review e-mails between L. Maleson and client regarding draft letter to canon lawyer regarding upcoming interview of Person # 60. |
| 06/15/23 | L. Maleson | 1.40 | Exchange e-mails with client regarding upcoming interview of Person # 60 (0.2). Revise letter to canonical advocate (0.3). Finalize and send letter to canonical advocate (0.1). Direct M. Cantor and Renaissance on preparation for Person # 60 interview (0.3). Receive and review response from canonical advocate (0.3). Send the same to client for review (0.1). Review client's initial response (0.1). |
| 06/16/23 | C. Porzio | 0.70 | Confer with L. Maleson regarding response to e-mail from Person # 60's canonical advocate (0.2).  Review and revise draft e-mail to Person # 60's advocate (0.3).  E-mails with L. Maleson and M. Cantor regarding client's response to same (0.2). |
| 06/16/23 | L. Maleson | 0.20 | Telephone conference with M. Cantor regarding preparations for Person # 60 interview. |
| 06/16/23 | L. Maleson | 0.90 | Draft response to canonical advocate's correspondence (0.6).  Review and revise the same (0.2).  Share same with client and review responses (0.1). |
| 06/16/23 | M. Cantor | 2.80 | Telephone conference with L. Maleson regarding preparations for Person # 60 interview (.0.2).  Prepare questions for the interview of Person # 60 (2.6). |
| 06/18/23 | L. Maleson | 0.10 | Review and respond to client's e-mail regarding next steps. |
| 06/20/23 | L. Maleson | 0.30 | Direct team regarding communications with Person # 60. |
| 06/26/23 | L. Maleson | 0.40 | Work on logistics for Person # 60 interview (1.0).  E-mail with client regarding the same (0.1). |
| 06/26/23 | T. Sciocchetti | 1.00 | Preparation for interview of Person # 60 (1.0). |
| 06/27/23 | L. Maleson | 1.70 | Review and revise interview questions (0.8).  Conference call with T. Sciocchetti to prepare for the interview (0.9). |
| 06/27/23 | L. Maleson | 0.60 | Post-interview conference call with team (0.4).  Further follow-up telephone conference with M. Cantor (0.2). |
| 06/27/23 | M. Cantor | 4.50 | Prepare for interview of Person # 60, including time spent preparing with T. Sciocchetti and L. Maleson. (1.9) Participate in the interview of Person # 60 and debrief internally following same. (2.3) Additional debrief with L. Maleson. (.2) Send email to client regarding Person # 60 interview. (.1) |
| 06/27/23 | T. Sciocchetti | 4.50 | Continue preparation for interview of Person # 60, including with L. Maleson and M. Cantor (2.5). Interview of Person # 60 with M. Cantor and Renaissance (1.5).  Confer with Renaissance and Nixon Peabody team regarding interview (0.5). |
| 06/28/23 | L. Maleson | 0.20 | Telephone conference with M. Cantor regarding interview of Person # 60. |

Nixon Peabody LLP
Invoice #  10492918    Page 3

| Date | Timekeeper | Hours | Description of Services |
|---|---|---|---|
| 06/28/23 | M. Cantor | 0.20 | Telephone conference with L. Maleson regarding interview of Person # 60. |

TOTAL HOURS:    23.60

TOTAL FEES:    $18,447.00

## TIMEKEEPER SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| **Partners** | | | |
| C. Porzio | 860.00 | 1.00 | 860.00 |
| L. Maleson | 875.00 | 7.80 | 6,825.00 |
| T. Sciocchetti | 790.00 | 5.50 | 4,345.00 |
| **Partners Totals** | | **14.30** | **12,030.00** |
| **Counsel** | | | |
| M. Cantor | 690.00 | 9.30 | 6,417.00 |
| **Total All Timekeepers:** | | **23.60** | **$18,447.00** |

**TOTAL FOR MATTER -- PERSON # 60:**    **$18,447.00**

**TOTAL FOR STATEMENT:**    **$18,447.00**



NIXON PEABODY
ATTORNEYS AT LAW

NIXONPEABODY.COM
@NIXONPEABODYLLP

FEDERAL I.D. NO. 16-0764720

275 Broadhollow Road
Suite 300
Melville, NY 11747-4808
TEL: (516) 832-7500
FAX: (516) 832-7555

Thomas Renker, Esq.
General Counsel
Diocese of Rockville Centre
PO Box 9023
Rockville Centre, NY 11570-9023

July 12, 2023
Invoice No. 10492919
Account: 002787
Terms: Due Upon Receipt

---

**FOR PROFESSIONAL SERVICES RENDERED through June 30, 2023, including:**

---

**MATTER NO.:  000181          PERSON # 61**

**For Professional Fees:**

| Date | Timekeeper | Hours | Description of Services |
|------|-----------|-------|-------------------------|
| 06/01/23 | C. Porzio | 0.30 | Telephone conference with L. Maleson regarding follow-up with law enforcement (0.2).  Telephone conference with law enforcement (0.1). |
| 06/01/23 | C. Porzio | 0.40 | Prepare and send e-mail to L. Maleson regarding telephone conference with law enforcement (0.3).  Follow-up e-mails with L. Maleson regarding same (0.1). |
| 06/01/23 | L. Maleson | 0.10 | Review update on telephone conference with law enforcement. |
| 06/02/23 | C. Porzio | 0.10 | Respond to L. Maleson's e-mail regarding follow-up with law enforcement. |
| 06/05/23 | L. Maleson | 0.40 | Receive and respond to law enforcement e-mail (0.1).  Send update to client (0.1).  Receive and respond to further law enforcement e-mail (0.1).  Update client (0.1). |
| 06/21/23 | L. Maleson | 0.30 | Exchange client e-mails regarding responding to communication from Person # 61. |
| 06/27/23 | C. Porzio | 0.20 | E-mails with L. Maleson regarding communication with law enforcement. |
| 06/27/23 | C. Porzio | 0.40 | Draft and send e-mail to law enforcement regarding status of investigation (0.1).  Confer with L. Maleson regarding response from law enforcement (0.3). |
| 06/27/23 | L. Maleson | 0.50 | Confer with C. Porzio regarding outreach to law enforcement (0.2).  Review and exchange e-mails regarding investigation with law enforcement (0.2).  Send update to client (0.1). |
| | TOTAL HOURS: | 2.70 | |

TOTAL FEES:          $2,341.50

Nixon Peabody LLP
Invoice #  10492919    Page 2

## TIMEKEEPER SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| **Partners** | | | |
| C. Porzio | 860.00 | 1.40 | 1,204.00 |
| L. Maleson | 875.00 | 1.30 | 1,137.50 |
| **Partners Totals** | | **2.70** | **2,341.50** |
| **Total All Timekeepers:** | | **2.70** | **$2,341.50** |

**TOTAL FOR MATTER -- PERSON # 61:**     **$2,341.50**

**TOTAL FOR STATEMENT:**     **$2,341.50**