**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,[1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 20-12345 (MG) |

**JOINT LIST OF TESTIMONY AND EXHIBITS ADMITTED INTO EVIDENCE IN CONNECTION WITH THE JULY 10-11, 2023 EVIDENTIARY HEARING ON THE MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DISMISS CHAPTER 11 CASE [DOCKET NO. 1912]**

The Official Committee of Unsecured Creditors (the "Committee") and The Roman Catholic Diocese of Rockville Centre, New York (the "Diocese") submit the following joint list of testimony and exhibits admitted in connection with the evidentiary hearing on the *Motion of the Official Committee of Unsecured Creditors to Dismiss Chapter 11 Case* [D.I. 1912].

**A.   DIRECT TESTIMONY AND DEPOSITION DESIGNATIONS**

1. Declaration of Charles D'Estries in Support of Motion of The Official Committee of Unsecured Creditors to Dismiss Chapter 11 Case [D.I. 2232]

2. Declaration of Jason P. Amala in Support of Motion of The Official Committee of Unsecured Creditors to Dismiss Chapter 11 Case [D.I. 2233]

3. Declaration of Patrick Stoneking in Support of Motion of The Official Committee of Unsecured Creditors to Dismiss Chapter 11 Case [D.I. 2235]

4. Declaration of Paul N. Shields in Support of Motion of The Official Committee of Unsecured Creditors to Dismiss Chapter 11 Case [D.I. 2236]

5. Direct Testimony of Charles Moore [D.I. 2224]

6. Combined Designations of the Deposition of Linc Leder of Slater Slater Schulman LLP (June 21, 2023)

7. Combined Designations of the Deposition of Andrew Silvershein of Herman Law (June 20, 2023)

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is P.O. Box 9023, Rockville Centre, NY 11571-9023.

1

B. COMMITTEE'S ADMITTED EXHIBITS

| EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| CX-14 | Joinder of PCVA and Marsh Law Survivors in Motion of the Official Committee of Unsecured Creditors to Dismiss Chapter 11 Case [D.I. 2013] |
| CX-18 | Amended Joinder in Motion of the Official Committee of Unsecured Creditors to Dismiss Chapter 11 Case, filed by Slater Slater Schulman LLP [D.I. 2140] |
| CX-20 | Amended Joinder in Motion of the Official Committee of Unsecured Creditors to Dismiss Chapter 11 Case, filed by Herman Law [D.I. 2145] |
| CX-21 | Amended Joinder in Motion of the Official Committee of Unsecured Creditors to Dismiss Chapter 11 Case, filed by Jeff Anderson & Associates [D.I. 2146] |
| CX-36 | Paul N. Shields Curriculum Vitae |
| CX-37 | List of Monthly Operating Reports |
| CX-38 | Summary of Activity for the Administrative Offices and PSIP Activity With the Addition of February through April 2023 |
| CX-39 | Administrative Office – Post-Petition Monthly Income Statement Comparison (October 1, 2020 – April 30, 2023) |
| CX-40 | PSIP – Post-Petition Monthly Income Statement Comparison (October 1, 2020 – April 30, 2023) |
| CX-41 | Combined Monthly Income Statement Summary (October 1, 2020 – April 30, 2023) |
| CX-42 | Combined Administrative Office and PSIP Post-Petition Monthly Unrestricted Loss |
| CX-43 | Combined Administrative Office and PSIP Post-Petition Cumulative Unrestricted Loss |
| CX-44 | Summary of Combined Unrestricted Income Statement Activity for the Administrative Offices and PSIP from the Petition Date through April 2023 |
| CX-45 | Debtor's Monthly Operating Report for November 2020 [D.I. 301] |
| CX-46 | Debtor's Monthly Operating Report for December 2020 [D.I. 338] |
| CX-47 | Debtor's Monthly Operating Report for January 2021 [D.I. 380] |
| CX-48 | Debtor's Monthly Operating Report for February 2021 [D.I. 426] |
| CX-49 | Debtor's Monthly Operating Report for March 2021 [D.I. 485] |
| CX-50 | Debtor's Monthly Operating Report for April 2021 [D.I. 526] |
| CX-51 | Debtor's Monthly Operating Report for May 2021 [D.I. 582] |
| CX-52 | Debtor's Monthly Operating Report for June 2021 [D.I. 641] |

DOCS_LA:350035.2 18491/002

| **EXHIBIT NUMBER** | **DESCRIPTION** |
|---|---|
| CX-53 | Debtor's Monthly Operating Report for June 2021 – Amended (1) [D.I. 647] |
| CX-54 | Debtor's Monthly Operating Report for June 2021 – Amended (2) [D.I. 742] |
| CX-55 | Debtor's Monthly Operating Report for July 2021 [D.I. 718] |
| CX-56 | Debtor's Monthly Operating Report for August 2021 [D.I. 762] |
| CX-57 | Debtor's Monthly Operating Report for September 2021 [D.I. 811] |
| CX-58 | Debtor's Monthly Operating Report for October 2021 [D.I. 889] |
| CX-59 | Debtor's Monthly Operating Report for November 2021 [D.I. 949] |
| CX-60 | Debtor's Monthly Operating Report for December 2021 [D.I. 970] |
| CX-61 | Debtor's Monthly Operating Report for January 2022 [D.I. 992] |
| CX-62 | Debtor's Monthly Operating Report for February 2022 [D.I. 1052] |
| CX-63 | Debtor's Monthly Operating Report for March 2022 [D.I. 1089] |
| CX-64 | Debtor's Monthly Operating Report for April 2022 [D.I. 1137] |
| CX-65 | Debtor's Monthly Operating Report for May 2022 [D.I. 1184] |
| CX-66 | Debtor's Monthly Operating Report for June 2022 [D.I. 1238] |
| CX-67 | Debtor's Monthly Operating Report for July 2022 [D.I. 1295] |
| CX-68 | Debtor's Monthly Operating Report for August 2022 [D.I. 1331] |
| CX-69 | Debtor's Monthly Operating Report for September 2022 [D.I. 1392] |
| CX-70 | Debtor's Monthly Operating Report for October 2022 [D.I. 1490] |
| CX-71 | Debtor's Monthly Operating Report for November 2022 [D.I. 1547] |
| CX-72 | Debtor's Monthly Operating Report for December 2022 [D.I. 1624] |
| CX-73 | Debtor's Monthly Operating Report for January 2023 [D.I. 1723] |
| CX-74 | Debtor's Monthly Operating Report for February 2023 [D.I. 1982] |
| CX-75 | Debtor's Monthly Operating Report for March 2023 [D.I. 2057] |
| CX-76 | Debtor's Monthly Operating Report for April 2023 [D.I. 2121] |
| CX-77 | Linc Leder (Slater Slater Shulman LLP) email dated 4/13/2023 |
| CX-78 | Andrew Silvershein (Herman Law) email dated 3/30/2023 |

DOCS_LA:350035.2 18491/002

**C. DEBTOR'S ADMITTED EXHIBITS**

| EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| DX-15 | Direct Testimony of Charles Moore, Figure 1: Dismissal Analysis [Docket No. 2224] |
| DX-16 | Direct Testimony of Charles Moore, Table 1: Change in Unrestricted Net Assets [Docket No. 2224] |
| DX-17 | Direct Testimony of Charles Moore, Table 2-1: Administrative Offices Projections Without Spectrum Assets Monetization [Docket No. 2224] |
| DX-18 | Direct Testimony of Charles Moore, Table 2-2: Administrative Offices Projections with Spectrum Assets Monetization [Docket No. 2224] |
| DX-19 | Direct Testimony of Charles Moore, Table 2-3: Protected Self Insurance Program Projections [Docket No. 2224] |
| DX-20 | Exhibit A to the Direct Testimony of Charles Moore, Curriculum Vitae of Charles Moore [Docket No. 2224] |
| DX-21 | The PCVA and Marsh Law Claimants' Responses and Objections to the Debtor's Combined Discovery Demands Directed to Joinders in the Official Committee of Unsecured Creditors' Motion to Dismiss, dated April 14, 2023 |
| DX-22 | Jeff Anderson & Associates Responses and Objections to the Debtor's Combined Discovery Demands Directed to Joinders in the Official Committee of Unsecured Creditors' Motion to Dismiss, dated April 14, 2023 |
| DX-23 | The Official Committee of Unsecured Creditors' Responses and Objections to the Debtor's Combined Discovery Demands Directed to the Official Committee of Unsecured Creditors [Concerning the Motion to Dismiss], dated April 14, 2023 |
| DX-24 | Patrick Stoneking (Jeff Anderson & Associates) email dated 3/30/2023 |
| DX-25 | Jason Amala (Pfau Cochran Vertetis Amala PLCC and Marsh Law Firm PLLC) email dated 3/29/2023 |

Dated: July 14, 2023

                          */s/ Alan J. Kornfeld*
                          Pachulski Stang Ziehl & Jones LLP
                          Alan J. Kornfeld, Esq.
                          Counsel for Movant the Official Committee of Unsecured Creditors

Dated: July 14, 2023

          */s/ Eric P. Stephens* _____
Jones Day
Eric P. Stephens, Esq.
Counsel for The Roman Catholic Diocese of Rockville Centre, New York