**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,[1] | : | Case No. 20-12345 (MG) |
| | : | |
| Debtor. | : | |

**SUMMARY OF THIRD INTERIM FEE APPLICATION OF
JEFFERIES LLC FOR COMPENSATION FOR PROFESSIONAL
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
INCURRED AS INVESTMENT BANKER FOR THE DEBTOR AND DEBTOR IN
POSSESSION FROM FEBRUARY 1, 2023 TO AND INCLUDING MAY 31, 2023**

| | |
|---|---|
| Name of Applicant | Jefferies LLC ("Jefferies") |
| Authorized to Provide Professional Services to: | Debtor and Debtor in Possession |
| Date of Retention: | November 2, 2022 (effective September 28, 2022) |
| Period for which Compensation and Reimbursement Is Sought: | February 1, 2023 – May 31, 2023 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $350,000.00[2] |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $0.00[3] |

This is a(n) __ monthly  X  interim __ final application.

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is P.O. Box 9023, Rockville Centre, NY 11571-9023.

[2] Pursuant to the Retention Order (as defined below), the Debtor is authorized to pay Jefferies' monthly fees (the "Monthly Fees") each month when required under the Engagement Letter (as defined below) without a prior fee application. Accordingly, Jefferies is not, by this application, requesting payment from the Debtor of the Monthly Fee earned and already paid during the Interim Compensation Period (as defined below). Jefferies, however, is seeking payment of the M&A Transaction Fee, along with interim approval of all payments, and will seek final approval of all such payments in its final fee application in this case.

[3] Pursuant to the Engagement Letter, Jefferies is entitled to reimbursement of actual, reasonable, and necessary expenses not to exceed $50,000.00. Jefferies did not seek reimbursement of any expenses in its first interim fee application [Docket No. 1448]; however, although the expenses detailed in the second interim fee application [Docket No. 1841] exceeded $50,000.00, Jefferies only sought reimbursement of $50,000.00 in expenses therein. Likewise, pursuant to the Engagement Letter, while Jefferies did incur expenses during the third interim fee application compensation period, Jefferies is not seeking reimbursement of such expenses herein.

## THIRD INTERIM FEE APPLICATION OF JEFFERIES LLC
## AS INVESTMENT BANKER FOR THE DEBTOR AND DEBTOR IN POSSESSION

### PREVIOUSLY FILED APPLICATIONS

| | Requested | | Paid | | Outstanding | |
|---|---|---|---|---|---|---|
| **Application** | **Fees** | **Expenses** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| First Interim Fee Application [Docket No. 1448] 6/1/22-9/30/22 | $50,000.00 | $0.00 | $50,000.00 | $0.00 | $0.00 | $0.00 |
| Second Interim Fee Application [Docket No. 1841] 10/1/22-1/31/23 | $200,000.00 | $50,000.00 | $200,000.00 | $50,000.00 | $0.00 | $0.00 |
| **Total** | **$250,000.00** | **$50,000.00** | **$250,000.00** | **$50,000.00** | **$0.00** | **$0.00** |

**THIRD INTERIM FEE APPLICATION OF JEFFERIES LLC**
**AS INVESTMENT BANKER FOR THE DEBTOR AND DEBTOR IN POSSESSION**

**HOURS BY PROFESSIONAL AND CATEGORY**
**FEBRUARY 1, 2023 – MAY 31, 2023**

### Jefferies LLC
### Summary of Hours by Category

| Category # | Category | Hours |
|---|---|---|
| 1 | Case Administration / General | 43.5 |
| 2 | Sale Process | 93.5 |
| 3 | Creditor Communication | 8.0 |
| 4 | Debtor Communication | 16.5 |
| 5 | DIP Financing | 105.0 |
| 6 | Testimony Preparation | - |
| 7 | Plan of Reorganization | - |
| 8 | Travel | 5.5 |
| 9 | Due Diligence / Analysis | 97.5 |
| 10 | Business Plan | - |
| 11 | Case Strategy | 18.5 |
| **Total** | | **388.0** |

### Jefferies LLC
### Summary of Hours by Professional

| Name | Position | Hours |
|---|---|---|
| Richard Morgner | Global Co-Head, Debt Advisory & Restructuring | 24.5 |
| Robert White | Managing Director, Debt Advisory & Restructuring | 75.0 |
| Katherine Cane | Analyst, Debt Advisory & Restructuring | 124.5 |
| Griffin Dey | Analyst, Debt Advisory & Restructuring | 118.5 |
| Lawrence Chu | Vice Chairman, Global Head of Telecom, Technology | 3.0 |
| Nick Brown | Senior Vice President, Technology | 15.0 |
| Brian Cherry | Vice President, Technology | 20.5 |
| Christopher Jordan | Managing Director, Leveraged Finance | 4.0 |
| Gregory Miesner | Managing Director, Financial Sponsors | 3.0 |
| **Total** | | **388.0** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,[4] | : | Case No. 20-12345 (MG) |
|  | : |  |
| Debtor. | : |  |

**THIRD INTERIM FEE APPLICATION OF
JEFFERIES LLC FOR COMPENSATION FOR PROFESSIONAL
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
INCURRED AS INVESTMENT BANKER FOR THE DEBTOR AND DEBTOR IN
POSSESSION FROM FEBRUARY 1, 2023 TO AND INCLUDING MAY 31, 2023**

Jefferies LLC ("Jefferies"), the investment banker for the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), requests entry of an order granting this third interim fee application (this "Interim Fee Application"), pursuant to sections 327(a), 328(a), 330, and 331 of title 11 of the United States Code (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 2016-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Bankruptcy Rules"), approving on an interim basis compensation for professional services to the Debtor during the period from February 1, 2023 to and including May 31, 2023 (the "Interim Compensation Period") in the amount of $350,000.00. This Interim Fee Application has been prepared in accordance with *General Order M-447, the Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York* (June 17, 2013) promulgated pursuant to Local Bankruptcy Rule

---

[4] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is P.O. Box 9023, Rockville Centre, NY 11571-9023.

2016-1(a) (the "Local Guidelines"). Attached hereto as **Exhibit A** is a certification regarding compliance with the Local Guidelines.

In support of this Interim Fee Application, Jefferies respectfully states as follows:

## JURISDICTION AND VENUE

1. The United States Bankruptcy Court for the Southern District of New York (this "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory and other legal bases for the relief requested herein are sections 327(a), 328(a), 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Bankruptcy Rule 2016-1.

## BACKGROUND

3. On October 1, 2020 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

4. On October 12, 2022, the Debtor filed an application to employ and retain Jefferies as its investment banker under sections 327(a) and 328(a) of the Bankruptcy Code, effective as of September 28, 2022, pursuant to the terms and subject to the conditions of that certain engagement letter (the "Engagement Letter") between Jefferies and the Debtor dated as of September 28, 2022 [Docket No. 1357] (the "Retention Application").[5]

5. On November 2, 2022, the Court entered the order granting the Retention Application [Docket No. 14-1] (the "Retention Order"), effective as of September 28, 2022.

---

[5] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Retention Application.

5

The Retention Order, among other things, approved the Engagement Letter, as modified by the Retention Order, pursuant to section 328(a) of the Bankruptcy Code, and authorized the Debtor to pay, reimburse, and indemnify Jefferies in accordance with the terms and conditions of the Engagement Letter, subject to application to the Court.[6]

## RELIEF REQUESTED

6. By this Interim Fee Application, Jefferies seeks entry of an order (a) approving on an interim basis compensation for professional services to the Debtor during the Interim Compensation Period in the amount of $350,000.00, and (b) directing payment of all such allowed compensation, less any amounts previously paid for such compensation.

7. Pursuant to the terms of the Engagement Letter, Jefferies earned a total of $350,000.00 in compensation, consisting of (a) $200,000.00, on account of four (4) $50,000.00 Monthly Fees for the months of February 2023, March 2023, April, 2023, and May 2023, and (b) $150,000.00, on account of that M&A Transaction Fee associated with the sale of the cell towers and related leases that closed on June 1, 2023.

8. During the Interim Compensation Period, Jefferies professionals closed the sale of the cell tower assets and continued to evaluate ways to monetize the spectrum.

9. Although Jefferies, in line with market convention, does not bill by the hour, Jefferies has kept track of its post-petition time in half-hour increments in accordance with the Retention Order. Time records during the Interim Compensation Period are attached hereto as **Exhibit B**. During the Interim Compensation Period, Jefferies professionals spent approximately 388.0 hours providing investment banking services to the Debtor.

---

[6] A copy of the Engagement Letter was annexed to the Retention Order as Exhibit 1.

10. The fees charged by Jefferies have been billed in accordance with the Engagement Letter and the Retention Order and are comparable to those fees charged by Jefferies for professional services rendered in connection with similar chapter 11 cases and non-bankruptcy matters. Jefferies submits that such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive national investment banking market.

11. There is no agreement or understanding between Jefferies and any other person, other than members of the firm, for the sharing of compensation to be received for services rendered in this chapter 11 case.

*[Remainder of page intentionally left blank.]*

WHEREFORE, Jefferies requests entry of an order approving on an interim basis compensation for professional services to the Debtor during the Interim Compensation Period in the amount of $350,000.00.

Dated: July 14, 2023　　　　　　　　　　　　　　**JEFFERIES, LLC**
New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Richard Morgner*
　　　　　　　　　　　　　　　　　　　　　　　　Richard Morgner
　　　　　　　　　　　　　　　　　　　　　　　　Managing Director
　　　　　　　　　　　　　　　　　　　　　　　　Jefferies LLC

# **EXHIBIT A**

**Certification Regarding Compliance with Local Guidelines**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,[1] | : | Case No. 20-12345 (MG) |
|  | : |  |
| Debtor. | : |  |

**CERTIFICATION UNDER LOCAL GUIDELINES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF THE THIRD INTERIM FEE APPLICATION OF JEFFERIES LLC FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT BANKER FOR THE DEBTOR AND DEBTOR IN POSSESSION FROM FEBRUARY 1, 2023 TO AND INCLUDING MAY 31, 2023**

I, Richard Morgner, hereby certify that:

1. I am a Managing Director and Joint Global Head of the Debt Advisory & Restructuring Group at Jefferies LLC ("Jefferies"), an investment banking and financial advisory firm with principal offices located at 520 Madison Avenue, New York, New York 10022.

2. This certification is made in respect of Jefferies' compliance with *General Order M-447, Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases* pursuant to Local Rule 2016-1(a) (as updated June 17, 2013) (the "Local Guidelines") in connection with Jefferies' third interim application filed contemporaneously herewith (the "Application") for interim compensation for the period commencing February 1, 2023 to and including May 31, 2023, in accordance with the Local Guidelines.

3. In respect of Section B.1 of the Local Guidelines, I certify that:

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is P.O. Box 9023, Rockville Centre, NY 11571-9023.

a. I have read the Application;

b. to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees sought fall within the Local Guidelines; and

c. the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by Jefferies and generally accepted by Jefferies' clients.

4. I certify that Jefferies has provided the information required by the Local Guidelines in the Application and that the United States Trustee for the Southern District of New York, the Debtor, and counsel for the Debtor are each being provided with a copy of the Application.

Dated: July 14, 2023  
New York, New York

**JEFFERIES, LLC**

*/s/ Richard Morgner*  
Richard Morgner  
Managing Director  
Jefferies LLC

# EXHIBIT B

## Time Records of Jefferies Professionals

**Jefferies LLC**
*February 1, 2023 - May 31, 2023*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 02/06/23 | Richard Morgner | Discussion with Jones Day re: next steps | 0.5 | 11 |
| 02/07/23 | Richard Morgner | Jefferies internal discussion re: lease analysis | 0.5 | 9 |
| 02/07/23 | Richard Morgner | Discussion with potential bidder and Jones Day | 0.5 | 2 |
| 02/08/23 | Richard Morgner | Discussion with potential bidder's advisor | 0.5 | 2 |
| 02/14/23 | Richard Morgner | Jefferies internal discussion re: final bid deadline | 0.5 | 2 |
| 02/15/23 | Richard Morgner | Discussion with potential bidder and Jones Day | 0.5 | 2 |
| 02/18/23 | Richard Morgner | Discussion with Jones Day re: real estate | 0.5 | 2 |
| 02/21/23 | Richard Morgner | Discussion with Jones Day and potential bidder | 0.5 | 2 |
| 02/22/23 | Richard Morgner | Discussion with Jones Day and UCC re: proposals | 1.0 | 3 |
| 02/23/23 | Richard Morgner | Jefferies internal discussion re: spectrum | 1.0 | 11 |
| 02/23/23 | Richard Morgner | Discussion with Jones Day re: bids received and next steps | 0.5 | 4 |
| 02/28/23 | Richard Morgner | Jefferies internal discussion re: auction planning | 0.5 | 2 |
| 02/28/23 | Richard Morgner | Jefferies internal discussion re: auction scorecard | 1.0 | 2 |
| 02/28/23 | Richard Morgner | Discussion with Jones Day re: auction planning | 0.5 | 2 |
| 03/01/23 | Richard Morgner | Transportation to Auction | 1.0 | 8 |
| 03/01/23 | Richard Morgner | Tower Auction | 2.5 | 2 |
| 03/01/23 | Richard Morgner | Transportation from Auction | 0.5 | 8 |
| 03/17/23 | Richard Morgner | Review fee application | 1.5 | 1 |
| 03/22/23 | Richard Morgner | Discussion with Jones Day re: next steps | 1.0 | 2 |
| 03/23/23 | Richard Morgner | Review debt capacity analysis | 0.5 | 5 |
| 03/29/23 | Richard Morgner | Review CFN Tower Proposal | 1.0 | 9 |
| 04/04/23 | Richard Morgner | Jefferies internal discussion re: potential outreach | 0.5 | 5 |
| 04/10/23 | Richard Morgner | Review discovery requests | 0.5 | 1 |
| 04/11/23 | Richard Morgner | Jefferies internal discussion re: appraisals | 0.5 | 5 |
| 04/11/23 | Richard Morgner | Review IOIs | 1.0 | 5 |
| 04/12/23 | Richard Morgner | Jefferies internal discussion re: alternative financing options | 1.0 | 5 |
| 04/13/23 | Richard Morgner | Prepare analysis re: debt capacity | 0.5 | 9 |
| 04/18/23 | Richard Morgner | Discussion with potential bidder | 0.5 | 5 |
| 04/19/23 | Richard Morgner | Review IOIs | 0.5 | 5 |
| 04/24/23 | Richard Morgner | Jefferies internal discussion re: exit financing | 0.5 | 5 |
| 04/28/23 | Richard Morgner | Discussion with Jones Day re: exit financing | 0.5 | 5 |
| 05/15/23 | Richard Morgner | Jefferies internal discussion re: credit ratings | 0.5 | 5 |
| 05/22/23 | Richard Morgner | Jefferies internal discussion re: financing proposals | 0.5 | 5 |
| 05/25/23 | Richard Morgner | Discussion with UCC re: spectrum sale | 1.0 | 3 |
| 02/01/23 | Robert White | Review Jones Day lease analysis | 0.5 | 9 |
| 02/01/23 | Robert White | Discussion with Jones Day re: leases | 1.0 | 9 |
| 02/02/23 | Robert White | Jefferies internal discussion re: lease analysis | 0.5 | 9 |
| 02/02/23 | Robert White | Discussion with StratCap | 0.5 | 2 |
| 02/05/23 | Robert White | Review process letter | 0.5 | 2 |
| 02/05/23 | Robert White | Review lease scenario analysis | 1.0 | 9 |
| 02/06/23 | Robert White | Discussion with Jones Day re: next steps | 0.5 | 11 |
| 02/06/23 | Robert White | Jefferies internal discussion re: lease analysis | 0.5 | 9 |
| 02/07/23 | Robert White | Jefferies internal discussion re: workstreams | 0.5 | 2 |
| 02/07/23 | Robert White | Jefferies internal discussion re: lease analysis | 0.5 | 9 |
| 02/07/23 | Robert White | Discussion with potential bidder and Jones Day | 0.5 | 2 |
| 02/08/23 | Robert White | Discussion with potential bidder | 0.5 | 5 |
| 02/08/23 | Robert White | Discussion with potential bidder's advisor | 0.5 | 2 |
| 02/09/23 | Robert White | Discussion with Jones Day re: leases | 0.5 | 4 |
| 02/09/23 | Robert White | Jefferies internal discussion re: lease analysis | 0.5 | 9 |
| 02/09/23 | Robert White | Discussion with potential bidder | 0.5 | 5 |
| 02/12/23 | Robert White | Review of tower cash flows | 1.0 | 9 |
| 02/13/23 | Robert White | Review process letter | 0.5 | 5 |
| 02/14/23 | Robert White | Jefferies internal discussion re: final bid deadline | 0.5 | 2 |
| 02/14/23 | Robert White | Discussion with Jones Day re: discounted cash flow analysis | 0.5 | 9 |
| 02/15/23 | Robert White | Discussion with potential bidder and Jones Day | 0.5 | 2 |
| 02/15/23 | Robert White | Review discounted cash flow analysis | 0.5 | 9 |
| 02/15/23 | Robert White | Discussion with potential bidder | 0.5 | 5 |

**Jefferies LLC**

*February 1, 2023 - May 31, 2023*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 02/16/23 | Robert White | Review of CFN counter-offer | 1.5 | 9 |
| 02/16/23 | Robert White | Discussion with Jones Day re: counter-offer | 0.5 | 4 |
| 02/17/23 | Robert White | Discussion with potential bidder | 0.5 | 5 |
| 02/17/23 | Robert White | Discussion with potential bidder and Jones Day | 0.5 | 4 |
| 02/18/23 | Robert White | Discussion with Jones Day re: real estate | 0.5 | 2 |
| 02/21/23 | Robert White | Jefferies internal discussion re: bid deadline | 0.5 | 2 |
| 02/21/23 | Robert White | Discussion with Jones Day and potential bidder | 0.5 | 2 |
| 02/22/23 | Robert White | Discussion with potential bidder | 0.5 | 2 |
| 02/22/23 | Robert White | Discussion with Jones Day and UCC re: proposals | 1.0 | 3 |
| 02/23/23 | Robert White | Jefferies internal discussion re: spectrum | 1.0 | 11 |
| 02/23/23 | Robert White | Review bid summary | 1.0 | 2 |
| 02/23/23 | Robert White | Discussion with Jones Day re: bids received and next steps | 0.5 | 4 |
| 02/23/23 | Robert White | Review spectrum discounted cash flow | 1.0 | 9 |
| 02/24/23 | Robert White | Discussion with potential bidder | 0.5 | 5 |
| 02/24/23 | Robert White | Discussion with potential bidder and Jones Day | 0.5 | 2 |
| 02/27/23 | Robert White | Discussion with Jones Day and A&M re: bids received | 0.5 | 2 |
| 02/27/23 | Robert White | Discussion with potential bidder | 0.5 | 5 |
| 02/28/23 | Robert White | Jefferies internal discussion re: auction planning | 0.5 | 2 |
| 02/28/23 | Robert White | Jefferies internal discussion re: auction scorecard | 1.0 | 2 |
| 02/28/23 | Robert White | Discussion with Jones Day re: auction planning | 0.5 | 2 |
| 02/28/23 | Robert White | Discussion with potential bidder | 0.5 | 2 |
| 03/01/23 | Robert White | Transportation to Auction | 0.5 | 8 |
| 03/01/23 | Robert White | Tower Auction | 5.5 | 2 |
| 03/01/23 | Robert White | Transportation from Auction | 0.5 | 8 |
| 03/02/23 | Robert White | Review Auction summary materials | 0.5 | 2 |
| 03/03/23 | Robert White | Jefferies internal discussion re: exit financing | 1.0 | 5 |
| 03/10/23 | Robert White | Discussion with potential bidder | 0.5 | 5 |
| 03/13/23 | Robert White | Prepare for hearing | 1.0 | 2 |
| 03/17/23 | Robert White | Review fee application | 1.5 | 1 |
| 03/20/23 | Robert White | Discussions with potential bidders | 1.0 | 5 |
| 03/21/23 | Robert White | Jefferies internal discussion re: next steps | 0.5 | 11 |
| 03/21/23 | Robert White | Discussions with potential bidders | 1.0 | 5 |
| 03/22/23 | Robert White | Discussion with Jones Day re: next steps | 1.0 | 2 |
| 03/23/23 | Robert White | Discussion with potential bidder | 0.5 | 5 |
| 03/27/23 | Robert White | Discussions with potential bidders | 0.5 | 5 |
| 03/27/23 | Robert White | Review diligence responses | 0.5 | 9 |
| 03/28/23 | Robert White | Discussion with potential bidder | 0.5 | 5 |
| 03/29/23 | Robert White | Discussion with potential bidder | 0.5 | 5 |
| 03/29/23 | Robert White | Review CFN Tower Proposal | 1.0 | 9 |
| 03/30/23 | Robert White | Jefferies internal discussion re: CFN proposal | 0.5 | 11 |
| 03/31/23 | Robert White | Jefferies internal discussion re: CFN proposal analysis | 0.5 | 9 |
| 04/03/23 | Robert White | Discussions with potential bidders | 1.0 | 5 |
| 04/04/23 | Robert White | Jefferies internal discussion re: potential outreach | 0.5 | 5 |
| 04/05/23 | Robert White | Review contemplated CFN agreement | 0.5 | 11 |
| 04/10/23 | Robert White | Discussions with potential bidders | 1.0 | 5 |
| 04/10/23 | Robert White | Review discovery requests | 0.5 | 1 |
| 04/10/23 | Robert White | Review process letter | 0.5 | 5 |
| 04/11/23 | Robert White | Jefferies internal discussion re: appraisals | 0.5 | 5 |
| 04/11/23 | Robert White | Discussion with potential bidder | 0.5 | 5 |
| 04/11/23 | Robert White | Review IOIs | 1.0 | 5 |
| 04/12/23 | Robert White | Jefferies internal discussion re: alternative financing options | 1.0 | 5 |
| 04/12/23 | Robert White | Discussion with potential bidder | 0.5 | 5 |
| 04/13/23 | Robert White | Discussion with potential bidder | 0.5 | 5 |
| 04/14/23 | Robert White | Discussion with potential bidder | 0.5 | 5 |
| 04/17/23 | Robert White | Discussions with potential bidders | 1.0 | 5 |
| 04/17/23 | Robert White | Diligence discussion with potential bidder | 1.0 | 9 |
| 04/18/23 | Robert White | Discussion with potential bidder | 0.5 | 5 |
| 04/19/23 | Robert White | Review IOIs | 0.5 | 5 |
| 04/19/23 | Robert White | Preparation for potential deposition with Jones Day | 1.0 | 4 |
| 04/20/23 | Robert White | Discussion with potential bidder | 0.5 | 5 |
| 04/20/23 | Robert White | Preparation for potential deposition with Jones Day | 1.0 | 4 |
| 04/20/23 | Robert White | Review proposal comparison materials | 1.0 | 5 |
| 04/21/23 | Robert White | Discussion with potential bidder | 0.5 | 5 |

**Jefferies LLC**

*February 1, 2023 - May 31, 2023*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 04/24/23 | Robert White | *Jefferies internal discussion re: exit financing* | 0.5 | 5 |
| 04/25/23 | Robert White | *Jefferies internal discussion re: proposals* | 0.5 | 5 |
| 04/25/23 | Robert White | *Discussion with potential bidder* | 0.5 | 5 |
| 04/28/23 | Robert White | *Discussion with Jones Day re: exit financing* | 0.5 | 5 |
| 04/28/23 | Robert White | *Discussion with potential bidder* | 0.5 | 5 |
| 05/01/23 | Robert White | *Discussion with potential bidder* | 0.5 | 5 |
| 05/01/23 | Robert White | *Diligence discussion with potential bidder* | 0.5 | 9 |
| 05/01/23 | Robert White | *Preparation for hearing with Jones Day* | 1.0 | 4 |
| 05/02/23 | Robert White | *Jefferies internal discussion re: proposals* | 0.5 | 5 |
| 05/02/23 | Robert White | *Tower sale hearing* | 1.0 | 2 |
| 05/08/23 | Robert White | *Review draft funds flow* | 0.5 | 2 |
| 05/11/23 | Robert White | *Discussion with potential bidder* | 0.5 | 5 |
| 05/11/23 | Robert White | *Review CFN side letter* | 0.5 | 2 |
| 05/11/23 | Robert White | *Discussion with A&M and Jones Day re: operating costs* | 1.0 | 4 |
| 05/15/23 | Robert White | *Discussion with counsel* | 0.5 | 1 |
| 05/15/23 | Robert White | *Jefferies internal discussion re: credit ratings* | 0.5 | 5 |
| 05/15/23 | Robert White | *Discussion with potential bidder* | 0.5 | 5 |
| 05/17/23 | Robert White | *Discussion with A&M re: operating costs* | 1.0 | 4 |
| 05/19/23 | Robert White | *Jefferies internal discussion re: financing proposals* | 0.5 | 5 |
| 05/22/23 | Robert White | *Jefferies internal discussion re: financing proposals* | 0.5 | 5 |
| 05/23/23 | Robert White | *Jefferies internal discussion re: proposal analysis* | 0.5 | 5 |
| 05/25/23 | Robert White | *Discussion with UCC re: spectrum sale* | 1.0 | 3 |
| 02/01/23 | Katherine Cane | *Process bidder diligence requests* | 1.0 | 9 |
| 02/01/23 | Katherine Cane | *Review Jones Day lease analysis* | 1.5 | 9 |
| 02/01/23 | Katherine Cane | *Discussion with Jones Day re: leases* | 1.0 | 9 |
| 02/02/23 | Katherine Cane | *Process bidder diligence requests* | 0.5 | 9 |
| 02/02/23 | Katherine Cane | *Jefferies internal discussion re: lease analysis* | 0.5 | 9 |
| 02/02/23 | Katherine Cane | *Discussion with StratCap* | 0.5 | 2 |
| 02/03/23 | Katherine Cane | *Draft process letter* | 0.5 | 2 |
| 02/04/23 | Katherine Cane | *Draft process letter* | 1.0 | 2 |
| 02/05/23 | Katherine Cane | *Draft lease scenario analysis* | 3.5 | 9 |
| 02/06/23 | Katherine Cane | *Discussion with Jones Day re: next steps* | 0.5 | 11 |
| 02/06/23 | Katherine Cane | *Revise process letter* | 0.5 | 2 |
| 02/06/23 | Katherine Cane | *Jefferies internal discussion re: lease analysis* | 0.5 | 9 |
| 02/06/23 | Katherine Cane | *Draft discounted cash flow analysis* | 1.5 | 9 |
| 02/06/23 | Katherine Cane | *Discussion with Jones Day re: lease analysis* | 0.5 | 9 |
| 02/06/23 | Katherine Cane | *Distribute process letter to bidders* | 0.5 | 2 |
| 02/07/23 | Katherine Cane | *Jefferies internal discussion re: workstreams* | 0.5 | 2 |
| 02/07/23 | Katherine Cane | *Jefferies internal discussion re: lease analysis* | 0.5 | 9 |
| 02/07/23 | Katherine Cane | *Discussion with potential bidder and Jones Day* | 0.5 | 2 |
| 02/08/23 | Katherine Cane | *Discussion with potential bidder* | 0.5 | 5 |
| 02/08/23 | Katherine Cane | *Discussion with potential bidder's advisor* | 0.5 | 2 |
| 02/08/23 | Katherine Cane | *Draft discounted cash flow analysis* | 2.0 | 9 |
| 02/08/23 | Katherine Cane | *Discussion with Jones Day re: leases* | 0.5 | 9 |
| 02/08/23 | Katherine Cane | *Process bidder diligence requests* | 0.5 | 9 |
| 02/09/23 | Katherine Cane | *Discussion with Jones Day re: leases* | 0.5 | 4 |
| 02/09/23 | Katherine Cane | *Jefferies internal discussion re: lease analysis* | 0.5 | 9 |
| 02/10/23 | Katherine Cane | *Review of title documents* | 1.0 | 9 |
| 02/10/23 | Katherine Cane | *Draft process letter* | 1.0 | 5 |
| 02/12/23 | Katherine Cane | *Review of tower cash flows* | 2.0 | 9 |
| 02/12/23 | Katherine Cane | *Facilitate escrow instructions with Epiq* | 1.0 | 1 |
| 02/13/23 | Katherine Cane | *Analysis re: active leases* | 2.0 | 9 |
| 02/13/23 | Katherine Cane | *Revise discounted cash flow analysis* | 1.0 | 9 |
| 02/13/23 | Katherine Cane | *Process bidder diligence requests* | 0.5 | 9 |
| 02/14/23 | Katherine Cane | *Jefferies internal discussion re: final bid deadline* | 0.5 | 2 |
| 02/14/23 | Katherine Cane | *Process bidder diligence requests* | 1.5 | 9 |
| 02/14/23 | Katherine Cane | *Revise APA cash flow schedule* | 1.5 | 9 |
| 02/15/23 | Katherine Cane | *Facilitate escrow instructions with Epiq* | 0.5 | 1 |
| 02/15/23 | Katherine Cane | *Revise process letter* | 0.5 | 5 |
| 02/15/23 | Katherine Cane | *Discussion with potential bidder and Jones Day* | 0.5 | 2 |
| 02/15/23 | Katherine Cane | *Revise discounted cash flow analysis* | 0.5 | 9 |
| 02/15/23 | Katherine Cane | *Discussion with potential bidder* | 0.5 | 5 |

**Jefferies LLC**

*February 1, 2023 - May 31, 2023*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 02/15/23 | Katherine Cane | *Discussion with Jones Day re: leases* | 0.5 | 9 |
| 02/16/23 | Katherine Cane | *Facilitate escrow instructions with Epiq* | 0.5 | 1 |
| 02/16/23 | Katherine Cane | *Review of CFN counter-offer* | 3.5 | 9 |
| 02/17/23 | Katherine Cane | *Discussion with potential bidder* | 0.5 | 5 |
| 02/17/23 | Katherine Cane | *Process bidder diligence requests* | 1.0 | 9 |
| 02/17/23 | Katherine Cane | *Discussion with potential bidder and Jones Day* | 0.5 | 4 |
| 02/17/23 | Katherine Cane | *Diligence discussion with potential bidder and CFN* | 0.5 | 9 |
| 02/17/23 | Katherine Cane | *Review cash flows in APA* | 1.0 | 2 |
| 02/18/23 | Katherine Cane | *Discussion with Jones Day re: real estate* | 0.5 | 2 |
| 02/19/23 | Katherine Cane | *Discussion with potential bidder and Jones Day* | 0.5 | 2 |
| 02/19/23 | Katherine Cane | *Revise tower cash flows with CFN* | 0.5 | 9 |
| 02/20/23 | Katherine Cane | *Process bidder diligence requests* | 0.5 | 9 |
| 02/21/23 | Katherine Cane | *Discussion with Jones Day and potential bidder* | 0.5 | 2 |
| 02/22/23 | Katherine Cane | *Discussion with potential bidder* | 0.5 | 2 |
| 02/22/23 | Katherine Cane | *Draft bid summary* | 1.0 | 2 |
| 02/22/23 | Katherine Cane | *Draft spectrum discounted cash flow* | 1.5 | 9 |
| 02/23/23 | Katherine Cane | *Jefferies internal discussion re: spectrum* | 1.0 | 11 |
| 02/23/23 | Katherine Cane | *Discussion with Jones Day re: bids received and next steps* | 0.5 | 4 |
| 02/23/23 | Katherine Cane | *Revise spectrum discounted cash flow* | 0.5 | 9 |
| 02/27/23 | Katherine Cane | *Discussion with Jones Day and A&M re: bids received* | 0.5 | 2 |
| 02/27/23 | Katherine Cane | *Discussion with potential bidder* | 0.5 | 5 |
| 02/28/23 | Katherine Cane | *Jefferies internal discussion re: auction scorecard* | 1.0 | 2 |
| 02/28/23 | Katherine Cane | *Discussion with potential bidder and Jones Day* | 0.5 | 2 |
| 02/28/23 | Katherine Cane | *Discussion with Jones Day re: auction planning* | 0.5 | 2 |
| 02/28/23 | Katherine Cane | *Discussion with potential bidder* | 0.5 | 2 |
| 03/01/23 | Katherine Cane | *Transportation to Auction* | 0.5 | 8 |
| 03/01/23 | Katherine Cane | *Tower Auction* | 5.5 | 2 |
| 03/01/23 | Katherine Cane | *Transportation from Auction* | 0.5 | 8 |
| 03/07/23 | Katherine Cane | *Jefferies internal discussion re: workstreams* | 0.5 | 2 |
| 03/13/23 | Katherine Cane | *Draft fee application* | 3.0 | 1 |
| 03/15/23 | Katherine Cane | *Draft fee application* | 2.5 | 1 |
| 03/16/23 | Katherine Cane | *Draft fee application* | 3.5 | 1 |
| 03/17/23 | Katherine Cane | *Revise fee application* | 1.5 | 1 |
| 03/21/23 | Katherine Cane | *Jefferies internal discussion re: next steps* | 0.5 | 11 |
| 03/23/23 | Katherine Cane | *Analysis re: debt capacity* | 2.5 | 5 |
| 03/27/23 | Katherine Cane | *Process diligence requests* | 0.5 | 9 |
| 03/29/23 | Katherine Cane | *Analysis re: spectrum cash flows* | 1.5 | 9 |
| 03/29/23 | Katherine Cane | *Review CFN Tower Proposal* | 1.0 | 9 |
| 03/30/23 | Katherine Cane | *Jefferies internal discussion re: CFN proposal* | 0.5 | 11 |
| 03/31/23 | Katherine Cane | *Jefferies internal discussion re: CFN proposal analysis* | 0.5 | 9 |
| 04/02/23 | Katherine Cane | *Process bidder diligence requests* | 0.5 | 9 |
| 04/03/23 | Katherine Cane | *Discussions with potential bidders* | 1.0 | 5 |
| 04/04/23 | Katherine Cane | *Jefferies internal discussion re: potential outreach* | 0.5 | 5 |
| 04/05/23 | Katherine Cane | *Review contemplated CFN agreement* | 0.5 | 11 |
| 04/05/23 | Katherine Cane | *Analysis re: contemplated CFN agreement* | 1.0 | 11 |
| 04/06/23 | Katherine Cane | *Process NDAs* | 0.5 | 1 |
| 04/06/23 | Katherine Cane | *Discussion with Jones Day re: CFN agreement* | 0.5 | 4 |
| 04/07/23 | Katherine Cane | *Discussion with Jones Day re: NDAs* | 0.5 | 4 |
| 04/10/23 | Katherine Cane | *Discussions with potential bidders* | 1.0 | 5 |
| 04/10/23 | Katherine Cane | *Review discovery requests* | 0.5 | 1 |
| 04/10/23 | Katherine Cane | *Draft process letter* | 1.0 | 5 |
| 04/10/23 | Katherine Cane | *Revise process letter* | 0.5 | 5 |
| 04/11/23 | Katherine Cane | *Distribute process letter to bidders* | 0.5 | 5 |
| 04/11/23 | Katherine Cane | *Jefferies internal discussion re: appraisals* | 0.5 | 5 |
| 04/11/23 | Katherine Cane | *Review IOIs* | 1.0 | 5 |
| 04/12/23 | Katherine Cane | *Jefferies internal discussion re: alternative financing options* | 1.0 | 5 |
| 04/12/23 | Katherine Cane | *Discussion with potential bidder* | 0.5 | 5 |
| 04/13/23 | Katherine Cane | *Discussion with potential bidder* | 0.5 | 5 |
| 04/13/23 | Katherine Cane | *Prepare analysis re: debt capacity* | 1.0 | 9 |
| 04/14/23 | Katherine Cane | *Discussion with potential bidder* | 0.5 | 5 |
| 04/17/23 | Katherine Cane | *Discussions with potential bidders* | 1.0 | 5 |
| 04/17/23 | Katherine Cane | *Diligence discussion with potential bidder* | 1.0 | 9 |
| 04/18/23 | Katherine Cane | *Discussion with potential bidder* | 0.5 | 5 |

**Jefferies LLC**

*February 1, 2023 - May 31, 2023*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 04/19/23 | Katherine Cane | Review IOIs | 0.5 | 5 |
| 04/20/23 | Katherine Cane | Discussion with potential bidder | 0.5 | 5 |
| 04/21/23 | Katherine Cane | Discussion with potential bidder | 0.5 | 5 |
| 04/21/23 | Katherine Cane | Revise proposal comparison materials | 1.0 | 5 |
| 04/24/23 | Katherine Cane | Jefferies internal discussion re: exit financing | 0.5 | 5 |
| 04/25/23 | Katherine Cane | Jefferies internal discussion re: proposals | 0.5 | 5 |
| 04/25/23 | Katherine Cane | Discussion with potential bidder | 0.5 | 5 |
| 04/28/23 | Katherine Cane | Discussion with Jones Day re: exit financing | 0.5 | 5 |
| 05/01/23 | Katherine Cane | Discussion with potential bidder | 0.5 | 5 |
| 05/01/23 | Katherine Cane | Diligence discussion with potential bidder | 0.5 | 9 |
| 05/02/23 | Katherine Cane | Coordinate tower site visits | 1.0 | 2 |
| 05/05/23 | Katherine Cane | Draft funds flow | 2.5 | 2 |
| 05/09/23 | Katherine Cane | Revise funds flow | 1.0 | 2 |
| 05/10/23 | Katherine Cane | Revise funds flow | 0.5 | 2 |
| 05/11/23 | Katherine Cane | Discussion with potential bidder | 0.5 | 5 |
| 05/11/23 | Katherine Cane | Review CFN side letter | 0.5 | 2 |
| 05/11/23 | Katherine Cane | Discussion with A&M and Jones Day re: operating costs | 1.0 | 4 |
| 05/15/23 | Katherine Cane | Jefferies internal discussion re: credit ratings | 0.5 | 5 |
| 05/16/23 | Katherine Cane | Jefferies internal discussion re: next steps | 0.5 | 11 |
| 05/16/23 | Katherine Cane | Process bidder diligence requests | 1.0 | 9 |
| 05/17/23 | Katherine Cane | Discussion with A&M re: operating costs | 1.0 | 4 |
| 05/17/23 | Katherine Cane | Coordinate site visits | 0.5 | 2 |
| 05/18/23 | Katherine Cane | Analysis re: debt capacity | 2.0 | 9 |
| 05/19/23 | Katherine Cane | Jefferies internal discussion re: financing proposals | 0.5 | 5 |
| 05/22/23 | Katherine Cane | Jefferies internal discussion re: financing proposals | 0.5 | 5 |
| 05/22/23 | Katherine Cane | Draft fee application | 1.0 | 1 |
| 05/24/23 | Katherine Cane | Revise funds flow | 0.5 | 2 |
| 05/25/23 | Katherine Cane | Discussion with UCC re: spectrum sale | 1.0 | 3 |
| 05/25/23 | Katherine Cane | Draft fee application | 2.5 | 1 |
| 05/30/23 | Katherine Cane | Jefferies internal discussion re: next steps | 0.5 | 11 |
| 05/30/23 | Katherine Cane | Draft fee application | 1.5 | 1 |
| 05/31/23 | Katherine Cane | Draft fee application | 4.0 | 1 |
| | | | | |
| 02/01/23 | Griffin Dey | Process bidder diligence requests | 2.0 | 9 |
| 02/01/23 | Griffin Dey | Process NDAs | 0.5 | 1 |
| 02/01/23 | Griffin Dey | Review Jones Day lease analysis | 1.5 | 9 |
| 02/01/23 | Griffin Dey | Discussion with Jones Day re: leases | 1.0 | 9 |
| 02/02/23 | Griffin Dey | Jefferies internal discussion re: lease analysis | 0.5 | 9 |
| 02/04/23 | Griffin Dey | Draft process letter | 0.5 | 2 |
| 02/05/23 | Griffin Dey | Draft lease scenario analysis | 2.5 | 9 |
| 02/06/23 | Griffin Dey | Discussion with Jones Day re: next steps | 0.5 | 11 |
| 02/06/23 | Griffin Dey | Process NDAs | 0.5 | 1 |
| 02/06/23 | Griffin Dey | Draft discounted cash flow analysis | 3.0 | 9 |
| 02/07/23 | Griffin Dey | Jefferies internal discussion re: workstreams | 0.5 | 2 |
| 02/07/23 | Griffin Dey | Jefferies internal discussion re: lease analysis | 0.5 | 9 |
| 02/07/23 | Griffin Dey | Discussion with potential bidder and Jones Day | 0.5 | 2 |
| 02/07/23 | Griffin Dey | Process NDAs | 0.5 | 1 |
| 02/08/23 | Griffin Dey | Discussion with potential bidder | 0.5 | 5 |
| 02/08/23 | Griffin Dey | Diligence discussion with potential bidder and Jones Day | 0.5 | 5 |
| 02/08/23 | Griffin Dey | Discussion with potential bidder's advisor | 0.5 | 2 |
| 02/09/23 | Griffin Dey | Process NDAs | 0.5 | 1 |
| 02/09/23 | Griffin Dey | Discussion with Jones Day re: leases | 0.5 | 4 |
| 02/09/23 | Griffin Dey | Jefferies internal discussion re: lease analysis | 0.5 | 9 |
| 02/09/23 | Griffin Dey | Discussion with potential bidder | 0.5 | 5 |
| 02/10/23 | Griffin Dey | Review of title documents | 1.5 | 9 |
| 02/10/23 | Griffin Dey | Process NDAs | 0.5 | 1 |
| 02/12/23 | Griffin Dey | Facilitate escrow instructions with Epiq | 0.5 | 1 |
| 02/13/23 | Griffin Dey | Analysis re: active leases | 2.5 | 9 |
| 02/14/23 | Griffin Dey | Jefferies internal discussion re: final bid deadline | 0.5 | 2 |
| 02/14/23 | Griffin Dey | Process bidder diligence requests | 1.0 | 9 |
| 02/14/23 | Griffin Dey | Revise discounted cash flow analysis | 1.5 | 9 |
| 02/15/23 | Griffin Dey | Discussion with potential bidder and Jones Day | 0.5 | 2 |
| 02/15/23 | Griffin Dey | Discussion with potential bidder | 0.5 | 5 |

5

**Jefferies LLC**

*February 1, 2023 - May 31, 2023*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 02/16/23 | Griffin Dey | Process NDAs | 0.5 | 1 |
| 02/17/23 | Griffin Dey | Discussion with potential bidder | 0.5 | 5 |
| 02/17/23 | Griffin Dey | Discussion with potential bidder and Jones Day | 0.5 | 4 |
| 02/17/23 | Griffin Dey | Diligence discussion with potential bidder and CFN | 0.5 | 9 |
| 02/18/23 | Griffin Dey | Discussion with Jones Day re: real estate | 0.5 | 2 |
| 02/19/23 | Griffin Dey | Discussion with potential bidder and Jones Day | 0.5 | 2 |
| 02/21/23 | Griffin Dey | Jefferies internal discussion re: bid deadline | 0.5 | 2 |
| 02/21/23 | Griffin Dey | Discussion with Jones Day and potential bidder | 0.5 | 2 |
| 02/22/23 | Griffin Dey | Discussion with potential bidder | 0.5 | 2 |
| 02/22/23 | Griffin Dey | Draft bid summary | 3.0 | 2 |
| 02/22/23 | Griffin Dey | Draft spectrum discounted cash flow | 0.5 | 9 |
| 02/23/23 | Griffin Dey | Jefferies internal discussion re: spectrum | 1.0 | 11 |
| 02/23/23 | Griffin Dey | Discussion with Jones Day re: bids received and next steps | 0.5 | 4 |
| 02/23/23 | Griffin Dey | Draft bid summary | 1.5 | 2 |
| 02/23/23 | Griffin Dey | Revise spectrum discounted cash flow | 1.0 | 9 |
| 02/24/23 | Griffin Dey | Discussion with potential bidder | 0.5 | 5 |
| 02/24/23 | Griffin Dey | Discussion with potential bidder and Jones Day | 0.5 | 2 |
| 02/27/23 | Griffin Dey | Discussion with Jones Day and A&M re: bids received | 0.5 | 2 |
| 02/27/23 | Griffin Dey | Discussion with potential bidder | 0.5 | 5 |
| 02/28/23 | Griffin Dey | Jefferies internal discussion re: auction planning | 0.5 | 2 |
| 02/28/23 | Griffin Dey | Jefferies internal discussion re: auction scorecard | 1.0 | 2 |
| 02/28/23 | Griffin Dey | Discussion with potential bidder and Jones Day | 0.5 | 2 |
| 02/28/23 | Griffin Dey | Discussion with Jones Day re: auction planning | 0.5 | 2 |
| 02/28/23 | Griffin Dey | Discussion with potential bidder | 0.5 | 2 |
| 03/01/23 | Griffin Dey | Transportation to Auction | 0.5 | 8 |
| 03/01/23 | Griffin Dey | Tower Auction | 5.5 | 2 |
| 03/01/23 | Griffin Dey | Transportation from Auction | 0.5 | 8 |
| 03/01/23 | Griffin Dey | Preparation of Auction summary materials | 3.0 | 2 |
| 03/02/23 | Griffin Dey | Revise Auction summary materials | 0.5 | 2 |
| 03/02/23 | Griffin Dey | Prepare contacted party list for Jones Day | 0.5 | 2 |
| 03/03/23 | Griffin Dey | Prepare process update for interested financing parties | 0.5 | 5 |
| 03/07/23 | Griffin Dey | Jefferies internal discussion re: workstreams | 0.5 | 2 |
| 03/10/23 | Griffin Dey | Discussion with potential bidder | 0.5 | 5 |
| 03/13/23 | Griffin Dey | Draft fee application | 4.0 | 1 |
| 03/14/23 | Griffin Dey | Draft fee application | 3.0 | 1 |
| 03/20/23 | Griffin Dey | Discussions with potential bidders | 1.0 | 5 |
| 03/21/23 | Griffin Dey | Jefferies internal discussion re: next steps | 0.5 | 11 |
| 03/21/23 | Griffin Dey | Discussions with potential bidders | 1.0 | 5 |
| 03/22/23 | Griffin Dey | Discussion with Jones Day re: next steps | 1.0 | 2 |
| 03/22/23 | Griffin Dey | Analysis re: financing | 2.0 | 9 |
| 03/23/23 | Griffin Dey | Preparation of potential financing terms | 3.0 | 5 |
| 03/23/23 | Griffin Dey | Discussion with potential bidder | 0.5 | 5 |
| 03/24/23 | Griffin Dey | Process NDAs | 0.5 | 1 |
| 03/27/23 | Griffin Dey | Discussions with potential bidders | 0.5 | 5 |
| 03/27/23 | Griffin Dey | Process NDAs | 0.5 | 1 |
| 03/27/23 | Griffin Dey | Process diligence requests | 1.5 | 9 |
| 03/28/23 | Griffin Dey | Discussion with potential bidder | 0.5 | 5 |
| 03/29/23 | Griffin Dey | Discussion with potential bidder | 0.5 | 5 |
| 03/29/23 | Griffin Dey | Process NDAs | 0.5 | 1 |
| 03/29/23 | Griffin Dey | Analysis re: spectrum cash flows | 1.5 | 9 |
| 03/29/23 | Griffin Dey | Review CFN Tower Proposal | 1.0 | 9 |
| 03/30/23 | Griffin Dey | Jefferies internal discussion re: CFN proposal | 0.5 | 11 |
| 03/30/23 | Griffin Dey | Process NDAs | 0.5 | 1 |
| 03/31/23 | Griffin Dey | Jefferies internal discussion re: CFN proposal analysis | 0.5 | 9 |
| 04/02/23 | Griffin Dey | Process bidder diligence requests | 0.5 | 9 |
| 04/03/23 | Griffin Dey | Discussions with potential bidders | 1.0 | 5 |
| 04/04/23 | Griffin Dey | Jefferies internal discussion re: potential outreach | 0.5 | 5 |
| 04/04/23 | Griffin Dey | Process NDAs | 1.0 | 1 |
| 04/10/23 | Griffin Dey | Discussions with potential bidders | 1.0 | 5 |
| 04/10/23 | Griffin Dey | Review discovery requests | 0.5 | 1 |
| 04/11/23 | Griffin Dey | Discussion with potential bidder | 0.5 | 5 |
| 04/11/23 | Griffin Dey | Review IOIs | 1.0 | 5 |
| 04/12/23 | Griffin Dey | Jefferies internal discussion re: alternative financing options | 1.0 | 5 |

**Jefferies LLC**

*February 1, 2023 - May 31, 2023*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 04/12/23 | Griffin Dey | *Discussion with potential bidder* | 0.5 | 5 |
| 04/12/23 | Griffin Dey | *Prepare proposal comparison materials* | 3.5 | 5 |
| 04/13/23 | Griffin Dey | *Discussion with potential bidder* | 0.5 | 5 |
| 04/13/23 | Griffin Dey | *Process NDAs* | 0.5 | 1 |
| 04/14/23 | Griffin Dey | *Discussion with potential bidder* | 0.5 | 5 |
| 04/17/23 | Griffin Dey | *Discussions with potential bidders* | 1.0 | 5 |
| 04/17/23 | Griffin Dey | *Diligence discussion with potential bidder* | 1.0 | 9 |
| 04/17/23 | Griffin Dey | *Process NDAs* | 0.5 | 1 |
| 04/18/23 | Griffin Dey | *Discussion with potential bidder* | 0.5 | 5 |
| 04/19/23 | Griffin Dey | *Review IOIs* | 0.5 | 5 |
| 04/19/23 | Griffin Dey | *Process NDAs* | 0.5 | 1 |
| 04/19/23 | Griffin Dey | *Prepare proposal comparison materials* | 2.5 | 5 |
| 04/20/23 | Griffin Dey | *Discussion with potential bidder* | 0.5 | 5 |
| 04/21/23 | Griffin Dey | *Discussion with potential bidder* | 0.5 | 5 |
| 04/21/23 | Griffin Dey | *Revise proposal comparison materials* | 1.0 | 5 |
| 04/24/23 | Griffin Dey | *Jefferies internal discussion re: exit financing* | 0.5 | 5 |
| 04/24/23 | Griffin Dey | *Process NDAs* | 0.5 | 1 |
| 04/25/23 | Griffin Dey | *Jefferies internal discussion re: proposals* | 0.5 | 5 |
| 04/25/23 | Griffin Dey | *Discussion with potential bidder* | 0.5 | 5 |
| 04/25/23 | Griffin Dey | *Revise proposal comparison materials* | 0.5 | 5 |
| 04/26/23 | Griffin Dey | *Process bidder diligence requests* | 2.0 | 9 |
| 04/27/23 | Griffin Dey | *Revise proposal comparison materials* | 1.0 | 5 |
| 05/01/23 | Griffin Dey | *Discussion with potential bidder* | 0.5 | 5 |
| 05/02/23 | Griffin Dey | *Jefferies internal discussion re: proposals* | 0.5 | 5 |
| 05/09/23 | Griffin Dey | *Process NDAs* | 0.5 | 1 |
| 05/11/23 | Griffin Dey | *Discussion with potential bidder* | 0.5 | 5 |
| 05/11/23 | Griffin Dey | *Discussion with A&M and Jones Day re: operating costs* | 1.0 | 4 |
| 05/15/23 | Griffin Dey | *Jefferies internal discussion re: credit ratings* | 0.5 | 5 |
| 05/16/23 | Griffin Dey | *Jefferies internal discussion re: next steps* | 0.5 | 11 |
| 05/17/23 | Griffin Dey | *Discussion with A&M re: operating costs* | 1.0 | 4 |
| 05/18/23 | Griffin Dey | *Analysis re: debt capacity* | 3.0 | 9 |
| 05/19/23 | Griffin Dey | *Jefferies internal discussion re: financing proposals* | 0.5 | 5 |
| 05/22/23 | Griffin Dey | *Jefferies internal discussion re: financing proposals* | 0.5 | 5 |
| 05/23/23 | Griffin Dey | *Jefferies internal discussion re: proposal analysis* | 0.5 | 5 |
| 05/23/23 | Griffin Dey | *Revise analysis re: financing proposals* | 0.5 | 5 |
| 05/25/23 | Griffin Dey | *Discussion with UCC re: spectrum sale* | 1.0 | 3 |
| 05/30/23 | Griffin Dey | *Jefferies internal discussion re: next steps* | 0.5 | 11 |
| | | | | |
| 02/06/23 | Lawrence Chu | *Jefferies internal discussion re: lease analysis* | 0.5 | 9 |
| 02/22/23 | Lawrence Chu | *Discussion with potential bidder* | 0.5 | 2 |
| 02/23/23 | Lawrence Chu | *Jefferies internal discussion re: spectrum* | 1.0 | 11 |
| 02/28/23 | Lawrence Chu | *Jefferies internal discussion re: auction scorecard* | 1.0 | 2 |
| | | | | |
| 02/02/23 | Nick Brown | *Discussion with potential bidder* | 0.5 | 2 |
| 02/06/23 | Nick Brown | *Discussion with Jones Day re: next steps* | 0.5 | 11 |
| 02/07/23 | Nick Brown | *Jefferies internal discussion re: workstreams* | 0.5 | 2 |
| 02/08/23 | Nick Brown | *Discussion with potential bidder* | 0.5 | 5 |
| 02/14/23 | Nick Brown | *Jefferies internal discussion re: final bid deadline* | 0.5 | 2 |
| 02/15/23 | Nick Brown | *Review discounted cash flow analysis* | 0.5 | 9 |
| 02/17/23 | Nick Brown | *Discussion with potential bidder* | 0.5 | 5 |
| 02/21/23 | Nick Brown | *Jefferies internal discussion re: bid deadline* | 0.5 | 2 |
| 02/22/23 | Nick Brown | *Discussion with potential bidder* | 0.5 | 2 |
| 02/23/23 | Nick Brown | *Jefferies internal discussion re: spectrum* | 1.0 | 11 |
| 02/23/23 | Nick Brown | *Review bid summary* | 0.5 | 2 |
| 02/23/23 | Nick Brown | *Review spectrum discounted cash flow* | 0.5 | 9 |
| 02/28/23 | Nick Brown | *Jefferies internal discussion re: auction planning* | 0.5 | 2 |
| 02/28/23 | Nick Brown | *Jefferies internal discussion re: auction scorecard* | 1.0 | 2 |
| 02/28/23 | Nick Brown | *Discussion with Jones Day re: auction planning* | 0.5 | 2 |
| 02/28/23 | Nick Brown | *Discussion with potential bidder* | 0.5 | 2 |
| 03/03/23 | Nick Brown | *Jefferies internal discussion re: exit financing* | 1.0 | 5 |
| 03/22/23 | Nick Brown | *Discussion with Jones Day re: next steps* | 1.0 | 2 |
| 03/29/23 | Nick Brown | *Analysis re: spectrum cash flows* | 0.5 | 9 |
| 03/29/23 | Nick Brown | *Review CFN Tower Proposal* | 1.0 | 9 |

**Jefferies LLC**

*February 1, 2023 - May 31, 2023*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 04/11/23 | Nick Brown | *Jefferies internal discussion re: appraisals* | 0.5 | 5 |
| 04/24/23 | Nick Brown | *Jefferies internal discussion re: exit financing* | 0.5 | 5 |
| 04/28/23 | Nick Brown | *Discussion with Jones Day re: exit financing* | 0.5 | 5 |
| 05/25/23 | Nick Brown | *Discussion with UCC re: spectrum sale* | 1.0 | 3 |
| | | | | |
| 02/06/23 | Brian Cherry | *Discussion with Jones Day re: next steps* | 0.5 | 11 |
| 02/07/23 | Brian Cherry | *Jefferies internal discussion re: workstreams* | 0.5 | 2 |
| 02/08/23 | Brian Cherry | *Discussion with potential bidder* | 0.5 | 5 |
| 02/14/23 | Brian Cherry | *Jefferies internal discussion re: final bid deadline* | 0.5 | 2 |
| 02/15/23 | Brian Cherry | *Review discounted cash flow analysis* | 1.0 | 9 |
| 02/22/23 | Brian Cherry | *Draft spectrum discounted cash flow* | 1.0 | 9 |
| 02/23/23 | Brian Cherry | *Jefferies internal discussion re: spectrum* | 1.0 | 11 |
| 02/23/23 | Brian Cherry | *Review bid summary* | 1.0 | 2 |
| 02/28/23 | Brian Cherry | *Jefferies internal discussion re: auction planning* | 0.5 | 2 |
| 02/28/23 | Brian Cherry | *Jefferies internal discussion re: auction scorecard* | 1.0 | 2 |
| 02/28/23 | Brian Cherry | *Discussion with Jones Day re: auction planning* | 0.5 | 2 |
| 02/28/23 | Brian Cherry | *Discussion with potential bidder* | 0.5 | 2 |
| 03/01/23 | Brian Cherry | *Transportation to Auction* | 0.5 | 8 |
| 03/01/23 | Brian Cherry | *Tower Auction* | 2.0 | 2 |
| 03/01/23 | Brian Cherry | *Transportation from Auction* | 0.5 | 8 |
| 03/07/23 | Brian Cherry | *Jefferies internal discussion re: workstreams* | 0.5 | 2 |
| 03/21/23 | Brian Cherry | *Jefferies internal discussion re: next steps* | 0.5 | 11 |
| 03/29/23 | Brian Cherry | *Analysis re: spectrum cash flows* | 0.5 | 9 |
| 04/04/23 | Brian Cherry | *Jefferies internal discussion re: potential outreach* | 0.5 | 5 |
| 04/11/23 | Brian Cherry | *Jefferies internal discussion re: appraisals* | 0.5 | 5 |
| 04/11/23 | Brian Cherry | *Review IOIs* | 1.0 | 5 |
| 04/19/23 | Brian Cherry | *Review IOIs* | 0.5 | 5 |
| 04/24/23 | Brian Cherry | *Jefferies internal discussion re: exit financing* | 0.5 | 5 |
| 04/25/23 | Brian Cherry | *Jefferies internal discussion re: proposals* | 0.5 | 5 |
| 04/28/23 | Brian Cherry | *Discussion with Jones Day re: exit financing* | 0.5 | 5 |
| 05/02/23 | Brian Cherry | *Jefferies internal discussion re: proposals* | 0.5 | 5 |
| 05/11/23 | Brian Cherry | *Discussion with A&M and Jones Day re: operating costs* | 1.0 | 4 |
| 05/16/23 | Brian Cherry | *Jefferies internal discussion re: next steps* | 0.5 | 11 |
| 05/25/23 | Brian Cherry | *Discussion with UCC re: spectrum sale* | 1.0 | 3 |
| 05/30/23 | Brian Cherry | *Jefferies internal discussion re: next steps* | 0.5 | 11 |
| | | | | |
| 04/12/23 | Chris Jordan | *Jefferies internal discussion re: alternative financing options* | 1.0 | 5 |
| 04/13/23 | Chris Jordan | *Prepare analysis re: debt capacity* | 0.5 | 9 |
| 04/17/23 | Chris Jordan | *Diligence discussion with potential bidder* | 1.0 | 9 |
| 04/24/23 | Chris Jordan | *Jefferies internal discussion re: exit financing* | 0.5 | 5 |
| 05/01/23 | Chris Jordan | *Diligence discussion with potential bidder* | 0.5 | 9 |
| 05/15/23 | Chris Jordan | *Jefferies internal discussion re: credit ratings* | 0.5 | 5 |
| | | | | |
| 03/23/23 | Greg Miesner | *Discussion with potential bidder* | 0.5 | 5 |
| 03/28/23 | Greg Miesner | *Discussion with potential bidder* | 0.5 | 5 |
| 04/10/23 | Greg Miesner | *Discussions with potential bidders* | 0.5 | 5 |
| 04/17/23 | Greg Miesner | *Discussions with potential bidders* | 0.5 | 5 |
| 04/25/23 | Greg Miesner | *Discussion with potential bidder* | 0.5 | 5 |
| 05/12/23 | Greg Miesner | *Discussion with ratings agency* | 0.5 | 5 |