REED SMITH LLP
Aaron Javian, Esq.
John B. Berringer, Esq.
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: ajavian@reedsmith.com
E-mail: jberringer@reedsmith.com

REED SMITH LLP
Timothy P. Law, Esq. (admitted *pro hac vice*)
1717 Arch Street
Three Logan Square, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420
E-mail: tlaw@reedsmith.com

*Special Insurance Counsel for Debtor
and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,[1] | Case No. 20-12345 (MG) |
| Debtor. | |

**THIRTY-THIRD MONTHLY STATEMENT OF REED SMITH LLP, AS SPECIAL INSURANCE COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION, OF FEES FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED FOR THE PERIOD**
<u>**JUNE 1, 2023 THROUGH JUNE 30, 2023**</u>

| | |
|---|---|
| Name of Applicant: | Reed Smith LLP |
| Authorized to Provide Professional Services to: | Debtor and Debtor in Possession |
| Date of Retention: | Order entered on November 4, 2020, *nunc pro tunc* to October 1, 2020 |
| Period for which compensation and reimbursement is sought: | June 1, 2023 to June 30, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $211,170.50

80% of which is $168,936.40 |

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue P.O. Box 9023, Rockville Centre, NY 11571-9023.

| | |
|---|---|
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $12,763.35 |
| Fees and Expenses of Debtor's Consulting Expert ("Expert F&E") | $25,312.00[2] |
| TOTAL (80% of fees, 100% of costs, 100% of Expert F&E) | $207,011.75 |

Reed Smith LLP ("Reed Smith"), as Special Insurance Counsel for the Debtor and Debtor-In Possession, hereby submits this thirty-third monthly statement (the "Monthly Statement") for the period of June 1, 2023 through June 30, 2023 (the "Statement Period") for payment of professional services rendered and reimbursement of expenses incurred during the Statement Period pursuant to the Court's Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Dkt. No. 129] (the "Fee Procedures Order"). Reed Smith requests: (a) interim allowance and payment of compensation in the amount of $168,936.40 (80% of $211,170.50) of fees on account of reasonable and necessary professional services rendered to the Debtor by Reed Smith, (b) reimbursement of actual and necessary costs and expenses in the amount of $12,763.35 incurred by Reed Smith during the Statement Period, and (c) reimbursement for services rendered, and costs and expenses incurred, by Debtor's consulting expert in the amount of $25,312.00.

**FEES FOR SERVICES RENDERED DURING THE STATEMENT PERIOD**

1.    Set forth below is a list of the positions of the Reed Smith professionals and paraprofessionals who provided services to the Debtor during the Statement Period, their respective billing rates, and the aggregate hours spent by each professional and paraprofessional in providing services on behalf of the Debtor during the Statement Period.

---

[2] Submitted for payment pursuant to *Order Authorizing the Retention of Experts* [Dkt. No. 783], ¶ 3.

| Name | Title | Department | Office | JD Year | Rate | Hours | Amount |
|------|-------|------------|--------|---------|------|-------|--------|
| Law, Timothy | Equity Partner | Litigation | Philadelphia | 1995 | 1,250 | 29.2 | $36,500.00 |
| Javian, Aaron | Fix.Sh.Partner | Business and Finance | New York | 2004 | 1,215 | 1.5 | $1,822.50 |
| Kramer, Ann | Fix.Sh.Partner | Litigation | New York | 1984 | 1,390 | 15.5 | $21,545.00 |
| Berringer, John | Counsel | Litigation | New York | 1980 | 1,285 | 63.9 | $82,111.50 |
| Kim, Esther Y. | Associate | Litigation | Philadelphia | 2018 | 685 | 30.3 | $20,755.50 |
| Koss, Amy M. | New Associate | Litigation | Philadelphia | 2022 | 590 | 33.5 | $19,765.00 |
| LauKamg, Christopher | Paralegal | Business and Finance | New York | - | 410 | 29.1 | $11,931.00 |
| Schad, James | Other | Litigation | Washington | - | 600 | 27.9 | $16,740.00 |
| | | | | | | 230.9 | $211,170.50 |
| | | | | | | | |
| TOTAL: | | | | | | 230.9 | $211,170.50 |

2.     The rates charged by Reed Smith for services rendered to the Debtor are the same rates that it charges generally for professional services rendered to its non-bankruptcy clients as described in the engagement letter between Reed Smith and the Debtor.  A complete itemization of tasks performed by these professionals and paraprofessionals for the Statement Period is annexed hereto as **Exhibit A**.

## EXPENSES INCURRED DURING THE STATEMENT PERIOD

3.     Set forth below is a categorical list of expenses incurred by Reed Smith during the Statement Period in the course of representing the Debtor.

| Description | Amount |
|-------------|--------|
| Duplicating/Printing/Scanning | $54.30 |
| Gravity Stack LLC Invoice Document Production | $10,288.45 |
| W. Chapin and K. Ammirati Deposition Transcript Expense | $2,420.60 |
| TOTAL: | $12,763.35 |

**NOTICE AND OBJECTION PROCEDURES**

4.     Reed Smith has provided notice of this statement upon the following parties by electronic or first class mail: (i) the Debtor, the Roman Catholic Diocese of Rockville Centre, 50 N. Park Avenue, P.O. Box 9023, Rockville Centre, NY 11571 (Attn: Thomas Renker); (ii) counsel to the Debtor, Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); (iii) the Office of the United States Trustee Region 2, Alexander Hamilton Custom House, One Bowling Green, Suite 534, New York, NY 10004 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq.); and (iv) counsel for the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017 (Attn: Ilan D. Scharf, Esq., Karen B. Dine, Esq. and Brittany M. Michael, Esq.) and Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067 (Attn: James I. Stang, Esq.).

5.     Pursuant to the Fee Procedures Order, objections to this Monthly Statement, if any, must be served no later than **August 8, 2023** (the "Objection Deadline") upon the following parties: (i) the Debtor, the Roman Catholic Diocese of Rockville Centre, 50 N. Park Avenue, P.O. Box 9023, Rockville Centre, NY 11571 (Attn: Thomas Renker); (ii) counsel to the Debtor, Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); (iii) the Office of the United States Trustee Region 2, Alexander Hamilton Custom House, One Bowling Green, Suite 534, New York, NY 10004 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq.); (iv) counsel for the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017 (Attn: Ilan D. Scharf, Esq., Karen B. Dine, Esq. and Brittany M. Michael, Esq.) and Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067 (Attn: James I. Stang, Esq.); and (v)

Special Insurance Counsel, Reed Smith LLP, 599 Lexington Avenue, New York, NY 10022 (Attn: Aaron Javian, Esq. and John B. Berringer, Esq.) and Reed Smith LLP, 1717 Arch Street, Three Logan Square, Suite 3100, Philadelphia, PA 19103 (Attn: Timothy P. Law, Esq.).

6.      If no objections to this Monthly Statement are received by the Objection Deadline, the Debtor will be authorized thereafter to pay Reed Smith 80% of the fees and 100% of the expenses identified in the Monthly Statement as well as 100% of the Expert F&E.

7.      To the extent an objection to the Monthly Statement is received on or before the Objection Deadline, the Debtor will withhold payment of that portion of the Monthly Statement to which the objection is directed and is authorized to pay the remainder of fees and expenses in the percentages set forth above.  To the extent such objection is not resolved, it shall be preserved and presented to the Court at the next interim or final fee application hearing to be heard in accordance with paragraph 2(k) of the Fee Procedures Order.

Dated:   July 24, 2023
        New York, New York

      REED SMITH LLP

      */s/ Aaron Javian*          
      Aaron Javian, Esq.
      John B. Berringer, Esq.
      599 Lexington Avenue
      New York, NY 10022
      Telephone: (212) 521-5400
      Facsimile: (212) 521-5450
      E-mail: ajavian@reedsmith.com
      E-mail: jberringer@reedsmith.com

      -and-

      REED SMITH LLP
      Timothy P. Law, Esq. (admitted *pro hac vice*)
      1717 Arch Street
      Three Logan Square, Suite 3100
      Philadelphia, PA 19103
      Telephone: (215) 851-8100
      Facsimile: (215) 851-1420
      E-mail: tlaw@reedsmith.com

      *Special Insurance Counsel for Debtor and
      Debtor in Possession*

# EXHIBIT A



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number: **3634553** |
| 50 No. Park Avenue | Invoice Date: **7/20/2023** |
| Att: William G. Chapin | Client Number: **504893** |
| Rockville Centre, NY 11570 | Matter Number: **504893.60005** |
| US - UNITED STATES | |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Chapter 11 Insurance Recovery**

---

Total Current Fees................................................................................$    206,642.00

Total Current Expenses and Other Charges .......................................$      12,763.35

**Total Due This Invoice:**                                        **$     219,405.35**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360110*
*Pittsburgh, PA 15251-6110*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
**(Please Reference Invoice Number)**



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number: **3634553** |
| 50 No. Park Avenue | Invoice Date: **7/20/2023** |
| Att: William G. Chapin | Client Number: **504893** |
| Rockville Centre, NY 11570 | Matter Number: **504893.60005** |
| US - UNITED STATES | |

**RE: Chapter 11 Insurance Recovery**

---

## INVOICE SUMMARY

Total Current Fees.............................................................................$     206,642.00

Total Current Expenses and Other Charges .....................................$     12,763.35

**Total Due This Invoice:**     **$     219,405.35**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360110*
*Pittsburgh, PA 15251-6110*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
**(Please Reference Invoice Number)**



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number: **3634553** |
| 50 No. Park Avenue | Invoice Date: **7/20/2023** |
| Att: William G. Chapin | Client Number: **504893** |
| Rockville Centre, NY 11570 | Matter Number: **504893.60005** |
| US - UNITED STATES | |

### DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH June 30, 2023

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/01/23 | T.P. Law | Prepare for discovery dispute oral argument with Magistrate Judge Cave. | 4.20 |
| 06/01/23 | C.M. LauKamg | Telephone and email to USDC SDNY Clerks Office and Court Reporter regarding retrieval status of the June 1, 2023 conference transcript and circulate status of same. | 0.40 |
| 06/01/23 | J.B. Berringer | Exchange of emails with T. Law re: Cosgrove deposition (.80); review of emails re: letters to MJ Cave in Adversary Proceedings (1.20); review of LMI letter re: Moon claim, Maryhaven's status (.60); emails E. Stephens, W. Chapin re: same (.20); review Chapin email re: Maryhaven, reply to same (.80); prep. for, attendance on call with MJ Cave (1.50); t/cs A. Kramer, D. Artese re: same (.60). | 5.70 |
| 06/01/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 1.00 |
| 06/01/23 | T.P. Law | Argue discovery dispute oral argument with Magistrate Judge Cave. | 1.10 |
| 06/01/23 | T.P. Law | Draft letter to Magistrate Judge Cave enclosing Diocese of Brooklyn's objections to B. Cosgrove subpoena. | 0.40 |
| 06/01/23 | T.P. Law | Finalize and send discovery status letters to Magistrate Judge Cave in Evanston and LMI matters. | 1.20 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 06/01/23 | T.P. Law | Review Judge Cave decision on discovery motions in Arrowood matter. | 0.20 |
| 06/01/23 | T.P. Law | Email report to Jones Day team on discovery hearing before Magistrate Judge Cave. | 0.30 |
| 06/01/23 | A. M. Koss | Placa document review and communication with E. Kim re: same. | 3.30 |
| 06/01/23 | A. Kramer | Prepare for call with valuation team (.30); teams call with Valuation team and E. Stephens re: valuation (.40); telephone conversation with Berringer re: conference with J. Cave (.10); review T. Law message re: same (.10). | 0.90 |
| 06/02/23 | J.B. Berringer | Review emails re: Glenn, Cave decisions (.40); email C. Adams re: Cave decision, Placa, Puglisi depositions (.40). | 0.80 |
| 06/02/23 | C.M. LauKamg | Follow up on retrieval status of USDC SDNY June 1, 2023 conference transcript and circulate status of same. | 0.40 |
| 06/02/23 | A. Kramer | Review J. Glenn PI Opinion. | 0.80 |
| 06/02/23 | A. M. Koss | Lost policies research and draft email to EV regarding results. | 4.10 |
| 06/02/23 | A. M. Koss | Puglisi document review and Placa/Puglisi document review results sent to E. Kim. | 2.40 |
| 06/02/23 | A. M. Koss | Lost policy research for EV and compile findings. | 1.30 |
| 06/02/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 06/03/23 | A. M. Koss | Lost policy research and compile findings/email to EV regarding same. | 3.90 |
| 06/05/23 | J.B. Berringer | Email to LMI re: Moon claim, Maryhaven's insured status (.70); email W. Chapin re: counsel for Maryhaven (.20); emails B. Davey re: Moon claim and Maryhaven (.50); emails to team re: depositions (.40); review of lists re: Placa, Puglisi docs, email E. Kim re: same (1.80); review new | 4.00 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | Objection letters (.40). | |
| 06/05/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 2.70 |
| 06/05/23 | A. M. Koss | Attention to lost policies for EV and follow up email re: same. | 1.10 |
| 06/05/23 | E. Y. Kim | Analyze Placa and Puglisi documents in the Diocese productions for deposition preparation. | 2.30 |
| 06/05/23 | A. M. Koss | Placa document review/renaming preparation for J. Berringer review. | 2.20 |
| 06/05/23 | A. M. Koss | Call with E. Kim and email with J. Berringer regarding Placa and Puglisi document review/renaming preparation for J. Berringer review. | 0.60 |
| 06/05/23 | A. M. Koss | Coordinate and analyze with GravityStack team tagging and downloading necessary files for Placa document review. | 0.60 |
| 06/06/23 | T.P. Law | Finalize execution of [REDACTED]. | 0.20 |
| 06/06/23 | T.P. Law | Finalize memo [REDACTED]. | 0.20 |
| 06/06/23 | T.P. Law | Follow up with Evanston re: joint letter to Magistrate Judge Cave. | 0.20 |
| 06/06/23 | T.P. Law | Follow up with LMI re: joint letter to Magistrate Judge Cave. | 0.20 |
| 06/06/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 06/06/23 | A. M. Koss | Analyze and review Puglisi documents and communication with E. Kim regarding same. | 2.20 |
| 06/06/23 | A. M. Koss | Analyze and review documents for Placa (1.50); record notes regarding same (1.80). | 3.30 |
| 06/06/23 | E. Y. Kim | Analyze Placa and Puglisi documents for review by J. Berringer for deposition preparation (.20); | 0.30 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | communicate with A. Koss regarding same (.10). | |
| 06/07/23 | C.M. LauKamg | Follow up with USDC SDNY Clerks Office and Court Reporter regarding retrieval status of June 1, 2023 Conference Transcript and circulate status of same. | 0.40 |
| 06/07/23 | J.B. Berringer | Team call (.70); review of Amended Complaint, Answer re: draft letter to Court and revisions to draft letter (1.80); t/c LMI counsel re: draft letter (.50); review of google entries re: R. Ferraro (.70); t/c D. Artese, email team re: Cosgrove subpoena (.90); review Law revisions to letters to Court (.60). | 5.20 |
| 06/07/23 | T.P. Law | Telephone conference with LMI's counsel re: contents of joint letter to Magistrate Judge Cave. | 0.40 |
| 06/07/23 | T.P. Law | Email exchange with team and insurance counsel for unsecured creditors' committee re: Evanston request for dismissal without prejudice. | 0.30 |
| 06/07/23 | T.P. Law | Revise LMI's draft of joint letter to Magistrate Judge Cave. | 0.90 |
| 06/07/23 | T.P. Law | Telephone conference with J. Berringer re: strategy in LMI and Evanston actions. | 0.20 |
| 06/07/23 | T.P. Law | Revise Evanston's draft of joint letter to Magistrate Judge Cave. | 0.80 |
| 06/07/23 | A. M. Koss | Date, sort and review Puglisi documents (1.90); create chart (1.20); communicate with E. Kim regarding same (.20). | 3.30 |
| 06/07/23 | A. M. Koss | Date and review Placa document production (3.10); input notes regarding same into chart (1.30); communication with E. Kim regarding same (.30). | 4.70 |
| 06/07/23 | A. Kramer | Review PI opinion (.80); work in process call with Renker, JD, A&M and RS teams (.60); email exchanges with Law and Berringer re Evanston dismissal proposal (.30). | 1.70 |
| 06/08/23 | T.P. Law | Telephone conference with team and insurance counsel for the parishes, E. Sorenson, re: next | 0.50 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | steps with regard to parish coverage issues. | |
| 06/08/23 | T.P. Law | Draft and finalize joint letter to Magistrate Judge Cave with Evanston. | 0.30 |
| 06/08/23 | T.P. Law | Draft and finalize joint letter to Magistrate Judge Cave with LMI. | 0.40 |
| 06/08/23 | J.C. Schad | Research, analyze, prepare reports to J. Berringer re: Arrowood coverage determination letters, revisions and current status. | 4.30 |
| 06/08/23 | C.M. LauKamg | Follow up with USDC SDNY Clerks Office and Court Reporter regarding retrieval status of June 1, 2023 conference transcript and circulate status of same. | 0.20 |
| 06/08/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 06/08/23 | A. Kramer | Conference call with E. Sorenson, Berringer and Law re: coverage actions. | 0.50 |
| 06/08/23 | J.B. Berringer | Review revisions to letters to Court (.50); t/c T. Law , A. Kramer re: same (.40); t/c team, Parish counsel (.60); review Chart re: Arrowood denials (.50); emails W. Chapin, J. Schad re: same (.80); emails J. Bair, E. Sorenson re: Chart (.40) arrangements re: meet & confer with UCC, Arrowood (.40); review of docs for Placa deposition (2.80). | 6.40 |
| 06/08/23 | A. M. Koss | Coordinate delivery of Placa/Puglisi documents for J. Berringer review. | 0.50 |
| 06/09/23 | T.P. Law | Telephone conference with [REDACTED]. | 0.60 |
| 06/09/23 | J.C. Schad | Perform correlative analysis, record recent Arrowood letters, revise report to J. Berringer accordingly. | 3.20 |
| 06/09/23 | J.B. Berringer | Review J. Bair email re: conf. call (.10); emails J. Bair re: Arrowood denials for Related entities (.40); review J. Schad emails re: same (.40); | 5.40 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | review W. Chapin emails re: denials (.30); email exchange with C. Adams re: Puglisi (.30); review Placa, Puglisi docs. (3.90). | |
| 06/12/23 | J.B. Berringer | Telephone conference with Committee counsel re: Arrowood (.80); review of Orders re: Conferences with MJ Cave, emails T. Law, Opposing counsel re: same (1.20); t/c D. Artese re: Coughlin subpoena (.20); review emails re: Arrowood financials (.30); review Arrowood email re: J. Wallace, email T. Law re: same (.60). | 3.10 |
| 06/12/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 1.20 |
| 06/12/23 | T.P. Law | Telephone conference with committee insurance counsel re: status of Arrowood action. | 0.70 |
| 06/12/23 | T.P. Law | Follow-up telephone conference with A. Kramer and J. Berringer re: Committee insurance counsel call. | 0.20 |
| 06/12/23 | A. Kramer | Conference call with T. Burns, J. Bair and RS Team re: Arrowood issues (.60); follow-up conference call with Berringer and Law re: same (.30); review new Arrowood quarterly statement (.30). | 1.20 |
| 06/13/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 1.00 |
| 06/13/23 | T.P. Law | Telephone conference with Committee counsel re: Arrowood inability and unwillingness to pay claims. | 0.50 |
| 06/13/23 | T.P. Law | Review Arrowood Q1 financial statements. | 0.30 |
| 06/13/23 | T.P. Law | Email J. Moffitt re: consent to adjournment. | 0.20 |
| 06/13/23 | J.B. Berringer | Preparation for, attendance on meet and confer with UCC, Arrowood (.80); review of new claim objections (.90); review draft letter to MJ Cave, | 4.20 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | email Arrowood re: same (.80); email A. Smith re: depositions (.30); review N. Wiesner email re: Cosgrove subpoena (.60); email T. Law re: same (.20); email Wiesner re: same (.20); review Orders re: case conferences (.40). | |
| 06/14/23 | A. Kramer | Work in Process call with JD, RS and A&M teams re: motion to dismiss, objections, mediation etc. (1.0); email exchange re: call with mediators (.10); begin analysis of report re: claims (1.70). | 2.80 |
| 06/14/23 | T.P. Law | Participate in work in process call with Jones Day and Reed Smith teams. | 1.30 |
| 06/14/23 | J.B. Berringer | Emails T. Law, C. LauKamg re: case conferences (.80); emails T. Law to prep for conferences (.40); review docket memos re: upcoming dates (.60); email T. Law re: team call (.20). | 2.00 |
| 06/14/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 1.00 |
| 06/15/23 | A. Kramer | Review materials re: proposed legislative changes to Section 349 (.40); continue review of claim summary (1.80). | 2.20 |
| 06/15/23 | J.B. Berringer | Emails with T. Law re: Arrowood letter (.30); prep for and attendance on LMI case conference (.80); t/c T. Law re: same (.20). | 1.30 |
| 06/15/23 | T.P. Law | Prepare for conference with Judge Cave re: status of scope of LMI discovery. | 0.80 |
| 06/15/23 | T.P. Law | Participate in telephone conference with Magistrate Judge Cave. | 0.60 |
| 06/15/23 | T.P. Law | Arrange for filing of Arrowood subpoena joint letter to Magistrate Judge Cave. | 0.20 |
| 06/15/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 1.00 |
| 06/16/23 | A. Kramer | Zoom conference with mediators, JD team and | 1.20 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | parish counsel re: settlement. | |
| 06/16/23 | T.P. Law | Prepare for teleconference with Magistrate Judge Cave re LMI discovery scope and schedule. | 0.80 |
| 06/16/23 | T.P. Law | Teleconference with Magistrate Judge Cave re: LMI discovery scope and schedule. | 0.60 |
| 06/16/23 | T.P. Law | Email insurance counsel for the unsecured creditors committee re: Arrowood status and strategy. | 0.30 |
| 06/16/23 | J.B. Berringer | Telephone conference with MJ Cave (.80); review LMI letter re: notice (.60); email W. Chapin, T. Law re: LMI defense (.40). | 1.80 |
| 06/20/23 | E. Y. Kim | Draft 30(b)(6) deposition notice for Arrowood (2.10); draft discovery requests to LMI (1.50). | 3.60 |
| 06/20/23 | J.B. Berringer | Telephone conference with W. Chapin, T. Law re: Network Adjustor's role (.80); review Chapin email re: same (.20); t/c T. Law, T/c E. Kim re: discovery demands (.50); review docket entries (.40). | 1.90 |
| 06/20/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 1.20 |
| 06/20/23 | C.M. LauKamg | Telephone and email to USDC SDNY Clerks Office and Court Reporter regarding retrieval status of the June 15, 2023 and June 16, 2023 Conference Transcripts and circulate status of same. | 0.40 |
| 06/20/23 | T.P. Law | Telephone conference with J. Berringer, B. Chapin, Network Adjusters and parish counsel re: third party administration of claims. | 0.60 |
| 06/21/23 | J.B. Berringer | Review LMI Protective Order and email D. Artese re: same (.60); conf call team (1.10); review emails re: Parish coverage (.50). | 2.20 |
| 06/21/23 | A. Kramer | Work in process call with clients, JD, A&M and RS teams re: [REDACTED]  (1.0); email exchange with JD | 1.40 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| | | and RS teams re: parish defense cost issues (.40). | |
| 06/21/23 | T.P. Law | Work in process call with client, Jones Day and Reed Smith team. | 0.90 |
| 06/21/23 | T.P. Law | Review and approve draft protective order. | 0.20 |
| 06/21/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 06/21/23 | C.M. LauKamg | Telephone and email to USDC SDNY Clerks Office and Court Reporter regarding retrieval status of the June 15, 2023 and June 16, 2023 Conference Transcripts and circulate status of same. | 0.80 |
| 06/22/23 | A. Kramer | Research re: UCC issue and communications with Law and Berringer re: same. | 0.20 |
| 06/23/23 | E. Y. Kim | Draft, revise discovery requests to LMI and Evanston (2.50); analyze documents [REDACTED] for T. Law and J. Berringer review (1.20). | 3.70 |
| 06/23/23 | T.P. Law | Telephone conference with E. Kim re: discovery requests in relation to LMI and Evantston. | 0.40 |
| 06/26/23 | E. Y. Kim | Draft, revise 30(b)(6) deposition topics in notice to Arrowood (1.40); draft response letter to Arrowood deficiency letter regarding multiple topics (2.50). | 3.90 |
| 06/26/23 | T.P. Law | Telephone conference with client and TPA re: claim handling process. | 0.70 |
| 06/26/23 | J.B. Berringer | Telephone conference with W. Chapin, T. Geremia et. al. re: Network Adjustors (.70); review of drafts re: P.O. for Brooklyn docs (.80); review emails re: hearing transcripts (.70); review emails re: Chapin dep. resumption, email Arrowood re: same (.80); review Arrowood deficiency letter (.50); emails with T. Law re: Arrowood joint letter (.40); review Arrowood claims docs. and emails J. Schad, E. Kim re: | 5.30 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | same (1.40). | |
| 06/26/23 | C.M. LauKamg | Telephone and email to USDC SDNY Clerks Office and Court Reporter regarding June 15, 2023 and June 16, 2023 Conference Transcripts and circulate same to Attorneys. | 0.80 |
| 06/26/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 06/26/23 | J.C. Schad | Research re evidence of coverage (.50); analyze insurer coverage letters, prepare response to insurer (.20); reports to J. Berringer re: summary of evidence (.70); materials for production to Arrowood (.30). | 1.70 |
| 06/27/23 | E. Y. Kim | Draft response letter to Arrowood deficiency letter regarding privileged documents and personally identifiable information in Diocese productions. | 3.50 |
| 06/27/23 | T.P. Law | Review and approve correspondence from Arrowood to the court. | 0.30 |
| 06/27/23 | J.C. Schad | Research re: [REDACTED] (3.30); analyze, format, prepare table of [REDACTED] (3.40); revise table format (.40). | 7.10 |
| 06/27/23 | J.B. Berringer | VM T. Law re: status of Adv. Proceedings (.10); emails T. Law re: team call (.30); t/c D. Artese re: Ferraro docs (.50); review E. Stephens correspondence with M. Natale (.40); review correspondence re: Arrowood response to Req. to Admit and emails T. Law, M. Natale re: same (.30); arrangements re: Chapin dep. (.30); review correspondence re: Stip/P.O (.50). | 2.40 |
| 06/27/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 06/27/23 | A. Kramer | Review JD filings in opposition to Motion to Dismiss. | 1.20 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/28/23 | E. Y. Kim | Call with T. Law and J. Berringer regarding discovery tasks and status (.50); draft response to Arrowood deficiency letter regarding various issues with Diocese productions (2.80); revise 30(b)(6) deposition notice to Arrowood (.60). | 3.90 |
| 06/28/23 | A. Kramer | Work in process call with JD and RS teams re: motion to dismiss, coverage actions and mediation (.50); respond to filing fee questions from C. Ball (.30). | 0.80 |
| 06/28/23 | T.P. Law | Telephone conference with E. Kim re: status and strategy regarding discovery in relation to Arrowood, LMI, and Evanston. | 0.50 |
| 06/28/23 | T.P. Law | Email exchange with B. Chapin re: LMI's request for a TPA to handle ongoing claims. | 0.50 |
| 06/28/23 | T.P. Law | Draft joint letter to Judge Rochon re: status of Arrowood case. | 2.30 |
| 06/28/23 | T.P. Law | Email Arrowood re: status of joint letter to Judge Rochon. | 0.30 |
| 06/28/23 | J.B. Berringer | Team call re: status (.50); t/c T. Law re: status of Arrowood Adv. Proceeding (.30); t/c T. Law, E. Kim re: same (.50); review emails re: Joint Letter to Judge Rochon (.50); emails to C. Adams re: Placa and Puglisi deps (.30); review Geremia, Chapin emails re: t/c on Network Adjustors (.20); review of Diocese of Brooklyn pleading in Del. action, email team re: same (.50); review letter to mediators re: Friday call (.30); review draft 30(b)(6) Arrowood topics (.50); review docket entries for P.O. (.10); review pre-CVA claims docs (.60). | 4.30 |
| 06/28/23 | C.M. LauKamg | Coordinate with Library Research Center to retrieve DE Superior Court Motion to Intervene and circulate same to J. Berringer. | 0.20 |
| 06/28/23 | C.M. LauKamg | Follow up on status of USDC SDNY June 16, 2023 Conference Transcript Redactions. | 0.20 |
| 06/28/23 | J.C. Schad | Research to [REDACTED] (4.40); research [REDACTED] for report to J. Berringer, T. Law, E. Kim (1.90). | 6.30 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|------------|-------------|-------|
| 06/28/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 06/29/23 | E. Y. Kim | Revise Exhibit A to the Diocese's supplemental responses to Arrowood's document requests regarding bates ranges for first notice documents in response to Arrowood deficiency letter (2.10); analyze documents relating to additional evidence of coverage and additional first notice documents for supplemental production (1.20). | 3.30 |
| 06/29/23 | J.B. Berringer | Telephone conference with team re: Network Adjustors, LMI (.50); t/c E. Sorenson re: use of Network Adjustors, insurance issues (.50); review of J. Schad emails re: Arrowood denials, Pre-CVA claim docs (.50). | 1.50 |
| 06/29/23 | T.P. Law | Participate in telephone conference with client and defense counsel re: TPA issues. | 0.80 |
| 06/29/23 | T.P. Law | Participate in telephone conference with [REDACTED] and [REDACTED]. | 0.60 |
| 06/29/23 | T.P. Law | Finalize draft of shorter version of the joint letter to Judge Rochon advising re: status. | 1.20 |
| 06/29/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 1.00 |
| 06/29/23 | C.M. LauKamg | Finalize USDC SDNY Notice of Intent to Request Redaction of June 16, 2023 Transcript in preparation for electronic filing; electronically file and serve same; update master files and calendar; send same to Court Reporter. | 1.00 |
| 06/29/23 | C.M. LauKamg | Finalize USDC SDNY Letter to Judge Rochon regarding status of case in preparation for electronic filing; electronically file and serve same; update master files and calendar. | 1.00 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 06/29/23 | J.C. Schad | Review, revise, transmit to J. Berringer a chart to [REDACTED] (.70); review claim related documents for [REDACTED] (1.20); research, analyze, prepare status of [REDACTED] (2.60). | 4.50 |
| 06/30/23 | E. Y. Kim | Call with J. Schad regarding analysis of [REDACTED] (.20); analyze documents regarding same for supplemental production (2.20); draft, revise response letter to Arrowood deficiency letter (3.40). | 5.80 |
| 06/30/23 | A. Kramer | Teams Conference with mediators and parishes. | 0.60 |
| 06/30/23 | T.P. Law | Telephone conference with mediators re: potential for settlement. | 0.80 |
| 06/30/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 1.00 |
| 06/30/23 | J.B. Berringer | Emails J. Schad re: Arrowood denials, new claim docs (.70); emails E. Kim, J. Schad re: same (.60); review objections to motion to dismiss, reply in support of motion (.90); t/c mediators (.80); review of E. Stephens, T. Geremia emails to prepare for call (.80); review 15th Claim Objections (.40); review draft presentations to State Court Counsel (.80); review, respond to mediator email re: Arrowood Claims Monitor (.60) review C. Moore direct testimony (.80). | 6.40 |
| 06/30/23 | J.C. Schad | Discuss with E. Kim, transmit document for production, reports re: status of investigation for evidence of coverage. | 0.80 |
| **Total Hours** | | | **222.80** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Ann V. Kramer | 15.50 hrs @ $ | 1,390.00 / hr | 21,545.00 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| John B. Berringer | 63.90 hrs @ $ | 1,285.00 / hr | 82,111.50 |
| Timothy P. Law | 29.20 hrs @ $ | 1,250.00 / hr | 36,500.00 |
| Esther Y. Kim | 30.30 hrs @ $ | 685.00 / hr | 20,755.50 |
| James C. Schad | 27.90 hrs @ $ | 600.00 / hr | 16,740.00 |
| Amy M. Koss | 33.50 hrs @ $ | 590.00 / hr | 19,765.00 |
| Christopher LauKamg | 22.50 hrs @ $ | 410.00 / hr | 9,225.00 |
| **Total Professional Services** | | | **206,642.00** |

**DISBURSEMENTS AND OTHER CHARGES**

| Date | Description | | Amount |
|---|---|---|---|
| | Duplicating/Printing/Scanning | 543.00 @ 0.10 | 54.30 |
| 05/25/2023 | Gravity Stack LLC Invoice Document Production | | 5,896.95 |
| 06/06/2023 | W. Chapin Deposition Transcript Expense | | 1,417.30 |
| 06/21/2023 | K. Ammirati Deposition Transcript Expense | | 1,003.30 |
| 06/29/2023 | Gravity Stack LLC Invoice Document Production | | 4,391.50 |
| | **Total Expenses and Other Charges** | | **12,763.35** |

**INVOICE SUMMARY**

| | | |
|---|---|---|
| Total Fees | $ | 206,642.00 |
| Total Expenses and Other Charges | $ | 12,763.35 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **219,405.35** |
| **Total Amount Due** | **$** | **219,405.35** |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| R.C. Diocese of Rockville Centre | Invoice Number: | **3634555** |
|---|---|---|
| 50 No. Park Avenue | Invoice Date: | **7/20/2023** |
| Att: William G. Chapin | Client Number: | **504893** |
| Rockville Centre, NY 11570 | Matter Number: | **504893.60006** |
| US - UNITED STATES | | |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Fee statements/fee applications**

Total Current Fees..............................................................................$_____4,528.50

**Total Due This Invoice:**      $_____**4,528.50**

Please Remit to:

*Mail To:*
 *Reed Smith LLP*
 *Lockbox 10096*
 *PO BOX 70280*
 *Philadelphia, PA 19176-0280*

*Wire Instructions:*
 *BNY Mellon Bank N.A.*
 *Philadelphia, PA*
 *ABA Number: 031000037*
 *Swift Code: IRVTUS3N (International)*
 *Account #2-022-986*
 *(Please Reference Invoice Number)*



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

R.C. Diocese of Rockville Centre
50 No. Park Avenue
Att: William G. Chapin
Rockville Centre, NY 11570
US - UNITED STATES

| | |
|---|---|
| Invoice Number: | **3634555** |
| Invoice Date: | **7/20/2023** |
| Client Number: | **504893** |
| Matter Number: | **504893.60006** |

**RE: Fee statements/fee applications**

## INVOICE SUMMARY

Total Current Fees................................................................................$        4,528.50

**Total Due This Invoice:**                                    **$         4,528.50**

Please Remit to:

**Mail To:**
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
*(Please Reference Invoice Number)*



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number: **3634555** |
| 50 No. Park Avenue | Invoice Date: **7/20/2023** |
| Att: William G. Chapin | Client Number: **504893** |
| Rockville Centre, NY 11570 | Matter Number: **504893.60006** |
| US - UNITED STATES | |

### DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH June 30, 2023

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/02/23 | C.M. LauKamg | Follow up with Epiq regarding status of USBC SDNY Certificate of Service for Reed Smith LLP Thirty-First Monthly Fee Statement and update master files and calendar. | 0.20 |
| 06/07/23 | C.M. LauKamg | Finalize USBC SDNY Certificate of No Objection for Reed Smith LLP Thirty-First Monthly Fee Statement in preparation for electronic filing. | 0.40 |
| 06/12/23 | C.M. LauKamg | Finalize and electronically file USBC SDNY Certificate of No Objection for the April 2023 Reed Smith LLP Monthly Fee Statement and update master files and calendar. | 0.80 |
| 06/13/23 | C.M. LauKamg | Revise USBC SDNY Reed Smith LLP Thirty-Second Monthly Fee Statement in preparation for electronic filing. | 0.80 |
| 06/21/23 | C.M. LauKamg | Finalize USBC SDNY Reed Smith LLP Thirty-Second May 2023 Monthly Fee Statement in preparation for electronic filing. | 1.80 |
| 06/22/23 | A. Javian | Attention to billing status and email A&M re: same. | 0.50 |
| 06/26/23 | A. Javian | Review/comment on billing matters. | 1.00 |
| 06/27/23 | C.M. LauKamg | Finalize, electronically file and coordinate service of USBC SDNY Reed Smith LLP Thirty-Second Monthly Fee Statement and update master files and calendar. | 1.80 |
| 06/28/23 | C.M. LauKamg | Follow up with Attorneys and Accounting Department regarding KCIC invoice payment status and arrange for payments of same. | 0.60 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|------------|-------------|-------|
| 06/28/23 | C.M. LauKamg | Follow up with Epiq regarding service of USBC SDNY Reed Smith LLP Thirty-Second Monthly Fee Statement. | 0.20 |
| **Total Hours** | | | **8.10** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Aaron Javian | 1.50 hrs @ $ | 1,215.00 / hr | 1,822.50 |
| Christopher LauKamg | 6.60 hrs @ $ | 410.00 / hr | 2,706.00 |
| **Total Professional Services** | | | **4,528.50** |

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $ 4,528.50 |
| **TOTAL CURRENT INVOICE DUE** | **$ 4,528.50** |
| **Total Amount Due** | **$ 4,528.50** |