## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
                                            :

In re:                             :        Chapter 11
                                              :

**The Roman Catholic Diocese of Rockville**   :       Case No. 20-12345 (MG)
**Centre, New York,** [1]

                                              :

                  **Debtor.**    :
                                              :
---------------------------------------------------------- x

## THIRTY THIRD MONTHLY FEE STATEMENT
## OF ALVAREZ & MARSAL NORTH AMERICA, LLC FOR
## COMPENSATION FOR SERVICES RENDERED
## AND REIMBURSEMENT OF EXPENSES INCURRED
## AS RESTRUCTURING ADVISOR TO THE DEBTOR DURING PERIOD
## FROM
## JUNE 1, 2023 THROUGH JUNE 30, 2023

| | |
|---|---|
| Name of applicant: | Alvarez & Marsal North America, LLC |
| Authorized to provide professional services to: | Debtor and debtor in possession |
| Date of retention: | November 4, 2020 effective as of petition date |
| Period for which compensation and reimbursement is sought: | June 1, 2023 – June 30, 2023 |
| Amount of compensation requested: | $105,560.00/80% fees (80% of $131,950.00) |
| Amount of expense reimbursement requested: | $2,524.34/100% expenses |

This is the thirty third monthly fee statement.

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is 992 N Village Avenue, P.O. Box 9023, Rockville Centre, NY 11570.

Alvarez & Marsal North America, LLC ("A&M"), restructuring advisor to

The Roman Catholic Diocese of Rockville Centre, New York (the "Diocese" or the

"Debtor"), hereby submits this thirty third fee statement (the "Fee Statement"), pursuant to

this Court's *Order Authorizing Procedures for Interim Compensation and Reimbursement of*

*Expenses of Professionals* [Docket No. 129], dated November 4, 2020 (the "Interim

Compensation Order") and this Court's *Order Authorizing Debtor to Employ and Retain*

*Alvarez & Marsal North America, LLC as Restructuring Advisor to Debtor and Debtor in*

*Possession Pursuant to Sections 327(a) and 328 of the Bankruptcy Code* [Docket No. 131]

dated November 4, 2020, seeking compensation and reimbursement of expenses for the

period of June 1, 2023 through June 30, 2023 (the "Thirty Third Monthly Period").  By this

Fee Statement, A&M seeks payment of $108,084.34 which is equal to (i) $105,560.00 or

eighty percent (80%) of the total amount of compensation sought for actual and necessary

professional services rendered during the Thirty Third Monthly Period of $131,950.00 and

(ii) reimbursement of $2,524.34 which is equal to one hundred percent (100%) of its actual

and necessary expenses incurred in association with such services.

Attached hereto as Exhibits A-C are summary reports outlining the hours and

fees worked by task, hours and fees worked by professional and hours and fees worked by

task by professional for the Thirty Third Monthly Period.  Also, attached as Exhibit D is time

entry records for the Thirty Third Monthly Period that were recorded in tenths of an hour by

project task, maintained in the ordinary course of A&M's practice, and that set forth a

detailed description of services performed by each professional on behalf of the Debtor.  A

summary of compensation sought by project category is provided below.

Attached hereto as Exhibits E-F are summary reports of expenses incurred by

category and itemized expense records of all expenses for the Thirty Third Monthly Period

incurred in association with the performance of professional services.  A summary of reimbursement sought by expense type is provided below.

   This Fee Statement also includes a billing summary by individual, setting forth the (i) name and title of each individual for whom compensation is sought for work on these cases, (ii) aggregate time expended by each such individual and (iii) hourly billing rate for each such individual at A&M's current billing rates.

**SUMMARY OF TOTAL FEES BY PROFESSIONAL**

| SUMMARY OF TOTAL FEES BY PROFESSIONAL FOR ALVAREZ & MARSAL NORTH AMERICA, LLC June 1, 2023 through June 30, 2023 | | | | |
|---|---|---|---|---|
| **PROFESSIONAL** | **POSITION** | **BILLING RATE** | **TOTAL HOURS** | **TOTAL FEES** |
| Charles Moore | Managing Director | $    1,325 | 45.8 | $    60,685.00 |
| Erin McKeighan | Managing Director | 1,050 | 0.3 | $    315.00 |
| Andrew Ciriello | Director | 850 | 50.0 | $    42,500.00 |
| Robert Country | Director | 775 | 1.4 | $    1,085.00 |
| Rayan Nasser | Analyst | 475 | 54.2 | $    25,745.00 |
| Natalie Corbett | Paraprofessional | 300 | 3.5 | $    1,050.00 |
| Nikki Vander Veen | Paraprofessional | 300 | 1.9 | $    570.00 |
| | | | | |
| **Total** | | | **157.1** | **$    131,950.00** |

## SUMMARY OF TOTAL FEES BY TASK CATEGORY

| SUMMARY OF TOTAL FEES BY TASK CATEGORY FOR ALVAREZ & MARSAL NORTH AMERICA, LLC June 1, 2023 through June 30, 2023 | | | |
|---|---|---|---|
| **Task Code** | **Description** | **Total Hours** | **Total Fees Requested** |
| ASSET SALES | Assist the Debtor and advisors with various asset sales including discussions with potential buyers, attaining and submitting information for buyer diligence related to the sale, supplying supporting analysis/forecasts, and creation/support of Asset Purchase Agreements including schedules. | 0.4 | 340.00 |
| BANKRUPTCY SUPPORT | Advise and assist the company on matters concerning operating the business under Chapter 11 | 9.7 | 8,380.00 |
| CASH FORECASTS | Advise and assist management in treasury matters including the development of weekly cash forecasts, reporting on cash activity, covenant compliance, and other reporting requirements pursuant to cash collateral motion. | 28.5 | 18,480.00 |
| CREDITOR INFORMATION REQUESTS | Interactions with creditors and address third party inquiries | 0.5 | 425.00 |
| FEE APP | Prepare the monthly and interim fee applications in accordance with Court guidelines. | 6.1 | 2,357.50 |
| LITIGATION | Advise and assist management and/or the Debtor advisors in litigation matters. | 62.1 | 69,600.00 |
| MEETINGS | Participate in meetings with Debtor management, counsel, Board of Directors and/or advisors to present findings or discuss various matters related to the filing or operating the business. | 5.7 | 5,725.00 |
| MONTHLY OPERATING REPORT/UST REPORT | Assist the Debtor with the preparation of the Initial Debtor Interview requirements, Initial Operating Report, Monthly Operating Report, Form 26 and other related matters for the US Trustee. | 37.9 | 19,805.00 |
| MOTIONS/ORDERS | Assist the Debtor on various motions filed, and on entry of Orders to implement required reporting and other activities contemplated by the various filed motions. | 0.4 | 340.00 |
| PLAN / DISCLOSURE STATEMENT | Assist the Debtor and advisors with various analyses and assessment of the components included in and relating to the POR, Disclosure Statement, Schedules and related documents. Complete analyses and assist the Debtor with the Plan or Reorganization and Disclosure Statement. | 2.8 | 2,522.50 |
| TRAVEL | Fifty percent of travel time in excess of normal travel. | 3.0 | 3,975.00 |
| **Total** | | **157.10** | **131,950.00** |

**SUMMARY OF TOTAL EXPENSES BY CATEGORY**

| SUMMARY OF EXPENSES BY CATEGORY<br>FOR ALVAREZ & MARSAL NORTH AMERICA, LLC<br>June 1, 2023 through June 30, 2023 | |
|---|---|
| **Expense Category** | **Amount** |
| Airfare | 647.80 |
| Lodging | 1100.54 |
| Meals | 240.54 |
| Telephone/Internet | 148.27 |
| Transportation | 387.19 |
| **Total** | $ **2,524.34** |

**Notice**

Notice of this Fee Statement has been served upon: (i) *the Debtor*, The Roman Catholic Diocese of Rockville Centre, 992 N Village Avenue, P.O. Box 9023, Rockville Centre, NY 11570 (Attn: Thomas Renker); (ii) *Debtor Counsel*, Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); (iii) *the Office of the United States Trustee Region 2* (the "U.S. Trustee"), 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq.); and (iv) counsel to the official committee of unsecured creditors, Pachulski Stang Ziehl and Jones LLP, 780 Third Avenue, 36th Floor, New York, New York, 10017 (Attn: James I. Stang, Esq., Karen B. Dine, Esq., Ilan D. Scharf, Esq. and Brittany M. Michael, Esq.). A&M submits that, considering the relief requested, no other or further notice need be provided.

WHEREFORE, A&M respectfully requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order, i.e., payment of $108,084.34 which represents eighty percent (80%) of the compensation sought, and reimbursement of one hundred percent (100%) of expenses incurred.

Dated: July 28, 2023        ALVAREZ & MARSAL NORTH AMERICA, LLC

By: */s/ Charles Moore*
Charles Moore
ALVAREZ & MARSAL NORTH AMERICA, LLC
755 W. Big Beaver Road, Suite 650
Troy, Michigan 48084
Telephone: (248) 936-0814

*Restructuring Advisor for the Debtor*
*and Debtor-in-Possession*

**EXHIBIT A**
**SUMMARY OF TIME DETAIL BY TASK CATEGORY**

*Exhibit A*

**The Roman Catholic Diocese of Rockville Centre, New York**
**Summary of Time Detail by Task**
**June 1, 2023 through June 30, 2023**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| ASSET SALES | 0.4 | $340.00 |
| BANKRUPTCY SUPPORT | 9.7 | $8,380.00 |
| CASH FORECASTS | 28.5 | $18,480.00 |
| CREDITOR INFORMATION REQUESTS | 0.5 | $425.00 |
| FEE APP | 6.1 | $2,357.50 |
| LITIGATION | 62.1 | $69,600.00 |
| MEETINGS | 5.7 | $5,725.00 |
| MONTHLY OPERATING REPORT/UST REPORT | 37.9 | $19,805.00 |
| MOTIONS/ORDERS | 0.4 | $340.00 |
| PLAN / DISCLOSURE STATEMENT | 2.8 | $2,522.50 |
| TRAVEL | 3.0 | $3,975.00 |
| **Total** | **157.1** | **$131,950.00** |

**EXHIBIT B**
**SUMMARY OF TIME DETAIL BY PROFESSIONAL**

*Exhibit B*

| *The Roman Catholic Diocese of Rockville Centre, New York* |
| :---: |
| *Summary of Time Detail by Professional* |
| *June 1, 2023 through June 30, 2023* |

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
| --- | --- | --- | --- | --- |
| Charles Moore | Managing Director | $1,325.00 | 45.8 | $60,685.00 |
| Erin McKeighan | Managing Director | $1,050.00 | 0.3 | $315.00 |
| Andrew Ciriello | Director | $850.00 | 50.0 | $42,500.00 |
| Robert Country | Director | $775.00 | 1.4 | $1,085.00 |
| Rayan Nasser | Analyst | $475.00 | 54.2 | $25,745.00 |
| Natalie Corbett | Paraprofessional | $300.00 | 3.5 | $1,050.00 |
| Nikki Vander Veen | Paraprofessional | $300.00 | 1.9 | $570.00 |
| | | *Total* | **157.1** | **$131,950.00** |

**EXHIBIT C**
**SUMMARY OF TIME DETAIL BY TASK BY PROFESSIONAL**

*Exhibit C*

*The Roman Catholic Diocese of Rockville Centre, New York,*
*Summary of Time Detail by Task by Professional*
*June 1, 2023 through June 30, 2023*

**ASSET SALES**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Andrew Ciriello | Director | $850 | 0.4 | $340.00 |
| | | | 0.4 | $340.00 |

*Exhibit C*

### The Roman Catholic Diocese of Rockville Centre, New York,
### Summary of Time Detail by Task by Professional
### June 1, 2023 through June 30, 2023

**BANKRUPTCY SUPPORT**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Charles Moore | Managing Director | $1,325 | 2.4 | $3,180.00 |
| Andrew Ciriello | Director | $850 | 3.9 | $3,315.00 |
| Robert Country | Director | $775 | 0.9 | $697.50 |
| Rayan Nasser | Analyst | $475 | 2.5 | $1,187.50 |
| | | | 9.7 | $8,380.00 |

*Exhibit C*

### The Roman Catholic Diocese of Rockville Centre, New York,
### Summary of Time Detail by Task by Professional
### June 1, 2023 through June 30, 2023

**CASH FORECASTS**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Charles Moore | Managing Director | $1,325 | 1.8 | $2,385.00 |
| Andrew Ciriello | Director | $850 | 9.1 | $7,735.00 |
| Rayan Nasser | Analyst | $475 | 17.6 | $8,360.00 |
| | | | 28.5 | $18,480.00 |

*Exhibit C*

### The Roman Catholic Diocese of Rockville Centre, New York, Summary of Time Detail by Task by Professional June 1, 2023 through June 30, 2023

**CREDITOR INFORMATION REQUESTS**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Andrew Ciriello | Director | $850 | 0.5 | $425.00 |
| | | | 0.5 | $425.00 |

*Exhibit C*

**The Roman Catholic Diocese of Rockville Centre, New York,**
**Summary of Time Detail by Task by Professional**
**June 1, 2023 through June 30, 2023**

**FEE APP**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Charles Moore | Managing Director | $1,325 | 0.3 | $397.50 |
| Andrew Ciriello | Director | $850 | 0.4 | $340.00 |
| Natalie Corbett | Paraprofessional | $300 | 3.5 | $1,050.00 |
| Nikki Vander Veen | Paraprofessional | $300 | 1.9 | $570.00 |
| | | | 6.1 | $2,357.50 |

*Exhibit C*

### *The Roman Catholic Diocese of Rockville Centre, New York,*
### *Summary of Time Detail by Task by Professional*
### *June 1, 2023 through June 30, 2023*

**LITIGATION**

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Charles Moore | Managing Director | $1,325 | 35.4 | $46,905.00 |
| Andrew Ciriello | Director | $850 | 26.7 | $22,695.00 |
| | | | 62.1 | $69,600.00 |

*Exhibit C*

### The Roman Catholic Diocese of Rockville Centre, New York,
### Summary of Time Detail by Task by Professional
### June 1, 2023 through June 30, 2023

**MEETINGS**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Charles Moore | Managing Director | $1,325 | 2.2 | $2,915.00 |
| Erin McKeighan | Managing Director | $1,050 | 0.3 | $315.00 |
| Andrew Ciriello | Director | $850 | 2.2 | $1,870.00 |
| Robert Country | Director | $775 | 0.5 | $387.50 |
| Rayan Nasser | Analyst | $475 | 0.5 | $237.50 |
| | | | 5.7 | $5,725.00 |

*Exhibit C*

### The Roman Catholic Diocese of Rockville Centre, New York, Summary of Time Detail by Task by Professional June 1, 2023 through June 30, 2023

**MONTHLY OPERATING REPORT/UST REPORT**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Charles Moore | Managing Director | $1,325 | 0.4 | $530.00 |
| Andrew Ciriello | Director | $850 | 3.9 | $3,315.00 |
| Rayan Nasser | Analyst | $475 | 33.6 | $15,960.00 |
| | | | 37.9 | $19,805.00 |

*Exhibit C*

### The Roman Catholic Diocese of Rockville Centre, New York, Summary of Time Detail by Task by Professional June 1, 2023 through June 30, 2023

**MOTIONS/ORDERS**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Andrew Ciriello | Director | $850 | 0.4 | $340.00 |
| | | | 0.4 | $340.00 |

*Exhibit C*

### The Roman Catholic Diocese of Rockville Centre, New York, Summary of Time Detail by Task by Professional June 1, 2023 through June 30, 2023

**PLAN / DISCLOSURE STATEMENT**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Charles Moore | Managing Director | $1,325 | 0.3 | $397.50 |
| Andrew Ciriello | Director | $850 | 2.5 | $2,125.00 |
| | | | 2.8 | $2,522.50 |

*Exhibit C*

### The Roman Catholic Diocese of Rockville Centre, New York,
### Summary of Time Detail by Task by Professional
### June 1, 2023 through June 30, 2023

**TRAVEL**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Charles Moore | Managing Director | $1,325 | 3.0 | $3,975.00 |
|  |  |  | 3.0 | $3,975.00 |

**EXHIBIT D**
**TIME DETAIL BY TASK CATEGORY BY PROFESSIONAL**

*The Roman Catholic Diocese of Rockville Centre, New York,*
*Time Detail by Activity*
*June 1, 2023 through June 30, 2023*

## ASSET SALES

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Andrew Ciriello | 6/1/2023 | 0.2 | Correspond with DRVC, Epiq and JD teams regarding confirmation of transactions to facilitate tower sale |
| Andrew Ciriello | 6/5/2023 | 0.2 | Correspond with DRVC and JD teams regarding closing mechanics for recent tower sale |
| **Subtotal** | | **0.4** | |

## BANKRUPTCY SUPPORT

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Andrew Ciriello | 6/8/2023 | 0.3 | Call with R. Country (A&M) re: historical real property updates to schedules |
| Robert Country | 6/8/2023 | 0.3 | Call with A. Ciriello (A&M) re: historical real property updates to schedules |
| Andrew Ciriello | 6/9/2023 | 0.2 | Call with R. Nasser and R. Country (A&M) to discuss cash management, POR updates, litigation updates, UCC plan documents, and DRVC asset sale updates |
| Charles Moore | 6/9/2023 | 0.3 | Review and comment on status update for management |
| Rayan Nasser | 6/9/2023 | 0.2 | Call with A. Ciriello and R.Country (A&M) to discuss cash management, POR updates, litigation updates, UCC plan documents, and DRVC asset sale updates |
| Robert Country | 6/9/2023 | 0.2 | Call with A. Ciriello and R.Country (A&M) to discuss cash management, POR updates, litigation updates, UCC plan documents, and DRVC asset sale updates |
| Andrew Ciriello | 6/12/2023 | 0.6 | Prepare materials ahead of bi-weekly update call with management and counsel |
| Andrew Ciriello | 6/14/2023 | 1.1 | Call with Jones Day, Reed Smith and C. Moore (A&M) to discuss Plan of Reorganization, claims objections, motion to dismiss, and insurance litigation |
| Charles Moore | 6/14/2023 | 1.1 | Call with Jones Day, Reed Smith and A. Ciriello (A&M) to discuss plan of reorganization, claims objections, motion to dismiss, and insurance litigation |
| Andrew Ciriello | 6/23/2023 | 0.4 | Call with C. Moore, R. Nasser and R. Country (A&M) to discuss cash management, POR updates, litigation updates, and DRVC asset sale updates |
| Charles Moore | 6/23/2023 | 0.4 | Call with A. Ciriello, R. Nasser and R.Country (A&M) to discuss cash management, POR updates, litigation updates, and DRVC asset sale updates |
| Rayan Nasser | 6/23/2023 | 1.9 | Developed professional fee accrual for the month of May and adjusted estimated April fees and estimates with actual |
| Rayan Nasser | 6/23/2023 | 0.4 | Call with C.Moore, A. Ciriello and R.Country (A&M) to discuss cash management, POR updates, litigation updates and DRVC asset sale updates |
| Robert Country | 6/23/2023 | 0.4 | Call with C.Moore, A. Ciriello and R.Country (A&M) to discuss cash management, POR updates, litigation updates,  and DRVC asset sale updates |

*The Roman Catholic Diocese of Rockville Centre, New York,*
*Time Detail by Activity*
*June 1, 2023 through June 30, 2023*

## BANKRUPTCY SUPPORT

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Andrew Ciriello | 6/28/2023 | 0.6 | Call with C. Ball, T. Geremia, E. Stephens, B. Rosenblum, C. DiPompeo, A. Butler (JD), A. Kramer, T. Law, J. Berringer (Reed Smith) and C. Moore (A&M) to discuss motion to dismiss, insurance adversary proceedings, and mediation |
| Andrew Ciriello | 6/28/2023 | 0.3 | Call with T. Doodian, J. Lewandowski (DRVC) and A. Butler (JD) to discuss employee payroll and motion to dismiss |
| Charles Moore | 6/28/2023 | 0.6 | Call with C. Ball, T. Geremia, E. Stephens, B. Rosenblum, C. DiPompeo, A. Butler (JD), A. Kramer, T. Law, J. Berringer (Reed Smith) and A. Ciriello (A&M) to discuss motion to dismiss, insurance adversary proceedings, and mediation |
| Andrew Ciriello | 6/29/2023 | 0.4 | Call with W. Chapin, T. Doodian, J. Lewandowski (DRVC), J. Berringer, T. Law (RS), B. Rosenblum, A. Butler (JD) to discuss claims processing and legal fees |
| **Subtotal** | | **9.7** | |

## CASH FORECASTS

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Andrew Ciriello | 6/1/2023 | 0.2 | Review and comment on claims payments for the week ending 6/2 |
| Andrew Ciriello | 6/1/2023 | 0.1 | Call with T. Doodian, J. Lewandowski (DRVC) and R. Nasser (A&M) to discuss the payment report for the week ending 6/2 |
| Andrew Ciriello | 6/1/2023 | 0.2 | Review proposed CMA transfer for April 2023 activity |
| Rayan Nasser | 6/1/2023 | 1.9 | Develop chart illustrating PSIP ending cash balance over time |
| Rayan Nasser | 6/1/2023 | 1.6 | Update the payment report for payments processed and cleared for week ending 6/2 |
| Rayan Nasser | 6/1/2023 | 0.1 | Call with T. Doodian, J. Lewandowski (DRVC) and A. Ciriello (A&M) to discuss the payment report for the week ending 6/2 |
| Andrew Ciriello | 6/6/2023 | 0.2 | Correspond with DRVC finance and Jones Day teams regarding payment notices for the week ending 6/9 |
| Andrew Ciriello | 6/7/2023 | 0.3 | Review and comment on proposed payments for the week ending 6/9 |
| Andrew Ciriello | 6/7/2023 | 0.2 | Review payments report for the week ending 6/9 |
| Andrew Ciriello | 6/7/2023 | 0.1 | Call with J. Young, J. Lewandowski (DRVC) to discuss proposed payments for the week ending 6/9 |
| Andrew Ciriello | 6/8/2023 | 0.2 | Review and comment on proposed claims payments for the week ending 6/9 |
| Andrew Ciriello | 6/8/2023 | 0.7 | Call with T. Doodian, J. Lewandowski (DRVC) and R. Nasser (A&M) to discuss the payment report for the week ending 6/9 |
| Andrew Ciriello | 6/8/2023 | 0.2 | Call with A. Butler (JD) regarding payments for the week ending 6/9 |
| Andrew Ciriello | 6/8/2023 | 0.1 | Call with J. Lewandowski (DRVC) regarding payments for the week ending 6/9 |

*Exhibit D*

### The Roman Catholic Diocese of Rockville Centre, New York, Time Detail by Activity
### June 1, 2023 through June 30, 2023

## CASH FORECASTS

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Rayan Nasser | 6/8/2023 | 0.7 | Incorporate claims payments into the payments report for the week ending 6/9 |
| Rayan Nasser | 6/8/2023 | 1.4 | Develop payments report for the week ending 6/9 |
| Rayan Nasser | 6/8/2023 | 0.7 | Call with T. Doodian, J. Lewandowski (DRVC) and A. Ciriello (A&M) to discuss the payment report for the week ending 6/9 |
| Andrew Ciriello | 6/10/2023 | 0.1 | Review and comment on proposed pastoral care payments for the week ending 6/16 |
| Andrew Ciriello | 6/12/2023 | 0.5 | Call with R. White (Jefferies), N. Morin (JD) regarding potential sources of financing |
| Andrew Ciriello | 6/13/2023 | 0.1 | Notice AP payments for the week ending 6/16 |
| Andrew Ciriello | 6/14/2023 | 0.1 | Call with J. Young, J. Lewandowski (DRVC) and R. Nasser (A&M) to discuss the initial proposed payment report for the week ending 6/16 |
| Rayan Nasser | 6/14/2023 | 1.5 | Incorporate claims payments into the payments report for the week ending 6/16 |
| Rayan Nasser | 6/14/2023 | 1.9 | Develop payments report for the week ending 6/16 |
| Rayan Nasser | 6/14/2023 | 0.1 | Call with J. Young, J. Lewandowski (DRVC) and A. Ciriello (A&M) to discuss the initial proposed payment report for the week ending 6/16 |
| Andrew Ciriello | 6/15/2023 | 0.3 | Call with T. Doodian, J. Lewandowski (DRVC) and R. Nasser (A&M) to discuss the payment report for the week ending 6/16 |
| Andrew Ciriello | 6/15/2023 | 0.2 | Review and comment on payment report for the week ending 6/16 |
| Rayan Nasser | 6/15/2023 | 0.3 | Call with T. Doodian, J. Lewandowski (DRVC) and A. Ciriello (A&M) to discuss the payment report for the week ending 6/16 |
| Rayan Nasser | 6/16/2023 | 1.7 | Analyzed case to date professional fees to determine fluctuations |
| Andrew Ciriello | 6/19/2023 | 1.0 | Follow-up call with E. Fasano, T. Doodian (DRVC), C. Ball, A. Butler (JD), C. Moore (A&M) to discuss financing options |
| Andrew Ciriello | 6/19/2023 | 0.5 | Call with E. Fasano, T. Doodian (DRVC), C. Ball, A. Butler (JD), C. Moore (A&M), and potential financing counterparty to discuss financing options |
| Andrew Ciriello | 6/19/2023 | 0.9 | Analyze financing terms provided by potential lender |
| Charles Moore | 6/19/2023 | 0.3 | Review and analyze financing scenarios and debt service requirements |
| Charles Moore | 6/19/2023 | 1.0 | Follow-up call with E. Fasano, T. Doodian (DRVC), C. Ball, A. Butler (JD), A. Ciriello (A&M) to discuss financing options |
| Charles Moore | 6/19/2023 | 0.5 | Call with E. Fasano, T. Doodian (DRVC), C. Ball, A. Butler (JD), A. Ciriello (A&M), and potential financing counterparty to discuss financing options |
| Andrew Ciriello | 6/20/2023 | 0.2 | Review and comment on claims payments for the week ending 6/23 |
| Andrew Ciriello | 6/20/2023 | 0.4 | Correspond with finance team regarding financing terms and projected liquidity |

*The Roman Catholic Diocese of Rockville Centre, New York,*
*Time Detail by Activity*
*June 1, 2023 through June 30, 2023*

## CASH FORECASTS

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Andrew Ciriello | 6/21/2023 | 0.5 | Call with J. Young, J. Lewandowski (DRVC) and R. Nasser (A&M) to discuss the initial proposed payment report for the week ending 6/23 |
| Andrew Ciriello | 6/21/2023 | 0.6 | Call with T. Doodian, J. Lewandowski (DRVC) regarding financing options |
| Rayan Nasser | 6/21/2023 | 1.6 | Incorporate claims payments into the payments report for the week ending 6/23 |
| Rayan Nasser | 6/21/2023 | 2.1 | Develop payments report for the week ending 6/23 |
| Rayan Nasser | 6/21/2023 | 0.5 | Call with J. Young, J. Lewandowski (DRVC) and A. Ciriello (A&M) to discuss the initial proposed payment report for the week ending 6/23 |
| Andrew Ciriello | 6/22/2023 | 0.1 | Call with T. Doodian, J. Lewandowski (DRVC) and R. Nasser (A&M) to discuss the payment report for the week ending 6/23 |
| Rayan Nasser | 6/22/2023 | 0.1 | Call with T. Doodian, J. Lewandowski (DRVC) and A. Ciriello (A&M) to discuss the payment report for the week ending 6/23 |
| Andrew Ciriello | 6/23/2023 | 0.4 | Review and comment on additional proposed claims and AP payments for the week ending 6/23 and intercompany transfers for May 2023 |
| Andrew Ciriello | 6/28/2023 | 0.2 | Review and comment on proposed payments for the week ending 6/30 |
| Rayan Nasser | 6/28/2023 | 0.7 | Develop payments report for the week ending 6/30 |
| Rayan Nasser | 6/28/2023 | 0.3 | Incorporate claims payments into the payments report for the week ending 6/30 |
| Rayan Nasser | 6/28/2023 | 0.2 | Call with J. Young, J. Lewandowski (DRVC) to discuss the initial proposed payment report for the week ending 6/30 |
| Andrew Ciriello | 6/29/2023 | 0.2 | Call with A. Butler (JD) regarding proposed payments for the week ending 6/30 |
| Andrew Ciriello | 6/29/2023 | 0.2 | Call with T. Doodian, J. Lewandowski (DRVC) and R. Nasser (A&M) to discuss the payment report for the week ending 6/30 |
| Rayan Nasser | 6/29/2023 | 0.2 | Call with T. Doodian, J. Lewandowski (DRVC) and A. Ciriello (A&M) to discuss the payment report for the week ending 6/30 |
| Andrew Ciriello | 6/30/2023 | 0.1 | Review and comment on pastoral care payments for the week ending 6/30 |

| **Subtotal** | | **28.5** | |

## CREDITOR INFORMATION REQUESTS

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Andrew Ciriello | 6/1/2023 | 0.5 | Call with E. Stephens (JD) regarding preparation of mediation materials |

| **Subtotal** | | **0.5** | |

## FEE APP

| Professional | Date | Hours | Activity |
|---|---|---|---|

> ### *The Roman Catholic Diocese of Rockville Centre, New York,*
> ### *Time Detail by Activity*
> ### *June 1, 2023 through June 30, 2023*

## FEE APP

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Nikki Vander Veen | 6/7/2023 | 0.6 | Begin preparing May fee app. |
| Nikki Vander Veen | 6/8/2023 | 0.5 | Continue preparing May fee app. |
| Nikki Vander Veen | 6/8/2023 | 0.8 | Continue preparing May fee app. |
| Natalie Corbett | 6/12/2023 | 1.4 | Begin preparation of 8th interim fee application |
| Natalie Corbett | 6/21/2023 | 0.9 | Continue to prepare the 8th interim |
| Natalie Corbett | 6/22/2023 | 0.8 | Finalize 8th interim |
| Charles Moore | 6/23/2023 | 0.3 | Review draft May monthly fee statement |
| Natalie Corbett | 6/26/2023 | 0.4 | Update and finalize May fee app |
| Andrew Ciriello | 6/30/2023 | 0.4 | Review and comment on A&M May 2023 fee statement |
| **Subtotal** | | **6.1** | |

## LITIGATION

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Charles Moore | 6/2/2023 | 0.7 | Review memorandum and opinion related to Preliminary Injunction |
| Charles Moore | 6/12/2023 | 0.4 | Correspondence with Jones Day related to deposition for expert report in UCC's motion to dismiss |
| Charles Moore | 6/13/2023 | 0.4 | Review pleadings filed by state court counsel related to joinder in motion to dismiss |
| Charles Moore | 6/13/2023 | 0.4 | Call with E. Stephens (Jones Day) to discuss planning for deposition related to expert report filed in UCC's motion to dismiss |
| Charles Moore | 6/14/2023 | 0.4 | Preliminary review of Paul Shields' updated expert report related to UCC Motion to Dismiss |
| Charles Moore | 6/16/2023 | 0.2 | Call with E. Stephens (Jones Day) to discuss depositions related to UCC Motion to Dismiss |
| Charles Moore | 6/17/2023 | 0.4 | Provide direction to A. Ciriello (A&M) related to activities to undertake for UCC motion to dismiss, including preparation for depositions, Shields report and expected rebuttal report |
| Andrew Ciriello | 6/19/2023 | 1.0 | Review expert report of Paul Shields (BRG) is support of Motion to Dismiss |
| Andrew Ciriello | 6/20/2023 | 0.7 | Analyze revised expert report filed by Paul Shields (BRG) to support deposition preparation |
| Charles Moore | 6/20/2023 | 0.4 | Review and analyze data compiled related to the Shields updated expert report related to the UCC motion to dismiss |
| Andrew Ciriello | 6/22/2023 | 0.4 | Review and comment on deposition outline in support of objection to motion to dismiss |

### The Roman Catholic Diocese of Rockville Centre, New York,
### Time Detail by Activity
### June 1, 2023 through June 30, 2023

## LITIGATION

| Professional | Date | Hours | Activity |
| --- | --- | --- | --- |
| Charles Moore | 6/22/2023 | 1.1 | Review and provide comments on proposed questions for Shields deposition |
| Andrew Ciriello | 6/23/2023 | 0.4 | Review transcript of deposition of Paul Shields of BRG |
| Andrew Ciriello | 6/23/2023 | 0.5 | Call with T. Geremia, E. Stephens, A. Butler, A. Sadanandan (JD) and C. Moore (A&M) to discuss UCC expert report in support of motion to dismiss |
| Charles Moore | 6/23/2023 | 0.5 | Preparation for deposition related to expert report filed in regards to UCC's Motion to Dismiss |
| Charles Moore | 6/23/2023 | 1.0 | Review rough draft transcript of deposition of Paul Shields (BRG) |
| Charles Moore | 6/23/2023 | 0.5 | Call with T. Geremia, E. Stephens, A. Butler, A. Sadanandan (JD) and A. Ciriello (A&M) to discuss UCC expert report in support of motion to dismiss |
| Andrew Ciriello | 6/24/2023 | 0.2 | Call with C. Moore (A&M) to prepare for deposition related to motion to dismiss |
| Andrew Ciriello | 6/24/2023 | 0.3 | Analyze historical financial performance to assist with deposition preparation |
| Charles Moore | 6/24/2023 | 0.2 | Call with A. Ciriello (A&M) to prepare for deposition related to motion to dismiss |
| Charles Moore | 6/24/2023 | 0.6 | Review draft objection to UCC motion to dismiss |
| Charles Moore | 6/24/2023 | 4.2 | Prepare for deposition on expert report in UCC motion to dismiss |
| Andrew Ciriello | 6/25/2023 | 1.8 | Review and comment on draft of Debtor's objection to motion to dismiss |
| Andrew Ciriello | 6/25/2023 | 2.8 | Prepare for meetings with Jones Day and A&M team ahead of motion to dismiss deposition |
| Charles Moore | 6/25/2023 | 1.7 | Continued preparation for deposition on expert report in UCC's motion to dismiss |
| Charles Moore | 6/25/2023 | 1.5 | Further preparation for deposition on expert report related to UCC's motion to dismiss |
| Charles Moore | 6/25/2023 | 0.3 | Correspondence with A. Ciriello (A&M) regarding draft objection to motion to dismiss |
| Andrew Ciriello | 6/26/2023 | 1.1 | Call with C. Moore (A&M) to follow up on questions related to motion to dismiss deposition |
| Andrew Ciriello | 6/26/2023 | 2.7 | Further prepare for meetings with Jones Day and A&M team ahead of motion to dismiss deposition |
| Andrew Ciriello | 6/26/2023 | 2.5 | Meeting with T. Geremia, E. Stephens, A. Sadanandan (JD) and C. Moore (A&M) to prepare for motion to dismiss deposition |
| Andrew Ciriello | 6/26/2023 | 1.0 | Meeting with C. Moore (A&M) to prepare for motion to dismiss deposition |
| Andrew Ciriello | 6/26/2023 | 1.9 | Research follow up requests related to motion to dismiss deposition |
| Charles Moore | 6/26/2023 | 1.0 | Meeting with A. Ciriello (A&M) to prepare for motion to dismiss deposition |

*Exhibit D*

### The Roman Catholic Diocese of Rockville Centre, New York,
### Time Detail by Activity
### June 1, 2023 through June 30, 2023

## LITIGATION

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Charles Moore | 6/26/2023 | 0.4 | Further preparation for deposition on expert report related to UCC's motion to dismiss |
| Charles Moore | 6/26/2023 | 2.5 | Meeting with T. Geremia, E. Stephens, A. Sadanandan (JD) and A. Ciriello (A&M) to prepare for motion to dismiss deposition |
| Charles Moore | 6/26/2023 | 0.4 | Review DRVC's filed objection to UCC's motion to dismiss |
| Charles Moore | 6/26/2023 | 1.1 | Call with A. Ciriello (A&M) to follow up on questions related to motion to dismiss deposition |
| Andrew Ciriello | 6/27/2023 | 1.5 | Meeting with E. Stephens, A. Sadanandan (JD) and C. Moore (A&M) to further prepare for motion to dismiss deposition |
| Andrew Ciriello | 6/27/2023 | 0.5 | Meeting with E. Stephens, A. Sadanandan (JD) and C. Moore (A&M) to further debrief from motion to dismiss deposition |
| Andrew Ciriello | 6/27/2023 | 2.0 | Review materials in support of written direct testimony regarding objection to motion to dismiss |
| Andrew Ciriello | 6/27/2023 | 4.7 | Attend deposition of C. Moore (A&M) in connection with the Diocese's objection to the motion to dismiss |
| Charles Moore | 6/27/2023 | 4.7 | Deposition in connection with my expert report related to the UCC's motion to dismiss |
| Charles Moore | 6/27/2023 | 1.5 | Meeting with E. Stephens, A. Sadanandan (JD) and A. Ciriello (A&M) to further prepare for motion to dismiss deposition |
| Charles Moore | 6/27/2023 | 1.4 | Review of expert report and supporting documents in preparation for my deposition |
| Charles Moore | 6/27/2023 | 0.5 | Meeting with E. Stephens, A. Sadanandan (JD) and A. Ciriello (A&M) to further debrief from motion to dismiss deposition |
| Charles Moore | 6/28/2023 | 2.4 | Review draft transcript from deposition |
| Andrew Ciriello | 6/29/2023 | 0.3 | Review draft of written direct testimony related to motion to dismiss |
| Charles Moore | 6/29/2023 | 0.2 | Call with E. Stephens and W. Quaranta (Jones Day) to discuss written direct testimony in motion to dismiss |
| Charles Moore | 6/29/2023 | 2.3 | Edit written direct testimony for hearing on UCC motion to dismiss |
| Andrew Ciriello | 6/30/2023 | 0.4 | Review final draft of written direct testimony regarding objection to motion to dismiss |
| Charles Moore | 6/30/2023 | 1.3 | Review UCC reply in support of its motion to dismiss, along with supporting declarations |
| Charles Moore | 6/30/2023 | 0.3 | Finalize and sign direct testimony for UCC motion to dismiss |
| Charles Moore | 6/30/2023 | 0.5 | Review and comment on updated draft direct testimony in UCC motion to dismiss |
| **Subtotal** | | **62.1** | |

## MEETINGS

| Professional | Date | Hours | Activity |
|---|---|---|---|

### *The Roman Catholic Diocese of Rockville Centre, New York,*
### *Time Detail by Activity*
### *June 1, 2023 through June 30, 2023*

## MEETINGS

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Andrew Ciriello | 6/7/2023 | 0.7 | Call with T. Renker (DRVC), T. Geremia, E. Stephens, B. Rosenblum, A. Butler (JD), A. Kramer, J. Berringer (Reed Smith) and C. Moore (A&M) to discuss motion to dismiss, preliminary injunction, claims objections and general case updates |
| Charles Moore | 6/7/2023 | 0.7 | Call with T. Renker (DRVC), T. Geremia, E. Stephens, B. Rosenblum, A. Butler (JD), A. Kramer, J. Berringer (Reed Smith) and A. Ciriello (A&M) to discuss motion to dismiss, preliminary injunction, claims objections and general case updates |
| Andrew Ciriello | 6/12/2023 | 0.3 | Call with C. Moore, E. McKeighan, R. Country, R. Nasser (A&M), Jones Day, and management to discuss cash management, POR updates, litigation updates and DRVC asset sale updates |
| Charles Moore | 6/12/2023 | 0.3 | Call with A. Ciriello, E. McKeighan, R. Country, R. Nasser (A&M), Jones Day, and management to discuss cash management, POR updates, litigation updates and DRVC asset sale updates |
| Erin McKeighan | 6/12/2023 | 0.3 | Call with C. Moore, A. Ciriello, E. McKeighan, R. Country (A&M), Jones Day, and management to discuss cash management, POR updates, litigation updates and DRVC asset sale updates |
| Rayan Nasser | 6/12/2023 | 0.3 | Call with C. Moore, A. Ciriello, E. McKeighan, R. Country (A&M), Jones Day, and management to discuss cash management, POR updates, litigation updates and DRVC asset sale updates |
| Robert Country | 6/12/2023 | 0.3 | Call with C. Moore, A. Ciriello, E. McKeighan, R. Country (A&M), counsel, and management to discuss cash management, POR updates, litigation updates and DRVC asset sale updates |
| Andrew Ciriello | 6/21/2023 | 1.0 | Call with T. Renker, E. Fasano (DRVC), C. Ball, T. Geremia, E. Stephens, A. Butler (JD), A. Kramer, J. Berringer, T. Law (RS), and C. Moore (A&M) to insurance, mediation, motion to dismiss and parish updates |
| Charles Moore | 6/21/2023 | 1.0 | Call with T. Renker, E. Fasano (DRVC), C. Ball, T. Geremia, E. Stephens, A. Butler (JD), A. Kramer, J. Berringer, T. Law (RS), and A. Ciriello (A&M) to insurance, mediation, motion to dismiss and parish updates |
| Andrew Ciriello | 6/26/2023 | 0.2 | Call with C. Moore, R. Country, R. Nasser (A&M), Jones Day, and management to discuss cash management, POR updates, litigation updates and DRVC asset sale updates |
| Charles Moore | 6/26/2023 | 0.2 | Call with A. Ciriello, R. Country, R. Nasser (A&M), Jones Day, and management to discuss cash management, POR updates, litigation updates and DRVC asset sale updates |
| Rayan Nasser | 6/26/2023 | 0.2 | Call with C. Moore, A. Ciriello, R. Country (A&M), Jones Day, and management to discuss cash management, POR updates, litigation updates and DRVC asset sale updates |
| Robert Country | 6/26/2023 | 0.2 | Call with C. Moore, A. Ciriello, R. Country (A&M), Jones Day, and management to discuss cash management, POR updates, litigation updates and DRVC asset sale updates |
| **Subtotal** | | **5.7** | |

## MONTHLY OPERATING REPORT/UST REPORT

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Andrew Ciriello | 6/5/2023 | 0.2 | Prepare and distribute April MOR materials to UCC advisors |

***The Roman Catholic Diocese of Rockville Centre, New York,***
***Time Detail by Activity***
***June 1, 2023 through June 30, 2023***

## MONTHLY OPERATING REPORT/UST REPORT

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Rayan Nasser | 6/16/2023 | 0.9 | Update AO unrestricted accounts section of bank account supplement |
| Rayan Nasser | 6/16/2023 | 1.4 | Update PSIP, AO, and Mission AP aging exhibit |
| Rayan Nasser | 6/20/2023 | 1.3 | Update AO Administrative Office Accounts Restricted, Held for Others, or Non-Debtor section of bank account supplement |
| Rayan Nasser | 6/20/2023 | 1.1 | Adjust PSIP and AO accounts receivable exhibit in the May MOR |
| Rayan Nasser | 6/20/2023 | 1.5 | Review MOR receipts and disbursements supplement for May 2023 MOR |
| Rayan Nasser | 6/21/2023 | 0.6 | Update PSIP Unrestricted Accounts section of bank account supplement |
| Rayan Nasser | 6/21/2023 | 0.7 | Update PSIP Accounts Restricted section of bank account supplement |
| Rayan Nasser | 6/21/2023 | 1.1 | Calculate petty cash spend for the May 2023 MOR |
| Rayan Nasser | 6/22/2023 | 1.3 | Create month over month variance for AO cashflow exhibit |
| Rayan Nasser | 6/22/2023 | 1.7 | Update taxes reconciliation and aging exhibit |
| Rayan Nasser | 6/22/2023 | 1.1 | Update AO Balance Sheet for May 2023 MOR |
| Rayan Nasser | 6/22/2023 | 0.9 | Update Mission Office Balance Sheet for May 2023 MOR |
| Rayan Nasser | 6/22/2023 | 1.2 | Update administrative offices accounts receivable aging and reconciliation |
| Rayan Nasser | 6/22/2023 | 0.9 | Calculate total state and local taxes for the May MOR |
| Andrew Ciriello | 6/23/2023 | 0.5 | Review and comment on professional fee schedule to be incorporated in May financials for MOR |
| Rayan Nasser | 6/23/2023 | 1.2 | Calculate total federal taxes for the May MOR |
| Rayan Nasser | 6/23/2023 | 0.6 | Update schedule of transfers between debtor and affiliate |
| Rayan Nasser | 6/23/2023 | 2.1 | Analyzed year over year change in net assets excluding professional fees |
| Rayan Nasser | 6/26/2023 | 0.9 | Update AO Income statement for the May 2023 MOR |
| Rayan Nasser | 6/26/2023 | 0.8 | Create month over month variance for AO income statement exhibit |
| Rayan Nasser | 6/26/2023 | 1.2 | Update Mission Office Income statement for the May 2023 MOR |
| Rayan Nasser | 6/26/2023 | 1.1 | Update PSIP Income statement for the May 2023 MOR |

### The Roman Catholic Diocese of Rockville Centre, New York,
### Time Detail by Activity
### June 1, 2023 through June 30, 2023

## MONTHLY OPERATING REPORT/UST REPORT

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Rayan Nasser | 6/27/2023 | 1.1 | Create month over month variance for PISP cashflow exhibit |
| Rayan Nasser | 6/27/2023 | 0.8 | Create month over month variance for AO income statement exhibit |
| Rayan Nasser | 6/27/2023 | 0.9 | Create month over month variance for PISP income statement exhibit |
| Andrew Ciriello | 6/28/2023 | 0.4 | Prepare for MOR review call with finance team |
| Andrew Ciriello | 6/28/2023 | 1.4 | Review and comment on May 2023 MOR, MOR exhibits and supplemental schedules of receipts and disbursements |
| Rayan Nasser | 6/28/2023 | 1.1 | Adjust insider payments exhibit for the May 2023 MOR |
| Rayan Nasser | 6/28/2023 | 1.3 | Update MOR exhibits document for May 2023 MOR |
| Rayan Nasser | 6/28/2023 | 0.8 | Update professional fees accrual and expenses for the May 2023 MOR |
| Andrew Ciriello | 6/29/2023 | 0.5 | Call with R. Nasser (A&M), T. Doodian, J. Lewandowski (DRVC) to review May 2023 MOR |
| Rayan Nasser | 6/29/2023 | 0.6 | Developed U.S. Trustee MOR filing document |
| Rayan Nasser | 6/29/2023 | 0.5 | Call with A. Ciriello (A&M), T. Doodian, J.Lewandowski (DRVC) to review May 2023 MOR |
| Rayan Nasser | 6/29/2023 | 0.6 | Create month over month variance for PISP income statement exhibit |
| Rayan Nasser | 6/29/2023 | 0.9 | Update final MOR receipts and disbursements supplement |
| Rayan Nasser | 6/29/2023 | 0.3 | Update final MOR bank reconciliation supplement |
| Rayan Nasser | 6/29/2023 | 0.4 | Update PSIP Balance Sheet for March 2023 MOR |
| Andrew Ciriello | 6/30/2023 | 0.5 | Review final drafts of May MOR, exhibits and supplements |
| Andrew Ciriello | 6/30/2023 | 0.1 | Call with A. Butler (JD) regarding monthly fee statements |
| Andrew Ciriello | 6/30/2023 | 0.3 | Correspond with A&M team regarding updates to May MOR |
| Charles Moore | 6/30/2023 | 0.4 | Review and analyze draft monthly operating report for May |
| Rayan Nasser | 6/30/2023 | 0.7 | Finalized U.S. Trustee MOR filing document |
| **Subtotal** | | **37.9** | |

## MOTIONS/ORDERS

| Professional | Date | Hours | Activity |
|---|---|---|---|

*The Roman Catholic Diocese of Rockville Centre, New York,*
*Time Detail by Activity*
*June 1, 2023 through June 30, 2023*

## MOTIONS/ORDERS

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Andrew Ciriello | 6/12/2023 | 0.4 | Review and comment on monthly claims report for May 2023 |
| **Subtotal** | | **0.4** | |

## PLAN / DISCLOSURE STATEMENT

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Andrew Ciriello | 6/1/2023 | 0.3 | Correspond with parish services team and advisors to parishes regarding preparation of mediation materials |
| Andrew Ciriello | 6/2/2023 | 0.3 | Call with A. Butler (JD) to discuss parish financial requests from parish advisors |
| Andrew Ciriello | 6/2/2023 | 0.3 | Evaluate parish financials questions from parish advisors and correspond with Jones Day team regarding the same |
| Andrew Ciriello | 6/7/2023 | 0.2 | Correspond with E. Fasano (DRVC) and A. Butler (JD) regarding preparation of mediation materials |
| Andrew Ciriello | 6/7/2023 | 0.1 | Call with T. Doodian (DRVC) regarding timing of plan distributions |
| Andrew Ciriello | 6/7/2023 | 0.1 | Call with A. Butler (JD) regarding preparation of mediation materials |
| Andrew Ciriello | 6/8/2023 | 0.6 | Research property data included schedules at the request of counsel |
| Charles Moore | 6/8/2023 | 0.3 | Review correspondence from C. Ball (Jones Day) regarding financing updates and negotiations with CHS |
| Andrew Ciriello | 6/12/2023 | 0.4 | Correspond with financial advisor to parishes regarding mediation materials related to plan of reorganization |
| Andrew Ciriello | 6/14/2023 | 0.2 | Prepare mediation materials ahead of discussion with mediators |
| **Subtotal** | | **2.8** | |

## TRAVEL

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Charles Moore | 6/26/2023 | 2.0 | Billable travel from Detroit to NY for deposition (billed at 50%) |
| Charles Moore | 6/28/2023 | 1.0 | Billable travel from NY to Detroit (billed at half time) |
| **Subtotal** | | **3.0** | |
| ***Grand Total*** | | **157.1** | |

**EXHIBIT E**
**SUMMARY OF EXPENSES**

*Exhibit E*

### The Roman Catholic Diocese of Rockville Centre, New York
### Summary of Expense Detail by Category
### June 1, 2023 through June 30, 2023

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $647.80 |
| Lodging | $1,100.54 |
| Meals | $240.54 |
| Telephone/Internet | $148.27 |
| Transportation | $387.19 |
| **Total** | **$2,524.34** |

**EXHIBIT F**
**EXPENSE DETAIL**

*Exhibit F*

**The Roman Catholic Diocese of Rockville Centre, New York**
**Expense Detail by Category**
**June 1, 2023 through June 30, 2023**

## Airfare

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Charles Moore | 6/26/2023 | $243.90 | One-way Airfare: DTW to LGA |
| Charles Moore | 6/28/2023 | $403.90 | One-way Airfare: LGA to DTW |
| **Expense Category Total** | | **$647.80** | |

## Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Andrew Ciriello | 6/26/2023 | $423.48 | Hotel in NY: Night of 6/26 |
| Charles Moore | 6/26/2023 | $338.53 | Hotel in NY: Night of 6/26 |
| Charles Moore | 6/27/2023 | $338.53 | Hotel in NY: Night of 6/27 |
| **Expense Category Total** | | **$1,100.54** | |

## Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Charles Moore | 6/26/2023 | $27.60 | Out of town meal |
| Andrew Ciriello | 6/27/2023 | $26.27 | Out of town meal |
| Charles Moore | 6/27/2023 | $150.00 | Out of town meal with C. Moore and A. Ciriello (A&M) |
| Charles Moore | 6/27/2023 | $18.33 | Out of town meal |
| Charles Moore | 6/28/2023 | $18.34 | Out of town meal |
| **Expense Category Total** | | **$240.54** | |

## Telephone/Internet

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Erin McKeighan | 5/31/2023 | $48.45 | Monthly Data Storage Fee - May |
| Erin McKeighan | 6/1/2023 | $0.06 | Wireless Usage Charges |
| Rayan Nasser | 6/1/2023 | $29.46 | Wireless Usage Charges |
| Robert Country | 6/1/2023 | $0.23 | Wireless Usage Charges |

*Exhibit F*

**The Roman Catholic Diocese of Rockville Centre, New York**
**Expense Detail by Category**
**June 1, 2023 through June 30, 2023**

### Telephone/Internet

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Andrew Ciriello | 6/12/2023 | $14.75 | Wireless Usage Charges |
| Charles Moore | 6/12/2023 | $5.79 | Wireless Usage Charges |
| Nikki Vander Veen | 6/12/2023 | $1.08 | Wireless Usage Charges |
| Erin McKeighan | 6/30/2023 | $48.45 | Monthly Data Storage Fee - June |
| **Expense Category Total** | | **$148.27** | |

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Andrew Ciriello | 6/26/2023 | $48.82 | Taxi: to Jones Day |
| Charles Moore | 6/26/2023 | $98.77 | Taxi: LGA to Jones Day |
| Andrew Ciriello | 6/28/2023 | $33.86 | Taxi: to hotel |
| Charles Moore | 6/28/2023 | $84.00 | Parking: at DTW Airport |
| Charles Moore | 6/28/2023 | $39.30 | Roundtrip Vehicle Mileage to/from DTW Airport |
| Charles Moore | 6/28/2023 | $82.44 | Taxi: to LGA |
| **Expense Category Total** | | **$387.19** | |
| **Grand Total** | | **$2,524.34** | |