BURNS BAIR LLP
Timothy W. Burns, Esq. (admitted *pro hac vice*)
Jesse J. Bair, Esq. (admitted *pro hac vice*)
10 E. Doty St., Suite 600
Madison, WI 53703-3392
Telephone: (608) 286-2808
Email: tburns@burnsbair.com
Email: jbair@burnsbair.com

*Special Insurance Counsel to the Official Committee*
*of Unsecured Creditors of The Roman Catholic Diocese*
*of Rockville Centre, New York*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br>                             Debtor. | Chapter 11<br>Case No. 20-12345 (SCC) |

**THIRTY-SECOND MONTHLY FEE STATEMENT OF BURNS BAIR LLP,**
**AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS FOR PROFESSIONAL SERVICES RENDERED**
**AND DISBURSEMENTS INCURRED FOR THE PERIOD FROM**
**<u>JUNE 1, 2023 THROUGH JUNE 30, 2023</u>**

| | |
|---|---|
| Name of Applicant: | <u>Burns Bair LLP</u> |
| Authorized to Provide Professional Services to: | <u>Official Committee of Unsecured Creditors</u> |
| Date of Retention: | <u>Effective October 29, 2020 pursuant to Order dated December 9, 2020 [Docket No. 246]</u> |
| Period for which compensation and reimbursement is sought: | <u>June 1, 2023 – June 30, 2023</u> |
| Amount of Compensation sought as actual, reasonable, and necessary: | $90,200.90<br><u>80% of which is $72,160.72</u> |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | <u>$0</u> |
| TOTAL (80% of fees and 100% of costs) | <u>$72,160.72</u> |

**This is the thirty-second monthly fee statement.**

**PRELIMINARY STATEMENT**

Burns Bair LLP ("Burns Bair"), as Special Insurance Counsel to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Diocese of Rockville Centre, New York (the "Debtor"), hereby submits this thirty-second monthly statement (the "Monthly Statement") for the period from June 1, 2023 through June 30, 2023 (the "Statement Period") for payment of professional services rendered and reimbursement of expenses incurred during the Statement Period pursuant to the Court's *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* dated November 4, 2020 [Docket No. 129] (the "Interim Compensation Order"). Burns Bair requests interim allowance and payment of compensation in the amount of $72,160.72 (80% of $90,200.90) for fees on account of reasonable and necessary professional services rendered to the Committee by Burns Bair.

**FEES FOR SERVICES RENDERED DURING THE STATEMENT PERIOD**

1. Set forth below is a list of the positions of the Burns Bair professionals and paraprofessionals who provided services to the Committee during the Statement Period, their respective billing rates, and the aggregate hours spent by each professional and paraprofessional in providing services on behalf of the Committee during the Statement Period.

| Name | Title | Year of Partnership | Year of Admission | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Timothy Burns | Partner | 2008 | 1991 | $975 | 34.30 | $33,442.50 |
| Jesse Bair | Partner | 2020 | 2013 | $625 | 36.80 | $23,000.00 |
| Nathan Kuenzi | Associate | N/A | 2020 | $420 | 13.60 | $5,712.00 |
| Brian Cawley | Associate | N/A | 2020 | $420 | 52.80 | $22,176.00 |
| Leakhena Au | Associate | N/A | 2020 | $420 | 3.70 | $1,554.00 |
| Katie Sticklen | Summer Associate | N/A | N/A | $378.00 | 7.80 | $2,948.40 |
| Alyssa Turgeon | Paralegal | N/A | N/A | $360.00 | .20 | $72.00 |
| Karen Dempski | Paralegal | N/A | N/A | $360.00 | .80 | $288.00 |
| Brenda Horn-Edwards | Paralegal | N/A | N/A | $360.00 | 2.80 | $1,008.00 |
| | | | | TOTAL: | 152.80 | $90,200.90 |

2. The rates charged by Burns Bair for services rendered to the Committee are the same rates that it charges generally for professional services rendered to its non-bankruptcy clients.

2

A complete itemization of tasks performed by these professionals and paraprofessionals for the Statement Period is annexed hereto as **Exhibit A**.

## NOTICE AND OBJECTION PROCEDURES

3. No trustee or examiner has been appointed in these chapter 11 cases. Pursuant to the Interim Compensation Order, Burns Bair has provided notice of this statement upon the following parties by electronic or first class mail: (a) the Debtor c/o The Roman Catholic Diocese of Rockville Centre, 50 N Park Ave P.O. Box 9023, Rockville Centre, NY 11571-9023 (Attn: Thomas Renker); (b) the attorneys for the Debtor, Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); and (c) the Office of the United States Trustee Region 2 (the "U.S. Trustee"), 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq.). Burns Bair submits that no other or further notice need be provided.

4. Pursuant to the Interim Compensation Order, objections to this Monthly Statement, if any, must be served upon the Application Recipients by August 15, 2023 (the "Objection Deadline") setting forth the nature of the objection and the amount of fees or expenses at issue.

5. If no objections to this Monthly Statement are made on or before the Objection Deadline, the Debtor shall pay Burns Bair 80% of the fees and 100% of the expenses set forth above. To the extent an objection to this Monthly Statement is timely made, the Debtor shall withhold payment of that portion of the Monthly Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved; it shall be preserved and presented to the Court at the next interim or final fee application hearing.

Dated: July 31, 2023

BURNS BAIR LLP

 */s/ Timothy W. Burns*
Timothy W. Burns, Esq. (admitted *pro hac vice*)
Jesse J. Bair, Esq. (admitted *pro hac vice*)
10 E. Doty St., Suite 600
Madison, WI 53703-3392
Telephone: (608) 286-2808
Email: tburns@burnsbair.com
Email: jbair@burnsbair.com

*Special Insurance Counsel to the Official Committee of Unsecured Creditors of The Roman Catholic Diocese of Rockville Centre, New York*

# **EXHIBIT A**

**EXHIBIT A**

# Burns | Bair

10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

| | |
|---|---|
| **The Official Committee of Unsecured Creditors of The Roman Catholic Diocese of Rockville Centre** | **Issue Date :** 7/24/2023 |
| | **Bill # :** 01165 |

**Matter:** Insurance

## PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 6/1/2023 | Jesse Bair | Preliminary review of the Court's Opinion denying the Diocese's motion for a preliminary injunction (.3); correspondence with state court counsel re insurance issues related to same (.1); review correspondence with B. Michael re same (.1); | 0.50 | $312.50 |
| 6/1/2023 | Jesse Bair | Review LMI's, Lexington's, and the Diocese's additional suggested edits to the joint status update letter to Judge Cave (.2); | 0.20 | $125.00 |
| 6/1/2023 | Jesse Bair | Review Judge Cave's order granting in part and denying in part the parties' discovery motions in the Arrowood district court action (.1); | 0.10 | $62.50 |
| 6/1/2023 | Jesse Bair | Prepare for discovery hearing in the Arrowood district court action (.2); | 0.20 | $125.00 |
| 6/1/2023 | Nathan Kuenzi | Analyze the Court's Opinion denying the Diocese's motion for a preliminary injunction (.5); | 0.50 | $210.00 |
| 6/1/2023 | Jesse Bair | Review B. Cosgrove's objection to Arrowood's subpoena (.1); | 0.10 | $62.50 |
| 6/1/2023 | Jesse Bair | Participate in discovery hearing in the Arrowood district court action (1.1); | 1.10 | $687.50 |
| 6/2/2023 | Jesse Bair | Review draft order denying the Diocese's preliminary injunction motion (.1); | 0.10 | $62.50 |
| 6/2/2023 | Jesse Bair | Review the Court's Order regarding proposed phase 1 discovery in the LMI district court action (.1); | 0.10 | $62.50 |
| 6/3/2023 | Jesse Bair | Continue analyzing the Court's Opinion denying the Diocese's motion for a preliminary injunction (1.2); | 1.20 | $750.00 |
| 6/4/2023 | Jesse Bair | Review correspondence with B. Michael and state court counsel re call to discuss the Court's preliminary injunction denial order (.1); | 0.10 | $62.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 6/5/2023 | Timothy Burns | Participate in state court counsel meeting re preliminary injunction ruling and going-forward case strategy for insurance purposes (1.1); participate in follow-up conference with J. Bair re same and insurance next-steps (.2); | 1.30 | $1,267.50 |
| 6/5/2023 | Jesse Bair | Participate in state court counsel meeting re preliminary injunction ruling and going-forward case strategy for insurance purposes (1.1); participate in follow-up conference with T. Burns re same and insurance next-steps (.2); | 1.30 | $812.50 |
| 6/6/2023 | Alyssa Turgeon | Participate in BB team meeting re case developments and assignments (.1); | 0.10 | $36.00 |
| 6/6/2023 | Jesse Bair | Review correspondence with the Diocese and Evanston re revised joint letter and proposed discovery schedule (.1); | 0.10 | $62.50 |
| 6/6/2023 | Jesse Bair | Additional analysis re potential Arrowood Section 349 strategy (.1); | 0.10 | $62.50 |
| 6/6/2023 | Katie Sticklen | Participate in BB team meeting re case status and related assignments (.1); | 0.10 | $37.80 |
| 6/6/2023 | Timothy Burns | Participate in BB team meeting re case status and related projects (.1); | 0.10 | $97.50 |
| 6/6/2023 | Jesse Bair | Participate in BB team meeting re case developments and assignments (.1); | 0.10 | $62.50 |
| 6/6/2023 | Leakhena Au | Participate in BB team meeting re case status and related assignments (.1); | 0.10 | $42.00 |
| 6/6/2023 | Nathan Kuenzi | Participate in BB team meeting re case status and related projects (.1); | 0.10 | $42.00 |
| 6/6/2023 | Timothy Burns | Review correspondence from J. Stang re competing Plan issue (.1); | 0.10 | $97.50 |
| 6/6/2023 | Jesse Bair | Analyze the Court's Order sustaining the Diocese's sixth omnibus claims objection (.8); | 0.80 | $500.00 |
| 6/6/2023 | Jesse Bair | Review K. Dine correspondence re case status and recent developments (.1); | 0.10 | $62.50 |
| 6/7/2023 | Jesse Bair | Review and edit revised version of memorandum to state court counsel re motion to dismiss issues (.3); | 0.30 | $187.50 |
| 6/7/2023 | Jesse Bair | Participate in conference with T. Burns re Arrowood issues and strategy (.3); | 0.30 | $187.50 |
| 6/7/2023 | Jesse Bair | Correspondence with Arrowood and the Diocese re discovery meet and confer (.1); | 0.10 | $62.50 |
| 6/7/2023 | Jesse Bair | Correspondence with J. Stang re issues involving potential Section 349 claim against Arrowood (.1); | 0.10 | $62.50 |
| 6/7/2023 | Brian Cawley | Review materials sent by J. Bair regarding automatic stay and relief therefrom (.5); research case law re relief from stay issues in connection with potential parish insurance demand letters (2.3); | 2.80 | $1,176.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 6/7/2023 | Timothy Burns | Participate in conference with J. Bair re Evanston district court action and Committee Plan issues (.2); review J. Bair correspondence to Arrowood re discovery meet and confer (.1); review J. Bair correspondence re motion to dismiss memorandum to state court counsel (.1); review K. Dine correspondence re CemCo action (.1); review correspondence with Evanston and the Diocese re requested dismissal without prejudice (.1); review correspondence with J. Stang re Arrowood issues (.1); review K. Dine correspondence re case status and developments (.1); analysis re additional insurance projects for case next-steps (.1); review the Diocese's suggested changes to the draft order denying the Diocese's preliminary injunction motion (.1); review K. Brown correspondence re same (.1); participate in conference with J. Bair re Arrowood issues and strategy (.3); conference with J. Bair and B. Cawley re potential parish insurance demands and motion to lift stay motion (.3); participate in call with state court counsel and J. Bair re overall case insurance strategy and next-steps (.2); participate in follow-up call with J. Stang and J. Bair re same (.4); | 2.30 | $2,242.50 |
| 6/7/2023 | Jesse Bair | Review the Diocese's suggested edits to the draft preliminary injunction denial order (.1); | 0.10 | $62.50 |
| 6/7/2023 | Jesse Bair | Review revised draft joint letter to Judge Cave re potential Phase 1 issues and discovery in the LMI district court action (.2); | 0.20 | $125.00 |
| 6/7/2023 | Jesse Bair | Participate in conference with T. Burns re Evanston district court action and and Committee Plan issues (.2); | 0.20 | $125.00 |
| 6/7/2023 | Brian Cawley | Participate in conference with T. Burns and J. Bair re potential parish insurance demands and motion to lift stay motion (.3); | 0.30 | $126.00 |
| 6/7/2023 | Jesse Bair | Correspondence with the Diocese re Evanston district court action status and next-steps (.1); | 0.10 | $62.50 |
| 6/7/2023 | Jesse Bair | Review and edit revised draft of the Committee's second amended Plan (.7); | 0.70 | $437.50 |
| 6/7/2023 | Jesse Bair | Participate in call with state court counsel and T. Burns re overall case insurance strategy and next-steps (.2); participate in follow-up call with J. Stang and T. Burns re same (.4); | 0.60 | $375.00 |
| 6/7/2023 | Jesse Bair | Participate in conference with T. Burns and B. Cawley re potential parish insurance demands and motion to lift stay motion (.3); | 0.30 | $187.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 6/8/2023 | Jesse Bair | Review agenda for weekly strategy call with PSZJ team (.1); participate in portion of weekly strategy conference with PSZJ team and T. Burns for insurance purposes re litigation and insurance strategy (1.5); | 1.60 | $1,000.00 |
| 6/8/2023 | Jesse Bair | Participate in detailed conference with T. Burns re next-steps re case insurance and settlement strategy (.7); | 0.70 | $437.50 |
| 6/8/2023 | Jesse Bair | Review additional edits from LMI, Lexington, and the Diocese to the draft joint letter to Judge Cave re proposed Phase 1 issues and discovery (.2); review final version of letter submitted to the Court (.1); | 0.30 | $187.50 |
| 6/8/2023 | Timothy Burns | Participate in portion of weekly strategy conference with PSZJ team and J. Bair for insurance purposes re litigation and insurance strategy (1.5); analyze the Court's Opinion denying the Diocese's preliminary injunction motion (1.4); review amended version of the Committee's Plan (1.3); participate in conference with J. Bair re next-steps re case insurance and settlement strategy (.7); participate in call with state court counsel and J. Bair re insurance case strategy (.2); participate in additional detailed conference with J. Bair re insurance litigation and settlement strategy (1.1); | 6.20 | $6,045.00 |
| 6/8/2023 | Jesse Bair | Begin reviewing and editing revised version of the Committee's amended disclosure statement (1.2); | 1.20 | $750.00 |
| 6/8/2023 | Jesse Bair | Participate in additional detailed conference with T. Burns re insurance litigation and settlement strategy (1.1); | 1.10 | $687.50 |
| 6/8/2023 | Jesse Bair | Review additional suggested edits from Evanston and the Diocese to the draft joint letter to the Court in the Evanston district court action re proposed discovery schedule (.1); review final version of same (.1); | 0.20 | $125.00 |
| 6/8/2023 | Jesse Bair | Correspondence with the Diocese re Arrowood denials of coverage (.1); | 0.10 | $62.50 |
| 6/8/2023 | Jesse Bair | Participate in call with T. Burns and state court counsel re insurance case strategy (.2); | 0.20 | $125.00 |
| 6/8/2023 | Brian Cawley | Continue researching case law re relief from stay issues in connection with potential parish insurance demand letters (3.1); begin summarizing research for inclusion in motion for relief from automatic stay (1.8); outline motion for relief from automatic stay (1.5); | 6.40 | $2,688.00 |
| 6/8/2023 | Jesse Bair | Correspondence with Arrowood and the Diocese re discovery meet and confer (.1); | 0.10 | $62.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 6/9/2023 | Jesse Bair | Review revised version of the draft Order denying the Diocese's motion for a preliminary injunction (.1); | 0.10 | $62.50 |
| 6/9/2023 | Jesse Bair | Participate in state court counsel meeting re case insurance and litigation strategy (1.3); participate in portion of post-meeting conference with PSZJ and T. Burns re outcome of state court counsel meeting and next-steps re same (.4); | 1.70 | $1,062.50 |
| 6/9/2023 | Jesse Bair | Draft PowerPoint presentation re proposed insurance strategy for use during upcoming state court counsel meeting (.6); participate in conference with T. Burns re same and preparations for meeting (.7); | 1.30 | $812.50 |
| 6/9/2023 | Brian Cawley | Continue researching case law re relief from stay issues in connection with potential parish insurance demand letters (2.7); | 2.70 | $1,134.00 |
| 6/9/2023 | Timothy Burns | Prepare for state court counsel meeting re insurance strategy and next-steps (1.0); revise and edit insurance PowerPoint presentation for use during same (.6); participate in conference with J. Bair re PowerPoint presentation and preparations for state court counsel insurance meeting (.7); participate in state court counsel meeting re case insurance strategy (1.3); participate in portion of post-meeting conference with PSZJ and J. Bair re outcome of state court counsel meeting and next-steps re same (.4); conference with J. Bair re insurance meeting with the Diocese (.1); review correspondence from B. Michael re agenda for upcoming PSZJ team strategy meeting (.1); review correspondence from the Diocese re Arrowood denials of coverage (.1); | 4.30 | $4,192.50 |
| 6/9/2023 | Jesse Bair | Correspondence with the Diocese re call to discuss case insurance issues (.1); participate in conference with T. Burns re same (.1); | 0.20 | $125.00 |
| 6/9/2023 | Jesse Bair | Review summary re Arrowood coverage denials of parishes and affiliated entities (.1); | 0.10 | $62.50 |
| 6/10/2023 | Jesse Bair | Review B. Michael correspondence re agenda for upcoming team meeting re case litigation strategy (.1); | 0.10 | $62.50 |
| 6/10/2023 | Timothy Burns | Review C. Moore deposition notice re the Committee's motion to dismiss (.1); review correspondence from Reed Smith re insurance meeting with the Diocese (.1); review correspondence with the Diocese and PSZJ re draft preliminary injunction order (.1); | 0.30 | $292.50 |
| 6/11/2023 | Brian Cawley | Begin drafting motion for relief from stay in connection with potential parish insurance demand letters (2.1); | 2.10 | $882.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 6/12/2023 | Jesse Bair | Participate in BB team meeting re case developments and ongoing projects (.1); | 0.10 | $62.50 |
| 6/12/2023 | Brian Cawley | Participate in BB team meeting regarding case status and related assignments (.1); | 0.10 | $42.00 |
| 6/12/2023 | Timothy Burns | Participate in call with J. Stang re issues re Delaware regulatory supervision of Arrowood (.2); participate in call with J. Bair re same (.2). | 0.40 | $390.00 |
| 6/12/2023 | Jesse Bair | Review T. Burns correspondence re Arrowood strategy (.1); | 0.10 | $62.50 |
| 6/12/2023 | Jesse Bair | Participate in conference with Reed Smith and T. Burns re Arrowood issues (.6); post-call discussion with T. Burns re outcome of same and next-steps (.2); | 0.80 | $500.00 |
| 6/12/2023 | Brian Cawley | Continue researching case law re relief from stay issues in connection with potential parish insurance demand letters (3.4); continue drafting motion for relief from automatic stay in connection with same (4.0); | 7.40 | $3,108.00 |
| 6/12/2023 | Nathan Kuenzi | Participate in BB team meeting re case developments and assignments (.1); | 0.10 | $42.00 |
| 6/12/2023 | Jesse Bair | Participate in conference with T. Burns re Arrowood strategy and preparations for upcoming call with Reed Smith re Arrowood issues (.4); | 0.40 | $250.00 |
| 6/12/2023 | Jesse Bair | Review Judge Cave's Orders re upcoming discovery status conferences in the LMI and Evanston district court actions (.1); | 0.10 | $62.50 |
| 6/12/2023 | Timothy Burns | Review and respond to correspondence re Arrowood strategy (.2); participate in BB team meeting re case developments and ongoing projects (.1); conference with J. Bair re Arrowood strategy and upcoming call with Reed Smith re Arrowood issues (.4); review and respond to correspondence from state court counsel re Arrowood issues (.2); conference with J. Bair re writ action against Arrowood in Delaware (.1); participate in call with state court counsel re developments re Arrowood (.1); participate in conference with Reed Smith and J. Bair re Arrowood issues (.6); participate in post-call discussion with T. Burns re outcome of same and next-steps (.2); review J. Bair insurance statue update correspondence to PSZJ team (.1); review various correspondence with Reed Smith, LMI, and Lexington re hearing on discovery in insurance district court proceeding (.2); review proposed Order adjourning discovery hearing in LMI/Lexington insurance district court proceeding (.1); | 2.30 | $2,242.50 |
| 6/12/2023 | Katie Sticklen | Participate in BB team meeting regarding case status and related assignments (.1); | 0.10 | $37.80 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 6/12/2023 | Alyssa Turgeon | Participate in BB team meeting re case developments and ongoing projects (.1); | 0.10 | $36.00 |
| 6/12/2023 | Jesse Bair | Review proposed Order adjourning the LMI discovery status conference and related correspondence with LMI and the Diocese re same (.1); | 0.10 | $62.50 |
| 6/12/2023 | Jesse Bair | Review K. Dine correspondence re case developments and next-steps (.1); | 0.10 | $62.50 |
| 6/12/2023 | Jesse Bair | Participate in conference with T. Burns re status of Diocese of Brooklyn's writ action against Arrowood in Delaware (.1); conference with B. Cawley re additional materials needed in connection with same (.1); | 0.20 | $125.00 |
| 6/12/2023 | Jesse Bair | Participate in call with T. Burns re issues re Delaware regulatory supervision of Arrowood (.2); | 0.20 | $125.00 |
| 6/12/2023 | Jesse Bair | Draft insurance status update email to PSZJ team re recent call with Reed Smith re Arrowood and other insurance issues (.3); | 0.30 | $187.50 |
| 6/13/2023 | Jesse Bair | Prepare for discovery meet and confer with Arrowood and the Diocese (.4); participate in discovery meet and confer with Arrowood and the Diocese (.5); | 0.90 | $562.50 |
| 6/13/2023 | Jesse Bair | Review monthly Diocese PSIP report (.1); | 0.10 | $62.50 |
| 6/13/2023 | Jesse Bair | Participate in portion of PSZJ team strategy meeting for insurance purposes re mediation, litigation, and settlement strategy (1.2) ; participate in post-meeting call with T. Burns re insurance next-steps (.1); | 1.30 | $812.50 |
| 6/13/2023 | Brian Cawley | Finalize motion to lift the stay in connection with potential parish insurance demand letters (1.3); review preliminary feedback on draft from T. Burns (.2); conference with J. Bair re suggested revisions to draft motion (.2); implement partner feedback in draft (2.8); | 4.50 | $1,890.00 |
| 6/13/2023 | Jesse Bair | Analyze and respond to Claro questions re operation of certain Arrowood policies (.2); | 0.20 | $125.00 |
| 6/13/2023 | Jesse Bair | Review revised version of adjournment letter of LMI/Lexington discovery conference and related correspondence (.1); | 0.10 | $62.50 |
| 6/13/2023 | Jesse Bair | Participate in call with T. Burns re discovery meet and confer outcome, Arrowood strategy, and overall insurance strategy (.4); | 0.40 | $250.00 |
| 6/13/2023 | Jesse Bair | Preliminary review re draft motion to lift stay in connection with potential insurance demand letters (.3); conference with B. Cawley re suggested edits to same (.2); | 0.50 | $312.50 |
| 6/13/2023 | Jesse Bair | Revise and edit draft Section 349 complaint against Arrowood (.1); correspondence with Reed Smith re same (.2); | 0.30 | $187.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 6/13/2023 | Jesse Bair | Participate in call with T. Burns re Arrowood strategy (.1); | 0.10 | $62.50 |
| 6/13/2023 | Timothy Burns | Review docket order from Mag. Judge Cave re July 15 hearing on discovery issues (.1); review case dockets of Delaware and NC actions involving Arrowood (.2); review Diocese PSIP monthly report (.1); review and revise draft motion to lift stay in connection with potential insurance demand letters (.8); review J. Bair correspondence to Reed Smith re draft Section 349 complaint against Arrowood (.1); participate in call with J. Bair re Arrowood strategy (.1); review materials re Arrowood's Delaware regulatory supervision from writ of mandamus proceeding in Delaware and unfair business practices action in North Carolina (1.2); participate in call with B. Cawley re Arrowood research project (.2); participate in call with J. Bair re meet and confer outcome, Arrowood strategy, and overall insurance strategy (.4); participate in portion of PSZJ team strategy meeting for insurance purposes re mediation, litigation, and settlement strategy (1.2); participate in post-meeting call with J. Bair re insurance next-steps (.1); | 4.50 | $4,387.50 |
| 6/13/2023 | Brian Cawley | Research constitutional right to petition in context of automatic stay (.8); draft email summarizing right to petition research for T. Burns (.5); | 1.30 | $546.00 |
| 6/13/2023 | Jesse Bair | Continue reviewing and editing the Committee's second amended disclosure statement (.7); | 0.70 | $437.50 |
| 6/13/2023 | Jesse Bair | Review motion to dismiss scheduling order (.1); | 0.10 | $62.50 |
| 6/13/2023 | Brian Cawley | Analysis of relevant pleadings and motions filed in the unfair business practices action against Arrowood in North Carolina and the writ of mandamus action involving Arrowood in Delaware (1.1); | 1.10 | $462.00 |
| 6/14/2023 | Brian Cawley | Discuss new research assignment on Delaware duty to settle with J. Bair (.2); research contours of Delaware duty to settle law (2.9); | 3.10 | $1,302.00 |
| 6/14/2023 | Jesse Bair | Analysis re insurer demand letter issues (.1); correspondence with B. Michael re same (.1); | 0.20 | $125.00 |
| 6/14/2023 | Jesse Bair | Analysis re Delaware duty to settle law in connection with Arrowood strategy (.1); participate in conference with B. Cawley re same and additional research needed (.2); | 0.30 | $187.50 |
| 6/14/2023 | Jesse Bair | Analysis re Arrowood claims monitor information (.1); participate in conference with T. Burns re same (.1); | 0.20 | $125.00 |
| 6/14/2023 | Brian Cawley | Additional analysis of relevant pleadings and motions from Delaware writ of mandamus action involving Arrowood (1.0); | 1.00 | $420.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 6/14/2023 | Timothy Burns | Review Committee motion to amend claims objections procedures and related papers (.2); review letter from C. Ball re same (.1); detailed review of Arrowood materials from Delaware writ proceeding and North Carolina unfair business practices proceeding (2.6); | 2.90 | $2,827.50 |
| 6/15/2023 | Timothy Burns | Participate in calls with state court counsel re Arrowood strategy (.6); participate in call with J. Bair re same (.1); | 0.70 | $682.50 |
| 6/15/2023 | Jesse Bair | Prepare for discovery hearing in the LMI district court action (.1); participate in discovery hearing in the LMI district court action (.6); | 0.70 | $437.50 |
| 6/15/2023 | Nathan Kuenzi | Begin supplemental analysis re New York and Delaware Guarantee Funds in connection with Arrowood strategy (1.0); | 1.00 | $420.00 |
| 6/15/2023 | Nathan Kuenzi | Research and analyze particular issues under New York and Delaware law involving New York and Delaware guaranty funds and approach of sexual abuse claimants to obtaining recovery under those funds (4.8); | 4.80 | $2,016.00 |
| 6/15/2023 | Jesse Bair | Participate in call with T. Burns re Arrowood strategy (.1); | 0.10 | $62.50 |
| 6/15/2023 | Brian Cawley | Continue researching Delaware law re insurer duty to settle issues (3.5); begin drafting summary of Delaware duty to settle issues (.7); | 4.20 | $1,764.00 |
| 6/16/2023 | Nathan Kuenzi | Draft summary for T. Burns re guarantee fund research results (1.4); | 1.40 | $588.00 |
| 6/16/2023 | Jesse Bair | Prepare for state court counsel meeting (.2); participate in state court counsel meeting for insurance purposes re case litigation and settlement strategy (.6); | 0.80 | $500.00 |
| 6/16/2023 | Nathan Kuenzi | Continue researching and analyzing particular issues under New York and Delaware law involving New York and Delaware guaranty funds and approach of sexual abuse claimants to obtaining recovery under those funds (2.6); | 2.60 | $1,092.00 |
| 6/16/2023 | Jesse Bair | Review Reed Smith correspondence re potential section 349 complaint against Arrowood (.1); conference with T. Burns re same (.1); | 0.20 | $125.00 |
| 6/16/2023 | Brian Cawley | Continue researching duty to settle issues under Delaware law (1.0); continue drafting summary of research results and send to T. Burns and J. Bair (.7); | 1.70 | $714.00 |
| 6/16/2023 | Timothy Burns | Analyze the Diocese's response to request to bring Section 349 GBL action against Arrowood (.2); conference with J. Bair re same (.1); prepare for state court counsel meeting (.2); participate in state court counsel meeting for insurance purposes re case litigation and settlement strategy (.6); | 1.10 | $1,072.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 6/16/2023 | Jesse Bair | Prepare for discovery hearing in the Evanston district court action (.1); participate in discovery hearing in the Evanston district court action (.4); | 0.50 | $312.50 |
| 6/19/2023 | Jesse Bair | Review Arrowood's letter to Judge Cave re Cosgrove subpoena resolution (.1); | 0.10 | $62.50 |
| 6/19/2023 | Jesse Bair | Analysis re Arrowood claim count (.2); correspondence with T. Burns re same (.1); | 0.30 | $187.50 |
| 6/19/2023 | Timothy Burns | Review B. Michael correspondence re Committee meeting and agenda (.1); review Phase 1 discovery order in LMI district court action (.1); review Arrowood letter to Court re Cosgrove deposition and endorsement of Court (.1): reviewed Pfau firm's response to 11th Claims Objection and Amala declaration (.2); reviewed Slater firm's response to 11th Claims Objection (.1); reviewed Merson declaration re 12th Claims Objection (.1); reviewed Gair firm's joinder to motion to dismiss (.1); review Ketterer firm's opposition to 12th Claims Objection (.2); reviewed Debtor's deposition notices of Amala and D'Estries (.1); reviewed correspondence from B. Michael re unstayed cases (.1); review J. Cave's order re stay in Evanston district court action (.1); review LMI's response to the Committee's Insurance Law Section 3420 letter (.1); review J. Cave's minute entry re Evanston hearing (.1); review J. Bair memo re unstayed cases (.1); review information provided by Reed Smith re changes to Section 349 of the GBL (.2); review B. Cawley's Arrowood related research memo (.2); review N. Kuenzi's Arrowood related research memos (.2); review the Committee's deposition notice of Diocese (.1); review Ninth Omnibus Objection Order (.1); review Sixth Omnibus Claims Objection Order (.1); review revised version of draft motion to lift say in connection with potential parish insurance demands (.3); review 13th Omnibus Objection (.3); review 14th Omnibus Objection (.2); review 15th Omnibus Claims Objection (.2); review First Amended Stipulation and Agreed Scheduling Order (.1); review the Committee's meet-and-confer letter re claims objections procedures (.1); prepared note to file re 6/16/23 State Court Counsel call (.3); review late notice and expected/intended research (.5); review notice of propensity to abuse research (.5); | 5.00 | $4,875.00 |
| 6/19/2023 | Jesse Bair | Review discovery order entered in the Evanston District Court action (.1); | 0.10 | $62.50 |
| 6/19/2023 | Jesse Bair | Review LMI's response to the Committee Section 3420 notice letter (.1); | 0.10 | $62.50 |
| 6/19/2023 | Jesse Bair | Review discovery order entered in the LMI District Court action (.1); | 0.10 | $62.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 6/19/2023 | Jesse Bair | Review agenda for upcoming Committee meeting (.1); | 0.10 | $62.50 |
| 6/20/2023 | Timothy Burns | Conference with J. Bair re insurance mediation strategy and Arrowood issues (.2); participate in Committee meeting for insurance purposes re case developments and strategy (.7); | 0.90 | $877.50 |
| 6/20/2023 | Jesse Bair | Review the Diocese's objection to the Committee's motion to amend the claim objections procedures order (.2); | 0.20 | $125.00 |
| 6/20/2023 | Jesse Bair | Participate in state court counsel meeting for insurance purposes re case developments and strategy (.7); | 0.70 | $437.50 |
| 6/20/2023 | Jesse Bair | Participate in conference with T. Burns re mediation strategy and Arrowood issues (.2); | 0.20 | $125.00 |
| 6/21/2023 | Leakhena Au | Review grand jury report and summarize expected or intended issues re the parishes (2.1); | 2.10 | $882.00 |
| 6/21/2023 | Jesse Bair | Review the Diocese's letter to the Court re scope of notice discovery (.1); review the Committee's response to same (.1); | 0.20 | $125.00 |
| 6/21/2023 | Jesse Bair | Analysis re insurance demand letter issues (.1); participate in call with B. Michael re same (.4); | 0.50 | $312.50 |
| 6/21/2023 | Jesse Bair | Review prior analysis re expected or intended issues (.1); provide instructions to L. Au re supplemental analysis needed in connection with same (.1); | 0.20 | $125.00 |
| 6/22/2023 | Leakhena Au | Continue reviewing grand jury report, summarize expected or intended issues related to the parishes, and send findings to J. Bair (1.5); | 1.50 | $630.00 |
| 6/22/2023 | Jesse Bair | Review N. Kuenzi email memorandum re Delaware unfair claims handling rules in connection with Arrowood strategy (.2); | 0.20 | $125.00 |
| 6/22/2023 | Timothy Burns | Review L. Au's notice/knowledge memo (.2); review agenda for weekly strategy call with PSZJ (.1): review the Diocese's objection to motion to amend claims objections procedures (.2); review letter to the Court from the Diocese re scope of notice discovery (.2); review the Committee's response letter (.1); | 0.80 | $780.00 |
| 6/22/2023 | Jesse Bair | Review correspondence with B. Michael and state court counsel re motion to dismiss hearing issues (.1); | 0.10 | $62.50 |
| 6/22/2023 | Jesse Bair | Review L. Au email memorandum re parameters of Committee intervention rights in connection with Arrowood district court action (.1); | 0.10 | $62.50 |
| 6/22/2023 | Jesse Bair | Review agenda for weekly strategy call with PSZJ (.1): | 0.10 | $62.50 |
| 6/23/2023 | Jesse Bair | Correspondence with B. Michael re insurance demand letter issues (.2); | 0.20 | $125.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 6/23/2023 | Jesse Bair | Review and consider L. Au's supplemental expected or intended analysis (.4); | 0.40 | $250.00 |
| 6/23/2023 | Jesse Bair | Preliminary analysis re Interstate's responses to the Committee's Section 3420 notice letter (.2); | 0.20 | $125.00 |
| 6/23/2023 | Jesse Bair | Review the Diocese's reply in support of its 11th omnibus claims objection re BSA claims (.1); | 0.10 | $62.50 |
| 6/23/2023 | Timothy Burns | Review correspondence with PSZJ and state court counsel re motion to dismiss hearing (.1); | 0.10 | $97.50 |
| 6/23/2023 | Jesse Bair | Additional analysis re LMI's response to the Committee's Section 3420 notice letter (.1); correspond with LMI re same (.1); | 0.20 | $125.00 |
| 6/23/2023 | Jesse Bair | Review the Committee's reply in support of its motion to amend claims objections procedures order (.1); | 0.10 | $62.50 |
| 6/23/2023 | Karen Dempski | Draft monthly BB fee statement (.6); generate and edit Exhibit A to same (.1); correspond with J. Bair re same (.1); | 0.80 | $288.00 |
| 6/26/2023 | Brian Cawley | Correspond with J. Bair regarding Interstate coverage letter review project (.2); begin analyzing each individual coverage position letter sent by Interstate to state court counsel (1.4); | 1.60 | $672.00 |
| 6/26/2023 | Jesse Bair | Additional analysis of Interstate's responses to the Committee's Section 3420 notice letter (.2); provide instructions to N. Kuenzi and B. Cawley re supplemental analysis needed in connection with same (.2); | 0.40 | $250.00 |
| 6/26/2023 | Jesse Bair | Participate in conference with T. Burns re case developments and insurance next-steps (.1); | 0.10 | $62.50 |
| 6/26/2023 | Nathan Kuenzi | Review correspondence with J. Bair regarding Interstate coverage letter review project (.2); begin analyzing each individual coverage position letter sent by Interstate to state court counsel (1.6); | 1.80 | $756.00 |
| 6/26/2023 | Jesse Bair | Review correspondence with J. Stang and state court counsel re parish stay issues (.1); | 0.10 | $62.50 |
| 6/26/2023 | Jesse Bair | Review Lexington's' response to the Committee's Section 3420 notice letter (.2); | 0.20 | $125.00 |
| 6/26/2023 | Timothy Burns | Participate in conference with J. Bair re case developments and insurance next-steps (.1); | 0.10 | $97.50 |
| 6/27/2023 | Nathan Kuenzi | Analyze issues raised by partial denial and reservation of rights in review of Interstate coverage position letters (1.3); | 1.30 | $546.00 |
| 6/27/2023 | Timothy Burns | Review correspondence re removal issues (.2); review correspondence re claims objection hearing (.2); review correspondence with Arrowood re protective order (.2); | 0.60 | $585.00 |
| 6/27/2023 | Jesse Bair | Answer B. Cawley questions re analysis of Interstate coverage position letters (.1); | 0.10 | $62.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 6/27/2023 | Jesse Bair | Review draft joint letter to Judge Cave re proposed confidentiality agreement in the Arrowood district court action (.1); review draft confidentially stipulation (.1); correspondence with the Diocese and Arrowood re same (.1); | 0.30 | $187.50 |
| 6/27/2023 | Brian Cawley | Continue analyzing each individual coverage position letter sent by Interstate to state court counsel (5.6); | 5.60 | $2,352.00 |
| 6/27/2023 | Katie Sticklen | Discuss Interstate coverage letter review project with B. Cawley (.7); begin analyzing each individual coverage position letter sent by Interstate to state court counsel (2.2); | 2.90 | $1,096.20 |
| 6/27/2023 | Jesse Bair | Correspondence with B. Horn re BB's eighth interim fee application (.2); | 0.20 | $125.00 |
| 6/27/2023 | Jesse Bair | Review correspondence from B. Michael re motion to dismiss hearing issues (.1); | 0.10 | $62.50 |
| 6/27/2023 | Brian Cawley | Discuss Interstate coverage letter review project with K. Sticklen (.7); | 0.70 | $294.00 |
| 6/28/2023 | Katie Sticklen | Continue analyzing each individual coverage position letter sent by Interstate to state court counsel (4.7); | 4.70 | $1,776.60 |
| 6/28/2023 | Jesse Bair | Review final version of the Arrowood district court action confidentiality stipulation and protective order (.1); | 0.10 | $62.50 |
| 6/28/2023 | Brian Cawley | Continue analyzing each individual coverage position letter sent by Interstate to state court counsel (4.0); | 4.00 | $1,680.00 |
| 6/29/2023 | Brenda Horn-Edwards | Draft BB eighth interim fee application (1.6); revise declaration of T. Burns re same (.2); draft exhibits to same (.8); correspond with J. Bair re same (.1); | 2.70 | $972.00 |
| 6/29/2023 | Jesse Bair | Review the Diocese's opposition to the Committee's motion to dismiss (.5); conference with T. Burns re same (.1); | 0.60 | $375.00 |
| 6/29/2023 | Brian Cawley | Finalize summary of Interstate coverage position letters sent to state court counsel (2.2); | 2.20 | $924.00 |
| 6/29/2023 | Jesse Bair | Review Arrowood's response to the Committee's Section 3420 notice letter (.2); | 0.20 | $125.00 |
| 6/29/2023 | Jesse Bair | Review the parties' joint status letter to Judge Rochon in the Arrowood district court action (.1); | 0.10 | $62.50 |
| 6/29/2023 | Jesse Bair | Review the future claims representative's opposition to the Committee's motion to dismiss (.3); | 0.30 | $187.50 |
| 6/29/2023 | Jesse Bair | Review draft of the Committee's reply in support of its motion to dismiss (.3); | 0.30 | $187.50 |
| 6/29/2023 | Timothy Burns | Conference with J. Bair re the Diocese's opposition to the Committee's motion to dismiss (.1); | 0.10 | $97.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 6/30/2023 | Jesse Bair | Review correspondence with the mediator re Arrowood claims monitor issues (.1); review Delaware regulator order in connection with same (.1); | 0.20 | $125.00 |
| 6/30/2023 | Jesse Bair | Review suggested addendum to the case protective order provided by Arrowood (.1); | 0.10 | $62.50 |
| 6/30/2023 | Jesse Bair | Review K. Dine correspondence re motion to dismiss update (.1); | 0.10 | $62.50 |
| 6/30/2023 | Jesse Bair | Review P. Shields declaration in support of the Committee's motion to dismiss (.1); | 0.10 | $62.50 |
| 6/30/2023 | Brenda Horn-Edwards | Revise BB eighth interim fee application (.1); | 0.10 | $36.00 |
| 6/30/2023 | Jesse Bair | Review J. Amala declaration in support of the Committee's motion to dismiss (.1); | 0.10 | $62.50 |
| 6/30/2023 | Jesse Bair | Review Judge Rochon's Order adjourning the post-discovery hearing in the Arrowood district court action (.1); | 0.10 | $62.50 |
| 6/30/2023 | Jesse Bair | Review P. Stoneking declaration in support of the Committee's motion to dismiss (.1); | 0.10 | $62.50 |
| 6/30/2023 | Timothy Burns | Correspondence with the mediator re Arrowood claims monitor issues (.1); review correspondence with J. Bair and Arrowood re protective order in district court proceeding (.1): | 0.20 | $195.00 |
| 6/30/2023 | Jesse Bair | Review C. d'Estries declaration in support of the Committee's motion to dismiss (.1); | 0.10 | $62.50 |
| **Total Hours and Fees** | | | **152.80** | **$90,200.90** |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alyssa Turgeon | 0.20 | $360.00 | $72.00 |
| Brenda Horn-Edwards | 2.80 | $360.00 | $1,008.00 |
| Brian Cawley | 52.80 | $420.00 | $22,176.00 |
| Jesse Bair | 36.80 | $625.00 | $23,000.00 |
| Karen Dempski | 0.80 | $360.00 | $288.00 |
| Katie Sticklen | 7.80 | $378.00 | $2,948.40 |
| Leakhena Au | 3.70 | $420.00 | $1,554.00 |
| Nathan Kuenzi | 13.60 | $420.00 | $5,712.00 |
| Timothy Burns | 34.30 | $975.00 | $33,442.50 |

**Total Due This Invoice: $90,200.90**