PACHULSKI STANG ZIEHL & JONES LLP
James I. Stang, Esq. (admitted *pro hac vice*)
Karen B. Dine, Esq.
Gillian N Brown, Esq.
Brittany M. Michael, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: 212- 561-7700
Facsimile: 212-561-7777
Email: jstang@pszjlaw.com
kdine@pszjlaw.com
gbrown@pszjlaw.com
bmichael@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 20-12345 (MG) |
| | ) | |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING (1) THIRTIETH MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JUNE 1, 2023 THROUGH JUNE 30, 2023; AND (2) THIRTY-SECOND MONTHLY FEE STATEMENT OF BURNS BAIR LLP, AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED FOR THE PERIOD FROM JUNE 1, 2023 THROUGH JUNE 30, 2023**

Pursuant to 28 U.S.C. § 1746 and Rule 9075-2 of the Local Bankruptcy Rules for the Southern District of New York, the undersigned counsel for the Official Committee of Unsecured Creditors (the "Committee") hereby certifies as follows:

1. On November 4, 2020, this Court entered the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 129] (the "Interim Compensation Order"),[1] which authorized professionals retained pursuant to an order of this Court in the chapter 11 case to seek interim payment of compensation and reimbursement of expenses in accordance with the procedures set forth in the Interim Compensation Order.

2. On **July 31, 2023**, the Committee filed the following:

- For **Pachulski Stang Ziehl & Jones LLP** ("PSZJ")**:** *Thirtieth Monthly Fee Statement of Pachulski Stang Ziehl & Jones LLP for Professional Services Rendered and Disbursements Incurred as Counsel to the Official Committee of Unsecured Creditors for the Period from June 1, 2023 through June 30, 2023* [Docket No. 2360] (the "PSZJ Monthly Fee Statement"); and

- For **Burns Bair LLP:** *Thirty-Second Monthly Fee Statement of Burns Bair LLP, as Special Insurance Counsel to the Official Committee of Unsecured Creditors for Professional Service Rendered June 1, 2023 through June 30, 2023* [Docket No. 2361] (together with the PSZJ Monthly Fee Statement, the "Monthly Fee Statements").

3. The Monthly Fee Statements were served on **July 31, 2023** [Docket No. 2362].

4. The Monthly Fee Statements complied with the requirements set forth in the Interim Compensation Order.

5. Pursuant to the Interim Compensation Order, **August 15, 2023** was the deadline to object to the Monthly Fee Statements (the "Objection Deadline"). As of the filing of this Certification of No Objection, more than forty-eight (48) hours have elapsed since the Objection Deadline. To the best of my knowledge, no responses to the Monthly Fee Statements have been (a) filed with the Court on the docket of the above-captioned chapter 11 case, or (b) served on PSZJ.

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

6. Pursuant to the Interim Compensation Order, upon filing of this Certification of No Objection, the Debtor is authorized to pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statements and without the need for entry of a Court order approving the Monthly Fee Statements.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 17, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Gillian N. Brown*

James I. Stang, Esq. (admitted *pro hac vice*)
Karen B. Dine, Esq.
Gillian N Brown, Esq.
Brittany M. Michael, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: jstang@pszjlaw.com
kdine@pszjlaw.com
gbrown@psjzlaw.com
bmichael@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*