REED SMITH LLP
Aaron Javian, Esq.
John B. Berringer, Esq.
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: ajavian@reedsmith.com
E-mail: jberringer@reedsmith.com

REED SMITH LLP
Timothy P. Law, Esq. (admitted *pro hac vice*)
1717 Arch Street
Three Logan Square, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420
E-mail: tlaw@reedsmith.com

*Special Insurance Counsel for Debtor
and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| THE ROMAN CATHOLIC DIOCESE OF | : | Case No. 20-12345 (MG) |
| ROCKVILLE CENTRE, NEW YORK,[1] | : |  |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

**THIRTY-FOURTH MONTHLY STATEMENT OF REED SMITH LLP, AS
SPECIAL INSURANCE COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION,
OF FEES FOR PROFESSIONAL SERVICES RENDERED AND
DISBURSEMENTS INCURRED FOR THE PERIOD
JULY 1, 2023 THROUGH JULY 31, 2023**

| | |
|---|---|
| Name of Applicant: | Reed Smith LLP |
| Authorized to Provide Professional Services to: | Debtor and Debtor in Possession |
| Date of Retention: | Order entered on November 4, 2020, *nunc pro tunc* to October 1, 2020 |
| Period for which compensation and reimbursement is sought: | July 1, 2023 to July 31, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $247,922.00<br><br>80% of which is $198,337.60 |

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue P.O. Box 9023, Rockville Centre, NY 11571-9023.

| | |
|---|---|
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $983.97 |
| Fees and Expenses of Debtor's Consulting Expert ("Expert F&E") | $23,029.50[2] |
| TOTAL (80% of fees, 100% of costs, 100% of Expert F&E) | $222,351.07 |

Reed Smith LLP ("Reed Smith"), as Special Insurance Counsel for the Debtor and Debtor-In Possession, hereby submits this thirty-fourth monthly statement (the "Monthly Statement") for the period of July 1, 2023 through July 31, 2023 (the "Statement Period") for payment of professional services rendered and reimbursement of expenses incurred during the Statement Period pursuant to the Court's Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Dkt. No. 129] (the "Fee Procedures Order").  Reed Smith requests: (a) interim allowance and payment of compensation in the amount of $198,337.60 (80% of $247,922.00) of fees on account of reasonable and necessary professional services rendered to the Debtor by Reed Smith, (b) reimbursement of actual and necessary costs and expenses in the amount of $983.97 incurred by Reed Smith during the Statement Period, and (c) reimbursement for services rendered, and costs and expenses incurred, by Debtor's consulting expert in the amount of $23,029.50.

### **FEES FOR SERVICES RENDERED DURING THE STATEMENT PERIOD**

1.      Set forth below is a list of the positions of the Reed Smith professionals and paraprofessionals who provided services to the Debtor during the Statement Period, their respective billing rates, and the aggregate hours spent by each professional and paraprofessional in providing services on behalf of the Debtor during the Statement Period.

---

[2] Submitted for payment pursuant to *Order Authorizing the Retention of Experts* [Dkt. No. 783], ¶ 3.

| Name | Title | Department | Office | JD Year | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Law, Timothy | Equity Partner | Litigation | Philadelphia | 1995 | 1,250 | 23.1 | $28,875.00 |
| Javian, Aaron | Fix.Sh.Partner | Business and Finance | New York | 2004 | 1,215 | 4.6 | $5,589.00 |
| Kramer, Ann | Fix.Sh.Partner | Litigation | New York | 1984 | 1,390 | 37.7 | $52,403.00 |
| Berringer, John | Counsel | Litigation | New York | 1980 | 1,285 | 76.0 | $97,660.00 |
| Kim, Esther Y. | Associate | Litigation | Philadelphia | 2018 | 685 | 56.6 | $38,771.00 |
| LauKamg, Christopher | Paralegal | Business and Finance | New York | - | 410 | 35.4 | $14,514.00 |
| Zygmund-Felt, Georgia A. | Paralegal | Litigation | Philadelphia | - | 380 | 4.5 | $1,710.00 |
| Schad, James | Other | Litigation | Washington | - | 600 | 14.0 | $8,400.00 |
| | | | | | | 251.9 | $247,922.00 |
| | | | | | | | |
| TOTAL: | | | | | | 251.9 | $247,922.00 |

2.    The rates charged by Reed Smith for services rendered to the Debtor are the same rates that it charges generally for professional services rendered to its non-bankruptcy clients as described in the engagement letter between Reed Smith and the Debtor.  A complete itemization of tasks performed by these professionals and paraprofessionals for the Statement Period is annexed hereto as **Exhibit A**.

## EXPENSES INCURRED DURING THE STATEMENT PERIOD

3.    Set forth below is a categorical list of expenses incurred by Reed Smith during the Statement Period in the course of representing the Debtor.

| Description | Amount |
|---|---|
| Duplicating/Printing/Scanning | $94.20 |
| USDC SDNY June 15, 2023 and June 16, 2023 Hearing Transcript Expense | $329.28 |
| Gravity Stack May 2023 Document Production Fee | $234.15 |
| USDC SDNY June 1, 2023 Hearing Transcript Expense | $326.34 |
| TOTAL: | $983.97 |

## NOTICE AND OBJECTION PROCEDURES

4.    Reed Smith has provided notice of this statement upon the following parties by electronic or first class mail: (i) the Debtor, the Roman Catholic Diocese of Rockville Centre, 50 N. Park Avenue, P.O. Box 9023, Rockville Centre, NY 11571 (Attn: Thomas Renker); (ii) counsel to the Debtor, Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); (iii) the Office of the United States Trustee Region 2, Alexander Hamilton Custom House, One Bowling Green, Suite 534, New York, NY 10004 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq.); and (iv) counsel for the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017 (Attn: Ilan D. Scharf, Esq., Karen B. Dine, Esq. and Brittany M. Michael, Esq.) and Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067 (Attn: James I. Stang, Esq.).

5.    Pursuant to the Fee Procedures Order, objections to this Monthly Statement, if any, must be served no later than **September 1, 2023** (the "Objection Deadline") upon the following parties: (i) the Debtor, the Roman Catholic Diocese of Rockville Centre, 50 N. Park Avenue, P.O. Box 9023, Rockville Centre, NY 11571 (Attn: Thomas Renker); (ii) counsel to the Debtor, Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); (iii) the Office of the United States Trustee Region 2, Alexander Hamilton Custom House, One Bowling Green, Suite 534, New York, NY 10004 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq.); (iv) counsel for the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017 (Attn: Ilan D. Scharf, Esq., Karen B. Dine, Esq. and Brittany M. Michael, Esq.) and Pachulski Stang Ziehl

4

& Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067 (Attn: James I. Stang, Esq.); and (v) Special Insurance Counsel, Reed Smith LLP, 599 Lexington Avenue, New York, NY 10022 (Attn: Aaron Javian, Esq. and John B. Berringer, Esq.) and Reed Smith LLP, 1717 Arch Street, Three Logan Square, Suite 3100, Philadelphia, PA 19103 (Attn: Timothy P. Law, Esq.).

6.      If no objections to this Monthly Statement are received by the Objection Deadline, the Debtor will be authorized thereafter to pay Reed Smith 80% of the fees and 100% of the expenses identified in the Monthly Statement as well as 100% of the Expert F&E.

7.      To the extent an objection to the Monthly Statement is received on or before the Objection Deadline, the Debtor will withhold payment of that portion of the Monthly Statement to which the objection is directed and is authorized to pay the remainder of fees and expenses in the percentages set forth above.  To the extent such objection is not resolved, it shall be preserved and presented to the Court at the next interim or final fee application hearing to be heard in accordance with paragraph 2(k) of the Fee Procedures Order.

Dated:   August 17, 2023
       New York, New York

                  REED SMITH LLP

                  */s/ Aaron Javian*
                  Aaron Javian, Esq.
                  John B. Berringer, Esq.
                  599 Lexington Avenue
                  New York, NY 10022
                  Telephone: (212) 521-5400
                  Facsimile: (212) 521-5450
                  E-mail: ajavian@reedsmith.com
                  E-mail: jberringer@reedsmith.com

                  -and-

                  REED SMITH LLP
                  Timothy P. Law, Esq. (admitted *pro hac vice*)
                  1717 Arch Street
                  Three Logan Square, Suite 3100
                  Philadelphia, PA 19103
                  Telephone: (215) 851-8100
                  Facsimile: (215) 851-1420
                  E-mail: tlaw@reedsmith.com

                  *Special Insurance Counsel for Debtor and Debtor in Possession*

# EXHIBIT A



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number: **3641885** |
| 50 No. Park Avenue | Invoice Date: **8/15/2023** |
| Att: William G. Chapin | Client Number: **504893** |
| Rockville Centre, NY 11570 | Matter Number: **504893.60005** |
| US - UNITED STATES | |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Chapter 11 Insurance Recovery**

---

Total Current Fees.............................................................................$    233,559.00

Total Current Expenses and Other Charges .......................................$          983.97

**Total Due This Invoice:**                                                    **$      234,542.97**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360110*
*Pittsburgh, PA 15251-6110*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
**(Please Reference Invoice Number)**



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number: **3641885** |
| 50 No. Park Avenue | Invoice Date: **8/15/2023** |
| Att: William G. Chapin | Client Number: **504893** |
| Rockville Centre, NY 11570 | Matter Number: **504893.60005** |
| US - UNITED STATES | |

**RE: Chapter 11 Insurance Recovery**

---

## INVOICE SUMMARY

Total Current Fees...............................................................................$    233,559.00

Total Current Expenses and Other Charges .....................................$          983.97

**Total Due This Invoice:**                                          **$    234,542.97**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360110*
*Pittsburgh, PA 15251-6110*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
**(Please Reference Invoice Number)**



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number: **3641885** |
| 50 No. Park Avenue | Invoice Date: **8/15/2023** |
| Att: William G. Chapin | Client Number: **504893** |
| Rockville Centre, NY 11570 | Matter Number: **504893.60005** |
| US - UNITED STATES | |

### DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH July 31, 2023

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 07/03/23 | T.P. Law | Address motion to redact transcript to remove settlement discussions. | 0.80 |
| 07/05/23 | J.B. Berringer | Team telephone conference (1.0); call with mediators, LMI (.80); review of UCC Motion in limine (.60). | 2.40 |
| 07/05/23 | A. Kramer | Work in process call with client, A&M, JD and RS teams (.50); mediation call with LMI, RS and JD teams (1.20); review MTD filings (1.60). | 3.30 |
| 07/05/23 | T.P. Law | Partial participation in meeting with mediators and LMI. | 0.50 |
| 07/06/23 | J.B. Berringer | Review LMI letter re: Moore claim (.40); email W. Chapin re: same (.10); review KCIC article re Arrowood (.60); telephone conference with D. Artese re: Cave Order, Ferraro docs (.50). | 1.60 |
| 07/06/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 1.00 |
| 07/06/23 | C.M. LauKamg | Finalize, electronically file and serve USDC SDNY Motion to Redact Transcript and update master files and calendar. | 0.80 |
| 07/07/23 | E. Y. Kim | Analyze policy documents in the Diocese's production for response to Arrowood's deficiency letter (2.20); revise response letter to Arrowood's deficiency letter regarding production of policy documents and paper claim files (.40). | 2.60 |
| 07/07/23 | J.B. Berringer | Review emails re: mediation sessions. | 0.40 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 07/07/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 1.00 |
| 07/07/23 | J.C. Schad | Attention to production of documents, discuss document sources, time line, review, retrieval with E. Kim, transmit certain materials (2.10); research, discussion with A. Koss re: Arrowood response letter (.30). | 2.40 |
| 07/10/23 | E. Y. Kim | Analyze privileged and first notice documents in the Diocese's production to revise response to Arrowood's deficiency letter (2.80); draft follow up items needed to finalize deficiency letter (.50). | 3.30 |
| 07/10/23 | A. Kramer | Listen to portions of motion to dismiss hearing. | 1.80 |
| 07/10/23 | T.P. Law | Review and revise draft response to Arrowood's discovery letter. | 1.80 |
| 07/10/23 | J.B. Berringer | Review Moffitt letter to UCC (.10); review T. Law email re: Arrowood discovery (.10); review E. Kim email to Renker re: Arrowood discovery (.20); review of draft letter to Arrowood (.50); revisions to draft letter and emails re: same (.40). | 1.30 |
| 07/10/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 1.00 |
| 07/11/23 | E. Y. Kim | Analyze privileged and first notice documents in the Diocese's production to revise response to Arrowood's deficiency letter for J. Berringer and T. Law review (2.60); call with J. Berringer regarding strategy for response letter (.50); call with T. Law regarding strategy for same (.30); call with W. Chapin regarding document collection regarding Diocese's productions for response letter (.20). | 3.60 |
| 07/11/23 | A. Kramer | Listen to MTD hearing and email exchange with C. Ball re: Arrowood financials. | 3.20 |
| 07/11/23 | T.P. Law | Telephone conference with Esther Kim re: | 0.40 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | response letter to discovery disputes. | |
| 07/11/23 | J.B. Berringer | Review of emails re: Arrowood discovery (.50); telephone conference with E. Kim re: same (.60); review of Ferraro docs from Diocese of Brooklyn and email T. Law re: same (1.80); email C. Adams re: depositions and review of reply (.30); review of Placa docs (2.80). | 6.00 |
| 07/11/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 07/12/23 | A. Kramer | Review email exchange with LMI re: mediation (.20); work in process call with JD and RS teams re: motion to dismiss hearing, next steps with UCC (1.10); conference call with Law and Berringer re: Arrowood/Security Fund issues (.40). | 1.70 |
| 07/12/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 07/12/23 | J.C. Schad | Respond to request for historic insurance policy materials from E. Kim. | 0.40 |
| 07/12/23 | T.P. Law | Participate in work in process call with Reed Smith and Jones Day Teams. | 1.00 |
| 07/12/23 | T.P. Law | Follow up teleconference with A. Kramer and J. Berringer re: Arrowood litigation funding. | 0.40 |
| 07/12/23 | T.P. Law | Telephone conference with Unsecured Creditors Committee and Jones Day re: Arrowood litigation funding. | 0.80 |
| 07/12/23 | T.P. Law | Review and approve joint letter on Brooklyn response to subpoena after consulting with J. Berringer. | 0.40 |
| 07/12/23 | T.P. Law | Email exchanges with E. Kim re: efforts to finish response to Arrowood's discovery letter. | 0.30 |
| 07/12/23 | J.B. Berringer | Review of draft letter to MJ Cave re: Diocese of | 5.20 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | Brooklyn docs (.20); email T. Law re: same (.10) team call, follow-up call with T. Law, A. Kramer (1.60); review of Placa docs (2.50); review and respond to W. Chapin email re: defense costs and LMI (.80). | |
| 07/13/23 | J.C. Schad | Review, revise, submit for E. Kim review response to Arrowood's interrogatories (.30); review materials to prepare report to E. Kim re: broker background (.50). | 0.80 |
| 07/13/23 | T.P. Law | Provide redacted non-disclosure agreement to Jones Day to provide to the UCC. | 0.30 |
| 07/13/23 | T.P. Law | Review draft LMI interrogatories. | 0.80 |
| 07/13/23 | G. A. Zygmund-Felt | Redact NDA for T. Law and return for review. | 0.20 |
| 07/13/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 07/13/23 | J.B. Berringer | Review emails re mediation session (.40); review, revise interrogatories, doc. demands re: LMI, Evanston (1.60); telephone conference with E. Kim re: same (.30). | 2.30 |
| 07/14/23 | A. Kramer | Conference call with C. Ball and B. Rosenblum re: mediation issues, Arrowood claims (.40); email exchange with Berringer and Law re: telecon with C. Ball (.10). | 0.50 |
| 07/14/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 07/14/23 | C.M. LauKamg | Telephone and email to USDC SDNY Clerks Office regarding Redacted Transcript efiling procedures and efile same. | 0.40 |
| 07/14/23 | J.B. Berringer | Review OF P.O., Ferraro docs (1.90); emails T. Law, E. Stephens re: same (.40); email to T. Law re: Placa docs (.20); email C. Adams re: same | 6.30 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | (.40); review of Arrowood Ans. re: Request to Admit (.50); review of A. Kramer emails re: Burford and email T. Law re: same (.30); email C. Adams re: Placa prep. (.60); review W. Chapin email re: Arrowood RFI (.50); emails W. Chapin, E. Stephens re: same (.40); review article re: Boy Scout Plan (.60); review docket entries re: case (.50). | |
| 07/17/23 | T.P. Law | Review and finalize discovery request for LMI and Evanston. | 2.80 |
| 07/17/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 07/17/23 | J.B. Berringer | Meeting with JD, client and LMI counsel. | 8.00 |
| 07/17/23 | A. Kramer | Mediation session with LMI. | 8.10 |
| 07/17/23 | E. Y. Kim | Revise and finalize discovery requests to LMI and Evanston per T. Law's comments. | 3.40 |
| 07/18/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 07/18/23 | J.B. Berringer | Telephone conference with T. Law re: [REDACTED] (.40); review emails re: discovery issues in Adv. Proceedings (.50); review discovery demands from Evanston, LMI (.90); review LMI letter re: CHDLI claim, emails B. Davey, W. Chapin re: same (.60); prep. for and attendance on mediator call with Allianz (1.50). | 3.90 |
| 07/18/23 | T.P. Law | Follow up with E. Stephens re: questions related to Arrowood discovery requests. | 0.30 |
| 07/18/23 | T.P. Law | Attend virtual meeting with mediators and Allianz. | 1.00 |
| 07/18/23 | A. Kramer | Work with KCIC re: LMI allocations (2.70); email exchanges and telephone calls with KCIC and JD teams re: same (.70); email exchanges with LMI team re: allocations etc. (.80); Zoom call with | 5.40 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | mediators and Allianz team re: settlement strategy (1.20). | |
| 07/19/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 07/19/23 | J.C. Schad | Communications with E. Kim re: protected medical information. | 0.20 |
| 07/19/23 | T.P. Law | Attend virtual meeting with LMI re: potential for settlement. | 0.80 |
| 07/19/23 | T.P. Law | Emails with J. Berringer, A. Kramer, and A. Butler re: potential settlement with LMI. | 0.40 |
| 07/19/23 | T.P. Law | Telephone conference with Unsecured Creditors Committee re: potential for settlements. | 0.60 |
| 07/19/23 | T.P. Law | Video conference with [REDACTED]. | 0.40 |
| 07/19/23 | T.P. Law | Email to T. Renker re: additional documents for production. | 0.20 |
| 07/19/23 | T.P. Law | Review Judge Glenn's decision denying motion to dismiss. | 0.30 |
| 07/19/23 | T.P. Law | Review Arrowood's responses to Diocese request for admission. | 0.30 |
| 07/19/23 | T.P. Law | Review A. Kramer email re: meeting with insurance counsel for the Unsecured Creditors Committee and supplement with my thoughts. | 0.30 |
| 07/19/23 | E. Y. Kim | Revise and finalize response letter to Arrowood's deficiency letter (1.0); revise and finalize exhibit A to supplemental responses to Arrowood's duty to defend document demands (1.80); revise redaction log for February 3, 2023 production (.40); revise privilege log for February 3, 2023 production (.20); analyze documents relating to first notice of claims for supplemental production (2.80); draft cover letter for same (.40); draft redaction log for same (.90). | 7.50 |
| 07/19/23 | A. Kramer | Work in process call with Renker, Fasano, JD | 8.20 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | and RS Teams re: motion to dismiss ruling, mediation strategy (1.0); negotiation with LMI (5.50) ; meeting with Comm insurance counsel and T. Law (1.0); draft notes of meeting for JD Team (.20); communications with client and JD Team re: LMI negotiations (.20); telephone conversation Sugayan re: negotiations (.30). | |
| 07/20/23 | J.C. Schad | Review historic claims documents re: potentially protected medical information for report to E. Kim. | 0.60 |
| 07/20/23 | J.B. Berringer | Review Order denying Motion to Dismiss (.60); review emails re: discussions with LMI (.40); review new pleading in Del. Diocese of Brooklyn case and email A. Kramer re: same (.80); review A. Kramer memo re: meeting with UCC Insurance counsel (.40); review BSA complaint vs. non-settling insurers (.50). | 2.70 |
| 07/20/23 | T.P. Law | Email re: meeting with insurance counsel for the Unsecured Creditors Committee. | 0.30 |
| 07/20/23 | A. Kramer | Draft summary for clients of negotiations (1.20); email exchange with JD and client re: same (.20); review BSA Trustee complaint against insurers (.20); review amended filings in Brooklyn case against DE insurance commissioner (.20). | 1.80 |
| 07/20/23 | E. Y. Kim | Draft responses and objections to LMI phase 1 interrogatories (2.60); analyze Diocese Royal claim file documents regarding personal health information for supplemental production (1.50). | 4.10 |
| 07/21/23 | J.B. Berringer | Review Placa docs (2.50); review email re: LMI discussions (.40) review Davey letter re: CHS claims (.40); attendance on call with Arrowood, mediators (.60); review of outline for Chapin dep., prep for deposition and emails re: same (1.10). | 5.00 |
| 07/21/23 | G. A. Zygmund-Felt | Draft Responses to London Market Insurers' First Set of Phase 1 Interrogatories to the Plaintiff. | 2.60 |
| 07/21/23 | G. A. Zygmund-Felt | Draft Responses to Evanston First Set of Phase 1 Interrogatories to the Plaintiff. | 1.70 |
| 07/21/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY | 0.80 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | |
| 07/21/23 | T.P. Law | Review correspondence from insurance counsel for the Unsecured Creditors Committee and suggest response. | 0.20 |
| 07/21/23 | A. Kramer | Review message from Sugayan re: LMI negotiations (.20); teams call with mediator and Arrowood re settlement discussions (.60); telephone conversation and email exchange with J. Berringer re: same (.10); review letter from Burns re: insurer settlement discussions (.20). | 1.10 |
| 07/21/23 | E. Y. Kim | Draft responses and objections to LMI's phase 1 document requests. | 2.80 |
| 07/24/23 | A. Kramer | Review/revise draft response to Committee letter (.20); email exchanges with JD and RS teams re: same (.20); review reports re: Rochester settlement (.10). | 0.50 |
| 07/24/23 | T.P. Law | Draft letter to Unsecured Creditors Committee insurance counsel T. Burns in response to correspondence about potential settlements with insurance companies. | 2.20 |
| 07/24/23 | T.P. Law | Revise letter to T. Burns to reflect comments from Jones Day and Reed Smith lawyers. | 0.40 |
| 07/24/23 | E. Y. Kim | Analyze court hearing transcript to draft responses and objections to Evanston's discovery requests (.80): draft responses and objections to Evanston's document requests (1.30); draft responses and objections to Evanston's interrogatories (1.20); analyze court hearing transcript to draft responses and objections to LMI's discovery requests (.70); confer with J. Schad regarding same (.50). | 4.50 |
| 07/24/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 07/24/23 | J.C. Schad | Research insurer requests to discuss discovery responses with E. Kim (.90); review, discuss with E. Kim (.50); research re: certain terms used in insurer requests (.80). | 2.20 |
| 07/24/23 | J.B. Berringer | Review of draft reply to UCC Ins. counsel letter (.40); review emails re: same (.40); email T. Law re: Interrogatories, review T. Law reply (.40); review D. Artese emails (.20); review T. Geremia comments re: reply to UCC counsel letter (.20); email to C. Adams re: Placa deposition (.30). | 1.90 |
| 07/25/23 | E. Y. Kim | Analyze documents responsive to LMI's document requests to draft responses to same (1.80); draft notes for client regarding same (.50); analyze documents responsive to Evanston's document requests (1.50); draft notes for client regarding same (.40). | 4.20 |
| 07/25/23 | T.P. Law | Video-conference with [REDACTED]. | 0.50 |
| 07/25/23 | J.B. Berringer | Review, reply to Schad email re: Arrowood discovery (.60); telephone conference with Parish insurance counsel (.50); prep for Arrowood depositions (2.50). | 3.60 |
| 07/25/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 07/25/23 | J.C. Schad | Review, notate, record insurers' RFPs, RFIs, transcripts, Scheduling Orders, amended complaint (4.20); communications with E. Kim, J. Berringer (.40); research, analyze and notate file materials re: categorical descriptions (1.20). | 5.80 |
| 07/26/23 | A. Kramer | Work in process call with JD, RS and A&M teams re: settlement discussions, removal/remand process in CVA cases etc. (.60); draft note to mediators re: letters exchanged with committee (.20); review of insurers merits brief to 3rd Cir in BSA (.40). | 1.20 |
| 07/26/23 | J.C. Schad | Analyze and discuss with E. Kim responses to | 1.60 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| | | insurers' discovery requests, Court's Order and categorical descriptions (.80); review Evanston discovery request for report to E. Kim (.60); attention to response to request from J. Berringer (.20). | |
| 07/26/23 | E. Y. Kim | Draft notes for client regarding Evanston's interrogatories (.80); draft notes for client regarding LMI's interrogatories (.60); analyze additional claim file for supplemental production to Arrowood (1.60); revise discovery responses to LMI's document requests (1.30). | 4.30 |
| 07/26/23 | T.P. Law | Participate in work in process call with Reed Smith and Jones Day teams. | 0.70 |
| 07/26/23 | T.P. Law | Finalize and send letter to T. Burns. | 0.20 |
| 07/26/23 | T.P. Law | Review correspondence from LMI to T. Burns. | 0.20 |
| 07/26/23 | J.B. Berringer | Prep. for, attendance on Team telephone conference (.80); prep for Chapin deposition, review of docs re: notice to Arrowood (3.90); arrangements for meeting with team re: new notice docs (.50); review, respond to emails re: E. Puglisi (.80); review Mercy Hosp. and docs, emails E. Kim re: same (.60). | 6.60 |
| 07/27/23 | A. Kramer | Conference call with Berringer, Law and Kim re: Arrowood discovery issues and Chapin deposition. | 0.50 |
| 07/27/23 | E. Y. Kim | Analyze documents from client relating to notice of specific claims to Arrowood for supplemental production (.80); call with T. Law, J. Berringer and A. Kramer regarding response to Arrowood's deficiency letter and supplemental production (.50); revise Rule 30(b)(6) Arrowood deposition notice (1.20). | 2.50 |
| 07/27/23 | J.B. Berringer | Review Arrowood letter, emails E. Kim, W. Chapin re: same (1.40); prep for, attendance on telephone conference with E. Kim, A. Kramer, T. Law re: new notice docs and Arrowood letter (1.20); review of docs re: Compasso, Missbach | 6.00 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | claims (1.80); review emails from W. Chapin re: same (.80); review emails re: Puglisi (.20); emails Chapin re new docs (.60). | |
| 07/27/23 | T.P. Law | Telephone conference re: documents to be produced to Arrowood. | 0.50 |
| 07/28/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 1.00 |
| 07/28/23 | E. Y. Kim | Draft and finalize amended supplemental responses to Arrowood's duty to defend discovery requests (1.40); analyze documents from client relating to notice of certain claims to Arrowood to finalize supplemental production (3.20); draft cover letter for production (.40); draft response letter to Arrowood's deficiency letter (1.50). | 6.50 |
| 07/28/23 | J.B. Berringer | Email re NY late notice law, review of replies (.90); email E. Stephens re: Compasso, Missbach claims (.40); review T. Law, E. Kim emails re: Arrowood dep. notices (.40); review Chapin emails, GB docs re: pre-CVA claims with Arrowood (1.80); email to W. Chapin re: Arrowood discovery (.30); further prep. for Chapin dep. (1.10); review Chapin Ex. 1 and prepare notes (.50); review and respond to Kim emails re: Supp. production to Arrowood (.80). | 6.20 |
| 07/29/23 | E. Y. Kim | Revise Rule 30(b)(6) Arrowood deposition notice regarding late notice and duty to cooperate defenses (1.40); revise response letter to Arrowood regarding W. Chapin documents for J. Berringer's and T. Law's review (1.20). | 2.60 |
| 07/30/23 | T.P. Law | Revise draft letter to Arrowood's counsel A. Smith re: discovery issues. | 0.30 |
| 07/30/23 | J.B. Berringer | Review, revise draft letter to Arrowood and 30(b)(6) Topics. | 1.10 |
| 07/31/23 | E. Y. Kim | Revise and finalize Rule 30(b)(6) Arrowood | 4.70 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | deposition notice per T. Law's comments (2.30); analyze and finalize additional documents for supplemental production (1.50); analyze documents relating to insurance newsletters and reporting policy for J. Berringer's review (.70); revise and finalize response letter to Arrowood regarding W. Chapin documents (.20). | |
| 07/31/23 | T.P. Law | Revise notice of deposition to Arrowood. | 0.80 |
| 07/31/23 | T.P. Law | Prepare for meeting with B. Chapin and J. Berringer to prepare for Chapin deposition. | 1.80 |
| 07/31/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 07/31/23 | J.B. Berringer | Review, revise 30(b)(6) topics (.60); review GB docs (1.50); prep for Chapin deposition (2.90); emails Chapin, Law re: same (.50). | 5.50 |
| 07/31/23 | T.P. Law | Review and approve summary for GuideOne. | 0.10 |
| 07/31/23 | A. Kramer | Telephone conference with C. Sugayan re: mediation. | 0.40 |
| **Total Hours** | | | **225.90** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|-----------|-------|------|-------|
| Ann V. Kramer | 37.70 hrs @ $ | 1,390.00 / hr | 52,403.00 |
| John B. Berringer | 76.00 hrs @ $ | 1,285.00 / hr | 97,660.00 |
| Timothy P. Law | 23.10 hrs @ $ | 1,250.00 / hr | 28,875.00 |
| Esther Y. Kim | 56.60 hrs @ $ | 685.00 / hr | 38,771.00 |
| James C. Schad | 14.00 hrs @ $ | 600.00 / hr | 8,400.00 |
| Christopher LauKamg | 14.00 hrs @ $ | 410.00 / hr | 5,740.00 |
| Georgia A. Zygmund-Felt | 4.50 hrs @ $ | 380.00 / hr | 1,710.00 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| **Total Professional Services** | | | **233,559.00** |

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | | Amount |
|---|---|---|---|
| | Duplicating/Printing/Scanning | 942.00 @ 0.10 | 94.20 |
| 06/26/2023 | USDC SDNY June 16, 2023 Hearing Transcript Expense | | 137.20 |
| 06/26/2023 | USDC SDNY June 15, 2023 Hearing Transcript Expense. | | 192.08 |
| 07/06/2023 | USDC SDNY June 1, 2023 Hearing Transcript Expense | | 326.34 |
| 07/27/2023 | Gravity Stack May 2023 Document Production Fee | | 234.15 |
| | **Total Expenses and Other Charges** | | **983.97** |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 233,559.00 |
| Total Expenses and Other Charges | $ | 983.97 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **234,542.97** |
| **Total Amount Due** | **$** | **234,542.97** |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

R.C. Diocese of Rockville Centre
50 No. Park Avenue
Att: William G. Chapin
Rockville Centre, NY 11570
US - UNITED STATES

| | |
|---|---|
| Invoice Number: | **3641890** |
| Invoice Date: | **8/15/2023** |
| Client Number: | **504893** |
| Matter Number: | **504893.60006** |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Fee statements/fee applications**

Total Current Fees.............................................................................$      14,363.00

**Total Due This Invoice:**                                **$      14,363.00**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
*(Please Reference Invoice Number)*



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number:      **3641890** |
| 50 No. Park Avenue | Invoice Date:        **8/15/2023** |
| Att: William G. Chapin | Client Number:       **504893** |
| Rockville Centre, NY 11570 | Matter Number:    **504893.60006** |
| US - UNITED STATES | |

**RE: Fee statements/fee applications**

---

## INVOICE SUMMARY

Total Current Fees.............................................................................$          14,363.00

**Total Due This Invoice:**                                    **$          14,363.00**

Please Remit to:

***Mail To:***
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
***(Please Reference Invoice Number*)**



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number:  **3641890** |
| 50 No. Park Avenue | Invoice Date:  **8/15/2023** |
| Att: William G. Chapin | Client Number:  **504893** |
| Rockville Centre, NY 11570 | Matter Number:  **504893.60006** |
| US - UNITED STATES | |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH July 31, 2023**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 07/06/23 | C.M. LauKamg | Prepare, revise and edit USBC SDNY Reed Smith LLP Eighth Interim Fee Application in preparation for electronic filing. | 2.80 |
| 07/06/23 | C.M. LauKamg | Prepare, revise and edit USBC SDNY Reed Smith LLP Eighth Interim Fee Application in preparation for electronic filing. | 1.80 |
| 07/10/23 | C.M. LauKamg | Revise USBC SDNY Reed Smith LLP Eighth Interim Fee Application in preparation for electronic filing. | 1.60 |
| 07/11/23 | A. Javian | Attention to correspondence with C. LauKamg re: interim fee application. | 0.30 |
| 07/11/23 | C.M. LauKamg | Revise USBC SDNY Reed Smith LLP Eighth Interim Fee Application in preparation for electronic filing. | 0.80 |
| 07/12/23 | C.M. LauKamg | Finalize USBC SDNY Certificate of No Objection for Reed Smith LLP Thirty-Second Monthly Fee Statement in preparation for electronic filing. | 0.40 |
| 07/14/23 | C.M. LauKamg | Prepare USBC SDNY Reed Smith LLP Thirty-Third Monthly Fee Statement in preparation for electronic filing. | 1.00 |
| 07/17/23 | A. Javian | Attention to drafting and finalizing interim fee application. | 3.50 |
| 07/17/23 | C.M. LauKamg | Finalize USBC SDNY Certificate of No Objection for Reed Smith LLP Thirty-Second Monthly Fee Statement in preparation for electronic filing. | 0.20 |
| 07/17/23 | C.M. LauKamg | Finalize USBC SDNY Reed Smith LLP Eighth | 0.40 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| | | Interim Fee Application in preparation for electronic filing. | |
| 07/17/23 | C.M. LauKamg | Finalize, electronically file and serve USBC SDNY Certificate of No Objection for the May 2023 Reed Smith LLP Monthly Fee Statement and update master files and calendar. | 0.80 |
| 07/17/23 | C.M. LauKamg | Finalize, electronically file and coordinate service of USBC SDNY Reed Smith LLP Eighth Interim Fee Application and update master files and calendar. | 1.00 |
| 07/17/23 | C.M. LauKamg | Follow up with Epiq regarding service of USBC SDNY Reed Smith LLP Eighth Interim Fee Application and circulate status of same. | 0.20 |
| 07/17/23 | C.M. LauKamg | Finalize USBC SDNY Reed Smith LLP Eighth Interim Fee Application in preparation for electronic filing. | 3.00 |
| 07/18/23 | C.M. LauKamg | Follow up with Epiq regarding service of USBC SDNY Reed Smith LLP Eighth Interim Fee Application and update master files and calendar. | 0.20 |
| 07/18/23 | C.M. LauKamg | Follow up with Accounting Department regarding USBC SDNY Reed Smith LLP Eighth Interim Fee Application LEDES Data and circulate same to the United States Trustee's Office. | 0.40 |
| 07/19/23 | C.M. LauKamg | Prepare and revise USBC SDNY Reed Smith LLP Thirty-Third Monthly Fee Statement in preparation for electronic filing. | 1.60 |
| 07/20/23 | A. Javian | Review monthly fee statement. | 0.80 |
| 07/20/23 | C.M. LauKamg | Revise USBC SDNY Reed Smith LLP Thirty-Third Monthly Fee Statement in preparation for electronic filing. | 0.60 |
| 07/21/23 | C.M. LauKamg | Revise USBC SDNY Reed Smith LLP Thirty-Third Monthly Fee Statement in preparation for electronic filing. | 1.60 |
| 07/24/23 | C.M. LauKamg | Finalize, electronically file and coordinate service of USBC SDNY Reed Smith LLP Thirty-Third Monthly Fee Statement and update master files | 1.80 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | and calendar. | |
| 07/26/23 | C.M. LauKamg | Follow up with Accounting Department regarding status of KCIC Fee Payments and coordinate payments of same. | 0.80 |
| 07/27/23 | C.M. LauKamg | Follow up with Accounting Department regarding status of KCIC Fee Payments and coordinate payments of same. | 0.40 |
| **Total Hours** | | | **26.00** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Aaron Javian | 4.60 hrs @ $ | 1,215.00 / hr | 5,589.00 |
| Christopher LauKamg | 21.40 hrs @ $ | 410.00 / hr | 8,774.00 |
| **Total Professional Services** | | | **14,363.00** |

**INVOICE SUMMARY**

| | | |
|---|---|---|
| Total Fees | $ | 14,363.00 |
| **TOTAL CURRENT INVOICE DUE** | $ | **14,363.00** |
| **Total Amount Due** | $ | **14,363.00** |