BURNS BAIR LLP
Timothy W. Burns, Esq. (admitted *pro hac vice*)
Jesse J. Bair, Esq. (admitted *pro hac vice*)
10 E. Doty St., Suite 600
Madison, WI 53703-3392
Telephone: (608) 286-2808
Email: tburns@burnsbair.com
Email: jbair@burnsbair.com

*Special Insurance Counsel to the Official Committee
of Unsecured Creditors of The Roman Catholic Diocese
of Rockville Centre, New York*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>THE ROMAN CATHOLIC DIOCESE OF<br>ROCKVILLE CENTRE, NEW YORK,<br>　　　　　　　　　　　　Debtor. | Chapter 11<br>Case No. 20-12345 (MG) |

**THIRTY-THIRD MONTHLY FEE STATEMENT OF BURNS BAIR LLP,
AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR PROFESSIONAL SERVICES RENDERED
AND DISBURSEMENTS INCURRED FOR THE PERIOD FROM
JULY 1, 2023 THROUGH JULY 31, 2023**

| | |
|---|---|
| Name of Applicant: | Burns Bair LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | Effective October 29, 2020 pursuant to Order dated December 9, 2020 [Docket No. 246] |
| Period for which compensation and reimbursement is sought: | July 1, 2023 – July 31, 2023 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $125,017.55<br>80% of which is $100,014.04 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $2,404.67 |
| TOTAL (80% of fees and 100% of costs) | $102,418.71 |

**This is the thirty-third monthly fee statement.**

## PRELIMINARY STATEMENT

Burns Bair LLP ("Burns Bair"), as Special Insurance Counsel to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Diocese of Rockville Centre, New York (the "Debtor"), hereby submits this thirty-third monthly statement (the "Monthly Statement") for the period from July 1, 2023 through July 31, 2023 (the "Statement Period") for payment of professional services rendered and reimbursement of expenses incurred during the Statement Period pursuant to the Court's *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* dated November 4, 2020 [Docket No. 129] (the "Interim Compensation Order"). Burns Bair requests interim allowance and payment of compensation in the amount of $100,014.04 (80% of $125,017.55) for fees on account of reasonable and necessary professional services rendered to the Committee by Burns Bair, and (b) reimbursement of actual and necessary costs and expenses in the amount of $2,404.67.

## FEES FOR SERVICES RENDERED DURING THE STATEMENT PERIOD

1.      Set forth below is a list of the positions of the Burns Bair professionals and paraprofessionals who provided services to the Committee during the Statement Period, their respective billing rates, and the aggregate hours spent by each professional and paraprofessional in providing services on behalf of the Committee during the Statement Period.

| Name | Title | Year of Partnership | Year of Admission | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Timothy Burns | Partner | 2008 | 1991 | $975.00 | 62.80 | $61,230.00 |
| Timothy Burns Travel Rate | | | | $487.50 | 10.00 | $4,875.00 |
| Jesse Bair | Partner | 2020 | 2013 | $625.00 | 43.60 | $27,250.00 |
| Jesse Bair Travel Rate | | | | $312.50 | 11.90 | $3,718.75 |
| Nathan Kuenzi | Associate | N/A | 2020 | $420.00 | 19.00 | $7,980.00 |
| Brian Cawley | Associate | N/A | 2020 | $420.00 | 9.30 | $3,906.00 |
| Leakhena Au | Associate | N/A | 2020 | $420.00 | 28.80 | $12,096.00 |

DOCS_LA:350973.1

| | | | | | | |
|---|---|---|---|---|---|---|
| Katie Sticklen | Summar Associate | N/A | N/A | $378.00 | 8.10 | $3,061.80 |
| Alyssa Turgeon | Paralegal | N/A | N/A | $360.00 | 1.00 | $360.00 |
| Karen Dempski | Paralegal | N/A | N/A | $360.00 | .50 | $180.00 |
| Brenda Horn-Edwards | Paralegal | N/A | N/A | $360.00 | 1.00 | $360.00 |
| | | | | **TOTAL:** | **196.00** | **$125,017.55** |

2.      The rates charged by Burns Bair for services rendered to the Committee are the same rates that it charges generally for professional services rendered to its non-bankruptcy clients. A complete itemization of tasks performed by these professionals and paraprofessionals for the Statement Period is annexed hereto as **Exhibit A**.

**EXPENSES INCURRED DURING THE STATEMENT PERIOD**

3.      Set forth below is a categorical list of expenses incurred by Burns Bair during the Statement Period in the course of representing the Committee.

| Date | Description | Amount |
|---|---|---|
| 7/1/2023 | Second Quarter 2023 PACER | $76.50 |
| 7/19/2023 | Travel Meal, T. Burns | $7.89 |
| 7/19/2023 | United Airlines, T. Burns (MSN-EWR) | $877.80 |
| 7/19/2023 | Delta Airlines, WiFi, J. Bair | $15.95 |
| 7/19/2023 | United Airlines, WiFi (MSN-EWR), T. Burns | $8.00 |
| 7/19/2023 | United Airlines, WiFi (EWR-MSN), T. Burns | $8.00 |
| 7/19/2023 | Uber, J. Bair | $91.71 |
| 7/19/2023 | MSN Airport Parking, J. Bair | $10.00 |
| 7/19/2023 | Delta Airlines, J. Bair (MSN-LGA) | $1,227.20 |
| 7/19/2023 | Travel Meal, J. Bair | $15.27 |
| 7/19/2023 | Taxi, J. Bair | $66.35 |
| | **TOTAL:** | **$2,404.67** |

**NOTICE AND OBJECTION PROCEDURES**

4.      No trustee or examiner has been appointed in these chapter 11 cases. Pursuant to the Interim Compensation Order, Burns Bair has provided notice of this statement upon the following parties by electronic or first class mail: (a) the Debtor c/o The Roman Catholic Diocese of Rockville Centre, 50 N Park Ave P.O. Box 9023, Rockville Centre, NY 11571-9023 (Attn: Thomas Renker); (b) the attorneys for the Debtor, Jones Day, 250 Vesey Street, New York, NY

10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); and (c) the Office of the United States Trustee Region 2 (the "U.S. Trustee"), 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq.). Burns Bair submits that no other or further notice need be provided.

5. Pursuant to the Interim Compensation Order, objections to this Monthly Statement, if any, must be served upon the Application Recipients by **September 15, 2023** (the "Objection Deadline") setting forth the nature of the objection and the amount of fees or expenses at issue.

6. If no objections to this Monthly Statement are made on or before the Objection Deadline, the Debtor shall pay Burns Bair 80% of the fees and 100% of the expenses set forth above. To the extent an objection to this Monthly Statement is timely made, the Debtor shall withhold payment of that portion of the Monthly Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved; it shall be preserved and presented to the Court at the next interim or final fee application hearing.

Dated: August 28, 2023    BURNS BAIR LLP

           */s/ Timothy W. Burns*
           Timothy W. Burns, Esq. (admitted *pro hac vice*)
           Jesse J. Bair, Esq. (admitted *pro hac vice*)
           10 E. Doty St., Suite 600
           Madison, WI 53703-3392
           Telephone: (608) 286-2808
           Email: tburns@burnsbair.com
           Email: jbair@burnsbair.com

           *Special Insurance Counsel to the Official*
           *Committee of Unsecured Creditors of The Roman*
           *Catholic Diocese of Rockville Centre, New York*

# EXHIBIT A



10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**The Official Committee of Unsecured Creditors
of The Roman Catholic Diocese of Rockville
Centre**

**Issue Date :**   8/27/2023

**Bill # :**   01191

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 7/3/2023 | Jesse Bair | Review C. Moore's direct testimony in opposition to the Committee's motion to dismiss (.3); | 0.30 | $187.50 |
| 7/3/2023 | Jesse Bair | Review state court counsel opposition to the Diocese's thirteenth omnibus claims objection (.4); | 0.40 | $250.00 |
| 7/5/2023 | Jesse Bair | Review the Committee's motion to exclude the Diocese's motion to dismiss expert testimony (.3); | 0.30 | $187.50 |
| 7/5/2023 | Jesse Bair | Review the North Carolina trial court's decision dismissing the Diocese of Brooklyn's unfair claims practices lawsuit against Arrowood's parent company and directors and officers (.2); | 0.20 | $125.00 |
| 7/5/2023 | Jesse Bair | Review Arrowood's letter to the Court re proposed amendment to case protective order (.1); | 0.10 | $62.50 |
| 7/5/2023 | Timothy Burns | Reviewed motion in limine re Moore's testimony for insurance purposes (.4); reviewed Dec. of Stuart Mermelstein supporting objection to 13th Claims Objection and objection related thereto (.4) reviewed Dec. of Stuart Mermelstein supporting objection to 15th Claims Objection and objection related thereto (.4); reviewed Anderson Firm's Objection to the Debtor's Thirteenth Omnibus Objection (.5); reviewed Debtor's motion for extension of the removal period (.2); | 1.90 | $1,852.50 |
| 7/5/2023 | Jesse Bair | Draft email memorandum to J. Stang summarizing the current status of each of the four insurance district court actions (1.0); | 1.00 | $625.00 |
| 7/5/2023 | Jesse Bair | Correspondence with I. Nasatir re recent Diocesan insurance activities (.1); | 0.10 | $62.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 7/5/2023 | Jesse Bair | Review the Delaware Insurance Department's motion to dismiss the Diocese of Brooklyn's mandamus action to put Arrowood into liquidation (.3); | 0.30 | $187.50 |
| 7/6/2023 | Jesse Bair | Participate in call with I. Nasatir, G. Greenwood, and T. Burns re case update and Arrowood issues (.3); | 0.30 | $187.50 |
| 7/6/2023 | Jesse Bair | Review the Diocese's motion to exclude the Committee's state court counsel joinder evidence (.3); | 0.30 | $187.50 |
| 7/6/2023 | Jesse Bair | Review the parties' joint pre-trial order (.2); | 0.20 | $125.00 |
| 7/6/2023 | Jesse Bair | Review correspondence with I. Nasatir re insurance issues in connection with the upcoming motion to dismiss hearing (.1); | 0.10 | $62.50 |
| 7/6/2023 | Timothy Burns | Met with J. Bair re removal issue and impact on insurance issues (.1); brief research re collective settlements (.4); met with J. Bair re duty to settle research and plan issues (.5); meet with K. Sticklen and J. Bair re research assignment re same (.3); reviewed Restatement of Liability Insurance sections concerning duty to settle (.8); participate in call with I. Nasatir, G. Greenwood, and J. Bair re Arrowood issues (.3); reviewed joint pretrial order (.2); reviewed BB status update on adversary proceeding insurance litigation (.1); reviewed emails between BB and PSZJ re Arrowood developments (.1); reviewed I. Nasatir email re Diocese insurance activities (.1); | 2.90 | $2,827.50 |
| 7/6/2023 | Jesse Bair | Review final version of addendum to Arrowood protective order (.1); | 0.10 | $62.50 |
| 7/6/2023 | Brian Cawley | Analysis re recent developments in Delaware mandamus action against Arrowood (.3). | 0.30 | $126.00 |
| 7/6/2023 | Jesse Bair | Participate in conference with T. Burns re case status, removal issue, and next-steps re insurance actions (.1); | 0.10 | $62.50 |
| 7/6/2023 | Jesse Bair | Participate in additional conference with T. Burns re duty to settle research and potential Plan issues (.5); participate in follow-up meeting K. Sticklen and T. Burns re research assignment re same (.3); | 0.80 | $500.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 7/7/2023 | Timothy Burns | Participate in state court meeting re motion to dismiss issues for insurance purposes (.6); reviewed Debtor's motion in limine re recommendations made by claimants' counsel (.4); reviewed joint petition to fix venue (.6); reviewed order denying motions in limine (.1); reviewed Sussi-Pabilonia motion to remand for insurance purposes (.4); reviewed D'Estries, Shields, Stoneking, and Amala motion to dismiss witness statements for insurance purposes (.9); participate in conference with J. Bair and K. Sticklen re preliminary research results re post-confirmation trust duty to settle causes of action (.2); | 3.20 | $3,120.00 |
| 7/7/2023 | Jesse Bair | Participate in state court counsel meeting re motion to dismiss issues for insurance purposes (.6); | 0.60 | $375.00 |
| 7/7/2023 | Jesse Bair | Participate in conference with T. Burns and K. Sticklen re preliminary research results re post-confirmation trust duty to settle causes of action (.2); | 0.20 | $125.00 |
| 7/7/2023 | Katie Sticklen | Research and analyze New York case law re accrual of failure to settle claim under different circumstances (2.6); discuss research findings with B. Cawley and potential follow-up analysis (.5); draft email memorandum to T. Burns and J. Bair re preliminary research results re accrual of failure to settle claim under different scenarios (.4); | 3.50 | $1,323.00 |
| 7/7/2023 | Jesse Bair | Review and edit BB's eighth interim fee application (1.9); review and respond to correspondence with B. Horn re additional changes needed to same (.2); | 2.10 | $1,312.50 |
| 7/7/2023 | Brian Cawley | Participate in conference with K. Sticklen re preliminary research results and potential follow-up analysis re same (.5); supplemental legal research in connection with same (.8); | 1.30 | $546.00 |
| 7/7/2023 | Jesse Bair | Review various correspondence with PSZJ and Claro re insurance allocation issues in connection with upcoming motion to dismiss hearing (.2); | 0.20 | $125.00 |
| 7/7/2023 | Brenda Horn-Edwards | Revise BB eighth interim fee application (.2); | 0.20 | $72.00 |
| 7/7/2023 | Jesse Bair | Review Order denying the parties' pre-trial motions in limine (.1); | 0.10 | $62.50 |
| 7/7/2023 | Jesse Bair | Additional analysis re recent Diocesan insurance activities (.2); | 0.20 | $125.00 |
| 7/8/2023 | Jesse Bair | Review correspondence with Claro re revised insurer exposure and allocation figures (.1); | 0.10 | $62.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 7/10/2023 | Jesse Bair | Participate in call with T. Burns re outcome of day 1 of motion to dismiss hearing and insurance issues and next-steps in connection with same (.4); | 0.40 | $250.00 |
| 7/10/2023 | Jesse Bair | Respond to LMI correspondence re LMI's production of additional coverage position letters in response to the Committee's Section 3420 notice letter (.1); | 0.10 | $62.50 |
| 7/10/2023 | Leakhena Au | Participate in conference with T. Burns re assignment re drafting letters to the insurers and the Diocese re insurance negotiations without Committee involvement (.2); draft letters to the insurers and the Diocese re same (4.2); | 4.40 | $1,848.00 |
| 7/10/2023 | Timothy Burns | Attended motion to dismiss hearing for insurance purposes (3.9); participate in call with J. Bair re insurance issues re same (.4); met with L. Au re insurance assignment re same (.2); reviewed correspondence from J. Bair to J. Moffitt re LMI reservation/denial letters (.1); reviewed and revised draft letters to the insurers and the Diocese re settlement negotiations without Committee involvment (.8); | 5.40 | $5,265.00 |
| 7/10/2023 | Jesse Bair | Attend motion to dismiss hearing for insurance purposes (3.9); | 3.90 | $2,437.50 |
| 7/10/2023 | Jesse Bair | Correspondence with L. Au and T. Burns re draft letters to the Diocese and the insurers re potential insurance settlement without Committee involvement (.1); | 0.10 | $62.50 |
| 7/10/2023 | Jesse Bair | Analyze and respond to J. Stang questions re history and status of Committee and insurer settlement offers (.3); | 0.30 | $187.50 |
| 7/10/2023 | Katie Sticklen | Supplemental research and analysis of New York case law re accrual of failure to settle claim under different circumstances (1.6); draft email memorandum to T. Burns and J. Bair summarizing same (.3); | 1.90 | $718.20 |
| 7/10/2023 | Nathan Kuenzi | Review analysis of claim numbers and estimates of insurer exposure to assist L. Au in preparation of letters to insurers (.2); | 0.20 | $84.00 |
| 7/11/2023 | Jesse Bair | Participate in call with T. Burns re insurance strategy post-motion to dismiss hearing (.2); | 0.20 | $125.00 |
| 7/11/2023 | Leakhena Au | Revise letters to the Diocese and insurers based on feedback from partners re non-consensual insurance settlements (1.3); | 1.30 | $546.00 |
| 7/11/2023 | Jesse Bair | Participate in Committee meeting for insurance purposes re motion to dismiss hearing outcome and next-steps (.8); | 0.80 | $500.00 |
| 7/11/2023 | Jesse Bair | Attend day 2 of motion to dismiss hearing for insurance purposes (4.3); | 4.30 | $2,687.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 7/11/2023 | Jesse Bair | Analysis re additional insurance questions in connection with motion to dismiss hearing from J. Stang (.1); review correspondence from I. Nasatir, K. Dine, and T. Burns re same (.2); respond to insurance question from J. Stang (.1); | 0.40 | $250.00 |
| 7/11/2023 | Timothy Burns | Reviewed and responded to emails of committee professionals re insurance issues re motion to dismiss hearing (.4); attended day 2 of motion to dismiss hearing for insurance purposes (4.3); reviewed emails of BB team re insurer demand letters (.2); reviewed research email of K. Sticklen re insurer duty to settle issues (.2); participate in update call with J. Bair re insurance strategy post-motion to dismiss hearing (.2); participate in call with state court counsel re same (.2); participate in Committee meeting for insurance purposes re motion to dismiss hearing outcome and next-steps (.8); | 6.30 | $6,142.50 |
| 7/12/2023 | Jesse Bair | Analysis re potential insurance demand letters (.3); provide instructions to team re preparing LMI and Interstate demand letters (.2); | 0.50 | $312.50 |
| 7/12/2023 | Jesse Bair | Participate in conference with T. Burns re the Diocese's potential Arrowood proposal and next-steps re overall insurance strategy (.3); | 0.30 | $187.50 |
| 7/12/2023 | Jesse Bair | Review the Court's order sustaining the Diocese's 12th omnibus claim objection (.2); | 0.20 | $125.00 |
| 7/12/2023 | Brian Cawley | Review J. Bair email regarding demand letter assignment and related materials (.2); | 0.20 | $84.00 |
| 7/12/2023 | Timothy Burns | Formulate insurance strategy in light of motion to dismiss hearing (.8); participate in conference with J. Bair re the Diocese's potential Arrowood proposal and next-steps re overall insurance strategy (.3); participate in call with state court counsel re same (.1); participate in call with the mediator re aspects of same (.2); participate in call with state court counsel re outcome of call with mediator (.2); participate in call with I. Nasatir re PSZJ discussion with Jones Day re insurance issues (.3); participate in supplemental call with state court counsel re insurance strategy (.1); | 2.00 | $1,950.00 |
| 7/13/2023 | Jesse Bair | Participate in call with I. Nasatir re the Diocese's potential Arrowood proposal (.1); | 0.10 | $62.50 |
| 7/13/2023 | Jesse Bair | Review Arrowood's letter to the Court re status of Cosgrove subpoena issues (.1); | 0.10 | $62.50 |
| 7/13/2023 | Nathan Kuenzi | Begin drafting LMI and Interstate demand letters (3.0); | 3.00 | $1,260.00 |
| 7/13/2023 | Jesse Bair | Review and edit draft LMI/Interstate demand letter (.1); correspondence with B. Cawley re same and potential edits (.1); | 0.20 | $125.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 7/13/2023 | Jesse Bair | Review order sustaining the Diocese's 11th omnibus claims objection (.2); | 0.20 | $125.00 |
| 7/13/2023 | Brian Cawley | Draft email to A. Turgeon explaining factual information relevant to LMI and Interstate demands (.3); analyze factual information identified by A. Turgeon re same (.3); | 0.60 | $252.00 |
| 7/13/2023 | Jesse Bair | Review monthly PSIP information provided by the Diocese (.1); | 0.10 | $62.50 |
| 7/13/2023 | Brian Cawley | Begin drafting LMI and Interstate demand letters (1.9); implement J. Bair's preliminary suggestions to same (.2); | 2.10 | $882.00 |
| 7/13/2023 | Alyssa Turgeon | Identify factual information relevant to LMI and Interstate demand letters (.1); | 1.00 | $360.00 |
| 7/14/2023 | Brian Cawley | Finish drafting LMI and Interstate demands letters (3.3); | 3.30 | $1,386.00 |
| 7/14/2023 | Jesse Bair | Review agenda for upcoming July 18 court hearing (.1); | 0.10 | $62.50 |
| 7/14/2023 | Jesse Bair | Participate in additional call with T. Burns re upcoming meeting with Reed Smith to discuss case insurance issues (.1); | 0.10 | $62.50 |
| 7/14/2023 | Nathan Kuenzi | Draft LMI and Interstate demand letters (3.0): | 3.00 | $1,260.00 |
| 7/14/2023 | Jesse Bair | Participate in conference with T. Burns re post-MTD hearing insurance strategy (.2); | 0.20 | $125.00 |
| 7/14/2023 | Jesse Bair | Participate in call with J. Stang and T. Burns re case insurance strategy and next-steps re same (.5); | 0.50 | $312.50 |
| 7/14/2023 | Leakhena Au | Draft LMI and Interstate demand letters (3.6); | 3.60 | $1,512.00 |
| 7/14/2023 | Timothy Burns | Participate in conference with J. Bair re post-motion to dismiss insurance strategy (.2); participate in call with J. Stang and J. Bair re same (.5); leave voice-message for Reed Smith re meeting to discuss case insurance issues (.1); participate in additional call with J. Bair re upcoming meeting with Reed Smith to discuss case insurance issues (.1); | 0.90 | $877.50 |
| 7/17/2023 | Brian Cawley | Participate in conference with J. Bair re insurance case developments (.1); | 0.10 | $42.00 |
| 7/17/2023 | Jesse Bair | Analysis re potential Arrowood insurance demands (.2); correspondence with B. Michael re same (.1); participate in conference with B. Cawley re insurance case developments (.1); | 0.40 | $250.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 7/18/2023 | Timothy Burns | Participate in conference with J. Bair re objection hearing and motion to dismiss ruling (.2); review correspondence with PSZJ re same (.2); review motion to dismiss order (.2); participate in portion of state court counsel meeting for insurance purposes (.3); participate in portion of Committee meeting for insurance purposes (.5); participate in conference with J. Bair re outcome of Committee meeting (.2); review order on 12th omnibus Claims Objection (.4); reviewed order on 11th omnibus Claims Objection (.4); review removal extension order (.1); review confidentiality order addendum in insurance Arrowood adversary proceeding (.1) review Arrowood's letter to the court re same (.1); reviewed the Diocese's reply in support of its 12th (.1); 13th (.3), 14th (.1) and 15th (.2) omnibus claims objection; participate in conference with J. Bair re upcoming insurance meeting with Reed Smith (.1); | 3.50 | $3,412.50 |
| 7/18/2023 | Jesse Bair | Participate in conference with T. Burns re upcoming insurance meeting with Reed Smith (.1); | 0.10 | $62.50 |
| 7/18/2023 | Jesse Bair | Participate in state court counsel meeting for insurance purposes re motion to dismiss outcome and next-steps (.5); | 0.50 | $312.50 |
| 7/18/2023 | Jesse Bair | Participate in Committee meeting for insurance purposes re motion to dismiss outcome and next steps (.9); participate in post-meeting conference with T. Burns re outcome of meeting (.2); | 1.10 | $687.50 |
| 7/18/2023 | Jesse Bair | Review Order denying without prejudice the Committee's motion to dismiss (.2); | 0.20 | $125.00 |
| 7/18/2023 | Jesse Bair | Attend claim objection hearing and status conference for insurance purposes (1.6); participate in post-hearing call with T. Burns re hearing outcome and motion to dismiss oral ruling (.2); | 1.80 | $1,125.00 |
| 7/19/2023 | Jesse Bair | Prepare for insurance meeting with Reed Smith (.6); participate in conference with T. Burns re preparations and strategy for Reed Smith insurance meeting (.7); | 1.30 | $812.50 |
| 7/19/2023 | Brian Cawley | Analyze issues in connection with Committee derivative standing to bring Section 349 claim (.2); | 0.20 | $84.00 |
| 7/19/2023 | Jesse Bair | Return travel to Madison from New York from Reed Smith insurance meeting [billed at 1/2 travel rate] (7.0); | 7.00 | $2,187.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 7/19/2023 | Jesse Bair | Participate in insurance meeting with Reed Smith and T. Burns (1.0); participate in follow-up meeting with A. Kramer re insurance mediation issues (.3); analyze case mediation notes in connection with same (.1); | 1.40 | $875.00 |
| 7/19/2023 | Jesse Bair | Travel to New York from Madison for insurance meeting with Reed Smith [billed at 1/2 travel rate] (4.9); | 4.90 | $1,531.25 |
| 7/19/2023 | Timothy Burns | Return travel from New York to Madison from Reed Smith insurance meeting [billed at 1/2 travel rate] (4.9); | 4.90 | $2,388.75 |
| 7/19/2023 | Jesse Bair | Correspondence with J. Stang re Committee derivative standing re Section 349 claim against Arrowood (.2); | 0.20 | $125.00 |
| 7/19/2023 | Timothy Burns | Travel to New York from Madison for Reed Smith insurance meeting [billed at 1/2 travel rate] (5.1); | 5.10 | $2,486.25 |
| 7/19/2023 | Timothy Burns | Prepare for meeting with Diocese re case insurance issues (2.8); conference with J. Bair re preparations and strategy for Reed Smith insurance meeting (.7); participate in insurance meeting with Reed Smith (1.0); participate in post-meeting conference with J. Bair re strategy (.2); participate in call with state court counsel re same (.3); review correspondence with PSZJ and BB re Arrowood strategy (.2); analysis re derivative standing issues in connection with same (.2); | 5.40 | $5,265.00 |
| 7/19/2023 | Jesse Bair | Participate in conference with T. Burns re outcome of insurance meeting with Reed Smith and potential next steps (.2); participate in call with state court counsel and T. Burns re same (.3); | 0.50 | $312.50 |
| 7/20/2023 | Jesse Bair | Prepare with T. Burns for call with co-mediators re case insurance issues (.2); | 0.20 | $125.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 7/20/2023 | Timothy Burns | Prepared insurance strategy PowerPoint concerning recent case developments (1.7); correspondence with J. Bair re same (.1); conference with J. Bair re same and potential edits (.5); correspondence with J. Stang and state court counsel re insurance strategy (.2); participate in call with state court counsel re insurance strategy meeting (.1); consideration of Section 349 strategy (.3); participate in conference with J. Bair re same (.3): review legal research re and considered irreparable harm issues (.7); reviewed injury-in-fact and irreparable harm case law (.4): exchanged correspondence with the mediator re case mediation issues (.1); met with J. Bair re same (.1); reviewed settlement progression chart (.1); prepare for meeting with PSZJ re case insurance initiatives (.3); participate in meeting with PSZJ re same (.3); met with J. Bair re preparations for call with co-mediators (.2); prepare for call with co-mediators (.4); participate in call with co-mediators (.2); review and revise draft letters to the insurers and diocese re non-consensual insurance settlements and negotiations without Committee involvement (1.4); correspondence with state court counsel and J. Stang re same (.1); | 7.50 | $7,312.50 |
| 7/20/2023 | Leakhena Au | Correspond with T. Burns re draft letters to the insurers and the Diocese re non-consensual insurance settlements (.1); | 0.10 | $42.00 |
| 7/20/2023 | Jesse Bair | Prepare for meeting with PSZJ team re going-forward insurance strategy and related action items (.1); participate in insurance meeting with PSZJ team and T. Burns re same (.3); | 0.40 | $250.00 |
| 7/20/2023 | Jesse Bair | Review and edit draft insurance strategy PowerPoint concerning recent case developments (.2); participate in conference with T. Burns re same and going-forward insurance strategy (.5); | 0.70 | $437.50 |
| 7/20/2023 | Leakhena Au | Research standard for injunction under New York GBL Section 349 (1.6); | 1.60 | $672.00 |
| 7/20/2023 | Jesse Bair | Participate in conference with T. Burns re potential Section 349 strategy re the insurers (.3); | 0.30 | $187.50 |
| 7/20/2023 | Jesse Bair | Review North Carolina appellate decision affirming dismissal of the Diocese of Brooklyn's unfair business practices lawsuit against Arrowood's parent company and directors and officers (.1); | 0.10 | $62.50 |
| 7/20/2023 | Jesse Bair | Correspondence with the mediators re current status of insurer offers and responses (.1); | 0.10 | $62.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 7/20/2023 | Jesse Bair | Provide instructions to L. Au re research needed re preliminary injunction standard under Section 349 claim (.1); review L. Au research results re same (.1). | 0.20 | $125.00 |
| 7/20/2023 | Jesse Bair | Review correspondence with T. Burns and state court counsel re draft insurance letters to the Diocese and insurers re non-consensual settlements (.1); | 0.10 | $62.50 |
| 7/20/2023 | Jesse Bair | Draft revised summary re insurer mediation status and current offers / responses (.1); conference with T. Burns re same (.1); | 0.20 | $125.00 |
| 7/21/2023 | Jesse Bair | Review Committee insurance letters to the carriers (.2); | 0.20 | $125.00 |
| 7/21/2023 | Jesse Bair | Correspondence with T. Burns re outcome of state court counsel meeting re case insurance strategy (.1); | 0.10 | $62.50 |
| 7/21/2023 | Leakhena Au | Revise letters to the insurers and the Diocese re non-consensual insurance settlements based on additional feedback from T. Burns (3.3); | 3.30 | $1,386.00 |
| 7/21/2023 | Jesse Bair | Correspondence with T. Burns re insurance letters to the Diocese and the insurers (.1); | 0.10 | $62.50 |
| 7/21/2023 | Karen Dempski | Finalize and serve Committee insurance letters on the Diocese and the insurers (.5); | 0.50 | $180.00 |
| 7/21/2023 | Timothy Burns | Prepared for insurance strategy presentation to state court counsel (2.7); participate in call with J. Stang re state court counsel meeting and insurance strategy (.6); participate in weekly state court counsel meeting and presented re insurance strategy (1.1); reviewed and revised letters to the Diocese and all insurers re non-consensual insurance settlements and related negotiations without Committee involvement (3.6); correspondence with state court counsel re same (.1); | 8.10 | $7,897.50 |
| 7/21/2023 | Brian Cawley | Analysis re recent developments in the Arrowood mandamus action (.3); correspondence with T. Burns and J. Bair re same (.2); | 0.50 | $210.00 |
| 7/21/2023 | Jesse Bair | Review Committee insurance letter to the Diocese (.1); | 0.10 | $62.50 |
| 7/22/2023 | Jesse Bair | Review and respond to correspondence with T. Burns and J. Stang re insurance letters to the Diocese and insurers (.2); | 0.20 | $125.00 |
| 7/22/2023 | Jesse Bair | Preliminary review re B. Cawley Interstate coverage letter analysis (.1); | 0.10 | $62.50 |
| 7/22/2023 | Timothy Burns | Analysis regarding insurance mediation issues raised by J. Stang (.8); respond to correspondence with J. Stang re same (.4); | 1.20 | $1,170.00 |
| 7/22/2023 | Jesse Bair | Review Order sustaining the Diocese's 15th omnibus claims objection (.1); | 0.10 | $62.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 7/23/2023 | Jesse Bair | Review notice of omnibus hearing re interim Committee professional fee applications (.1); | 0.10 | $62.50 |
| 7/24/2023 | Nathan Kuenzi | Review and analyze Arrowood materials, including past filings, recent Diocese of Brooklyn complaint seeking to place Arrowood into liquidation, and information regarding Arrowood claims monitor, and begin drafting Rule 2004 discovery topics against Arrowood (5.3); | 5.30 | $2,226.00 |
| 7/24/2023 | Nathan Kuenzi | Participate in conference with J. Bair re preparing Rule 2004 discovery against Arrowood (.2); review J. Bair correspondence re additional instructions re same (.1); | 0.30 | $126.00 |
| 7/24/2023 | Jesse Bair | Review Committee letter to potential 3rd party releasees re financial disclosures (.1); review Committee letter to the parishes re same (.1); | 0.20 | $125.00 |
| 7/24/2023 | Jesse Bair | Participate in conference with T. Burns re PI issues re non-consensual Diocese-insurer settlement (.2); | 0.20 | $125.00 |
| 7/24/2023 | Brian Cawley | Participate in BB team meeting regarding case status and projects (.1); | 0.10 | $42.00 |
| 7/24/2023 | Jesse Bair | Review Committee letter to the Diocese re continued plan negotiations and needed 3rd party financial information (.1); | 0.10 | $62.50 |
| 7/24/2023 | Brenda Horn-Edwards | Draft BB monthly fee statement (.6); generate and edit Exhibit A to same (.1); correspond with J. Bair re same (.1); | 0.80 | $288.00 |
| 7/24/2023 | Jesse Bair | Participate in BB team meeting re case status and related insurance assignments (.1); | 0.10 | $62.50 |
| 7/24/2023 | Nathan Kuenzi | Participate in BB team meeting regarding case status and projects (.1); | 0.10 | $42.00 |
| 7/24/2023 | Timothy Burns | Analysis of PI issues re Diocese-insurer settlement (.8); met with J. Bair re same (.2); participate in call with state court counsel and J. Bair re insurance strategy (.3); participate in BB team meeting re case status and assignments (.1); reviewed correspondence from the Committee to the Diocese re disclosures, mediation, and plan negotiation (.2); review Committee correspondence to the parishes re same (.1); | 1.70 | $1,657.50 |
| 7/24/2023 | Leakhena Au | Participate in BB team meeting regarding case status and projects (.1); | 0.10 | $42.00 |
| 7/24/2023 | Jesse Bair | Provide instructions to N. Kuenzi re preparing Rule 2004 discovery against Arrowood (.2); answer N. Kuenzi follow-up questions re same (.1); | 0.30 | $187.50 |
| 7/24/2023 | Jesse Bair | Participate in call with state court counsel and T. Burns re case insurance strategy (.3); | 0.30 | $187.50 |

| | | | | |
|---|---|---|---|---|
| 7/25/2023 | Timothy Burns | Review draft 2004 examination of Arrowood (.8); reviewed correspondence from K. Dine re upcoming Committee meeting (.1); participate in weekly Committee meeting for insurance purposes (1.0); review information re recent Diocesan insurance activities (.2); | 2.10 | $2,047.50 |
| 7/25/2023 | Jesse Bair | Review Diocese correspondence to state court counsel re specific claims settlement proposal (.1); | 0.10 | $62.50 |
| 7/25/2023 | Jesse Bair | Review the Diocese's response to the Committee's letter re 3rd party financial disclosures (.1); review Committee reply to same (.1); | 0.20 | $125.00 |
| 7/25/2023 | Nathan Kuenzi | Finish drafting Arrowood 2004 discovery requests (6.3); | 6.30 | $2,646.00 |
| 7/25/2023 | Jesse Bair | Review correspondence with I. Nasatir re recent Diocesan insurance activities (.1); participate in conference with N. Kuenzi re Arrowood 2004 discovery requests (.1); | 0.20 | $125.00 |
| 7/25/2023 | Jesse Bair | Participate in Committee meeting for insurance purposes re case status and strategy (1.0); | 1.00 | $625.00 |
| 7/25/2023 | Nathan Kuenzi | Participate in conference with J. Bair re Arrowood 2004 discovery requests (.1); | 0.10 | $42.00 |
| 7/26/2023 | Jesse Bair | Draft correspondence to state court counsel re Interstate negotiation status and potential counter (.2); | 0.20 | $125.00 |
| 7/26/2023 | Jesse Bair | Correspondence with the mediators re Committee insurance negotiation status and counters (.2); | 0.20 | $125.00 |
| 7/26/2023 | Jesse Bair | Prepare for call with PSZJ re case insurance strategy and next-steps (.1); participate in call with PSZJ and T. Burns re same (.5); | 0.60 | $375.00 |
| 7/26/2023 | Jesse Bair | Review LMI's response to the Committee's letter re non-consensual insurance settlements (.1); review the Diocese's response to the Committee's letter re same (.1); review correspondence with PSZJ re same (.1); consideration of potential responses to the Diocese and LMI (.1): | 0.40 | $250.00 |
| 7/27/2023 | Jesse Bair | Participate in conference with T. Burns re next steps re adversary complaint and PI motion (.2); | 0.20 | $125.00 |
| 7/27/2023 | Jesse Bair | Review correspondence with J. Stang and T. Burns re case insurance strategy (.1); participate in conference with T. Burns re same (.2); | 0.30 | $187.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 7/27/2023 | Leakhena Au | Participate in conference with T. Burns re derivative standing issues in connection with Section 349 complaint (.2); research standing requirements, especially demand excused, for derivative complaints (3.5); begin drafting Section 349 derivative complaint against LMI and Interstate (3.3); | 7.00 | $2,940.00 |
| 7/27/2023 | Jesse Bair | Review correspondence from Judge Cave re mediation issues (.1); | 0.10 | $62.50 |
| 7/27/2023 | Jesse Bair | Review draft section 2004 requests to Arrowood (.2); conference with T. Burns re same (.1); review J. Stang and T. Burns correspondence re same (.1); | 0.40 | $250.00 |
| 7/27/2023 | Nathan Kuenzi | Review and edit Arrowood 2004 requests based on partner feedback (.5); | 0.50 | $210.00 |
| 7/27/2023 | Jesse Bair | Review Lexington response to UCC re nonconsensual insurance settlements (.1); | 0.10 | $62.50 |
| 7/27/2023 | Nathan Kuenzi | Correspond with PSZJ team re draft Arrowood 2004 discovery requests (.2); | 0.20 | $84.00 |
| 7/27/2023 | Katie Sticklen | Supplemental legal research re insurer conduct giving rise to Section 349 violations (2.7); | 2.70 | $1,020.60 |
| 7/27/2023 | Jesse Bair | Review correspondence with K. Dine and T. Burns re upcoming mediation sessions (.1); | 0.10 | $62.50 |
| 7/27/2023 | Timothy Burns | Met with J. Bair re next steps re adversary complaint and PI motion (.2); met with L. Au re assignments re same (.2); participate in call with committee professionals re insurance strategy (.3); reviewed email from PSZJ re same (.1); met with J. Bair re same (.2); participate in call with state court counsel re same (.2); reviewed and responded to correspondence from J. Stang re same (.2); reviewed and responded to correspondence from K. Dine re upcoming mediation sessions (.2); reviewed and revised Arrowood discovery requests (1.5); provides edits to N. Kuenzi (.1); met with J. Bair re same (.1); | 3.30 | $3,217.50 |
| 7/28/2023 | Timothy Burns | Reviewed and revised response to Diocese re insurer-Diocesan only settlement (.4); prepare for weekly state court counsel meeting (.8); participate in weekly state court counsel meeting for insurance purposes (1.4); participate in post call with J. Bair re next steps (.1); reviewed and revised draft motion to lift the stay to send insurance demand letters (.9); | 3.60 | $3,510.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 7/28/2023 | Jesse Bair | Participate in state court counsel meeting for insurance purposes re litigation and mediation strategy (1.4); participate in post-meeting conference with T. Burns re next-steps (.1); participate in conference with L. Au re preparing draft Section 349 complaint against LMI and Interstate (.2); | 1.70 | $1,062.50 |
| 7/28/2023 | Leakhena Au | Participate in conference with J. Bair re preparing draft Section 349 complaint against LMI and Interstate (.2); continue drafting Section 349 complaint against LMI and Interstate (7.2); | 7.40 | $3,108.00 |
| 7/28/2023 | Jesse Bair | Draft Committee reply to the Debtor's response to Committee letter re non-consensual insurance settlements (1.3); review J. Stang's suggested edits to same (.1); revise and finalize reply letter to the Diocese (.2); | 1.60 | $1,000.00 |
| 7/29/2023 | Timothy Burns | Continue reviewing and revising draft motion to lift the stay to send insurance demand letters (1.9); | 1.90 | $1,852.50 |
| 7/29/2023 | Jesse Bair | Review I. Nasatir correspondence re Arrowood 2004 requests issues (.1); | 0.10 | $62.50 |
| 7/29/2023 | Jesse Bair | Correspondence with J. Stang re Interstate counter (.1); correspondence with state court counsel re same (.1); | 0.20 | $125.00 |
| 7/30/2023 | Jesse Bair | Additional correspondence with state court counsel re Interstate counter and overall insurance negotiations (.1); | 0.10 | $62.50 |
| 7/30/2023 | Timothy Burns | Reviewed correspondence with state court counsel re mediation offers (.2); | 0.20 | $195.00 |
| 7/31/2023 | Jesse Bair | Correspondence with the mediators re Committee Interstate counter (.1); | 0.10 | $62.50 |
| 7/31/2023 | Jesse Bair | Prepare for call with state court counsel re Interstate counter and overall insurance negotiations (.1); participate in call with state court counsel re same (.2); | 0.30 | $187.50 |
| 7/31/2023 | Timothy Burns | Participate in call with the co-mediators, PSZJ, and J. Bair re case mediation issues (1.0); participate in post-meeting call with PSZJ and J. Bair re outcome of same and next-steps (.2); participate in call with J. Bair and state court counsel re insurance demands (.5); | 1.70 | $1,657.50 |
| 7/31/2023 | Jesse Bair | Participate in call with state court counsel and T. Burns re insurance strategy and potential insurance demand letters (.5); | 0.50 | $312.50 |
| 7/31/2023 | Brian Cawley | Analysis re recent developments in the Arrowood Delaware mandamus action (.4); correspondence with T. Burns and J. Bair re same (.2); | 0.60 | $252.00 |

| | | | |
|---|---|---|---|
| 7/31/2023 Jesse Bair | Review Evanston's response to the Committee re non-consensual insurance settlement issues (.1); review Interstate response to the Committee re same (.1); | 0.20 | $125.00 |
| 7/31/2023 Jesse Bair | Prepare for meeting with the mediators re ongoing case negotiations (.2); participate in meeting with the mediators, PSZJ, and T. Burns re same (1.0); participate in post-meeting call with PSZJ and T. Burns re outcome of same and next-steps (.2); | 1.40 | $875.00 |
| 7/31/2023 Jesse Bair | Review mediator correspondence re August 4 mediations session (.1); | 0.10 | $62.50 |

**Total Hours and Fees**      196.00    **$125,017.55**

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 7/1/2023 | Second Quarter 2023 PACER (Public Access to Court Electronic Records) | $76.50 |
| 7/19/2023 | Travel meal, T. Burns | $7.89 |
| 7/19/2023 | United Airlines, T. Burns (July 19 MSN-EWR) | $877.80 |
| 7/19/2023 | Delta Airlines Onboard WiFi, J. Bair | $15.95 |
| 7/19/2023 | United Airlines Inflight WiFi, T. Burns (MSN-EWR) | $8.00 |
| 7/19/2023 | United Airlines Inflight WiFi, T. Burns (EWR-MSN) | $8.00 |
| 7/19/2023 | Uber, J. Bair (meeting to airport) | $91.71 |
| 7/19/2023 | Airport parking, J. Bair | $10.00 |
| 7/19/2023 | Delta Airlines, J. Bair (July 19, MSN-LGA) | $1,227.20 |
| 7/19/2023 | Travel meal, J. Bair | $15.27 |
| 7/19/2023 | Taxi, J. Bair (airport to meeting) | $66.35 |

**Total Expenses**      **$2,404.67**

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alyssa Turgeon | 1.00 | $360.00 | $360.00 |
| Brenda Horn-Edwards | 1.00 | $360.00 | $360.00 |
| Brian Cawley | 9.30 | $420.00 | $3,906.00 |
| Jesse Bair | 11.90 | $312.50 | $3,718.75 |
| Jesse Bair | 43.60 | $625.00 | $27,250.00 |
| Karen Dempski | 0.50 | $360.00 | $180.00 |
| Katie Sticklen | 8.10 | $378.00 | $3,061.80 |
| Leakhena Au | 28.80 | $420.00 | $12,096.00 |
| Nathan Kuenzi | 19.00 | $420.00 | $7,980.00 |
| Timothy Burns | 10.00 | $487.50 | $4,875.00 |

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Timothy Burns | 62.80 | $975.00 | $61,230.00 |

**Total Due This Invoice: $127,422.22**