**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC DIOCESE OF<br>ROCKVILLE CENTRE, NEW YORK,[1]<br><br>      Debtor. | Chapter 11<br><br>Case No. 20-12345 (MG) |

**ORDER GRANTING APPLICATIONS FOR ALLOWANCE**
**OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

      Upon consideration of the Applications for Allowance of Compensation and Reimbursement of Expenses for the Eighth Interim Fee Period identified in Schedule A (collectively, the "Applications"), for professional services rendered and expenses incurred during the period commencing February 1, 2023 through May 31, 2023; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby:

      ORDERED that the Applications are granted to the extent set forth in the attached Schedule A.

*[Remainder of page intentionally left blank]*

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is 992 N Village Ave, Rockville Centre, NY 11570.

**IT IS SO ORDERED.**

Dated:  September 8, 2023
 New York, New York

                   <u>    **/s/ Martin Glenn**    </u>
                    MARTIN GLENN
               Chief United States Bankruptcy Judge

In re The Roman Catholic Diocese of Rockville Centre, New York (Bankr. S.D.N.Y. No. 20-12345)

**EIGHTH INTERIM FEE PERIOD**  SCHEDULE A
**February 1, 2023 – May 31, 2023**

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Jones Day | Jul. 13, 2023 Docket No. 2302 | $5,907,378 | $5,907,378 | $5,907,378 | $0 | $5,907,378 | $87,052.23 | $87,052.23 |
| Alvarez & Marsal North America LLC | Jul. 13, 2023 Docket No.2303 | $660,210.00 | $660,210.00 | $660,210.00 | $0 | $660,210.00 | $5,408.93 | $5,408.93 |
| Reed Smith LLP | Jul. 17, 2023 Docket No. 2327 | $1,024,258.50 | $1,024,258.50 | $1,024,258.50 | $0 | $1,024,258.50 | $385,199.58 | $385,199.58 |
| Nixon Peabody LLP | Jul. 14, 2023 Docket No. 2309 | $383,932.50 | $383,932.50 | $383,932.50 | $0 | $383,932.50 | $657.32 | $657.32 |
| Sitrick and Company, Inc. | Jul. 12, 2023 Docket No. 2288 | $14,510.00 | $14,510.00 | $14,510.00 | $0 | $14,510.00 | $0 | $0 |
| Pachulski Stang Ziehl & Jones LLP | Jul. 17, 2023 Docket No. 2324 | $4,649,399.75 | $4,649,399.75 | $4,649,399.75 | $0 | $4,649,399.75 | $395,540.85 | $395,540.85 |
| Berkeley Research Group, LLC | Jul. 17, 2023 Docket No.2322 | $844,859.00 | $844,859.00 | $844,859.00 | $0 | $844,859.00 | $335.04 | $335.04 |
| Burns Bowen Bair LLP | Jul. 17, 2023 Docket No. 2321 | $346,389.75 | $346,389.75 | $346,389.75 | $0 | $346,389.75 | $7,618.93 | $7,618.93 |
| Forchelli Deegan Terrana LLP | Jul. 17, 2023 Docket No.2314 | $46,020.50 | $46,020.50 | $46,020.50 | $0 | $46,020.50 | $27.00 | $27.00 |
| Robert E. Gerber | Jul. 17, 2023 Docket No. 2316 | $114,940.00 | $114,940.00 | $114,940.00 | $0 | $114,940.00 | $562.90 | $562.90 |

20-12345-mg    Doc 2477    Filed 09/08/23    Entered 09/08/23 16:05:10    Main Document
Pg 4 of 4

In re The Roman Catholic Diocese of Rockville Centre, New York (Bankr. S.D.N.Y. No. 20-12345)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Michael R. Hogan | Jul. 17, 2023 Docket No. 2317 | $14,365 | $14,365 | $14,365 | $0 | $14,365 | $0 | $0 |
| Joseph Hage Aaronson LLC | Jul. 17, 2023 Docket No. 2318 | $48,082.50 | $48,082.50 | $48,082.50 | $0 | $48,082.50 | $784.23 | $784.23 |
| Jefferies LLC | Jul. 17, 2023 Docket No. 2313 | $350,000.00 | $350,000.00 | $350,000.00 | $0 | $350,000.00 | $0 | $0 |
| Lerman Senter PLLC | Jul. 17, 2023 Docket No. 2320 | $6,532.50 | $6,532.50 | $6,532.50 | $0 | $6,532.50 | $0 | $0 |

DATE ON WHICH ORDER WAS SIGNED: 9/8/2023          INITIALS: MG USBJ