REED SMITH LLP
Aaron Javian, Esq.
John B. Berringer, Esq.
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: ajavian@reedsmith.com
E-mail: jberringer@reedsmith.com

REED SMITH LLP
Timothy P. Law, Esq. (admitted *pro hac vice*)
1717 Arch Street
Three Logan Square, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420
E-mail: tlaw@reedsmith.com

*Special Insurance Counsel for Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,[1] | : | Case No. 20-12345 (MG) |
| | : | |
| Debtor. | : | |

**THIRTY-FIFTH MONTHLY STATEMENT OF REED SMITH LLP, AS
SPECIAL INSURANCE COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION,
OF FEES FOR PROFESSIONAL SERVICES RENDERED AND
DISBURSEMENTS INCURRED FOR THE PERIOD
AUGUST 1, 2023 THROUGH AUGUST 31, 2023**

| | |
|---|---|
| Name of Applicant: | Reed Smith LLP |
| Authorized to Provide Professional Services to: | Debtor and Debtor in Possession |
| Date of Retention: | Order entered on November 4, 2020, *nunc pro tunc* to October 1, 2020 |
| Period for which compensation and reimbursement is sought: | August 1, 2023 to August 31, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $256,962.50

80% of which is $205,570.00 |

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue P.O. Box 9023, Rockville Centre, NY 11571-9023.

| | |
|---|---|
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,561.89 |
| Fees and Expenses of Debtor's Consulting Expert ("Expert F&E") | $23,083.25[2] |
| TOTAL (80% of fees, 100% of costs, 100% of Expert F&E) | $230,215.14 |

Reed Smith LLP ("Reed Smith"), as Special Insurance Counsel for the Debtor and Debtor-In Possession, hereby submits this thirty-fifth monthly statement (the "Monthly Statement") for the period of August 1, 2023 through August 31, 2023 (the "Statement Period") for payment of professional services rendered and reimbursement of expenses incurred during the Statement Period pursuant to the Court's Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Dkt. No. 129] (the "Fee Procedures Order").  Reed Smith requests: (a) interim allowance and payment of compensation in the amount of $205,570.00 (80% of $256,962.50) of fees on account of reasonable and necessary professional services rendered to the Debtor by Reed Smith, (b) reimbursement of actual and necessary costs and expenses in the amount of $1,561.89 incurred by Reed Smith during the Statement Period, and (c) reimbursement for services rendered, and costs and expenses incurred, by Debtor's consulting expert in the amount of $23,083.25.

### FEES FOR SERVICES RENDERED DURING THE STATEMENT PERIOD

1.     Set forth below is a list of the positions of the Reed Smith professionals and paraprofessionals who provided services to the Debtor during the Statement Period, their respective billing rates, and the aggregate hours spent by each professional and paraprofessional in providing services on behalf of the Debtor during the Statement Period.

---

[2] Submitted for payment pursuant to *Order Authorizing the Retention of Experts* [Dkt. No. 783], ¶ 3.

| Name | Title | Department | Office | JD Year | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Law, Timothy | Equity Partner | Litigation | Philadelphia | 1995 | 1,250 | 43.1 | $53,875.00 |
| Law, Timothy | Equity Partner | Litigation | Philadelphia | 1995 | 625 | 4.0 | $2,500.00 |
| Javian, Aaron | Fix.Sh.Partner | Business and Finance | New York | 2004 | 1,215 | 0.5 | $607.50 |
| Kramer, Ann | Fix.Sh.Partner | Litigation | New York | 1984 | 1,390 | 21.7 | $30,163.00 |
| Berringer, John | Counsel | Litigation | New York | 1980 | 1,285 | 47.0 | $60,395.00 |
| Kim, Esther Y. | Associate | Litigation | Philadelphia | 2018 | 685 | 92.4 | $63,294.00 |
| LauKamg, Christopher | Paralegal | Business and Finance | New York | - | 410 | 28.2 | $11,562.00 |
| Simmonds, Lianna E. | Paralegal | Litigation | Philadelphia | - | 330 | 2.2 | $726.00 |
| Schad, James | Other | Litigation | Washington | - | 600 | 56.4 | $33,840.00 |
| | | | | | | 295.5 | $256,962.50 |
| | | | | | | | |
| TOTAL: | | | | | | 295.5 | $256,962.50 |

2.      The rates charged by Reed Smith for services rendered to the Debtor are the same rates that it charges generally for professional services rendered to its non-bankruptcy clients as described in the engagement letter between Reed Smith and the Debtor.  A complete itemization of tasks performed by these professionals and paraprofessionals for the Statement Period is annexed hereto as **Exhibit A**.

## EXPENSES INCURRED DURING THE STATEMENT PERIOD

3.      Set forth below is a categorical list of expenses incurred by Reed Smith during the Statement Period in the course of representing the Debtor.

| Description | Amount |
|---|---|
| T. Law Rail Expense to Attend W. Chapin Deposition and Settlement Conference | $311.00 |
| T. Law Lodging Expense to Attend W. Chapin Deposition and Settlement Conference | $231.99 |
| Amended and Supplemental Petition for Writ of Mandamus Filing Expense | $150.00 |
| Gravity Stack LLC May 2023 Invoice | $868.90 |
| Total: | $1,561.89 |

3

**NOTICE AND OBJECTION PROCEDURES**

4.      Reed Smith has provided notice of this statement upon the following parties by electronic or first class mail: (i) the Debtor, the Roman Catholic Diocese of Rockville Centre, 50 N. Park Avenue, P.O. Box 9023, Rockville Centre, NY 11571 (Attn: Thomas Renker); (ii) counsel to the Debtor, Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); (iii) the Office of the United States Trustee Region 2, Alexander Hamilton Custom House, One Bowling Green, Suite 534, New York, NY 10004 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq.); and (iv) counsel for the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017 (Attn: Ilan D. Scharf, Esq., Karen B. Dine, Esq. and Brittany M. Michael, Esq.) and Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067 (Attn: James I. Stang, Esq.).

5.      Pursuant to the Fee Procedures Order, objections to this Monthly Statement, if any, must be served no later than **October 6, 2023** (the "Objection Deadline") upon the following parties: (i) the Debtor, the Roman Catholic Diocese of Rockville Centre, 50 N. Park Avenue, P.O. Box 9023, Rockville Centre, NY 11571 (Attn: Thomas Renker); (ii) counsel to the Debtor, Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); (iii) the Office of the United States Trustee Region 2, Alexander Hamilton Custom House, One Bowling Green, Suite 534, New York, NY 10004 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq.); (iv) counsel for the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017 (Attn: Ilan D. Scharf, Esq., Karen B. Dine, Esq. and Brittany M. Michael, Esq.) and Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067 (Attn: James I. Stang, Esq.); and (v)

Special Insurance Counsel, Reed Smith LLP, 599 Lexington Avenue, New York, NY 10022 (Attn: Aaron Javian, Esq. and John B. Berringer, Esq.) and Reed Smith LLP, 1717 Arch Street, Three Logan Square, Suite 3100, Philadelphia, PA 19103 (Attn: Timothy P. Law, Esq.).

6.      If no objections to this Monthly Statement are received by the Objection Deadline, the Debtor will be authorized thereafter to pay Reed Smith 80% of the fees and 100% of the expenses identified in the Monthly Statement as well as 100% of the Expert F&E.

7.      To the extent an objection to the Monthly Statement is received on or before the Objection Deadline, the Debtor will withhold payment of that portion of the Monthly Statement to which the objection is directed and is authorized to pay the remainder of fees and expenses in the percentages set forth above.  To the extent such objection is not resolved, it shall be preserved and presented to the Court at the next interim or final fee application hearing to be heard in accordance with paragraph 2(k) of the Fee Procedures Order.

Dated:  September 21, 2023
      New York, New York

REED SMITH LLP

*/s/ Aaron Javian*
Aaron Javian, Esq.
John B. Berringer, Esq.
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: ajavian@reedsmith.com
E-mail: jberringer@reedsmith.com

-and-

REED SMITH LLP
Timothy P. Law, Esq. (admitted *pro hac vice*)
1717 Arch Street
Three Logan Square, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420
E-mail: tlaw@reedsmith.com

*Special Insurance Counsel for Debtor and
Debtor in Possession*

# EXHIBIT A



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number: **3653093** |
| 50 No. Park Avenue | Invoice Date: **9/20/2023** |
| Att: William G. Chapin | Client Number: **504893** |
| Rockville Centre, NY 11570 | Matter Number: **504893.20001** |
| US - UNITED STATES | |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Non-Working Travel**

Total Current Fees.............................................................................$          2,500.00

**Total Due This Invoice:**          $          **2,500.00**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
*(Please Reference Invoice Number)*



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number: **3653093** |
| 50 No. Park Avenue | Invoice Date: **9/20/2023** |
| Att: William G. Chapin | Client Number: **504893** |
| Rockville Centre, NY 11570 | Matter Number: **504893.20001** |
| US - UNITED STATES | |

**RE: Non-Working Travel**

---

### INVOICE SUMMARY

Total Current Fees................................................................................$          2,500.00

**Total Due This Invoice:**                          **$          2,500.00**

Please Remit to:

***Mail To:***
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
*(**Please Reference Invoice Number**)*



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

R.C. Diocese of Rockville Centre
50 No. Park Avenue
Att: William G. Chapin
Rockville Centre, NY 11570
US - UNITED STATES

| | |
|---|---|
| Invoice Number: | **3653093** |
| Invoice Date: | **9/20/2023** |
| Client Number: | **504893** |
| Matter Number: | **504893.20001** |

### DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH August 31, 2023

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 08/01/23 | T.P. Law | Travel to NYC for Chapin deposition and settlement conference with Magistrate Judge Cave. | 2.00 |
| 08/04/23 | T.P. Law | Return to Philadelphia from Chapin deposition and settlement conference with Magistrate Judge Cave. | 2.00 |
| **Total Hours** | | | **4.00** |

### SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Timothy P. Law | 4.00 hrs @ $ | 625.00 / hr | 2,500.00 |
| **Total Professional Services** | | | **2,500.00** |

### INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 2,500.00 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **2,500.00** |
| **Total Amount Due** | **$** | **2,500.00** |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

R.C. Diocese of Rockville Centre
50 No. Park Avenue
Att: William G. Chapin
Rockville Centre, NY 11570
US - UNITED STATES

| | |
|---|---|
| Invoice Number: | **3653092** |
| Invoice Date: | **9/20/2023** |
| Client Number: | **504893** |
| Matter Number: | **504893.60005** |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Chapter 11 Insurance Recovery**

---

Total Current Fees...............................................................................$    249,837.00

Total Current Expenses and Other Charges ......................................$        1,561.89

**Total Due This Invoice:**                                                    **$    251,398.89**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360110*
*Pittsburgh, PA 15251-6110*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
**(Please Reference Invoice Number)**



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number: **3653092** |
| 50 No. Park Avenue | Invoice Date: **9/20/2023** |
| Att: William G. Chapin | Client Number: **504893** |
| Rockville Centre, NY 11570 | Matter Number: **504893.60005** |
| US - UNITED STATES | |

**RE: Chapter 11 Insurance Recovery**

---

### INVOICE SUMMARY

Total Current Fees.................................................................................$    249,837.00

Total Current Expenses and Other Charges .....................................$_____1,561.89

**Total Due This Invoice:**                                         **$_____251,398.89**

---

Please Remit to:

**Mail To:**
*Reed Smith LLP*
*P.O. Box 360110*
*Pittsburgh, PA 15251-6110*

**Wire Instructions:**
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
**(Please Reference Invoice Number)**



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number: **3653092** |
| 50 No. Park Avenue | Invoice Date: **9/20/2023** |
| Att: William G. Chapin | Client Number: **504893** |
| Rockville Centre, NY 11570 | Matter Number: **504893.60005** |
| US - UNITED STATES | |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH August 31, 2023**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 08/01/23 | J.B. Berringer | Preparation for, attendance on team conf. call (1.30); revisions to discovery demands (.80); review new GB docs, emails Schad, Kim, Chapin re: same (1.80); prep for Chapin dep, o/c T. Law re: same (1.10); revision to 30(b)(6) Outline (.50). | 5.50 |
| 08/01/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 1.20 |
| 08/01/23 | J.C. Schad | Prepare report to J. Berringer re: insurer letter, prior correspondence (1.1); Transmit materials to E. Kim re: deposition outline (1.5). | 2.60 |
| 08/01/23 | E. Y. Kim | Call with J. Schad to update 30(b)(6) outline regarding document collection (.90); call with T. Law and J. Berringer regarding W. Chapin deposition preparation (.40); analyze case relating to 30(b)(6) depositions cited by Judge Cave per T. Law's request (.30); revise 30(b)(6) deposition outline regarding the Diocese's search and production of documents (1.50). | 3.10 |
| 08/01/23 | A. Kramer | Draft note to client, JD and RS teams re call with Sugayan re: mediation (.30); analysis re: Allianz/Interstate re: mediation (.80); discuss MJCave order in Arrowood case with Berringer (.10); draft insurance settlement recommendation (1.20). | 2.40 |
| 08/01/23 | T.P. Law | Deposition preparation with B. Chapin. | 4.00 |
| 08/01/23 | T.P. Law | Review deposition transcript and draft corrections | 1.20 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | to B. Chapin's deposition testimony. | |
| 08/02/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 08/02/23 | J.C. Schad | Attention to historic claim handling procedures (.70); review, notate, record revisions to 30(b)(6) Outline (.50); review insurer letter for response to W. Chapin re: request for high level excess insurer information (.60). | 1.80 |
| 08/02/23 | J.B. Berringer | Preparation for and attendance at session with W. Chapin (4.80); review mediation order (.90); revisions to 30(b)(6) Outline (.80); follow-up re: Arrowood letters (.60). | 7.10 |
| 08/02/23 | E. Y. Kim | Revise supplemental 30(b)(6) outline for W. Chapin deposition regarding document collection and productions (2.3); analyze documents relating to the Diocese's claims to Arrowood and finalize supplemental production of same (3.3). | 5.60 |
| 08/02/23 | A. Kramer | Work in Process call with client, JD, RS and A&M teams re: settlement negotiations (1.0); telephone call with S. Minarovich re: mediation (.20); draft note to C. Ball re: mediation issues (.20). | 1.40 |
| 08/02/23 | T.P. Law | Participate in work in process call with Jones Day and Reed Smith teams. | 1.20 |
| 08/02/23 | T.P. Law | Draft revised corrections to B. Chapin deposition. | 0.70 |
| 08/03/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 08/03/23 | T.P. Law | Defend B. Chapin deposition. | 4.20 |
| 08/03/23 | T.P. Law | Prepare for B. Chapin deposition. | 1.20 |
| 08/04/23 | A. Kramer | Telephone call and email exchange with J. Berringer re: mediation session (.30); email exchange with S. Minarovich re: mediation (.10). | 0.40 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 08/04/23 | T.P. Law | Attend settlement conference with P. Osselaer and Magistrate Judge Cave. | 4.20 |
| 08/04/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 1.00 |
| 08/04/23 | J.B. Berringer | Preparation for and attendance at mediation. | 4.50 |
| 08/07/23 | J.B. Berringer | Memo to A. Kramer re: mediation session. | 0.60 |
| 08/07/23 | T.P. Law | Email exchange with E. Kim re: Evanston and LMI discovery responses. | 0.30 |
| 08/07/23 | T.P. Law | Review court order re: assignment of new judge in LMI action and email opposing counsel re: necessary next steps. | 0.30 |
| 08/07/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 1.00 |
| 08/07/23 | T.P. Law | Review and comment on motion to further amend the bar date order re: Arrowood issues. | 0.80 |
| 08/07/23 | A. Kramer | Draft note to S. Minarovich (Allianz) re: mediation. | 0.20 |
| 08/08/23 | E. Y. Kim | Analyze LMI policies and documents relating to claims brought under the LMI policies to draft responses to LMI Phase I interrogatories (3.5); emails to J. Schad regarding same (.30). | 3.80 |
| 08/08/23 | J.C. Schad | Prepare, discuss discovery responses with E. Kim (.50); research, analyze, prepare detailed reports to E. Kim re: suits alleging injury during the pre-1986 LMI coverage (3.2); research, extract, prepare schedule of policies in certain tower of coverage for report to E. Kim (.60). | 4.30 |
| 08/08/23 | J.B. Berringer | Review of letters from LMI. | 1.00 |
| 08/08/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 08/08/23 | T.P. Law | Meet with E. Kim and review emails re: Evanston and LMI discovery responses. | 0.30 |
| 08/08/23 | A. Kramer | Communications with T. Law and KCIC re: claim lists (.20); telephone conversation and email exchange with S. Minarovich re: mediation (.30). | 0.50 |
| 08/09/23 | E. Y. Kim | Call with J. Schad re: LMI and Evanston policies and document requests (.50); call with W. Chapin, J. Berringer, T. Law, Network Adjusters, Porter & Curtis regarding same (.80); analyze the Diocese and Gallagher Bassett documents responsive to LMI's document requests for production (3.1). | 4.40 |
| 08/09/23 | T.P. Law | Work in progress call with Reed Smith and Jones Day teams. | 0.80 |
| 08/09/23 | J.C. Schad | Prepare materials requested during discussion with E. Kim re: LMI discovery. | 0.60 |
| 08/09/23 | J.B. Berringer | Team teleconference (.70); teleconference with E. Kim re: discovery responses (.80); review and reply to email re: NY Liquidation Bureau (.60); review draft of letter to Judge Cave (.50); review emails re: Arrowood discovery (.60). | 3.20 |
| 08/09/23 | J.B. Berringer | Analyze LMI policies and documents relating to claims brought under the LMI policies to draft responses to LMI Phase 1 interrogatories (3.5); emails to J. Schad regarding same (.30); review of letters from LMI (1.0). | 4.80 |
| 08/09/23 | T.P. Law | Draft revisions to joint letter to Magistrate Judge Dave drafted by Arrowood's counsel. | 0.30 |
| 08/09/23 | T.P. Law | Email Arrowood re: failure to respond to the Diocese's interrogatories and document requests. | 0.40 |
| 08/09/23 | A. Kramer | Work in process call with JD and RS Teams re: Arrowood discovery, insurer negotiations etc. (.80); email exchange with KCIC re claim lists (.20); review Arrowood response re: meetings with plaintiffs (.10); email exchange with T. Law re: same (.10); email exchange with S. Minarovich re: mediation issue (.30). | 1.50 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 08/09/23 | T.P. Law | Forward Gallagher Bassett service agreements. | 0.40 |
| 08/09/23 | T.P. Law | Email and telephone conference with E. Stephens re: response to LMI and Evanston discovery responses. | 0.80 |
| 08/09/23 | T.P. Law | Telephone conference with Diocese, Porter & Curtis, and Network Adjusters re: response to LMI and Evanston discovery responses. | 0.80 |
| 08/10/23 | E. Y. Kim | Analyze documents from Network Adjusters regarding claim correspondence and course of dealing documents for production to LMI (3.1); call with E. Stephens, T. Law regarding discovery responses to LMI and Evanston (.30); draft, revise responses to LMI interrogatories (2.5). | 5.90 |
| 08/10/23 | J.B. Berringer | Telephone conference with C. Adams re: Placa deposition. | 0.40 |
| 08/10/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 1.00 |
| 08/10/23 | J.C. Schad | Prepare file materials pertinent to LMI program policies for E. Kim review for potential production in discovery. | 2.40 |
| 08/10/23 | J.B. Berringer | Emails re: NY Liquidation Bureau (.30); review emails re: discovery responses (.50); review draft letters to Judge Cave (.60); review A. Smith letter re: 30(b)(6) (.60). | 2.00 |
| 08/10/23 | T.P. Law | Repeated emails to Arrowood's counsel re: joint letter. | 2.20 |
| 08/10/23 | T.P. Law | Emails with Jones Day and parish counsel re: NY property and casualty security fund per claim limits. | 0.30 |
| 08/10/23 | T.P. Law | Telephone conference with E. Stephens of Jones Day re: discovery responses to LMI and Evanston. | 0.40 |
| 08/10/23 | T.P. Law | Meet with E. Kim re: discovery responses to LMI and Evanston and forward materials. | 0.30 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 08/11/23 | E. Y. Kim | Analyze documents from Network Adjusters regarding claim documents and LMI policy-related documents for production to LMI (4.3); calls with J. Schad regarding same (.30); draft, revise responses to LMI interrogatories (1.2). | 5.80 |
| 08/11/23 | L. E. Simmonds | Research corporate address for Gallagher Bassett Services, Inc., Marsh USA, and Network Adjusters. | 0.70 |
| 08/11/23 | J.C. Schad | Collect materials potentially responsive to discovery requests for reports to E. Kim re: LMI (3.6); analyze, collect materials potentially responsive to discovery requests for reports to E. Kim re: Evanston (.80); prepare, transmit materials for preparation, production LMI (1.2); analyze, prepare report re: materials received from broker (.70). | 6.30 |
| 08/11/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 08/12/23 | E. Y. Kim | Analyze claim documents and Gallagher Bassett agreements from client for production to LMI. | 3.60 |
| 08/12/23 | J.C. Schad | Analyze, collect materials potentially responsive to discovery requests for reports to E. Kim re: LMI. | 3.40 |
| 08/13/23 | J.C. Schad | Analyze, collect materials potentially responsive to discovery requests for reports to E. Kim re: LMI. | 2.30 |
| 08/14/23 | E. Y. Kim | Calls with J. Schad regarding documents relating to LMI from Network Adjusters and Porter & Curtis (1.1); analyze documents from client, Network Adjusters and Porter & Curtis for production to LMI (4.2); revise responses to LMI interrogatories (1.5). | 6.80 |
| 08/14/23 | J.C. Schad | Attention to materials re discovery responses, analyze, notate, record documents for report, transmission to E. Kim (3.8); extract supporting | 6.30 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | materials for report to E. Kim re: LMI brokers, agents (1.6); discussions with E. Kim re: insurer reimbursement records, summaries and data (.90). | |
| 08/14/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 08/14/23 | A. Kramer | Review letter and attachment from T. Burns (.30); email exchange with RS and JD Teams re: same (.10). | 0.40 |
| 08/14/23 | T.P. Law | Begin review of discovery responses to LMI and Evanston. | 0.80 |
| 08/15/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 08/15/23 | E. Y. Kim | Calls with M. Hurst regarding payment of claims by LMI (.40); call with Network Adjusters regarding same (.20): calls with J. Schad regarding LMI policies (.70); revise responses to LMI interrogatories (1.6); revise responses to LMI document requests (1.1); revise responses to Evanston document requests (1.4); revise responses to Evanston interrogatories (1.8). | 7.20 |
| 08/15/23 | A. Kramer | Communications with E. Stephens re: expert issue (.20); review new 2004 notice (.20); email exchanges with RS and JD teams re: same (.20); email exchanges re: new Arrowood quarterly filing (.20). | 0.80 |
| 08/15/23 | T.P. Law | Review and comment to Jones Day on Unsecured Creditor's Committee 2004 motion. | 0.50 |
| 08/15/23 | T.P. Law | Forward Arrowood financials to Jones Day with email comments. | 0.30 |
| 08/15/23 | T.P. Law | Review and revise discovery responses to LMI and Evanston. | 2.60 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 08/15/23 | J.C. Schad | Analyze, prepare loss run reference materials for discussions with E. Kim re: LMI payment history, supporting materials (2.4); policy analysis, discussions with E. Kim re: secondary evidence for support of draft discovery responses (1.2). | 3.60 |
| 08/16/23 | E. Y. Kim | Draft and finalize joint letters for extension for LMI and Evanston discovery responses (1.5): call with J. Schad regarding Evanston policies and interrogatory responses (.30); revise responses to Evanston Interrogatories (2.3). | 4.10 |
| 08/16/23 | T.P. Law | Work in process call with client, Jones Day and Reed Smith teams. | 1.20 |
| 08/16/23 | T.P. Law | Telephone conference with client re: LMI and Evanston discovery responses. | 0.50 |
| 08/16/23 | T.P. Law | Follow up call with Jones Day re: insurance issues. | 0.40 |
| 08/16/23 | T.P. Law | DR letter to T. Burns, insurance counsel to the Committee re proposed Complaint and request not to settle. | 1.60 |
| 08/16/23 | T.P. Law | DR emails and correspondence re: extension of time to complete discovery responses. | 0.80 |
| 08/16/23 | T.P. Law | Begin drafting joint status letter to new judge assigned to LMI/Lexington case. | 1.60 |
| 08/16/23 | A. Kramer | Work in process call with Renker, JD and RS teams re: insurance issues re: Arrowood, LMI and Allianz, plan negotiations etc. (1.20); telephone call with T. Law re: plan negotiation issues (.20); teams call with JD team and T. Law re: committee insurance issues (1.60); review/comment on draft response to T. Burns (.10). | 3.10 |
| 08/16/23 | J.C. Schad | Record evidence re historic LMI coverage towers (3.5); review, analyze Evanston policy terms, evidence for suggested revisions to draft interrogatory responses (2.7); discussions with E. Kim re: LMI, Evanston, loss runs, insurer payments, discovery (.30). | 6.50 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 08/17/23 | T.P. Law | Complete draft of joint status letter to new judge assigned to LMI/Lexington case. | 2.20 |
| 08/17/23 | T.P. Law | Review term sheet and suggest edits. | 0.30 |
| 08/17/23 | L. E. Simmonds | Obtain filed letters to Magistrate Judge Cave. | 0.50 |
| 08/17/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 08/18/23 | A. Kramer | Review/revise draft term sheet (.50); telephone conversation (.10) and email exchange with A. Butler re: same (.10); zoom call with mediators re: settlement negotiations (2.50). | 3.20 |
| 08/18/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 08/19/23 | T.P. Law | Review insurance company changes to draft joint status letter to new judge assigned to LMI/Lexington case and make additional edits. | 0.80 |
| 08/21/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 1.00 |
| 08/21/23 | L. E. Simmonds | Analyze August 7, 2023 Order and Judge Subramanian Courtroom Policies and Procedures; edit, finalize and file letter to Judge Subramanian regarding current status of case. | 1.00 |
| 08/21/23 | T.P. Law | Review and finalize joint letter to Judge Subramanian. | 0.90 |
| 08/22/23 | A. Kramer | Review/revise draft response to 2004 demand (.20); email exchange with JD team re: same (.20); research/respond to C. Ball question re: policies (.10). | 0.50 |
| 08/22/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and | 0.80 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | calendar. | |
| 08/23/23 | A. Kramer | Work in process call with JD and A&M teams with T. Law re: negotiations with committee, pending motions, upcoming hearings etc. (.90); review BurnsBair standing motion filed in Rochester case (.40); email exchange with JD & RS teams re: same (.10). | 1.40 |
| 08/23/23 | T.P. Law | Work in process call with Jones Day and Reed Smith teams. | 0.90 |
| 08/23/23 | C.M. LauKamg | Retrieve USBC WDNY Diocese of Rochester Committee Standing Motion and circulate same to Attorneys. | 0.20 |
| 08/23/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 08/23/23 | J.C. Schad | Review, calculate, analyze materials from TPAs, insurers, brokers, re: retention amounts, paid indemnity, remaining aggregate insurance. | 1.40 |
| 08/24/23 | J.B. Berringer | Review Chapin email re: Eclesia issues (.50); email T. Law, Chapin re: same (.20); email W. Chapin re: reply to reinsurers (.30); email T. Law re: same (.10). | 1.10 |
| 08/24/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 08/24/23 | J.C. Schad | Discussion, communication with E. Kim re: documents for production to Arrowood (.20); review, notate, record documents from TPA, claims rep re: discovery responses (1.6). | 1.80 |
| 08/25/23 | E. Y. Kim | Call with T. Law, J. Berringer regarding [REDACTED] (.50); call with T. Law, J. Berringer, A. Kramer regarding same (.30); revise responses to Evanston interrogatories and analyze policies and relevant documents for same (3.4); revise responses to LMI | 7.90 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | interrogatories for J. Berringer review (1.5); revise responses to LMI document requests for same (.80); revise responses to Evanston document requests for same (1.4). | |
| 08/25/23 | A. Kramer | Review JD spreadsheets re: [REDACTED] (.20); conference call with RS Team re: same and allocation issues (.20). | 0.40 |
| 08/25/23 | T.P. Law | Telephone conference with J. Berringer and E. Kim re: [REDACTED]. | 0.50 |
| 08/25/23 | T.P. Law | Follow up telephone conference with A. Kramer, J. Berringer, and E. Kim re: [REDACTED]. | 0.50 |
| 08/25/23 | T.P. Law | Review and comment on the Committee changes to the Order to allow litigation funders access to claim information, | 0.30 |
| 08/25/23 | T.P. Law | Email N. Sochurek at KCIC re: [REDACTED]. | 0.30 |
| 08/25/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 08/25/23 | J.B. Berringer | Telephone conference with T. Law, E. Kim re: discovery issues (.50); telephone conference with Law, Kim and Kramer re: [REDACTED] (.60); review mediator email re: UCC response to LMI offer (.20). | 1.30 |
| 08/26/23 | E. Y. Kim | Analyze LMI and Evanston policy documents responsive to LMI and Evanston's document requests for production. | 3.80 |
| 08/27/23 | J.C. Schad | Research for report to E. Kim re: non-cumulation provisions in the LMI policies (.40); prepare report with supporting materials (.20). | 0.60 |
| 08/27/23 | J.B. Berringer | Revisions to discovery replies to Evanston, LMI. | 2.50 |
| 08/27/23 | E. Y. Kim | Analyze documents from client responsive to LMI document requests for production (2.4); analyze Evanston and LMI policies for production (1.5); analyze Gallagher Bassett safety newsletters for production to LMI (.50). | 4.40 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 08/28/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 08/28/23 | J.C. Schad | Attention to historic documents recovered from broker, perform comparative analysis re potential production to Arrowood in discovery (3.5); review, notate, record documents for production (1.3). | 4.80 |
| 08/28/23 | J.B. Berringer | Teleconference with E. Kim re: edits to discovery responses (1.4); review emails re: Eclesia notice issues and email W. Chapin re: same (.40); review UCC motion re: bad faith complaint and emails to A. Kramer and T. Law re: same (.90). | 2.70 |
| 08/28/23 | E. Y. Kim | Call with J. Berringer regarding revisions to LMI and Evanston discovery responses (1.0); revise same per J. Berringer's comments (2.3); analyze LMI and Evanston policy documents for production (3.2). | 6.50 |
| 08/28/23 | A. Kramer | Review committee filing re: standing (.20); email exchange with Berringer and Law re: same (.20). | 0.40 |
| 08/29/23 | J.B. Berringer | Review W. Chapin email re: syndicate insolvency and email J. Schad re: same (.40); review Arrowood letter to DOB, reply to letter (.60); t/c KCIC re: [REDACTED] (.70); review, reply to W. Chapin email re: notice to reinsurers (.40); review motion by UCC, emails Kramer, Law, Ball re: same (1.2). | 3.30 |
| 08/29/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 08/29/23 | J.C. Schad | Review notice of settlement, analyze settlement terms, prepare report to J. Berringer and W. Chapin re: Syndicate participation during relevant period (.40); comparative analysis re: documents potentially responsive to Arrowood RFPs (6.3); correlate documents for submission to E. Kim re: potentially responsive documents (.80); prepare | 7.70 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | report to E. Kim re: potentially responsive documents (.20). | |
| 08/29/23 | E. Y. Kim | Analyze supplemental Royal policy documents from Porter & Curtis for production to Arrowood. | 2.20 |
| 08/29/23 | E. Y. Kim | Draft, revise joint letters for extensions for LMI and Evanston discovery responses (1.4); emails to opposing counsel regarding same (.30); analyze LMI and Evanston policy documents for production (2.9). | 4.60 |
| 08/29/23 | T.P. Law | Review correspondence from Arrowood to D. Artese re: response to subpoena and email D. Artese. | 0.20 |
| 08/29/23 | T.P. Law | Telephone conference with KCIC re: [REDACTED]. | 0.50 |
| 08/29/23 | T.P. Law | Address extensions for discovery responses. | 0.30 |
| 08/30/23 | J.B. Berringer | Preparation for, attendance on team conf. call (.90); review of Camden decision (1.1); teleconference with A. Kramer, emails Davey, Adams re: [REDACTED] (.50); review, reply to Adams email re: same (.30); emails re: adjournment of UCC motion (.40). | 3.20 |
| 08/30/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 08/30/23 | C.M. LauKamg | Retrieve USBC NJ Diocese of Camden New Jersey docket for Memorandum Decision Denying Motion to Approve Settlement and circulate same to Attorneys. | 0.20 |
| 08/30/23 | E. Y. Kim | Analyze supplemental policy-related documents from Porter & Curtis related to LMI and Evanston for production (1.5): call with W. Chapin regarding responses to LMI document requests and Evanston interrogatories (.20); analyze LMI document requests and Evanston interrogatories to prepare for same (.50); revise LMI document requests per W. Chapin's comments (.30). | 2.50 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 08/30/23 | E. Y. Kim | Analyze supplemental Royal policy documents from Porter & Curtis for production to Arrowood (3.4); analyze responses to Arrowood's policy-related document requests (.40). | 3.80 |
| 08/30/23 | A. Kramer | Work in process call with Renker, JD, RS and A&M teams re: mediation, committee questions, motion for standing etc. (.90); review Camden opinions (2.70); review/analysis of KCIC defense allocation (.50); email exchange with T. Monteleone and B. Rosenblum: same (.20). | 4.30 |
| 08/31/23 | J.B. Berringer | Review and respond to emails re: Camden decision (1.6); emails w/ T. Renker re: defense costs (.40); review email from B. Davey (.30); t/cs Davey, Kramer re: same (.40); draft email to Davey, Adams, t/c Kramer re: same (.50); email to Davey, Adams (.20); review, forward Evanston letter to Committee (.30); review email from Chambers (.10). | 3.80 |
| 08/31/23 | E. Y. Kim | Analyze supplemental policy-related documents from Porter & Curtis related to LMI and Evanston for production (1.8); revise responses to LMI document requests based on analysis of same and documents from client (.30). | 2.10 |
| 08/31/23 | E. Y. Kim | Analyze supplemental Royal policy documents from Porter & Curtis for production to Arrowood. | 4.30 |
| 08/31/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 08/31/23 | A. Kramer | Email exchange with JD and RS Teams re: Camden opinions etc. | 0.80 |
| **Total Hours** | | | **281.20** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|-----------|-------|------|-------|



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Ann V. Kramer | 21.70 hrs @ $ | 1,390.00 / hr | 30,163.00 |
| John B. Berringer | 47.00 hrs @ $ | 1,285.00 / hr | 60,395.00 |
| Timothy P. Law | 43.10 hrs @ $ | 1,250.00 / hr | 53,875.00 |
| Esther Y. Kim | 92.40 hrs @ $ | 685.00 / hr | 63,294.00 |
| James C. Schad | 56.40 hrs @ $ | 600.00 / hr | 33,840.00 |
| Christopher LauKamg | 18.40 hrs @ $ | 410.00 / hr | 7,544.00 |
| Lianna E. Simmonds | 2.20 hrs @ $ | 330.00 / hr | 726.00 |
| **Total Professional Services** | | | **249,837.00** |

**DISBURSEMENTS AND OTHER CHARGES**

| Date | Description | Amount |
|---|---|---|
| 07/14/2023 | T. Law Rail Expense to attend W. Chapin Deposition and Settlement Conference | 311.00 |
| 07/16/2023 | T. Law Lodging Expense to attend W. Chapin Deposition and Settlement Conference | 231.99 |
| 08/10/2023 | Amended and Supplemental Petition for Writ of Mandamus Filing Expense | 150.00 |
| 08/25/2023 | Gravity Stack LLC May 2023 Invoice | 868.90 |
| | **Total Expenses and Other Charges** | **1,561.89** |

**INVOICE SUMMARY**

| | | |
|---|---|---|
| Total Fees | $ | 249,837.00 |
| Total Expenses and Other Charges | $ | 1,561.89 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **251,398.89** |
| **Total Amount Due** | **$** | **251,398.89** |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number:  **3653095** |
| 50 No. Park Avenue | Invoice Date:  **9/20/2023** |
| Att: William G. Chapin | Client Number:  **504893** |
| Rockville Centre, NY 11570 | Matter Number:  **504893.60006** |
| US - UNITED STATES | |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Fee statements/fee applications**

Total Current Fees..............................................................................$          4,625.50

**Total Due This Invoice:**          **$          4,625.50**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
*(Please Reference Invoice Number)*



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number: **3653095** |
| 50 No. Park Avenue | Invoice Date: **9/20/2023** |
| Att: William G. Chapin | Client Number: **504893** |
| Rockville Centre, NY 11570 | Matter Number: **504893.60006** |
| US - UNITED STATES | |

**RE: Fee statements/fee applications**

---

### INVOICE SUMMARY

Total Current Fees..............................................................................$	4,625.50

**Total Due This Invoice:**	**$	4,625.50**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
***(Please Reference Invoice Number)***



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

R.C. Diocese of Rockville Centre
50 No. Park Avenue
Att: William G. Chapin
Rockville Centre, NY 11570
US - UNITED STATES

| | |
|---|---|
| Invoice Number: | **3653095** |
| Invoice Date: | **9/20/2023** |
| Client Number: | **504893** |
| Matter Number: | **504893.60006** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH August 31, 2023**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 08/07/23 | C.M. LauKamg | Prepare, review and edit USBC SDNY Reed Smith LLP Thirty-Fourth Monthly Fee Statement in preparation for electronic filing. | 1.00 |
| 08/08/23 | C.M. LauKamg | Finalize USBC SDNY Certificate of No Objection for Reed Smith LLP Thirty-Third Monthly Fee Statement in preparation for electronic filing. | 0.40 |
| 08/09/23 | C.M. LauKamg | Review and revise USBC SDNY Reed Smith LLP Thirty-Fourth Monthly Fee Statement in preparation for electronic filing. | 1.00 |
| 08/10/23 | C.M. LauKamg | Work with Accounting Department to finalize USBC SDNY Reed Smith LLP Thirty-Fourth Monthly Fee Statement in preparation for electronic filing. | 0.60 |
| 08/11/23 | C.M. LauKamg | Coordinate with Accounting Department regarding revisions to Reed Smith LLP Thirty-Fourth Monthly Fee Statement in preparation for electronic filing. | 0.80 |
| 08/11/23 | C.M. LauKamg | Revise USBC SDNY Reed Smith LLP Thirty-Fourth Monthly Fee Statement in preparation for electronic filing. | 1.00 |
| 08/11/23 | C.M. LauKamg | Finalize, electronically file and serve USBC SDNY Certificate of No Objection for the June 2023 Reed Smith LLP Monthly Fee Statement and update master files and calendar. | 0.80 |
| 08/11/23 | C.M. LauKamg | Finalize USBC SDNY Certificate of No Objection for Reed Smith LLP Thirty-Third Monthly Fee Statement in preparation for electronic filing. | 0.20 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 08/14/23 | C.M. LauKamg | Revise USBC SDNY Reed Smith LLP Thirty-Fourth Monthly Fee Statement in preparation for electronic filing. | 0.60 |
| 08/15/23 | C.M. LauKamg | Revise USBC SDNY Reed Smith LLP Thirty Fourth Monthly Fee Statement in preparation for electronic filing. | 0.80 |
| 08/17/23 | C.M. LauKamg | Finalize, electronically file and serve USBC SDNY Reed Smith LLP Thirty Fourth Monthly Fee Statement and update master files and calendar. | 1.80 |
| 08/17/23 | A. Javian | Final review/comment of monthly statement. | 0.50 |
| 08/30/23 | C.M. LauKamg | Arrange USBC SDNY A. Javian September 6, 2023 Fee Hearing Appearance and circulate confirmation of same. | 0.40 |
| 08/31/23 | C.M. LauKamg | Finalize USBC SDNY Certificate of No Objection for Reed Smith LLP Thirty-Fourth Monthly Fee Statement in preparation for electronic filing. | 0.40 |
| **Total Hours** | | | **10.30** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|-----------|-------|------|-------|
| Aaron Javian | 0.50 hrs @ $ | 1,215.00 / hr | 607.50 |
| Christopher LauKamg | 9.80 hrs @ $ | 410.00 / hr | 4,018.00 |
| **Total Professional Services** | | | **4,625.50** |

**INVOICE SUMMARY**

| | | |
|---|---|---|
| Total Fees | $ | 4,625.50 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **4,625.50** |
| **Total Amount Due** | **$** | **4,625.50** |