UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br><br>                        Debtor. | (Hon. Martin Glenn)<br><br>Chapter 11<br><br>Case No. 20-12345-scc |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br><br>                        Plaintiff,<br><br>     v.<br><br>ARROWHEAD INDEMNITY COMPANY fka Royal Insurance Company, also fka Royal Globe Insurance Company; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON & CERTAIN LONDON MARKET COMPANIES namely Allianz International Ltd., Ancon Insurance Co. (UK) Ltd., Assicurazioni Generali T.S., British National Insurance Co. Ltd. formerly known as British National Life Insurance Society Ltd., CX Reinsurance Co Ltd. formerly known as C.N.A. Re of London, Compagnie d'Assurance Maritimes et Terrestress (France), Dominion Insurance Co. Ltd. Excess Insurance Co. Ltd., Lexington Insurance Co., London & Edinburgh General Insurance Co. Ltd., Sovereign Marine & General Insurance Co. Ltd, Sovereign Marine & General Insurance co. Ltd., St. Katherine Insurance Co. Ltd., Storebrand Insurance Ltd., Taisho Marine & Fire (UK) Ltd., Terra Nova Insurance Co. Ltd., Tokio Marine & Fire (UK) Ltd., Turegum Insurance Co. Ltd., Unionamerica Insurance Co. Ltd., and Ysuda Fire & Marine (UK) Ltd.; ALLIANZ UNDERWRITERS INSURANCE COMPANY; ASSOCIATED INTERNATIONAL INSURANCE COMPANY; et al.,<br><br>                        Defendants. | Adv. Pro. No. 20-01277 scc |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the undersigned appears for Interstate Fire & Casualty Company ("Interstate"), Fireman's Fund Insurance Company ("FFIC"), and National Surety Corporation ("NSC"). Pursuant to Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") 2002, 9007 and 9010(b), and Section 1109(b) of the United States Code (the "Bankruptcy Code"), the undersigned requests that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the following pursuant to Bankruptcy Rule 2002(g) at the office, post office address and telephone number set forth below.

> Wayne M. Cox
> Rivkin Radler LLP
> 477 Madison Avenue
> Suite 410
> New York, NY 10022
> Phone: (212) 455-9555
> Fax: (212) 687-9044
> Email: wayne.cox@rivkin.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise with regard to the referenced case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall constitute a waiver of: (1) the right of Interstate, FFIC, and/or NSC to have final orders in non-core matters entered only after de novo review by the United States District Court for the Southern District of New York (the "District Court"); (2)

the right of Interstate, FFIC, and/or NSC to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) the right of Interstate, FFIC, and/or NSC to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (4) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this notice, (5) an election of remedy, (6) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: Uniondale, New York
       September 22, 2023

                              RIVKIN RADLER LLP

By:    /s/ *Wayne M. Cox*
       Wayne M. Cox
       477 Madison Avenue
       Suite 410
       Tel: (212) 455-9555
       Fax: (212) 687-9044
       wayne.cox@rivkin.com
       *Counsel for Interstate Fire & Casualty Company, Fireman's Fund Insurance Company, and National Surety Corporation*