**Objection Deadline: October 16, 2023**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Case No. 20-12345 (SCC) |
| | ) |
| THE ROMAN CATHOLIC DIOCESE OF | ) Chapter 11 |
| ROCKVILLE CENTRE, NEW YORK, | ) |
| | ) |
| Debtor.[1] | ) |
| | ) |

**FIRST MONHTLY FEE STATEMENT FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES BY**
**BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISOR**
**FOR THE PERIOD FROM AUGUST 1, 2023 THROUGH AUGUST 31, 2023**

| | |
|---|---|
| Name of Applicant: | Berkeley Research Group, LLC ("BRG") |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "Committee") |
| Date of Retention: | December 9, 2020 Effective as of October 29, 2020 [Docket No. 246] |
| Period for which Compensation and Reimbursement is Sought: | August 1, 2023 through August 31, 2023[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $51,873.60 (80% of $64,842.00) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $4,230.36 [3] |

This is a:     __X__ Monthly ___ Interim     ___ Final Application.

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last for digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue, PO Box 9023, Rockville Centre, NY 11571-9023.

[2] The applicant reserves the right to include any time expended and expenses incurred in the period indicated above in future application(s) if it is not included herein.

[3] The date listed for expenses contained in Exhibit B does not necessarily reflect the date on which the expense was actually incurred by Applicant.

## Preliminary Statement:

Berkeley Research Group, LLC ("BRG"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of above-captioned debtor (the "Debtor"), hereby submits this First Monthly Fee Statement (the "Monthly Statement") for the period from August 1, 2023 through August 31, 2023 (the "Fee Period") in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* dated November 4, 2020 [Docket No. 129] (the "Interim Compensation Order").

BRG requests (a) interim allowance and payment of compensation in the amount of $51,873.60 (80% of $64,842.00) for fees on account of reasonable and necessary professional services rendered to the Committee by BRG; (b) and actual and necessary expenses in the amount of $4,230.36.  BRG reserves the right to apply in the future for reimbursement of actual and necessary costs and expenses, if any, incurred by members of the Committee in connection with their service as members of the Committee during the Compensation Period.

### Services Rendered and Expenses Incurred During the Compensation Period

1.      The BRG timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.

2.      A schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **Exhibit B**.

3.      An expense summary organized by general expense categories for expenses incurred by BRG during the Fee Period in connection with services rendered to the Committee is attached hereto as **Exhibit C**.

4.      The detailed time records which describe the time spent by each BRG Timekeeper

and detailed records of all actual and necessary out-of-pocket expenses incurred in connection with

the rendition of its professional services during the Fee Period are attached hereto as **Exhibit D**.

### Notice and Objection Procedures

5.      No Trustee or examiner has been appointed in this chapter 11 case. Notice of the

Monthly Statement has been served by electronic mail and/or U.S. First Class Mail upon: (a) the

Debtor c/o The Roman Catholic Diocese of Rockville Centre, 50 N Park Ave P.O. Box 9023,

Rockville Centre, NY 11571-9023 (Attn: Thomas Renker, Esq.); (b) the attorneys for the Debtor

at Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin

Rosenblum, Esq. and Andrew M. Butler, Esq.); and (c) the Office of the United States Trustee

Region 2, 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Greg Zipes, Esq. and Shara

Cornell, Esq.). BRG submits that no other or further notice need be provided.

6.      Pursuant to the Interim Compensation Order, objections to this Application, if any,

must be served upon the undersigned counsel for the Committee and all persons identified at

paragraph 5, above, by October 16, 2023 (the "Objection Deadline"), setting forth the nature of

the objection and the amount of fees or expenses at issue.

7.      If no objections to this Monthly Statement are made on or before the Objection

Deadline, the Debtor shall pay BRG 80% of the fees and 100% of the expenses set forth above.

8.      To the extent an objection to this Monthly Statement is timely made, the Debtor

shall withhold payment of that portion of the Monthly Statement to which the objection is directed

and promptly pay the remainder of the fees and disbursements in the percentages set forth above.

To the extent such objection is not resolved, it shall be preserved and presented to the Court at the

next interim or final fee application hearing.

Date: SEPTEMBER 29, 2023          **BERKELEY RESEARCH GROUP, LLC**

*/s/ D. Ray Strong*
D. Ray Strong
BERKELEY RESEARCH GROUP, LLC
201 South Main Street, Suite 450
Salt Lake City, UT  84111
Telephone:      (801) 364-6233
Email:            rstrong@thinkbrg.com

*Financial Advisor for the Official Committee
of Unsecured Creditors*

# EXHIBIT A



# EXHIBIT A

### Time Keeper Summary

| NAME OF PROFESSIONAL | TITLE | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| David Judd | Managing Director | $850.00 | 2.30 | $ 1,955.00 |
| Jennifer Hull | Managing Director | $825.00 | 2.30 | $ 1,897.50 |
| Paul Shields | Managing Director | $815.00 | 12.20 | $ 9,943.00 |
| Ray Strong | Managing Director | $780.00 | 19.70 | $ 15,366.00 |
| Eric Madsen | Managing Director | $775.00 | 0.40 | $ 310.00 |
| Matthew Babcock | Director | $725.00 | 4.30 | $ 3,117.50 |
| Jared Funk | Senior Managing Consultant | $595.00 | 2.60 | $ 1,547.00 |
| Christina Tergevorkian | Managing Consultant | $450.00 | 51.20 | $ 23,040.00 |
| Shelby Chaffos | Consultant | $385.00 | 12.10 | $ 4,658.50 |
| Spencer Rawlings | Case Assistant | $225.00 | 2.20 | $ 495.00 |
| Yuhao Xu | Case Assistant | $225.00 | 2.30 | $ 517.50 |
| Dallin Godfrey | Case Assistant | $150.00 | 13.30 | $ 1,995.00 |
| **TOTALS** | | | **124.90** | **$ 64,842.00** |

# EXHIBIT B



# EXHIBIT B

## Task Code Summary

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| 210.00 | Bankruptcy Proceedings (Filings / Motions - General) | 3.60 | $ 2,565.00 |
| 220.00 | Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 3.10 | $ 867.50 |
| 300.00 | Asset Analysis (General - Debtors) | 2.30 | $ 1,794.00 |
| 302.00 | Asset Analysis (General - Related Non-Debtors) | 3.30 | $ 967.50 |
| 332.00 | Asset Analysis (Real Property - Related Non-Debtors) | 7.80 | $ 3,546.50 |
| 390.00 | Asset Analysis (Other - Debtors) | 6.50 | $ 2,492.00 |
| 395.00 | Asset Analysis (Other - Parishes) | 77.40 | $ 42,014.00 |
| 396.00 | Asset Analysis (Other - Cemeteries) | 1.30 | $ 1,014.00 |
| 397.00 | Asset Analysis (Other - Schools) | 2.80 | $ 1,623.00 |
| 600.00 | Claims / Liability Analysis (General) | 1.00 | $ 150.00 |
| 1020.00 | Meeting Preparation & Attendance | 10.30 | $ 6,983.50 |
| 1060.00 | Fee Application Preparation & Hearing | 5.50 | $ 825.00 |
| **TOTALS** | | **124.90** | **$ 64,842.00** |

# EXHIBIT C



# EXHIBIT C

## Expense Summary

| Expense by Category | Amounts |
|---|---|
| Meals - Other (100% Deductible) | $ 122.81 |
| Travel - Airline | $ 1,255.90 |
| Travel - Hotel/Lodging | $ 2,549.98 |
| Travel - Taxi, Car Rental, Toll, Train | $ 301.67 |
| **TOTAL** | **$ 4,230.36** |

# EXHIBIT D



INVOICE

James I Stang
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

September 25, 2023
Client: 21145
Matters: 034827 | 042179 | 045293
Invoice #: 160642
Tax ID # 27-1451273

**Via Email: jstang@pszjlaw.com**

---

Services Rendered From August 1, 2023 Through August 31, 2023

**RE:  The Official Committee of Unsecured Creditors for the Roman Catholic
Diocese of Rockville Centre, New York**

| | | |
|---|---:|---|
| Professional Services | $ 64,842.00 | USD |
| Expenses Incurred | 4,230.36 | |
| **CURRENT CHARGES** | **$ 69,072.36** | **USD** |

**Please remit wire/ACH payment to:**
Bank Name:        PNC BANK, N.A.
SWIFT:             PNCCUS33
ABA #:             031207607
Account Name:   BERKELEY RESEARCH GROUP, LLC
Account #:         8026286672
Reference:        160642

Remittance advice to be sent to:
remitadvice@thinkbrg.com

**Please remit check payment to:**
BERKELEY RESEARCH GROUP, LLC
PO BOX 676158
DALLAS, TX 75267-6158

**Please remit express/overnight payment to:**
PNC BANK C/O BERKELEY RESEARCH GROUP, LLC
LOCKBOX NUMBER 676158
1200 E CAMPBELL RD, STE 108
RICHARDSON, TX 75081



**To:** James I Stang
**c/o:** Pachulski Stang Ziehl & Jones

**Invoice #** 160642
**Client:** 21145

Services Rendered From August 1, 2023 Through August 31, 2023

**PROFESSIONAL SERVICES**

| | Rate | Hours | Amount |
|---|---|---|---|
| **Managing Director** | | | |
| David Judd | 850.00 | 2.30 | 1,955.00 |
| Jennifer Hull | 825.00 | 2.30 | 1,897.50 |
| Paul Shields | 815.00 | 12.20 | 9,943.00 |
| Ray Strong | 780.00 | 19.70 | 15,366.00 |
| Eric Madsen | 775.00 | 0.40 | 310.00 |
| **Director** | | | |
| Matthew Babcock | 725.00 | 4.30 | 3,117.50 |
| **Senior Managing Consultant** | | | |
| Jared Funk | 595.00 | 2.60 | 1,547.00 |
| **Managing Consultant** | | | |
| Christina Tergevorkian | 450.00 | 51.20 | 23,040.00 |
| **Consultant** | | | |
| Shelby Chaffos | 385.00 | 12.10 | 4,658.50 |
| **Case Assistant** | | | |
| Spencer Rawlings | 225.00 | 2.20 | 495.00 |
| Yuhao Xu | 225.00 | 2.30 | 517.50 |
| Dallin Godfrey | 150.00 | 13.30 | 1,995.00 |
| **Total Professional Services** | | **124.90** | **64,842.00** |

**EXPENSES**

| | Amount |
|---|---|
| Meals - Other (100% Deductible) | 122.81 |
| Travel - Airline | 1,255.90 |
| Travel - Hotel/Lodging | 2,549.98 |
| Travel - Taxi, Car Rental, Toll, Train | 301.67 |
| **Total Expenses** | **4,230.36** |



**SUMMARY BY TASK CODE**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| 210.00 | Bankruptcy Proceedings (Filings / Motions - General) | 3.60 | 2,565.00 |
| 220.00 | Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 3.10 | 867.50 |
| 300.00 | Asset Analysis (General - Debtors) | 2.30 | 1,794.00 |
| 302.00 | Asset Analysis (General - Related Non-Debtors) | 3.30 | 967.50 |
| 332.00 | Asset Analysis (Real Property - Related Non-Debtors) | 7.80 | 3,546.50 |
| 390.00 | Asset Analysis (Other - Debtors) | 6.50 | 2,492.00 |
| 395.00 | Asset Analysis (Other - Parishes) | 77.40 | 42,014.00 |
| 396.00 | Asset Analysis (Other - Cemeteries) | 1.30 | 1,014.00 |
| 397.00 | Asset Analysis (Other - Schools) | 2.80 | 1,623.00 |
| 600.00 | Claims / Liability Analysis (General) | 1.00 | 150.00 |
| 1020.00 | Meeting Preparation & Attendance | 10.30 | 6,983.50 |
| 1060.00 | Fee Application Preparation & Hearing | 5.50 | 825.00 |
| **Total Professional Services** | | **124.90** | **64,842.00** |

 **INVOICE**

**To:** James I Stang
**c/o:** Pachulski Stang Ziehl & Jones

Page 4 of 14
**Invoice #** 160642
**Client:** 21145

Services Rendered From August 1, 2023 Through August 31, 2023

**DETAIL OF PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Task Code: 210.00  -  Bankruptcy Proceedings (Filings / Motions - General)** | | | | | |
| 08/08/23 | Jennifer Hull | Reviewed data to correspond with UCC Counsel about CHS 9019 Motion / PSIP workers comp assets and liabilities. | 2.30 | 825.00 | 1,897.50 |
| 08/17/23 | Christina Tergevorkian | Examined Memorandum of Decision and Order. | 1.00 | 450.00 | 450.00 |
| 08/18/23 | Matthew Babcock | Evaluated district court order relating to preliminary injunction. | 0.30 | 725.00 | 217.50 |
| | | **Total for Task Code 210.00** | **3.60** | | **2,565.00** |
| **Task Code: 220.00  -  Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | | | |
| 08/03/23 | Spencer Rawlings | Evaluated balance sheet and income statements in June 2023 MOR report filed by Debtor. | 1.80 | 225.00 | 405.00 |
| 08/22/23 | Shelby Chaffos | Analyzed MOR cash receipts and disbursements for the month of May 2023. | 0.50 | 385.00 | 192.50 |
| 08/22/23 | Spencer Rawlings | Reviewed MOR Supplemental Documents to Update Receipts and Disbursements Schedules for June 2023. | 0.40 | 225.00 | 90.00 |
| 08/22/23 | Christina Tergevorkian | Analyzed MOR cash receipts and disbursements for June 2023. | 0.40 | 450.00 | 180.00 |
| | | **Total for Task Code 220.00** | **3.10** | | **867.50** |
| **Task Code: 300.00  -  Asset Analysis (General - Debtors)** | | | | | |
| 08/14/23 | Ray Strong | Evaluated asset analyses to address inquiries from UCC Counsel. | 1.10 | 780.00 | 858.00 |
| 08/17/23 | Ray Strong | Evaluated asset analyses to address inquiries from UCC Counsel. | 1.20 | 780.00 | 936.00 |
| | | **Total for Task Code 300.00** | **2.30** | | **1,794.00** |
| **Task Code: 302.00  -  Asset Analysis (General - Related Non-Debtors)** | | | | | |
| 08/09/23 | Christina Tergevorkian | Examined Catholic Youth Organization financial statements produced by Debtor. | 1.00 | 450.00 | 450.00 |
| 08/09/23 | Yuhao Xu | Developed comparative financial statement analysis for Catholic Youth Organization for FY2017 through FY2022. | 2.30 | 225.00 | 517.50 |

                                                 :::::: INVOICE

**To:** James I Stang

**c/o:** Pachulski Stang Ziehl & Jones

**Page** 5 of 14

**Invoice #** 160642

**Client:** 21145

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | **Total for Task Code 302.00** | **3.30** | | **967.50** |
| **Task Code: 332.00 - Asset Analysis (Real Property - Related Non-Debtors)** | | | | | |
| 08/07/23 | Christina Tergevorkian | Analyzed Parish real estate assessed values for asset analysis pursuant to UCC Counsel requests. | 1.70 | 450.00 | 765.00 |
| 08/08/23 | Christina Tergevorkian | Analyzed Parish real estate assessed values for asset analysis pursuant to UCC Counsel requests. | 0.50 | 450.00 | 225.00 |
| 08/14/23 | Paul Shields | Evaluated request for additional Parish real estate information. | 0.10 | 815.00 | 81.50 |
| 08/15/23 | Christina Tergevorkian | Compared Parish real estate properties identified by the Debtor with BRG master real estate file. | 1.30 | 450.00 | 585.00 |
| 08/15/23 | Christina Tergevorkian | Analyzed Parish real estate property data provided by the Debtor. | 2.80 | 450.00 | 1,260.00 |
| 08/31/23 | Christina Tergevorkian | Analyzed Parish real estate/fixed assets information from insurance schedules produced by Debtor. | 1.40 | 450.00 | 630.00 |
| | | **Total for Task Code 332.00** | **7.80** | | **3,546.50** |
| **Task Code: 390.00 - Asset Analysis (Other - Debtors)** | | | | | |
| 08/07/23 | Dallin Godfrey | Continued to update spectrum license analysis with new data. | 1.50 | 150.00 | 225.00 |
| 08/07/23 | Dallin Godfrey | Updated spectrum license analysis with public data located. | 2.60 | 150.00 | 390.00 |
| 08/07/23 | Paul Shields | Reviewed emails regarding proposed appraisal and credit rating of Spectrum licenses. | 0.20 | 815.00 | 163.00 |
| 08/23/23 | Eric Madsen | Met with BRG (RS) regarding spectrum valuation analysis. | 0.40 | 775.00 | 310.00 |
| 08/23/23 | Ray Strong | Analyzed updates to Spectrum modeling for asset analysis. | 1.40 | 780.00 | 1,092.00 |
| 08/23/23 | Ray Strong | Met with BRG (EM) regarding spectrum analysis. | 0.40 | 780.00 | 312.00 |
| | | **Total for Task Code 390.00** | **6.50** | | **2,492.00** |
| **Task Code: 395 - Asset Analysis (Other - Parishes)** | | | | | |
| 08/01/23 | Shelby Chaffos | Revised the Parish ability to pay analysis to include new Parish financial data provided by Debtor FA. | 2.90 | 385.00 | 1,116.50 |
| 08/01/23 | Shelby Chaffos | Continued to revise the Parish ability to pay analysis to include new Parish financial data provided by Debtor FA. | 2.30 | 385.00 | 885.50 |


INVOICE

**To:** James I Stang
**c/o:** Pachulski Stang Ziehl & Jones

**Page** 6 of 14
**Invoice #** 160642
**Client:** 21145

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 08/01/23 | Shelby Chaffos | Updated the Parish trend analysis to include new Parish financial data provided by Debtor FA. | 2.20 | 385.00 | 847.00 |
| 08/01/23 | Paul Shields | Evaluated issues for consideration in connection with updates to Parish financial analysis as a result of additional Parish financial information. | 0.50 | 815.00 | 407.50 |
| 08/01/23 | Paul Shields | Spoke with UCC Counsel (KD) and BRG (RS, CT) regarding issues for further consideration relating to Plan funding. | 0.30 | 815.00 | 244.50 |
| 08/01/23 | Paul Shields | Spoke with Debtor's Counsel (ES), Debtor's Financial Advisors (CM, AC), UCC Counsel (JS, KD), and BRG (RS, CT) regarding inquiries relating to the additional Parish financial information produced by the Debtor. | 0.30 | 815.00 | 244.50 |
| 08/01/23 | Ray Strong | Attended call with BRG (CT) regarding questions on new Parish data received from Debtor. | 0.70 | 780.00 | 546.00 |
| 08/01/23 | Ray Strong | Attended follow up call with UCC Counsel (KD) and BRG (CT, PS) regarding new Parish data provided. | 0.30 | 780.00 | 234.00 |
| 08/01/23 | Ray Strong | Analyzed new Parish data provided by Debtor for asset analysis. | 1.60 | 780.00 | 1,248.00 |
| 08/01/23 | Ray Strong | Attended call with UCC Counsel (KD, JS), Debtor Counsel (ES), A&M (CM, AC) and BRG (CT, PS) regarding new Parish data provided. | 0.30 | 780.00 | 234.00 |
| 08/01/23 | Christina Tergevorkian | Analyzed new Parish financial data provided by Diocese with the previous Parish financial data regarding the income statement. | 2.40 | 450.00 | 1,080.00 |
| 08/01/23 | Christina Tergevorkian | Attended call with BRG (RS) to discuss new Parish financial data provided by Diocese. | 0.70 | 450.00 | 315.00 |
| 08/01/23 | Christina Tergevorkian | Analyzed new Parish financial data provided by Diocese with the previous Parish financial data regarding the balance sheet. | 2.80 | 450.00 | 1,260.00 |

 **INVOICE**

**To:** James I Stang
**c/o:** Pachulski Stang Ziehl & Jones

**Page** 7 of 14
**Invoice #** 160642
**Client:** 21145

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 08/01/23 | Christina Tergevorkian | Met with BRG (RS, PS) and UCC Counsel (KD) to discuss new Parish financial data provided by Diocese. | 0.30 | 450.00 | 135.00 |
| 08/01/23 | Christina Tergevorkian | Met with BRG (RS, PS), UCC Counsel (JS, KD), Debtors counsel (ES) and Debtors financial advisors (AC, CM) to discuss new Parish financial data provided by Diocese. | 0.30 | 450.00 | 135.00 |
| 08/01/23 | Christina Tergevorkian | Analyzed Parish ability to pay model to update for new Parish financial data provided by Diocese. | 0.70 | 450.00 | 315.00 |
| 08/01/23 | Christina Tergevorkian | Analyzed additional Parish income statements produced by Debtor for ability-to-pay analysis. | 0.30 | 450.00 | 135.00 |
| 08/01/23 | Christina Tergevorkian | Compared new Parish financial data provided by Diocese with the previous Parish financial data. | 1.30 | 450.00 | 585.00 |
| 08/02/23 | Shelby Chaffos | Refined the Parish ability to pay analysis to include new Parish financial data provided by Debtor FA. | 1.70 | 385.00 | 654.50 |
| 08/02/23 | Shelby Chaffos | Performed a quality control on the Parish ability to pay analysis with the new Parish financial data provided by Debtor FA. | 2.50 | 385.00 | 962.50 |
| 08/02/23 | Ray Strong | Analyzed new Parish data provided by Debtor for ability-to-pay analysis. | 2.10 | 780.00 | 1,638.00 |
| 08/02/23 | Christina Tergevorkian | Updated BRG Parish ability to pay model to include new Parish financial data provided by Diocese. | 2.20 | 450.00 | 990.00 |
| 08/02/23 | Christina Tergevorkian | Updated BRG Parish ability to pay model. | 1.20 | 450.00 | 540.00 |
| 08/02/23 | Christina Tergevorkian | Continued to analyze new Parish financial data provided by Diocese with the mapping sheet. | 1.70 | 450.00 | 765.00 |
| 08/02/23 | Christina Tergevorkian | Analyzed new Parish financial data provided by Diocese with the mapping sheet. | 2.00 | 450.00 | 900.00 |
| 08/03/23 | Ray Strong | Analyzed new Parish data provided by Debtor for ability-to-pay analysis. | 1.70 | 780.00 | 1,326.00 |

 **INVOICE**

**To:** James I Stang

**c/o:** Pachulski Stang Ziehl & Jones

**Page 8 of 14**

**Invoice #** 160642

**Client:** 21145

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 08/03/23 | Christina Tergevorkian | Performed a quality check on the BRG Parish ability to pay analysis with the new Parish financial data provided by Diocese. | 2.80 | 450.00 | 1,260.00 |
| 08/03/23 | Christina Tergevorkian | Analyzed BRG Parish ability to pay analysis with the new Parish financial data provided by Diocese. | 2.40 | 450.00 | 1,080.00 |
| 08/04/23 | Paul Shields | Participated partially in call with (CT, RS) regarding updates to Parish ability to pay analysis. | 0.70 | 815.00 | 570.50 |
| 08/04/23 | Ray Strong | Attended partial call with BRG (PS-partial, CT) to discuss updated BRG Parish ability to pay analysis. | 0.70 | 780.00 | 546.00 |
| 08/04/23 | Christina Tergevorkian | Continued to analyze BRG Parish ability to pay analysis with the new Parish financial data provided by Diocese. | 0.90 | 450.00 | 405.00 |
| 08/04/23 | Christina Tergevorkian | Attended call with BRG (RS [partial], PS [partial]) to discuss updated BRG Parish ability to pay analysis. | 1.00 | 450.00 | 450.00 |
| 08/07/23 | David Judd | Participated in call with BRG Team (PS, CT) regarding the updated analysis of ability to pay for Parishes. | 1.30 | 850.00 | 1,105.00 |
| 08/07/23 | Paul Shields | Spoke with BRG (DJ, CT) regarding evaluation of Parish ability to pay analysis. | 1.30 | 815.00 | 1,059.50 |
| 08/07/23 | Paul Shields | Spoke with UCC Counsel (JS, KD, BM) and BRG (CT) regarding updates to Parish ability to pay analysis based on recent financial information provided by the Debtor. | 0.80 | 815.00 | 652.00 |
| 08/07/23 | Christina Tergevorkian | Met with BRG (PS) and UCC Counsel (JS, KD, BM) to discuss Parish ability to pay analysis. | 0.80 | 450.00 | 360.00 |
| 08/07/23 | Christina Tergevorkian | Attended call with BRG (PS, DJ) to discuss updated Parish ability to pay analysis. | 1.30 | 450.00 | 585.00 |
| 08/08/23 | Christina Tergevorkian | Updated BRG Parish ability to pay model to include Parish real estate values. | 1.00 | 450.00 | 450.00 |



**To:** James I Stang
**c/o:** Pachulski Stang Ziehl & Jones

**Page** 9 of 14
**Invoice #** 160642
**Client:** 21145

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 08/08/23 | Christina Tergevorkian | Analyzed Parishes, Parish schools, and Parish cemeteries financial data for ability-to-pay analysis. | 1.10 | 450.00 | 495.00 |
| 08/08/23 | Christina Tergevorkian | Analyzed Parish ability to pay analysis with real estate assessed values. | 1.20 | 450.00 | 540.00 |
| 08/09/23 | Paul Shields | Met with BRG (CT) to evaluate trends in Parish and Parish School financial information. | 1.10 | 815.00 | 896.50 |
| 08/09/23 | Christina Tergevorkian | Analyzed Parish capital expenditures for FY2018 through FY2022. | 1.80 | 450.00 | 810.00 |
| 08/09/23 | Christina Tergevorkian | Attended call with BRG (PS) to evaluate trends in Parish and Parish school financial information. | 1.10 | 450.00 | 495.00 |
| 08/10/23 | Paul Shields | Evaluated preliminary findings of trends and comparisons in recent Parish financial data produced by Debtor. | 1.00 | 815.00 | 815.00 |
| 08/11/23 | Christina Tergevorkian | Analyzed Parish financial analysis regarding trend analyses and capital expenditures. | 1.10 | 450.00 | 495.00 |
| 08/23/23 | Christina Tergevorkian | Examined BRG's updated Parish ability to pay analysis. | 1.00 | 450.00 | 450.00 |
| 08/24/23 | Ray Strong | Discussed proposed meeting with Debtor and UCC professionals regarding Parish information with Debtor FA. | 0.20 | 780.00 | 156.00 |
| 08/25/23 | Paul Shields | Spoke with BRG (CT) regarding Parish financial analysis at the request of UCC Counsel. | 0.20 | 815.00 | 163.00 |
| 08/25/23 | Christina Tergevorkian | Analyzed Parish Ability to Pay analysis regarding cash and investments. | 0.60 | 450.00 | 270.00 |
| 08/25/23 | Christina Tergevorkian | Spoke with BRG (PS) regarding Parish Ability to Pay analysis pursuant to requests of UCC Counsel. | 0.20 | 450.00 | 90.00 |
| 08/29/23 | Matthew Babcock | Analyzed Parish financial statements for restricted asset information to update ability to pay analysis. | 1.00 | 725.00 | 725.00 |
| 08/29/23 | Jared Funk | Evaluated industry data/information regarding financial metrics for Parish ability-to-pay analysis. | 0.40 | 595.00 | 238.00 |

 **INVOICE**

**To:** James I Stang
**c/o:** Pachulski Stang Ziehl & Jones

**Page** 10 of 14
**Invoice #** 160642
**Client:** 21145

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 08/29/23 | David Judd | Analyzed operating results contained in recently produced Parish financial data for ability-to-pay analysis. | 1.00 | 850.00 | 850.00 |
| 08/29/23 | Paul Shields | Spoke with BRG (RS, CT) to further evaluate Parish ability to pay analysis. | 1.00 | 815.00 | 815.00 |
| 08/29/23 | Ray Strong | Attended call with BRG (CT, PS) regarding Parish asset/ability-to-pay analysis. | 1.00 | 780.00 | 780.00 |
| 08/29/23 | Christina Tergevorkian | Met with BRG (PS, RS) to discuss Parish ability to pay analysis. | 1.00 | 450.00 | 450.00 |
| 08/30/23 | Matthew Babcock | Analyzed restricted asset data for Parish ability-to-pay analysis. | 0.10 | 725.00 | 72.50 |
| 08/30/23 | Jared Funk | Evaluated industry data/information regarding financial metrics for Parish ability-to-pay analysis. | 2.20 | 595.00 | 1,309.00 |
| 08/30/23 | Paul Shields | Analyzed financial metrics research for Parish ability-to-pay analysis. | 1.40 | 815.00 | 1,141.00 |
| 08/30/23 | Paul Shields | Evaluated calculation of Parish assessment. | 0.40 | 815.00 | 326.00 |
| 08/30/23 | Christina Tergevorkian | Evaluated 2021 audit workpapers Parish assessment supporting information. | 0.40 | 450.00 | 180.00 |
| 08/31/23 | Matthew Babcock | Evaluated restricted asset issues relating to Parish ability to pay. | 0.60 | 725.00 | 435.00 |
| 08/31/23 | Matthew Babcock | Met with BRG (RS, PS) to discuss Parish ability-to-pay updates based on discussions with Debtor FA. | 0.40 | 725.00 | 290.00 |
| 08/31/23 | Dallin Godfrey | Developed listing of map coordinates for Parish analysis. | 2.70 | 150.00 | 405.00 |
| 08/31/23 | Paul Shields | Analyzed financial metrics research for Parish ability-to-pay analysis. | 0.10 | 815.00 | 81.50 |
| 08/31/23 | Paul Shields | Spoke with BRG (RS, MB) regarding Parish ability-to-pay analyses pursuant to discussions with Debtor FA. | 0.40 | 815.00 | 326.00 |
| 08/31/23 | Paul Shields | Reviewed issues for consideration in connection with Parish assessments. | 0.20 | 815.00 | 163.00 |
| 08/31/23 | Ray Strong | Attended call regarding Parish ability-to-pay analyses/updates with BRG (MB, PS) based on Debtor FA call. | 0.40 | 780.00 | 312.00 |

 **INVOICE**

**To:** James I Stang
**c/o:** Pachulski Stang Ziehl & Jones

**Page** 11 of 14
**Invoice #** 160642
**Client:** 21145

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 08/31/23 | Ray Strong | Analyzed Parish financial performance from recently produced financial statements for ability-to-pay analysis. | 1.10 | 780.00 | 858.00 |
| 08/31/23 | Christina Tergevorkian | Compared pdf Parish financial statements data with to Parish financial data provided by Debtor. | 0.70 | 450.00 | 315.00 |
| | | **Total for Task Code 395** | **77.40** | | **42,014.00** |

**Task Code: 396  -  Asset Analysis (Other - Cemeteries)**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 08/15/23 | Ray Strong | Evaluated cemeteries analyses to address inquiries from UCC Counsel. | 1.30 | 780.00 | 1,014.00 |
| | | **Total for Task Code 396** | **1.30** | | **1,014.00** |

**Task Code: 397  -  Asset Analysis (Other - Schools)**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 08/04/23 | Ray Strong | Analyzed Parish school data provided by Debtor for asset analysis. | 1.10 | 780.00 | 858.00 |
| 08/09/23 | Christina Tergevorkian | Analyzed Parish schools 2022 financial statements and data produced by Debtor. | 1.70 | 450.00 | 765.00 |
| | | **Total for Task Code 397** | **2.80** | | **1,623.00** |

**Task Code: 600.00  -  Claims / Liability Analysis (General)**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 08/01/23 | Dallin Godfrey | Reviewed interim fee claims for professionals for February 2023 to May 2023. | 1.00 | 150.00 | 150.00 |
| | | **Total for Task Code 600.00** | **1.00** | | **150.00** |

**Task Code: 1020.00  -  Meeting Preparation & Attendance**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 08/23/23 | Matthew Babcock | Met with UCC Counsel (JS, KD, BM) and BRG (RS, CT) to discuss case issues. | 0.90 | 725.00 | 652.50 |
| 08/23/23 | Ray Strong | Attended status call with UCC Counsel (JS, BM, KD) and BRG (MB, CT). | 0.90 | 780.00 | 702.00 |
| 08/23/23 | Christina Tergevorkian | Met with BRG (MB, RS) and UCC Counsel (KD, BM, JS) to discuss case status. | 0.90 | 450.00 | 405.00 |
| 08/28/23 | Paul Shields | Participated in status call with UCC Counsel (KD, BM) and BRG (RS, CT) in preparation for upcoming call with Debtor's Financial Advisor's regarding Parish financial information. | 1.00 | 815.00 | 815.00 |
| 08/28/23 | Ray Strong | Attended status call with UCC Counsel (KM, BM) and BRG (PS, CT) in preparation for call with Debtor FA regarding Parish information. | 1.00 | 780.00 | 780.00 |

 **INVOICE**

**To:** James I Stang
**c/o:** Pachulski Stang Ziehl & Jones

**Page** 12 of 14
**Invoice #** 160642
**Client:** 21145

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 08/28/23 | Christina Tergevorkian | Met with BRG (PS, RS) and UCC Counsel (BM and KD) to discuss case status in preparation for meeting with Debtor. | 1.00 | 450.00 | 450.00 |
| 08/30/23 | Matthew Babcock | Met with Debtor Counsel (AC, ES), Debtor FA (CM, AB), UCC Counsel (JS [partial], KD, BM) and BRG (RS, PS, CT) to discuss Parish financial issues. | 1.00 | 725.00 | 725.00 |
| 08/30/23 | Paul Shields | Met with Debtor's Counsel (AC, ES), Debtor's Financial Advisors (CM, AB), UCC Counsel (JS [partial], KD, BM), and BRG (RS, CT, MB) regarding Parish financial analysis. | 1.00 | 815.00 | 815.00 |
| 08/30/23 | Paul Shields | Spoke with UCC Counsel (JS, KD, BM) and BRG (RS, CT) to review follow up items from call with Debtor's Counsel and Debtor's Financial Advisors. | 0.20 | 815.00 | 163.00 |
| 08/30/23 | Ray Strong | Attended call with UCC Counsel (BM, KD, JS) and BRG (PS, CT) regarding call with Debtor professionals. | 0.20 | 780.00 | 156.00 |
| 08/30/23 | Ray Strong | Attended call with UCC Counsel (BM, KD, JS [partial]), Debtor Counsel (ES, AB), A&M (CM, AC) and BRG (PS, CT , MB) regarding Parish data. | 1.00 | 780.00 | 780.00 |
| 08/30/23 | Christina Tergevorkian | Met with BRG (PS, RS) and UCC Counsel (BM, KD, JS) to discuss Parish financial analysis. | 0.20 | 450.00 | 90.00 |
| 08/30/23 | Christina Tergevorkian | Met with BRG (PS, RS, MB), UCC Counsel (BM, KD, and JS [partial]), Debtors Counsel (ES, AB), and Debtors FA (AC, CM) to discuss Parish financial analysis. | 1.00 | 450.00 | 450.00 |
| | | **Total for Task Code 1020.00** | **10.30** | | **6,983.50** |

**Task Code: 1060.00 - Fee Application Preparation & Hearing**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 08/01/23 | Dallin Godfrey | Reviewed BRG time entries for June 2023 in preparation for fee application. | 2.20 | 150.00 | 330.00 |
| 08/02/23 | Dallin Godfrey | Reviewed BRG time entries from the June 2023 fee period. | 1.20 | 150.00 | 180.00 |
| 08/09/23 | Dallin Godfrey | Reviewed BRG fee details from June 2023 to July 2023. | 1.60 | 150.00 | 240.00 |

 **INVOICE**

**To:** James I Stang
**c/o:** Pachulski Stang Ziehl & Jones

**Page** 13 of 14
**Invoice #** 160642
**Client:** 21145

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 08/31/23 | Dallin Godfrey | Analyzed BRG time entries for June 2023 period. | 0.50 | 150.00 | 75.00 |
| | | **Total for Task Code 1060.00** | **5.50** | | **825.00** |
| | **Professional Services** | | **124.90** | | **64,842.00** |

**DETAIL OF EXPENSES**

| Date | Description | Amount |
|------|-------------|--------|
| **Meals - Other (100% Deductible)** | | |
| 08/30/23 | Dinner on 7/9/2023 for RS while in NY to attend Motion to Dismiss Hearing. | 20.00 |
| 08/30/23 | Breakfast for RS on 7/10/2023 while in NY to attend Motion to Dismiss Hearing. | 16.97 |
| 08/30/23 | Breakfast on 7/11/2023 while in NY to attend Motion to Dismiss hearing. | 6.75 |
| 08/30/23 | Breakfast for RS on 7/12/2023 while in NY to attend Motion to Dismiss Hearing. | 17.37 |
| 08/30/23 | Dinner For RS on 7/12/2023 while in NY to attend Motion to Dismiss Hearing. 8 | 20.00 |
| 09/05/23 | Dinner on 7/10/2023 from PS while in NY attending Motion to Dismiss hearing. | 15.79 |
| 09/05/23 | Breakfast for 7/12/2023 for PS while in NY to attend Motion to Dismiss hearing. | 20.00 |
| 09/05/23 | Breakfast for PS on 7/11/2023 while in NY to attend Motion to Dismiss Hearing. | 5.93 |
| | **Total For Meals - Other (100% Deductible)** | **122.81** |
| **Travel - Airline** | | |
| 08/30/23 | Flight for RS from SLC to JFK with JetBlue Economy class on 7/9/2023 to attend Motion to Dismiss hearing. | 399.20 |
| 08/30/23 | Flight for RS from EWR to SLC with Delta Economy class on 7/12/2023 to attend Motion to Dismiss hearing. | 283.90 |
| 09/05/23 | Round trip flight for PS from SLC to JFK with Delta Airlines Economy class from 7/9/2023 to -07/12/2023 to attend Motion to Dismiss hearing. | 572.80 |
| | **Total For Travel - Airline** | **1,255.90** |
| **Travel - Hotel/Lodging** | | |
| 08/30/23 | Hotel for RS in NY while attending Motion to Dismiss Hearing from 7/9/2023 - 7/12/2023. | 1,326.62 |
| 09/05/23 | Hotel for PS from 7/9/2023 to 7/10/2023 in NY while in NY to attend Motion Dismiss Hearing. | 1,223.36 |
| | **Total For Travel - Hotel/Lodging** | **2,549.98** |
| **Travel - Taxi, Car Rental, Toll, Train** | | |
| 08/30/23 | Train for RS from SLC airport to SL Office coming from NY after attending Motion to Dismiss Hearing. | 2.50 |
| 08/30/23 | Taxi for RS from Hotel to NJ airport while coming from NY after attending Motion to Dismiss Hearing. | 107.62 |
| 08/30/23 | Taxi for RS on 7/10/2023 from JFK to hotel while in NY to attend Motion Dismiss Hearing. | 81.13 |
| 09/05/23 | Taxi for PS on 7/10/2023 from JFK to Hotel while in NY to attend Motion to Dismiss hearing. | 107.92 |



**To:** James I Stang
**c/o:** Pachulski Stang Ziehl & Jones

**Invoice #** 160642
**Client:** 21145

| Date | Description | Amount |
|------|-------------|--------|
| 09/05/23 | Train for PS on 7/12/2023 from SLC airport to SL Office coming from NY after attending Motion to Dismiss Hearing. | 2.50 |
| | **Total For Travel - Taxi, Car Rental, Toll, Train** | **301.67** |
| **Expenses** | | **4,230.36** |