UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>THE ROMAN CATHOLIC DIOCESE OF<br>ROCKVILLE CENTRE, NEW YORK,<br>Debtor. | Chapter 11<br>Case No. 20-12345 (MG) |

**NOTICE OF HEARING ON THE MOTION PURSUANT TO RULE 9019(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR ENTRY OF AN ORDER APPROVING A SETTLEMENT AGREEMENT AND RELEASE BETWEEN THE SEMINARY, THE COMMITTEE, AND THE DIOCESE**

**PLEASE TAKE NOTICE** that the hearing on the *Motion Pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure for Entry of an Order Approving a Settlement Agreement and Release between the Seminary, the Committee, and the Diocese* filed on October 6, 2023 as [Docket No. 2548] (the "**Motion**") will be held on **October 23, 2023 at 2:00 p.m.** (Prevailing Eastern Time) (the "**Hearing**").

**PLEASE TAKE FURTHER NOTICE** that the Motion will be heard on shortened time for good cause shown at the request of the Parties and upon approval of the Court. Any responses to the Motion must be in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of New York, be filed by **October 16, 2023 at 4:00 p.m. (Prevailing Eastern Time)**, and shall be served on (a) counsel to the Official Committee of Unsecured Creditors (the "**Committee**"), Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 36th Floor, New York, New York Attn: James I. Stang, Esq., Karen B. Dine, Esq., and Brittany M. Michael, Esq; (b) counsel to The Roman Catholic Diocese of Rockville, New York (the "**Diocese**"), Jones Day, 250 Vesey Street, New York, New York 10281-1048 Attn: Corinne Ball, Esq. Todd Geremia, Esq, Benjamin Rosenblum, Esq., Andrew Butler, Esq.; (c) counsel to

the Seminary of the Immaculate Conception of the Diocese of Rockville Centre (the "**Seminary**"), Westerman Ball Ederer Miller Zucker & Sharfstein, LLP, 1201 RXR Plaza, Uniondale, New York 11556 Attn: William C. Heuer, Esq.; and (d) William K. Harrington, U.S. Department of Justice, Office of the U.S. Trustee, 201 Varick Street, Room 1006, New York, NY 10014, Attn: Greg M. Zipes and Shara Cornell, Esq.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be a hybrid Zoom/live conference, with some participants appearing by Zoom for Government and others appearing in the U.S. Bankruptcy Court for the Southern District of New York, located at One Bowling Green, New York, NY, in Courtroom 523. Parties wishing to appear at the Hearing via Zoom for Government, whether making a "live" or "listen only" appearance before the Court, must make an electronic appearance through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl on or before October 20, 2023, at 4:00 p.m. (Eastern Time). After the deadline for parties to make electronic appearances has passed, parties who have made their electronic appearance through the Court's website will receive an invitation from the Court with a Zoom link that will allow them to attend the Hearing. Requests to receive a Zoom link should not be emailed to the Court, and the Court will not respond to late requests that are submitted on the day of the Hearing. Further information on the use of Zoom for Government can be found at the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing or a later hearing.

**PLEASE TAKE FURTHER NOTICE** that any responding parties are required to telephonically attend the Hearing, and failure to appear may result in relief being granted upon

default.

Dated: October 6, 2023

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Karen B. Dine*
James I. Stang, Esq.
Karen B. Dine, Esq.
Kenneth H. Brown, Esq.
Gail S. Greenwood, Esq.
780 Third Avenue, 36th Floor
New York, NY  10017-2024
Telephone: 212/561-7700
Facsimile: 212/561-7777
jstang@pszjlaw.com
kdine@pszjlaw.com
kbrown@pszjlaw.com
ggreenwood@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors*