UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,

Debtor.[1]

Chapter 11

Case No. 20-12345 (MG)

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA  )
                     )
COUNTY OF LOS ANGELES )

I, Matt Renck, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is 1 Sansome St., Suite 3430, San Francisco, CA 94104.

On **October 5, 2023**, I caused a true and correct copy of the following documents to be served via the Court's ECF system.

On **October 5, 2023,** I also caused a true and correct copy of the following documents to be served via First Class US Mail upon the parties set forth on the service list annexed hereto as **Exhibit A**:

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last for digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue, P.O. Box 9023, Rockville Centre, NY 11571-9023.

- **MOTION PURSUANT TO RULE 9019(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR ENTRY OF AN ORDER APPROVING A SETTLEMENT AGREEMENT AND RELEASE BETWEEN THE SEMINARY, THE COMMITTEE, AND THE DIOCESE [Docket No. 2548]**

- **DECLARATION OF RICHARD TOLLNER IN SUPPORT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR ENTRY OF AN ORDER APPROVING A SETTLEMENT AGREEMENT AND RELEASE BETWEEN THE SEMINARY, THE COMMITTEE, AND THE DIOCESE [Docket No. 2549]**

- **NOTICE OF HEARING ON THE MOTION PURSUANT TO RULE 9019(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR ENTRY OF AN ORDER APPROVING A SETTLEMENT AGREEMENT AND RELEASE BETWEEN THE SEMINARY, THE COMMITTEE, AND THE DIOCESE [Docket No. 2551]**

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: October 5, 2023

*/s/ Matt Renck*
Matt Renck

# EXHIBIT A

## Service by U.S. First Class Mail

| | | |
|---|---|---|
| Alonso Krangle LLP<br>(Counsel To Certain Sexual Abuse Creditor)<br>Attn: David B. Krangle, Esq.<br>425 Broad Hollow Rd., Ste. 408<br>Melville, NY 11747 | Alston & Bird LLP<br>(Counsel To WBSY Licensing LLC)<br>Attn: James J. Vincequerra; William Hao; Dylan S. Cassidy; Kimberly J. Schiffman<br>90 Park Avenue<br>New York, NY 10016 | Barclay Damon LLP<br>(Counsel To JPMorgan Chase)<br>Attn Janice B Grubin<br>1270 Ave Of The Americas, Ste 501<br>New York, NY 10020 |
| Betti & Associates<br>Attn Michele M Betti, Esq<br>30 Wall St, 8th Fl<br>New York, NY 10005 | Burns Bair LLP<br>(Special Insurance Counsel To The Official Committee Of Unsecured Creditors)<br>Attn Timothy W Burns Esq & Jesse Bair Esq<br>10 East Doty St., Ste. 600<br>Madison, Wi 53703 | Buttafuoco & Associates PLLC<br>Attn James S Mccarthy & Ellen Buccholz<br>144 Woodbury Rd<br>New York, NY 11797 |
| Carlton Fields PA<br>(Counsel To Lexington Insurance Company)<br>Attn Robert W Diubaldo Esq, Alex B Silverman Esq & Nora Valenza-Frost<br>405 Lexington Ave, 36th Fl<br>New York, NY 10174-0002 | Carlton Fields PA<br>(Counsel To Lexington Insurance Co)<br>Attn Luis Orengo, Jr, Esq<br>Corp Ctr Three At Intl Plaza<br>4221 W Boy Scout Blvd, Ste 1000<br>Tampa, Fl 33607-5780 | Westerman Ball Ederer Miller Zucker & Sharfstein LLP<br>(Counsel To Various Parish Creditors And Seminary)<br>Attn John E Westerman, Mickee M Hennessy, William C Heuer, Alison M Ladd<br>1201 Rxr Plaza<br>Uniondale, NY 11556 |
| Certain & Zilberg<br>Attn Gary Certain<br>488 Madison Ave, 20th Fl<br>New York, NY 10022 | Clyde & Co US LLP<br>(Counsel To London Market Insurers)<br>Attn Catalina Sugayan, Esq & James Moffit,T Esq<br>55 W Monroe St, Ste 3000<br>Chicago, IL 60603 | Coughlin Duffy LLP<br>(Counsel To Arrowood Indemnity Company)<br>F/K/A Royal Indemnity Company<br>Attn Kevin T Coughlin, Esq, Adam T Smith, Esq & Karen H Moriarty, Esq<br>Wall St Plaza; 88 Pine St, 28th Fl<br>New York, NY 10005 |
| Cullen And Dykman LLP<br>(Counsel To Several Diocesan Affiliates)<br>Attn Matthew G Roseman, Esq, Thomas R Slome, Esq, Elizabeth M Aboulafia, Esq, Michael Kwiatkowski, Esq<br>100 Quentin Roosevelt Blvd<br>Garden City, NY 11530 | Dell & Dean PLLC<br>Attn Joseph G Dell<br>1225 Franklin Ave, Ste 450<br>Garden City, NY 11530 | Desimone & Associates LLC<br>Attn Ralph Desimone<br>745 Fifth Ave, Ste 500<br>New York, NY 10151 |
| Duane Morris LLP<br>(Counsel To London Market Insurers)<br>Attn Brett L Messinger<br>30 S 17th St<br>Philadelphia, PA 19103-4196 | Duane Morris LLP<br>(Counsel To London Market Insurers)<br>Attn Russell W Roten, Jeff D Kahane, Andrew E Mina & Nathan Reinhardt<br>865 S Figueroa St, Ste 3100<br>Los Angeles, CA 90017-5450 | Farrell Fritz Pc<br>(Counsel To The Catholic Community Foundation Of Long Island Inc)<br>Attn Martin G Bunin<br>622 Third Ave, 37th Fl<br>New York, NY 10017 |

| | | |
|---|---|---|
| Farrell Fritz PC<br>(Counsel To The Catholic Community Foundation Of Long Island Inc)<br>Attn Patrick Collins, Patrick Collins<br>400 RXR Plaza<br>Uniondale, NY 11556 | Farrell Fritz PC<br>(Counsel To Dept Of Education Diocese Of Rockville Centre)<br>Attn Martin G Bunin<br>622 Third Ave, 37th Fl<br>New York, NY 10017 | Weinberg Gross & Pergament LLP<br>(Counsel To The Estate Of Joseph Whalen A/K/A Joseph R Whalen A/K/A Joseph Robert Whalen)<br>Attn Marc A Pergament Ch 7 Ttee<br>400 Garden City Plaza, Ste 403<br>Garden City, NY 11530 |
| Gair Gair Conason Rubinowitz Bloom Hershenhorn Steigman & Mackauf<br>Attn Rachel L Jacobs & Peter Saghir<br>80 Pine St, 34th Fl<br>New York, NY 10005 | Giuliano Law, P.C.<br>(Counsel To Dominican Village Inc.)<br>Attn: Anthony F. Giuliano Esq.<br>445 Broadhollow Rd., Ste. 25<br>Melville, NY 11747 | Hach Rose Schirippa & Cheverie LLP<br>Attn Michael Rose & Hillary Nappi<br>112 Madison Ave, 10th Fl<br>New York, NY 10016 |
| Hamburger Maxson Yaffe & Mcnally LLP<br>Attn Richard Hamburger, David N Yaffe, & Douglas McNally<br>225 Broadhollow Rd, Ste 301E<br>Melville, NY 11747 | Herman Law<br>Attn Jeff Herman<br>434 W 33rd St, Penthouse<br>New York, NY 10001 | Herman Law<br>(Counsel To Certain Personal Injury Creditors)<br>Attn Stuart S Mermelstein Esq<br>1800 N Military Trail, Ste 160<br>Boca Raton, FL 33431 |
| Horowitz Law<br>Attn: Robin Kissin, Esq.<br>110 E. Broward Blvd., Ste. 1530<br>Fort Lauderdale, FL 33301 | Howard & Howard Attorneys PLLC<br>(Counsel To Soniqwave Networks LLC)<br>Attn: James E. Morgan Esq.<br>200 S. Michigan Avenue, Ste. 1100<br>Chicago, IL 60604 | Hurley McKenna & Mertz PC<br>Attn Clint Pierce, Evan Smola & Mark McKenna<br>33 N Dearborn St, Ste 1430<br>Chicago, IL 60602 |
| Ifrah PLLC<br>(Counsel To Associated Intl Insurance Co)<br>Attn George R Calhoun V, Esq<br>1717 Pennsylvania Ave NW, Ste 650<br>Washington, DC 20006 | Internal Revenue Service<br>(Centralized Insolvency Operation)<br>Po Box 7346<br>Philadelphia, PA 19101-7346 | James Vernon & Weeks PA<br>Attn Leander L James IV<br>1626 Lincoln Way<br>Coeur D'alene, ID 83815 |
| Janet Janet & Suggs LLC<br>Attn Andrew S Janet<br>4 Reservoir Cir, Ste 200<br>Baltimore, MD 21208 | Jeff Anderson & Associates Pa<br>(Counsel To The Survivors)<br>Attn Jeff Anderson, Esq, Trusha Goffe, Esq & Patrick Stoneking, Esq<br>55 W 39th St, 11th Fl<br>New York, NY 10018 | Jones Day<br>(Counsel To The Debtor & D.I.P.)<br>Attn Corinne Ball, Todd Geremia, Benjamin Rosenblum, Eric P Stephens, Andrew M Butler & Nicholas Morin;<br>250 Vesey St.<br>New York, NY 10281 |
| Jones Day<br>(Counsel To The Debtor)<br>Attn Christopher Dipompeo<br>51 Louisiana Ave NW<br>Washington, DC 20001-2113 | Kelly & Hulme PC<br>(Counsel To ICRCC)<br>Attn James N Hulme, Esq<br>323 Mill Rd<br>Westhampton Beach, NY 11978 | Kennedys CMK LLP<br>Counsel To Associated Intl Insurance Co<br>Attn Jillian G Dennehy, Esq<br>120 Mountain View Blvd<br>Basking Ridge, NJ 07920 |
| Kenney Shelton Liptak Nowak LLP<br>(Counsel To Swiss Re America Corp As Admin For 21st Century Centennial Insur Co)<br>Attn Dirk C Haarhoff<br>110 Wall St, Ste 04-061<br>New York, NY 10005 | Kenney Shelton Liptak Nowak LLP<br>(Counsel To Swiss Re America Corp As Admin For 21st Century Centennial Insurance Co)<br>Attn Judith Treger Shelton, Esq.<br>233 Franklin St; The Calument | Klestadt Winters Jureller, Southard & Stevens LLP<br>(Counsel To Soniqwave Networks LLC)<br>Attn: Sean C. Southard<br>200 West 41st St., 17th Flr<br>New York, NY 10036 |

| | Bldg<br>Buffalo, NY 14202 | |
|---|---|---|
| Laura A Ahearn PLLC<br>Attn Laura A Ahearn, Esq<br>3075 Veteran's Memorial Hwy, Ste 200<br>Ronkonkoma, NY 11779 | Law Offices Of Mitchell Garabedian<br>Attn Mitchell Garabedian<br>100 State St, 6th Fl<br>Boston, MA 02109 | Law Offices Of Ronald J Kim PC<br>Attn Ronald J Kim<br>PO Box 318<br>Saratoga Springs, NY 12866 |
| Levy Konigsberg LLP<br>Attn Helene M Weiss & Vara Lyons<br>800 Third Ave, 11th Fl<br>New York, NY 11231 | Marsh Law Firm PLLC<br>Attn James A Marsh<br>151 E Post Rd, Ste 102<br>White Plains, NY 10601 | Meltzer, Lippe, Goldstein & Breitstone LLP<br>(Counsel To Catholic Cemeteries Of The Roman Catholic Diocese Of Rockville Centre, Inc.)<br>Attn: Scott Steinberg Esq.;<br>190 Willis Ave.<br>Mineola, NY 11501 |
| Merson Law PLLC<br>(Counsel To The Survivors)<br>Attn Jordan K Merson<br>950 Third Ave, 18th Fl<br>New York, NY 1002 | Meyer Suozzi English & Klein PC<br>(Counsel To Village Of Rockville Centre)<br>Attn Edward J Lobello & A Thomas Levin, Esq<br>990 Stewart Ave, Ste 300<br>PO Box 9194<br>Garden City, NY 10530 | Michael G Dowd<br>Attn Michael G Dowd<br>1981 Marcus Ave, Ste 200<br>Lake Success, NY 11042 |
| Moritt Hock & Hamroff LLP<br>(Counsel To Certain Diocesan Parishes)<br>Attn Thersa A Driscoll & Michael C Troiano<br>400 Garden City Plaza<br>Garden City, NY 11530 | Moss & Barnett<br>(Counsel To Allianz Insurers)<br>Attn Charles E Jones<br>150 S Fifth St, Ste 1200<br>Minneapolis, MN 55402 | Moss & Barnett<br>(Counsel To Interstate FFIC & NSC)<br>Attn Charles E Jones<br>150 S Fifth St, Ste 1200<br>Minneapolis, MN 55402 |
| Noaker Law Firm LLC<br>Attn Patrick Noaker<br>1600 Utica Ave S, 9th Fl<br>St. Louis Park, MN 55416 | Norton Rose Fulbright US LLP<br>(Counsel To Unitas Investment Fund, Inc.)<br>Attn: Steven Howard<br>1301 Avenue Of The Americas<br>New York, NY 10019 | Office Of The NY State Attorney General<br>(Consumer Frauds Bureau)<br>Attn Letitia James, Elena Gonzalez & Elizabeth M Lynch<br>28 Liberty St<br>New York, NY 10005 |
| Office Of The United States Trustee<br>(US Federal Office Building)<br>Attn Greg Zipes & Shara Cornell<br>201 Varick St, Ste 1006<br>New York, NY 10014 | United States Attorneys Office<br>(For The Southern Dist Of NY)<br>86 Chambers St, 3rd Fl<br>New York, NY 10007 | Parker Waichman LLP<br>Attn Brett Zekowski & Fred Rosenthal<br>6 Harbor Dr<br>Port Washington, NY 11050 |
| Pfau Cochran Vertetis Amala PLLC<br>Attn Michael T Pfau<br>403 Columbia St, Ste 500<br>Seattle, WA 98104 | Pfau Cochran Vertetis Amala PLLC<br>Attn Michael T Pfau<br>31 Hudson Yards, 11th Fl, Ste 36<br>New York, NY 10001-2170 | Phillips & Paolicelli LLP<br>Attn Diane Paolicelli<br>747 Third Ave, 6th Fl<br>New York, NY 10027 |
| Pollock Cohen LLP<br>(Counsel To Claimant M.D.)<br>Attn: Adam Pollock<br>60 Broad St., 24th Fl.<br>New York, NY 10004 | Porzio Bromberg & Newman Pc<br>(Co-Counsel To Arrowood Indemnity Co, F/K/A Royal Insur Co And F/K/A Globe Insur Co)<br>Attn Brett S Moore Esq & Robert M Schechter Esq<br>156 W 56th St, Ste 803<br>New York, NY 10019-3800 | Reed Smith LLP<br>(Special Insurance Counsel To Debtor And Dip)<br>Attn: Aaron Javian Esq. & John B. Berringer Esq.)<br>599 Lexington Avenue<br>New York, NY 10022 |

| Reed Smith LLP (Special Insurance Counsel To Debtor & Dip) Attn: Timothy P. Law, Esq. 1717 Arch Street; Three Logan Square Suite 3100 Philadelphia, PA 19103 | Rheingold Giuffra Ruffo & Plotkin LLP Attn Thomas P Giuffa 551 Fifth Ave, 29th Fl New York, NY 10016 | Rivkin Radler LLP (Counsel To Interstate Fire And Casualty Co, Fireman's Fund Insur Co, & Natl Surety Corp) Attn Peter P Mcnamara, Esq, Stuart I Gordon, Esq, Siobhain P Minarovich, Esq, Jason B. Gurdus & Michael A. Kotula 926 RXR Plaza Uniondale, NY 11556-0926 |
|---|---|---|
| Robert Gerber; Legal Rep For Future Claimant Joseph Hage Aaronson LLC 800 Third Avenue, 30th Flr. New York, NY 10022 | Romano & Associates Attn Michael J Romano 350 Old Country Rd, Ste 205 Garden City, NY 11530 | Ruskin Moscou Faltischek, P.C. (Counsel To Special Real Estate Counsel For The Official Committee Of Unsecured Creditors) Attn: Michael S. Amato Esq. East Tower, 15th Floor; 1425 RXR Plaza Uniondale, NY 11556-1425 |
| Russo Karl Widmaier & Cordano PLLC Attn Christopher Gerace 400 Townline Rd, Ste 170 Hauppauge, NY 11788 | Silberstein Awad & Miklos PC Attn Michael Lauterborn 600 Old Country Rd, Ste 505 Garden City, NY 11530 | Simmons Hanly Conroy LLC Attn Paul J Hanly, Jr 112 Madison Ave, 7th Fl New York, NY 10016 |
| Slater Slater Schulman LLP Attn Adam Slater 488 Madison Ave, 20th Fl New York, NY 10022 | Slater Slater Schulman LLP (Counsel To Certain Personal Injury Creditors) Attn Jonathan Schulman, Esq, Stephenie Lannigan Bross, Esq. 445 Broad Hollow Rd, Ste 419 Melville, NY 11747 | Tolmage Peskin Harris & Falick Attn Stephan H Peskin 20 Vesey St, Ste 700 New York, NY 10007 |
| Sullivan Papain Block McGrath & Cannavo PC Attn Eric K Schwarz 120 Broadway, 18th Fl New York, NY 10271 | Sweeney Reich & Bolz LLP Attn Gerard J Sweeney 1981 Marcus Ave, Ste 200 Lake Success, NY 11042 | The Law Office Of Joshua W Skillman Attn Joshua W Skillman 111 John St, Ste 1050 New York, NY 10038 |
| The Zalkin Law Firm PC And Barasch McGarry (Salzman & Penson) Attn Bruce Kaye, Dominique Penson, Elizabeth Cate, Devin Storey, Irwin Zalkin & Dana Cohen 11 Park Pl New York, NY 10007 | Togut Segal & Segal LLP (Counsel To Catholic Cemeteries Of The Roman Catholic Diocese Of Rockville Centre Inc) Attn Frank A Oswald Esq & Jared Borriello, Esq One Penn Plaza, Ste 3335 New York, NY 10119 | |