**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK<br><br>                                    Debtor. | Chapter 11<br><br>Case No. 20-12345 (MG) |

**ORDER GRANTING REQUEST OF THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS FOR A STATUS CONFERENCE**
**REGARDING THE DISCLOSURE BY INTERSTATE FIRE &**
**CASUALTY COMPANY, NATIONAL SURETY CORPORATION,**
**AND FIREMAN'S FUND INSURANCE COMPANY OF SURVIVOR**
**PERSONAL INFORMATION FROM PROOFS OF CLAIM TO THIRD PARTIES**

This Court having reviewed the *Request of the Official Committee of Unsecured Creditors for a Status Conference Regarding the Disclosure by Interstate Fire & Casualty Company, National Surety Corporation, and Fireman's Fund Insurance Company of Survivor Personal Information from Proofs of Claim to Third Parties* (the "Committee Status Conference Request," ECF Doc. # 2547) in connection with the *Letter re: Notification of Disclosure* of Todd C. Jacobs on behalf of Interstate Fire & Casualty Company, National Surety Corporation, and Fireman's Fund Insurance Company, dated September 29, 2023 (the "Interstate Insurers' Letter," ECF Doc. # 2524);

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. The Committee Status Conference Request is **GRANTED**.

2. A status conference on the Interstate Insurers' Letter will be held on October 23, 2023 at 2:00 p.m. (ET).

[*Remainder of page intentionally left blank*]

**IT IS SO ORDERED.**

Dated:  October 12, 2023
         New York, New York

__/s/ Martin Glenn__
MARTIN GLENN
Chief United States Bankruptcy Judge
