REED SMITH LLP
Aaron Javian, Esq.
John B. Berringer, Esq.
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: ajavian@reedsmith.com
E-mail: jberringer@reedsmith.com

REED SMITH LLP
Timothy P. Law, Esq. (admitted *pro hac vice*)
1717 Arch Street
Three Logan Square, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420
E-mail: tlaw@reedsmith.com

*Special Insurance Counsel for Debtor
and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,[1] | Case No. 20-12345 (MG) |
| Debtor. | |

**THIRTY-SIXTH MONTHLY STATEMENT OF REED SMITH LLP, AS
SPECIAL INSURANCE COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION,
OF FEES FOR PROFESSIONAL SERVICES RENDERED AND
DISBURSEMENTS INCURRED FOR THE PERIOD
<u>SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023</u>**

| | |
|---|---|
| Name of Applicant: | Reed Smith LLP |
| Authorized to Provide Professional Services to: | Debtor and Debtor in Possession |
| Date of Retention: | Order entered on November 4, 2020, *nunc pro tunc* to October 1, 2020 |
| Period for which compensation and reimbursement is sought: | September 1, 2023 to September 30, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $294,815.50<br><br>80% of which is $235,852.40 |

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue P.O. Box 9023, Rockville Centre, NY 11571-9023.

| | |
|---|---|
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $7,601.72 |
| Fees and Expenses of Debtor's Consulting Expert ("Expert F&E") | $59,326.50[2] |
| TOTAL (80% of fees, 100% of costs, 100% of Expert F&E) | $302,780.62 |

Reed Smith LLP ("Reed Smith"), as Special Insurance Counsel for the Debtor and Debtor-In Possession, hereby submits this thirty-sixth monthly statement (the "Monthly Statement") for the period of September 1, 2023 through September 30, 2023 (the "Statement Period") for payment of professional services rendered and reimbursement of expenses incurred during the Statement Period pursuant to the Court's Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Dkt. No. 129] (the "Fee Procedures Order"). Reed Smith requests: (a) interim allowance and payment of compensation in the amount of $235,852.40 (80% of $294,815.50) of fees on account of reasonable and necessary professional services rendered to the Debtor by Reed Smith, (b) reimbursement of actual and necessary costs and expenses in the amount of $7,601.72 incurred by Reed Smith during the Statement Period, and (c) reimbursement for services rendered, and costs and expenses incurred, by Debtor's consulting expert in the amount of $59,326.50.

## FEES FOR SERVICES RENDERED DURING THE STATEMENT PERIOD

1.    Set forth below is a list of the positions of the Reed Smith professionals and paraprofessionals who provided services to the Debtor during the Statement Period, their respective billing rates, and the aggregate hours spent by each professional and paraprofessional in providing services on behalf of the Debtor during the Statement Period.

---

[2] Submitted for payment pursuant to *Order Authorizing the Retention of Experts* [Dkt. No. 783], ¶ 3.

| Name | Title | Department | Office | JD Year | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Law, Timothy | Equity Partner | Litigation | Philadelphia | 1995 | 1,250 | 51.2 | $64,000.00 |
| Law, Timothy | Equity Partner | Litigation | Philadelphia | 1995 | 625 | 2.0 | $1,250.00 |
| Javian, Aaron | Fix.Sh.Partner | Business and Finance | New York | 2004 | 1,215 | 5.1 | $6,196.50 |
| Kramer, Ann | Fix.Sh.Partner | Litigation | New York | 1984 | 1,390 | 54.6 | $75,894.00 |
| Berringer, John | Counsel | Litigation | New York | 1980 | 1,285 | 57.0 | $73,245.00 |
| Kim, Esther Y. | Associate | Litigation | Philadelphia | 2018 | 685 | 56.0 | $38,360.00 |
| LauKamg, Christopher | Paralegal | Business and Finance | New York | - | 410 | 32.7 | $13,407.00 |
| Simmonds, Lianna E. | Paralegal | Litigation | Philadelphia | - | 330 | 3.9 | $1,287.00 |
| Zygmund-Felt, Georgia A. | Paralegal | Litigation | Philadelphia | - | 380 | 2.2 | $836.00 |
| Schad, James | Other | Litigation | Washington | - | 600 | 33.9 | $20,340.00 |
| | | | | | | 298.6 | $294,815.50 |
| | | | | | | | |
| TOTAL: | | | | | | 298.6 | $294,815.50 |

2.      The rates charged by Reed Smith for services rendered to the Debtor are the same rates that it charges generally for professional services rendered to its non-bankruptcy clients as described in the engagement letter between Reed Smith and the Debtor.  A complete itemization of tasks performed by these professionals and paraprofessionals for the Statement Period is annexed hereto as **Exhibit A**.

## **EXPENSES INCURRED DURING THE STATEMENT PERIOD**

3.      Set forth below is a categorical list of expenses incurred by Reed Smith during the Statement Period in the course of representing the Debtor.

| Description | Amount |
|---|---|
| USDC SDNY June 16, 2023 Hearing Transcript Expense | $1,531.75 |
| Gravity Stack LLC May 2023 Invoice | $4,912.20 |
| Pacer | $2.80 |
| Postage Expense | $7.17 |
| W. Chapin Deposition Transcript Expense | $1,147.80 |
| TOTAL: | $7,601.72 |

## NOTICE AND OBJECTION PROCEDURES

4.      Reed Smith has provided notice of this statement upon the following parties by electronic or first class mail: (i) the Debtor, the Roman Catholic Diocese of Rockville Centre, 50 N. Park Avenue, P.O. Box 9023, Rockville Centre, NY 11571 (Attn: Thomas Renker); (ii) counsel to the Debtor, Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); (iii) the Office of the United States Trustee Region 2, Alexander Hamilton Custom House, One Bowling Green, Suite 534, New York, NY 10004 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq.); and (iv) counsel for the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017 (Attn: Ilan D. Scharf, Esq., Karen B. Dine, Esq. and Brittany M. Michael, Esq.) and Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067 (Attn: James I. Stang, Esq.).

5.      Pursuant to the Fee Procedures Order, objections to this Monthly Statement, if any, must be served no later than **October 30, 2023** (the "Objection Deadline") upon the following parties: (i) the Debtor, the Roman Catholic Diocese of Rockville Centre, 50 N. Park Avenue, P.O. Box 9023, Rockville Centre, NY 11571 (Attn: Thomas Renker); (ii) counsel to the Debtor, Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); (iii) the Office of the United States Trustee Region 2, Alexander Hamilton Custom House, One Bowling Green, Suite 534, New York, NY 10004 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq.); (iv) counsel for the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017 (Attn: Ilan D. Scharf, Esq., Karen B. Dine, Esq. and Brittany M. Michael, Esq.) and Pachulski Stang Ziehl

& Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067 (Attn: James I. Stang, Esq.); and (v) Special Insurance Counsel, Reed Smith LLP, 599 Lexington Avenue, New York, NY 10022 (Attn: Aaron Javian, Esq. and John B. Berringer, Esq.) and Reed Smith LLP, 1717 Arch Street, Three Logan Square, Suite 3100, Philadelphia, PA 19103 (Attn: Timothy P. Law, Esq.).

6.      If no objections to this Monthly Statement are received by the Objection Deadline, the Debtor will be authorized thereafter to pay Reed Smith 80% of the fees and 100% of the expenses identified in the Monthly Statement as well as 100% of the Expert F&E.

7.      To the extent an objection to the Monthly Statement is received on or before the Objection Deadline, the Debtor will withhold payment of that portion of the Monthly Statement to which the objection is directed and is authorized to pay the remainder of fees and expenses in the percentages set forth above.  To the extent such objection is not resolved, it shall be preserved and presented to the Court at the next interim or final fee application hearing to be heard in accordance with paragraph 2(k) of the Fee Procedures Order.

Dated:  October 13, 2023
        New York, New York

REED SMITH LLP

*/s/ Aaron Javian*
Aaron Javian, Esq.
John B. Berringer, Esq.
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: ajavian@reedsmith.com
E-mail: jberringer@reedsmith.com

-and-

REED SMITH LLP
Timothy P. Law, Esq. (admitted *pro hac vice*)
1717 Arch Street
Three Logan Square, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420
E-mail: tlaw@reedsmith.com

*Special Insurance Counsel for Debtor and
Debtor in Possession*

# EXHIBIT A



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number: **3660708** |
| 50 No. Park Avenue | Invoice Date: **10/10/2023** |
| Att: William G. Chapin | Client Number: **504893** |
| Rockville Centre, NY 11570 | Matter Number: **504893.20001** |
| US - UNITED STATES | |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Non-Working Travel**

---

Total Current Fees.............................................................................$          1,250.00

**Total Due This Invoice:**                                               **$          1,250.00**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
*(Please Reference Invoice Number)*



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | | |
|---|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number: | **3660708** |
| 50 No. Park Avenue | Invoice Date: | **10/10/2023** |
| Att: William G. Chapin | Client Number: | **504893** |
| Rockville Centre, NY 11570 | Matter Number: | **504893.20001** |
| US - UNITED STATES | | |

**RE: Non-Working Travel**

**INVOICE SUMMARY**

Total Current Fees..............................................................................$          1,250.00

**Total Due This Invoice:**                                      **$          1,250.00**

Please Remit to:

**Mail To:**
 Reed Smith LLP
 Lockbox 10096
 PO BOX 70280
 Philadelphia, PA 19176-0280

*Wire Instructions:*
 *BNY Mellon Bank N.A.*
 *Philadelphia, PA*
 *ABA Number: 031000037*
 *Swift Code: IRVTUS3N (International)*
 *Account #2-022-986*
 *(**Please Reference Invoice Number**)*



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number:    **3660708** |
| 50 No. Park Avenue | Invoice Date:    **10/10/2023** |
| Att: William G. Chapin | Client Number:    **504893** |
| Rockville Centre, NY 11570 | Matter Number:    **504893.20001** |
| US - UNITED STATES | |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH September 30, 2023**

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 09/26/23 | T.P. Law | Travel to and from Philadelphia re: Committee's request for derivative standing to pursue claim against insurance companies. | 2.00 |
| **Total Hours** | | | **2.00** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|-----------|-------|------|-------|
| Timothy P. Law | 2.00 hrs @ $ | 625.00 / hr | 1,250.00 |
| **Total Professional Services** | | | **1,250.00** |

**INVOICE SUMMARY**

| | |
|---|---|
| Total Fees | $_____1,250.00 |
| **TOTAL CURRENT INVOICE DUE** | **$_____1,250.00** |
| **Total Amount Due** | **$_____1,250.00** |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number: **3660706** |
| 50 No. Park Avenue | Invoice Date: **10/10/2023** |
| Att: William G. Chapin | Client Number: **504893** |
| Rockville Centre, NY 11570 | Matter Number: **504893.60005** |
| US - UNITED STATES | |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Chapter 11 Insurance Recovery**

Total Current Fees...............................................................................$    285,132.50

Total Current Expenses and Other Charges ......................................$    7,601.72

**Total Due This Invoice:**                                **$    292,734.22**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360110*
*Pittsburgh, PA 15251-6110*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
**(Please Reference Invoice Number)**



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number: **3660706** |
| 50 No. Park Avenue | Invoice Date: **10/10/2023** |
| Att: William G. Chapin | Client Number: **504893** |
| Rockville Centre, NY 11570 | Matter Number: **504893.60005** |
| US - UNITED STATES | |

**RE: Chapter 11 Insurance Recovery**

<hr>

## INVOICE SUMMARY

Total Current Fees................................................................................$     285,132.50

Total Current Expenses and Other Charges ......................................$_____7,601.72

**Total Due This Invoice:**                            **$____292,734.22**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360110*
*Pittsburgh, PA 15251-6110*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
**(Please Reference Invoice Number)**



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number: **3660706** |
| 50 No. Park Avenue | Invoice Date: **10/10/2023** |
| Att: William G. Chapin | Client Number: **504893** |
| Rockville Centre, NY 11570 | Matter Number: **504893.60005** |
| US - UNITED STATES | |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH September 30, 2023**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/01/23 | J.C. Schad | Prepare draft Exhibit A for report to E. Kim (.80); research materials received from stored records re: RFPs to insurers (1.0); review, notate, record insure letters for report to J. Berringer (1.3); prepare transmission of insurer letters to defense counsel in accordance with guidance from J. Berringer and B. Davey (2.7). | 5.80 |
| 09/01/23 | E. Y. Kim | Call with J. Schad regarding LMI and Arrowood policy documents from Porter & Curtis for production to LMI and Arrowood. | 0.50 |
| 09/01/23 | J.B. Berringer | Emails B. Davey, C. Adams, J. Schad, A. Kramer re: Arrowood and defense costs. | 2.90 |
| 09/01/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 09/05/23 | J.C. Schad | Prepare report to J. Berringer (.50); discussion with E. Kim re: materials prepared for production to Arrowood (.20). | 0.70 |
| 09/05/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 09/05/23 | J.B. Berringer | Review Placa docs. for deposition (1.6); emails C. Adams re: dep. (.40); review B. Davey email re: Arrowood denials (.30); review prior correspondence re: Arrowood denials (.40); review M. Natale email re: Placa dep. (.10). | 2.80 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 09/06/23 | E. Y. Kim | Analyze Arrowood's discovery responses relating to duty to cooperate and late notice (.90); email T. Law regarding same (.20); draft cover email and index for supplemental production of policy documents to Arrowood (.70); finalize supplemental production of policy documents to Arrowood (1.1). | 2.90 |
| 09/06/23 | A. Kramer | Work in process call with client, JD, A&M and RS teams to discuss next mediation session, 9/6 hearing, insurance strategy (1.2); review Arrowood objection to 2004 request (.20); email exchange with Law and Berringer re: same (.20); email exchange with Ball re: Committee call (.10); email exchange with RS team re: new policy documentation from Porter & Curtis (.20). | 1.90 |
| 09/06/23 | J.C. Schad | Prepare reports with supporting materials to E. Kim re: documents for production (2.6); attention to J. Berringer re: correspondence to insurer re: denial disputes (1.6); attention to E. Sorenson re: parish coverage letters (2.4). | 6.60 |
| 09/06/23 | T.P. Law | Review and comment on Arrowood's responses to the Diocese's discovery requests, beginning correspondence in response. | 1.30 |
| 09/06/23 | T.P. Law | Telephone conference with Allianz counsel re: Committee's motion for standing to prosecute action. | 0.30 |
| 09/06/23 | T.P. Law | Participate in work in process call with client and Jones Day. | 1.20 |
| 09/06/23 | J.B. Berringer | Team conference call (1.4); t/c A. Kramer re: status (.10); review 2004 motion by UCC, Arrowood opposition (.80); review C. Ball email re: Arrowood (.20); review Arrowood discovery responses (.50); review emails re: new Arrowood docs, emails Schad re: same (.60); email re: amended charts, discovery responses (.30); reply to Kramer email re: KCIC (.30). | 4.20 |
| 09/06/23 | C.M. LauKamg | Arrange USBC SDNY J. Berringer September 12, 2023 Hearing Appearance and circulate | 0.40 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|------------|-------------|-------|
| | | confirmation of same. | |
| 09/06/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 09/07/23 | A. Kramer | Teams call with mediators and parishes (1.5); conference call re: derivative standing motion with T. Law and A. Javian (.50); teams pre-call with JD re: committee call (.50); Zoom call with committees re: settlement (1.0); email exchanges with Sorenson and RS Team re: new Arrowood policy documentation (.20); email exchange with JD and KCIC re: data for Global (.30). | 4.00 |
| 09/07/23 | A. Javian | Preparation for and attend telephone conference with T. Law, A Kramer re: response to Committee's derivative standing motion. | 1.00 |
| 09/07/23 | C.M. LauKamg | Draft template Objection to the Official Committee of Unsecured Creditors' Motion for an Order Granting Leave, Standing, and Authority to Prosecute a Cause of Action on Behalf of the Debtor and Its Estate in preparation for electronic filing. | 1.60 |
| 09/07/23 | J.C. Schad | Research, comparative analysis re: evidence of coverage, prepare report to J. Berringer, A. Kramer, T. Law re: evidence of coverage (2.2); research insurer letters re: bases of denials for report to E. Sorenson, J. Berringer, A. Kramer, T. Law (1.2). | 3.40 |
| 09/07/23 | T.P. Law | Draft opposition to Unsecured Creditors Committee motion for derivative standing. | 3.30 |
| 09/07/23 | T.P. Law | Telephone conference with Aaron Javian and Ann Kramer re: Unsecured Creditors Committee motion for derivative standing. | 0.60 |
| 09/08/23 | C.M. LauKamg | Arrange USBC SDNY September 12, 2023 and September 26, 2023 Hearing Appearances and circulate confirmations of same. | 0.80 |
| 09/08/23 | C.M. LauKamg | Revise Objection to the Official Committee of | 1.80 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | Unsecured Creditors' Motion for an Order Granting Leave, Standing, and Authority to Prosecute a Cause of Action on Behalf of the Debtor and Its Estate in preparation for electronic filing. | |
| 09/08/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 09/08/23 | A. Kramer | Review/revise draft response to Committee standing motion (.50); conference call with Stephens and KCIC valuation team re: analysis (.60); email exchange with mediators (.20); email exchanges with JD and KCIC re: data for Global (.20). | 1.50 |
| 09/08/23 | J.B. Berringer | Review of Opposition to UCC motion and email T. Law re: same (.60); review of emails re: Placa deposition and email C. Adams re: same (.50). | 1.10 |
| 09/08/23 | T.P. Law | Draft opposition to Unsecured Creditors Committee motion for derivative standing. | 5.60 |
| 09/11/23 | T.P. Law | Emails to [REDACTED]. | 0.20 |
| 09/11/23 | T.P. Law | Draft revisions to LMI and Evanston interrogatory responses. | 1.30 |
| 09/11/23 | T.P. Law | Draft response to Unsecured Creditor Committee motion for standing to pursue a claim against LMI and Evanston and circulate to Jones Day for review and comment. | 1.80 |
| 09/11/23 | C.M. LauKamg | Arrange USDC SDNY September 18, 2023, September 19, 2023 and September 21, 2023 Hearing Appearances and circulate confirmations of same. | 0.60 |
| 09/11/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 09/11/23 | E. Y. Kim | Revise responses to LMI's and Evanston's | 1.50 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | interrogatories per additional revisions from T. Law (1.1); emails with client regarding review of same (.40). | |
| 09/11/23 | J.B. Berringer | Review emails re: scheduling. | 0.40 |
| 09/12/23 | T.P. Law | Telephone conference with Reed Smith and Jones Day teams re: Committee filing supporting requests for relief from automatic stay. | 0.60 |
| 09/12/23 | T.P. Law | Telephone conference with J. Berringer and A. Kramer re: Committee filing supporting requests for relief from automatic stay. | 0.30 |
| 09/12/23 | C.M. LauKamg | Prepare USDC SDNY September 18, 2023, September 19, 2023 and September 21, 2023 Electronic Device Access Form and submit same to Chambers. | 0.40 |
| 09/12/23 | A. Kramer | Review Committee lift stay motion papers (1.2); email exchange and pre-call re: same with Berringer and Law (.30); teams call with JD and RS teams re: response to Committee motion to lift stay (.90). | 2.40 |
| 09/12/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 09/12/23 | J.B. Berringer | Review Artese letter to Arrowood, email Artese re: same (.50); t/c team re: UCC, Survivors motion (.90); emails T. Law, A. Kramer re: NY law re: same (.40); emails re: T. Burns decl., UCC motion (.50); review Arrowood deficiency letter (.40); t/c E. Kim re: Interrogatory responses (.20); review letter to UCC (.60); review draft Opposition to UCC motion re: derivative standing (.50). | 4.00 |
| 09/13/23 | A. Kramer | WIP call with Renker, JD, A&M and RS teams re: mediation, committee motions etc. (.50); teams call re: lift stay motion strategy with JD team (.90). | 1.40 |
| 09/13/23 | E. Y. Kim | Revise, finalize discovery responses to LMI and Evanston (1.5); finalize document production to | 2.80 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | same (1.3). | |
| 09/13/23 | C.M. LauKamg | Telephone to USDC SDNY Judge Cave's Chambers regarding A. Kramer and J. Berringer Electronic Access Form for the September 18, 2023, September 19, 2023 and September 21, 2023 Settlement Conferences and confirm receipt of same. | 0.20 |
| 09/13/23 | J.B. Berringer | Review E. Stephens letter to Mediators (.60); prep for team call (.40); team call (.60); review emails re: Allianz meeting (.40); review T. Law letter to Arrowood re: discovery (.30); review E. Kim emails re: Interrogatory responses (.40). | 2.70 |
| 09/13/23 | G. A. Zygmund-Felt | Reformat PDFs for discovery responses and send back to E. Kim. | 0.20 |
| 09/13/23 | T.P. Law | Draft letter to Arrowood's counsel identifying deficiencies in Arrowood's responses to our targeted discovery requests on late notice and cooperation defenses. | 3.30 |
| 09/13/23 | T.P. Law | Email Arrowood's counsel M. Natale to arrange meet and confer re: Arrowood's complaints about Diocese discovery responses. | 0.20 |
| 09/14/23 | T.P. Law | Draft email to Bill Chapin to respond to Arrowood questions. | 0.70 |
| 09/14/23 | A. Kramer | Review/revise objection to standing motion (.50); email exchanges between JD and RS teams re: same (.40). | 0.90 |
| 09/14/23 | E. Y. Kim | Attend, meet and confer with Arrowood's counsel regarding discovery disputes (.80); analyze Arrowood correspondence and Diocese production regarding deficiencies and draft notes to prepare for meet and confer (3.9); draft response letter to Arrowood deficiency letter (1.1). | 5.80 |
| 09/14/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 09/14/23 | J.B. Berringer | Review email from A. Kramer (.30); review discovery responses (1.2). | 1.50 |
| 09/14/23 | T.P. Law | Draft additional revisions to objection to Committee's motion for derivative standing to pursue claims against Allianz and LMI and circulate to Jones Day. | 0.80 |
| 09/14/23 | T.P. Law | Participate in meet and confer with Arrowood's counsel re: discovery responses. | 0.80 |
| 09/14/23 | T.P. Law | Prepare for meet and confer with Arrowood's counsel re: discovery responses. | 0.90 |
| 09/15/23 | J.B. Berringer | Review draft opposition to UCC motion, email comments from team (.90); t/c A. Kramer, T. Law re UCC call (.50); emails C. Adams re: Placa dep (.40); emails E. Kim re: LMI production (.20); review final edits to Opp. Brief (.50). | 2.50 |
| 09/15/23 | A. Kramer | Teams call with insurers and JD team re: committee motions and mediation (.80); teams call with committee and JD team re: committee motions (.70); Conference call with Berringer and Law re: calls with committee and insurers (.30); email exchange with JD and RS teams re: committee call (.20). | 2.00 |
| 09/15/23 | T.P. Law | Telephone conference with [REDACTED]. | 0.30 |
| 09/15/23 | T.P. Law | Revise responses to Evanston interrogatories. | 0.60 |
| 09/15/23 | T.P. Law | Telephone conference with A. Kramer re: requests from [REDACTED]. | 0.20 |
| 09/15/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 1.00 |
| 09/15/23 | T.P. Law | Email exchange re: Bill Chapin assistance with Arrowood questions about completeness of discovery responses. | 0.30 |
| 09/15/23 | T.P. Law | Draft additional revisions to objections to Committee's derivative standing motion and send to Jones Day. | 0.80 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 09/18/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 09/18/23 | J.B. Berringer | Review emails re: Objection to UCC motion, discovery in Adv. Proceedings. | 1.10 |
| 09/18/23 | C.M. LauKamg | Finalize USBC SDNY Objection to Committee Standing Motion in preparation for electronic filing. | 1.00 |
| 09/18/23 | A. Kramer | Attend Mediation. | 8.60 |
| 09/18/23 | E. Y. Kim | Draft letter regarding Arrowood's objections to 30(b)(6) deposition notice. | 2.40 |
| 09/18/23 | T.P. Law | Revise and finalize objection to Committee derivative standing motion. | 1.90 |
| 09/18/23 | T.P. Law | Email exchanges with Ann Kramer and [REDACTED] re: [REDACTED]. | 0.40 |
| 09/18/23 | A. Javian | Review response to UCC's derivative standing motion. | 0.50 |
| 09/19/23 | J.C. Schad | Prepare materials for transmission to C. Adams pursuant to discussion with J. Berringer (.50); attention to analysis of evidence (.40); prepare report re: evidence of coverage in triggered years (3.5). | 4.40 |
| 09/19/23 | C.M. LauKamg | Finalize, electronically file and serve USBC SDNY Objection to Committee Standing Motion and update master files and calendar. | 0.80 |
| 09/19/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 09/19/23 | J.B. Berringer | Review Placa docs for t/c with C. Adams (.70); t/c C. Adams (.60); t/c J. Schad re: Arrowood Certs.; (.20); review Arrowood Joinder in Objection to UCC derivative motion (.60); review LMI Objection, email T. Law, A. Kramer re: same (1.60); review emails re: [REDACTED] (.50); | 4.80 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | review J. Schad email re: Arrowood Certs, duty to defend (.60). | |
| 09/19/23 | A. Kramer | Attend Mediation. | 8.00 |
| 09/19/23 | E. Y. Kim | Analyze Gallagher Bassett Agreements and materials for supplemental production to LMI and Evanston (2.3); email J. Matthews regarding production of same (.10). | 2.40 |
| 09/19/23 | T.P. Law | Communications with Georgia Zygmund-Felt, Jones Day, and Reed Smith teams re: chart of information for [REDACTED]. | 1.80 |
| 09/20/23 | T.P. Law | Work with paralegal L. Simmonds to provide publicly available information about claim valuation and severity levels to [REDACTED]. | 2.20 |
| 09/20/23 | T.P. Law | Telephone conference with Jones Day about information requested by [REDACTED]. | 0.40 |
| 09/20/23 | T.P. Law | Participate in work in process call with client, Jones Day, and Reed Smith teams. | 0.50 |
| 09/20/23 | T.P. Law | Review and suggest response to Burns Bair requests to file motions in the insurance adversary proceedings. | 0.70 |
| 09/20/23 | T.P. Law | Draft and circulate email response to Jesse Bair inquiry re: derivative standing. | 0.40 |
| 09/20/23 | T.P. Law | Telephone conference with A. Kramer and J. Berringer re: committee demands. | 0.30 |
| 09/20/23 | A. Kramer | Work in Process call with T. Renker, JD, A&M and RS teams re: mediation, Committee motions (.50); conference call with [REDACTED] (.50); review messages and enclosures from J. Bair on behalf of Committee re: insurance (.30); email exchanges with JD and RS Teams re: proposed SJ motions (.40); revise message to J. Bair re: standing motion (.20); conference call with Law and Berringer re: messages from BurnsBair (.60). | 2.50 |
| 09/20/23 | E. Y. Kim | Analyze Gallagher Bassett documents for supplemental production to LMI and Evanston and finalize same (4.2); analyze documents from | 5.30 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | client and Network Adjusters for second supplemental production to LMI and Evanston (1.1). | |
| 09/20/23 | J.B. Berringer | Prep. for, attendance on team call (.60); review emails re: UCC motion (.70); review of UCC draft motions for Summary Judgment on consent to settle issue (.90); review emails from team re: same (.80); email re: same (.20); review of draft letter to UCC (.30); t/c T. Law, A. Kramer re: draft letter, draft UCC motions (.90); emails with J. Schad re: Arrowood duty to defend (.80). | 5.20 |
| 09/20/23 | J.C. Schad | Prepare reports with supporting materials re: denied claims for report to J. Berringer (3.6); Prepare report to J. Berringer re: triggered policies with evidence of coverage for claims denied by counsel for Arrowood (2.3). | 5.90 |
| 09/21/23 | J.C. Schad | Correlative analysis re: bases of denials, remanded cases for report to E. Sorensen. | 1.30 |
| 09/21/23 | T.P. Law | Emails with Reed Smith team re: deposition scheduling and attendance. | 0.30 |
| 09/21/23 | J.B. Berringer | Emails with T. Law, A. Kramer re: Arrowood depositions (.50); emails with J. Schad re: Arrowood duty to defend (.40); review E. Kim email re: 30 (b)(6) deps. (.30); arrangements and prep for Oral Argument on UCC motions (2.5); review E. Kim emails re: discovery responses (.30); review emails to E. Sorenson re: Arrowood duty to defend (.40). | 4.40 |
| 09/21/23 | A. Kramer | Attend Mediation. | 3.70 |
| 09/21/23 | E. Y. Kim | Analyze documents from client and Network Adjusters for second supplemental production to LMI and Evanston (2.5); analyze materials relating to first notice documents in Arrowood production for discovery project (.40). | 2.90 |
| 09/21/23 | C.M. LauKamg | Prepare USDC SDNY September 27, 2023 and September 28, 2023 Electronic Device Access Form and submit same to Chambers. | 0.40 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| Date | Timekeeper | Description | Hours |
|------|------------|-------------|-------|
| 09/21/23 | C.M. LauKamg | Arrange USBC SDNY September 26, 2023 hearing appearances and circulate confirmations of same. | 0.40 |
| 09/21/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 09/22/23 | C.M. LauKamg | Arrange USBC SDNY September 26, 2023 Hearing Appearances and circulate confirmations of same. | 0.60 |
| 09/22/23 | T.P. Law | Review Committee Reply Brief re: derivative standing motion. | 0.30 |
| 09/22/23 | T.P. Law | Solicit comments from Jones Day on proposed response to insurance counsel for the Committee. | 0.30 |
| 09/22/23 | T.P. Law | Telephone conference with Reed Smith and Jones Day teams to prepare for oral argument on Committee's derivative standing motion. | 0.70 |
| 09/22/23 | J.B. Berringer | Prep. for and attendance on call re: prep. for oral argument on UCC motion (.70); review E. Kim draft letter to Arrowood (.30); t/c C. Adams re: Placa dep. (.60); review draft revised Law letter to UCC re: settlements with insurers (.30); review UCC Reply on motion for derivative standing (.80). | 2.70 |
| 09/22/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 09/22/23 | E. Y. Kim | Analyze Network Adjusters agreements and Bishop program materials for production to LMI. | 3.80 |
| 09/25/23 | G. A. Zygmund-Felt | Meeting with E. Kim re: Discovery task and dates of Notice letters. | 0.30 |
| 09/25/23 | G. A. Zygmund-Felt | Review materials for discovery project from E. Kim. | 0.70 |
| 09/25/23 | T.P. Law | Address requests for information from potential litigation funder. | 0.90 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 09/25/23 | L. E. Simmonds | Begin to analyze all case law cited in original Mediation Memorandum to see if any additional authorities need to be supplemented. | 3.00 |
| 09/25/23 | T.P. Law | Prepare for oral argument in New York re: Committee request for derivative standing to pursue deceptive practices. | 4.70 |
| 09/25/23 | A. Kramer | Review mediators report (.10); email exchange with RS team re: same (.10). | 0.20 |
| 09/25/23 | J.C. Schad | Prepare, participate on call with E. Kim re: supplemental production of policy-related materials to insurers (.60); report to T. Law re: policy materials (.20); research documents produced to Arrowood (.70); research documents for supplemental production to insurers (.80). | 2.30 |
| 09/25/23 | J.B. Berringer | Review E. Kim , J. Moffitt emails re: discovery schedule in LMI Proceeding (.40); review E. Kim emails re: outstanding discovery demands (.30); review M. Natale email re: Placa deposition (.20); arrangements for Placa deposition (.40); review Adams email, email to E. Kim re: Placa materials (.40); review Mediators' Report, Kramer email re: same (.40); review Court filings re: mediation, hearing on UCC motion (.30); review team emails re: UCC motion (.40). | 2.80 |
| 09/25/23 | C.M. LauKamg | Follow up with USDC SDNY Judge Cave's Chambers regarding A. Kramer and J. Berringer Electronic Access Order for the September 27, 2023 and the September 28, 2023 Settlement Conferences and circulate same to Attorneys. | 0.20 |
| 09/25/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 09/25/23 | E. Y. Kim | Analyze Network Adjusters agreements and Bishop program materials for production to LMI (2.5); confer with G. Zygmund-Felt regarding analysis of notice documents (.50); call with J. Schad regarding policy documents to be | 3.50 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | produced to Evanston (.50). | |
| 09/26/23 | J.C. Schad | Research, extract, prepare, deliver policy copies, policy-related materials, discovery requests and responses (1.2); review, notate materials re: supplemental productions to other parties per E. Kim (.60). | 1.80 |
| 09/26/23 | J.B. Berringer | Review of briefing re: UCC motion (2.1); attendance at hearing, mtg with UCC counsel re: Rule 2004 discovery (1.8); review Hearing Summary (.50); review notice, Adams email re: Placa dep. (.30). | 4.70 |
| 09/26/23 | T.P. Law | Participate in motion hearing regarding Committee request for derivative standing to pursue claim against LMI and Allianz re: deceptive practices. | 2.20 |
| 09/26/23 | T.P. Law | Prepare for motion hearing regarding Committee request for derivative standing to pursue claim against LMI and Allianz re: deceptive practices. | 3.70 |
| 09/26/23 | A. Kramer | Review revised Camden plan and TDP (2.7); attend hearing on UCC standing motion (1.5); meeting with LMI, Allianz, JD and RS teams re: settlement/mediation (1.0). | 5.20 |
| 09/26/23 | E. Y. Kim | Analyze Network Adjusters Agreements and Bishop program materials for production to LMI. | 1.60 |
| 09/26/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 09/26/23 | L. E. Simmonds | Complete analysis of all case law cited in original Mediation Memorandum to see if any additional authorities need to be supplemented. | 0.90 |
| 09/26/23 | E. Y. Kim | Draft response letter to Arrowood's September 12 deficiency letter and analyze documents regarding same. | 2.90 |
| 09/27/23 | T.P. Law | Draft revisions to discovery letter to Arrowood. | 0.60 |
| 09/27/23 | G. A. Zygmund- | Correspond with Veritext re: transcripts for E. | 0.20 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | Felt | Kim. | |
| 09/27/23 | T.P. Law | Review Bankruptcy Court Order re: Rule 2004 discovery from Arrowood. | 0.40 |
| 09/27/23 | J.B. Berringer | Review Judge Glenn's Rule 2004 Order (.80); review draft letter to Arrowood re: 30(b)(6), revisions to same (1.50); review new docs to be produced to Arrowood , emails C. Adams re: same (.90); review new discovery responses (.60); review emails re: Rule 2004 meet and confer (.80). | 4.60 |
| 09/27/23 | J.C. Schad | Pursuant to discussion with E. Kim research, collect, prepare policy copies, policy-related materials for supplemental productions. | 1.70 |
| 09/27/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 1.20 |
| 09/27/23 | T.P. Law | Review and comment on letter to Arrowood re: 30(b)(6) objections. | 0.30 |
| 09/27/23 | T.P. Law | Email update re: mediation progress with LMI and Allianz. | 0.20 |
| 09/27/23 | T.P. Law | Draft email to Committee insurance counsel re: potential motions for partial summary judgment in insurance actions. | 0.40 |
| 09/27/23 | E. Y. Kim | Revise and finalize response letter to Arrowood's September 13 deficiency letter (4.8); analyze master case tracking and notice documents for supplemental production to Arrowood (2.4); draft redaction log for supplemental production (.40); draft revised redaction log for February 2, 2023 production (.50). | 8.10 |
| 09/27/23 | T.P. Law | Emails to Committee insurance counsel re: Arrowood financial condition. | 0.90 |
| 09/27/23 | T.P. Law | Meet with E. Kim re: Arrowood correspondence. | 0.30 |
| 09/27/23 | A. Kramer | Attend meditation (7.5); email exchanges with T. Law and J. Berringer re: mediation, committee | 7.90 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | demands, 2004 opinion etc. (.40). | |
| 09/28/23 | E. Y. Kim | Draft task list regarding Arrowood, Evanston and LMI adversary proceedings (1.4); analyze documents in LMI production for deficiencies (1.8); analyze LMI discovery responses regarding same (1.2); revise response letter to Arrowood 30(b)(6) objections (2.1). | 6.50 |
| 09/28/23 | G. A. Zygmund-Felt | Review correspondence from T. Law and review task-tracking list. | 0.80 |
| 09/28/23 | J.B. Berringer | T/c C. Adams, J. Nador re: Placa deposition (.70); review task outline, email T. Law re: policy discovery (.60); review Artese email re: Arrowood, email A. Kramer re: same (.40); review T. Burns email re: Rule 2004 Arrowood discovery (.40). | 2.10 |
| 09/28/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 1.00 |
| 09/28/23 | T.P. Law | Address status and strategy with E. Kim and G. Felt. | 0.30 |
| 09/28/23 | A. Kramer | Email exchange with Burns, Bair and Law re: 2004 hearing, etc. (.30); listen to lift stay hearing in Syracuse Diocese case (1.7); communications with JD Team re: 2004 hearing and Syracuse lift stay hearing (.40); email exchange with Roten and Sugayan re: Syracuse hearing (.10). | 2.50 |
| 09/29/23 | J.B. Berringer | Review material re: Ecclesia, t/c W. Chapin re: same (1.0); review material re: Ecclesia from K. Porter (.80) review emails from client (.70). | 2.50 |
| 09/29/23 | T.P. Law | Telephone conference with Committee insurance counsel re: insurance strategy. | 0.70 |
| 09/29/23 | A. Kramer | Zoom call with Burns, Bair and Law re: insurance strategy (.80); email exchange with C. Ball and B. Rosenthal re: allocation/valuation (.40); research/respond to email exchange with Ball and Rosenblum re: valuation/allocation issues | 1.90 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 09/30/23 | E. Y. Kim | (.70).<br>Analyze documents in Evanston's production for deficiencies (2.5); analyze Evanston's discovery responses regarding same (.60). | 3.10 |
| **Total Hours** | | | **283.10** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Ann V. Kramer | 54.60 hrs @ $ | 1,390.00 / hr | 75,894.00 |
| John B. Berringer | 57.00 hrs @ $ | 1,285.00 / hr | 73,245.00 |
| Timothy P. Law | 51.20 hrs @ $ | 1,250.00 / hr | 64,000.00 |
| Aaron Javian | 1.50 hrs @ $ | 1,215.00 / hr | 1,822.50 |
| Esther Y. Kim | 56.00 hrs @ $ | 685.00 / hr | 38,360.00 |
| James C. Schad | 33.90 hrs @ $ | 600.00 / hr | 20,340.00 |
| Christopher LauKamg | 22.80 hrs @ $ | 410.00 / hr | 9,348.00 |
| Georgia A. Zygmund-Felt | 2.20 hrs @ $ | 380.00 / hr | 836.00 |
| Lianna E. Simmonds | 3.90 hrs @ $ | 330.00 / hr | 1,287.00 |
| **Total Professional Services** | | | **285,132.50** |

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| | Pacer | 2.80 |
| | Postage Expense | 7.17 |
| 05/26/2023 | USDC SDNY June 16, 2023 Hearing Transcript Expense | 1,531.75 |
| 09/18/2023 | W. Chapin Deposition Transcript Expense | 1,147.80 |
| 09/27/2023 | Gravity Stack LLC Invoice May 2023 | 4,912.20 |
| | **Total Expenses and Other Charges** | **7,601.72** |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 285,132.50 |
| Total Expenses and Other Charges | $ | 7,601.72 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **292,734.22** |
| **Total Amount Due** | **$** | **292,734.22** |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number:       **3660710** |
| 50 No. Park Avenue | Invoice Date:       **10/10/2023** |
| Att: William G. Chapin | Client Number:       **504893** |
| Rockville Centre, NY 11570 | Matter Number:   **504893.60006** |
| US - UNITED STATES | |

*REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Fee statements/fee applications**

Total Current Fees................................................................................$            8,433.00

**Total Due This Invoice:**                          $      **8,433.00**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
*(Please Reference Invoice Number)*



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number:    **3660710** |
| 50 No. Park Avenue | Invoice Date:    **10/10/2023** |
| Att: William G. Chapin | Client Number:    **504893** |
| Rockville Centre, NY 11570 | Matter Number:    **504893.60006** |
| US - UNITED STATES | |

**RE: Fee statements/fee applications**

---

## INVOICE SUMMARY

Total Current Fees.............................................................................$_____8,433.00

**Total Due This Invoice:**                            **$_____8,433.00**

Please Remit to:

***Mail To:***
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
***(Please Reference Invoice Number)***



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: –+1 215 851 8100
Fax: –+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| R.C. Diocese of Rockville Centre | |
| 50 No. Park Avenue | |
| Att: William G. Chapin | |
| Rockville Centre, NY 11570 | |
| US - UNITED STATES | |

| | |
|---|---|
| Invoice Number: | **3660710** |
| Invoice Date: | **10/10/2023** |
| Client Number: | **504893** |
| Matter Number: | **504893.60006** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH September 30, 2023**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/05/23 | A. Javian | Review/comment on proposed order approving interim fees and expenses. | 0.30 |
| 09/05/23 | C.M. LauKamg | Finalize, electronically file and serve USBC SDNY Certificate of No Objection for the July 2023 Reed Smith LLP Monthly Fee Statement and update master files and calendar. | 0.80 |
| 09/05/23 | C.M. LauKamg | Finalize USBC SDNY Certificate of No Objection for Reed Smith LLP Thirty-Fourth Monthly Fee Statement in preparation for electronic filing. | 0.20 |
| 09/06/23 | A. Javian | Prepare for and attend fee app. hearing (1.5); draft summary re: same (.50). | 2.00 |
| 09/07/23 | C.M. LauKamg | Finalize USBC SDNY Reed Smith LLP Thirty-Fifth Monthly Fee Statement in preparation for electronic filing. | 1.00 |
| 09/08/23 | C.M. LauKamg | Revise USBC SDNY Reed Smith LLP Thirty-Fifth Monthly Fee Statement in preparation for electronic filing. | 1.00 |
| 09/08/23 | A. Javian | Discussions with A. Butler and correspondence with Chambers re: RS expenses. | 0.30 |
| 09/11/23 | C.M. LauKamg | Coordinate with Accounting Department regarding KCIC July 2023 Fee Payment and arrange payment of same. | 0.40 |
| 09/12/23 | C.M. LauKamg | Revise USBC SDNY Reed Smith LLP Thirty-Fifth Monthly Fee Statement in preparation for electronic filing. | 0.60 |
| 09/13/23 | C.M. LauKamg | Follow up with Accounting Department Regarding | 0.50 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | KCIC July 2023 Fee Payment and arrange same. | |
| 09/14/23 | C.M. LauKamg | Revise USBC SDNY Reed Smith LLP Thirty-Fifth Monthly Fee Statement in preparation for electronic filing. | 0.80 |
| 09/15/23 | C.M. LauKamg | Coordinate with Accounting Department Regarding KCIC July 2023 Fee Payment and arrange payment of same. | 1.40 |
| 09/18/23 | A. Javian | Review/comment on monthly invoice. | 0.50 |
| 09/20/23 | C.M. LauKamg | Revise and finalize USBC SDNY Reed Smith LLP Thirty-Fifth Monthly Fee Statement in preparation for electronic filing. | 0.80 |
| 09/20/23 | C.M. LauKamg | Follow up with Attorneys regarding KCIC August 2023 Invoices. | 0.20 |
| 09/21/23 | C.M. LauKamg | Finalize USBC SDNY Reed Smith LLP Thirty-Fifth Monthly Fee Statement in preparation for electronic filing. | 0.40 |
| 09/21/23 | C.M. LauKamg | Finalize, electronically file and serve USBC SDNY Reed Smith LLP Thirty Fifth Monthly Fee Statement and update master files and calendar. | 1.80 |
| 09/21/23 | A. Javian | Attention to invoicing matters. | 0.50 |
| **Total Hours** | | | **13.50** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Aaron Javian | 3.60 hrs @ $ | 1,215.00 / hr | 4,374.00 |
| Christopher LauKamg | 9.90 hrs @ $ | 410.00 / hr | 4,059.00 |
| **Total Professional Services** | | | **8,433.00** |

**INVOICE SUMMARY**

Total Fees                                                                 $        8,433.00



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

**TOTAL CURRENT INVOICE DUE**                              $        **8,433.00**

**Total Amount Due**                              $        **8,433.00**