# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

**In Re:**

**THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK**

Ch. 11 Case No. 20-12345

                                 **Debtor.**
-------------------------------------------------------------X

Case No. 23-cv-5541-DLC

**CLAIMANT No. 20018,**

                                 **Plaintiff,**

              -against-

*CONDITIONAL*
**NOTICE OF APPEARANCE**

**ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK ,**

                                 **Defendants.**
-------------------------------------------------------------X

   Pursuant to Court Order in Case No. 23-cv-5541 (ECF 17), Leander L. James of the firm of James, Vernon & Weeks, P.A., hereby submits a Notice of Appearance on behalf of Claimant No. 20018, conditioned upon full admittance to the U.S. District Court – Southern District of New York and/or Application Pro Hac Vice therein.

   This Court's admissions application of Leander L. James was initially submitted on October 10, 2023, and again on October 16 and 18, 2023 but was rejected due a Certificate of Good Standing from the State of Idaho not being issued directly from the Idaho Supreme Court (who does not normally issue Certificates of Good Standing); the normal process being issued by the Idaho State Bar. Further technical complications, which the undersigned is sorting out, may be delaying full admission.

1

Accordingly, a *Conditional* Notice of Appearance is being filed herein, pending full processing of the USDC – Southern District Admissions Application. An amended Notice of Appearance will be filed once Admission by Waiver (as I am currently admitted in USDC - Eastern District of New York) is granted.

Dated: October 20, 2023          Respectfully submitted,

_____
Leander L. James, IV, NYSB #5557798
JAMES, VERNON & WEEKS, P.A.
1626 Lincoln Way
Coeur d'Alene, ID 83814
Ph: (208) 667-0683/Fx: (208) 664-1684
ljames@jvwlaw.net