**Objection Deadline: November 16, 2023**

BURNS BAIR LLP
Timothy W. Burns, Esq. (admitted *pro hac vice*)
Jesse J. Bair, Esq. (admitted *pro hac vice*)
10 E. Doty St., Suite 600
Madison, WI 53703-3392
Telephone: (608) 286-2808
Email: tburns@burnsbair.com
Email: jbair@burnsbair.com

*Special Insurance Counsel to the Official Committee*
*of Unsecured Creditors of The Roman Catholic Diocese*
*of Rockville Centre, New York*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>THE ROMAN CATHOLIC DIOCESE OF<br>ROCKVILLE CENTRE, NEW YORK,<br>                   Debtor. | Chapter 11<br>Case No. 20-12345 (MG) |

**THIRTY-FIFTH MONTHLY FEE STATEMENT OF BURNS BAIR LLP,**
**AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS FOR PROFESSIONAL SERVICES RENDERED**
**AND DISBURSEMENTS INCURRED FOR THE PERIOD FROM**
**<u>SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023</u>**

| | |
|---|---|
| Name of Applicant: | <u>Burns Bair LLP</u> |
| Authorized to Provide Professional Services to: | <u>Official Committee of Unsecured Creditors</u> |
| Date of Retention: | <u>Effective October 29, 2020 pursuant to Order dated December 9, 2020 [Docket No. 246]</u> |
| Period for which compensation and reimbursement is sought: | <u>September 1, 2023 – September 30, 2023</u> |
| Amount of Compensation sought as actual, reasonable, and necessary: | <u>$182,575.75</u><br><u>80% of which is $146,060.60</u> |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | <u>$16,761.44</u> |
| TOTAL (80% of fees and 100% of costs) | <u>$162,822.04</u> |

**This is the thirty-fifth monthly fee statement.**

## PRELIMINARY STATEMENT

Burns Bair LLP ("Burns Bair"), as Special Insurance Counsel to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Diocese of Rockville Centre, New York (the "Debtor"), hereby submits this thirty-fifth monthly statement (the "Monthly Statement") for the period from September 1, 2023 through September 30, 2023 (the "Statement Period") for payment of professional services rendered and reimbursement of expenses incurred during the Statement Period pursuant to the Court's *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* dated November 4, 2020 [Docket No. 129] (the "Interim Compensation Order"). Burns Bair requests interim allowance and payment of compensation in the amount of $146,060.60 (80% of $182,575.75) for fees on account of reasonable and necessary professional services rendered to the Committee by Burns Bair, and (b) reimbursement of actual and necessary costs and expenses in the amount of $16,761.44.

## FEES FOR SERVICES RENDERED DURING THE STATEMENT PERIOD

1.      Set forth below is a list of the positions of the Burns Bair professionals and paraprofessionals who provided services to the Committee during the Statement Period, their respective billing rates, and the aggregate hours spent by each professional and paraprofessional in providing services on behalf of the Committee during the Statement Period.

| Name | Title | Year of Partnership | Year of Admission | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Timothy Burns | Partner | 2008 | 1991 | $975.00 | 75.40 | $73,515.00 |
| Timothy Burns – Travel | | | | $487.50 | 19.20 | $9,360.00 |
| Jesse Bair | Partner | 2020 | 2013 | $625.00 | 85.20 | $53,250.00 |
| Jesse Bair – Travel | | | | $312.50 | 21.50 | $6,718.75 |
| Nathan Kuenzi | Associate | N/A | 2020 | $420.00 | 23.10 | $9,702.00 |
| Brian Cawley | Associate | N/A | 2020 | $420.00 | 69.70 | $29,274.00 |
| Brenda Horn-Edwards | Paralegal | N/A | N/A | $360.00 | .70 | $252.00 |
| Karen Dempski | Paralegal | N/A | N/A | $360.00 | 1.40 | $504.00 |
| | | | | **TOTAL:** | **296.20** | **$182,575.75** |

2.      The rates charged by Burns Bair for services rendered to the Committee are the same rates that it charges generally for professional services rendered to its non-bankruptcy clients. A complete itemization of tasks performed by these professionals and paraprofessionals for the Statement Period is annexed hereto as **Exhibit A**.

### EXPENSES INCURRED DURING THE STATEMENT PERIOD

3.      Set forth below is a categorical list of expenses incurred by Burns Bair during the Statement Period in the course of representing the Committee.

| Date | Description | Amount |
|---|---|---|
| 9/11/2023 | United Airlines, T. Burns (MSN-EWR Sept. 11- 13) | $832.40 |
| 9/11/2023 | Delta Airlines, J. Bair (MSN-LGA Sept. 11-12) | $976.40 |
| 9/17/2023 | Uber, T. Burns (airport to hotel) | $175.78 |
| 9/17/2023 | Delta Airlines, J. Bair (MSN-LGA, Sept. 17-21) | $967.10 |
| 9/17/2023 | Hotel, T. Burns (3 nights) | $2,181.00 |
| 9/17/2023 | Travel meal, T. Burns | $8.73 |
| 9/17/2023 | United Airlines, T. Burns (MSN-EWR, Sept. 17- 22) | $701.95 |
| 9/17/2023 | Travel meal, J. Bair | $15.91 |
| 9/17/2023 | Hotel, J. Bair (3 nights) | $2,181.00 |
| 9/18/2023 | Travel meal, T. Burns | $11.90 |
| 9/18/2023 | Travel meal, T. Burns | $1.50 |
| 9/18/2023 | Travel meal, J. Bair | $9.19 |
| 9/18/2023 | Travel meal, J. Bair | $16.28 |
| 9/18/2023 | Travel meal, T. Burns | $5.84 |
| 9/18/2023 | Taxi, J. Bair and T. Burns | $62.71 |
| 9/18/2023 | Travel meal, T. Burns | $2.62 |
| 9/19/2023 | Travel meal, J. Bair | $18.32 |
| 9/19/2023 | Travel meal, T. Burns | $18.84 |
| 9/19/2023 | Travel meal, J. Bair | $20.71 |
| 9/19/2023 | Travel meal, J. Bair | $5.63 |
| 9/19/2023 | Travel meal, T. Burns | $9.79 |
| 9/19/2023 | Travel meal, T. Burns | $4.12 |
| 9/19/2023 | Travel meal, T. Burns | $12.00 |
| 9/19/2023 | Airport parking, J. Bair | $28.00 |
| 9/19/2023 | Uber, T. Burns (mediation to airport) | $97.84 |
| 9/19/2023 | Uber, J. Bair (mediation to airport) | $157.29 |
| 9/20/2023 | Delta Airlines Wi-Fi Onboard, J. Bair | $15.95 |
| 9/20/2023 | Uber, T. Burns | $117.40 |

| 9/25/2023 | Delta, J. Bair (MSN-LGA, Sept. 25-28) | $1,217.80 |
| 9/25/2023 | Hotel, J. Bair (3 nights) | $2,409.00 |
| 9/25/2023 | Taxi, J. Bair (airport to hotel) | $93.35 |
| 9/25/2023 | United Airlines, T. Burns (MSN-EWR, Sept. 25- 28) | $1,049.80 |
| 9/25/2023 | Hotel, T. Burns (3 nights) | $2,409.00 |
| 9/25/2023 | Travel meal, T. Burns | $4.49 |
| 9/25/2023 | Travel meal, J. Bair | $22.76 |
| 9/25/2023 | Uber, T. Burns (airport to hotel) | $140.84 |
| 9/25/2023 | Delta Airlines Wi-Fi Onboard, J. Bair | $4.95 |
| 9/26/2023 | Travel meal, J. Bair | $20.90 |
| 9/26/2023 | Travel meal, J. Bair | $27.71 |
| 9/26/2023 | Travel meal, T. Burns | $19.54 |
| 9/26/2023 | Uber, J. Bair and T. Burns (hotel to courthouse) | $31.63 |
| 9/26/2023 | FedEx pkg. to T. Burns (binder) | $159.42 |
| 9/27/2023 | Airport parking, T. Burns | $30.00 |
| 9/27/2023 | Travel meal, T. Burns | $26.72 |
| 9/27/2023 | Uber, T. Burns (hotel to airport) | $173.84 |
| 9/27/2023 | Travel meal, T. Burns | $24.36 |
| 9/27/2023 | Uber, J. Bair (hotel to airport) | $167.68 |
| 9/27/2023 | Airport parking, J. Bair | $30.00 |
| 9/27/2023 | Travel meal, J. Bair | $25.50 |
| 9/28/2023 | Delta Airlines, Wi-Fi Onboard, J. Bair | $15.95 |
| | **TOTAL:** | **$16,761.44** |

## NOTICE AND OBJECTION PROCEDURES

4.    No trustee or examiner has been appointed in these chapter 11 cases. Pursuant to the Interim Compensation Order, Burns Bair has provided notice of this statement upon the following parties by electronic or first class mail: (a) the Debtor c/o The Roman Catholic Diocese of Rockville Centre, 50 N Park Ave P.O. Box 9023, Rockville Centre, NY 11571-9023 (Attn: Thomas Renker); (b) the attorneys for the Debtor, Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); and (c) the Office of the United States Trustee Region 2 (the "U.S. Trustee"), 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq.). Burns Bair submits that no other or further notice need be provided.

5.      Pursuant to the Interim Compensation Order, objections to this Monthly Statement, if any, must be served upon the Application Recipients by November 16, 2023 (the "Objection Deadline") setting forth the nature of the objection and the amount of fees or expenses at issue.

6.      If no objections to this Monthly Statement are made on or before the Objection Deadline, the Debtor shall pay Burns Bair 80% of the fees and 100% of the expenses set forth above.  To the extent an objection to this Monthly Statement is timely made, the Debtor shall withhold payment of that portion of the Monthly Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such objection is not resolved; it shall be preserved and presented to the Court at the next interim or final fee application hearing.

Dated:  October 31, 2023                    BURNS BAIR LLP

                                            */s/  Timothy W. Burns*
                                            Timothy W. Burns, Esq. (admitted *pro hac vice*)
                                            Jesse J. Bair, Esq. (admitted *pro hac vice*)
                                            10 E. Doty St., Suite 600
                                            Madison, WI 53703-3392
                                            Telephone: (608) 286-2808
                                            Email:  tburns@burnsbair.com
                                            Email:  jbair@burnsbair.com

                                            *Special Insurance Counsel to the Official
                                            Committee of Unsecured Creditors of The Roman
                                            Catholic Diocese of Rockville Centre, New York*

# **EXHIBIT A**

# Burns | Bair

10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**The Official Committee of Unsecured Creditors of**
**The Roman Catholic Diocese of Rockville Centre**

**Issue Date :**    10/26/2023

**Bill # :**    01265

**Matter:** Insurance

## PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 9/1/2023 | Brian Cawley | Continue analyzing Camden Plan opinion in connection with DRVC case (1.3); analyze Camden 9019 opinion in connection with DRVC case (1.4); | 2.70 | $1,134.00 |
| 9/1/2023 | Jesse Bair | Conference with T. Burns re case developments and projects (.4); | 0.40 | $250.00 |
| 9/1/2023 | Timothy Burns | Review and revise motion for relief from stay in light of J. Stang's comments (1.3); participate in call with state court counsel re same (.4); review and consider changes re motion for partial summary judgment on LMI/Interstate consent to settle issue (.8); participate in conference with J. Bair re case insurance developments and projects (.4); | 2.90 | $2,827.50 |
| 9/1/2023 | Brian Cawley | Correspondence with T. Burns and J. Bair regarding Committee joinder and insurance motions for relief from stay (.3); review co-counsel comments on the Committee's lift stay joinder (.3); | 0.60 | $252.00 |
| 9/1/2023 | Nathan Kuenzi | Research deliberative process privilege and other potential governmental privileges in connection with Arrowood 2004 motion (3.0); | 3.00 | $1,260.00 |
| 9/1/2023 | Nathan Kuenzi | Draft email memorandum on deliberative process privilege and related privileges for T. Burns in connection with Arrowood 2004 motion (2.8); | 2.80 | $1,176.00 |
| 9/1/2023 | Jesse Bair | Brief review re draft partial summary judgment motions against LMI and Interstate re lack of consent to settle provisions (.2); correspondence with PSZJ re same (.1): | 0.30 | $187.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/2/2023 | Timothy Burns | Continue reviewing and revising insurance motion for relief from stay in light of J. Stang's comments (4.1); correspondence with J. Bair re same (.1) ; | 4.20 | $4,095.00 |
| 9/2/2023 | Jesse Bair | Correspondence with T. Burns re motion to lift the stay to send insurance demands (.1); | 0.10 | $62.50 |
| 9/3/2023 | Brian Cawley | Analyze additional comments from PSZJ re the Committee's lift stay joinder (.2); | 0.20 | $84.00 |
| 9/3/2023 | Jesse Bair | Correspondence with B. Cawley and T. Burns re motion to lift stay revisions (.1); | 0.10 | $62.50 |
| 9/3/2023 | Timothy Burns | Finalize draft of the Committee's motion for relief from stay joinder (2.2); | 2.20 | $2,145.00 |
| 9/3/2023 | Brian Cawley | Correspondence with J. Bair regarding Committee lift stay joinder, Burns declaration, and related exhibits (.2); | 0.20 | $84.00 |
| 9/4/2023 | Jesse Bair | Correspondence with T. Burns re Arrowood Rule 2004 hearing preparations (.1); | 0.10 | $62.50 |
| 9/4/2023 | Timothy Burns | Analyze information regarding the Diocese Plan Term Sheet and Plan Support Agreement (.4); | 0.40 | $390.00 |
| 9/4/2023 | Brian Cawley | Revise and edit the Committee's insurance lift stay joinder (1.6); revise and edit Burns declaration to same (.5); identify and prepare exhibits to same (.7); | 2.80 | $1,176.00 |
| 9/4/2023 | Nathan Kuenzi | Research and identify relevant case law in connection with upcoming hearing on the Committee's Arrowood Rule 2004 motion (1.5); | 1.50 | $630.00 |
| 9/4/2023 | Timothy Burns | Review memo re deliberative process privilege in connection with Arrowood 2004 motion (.4); review agenda for September 6 hearing (.1); review Debtor's reply in support of 16th omnibus claims objection (.3); review Evanston's response to the Committee's Section 3420 notice letter (.1); review and analysis of notes re Interstate counter and potential response to same (.2); | 1.10 | $1,072.50 |
| 9/4/2023 | Nathan Kuenzi | Correspondence with T. Burns re Arrowood guarantee fund issues (.1); | 0.10 | $42.00 |
| 9/5/2023 | Jesse Bair | Review and edit current draft of the Committee's joinder and memorandum of law in support of certain survivors' motion to lift the stay (.4); review and edit Burns declaration and related exhibits (.2); correspondence with B. Cawley re additional edits needed to same (.2); conference with B. Cawley re same (.2); | 1.00 | $625.00 |

| | | | | |
|---|---|---|---|---|
| 9/5/2023 | Brian Cawley | Participate in conference with J. Bair re edits needed to the Burns lift stay declaration (.2); analyze discovery status letters in the insurance adversary proceedings re representations re scope of Diocesan document productions in connection with lift stay issues (.9); create discovery status letter exhibits for Burns declaration (.3); update Burns declaration to reflect new exhibits (.4); correspondence with J. Bair re revised Burns declaration (.1); | 1.90 | $798.00 |
| 9/5/2023 | Brian Cawley | Draft proposed orders granting the individual motions to lift stay to send insurance demands (.5); | 0.50 | $210.00 |
| 9/5/2023 | Nathan Kuenzi | Analyze Burns Bair interim application and related materials in preparation for upcoming fee hearing (.8); | 0.80 | $336.00 |
| 9/5/2023 | Jesse Bair | Prepare for Committee meeting (.2); participate in Committee meeting for insurance purposes re case strategy, status, and insurance initiatives (1.3); | 1.50 | $937.50 |
| 9/5/2023 | Brian Cawley | Revise and edit draft motion to lift stay, proposed orders, and insurance demand letters for each state court counsel group (.6); correspond with J. Bair re same (.2); | 0.80 | $336.00 |
| 9/5/2023 | Jesse Bair | Identify relevant materials for use during upcoming fee hearing (.2); provide instructions to T. Burns and N. Kuenzi re same and hearing issues (.2); | 0.40 | $250.00 |
| 9/5/2023 | Jesse Bair | Review most recent version of the lift stay motions in order to send insurance demands letters (.3); various correspondence with numerous state court counsel re same (.4); correspondence with K. Dine and B. Michael re hearing date and briefing schedule re same (.1); | 0.80 | $500.00 |
| 9/5/2023 | Jesse Bair | Brief review re Arrowood's objection to the Committee's Rule 2004 motion (.2); | 0.20 | $125.00 |
| 9/5/2023 | Brian Cawley | Finalize motions for relief from stay, the Committee's joinder re same, Burns declaration, related exhibits, and insurance demand letters (1.6); correspondence with J. Bair re revised versions of same (.2): | 1.80 | $756.00 |
| 9/5/2023 | Brian Cawley | Revise and edit Burns lift stay declaration to incorporate partner edits (.2); review case materials for potential additional exhibits to same (.3); correspond with J. Bair regarding revised Burns declaration and exhibits (.1); | 0.60 | $252.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/5/2023 | Jesse Bair | Brief review re current drafts of motions for partial summary judgment against LMI and Interstate re lack of consent to settle provisions (.2); correspondence with state court counsel re same (.2); | 0.40 | $250.00 |
| 9/5/2023 | Brian Cawley | Analyze recent filings in Delaware mandamus insurance action (.6); draft summary of recent Arrowood Delaware filings for T. Burns and J. Bair (.3); | 0.90 | $378.00 |
| 9/6/2023 | Jesse Bair | Review updated Claro valuation and insurance allocation figures in connection with upcoming mediation sessions (.3); | 0.30 | $187.50 |
| 9/6/2023 | Jesse Bair | Conference with N. Kuenzi re outcome of 9/6/23 omnibus hearing (.1); | 0.10 | $62.50 |
| 9/6/2023 | Jesse Bair | Analyze Arrowood's objection to the Committee's 2004 Motion and begin drafting outline of the Committee reply brief (1.2); | 1.20 | $750.00 |
| 9/6/2023 | Brian Cawley | Analyze Second Circuit case law re the pending proceeding rule and related doctrines in connection with drafting the Committee's reply to Arrowood's 2004 opposition (2.2); draft summary of research for J. Bair (.5); discuss research with J. Bair (.2); | 2.90 | $1,218.00 |
| 9/6/2023 | Nathan Kuenzi | Participate in conference with J. Bair re outcome of 9/6/23 omnibus hearing (.1); | 0.10 | $42.00 |
| 9/6/2023 | Jesse Bair | Correspondence with B. Michael and state court counsel re call to discuss lift stay motion issues (.1); | 0.10 | $62.50 |
| 9/6/2023 | Jesse Bair | Answer questions from state court counsel re proposed insurance demand letters (.2); | 0.20 | $125.00 |
| 9/6/2023 | Jesse Bair | Analysis re case law research needed in connection with responding to Arrowood's objection to the Committee's 2004 motion (.2); provide instructions to B. Cawley re same (.2); analysis re B. Cawley research results re same (.2); correspondence with B. Cawley re supplemental research needed in connection with the Committee's Rule 2004 reply brief (.1); | 0.70 | $437.50 |
| 9/6/2023 | Nathan Kuenzi | Continue analyzing BB fee materials in preparation for upcoming fee hearing (1.4); | 1.40 | $588.00 |
| 9/6/2023 | Jesse Bair | Correspondence with K. Dine re hearing date issues in connection with forthcoming motions to lift the stay in order to send insurance demands (.1); | 0.10 | $62.50 |
| 9/6/2023 | Jesse Bair | Preliminary review re the Diocese's proposed settlement term sheet (.1); correspondence with PSZJ re call with Diocese to discuss same (.1); | 0.20 | $125.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/6/2023 | Brian Cawley | Research discoverability of reserve information, claim file information, other insured settlements, and related issues in connection with the Committee's reply to Arrowood's Rule 2004 objection (2.4); draft summary of research and send to J. Bair (.8); | 3.20 | $1,344.00 |
| 9/6/2023 | Jesse Bair | Analyze the Diocese of Camden order denying plan confirmation in connection with ongoing plan negotiations in the DRVC case (1.0); | 1.00 | $625.00 |
| 9/6/2023 | Nathan Kuenzi | Participate in conference with J. Bair re upcoming omnibus hearing (.1); continue preparing for same (.2); | 0.30 | $126.00 |
| 9/6/2023 | Jesse Bair | Conference with N. Kuenzi re preparations for 9/6/23 omnibus hearing (.1); | 0.10 | $62.50 |
| 9/6/2023 | Nathan Kuenzi | Draft summary of outcome of 9/6/23 fee and omnibus hearing (.2); | 0.20 | $84.00 |
| 9/6/2023 | Timothy Burns | Review correspondence with BB and state court counsel re insurance motion for relief from stay (.2); review N. Kuenzi's summary of September 6 hearing outcome (.1); review notice re amended hearing re derivative standing motion (.1); review correspondence with BB and PSZJ re motion for relief issues (.1); | 0.50 | $487.50 |
| 9/6/2023 | Nathan Kuenzi | Participate in September 6 fee and omnibus hearing (1.5); | 1.50 | $630.00 |
| 9/6/2023 | Brian Cawley | Review correspondence from state court counsel re motion for relief from stay issues (.2); | 0.20 | $84.00 |
| 9/7/2023 | Jesse Bair | Review correspondence with K. Dine and the court re motion to lift stay hearing date (.1); | 0.10 | $62.50 |
| 9/7/2023 | Jesse Bair | Prepare for call with certain state court counsel re case insurance initiatives (.1); participate in call with certain state court counsel re same and upcoming motion to lift stay filing (.5); | 0.60 | $375.00 |
| 9/7/2023 | Jesse Bair | Participate in initial team strategy meeting with PSZJ team for insurance purposes re upcoming meeting with the Diocese re draft settlement term sheet and upcoming mediation session (.2); participate in follow-up team strategy meeting with PSZJ for insurance purposes re same (.3); | 0.50 | $312.50 |
| 9/7/2023 | Brian Cawley | Correspondence with state court counsel re proposed orders granting motions to lift the stay (.2); | 0.20 | $84.00 |
| 9/7/2023 | Brian Cawley | Prepare exhibits to the Committee's Rule 2004 reply brief (.2); | 0.20 | $84.00 |
| 9/7/2023 | Jesse Bair | Review correspondence from the mediators re Lexington counter (.1); correspondence with T. Burns re potential response to same (.1); | 0.20 | $125.00 |

| | | | | |
|---|---|---|---|---|
| 9/7/2023 | Jesse Bair | Participate in meeting with the Diocese re the Diocese's proposed settlement term sheet (1.1); | 1.10 | $687.50 |
| 9/7/2023 | Jesse Bair | Conference with T. Burns re insurance strategy for upcoming mediation sessions (.1); | 0.10 | $62.50 |
| 9/7/2023 | Brian Cawley | Review and edit the motions to lift stay to incorporate new hearing and objection deadlines (.3); | 0.30 | $126.00 |
| 9/7/2023 | Brian Cawley | Prepare for call with certain state court counsel re case insurance initiatives (.2); participate in call with certain state court counsel re same and upcoming motion to lift stay filing (.5); | 0.70 | $294.00 |
| 9/7/2023 | Jesse Bair | Correspondence with B. Cawley re additional research needed in connection with the Committee's Rule 2004 reply brief (.1); | 0.10 | $62.50 |
| 9/7/2023 | Jesse Bair | Correspondence with B. Cawley re additional edit needed to the motions to lift stay (.1); | 0.10 | $62.50 |
| 9/7/2023 | Nathan Kuenzi | Analyze additional issues relating to potential privilege arguments Arrowood may raise in connection with the Committee's Rule 2004 motion (.8); correspondence with J. Bair re same (.2); | 1.00 | $420.00 |
| 9/7/2023 | Brian Cawley | Research and analyze case law re examples of Rule 2004 examinations of insurance companies and scope of same (2.5) ;draft summary of case law for J. Bair (.4); | 2.90 | $1,218.00 |
| 9/7/2023 | Jesse Bair | Review K. Dine's suggested edits to the insurance demand letters (.1); correspondence with B. Cawley re same (.1); | 0.20 | $125.00 |
| 9/7/2023 | Jesse Bair | Draft the Committee's reply brief in support of its Rule 2004 motion (5.1); | 5.10 | $3,187.50 |
| 9/7/2023 | Jesse Bair | Analyze case law research in connection with the Committee's Rule 2004 reply brief (.7); | 0.70 | $437.50 |
| 9/7/2023 | Brian Cawley | Correspond with J. Bair regarding revised language for insurance demand letters (.2); | 0.20 | $84.00 |
| 9/7/2023 | Jesse Bair | Draft Bair declaration and related exhibit in support of the Committee's Rule 2004 reply brief (.3); | 0.30 | $187.50 |
| 9/7/2023 | Brian Cawley | Correspond with each state court counsel group re revised motions for relief from stay (1.0); | 1.00 | $420.00 |
| 9/7/2023 | Nathan Kuenzi | Analyze Rule 2004 materials, exhibits, and relevant case law to identify key documents for use in preparing for Rule 2004 hearing (2.3); | 2.30 | $966.00 |
| 9/8/2023 | Nathan Kuenzi | Conference with T. Burns re Guarantee Fund issues in connection with ongoing Plan negotiations (.2); | 0.20 | $84.00 |
| 9/8/2023 | Jesse Bair | Edit and finalize the Committee's Rule 2004 reply brief, Bair declaration, and related exhibits (.5); correspondence with PSZJ re same (.1); | 0.60 | $375.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 9/8/2023 | Jesse Bair | Conference with N. Kuenzi re Guarantee Fund issues in connection with ongoing Plan negotiations (.2); provide instructions to N. Kuenzi and B. Cawley re additional Guarantee Fund research needed in connection with ongoing Plan negotiations (.2); follow-up correspondence re same (.1); | 0.50 | $312.50 |
| 9/8/2023 | Jesse Bair | Review and respond to questions from state court counsel re lift stay motion and insurance demand letters (.2); | 0.20 | $125.00 |
| 9/8/2023 | Jesse Bair | Participate in call with T. Burns re outcome of meeting with Jones Day re the Diocese's proposed settlement term sheet (.2); | 0.20 | $125.00 |
| 9/8/2023 | Karen Dempski | Prepare hearing prep binders for Rule 2004 hearing against Arrowood (1.4); | 1.40 | $504.00 |
| 9/8/2023 | Jesse Bair | Review and incorporate K. Dine's suggested edits into the Committee's Rule 2004 reply brief (.2); | 0.20 | $125.00 |
| 9/8/2023 | Jesse Bair | Participate in call with state court counsel re potential Lexington response (.1); | 0.10 | $62.50 |
| 9/8/2023 | Brian Cawley | Research additional Guarantee Fund issues in connection with ongoing Plan negotiations, including potential set off arguments and per claim recovery (1.7); | 1.70 | $714.00 |
| 9/8/2023 | Brian Cawley | Revise and edit the Committee's Rule 2004 reply brief against Arrowood (1.5); | 1.50 | $630.00 |
| 9/8/2023 | Nathan Kuenzi | Participate in conference with J. Bair and B. Cawley re additional Guarantee Fund research needed in connection with ongoing Plan negotiations (.2); | 0.20 | $84.00 |
| 9/8/2023 | Brian Cawley | Discuss guaranty fund research project with J. Bair and N. Kuenzi (.2); | 0.20 | $84.00 |
| 9/8/2023 | Jesse Bair | Correspondence with B. Michael re potential response to Lexington's recent counter (.1); | 0.10 | $62.50 |
| 9/8/2023 | Nathan Kuenzi | Analyze necessity of Arrowood claim segregation in Plan in connection with recovery against New York Guarantee Fund (1.4); draft email memorandum for J. Bair re same (.2); | 1.60 | $672.00 |
| 9/10/2023 | Jesse Bair | Analysis re state court counsel's suggested edits to the motion to lift stay papers (.3); correspondence with state court counsel re same (.2); | 0.50 | $312.50 |
| 9/10/2023 | Brian Cawley | Implement partner edits into Burns declaration and Committee lift stay joinder (.5); correspondence with J. Bair re revised lift stay materials (.2); correspond with each state court counsel group re revised lift stay papers (.5); | 1.20 | $504.00 |
| 9/10/2023 | Jesse Bair | Review proposed orders granting certain survivors' motions to lift the stay (.1); | 0.10 | $62.50 |

| | | | | |
|---|---|---|---|---|
| 9/10/2023 | Jesse Bair | Review and edit the Committee's joinder and memorandum of law in support of certain survivors' motion to lift the stay (.2); | 0.20 | $125.00 |
| 9/10/2023 | Jesse Bair | Correspondence with B. Cawley and T. Burns re additional edits needed to finalize the Committee's motion to lift stay papers (.2); | 0.20 | $125.00 |
| 9/10/2023 | Jesse Bair | Review and edit Burns Declaration and related exhibits in support of certain survivors' motion to lift the stay (.2); | 0.20 | $125.00 |
| 9/11/2023 | Jesse Bair | Review Settlement Conference Order for upcoming mediations (.1); | 0.10 | $62.50 |
| 9/11/2023 | Jesse Bair | Review and edit final version of the Committee lift stay joinder, Burns declaration, and related exhibits (.2); correspondence with PSZJ and B. Cawley re same, filing, and notice of hearing (.3); | 0.50 | $312.50 |
| 9/11/2023 | Timothy Burns | Review and respond to correspondence re adjournment of Rule 2004 hearing with PSZJ, J. Bair, and Arrowood (.2); participate in call with J. Bair re same (.1); participate in call with state court counsel re same (.1); | 0.40 | $390.00 |
| 9/11/2023 | Jesse Bair | Participate in call with particular state court counsel re lift stay motion and insurance demand letters (.4); | 0.40 | $250.00 |
| 9/11/2023 | Jesse Bair | Participate in call with different state court counsel re lift stay motions and insurance demand letters (.4); | 0.40 | $250.00 |
| 9/11/2023 | Jesse Bair | Correspondence with PSZJ re logistics for upcoming mediation sessions (.1); | 0.10 | $62.50 |
| 9/11/2023 | Jesse Bair | Review Committee correspondence with the mediators re Plan and settlement negotiations (.1); review correspondence with state court counsel re same (.1); | 0.20 | $125.00 |
| 9/11/2023 | Brian Cawley | Correspond with PSZJ regarding status of Committee lift stay joinder filing (.2); correspond with J. Bair regarding status of state court counsel lift stay motions and Committee joinder filings (.2); correspond with state court counsel regarding lift stay motion filings (.2); | 0.60 | $252.00 |
| 9/12/2023 | Jesse Bair | Analysis re insurer exposures in preparation for upcoming mediation session (.1): | 0.10 | $62.50 |
| 9/12/2023 | Jesse Bair | Analyze letter from the Diocese re the Committee's and state court counsel's lift stay motions (.2); | 0.20 | $125.00 |
| 9/12/2023 | Jesse Bair | Correspondence with T. Burns re potential Interstate and Lexington counters (.1); | 0.10 | $62.50 |
| 9/12/2023 | Jesse Bair | Analysis re potential additional insurance demand letters (.2); correspondence with state court counsel re same (.1); | 0.30 | $187.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 9/12/2023 | Jesse Bair | Participate in call with T. Burns re outcome of call with state court counsel re lift stay motions (.2); | 0.20 | $125.00 |
| 9/12/2023 | Brian Cawley | Continue researching additional Guarantee Fund issues in connection with ongoing Plan negotiations, including potential set off arguments and per claim recovery (2.3); | 2.30 | $966.00 |
| 9/12/2023 | Brian Cawley | Analyze potential new insurance demand letter claims (.6); draft email to J. Bair summarizing claim valuation and coverage for same (.3); | 0.90 | $378.00 |
| 9/12/2023 | Jesse Bair | Correspond with PSZJ re potential consent to settle partial summary judgment motion (.1); | 0.10 | $62.50 |
| 9/12/2023 | Timothy Burns | Review and respond to correspondence with PSZJ re upcoming mediation session (.2); review correspondence from BB team re Rule 2004 hearing (.1); brief review of emails and filings re motions for relief from stay (.2); review correspondence from PSZJ to mediators and related emails from state court counsel to Committee professionals re same (.2); correspondence with J. Bair re Interstate and Lexington counters (.1); participate in call with J. Bair re outcome of call with state court counsel re relief from stay motions (.2); review J. Bair correspondence re motions for partial summary judgment on consent to settle issue (.1); review correspondence with J. Bair and PSZJ re Interstate and Lexington counters (.1); review reply in support of motion to reconsider withdrawal of the reference (.2); | 1.40 | $1,365.00 |
| 9/13/2023 | Jesse Bair | Analysis re Debtor request for meet and confer re insurance demand lift stay motion (.1); correspondence with B. Michael re same, new lift stay hearing date, and insurer counters (.2); | 0.30 | $187.50 |
| 9/13/2023 | Brian Cawley | Complete additional research re Guarantee Fund issues in connection with ongoing Plan negotiations, including potential set off arguments and per claim recovery (3.4); draft summary of research for J. Bair (1.0); | 4.40 | $1,848.00 |
| 9/14/2023 | Jesse Bair | Correspondence with B. Michael re revised hearing date on the motion to lift stay (.1); | 0.10 | $62.50 |
| 9/14/2023 | Jesse Bair | Review correspondence with Jones Day and B. Michael re motion to lift stay meet and confer (.1); | 0.10 | $62.50 |
| 9/14/2023 | Jesse Bair | Review B. Michael summary re outcome of mediation session with Debtor (.1); review T. Burns and I. Nasatir correspondence re same (.1); draft responses to B. Michael question re insurance issues raised during session (.2); | 0.40 | $250.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 9/14/2023 | Timothy Burns | Review, analyze, and respond to PSZJ mediation update email re session with the Debtor and mediators (.5); additional correspondence with PSZJ and J. Bair re same (.3): review correspondence with PSZJ and the Debtor re meet and confer (.1); review correspondence with PSZJ and the Court re motions for relief from stay hearing (.1); review correspondence from LMI re motions for relief from stay hearing (.1); review K. Dine correspondence re mediation meeting (.1); | 1.20 | $1,170.00 |
| 9/14/2023 | Timothy Burns | Correspondence with J. Bair re case status and ongoing insurance projects (.1); | 0.10 | $97.50 |
| 9/15/2023 | Jesse Bair | Prepare for motion to lift stay meet and confer with the Diocese (.1); participate in motion to lift stay meet and confer with the Diocese (.6); participate in post-meeting call with T. Burns re outcome of same and next-steps (.2); | 0.90 | $562.50 |
| 9/15/2023 | Jesse Bair | Participate in conference with B. Cawley re case status, upcoming mediation, and research projects needed re motion to lift stay issues (.4); | 0.40 | $250.00 |
| 9/15/2023 | Timothy Burns | Participate in call with J. Bair re upcoming meet and confer with the Diocese and insurance mediation prep and strategy (.6); | 0.60 | $585.00 |
| 9/15/2023 | Timothy Burns | Prepare for motion to lift stay meet and confer with the Diocese (.4); participate in motion to lift stay meet and confer with the Diocese (.6); participate in post-meeting call with J. Bair re outcome of same and next-steps (.2); | 1.20 | $1,170.00 |
| 9/15/2023 | Jesse Bair | Review and respond to correspondence with LMI, B. Michael, and the Court re motion to lift stay hearing issues (.2); | 0.20 | $125.00 |
| 9/15/2023 | Jesse Bair | Participate in call with T. Burns re upcoming meet and confer with the Diocese and insurance mediation prep and strategy (.6); | 0.60 | $375.00 |
| 9/15/2023 | Brian Cawley | Participate in conference with J. Bair re case status, upcoming mediation, and research projects needed re motion to lift stay issues (.4); analyze case law previously cited by insurers purportedly supporting the proposition that insurance demands implicate the automatic stay (.7); | 1.10 | $462.00 |
| 9/15/2023 | Jesse Bair | Review monthly Diocesan PSIP information (.1); | 0.10 | $62.50 |
| 9/15/2023 | Jesse Bair | Identify relevant materials and provide instructions to K. Dempski re preparing insurance mediation prep binders (.2); | 0.20 | $125.00 |
| 9/15/2023 | Jesse Bair | Review Order regarding mediation logistics (.1); | 0.10 | $62.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 9/15/2023 | Jesse Bair | Analysis re Judge Glenn's parish preliminary injunction ruling and case law re automatic stay issues in connection with upcoming meet and confer with the Diocese (.4). | 0.40 | $250.00 |
| 9/17/2023 | Timothy Burns | Travel to New York from Madison for mediation [billed at 1/2 travel rate] (5.4); | 5.40 | $2,632.50 |
| 9/17/2023 | Jesse Bair | Travel to New York from Madison for mediation [billed at 1/2 travel rate] (6.1); | 6.10 | $1,906.25 |
| 9/17/2023 | Timothy Burns | Prepare for mediation by reviewing insurance binder materials (.8); | 0.80 | $780.00 |
| 9/18/2023 | Timothy Burns | Participate in conference with J. Bair re mediation preparation and insurance strategy (.4); participate in full day mediation session (9.1); participate in post-mediation discussion re mediation strategy with J. Bair (.2); | 9.70 | $9,457.50 |
| 9/18/2023 | Jesse Bair | Provide instructions to B. Cawley re edits needed to draft insurance demands (.1); | 0.10 | $62.50 |
| 9/18/2023 | Jesse Bair | Participate in full-day mediation session (9.1); participate in post-mediation discussion re mediation strategy with T. Burns (.2); | 9.30 | $5,812.50 |
| 9/18/2023 | Brian Cawley | Prepare materials for T. Burns review re derivative standing motion and forthcoming objection (.5); | 0.50 | $210.00 |
| 9/18/2023 | Brian Cawley | Prepare for mediation session (.3); participate in portion of mediation session via Zoom (4.7); summarize notes from mediation for partner review (.5); | 5.50 | $2,310.00 |
| 9/18/2023 | Brenda Horn-Edwards | Draft BB monthly fee statement (.6); generate and edit Exhibit A to same (.1); | 0.70 | $252.00 |
| 9/18/2023 | Jesse Bair | Participate in conference with T. Burns re mediation preparation and insurance strategy (.4); | 0.40 | $250.00 |
| 9/18/2023 | Brian Cawley | Draft additional insurance demand letter (.9); draft new language for insurance demand template (.2); update prior insurance demands with new language (.3); correspondence with J. Bair re revised insurance demand letters (.2); | 1.60 | $672.00 |
| 9/19/2023 | Timothy Burns | Participate in full-day mediation session (8.7); | 8.70 | $8,482.50 |
| 9/19/2023 | Jesse Bair | Return travel to Madison from New York mediation [billed at 1/2 travel rate] (5.6); | 5.60 | $1,750.00 |
| 9/19/2023 | Brian Cawley | Continue revising insurance demand letters (1.6); | 1.60 | $672.00 |
| 9/19/2023 | Timothy Burns | Begin preparing for Section 349 derivative standing hearing, including review of Camden 9019 decision and objections to the Committee's motion for derivative standing (1.6); | 1.60 | $1,560.00 |
| 9/19/2023 | Brian Cawley | Analyze Diocese Objection to Committee Section 349 derivative standing motion (.5); research case law relied upon by Diocese (1.5); | 2.00 | $840.00 |

| | | | | |
|---|---|---|---|---|
| 9/19/2023 | Timothy Burns | Return travel to Madison from New York mediation [billed at 1/2 travel rate] (4.6); | 4.60 | $2,242.50 |
| 9/19/2023 | Jesse Bair | Participate in second day of mediation session (8.7); | 8.70 | $5,437.50 |
| 9/19/2023 | Brian Cawley | Participate in portion of day 2 of mediation session via Zoom (3.8); summarize mediation notes for partner review (.4); | 4.20 | $1,764.00 |
| 9/20/2023 | Brian Cawley | Research reliance requirement under Section 349 (2.5); draft summary of research for T. Burns and J. Bair (.7); | 3.20 | $1,344.00 |
| 9/20/2023 | Jesse Bair | Participate in call with T. Burns re motions for partial summary judgment drafts (.2); | 0.20 | $125.00 |
| 9/20/2023 | Jesse Bair | Participate in conference with B. Cawley re insurance next-steps and ongoing projects (.2); participate in additional conference with B. Cawley re additional research needed in connection with Committee derivative standing reply brief (.2); | 0.40 | $250.00 |
| 9/20/2023 | Jesse Bair | Participate in call with T. Burns re case insurance strategy, briefing, and next-steps re same (.4); | 0.40 | $250.00 |
| 9/20/2023 | Timothy Burns | Participate in call with J. Bair re case insurance strategy, briefing, and next-steps re same (.4); review briefing and outline key arguments re the Committee's Section 349 reply brief (2.3); participate in call with state court counsel re mediation (.2); review B. Cawley's research summary re reliance issue re section 349 claims (.2); participate in call with J. Bair re draft motions for partial summary judgment on consent to settle issue (.2); review J. Bair correspondence to Diocese re same (.1); review correspondence with J. Bair and the Diocese re derivative standing motion (.1); | 3.50 | $3,412.50 |
| 9/20/2023 | Jesse Bair | Analysis re logistics for upcoming insurance hearing and mediation sessions (.1); | 0.10 | $62.50 |
| 9/20/2023 | Jesse Bair | Review T. Burns' correspondence re key thoughts re responding to insurer and Diocese Section 349 derivative standing objection (.3); | 0.30 | $187.50 |
| 9/20/2023 | Timothy Burns | Review correspondence with PSZJ and J. Bair re Debtor's Plan concerns (.2); participate in call with J. Bair re same (.2); | 0.40 | $390.00 |
| 9/20/2023 | Brian Cawley | Discuss mediation outcome and next steps with J. Bair (.2); | 0.20 | $84.00 |
| 9/20/2023 | Brian Cawley | Research standing/ripeness issues for injunctive relief under Section 349 and other claims (3.4); draft summary of research for J. Bair in connection with the Committee's Section 349 derivative standing reply brief (1.0); | 4.40 | $1,848.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 9/20/2023 | Jesse Bair | Participate in additional conference with T. Burns re insurance Plan issues (.2); | 0.20 | $125.00 |
| 9/20/2023 | Jesse Bair | Begin drafting the Committee's Section 349 derivative standing reply brief (1.0); | 1.00 | $625.00 |
| 9/20/2023 | Jesse Bair | Review correspondence from the Diocese re insurance Plan issues (.1); correspondence with PSZJ and T. Burns re same (.1); | 0.20 | $125.00 |
| 9/20/2023 | Jesse Bair | Analyze the Diocese's response to the Committee's Section 349 derivative standing motion (.4); draft correspondence to the Diocese re same and potential resolution of motion (.4); | 0.80 | $500.00 |
| 9/20/2023 | Jesse Bair | Review and edit draft motions for partial summary judgment re consent to settle issue against LMI and Interstate (.4); draft correspondence to Diocese re demand to file same (.2); correspondence with PSZJ re same (.1); | 0.70 | $437.50 |
| 9/20/2023 | Nathan Kuenzi | Prepare for conference with J. Bair (.1); participate in conference with J. Bair re research needed re insurer administrative claim arguments in connection with the Committee's Section 349 derivative standing motion (.2); | 0.30 | $126.00 |
| 9/20/2023 | Nathan Kuenzi | Research case law re the insurers' administrative claim argument in connection with the Committee's Section 349 derivative standing motion (1.0); | 1.00 | $420.00 |
| 9/20/2023 | Jesse Bair | Provide instructions to N. Kuenzi re research needed re insurer administrative claim arguments (.2); | 0.20 | $125.00 |
| 9/20/2023 | Jesse Bair | Analyze the insurers' objection to the Committee's Section 349 derivative standing motion (.7); | 0.70 | $437.50 |
| 9/21/2023 | Brian Cawley | Review and edit the Committee's Section 349 derivative standing reply brief (1.8); | 1.80 | $756.00 |
| 9/21/2023 | Jesse Bair | Continue drafting the Committee's Section 349 derivative standing reply brief (5.9); correspondence with K. Dine re suggested edit to same (.1); participate in call with T. Burns re same (.2); | 6.20 | $3,875.00 |
| 9/21/2023 | Brian Cawley | Correspond with J. Bair and N. Kuenzi re Section 349 research question (.2); | 0.20 | $84.00 |
| 9/21/2023 | Nathan Kuenzi | Research issue as to whether violation of New York public policy constitutes a deceptive practice under Section 349 (.3); | 0.30 | $126.00 |
| 9/21/2023 | Timothy Burns | Participate in Zoom mediation session with the Diocese (3.0); participate in call with J. Bair re the Committee's Section 349 derivative standing reply brief (.2); | 3.20 | $3,120.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 9/21/2023 | Jesse Bair | Participate in portion of Zoom mediation session with the Diocese (2.0); | 2.00 | $1,250.00 |
| 9/21/2023 | Nathan Kuenzi | Analyze case law re approving settlement agreements under Rule 9019 and insurer administrative claims in connection with upcoming Section 349 derivative standing oral argument (2.5); | 2.50 | $1,050.00 |
| 9/22/2023 | Jesse Bair | Conference with T. Burns re derivative standing reply brief (.2); | 0.20 | $125.00 |
| 9/22/2023 | Nathan Kuenzi | Draft summary memorandum re insurer administrative claim issues in connection with upcoming Section 349 derivative standing oral argument (2.0); | 2.00 | $840.00 |
| 9/22/2023 | Jesse Bair | Begin preparing for Rule 2004 oral argument, including review of relevant case law (1.2); | 1.20 | $750.00 |
| 9/22/2023 | Jesse Bair | Edit and finalize the Committee's Section 349 derivative standing reply brief (.9); correspondence with PSZJ re same (.1); | 1.00 | $625.00 |
| 9/22/2023 | Jesse Bair | Review and respond to additional suggested edits from I. Nasatir re the Committee's Section 349 derivative standing reply brief (.2); | 0.20 | $125.00 |
| 9/22/2023 | Timothy Burns | Continue preparing for hearing on the Committee's Section 349 derivative standing motion (.8); conference with J. Bair re derivative standing reply brief (.2); | 1.00 | $975.00 |
| 9/22/2023 | Brian Cawley | Correspond with T. Burns regarding derivative standing hearing preparation materials (.2); | 0.20 | $84.00 |
| 9/23/2023 | Brian Cawley | Email J. Bair regarding status of Arrowood Delaware insurance action (.1); | 0.10 | $42.00 |
| 9/23/2023 | Timothy Burns | Review agenda for upcoming hearing (.1); review correspondence from K. Dine to mediators (.1); correspondence with J. Bair re same (.1); continue preparing for Section 349 derivative standing hearing (3.9); | 4.20 | $4,095.00 |
| 9/23/2023 | Brian Cawley | Prepare derivative standing hearing preparation materials for T. Burns (1.1); | 1.10 | $462.00 |
| 9/23/2023 | Jesse Bair | Continue preparing for Rule 2004 oral argument, including reviewing relevant case law, exhibits, and Delaware regulatory orders (3.0); | 3.00 | $1,875.00 |
| 9/24/2023 | Jesse Bair | Review the mediators' status report (.1); | 0.10 | $62.50 |
| 9/24/2023 | Timothy Burns | Continue preparing for Section 349 derivative standing hearing (4.2); | 4.20 | $4,095.00 |
| 9/24/2023 | Jesse Bair | Correspondence with T. Burns re Diocese's lack of response to email re potential resolution of Section 349 motion (.1); | 0.10 | $62.50 |
| 9/24/2023 | Jesse Bair | Continue preparing for Rule 2004 oral argument, including reviewing relevant case law, exhibits, and drafting outline re same (2.7); | 2.70 | $1,687.50 |
| 9/24/2023 | Jesse Bair | Review agenda for the 9/26 hearing (.1); | 0.10 | $62.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 9/25/2023 | Timothy Burns | Continue preparing for Section 349 derivative standing hearing (5.0); conference with J. Bair re same and Arrowood 2004 motion (.4); | 5.40 | $5,265.00 |
| 9/25/2023 | Jesse Bair | Travel to New York from Madison for insurance hearing and mediation [billed at 1/2 travel rate] (4.2); | 4.20 | $1,312.50 |
| 9/25/2023 | Jesse Bair | Participate in conference with T. Burns re insurance strategy for upcoming hearings and mediation (.4); | 0.40 | $250.00 |
| 9/25/2023 | Timothy Burns | Travel to New York from Madison for insurance hearing and mediation [billed at 1/2 travel rate] (4.0); | 4.00 | $1,950.00 |
| 9/25/2023 | Jesse Bair | Additional analysis re recent report from the mediators (.1); | 0.10 | $62.50 |
| 9/25/2023 | Brian Cawley | Research ability of insurers to file Plan in bankruptcy (1.3); | 1.30 | $546.00 |
| 9/25/2023 | Jesse Bair | Continue preparing for Rule 2004 oral argument (1.6); | 1.60 | $1,000.00 |
| 9/26/2023 | Jesse Bair | Correspondence with PSZJ and T. Burns re logistics for upcoming mediation session (.1); | 0.10 | $62.50 |
| 9/26/2023 | Jesse Bair | Participate in hearing re the Arrowood 2004 motion, Committee derivative standing motion, and case status conference (1.8); participate in post-hearing conference with Debtor's counsel re outcome of same (.3); participate in post-hearing meeting with PSZJ re same and next-steps (.2); participate in post-hearing call with state court counsel re same (.4); participate in post-hearing conference with T. Burns re hearing outcome, follow-up, and strategy for meet and confer with Arrowood (.4); | 3.10 | $1,937.50 |
| 9/26/2023 | Jesse Bair | Continue preparing for hearing on the Arrowood 2004 motion (1.3); | 1.30 | $812.50 |
| 9/26/2023 | Timothy Burns | Continue preparing for Section 349 derivative standing hearing (3.3); participate in hearing on same, Arrowood 2004 motion, and omnibus status conference (1.8); participate in post-hearing conference with Debtor's counsel re hearing outcome (.3); participate in post-hearing meeting with PSZJ re same (.2); participate in post-hearing call with state court counsel re same (.4); participate in post-hearing conference with J. Bair re hearing outcome, follow-up, and strategy for meet and confer with Arrowood (.4); | 6.40 | $6,240.00 |
| 9/26/2023 | Jesse Bair | Review and respond to correspondence with Arrowood and I. Nasatir re meet and confer re the Court's Rule 2004 ruling (.2); begin preparing for meet and confer with Arrowood (.3); | 0.50 | $312.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 9/27/2023 | Timothy Burns | Prepare for meet and confer with Arrowood (.8); attended same and subsequent calls with Arrowood re same (3.3); attended hearing (.8); participate in portion of in-person mediation session (3.1); | 8.00 | $7,800.00 |
| 9/27/2023 | Jesse Bair | Participate in supplemental hearing with Judge Glenn re Arrowood 2004 discovery issues (.8); | 0.80 | $500.00 |
| 9/27/2023 | Jesse Bair | Prepare for meet and confer with Arrowood (.6); | 0.60 | $375.00 |
| 9/27/2023 | Timothy Burns | Return travel to Madison from New York [billed at 1/2 travel rate] (5.2); | 5.20 | $2,535.00 |
| 9/27/2023 | Brian Cawley | Participate in portion of mediation session via Zoom (2.7); draft summary of notes of mediation (.4); | 3.10 | $1,302.00 |
| 9/27/2023 | Jesse Bair | Participate in in-person meet and confer with Arrowood, including follow-up telephone conferences re potential resolution of discovery issues (3.3); | 3.30 | $2,062.50 |
| 9/27/2023 | Jesse Bair | Participate in portion of in-person mediation session (3.1); | 3.10 | $1,937.50 |
| 9/27/2023 | Jesse Bair | Return travel to Madison from New York [billed at 1/2 travel rate] (5.6); | 5.60 | $1,750.00 |
| 9/28/2023 | Jesse Bair | Review correspondence from the mediators re October mediation sessions (.1); | 0.10 | $62.50 |
| 9/28/2023 | Jesse Bair | Review correspondence from B. Michael re transfer settlements (.1); | 0.10 | $62.50 |
| 9/28/2023 | Timothy Burns | Review correspondence with the mediators and PSZJ re mediation (.1); review correspondence with J. Bair and the Diocese re Arrowood Rule 2004 meet and confer (.1); review J. Bair correspondence with the Diocese re meet and confer re consent to settle partial summary judgment motions (.1); | 0.30 | $292.50 |
| 9/28/2023 | Jesse Bair | Review and respond to correspondence with the Diocese re Arrowood 2004 issues and meet and confer re proposed partial summary judgment motions (.2); | 0.20 | $125.00 |
| 9/29/2023 | Jesse Bair | Review B. Michael correspondence with state court counsel re case update and developments (.1); | 0.10 | $62.50 |
| 9/29/2023 | Jesse Bair | Prepare for call with Reed Smith re case insurance issues (.2); participate in conference with Reed Smith and T. Burns re same (.8); participate in post-conference meeting with T. Burns re outcome of same and potential next-steps (.2) | 1.20 | $750.00 |
| 9/29/2023 | Timothy Burns | Participate in conference with Reed Smith and J. Bair re case insurance issues (.8); participate in post-conference meeting with J. Bair re outcome of same and potential next-steps (.2) | 1.00 | $975.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 9/29/2023 | Jesse Bair | Review Interstate letter to the Court re Interstate's improper disclosure of survivor information (.1); | 0.10 | $62.50 |
| 9/30/2023 | Timothy Burns | Research and analysis re insurance neutrality issues re Plan drafting (.8); | 0.80 | $780.00 |
| **Total Hours and Fees** | | | **296.20** | **$182,575.75** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 9/11/2023 | United Airlines, T. Burns (MSN-EWR Sept. 11-13) | $832.40 |
| 9/11/2023 | Delta Airlines, J. Bair (MSN-LGA Sept. 11-12) | $976.40 |
| 9/17/2023 | Uber, T. Burns (airport to hotel) | $175.78 |
| 9/17/2023 | Delta Airlines, J. Bair (MSN-LGA, Sept. 17-21) | $967.10 |
| 9/17/2023 | Hotel, T. Burns (3 nights) | $2,181.00 |
| 9/17/2023 | Travel meal, T. Burns | $8.73 |
| 9/17/2023 | United Airlines, T. Burns (MSN-EWR, Sept. 17-22) | $701.95 |
| 9/17/2023 | Travel meal, J. Bair | $15.91 |
| 9/17/2023 | Hotel, J. Bair (3 nights) | $2,181.00 |
| 9/18/2023 | Travel meal, T. Burns | $11.90 |
| 9/18/2023 | Travel meal, T. Burns | $1.50 |
| 9/18/2023 | Travel meal, J. Bair | $9.19 |
| 9/18/2023 | Travel meal, J. Bair | $16.28 |
| 9/18/2023 | Travel meal, T. Burns | $5.84 |
| 9/18/2023 | Taxi, J. Bair and T. Burns | $62.71 |
| 9/18/2023 | Travel meal, T. Burns | $2.62 |
| 9/19/2023 | Travel meal, J. Bair | $18.32 |
| 9/19/2023 | Travel meal, T. Burns | $18.84 |
| 9/19/2023 | Travel meal, J. Bair | $20.71 |
| 9/19/2023 | Travel meal, J. Bair | $5.63 |
| 9/19/2023 | Travel meal, T. Burns | $9.79 |
| 9/19/2023 | Travel meal, T. Burns | $4.12 |
| 9/19/2023 | Travel meal, T. Burns | $12.00 |
| 9/19/2023 | Airport parking, J. Bair | $28.00 |
| 9/19/2023 | Uber, T. Burns (mediation to airport) | $97.84 |
| 9/19/2023 | Uber, J. Bair (mediation to airport) | $157.29 |
| 9/20/2023 | Delta Airlines Wi-Fi Onboard, J. Bair | $15.95 |
| 9/20/2023 | Uber, T. Burns | $117.40 |
| 9/25/2023 | Delta, J. Bair (MSN-LGA, Sept. 25-28) | $1,217.80 |
| 9/25/2023 | Hotel, J. Bair (3 nights) | $2,409.00 |
| 9/25/2023 | Taxi, J. Bair (airport to hotel) | $93.35 |
| 9/25/2023 | United Airlines, T. Burns (MSN-EWR Sept. 25-28) | $1,049.80 |
| 9/25/2023 | Hotel, T. Burns (3 nights) | $2,409.00 |

| Date | Description | Amount |
|---|---|---|
| 9/25/2023 | Travel meal, T. Burns | $4.49 |
| 9/25/2023 | Travel meal, J. Bair | $22.76 |
| 9/25/2023 | Uber, T. Burns (airport to hotel) | $140.84 |
| 9/25/2023 | Delta Airlines Wi-Fi Onboard, J. Bair | $4.95 |
| 9/26/2023 | Travel meal, J. Bair | $20.90 |
| 9/26/2023 | Travel meal, J. Bair | $27.71 |
| 9/26/2023 | Travel meal, T. Burns | $19.54 |
| 9/26/2023 | Uber, J. Bair and T. Burns (hotel to courthouse) | $31.63 |
| 9/26/2023 | FedEx pkg. to T. Burns (binder) | $159.42 |
| 9/27/2023 | Airport parking, T. Burns | $30.00 |
| 9/27/2023 | Travel meal, T. Burns | $26.72 |
| 9/27/2023 | Uber, T. Burns (hotel to airport) | $173.84 |
| 9/27/2023 | Travel meal, T. Burns | $24.36 |
| 9/27/2023 | Uber, J. Bair (hotel to airport) | $167.68 |
| 9/27/2023 | Airport parking, J. Bair | $30.00 |
| 9/27/2023 | Travel meal, J. Bair | $25.50 |
| 9/28/2023 | Delta Airlines, Wi-Fi Onboard, J. Bair | $15.95 |
| **Total Expenses** | | **$16,761.44** |

## Timekeeper Summary

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Brenda Horn-Edwards | Paralegal | 0.70 | $360.00 | $252.00 |
| Brian Cawley | Associate | 69.70 | $420.00 | $29,274.00 |
| Jesse Bair | Partner | 21.50 | $312.50 | $6,718.75 |
| Jesse Bair | Partner | 85.20 | $625.00 | $53,250.00 |
| Karen Dempski | Paralegal | 1.40 | $360.00 | $504.00 |
| Nathan Kuenzi | Associate | 23.10 | $420.00 | $9,702.00 |
| Timothy Burns | Partner | 19.20 | $487.50 | $9,360.00 |
| Timothy Burns | Partner | 75.40 | $975.00 | $73,515.00 |

**Total Due This Invoice: $199,337.19**