**Objection Deadline: November 15, 2023**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Case No. 20-12345 (SCC) |
| | ) |
| THE ROMAN CATHOLIC DIOCESE OF | ) Chapter 11 |
| ROCKVILLE CENTRE, NEW YORK, | ) |
| | ) |
| Debtor.[1] | ) |
| | ) |

**SECOND MONTHLY FEE STATEMENT FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES BY**
**BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISOR**
**FOR THE PERIOD FROM SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023**

| | |
|---|---|
| Name of Applicant: | Berkeley Research Group, LLC ("BRG") |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "Committee") |
| Date of Retention: | December 9, 2020 Effective as of October 29, 2020 [Docket No. 246] |
| Period for which Compensation and Reimbursement is Sought: | September 1, 2023 through September 30, 2023[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $48,003.60 (80% of $60,004.50) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 [3] |

This is a:    <u>X</u>  Monthly ___ Interim    __ Final Application.

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last for digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue, PO Box 9023, Rockville Centre, NY 11571-9023.

[2] The applicant reserves the right to include any time expended and expenses incurred in the period indicated above in future application(s) if it is not included herein.

[3] The date listed for expenses contained in Exhibit B does not necessarily reflect the date on which the expense was actually incurred by Applicant.

## Preliminary Statement:

Berkeley Research Group, LLC ("BRG"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of above-captioned debtor (the "Debtor"), hereby submits this Second Monthly Fee Statement (the "Monthly Statement") for the period from September 1, 2023 through September 30, 2023 (the "Fee Period") in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* dated November 4, 2020 [Docket No. 129] (the "Interim Compensation Order").

BRG requests (a) interim allowance and payment of compensation in the amount of $48,003.60 (80% of $60,004.50) for fees on account of reasonable and necessary professional services rendered to the Committee by BRG; (b) and actual and necessary expenses in the amount of $0.00.  BRG reserves the right to apply in the future for reimbursement of actual and necessary costs and expenses, if any, incurred by members of the Committee in connection with their service as members of the Committee during the Compensation Period.

## Services Rendered and Expenses Incurred During the Compensation Period

1.      The BRG timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.

2.      A schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **Exhibit B**.

3.      The detailed time records which describe the time spent by each BRG Timekeeper and detailed records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services during the Fee Period are attached hereto as **Exhibit C.**

4.      BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time BRG is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefore in the future.

**<u>Notice and Objection Procedures</u>**

5.      No Trustee or examiner has been appointed in this chapter 11 case. Notice of the Monthly Statement has been served by electronic mail and/or U.S. First Class Mail upon: (a) the Debtor c/o The Roman Catholic Diocese of Rockville Centre, 50 N Park Ave P.O. Box 9023, Rockville Centre, NY 11571-9023 (Attn: Thomas Renker, Esq.); (b) the attorneys for the Debtor at Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); and (c) the Office of the United States Trustee Region 2, 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq.). BRG submits that no other or further notice need be provided.

6.      Pursuant to the Interim Compensation Order, objections to this Application, if any, must be served upon the undersigned counsel for the Committee and all persons identified at paragraph 5, above, by November 15, 2023 (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue.

7.      If no objections to this Monthly Statement are made on or before the Objection Deadline, the Debtor shall pay BRG 80% of the fees and 100% of the expenses set forth above.

8.      To the extent an objection to this Monthly Statement is timely made, the Debtor shall withhold payment of that portion of the Monthly Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.

To the extent such objection is not resolved, it shall be preserved and presented to the Court at the next interim or final fee application hearing.

Date: OCTOBER 26, 2023                    **BERKELEY RESEARCH GROUP, LLC**

*/s/ D. Ray Strong*
D. Ray Strong
BERKELEY RESEARCH GROUP, LLC
201 South Main Street, Suite 450
Salt Lake City, UT  84111
Telephone:      (801) 364-6233
Email:            rstrong@thinkbrg.com


*Financial Advisor for the Official Committee
of Unsecured Creditors*

# EXHIBIT A



# EXHIBIT A

### Time Keeper Summary

| NAME OF PROFESSIONAL | TITLE | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| David Judd | Managing Director | $850.00 | 2.20 | $ 1,870.00 |
| Paul Shields | Managing Director | $815.00 | 4.30 | $ 3,504.50 |
| Ray Strong | Managing Director | $780.00 | 37.00 | $ 28,860.00 |
| Eric Madsen | Managing Director | $775.00 | 2.80 | $ 2,170.00 |
| Matthew Babcock | Director | $725.00 | 2.20 | $ 1,595.00 |
| Christina Tergevorkian | Managing Consultant | $450.00 | 40.30 | $ 18,135.00 |
| Shelby Chaffos | Consultant | $385.00 | 3.00 | $ 1,155.00 |
| Spencer Rawlings | Case Assistant | $225.00 | 1.80 | $ 405.00 |
| Dallin Godfrey | Case Assistant | $150.00 | 15.40 | $ 2,310.00 |
| **TOTALS** | | | **109.00** | **$ 60,004.50** |

# EXHIBIT B



# EXHIBIT B

### Task Code Summary

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| 220.00 | Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 5.30 | $ 2,147.50 |
| 332.00 | Asset Analysis (Real Property - Related Non-Debtors) | 11.80 | $ 8,082.00 |
| 395.00 | Asset Analysis (Other - Parishes) | 31.00 | $ 21,660.50 |
| 397.00 | Asset Analysis (Other - Schools) | 38.10 | $ 17,033.00 |
| 600.00 | Claims / Liability Analysis (General) | 1.20 | $ 180.00 |
| 1020.00 | Meeting Preparation & Attendance | 0.50 | $ 390.00 |
| 1030.00 | Mediation Preperation & Attendance | 8.00 | $ 6,404.50 |
| 1060.00 | Fee Application Preparation & Hearing | 13.10 | $ 4,107.00 |
| **TOTALS** | | **109.00** | **$ 60,004.50** |

# EXHIBIT C



# EXHIBIT C

### Expense Summary

| Expense by Category | Amounts |
|---|---|
| None | $          - |
| **TOTAL** | **$          -** |

# EXHIBIT D

 INVOICE

James I Stang
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

October 24, 2023
Client: 21145
Matters: 034827 | 042179 | 045293
Invoice #: 162522
Tax ID # 27-1451273

**Via Email: jstang@pszjlaw.com**

---

Services Rendered From September 1, 2023 Through September 30, 2023

**RE:  The Official Committee of Unsecured Creditors for the Roman Catholic
Diocese of Rockville Centre, New York**

| | | |
|---|---|---|
| Professional Services | $   60,004.50 | USD |
| **CURRENT CHARGES** | **$   60,004.50** | **USD** |

**Please remit wire/ACH payment to:**
Bank Name:          PNC BANK, N.A.
SWIFT:                 PNCCUS33
ABA #:                  031207607
Account Name:     BERKELEY RESEARCH GROUP, LLC
Account #:           8026286672
Reference:            162522

Remittance advice to be sent to:
remitadvice@thinkbrg.com

**Please remit check payment to:**
BERKELEY RESEARCH GROUP, LLC
PO BOX 676158
DALLAS, TX 75267-6158

**Please remit express/overnight payment to:**
PNC BANK C/O BERKELEY RESEARCH GROUP, LLC
LOCKBOX NUMBER 676158
1200 E CAMPBELL RD, STE 108
RICHARDSON, TX 75081

---



Services Rendered From September 1, 2023 Through September 30, 2023

**PROFESSIONAL SERVICES**

| | Rate | Hours | Amount |
|---|---|---|---|
| **Managing Director** | | | |
| David Judd | 850.00 | 2.20 | 1,870.00 |
| Paul Shields | 815.00 | 4.30 | 3,504.50 |
| Ray Strong | 780.00 | 37.00 | 28,860.00 |
| Eric Madsen | 775.00 | 2.80 | 2,170.00 |
| **Director** | | | |
| Matthew Babcock | 725.00 | 2.20 | 1,595.00 |
| **Managing Consultant** | | | |
| Christina Tergevorkian | 450.00 | 40.30 | 18,135.00 |
| **Consultant** | | | |
| Shelby Chaffos | 385.00 | 3.00 | 1,155.00 |
| **Case Assistant** | | | |
| Spencer Rawlings | 225.00 | 1.80 | 405.00 |
| Dallin Godfrey | 150.00 | 15.40 | 2,310.00 |
| **Total Professional Services** | | **109.00** | **60,004.50** |



**To:** James I Stang
**c/o:** Pachulski Stang Ziehl & Jones

**SUMMARY BY TASK CODE**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| 220.00 | Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 5.30 | 2,147.50 |
| 332.00 | Asset Analysis (Real Property - Related Non-Debtors) | 11.80 | 8,082.00 |
| 395.00 | Asset Analysis (Other - Parishes) | 31.00 | 21,660.50 |
| 397.00 | Asset Analysis (Other - Schools) | 38.10 | 17,033.00 |
| 600.00 | Claims / Liability Analysis (General) | 1.20 | 180.00 |
| 1020.00 | Meeting Preparation & Attendance | 0.50 | 390.00 |
| 1030.00 | Mediation Preparation & Attendance | 8.00 | 6,404.50 |
| 1060.00 | Fee Application Preparation & Hearing | 13.10 | 4,107.00 |
| **Total Professional Services** | | **109.00** | **60,004.50** |



**To:** James I Stang
**c/o:** Pachulski Stang Ziehl & Jones

**Page** 4 of 10
**Invoice #** 162522
**Client:** 21145

Services Rendered From September 1, 2023 Through September 30, 2023

**DETAIL OF PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| **Task Code: 220.00  -  Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | | | |
| 09/05/23 | Spencer Rawlings | Analyzed MOR reports regarding balance sheets and income statements for July 2023. | 0.80 | 225.00 | 180.00 |
| 09/05/23 | Spencer Rawlings | Evaluated MOR cash receipts and disbursements for July 2023. | 0.30 | 225.00 | 67.50 |
| 09/05/23 | Spencer Rawlings | Examined July 2023 ending bank statements in the MOR Report. | 0.70 | 225.00 | 157.50 |
| 09/07/23 | Shelby Chaffos | Analyzed MOR cash receipts and disbursements analysis for Committee case monitoring. | 0.30 | 385.00 | 115.50 |
| 09/07/23 | Shelby Chaffos | Updated professional fee analysis to include payments made to professionals from MOR supplemental in July 2023. | 2.20 | 385.00 | 847.00 |
| 09/12/23 | Ray Strong | Analyzed July 2023 professional fees for professional fee analysis. | 0.30 | 780.00 | 234.00 |
| 09/14/23 | Ray Strong | Analyzed July 2023 MOR filed by Debtor to monitor operations. | 0.70 | 780.00 | 546.00 |
| | | **Total for Task Code 220.00** | **5.30** | | **2,147.50** |
| **Task Code: 332.00  -  Asset Analysis (Real Property - Related Non-Debtors)** | | | | | |
| 09/13/23 | Ray Strong | Analyzed Parish real estate information provided by Diocese. | 1.10 | 780.00 | 858.00 |
| 09/14/23 | Ray Strong | Continued to analyze Parish real estate information provided by Diocese. | 2.40 | 780.00 | 1,872.00 |
| 09/18/23 | Ray Strong | Continued to analyze Parish real estate information provided by Diocese. | 1.20 | 780.00 | 936.00 |
| 09/18/23 | Christina Tergevorkian | Compared list of parish properties and Debtor responses to the utilization of properties. | 1.50 | 450.00 | 675.00 |
| 09/19/23 | Christina Tergevorkian | Continued comparing list of parish properties and Debtor responses to the utilization of properties. | 1.90 | 450.00 | 855.00 |



**To:** James I Stang  
**c/o:** Pachulski Stang Ziehl & Jones

**Page** 5 of 10  
**Invoice #** 162522  
**Client:** 21145

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 09/20/23 | Ray Strong | Analyzed Parish real estate information provided by Diocese pursuant to inquiries from UCC Counsel. | 2.20 | 780.00 | 1,716.00 |
| 09/21/23 | Ray Strong | Continued to analyze Parish real estate information provided by Diocese pursuant to inquiries from UCC Counsel. | 1.50 | 780.00 | 1,170.00 |
| | | **Total for Task Code 332.00** | **11.80** | | **8,082.00** |

**Task Code: 395  -  Asset Analysis (Other - Parishes)**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 09/01/23 | Paul Shields | Evaluated additional metrics for consideration in parish ability to pay analysis. | 0.20 | 815.00 | 163.00 |
| 09/01/23 | Ray Strong | Developed Parish charts with financial results of Parishes for UCC Counsel. | 2.40 | 780.00 | 1,872.00 |
| 09/01/23 | Ray Strong | Examined Parish financial performance in comparison to location of Parishes. | 2.10 | 780.00 | 1,638.00 |
| 09/01/23 | Christina Tergevorkian | Analyzed parish financial analyses compared to locations. | 0.20 | 450.00 | 90.00 |
| 09/02/23 | Ray Strong | Developed Parish charts with financial results of Parishes for UCC Counsel. | 2.90 | 780.00 | 2,262.00 |
| 09/02/23 | Ray Strong | Continued to examine Parish financial performance in comparison to location of Parishes. | 1.70 | 780.00 | 1,326.00 |
| 09/03/23 | Ray Strong | Developed Parish charts with Parish cash and investment analysis for UCC Counsel. | 1.70 | 780.00 | 1,326.00 |
| 09/03/23 | Ray Strong | Developed Parish charts with ability-to-pay data of Parishes for UCC Counsel. | 2.10 | 780.00 | 1,638.00 |
| 09/05/23 | Matthew Babcock | Met with BRG (RS, PS, CT) to evaluate parish ability to pay analysis (including mapping analysis by financial metrics). | 1.10 | 725.00 | 797.50 |
| 09/05/23 | Paul Shields | Spoke with BRG (RS, MB, CT) regarding parish financial analysis. | 1.10 | 815.00 | 896.50 |
| 09/05/23 | Ray Strong | Updated Parish ability-to-pay data mapping pursuant to meeting with BRG team. | 0.70 | 780.00 | 546.00 |



**To:** James I Stang
**c/o:** Pachulski Stang Ziehl & Jones

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 09/05/23 | Ray Strong | Attended call with BRG (CT, PS, MB) regarding Parish ability-to-pay analysis. | 1.10 | 780.00 | 858.00 |
| 09/05/23 | Christina Tergevorkian | Updated parish financial data for location comparison. | 0.90 | 450.00 | 405.00 |
| 09/05/23 | Christina Tergevorkian | Met with BRG (RS, PS, MB) to discuss parish financial analysis. | 1.10 | 450.00 | 495.00 |
| 09/06/23 | Matthew Babcock | Met with BRG (RS, CT) for a partial call to evaluate parish ability to pay analysis (including financial metrics). | 0.70 | 725.00 | 507.50 |
| 09/06/23 | Ray Strong | Attended call with BRG (MB-Partial, CT) regarding updates to Parish ability-to-pay analysis. | 0.90 | 780.00 | 702.00 |
| 09/06/23 | Christina Tergevorkian | Attended call BRG (RS, MB-Partial) to discuss parish financial analysis. | 0.90 | 450.00 | 405.00 |
| 09/07/23 | Paul Shields | Reviewed updates to parish financial analysis. | 0.20 | 815.00 | 163.00 |
| 09/07/23 | Christina Tergevorkian | Updated parish financial data for location comparison. | 0.40 | 450.00 | 180.00 |
| 09/11/23 | Paul Shields | Spoke with UCC counsel (BM) and BRG (RS) regarding updated evaluation of parish financial data. | 1.00 | 815.00 | 815.00 |
| 09/11/23 | Ray Strong | Attended call with UCC Counsel (BM) and BRG (PS) regarding Parish ability-to-pay. | 1.00 | 780.00 | 780.00 |
| 09/11/23 | Ray Strong | Analyzed Parish assets by locations for Parish ability-to-pay analysis in preparation for call with UCC Counsel. | 1.30 | 780.00 | 1,014.00 |
| 09/13/23 | Christina Tergevorkian | Updated parish financial data for location mapping. | 0.30 | 450.00 | 135.00 |
| 09/20/23 | Christina Tergevorkian | Met with BRG (RS) and UCC Counsel (KD and BM) to discuss parish analysis. | 1.20 | 450.00 | 540.00 |
| 09/21/23 | Ray Strong | Attended call with UCC Counsel (BM, KD) and BRG (CT) regarding Parish real estate information produced by Debtor. | 1.20 | 780.00 | 936.00 |
| 09/22/23 | Christina Tergevorkian | Analyzed parish financial data provided by Debtor FA relating to 2019 balance sheet data. | 2.60 | 450.00 | 1,170.00 |
| | | **Total for Task Code 395** | **31.00** | | **21,660.50** |



**To:** James I Stang
**c/o:** Pachulski Stang Ziehl & Jones

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| **Task Code: 397 - Asset Analysis (Other - Schools)** | | | | | |
| 09/01/23 | Dallin Godfrey | Analyzed parish schools financial data including balance sheet for fiscal year 2022. | 2.90 | 150.00 | 435.00 |
| 09/01/23 | Dallin Godfrey | Continued evaluation of parish schools financial data including income statements for fiscal year 2022. | 0.40 | 150.00 | 60.00 |
| 09/01/23 | Paul Shields | Spoke with BRG (RS, CT) regarding updates to evaluation of parish schools ability to pay analysis. | 0.40 | 815.00 | 326.00 |
| 09/01/23 | Ray Strong | Attended call with BRG (CT, PS) regarding Parish school ability-to-pay analysis. | 0.40 | 780.00 | 312.00 |
| 09/01/23 | Christina Tergevorkian | Met with BRG (PS, RS) to discuss parish ability to pay for the schools. | 0.40 | 450.00 | 180.00 |
| 09/01/23 | Christina Tergevorkian | Analyzed parish schools balance sheet financial data provided by Debtor for 2022. | 1.80 | 450.00 | 810.00 |
| 09/01/23 | Christina Tergevorkian | Analyzed parish schools income statement financial data provided by Debtor for 2022. | 2.10 | 450.00 | 945.00 |
| 09/01/23 | Christina Tergevorkian | Updated parish schools ability to pay analysis. | 1.10 | 450.00 | 495.00 |
| 09/01/23 | Christina Tergevorkian | Evaluated parish schools financial data provided by Debtor for fiscal year 2022. | 1.90 | 450.00 | 855.00 |
| 09/05/23 | Dallin Godfrey | Continued to analyze parish schools financial data including balance sheet and income statement for fiscal year 2022. | 1.20 | 150.00 | 180.00 |
| 09/05/23 | Christina Tergevorkian | Analyzed parish schools balance sheet financial data provided by Debtor for 2018 through 2021. | 1.50 | 450.00 | 675.00 |
| 09/05/23 | Christina Tergevorkian | Analyzed parish schools balance sheet/income statement data extracted for 2022. | 1.90 | 450.00 | 855.00 |
| 09/05/23 | Christina Tergevorkian | Analyzed parish schools balance sheet financial data provided by Debtor for 2022. | 1.30 | 450.00 | 585.00 |



INVOICE

**To:** James I Stang
**c/o:** Pachulski Stang Ziehl & Jones

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 09/06/23 | Christina Tergevorkian | Continued analysis of recent productions for previously missing parish schools financial data for 2018 through 2022. | 1.70 | 450.00 | 765.00 |
| 09/06/23 | Christina Tergevorkian | Analyzed recent productions for previously missing parish schools financial data for 2018 through 2022. | 2.00 | 450.00 | 900.00 |
| 09/06/23 | Christina Tergevorkian | Analyzed parish schools income statement financial data provided by Debtor for 2018 through 2022. | 1.50 | 450.00 | 675.00 |
| 09/07/23 | Shelby Chaffos | Examined parish school general ledger data for updated parish school ability to pay analysis for mediation. | 0.50 | 385.00 | 192.50 |
| 09/07/23 | Paul Shields | Reviewed recently provided parish school financial data. | 0.30 | 815.00 | 244.50 |
| 09/07/23 | Christina Tergevorkian | Analyzed parish schools net assets data for 2018 through 2022. | 0.60 | 450.00 | 270.00 |
| 09/07/23 | Christina Tergevorkian | Updated parish schools ability to pay model. | 2.20 | 450.00 | 990.00 |
| 09/07/23 | Christina Tergevorkian | Evaluated parish schools balance sheet and income statement data provided by Debtor for years 2018 through 2022. | 2.00 | 450.00 | 900.00 |
| 09/08/23 | Christina Tergevorkian | Compared previously provided parish school balance sheet data with parish financial data provided by Debtor from 2018 through 2022. | 2.40 | 450.00 | 1,080.00 |
| 09/08/23 | Christina Tergevorkian | Compared previously provided parish school income statement data with parish financial data provided by Debtor from 2018 through 2022. | 2.40 | 450.00 | 1,080.00 |
| 09/08/23 | Christina Tergevorkian | Updated parish schools ability to pay model to include 2022 financial data. | 2.30 | 450.00 | 1,035.00 |
| 09/13/23 | Matthew Babcock | Evaluated issues related to ability to pay analysis (schools) for mediation. | 0.40 | 725.00 | 290.00 |
| 09/13/23 | Paul Shields | Attended meeting with BRG (CT) regarding status of the parish school ability to pay analysis. | 0.20 | 815.00 | 163.00 |
| 09/13/23 | Paul Shields | Evaluated parish school ability-to-pay analysis with additional documentation provided. | 0.20 | 815.00 | 163.00 |



| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 09/13/23 | Ray Strong | Analyzed Parish school ability-to-pay analysis issues. | 0.80 | 780.00 | 624.00 |
| 09/13/23 | Ray Strong | Analyzed Parish school financial statements provided by Debtor. | 1.10 | 780.00 | 858.00 |
| 09/13/23 | Christina Tergevorkian | Attended meeting with BRG (PS) to discuss parish schools ability to pay. | 0.20 | 450.00 | 90.00 |
| | | **Total for Task Code 397** | **38.10** | | **17,033.00** |

**Task Code: 600.00  -  Claims / Liability Analysis (General)**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 09/01/23 | Dallin Godfrey | Reviewed monthly fee claims for professionals for the month of August 2023. | 0.50 | 150.00 | 75.00 |
| 09/12/23 | Dallin Godfrey | Reviewed approved professional fees for case professional relating to 8th interim applications. | 0.70 | 150.00 | 105.00 |
| | | **Total for Task Code 600.00** | **1.20** | | **180.00** |

**Task Code: 1020.00  -  Meeting Preparation & Attendance**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 09/06/23 | Ray Strong | Discussed case status/hearing issues with UCC Counsel (BM,KD). | 0.50 | 780.00 | 390.00 |
| | | **Total for Task Code 1020.00** | **0.50** | | **390.00** |

**Task Code: 1030.00  -  Mediation Preparation & Attendance**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 09/01/23 | David Judd | Participated in call with BRG (PS, RS) loan model for mediation preparation. | 0.70 | 850.00 | 595.00 |
| 09/01/23 | Paul Shields | Attended call with BRG (DJ, RS) regarding loan model for mediation preparation. | 0.70 | 815.00 | 570.50 |
| 09/01/23 | Ray Strong | Attended call with BRG (PS, DJ) regarding loan analysis for mediation preparation. | 0.70 | 780.00 | 546.00 |
| 09/05/23 | Eric Madsen | Analyzed Spectrum license valuation issues for mediation/plan funding analysis. | 2.80 | 775.00 | 2,170.00 |
| 09/08/23 | Ray Strong | Followed up with UCC Counsel regarding mediation issues. | 0.30 | 780.00 | 234.00 |
| 09/14/23 | Ray Strong | Analyzed mediation issues pursuant to UCC counsel inquiries. | 0.70 | 780.00 | 546.00 |
| 09/26/23 | David Judd | Evaluated loan model options in preparation for mediation pursuant to request of UCC Counsel. | 1.50 | 850.00 | 1,275.00 |



**INVOICE**

**To:** James I Stang
**c/o:** Pachulski Stang Ziehl & Jones

**Page** 10 of 10
**Invoice #** 162522
**Client:** 21145

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 09/29/23 | Ray Strong | Attended call with UCC Counsel regarding mediation issues. | 0.60 | 780.00 | 468.00 |
| | | **Total for Task Code 1030.00** | **8.00** | | **6,404.50** |

**Task Code: 1060.00 - Fee Application Preparation & Hearing**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 09/06/23 | Ray Strong | Attended fee application hearing for approval of 8th Interim Fee Application. | 0.70 | 780.00 | 546.00 |
| 09/06/23 | Ray Strong | Reviewed 8th Interim Fee Application in preparation for Court Hearing seeking approval. | 0.50 | 780.00 | 390.00 |
| 09/11/23 | Dallin Godfrey | Reviewed fee detail for August 2023. | 1.70 | 150.00 | 255.00 |
| 09/13/23 | Dallin Godfrey | Prepared July 2023 Fee Statement. | 0.20 | 150.00 | 30.00 |
| 09/14/23 | Dallin Godfrey | Continued to prepare draft of July Fee Statement. | 0.50 | 150.00 | 75.00 |
| 09/20/23 | Dallin Godfrey | Reviewed BRG time entries for August 2023 in preparation for fee notice. | 0.60 | 150.00 | 90.00 |
| 09/21/23 | Ray Strong | Analyzed August 2023 BRG time entries for preparation of monthly fee notice. | 0.90 | 780.00 | 702.00 |
| 09/22/23 | Dallin Godfrey | Continued to review BRG time entries for August 2023 in preparation for fee notice. | 0.60 | 150.00 | 90.00 |
| 09/22/23 | Dallin Godfrey | Continued to review BRG time entries for August 2023 in preparation for fee notice. | 2.50 | 150.00 | 375.00 |
| 09/25/23 | Dallin Godfrey | Updated BRG time entries for August 2023 in preparation for fee notice. | 2.60 | 150.00 | 390.00 |
| 09/25/23 | Ray Strong | Analyzed August 2023 draft invoice for monthly fee notice. | 0.20 | 780.00 | 156.00 |
| 09/26/23 | Dallin Godfrey | Prepared exhibits for First Monthly Fee Notice. | 1.00 | 150.00 | 150.00 |
| 09/28/23 | Ray Strong | Finalized August 2023 monthly fee statement for filing with the Court. | 1.10 | 780.00 | 858.00 |
| | | **Total for Task Code 1060.00** | **13.10** | | **4,107.00** |

| | | **Professional Services** | **109.00** | | **60,004.50** |