**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 20-12345 (MG) |

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA )
                                                  )
COUNTY OF LOS ANGELES )

I, Mary de Leon, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is 10100 Santa Monica Blvd., Suite 1300, Los Angeles, CA 90067.

On **October 31, 2023**, I caused a true and correct copy of the following documents to be served via the Court's ECF system.

On **October 31, 2023,** I also caused a true and correct copy of the following documents to be served via First Class US Mail upon the parties set forth on the service list annexed hereto as **Exhibit A**:

On **October 31, 2023,** I caused a true and correct copy of the following documents to be served via electronic mail upon the parties set forth on the service list annexed hereto as **Exhibit B.**

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last for digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue, P.O. Box 9023, Rockville Centre, NY 11571-9023.

- **THIRTY-FIFTH MONTHLY FEE STATEMENT OF BURNS BAIR LLP, AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED FOR THE PERIOD FROM SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023 [Docket No. 2622];**

- **THIRTY-THIRD MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023 [Docket No. 2621];**

- **SECOND MONTHLY FEE STATEMENT FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES BY BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISOR FOR THE PERIOD FROM SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023 [Docket No. 2624]; and**

- **CERTIFICATION OF NO OBJECTION REGARDING (1) THIRTY-SECOND MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM AUGUST 1, 2023 THROUGH AUGUST 31, 2023; AND (2) THIRTY-FOURTH MONTHLY FEE STATEMENT OF BURNS BAIR LLP, AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED FOR THE PERIOD FROM AUGUST 1, 2023 THROUGH AUGUST 31, 2023 [Docket No. 2623]**

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: October 31, 2023

*/s/ Mary de Leon*
Mary de Leon

# EXHIBIT A

**Service by U.S. First Class Mail**

| NAME | NOTICE NAME | ADDRESS |
|---|---|---|
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK | THOMAS RENKER | 50 NORTH PARK AVENUE P.O. BOX 9023, ROCKVILLE CENTRE, NY 11571-9023 |
| JONES DAY | CORINNE BALL BENJAMIN ROSENBLUM ANDREW M. BUTLER | 250 VESEY STREET NEW YORK, NY 10281 |
| OFFICE OF THE UNITED STATES TRUSTEE | GREG ZIPES | US FEDERAL BUILDING 201 VARICK STREET, SUITE 1006 NEW YORK, NY 10014 |

# EXHIBIT B

**Service by E-Mail**

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| JONES DAY | CORINNE BALL, BENJAMIN ROSENBLUM, ANDREW M. BUTLER, | CBALL@JONESDAY.COM; BROSENBLUM@JONESDAY.COM; ABUTLER@JONESDAY.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | SHARA CORNELL GREG ZIPES | SHARA.CORNELL@USDOJ.GOV GREG.ZIPES@USDOJ.GOV |