PACHULSKI STANG ZIEHL & JONES LLP
James I. Stang, Esq. (admitted *pro hac vice*)
Karen B. Dine, Esq.
Gillian N Brown, Esq.
Brittany M. Michael, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: 212- 561-7700
Facsimile: 212-561-7777
Email:  jstang@pszjlaw.com
        kdine@pszjlaw.com
        gbrown@pszjlaw.com
        bmichael@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Case No. 20-12345 (MG) |
| | ) |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |

**CERTIFICATION OF NO OBJECTION REGARDING FIRST MONTHLY FEE STATEMENT FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES BY BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISOR FOR THE PERIOD FROM AUGUST 1, 2023 THROUGH AUGUST 31, 2023**

Pursuant to 28 U.S.C. § 1746 and Rule 9075-2 of the Local Bankruptcy Rules for the Southern District of New York, the undersigned counsel for the Official Committee of Unsecured Creditors (the "Committee") hereby certifies as follows:

1. On November 4, 2020, this Court entered the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 129] (the

"Interim Compensation Order"),[1] which authorized professionals retained pursuant to an order of this Court in the chapter 11 case to seek interim payment of compensation and reimbursement of expenses in accordance with the procedures set forth in the Interim Compensation Order.

2.     On **September 29, 2023**, the Committee filed the *First Monthly Fee Statement For Allowance Of Compensation And Reimbursement Of Expenses By Berkeley Research Group, LLC As Financial Advisor For The Period From August 1, 2023 Through August 31, 2023* [Docket No. 2526] (the "BRG Monthly Fee Statement").

4.     The BRG Monthly Fee Statement was served on **September 29, 2023** [Docket No. 2527].

5.     The BRG Monthly Fee Statement complied with the requirements set forth in the Interim Compensation Order.

6.     Pursuant to the Interim Compensation Order, **October 16, 2023** was the deadline to object to the BRG Monthly Fee Statement (the "Objection Deadline"). As of the filing of this Certification of No Objection, more than forty-eight (48) hours have elapsed since the Objection Deadline. To the best of my knowledge, no responses to the BRG Monthly Fee Statement has been (a) filed with the Court on the docket of the above-captioned chapter 11 case, or (b) served on PSZJ.

7.     Pursuant to the Interim Compensation Order, upon filing of this Certification of No Objection, the Debtor is authorized to pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the BRG Monthly Fee Statement and without the need for entry of a Court order approving the BRG Monthly Fee Statement.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

DOCS_NY:48763.2 18491/002

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: November 13, 2023 **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Gillian N. Brown*
James I. Stang, Esq. (admitted *pro hac vice*)
Karen B. Dine, Esq.
Gillian N Brown, Esq.
Brittany M. Michael, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone:     (212) 561-7700
Facsimile:      (212) 561-7777
Email:            jstang@pszjlaw.com
                      kdine@pszjlaw.com
                      gbrown@psjzlaw.com
                      bmichael@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, | Case No. 20-12345 (MG) |
| Debtor. [2] | |

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA         )
                            )
COUNTY OF LOS ANGELES       )

I, Mary de Leon, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP.  I am not a party to the within action; my business address is 10100 Santa Monica Blvd., Suite 1300, Los Angeles, CA  90067.

On **November 13, 2023**, I caused a true and correct copy of the following documents to be served via the Court's ECF system.

On **November 13, 2023,** I also caused a true and correct copy of the following documents to be served via First Class US Mail upon the parties set forth on the service list annexed hereto as **Exhibit A**:

On **November 13, 2023,** I caused a true and correct copy of the following documents to be served via electronic mail upon the parties set forth on the service list annexed hereto as **Exhibit B.**

---

[2] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last for digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue, P.O. Box 9023, Rockville Centre, NY  11571-9023.

4

- **CERTIFICATION OF NO OBJECTION REGARDING FIRST MONTHLY FEE STATEMENT FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES BY BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISOR FOR THE PERIOD FROM AUGUST 1, 2023 THROUGH AUGUST 31, 2023 [Docket No. 2526]**

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: November 13, 2023

*/s/ Mary de Leon*
Mary de Leon

# EXHIBIT A

**Service by U.S. First Class Mail**

| NAME | NOTICE NAME | ADDRESS |
|---|---|---|
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK | THOMAS RENKER | 50 NORTH PARK AVENUE P.O. BOX 9023, ROCKVILLE CENTRE, NY 11571-9023 |
| JONES DAY | CORINNE BALL BENJAMIN ROSENBLUM ANDREW M. BUTLER | 250 VESEY STREET NEW YORK, NY 10281 |
| OFFICE OF THE UNITED STATES TRUSTEE | GREG ZIPES | US FEDERAL BUILDING 201 VARICK STREET, SUITE 1006 NEW YORK, NY 10014 |

# EXHIBIT B

**Service by E-Mail**

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| JONES DAY | CORINNE BALL, BENJAMIN ROSENBLUM, ANDREW M. BUTLER, | CBALL@JONESDAY.COM; BROSENBLUM@JONESDAY.COM; ABUTLER@JONESDAY.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | SHARA CORNELL GREG ZIPES | SHARA.CORNELL@USDOJ.GOV GREG.ZIPES@USDOJ.GOV |