PACHULSKI STANG ZIEHL & JONES LLP
James I. Stang, Esq. (admitted *pro hac vice*)
Karen B. Dine, Esq.
Gillian N Brown, Esq.
Brittany M. Michael, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: 212- 561-7700
Facsimile: 212-561-7777
Email: jstang@pszjlaw.com
        kdine@pszjlaw.com
        gbrown@pszjlaw.com
        bmichael@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Case No. 20-12345 (MG) |
| | ) |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |

**CERTIFICATION OF NO OBJECTION REGARDING (1) THIRTY-THIRD MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023; (2) THIRTY-FIFTH MONTHLY FEE STATEMENT OF BURNS BAIR LLP, AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED FOR THE PERIOD FROM SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023; AND (3) SECOND MONTHLY FEE STATEMENT FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES BY BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISOR FOR THE PERIOD FROM SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023**

Pursuant to 28 U.S.C. § 1746 and Rule 9075-2 of the Local Bankruptcy Rules for the Southern District of New York, the undersigned counsel for the Official Committee of Unsecured Creditors (the "Committee") hereby certifies as follows:

1. On November 4, 2020, this Court entered the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 129] (the "Interim Compensation Order"),[1] which authorized professionals retained pursuant to an order of this Court in the chapter 11 case to seek interim payment of compensation and reimbursement of expenses in accordance with the procedures set forth in the Interim Compensation Order.

2. On **October 31, 2023**, the Committee filed the following:

- For **Pachulski Stang Ziehl & Jones LLP:** *Thirty-Third Monthly Fee Statement of Pachulski Stang Ziehl & Jones LLP for Professional Services Rendered and Disbursements Incurred as Counsel to the Official Committee of Unsecured Creditors for the Period from September 1, 2023 through September 30, 2023* [Docket No. 2621] (the "PSZJ Monthly Fee Statement"); and

- For **Burns Bair LLP:** *Thirty-Fifth Monthly Fee Statement of Burns Bair LLP, as Special Insurance Counsel to the Official Committee of Unsecured Creditors for Professional Service Rendered September 1, 2023 through September 30, 2023* [Docket No. 2622] (the "Burns Bair Monthly Fee Statement"); and

- For **Berkeley Research Group LLC:** *Second Monthly Fee Statement For Allowance Of Compensation And Reimbursement Of Expenses By Berkeley Research Group, LLC As Financial Advisor For The Period From September 1, 2023 Through September 30, 2023* [Docket No. 2624] (together with the PSZJ Monthly Fee Statement and Burns Bair Monthly Fee Statement, the "Monthly Fee Statements").

3. The Monthly Fee Statements were served on **October 31, 2023** [Docket No. 2625].

4. The Monthly Fee Statements complied with the requirements set forth in the Interim Compensation Order.

5. Pursuant to the Interim Compensation Order, **November 15, 2023** was the deadline to object to the Monthly Fee Statements (the "Objection Deadline"). As of the filing of this Certification of No Objection, more than forty-eight (48) hours have elapsed since the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

Objection Deadline. To the best of my knowledge, no responses to the Monthly Fee Statements have been (a) filed with the Court on the docket of the above-captioned chapter 11 case, or (b) served on PSZJ.

6.  Pursuant to the Interim Compensation Order, upon filing of this Certification of No Objection, the Debtor is authorized to pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statements and without the need for entry of a Court order approving the Monthly Fee Statements.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: November 21, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Gillian N. Brown*
James I. Stang, Esq. (admitted *pro hac vice*)
Karen B. Dine, Esq.
Gillian N Brown, Esq.
Brittany M. Michael, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone:   (212) 561-7700
Facsimile:    (212) 561-7777
Email:         jstang@pszjlaw.com
                 kdine@pszjlaw.com
                 gbrown@psjzlaw.com
                 bmichael@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*