REED SMITH LLP
Aaron Javian, Esq.
John B. Berringer, Esq.
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: ajavian@reedsmith.com
E-mail: jberringer@reedsmith.com

REED SMITH LLP
Timothy P. Law, Esq. (admitted *pro hac vice*)
1717 Arch Street
Three Logan Square, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420
E-mail: tlaw@reedsmith.com

*Special Insurance Counsel for Debtor
and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,[1] | : : : | Case No. 20-12345 (MG) |
| Debtor. | : : | |

**THIRTY-SEVENTH MONTHLY STATEMENT OF REED SMITH LLP, AS
SPECIAL INSURANCE COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION,
OF FEES FOR PROFESSIONAL SERVICES RENDERED AND
DISBURSEMENTS INCURRED FOR THE PERIOD
OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023**

| | |
|---|---|
| Name of Applicant: | Reed Smith LLP |
| Authorized to Provide Professional Services to: | Debtor and Debtor in Possession |
| Date of Retention: | Order entered on November 4, 2020, *nunc pro tunc* to October 1, 2020 |
| Period for which compensation and reimbursement is sought: | October 1, 2023 to October 31, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $210,447.25<br><br>80% of which is $168,357.80 |

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue P.O. Box 9023, Rockville Centre, NY 11571-9023.

Amount of Expense Reimbursement sought as
actual, reasonable and necessary:                   $5,554.97

Fees and Expenses of Debtor's Consulting
Expert ("Expert F&E")                               $123,715.28[2]

TOTAL (80% of fees, 100% of costs, 100% of
Expert F&E)                                         $297,628.05

Reed Smith LLP ("Reed Smith"), as Special Insurance Counsel for the Debtor and Debtor-In Possession, hereby submits this thirty-seventh monthly statement (the "Monthly Statement") for the period of October 1, 2023 through October 31, 2023 (the "Statement Period") for payment of professional services rendered and reimbursement of expenses incurred during the Statement Period pursuant to the Court's Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Dkt. No. 129] (the "Fee Procedures Order"). Reed Smith requests: (a) interim allowance and payment of compensation in the amount of $168,357.80 (80% of $210,447.25) of fees on account of reasonable and necessary professional services rendered to the Debtor by Reed Smith, (b) reimbursement of actual and necessary costs and expenses in the amount of $5,554.97 incurred by Reed Smith during the Statement Period, and (c) reimbursement for services rendered, and costs and expenses incurred, by Debtor's consulting expert in the amount of $123,715.28.

**FEES FOR SERVICES RENDERED DURING THE STATEMENT PERIOD**

1.      Set forth below is a list of the positions of the Reed Smith professionals and paraprofessionals who provided services to the Debtor during the Statement Period, their respective billing rates, and the aggregate hours spent by each professional and paraprofessional in providing services on behalf of the Debtor during the Statement Period.

---

[2] Submitted for payment pursuant to *Order Authorizing the Retention of Experts* [Dkt. No. 783], ¶ 3.

| Name | Title | Department | Office | JD Year | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Law, Timothy | Equity Partner | Litigation | Philadelphia | 1995 | 1,250 | 20.8 | $26,000.00 |
| Kramer, Ann | Fix.Sh.Partner | Litigation | New York | 1984 | 1,390 | 25.1 | $34,889.00 |
| Berringer, John | Counsel | Litigation | New York | 1980 | 1,285 | 59.4 | $76,329.00 |
| Berringer, John | Counsel | Litigation | New York | 1980 | 643 | 12.5 | $8,031.25 |
| Kim, Esther Y. | Associate | Litigation | Philadelphia | 2018 | 685 | 48.4 | $33,154.00 |
| LauKamg, Christopher | Paralegal | Business and Finance | New York | - | 410 | 39.0 | $15,990.00 |
| Zygmund-Felt, Georgia A. | Paralegal | Litigation | Philadelphia | - | 380 | 26.3 | $9,994.00 |
| Schad, James | Other | Litigation | Washington | - | 600 | 10.1 | $6,060.00 |
| | | | | | | 241.6 | $210,447.25 |
| **TOTAL:** | | | | | | 241.6 | $210,447.25 |

2.      The rates charged by Reed Smith for services rendered to the Debtor are the same rates that it charges geerally for professional services rendered to its non-bankruptcy clients as described in the engagement letter between Reed Smith and the Debtor.  A complete itemization of tasks performed by these professionals and paraprofessionals for the Statement Period is annexed hereto as **Exhibit A**.

## EXPENSES INCURRED DURING THE STATEMENT PERIOD

3.      Set forth below is a categorical list of expenses incurred by Reed Smith during the Statement Period in the course of representing the Debtor.

| Description | Amount |
|---|---|
| Duplicating/Printing/Scanning | $18.30 |
| Digitizing and transcript synchronization regarding the Roman Catholic Diocese v. Arrowood Indemnity Co. | $813.00 |
| Gravity Stack LLC October 2023 Invoice | $4,336.80 |
| J. Berringer Lodging Expense to attend the Paca Deposition | $224.87 |
| T. Law Rail Travel Expense to attend Committee Derivative Standing Motion Hearing | $162.00 |
| **TOTAL:** | **$5,554.97** |

## NOTICE AND OBJECTION PROCEDURES

4.      Reed Smith has provided notice of this statement upon the following parties by electronic or first class mail: (i) the Debtor, the Roman Catholic Diocese of Rockville Centre, 50 N. Park Avenue, P.O. Box 9023, Rockville Centre, NY 11571 (Attn: Thomas Renker); (ii) counsel to the Debtor, Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); (iii) the Office of the United States Trustee Region 2, Alexander Hamilton Custom House, One Bowling Green, Suite 534, New York, NY 10004 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq.); and (iv) counsel for the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017 (Attn: Ilan D. Scharf, Esq., Karen B. Dine, Esq. and Brittany M. Michael, Esq.) and Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067 (Attn: James I. Stang, Esq.).

5.      Pursuant to the Fee Procedures Order, objections to this Monthly Statement, if any, must be served no later than **December 6, 2023** (the "Objection Deadline") upon the following parties: (i) the Debtor, the Roman Catholic Diocese of Rockville Centre, 50 N. Park Avenue, P.O. Box 9023, Rockville Centre, NY 11571 (Attn: Thomas Renker); (ii) counsel to the Debtor, Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); (iii) the Office of the United States Trustee Region 2, Alexander Hamilton Custom House, One Bowling Green, Suite 534, New York, NY 10004 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq.); (iv) counsel for the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017 (Attn: Ilan D. Scharf, Esq., Karen B. Dine, Esq. and Brittany M. Michael, Esq.) and Pachulski Stang Ziehl

4

& Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067 (Attn: James I. Stang, Esq.); and (v) Special Insurance Counsel, Reed Smith LLP, 599 Lexington Avenue, New York, NY 10022 (Attn: Aaron Javian, Esq. and John B. Berringer, Esq.) and Reed Smith LLP, 1717 Arch Street, Three Logan Square, Suite 3100, Philadelphia, PA 19103 (Attn: Timothy P. Law, Esq.).

6.      If no objections to this Monthly Statement are received by the Objection Deadline, the Debtor will be authorized thereafter to pay Reed Smith 80% of the fees and 100% of the expenses identified in the Monthly Statement as well as 100% of the Expert F&E.

7.      To the extent an objection to the Monthly Statement is received on or before the Objection Deadline, the Debtor will withhold payment of that portion of the Monthly Statement to which the objection is directed and is authorized to pay the remainder of fees and expenses in the percentages set forth above.  To the extent such objection is not resolved, it shall be preserved and presented to the Court at the next interim or final fee application hearing to be heard in accordance with paragraph 2(k) of the Fee Procedures Order.

Dated:  November 21, 2023
        New York, New York

REED SMITH LLP

*/s/ Aaron Javian*
Aaron Javian, Esq.
John B. Berringer, Esq.
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: ajavian@reedsmith.com
E-mail: jberringer@reedsmith.com

-and-

REED SMITH LLP
Timothy P. Law, Esq. (admitted *pro hac vice*)
1717 Arch Street
Three Logan Square, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420
E-mail: tlaw@reedsmith.com

*Special Insurance Counsel for Debtor and
Debtor in Possession*

# EXHIBIT A



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number: **3674775** |
| 50 No. Park Avenue | Invoice Date: **11/21/2023** |
| Att: William G. Chapin | Client Number: **504893** |
| Rockville Centre, NY 11570 | Matter Number: **504893.20001** |
| US - UNITED STATES | |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Non-Working Travel**

---

Total Current Fees................................................................................$        8,031.25

**Total Due This Invoice:**                       **$        8,031.25**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
*(Please Reference Invoice Number)*



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

R.C. Diocese of Rockville Centre
50 No. Park Avenue
Att: William G. Chapin
Rockville Centre, NY 11570
US - UNITED STATES

| | |
|---|---|
| Invoice Number: | **3674775** |
| Invoice Date: | **11/21/2023** |
| Client Number: | **504893** |
| Matter Number: | **504893.20001** |

**RE: Non-Working Travel**

---

## INVOICE SUMMARY

Total Current Fees..............................................................................$ 8,031.25

**Total Due This Invoice:** **$ 8,031.25**

Please Remit to:

***Mail To:***
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
***(Please Reference Invoice Number)***



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

R.C. Diocese of Rockville Centre
50 No. Park Avenue
Att: William G. Chapin
Rockville Centre, NY 11570
US - UNITED STATES

| | |
|---|---|
| Invoice Number: | **3674775** |
| Invoice Date: | **11/21/2023** |
| Client Number: | **504893** |
| Matter Number: | **504893.20001** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH October 31, 2023**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/03/23 | J.B. Berringer | Travel to West Palm Beach regarding Placa Deposition. | 6.00 |
| 10/04/23 | J.B. Berringer | Travel to NY from West Palm Beach regarding Placa Deposition. | 6.50 |
| **Total Hours** | | | **12.50** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| John B. Berringer | 12.50 hrs @ $ | 642.50 / hr | 8,031.25 |
| **Total Professional Services** | | | **8,031.25** |

**INVOICE SUMMARY**

| | | |
|---|---|---|
| Total Fees | $ | 8,031.25 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **8,031.25** |
| **Total Amount Due** | **$** | **8,031.25** |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number: **3674770** |
| 50 No. Park Avenue | Invoice Date: **11/21/2023** |
| Att: William G. Chapin | Client Number: **504893** |
| Rockville Centre, NY 11570 | Matter Number: **504893.60005** |
| US - UNITED STATES | |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Chapter 11 Insurance Recovery**

Total Current Fees.................................................................................$       194,872.00

Total Current Expenses and Other Charges ......................................$       5,554.97

**Total Due This Invoice:**                                         **$      200,426.97**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360110*
*Pittsburgh, PA 15251-6110*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
**(Please Reference Invoice Number)**



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number: **3674770** |
| 50 No. Park Avenue | Invoice Date: **11/21/2023** |
| Att: William G. Chapin | Client Number: **504893** |
| Rockville Centre, NY 11570 | Matter Number: **504893.60005** |
| US - UNITED STATES | |

**RE: Chapter 11 Insurance Recovery**

## INVOICE SUMMARY

Total Current Fees..............................................................................$     194,872.00

Total Current Expenses and Other Charges ...................................................... $_____5,554.97

**Total Due This Invoice:** **$____200,426.97**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360110*
*Pittsburgh, PA 15251-6110*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
**(Please Reference Invoice Number)**



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

R.C. Diocese of Rockville Centre
50 No. Park Avenue
Att: William G. Chapin
Rockville Centre, NY 11570
US - UNITED STATES

| | |
|---|---|
| Invoice Number: | **3674770** |
| Invoice Date: | **11/21/2023** |
| Client Number: | **504893** |
| Matter Number: | **504893.60005** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH October 31, 2023**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/02/23 | J.C. Schad | Attention to status re: CVA suits defense for discussion with C. Adams (.40); extract pertinent data and prepare report for review (.70). | 1.10 |
| 10/02/23 | A. Kramer | Review J. Glenn Standing opinion (.20); resume mediation via Zoom (1.20 ); review Alix v. McKinsey opinion (.40). | 1.80 |
| 10/02/23 | T.P. Law | Review court decision on derivative standing motion. | 0.30 |
| 10/02/23 | T.P. Law | Review and revise proposed protective order regarding Rule 2004 discovery. | 0.80 |
| 10/02/23 | J.B. Berringer | Review materials from W. Chapin re: Ecclesia claims (1.3); review email E. Kim re: discovery issues (.40); review Opinion re: UCC motion and emails re: same (.80); review Arrowood supplemental disclosures and email E. Kim re: same (.60); final prep. re: Placa deposition (1.6). | 4.70 |
| 10/02/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 10/03/23 | A. Kramer | Work with KCIC and B. Rosenblum re: revised allocations. | 0.70 |
| 10/03/23 | T.P. Law | Provide edits to proposed protective order regarding Rule 2004 discovery by the Committee from Arrowood. | 0.90 |
| 10/03/23 | T.P. Law | Email response to M. Natale re: the Diocese's proposed modification to the protective order for | 0.40 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| | | Rule 2004 discovery. | |
| 10/03/23 | G. A. Zygmund-Felt | Review document production, begin data entry and analysis. | 1.10 |
| 10/03/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 10/04/23 | E. Y. Kim | Draft 30(b)(6) deposition notice to Evanston (1.6); analyze deposition notice from Evanston (.30). | 1.90 |
| 10/04/23 | A. Kramer | Work in Process call with JD and RS teams (.90); meeting with KCIC valuation team and E. Stephens (1.5). | 2.40 |
| 10/04/23 | T.P. Law | Participate in work in progress call. | 1.10 |
| 10/04/23 | T.P. Law | Report to team on Strafford seminar re: insurance neutrality in bankruptcy. | 0.50 |
| 10/04/23 | T.P. Law | Draft and send lengthy email to [REDACTED]. | 0.90 |
| 10/04/23 | T.P. Law | Telephone conference with J. Berringer re: Placa deposition. | 0.20 |
| 10/04/23 | G. A. Zygmund-Felt | Continue review of document production and data analysis. | 7.00 |
| 10/04/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 10/04/23 | J.B. Berringer | Preparation for Placa dep. and meeting with Placa's counsel (.90); attendance on team call (.60); attendance at Placa deposition (5.8). | 7.30 |
| 10/05/23 | T.P. Law | Review and approve Evanston 30(b)(6) deposition topics. | 0.30 |
| 10/05/23 | G. A. Zygmund-Felt | Continue review of document production and data analysis. | 6.00 |
| 10/05/23 | J.B. Berringer | Review of draft 30(b)(6) notice (.40); review of Evanston notice, emails E. Kim , T. Law re: same (.90); review emails re: UCC Lift Stay motion | 2.20 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | (.60); t/c E. Kim re: discovery issues (.30). | |
| 10/05/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 10/05/23 | E. Y. Kim | Revise response letter to Arrowood 30(b)(6) objections per J. Berringer's comments. | 2.20 |
| 10/05/23 | E. Y. Kim | Revise and finalize 30(b)(6) deposition notice to Evanston. | 0.40 |
| 10/06/23 | E. Y. Kim | Revise response letter to Arrowood 30(b)(6) objections per J. Berringer's comments. | 1.10 |
| 10/06/23 | A. Kramer | Prepare for call with Committee re: lift stay motion (.30); prep call with JD team re same (.30); conference call with Committee and JD team (.60); telephone conference with A. Butler re same (.10). | 1.30 |
| 10/06/23 | J.B. Berringer | Review T. Law memo re: T. Burns presentation (.20); pre-call with team and t/c with UCC counsel (.90); review emails re: UCC offer (.40); draft memo re: Placa deposition (.60); review Arrowood responses to Rule 2004 discovery, email team re: same (.90). | 3.00 |
| 10/06/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 10/06/23 | G. A. Zygmund-Felt | Continue review of document production and data analysis. | 6.50 |
| 10/09/23 | E. Y. Kim | Revise and finalize response letter to Arrowood regarding 30(b)(6) topics per T. Law's comments. | 1.80 |
| 10/09/23 | J.B. Berringer | Telephone conference with T. Law re: response to Arrowood (.60); review draft letter (.40); email T. Law re: same (.10). | 1.10 |
| 10/09/23 | A. Kramer | Attend prep call with JD Team re: mediation (.30); attend mediation session (1.4); team call with KCIC valuation team and E. Stephens (.60); | 2.90 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | telephone conversations with E. Stephens re: valuation (.60). | |
| 10/09/23 | T.P. Law | Telephone conference with E. Kim and J. Berringer re: response to Arrowood's 30(b)(6) response. | 0.30 |
| 10/09/23 | T.P. Law | Redline draft correspondence addressing Arrowood's 30(b)(6) response. | 0.30 |
| 10/09/23 | T.P. Law | Review Arrowood's response to Rule 2004 discovery and email Jones Day. | 0.50 |
| 10/09/23 | G. A. Zygmund-Felt | Continue review of documents production and data entry for date of earliest notice. | 5.40 |
| 10/09/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 10/10/23 | A. Kramer | Telephone calls with J. Berringer re: status of mediation and committee demands (.50); telephone conversation with A. Butler re: response to lift stay motion (.30); analysis of committee demands (2.3). | 3.10 |
| 10/10/23 | J.C. Schad | Correlative analysis re: settlement demands (2.6), calculate trigger, allocation, policy limits re: analysis of responsive policies (1.6), prepare reports to A. Kramer and J. Berringer (.30). | 4.50 |
| 10/10/23 | J.B. Berringer | Review Barr email, chart with UCC demands (.70); t/c A. Kramer re: same (.20); t/cs J. Schad re: additional info re: UCC demands (.40); review Schad info, and t/c A. Kramer re: same (.60); review emails re: Puglisi deposition (.20); review Puglisi docs. (.50); review chart from JD re: UCC demands (.60); review emails re: lift stay motion (.40). | 3.60 |
| 10/11/23 | A. Kramer | Work in Process call with Renker, JD and RS Teams re: mediation, 10/23 prep. etc. (.80); further analysis of committee demands (.80); telephone conversation with A. Butler re: lift stay response (.10); email exchange re: Allianz | 1.90 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|------------|-------------|-------|
| | | disclosure, 2004 demand (.20). | |
| 10/11/23 | T.P. Law | Participate in work in process call with client and Jones Day and Reed Smith teams. | 0.80 |
| 10/11/23 | J.B. Berringer | Team conf. call (.60); review of UCC Rochester motion (.80); t/c's C. Adams, W. Chapin re: Puglisi deposition (.80). | 2.20 |
| 10/11/23 | G. A. Zygmund-Felt | Discuss spreadsheet re: earliest notice with E. Kim for feedback and adjustments. | 0.30 |
| 10/11/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 1.00 |
| 10/12/23 | E. Y. Kim | Analyze documents regarding E. Puglisi deposition for review by C. Adams (1.0); analyze task list and upcoming court hearing date per J. Berringer's request (.60). | 1.60 |
| 10/12/23 | T.P. Law | Telephone conference with [REDACTED] re: next steps. | 0.60 |
| 10/12/23 | T.P. Law | Review property and security fund documents re: ability to pay. | 0.70 |
| 10/12/23 | J.B. Berringer | Review of Puglisi docs (1.40); review emails re: Puglisi dep. (.30); review Chart re: UCC demands (.40). | 2.10 |
| 10/12/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 10/13/23 | T.P. Law | Review and comment on motion to lift stay. | 0.60 |
| 10/13/23 | J.B. Berringer | Review draft Objection to Lift Stay motion (.60); review, reply to K. Moriarty email (.30); review emails re: Lift Stay hearing (.40). | 1.30 |
| 10/13/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 10/16/23 | A. Kramer | Email exchange with C. Ball re: Kaiser Gypsum cert. acceptance (.20); review insurer objections to Lift Stay motions (1.3). | 1.50 |
| 10/16/23 | A. Kramer | Communications with Butler, Allison and Michael re: Allianz POC disclosure issues. | 0.40 |
| 10/16/23 | J.B. Berringer | Emails C. Adams re: Puglisi deposition (.40); t/c Arrowood counsel re: depositions (.60); email T. Law re: same (.20); review, reply to T. Geremia email re: UCC proposal (.40); email T. Geremia re: draft response to UCC (.30); email UCC re: proposal (.20); review Interstate, LMI Oppositions re: lift stay motion (.80); review Arrowood draft letter to Judge Cave, reply to Arrowood (.40) review Puglisi docs (.80). | 4.10 |
| 10/16/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 10/16/23 | C.M. LauKamg | Arrange USBC SDNY A. Kramer and J. Berringer October 23, 2023 and October 24, 2023 Hearing Appearances and circulate confirmations of same. | 0.80 |
| 10/17/23 | A. Kramer | Address Allianz POC disclosure issue with A. Butler, B. Michael and S. Allison. | 0.30 |
| 10/17/23 | E. Y. Kim | Draft LMI 30(b)(6) deposition notice. | 1.20 |
| 10/17/23 | J.B. Berringer | Review LMI draft 30(b)(6) notice (.50); email E. Kim re: same, LMI trigger letter (.60); email T. Law re: same (.20); review UCC email re: 2004 discovery (.20); email A. Kramer re: same (.10); review LMI deficiency letter (.50); emails Law, Kramer, client re: same (.30); emails E. Kim re: meet and confer with LMI (.40). | 2.80 |
| 10/17/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 10/18/23 | A. Kramer | Work in process call with JD team. | 0.50 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 10/18/23 | J.B. Berringer | Team call (.50); t/c E. Kim re: discovery responses (.40) t/c J. Moffett re: extending discovery deadlines, subpoenas to third parties , LMI deficiency letter (.80); review LMI letter to Court, email LMI re: same (.40); review LMI deficiency letter, t/c E. Kim re: same (.80); t/c J. Schad re: LMI interim payments (.30). | 3.20 |
| 10/18/23 | E. Y. Kim | Call with J. Berringer regarding LMI deficiency letter and analyze same (1.1); analyze discovery responses to LMI (.40). | 1.50 |
| 10/19/23 | A. Kramer | Review Mediators report (.10); call with A. Butler re: [REDACTED] (.20); communications with Berringer and Law re: same (.20). | 0.50 |
| 10/19/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 1.60 |
| 10/19/23 | C.M. LauKamg | Follow up with USBC SDNY Clerks Office and Chambers regarding status of the October 23, 2023 and October 24, 2023 Hearings and arrange J. Berringer and A. Kramer Hearing Appearances regarding same. | 0.40 |
| 10/19/23 | J.B. Berringer | Emails W. Chapin, A. Fay re: LMI interim payments issue (.60); t/c A. Fay re: same (.20); review Mediator Status report (.30); review A. Kramer email re: next steps, reply to email (.70); review LMI subpoenas, t/c J. Moffett re: same (.90); email E. Kim, T. Law re: same (.20); emails Schad re: LMI interim payments issue (.40); review LMI dep. notice for W. Chapin, email Chapin re: same (.30). | 3.60 |
| 10/19/23 | J.C. Schad | Research, analyze, extract pertinent materials for reports to J. Berringer re: LMI loss payable provisions in LMI program. | 0.80 |
| 10/20/23 | A. Kramer | [REDACTED] planning/analysis (.50); communications with RS team re: same (.30). | 0.80 |
| 10/20/23 | T.P. Law | Telephone conference with J. Berringer re: status | 0.50 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | of discovery issues in adversary proceedings. | |
| 10/20/23 | T.P. Law | Email exchanges with A. Kramer, J. Berringer, and J. Schad re: [REDACTED]. | 1.20 |
| 10/20/23 | T.P. Law | Review Diocese letter to Judge Glenn and mediators report to Judge Glenn. | 3.00 |
| 10/20/23 | J.B. Berringer | Telephone conference with T. Law re: status of discovery (.50); t/c E. Kim re: same (.30); review info from J. Schad re: LMI agg. excess limits (.60); emails with W. Chapin re: Ecclesia policy, defense obligations (.80). | 2.20 |
| 10/20/23 | J.C. Schad | Analyze, prepare reports to J. Berringer, A. Kramer, T. Law re: status of certain aggregate limits, retention, limited aggregates, prior payments, nature of claims, sources of data, payment history. | 1.20 |
| 10/20/23 | C.M. LauKamg | Retrieve USBC SDNY docket for pleadings in preparation for the October 23, 2023 Hearing and circulate same to Attorneys. | 1.40 |
| 10/20/23 | E. Y. Kim | Call with J. Berringer regarding discovery tasks and LMI deficiency letter. | 0.30 |
| 10/20/23 | C.M. LauKamg | Follow up with USBC SDNY Clerks Office and Chambers regarding J. Berringer and A. Kramer October 23, 2023 Hearing Appearances and circulate confirmations of same to Attorneys. | 0.40 |
| 10/23/23 | T.P. Law | Telephone conference with E. Kim and J. Berringer re: discovery issues. | 0.50 |
| 10/23/23 | T.P. Law | Email exchange with A. Kramer re: Ecclesia coverage. | 0.70 |
| 10/23/23 | T.P. Law | Review and comment on LMI 30(b)(6) deposition topics. | 0.80 |
| 10/23/23 | A. Kramer | Communications with Berringer and Law re: [REDACTED] (.30); draft note to Rosenblum and Butler re: same (.20); attend court hearing via Zoom (1.5). | 2.00 |
| 10/23/23 | E. Y. Kim | Prepare for and attend call with T. Law and J. | 4.30 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | Berringer regarding discovery tasks (.50); analyze LMI deficiency letter to draft response letter (3.2); draft joint letter regarding discovery extension for Evanston matter (.50); follow up email to Arrowood regarding deposition dates (.10). | |
| 10/23/23 | J.B. Berringer | Telephone conference with A. Kramer re: Agg. Excess issue, review draft emails re: same (.90); t/cs T. Law, E. Kim re: discovery status in Adversary cases (.60); prep. for hearing (.80); travel to, attendance at hearing (2.1); t/c A. Kramer re: hearing (.30); emails with B. Rosenblum re: Adversary Proceedings (.30). | 5.00 |
| 10/23/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 10/24/23 | J.B. Berringer | Telephone conference with C. Adams re: Puglisi deposition (.60); review emails re: discovery, scheduling (1.4); emails Arrowood re: depositions (.40). | 2.40 |
| 10/24/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 10/24/23 | C.M. LauKamg | Finalize, electronically file and serve USDC SDNY Letter to Magistrate Judge Cave regarding Extension of Time to Complete Discovery of Phase I Discovery Deadlines and update master files and calendar. | 0.80 |
| 10/24/23 | E. Y. Kim | Analyze LMI responses to interrogatories and document requests for deficiencies (2.6); emails to T. Law, J. Berringer, opposing counsel regarding scheduling for depositions and meet and confer with LMI (.20). | 2.80 |
| 10/25/23 | T.P. Law | Participate in work in process call with client, Jones Day and Reed Smith team. | 1.40 |
| 10/25/23 | J.B. Berringer | Review Arrowood letter re: Rule 2004 discovery | 0.60 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | (.40); review Court Order extending discovery (.20). | |
| 10/25/23 | E. Y. Kim | Draft outline of topics for Arrowood 30(b)(6) deposition. | 3.90 |
| 10/25/23 | A. Kramer | Work in process call with Renker, Fr. Fasano, JD and RS Teams to discuss [REDACTED] (1.4); begin review of expert draft (1.3); email exchange with KCIC re: same (.10). | 2.80 |
| 10/26/23 | E. Y. Kim | Draft response letter to LMI deficiency letter and analyze documents regarding same to prepare for meet and confer (5.1); call with J. Berringer regarding same (.50). | 5.60 |
| 10/26/23 | T.P. Law | Telephone conference with A. Butler re: [REDACTED]. | 0.40 |
| 10/26/23 | T.P. Law | Send additional information to [REDACTED]. | 1.30 |
| 10/26/23 | T.P. Law | Telephone conference with A. Butler re: [REDACTED]. | 0.40 |
| 10/26/23 | J.B. Berringer | Telephone conference with E. Kim re: discovery issues (.50); review LMI deficiency letter, outstanding discovery issues (1.3). | 1.80 |
| 10/26/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 1.20 |
| 10/26/23 | A. Kramer | Teams call with Butler and Law re: [REDACTED]. | 0.60 |
| 10/27/23 | T.P. Law | Participate in discovery call with LMI. | 0.50 |
| 10/27/23 | J.B. Berringer | Review amicus brief in Purdue (.60); prep. for LMI meet and confer (1.1); t/c E. Kim re: M & C (.50); t/c LMI re: deficiency letter (.80); review emails re: Arrowood defense of Parish in CVA matters (.50). | 3.50 |
| 10/27/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|------------|-------------|-------|
| 10/27/23 | T.P. Law | Telephone conference with J. Berringer re: discovery issues. | 0.50 |
| 10/27/23 | E. Y. Kim | Preparation for LMI meet and confer with J. Berringer (.50); attend meet and confer call with LMI counsel (.80); analyze LMI deficiency letter and analyze productions to LMI to prepare for same (2.6); finalize deposition notice to LMI (.20); draft outline of topics for Arrowood 30(b)(6) deposition (2.9). | 7.00 |
| 10/27/23 | A. Kramer | Conference call with [REDACTED] (.60); telephone conversation with C. Sugayan re: last hearing and mediation etc. (.30); telephone conversation with B. Rosenblum re: Sugayan call (.20). | 1.10 |
| 10/29/23 | E. Y. Kim | Analyze claim correspondence for supplemental production to LMI (1.2); draft outline for Arrowood 30(b)(6) deposition (2.2); draft supplemental responses to LMI interrogatories (1.5). | 4.90 |
| 10/30/23 | A. Kramer | Zoom call with JD and LMI teams re: mediation/settlement. | 0.50 |
| 10/30/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 10/30/23 | C.M. LauKamg | Arrange USBC SDNY November 1, 2023 hearing appearances and circulate confirmations of same. | 0.60 |
| 10/30/23 | J.B. Berringer | Email E. Kim re LMI discovery (.30); review J. Barr email re: Arrowood discovery deficiencies (.30); emails W. Chapin re: LMI claims (.80); review article re: CVA jury verdict, email A. Kramer, T. Law re: same (.50). | 1.90 |
| 10/30/23 | E. Y. Kim | Call with Network Adjusters regarding additional claim documents for production to LMI (.30); analyze claims documents from Network Adjusters for same (.40); analyze claim correspondence and documents for supplemental production to LMI (2.2); draft supplemental | 4.50 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| | | responses to LMI's discovery requests per meet and confer (1.6). | |
| 10/30/23 | J.C. Schad | Attention to insurer coverage position letters for response to request from C. Adams (.50); review, correlate, retain documents in shared files facility (0.6); report to T. Law, J. Berringer, A. Kramer re: stored files (.10). | 1.20 |
| 10/31/23 | C.M. LauKamg | Follow up and arrange USBC SDNY November 1, 2023 hearing appearances and circulate confirmations of same. | 0.40 |
| 10/31/23 | J.C. Schad | Review, preparation, production for transfer, supplemental production, archiving. | 1.30 |
| 10/31/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 10/31/23 | T.P. Law | Send additional information to [REDACTED]. | 0.40 |
| 10/31/23 | E. Y. Kim | Analyze claim documents and correspondence to draft supplemental responses to LMI's discovery requests (2.9); analyze claim documents from Network Adjusters for supplemental production to LMI (.50). | 3.40 |
| 10/31/23 | J.B. Berringer | Emails with Arrowood counsel re: depositions (.50); t/c W. Chapin re: LMI discovery (.30). | 0.80 |
| **Total Hours** | | | **210.70** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Ann V. Kramer | 25.10 hrs @ $ | 1,390.00 / hr | 34,889.00 |
| John B. Berringer | 59.40 hrs @ $ | 1,285.00 / hr | 76,329.00 |
| Timothy P. Law | 20.80 hrs @ $ | 1,250.00 / hr | 26,000.00 |
| Esther Y. Kim | 48.40 hrs @ $ | 685.00 / hr | 33,154.00 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| James C. Schad | 10.10 hrs @ $ | 600.00 / hr | 6,060.00 |
| Christopher LauKamg | 20.60 hrs @ $ | 410.00 / hr | 8,446.00 |
| Georgia A. Zygmund-Felt | 26.30 hrs @ $ | 380.00 / hr | 9,994.00 |
| **Total Professional Services** | | | **194,872.00** |

**DISBURSEMENTS AND OTHER CHARGES**

| Date | Description | | Amount |
|---|---|---|---|
| | Duplicating/Printing/Scanning | 183.00 @ 0.10 | 18.30 |
| 09/22/2023 | T. Law Rail Travel Expense to attend Committee Derivative Standing Motion Hearing | | 162.00 |
| 10/03/2023 | J. Berringer Lodging Expense to attend the Placa Deposition | | 224.87 |
| 10/26/2023 | Gravity Stack LLC October 2023 Invoice | | 4,336.80 |
| 10/27/2023 | Digitizing and transcript synchronization regarding The Roman Catholic Diocese v. Arrowood Indemnity Co. | | 813.00 |
| | **Total Expenses and Other Charges** | | **5,554.97** |

**INVOICE SUMMARY**

| | | |
|---|---|---|
| Total Fees | $ | 194,872.00 |
| Total Expenses and Other Charges | $ | 5,554.97 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **200,426.97** |
| **Total Amount Due** | **$** | **200,426.97** |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number: **3674776** |
| 50 No. Park Avenue | Invoice Date: **11/21/2023** |
| Att: William G. Chapin | Client Number: **504893** |
| Rockville Centre, NY 11570 | Matter Number: **504893.60006** |
| US - UNITED STATES | |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Fee statements/fee applications**

Total Current Fees.................................................................................$ 7,544.00

**Total Due This Invoice:** **$ 7,544.00**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
*(Please Reference Invoice Number)*



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number: **3674776** |
| 50 No. Park Avenue | Invoice Date: **11/21/2023** |
| Att: William G. Chapin | Client Number: **504893** |
| Rockville Centre, NY 11570 | Matter Number: **504893.60006** |
| US - UNITED STATES | |

**RE: Fee statements/fee applications**

---

## INVOICE SUMMARY

Total Current Fees..............................................................................$_____7,544.00

**Total Due This Invoice:** **$_____7,544.00**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
*(Please Reference Invoice Number)*



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number:      **3674776** |
| 50 No. Park Avenue | Invoice Date:      **11/21/2023** |
| Att: William G. Chapin | Client Number:      **504893** |
| Rockville Centre, NY 11570 | Matter Number:      **504893.60006** |
| US - UNITED STATES | |

### DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH October 31, 2023

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/03/23 | C.M. LauKamg | Finalize USBC SDNY Certificate of No Objection for the Reed Smith LLP Thirty-Fifth Monthly Fee Statement in preparation for electronic filing. | 0.40 |
| 10/04/23 | C.M. LauKamg | Revise USBC SDNY Reed Smith LLP Thirty-Sixth Monthly Fee Statement in preparation for electronic filing. | 1.80 |
| 10/06/23 | C.M. LauKamg | Review and revise USBC SDNY Reed Smith LLP Thirty-Sixth Monthly Fee Statement in preparation for electronic filing. | 1.20 |
| 10/09/23 | C.M. LauKamg | Revise USBC SDNY Reed Smith LLP Thirty-Sixth Monthly Fee Statement in preparation for electronic filing. | 1.20 |
| 10/09/23 | C.M. LauKamg | Finalize, electronically file and serve USBC SDNY Certificate of No Objection for the August 2023 Reed Smith LLP Monthly Fee Statement and update master files and calendar. | 0.80 |
| 10/09/23 | C.M. LauKamg | Follow up with Epiq regarding status of USBC SDNY Affidavit of Service for the Reed Smith LLP Thirty-Fifth Monthly Fee Statement and circulate status of same. | 0.40 |
| 10/11/23 | C.M. LauKamg | Revise USBC SDNY Reed Smith LLP Thirty-Sixth Monthly Fee Statement in preparation for electronic filing. | 1.00 |
| 10/12/23 | C.M. LauKamg | Revise and finalize USBC SDNY Reed Smith LLP Thirty-Sixth Monthly Fee Statement in preparation for electronic filing. | 0.80 |
| 10/13/23 | C.M. LauKamg | Finalize, electronically file and serve USBC | 1.80 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: –+1 215 851 8100
Fax: –+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|------------|-------------|-------|
| | | SDNY Reed Smith LLP Thirty Sixth Monthly Fee Statement and update master files and calendar. | |
| 10/16/23 | C.M. LauKamg | Draft USBC SDNY Reed Smith LLP Ninth Interim Fee Application in preparation for electronic filing. | 1.60 |
| 10/19/23 | C.M. LauKamg | Prepare USBC SDNY Reed Smith LLP Ninth Interim Fee Application in preparation for electronic filing. | 2.00 |
| 10/20/23 | C.M. LauKamg | Revise USBC SDNY Reed Smith LLP Ninth Interim Fee Application in preparation for electronic filing. | 1.40 |
| 10/23/23 | C.M. LauKamg | Revise USBC SDNY Reed Smith LLP Ninth Interim Fee Application in preparation for electronic filing. | 0.80 |
| 10/24/23 | C.M. LauKamg | Revise, review and finalize USBC SDNY Reed Smith LLP Ninth Interim Fee Application in preparation for electronic filing. | 2.40 |
| 10/27/23 | C.M. LauKamg | Finalize USBC SDNY Certificate of No Objection for the Reed Smith LLP Thirty-Sixth Monthly Fee Statement in preparation for electronic filing. | 0.40 |
| 10/30/23 | C.M. LauKamg | Review USBC SDNY Monthly Fee Statements and Interim Fee Applications for Fourth Quarter 2023 Fee Estimates and circulate findings to Attorneys. | 0.40 |
| **Total Hours** | | | **18.40** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Christopher LauKamg | 18.40 hrs @ $ | 410.00 / hr | 7,544.00 |
| **Total Professional Services** | | | **7,544.00** |

**INVOICE SUMMARY**

| | | |
|---|---|---|
| Total Fees | $ | 7,544.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

**TOTAL CURRENT INVOICE DUE**                    $_____**7,544.00**

**Total Amount Due**                    $_____**7,544.00**