**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br>Debtor. | Chapter 11<br>Case No. 20-12345 (MG) |

**NOTICE OF ADJOURNED HEARING ON (I) THE MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING EXAMINATION OF WITNESSES AND THE PRODUCTION OF DOCUMENTS AND (II) THE STATUS CONFERENCE REGARDING THE DISCLOSURE BY INTERSTATE FIRE & CASUALTY COMPANY, NATIONAL SURETY CORPORATION, AND FIREMAN'S FUND INSURANCE COMPANY OF SURVIVOR PERSONAL INFORMATION FROM PROOFS OF CLAIM TO THIRD PARTIES**

**PLEASE TAKE NOTICE** that the hearings on the (i) *Motion of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing Examination of Witnesses and the Production of Documents* filed on October 9, 2023 as [Docket No. 2556] (the "**Motion**"), and (ii) the *Status Conference Regarding the Disclosure by Interstate Fire & Casualty Company, National Surety Corporation and Fireman's Fund Insurance Company of Survivor Personal Information from Proofs of Claim to Third Parties* [Docket No. 2564] (the "**Status Conference**") that were set for hearing on November 28, 2023 will now be held on **January 9, 2024 at 10:00 a.m.** (Prevailing Eastern Time) (the "**Hearing**").

**PLEASE TAKE FURTHER NOTICE** that any responses to the Motion or relating to the Status Conference must be in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of New York, be filed by **January 3, 2024 at 4:00 p.m. (Prevailing Eastern Time)**, and shall be served on (a) counsel to the Official Committee of Unsecured Creditors (the "**Committee**"), Pachulski Stang Ziehl & Jones LLP, 780 Third

Avenue, 36th Floor, New York, New York Attn: James I. Stang, Esq., Karen B. Dine, Esq., and Brittany M. Michael, Esq; (b) counsel to The Roman Catholic Diocese of Rockville, New York (the "**Diocese**"), Jones Day, 250 Vesey Street, New York, New York 10281-1048 Attn: Corinne Ball, Esq. Todd Geremia, Esq, Benjamin Rosenblum, Esq., Andrew Butler, Esq.; and (c) William K. Harrington, U.S. Department of Justice, Office of the U.S. Trustee, 201 Varick Street, Room 1006, New York, NY 10014, Attn: Greg M. Zipes and Shara Cornell, Esq.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be a hybrid Zoom/live conference, with some participants appearing by Zoom for Government and others appearing in the U.S. Bankruptcy Court for the Southern District of New York, located at One Bowling Green, New York, NY, in Courtroom 523. Parties wishing to appear at the Hearing via Zoom for Government, whether making a "live" or "listen only" appearance before the Court, must make an electronic appearance through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl on or before January 8, 2024, at 4:00 p.m. (Eastern Time). After the deadline for parties to make electronic appearances has passed, parties who have made their electronic appearance through the Court's website will receive an invitation from the Court with a Zoom link that will allow them to attend the Hearing. Requests to receive a Zoom link should not be emailed to the Court, and the Court will not respond to late requests that are submitted on the day of the Hearing. Further information on the use of Zoom for Government can be found at the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing or a later hearing.

4881-6035-2659.1 18491.002

**PLEASE TAKE FURTHER NOTICE** that any responding parties are required to telephonically attend the Hearing, and failure to appear may result in relief being granted upon default.

Dated: November 27, 2023

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Karen B. Dine
James I. Stang, Esq.
Iain A. W. Nasatir, Esq.
Karen B. Dine, Esq.
Brittany M. Michael, Esq.
780 Third Avenue, 34th Floor
New York, NY  10017-2024
Telephone: 212/561-7700
Facsimile: 212/561-7777
jstang@pszjlaw.com
inasatir@pszjlaw.com
kdine@pszjlaw.com
bmichael@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors*