**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 20-12345 (SCC) |
| | ) | |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, | ) ) | Chapter 11 |
| | ) | |
| Debtor.[1] | ) ) | |
| | ) | |

**THIRD MONTHLY FEE STATEMENT FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES BY
BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISOR
FOR THE PERIOD FROM OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023**

| | |
|---|---|
| Name of Applicant: | Berkeley Research Group, LLC ("BRG") |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "Committee") |
| Date of Retention: | December 9, 2020 Effective as of October 29, 2020 [Docket No. 246] |
| Period for which Compensation and Reimbursement is Sought: | October 1, 2023 through October 31, 2023[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $3,936.40 (80% of $4,920.50) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 [3] |

This is a:     X   Monthly __ Interim    _ Final Application.

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last for digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue, PO Box 9023, Rockville Centre, NY  11571-9023.

[2] The applicant reserves the right to include any time expended and expenses incurred in the period indicated above in future application(s) if it is not included herein.

[3] The date listed for expenses contained in Exhibit B does not necessarily reflect the date on which the expense was actually incurred by Applicant.

**Preliminary Statement:**

Berkeley Research Group, LLC ("BRG"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of above-captioned debtor (the "Debtor"), hereby submits this Third Monthly Fee Statement (the "Monthly Statement") for the period from October 1, 2023, through October 31, 2023 (the "Fee Period") in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* dated November 4, 2020 [Docket No. 129] (the "Interim Compensation Order").

BRG requests (a) interim allowance and payment of compensation in the amount of $3,936.40 (80% of $4,920.50) for fees on account of reasonable and necessary professional services rendered to the Committee by BRG; (b) and actual and necessary expenses in the amount of $0.00. BRG reserves the right to apply in the future for reimbursement of actual and necessary costs and expenses, if any, incurred by members of the Committee in connection with their service as members of the Committee during the Compensation Period.

**Services Rendered and Expenses Incurred During the Compensation Period**

1. The BRG timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.

2. A schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **Exhibit B**.

3. The detailed time records which describe the time spent by each BRG Timekeeper and detailed records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services during the Fee Period are attached hereto as **Exhibit C**.

4. BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time BRG is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefore in the future.

5. The detailed time records which describe the time spent by each BRG Timekeeper for the Statement Period are attached hereto as **Exhibit D**.

## Notice and Objection Procedures

6. No Trustee or examiner has been appointed in this chapter 11 case. Notice of the Monthly Statement has been served by electronic mail and/or U.S. First Class Mail upon: (a) the Debtor c/o The Roman Catholic Diocese of Rockville Centre, 50 N Park Ave P.O. Box 9023, Rockville Centre, NY 11571-9023 (Attn: Thomas Renker, Esq.); (b) the attorneys for the Debtor at Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); and (c) the Office of the United States Trustee Region 2, 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq.). BRG submits that no other or further notice need be provided.

7. Pursuant to the Interim Compensation Order, objections to this Application, if any, must be served upon the undersigned counsel for the Committee and all persons identified at paragraph 5, above, by November 15, 2023 (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue.

8. If no objections to this Monthly Statement are made on or before the Objection Deadline, the Debtor shall pay BRG 80% of the fees and 100% of the expenses set forth above.

9. To the extent an objection to this Monthly Statement is timely made, the Debtor shall withhold payment of that portion of the Monthly Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.

To the extent such objection is not resolved, it shall be preserved and presented to the Court at the next interim or final fee application hearing.

Date: November 27, 2023     **BERKELEY RESEARCH GROUP, LLC**

*/s/ D. Ray Strong*
D. Ray Strong
BERKELEY RESEARCH GROUP, LLC
201 South Main Street, Suite 450
Salt Lake City, UT 84111
Telephone: (801) 364-6233
Email: rstrong@thinkbrg.com

*Financial Advisor for the Official Committee of Unsecured Creditors*

# EXHIBIT A



# EXHIBIT A

### Time Keeper Summary

| NAME OF PROFESSIONAL | TITLE | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Ray Strong | Managing Director | $780.00 | 2.40 | $ 1,872.00 |
| Matthew Babcock | Director | $725.00 | 0.20 | $ 145.00 |
| Christina Tergevorkian | Managing Consultant | $450.00 | 2.80 | $ 1,260.00 |
| Shelby Chaffos | Consultant | $385.00 | 0.10 | $ 38.50 |
| Spencer Rawlings | Associate | $225.00 | 1.80 | $ 405.00 |
| Dallin Godfrey | Case Assistant | $150.00 | 8.00 | $ 1,200.00 |
| TOTALS | | | 15.30 | $ 4,920.50 |

# EXHIBIT B



# EXHIBIT B

### Task Code Summary

| Code | Description | Hours | Amount |
|---|---|---|---|
| 220.00 | Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 2.80 | $ 855.00 |
| 330.00 | Asset Analysis (General - Debtors) | 1.00 | $ 663.50 |
| 302.00 | Asset Analysis (General - Related Non-Debtors) | 1.60 | $ 720.00 |
| 600.00 | Claims / Liability Analysis (General) | 1.40 | $ 336.00 |
| 610.00 | Claims / Liability Analysis (Survivor Claims) | 0.20 | $ 156.00 |
| 1020.00 | Meeting Preparation & Attendance | 0.40 | $ 312.00 |
| 1060.00 | Fee Application Preparation & Hearing | 7.90 | $ 1,878.00 |
| TOTALS | | 15.30 | $ 4,920.50 |

# EXHIBIT C



# EXHIBIT C

## Expense Summary

| Expense by Category | Amounts |
|---|---|
| None | $    - |
| **TOTAL** | **$    -** |

# EXHIBIT D



James I Stang  
Pachulski Stang Ziehl & Jones  
10100 Santa Monica Blvd.  
13th Floor  
Los Angeles, CA 90067  

November 17, 2023  
Client: 21145  
Matters: 034827 | 042179 | 045293  
Invoice #: 164247  
Tax ID # 27-1451273  

Via Email: jstang@pszjlaw.com

---

Services Rendered From October 1, 2023 Through October 31, 2023

**RE: The Official Committee of Unsecured Creditors for the Roman Catholic Diocese of Rockville Centre, New York**

| | | |
|---|---|---|
| Professional Services | $ <u>4,920.50</u> | USD |
| **CURRENT CHARGES** | $ **4,920.50** | USD |

**Please remit wire/ACH payment to:**
Bank Name:      PNC BANK, N.A.
SWIFT:               PNCCUS33
ABA #:                031207607
Account Name:  BERKELEY RESEARCH GROUP, LLC
Account #:          8026286672
Reference:          164247

Please send remittance advice details to:
remitadvice@thinkbrg.com

**Please remit check payment to:**
BERKELEY RESEARCH GROUP, LLC
PO BOX 676158
DALLAS, TX 75267-6158

**Please remit express/overnight payment to:**
PNC BANK C/O BERKELEY RESEARCH GROUP, LLC
LOCKBOX NUMBER 676158
1200 E CAMPBELL RD, STE 108
RICHARDSON, TX 75081

**BRG Corporate Address: 2200 Powell Street - Suite 1200 | Emeryville, CA 94608**



Services Rendered From October 1, 2023 Through October 31, 2023

**PROFESSIONAL SERVICES**

|  | Rate | Hours | Amount |
|---|---:|---:|---:|
| **Managing Director** | | | |
| Ray Strong | 780.00 | 2.40 | 1,872.00 |
| **Director** | | | |
| Matthew Babcock | 725.00 | 0.20 | 145.00 |
| **Managing Consultant** | | | |
| Christina Tergevorkian | 450.00 | 2.80 | 1,260.00 |
| **Consultant** | | | |
| Shelby Chaffos | 385.00 | 0.10 | 38.50 |
| **Associate** | | | |
| Spencer Rawlings | 225.00 | 1.80 | 405.00 |
| **Case Assistant** | | | |
| Dallin Godfrey | 150.00 | 8.00 | 1,200.00 |
| **Total Professional Services** | | **15.30** | **4,920.50** |



**SUMMARY BY TASK CODE**

| Task Code | Description | Hours | Amount |
|---|---|---:|---:|
| 220.00 | Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 2.80 | 855.00 |
| 300.00 | Asset Analysis (General - Debtors) | 1.00 | 663.50 |
| 302.00 | Asset Analysis (General - Related Non-Debtors) | 1.60 | 720.00 |
| 600.00 | Claims / Liability Analysis (General) | 1.40 | 336.00 |
| 610.00 | Claims / Liability Analysis (Survivor Claims) | 0.20 | 156.00 |
| 1020.00 | Meeting Preparation & Attendance | 0.40 | 312.00 |
| 1060.00 | Fee Application Preparation & Hearing | 7.90 | 1,878.00 |
| **Total Professional Services** | | **15.30** | **4,920.50** |



Services Rendered From October 1, 2023 Through October 31, 2023

**DETAIL OF PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Task Code: 220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | | | |
| 10/02/23 | Spencer Rawlings | Analyzed MOR Report financial statements for August 2023 regarding ongoing monitoring of Debtor operating activity. | 0.80 | 225.00 | 180.00 |
| 10/02/23 | Spencer Rawlings | Analyzed MOR cash receipts and disbursements for August 2023 for ongoing monitoring of Debtor operating activity. | 0.20 | 225.00 | 45.00 |
| 10/02/23 | Spencer Rawlings | Analyzed August 2023 ending bank statement balances in the MOR Report. | 0.80 | 225.00 | 180.00 |
| 10/02/23 | Christina Tergevorkian | Analyzed August 2023 MOR report relating to the bank balances for the Admin Office/PSIP. | 0.70 | 450.00 | 315.00 |
| 10/31/23 | Christina Tergevorkian | Examined September 2023 MOR reports for ongoing monitoring of Debtor operating activity. | 0.30 | 450.00 | 135.00 |
| | | **Total for Task Code 220.00** | **2.80** | | **855.00** |
| **Task Code: 300.00 - Asset Analysis (General - Debtors)** | | | | | |
| 10/12/23 | Matthew Babcock | Met with BRG (RS, CT, SC [partial]) to coordinate ongoing asset analyses. | 0.20 | 725.00 | 145.00 |
| 10/12/23 | Shelby Chaffos | Participated in partial call with BRG (RS, MB, CT) to review ongoing asset analyses. | 0.10 | 385.00 | 38.50 |
| 10/12/23 | Ray Strong | Attended call with BRG (RS, CT, SC [Partial) to coordinate ongoing asset analysis. | 0.20 | 780.00 | 156.00 |
| 10/12/23 | Christina Tergevorkian | Met with BRG (RS, MB, SC [partial]) to coordinate ongoing asset analyses. | 0.20 | 450.00 | 90.00 |
| 10/17/23 | Ray Strong | Evaluated case assignments pursuant to discussion with UCC Counsel. | 0.30 | 780.00 | 234.00 |
| | | **Total for Task Code 300.00** | **1.00** | | **663.50** |



| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Task Code: 302.00  -  Asset Analysis (General - Related Non-Debtors)** | | | | | |
| 10/16/23 | Christina Tergevorkian | Analyzed parishes with lawsuits filed pursuant to request form UCC Counsel. | 1.60 | 450.00 | 720.00 |
| | | **Total for Task Code 302.00** | **1.60** | | **720.00** |
| **Task Code: 600.00  -  Claims / Liability Analysis (General)** | | | | | |
| 10/03/23 | Dallin Godfrey | Reviewed monthly fee statement filed by professionals for August 2023 to update professional fee analysis. | 1.20 | 150.00 | 180.00 |
| 10/16/23 | Ray Strong | Evaluated June/July BRG fees and costs pursuant to request from Debtor FA. | 0.20 | 780.00 | 156.00 |
| | | **Total for Task Code 600.00** | **1.40** | | **336.00** |
| **Task Code: 610.00  -  Claims / Liability Analysis (Survivor Claims)** | | | | | |
| 10/16/23 | Ray Strong | Evaluated claims with lawsuits filed pursuant to request of UCC Counsel. | 0.20 | 780.00 | 156.00 |
| | | **Total for Task Code 610.00** | **0.20** | | **156.00** |
| **Task Code: 1020.00  -  Meeting Preparation & Attendance** | | | | | |
| 10/17/23 | Ray Strong | Discussed case status with UCC Counsel (BM). | 0.20 | 780.00 | 156.00 |
| 10/27/23 | Ray Strong | Discussed case status with UCC Counsel (BM). | 0.20 | 780.00 | 156.00 |
| | | **Total for Task Code 1020.00** | **0.40** | | **312.00** |
| **Task Code: 1060.00  -  Fee Application Preparation & Hearing** | | | | | |
| 10/03/23 | Dallin Godfrey | Prepared draft of ninth interim fee application narrative. | 2.10 | 150.00 | 315.00 |
| 10/06/23 | Dallin Godfrey | Reviewed BRG time entries for September 2023 in preparation for 2nd Monthly Fee Statement. | 2.10 | 150.00 | 315.00 |
| 10/10/23 | Dallin Godfrey | Prepared draft of Ninth Interim Fee Application. | 1.30 | 150.00 | 195.00 |
| 10/20/23 | Dallin Godfrey | Analyzed BRG invoice for September 2023 in preparation for 2nd Monthly Fee Statement. | 0.30 | 150.00 | 45.00 |
| 10/23/23 | Dallin Godfrey | Continued to Analyze BRG Invoice for September 2023 in preparation for 2nd Monthly Fee Statement. | 0.30 | 150.00 | 45.00 |



| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/24/23 | Dallin Godfrey | Prepared exhibits for Second Monthly Fee Statement. | 0.70 | 150.00 | 105.00 |
| 10/31/23 | Ray Strong | Analyzed time entries for 9th Interim Fee Application. | 1.10 | 780.00 | 858.00 |
| | | **Total for Task Code 1060.00** | **7.90** | | **1,878.00** |
| **Professional Services** | | | 15.30 | | 4,920.50 |