**Objection Deadline: December 15, 2023**

BURNS BAIR LLP
Timothy W. Burns, Esq. (admitted *pro hac vice*)
Jesse J. Bair, Esq. (admitted *pro hac vice*)
10 E. Doty St., Suite 600
Madison, WI 53703-3392
Telephone: (608) 286-2808
Email:  tburns@burnsbair.com
Email:  jbair@burnsbair.com

*Special Insurance Counsel to the Official Committee*
*of Unsecured Creditors of The Roman Catholic Diocese*
*of Rockville Centre, New York*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>THE ROMAN CATHOLIC DIOCESE OF<br>ROCKVILLE CENTRE, NEW YORK,<br>                         Debtor. | Chapter 11<br>Case No. 20-12345 (MG) |

**THIRTY-SIXTH MONTHLY FEE STATEMENT OF BURNS BAIR LLP,**
**AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS FOR PROFESSIONAL SERVICES RENDERED**
**AND DISBURSEMENTS INCURRED FOR THE PERIOD FROM**
**OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023**

| | |
|---|---|
| Name of Applicant: | Burns Bair LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | Effective October 29, 2020 pursuant to Order dated December 9, 2020 [Docket No. 246] |
| Period for which compensation and reimbursement is sought: | October 1, 2023 – October 31, 2023 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $138,055.75<br>80% of which is $110,444.60 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $2,333.60 |
| TOTAL (80% of fees and 100% of costs) | $112,778.20 |

**This is the thirty-sixth monthly fee statement.**

## PRELIMINARY STATEMENT

Burns Bair LLP ("Burns Bair"), as Special Insurance Counsel to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Diocese of Rockville Centre, New York (the "Debtor"), hereby submits this thirty-sixth monthly statement (the "Monthly Statement") for the period from October 1, 2023 through October 31, 2023 (the "Statement Period") for payment of professional services rendered and reimbursement of expenses incurred during the Statement Period pursuant to the Court's *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* dated November 4, 2020 [Docket No. 129] (the "Interim Compensation Order"). Burns Bair requests interim allowance and payment of compensation in the amount of $110,444.60 (80% of $138,055.75) for fees on account of reasonable and necessary professional services rendered to the Committee by Burns Bair, and (b) reimbursement of actual and necessary costs and expenses in the amount of $2,333.60.

## FEES FOR SERVICES RENDERED DURING THE STATEMENT PERIOD

1.      Set forth below is a list of the positions of the Burns Bair professionals and paraprofessionals who provided services to the Committee during the Statement Period, their respective billing rates, and the aggregate hours spent by each professional and paraprofessional in providing services on behalf of the Committee during the Statement Period.

| Name | Title | Year of Partnership | Year of Admission | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Timothy Burns | Partner | 2008 | 1991 | $975.00 | 68.20 | $66,495.00 |
| Timothy Burns – Travel | | | | $487.50 | 9.80 | $4,777.50 |
| Jesse Bair | Partner | 2020 | 2013 | $625.00 | 51.20 | $32,000.00 |
| Jesse Bair – Travel | | | | $312.50 | 9.70 | $3,031.25 |
| Brian Cawley | Associate | N/A | 2020 | $420.00 | 55.90 | $23,478.00 |
| Karin Jonch-Clausen | Associate | N/A | 2020 | $420.00 | 19.10 | $8,022.00 |
| Brenda Horn-Edwards | Paralegal | N/A | N/A | $360.00 | .70 | $252.00 |
| | | | | **TOTAL:** | **214.60** | **$138,055.75** |

2.      The rates charged by Burns Bair for services rendered to the Committee are the same rates that it charges generally for professional services rendered to its non-bankruptcy clients. A complete itemization of tasks performed by these professionals and paraprofessionals for the Statement Period is annexed hereto as **Exhibit A**.

## EXPENSES INCURRED DURING THE STATEMENT PERIOD

3.      Set forth below is a categorical list of expenses incurred by Burns Bair during the Statement Period in the course of representing the Committee.

| Date | Description | Amount |
|------|-------------|--------|
| 10/1/2023 | Third Quarter 2023 PACER | $68.20 |
| 10/23/2023 | Delta Airlines, inflight WiFi, J. Bair | $15.95 |
| 10/23/2023 | Delta Airlines, inflight WiFi, J. Bair | $15.95 |
| 10/23/2023 | Delta Airlines, J. Bair (MSN-LGA) | $947.80 |
| 10/23/2023 | Uber, T. Burns and J. Bair | $159.57 |
| 10/23/2023 | Delta Airlines, T. Burns (MSN-LGA) | $947.80 |
| 10/23/2023 | MSN Airport Parking, J. Bair | $10.00 |
| 10/23/2023 | Uber, J. Bair and T. Burns | $151.95 |
| 10/23/2023 | Travel meal, J. Bair | $16.38 |
| | **TOTAL:** | **$2,333.60** |

## NOTICE AND OBJECTION PROCEDURES

4.      No trustee or examiner has been appointed in these chapter 11 cases. Pursuant to the Interim Compensation Order, Burns Bair has provided notice of this statement upon the following parties by electronic or first class mail: (a) the Debtor c/o The Roman Catholic Diocese of Rockville Centre, 50 N Park Ave P.O. Box 9023, Rockville Centre, NY 11571-9023 (Attn: Thomas Renker); (b) the attorneys for the Debtor, Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); and (c) the Office of the United States Trustee Region 2 (the "U.S. Trustee"), 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq.). Burns Bair submits that no other or further notice need be provided.

5.      Pursuant to the Interim Compensation Order, objections to this Monthly Statement, if any, must be served upon the Application Recipients by December 15, 2023 (the "Objection Deadline") setting forth the nature of the objection and the amount of fees or expenses at issue.

6.      If no objections to this Monthly Statement are made on or before the Objection Deadline, the Debtor shall pay Burns Bair 80% of the fees and 100% of the expenses set forth above.  To the extent an objection to this Monthly Statement is timely made, the Debtor shall withhold payment of that portion of the Monthly Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such objection is not resolved; it shall be preserved and presented to the Court at the next interim or final fee application hearing.

Dated:  November 30, 2023              BURNS BAIR LLP

                                       */s/  Timothy W. Burns*
                                       Timothy W. Burns, Esq. (admitted *pro hac vice*)
                                       Jesse J. Bair, Esq. (admitted *pro hac vice*)
                                       10 E. Doty St., Suite 600
                                       Madison, WI 53703-3392
                                       Telephone: (608) 286-2808
                                       Email:  tburns@burnsbair.com
                                       Email:  jbair@burnsbair.com

                                       *Special Insurance Counsel to the Official*
                                       *Committee of Unsecured Creditors of The Roman*
                                       *Catholic Diocese of Rockville Centre, New York*

# **EXHIBIT A**

# Burns | Bair

10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**The Official Committee of Unsecured Creditors of
The Roman Catholic Diocese of Rockville Centre**

**Issue Date :**    11/27/2023

**Bill # :**    01269

**Matter:** Insurance

## PROFESSIONAL SERVICES RENDERED

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 10/1/2023 | Jesse Bair | Additional analysis re Interstate's letter re its improper disclosure of survivor information (.1); correspondence with PSZJ re same and potential Rule 2004 motion to Interstate re same (.1) | 0.20 | $125.00 |
| 10/2/2023 | Timothy Burns | Review Arrowood correspondence re Arrowood's 2004 production (.1); | 0.10 | $97.50 |
| 10/2/2023 | Timothy Burns | Prepare insurance points for counteroffer (1.9); participate in call with state court counsel re same (.2); conference with J. Bair re same (.2); review and revise J. Bair's edits re same (.2); | 2.50 | $2,437.50 |
| 10/2/2023 | Jesse Bair | Analyze Judge Glenn's order denying the Committee's Section 349 derivative standing motion (.3); conference with T. Burns re same (.2); | 0.50 | $312.50 |
| 10/2/2023 | Timothy Burns | Participate in Zoom mediation session (2.1); participate in state court counsel meeting re outcome of same and mediation next-steps (1.3); | 3.40 | $3,315.00 |
| 10/2/2023 | Jesse Bair | Conference with T. Burns re ongoing projects and associate assignments (.2); Participate in BB team meeting re same, case status, and next-steps (.2); | 0.40 | $250.00 |
| 10/2/2023 | Timothy Burns | Conference with J. Bair re case status and order on derivative standing (.2); conference with J. Bair re ongoing projects and associate assignments (.2); participate in BB team meeting re case assignments and developments (.2); | 0.60 | $585.00 |
| 10/2/2023 | Jesse Bair | Review and edit draft counteroffer proposal (.2); | 0.20 | $125.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10/2/2023 | Jesse Bair | Prepare for state court counsel meeting re mediation next-steps (.2); participate in state court counsel meeting re same (1.3); | 1.50 | $937.50 |
| 10/2/2023 | Timothy Burns | Review correspondence from mediator re LMI's bracket counter (.1); | 0.10 | $97.50 |
| 10/2/2023 | Brian Cawley | Participate in BB team meeting regarding case projects and status (.2); | 0.20 | $84.00 |
| 10/2/2023 | Timothy Burns | Review J. Stang correspondence re deal points of counteroffer to Diocese (.1); | 0.10 | $97.50 |
| 10/2/2023 | Timothy Burns | Review J. Bair correspondence with Arrowood re protective order and production status (.1); | 0.10 | $97.50 |
| 10/2/2023 | Timothy Burns | Review correspondence with J. Bair, PSZJ, and the Diocese re sharing information re Arrowood with certain parties (.2); | 0.20 | $195.00 |
| 10/2/2023 | Brian Cawley | Participate in portion of Zoom mediation session (1.9); | 1.90 | $798.00 |
| 10/2/2023 | Jesse Bair | Participate in conference with T. Burns re insurance points for counteroffer (.2); review and edit same (.4); | 0.60 | $375.00 |
| 10/2/2023 | Jesse Bair | Participate in Zoom mediation session (2.1); | 2.10 | $1,312.50 |
| 10/2/2023 | Jesse Bair | Review Diocese correspondence re request to share Arrowood information with certain parties (.1); correspondence with PSZJ re same (.1); | 0.20 | $125.00 |
| 10/2/2023 | Jesse Bair | Correspondence with Arrowood re draft protective order and document production status (.2); | 0.20 | $125.00 |
| 10/2/2023 | Jesse Bair | Draft insurance case update summary to the Committee and state court counsel, including summary of derivative standing decision and oral argument (.4); | 0.40 | $250.00 |
| 10/2/2023 | Brian Cawley | Participate in state court counsel meeting regarding mediation session outcome and mediation next-steps (1.3); | 1.30 | $546.00 |
| 10/3/2023 | Brian Cawley | Participate in portion of state court counsel meeting re mediation strategy, next-steps, and counter to latest Diocese offer (1.4); | 1.40 | $588.00 |
| 10/3/2023 | Jesse Bair | Review additional correspondence with the Diocese and Arrowood re PO issues and potential sharing of Arrowood financial information with additional parties (.1); | 0.10 | $62.50 |
| 10/3/2023 | Jesse Bair | Prepare for state court counsel meeting re mediation strategy, next-steps, and counter to latest Diocese offer (.2); participate in state court counsel meeting for insurance purposes re same (2.5); participate in post-meeting call with T. Burns re outcome of same and next-steps (.1); | 2.80 | $1,750.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/3/2023 | Timothy Burns | Prepare for state court counsel meeting re mediation strategy, next-steps, and counter to latest Diocese offer (.4); participate in call with particular state court counsel re insurance aspects of counter (.2); participate in call with second state court counsel group re same (1.0); participate in state court counsel meeting re same (2.5); participate in follow-up call re same with J. Bair (.1); | 4.20 | $4,095.00 |
| 10/3/2023 | Jesse Bair | Review LMI's latest counter offer (.1); | 0.10 | $62.50 |
| 10/3/2023 | Jesse Bair | Correspondence with Arrowood re document production status (.1); | 0.10 | $62.50 |
| 10/3/2023 | Jesse Bair | Correspondence with the Diocese re potential sharing of Arrowood information (.1); | 0.10 | $62.50 |
| 10/4/2023 | Jesse Bair | Review correspondence from state court counsel re potential insurance Plan provisions (.1); | 0.10 | $62.50 |
| 10/4/2023 | Brian Cawley | Participate in Committee meeting re counter to the Diocese's last mediation offer (1.5); participate in post-meeting conference with T. Burns re outcome of same and next-steps (.2); draft summary of meeting notes for partner review (.2); | 1.90 | $798.00 |
| 10/4/2023 | Jesse Bair | Participate in Committee meeting for insurance purposes re counter to the Diocese's last mediation offer (1.5); | 1.50 | $937.50 |
| 10/4/2023 | Karin Jonch-Clausen | Analyze Arrowood financial information in connection with forthcoming Arrowood Rule 2004 document production (1.4); | 1.40 | $588.00 |
| 10/4/2023 | Timothy Burns | Prepare for Committee meeting (.3); participate in Committee meeting for insurance purposes re counter to the Diocese's last mediation offer (1.5); | 1.80 | $1,755.00 |
| 10/4/2023 | Jesse Bair | Conference with T. Burns re finalization of the Committee's response to the Diocese's counter (.2); | 0.20 | $125.00 |
| 10/4/2023 | Timothy Burns | Participate in call with state court counsel re Committee counter to the Diocese (.2); conference with J. Bair re same (.2); | 0.40 | $390.00 |
| 10/4/2023 | Karin Jonch-Clausen | Participate in conference with B. Cawley re Arrowood financial condition issues (.2); | 0.20 | $84.00 |
| 10/4/2023 | Jesse Bair | Review and respond to correspondence with K. Dine and T. Burns re the Diocese's position on the insurance demand letter lift stay motion and potential call with the Diocese to discuss same (.2); | 0.20 | $125.00 |
| 10/4/2023 | Timothy Burns | Review and respond to email with K. Dine and J. Bair re meeting with the Debtor re the Committee's lift stay motion (.2); | 0.20 | $195.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/4/2023 | Jesse Bair | Review and edit draft Committee response to the Diocese's latest mediation offer (.1); | 0.10 | $62.50 |
| 10/4/2023 | Timothy Burns | Consideration of insurance components re Committee counter (.8); | 0.80 | $780.00 |
| 10/4/2023 | Timothy Burns | Participate in call with J. Stang re counteroffer to Diocese (.2); | 0.20 | $195.00 |
| 10/4/2023 | Brian Cawley | Prepare materials summarizing Arrowood financial condition issues in connection with upcoming Rule 2004 discovery production (1.4); participate in conference with K. Jonch-Clausen re same (.2); identify key insurance commissioner materials in connection with Arrowood financial condition issues (.4); | 2.00 | $840.00 |
| 10/4/2023 | Timothy Burns | Participate in post-meeting conference with B. Cawley re outcome of same and next-steps (.2); | 0.20 | $195.00 |
| 10/5/2023 | Jesse Bair | Provide instructions to B. Cawley re analysis needed in connection with motion to lift stay reply brief (.1); | 0.10 | $62.50 |
| 10/5/2023 | Jesse Bair | Review and respond to correspondence with the Debtor re insurance lift stay issues (.2); | 0.20 | $125.00 |
| 10/5/2023 | Jesse Bair | Review K. Dine correspondence re Interstate's privacy breach and potential next-steps re same (.1); | 0.10 | $62.50 |
| 10/5/2023 | Brian Cawley | Conference with J. Bair re upcoming motion for relief from stay reply briefing re insurance demands (.1); | 0.10 | $42.00 |
| 10/5/2023 | Jesse Bair | Review and edit revised version of the Committee's counter to the Diocese's latest mediation offer (.1); correspondence with PSZJ re same (.1); | 0.20 | $125.00 |
| 10/5/2023 | Brian Cawley | Analyze Syracuse briefing on insurance motion for relief from stay in preparation for drafting the Committee's reply in support of same in DRVC case (2.3); | 2.30 | $966.00 |
| 10/5/2023 | Timothy Burns | Call with state court counsel re Interstate privacy breach (.2); call with J. Stang re same (.2); review and analysis of issue (.8); | 1.20 | $1,170.00 |
| 10/5/2023 | Timothy Burns | Review correspondence with B. Michael, J. Stang, and J. Bair re modification of Committee settlement offer (.2); review correspondence with J. Bair and PSZJ re Debtor meet and confer re insurance motion to lift stay (.2); preparation of final version of insurance counter offer language and review revised language re same (.8); | 1.20 | $1,170.00 |
| 10/5/2023 | Jesse Bair | Correspondence with I. Nasatir re recent ruling in Syracuse bankruptcy re insurance lift stay motion (.1); | 0.10 | $62.50 |
| 10/6/2023 | Jesse Bair | Brief review re Arrowood's 2004 document production (.1); | 0.10 | $62.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/6/2023 | Timothy Burns | Prepare for meet and confer with the Diocese re lift stay motion (.5); participate in meet and confer with the Diocese re same (.5); participate in post-call with I. Nasatir and J. Bair re outcome of same and next-steps (.2); participate in conference with J. Bair re lift stay strategy (.2); | 1.40 | $1,365.00 |
| 10/6/2023 | Jesse Bair | Participate in conference with T. Burns re lift stay strategy (.2); | 0.20 | $125.00 |
| 10/6/2023 | Brian Cawley | Continue analyzing Syracuse briefing on insurance motion for relief from stay, with particular focus on the insurers' opposition briefs, in connection with preparation for drafting the Committee's reply in support of same in DRVC case (2.2); | 2.20 | $924.00 |
| 10/6/2023 | Brian Cawley | Participate in conference with J. Bair re supplemental research needed re lift stay motion (.2); research case law re the parameters of an insurer's right to discovery, if any, upon receipt of an insurance settlement demand (3.7); draft summary of research results for partners (.5); | 4.40 | $1,848.00 |
| 10/6/2023 | Jesse Bair | Prepare for meet and confer with the Diocese re lift stay motion (.2); participate in meet and confer with the Diocese re same (.5); participate in post-call with I. Nasatir and T. Burns re outcome of same and next-steps (.2); | 0.90 | $562.50 |
| 10/6/2023 | Jesse Bair | Participate in conference with B. Cawley re additional research needed in connection with lift stay motion and reply brief (.2); | 0.20 | $125.00 |
| 10/9/2023 | Brian Cawley | Participate in portion of Zoom mediation session (3.0); | 3.00 | $1,260.00 |
| 10/9/2023 | Timothy Burns | Prepare for Zoom mediation session (.2); participate in Zoom mediation session (3.3); | 3.50 | $3,412.50 |
| 10/9/2023 | Timothy Burns | Review and revise 2004 motion re Interstate and ISO (.8); review email from K. Dine to team re same (.1); review notice of hearing re Interstate/ISO 2004 exam (.1); | 1.00 | $975.00 |
| 10/9/2023 | Jesse Bair | Review and edit the Committee's Rule 2004 motion re Interstate's privacy breach and proposed discovery topics re same (1.1); | 1.10 | $687.50 |
| 10/9/2023 | Brian Cawley | Prepare claimant demand matrix (.3); | 0.30 | $126.00 |
| 10/9/2023 | Jesse Bair | Participate in Zoom mediation session (3.3); | 3.30 | $2,062.50 |
| 10/9/2023 | Brian Cawley | Draft summary of recent mediation sessions for partner review (1.0); | 1.00 | $420.00 |
| 10/9/2023 | Jesse Bair | Review transcript of September 27 Arrowood discovery hearing (.1); | 0.10 | $62.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/10/2023 | Brian Cawley | Analyze hearing transcript of Syracuse insurance motion to lift stay in connection with the Committee's insurance motion to lift stay in DRVC, reply brief, and hearing preparations (1.8); | 1.80 | $756.00 |
| 10/10/2023 | Timothy Burns | Review Arrowood's document production (.8); participate in call with J. Stang re same (.2); conference with J. Bair re same (.3); review J. Bair correspondence with Arrowood re document production issues (.2); | 1.50 | $1,462.50 |
| 10/10/2023 | Jesse Bair | Correspondence with B. Michael re upcoming Committee insurance meeting (.1); | 0.10 | $62.50 |
| 10/10/2023 | Jesse Bair | Analyze B. Cawley research results re scope of insurers' discovery rights to respond to demand letters (.2); | 0.20 | $125.00 |
| 10/10/2023 | Jesse Bair | Draft correspondence to Arrowood re deficiencies in Arrowood's Rule 2004 discovery responses (.6); | 0.60 | $375.00 |
| 10/10/2023 | Timothy Burns | Participate in conference with B. Cawley re insurance motion for relief from stay briefing and strategy (.4); participate in conference with J. Bair re same (.2); | 0.60 | $585.00 |
| 10/10/2023 | Jesse Bair | Draft correspondence to the Debtor re potential resolution of the insurance lift stay motion (.5); | 0.50 | $312.50 |
| 10/10/2023 | Jesse Bair | Participate in conference with T. Burns re motion for relief from stay insurance strategy (.2); | 0.20 | $125.00 |
| 10/10/2023 | Jesse Bair | Participate in additional conference with T. Burns re case insurance next-steps, including Arrowood discovery issues and additional discussions re lift stay motion (.3); | 0.30 | $187.50 |
| 10/10/2023 | Jesse Bair | Review the Committee's notice of request for a status conference re Interstate's privacy breach (.1); | 0.10 | $62.50 |
| 10/10/2023 | Jesse Bair | Continue analyzing Arrowood's Rule 2004 discovery responses and production (.3); | 0.30 | $187.50 |
| 10/10/2023 | Brian Cawley | Participate in conference with T. Burns re insurance motion for relief from stay briefing and strategy (.4); | 0.40 | $168.00 |
| 10/11/2023 | Jesse Bair | Review monthly Diocesan PSIP information (.1); | 0.10 | $62.50 |
| 10/11/2023 | Timothy Burns | Review correspondence with PSZJ and Interstate re Interstate's privacy breach (.2); conference with with J. Bair re Interstate meet and confer outcome (.1); | 0.30 | $292.50 |
| 10/11/2023 | Jesse Bair | Participate in conference with T. Burns re outcome of privacy breach meet and confer with Interstate (.1); | 0.10 | $62.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/11/2023 | Jesse Bair | Participate in meet and confer with Interstate re privacy breach issue and associated document production and other discovery (.4); | 0.40 | $250.00 |
| 10/11/2023 | Jesse Bair | Prepare for privacy breach meet and confer with Interstate (.1); | 0.10 | $62.50 |
| 10/12/2023 | Jesse Bair | Review correspondence with K. Dine and Interstate re Rule 2004 meet and confer (.1); | 0.10 | $62.50 |
| 10/12/2023 | Timothy Burns | Review correspondence with J. Bair and Arrowood re Rule 2004 protective order (.1); | 0.10 | $97.50 |
| 10/12/2023 | Timothy Burns | Review order re status conference re Interstate's privacy breach (.1); | 0.10 | $97.50 |
| 10/12/2023 | Jesse Bair | Correspondence with Arrowood re draft 2004 protective order (.1); | 0.10 | $62.50 |
| 10/13/2023 | Jesse Bair | Participate in Rule 2004 meet and confer with the Insurance Services Office (.1); | 0.10 | $62.50 |
| 10/13/2023 | Jesse Bair | Analysis re lift stay issues in connection with upcoming hearing (.1); | 0.10 | $62.50 |
| 10/13/2023 | Jesse Bair | Review and edit Arrowood's proposed Rule 2004 protective order (.7); | 0.70 | $437.50 |
| 10/16/2023 | Timothy Burns | Conference with J. Bair re Arrowood 2004 production issues (.2); | 0.20 | $195.00 |
| 10/16/2023 | Jesse Bair | Participate in state court counsel meeting for insurance purposes re case strategy, insurance issues, and potential dismissal (1.1); participate in conference with T. Burns re outcome of same and next-steps (.2); | 1.30 | $812.50 |
| 10/16/2023 | Jesse Bair | Participate in conference with T. Burns re motion for relief from stay reply brief and oral argument (.2); participate in conference with T. Burns re Arrowood 2004 production issues (.2); | 0.40 | $250.00 |
| 10/16/2023 | Jesse Bair | Correspondence with B. Michael re Committee insurance meeting (.1); | 0.10 | $62.50 |
| 10/16/2023 | Jesse Bair | Correspondence with B. Cawley re Committee offer to resolve the motion to lift stay (.1); | 0.10 | $62.50 |
| 10/16/2023 | Timothy Burns | Conference with J. Bair re motion for relief from stay reply brief and oral argument (.2); | 0.20 | $195.00 |
| 10/16/2023 | Timothy Burns | Review and analysis of offered compromise to Diocese re motion for relief and Diocese's response to same (.4); | 0.40 | $390.00 |
| 10/16/2023 | Brian Cawley | Conference with T. Burns re responding to objections to the Committee's insurance motion to lift stay (.2); analyze insurers and debtors objections (2.1); analyze case law relevant to same (1.8); | 4.10 | $1,722.00 |
| 10/16/2023 | Karin Jonch-Clausen | Review the Committee's insurance motion to lift stay and objections to same in preparation for reply brief (1.8); | 1.80 | $756.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/16/2023 | Timothy Burns | Prepare for state court counsel meeting (.2); participate in state court counsel meeting for insurance purposes re case developments and strategy (1.1); conference with J. Bair re outcome of same and next steps (.2); | 1.50 | $1,462.50 |
| 10/16/2023 | Timothy Burns | Review case law re insurer standing in connection with insurance motion for relief from stay oral argument (1.4); | 1.40 | $1,365.00 |
| 10/16/2023 | Timothy Burns | Conference with B. Cawley re motion for relief from stay reply brief (.2); | 0.20 | $195.00 |
| 10/17/2023 | Karin Jonch-Clausen | Participate in conference with T. Burns and B. Cawley re reply brief drafting and strategy (.8); | 0.80 | $336.00 |
| 10/17/2023 | Jesse Bair | Draft correspondence to state court counsel re the insurance lift stay hearing and call to discuss same (.3); additional analysis of lift stay hearing issues in connection with same (.2); | 0.50 | $312.50 |
| 10/17/2023 | Timothy Burns | Review objections to motion for relief from stay to formulate outline for reply (2.6); conference with B. Cawley and K. Jonch-Clausen re reply brief drafting and strategy (.8); review and respond to multiple emails re Committee questions re insurance (.4); conference with J. Bair re same (.2); | 4.00 | $3,900.00 |
| 10/17/2023 | Karin Jonch-Clausen | Research and analyze case law re insurer standing (1.4); draft section on insurer standing for reply in support of motion to lift stay (1.1); correspondence with B. Cawley re same (.1); Analyze case law re an insurer's duty to promptly settle and the right to investigate in the context of receiving insurance demand letters (2.0); | 4.60 | $1,932.00 |
| 10/17/2023 | Jesse Bair | Correspondence with PSZJ re the Committee's lift stay reply brief (.1); | 0.10 | $62.50 |
| 10/17/2023 | Jesse Bair | Correspondence with PSZJ and B. Cawley re potential exhibit to the Committee's lift stay reply brief (.2); | 0.20 | $125.00 |
| 10/17/2023 | Jesse Bair | Correspondence with state court counsel re the lift stay hearing (.1); | 0.10 | $62.50 |
| 10/17/2023 | Jesse Bair | Correspondence with the Committee re upcoming insurance meeting (.1); | 0.10 | $62.50 |
| 10/17/2023 | Brian Cawley | Participate in conference with T. Burns and K. Jonch-Clausen re reply brief drafting and strategy (.8); begin drafting insurance lift-stay reply brief (5.7); research case law relied upon in lift stay objections and begin distinguishing same (3.2); | 9.70 | $4,074.00 |
| 10/17/2023 | Jesse Bair | Brief review re the insurers' and Diocese's lift stay objections (.2); | 0.20 | $125.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/17/2023 | Jesse Bair | Review and respond to additional correspondence with the Committee re upcoming insurance meeting (.3); correspondence with PSZJ re same and status of insurance adversary proceedings post-dismissal (.1); | 0.40 | $250.00 |
| 10/18/2023 | Jesse Bair | Review correspondence with Interstate, K. Dine, and the debtor re Interstate declaration and document production (.1); | 0.10 | $62.50 |
| 10/18/2023 | Jesse Bair | Review LMI's objection to the Committee's insurance lift stay motion (.5); | 0.50 | $312.50 |
| 10/18/2023 | Jesse Bair | Review Interstate's objection to the Committee's insurance lift stay motion (.3); | 0.30 | $187.50 |
| 10/18/2023 | Karin Jonch-Clausen | Draft Sonnax Factor sections of lift stay reply brief (2.8); | 2.80 | $1,176.00 |
| 10/18/2023 | Brian Cawley | Continue drafting lift-stay motion reply brief (7.0); continue researching case law relevant to lift stay motion (1.6); | 8.60 | $3,612.00 |
| 10/18/2023 | Jesse Bair | Review Lexington's objection to the Committee's insurance lift stay motion (.1); | 0.10 | $62.50 |
| 10/18/2023 | Jesse Bair | Review the Diocese's objection to the Committee's insurance lift stay motion (.2); | 0.20 | $125.00 |
| 10/18/2023 | Timothy Burns | Conference with J. Bair re lift stay reply brief and hearing strategy (.3); review and revise draft reply brief (1.6); | 1.90 | $1,852.50 |
| 10/18/2023 | Jesse Bair | Participate in conference with T. Burns re lift stay reply brief and hearing strategy (.3); | 0.30 | $187.50 |
| 10/18/2023 | Jesse Bair | Review the Diocese's response to the Committee's proposed resolution of the lift stay motion (.1); | 0.10 | $62.50 |
| 10/18/2023 | Karin Jonch-Clausen | Review and edit reply brief section on Pre-Petition Rights (.8); Research duty to cooperate in discovery and insurers' ability to pursue any breach claims in the coverage action (.4); | 1.20 | $504.00 |
| 10/18/2023 | Jesse Bair | Review and edit B. Cawley's draft outline of the Committee's motion to lift stay reply brief (.2); review the Committee's original motion/joinder in connection with same (.2); | 0.40 | $250.00 |
| 10/18/2023 | Timothy Burns | Review and respond to correspondence re meeting with Committee members re insurance questions (.2); participate in call with state court counsel re same (.2); review mediators' status report (.1); review correspondence with PSZJ and the Committee re same (.1); conference with J. Bair re same (.1); | 0.70 | $682.50 |
| 10/18/2023 | Jesse Bair | Review order granting discovery extension in the Arrowood district court action (.1); | 0.10 | $62.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/18/2023 | Karin Jonch-Clausen | Research case law re test cases and bellwether cases in mass tort litigation (1.2); draft section of reply brief concerning test case issue (.3); | 1.50 | $630.00 |
| 10/18/2023 | Karin Jonch-Clausen | Draft reply brief section addressing the insurers' purported discovery concerns with responding to demands (1.3); | 1.30 | $546.00 |
| 10/18/2023 | Jesse Bair | Review Arrowood's objection to the Committee's insurance lift stay motion (.1); | 0.10 | $62.50 |
| 10/18/2023 | Jesse Bair | Review the mediators' report (.1); participate in conference with T. Burns re same (.1); | 0.20 | $125.00 |
| 10/19/2023 | Jesse Bair | Review the Diocese's letter to the Court re mediation status and offer (.1); | 0.10 | $62.50 |
| 10/19/2023 | Jesse Bair | Participate in conference with state court counsel re strategy and preparation for upcoming insurance lift stay hearing (.4); follow-up correspondence with state court counsel re claim-specific objections raised by LMI (.1); | 0.50 | $312.50 |
| 10/19/2023 | Brian Cawley | Implement partner edits into lift stay reply (1.8); supplemental research re insurer standing in connection with lift stay reply brief (1.6); | 3.40 | $1,428.00 |
| 10/19/2023 | Jesse Bair | Draft motion to lift stay oral argument talking points for state court counsel (.5); | 0.50 | $312.50 |
| 10/19/2023 | Jesse Bair | Review draft Committee response to the Diocese's letter to the Court re mediation status and offer (.1); | 0.10 | $62.50 |
| 10/19/2023 | Jesse Bair | Correspond with Committee members re upcoming Committee insurance meeting (.1); | 0.10 | $62.50 |
| 10/19/2023 | Timothy Burns | Prep for Committee insurance meeting (.8) participate in Committee meeting re insurance strategy (.8); | 1.60 | $1,560.00 |
| 10/19/2023 | Jesse Bair | Prepare for Committee insurance meeting (.1); participate in Committee insurance meeting (.7); | 0.80 | $500.00 |
| 10/19/2023 | Timothy Burns | Conference with J. Bair re lift stay hearing and related insurance case issues (.2); | 0.20 | $195.00 |
| 10/19/2023 | Timothy Burns | Additional consideration of issues re mediators' report (.1); | 0.10 | $97.50 |
| 10/19/2023 | Jesse Bair | Conference with T. Burns re lift stay hearing and related insurance case issues (.2); | 0.20 | $125.00 |
| 10/19/2023 | Karin Jonch-Clausen | Send e-mail regarding findings on standing in the second circuit to B. Cawley (.2); | 0.20 | $84.00 |
| 10/19/2023 | Timothy Burns | Review Debtor letter to court re mediation status and offer (.2); review the Committee's draft response to same (.2) review correspondence with PSZJ and state court counsel re same (.2); | 0.60 | $585.00 |
| 10/19/2023 | Jesse Bair | Review and edit the Committee's insurance lift stay reply brief (1.3); | 1.30 | $812.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/19/2023 | Karin Jonch-Clausen | Research second circuit case law supporting the proposition that insurers have no standing if their prepetition rights are not impacted (1.4). | 1.40 | $588.00 |
| 10/19/2023 | Timothy Burns | Review correspondence from state court counsel re lift stay motion (.1); review correspondence from J. Bair to state court counsel re same (.1); | 0.20 | $195.00 |
| 10/19/2023 | Timothy Burns | Review draft state court counsel talking points re lift stay motion (.2); | 0.20 | $195.00 |
| 10/20/2023 | Jesse Bair | Revise and edit the Committee's motion to lift stay reply brief, including incorporation of suggested edits from K. Dine (.3); correspondence with PSZJ re same (.1); | 0.40 | $250.00 |
| 10/20/2023 | Timothy Burns | Review final of response to Debtor mediation status letter to court (.1); review and respond to correspondence with J. Bair and PSZJ re filing and finalizing reply brief (.3); | 0.40 | $390.00 |
| 10/20/2023 | Jesse Bair | Review revised version of the Committee's letter to the Court re the Debtor's disclosure of mediation offer (.1); review correspondence with PSZJ and state court counsel re same (.1); | 0.20 | $125.00 |
| 10/20/2023 | Karin Jonch-Clausen | Identify key materials for use during motion to lift stay hearing preparation (1.6); | 1.60 | $672.00 |
| 10/20/2023 | Timothy Burns | Review of 2004 motion re Interstate's privacy breach (.2); review of adjournment of status hearing re 2004 request (.1); review Green affidavit re 2004 of Interstate (.2); | 0.50 | $487.50 |
| 10/20/2023 | Brian Cawley | Correspond with K. Jonch-Clausen re lift-stay hearing preparations (.2) | 0.20 | $84.00 |
| 10/22/2023 | Jesse Bair | Correspondence with T. Burns re status of Arrowood 2004 document deficiency corrections (.1); | 0.10 | $62.50 |
| 10/22/2023 | Jesse Bair | Respond to correspondence with state court counsel re motion to lift stay hearing strategy (.1); | 0.10 | $62.50 |
| 10/22/2023 | Timothy Burns | Prepare for motion to lift stay oral argument (7.8); | 7.80 | $7,605.00 |
| 10/23/2023 | Jesse Bair | Prepare for motion to lift stay hearing (.3); | 0.30 | $187.50 |
| 10/23/2023 | Jesse Bair | Participate in conference with K. Dine and T. Burns re lift stay and status conference hearing outcome and next-steps (.3); participate in additional conference with T. Burns re same and ongoing case insurance initiatives (.3); | 0.60 | $375.00 |
| 10/23/2023 | Jesse Bair | Participate in motion to lift stay insurance hearing (1.8). | 1.80 | $1,125.00 |
| 10/23/2023 | Timothy Burns | Return travel to Madison from insurance hearing [billed at 1/2 travel rate] (5.7); | 5.70 | $2,778.75 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/23/2023 | Timothy Burns | Travel to New York for insurance hearing [billed at 1/2 travel rate] (4.1); | 4.10 | $1,998.75 |
| 10/23/2023 | Timothy Burns | Conference with J. Bair re motion to lift stay hearing strategy (.4); continue preparing for hearing (3.1); participate in hearing on motion for relief from stay and case status hearing (1.8); post-hearing conference with K. Dine and J. Bair re outcome of same and next-steps (.3); conference with J. Bair re same and case insurance initiatives (.3); participate in call with J. Stang re hearing outcome and next-steps (.2); participate in call with state court counsel re same (.2), participate in call with additional state court counsel re same (.2); | 6.50 | $6,337.50 |
| 10/23/2023 | Jesse Bair | Travel to New York for insurance hearing [billed at 1/2 travel rate] (4.0); | 4.00 | $1,250.00 |
| 10/23/2023 | Jesse Bair | Return travel to Madison from insurance hearing [billed at 1/2 ravel rate] (5.7); | 5.70 | $1,781.25 |
| 10/23/2023 | Jesse Bair | Review J. Stang correspondence re recent mediator communication (.1); | 0.10 | $62.50 |
| 10/23/2023 | Jesse Bair | Participate in conference with T. Burns re motion to lift stay hearing strategy (.4); | 0.40 | $250.00 |
| 10/23/2023 | Jesse Bair | Review amended agenda for 10/23 hearing (.1); | 0.10 | $62.50 |
| 10/24/2023 | Timothy Burns | Participate in BB team meeting re case status, next-steps, and ongoing projects (.3); | 0.30 | $292.50 |
| 10/24/2023 | Jesse Bair | Participate in conference with PSZJ team and T. Burns re hearing outcome, case next-steps, and upcoming October 31 case resolution deadline (.6); | 0.60 | $375.00 |
| 10/24/2023 | Karin Jonch-Clausen | Participate in BB team meeting re case status, next-steps, and ongoing projects (.3); | 0.30 | $126.00 |
| 10/24/2023 | Jesse Bair | Participate in BB team meeting re case status, next-steps, and ongoing projects (.3); | 0.30 | $187.50 |
| 10/24/2023 | Jesse Bair | Correspondence with state court counsel re insurance demand letters (.1); | 0.10 | $62.50 |
| 10/24/2023 | Jesse Bair | Participate in Committee meeting re hearing outcome, case status, strategy, and next-steps (.9); | 0.90 | $562.50 |
| 10/24/2023 | Timothy Burns | Participate in conference with PSZJ team and J. Bair re hearing outcome, case next-steps, and upcoming October 31 case resolution deadline (.6); participate in state court counsel meeting re same (1.5); participate in post-meeting call with PSZJ and J. Bair re outcome of same (.2); participate in Committee meeting re case next-steps (.9); | 3.20 | $3,120.00 |
| 10/24/2023 | Brian Cawley | Participate in BB team meeting re case status, next-steps, and ongoing projects (.3); | 0.30 | $126.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/24/2023 | Brian Cawley | Search for and send draft insurance demand letters to J. Bair (.2); | 0.20 | $84.00 |
| 10/24/2023 | Jesse Bair | Participate in state court counsel meeting re hearing outcome and case next-steps (1.5); participate in post-conference call with PSZJ and T. Burns re outcome of same and next-steps (.2); | 1.70 | $1,062.50 |
| 10/25/2023 | Jesse Bair | Participate in state court counsel meeting for insurance purposes re case status, strategy, and next steps (1.9); participate in post-meeting conference with PSZJ re outcome of same and next steps (.4); participate in conference with T. Burns re same (.1); | 2.40 | $1,500.00 |
| 10/25/2023 | Timothy Burns | Review Arrowood's response re protective order (.1); correspond with J. Bair re same (.1); | 0.20 | $195.00 |
| 10/25/2023 | Timothy Burns | Review correspondence with PSZJ and state court counsel re upcoming state court counsel meeting (.2); | 0.20 | $195.00 |
| 10/25/2023 | Timothy Burns | Participate in state court counsel meeting for insurance purposes re case status, strategy, and next steps (1.9); participate in post-meeting conference with PSZJ re outcome of same and next steps (.4); participate in conference with J. Bair re same (.1); participate in call with certain state court counsel re same (.2); | 2.60 | $2,535.00 |
| 10/25/2023 | Jesse Bair | Review J. Stang correspondence re meeting with the Debtor and case developments (.1); | 0.10 | $62.50 |
| 10/26/2023 | Brenda Horn-Edwards | Draft BB monthly fee statement (.6); generate and edit Exhibit A to same (.1); | 0.70 | $252.00 |
| 10/26/2023 | Jesse Bair | Review correspondence from state court counsel re test cases (.1); participate in conference with T. Burns re same (.2); | 0.30 | $187.50 |
| 10/26/2023 | Timothy Burns | Review correspondence from state court counsel re test cases (.1); conference with J. Bair re same (.2); review and respond to correspondence from state court counsel re demand letter (.2); | 0.50 | $487.50 |
| 10/27/2023 | Jesse Bair | Correspondence with additional state court counsel re insurance demand letters (.1); | 0.10 | $62.50 |
| 10/27/2023 | Jesse Bair | Correspondence with state court counsel re insurance demand letters (.1); | 0.10 | $62.50 |
| 10/27/2023 | Jesse Bair | Review notes of prior insurance meet and confers with the Diocese (.1); draft correspondence to the Diocese re outstanding insurance discovery requests (.3); | 0.40 | $250.00 |
| 10/27/2023 | Jesse Bair | Review I. Nasatir correspondence re recent Diocesan insurance activities (.1); | 0.10 | $62.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/28/2023 | Timothy Burns | Review and respond to correspondence re settlement discussions and related Committee and state court counsel meetings (.2); participate in call with J. Stang re same (.4); | 0.60 | $585.00 |
| 10/28/2023 | Jesse Bair | Correspondence with B. Michael re upcoming calls to discuss case strategy (.1); | 0.10 | $62.50 |
| 10/28/2023 | Jesse Bair | Participate in call with T. Burns re insurance status and strategy for case next-steps (.1); | 0.10 | $62.50 |
| 10/29/2023 | Timothy Burns | Review correspondence with J. Bair and PSZJ re Diocesan insurance discovery (.1): | 0.10 | $97.50 |
| 10/30/2023 | Jesse Bair | Begin insurance analysis regarding potential test cases (.7); | 0.70 | $437.50 |
| 10/30/2023 | Timothy Burns | Conference with J. Bair re Arrowood discovery deficiencies (.2); participate in call with state court counsel re settlement and dismissal issues (.2); review correspondence re settlement and dismissal issues with PSZJ, state court counsel, and the Committee (.2); participate in conference with PSZJ and J. Bair re dismissal and test case issues (.5); participate in state court counsel meeting re same (1.3); participate in call with particular state court counsel re insurance demand letters (.3); | 2.70 | $2,632.50 |
| 10/30/2023 | Jesse Bair | Respond to Arrowood's correspondence re Arrowood's deficient Rule 2004 discovery responses (.4); | 0.40 | $250.00 |
| 10/30/2023 | Jesse Bair | Participate in conference with PSZJ team and T. Burns re next steps for moving case forward (.5); | 0.50 | $312.50 |
| 10/30/2023 | Jesse Bair | Participate in conference with T. Burns re Arrowood discovery issues (.2); | 0.20 | $125.00 |
| 10/30/2023 | Jesse Bair | Participate in state court counsel meeting for insurance purposes re strategy and next-steps for moving case forward (1.3); | 1.30 | $812.50 |
| 10/30/2023 | Brian Cawley | Analysis re insurance demand information (.3); correspond with J. Bair re same (.1); | 0.40 | $168.00 |
| 10/31/2023 | Jesse Bair | Continue insurance analysis re potential test cases (.1); participate in detailed conference with T. Burns re same (1.3); supplemental analysis re potential test cases (1.0); correspondence with PSZJ re same (.1); correspondence with various state court counsel groups re same (.3); | 2.80 | $1,750.00 |
| 10/31/2023 | Jesse Bair | Correspondence with state court counsel re insurance demand letter question (.1); | 0.10 | $62.50 |
| 10/31/2023 | Brian Cawley | Discuss policy revew and test case information projects with T. Burns (.2); | 0.20 | $84.00 |

| | | | | |
|---|---|---|---|---|
| 10/31/2023 | Timothy Burns | Review and respond to correspondence from state court counsel re insurance demands (.1); participate in conference with J. Bair re potential test cases (1.3); met with B. Cawley re research assignments re same (.2); further meetings with J. Bair re same (.2); participate in Committee meeting re dismissal and test cases (1.2); participate in post-meeting call with PSZJ and J. Bair re outcome of same and next-steps (.4); | 3.40 | $3,315.00 |
| 10/31/2023 | Jesse Bair | Review correspondence with K. Dine and the Court re potential cancellation of 11/1 hearing (.1); | 0.10 | $62.50 |
| 10/31/2023 | Jesse Bair | Review and respond to follow-up correspondence with state court counsel re potential test cases (.2); | 0.20 | $125.00 |
| 10/31/2023 | Brian Cawley | Compile Arrowood policies from relevant timeline for T. Burns (.6); begin analyzing policies for aggregate limit provisions relevant to CVA claims (1.8); | 2.40 | $1,008.00 |
| 10/31/2023 | Brian Cawley | Begin analyzing coverage issues in connection with potential test cases (2.2); | 2.20 | $924.00 |
| 10/31/2023 | Jesse Bair | Prepare for Committee meeting (.1); participate in Committee meeting re case status, strategy for potential next steps, and test case concept (1.3); participate in portion of post-meeting call with PSZJ and T. Burns re outcome of Committee meeting and next-steps (.3); | 1.70 | $1,062.50 |

| **Total Hours and Fees** | | | **214.60** | **$138,055.75** |
|---|---|---|---|---|

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 10/1/2023 | Third Quarter 2023 PACER | $68.20 |
| 10/23/2023 | Delta Airlines, T. Burns (MSN-LGA, Oct. 23) | $947.80 |
| 10/23/2023 | Airport parking, J. Bair | $10.00 |
| 10/23/2023 | Delta Airlines, J. Bair (MSN-LGA, Oct. 23) | $947.80 |
| 10/23/2023 | Uber, T. Burns and J. Bair (airport to courthouse) | $159.57 |
| 10/23/2023 | Travel meal, J. Bair | $16.38 |
| 10/23/2023 | Uber, J. Bair and T. Burns (courthouse to airport) | $151.95 |
| 10/23/2023 | Delta Airlines Inflight Wi-Fi, J. Bair | $15.95 |
| 10/23/2023 | Delta Airlines Inflight Wi-Fi, J. Bair | $15.95 |

| **Total Expenses** | | **$2,333.60** |
|---|---|---|

**Timekeeper Summary**

| **Name** | **Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Brenda Horn-Edwards | Paralegal | 0.70 | $360.00 | $252.00 |
| Brian Cawley | Associate | 55.90 | $420.00 | $23,478.00 |
| Jesse Bair | Partner | 9.70 | $312.50 | $3,031.25 |
| Jesse Bair | Partner | 51.20 | $625.00 | $32,000.00 |
| Karin Jonch-Clausen | Associate | 19.10 | $420.00 | $8,022.00 |
| Timothy Burns | Partner | 9.80 | $487.50 | $4,777.50 |
| Timothy Burns | Partner | 68.20 | $975.00 | $66,495.00 |

**Total Due This Invoice: $140,389.35**