**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Case No. 20-12345 (SCC) |
| | ) |
| THE ROMAN CATHOLIC DIOCESE OF | ) Chapter 11 |
| ROCKVILLE CENTRE, NEW YORK, | ) |
| | ) |
| Debtor.[1] | ) |
| | ) |

### SUMMARY COVER SHEET TO AMENDED NINTH INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES BY LERMAN SENTER PLLC AS SPECIAL FCC COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JUNE 1, 2023 THROUGH SEPTEMBER 30, 2023

In accordance with the Local Rules for the Southern District of New York, Lerman Senter PLLC ("Lerman"), Special FCC Counsel for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Diocese of Rockville Centre, New York (the "Debtor"), submits this summary (this "Summary") of fees and expenses sought as actual, reasonable, and necessary in the amended fee application to which this Summary is attached (the "Application") for the period from June 1, 2023 through September 30, 2023 (the "Application Period").

Lerman submits the Application as an interim fee application in accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated November 4, 2020 [Docket No. 129] (the "Interim Compensation Order").

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue, P.O. Box 9023, Rockville Centre, NY 11571-9023.

| | |
|---|---|
| Name of Applicant: | Lerman Senter PLLC |
| Name of client: | Official Committee of Unsecured Creditors |
| Time period covered by this application: | June 1, 2023 through September 30, 2023[2] |
| Total compensation sought this period: | $4,141.00 |
| Total expenses sought this period: | $0 |
| Petition Date: | October 1, 2020 |
| Retention Date: | Effective October 14, 2022 |
| Date of order approving employment: | November 21, 2022 |
| Total compensation approved by interim order to date: | $13,065.00 |
| Total expenses approved by interim order to date: | $0 |
| Blended rate in this application for all attorneys: | $670.00 |
| Blended rate in this application for all timekeepers: | $670.00 |
| Compensation sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $0 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $0 |
| Number of professionals included in this application: | 1 |
| If applicable, number of professionals in this application not included in staffing plan approved by client: | N/A |
| If applicable, difference between fees budgeted and compensation sought for this period: | N/A |
| Number of professionals billing fewer than 15 hours to the case during this period: | 1 |
| Are any rates higher than those approved or disclosed at retention? If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application: | No |

This is a(n):  ☐ Monthly  ☒ Interim  ☐ Final Application.

---

[2] The applicant reserves the right to include any time expended and expenses incurred in the period indicated above in future application(s) if it is not included herein.

## PRIOR INTERIM FEE APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 3/14/23 | 10/14/2022 – 1/31/2023 | $ 6,532.50 | $ 0.00 | $ 6,532.50 | $ 0.00 |
| 7/17/23 | 2/1/2023 – 5/31/2023 | $ 6,532.50 | $ 0.00 | $ 6,532.50 | $ 0.00 |

Dated: December 11, 2023

**LERMAN SENTER PLLC**

/s/ *Stephen E. Coran*

Stephen E. Coran (admitted *pro hac vice*)
Suite 400
2001 L Street, NW
Washington, DC 20036
Telephone: (202) 416-6744
Email: scoran@lermansenter.com

*Special FCC Counsel for the Official Committee of Unsecured Creditors of The Roman Catholic Diocese of Rockville Centre, New York*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Case No. 20-12345 (MG) |
| | ) |
| THE ROMAN CATHOLIC DIOCESE OF | ) Chapter 11 |
| ROCKVILLE CENTRE, NEW YORK, | ) |
| | ) |
| Debtor.[3] | ) |
| | ) |

### AMENDED THIRD INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION BY LERMAN SENTER PLLC AS SPECIAL FCC COUNSEL FOR THE PERIOD FROM JUNE 1, 2023 THROUGH SEPTEMBER 30, 2023

Lerman Senter PLLC ("Lerman" or the "Firm"), special FCC counsel to the Official Committee of Unsecured Creditors (the "Committee") of the Debtor in the above-captioned case (the "Debtor"), hereby submits this amended third interim fee application (the "Third Fee Application") for the period from June 1, 2023 through September 30, 2023 (the "Interim Compensation Period") in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* dated November 4, 2020 [Docket No. 129] (the "Interim Compensation Order"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"), the Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases, effective December 4, 2009 (together with the "Local Rules," the "Local Guidelines"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. §330, effective January 31, 1996 (the "U.S. Trustee Guidelines"), and this Court's Order Authorizing and Approving The Official Committee of Unsecured Creditors' Application

---

[3] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York. The last four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue, P.O. Box 9023, Rockville Centre, NY 11571-9023.

to Retain and Employ Lerman Senter PLLC as Special FCC Counsel Effective as of October 14, 2022 [Docket No. 1466]. Lerman requests compensation in the amount of $4,141 for fees on account of reasonable and necessary professional services rendered to the Committee by Lerman during the Interim Compensation Period. In support of this Third Fee Application, Lerman submits the declaration of Stephen E. Coran (the "Coran Declaration") attached hereto as **Exhibit A** and incorporated herein by reference. In further support of the Third Fee Application, Lerman respectfully represents as follows:

## Preliminary Statement

1. During the Interim Compensation Period, Lerman represented, advised and assisted the Committee in fulfilling its statutory obligations and duties to unsecured creditors and rendered services to the Committee in accordance with its instructions and directions. By this Third Fee Application, Lerman requests that the Court authorize the interim allowance and payment of fees incurred by Lerman during the Interim Compensation Period in the total amount of $4,141 as compensation for services rendered to the Committee.

## Jurisdiction and Basis for Relief

2. This Court has jurisdiction to hear and determine this Fee Application pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. Sections 328(a), 330, and 1103(a) of the Bankruptcy Code and Bankruptcy Rule 2014 are the statutory predicates for the relief sought by this Third Fee Application.

## Background

3. On October 1, 2020 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the Bankruptcy Court for the

Southern District of New York. The Debtor is operating its business and managing its properties as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in this case.

4. On October 16, 2020, the Office of the United States Trustee (the "UST") appointed the Committee pursuant to Section 1102 of the Bankruptcy Code. The Committee consists of nine individuals who hold claims against the Debtor, including eight individuals who were sexually abused as minors by perpetrators for whom the Debtor was responsible and one representative of a minor with a civil rights claim against the Debtor.

## A.    Lerman Retention

5. Following the Committee's appointment, the Committee determined it needed special FCC counsel and, subject to Court approval, engaged Lerman for that purpose effective as of October 14, 2022.

6. On October 19, 2022, the Committee filed The Official Committee of Unsecured Creditors' Application to Retain and Employ Lerman Senter PLLC as Special FCC Counsel Effective as of October 14, 2022 (the "Retention Application"). As set forth in the Retention Application, the Committee selected Lerman to provide the following services to the Committee:

   a.    Analyzing, investigating and assessing regulatory and legal aspects of the Diocese's FCC licenses, spectrum leases and other communications assets;

   b.    Advising, negotiating and advocating on behalf of the Committee with respect to the sale contemplated in the FCC Motions or any other sale or disposition or continued retention of the Diocese's FCC licenses and other communications assets;

   c.    Engaging in potential medication and/or other resolution of the claims, demands, and/or lawsuits related to the Diocese's FCC licenses and other communications assets; and

        d.      Providing related advice and assistance to the Committee as necessary.

7.      On November 21, 2022, the Court entered the Order Authorizing and Approving The Official Committee of Unsecured Creditors' Application to Retain and Employ Lerman Senter PLLC as Special FCC Counsel Effective as of October 14, 2022 [Docket 1466] (the "Retention Order"). The Retention Order provides that all compensation and reimbursement of costs and expenses incurred during Lerman's employment be paid only after appropriate application and approval of this Court.

**B.**      **Compensation Paid and Its Source**

8.      All services for which Lerman requests compensation were performed for or on behalf of the Committee. Lerman has received no payment and no promises for payment from any source other than the Debtor for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between Lerman and any other person other than the members of Lerman for the sharing of compensation to be received for services rendered in this case. Lerman has not received a retainer in this case.

<u>**Statement of Services Rendered and Time Expended**</u>

9.      **Exhibit B** sets forth a timekeeper summary that includes the respective names, positions, bar admissions, hourly billing rates and aggregate hours spent by each Lerman professional and paraprofessional that provided services to the Committee during the Interim Compensation Period. The rates charged by Lerman for services rendered to the Committee are the same rates that Lerman charges generally for professional services rendered to its non-bankruptcy clients.

10.     **Exhibit C** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Lerman in connection with services rendered to the Committee during the Interim Compensation Period.

11.     **Exhibit D** is a chart setting forth the Customary and Comparable Compensation Disclosures.

## Services Rendered and Disbursements Incurred During the Interim Compensation Period

12.     During the Interim Compensation Period, Lerman expended time on behalf of the Committee including, but not limited to, reviewing agreements and motions; communications and conferences regarding potential license sale and valuation; and communications and conferences with the Committee's bankruptcy counsel. These tasks are not meant to be a detailed description of all work performed.

13.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Lerman is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, Lerman has reviewed the requirements of the Local Rules, the Local Guidelines, and the Interim Compensation Order, and believes that this Third Fee Application complies with such rule and order.

## Actual and Necessary Expenses Incurred by Lerman

14.     As summarized in **Exhibit C** attached hereto, Lerman has not incurred expenses on behalf of the Committee during the Interim Compensation Period.

## Allowance of Compensation

15.     Section 330(a)(1)(A) of the Bankruptcy Code provides that the Court may award to a professional person, "reasonable compensation for actual, necessary services rendered." 11 U.S.C. § 330(a)(1)(A). Section 330(a)(3)(A), in turn, provides that in determining the amount of reasonable compensation to be awarded, the Court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including:

i.      The time spent on such services;

ii.     The rates charged for such services;

iii.    Whether the services were necessary to the administration of, or beneficial at the time which the service was rendered toward the completion of, a case under this title;

iv.     Whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and

v.      Whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3)(A).

16.     The congressional policy expressed above provides for adequate compensation in order to continue to attract qualified and competent professionals to bankruptcy cases.  Lerman respectfully submits that the consideration of these factors should result in this Court's allowance of the full compensation sought.

## Time and Labor Required

17.     During the Interim Compensation Period, the Committee relied heavily on the experience and expertise of Lerman when dealing with the matters described herein.  As a result, Lerman devoted time and effort to perform properly and expeditiously the required

professional services. During the Interim Compensation Period, Lerman expended 9.50 hours in providing the requested professional services. Lerman's hourly billing rate is based on Lerman's normal billing rates for services of this kind and is competitive with other communications law firms.

## Necessity of Lerman's Services

18.     This bankruptcy case addresses issues that raise complex questions and require a high level of skill and expertise to efficiently and accurately address. The professional services described herein were performed by Lerman to, among other things, advise the Committee's bankruptcy counsel on relevant aspects of FCC regulations and spectrum leases, to review other contracts, and to correspond with a potential acquirer of the Debtor's licenses.

## Experience and Ability of the Professionals

19.     Lerman has substantial experience representing clients involved in various sectors of the communications industry, including broadcast, broadband, satellite and utilities with respect to FCC regulations and policy, transactions, regulatory compliance and enforcement matters. In particular, Lerman has extensive experience over the course of more than thirty years advising Educational Broadband Service ("EBS") licenses, spectrum lessors and spectrum lessees regarding regulatory and transactional aspects of licenses and leasing arrangements. Lerman has negotiated hundreds of spectrum leases and license sales for EBS licensees and lessees of EBS spectrum. Lerman attorneys also have participated in bankruptcy proceedings for communications companies, debtors and other stakeholders.

## Reservation of Rights

20.     It is possible that some professional time expended or expenses incurred by Lerman during the Application Period are not reflected in this Third Fee Application.  Lerman reserves the right to include such amounts in future fee applications.

## Notice

21.     Pursuant to the Interim Compensation Order, Lerman will provide notice of this Third Fee Application upon the following parties by electronic or first class mail: (a) the Debtor c/o The Roman Catholic Diocese of Rockville Centre, 50 N Park Ave P.O. Box 9023, Rockville Centre, NY 11571-9023 (Attn: Thomas Renker); (b) the attorneys for the Debtor, Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); and (c) the Office of the United States Trustee Region 2 (the "U.S. Trustee"), 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq.).  No other or further notice need be provided.

## Conclusion

22.     Lerman respectfully requests that the Court enter an order, in the form attached hereto, (a) granting the relief requested in this Third Fee Application; (b) allowing Lerman interim fees in the total amount of $4,141 for services rendered in the Chapter 11 case; and (c) granting such further relief as is just and proper.

Dated:  December 11, 2023

**LERMAN SENTER PLLC**

/s/  *Stephen E. Coran*
_____

Stephen E. Coran (admitted *pro hac vice*)
Suite 400
2001 L Street, NW
Washington, DC  20036
Telephone: (202) 416-6744
Email:  scoran@lermansenter.com

*Special FCC Counsel for the Official
Committee of Unsecured Creditors of The
Roman Catholic Diocese of Rockville Centre,
New York*

# EXHIBIT A

## Declaration of Stephen E. Coran

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Case No. 20-12345 (MG) |
| | ) |
| THE ROMAN CATHOLIC DIOCESE OF | ) Chapter 11 |
| ROCKVILLE CENTRE, NEW YORK, | ) |
| | ) |
| Debtor.[1] | ) |
| | ) |

## DECLARATION OF STEPHEN E. CORAN IN SUPPORT OF AMENDED THIRD INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION BY LERMAN SENTER PLLC AS SPECIAL FCC COUNSEL FOR THE PERIOD FROM JUNE 1, 2023 THROUGH SEPTEMBER 30, 2023

I, Stephen E. Coran, declare under penalty of perjury pursuant to 28 U.S.C.

§ 1746 and pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure and Rule 2016-

of the Local Rules for the Bankruptcy Court for the Southern District of New York that the

following is true and correct:

      i.        I am a member with the law firm of Lerman Senter PLLC ("Lerman" or

the "Firm"), with offices located at 2001 L Street, NW, Suite 400, Washington, DC 20036. I am

duly admitted to practice law in the District of Columbia.

      ii.        I have personally reviewed the information contained in the Amended

Third Fee Application and believe its contents to be true and correct to the best of my

knowledge, information, and belief. In addition, I believe that the Amended Third Fee

Application complies with the Local Rules for the Southern District of New York and the

*Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New*

*York Bankruptcy Cases.*

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York. The last four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue, P.O. Box 9023, Rockville Centre, NY 11571-9023.

iii.      All services for which Lerman requests compensation were performed for or on behalf of the Committee. Lerman has received no payment and no promises for payment from any source other than the Debtor for services rendered or to be rendered in any capacity whatsoever in connection with the matters and time period covered by this Third Fee Application. There is no agreement or understanding between Lerman and any other person other than the partners of Lerman for the sharing of compensation to be received for services rendered in these cases. Lerman has not received a retainer in this case.

iv.      Lerman makes the following disclosures pursuant to the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013*.

v.      The Court authorized the Committee to retain Lerman as its special FCC counsel in this chapter 11 case pursuant to the *Order Authorizing and Approving The Official Committee of Unsecured Creditors' Application to Retain and Employ Lerman Senter PLLC as Special Insurance Counsel Effective as of October 14, 2022* (the "Retention Order") [Docket 1466]. The billing rates in this Application are those disclosed and approved at retention.

vi.      One professional is included in this Application. The professional billed fewer than 15 hours during the Interim Compensation Period.

vii.      In accordance with the U.S. Trustee Guidelines, Lerman responds to the questions identified therein as follows:

Question 1: Did Lerman agree to any variations from, or alternatives to, Lerman's standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain.

Answer: No.

Question 2: If the fees sought in the Application as compared to the fees budgeted for the time period covered by the Application are higher by 10% or more, did Lerman discuss the reasons for the variation with the client?

Answer: N/A.

Question 3: Have any of the professionals included in the Application varied their hourly rate based on geographic location of the bankruptcy case?

Answer: No.

Question 4: Does the Application include time or fees related to reviewing or revising time records or preparing, reviewing or revising invoices?

Answer: No.

Question 5: Does the Application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify hours and fees.

Answer: No.

Question 6: Does the Application include any rate increases since Lerman's retention in these cases?

Answer: No.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: December 11, 2023

/s/ Stephen E. Coran
Stephen E. Coran

# **EXHIBIT B**

**Timekeeper Summary**

# EXHIBIT B

## Timekeeper Summary

| Professional | Title | Year of Bar Admission | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Stephen E. Coran | Member | 1986 | $670.00 | 6.30 | $4,141.00 |
| Total | | | | 6.30 | $4,141.00 |
| Average Billing Rate (Attorneys Only) | | | $670.00 | | |

# EXHIBIT C

## Expense Summary

## EXHIBIT C

## Expense Summary

| Expense | Total Expenses |
|---------|----------------|
| NONE | |
| TOTAL: | 0 |

# EXHIBIT D

## Compensation Disclosures

# EXHIBIT D

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

(*See* Guidelines C.3. for definitions of terms used in this Exhibit.)

| CATEGORY OF TIMEKEEPER (Using categories already maintained by the firm) | | BLENDED HOURLY RATE | |
|---|---|---|---|
| | | BILLED Firm timekeepers for preceding year, excluding bankruptcy* | BILLED In this fee application |
| | Member | $670.00 | $670.00 |
| | Of Counsel | N/A | N/A |
| | Associate | N/A | N/A |
| | Paralegal | N/A | N/A |
| | All Timekeepers Aggregated | $670.00 | $670.00 |

\* Represents average of the two firm timekeepers subject to this Application in non-bankruptcy cases for period before September 1, 2022.

Case Name: The Roman Catholic Diocese of Rockville Centre, New York

Case Number: 20-12345 (MG)

Applicant's Name: Lerman Senter PLLC

Date of Application: December 11, 2023

Interim or Final: Interim

# EXHIBIT E

## Invoices



**LermanSenter**
COMMUNICATIONS LAW ACROSS THE SPECTRUM

July 17, 2023
Bill Number: 497790
File Number: 1928
Federal Tax ID: 52-1365942

Attention: Brittany M. Michael
Pachulski Stang Ziehl & Jones
34th Floor
780 Third Avenue
New York, NY 10017

FOR PROFESSIONAL SERVICES RENDERED
Through June 30, 2023

**RE:** **Legal**
File Number  1928-0002

| Date | Attorney | Code | Description | Hours |
|------|----------|------|-------------|-------|
| 06/01/2023 | Coran, Stephen | B110 | Telephone call with G. Winnick (WCO) re bidding proposal and exchange emails re same. | 1.00 Hrs |
| 06/02/2023 | Coran, Stephen | B150 | Telephone call with K. Dine re WCO process. | 0.50 Hrs |
| 06/02/2023 | Coran, Stephen | B110 | Exchange emails with E. Madsen re spectrum valuation. | 0.20 Hrs |
| 06/08/2023 | Coran, Stephen | B110 | Conference call with BRG re settlement trust transfer. | 0.30 Hrs |
| 06/09/2023 | Coran, Stephen | B110 | Review T-Mobile lease and memo re same. | 0.50 Hrs |
| 06/09/2023 | Coran, Stephen | B150 | Conference call re T-Mobile lease. | 0.30 Hrs |
| 06/09/2023 | Coran, Stephen | B150 | Exchange emails re T-Mobile lease. | 0.20 Hrs |
| 06/10/2023 | Coran, Stephen | B110 | Review T-Mobile-WCO complaint. | 0.40 Hrs |
| 06/10/2023 | Coran, Stephen | B150 | Send email re T-Mobile-WCO complaint. | 0.10 Hrs |
| 06/15/2023 | Coran, Stephen | B110 | Exchange emails re leases and Moore expert report and review expert report. | 0.50 Hrs |
| 06/16/2023 | Coran, Stephen | B150 | Telephone call with K. Dine re Moore expert report. | 0.20 Hrs |
| 06/16/2023 | Coran, Stephen | B110 | Research and send cases re FCC character policies and send email re same. | 0.80 Hrs |
| 06/21/2023 | Coran, Stephen | B150 | Exchange emails re WCO conversation. | 0.20 Hrs |
| | | | | 3,404.00 |

Please include invoice number with all payments

**Lerman Senter PLLC**
2001 L Street NW | Suite 400
Washington DC 20036
*tel* 202-429-8970
www.lermansenter.com



| **Legal Services Summary** | | Total Hours | | Total |
|---|---|---|---|---|
| Coran, Stephen | Member | 5.20 | | 3,404.00 |
| | **Fees** | **5.20 Hrs** | | **$3,404.00** |

BILL SUMMARY

| | |
|---|---|
| TOTAL LEGAL SERVICES | $3,404.00 |
| TOTAL EXPENSES | $0.00 |
| INVOICE TOTAL | $3,404.00 |



**LermanSenter**
COMMUNICATIONS LAW ACROSS THE SPECTRUM

August 15, 2023
Bill Number:      498209
File Number:      1928
Federal Tax ID:   52-1365942

Attention: Brittany M. Michael
Pachulski Stang Ziehl & Jones
34th Floor
780 Third Avenue
New York, NY 10017

FOR PROFESSIONAL SERVICES RENDERED
    Through July 31, 2023

**RE:    Legal**
         File Number      1928-0002

| Date | Name | Code | Description | Hours |
|------|------|------|-------------|-------|
| 07/07/2023 | Coran, Stephen | B110 | Telephone call with WCO re bidding process and send email re same. | 0.20 Hrs |
| 07/13/2023 | Coran, Stephen | B110 | Telephone call with K. Dine re hearing status and follow-up. | 0.20 Hrs |

268.00

**Please include invoice number with all payments**

**Lerman Senter PLLC**
2001 L Street NW | Suite 400
Washington DC 20036
*tel* 202-429-8970
www.lermansenter.com



**Legal Services Summary**

| | | Total Hours | Total |
|---|---|---|---|
| Coran, Stephen | Member | 0.40 | 268.00 |
| | **Fees** | **0.40 Hrs** | **$268.00** |

BILL SUMMARY

| | |
|---|---|
| TOTAL LEGAL SERVICES | $268.00 |
| TOTAL EXPENSES | $0.00 |
| INVOICE TOTAL | $268.00 |


COMMUNICATIONS LAW ACROSS THE SPECTRUM

September 15, 2023
Bill Number: 498567
File Number: 1928
Federal Tax ID: 52-1365942

Attention: Brittany M. Michael
Pachulski Stang Ziehl & Jones
34th Floor
780 Third Avenue
New York, NY 10017

FOR PROFESSIONAL SERVICES RENDERED
    Through August 31, 2023

**RE:**     **Legal**
        File Number        1928-0002

| Date | Attorney | Code | Description | Hours |
|---|---|---|---|---|
| 08/11/2023 | Coran, Stephen | B110 | Telephone call with WCO re status and exchange emails re same. | 0.30 Hrs |
| 08/14/2023 | Coran, Stephen | B110 | Review Summit Ridge agreement and motion. | 0.20 Hrs |
| 08/15/2023 | Coran, Stephen | B110 | Review changes to Summit Ridge agreement and exchange emails re same. | 0.20 Hrs |

469.00

Please include invoice number with all payments

**Lerman Senter PLLC**
2001 L Street NW | Suite 400
Washington DC 20036
*tel* 202-429-8970
www.lermansenter.com



| **Legal Services Summary** | | Total Hours | | Total |
|---|---|---|---|---|
| Coran, Stephen | Member | 0.70 | | 469.00 |
| | **Fees** | **0.70  Hrs** | | **$469.00** |

BILL SUMMARY

| | |
|---|---|
| TOTAL LEGAL SERVICES | $469.00 |
| TOTAL EXPENSES | $0.00 |
| INVOICE TOTAL | $469.00 |

# EXHIBIT F

## Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Case No. 20-12345 (MG) |
| | ) |
| THE ROMAN CATHOLIC DIOCESE OF | ) Chapter 11 |
| ROCKVILLE CENTRE, NEW YORK, | ) |
| | ) |
| Debtor.[1] | ) |
| | ) |

## ORDER GRANTING
## AMENDED THIRD INTERIM APPLICATION FOR ALLOWANCE OF
## COMPENSATION BY LERMN SENTER PLLC AS SPECIAL FCC COUNSEL
## <u>FOR THE PERIOD FROM JUNE 1, 2023 THROUGH SEPTEMBER 30, 2023</u>

Lerman Senter PLLC ("<u>Lerman</u>") as Special FCC Counsel to the Official

Committee of Unsecured Creditors in the above-captioned case, filed its Amended Third Interim

Application for Compensation for the Period from June 1, 2023 through September 30, 2023 (the

"<u>Third Fee Application</u>").  The Court has reviewed the Third Fee Application and finds that: (a)

the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of

the Third Fee Application, and any hearing on the Third Fee Application, was adequate under the

circumstances; and (c) all persons with standing have been afforded the opportunity to be heard

on the Third Fee Application.  Accordingly, it is hereby

**ORDERED** that the Third Fee Application is GRANTED.  The Debtor in the

above case shall pay to Lerman interim fees in the total amount of $4,141.00 for services

rendered in the Chapter 11 case during the Interim Compensation Period.

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York.  The last four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue, P.O. Box 9023, Rockville Centre, NY 11571-9023.

**ORDERED** that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2023.
         New York, New York

_____
THE HONORABLE MARTIN GLENN
U.S. BANKRUPTCY JUDGE