REED SMITH LLP
Aaron Javian, Esq.
John B. Berringer, Esq.
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: ajavian@reedsmith.com
E-mail: jberringer@reedsmith.com

REED SMITH LLP
Timothy P. Law, Esq. (admitted *pro hac vice*)
1717 Arch Street
Three Logan Square, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420
E-mail: tlaw@reedsmith.com

*Special Insurance Counsel for Debtor*
and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE ROMAN CATHOLIC DIOCESE OF | : | Case No. 20-12345 (MG) |
| ROCKVILLE CENTRE, NEW YORK,[1] | : | |
| | : | |
| Debtor. | : | |
| | : | |

AMENDED AND RESTATED THIRTY-EIGHTH MONTHLY STATEMENT OF REED
SMITH LLP, AS SPECIAL INSURANCE COUNSEL FOR THE DEBTOR AND DEBTOR IN
POSSESSION, OF FEES FOR PROFESSIONAL SERVICES RENDERED AND
DISBURSEMENTS INCURRED FOR THE PERIOD
NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023

| | |
|---|---|
| Name of Applicant: | Reed Smith LLP |
| Authorized to Provide Professional Services to: | Debtor and Debtor in Possession |
| Date of Retention: | Order entered on November 4, 2020, *nunc pro tunc* to October 1, 2020 |
| Period for which compensation and reimbursement is sought: | November 1, 2023 to November 30, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $233,935.00 |

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue P.O. Box 9023, Rockville Centre, NY 11571-9023.

|  |  |
|---|---|
|  | 50% of which is $116,967.50[2] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $12,124.97 |
| Fees and Expenses of Debtor's Consulting Expert ("Expert F&E") | $29,472.50[3] |
| TOTAL (50% of fees, 100% of costs, 100% of Expert F&E) | $158,564.97 |

Reed Smith LLP ("Reed Smith"), as Special Insurance Counsel for the Debtor and Debtor-In Possession, hereby submits this thirty-eighth monthly statement (the "Monthly Statement") for the period of November 1, 2023 through November 30, 2023 (the "Statement Period") for payment of professional services rendered and reimbursement of expenses incurred during the Statement Period pursuant to the Court's Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Dkt. No. 129] (the "Fee Procedures Order").  Reed Smith requests: (a) interim allowance and payment of compensation in the amount of $116,967.50 (50% of $233,935.00) of fees on account of reasonable and necessary professional services rendered to the Debtor by Reed Smith, (b) reimbursement of actual and necessary costs and expenses in the amount of $12,124.97 incurred by Reed Smith during the Statement Period, and (c) reimbursement for services rendered, and costs and expenses incurred, by Debtor's consulting expert in the amount of $29,472.50.

## FEES FOR SERVICES RENDERED DURING THE STATEMENT PERIOD

1.    Set forth below is a list of the positions of the Reed Smith professionals and paraprofessionals who provided services to the Debtor during the Statement Period, their respective

---

[2] Per Order Dated December 19, 2023 Regarding Holdback on Professional Fees (Dkt. No. 2743).

[3] Submitted for payment pursuant to *Order Authorizing the Retention of Experts* [Dkt. No. 783], ¶ 3.

billing rates, and the aggregate hours spent by each professional and paraprofessional in providing services on behalf of the Debtor during the Statement Period.

| Name | Title | Department | Office | JD Year | Rate | Hours | Amount |
|------|-------|-----------|--------|---------|------|-------|--------|
| Law, Timothy | Equity Partner | Litigation | Philadelphia | 1995 | 1,250 | 21.8 | $27,250.00 |
| Javian, Aaron | Fix.Sh.Partner | Business and Finance | New York | 2004 | 1,215 | 5.0 | $6,075.00 |
| Kramer, Ann | Fix.Sh.Partner | Litigation | New York | 1984 | 1,390 | 32.7 | $45,453.00 |
| Berringer, John | Counsel | Litigation | New York | 1980 | 1,285 | 57.6 | $74,016.00 |
| Kim, Esther Y. | Associate | Litigation | Philadelphia | 2018 | 343 | 5.2 | $1,781.00 |
| Kim, Esther Y. | Associate | Litigation | Philadelphia | 2018 | 685 | 65.4 | $44,799.00 |
| LauKamg, Christopher | Paralegal | Business and Finance | New York | - | 410 | 29.8 | $12,218.00 |
| Simmonds, Lianna E. | Paralegal | Litigation | Philadelphia | - | 330 | 6.7 | $2,211.00 |
| Zygmund-Felt, Georgia A. | Paralegal | Litigation | Philadelphia | - | 380 | 6.4 | $2,432.00 |
| Schad, James | Other | Litigation | Washington | - | 600 | 29.5 | $17,700.00 |
| | | | | | | 260.1 | $233,935.00 |
| | | | | | | | |
| **Total:** | | | | | | 260.1 | $233,935.00 |

2.      The rates charged by Reed Smith for services rendered to the Debtor are the same rates that it charges generally for professional services rendered to its non-bankruptcy clients as described in the engagement letter between Reed Smith and the Debtor.  A complete itemization of tasks performed by these professionals and paraprofessionals for the Statement Period is annexed hereto as **Exhibit A**.

## EXPENSES INCURRED DURING THE STATEMENT PERIOD

3.      Set forth below is a categorical list of expenses incurred by Reed Smith during the Statement Period in the course of representing the Debtor.

| Description | Amount |
|------------|--------|
| Duplicating/Printing/Scanning | $76.90 |
| Gravity Stack LLC November 2023 Invoice | $10,699.60 |
| Postage Expense | $9.87 |
| Monsignor Alan Placa Deposition Transcript Expense | $1,338.60 |
| TOTAL: | $12,124.97 |

## NOTICE AND OBJECTION PROCEDURES

4.      Reed Smith has provided notice of this statement upon the following parties by electronic or first class mail: (i) the Debtor, the Roman Catholic Diocese of Rockville Centre, 50 N. Park Avenue, P.O. Box 9023, Rockville Centre, NY 11571 (Attn: Thomas Renker); (ii) counsel to the Debtor, Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); (iii) the Office of the United States Trustee Region 2, Alexander Hamilton Custom House, One Bowling Green, Suite 534, New York, NY 10004 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq.); and (iv) counsel for the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017 (Attn: Ilan D. Scharf, Esq., Karen B. Dine, Esq. and Brittany M. Michael, Esq.) and Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067 (Attn: James I. Stang, Esq.).

5.      Pursuant to the Fee Procedures Order, objections to this Monthly Statement, if any, must be served no later than January 8, 2024 (the "Objection Deadline") upon the following parties: (i) the Debtor, the Roman Catholic Diocese of Rockville Centre, 50 N. Park Avenue, P.O. Box 9023, Rockville Centre, NY 11571 (Attn: Thomas Renker); (ii) counsel to the Debtor, Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); (iii) the Office of the United States Trustee Region 2, Alexander Hamilton Custom House, One Bowling Green, Suite 534, New York, NY 10004 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq.); (iv) counsel for the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017 (Attn: Ilan D. Scharf, Esq., Karen B. Dine, Esq. and Brittany M. Michael, Esq.) and Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067 (Attn: James I. Stang, Esq.); and (v)

Special Insurance Counsel, Reed Smith LLP, 599 Lexington Avenue, New York, NY 10022 (Attn: Aaron Javian, Esq. and John B. Berringer, Esq.) and Reed Smith LLP, 1717 Arch Street, Three Logan Square, Suite 3100, Philadelphia, PA 19103 (Attn: Timothy P. Law, Esq.).

6.      If no objections to this Monthly Statement are received by the Objection Deadline, the Debtor will be authorized thereafter to pay Reed Smith 50% of the fees and 100% of the expenses identified in the Monthly Statement as well as 100% of the Expert F&E.

7.      To the extent an objection to the Monthly Statement is received on or before the Objection Deadline, the Debtor will withhold payment of that portion of the Monthly Statement to which the objection is directed and is authorized to pay the remainder of fees and expenses in the percentages set forth above.  To the extent such objection is not resolved, it shall be preserved and presented to the Court at the next interim or final fee application hearing to be heard in accordance with paragraph 2(k) of the Fee Procedures Order.

Dated:  December 22, 2023
       New York, New York

REED SMITH LLP

*/s/ Aaron Javian*
Aaron Javian, Esq.
John B. Berringer, Esq.
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: ajavian@reedsmith.com
E-mail: jberringer@reedsmith.com

-and-

REED SMITH LLP
Timothy P. Law, Esq. (admitted *pro hac vice*)
1717 Arch Street
Three Logan Square, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420
E-mail: tlaw@reedsmith.com

*Special Insurance Counsel for Debtor and
Debtor in Possession*

# EXHIBIT A



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

|  |  |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number: **3681067** |
| 50 No. Park Avenue | Invoice Date: **12/8/2023** |
| Att: William G. Chapin | Client Number: **504893** |
| Rockville Centre, NY 11570 | Matter Number: **504893.20001** |
| US - UNITED STATES | |

## *REMITTANCE PAGE*
### *PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Non-Working Travel**

---

Total Current Fees................................................................................$_____1,781.00

**Total Due This Invoice:**                    **$_____1,781.00**

Please Remit to:

**Mail To:**
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
***(Please Reference Invoice Number)***



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

|  |  |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number:    **3681067** |
| 50 No. Park Avenue | Invoice Date:    **12/8/2023** |
| Att: William G. Chapin | Client Number:    **504893** |
| Rockville Centre, NY 11570 | Matter Number:    **504893.20001** |
| US - UNITED STATES | |

**RE: Non-Working Travel**

---

## INVOICE SUMMARY

Total Current Fees.............................................................................$_____1,781.00

**Total Due This Invoice:**                                **$_____1,781.00**

Please Remit to:

***Mail To:***
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
***(Please Reference Invoice Number)***



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: –+1 215 851 8100
Fax: –+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number: **3681067** |
| 50 No. Park Avenue | Invoice Date: **12/8/2023** |
| Att: William G. Chapin | Client Number: **504893** |
| Rockville Centre, NY 11570 | Matter Number: **504893.20001** |
| US - UNITED STATES | |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH November 30, 2023**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/15/23 | E. Y. Kim | Travel to Babylon, NY from Philadelphia, PA for file review at W. Chapin's office. | 2.40 |
| 11/16/23 | E. Y. Kim | Return travel from Babylon, NY to Philadelphia, PA for file review at W. Chapin's office. | 2.80 |
| **Total Hours** | | | **5.20** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Esther Y. Kim | 5.20 hrs @ $ | 342.50 / hr | 1,781.00 |
| **Total Professional Services** | | | **1,781.00** |

**INVOICE SUMMARY**

| | | |
|---|---|---|
| Total Fees | $ | 1,781.00 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **1,781.00** |
| **Total Amount Due** | **$** | **1,781.00** |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number: **3681064** |
| 50 No. Park Avenue | Invoice Date: **12/8/2023** |
| Att: William G. Chapin | Client Number: **504893** |
| Rockville Centre, NY 11570 | Matter Number: **504893.60005** |
| US - UNITED STATES | |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Chapter 11 Insurance Recovery**

---

Total Current Fees.................................................................................$    218,937.00

Total Current Expenses and Other Charges .....................................$    12,124.97

**Total Due This Invoice:**                                    **$    231,061.97**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360110*
*Pittsburgh, PA 15251-6110*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
**(Please Reference Invoice Number)**



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number: **3681064** |
| 50 No. Park Avenue | Invoice Date: **12/8/2023** |
| Att: William G. Chapin | Client Number: **504893** |
| Rockville Centre, NY 11570 | Matter Number: **504893.60005** |
| US - UNITED STATES | |

**RE: Chapter 11 Insurance Recovery**

---

## INVOICE SUMMARY

Total Current Fees .............................................................................$    218,937.00

Total Current Expenses and Other Charges .....................................$    12,124.97

**Total Due This Invoice:**                                      **$    231,061.97**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360110*
*Pittsburgh, PA 15251-6110*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
**(Please Reference Invoice Number)**



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number: **3681064** |
| 50 No. Park Avenue | Invoice Date: **12/8/2023** |
| Att: William G. Chapin | Client Number: **504893** |
| Rockville Centre, NY 11570 | Matter Number: **504893.60005** |
| US - UNITED STATES | |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH November 30, 2023**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/01/23 | A. Kramer | Work in Process call with JD, RS and A&M teams (.50); attend J. Glenn hearing (1.0). | 1.50 |
| 11/01/23 | T.P. Law | Participate in work in process call. | 0.70 |
| 11/01/23 | J.B. Berringer | Preparation for and attendance on teleconference (.60); attendance on Zoom hearing (.60). | 1.20 |
| 11/02/23 | J.B. Berringer | Review new docs from W. Chapin re: old claims (.50); emails with W. Chapin, E. Kim re: same (.40); preparation for Arrowood corporate dep. (.90); emails T. Law, E. Kim re: same (.30); review emails re: underlying case (.40); email JD re: same (.10). | 2.60 |
| 11/02/23 | E. Y. Kim | Analyze Arrowood claim correspondence and policies to draft 30(b)(6) deposition outline. | 3.10 |
| 11/03/23 | J.B. Berringer | Telephone conference with W. Chapin re: LMI discovery (.60); review docs from Chapin re: Abuse claims (1.1); emails E. Kim, T. Law re: Arrowood 30(b)(6) deposition (.50). | 2.20 |
| 11/03/23 | J.C. Schad | Identify, notate, transfer insurer letters re: coverage pursuant to requests from E. Kim. | 1.60 |
| 11/06/23 | J.B. Berringer | Review draft 30(b)(6) Notice , email E. Kim re: same (.20); review new docs from client, email E. Kim, T. Law re: same (.90); review email from Network Adjustors, emails T. Law, W. Chapin re: same (.40); 30(b)(6) arrangements (.50). | 2.00 |
| 11/06/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and | 0.80 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | calendar. | |
| 11/06/23 | T.P. Law | Email exchange with Reed Smith team re: discovery and adversary proceedings. | 0.30 |
| 11/06/23 | E. Y. Kim | Draft and finalize Amended Arrowood 30(b)(6) deposition notice (.60); analyze Risx-Facs documents for production to LMI (1.8); analyze Arrowood production to draft 30(b)(6) deposition outline (2.7). | 5.10 |
| 11/07/23 | G. A. Zygmund-Felt | Data entry and analysis re: discovery and date of earliest notice. | 3.50 |
| 11/07/23 | G. A. Zygmund-Felt | Data entry and analysis re: discovery and date of earliest notice. | 1.90 |
| 11/07/23 | J.B. Berringer | Review 30(b)(6) Topics for t/c E. Kim (.80); t/c T. Law, E. Kim re: Arrowood deposition (.60); review emails re: Sisters of Mercy (.40); emails client re: same (.30). | 2.10 |
| 11/07/23 | T.P. Law | Telephone conference with Reed Smith team re: Arrowood deposition strategy. | 0.40 |
| 11/07/23 | T.P. Law | Telephone conference with B. Chapin re: [REDACTED]. | 0.40 |
| 11/07/23 | J.C. Schad | Analyze, prepare report to E. Kim re: noticed suits without insurer responses; correlative analysis re: insurers' coverage position letters (1.1); prepare reports to E. Kim re: additional insurer letters (4.3); analyze, prepare summary re: certain wordings in Royal policies (1.8); prepare reports to E. Kim (.20). | 7.40 |
| 11/07/23 | L. E. Simmonds | Analyze all Arrowood Correspondence to begin and prepare same for document production. | 2.90 |
| 11/07/23 | E. Y. Kim | Analyze Arrowood production, correspondence and policies to draft 30(b)(6) deposition outline (5.8); analyze Arrowood policies and documents in Arrowood's production for review by J. Berringer (.50); call with T. Law and J. Berringer regarding strategy for same (.60); communications with J. Schad regarding | 7.70 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | Arrowood policy provisions and claim correspondence for same (.50); communications with L. Simmonds regarding Arrowood claim correspondence for same (.30). | |
| 11/08/23 | T.P. Law | Participate in work in process call. | 0.80 |
| 11/08/23 | T.P. Law | Address impact of liquidation of Arrowood. | 2.20 |
| 11/08/23 | G. A. Zygmund-Felt | Data entry and analysis re: discovery and date of earliest notice. | 1.00 |
| 11/08/23 | J.B. Berringer | Review deposition Outline (.60); review docs from client re: pre-CVA claims with LMI (.90); emails E. Kim, T. Law re: same (.30); review email from Network Adjustors, emails T. Law, W. Chapin re: same (.60); arrangements for Arrowood deposition (.80); review policies, notice letters for Arrowood dep. (.80); review Arrowood Insolvency order, t/c A. Smith re: same (.90). | 4.90 |
| 11/08/23 | J.C. Schad | Attention to historic primary policy terms for report to J. Berringer (1.2); correlate, notate, prepare supporting materials for report to E. Kim (2.7); prepare register of policy wordings for report to J. Berringer, E. Kim (1.3); attention to notice of insolvency of historic insurer (1.0). | 6.20 |
| 11/08/23 | L. E. Simmonds | Complete analysis all Arrowood Correspondence to begin and prepare same for document production including de-duping. Analyze and de-dupe all Coverage Position Letters re CVA Suits for document production. | 3.80 |
| 11/08/23 | E. Y. Kim | Analyze Arrowood policies and claim correspondence to draft 30(b)(6) outline (4.8); email T. Law and J. Berringer regarding same (.10); analyze policies and claim correspondence regarding exhibits for same (2.5). | 7.40 |
| 11/08/23 | A. Kramer | Work in process call with client, A&M, JD and RS teams re: bankruptcy and Steinman developments (.60); address Arrowood liquidation order with client, KCIC, JD and RS teams (2.70). | 3.30 |
| 11/09/23 | E. Y. Kim | Analyze documents from client and claim files | 2.60 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | from Network Adjusters for supplemental production to LMI. | |
| 11/09/23 | T.P. Law | Telephone conference with B, Chapin and J. Berringer re: billing defense costs to Arrowood and LMI. | 0.40 |
| 11/09/23 | T.P. Law | Telephone conference with Jones Day re: various insurance issues for potential plan. | 0.40 |
| 11/09/23 | T.P. Law | Review and approve Jones Day re: [REDACTED]. | 0.30 |
| 11/09/23 | T.P. Law | Emails to Jones Day re: [REDACTED]. | 1.40 |
| 11/09/23 | J.B. Berringer | Telephone conference with client, T. Law re: status, billing issues (.60); t/c Jones Day, T. Law re: Arrowood insolvency (.60); review Insolvency Order, articles and emails re: Arrowood (2.0). | 3.20 |
| 11/09/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 11/09/23 | A. Kramer | E-mail exchange with JD and RS teams re: message from mediators (.20); follow up with Berringer re: call with JD team re: Arrowood issues (.10). | 0.30 |
| 11/10/23 | E. Y. Kim | Analyze documents from client and claim files from Network Adjusters for supplemental production to LMI (2.7); communications with J. Berringer regarding LMI subpoenas and depositions (.40). | 3.10 |
| 11/10/23 | T.P. Law | Emails with Jones Day re: executing the Arrowood liquidation order to stay underlying litigation. | 1.20 |
| 11/10/23 | J.B. Berringer | Emails E. Kim re: LMI subpoenas (.40); emails T. Geremia, team re: Arrowood stay (.80); emails A. Smith re: Ct. Order, meet & confer (.60); emails team re: Arrowood Order (.40); emails re: Arrowoods Network Adjustors subpoena (.40). | 2.60 |
| 11/10/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY | 0.80 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| | | adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | |
| 11/10/23 | A. Kramer | Email exchanges with JD and RS teams re: Arrowood liquidation order. | 0.40 |
| 11/13/23 | J.B. Berringer | Review emails re: Network Adjustors subpoena (.60); t/c T. Law re: same (.20); review email re: NA mtg. w/ LMI, t/c T. Law re: same , email NA re: same (.70); review emails from E. Kim, J. Moffitt re: LMI discovery (.50); arrangements for Meet & Confer with Arrowood, including email to Committee Counsel, t/cs T. Law, A. Kramer re: same (.70); emails to A. Smith re: same (.50); review Allianz, LMI objection to Plan in Diocese of Camden reorg (1.1). | 4.30 |
| 11/13/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 11/13/23 | A. Kramer | Review insurer objection filing in Camden Ch.11. | 1.20 |
| 11/13/23 | T.P. Law | Draft redlined comments to state court counsel re: Arrowood stay of underlying actions and transmit to Jones Day. | 1.10 |
| 11/14/23 | J.B. Berringer | Telephone conference with Arrowood counsel re: letter to Judge Cave (.50); t/cs T. Law, A. Kramer re: same (.30); email A. Kramer re: same (.20); t/c W. Chapin, Network Adjustors re: subpoena, docs (.80); email E. Kim re: same (.20); review of docs from Chapin (.80). | 2.80 |
| 11/14/23 | A. Kramer | Telephone conversation with J. Berringer re: Arrowood call (.20); team call with mediators and JD team (.70). | 0.90 |
| 11/14/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 11/14/23 | T.P. Law | Telephone conference with Arrowood counsel re: | 0.40 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| | | impact of liquidation. | |
| 11/14/23 | T.P. Law | Telephone conference with Network Adjusters and B, Chapin re: claim handling issues. | 0.50 |
| 11/15/23 | E. Y. Kim | Call with T. Law, J. Berringer regarding strategy for LMI supplemental discovery responses (.80); call and emails with W. Chapin regarding LMI interrogatory responses (.40); analyze claim correspondence and documents to produce to LMI (1.5): revise LMI supplemental discovery responses and analyze documents regarding same (2.9). | 5.60 |
| 11/15/23 | A. Kramer | Telephone conversations with J. Berringer and T. Law re: call with mediators (.40); telephone conversation with C. Sugayan re: mediation/settlement, dismissal etc. (.60); draft note to RS and JD teams re: same (.40); review/comment on draft letter to J. Cave re: Arrowood coverage case (.30). | 1.70 |
| 11/15/23 | J.C. Schad | Discussion with E. Kim re: onsite investigations, prior discovery, responses to LMI, potentially responsive materials (.80); attention to materials potentially responsive to LMI discovery requests (2.6); discussion with J. Berringer re: relevance of testimony, materials responsive to LMI discovery requests (.20); review, notate, record materials re: discovery (1.2). | 4.80 |
| 11/15/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 11/15/23 | J.B. Berringer | Review LMI 30(b)(6) notice, email to W. Chapin re: same (.60); t/c A. Kramer re: mediation session (.30); prep. for, attendance on t/c with E. Kim, T. Law re: Supp. responses to LMI discovery (.90); revisions to draft letter to Court re: Arrowood insolvency, email T. Law re: same (.60); revisions to LMI discovery responses (1.10); review emails re: LMI settlement | 4.90 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | discussions (.40); review Schad, Adams emails re: LMI discovery (.40); t/cs Chapin, Kim re: doc. review for LMI production (.60). | |
| 11/15/23 | T.P. Law | Telephone conference with A. Kramer re: call with mediators and next steps. | 0.30 |
| 11/15/23 | T.P. Law | Draft changes to Arrowood's proposed letter to Judge Cave. | 1.20 |
| 11/15/23 | T.P. Law | Telephone conference with J, Berringer and E. Kim re: supplemental responses to LMI discovery request. | 0.60 |
| 11/16/23 | E. Y. Kim | Analyze files at W. Chapin's office and LMI claim correspondence for potential documents to produce to LMI (3.7); revise supplemental responses to LMI's interrogatories and document requests per T. Law and J. Berringer's comments (1.6). | 5.30 |
| 11/16/23 | A. Kramer | Review/analyze/comment/revise Plan draft (7.2); email exchanges with Law and Berringer re: same (.20); email exchanges with JD and RS teams re: response to Slater letter (.30). | 7.70 |
| 11/16/23 | J.C. Schad | Analyze, prepare response to request from E. Kim re: claims against LMI for CVA suits (1.2); analyze, notate, record materials from Network Adjusters re: historic LMI coverage for WC matters (2.6). | 3.80 |
| 11/16/23 | J.B. Berringer | Review, revise Supplemental Responses to LMI discovery demands (2.1); emails E. Kim, A. Kramer, T. Law re: same (.50) review of new draft Plan, T. Law email re: same (.90); emails Jones Day re: Supplemental Response to LMI Discovery demands (.40) t/c E. Kim re: same (.30); t/c with Network Adjustors, LMI counsel re: claims handling (.50); review A. Kramer comments re: draft Plan, email Kramer re: same (.80); review draft letter to Judge Oetken, emails re: same (.60). | 6.10 |
| 11/16/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY | 0.80 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | |
| 11/16/23 | T.P. Law | Telephone conference with LMI and Network Adjusters re: claims handling issues and response to subpoena. | 0.80 |
| 11/16/23 | T.P. Law | Review and provide comments on letter to Judge Oetken re: whether omnibus appeals are stayed. | 1.60 |
| 11/16/23 | T.P. Law | Review potential Chapter 11 plan regarding insurance issues. | 2.00 |
| 11/17/23 | E. Y. Kim | Revise and finalize supplemental responses to LMI's interrogatories and document requests (.40); analyze claim documents for production regarding personal identifiable and health information (2.8); final review of document production to LMI and Evanston (1.1); draft redaction logs for supplemental productions to LMI and Evanston (.50); email opposing counsel regarding supplemental discovery responses and production (.10). | 4.90 |
| 11/17/23 | A. Kramer | Review/analyze/comment/revise Plan draft (6.3); conference call and email exchanges with T. Law and J. Berringer re: same (1.0). | 7.30 |
| 11/17/23 | J.C. Schad | Discussion with E. Kim re: LMI discovery requests (.40); analyze, notate, record materials potentially responsive to LMI discovery requests (2.8); review, revise materials for production to LMI (.20). | 3.40 |
| 11/17/23 | J.B. Berringer | Telephone conference with T. Law, A. Kramer re: draft Plan (.90); t/c T. Newman re: assignment of insurance rights issue (.30); review of briefs, Opinion re: same (.90); emails A. Kramer re: same (.30); legal research re same (2.5). | 4.90 |
| 11/17/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 11/17/23 | T.P. Law | Telephone conference with A. Kramer and J. Berringer re: insurance issues in potential Chapter 11 plan. | 1.00 |
| 11/18/23 | J.B. Berringer | Further legal research re assignment of insurance rights, email A. Kramer re: same. | 2.40 |
| 11/20/23 | E. Y. Kim | Revise task list for discovery items for LMI and Evanston actions (.70); email T. Law, J. Berringer regarding same (.10); analyze LMI production and discovery responses regarding deficiencies (1.5). | 2.30 |
| 11/20/23 | J.B. Berringer | Review email from counsel re: subpoena, response to email(.30); arrangements for zoom appearance (.20); review emails, Committee re: test cases motion (.60); review emails re: LMI discovery (.50). | 1.60 |
| 11/20/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 11/20/23 | C.M. LauKamg | Arrange USBC SDNY November 28, 2023 Hearing Appearances and circulate confirmations to Attorneys. | 0.60 |
| 11/20/23 | A. Kramer | Review Committee's test case motion (.30); email exchange with Berringer and Law re: same (.10); communications with JD team re: LMI call (.10). | 0.50 |
| 11/20/23 | T.P. Law | Address LMI motion for extension of time. | 0.30 |
| 11/21/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 11/21/23 | C.M. LauKamg | Revise USBC SDNY November 28, 2023 Hearing Appearances and circulate confirmations of same. | 0.40 |
| 11/21/23 | A. Kramer | Review Committee corrected test case motion (.40); Team call with Rosenblum and Butler re: draft Plan (1.0); Team call with LMI and JD teams | 2.60 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | re: settlement (.70); communications with JD team re: test case motion (.50). | |
| 11/21/23 | J.B. Berringer | Telephone conferences with counsel, E. Kim re: LMI subpoena (.80); email to GB counsel, LMI attorney re: same (.40); review, reply to J. Moffitt email re: depositions (.40); review A. Kramer email re: Committee test cases motion (.20). | 1.80 |
| 11/22/23 | E. Y. Kim | Analyze subpoena documents regarding privilege. | 1.20 |
| 11/22/23 | A. Kramer | Work in process call with client, A&M, JD and RS teams re: committee motion, plan etc. (1.0); email exchange and conference call with E. Stephens and J. Terrell re: Committee motion (.30); email exchange re: hearing prep (.30). | 1.60 |
| 11/22/23 | T.P. Law | Start letters to Liquidation Bureau and Delaware regulator re: Arrowood liquidation and stay of litigation. | 1.20 |
| 11/22/23 | J.B. Berringer | Telephone conference with team (1.0); email A. Kramer re: test cases motion (.20); review emails re: scheduling issue (.20); review T. Law email, t/c T. Law re: Arrowood liquidation (.20). | 1.60 |
| 11/22/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 11/27/23 | A. Kramer | Work with JD Team re: message to court (.30); draft/revise message to insurers re: test case motions (.50). | 0.80 |
| 11/27/23 | J.B. Berringer | Review T. Geremia draft letters re: hearing (.30); review emails re: Zoom hearing (.40); review A. Kramer draft email to Insurers re: "test cases" motion, reply to A. Kramer re: same (.30). | 1.00 |
| 11/27/23 | C.M. LauKamg | Revise and arrange USBC SDNY November 28, 2023 Hearing Appearances and circulate confirmations of same. | 0.60 |
| 11/27/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY | 0.80 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | |
| 11/28/23 | A. Kramer | Attend status conference before J. Glenn via Zoom. | 1.40 |
| 11/28/23 | J.B. Berringer | Preparation for, attendance on Zoom hearing. | 1.40 |
| 11/28/23 | C.M. LauKamg | Retrieve USBC SDNY docket for pleadings in preparation for the November 28, 2023 Hearing and circulate same to Attorneys. | 0.80 |
| 11/29/23 | E. Y. Kim | Analyze documents to draft preparation outline for LMI deposition of W. Chapin. | 3.40 |
| 11/29/23 | A. Kramer | Work in Process call with JD, A&M and RS team re: hearing, Plan, Committee motion etc. (1.0); team call with KCIC re: Declaration (.50). | 1.50 |
| 11/29/23 | E. Y. Kim | Draft preliminary outline of LMI 30(b)(6) deposition (3.1); analyze claims handing procedures regarding Network Adjusters (.80); analyze subpoena documents regarding privilege (1.4). | 5.30 |
| 11/29/23 | T.P. Law | Participate in work in process call with Jones Day and Reed Smith teams. | 1.00 |
| 11/29/23 | J.C. Schad | Analyze, prepare report to E. Kim re: historic LMI coverage (.40); analyze, review prior work product re: Arrowood coverage letters for reports to J. Berringer (.80). | 1.20 |
| 11/29/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 11/29/23 | J.B. Berringer | Team conference call (1.0); review E. Kim emails re: deposition prep, document production (.40); reply to Kim emails (.30); review J. Nador email re: Ecclesia, email J. Schad re: same (.30). | 2.00 |
| 11/30/23 | E. Y. Kim | Analyze documents to draft preparation outline for LMI deposition of W. Chapin. | 3.80 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 11/30/23 | E. Y. Kim | Analyze claims handing procedures relating to Network Adjusters for production (.90); analyze subpoena documents regarding privilege (1.5); draft preliminary outline of LMI 30(b)(6) deposition and analyze documents for same (2.2). | 4.60 |
| 11/30/23 | T.P. Law | Telephone conference with [REDACTED]. | 0.60 |
| 11/30/23 | T.P. Law | Review and approve joint request for extension of deadlines in LMI matter. | 0.30 |
| 11/30/23 | J.C. Schad | Participate in call with J. Berringer re: Ecclesia policy materials (.30); prepare reports with Ecclesia documents for J. Berringer (.50); review policy terms (.30). | 1.10 |
| 11/30/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 11/30/23 | J.B. Berringer | Review Nador, Schad emails re: Ecclesia (.40); t/cs Schad. W. Chapin re: same (.40); email Nador re: same (.30); review Moffitt email, email T. Law re: same (.40); review E. Kim, T. Law emails re: LMI deps, doc. production (.50). | 2.00 |
| **Total Hours** | | | **233.30** |


**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Ann V. Kramer | 32.70 hrs @ $ | 1,390.00 / hr | 45,453.00 |
| John B. Berringer | 57.60 hrs @ $ | 1,285.00 / hr | 74,016.00 |
| Timothy P. Law | 21.40 hrs @ $ | 1,250.00 / hr | 26,750.00 |
| Esther Y. Kim | 65.40 hrs @ $ | 685.00 / hr | 44,799.00 |
| James C. Schad | 29.50 hrs @ $ | 600.00 / hr | 17,700.00 |
| Christopher LauKamg | 13.60 hrs @ $ | 410.00 / hr | 5,576.00 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Georgia A. Zygmund-Felt | 6.40 hrs @ $ | 380.00 / hr | 2,432.00 |
| Lianna E. Simmonds | 6.70 hrs @ $ | 330.00 / hr | 2,211.00 |
| **Total Professional Services** | | | **218,937.00** |

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | | Amount |
|---|---|---|---|
| | Duplicating/Printing/Scanning | 769.00 @ 0.10 | 76.90 |
| | Postage Expense | | 9.87 |
| 10/17/2023 | Monsignor Alan Placa Deposition Transcript Expense | | 1,338.60 |
| 11/29/2023 | Gravity Stack LLC November 2023 Invoice | | 10,699.60 |
| | **Total Expenses and Other Charges** | | **12,124.97** |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 218,937.00 |
| Total Expenses and Other Charges | $ | 12,124.97 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **231,061.97** |
| **Total Amount Due** | **$** | **231,061.97** |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number: **3681074** |
| 50 No. Park Avenue | Invoice Date: **12/8/2023** |
| Att: William G. Chapin | Client Number: **504893** |
| Rockville Centre, NY 11570 | Matter Number: **504893.60006** |
| US - UNITED STATES | |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Fee statements/fee applications**

---

Total Current Fees.............................................................................$_____13,217.00

**Total Due This Invoice:** **$_____13,217.00**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
*(Please Reference Invoice Number)*



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| R.C. Diocese of Rockville Centre | **Invoice Number:**    **3681074** |
| 50 No. Park Avenue | **Invoice Date:**    **12/8/2023** |
| Att: William G. Chapin | **Client Number:**    **504893** |
| Rockville Centre, NY 11570 | **Matter Number:**    **504893.60006** |
| US - UNITED STATES | |

**RE: Fee statements/fee applications**

---

## INVOICE SUMMARY

Total Current Fees.................................................................................$_____ 13,217.00

**Total Due This Invoice:**    **$_____ 13,217.00**

Please Remit to:

***Mail To:***
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
***(Please Reference Invoice Number)***



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: –+1 215 851 8100
Fax: –+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number: **3681074** |
| 50 No. Park Avenue | Invoice Date: **12/8/2023** |
| Att: William G. Chapin | Client Number: **504893** |
| Rockville Centre, NY 11570 | Matter Number: **504893.60006** |
| US - UNITED STATES | |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH November 30, 2023**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/02/23 | C.M. LauKamg | Finalize, electronically file and serve USBC SDNY Certificate of No Objection for the September 2023 Reed Smith LLP Monthly Fee Statement and update master files and calendar. | 0.80 |
| 11/08/23 | C.M. LauKamg | Prepare USBC SDNY Reed Smith LLP Thirty-Seventh Monthly Fee Statement in preparation for electronic filing. | 1.60 |
| 11/09/23 | C.M. LauKamg | Run Redline between Reed Smith LLP Eighth Interim Fee Application and Ninth Interim Fee Application and circulate same to A. Javian. | 0.40 |
| 11/10/23 | A. Javian | Review/comment on draft Interim Fee Application. | 3.50 |
| 11/13/23 | A. Javian | Finalize Interim Fee Application. | 1.50 |
| 11/13/23 | T.P. Law | Draft comments to Ninth Interim Fee Application. | 0.40 |
| 11/13/23 | C.M. LauKamg | Coordinate with Accounting Department regarding payment of KCIC September 2023 Invoice and arrange payment of same. | 0.80 |
| 11/13/23 | C.M. LauKamg | Run Redline between USBC SDNY Reed Smith LLP Eighth Interim Fee Application and Ninth Interim Fee Application and circulate same to A. Javian. | 0.40 |
| 11/13/23 | C.M. LauKamg | Review, revise and finalize USBC SDNY Reed Smith LLP Ninth Interim Fee Application in preparation for electronic filing. | 1.80 |
| 11/14/23 | C.M. LauKamg | Finalize, electronically file and coordinate service of USBC SDNY Reed Smith LLP Ninth Interim | 1.40 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | Fee Application and update master files and calendar. | |
| 11/14/23 | C.M. LauKamg | Finalize USBC SDNY Reed Smith LLP Ninth Interim Fee Application in preparation for electronic filing. | 0.40 |
| 11/15/23 | C.M. LauKamg | Revise USBC SDNY Reed Smith LLP Thirty-Seventh Monthly Fee Statement in preparation for electronic filing (1.5); coordinate with Accounting Department regarding payment status of the September 2023 KCIC Invoice (.8). | 2.30 |
| 11/16/23 | C.M. LauKamg | Review and finalize USBC SDNY Reed Smith LLP Thirty-Seventh Monthly Fee Statement in preparation for electronic filing. | 0.80 |
| 11/17/23 | C.M. LauKamg | Revise USBC SDNY Reed Smith LLP Thirty-Seventh Monthly Fee Statement in preparation for electronic filing. | 1.00 |
| 11/21/23 | C.M. LauKamg | Finalize USBC SDNY Reed Smith LLP Thirty-Seventh Monthly Fee Statement in preparation for electronic filing. | 1.10 |
| 11/21/23 | C.M. LauKamg | Review USBC SDNY Monthly Fee Statements in preparation for Fourth Quarter 2023 Fee Estimates and Totals. | 1.00 |
| 11/21/23 | C.M. LauKamg | Finalize, electronically file and coordinate service of USBC SDNY Reed Smith LLP Thirty-Seventh Monthly Fee Statement and update master files and calendar. | 1.80 |
| 11/22/23 | C.M. LauKamg | Follow up with Epiq regarding service of USBC SDNY Reed Smith LLP Thirty-Seventh Monthly Fee Statement. | 0.20 |
| 11/28/23 | C.M. LauKamg | Follow up with Epiq regarding status of Certificate of Service for USBC SDNY Reed Smith LLP Thirty-Seventh Monthly Fee Statement and update master files regarding same. | 0.40 |
| **Total Hours** | | | **21.60** |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Timothy P. Law | 0.40 hrs @ $ | 1,250.00 / hr | 500.00 |
| Aaron Javian | 5.00 hrs @ $ | 1,215.00 / hr | 6,075.00 |
| Christopher LauKamg | 16.20 hrs @ $ | 410.00 / hr | 6,642.00 |
| **Total Professional Services** | | | **13,217.00** |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 13,217.00 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **13,217.00** |
| **Total Amount Due** | **$** | **13,217.00** |