Hearing Date and Time: February 6, 2024 at 10:00 a.m. (Prevailing Eastern Time)

JONES DAY
Corinne Ball
Todd Geremia
Benjamin Rosenblum
Andrew Butler
250 Vesey Street
New York, New York  10281
Telephone:     (212) 326-3939
Facsimile:     (212) 755-7306

*Counsel for the Debtor*
*and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,[1] | : | Case No. 20-12345 (MG) |
| | : | |
| Debtor. | : | |

**NOTICE OF OMNIBUS HEARING DATE**

**PLEASE TAKE NOTICE** that an omnibus hearing in the above-captioned chapter 11 case has been scheduled for **February 6, 2024 at 10:00 a.m. (Eastern Time)** (the "Omnibus Hearing") before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, New York, New York 10004, or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE THAT** the Omnibus Hearing will be a hybrid Zoom/live hearing, with some participants appearing by Zoom for Government and others appearing in the U.S. Bankruptcy Court for the Southern District of New York, located at One

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is P.O. Box 9023, Rockville Centre, NY 11571-9023.

Bowling Green, New York, NY, in Courtroom 523. Parties wishing to appear at the Omnibus Hearing via Zoom for Government, whether making a "live" or "listen only" appearance before the Court, must make an electronic appearance through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl on or before **February 5, 2024 at 4:00 p.m. (Eastern Time).** After the deadline for parties to make electronic appearances has passed, parties who have made their electronic appearance through the Court's website will receive an invitation from the Court with a Zoom link that will allow them to attend the Omnibus Hearing. Requests to receive a Zoom link should not be emailed to the Court, and the Court will not respond to late requests that are submitted on the day of the hearing. Further information on the use of Zoom for Government can be found at the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

**PLEASE TAKE FURTHER NOTICE** that the Omnibus Hearing may be adjourned from time to time without further written notice.

| | |
|---|---|
| Dated: December 29, 2023<br>New York, New York | Respectfully submitted,<br><br>*/s/ Corinne Ball*<br>Corinne Ball<br>Todd Geremia<br>Benjamin Rosenblum<br>Andrew Butler<br>JONES DAY<br>250 Vesey Street<br>New York, NY 10281-1047<br>Telephone: (212) 326-3939<br>Facsimile: (212) 755-7306<br>Email: cball@jonesday.com<br>       trgeremia@jonesday.com<br>       brosenblum@jonesday.com<br>       abutler@jonesday.com<br><br>*Counsel for the Debtor<br>and Debtor in Possession* |