**Objection Deadline: January 23, 2023**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Case No. 20-12345 (SCC) |
| | ) |
| THE ROMAN CATHOLIC DIOCESE OF | ) Chapter 11 |
| ROCKVILLE CENTRE, NEW YORK, | ) |
| | ) |
| Debtor.[1] | ) |
| —————————————————————— | ) |

**FOURTH MONTHLY FEE STATEMENT FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES BY**
**BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISOR**
**FOR THE PERIOD FROM NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

| | |
|---|---|
| Name of Applicant: | Berkeley Research Group, LLC ("BRG") |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "Committee") |
| Date of Retention: | December 9, 2020 Effective as of October 29, 2020 [Docket No. 246] |
| Period for which Compensation and Reimbursement is Sought: | November 1, 2023 through November 30, 2023[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $9,016.75 (50% of $18,033.50) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 |

This is a:      X   Monthly ___ Interim ___ Final Application.

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last for digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue, PO Box 9023, Rockville Centre, NY 11571-9023.

[2] The applicant reserves the right to include any time expended and expenses incurred in the period indicated above in future application(s) if it is not included herein.

**Preliminary Statement:**

Berkeley Research Group, LLC ("BRG"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of above-captioned debtor (the "Debtor"), hereby submits this Fourth Monthly Fee Statement (the "Monthly Statement") for the period from November 1, 2023, through November 30, 2023 (the "Fee Period") in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* dated November 4, 2020 [Docket No. 129] (the "Interim Compensation Order").

BRG requests (a) interim allowance and payment of compensation in the amount of $9,016.75 (50% of $18,033.50) for fees on account of reasonable and necessary professional services rendered to the Committee by BRG; (b) and actual and necessary expenses in the amount of $0.00 for a total of $9,016.75.  BRG reserves the right to apply in the future for reimbursement of actual and necessary costs and expenses, if any, incurred by members of the Committee in connection with their service as members of the Committee during the Compensation Period.

**Services Rendered and Expenses Incurred During the Compensation Period**

1.      The BRG timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.

2.      A schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **Exhibit B**.

3.      An expense summary organized by general expense categories for expenses incurred by BRG during the Fee Period in connection with services rendered to the Committee is attached hereto as **Exhibit C**.

4.      The detailed time records which describe the time spent by each BRG Timekeeper and detailed records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services during the Fee Period are attached hereto as **Exhibit D**.

## <u>Notice and Objection Procedures</u>

5.      No Trustee or examiner has been appointed in this chapter 11 case. Notice of the Monthly Statement has been served by electronic mail and/or U.S. First Class Mail upon: (a) the Debtor c/o The Roman Catholic Diocese of Rockville Centre, 50 N Park Ave P.O. Box 9023, Rockville Centre, NY 11571-9023 (Attn: Thomas Renker, Esq.); (b) the attorneys for the Debtor at Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); and (c) the Office of the United States Trustee Region 2, 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq.). BRG submits that no other or further notice need be provided.

6.      Pursuant to the Interim Compensation Order, objections to this Application, if any, must be served upon the undersigned counsel for the Committee and all persons identified at paragraph 5, above, by January 23, 2023 (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue.

7.      If no objections to this Monthly Statement are made on or before the Objection Deadline, the Debtor shall pay BRG 50% of the fees and 100% of the expenses set forth above.

8.      To the extent an objection to this Monthly Statement is timely made, the Debtor shall withhold payment of that portion of the Monthly Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.

To the extent such objection is not resolved, it shall be preserved and presented to the Court at the next interim or final fee application hearing.

Date: January 8, 2023           **BERKELEY RESEARCH GROUP, LLC**

                                */s/ D. Ray Strong*
                                D. Ray Strong
                                BERKELEY RESEARCH GROUP, LLC
                                201 South Main Street, Suite 450
                                Salt Lake City, UT  84111
                                Telephone:      (801) 364-6233
                                Email:          rstrong@thinkbrg.com


                                *Financial Advisor for the Official Committee*
                                *of Unsecured Creditor*

# EXHIBIT A



# EXHIBIT A

### Time Keeper Summary

| NAME OF PROFESSIONAL | TITLE | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Ray Strong | Managing Director | $780.00 | 7.10 | $ 5,538.00 |
| Christina Tergevorkian | Managing Consultant | $450.00 | 13.10 | $ 5,895.00 |
| Shelby Chaffos | Consultant | $385.00 | 2.80 | $ 1,078.00 |
| John Freeman | Consultant | $350.00 | 10.40 | $ 3,640.00 |
| Spencer Rawlings | Associate | $225.00 | 3.50 | $ 787.50 |
| Dallin Godfrey | Case Assistant | $150.00 | 7.30 | $ 1,095.00 |
| TOTALS | | | 44.20 | $ 18,033.50 |

# EXHIBIT B



# EXHIBIT B

### Task Code Summary

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| 220.00 | Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 2.40 | $ 540.00 |
| 600.00 | Claims / Liability Analysis (General) | 30.70 | $ 12,300.50 |
| 800.00 | Plan & Disclosure Statement Analysis | 1.20 | $ 936.00 |
| 1020.00 | Meeting Preparation & Attendance | 0.30 | $ 234.00 |
| 1060.00 | Fee Application Preparation & Hearing | 9.60 | $ 4,023.00 |
| **TOTALS** | | **44.20** | **$ 18,033.50** |

# EXHIBIT C



# EXHIBIT C

## Expense Summary

| Expense by Category | Amounts |
|---|---|
| None | $        - |
| **TOTAL** | **$        -** |

# EXHIBIT D



INVOICE

James I Stang
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

December 12, 2023
Client: 21145
Matters: 034827 | 042179 | 045293
Invoice #: 165589
Tax ID # 27-1451273

**Via Email: jstang@pszjlaw.com**

Services Rendered From November 1, 2023 Through November 30, 2023

**RE:  The Official Committee of Unsecured Creditors for the Roman Catholic
Diocese of Rockville Centre, New York**

| | | | |
|---|---|---|---|
| Professional Services | $ | 18,033.50 | USD |
| **CURRENT CHARGES** | **$** | **18,033.50** | **USD** |

**Please remit wire/ACH payment to:**

| | |
|---|---|
| Bank Name: | PNC BANK, N.A. |
| SWIFT: | PNCCUS33 |
| ABA #: | 031207607 |
| Account Name: | BERKELEY RESEARCH GROUP, LLC |
| Account #: | 8026286672 |
| Reference: | 165589 |

Please send remittance advice details to:
remitadvice@thinkbrg.com

**Please remit check payment to:**

BERKELEY RESEARCH GROUP, LLC
PO BOX 676158
DALLAS, TX 75267-6158

**Please remit express/overnight payment to:**
PNC BANK C/O BERKELEY RESEARCH GROUP, LLC
LOCKBOX NUMBER 676158
1200 E CAMPBELL RD, STE 108
RICHARDSON, TX 75081

**BRG Corporate Address:  2200 Powell Street - Suite 1200 | Emeryville, CA 94608**



Services Rendered From November 1, 2023 Through November 30, 2023

**PROFESSIONAL SERVICES**

|  | Rate | Hours | Amount |
|---|---|---|---|
| **Managing Director** |  |  |  |
| Ray Strong | 780.00 | 7.10 | 5,538.00 |
|  |  |  |  |
| **Managing Consultant** |  |  |  |
| Christina Tergevorkian | 450.00 | 13.10 | 5,895.00 |
|  |  |  |  |
| **Consultant** |  |  |  |
| Shelby Chaffos | 385.00 | 2.80 | 1,078.00 |
| John Freeman | 350.00 | 10.40 | 3,640.00 |
|  |  |  |  |
| **Associate** |  |  |  |
| Spencer Rawlings | 225.00 | 3.50 | 787.50 |
|  |  |  |  |
| **Case Assistant** |  |  |  |
| Dallin Godfrey | 150.00 | 7.30 | 1,095.00 |
|  |  |  |  |
| **Total Professional Services** |  | **44.20** | **18,033.50** |



**To:** James I Stang
**c/o:** Pachulski Stang Ziehl & Jones

**SUMMARY BY TASK CODE**

| Task Code | Description | Hours | Amount |
|---|---|---:|---:|
| 220.00 | Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 2.40 | 540.00 |
| 600.00 | Claims / Liability Analysis (General) | 30.70 | 12,300.50 |
| 800.00 | Plan & Disclosure Statement Analysis | 1.20 | 936.00 |
| 1020.00 | Meeting Preparation & Attendance | 0.30 | 234.00 |
| 1060.00 | Fee Application Preparation & Hearing | 9.60 | 4,023.00 |
| **Total Professional Services** | | **44.20** | **18,033.50** |



**To:** James I Stang
**c/o:** Pachulski Stang Ziehl & Jones

Page 4 of 7
Invoice # 165589
Client: 21145

Services Rendered From November 1, 2023 Through November 30, 2023

**DETAIL OF PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| **Task Code: 220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | | | |
| 11/01/23 | Spencer Rawlings | Analyzed September 2023 ending bank statement balances in the MOR Report to monitor Debtor operating activities. | 0.90 | 225.00 | 202.50 |
| 11/01/23 | Spencer Rawlings | Analyzed MOR cash receipts and disbursements for September 2023 to monitor Debtor operating activities. | 0.30 | 225.00 | 67.50 |
| 11/01/23 | Spencer Rawlings | Analyzed balance sheet/income statement reported in September 2023 MOR to monitor Debtor operating activities. | 1.20 | 225.00 | 270.00 |
| | | **Total for Task Code 220.00** | **2.40** | | **540.00** |
| **Task Code: 600.00 - Claims / Liability Analysis (General)** | | | | | |
| 11/01/23 | Dallin Godfrey | Reviewed monthly fee claims for professionals for the month of September 2023. | 0.60 | 150.00 | 90.00 |
| 11/02/23 | Shelby Chaffos | Met with BRG (CT) to discuss on-going professional fee analysis. | 1.10 | 385.00 | 423.50 |
| 11/02/23 | Christina Tergevorkian | Met with BRG (SC) to discuss ongoing professional fee analysis. | 1.10 | 450.00 | 495.00 |
| 11/02/23 | Christina Tergevorkian | Updated professional fee analysis to include payments made to professionals from MOR supplemental in September 2023. | 1.40 | 450.00 | 630.00 |
| 11/02/23 | Christina Tergevorkian | Revised the professional fee analysis summary through September 2023. | 1.30 | 450.00 | 585.00 |
| 11/03/23 | Shelby Chaffos | Revised ongoing professional fee analysis based on UCC Counsel request. | 1.70 | 385.00 | 654.50 |
| 11/03/23 | Christina Tergevorkian | Finalized the professional fee analysis summary through September 2023. | 2.30 | 450.00 | 1,035.00 |
| 11/14/23 | Dallin Godfrey | Examined professional fee data from available interim applications on docket as of November 14th 2023. | 0.60 | 150.00 | 90.00 |

 **INVOICE**

**To:** James I Stang
**c/o:** Pachulski Stang Ziehl & Jones

Page 5 of 7
Invoice # 165589
Client: 21145

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/15/23 | Dallin Godfrey | Examined professional fee data from available interim applications on docket as of November 15th 2023. | 0.40 | 150.00 | 60.00 |
| 11/20/23 | Dallin Godfrey | Examined professional fee data from available interim applications on docket as of November 20th 2023. | 0.20 | 150.00 | 30.00 |
| 11/21/23 | Ray Strong | Attended call with BRG (CT) regarding professional fee analysis pursuant to UCC Counsel requests. | 0.30 | 780.00 | 234.00 |
| 11/21/23 | Christina Tergevorkian | Spoke with BRG (RS) regarding professional fee analysis pursuant to UCC Counsel request. | 0.30 | 450.00 | 135.00 |
| 11/21/23 | Christina Tergevorkian | Examined Debtor Counsel's fee applications from April 2023 through June 2023. | 1.50 | 450.00 | 675.00 |
| 11/22/23 | Ray Strong | Analyzed fee applications for professionals pursuant to UCC counsel requests. | 1.20 | 780.00 | 936.00 |
| 11/22/23 | Christina Tergevorkian | Examined Debtor Counsel's fee applications from April 2023 through June 2023. | 0.30 | 450.00 | 135.00 |
| 11/27/23 | John Freeman | Developed export tool to extract detailed time entries from professional fee monthly applications .pdf files pursuant to UCC Counsel request. | 1.10 | 350.00 | 385.00 |
| 11/27/23 | Christina Tergevorkian | Examined Debtor Counsel's fee applications from July 2023 through September 2023 pursuant to UCC Counsel request. | 0.70 | 450.00 | 315.00 |
| 11/28/23 | John Freeman | Developed export tool to extract detailed time entries from professional fee monthly applications .pdf files pursuant to UCC Counsel request. | 4.20 | 350.00 | 1,470.00 |
| 11/29/23 | John Freeman | Developed export tool to extract detailed time entries from professional fee monthly applications .pdf files pursuant to UCC Counsel request. | 5.10 | 350.00 | 1,785.00 |



**To:** James I Stang
**c/o:** Pachulski Stang Ziehl & Jones

Page 6 of 7
Invoice # 165589
Client: 21145

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/29/23 | Christina Tergevorkian | Examined Jones Day fee statements for July 2023 through September 2023. | 0.20 | 450.00 | 90.00 |
| 11/30/23 | Spencer Rawlings | Examined Jones Day's monthly fee statement from July to September 2023. | 1.10 | 225.00 | 247.50 |
| 11/30/23 | Christina Tergevorkian | Continued analyzing Jones Day fee statements from July 2023 through September 2023. | 2.10 | 450.00 | 945.00 |
| 11/30/23 | Christina Tergevorkian | Analyzed Jones Day fee statements from July 2023 through September 2023. | 1.90 | 450.00 | 855.00 |
| | | **Total for Task Code 600.00** | **30.70** | | **12,300.50** |

**Task Code: 800.00  -  Plan & Disclosure Statement Analysis**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/27/23 | Ray Strong | Analyzed Amended Disclosure Statement filed by the Debtor. | 1.20 | 780.00 | 936.00 |
| | | **Total for Task Code 800.00** | **1.20** | | **936.00** |

**Task Code: 1020.00  -  Meeting Preparation & Attendance**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/17/23 | Ray Strong | Attended call with UCC Counsel (BM) regarding case status. | 0.30 | 780.00 | 234.00 |
| | | **Total for Task Code 1020.00** | **0.30** | | **234.00** |

**Task Code: 1060.00  -  Fee Application Preparation & Hearing**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/01/23 | Dallin Godfrey | Updated fee detail for June 2023 through July 2023. | 1.00 | 150.00 | 150.00 |
| 11/01/23 | Ray Strong | Analyzed invoice for 9th Interim Fee application for June 2023 to July 2023 time period. | 1.20 | 780.00 | 936.00 |
| 11/08/23 | Dallin Godfrey | Reviewed BRG time entries for June and July 2023 for fee application preparation. | 0.50 | 150.00 | 75.00 |
| 11/09/23 | Dallin Godfrey | Updated BRG time entries for June and July 2023 in preparation for fee application. | 1.00 | 150.00 | 150.00 |
| 11/10/23 | Ray Strong | Analyzed invoice for 9th Interim Fee application for June 2023 to July 2023 time period. | 0.20 | 780.00 | 156.00 |
| 11/12/23 | Ray Strong | Prepared 9th Interim Fee Application for filing. | 2.30 | 780.00 | 1,794.00 |



**INVOICE**

**To:** James I Stang
**c/o:** Pachulski Stang Ziehl & Jones

**Page** 7 of 7
**Invoice #** 165589
**Client:** 21145

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/12/23 | Ray Strong | Analyzed time entries for October 2023 for 3rd Monthly Fee Statement. | 0.20 | 780.00 | 156.00 |
| 11/13/23 | Dallin Godfrey | Prepared BRG October 2023 Monthly Statement. | 1.10 | 150.00 | 165.00 |
| 11/17/23 | Dallin Godfrey | Analyzed BRG invoice for October 2023 monthly fee statement. | 0.30 | 150.00 | 45.00 |
| 11/23/23 | Ray Strong | Finalized October 2023 monthly fee statement to be filed with the Court. | 0.20 | 780.00 | 156.00 |
| 11/29/23 | Dallin Godfrey | Prepared LEDES data files requested by UST for BRG invoices from June through September 2023. | 1.60 | 150.00 | 240.00 |
| | | **Total for Task Code 1060.00** | **9.60** | | **4,023.00** |
| | | | | | |
| **Professional Services** | | | **44.20** | | **18,033.50** |