JEFF ANDERSON & ASSOCIATES, PA
Patrick Stoneking
363 7th Avenue, 12th Floor
New York, NY 10001
646-759-2551

Counsel for Claimant 90330

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, | Case No. 20-12345 (MG) |
| Debtor. | |

**NOTICE OF STATUS CONFERENCE IN CONNECTION WITH DISCOVERY**

PLEASE TAKE NOTICE that a status conference in connection with discovery relating to Claimant 90330 will be held on January 16, 2024 at 2:00 p.m. (Prevailing Eastern Time) (the "Hearing").

PLEASE TAKE FURTHER NOTICE that the Hearing will be a hybrid Zoom/live conference, with some participants appearing by Zoom for Government and others appearing in the U.S. Bankruptcy Court for the Southern District of New York, before the Honorable Martin Glenn, located at One Bowling Green, New York, NY, in Courtroom 523. Parties wishing to appear at the Hearing via Zoom for Government, whether making a "live" or "listen only" appearance before the Court, must make an electronic appearance through the Court's website at https://www.nysb.uscourts.gov/ecourt-appearances on or before January 15, 2024, at 4:00 p.m. (Eastern Time). After the deadline for parties to make electronic appearances has passed, parties who have made their electronic appearance through the Court's website will receive an invitation

from the Court with a Zoom link that will allow them to attend the Hearing. Requests to receive a Zoom link should not be emailed to the Court, and the Court will not respond to late requests that are submitted on the day of the Hearing. Further information on the use of Zoom for Government can be found at the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

    PLEASE TAKE FURTHER NOTICE that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing or a later hearing.

    PLEASE TAKE FURTHER NOTICE that any responding parties are required to telephonically attend the Hearing, and failure to appear may result in relief being granted upon default.

Dated: January 12, 2024        JEFF ANDERSON & ASSOCIATES, PA

                                    */s/ Patrick Stoneking*
                                    Patrick Stoneking
                                    363 7th Avenue, 12th Floor
                                    New York, NY 10001
                                    Telephone: 646-759-2551
                                    pstoneking@andersonadvocates.com

                                    *Attorneys for Claimant 90330*