**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-12345 (MG) |

**NOTICE OF HEARING TO CONSIDER ATTORNEY MITCHELL GARABEDIAN'S RENEWED MOTION FOR WITHDRAWAL OF ATTORNEYS**

**PLEASE TAKE NOTICE,** that a hearing to consider Attorney Mitchell Garabedian's motion for withdrawal of attorneys shall be held before the Honorable Martin Glenn, Chief United States Bankruptcy Judge for the Southern District of New York, in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on February 6, 2024 at 10:00 a.m. (Prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE,** that the hearing will be hybrid Zoom/live conference, with the main parties appearing in the U.S. Bankruptcy Court for the Southern District of New York, located at One Bowling Green, New York, NY in Courtroom 523 and other parties allowed to appear by Zoom for Government. Parties wishing to appear at the Hearing via Zoom for Government, whether making a "live" or "listen only" appearance before the Court, must make an electronic appearance through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl on or before February 5,

2024, at 4:00 p.m. (prevailing Eastern Time) After the deadline for parties to make electronic appearances has passed, parties who have made their electronic appearance through the Court's website will receive an invitation from the Court with a Zoom link that will allow them to attend the Hearing. Requests to receive a Zoom link should not be emailed to the Court, and the Court will not respond to late requests that are submitted on the day of the hearing. Further information on the use of Zoom for Government can be found at the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing or a later hearing.

**PLEASE TAKE FURTHER NOTICE** that any responding party is required to attend the Hearing, and failure to appear may result in relief being granted upon default.

Dated: January 15, 2024

/s/ Mitchell Garabedian
Mitchell Garabedian
LAW OFFICES OF MITCHELL GARABEDIAN
100 State Street, 6th Floor
Boston, MA 02109
Telephone: (617) 523-6250
mgarabedian@garabedianlaw.com