MESSNER REEVES LLP
Torben M. Welch, Esq.
88 Pine Street, Suite 2450
New York, NY 10005
Telephone: (801) 683-2021
Facsimile: (801) 424-2777
E-mail: twelch@messner.com
*Counsel for Sitrick and Company, Inc.*

**UNITED STATE BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTER, NEW YORK, | : : | Case No. 20-12345-SCC |
| | : | |
| Debtor. | : : | |

**THIRTY-NINTH INTERIM MONTHLY FEE APPLICATION OF SITRICK AND COMPANY, INC. FOR FEES FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED FOR THE PERIOD OF DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023**

| | |
|---|---|
| Name of Applicant: | Sitrick and Company, Inc. |
| Authorized to Provide Professional Services to: | Debtor and Debtor in Possession |
| Date of Retention: | March 8, 2019 |
| Period for which Compensation and Reimbursement is sought: | December 1, 2023 – December 31, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $4,017.50<br>50% of which is $2,008.75 |
| Amount of Expenses Reimbursement sought as actual, reasonable and necessary: | $2,216.96 |
| TOTAL (50% of Fees and 100% of Expenses): | $4,225.71 |

Sitrick and Company, Inc. ("Sitrick"), as corporate communications consultant for the Debtor and Debtor-in-Possession, hereby submits its Thirty-Ninth interim monthly fee application (the "Monthly Fee Application") for the period of December 1, 2023 through December 31, 2023 (the "Statement Period") for payment of professional services rendered and reimbursement of expenses incurred during the Statement Period pursuant to the Court's Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals at Docket No. 129 (the "Fee Procedures Order"). Sitrick requests (a) interim allowance and payment of compensation in the amount of $4,017.50 (50% of $2,008.75) of fees on account of reasonable and necessary professional services rendered to the Debtor by Sitrick and (b) reimbursement of actual and necessary costs and expenses in the amount of $2,216.96 incurred during the Statement Period.

**FEES FOR SERVICES RENDERED DURING THE STATEMENT PERIOD**

1.  Set forth below is a list of the positions of Sitrick professionals and paraprofessionals who provided services to the Debtor during the Statement Period, their respective billing rates and the aggregate hours spent by each professional and paraprofessional in providing services on behalf of Debtor during the Statement Period:

PROFESSIONAL SUMMARY

| Name of Professional Person | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Brenda Adrian | Member of the Firm | $625.00 | 4.40 | $2,750.00 |
| Anne George | Associate | $195.00 | 0.20 | $39.00 |
| Madison Mello | Associate | $195.00 | 6.30 | $1,228.50 |

Blended Hourly Rate:     $368.58
Total Hours Billed:          10.90
GRAND TOTAL:            $4,017.50

2.    The rates charged by Sitrick for services rendered to the Debtor are the same rates that it charges generally for professional services rendered to its non-bankruptcy clients as described in the engagement letter between Sitrick and Debtor. A complete itemization of tasks performed by these professional and paraprofessionals for the Statement Period is attached hereto as **Exhibit 1**.

**EXPENSES INCURRED DURING THE STATEMENT PERIOD**

3.    Set forth below is a categorical list of expenses incurred by Sitrick during the Statement Period in the course of providing services to Debtor:

| Expense Category | Service Provider (if applicable) | Expense |
|---|---|---|
| Press Release Distribution | | $2,190.00 |
| Publications and Advertising | | $26.96 |
| **TOTAL EXPENSES:** | | **$2,216.96** |

## NOTICE AND OBJECTION PROCEDURES

4.  Sitrick has provided notice of this Monthly Fee Application upon the following parties by electronic service or first class mail: (i) the Debtor, the Roman Catholic Diocese of Rockville Centre, 50 N. Park Avenue, P.O. Box 9023, Rockville Centre, NY 11571-9023 (Attn: Thomas Renker); (ii) counsel to the Debtor, Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); (iii) the Office of the United States Trustee Region 2, 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq.); and (iv) counsel for the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 36th Floor, New York, NY 10017 (Attn: Ilan D. Scharf, Esq., Karen B. Dine, Esq. and Brittany M. Michael, Esq.) and Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067 (Attn: James I. Stang, Esq.).

5.  Pursuant to the Fee Procedures Order, objections to this Monthly Fee Application, if any, must be serviced no later than **February 6, 2024** (the "Objection Deadline") upon the following parties: (i) the Debtor, the Roman Catholic Diocese of Rockville Centre, 50 N. Park Avenue, P.O. Box 9023, Rockville Centre, NY 11571-9023 (Attn: Thomas Renker); (ii) counsel to the Debtor, Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); (iii) the Office of the United States Trustee Region 2, 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq. ); (iv) counsel for the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 36th Floor, New York, NY 10017 (Attn: Ilan D. Scharf, Esq., Karen B. Dine, Esq. and Brittany M. Michael, Esq.) and Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067 (Attn: James

I. Stang, Esq.); and (v) Special Insurance Counsel, Reed Smith LLP, 599 Lexington Avenue, New York, NY 10022 (Attn: Christopher A. Lynch, Esq. and John B. Berringer, Esq.) and Reed Smith LLP, 1717 Arch Street, Three Logan Square, Suite 3100, Philadelphia, PA 19103 (Attn: Timothy P. Law, Esq.).

6. If no objections to this Monthly Fee Application are received by the Objection Deadline, the Debtor will be authorized thereafter to pay Sitrick 50% of the fees and 100% of the expenses identified herein.

7. To the extent an objection to this Monthly Fee Application is received on or before the Objection Deadline, the Debtor will withhold payment of that portion of the Monthly Statement to which the objection is directed and is authorized to pay the remainder of fees and expenses in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and presented to the Court at the next interim or final fee application hearing to be heard in accordance with paragraph 2(k) of the Fee Procedures Order.

Dated: **January 22, 2024**.

MESSNER REEVES LLP

*/s/ Torben M. Welch*

Torben M. Welch, Esq.
88 Pine Street, Suite 2450
New York, NY 10005
Telephone: (801) 683-2021
Facsimile: (801) 424-2777
E-mail: twelch@messner.com

*Counsel for Sitrick and Company, Inc.*

## CERTIFICATION:

I, Brenda Adrian, as Member of Sitrick and Company, Inc. do hereby certify that the Thirty-Ninth Interim Monthly Fee Application is correct and accurate and represents the actual, reasonable and necessary fees and expenses incurred by Sitrick and Company, Inc. related to the Debtor between December 1, 2023 and December 31, 2023.

*/s/ Brenda Adrian*
_____

Brenda Adrian

# SITRICK AND COMPANY

**MONTHLY FEE STATEMENT**
For the time period
December 1, 2023 through December 31, 2023

---

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 12/1/2023 | BA | Worked with S. Dolan and DRVC and JD teams on inquiry from The New Hampshire Center for Public Interest. (1.4) | 1.40 | |
| 12/4/2023 | MAM | News searches for week ending 12/1/2023. | 1.10 | |
| 12/8/2023 | MAM | News searches for week ending 12/8/2023. | 1.00 | |
| 12/15/2023 | MAM | News searches for week ending 12/15/2023. | 1.00 | |
| 12/19/2023 | BA | Participated in the court hearing via zoom. Fee Apps approved. JD discussed its plan to file updated Plan with Exhibits providing financial information for parishes and individual parish case information. Further discussion of plans going forward to finalize this case. Judge Glenn denied motion to suspend case during test cases. | 2.20 | |
| 12/21/2023 | BA | Worked with M. Mello on request from B. Rosenblum for media coverage on Creditors' Plan from January 19 & 20, 2023. Reviewed past media reports to pull correct information. | 0.80 | |
| | MAM | Searched for any additional media coverage with B. Adrian from January 19 & 20 2023 and passed along information to B. Rosenblum. | 0.80 | |
| 12/22/2023 | MAM | News searches for week ending 12/22/2023. | 1.20 | |
| 12/23/2023 | AG | News and searches for the week ending 12/23/23. | 0.20 | |
| 12/29/2023 | MAM | News searches for week ending 12/29/2023. | 1.20 | |

**TOTAL TIME CHARGES** — **10.90** — **$4,017.50**

Monthly Fee Statement: December 1, 2023 through December 31, 2023
Page 2 of 2

**EXPENSES**

          <u>Qty/Price</u>

**PRESS RELEASE DISTRIBUTION**

| Date | Description | Qty/Price | Amount |
|---|---|---|---|
| 11/28/2023 | Work Order #: IRIS4036394-1<br>Story #: LA79189<br>Story Date: 11/28/2023<br>Subject Code: DEI,LAW,REL<br>Sender's Name: Brenda Adrian<br>Headline: THE DIOCESE OF ROCKVILLE CENTRE FILES FIRST AMENDED PLAN OF REORGANIZATION AS ROADMAP TO EMERGENCE | 1<br>$2,190.00 | 2,190.00 |
| | SUBTOTAL: | [2,190.00] | |

<u>PUBLICATIONS</u>

| Date | Description | Qty/Price | Amount |
|---|---|---|---|
| 12/12/2023 | Expense Report<br>Anne George<br>12/12/23<br>Newsday | 1<br>$26.96 | 26.96 |
| | SUBTOTAL: | [26.96] | |

**TOTAL EXPENSES**      **$2,216.96**



Cision US Inc.
1785
8th Floor
McLean, VA 22102
Phone: 888-776-0942
Tax ID: 36-4011543

# Invoice

| Document No. | Date | Page |
|---|---|---|
| US755593-1 | 11/29/2023 | 1 of 1 |

**ATTENTION:** Remittance Instructions updates are below. Cision banking information may have changed, please update your system to ensure timely payment. Also, you can now Click to Pay directly from this invoice!

**Bill To:** Vincent Chang (Accounts Payable)
SITRICK AND COMPANY - Los Angeles
11999 San Vicente Blvd. Ste 400
Los Angeles, CA 90049
United States

**Ship To:** SITRICK AND COMPANY - Los Angeles
11999 SAN VICENTE BLVD. PH
Los Angeles, CA 90049
United States

Comment: IRIS4036394-1

| Customer Grp/No. | Customer Name | Terms | Due Date |
|---|---|---|---|
| 566035 | SITRICK AND COMPANY - Los Angeles | Net 30 | 12/29/2023 |

| No. | SKU Code | Description/Comments | Qty. Billed | Ext. Price |
|---|---|---|---|---|
| 1 | RWB | VISIBILITY REPORTS EMAIL | 1 | $0.00 |
| 2 | TNW | COMPLIMENTARY PRESS RELEASE OPTIMIZATION | 1 | $0.00 |
| 3 | US1 | US1 National Newsline | 1 | $970.00 |
| 4 | US1_L | US1 National Newsline Length Charge | 4 | $1,220.00 |

**Distribution Subtotal** $2,190.00

**Release Information**
Work Order #: IRIS4036394-1
Story #: LA79189
Story Date: 11/28/2023
Subject Code: DEI,LAW,REL
Sender's Name: Brenda Adrian
Sender's Phone: 1-212-5736100
Headline: THE DIOCESE OF ROCKVILLE CENTRE FILES FIRST AMENDED PLAN OF REORGANIZATION AS ROADMAP TO EMERGENCE
Release URL: https://www.prnewswire.com/news-releases/the-diocese-of-rockville-centre-files-first-amended-plan-of-reorganization-as-roadmap-to-emergence-301999274.html



**Pay Online (Recommended)**

Click Here to View and Pay Invoices

Statement Link: https://app.yaypay.com/s/1d3151ef-cd41-48d1-81c9-e5cbacb2b272



**Remittance Instructions**

| CHECK | ACH | WIRE |
|---|---|---|
| Cision US Inc. | Bank of America | Bank of America |
| PO Box 417215 | ABA: 052 001 633 | ABA: 0260-0959-3 |
| Boston, MA 02241-7215 | Acct No: 446022502878 | Acct No: 446022502878 |
|  | Acct Name: Cision US Inc. | Acct Name: Cision US Inc. |

Remittance Advice: accountsreceivable@cision.com

| | |
|---|---|
| Invoice Subtotal | $2,190.00 |
| Tax Total | $0.00 |
| Invoice Total | $2,190.00 |
| Payments/Credits | $0.00 |
| Invoice Balance (USD) | $2,190.00 |

**RECEIVED**
By Andrea Woods at 11:58 am, Nov 30, 2023

8100-5010-011  $2,190.00

| | |
|---|---|
| **From:** | Brenda Adrian |
| **To:** | Andrea Woods; Brilei Roderick |
| **Subject:** | Fwd: Cision Invoice(s) As Requested (US755593-1) |
| **Date:** | Thursday, November 30, 2023 6:58:30 AM |
| **Attachments:** | Cision_566035_US755593-1_1701323990889.pdf |

This is an invoice for Diocese of Rockville Centre.

Brenda Adrian

---

**From:** billingsupport@cision.com <billingsupport@cision.com>
**Sent:** Thursday, November 30, 2023 5:08:12 AM
**To:** Brenda Adrian <badrian@sitrick.com>
**Subject:** Cision Invoice(s) As Requested (US755593-1)

Dear Valued Customer,

We are contacting you regarding a new invoice that has been created on your account. You may find the invoice attached.

If you'd like to remit payment for the invoice(s) please visit your Cision Online Member Center account https://billing.cision.com/ or https://portal.prnewswire.com/ or you can contact us at (888)776-0942. If you prefer to pay by check or money order, kindly send your remittance to: Cision US Inc. PO Box 417215 Boston, MA 02241-7215

We sincerely thank you for your business. Do not hesitate to contact us with any questions or concerns in regard to this balance or our services.

| Date | Description | | Reference | Location | Amount |
|---|---|---|---|---|---|
| | 8002561020 | | | | |
| 12/12/23 | NEWSDAY HOME DELIVERY | | 18006397329 | NY | $26.96 ♦ |
| | 800-639-7329 | | | | |