REED SMITH LLP
Aaron Javian, Esq.
John B. Berringer, Esq.
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: ajavian@reedsmith.com
E-mail: jberringer@reedsmith.com

REED SMITH LLP
Timothy P. Law, Esq. (admitted *pro hac vice*)
1717 Arch Street
Three Logan Square, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420
E-mail: tlaw@reedsmith.com

*Special Insurance Counsel for Debtor
and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| THE ROMAN CATHOLIC DIOCESE OF | : | Case No. 20-12345 (MG) |
| ROCKVILLE CENTRE, NEW YORK,[1] | : | |
| | : | |
| Debtor. | : | |
| | : | |

**THIRTY-NINTH MONTHLY STATEMENT OF REED SMITH LLP, AS SPECIAL
INSURANCE COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION, OF FEES
FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED FOR
THE PERIOD DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023**

| | |
|---|---|
| Name of Applicant: | Reed Smith LLP |
| Authorized to Provide Professional Services to: | Debtor and Debtor in Possession |
| Date of Retention: | Order entered on November 4, 2020, *nunc pro tunc* to October 1, 2020 |
| Period for which compensation and reimbursement is sought: | December 1, 2023 to December 31, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $222,794.00 |

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue P.O. Box 9023, Rockville Centre, NY 11571-9023.

|  |  |
|---|---|
| | 50% of which is $111,397.00[2] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $7,772.07 |
| Fees and Expenses of Debtor's Consulting Expert ("Expert F&E") | $92,070.00[3] |
| TOTAL (50% of fees, 100% of costs, 100% of Expert F&E) | $211,239.07 |

Reed Smith LLP ("Reed Smith"), as Special Insurance Counsel for the Debtor and Debtor-In Possession, hereby submits this thirty-ninth monthly statement (the "Monthly Statement") for the period of December 1, 2023 through December 31, 2023 (the "Statement Period") for payment of professional services rendered and reimbursement of expenses incurred during the Statement Period pursuant to the Court's Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Dkt. No. 129] (the "Fee Procedures Order"). Reed Smith requests: (a) interim allowance and payment of compensation in the amount of $111,397.00 (50% of $222,794.00) of fees on account of reasonable and necessary professional services rendered to the Debtor by Reed Smith, (b) reimbursement of actual and necessary costs and expenses in the amount of $7,772.07 incurred by Reed Smith during the Statement Period, and (c) reimbursement for services rendered, and costs and expenses incurred, by Debtor's consulting expert in the amount of $92,070.00.

### FEES FOR SERVICES RENDERED DURING THE STATEMENT PERIOD

1.     Set forth below is a list of the positions of the Reed Smith professionals and paraprofessionals who provided services to the Debtor during the Statement Period, their respective

---

[2] Per Order Dated December 19, 2023 Regarding Holdback on Professional Fees (Dkt. No. 2743).

[3] Submitted for payment pursuant to *Order Authorizing the Retention of Experts* [Dkt. No. 783], ¶ 3.

billing rates, and the aggregate hours spent by each professional and paraprofessional in providing services on behalf of the Debtor during the Statement Period.

| Name | Title | Department | Office | JD Year | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Law, Timothy | Equity Partner | Litigation | Philadelphia | 1995 | 1,250 | 32.4 | $40,500.00 |
| Javian, Aaron | Fix.Sh.Partner | Business and Finance | New York | 2004 | 1,215 | 2.6 | $3,159.00 |
| Kramer, Ann | Fix.Sh.Partner | Litigation | New York | 1984 | 1,390 | 35.9 | $49,901.00 |
| Berringer, John | Counsel | Litigation | New York | 1980 | 1,285 | 62.3 | $80,055.50 |
| Kim, Esther Y. | Associate | Litigation | Philadelphia | 2018 | 685 | 40.3 | $27,605.50 |
| LauKamg, Christopher | Paralegal | Business and Finance | New York | - | 410 | 27.3 | $11,193.00 |
| Schad, James | Other | Litigation | Washington | - | 600 | 17.3 | $10,380.00 |
| | | | | | | 218.1 | $222,794.00 |
| | | | | | | | |
| TOTAL: | | | | | | 218.1 | $222,794.00 |

2.      The rates charged by Reed Smith for services rendered to the Debtor are the same rates that it charges generally for professional services rendered to its non-bankruptcy clients as described in the engagement letter between Reed Smith and the Debtor.  A complete itemization of tasks performed by these professionals and paraprofessionals for the Statement Period is annexed hereto as **Exhibit A.**

**EXPENSES INCURRED DURING THE STATEMENT PERIOD**

3.      Set forth below is a categorical list of expenses incurred by Reed Smith during the Statement Period in the course of representing the Debtor.

| Description | Amount |
|---|---|
| E. Kim Lodging Expense to attend Document Review Project | $301.89 |
| Duplicating/Printing/Scanning | $83.80 |
| E. Kim Rail Travel Expense to attend Document Review Project | $414.98 |
| Gravity Stack LLC December 2023 Invoice | $6,971.40 |
| TOTAL: | $7,772.07 |

**NOTICE AND OBJECTION PROCEDURES**

4.      Reed Smith has provided notice of this statement upon the following parties by electronic or first class mail: (i) the Debtor, the Roman Catholic Diocese of Rockville Centre, 50 N. Park Avenue, P.O. Box 9023, Rockville Centre, NY 11571 (Attn: Thomas Renker); (ii) counsel to the Debtor, Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); (iii) the Office of the United States Trustee Region 2, Alexander Hamilton Custom House, One Bowling Green, Suite 534, New York, NY 10004 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq.); and (iv) counsel for the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017 (Attn: Ilan D. Scharf, Esq., Karen B. Dine, Esq. and Brittany M. Michael, Esq.) and Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067 (Attn: James I. Stang, Esq.).

5.      Pursuant to the Fee Procedures Order, objections to this Monthly Statement, if any, must be served no later than February 9, 2024 (the "Objection Deadline") upon the following parties: (i) the Debtor, the Roman Catholic Diocese of Rockville Centre, 50 N. Park Avenue, P.O. Box 9023, Rockville Centre, NY 11571 (Attn: Thomas Renker); (ii) counsel to the Debtor, Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); (iii) the Office of the United States Trustee Region 2, Alexander Hamilton Custom House, One Bowling Green, Suite 534, New York, NY 10004 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq.); (iv) counsel for the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017 (Attn: Ilan D. Scharf, Esq., Karen B. Dine, Esq. and Brittany M. Michael, Esq.) and Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067 (Attn: James I. Stang, Esq.); and (v)

Special Insurance Counsel, Reed Smith LLP, 599 Lexington Avenue, New York, NY 10022 (Attn: Aaron Javian, Esq. and John B. Berringer, Esq.) and Reed Smith LLP, 1717 Arch Street, Three Logan Square, Suite 3100, Philadelphia, PA 19103 (Attn: Timothy P. Law, Esq.).

6.      If no objections to this Monthly Statement are received by the Objection Deadline, the Debtor will be authorized thereafter to pay Reed Smith 50% of the fees and 100% of the expenses identified in the Monthly Statement as well as 100% of the Expert F&E.

7.      To the extent an objection to the Monthly Statement is received on or before the Objection Deadline, the Debtor will withhold payment of that portion of the Monthly Statement to which the objection is directed and is authorized to pay the remainder of fees and expenses in the percentages set forth above.  To the extent such objection is not resolved, it shall be preserved and presented to the Court at the next interim or final fee application hearing to be heard in accordance with paragraph 2(k) of the Fee Procedures Order.

Dated:  January 25, 2024
        New York, New York

REED SMITH LLP

*/s/ Aaron Javian*
Aaron Javian, Esq.
John B. Berringer, Esq.
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: ajavian@reedsmith.com
E-mail: jberringer@reedsmith.com

-and-

REED SMITH LLP
Timothy P. Law, Esq. (admitted *pro hac vice*)
1717 Arch Street
Three Logan Square, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420
E-mail: tlaw@reedsmith.com

*Special Insurance Counsel for Debtor and
Debtor in Possession*

# EXHIBIT A



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

R.C. Diocese of Rockville Centre
50 No. Park Avenue
Att: William G. Chapin
Rockville Centre, NY 11570
US - UNITED STATES

| | |
|---|---|
| Invoice Number: | **3694190** |
| Invoice Date: | **1/24/2024** |
| Client Number: | **504893** |
| Matter Number: | **504893.60005** |

## *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Chapter 11 Insurance Recovery**

Total Current Fees.................................................................$    213,069.00

Total Current Expenses and Other Charges ....................................$    7,772.07

**Total Due This Invoice:**    $    **220,841.07**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360110*
*Pittsburgh, PA 15251-6110*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
**(Please Reference Invoice Number)**



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

R.C. Diocese of Rockville Centre
50 No. Park Avenue
Att: William G. Chapin
Rockville Centre, NY 11570
US - UNITED STATES

| | |
|---|---|
| Invoice Number: | **3694190** |
| Invoice Date: | **1/24/2024** |
| Client Number: | **504893** |
| Matter Number: | **504893.60005** |

**RE: Chapter 11 Insurance Recovery**

---

## INVOICE SUMMARY

Total Current Fees.................................................................$   213,069.00

Total Current Expenses and Other Charges ....................................$_____7,772.07

     **Total Due This Invoice:**     **$___220,841.07**

Please Remit to:

***Mail To:***
*Reed Smith LLP*
*P.O. Box 360110*
*Pittsburgh, PA 15251-6110*

***Wire Instructions:***
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
***(Please Reference Invoice Number)***



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

|  |  |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number: **3694190** |
| 50 No. Park Avenue | Invoice Date: **1/24/2024** |
| Att: William G. Chapin | Client Number: **504893** |
| Rockville Centre, NY 11570 | Matter Number: **504893.60005** |
| US - UNITED STATES | |

### DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH December 31, 2023

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 12/01/23 | T.P. Law | Email exchanges re: [REDACTED]. | 0.30 |
| 12/01/23 | J.B. Berringer | Review of [REDACTED] (.60); t/c team re: same (.60); t/c D. Artese re: status of Brooklyn action vs. Arrowood (.50); emails A. Lundberg re: funding (.40); review docs to be produced to LMI, email E. Kim re: same (.70). | 2.80 |
| 12/01/23 | T.P. Law | Draft correspondence to Delaware deputy receiver re: Arrowood adversary proceeding and options moving forward. | 4.50 |
| 12/01/23 | T.P. Law | Email exchange with A. Kramer re: correspondence to Delaware deputy receiver re: Arrowood adversary proceeding and options moving forward. | 0.60 |
| 12/01/23 | A. Kramer | Prepare for call re: [REDACTED] (.20); review/comment on draft letter to DE liquidator (.20); teams call [REDACTED] (.60); review materials re: Arch-Chubb dispute (.10); email exchange with Berringer and Law re: same (.10). | 1.20 |
| 12/01/23 | T.P. Law | Participate in Team calls re: [REDACTED]. | 0.60 |
| 12/04/23 | A. Kramer | Review/revise draft letter to NY Security Fund (1.2); telephone conversation with J. Berringer re: NDA issue (.10); review/revise draft expert declaration (1.2); review/revise motion to amend bar date order (1.1); email exchange with T. Law re: same (.10). | 3.70 |
| 12/04/23 | J.C. Schad | Review, notate, format, record materials received from LMI re: loss history. | 1.20 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 12/04/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 12/04/23 | J.B. Berringer | Review E. Kim email, docs to be produced to LMI (.80); t/c contact re: [REDACTED] (.60); review of draft letter to Liquidation Bureau, emails re: same (.70); emails with LMI counsel, telephone conferences with client, LMI counsel re: Chapin deposition (.60);review draft motion to amend bar date (.50). | 3.20 |
| 12/04/23 | T.P. Law | Draft correspondence to NY Liquidation Bureau re: access to Property casualty Security Fund for Arrowood claims. | 4.20 |
| 12/04/23 | T.P. Law | Revise correspondence to NY Liquidation Bureau re: access to Property/Casualty Security Fund for Arrowood claims based on feedback from A. Kramer and J. Berringer and transmit to Jones day team for comment. | 0.70 |
| 12/04/23 | T.P. Law | Review and provide comments to A. Kramer re: motion to amend the bar date order. | 0.40 |
| 12/04/23 | T.P. Law | Email exchange and telephone conference with J. Berringer re: [REDACTED]. | 0.40 |
| 12/04/23 | E. Y. Kim | Emails with R. Browne regarding Gallagher Bassett documents for production to LMI. | 0.10 |
| 12/05/23 | A. Kramer | Work on expert declaration with JD team (1.3); email exchanges with RS team re: [REDACTED] (.80). | 2.10 |
| 12/05/23 | T.P. Law | Email exchange re: Lloyd's deposition scheduling. | 0.30 |
| 12/05/23 | T.P. Law | Provide comments to Jones Day on motion to further amend the bar date order. | 0.80 |
| 12/05/23 | J.B. Berringer | Emails re [REDACTED] (.60); review revised motion to amend bar date order (.50); review emails re: same (.60); review emails from J. Moffitt, T. Law re: Chapin deposition and email | 2.30 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| | | Moffitt re: same (.60). | |
| 12/05/23 | J.C. Schad | Research loss data submitted by insurer (2.4); re-format summary report for pertinent recovery data, insurance information (1.0); prepare comparative analysis for loss data reported 2009, 2016 (2.8); prepare, transmit summary report in preparation for conference with E. Kim (.20). | 6.40 |
| 12/05/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 12/06/23 | A. Kramer | Work in process call with client, A&M, JD and RS teams re: test case motion, plan etc. (1.2); review Herman Law demand letter (.20); email exchange with RS and JD teams re: demands (.20); zoom call with [REDACTED] (.60); review email exchanges with [REDACTED] (.20). | 2.40 |
| 12/06/23 | J.B. Berringer | Review article re: Purdue case, email team re: same (.80); work in process call (1.2); call with [REDACTED] (.60); emails re: [REDACTED] (.90); review demand letters (1.8). | 5.30 |
| 12/06/23 | T.P. Law | Participate in work in process call with Jones Day and Reed Smith teams. | 1.20 |
| 12/06/23 | T.P. Law | Telephone conference with [REDACTED]. | 0.50 |
| 12/06/23 | J.C. Schad | Conference with E. Kim re: LMI discovery. | 0.30 |
| 12/06/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 12/07/23 | A. Kramer | Attend meeting with valuation expert and JD Team. | 2.00 |
| 12/07/23 | J.C. Schad | Analyze, prepare responses to requests for historic policy data, insurance information. | 0.50 |
| 12/07/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and | 0.80 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| | | calendar. | |
| 12/07/23 | J.B. Berringer | Review Demands, policy coverage charts (2.1); emails A. Kramer, T. Geremia re: same (.50); email C. Ball re: same (.10); t/c E. Kim re: LMI discovery (.40). | 3.10 |
| 12/07/23 | E. Y. Kim | Call with J. Schad re: historical claim data for preparation for LMI depositions (.50); analyze Gallagher Bassett documents for privilege (hard copy and electronic file) (5.3); call with J. Berringer re: same (.40); draft joint extension request letter for Evanston action (.30). | 6.50 |
| 12/08/23 | A. Kramer | Review/revise draft test case opposition (1.3); review final DRVC brief and LMI opposition (.40); email exchanges with J. Berringer re: demands (.20); email exchange with JD team re: new verdict (.10). | 2.00 |
| 12/08/23 | J.B. Berringer | Review Schad email re: demands (.30); t/c Schad re: same (.20); review LMI discovery, t/c E. Kim re: same (.50); review oppositions to test case motion (1.4). | 2.40 |
| 12/08/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 12/08/23 | E. Y. Kim | Analyze Gallagher Bassett electronic and hard copy documents for production to LMI (4.1); calls with J. Berringer regarding same (.50); analyze documents to draft outline for W. Chapin LMI deposition preparation (3.1). | 7.70 |
| 12/08/23 | J.C. Schad | Analyze suit data, insurance information, trigger analysis for reports to J. Berringer re: plaintiffs' demands, counsel, coverages under certain historic insurer (2.2); research plaintiff counsel re: demand (.40); prepare notice for certified mail (.20). | 2.80 |
| 12/10/23 | E. Y. Kim | Analyze Gallagher Bassett subpoena documents for production to LMI. | 2.50 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 12/11/23 | T.P. Law | Email exchange re: Gallagher Bassett subpoena production. | 0.20 |
| 12/11/23 | T.P. Law | Finalize correspondence to James Black, Deputy Receiver of Arrowood re: ongoing adversary proceeding. | 0.50 |
| 12/11/23 | J.B. Berringer | Review LMI production, emails E. Kim re: same (1.5); prep. for Chapin deposition (2.0). | 3.50 |
| 12/11/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 12/11/23 | J.C. Schad | Review materials received (.30); discussion with E. Kim re: production of documents (.50); research, analyze, prepare Exhibit A requested by T. Law (.50); prepare report to T. Law (.20). | 1.50 |
| 12/11/23 | E. Y. Kim | Analyze GB subpoena documents and finalize production to LMI of same. | 3.90 |
| 12/12/23 | T.P. Law | Review proposed [REDACTED]. | 0.40 |
| 12/12/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 12/12/23 | J.B. Berringer | Emails re:[REDACTED] (.60); prep for Chapin dep., emails E. Kim re: same (3.1). | 3.70 |
| 12/12/23 | J.C. Schad | Analyze materials received in anticipation of production in discovery (.20); review, notate, record summary re: received documents for report to J. Berringer (.30). | 0.50 |
| 12/12/23 | E. Y. Kim | Analyze documents for J. Berringer's review to prepare for LMI's 30(b)(6) deposition of the Diocese (2.2); draft outline for J. Berringer's review to prepare for same (3.8); draft objections to LMI's 30(b)(6) deposition notice (1.8). | 7.80 |
| 12/13/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and | 0.80 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | calendar. | |
| 12/13/23 | C.M. LauKamg | Arrange USBC SDNY December 19, 2023 Test Case Motion Hearing Appearances and circulate confirmations of same. | 0.40 |
| 12/13/23 | T.P. Law | Participate in work-in-progress call. | 0.80 |
| 12/13/23 | J.B. Berringer | Work in process call (1.0); prep for and attendance at meeting w/ W. Chapin re: 30(b)(6) deposition (3.6); emails re: [REDACTED] (.50); review of draft Objections to 30(b)(6) notice, emails E. Kim re: same (.50); review Jones Day email re: Disclosure Statement (.30); review emails re: exhaustion of Agg. Excess of LMI policies (.30). | 6.20 |
| 12/13/23 | J.C. Schad | Prepare materials in support of reports to A. Kramer. | 0.20 |
| 12/13/23 | E. Y. Kim | Draft objections to LMI deposition notice (2.2); emails with J. Berringer, T. Law regarding same (.40). | 2.60 |
| 12/13/23 | A. Kramer | Begin work on responding to JD questions re: insurance for Disclosure Statement. | 2.10 |
| 12/14/23 | J.B. Berringer | Emails re: 30(b)(6) Objections, scope of depositions (.80); emails re: [REDACTED] (.50); review email from W. Chapin re: notice of new claim, reply to email (.40); review of emails re: conf. with MJ Cave, reply (.30). | 2.00 |
| 12/14/23 | T.P. Law | Telephone conference with Magistrate Judge Cave's chambers re: telephone conference and Arrowood stay and update opposing counsel. | 0.30 |
| 12/14/23 | T.P. Law | Review and comment on insurance aspects of the plan disclosure statement. | 2.60 |
| 12/14/23 | T.P. Law | Email Adam Smith re: letter to Judge Rochon due in one week. | 0.20 |
| 12/14/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: –+1 215 851 8100
Fax: –+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 12/14/23 | E. Y. Kim | Prepare production of document retention policy to LMI and analyze documents re: same (2.1); emails with T. Law. Berringer, A. Kramer regarding Arrowood court conference and analyze documents regarding same (.50); emails with J. Berringer regarding K. Ammirati deposition (.40). | 3.00 |
| 12/14/23 | A. Kramer | Review and revise responses to insurance questions from JD team re: disclosure statement. | 6.30 |
| 12/14/23 | T.P. Law | Finalize and send correspondence to the NY Liquidation Bureau. | 0.30 |
| 12/15/23 | C.M. LauKamg | Revise USBC SDNY December 19, 2023 Test Case Motion Hearing Appearances and circulate confirmations of same. | 0.20 |
| 12/15/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 12/15/23 | J.B. Berringer | T/c LMI counsel re: Chapin 30(b)(6) dep. (.60); t/c Jones Day re: Disclosure Statement (.50); T/c [REDACTED] (.50); emails re: Disclosure Statement (.90). | 2.50 |
| 12/15/23 | A. Kramer | Conference call with JD and RS teams re: disclosure statement issues (.60); conference call with [REDACTED] (.30); revise responses re: disclosure statement (2.3); work with Berringer and Law to respond to requests from Geremia re: 12/19 hearing (2.8). | 6.00 |
| 12/15/23 | T.P. Law | Telephone conference with Jones Day re: insurance aspects of disclosure statement. | 0.50 |
| 12/15/23 | T.P. Law | Telephone conference with [REDACTED]. | 0.50 |
| 12/15/23 | T.P. Law | Draft revision to section of disclosure statement and transmit to A. Kramer for review and inclusion in her analysis. | 1.70 |
| 12/15/23 | T.P. Law | Assist A. Kramer in pulling together information for Jones Day's response to test case motion. | 2.00 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 12/18/23 | T.P. Law | Work with A. Kramer re: comments to responses to insurance questions regarding Chapter 11 plan disclosure statement. | 1.20 |
| 12/18/23 | J.C. Schad | Analyze summary materials re: status of aggregates to prepare reports to A. Kramer, J. Berringer and T. Law. | 0.90 |
| 12/18/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 12/18/23 | J.B. Berringer | Prep. for, attendance at Chapin 30(b)(6) deposition (7.9); review of draft memo re: Disclosure Statement and email A. Kramer re: same (.20). | 8.10 |
| 12/18/23 | T.P. Law | Emails re: adversary proceeding pleadings. | 0.40 |
| 12/18/23 | T.P. Law | Update [REDACTED]. | 0.30 |
| 12/18/23 | A. Kramer | Work with J. Berringer and T. Law to revise responses re: disclosure statement. | 1.70 |
| 12/19/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 12/19/23 | J.B. Berringer | Review article re: Camden plan rejection (.40); review new draft answers to Disclosure Statements (.80); emails M. Hurst, W. Chapin , A. Kramer re: Agg. Excess available limits (.80); attendance at Zoom hearing (2.0). | 4.00 |
| 12/19/23 | A. Kramer | Revise/finalize responses to Committee questions re: disclosure statement (1.2); attend hearing (2.1); follow-up communications with counsel at hearing (.10); follow up email exchanges with RS Team re: same (.20). | 3.60 |
| 12/20/23 | J.C. Schad | Revise exhibit to T. Law correspondence re: Arrowood. | 0.40 |
| 12/20/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY | 0.40 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: +1 215 851 8100
Fax: +1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| | | docket for pleadings then update master files and calendar. | |
| 12/20/23 | J.B. Berringer | T/c A. Kramer, T. Law re: P & C aggregate excess calculations (.60); t/c M. Hurst re: same (.50); review Law memo re: NYLB process (.40); review new draft of answers to Disclosure Statement questions (.60); email A. Kramer re: same (.10); review of LMI response to POC demand, email team re: same (.60). | 2.80 |
| 12/20/23 | T.P. Law | Draft an insurance-related insert to disclosure statement. | 0.50 |
| 12/20/23 | T.P. Law | Telephone conference with A. Kramer and others re: insurance edits to disclosure statement. | 0.40 |
| 12/20/23 | A. Kramer | Revise responses to Committee questions re: disclosure statement per discussions with JD and RS teams. | 1.10 |
| 12/20/23 | T.P. Law | Emails with E. Hayes from NY Liquidation Bureau re: status of Arrowood insolvency and availability to talk. | 0.30 |
| 12/20/23 | T.P. Law | Telephone conference with E. Hayes from NY Liquidation Bureau re: status of Arrowood insolvency and NYLB's assumption of the defense. | 0.40 |
| 12/20/23 | T.P. Law | Update Jones Day and client re: conversation with NY Liquidation Bureau. | 0.80 |
| 12/21/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 12/21/23 | J.B. Berringer | T/cs A. Kramer, T. Law re: letter to Court in Arrowood Adv. Proceeding (.30); review draft letter to court, emails T. Law re: same (.60); review J. Bair letter re: same (.10); review emails re: LMI response to Plaintiff demands (.50); review Order re: Holdbacks, emails re: same (.40); emails re: Lit. Funder (.20). | 2.10 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 12/21/23 | E. Y. Kim | Draft objections to Evanston's 30(b)(6) deposition notice. | 0.90 |
| 12/21/23 | T.P. Law | Draft substantial redlined revisions to joint status letter to Judge Rochon re: status and impact of Arrowood liquidation issues. | 1.70 |
| 12/21/23 | T.P. Law | Email exchange with A. Kramer and J. Berringer re: orders from J. Oetken on the claim objection appeals, including statement about Arrowood's denial of the duty to defend the claims in bankruptcy. | 0.20 |
| 12/21/23 | A. Kramer | Address Oetken orders (.20); conference call with Sugayan and Minarovish re: demand letters (.30); communications with RS and JD teams re: demand issues (.20); review DS Supplement (.30). | 1.00 |
| 12/22/23 | J.B. Berringer | Review new red-line draft of Disclosure Statement and draft TDP (1.4); emails A. Kramer, T. Law re: same (.30); review emails re: new Insurer responses to demands (.30); review Insurer responses to Demands, email team re: same (1.3). | 3.30 |
| 12/22/23 | A. Kramer | Address additional disclosure statement questions with JD and RS teams. | 0.70 |
| 12/22/23 | T.P. Law | Email exchanges with A. Kramer and J. Berringer re: insurance edits to Amended Disclosure Statement. | 0.80 |
| 12/27/23 | T.P. Law | Email exchange with J. Berringer re: plaintiff demands. | 0.30 |
| 12/27/23 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 12/27/23 | J.C. Schad | Pursuant to discussion with J. Berringer, research, analyze, prepare correlated analysis of POC demand responses from insurer counsel (2.1); revise, transmit summary of responses pursuant to discussion with J. Berringer (.50). | 2.60 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 12/27/23 | J.B. Berringer | Prep. for, participation on team conf. call (1.3); review State Court counsel's demands (1.5); review of Schad chart re: demands, t/c Schad re: same (.50); email team re: Demands (.50). | 3.80 |
| 12/28/23 | T.P. Law | Email exchange with E. Kim re: Evanston deposition notice. | 0.30 |
| 12/28/23 | E. Y. Kim | Communications with T. Law and J. Berringer regarding revisions to objections to Evanston's 30(b)(6) notice (.40); draft preliminary outline for Evanston's 30(b)(6) deposition of the Diocese (2.8). | 3.20 |
| 12/28/23 | J.B. Berringer | Review, revise Objections to Evanston 30(b)(6) notice (.80); emails T. Law, E. Kim re: same (.40). | 1.20 |
| 12/30/23 | E. Y. Kim | Draft outline for 30(b)(6) deposition of Evanston and analyze documents regarding same. | 2.10 |
| **Total Hours** | | | **200.10** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Ann V. Kramer | 35.90 hrs @ $ | 1,390.00 / hr | 49,901.00 |
| John B. Berringer | 62.30 hrs @ $ | 1,285.00 / hr | 80,055.50 |
| Timothy P. Law | 32.10 hrs @ $ | 1,250.00 / hr | 40,125.00 |
| Esther Y. Kim | 40.30 hrs @ $ | 685.00 / hr | 27,605.50 |
| James C. Schad | 17.30 hrs @ $ | 600.00 / hr | 10,380.00 |
| Christopher LauKamg | 12.20 hrs @ $ | 410.00 / hr | 5,002.00 |
| **Total Professional Services** | | | **213,069.00** |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | | Amount |
|------|-------------|---|--------|
| | Duplicating/Printing/Scanning | 838.00 @ 0.10 | 83.80 |
| 11/08/2023 | E. Kim Lodging Expense to attend Document Review Project | | 301.89 |
| 11/15/2023 | E. Kim Rail Travel Expense to attend Document Review Project | | 414.98 |
| 12/31/2023 | Gravity Stack LLC December 2023 Invoice | | 6,971.40 |
| | **Total Expenses and Other Charges** | | **7,772.07** |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 213,069.00 |
| Total Expenses and Other Charges | $ | 7,772.07 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **220,841.07** |
| **Total Amount Due** | **$** | **220,841.07** |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number: **3694199** |
| 50 No. Park Avenue | Invoice Date: **1/24/2024** |
| Att: William G. Chapin | Client Number: **504893** |
| Rockville Centre, NY 11570 | Matter Number: **504893.60006** |
| US - UNITED STATES | |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Fee statements/fee applications**

---

Total Current Fees...................................................................................................$        9,725.00

**Total Due This Invoice:**                                     $        **9,725.00**

Please Remit to:

**Mail To:**
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
**(Please Reference Invoice Number)**



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number: **3694199** |
| 50 No. Park Avenue | Invoice Date: **1/24/2024** |
| Att: William G. Chapin | Client Number: **504893** |
| Rockville Centre, NY 11570 | Matter Number: **504893.60006** |
| US - UNITED STATES | |

**RE: Fee statements/fee applications**

## INVOICE SUMMARY

Total Current Fees.................................................................................$_____9,725.00

**Total Due This Invoice:** **$_____9,725.00**

Please Remit to:

**Mail To:**
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
*(Please Reference Invoice Number)*



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

R.C. Diocese of Rockville Centre
50 No. Park Avenue
Att: William G. Chapin
Rockville Centre, NY 11570
US - UNITED STATES

| | |
|---|---|
| Invoice Number: | **3694199** |
| Invoice Date: | **1/24/2024** |
| Client Number: | **504893** |
| Matter Number: | **504893.60006** |

### DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH December 31, 2023

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 12/04/23 | C.M. LauKamg | Prepare, review and revise USBC SDNY Reed Smith LLP Thirty-Eighth Monthly Fee Statement in preparation for electronic filing. | 1.40 |
| 12/05/23 | C.M. LauKamg | Revise USBC SDNY Reed Smith LLP Thirty-Eighth Monthly Fee Statement in preparation for electronic filing. | 2.00 |
| 12/06/23 | C.M. LauKamg | Review and revise USBC SDNY Reed Smith LLP Thirty-Eighth Monthly Fee Statement in preparation for electronic filing. | 1.60 |
| 12/06/23 | C.M. LauKamg | Prepare, review and revise USBC SDNY Certificate of No Objection for Reed Smith LLP Thirty-Seventh Monthly Fee Statement and update master files and calendar. | 0.40 |
| 12/07/23 | A. Javian | Correspondence re: holdbacks. | 0.20 |
| 12/07/23 | A. Javian | Review/comment on Nov. invoice. | 1.00 |
| 12/07/23 | C.M. LauKamg | Finalize USBC SDNY Reed Smith LLP Thirty-Eighth Monthly Fee Statement in preparation for electronic filing. | 1.00 |
| 12/08/23 | C.M. LauKamg | Follow up with Accounting Department regarding KCIC Invoices and arrange payment of same. | 0.40 |
| 12/08/23 | C.M. LauKamg | Revise and finalize USBC SDNY Reed Smith LLP Thirty-Eighth Monthly Fee Statement in preparation for electronic filing. | 1.00 |
| 12/11/23 | C.M. LauKamg | Finalize, electronically file and serve USBC SDNY Certificate of No Objection for the October 2023 Reed Smith LLP Monthly Fee Statement | 0.80 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: +1 215 851 8100
Fax: +1 215 851 1420
Tax ID # 25-0749630

Driving progress
through partnership

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | and update master files and calendar. | |
| 12/12/23 | C.M. LauKamg | Finalize and coordinate with Accounting regarding USBC SDNY Reed Smith LLP Thirty-Eighth Monthly Fee Statement in preparation for electronic filing. | 1.60 |
| 12/12/23 | C.M. LauKamg | Arrange USBC SDNY December 19, 2023 Ninth Interim Fee Application Hearing Appearances and circulate confirmations of same. | 0.40 |
| 12/14/23 | C.M. LauKamg | Follow up with Accounting and Attorneys regarding status of KCIC November 2023 Invoices and arrange payment of same. | 0.40 |
| 12/15/23 | C.M. LauKamg | Revise USBC SDNY December 19, 2023 Ninth Interim Fee Application Hearing Appearances and circulate confirmations of same. | 0.20 |
| 12/19/23 | C.M. LauKamg | Follow up with Attorneys and Accounting regarding status of KCIC October 2023 Invoice Payment and arrange payment of same. | 0.40 |
| 12/19/23 | C.M. LauKamg | Finalize USBC SDNY Reed Smith LLP Thirty-Eighth Monthly Fee Statement in preparation for electronic filing. | 0.40 |
| 12/19/23 | C.M. LauKamg | Finalize, electronically file and coordinate service of USBC SDNY Reed Smith LLP Thirty-Eight Monthly Fee Statement and update master files and calendar. | 1.80 |
| 12/19/23 | A. Javian | Prep for, attend hearing re: interim fee application. | 1.00 |
| 12/19/23 | T.P. Law | Emails with C. LauKamg re: KCIC billing issues. | 0.30 |
| 12/20/23 | C.M. LauKamg | Follow up with Attorneys and Accounting regarding status of KCIC October 2023 Invoice and arrange payment of same. | 0.40 |
| 12/20/23 | C.M. LauKamg | Office conference with A. Javian regarding revisions to Reed Smith LLP November 2023 Thirty-Eighth Monthly Fee Statement in preparation for electronic filing. | 0.10 |
| 12/20/23 | C.M. LauKamg | Revise and finalize USBC SDNY Reed Smith LLP | 0.60 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | November 2023 Thirty-Eighth Monthly Fee Statement in preparation for electronic filing. | |
| 12/21/23 | C.M. LauKamg | Follow up with Attorneys and Accounting regarding status of KCIC October 2023 Invoice Payment and arrange payment of same. | 0.20 |
| 12/22/23 | A. Javian | Review/revise monthly fee statement per Court's Dec.19 order (.30); instructions to C. LauKamg re: same (.10). | 0.40 |
| **Total Hours** | | | **18.00** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Timothy P. Law | 0.30 hrs @ $ | 1,250.00 / hr | 375.00 |
| Aaron Javian | 2.60 hrs @ $ | 1,215.00 / hr | 3,159.00 |
| Christopher LauKamg | 15.10 hrs @ $ | 410.00 / hr | 6,191.00 |
| **Total Professional Services** | | | **9,725.00** |

**INVOICE SUMMARY**

| | |
|---|---|
| Total Fees | $ 9,725.00 |
| **TOTAL CURRENT INVOICE DUE** | **$ 9,725.00** |
| **Total Amount Due** | **$ 9,725.00** |