**Objection Deadline: 15 Days after Filing on ECF**
**Hearing Date: To be Determined, if Necessary**

ROBERT E. GERBER
*Legal Representative for Future Claimants*
Joseph Hage Aaronson LLC
800 Third Avenue, 30th Floor
New York, NY 10022
NYC Office (212) 407-1212
Mobile (917) 747-0280
Home Office (but do not practice law in CT):
   (860) 868-7926
rgerber@jhany.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,[1] | Case No. 20-12345 (MG) |
| Debtor. | |

**NINETEENTH MONTHLY FEE STATEMENT
OF ROBERT E. GERBER FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
AS FUTURE CLAIMS REPRESENTATIVE FROM
DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023**

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York; the last four digits of its federal tax identification number are 7437; and its mailing address is 50 North Park Avenue P.O. Box 9023, Rockville Centre, NY 11571-9023.

| Name of Applicant | Robert E. Gerber |
|---|---|
| **Authorized to Provide Professional Services to:** | Future and Unknown Claimants, as Future Claims Representative |
| **Date of Retention** | October 27, 2021 |
| **Period for which Compensation and Reimbursement is Sought** | December 1, 2023 to December 31, 2023 |
| **Amount of Compensation Sought:** | $ 33,040 |
| Less 50% Holdback | ($ 16,520) |
| **Net Compensation Requested Now** | $ 16,520 |
| **Amount of Expenses Sought** | $ 8.00 |
| **Amount of Reimbursement Sought** | $ 8.00 |
| **Total Payment Requested Now** | $ 16,528 |

This is a: __x__ Monthly ___ Interim ___ Final Application.

1. I, ROBERT E. GERBER, as Future Claims Representative in the chapter 11 case of The Roman Catholic Diocese of Rockville Centre, (the "**Debtor**," or the "**Diocese**") submit this statement of fees and disbursements ("**Monthly Statement**") for the period from December 1, 2023 through December 31, 2023 (**"Compensation Period"**) in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* dated November 4, 2020 [ECF #129] ("**Interim Compensation Order**").

2. I request interim payment of compensation in the amount of $16,528 (50% of fees of $33,040 and 100% of the expenses of $8.00).

**Services Rendered During the Compensation Period**

3. Exhibit A sets forth a timekeeper summary with respect to the sole timekeeper on this Monthly Statement (and engagement), which is me. It includes my name, position, date of first

2

admission, hourly billing rate and aggregate hours during the compensation period.[2] The rates charged are those I charge generally for all legal, expert testimony, consulting, and fiduciary services—*i.e.*, all matters other than mediation.[3]

4. Exhibit B sets forth a "task code" summary that breaks down the time I spent during the Compensation Period by the task codes employed by the US Trustee Program in its Guidelines.

5. Exhibit C includes my contemporaneously prepared time entries[4] for the Compensation Period, as they are maintained electronically at JHA, and as I regularly attach them to bills I send out for my services.

6. Exhibit D sets forth the expenses for which I seek reimbursement, organized by general disbursement categories.

7. Exhibit E is my invoice for the services that I performed during the Compensation Period, in the same form as I regularly send out invoices on nonbankruptcy matters. Payment for the services I performed can and should be made to Joseph Hage Aaronson LLC, in accordance with the invoice.

---

[2] A matter requested under US Trustee Program Guidelines that is not included is "Primary department, group or section," as it is inapplicable to an individual in my position here. I also state that there have been no increases in my billable rate on this engagement since my retention was authorized. My rate was increased in January 2021, after the inception of the Diocese chapter 11 case, but long before my retention was authorized, and although my rate was increased further in January 2022, January 2023, and January 2024 on other matters (and now is $1,700 per hour on such), it has been frozen at the $1,400 per hour level on this engagement.

[3] See the declaration I submitted in connection with my application to retain Joseph Hage Aaronson LLC as my counsel (ECF #897), n.4, noting and explaining this.

[4] These have been maintained in increments of tenths of an hour, and without bunching or block billing, on this and all other matters since I have left the bench.

3

**Notice and Objection Procedures**

8. Pursuant to Paragraph 2(c) of the Interim Compensation Order, this Monthly Statement is being filed with the Court.

9. Pursuant to Paragraph 2(b) of the Interim Compensation Order, this Monthly Statement is being served, on this day, upon the "**Notice Parties**" (as there defined, and also listed below) as follows:

   (a) *Debtor*, c/o The Roman Catholic Diocese of Rockville Centre, 50 N Park Ave P.O. Box 9023, Rockville Centre, NY 11571-9023 (Attn: Thomas Renker) (by First Class Mail);

   (b) *Debtor's Counsel*, Jones Day (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.) (By Email);

   (c) *Counsel to the Creditors' Committee*, Pachulski Stang Ziehl & Jones LLP (Attn: James Stang, Esq. Ilan D. Scharf, Esq. and Karen B. Dine, Esq.) (by Email);

   (d) *Office of the United States Trustee Region 2* (Attn: Greg Zipes, Esq.) (by Email).

I believe that no other or further notice need be provided.

10. Pursuant to Paragraph 2(e) of the Interim Compensation Order, objections to this Application, if any, must be served upon me and the Notice Parties within 15 days of the filing with the Court of this Monthly Statement (the "**Objection Deadline**"). Any such objection must set forth the nature of the objection and the amount of fees or expenses at issue.

11. If no objections to this Monthly Statement are made on or before the Objection Deadline, I will file a Certificate of No Objection with the Court, after which the Debtor will be authorized to pay JHA (on my behalf) the 50% of the fees and 100% of the expenses set forth above (or the portion of such as to which there has been no objection).

12. To the extent an objection to this Monthly Statement is timely made, the Debtor must withhold payment of that portion of the Monthly Statement to which the objection is

directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it will be preserved and presented to the Court at the next interim or final fee application hearing.

13. No prior request for the relief sought in this fee statement has been made in this or any other court.

Dated: New York, New York
January 29, 2024

/s/ Robert E. Gerber
ROBERT E. GERBER
Legal Representative for Future Claimants
Joseph Hage Aaronson LLC
800 Third Avenue, 30th Floor
New York, NY 10022
NYC Office (212) 407-1212
Mobile (917) 747-0280
Home Office (but do not practice law in CT)
  (860) 868-7926
rgerber@jhany.com

Exhibit A (Timekeeper Summary) Follows on Next Page

| Name of Professional | Title | First Admitted to the Bar | Year of Partnership | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Robert E. Gerber | Future Claims Representative | 1971 | 1978 | $1,400 | 23.6 | $ 33,040.00 |
| **Total** | | | | | 23.6 | **$ 33,040.00** |

Exhibit B (Task Code Summary) Follows on Next Page

| ABA UTBMS Bankruptcy Code | US Trustee Program Description | Hours | Total Amount |
|---|---|---|---|
| B160 | Employment of Professionals | 0.2 | $ 280.00 |
| B300 | Plan and Disclosure Statement | 0.3 | $ 420.00 |
| B320 | Plan and Disclosure Statement | 23.1 | $ 32,340.00 |
| **Total** | | **23.6** | **$ 33,040.00** |

# Exhibit C (Time Entries) Follows on Next Page

Primary Timekeeper: 74 Robert E. Gerber

**Client: 52301.02   Gerber Fiduciary Services**                                                    Gerber Fiduciary           Contact:
**Rockville Centre Diocese**
Primary Timekeeper:         74 REG    Category:        2 Bankruptcy
Secondary Timekeeper:       74 REG    Draft Template:  STI           Rate Code: 3
Originating Timekeeper:     74 REG    Final Template:  STI           Date Opened:    10/28/2021
Previous Balance:           290,755.62

| Date | Tkpr | Src | R C | Task Code | | Ref # | Rate | Hours Worked | Amount | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | | | |
| 12/04/2023 | 74 REG | | | B320 | A104 | 610 | 1,400.00 | 1.80 | 2,520.00 | Review of Diocese Amended Plan (1.8) |
| 12/05/2023 | 74 REG | | | B320 | A108 | 611 | 1,400.00 | 0.10 | 140.00 | Emails to/from Andrew Butler (Jones Day) re hearing of 11/18 (.1) |
| 12/05/2023 | 74 REG | | | B160 | A108 | 612 | 1,400.00 | 0.10 | 140.00 | Emails from/to Andrew Butler et al re US Trustee Program request for holdback on Interim Fee Apps (.1) |
| 12/05/2023 | 74 REG | | | B320 | A104 | 613 | 1,400.00 | 0.30 | 420.00 | Review of transcript of 11/18 hearing (.3) |
| 12/06/2023 | 74 REG | | | B320 | A108 | 614 | 1,400.00 | 0.10 | 140.00 | Email Michael Hogan re Diocese Amended Plan, Disclosure Statement (.1) |
| 12/07/2023 | 74 REG | | | B320 | A108 | 615 | 1,400.00 | 0.10 | 140.00 | Emails from/to Michael Hogan re Diocese Plan and Disclosure Statement (.1) |
| 12/07/2023 | 74 REG | | | B320 | A104 | 616 | 1,400.00 | 1.90 | 2,660.00 | Review of Diocese Disclosure Statement, related Plan (1.9) |
| 12/08/2023 | 74 REG | | | B320 | A104 | 617 | 1,400.00 | 0.40 | 560.00 | Review of Diocese Objection to Creditors' Committee Test Cases Motion (.4) |
| 12/11/2023 | 74 REG | | | B320 | A108 | 618 | 1,400.00 | 0.40 | 560.00 | Telecon Michael Hogan re Amended Diocese Plan and Disclosure Statement, Test Cases Motion (.4) |
| 12/12/2023 | 74 REG | | | B320 | A104 | 619 | 1,400.00 | 2.10 | 2,940.00 | Review of Diocese Amended Plan Disclosure Statement, recording mental impressions (2.1) |
| 12/13/2023 | 74 REG | | | B160 | A108 | 620 | 1,400.00 | 0.10 | 140.00 | Emails to/from Justin Bakota, Michael Hogan, Joshua Hogan re Monthly Fee Statements submission (.1) |
| 12/16/2023 | 74 REG | | | B320 | A104 | 621 | 1,400.00 | 0.70 | 980.00 | Review of Creditors Committee Test Cases Motion Reply Brief (.4); comparison to Diocese Answering Brief (.3) |
| 12/17/2023 | 74 REG | | | B320 | A108 | 622 | 1,400.00 | 0.50 | 700.00 | Email to Diocese and Creditors Committee counsel re Disclosure Statement issues, matters for possible consensual resolution (.5) |
| 12/17/2023 | 74 REG | | | B320 | A104 | 623 | 1,400.00 | 3.40 | 4,760.00 | Further review of Diocese Disclosure Statement for Amended Plan (2.8); Review of Dine Declaration on Test Cases Reply, and its exhibits (.6) |
| 12/18/2023 | 74 REG | | | B320 | A108 | 624 | 1,400.00 | 0.20 | 280.00 | Emails from/to Andrew Butler, cc Michael Hogan, re upcoming hearing et al (.1); Emails Michael Hogan re discovery dispute et al (.1) |
| 12/19/2023 | 74 REG | | | B320 | A108 | 625 | 1,400.00 | 0.10 | 140.00 | Emails Michael Hogan re Test Cases motion et al (.1) |
| 12/19/2023 | 74 REG | | | B320 | A101 | 626 | 1,400.00 | 0.30 | 420.00 | Prep for hearing (.3) |
| 12/19/2023 | 74 REG | | | B320 | A109 | 627 | 1,400.00 | 2.10 | 2,940.00 | Hearing on Test Cases Motion, Fee Apps (2.1); |
| 12/20/2023 | 74 REG | | | B300 | A104 | 628 | 1,400.00 | 0.30 | 420.00 | Review of Oetkin order, related opinion, re appeals on claims disallowance (.3) |
| 12/21/2023 | 74 REG | | | B320 | A108 | 629 | 1,400.00 | 0.60 | 840.00 | Emails to Ben Rosenblum, Corinne Ball, Andrew Butler re Disclosure Statement issues (.4);  Emails from/to Andrew Butler re Zoom with Diocese counsel re Disclosure Statement issues (.1);  Email to Michael Hogan re same (.1) |
| 12/21/2023 | 74 REG | | | B320 | A104 | 630 | 1,400.00 | 1.60 | 2,240.00 | Review of Exhibits to Disclosure Statement (.5); After other things, same (1.1) |
| 12/22/2023 | 74 REG | | | B320 | A108 | 631 | 1,400.00 | 0.90 | 1,260.00 | Teams Zoom with Ben Rosenblum, Corinne Ball, Andrew Butler re Plan and Disclosure Statement issues (.8); Email Michael Hogan re same (.1). |
| 12/22/2023 | 74 REG | | | B320 | A104 | 632 | 1,400.00 | 2.20 | 3,080.00 | Continued review of Plan and Plan supplemental docs, Disclosure Statement (.6); After interruption, same (1.6) |
| 12/29/2023 | 74 REG | | | B320 | A108 | 633 | 1,400.00 | 0.60 | 840.00 | Emails to Michael Hogan (.2); Telecon Michael Hogan re Future Claims treatment et al (.4); |
| 12/29/2023 | 74 REG | | | B320 | A104 | 634 | 1,400.00 | 2.70 | 3,780.00 | Analysis of Diocese Plan, Disclosure Statement, re Future Claims treatment et al (1.0); After other things, same, review and analysis of Trust Distribution Procedures (mechanisms for Future Claims) (1.7); |
| Billable Total: | | | 74 Robert E. Gerber | | | | | 23.60 | 33,040.00 | |
| **Total Billable Fees** | | | | | | | | 23.60 | 33,040.00 | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Expenses** | | | | | | | | | | |
| 12/29/2023 | 74 REG | | | B110 | E106 | 40 | | | 8.00 | Online research - Pacer - December 2023 |
| **Total Billable Expenses** | | | | | | | | | 8.00 | |

**Payments**
| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 02/21/2023 | | | | | 28 | Apply to: 10852 | -191.51 | Expense Payment - RDC |
| 02/21/2023 | | | | | 29 | Apply to: 10852 | -5,877.17 | Fee Payment - RDC |
| 03/27/2023 | | | | | 30 | Apply to: 10881 | -39,424.00 | Fee Payment - RDC |
| 03/27/2023 | | | | | 31 | Apply to: 10881 | -30.80 | Expense Payment - RDC |
| 05/08/2023 | | | | | 32 | Apply to: 10899 | -32,928.00 | Fee Payment - Diocese of Rockville Center |
| 05/08/2023 | | | | | 33 | Apply to: 10901 | -15,332.50 | Fee Payment - Diocese of Rockville Center |
| 05/08/2023 | | | | | 34 | Apply to: 10899 | -484.43 | Expense Payment - Diocese of Rockville |
| 05/08/2023 | | | | | 35 | Apply to: 10901 | -37.50 | Expense Payment - Diocese of Rockville |

Date: 01/22/2024

20-12345-mg    Doc 2852    Filed 01/29/24    Entered 01/29/24 11:25:17    Main Document
Pg 12 of 16

Tabs3 Detail Work-in-Process Report
Joseph Hage Aaronson LLC

Page: 2

**Primary Timekeeper:** 74 Robert E. Gerber

**Client: 52301.02   Gerber Fiduciary Services**   *(Continued)*

| Date | Tkpr | Src | R C | Task Code | Ref # | Rate | Hours Worked | Amount | Description |
|---|---|---|---|---|---|---|---|---|---|
| 06/05/2023 | | | | | 36 | | | -24,117.50 | Fee Payment - RDC |
| 06/26/2023 | | | | | 37 | Apply to: 10918 | | -15.70 | Expense Payment - RDC |
| 06/26/2023 | | | | | 38 | Apply to: 10918 | | -29,680.00 | Fee Payment - RDC |
| 07/24/2023 | | | | | 39 | | | -5,289.27 | Fee Payment - RDC |
| 09/11/2023 | | | | | 40 | Apply to: 10984 | | -25.27 | Expense Payment - RDC |
| 09/11/2023 | | | | | 41 | Apply to: 10986 | | -168.45 | Expense Payment - RDC |
| 09/11/2023 | | | | | 42 | Apply to: 10986 | | -42,310.73 | Fee Payment - RDC |
| 09/18/2023 | | | | | 43 | Apply to: 10988 | | -158.98 | Expense Payment - RDC |
| 09/18/2023 | | | | | 44 | Apply to: 10988 | | -22,829.02 | Fee Payment - RDC |
| 10/10/2023 | | | | | 45 | Apply to: 11013 | | -32.68 | Expense Payment - RDC |
| 10/10/2023 | | | | | 46 | | | -19,679.66 | Fee Payment - RDC |
| 11/20/2023 | | | | | 47 | Apply to: 11038 | | -88.30 | Expense Payment - RDC |
| 11/20/2023 | | | | | 48 | Apply to: 11038 | | -1,400.38 | Fee Payment - RDC |
| 12/28/2023 | | | | | 49 | | | -14,424.30 | Fee Payment - RDC |

**Total Billable Payments**                                                                 -254,526.15

**RECAP**

| | | | | | |
|---|---|---|---|---|---|
| Fees: | 33,040.00 | | | | |
| Expenses: | 8.00 | Previous Balance: | 290,755.62 | | |
| Advances: | 0.00 | Payments/Credits: | -254,526.15 | | |
| **Total WIP:** | 33,048.00 | **Balance Due:** | 36,229.47 | **Total:** | **69,277.47** |

| A/R: | 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|---|
| | 27,208.08 | 0.00 | 5,739.62 | 0.00 | 3,281.77 | 0.00 |

# Exhibit D (Expenses Summary) Follows on Next Page

| ABA UTBMS Expenses Code | Description | Total Amount |
|---|---|---|
| E106 | Online Research | $ 8.00 |
|  |  |  |
| **Total** |  | **$ 8.00** |

# Exhibit E (Invoice)[1] Follows on Next Page

---

[1] Payment for the services of Robert E. Gerber, as Future Claims Representative, can and should be made to Joseph Hage Aaronson, LLC, in accordance with the attached invoice.

**JOSEPH HAGE AARONSON LLC**
800 THIRD AVENUE, 30TH FLOOR
NEW YORK, NEW YORK 10022
(212) 407-1200
WWW.JHA.COM

January 29, 2024

Diocese of Rockville Centre  Invoice No. 5230102-24
Attn: Thomas G. Renker, Esq.
50 North Park Avenue
P.O. Box 9023
Rockville Centre, NY  11571-9023

### FOR SERVICES OF ROBERT E. GERBER, FUTURE CLAIMS REPRESENTATIVE:

Client:     **Gerber Fiduciary Services**

Matter:    **Rockville Centre Diocese**

For services as Future Claims Representative in chapter 11 case of The Roman Catholic Diocese of Rockville Centre, New York (Case No. 20-12345), rendered from December 1, 2023 through December 31, 2023, as detailed in attached computerized statement.

| | |
|---|---:|
| Fees …………………………………………………… | $33,040 |
| Less fees (50%) for which payment is deferred…..…… | ($16,520) |
| Expenses……………………………………………… | $8.00 |
| **Total payment requested now**………………………….. | **$16,528.00** |

**[Wire transfer information
and Federal Tax I.D.
was provided to your counsel]**