## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
:
In re:                                            :        **Chapter 11**
:
**The Roman Catholic Diocese of Rockville**       :        **Case No. 20-12345 (MG)**
**Centre, New York,** [1]
:
:
                                        **Debtor.**   :
:
---------------------------------------------------------- x

## THIRTY NINTH MONTHLY FEE STATEMENT
## OF ALVAREZ & MARSAL NORTH AMERICA, LLC FOR
## COMPENSATION FOR SERVICES RENDERED
## AND REIMBURSEMENT OF EXPENSES INCURRED
## AS RESTRUCTURING ADVISOR TO THE DEBTOR DURING PERIOD
## FROM
## <u>DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023</u>

| | |
|---|---|
| Name of applicant: | <u>Alvarez & Marsal North America, LLC</u> |
| Authorized to provide professional services to: | <u>Debtor and debtor in possession</u> |
| Date of retention: | <u>November 4, 2020 effective as of petition date</u> |
| Period for which compensation and reimbursement is sought: | <u>December 1, 2023 – December 31, 2023</u> |
| Amount of compensation requested: | <u>$73,065.00/50% fees (50% of $146,130.00)</u> |
| Amount of expense reimbursement requested: | <u>$1,273.91/100% expenses</u> |

This is the thirty ninth monthly fee statement.

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is 992 N Village Avenue, P.O. Box 9023, Rockville Centre, NY 11570.

Alvarez & Marsal North America, LLC ("A&M"), restructuring advisor to The Roman Catholic Diocese of Rockville Centre, New York (the "Diocese" or the "Debtor"), hereby submits this thirty ninth fee statement (the "Fee Statement"), pursuant to this Court's *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 129], dated November 4, 2020 (the "Interim Compensation Order") and this Court's *Order Authorizing Debtor to Employ and Retain Alvarez & Marsal North America, LLC as Restructuring Advisor to Debtor and Debtor in Possession Pursuant to Sections 327(a) and 328 of the Bankruptcy Code* [Docket No. 131] dated November 4, 2020, seeking compensation and reimbursement of expenses for the period of December 1, 2023 through December 31, 2023 (the "Thirty Ninth Monthly Period"). By this Fee Statement, A&M seeks payment of $74,338.91 which is equal to (i) $73,065.00 or fifty percent (50%) of the total amount of compensation sought for actual and necessary professional services rendered during the Thirty Ninth Monthly Period of $146,130.00 and (ii) reimbursement of $1,273.91 which is equal to one hundred percent (100%) of its actual and necessary expenses incurred in association with such services.

Attached hereto as Exhibits A-C are summary reports outlining the hours and fees worked by task, hours and fees worked by professional and hours and fees worked by task by professional for the Thirty Ninth Monthly Period. Also, attached as Exhibit D is time entry records for the Thirty Ninth Monthly Period that were recorded in tenths of an hour by project task, maintained in the ordinary course of A&M's practice, and that set forth a detailed description of services performed by each professional on behalf of the Debtor. A summary of compensation sought by project category is provided below.

Attached hereto as Exhibits E-F are summary reports of expenses incurred by category and itemized expense records of all expenses for the Thirty Ninth Monthly Period

incurred in association with the performance of professional services.  A summary of reimbursement sought by expense type is provided below.

        This Fee Statement also includes a billing summary by individual, setting forth the (i) name and title of each individual for whom compensation is sought for work on these cases, (ii) aggregate time expended by each such individual and (iii) hourly billing rate for each such individual at A&M's current billing rates.

**SUMMARY OF TOTAL FEES BY PROFESSIONAL**

| SUMMARY OF TOTAL FEES BY PROFESSIONAL FOR ALVAREZ & MARSAL NORTH AMERICA, LLC December 1, 2023 through December 31, 2023 | | | | |
|---|---|---|---|---|
| **PROFESSIONAL** | **POSITION** | **BILLING RATE** | **TOTAL HOURS** | **TOTAL FEES** |
| Charles Moore | Managing Director | $ 1,325 | 42.2 | $ 55,915.00 |
| Erin McKeighan | Managing Director | 1,050 | 1.2 | $ 1,260.00 |
| Andrew Ciriello | Senior Director | 850 | 77.8 | $ 66,130.00 |
| Robert Country | Director | 775 | 1.6 | $ 1,240.00 |
| Rayan Nasser | Analyst | 475 | 43.8 | $ 20,805.00 |
| Natalie Corbett | Paraprofessional | 300 | 2.6 | $ 780.00 |
| | | | | |
| **Total** | | | **169.2** | **$ 146,130.00** |

**SUMMARY OF TOTAL FEES BY TASK CATEGORY**

| SUMMARY OF TOTAL FEES BY TASK CATEGORY FOR ALVAREZ & MARSAL NORTH AMERICA, LLC December 1, 2023 through December 31, 2023 | | | |
|---|---|---|---|
| **Task Code** | **Description** | **Total Hours** | **Total Fees Requested** |
| BANKRUPTCY SUPPORT | Advise and assist the company on matters concerning operating the business under Chapter 11 | 11.5 | 11,635.00 |
| BUSINESS PLAN | Advise and assist the company with the planning, development, evaluation and implementation of the company's strategic, business and operating plans including the coordination and preparation of the related financial projections. | 0.9 | 720.00 |
| CASH FORECASTS | Advise and assist management in treasury matters including the development of weekly cash forecasts, reporting on cash activity, covenant compliance, and other reporting requirements pursuant to cash collateral motion. | 18.0 | 12,645.00 |
| CLAIMS/CLAIMS ANALYSIS/CLAIMS ADMINISTRATION & OBJECTIONS | Assist the Debtor with claims planning process, review of claims filed against the Debtor, claim reconciliation, and related work including submission of related motions to the Court. Includes reviewing bar date documents, preparing claims reports, participating in claims reconciliation discussions, and providing guidance around general counsel. | 0.6 | 465.00 |
| COURT HEARINGS | Prepare for and attend the Court hearings. | 5.6 | 6,090.00 |
| FEE APP | Prepare the monthly and interim fee applications in accordance with Court guidelines. | 4.1 | 2,292.50 |
| INSURANCE | Insurance related matters | 0.9 | 1,192.50 |
| LITIGATION | Advise and assist management and/or the Debtor advisors in litigation matters. | 14.8 | 14,955.00 |
| MEETINGS | Participate in meetings with Debtor management, counsel, Board of Directors and/or advisors to present findings or discuss various matters related to the filing or operating the business. | 9.0 | 9,285.00 |
| MONTHLY OPERATING REPORT/UST REPORT | Assist the Debtor with the preparation of the Initial Debtor Interview requirements, Initial Operating Report, Monthly Operating Report, Form 26 and other related matters for the US Trustee. | 36.3 | 18,330.00 |
| PLAN / DISCLOSURE STATEMENT | Assist the Debtor and advisors with various analyses and assessment of the components included in and relating to the POR, Disclosure Statement, Schedules and related documents. Complete analyses and assist the Debtor with the Plan or Reorganization and Disclosure Statement. | 64.0 | 63,882.50 |
| TRAVEL | Fifty percent of travel time in excess of normal travel. | 3.5 | 4,637.50 |
| **Total** | | **169.20** | **146,130.00** |

**SUMMARY OF TOTAL EXPENSES BY CATEGORY**

| SUMMARY OF EXPENSES BY CATEGORY FOR ALVAREZ & MARSAL NORTH AMERICA, LLC December 1, 2023 through December 31, 2023 | | |
|---|---|---|
| **Expense Category** | | **Amount** |
| Airfare | | 739.40 |
| Telephone/Internet | | 111.87 |
| Transportation | | 422.64 |
| **Total** | **$** | **1,273.91** |

### Notice

Notice of this Fee Statement has been served upon: (i) *the Debtor*, The Roman Catholic Diocese of Rockville Centre, 992 N Village Avenue,  P.O. Box 9023, Rockville Centre, NY 11570 (Attn: Thomas Renker);  (ii) *Debtor Counsel*, Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); (iii) *the Office of the United States Trustee Region 2* (the "U.S. Trustee"), 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq.); and (iv) counsel to the official committee of unsecured creditors, Pachulski Stang Ziehl and Jones LLP, 780 Third Avenue, 36th Floor, New York, New York, 10017 (Attn: James I. Stang, Esq., Karen B. Dine, Esq., Ilan D. Scharf, Esq. and Brittany M. Michael, Esq.).  A&M submits that, considering the relief requested, no other or further notice need be provided.

WHEREFORE, A&M respectfully requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order, i.e., payment of $74,338.91 which represents fifty percent (50%) of the compensation sought, and reimbursement of one hundred percent (100%) of expenses incurred.

Dated: January 30, 2024          ALVAREZ & MARSAL NORTH AMERICA, LLC

By: _/s/  Charles Moore_____
Charles Moore
ALVAREZ & MARSAL NORTH AMERICA, LLC
755 W. Big Beaver Road, Suite 650
Troy, Michigan 48084
Telephone: (248) 936-0814

*Restructuring Advisor for the Debtor*
*and Debtor-in-Possession*

**EXHIBIT A**
**SUMMARY OF TIME DETAIL BY TASK CATEGORY**

*Exhibit A*

**The Roman Catholic Diocese of Rockville Centre, New York**
**Summary of Time Detail by Task**
**December 1, 2023 through December 31, 2023**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| BANKRUPTCY SUPPORT | 11.5 | $11,635.00 |
| BUSINESS PLAN | 0.9 | $720.00 |
| CASH FORECASTS | 18.0 | $12,645.00 |
| CLAIMS/CLAIMS ANALYSIS/CLAIMS ADMINISTRATION & OBJECTIONS | 0.6 | $465.00 |
| COURT HEARINGS | 5.6 | $6,090.00 |
| FEE APP | 4.1 | $2,292.50 |
| INSURANCE | 0.9 | $1,192.50 |
| LITIGATION | 14.8 | $14,955.00 |
| MEETINGS | 9.0 | $9,285.00 |
| MONTHLY OPERATING REPORT/UST REPORT | 36.3 | $18,330.00 |
| PLAN / DISCLOSURE STATEMENT | 64.0 | $63,882.50 |
| TRAVEL | 3.5 | $4,637.50 |
| **Total** | **169.2** | **$146,130.00** |

**EXHIBIT B**
**SUMMARY OF TIME DETAIL BY PROFESSIONAL**

*Exhibit B*

### The Roman Catholic Diocese of Rockville Centre, New York
### Summary of Time Detail by Professional
### December 1, 2023 through December 31, 2023

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Charles Moore | Managing Director | $1,325.00 | 42.2 | $55,915.00 |
| Erin McKeighan | Managing Director | $1,050.00 | 1.2 | $1,260.00 |
| Andrew Ciriello | Senior Director | $850.00 | 77.8 | $66,130.00 |
| Robert Country | Director | $775.00 | 1.6 | $1,240.00 |
| Rayan Nasser | Analyst | $475.00 | 43.8 | $20,805.00 |
| Natalie Corbett | Paraprofessional | $300.00 | 2.6 | $780.00 |
| | | **Total** | **169.2** | **$146,130.00** |

**EXHIBIT C**
**SUMMARY OF TIME DETAIL BY TASK BY PROFESSIONAL**

*Exhibit C*

### The Roman Catholic Diocese of Rockville Centre, New York, Summary of Time Detail by Task by Professional December 1, 2023 through December 31, 2023

**BANKRUPTCY SUPPORT**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Charles Moore | Managing Director | $1,325 | 4.1 | $5,432.50 |
| Erin McKeighan | Managing Director | $1,050 | 0.5 | $525.00 |
| Andrew Ciriello | Senior Director | $850 | 6.4 | $5,440.00 |
| Rayan Nasser | Analyst | $475 | 0.5 | $237.50 |
| | | | 11.5 | $11,635.00 |

*Exhibit C*

### The Roman Catholic Diocese of Rockville Centre, New York,
### Summary of Time Detail by Task by Professional
### December 1, 2023 through December 31, 2023

**BUSINESS PLAN**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Andrew Ciriello | Senior Director | $850 | 0.3 | $255.00 |
| Robert Country | Director | $775 | 0.6 | $465.00 |
| | | | 0.9 | $720.00 |

*Exhibit C*

### The Roman Catholic Diocese of Rockville Centre, New York,
### Summary of Time Detail by Task by Professional
### December 1, 2023 through December 31, 2023

**CASH FORECASTS**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Charles Moore | Managing Director | $1,325 | 1.2 | $1,590.00 |
| Andrew Ciriello | Senior Director | $850 | 8.2 | $6,970.00 |
| Rayan Nasser | Analyst | $475 | 8.6 | $4,085.00 |
| | | | 18.0 | $12,645.00 |

*Exhibit C*

### The Roman Catholic Diocese of Rockville Centre, New York, Summary of Time Detail by Task by Professional December 1, 2023 through December 31, 2023

**CLAIMS/CLAIMS ANALYSIS/CLAIMS ADMINISTRATION & OBJECTIONS**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Robert Country | Director | $775 | 0.6 | $465.00 |
| | | | 0.6 | $465.00 |

*Exhibit C*

### The Roman Catholic Diocese of Rockville Centre, New York, Summary of Time Detail by Task by Professional December 1, 2023 through December 31, 2023

**COURT HEARINGS**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Charles Moore | Managing Director | $1,325 | 2.8 | $3,710.00 |
| Andrew Ciriello | Senior Director | $850 | 2.8 | $2,380.00 |
| | | | 5.6 | $6,090.00 |

*Exhibit C*

**The Roman Catholic Diocese of Rockville Centre, New York,**
**Summary of Time Detail by Task by Professional**
**December 1, 2023 through December 31, 2023**

**FEE APP**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Charles Moore | Managing Director | $1,325 | 0.5 | $662.50 |
| Andrew Ciriello | Senior Director | $850 | 1.0 | $850.00 |
| Natalie Corbett | Paraprofessional | $300 | 2.6 | $780.00 |
| | | | 4.1 | $2,292.50 |

*Exhibit C*

### The Roman Catholic Diocese of Rockville Centre, New York, Summary of Time Detail by Task by Professional December 1, 2023 through December 31, 2023

**INSURANCE**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Charles Moore | Managing Director | $1,325 | 0.9 | $1,192.50 |
| | | | 0.9 | $1,192.50 |

*Exhibit C*

### The Roman Catholic Diocese of Rockville Centre, New York, Summary of Time Detail by Task by Professional December 1, 2023 through December 31, 2023

**LITIGATION**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Charles Moore | Managing Director | $1,325 | 5.0 | $6,625.00 |
| Andrew Ciriello | Senior Director | $850 | 9.8 | $8,330.00 |
| | | | 14.8 | $14,955.00 |

*Exhibit C*

### The Roman Catholic Diocese of Rockville Centre, New York, Summary of Time Detail by Task by Professional December 1, 2023 through December 31, 2023

**MEETINGS**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Charles Moore | Managing Director | $1,325 | 3.7 | $4,902.50 |
| Erin McKeighan | Managing Director | $1,050 | 0.7 | $735.00 |
| Andrew Ciriello | Senior Director | $850 | 3.9 | $3,315.00 |
| Rayan Nasser | Analyst | $475 | 0.7 | $332.50 |
| | | | 9.0 | $9,285.00 |

*Exhibit C*

### The Roman Catholic Diocese of Rockville Centre, New York, Summary of Time Detail by Task by Professional December 1, 2023 through December 31, 2023

**MONTHLY OPERATING REPORT/UST REPORT**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Andrew Ciriello | Senior Director | $850 | 2.9 | $2,465.00 |
| Rayan Nasser | Analyst | $475 | 33.4 | $15,865.00 |
| | | | 36.3 | $18,330.00 |

*Exhibit C*

### The Roman Catholic Diocese of Rockville Centre, New York,
### Summary of Time Detail by Task by Professional
### December 1, 2023 through December 31, 2023

**PLAN / DISCLOSURE STATEMENT**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Charles Moore | Managing Director | $1,325 | 20.5 | $27,162.50 |
| Andrew Ciriello | Senior Director | $850 | 42.5 | $36,125.00 |
| Robert Country | Director | $775 | 0.4 | $310.00 |
| Rayan Nasser | Analyst | $475 | 0.6 | $285.00 |
| | | | 64.0 | $63,882.50 |

*Exhibit C*

### The Roman Catholic Diocese of Rockville Centre, New York,
### Summary of Time Detail by Task by Professional
### December 1, 2023 through December 31, 2023

**TRAVEL**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Charles Moore | Managing Director | $1,325 | 3.5 | $4,637.50 |
| | | | 3.5 | $4,637.50 |

**EXHIBIT D**
**TIME DETAIL BY TASK CATEGORY BY PROFESSIONAL**

*Exhibit D*

**The Roman Catholic Diocese of Rockville Centre, New York,**
**Time Detail by Activity**
**December 1, 2023 through December 31, 2023**

## BANKRUPTCY SUPPORT

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Andrew Ciriello | 12/1/2023 | 1.2 | Call with C. Ball, T. Geremia, E. Stephens, B. Rosenblum, A. Butler (JD), parish counsel, and C. Moore (A&M) regarding state court cases and parish financial disclosures |
| Charles Moore | 12/1/2023 | 1.0 | Partial participation in call with C. Ball, T. Geremia, E. Stephens, B. Rosenblum, A. Butler (JD), parish counsel, and A. Ciriello (A&M) regarding state court cases and parish financial disclosures |
| Andrew Ciriello | 12/6/2023 | 0.3 | Call with A. Butler (JD) to discuss open items on objection to UCC test case motion |
| Andrew Ciriello | 12/6/2023 | 0.3 | Correspond with DRVC, Jones Day and A&M teams regarding case strategy, financing options and upcoming filings with the court |
| Andrew Ciriello | 12/8/2023 | 0.5 | Call with C. Moore, E. McKeighan, and R. Nasser (A&M) to discuss cash management, plan of reorganization, and test case motion |
| Andrew Ciriello | 12/8/2023 | 0.3 | Prepare presentation materials ahead of weekly update call with management and advisors |
| Charles Moore | 12/8/2023 | 0.5 | Call with E. McKeighan, A. Ciriello and R. Nasser (A&M) to discuss cash management, plan of reorganization, and test case motion |
| Erin McKeighan | 12/8/2023 | 0.5 | Call with C. Moore, E. McKeighan, A. Ciriello and R. Nasser (A&M) to discuss cash management, plan of reorganization, and test case motion. |
| Rayan Nasser | 12/8/2023 | 0.5 | Call with C. Moore, E. McKeighan, A. Ciriello and R. Nasser (A&M) to discuss cash management, plan of reorganization, and test case motion |
| Andrew Ciriello | 12/11/2023 | 0.3 | Review quarterly MAC report of activity and uncommitted funds |
| Andrew Ciriello | 12/11/2023 | 0.3 | Call with C. Ball, E. Stephens, B. Rosenblum, A. Butler (JD) and C. Moore (A&M) to discuss liquidity management and state court cases |
| Charles Moore | 12/11/2023 | 0.3 | Call with C. Ball, E. Stephens, B. Rosenblum, A. Butler (JD) and A. Ciriello (A&M) to discuss liquidity management and state court cases |
| Andrew Ciriello | 12/12/2023 | 0.3 | Analyze change in parish financial performance year over year |
| Charles Moore | 12/12/2023 | 0.3 | Correspondence with A. Ciriello (A&M) regarding pension withdrawal liability for DRVC |
| Andrew Ciriello | 12/13/2023 | 0.3 | Reconcile disputed pro fee amounts outstanding |
| Andrew Ciriello | 12/13/2023 | 0.3 | Correspond with DRVC finance team and parish financial advisor regarding parish financial performance |
| Andrew Ciriello | 12/13/2023 | 1.0 | Call with C. Ball, T. Geremia, E. Stephens, C. DiPompeo, A. Butler (JD), A. Kramer, J. Berringer (Reed Smith) and C. Moore (A&M) regarding plan sources of funding, insurance, state court cases, and case strategy |
| Charles Moore | 12/13/2023 | 1.0 | Call with C. Ball, T. Geremia, E. Stephens, C. DiPompeo, A. Butler (JD), A. Kramer, J. Berringer (Reed Smith) and A. Ciriello (A&M) regarding plan sources of funding, insurance, state court cases, and case strategy |
| Andrew Ciriello | 12/14/2023 | 0.3 | Prepare schedule of real assets for discussion with DRVC management and correspond with counsel regarding the same |

*Exhibit D*

> ### *The Roman Catholic Diocese of Rockville Centre, New York,*
> ### *Time Detail by Activity*
> ### *December 1, 2023 through December 31, 2023*

## BANKRUPTCY SUPPORT

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Andrew Ciriello | 12/27/2023 | 1.0 | Call with C. Ball, B. Rosenblum, E. Stephens, A. Butler (JD), J. Berringer (Reed Smith) and C. Moore (A&M) to discuss insurance, plan sources of funding, state court cases, and timing of plan confirmation |
| Charles Moore | 12/27/2023 | 1.0 | Call with C. Ball, B. Rosenblum, E. Stephens, A. Butler (JD), J. Berringer (Reed Smith) and A. Ciriello (A&M) to discuss insurance, plan sources of funding, state court cases, and timing of plan confirmation |
| **Subtotal** | | **11.5** | |

## BUSINESS PLAN

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Andrew Ciriello | 12/11/2023 | 0.3 | Revise model for updated lender term sheet |
| Robert Country | 12/14/2023 | 0.6 | Analyze DRVC real property listing to prepare Disclosure Statement deliverable. |
| **Subtotal** | | **0.9** | |

## CASH FORECASTS

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Andrew Ciriello | 12/6/2023 | 0.7 | Call with R. Nasser (A&M), and J. Young and J. Lewandowski (DRVC) to discuss the initial proposed payment report for the week ending 12/8 |
| Andrew Ciriello | 12/6/2023 | 0.3 | Email correspondence with R. Nasser (A&M) regarding cash flow analysis in support of objection to test case motion |
| Andrew Ciriello | 12/6/2023 | 0.3 | Review proposed AP payments for the week ending 12/8 |
| Andrew Ciriello | 12/6/2023 | 1.1 | Update analysis of near term cash needs and potential sources of cash and correspond with counsel regarding the same |
| Andrew Ciriello | 12/6/2023 | 0.2 | Review proposed payments report for the week ending 12/8 |
| Rayan Nasser | 12/6/2023 | 1.1 | Develop payments report for the week ending 12/8 |
| Rayan Nasser | 12/6/2023 | 0.7 | Update payments report for payments processed and cleared |
| Rayan Nasser | 12/6/2023 | 0.7 | Call with A.Ciriello, R.Nasser (A&M), and J. Young and J. Lewandowski (DRVC) to discuss the initial proposed payment report for the week ending 12/8 |
| Andrew Ciriello | 12/7/2023 | 1.2 | Reconcile monthly operating report data to revised cash flow forecast |
| Andrew Ciriello | 12/7/2023 | 0.2 | Call with J. Lewandowski (DRVC) regarding changes to insurance program to improve working capital |
| Andrew Ciriello | 12/7/2023 | 0.3 | Correspond with Diocese and Jones Day teams regarding changes to the insurance program to improve cash position and working capital |

*The Roman Catholic Diocese of Rockville Centre, New York,*
*Time Detail by Activity*
*December 1, 2023 through December 31, 2023*

## CASH FORECASTS

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Andrew Ciriello | 12/7/2023 | 0.6 | Call with R. Nasser (A&M) T. Doodian, and J. Lewandowski (DRVC) to discuss the payment report for the week ending 12/8 |
| Rayan Nasser | 12/7/2023 | 0.6 | Call with A.Ciriello, R. Nasser (A&M) T. Doodian, and J. Lewandowski (DRVC) to discuss the payment report for the week ending 12/8 |
| Andrew Ciriello | 12/8/2023 | 0.1 | Call with A. Butler (JD) regarding liquidity forecast and sources of additional liquidity |
| Charles Moore | 12/8/2023 | 0.3 | Review litigation financing proposal and comments from DRVC management regarding same |
| Charles Moore | 12/8/2023 | 0.6 | Review and analyze updated cash forecast under multiple scenarios |
| Andrew Ciriello | 12/12/2023 | 0.1 | Review and comment on proposed pastoral care payments for the week ending 12/15 |
| Andrew Ciriello | 12/12/2023 | 0.2 | Prepare and distribute payment notices for the week ending 12/15 |
| Andrew Ciriello | 12/12/2023 | 1.2 | Analyze professional fee run rate to inform near term cash flow forecast / liquidity management |
| Charles Moore | 12/13/2023 | 0.3 | Review and analyze MAC financial information (assets and liabilities) as of 10/31/2023 |
| Andrew Ciriello | 12/14/2023 | 0.2 | Review on comment on proposed claims payments for the week ending 12/15 |
| Andrew Ciriello | 12/14/2023 | 0.5 | Call with R. Nasser (A&M) T. Doodian, and J. Lewandowski (DRVC) to discuss the payment report for the week ending 12/15 |
| Rayan Nasser | 12/14/2023 | 1.7 | Develop payments report for the week ending 12/15 |
| Rayan Nasser | 12/14/2023 | 0.4 | Update payments report for payments processed and cleared |
| Rayan Nasser | 12/14/2023 | 0.5 | Call with A.Ciriello, R. Nasser (A&M) T. Doodian, and J. Lewandowski (DRVC) to discuss the payment report for the week ending 12/15 |
| Andrew Ciriello | 12/18/2023 | 0.2 | Call with R. Nasser (A&M), and J. Young and J. Lewandowski (DRVC) to discuss the initial proposed payment report for the week ending 12/22 |
| Andrew Ciriello | 12/18/2023 | 0.3 | Review and comment on proposed payments and payment report for the week ending 12/22 |
| Rayan Nasser | 12/18/2023 | 0.2 | Call with A.Ciriello, R.Nasser (A&M), and J. Young and J. Lewandowski (DRVC) to discuss the initial proposed payment report for the week ending 12/22 |
| Rayan Nasser | 12/18/2023 | 1.8 | Develop payments report for the week ending 12/22 |
| Rayan Nasser | 12/18/2023 | 0.6 | Update payments report for payments processed and cleared |
| Andrew Ciriello | 12/19/2023 | 0.3 | Call with R. Nasser (A&M) T. Doodian, J. Lewandowski (DRVC) to discuss the payment report for the week ending 12/22 |
| Rayan Nasser | 12/19/2023 | 0.3 | Call with A.Ciriello, R. Nasser (A&M) T. Doodian, and J. Lewandowski (DRVC) to discuss the payment report for the week ending 12/22 |

*Exhibit D*

**The Roman Catholic Diocese of Rockville Centre, New York,**
**Time Detail by Activity**
**December 1, 2023 through December 31, 2023**

## CASH FORECASTS

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Andrew Ciriello | 12/22/2023 | 0.2 | Review and comment on proposed claims payments for the week ending 12/22 |
| **Subtotal** | | **18.0** | |

## CLAIMS/CLAIMS ANALYSIS/CLAIMS ADMINISTRATION & OBJECTIONS

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Robert Country | 12/19/2023 | 0.3 | Analyze claim data to respond to inquiry related to potential secured claims. |
| Robert Country | 12/20/2023 | 0.3 | Analyze real property data to respond to inquiry related to potential secured claims. |
| **Subtotal** | | **0.6** | |

## COURT HEARINGS

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Andrew Ciriello | 12/19/2023 | 2.8 | Attend hearing on motion to dismiss and test cases |
| Charles Moore | 12/19/2023 | 2.8 | Attend court hearing on fee applications and UCC motion for test cases and to suspend case |
| **Subtotal** | | **5.6** | |

## FEE APP

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Charles Moore | 12/7/2023 | 0.2 | Correspondence with A. Butler regarding ninth interim fee applications |
| Natalie Corbett | 12/12/2023 | 0.9 | Begin preparation of november fee applicatoin |
| Andrew Ciriello | 12/13/2023 | 0.2 | Review and comment on proposed November fee statement reconciliation file |
| Natalie Corbett | 12/14/2023 | 0.8 | finalize first draft of november fee application |
| Andrew Ciriello | 12/17/2023 | 0.5 | Prepare final proposed order approving ninth interim fee applications |
| Natalie Corbett | 12/19/2023 | 0.9 | Finalize november draft of fee app |
| Andrew Ciriello | 12/20/2023 | 0.3 | Review and comment on November 2023 fee statement |
| Charles Moore | 12/20/2023 | 0.3 | Review and finalize monthly fee statement for November 2023 |
| **Subtotal** | | **4.1** | |

*Exhibit D*

> ### The Roman Catholic Diocese of Rockville Centre, New York,
> ### Time Detail by Activity
> ### December 1, 2023 through December 31, 2023

## INSURANCE

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Charles Moore | 12/28/2023 | 0.1 | Correspondence with Jones Day and DRVC management regarding call related to Ecclesia |
| Charles Moore | 12/29/2023 | 0.4 | Call with B. Chapin (DRVC), B. Wright (Eversheds) and A. Butler (Jones Day) regarding strategic options related to Ecclesia |
| Charles Moore | 12/29/2023 | 0.2 | Correspondence with A. Ciriello (A&M) regarding next steps on Ecclesia |
| Charles Moore | 12/29/2023 | 0.2 | Review draft deck from Eversheds related to Ecclesia |
| **Subtotal** | | **0.9** | |

## LITIGATION

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Andrew Ciriello | 12/6/2023 | 1.2 | Develop cash forecast outputs in support of objection to motion for test cases |
| Andrew Ciriello | 12/7/2023 | 1.3 | Draft summary of cash forecast for inclusion in objection to test case motion |
| Andrew Ciriello | 12/7/2023 | 2.7 | Revise cash forecast outputs in support of objection to motion for test cases |
| Andrew Ciriello | 12/8/2023 | 0.5 | Review objections to committee test case motion / motion to suspend |
| Andrew Ciriello | 12/8/2023 | 0.3 | Review and comment on declaration in support of objection to test case motion |
| Andrew Ciriello | 12/8/2023 | 0.5 | Call with E. Stephens, B. Rosenblum, A. Butler (JD) and C. Moore (A&M) to discuss declaration in support of objection to test case motion |
| Andrew Ciriello | 12/8/2023 | 0.3 | Update cash flow summary for inclusion in declaration in support of objection to test case motion |
| Charles Moore | 12/8/2023 | 0.1 | Call with A. Butler (Jones Day) regarding declaration in support of objection to UCC's motion for test cases |
| Charles Moore | 12/8/2023 | 0.2 | Review and finalize updated declaration in support of objection to UCC's motion for test cases |
| Charles Moore | 12/8/2023 | 0.3 | Review and edit draft declaration in support of objection to UCC's motion for test cases |
| Charles Moore | 12/8/2023 | 0.5 | Call with E. Stephens, B. Rosenblum, A. Butler (JD) and A. Ciriello (A&M) to discuss declaration in support of objection to test case motion |
| Andrew Ciriello | 12/9/2023 | 0.5 | Further review objections to committee test case motion / motion to suspend |
| Charles Moore | 12/9/2023 | 0.7 | Review as filed objections by the Debtor and LMI to the UCC's motion for test cases |
| Andrew Ciriello | 12/17/2023 | 0.9 | Review pleading related to motion for test cases / suspension ahead of 12/19 hearing |

*Exhibit D*

### *The Roman Catholic Diocese of Rockville Centre, New York,*
### *Time Detail by Activity*
### *December 1, 2023 through December 31, 2023*

## LITIGATION

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Charles Moore | 12/17/2023 | 0.9 | Prepare for 12/19/23 hearing, including review of cash forecast, professional fee forecasts and information supporting my declaration filed with the Debtor's objection to the UCC's motion for test cases and case suspension |
| Charles Moore | 12/17/2023 | 0.8 | Review UCC omnibus reply and supporting declaration related to objections to test case and suspension motion |
| Andrew Ciriello | 12/18/2023 | 0.9 | Call with T. Geremia, E. Stephens, A. Butler (JD) and C. Moore (A&M) to prepare for 12/19 hearing |
| Andrew Ciriello | 12/18/2023 | 0.7 | Analyze case-to-date data at the request of counsel in preparation for 12/19 hearing |
| Charles Moore | 12/18/2023 | 0.9 | Call with T. Geremia, E. Stephens, A. Butler (JD) and A. Ciriello (A&M) to prepare for 12/19 hearing |
| Charles Moore | 12/19/2023 | 0.6 | Prepare for 12/19/23 hearing on UCC's motion for test cases and to suspend bankruptcy |
| **Subtotal** | | **14.8** | |

## MEETINGS

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Andrew Ciriello | 12/6/2023 | 1.4 | Call with E. Fasano, T. Renker (DRVC), C. Ball, T. Geremia, E. Stephens, B. Rosenblum, A. Butler (JD), A. Kramer, J. Berringer (Reed Smith) and C. Moore (A&M) regarding case strategy, financial disclosures, state court cases, insurance |
| Charles Moore | 12/6/2023 | 1.2 | Partial participation in call with E.Fasano, T.Renker (DRVC), C.Ball, T.Geremia, E.Stephens, B.Rosenblum, A.Butler (JD), A.Kramer, J.Berringer (Reed Smith) and A.Ciriello (A&M) regarding case strategy, financial disclosures, state court cases, insurance |
| Andrew Ciriello | 12/11/2023 | 0.7 | Call with C. Moore, E. McKeighan, R. Nasser (A&M), Jones Day, and management to discuss cash management, POR updates and case administration |
| Charles Moore | 12/11/2023 | 0.7 | Call with A. Ciriello, E. McKeighan, R. Nasser (A&M), Jones Day and management to discuss cash management, POR updates and case administration |
| Erin McKeighan | 12/11/2023 | 0.7 | Call with C. Moore, A. Ciriello, E. McKeighan, R. Nasser (A&M), Jones Day and management to discuss cash management, POR updates and case administration |
| Rayan Nasser | 12/12/2023 | 0.7 | Call with C. Moore, A. Ciriello, E.McKeighan, R. Nasser (A&M), Jones Day, and management to discuss cash management, POR updates and case administration |
| Andrew Ciriello | 12/19/2023 | 1.8 | Meeting with T. Renker, E. Fasano (DRVC), C. Ball, T. Geremia, E. Stephens, B. Rosenblum, A. Butler (JD) and C. Moore (A&M) to debrief hearing and discuss case strategy |
| Charles Moore | 12/19/2023 | 1.8 | Meeting with T. Renker, E. Fasano (DRVC), C. Ball, T. Geremia, E. Stephens, B. Rosenblum, A. Butler (JD) and A. Ciriello (A&M) to debrief hearing and discuss case strategy |
| **Subtotal** | | **9.0** | |

*The Roman Catholic Diocese of Rockville Centre, New York,*
*Time Detail by Activity*
*December 1, 2023 through December 31, 2023*

## MONTHLY OPERATING REPORT/UST REPORT

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Rayan Nasser | 12/13/2023 | 1.8 | Developed PSIP Cash Flow Exhibit |
| Rayan Nasser | 12/13/2023 | 1.5 | Reconciled for receipts and disbursements to prove out the UST fee calculation |
| Rayan Nasser | 12/13/2023 | 1.7 | Developed Admin Office Cash Flow Exhibit |
| Rayan Nasser | 12/15/2023 | 1.7 | Updated October estimates and November actuals in the professional fee exhibit |
| Rayan Nasser | 12/15/2023 | 1.8 | Update PSIP, AO, and Mission AP aging exhibit |
| Rayan Nasser | 12/15/2023 | 1.2 | Update AO unrestricted accounts section of bank account supplement |
| Rayan Nasser | 12/15/2023 | 0.9 | Update AO Administrative Office Accounts Restricted, Held for Others, or Non-Debtor section of bank account supplement |
| Rayan Nasser | 12/19/2023 | 1.3 | Update taxes reconciliation and aging exhibit |
| Rayan Nasser | 12/19/2023 | 1.2 | Update administrative offices accounts receivable aging and reconciliation |
| Rayan Nasser | 12/19/2023 | 1.1 | Update AO Income statement for the November 2023 MOR |
| Andrew Ciriello | 12/20/2023 | 0.4 | Review and comments on cash receipts and disbursements schedule for inclusion in November MOR |
| Rayan Nasser | 12/20/2023 | 0.5 | Update Mission Office Income statement for the November 2023 MOR |
| Rayan Nasser | 12/20/2023 | 0.9 | Adjust insider payments exhibit for the November 2023 MOR |
| Rayan Nasser | 12/20/2023 | 1.5 | Review MOR receipts/disbursements and bank supplement for the November 2023 MOR |
| Rayan Nasser | 12/20/2023 | 0.9 | Update PSIP Income statement for the November 2023 MOR |
| Rayan Nasser | 12/21/2023 | 1.4 | Review MOR receipts and disbursements supplement for November 2023 MOR |
| Rayan Nasser | 12/21/2023 | 1.5 | Developed AO Disbursements section of the receipts and disbursements supplement |
| Rayan Nasser | 12/21/2023 | 1.3 | Update MOR exhibits document for November 2023 MOR |
| Rayan Nasser | 12/21/2023 | 0.9 | Update final MOR bank reconciliation supplement |
| Rayan Nasser | 12/22/2023 | 1.3 | Developed AO Receipts section of the receipts and disbursements supplement |
| Rayan Nasser | 12/22/2023 | 0.6 | Calculate petty cash spend for the November 2023 MOR |
| Rayan Nasser | 12/22/2023 | 0.9 | Developed PSIP Receipts section of the receipts and disbursements supplement |

*Exhibit D*

**The Roman Catholic Diocese of Rockville Centre, New York,**
**Time Detail by Activity**
**December 1, 2023 through December 31, 2023**

## MONTHLY OPERATING REPORT/UST REPORT

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Rayan Nasser | 12/22/2023 | 1.1 | Developed PSIP Disbursements section of the receipts and disbursements supplement |
| Rayan Nasser | 12/26/2023 | 1.6 | Developed AO Balance Sheet for November 2023 MOR |
| Rayan Nasser | 12/26/2023 | 0.7 | Create month over month variance for PISP cashflow exhibit |
| Rayan Nasser | 12/26/2023 | 0.5 | Developed Mission Office Balance Sheet for November 2023 MOR |
| Andrew Ciriello | 12/27/2023 | 0.8 | Review November cash reconciliation file to determine variances from balance sheet for November MOR |
| Andrew Ciriello | 12/28/2023 | 1.7 | Review and comment on November MOR, MOR exhibits and supplemental schedules |
| Rayan Nasser | 12/29/2023 | 1.1 | Developed U.S. Trustee MOR filing document |
| Rayan Nasser | 12/27/2028 | 1.4 | Create month over month variance for AO income statement exhibit |
| Rayan Nasser | 12/27/2028 | 1.1 | Create month over month variance for PISP income statement exhibit |
| **Subtotal** | | **36.3** | |

## PLAN / DISCLOSURE STATEMENT

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Andrew Ciriello | 12/4/2023 | 0.5 | Correspond with Jones Day team regarding case strategy ahead of client call |
| Andrew Ciriello | 12/4/2023 | 0.2 | Call with A. Butler (JD) regarding open items on plan disclosure statement |
| Charles Moore | 12/4/2023 | 0.4 | Prepare comments and outline for tasks related to next steps on disclosures for Disclosure Statement |
| Andrew Ciriello | 12/5/2023 | 0.7 | Revise draft feasibility and liquidation analysis exhibits and distribute to counsel |
| Andrew Ciriello | 12/5/2023 | 1.0 | Call with C. Ball, T. Geremia, E. Stephens, B. Rosenblum, A. Butler (JD) and C. Moore (A&M) regarding UCC test case motion and plan of reorganization |
| Charles Moore | 12/5/2023 | 1.0 | Call with C. Ball, T. Geremia, E. Stephens, B. Rosenblum, A. Butler (JD) and A. Ciriello (A&M) regarding UCC test case motion and plan of reorganization |
| Charles Moore | 12/6/2023 | 0.3 | Correspondence with A. Ciriello (A&M) regarding information requested by counsel for 12/19 hearing |
| Charles Moore | 12/7/2023 | 0.3 | Review and comment on updates related to Ecclesia and Cemeteries financing |
| Andrew Ciriello | 12/11/2023 | 2.4 | Prepare 2020-2022 parish financials exhibit for disclosure statement |
| Andrew Ciriello | 12/11/2023 | 0.3 | Call with A. Butler (JD) regarding plan sources of funding |

*The Roman Catholic Diocese of Rockville Centre, New York,*
*Time Detail by Activity*
*December 1, 2023 through December 31, 2023*

## PLAN / DISCLOSURE STATEMENT

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Andrew Ciriello | 12/11/2023 | 1.1 | Prepare 2018-2019 parish financials exhibit for disclosure statement |
| Andrew Ciriello | 12/11/2023 | 0.2 | Review term sheet from potential lender to fund plan of reorganization |
| Andrew Ciriello | 12/12/2023 | 0.7 | Review Liquidation Analysis to prepare for meeting with counsel and correspond with counsel regarding the same |
| Andrew Ciriello | 12/12/2023 | 2.4 | Prepare proposed releasee financial data for inclusion in disclosure statement |
| Andrew Ciriello | 12/12/2023 | 0.5 | Revise parish financials output based on feedback from management |
| Andrew Ciriello | 12/12/2023 | 0.6 | Analyze pension actuarial reports to determine impact on liquidation analysis |
| Andrew Ciriello | 12/12/2023 | 0.3 | Correspond with DRVC management regarding parish financial disclosures |
| Andrew Ciriello | 12/12/2023 | 0.6 | Correspond with DRVC management and financial advisor to parishes regarding parish financial disclosures |
| Andrew Ciriello | 12/12/2023 | 0.3 | Call with T. Doodian (DRVC) regarding assumptions included in liquidation analysis |
| Charles Moore | 12/12/2023 | 0.4 | Correspondence with Jones Day and DRVC management regarding information for inclusion in Disclosure Statement |
| Andrew Ciriello | 12/13/2023 | 0.7 | Prepare information for inclusion in the disclosure statement as requested by Jones Day and Pachulski |
| Andrew Ciriello | 12/13/2023 | 1.5 | Call with C. Ball, A. Butler, A. Tawil, C. Farley (JD) and C. Moore (A&M) to discuss UCC disclosure statement issues list |
| Andrew Ciriello | 12/13/2023 | 0.3 | Prepare parish property file for inclusion in disclosure statement |
| Andrew Ciriello | 12/13/2023 | 0.3 | Call with A. Butler (JD) to discuss parish and other releasee financial disclosures |
| Andrew Ciriello | 12/13/2023 | 1.8 | Prepare additional proposed releasee financial data for inclusion in disclosure statement |
| Andrew Ciriello | 12/13/2023 | 2.3 | Review and comment on UCC Disclosure Statement issues list |
| Andrew Ciriello | 12/13/2023 | 0.2 | Call with T. Doodian (DRVC) regarding assumptions included in liquidation analysis |
| Charles Moore | 12/13/2023 | 0.8 | Work on liquidation analysis for disclosure statement |
| Charles Moore | 12/13/2023 | 0.3 | Review correspondence from Cemeteries regarding financing terms and other considerations |
| Charles Moore | 12/13/2023 | 1.5 | Call with C. Ball, A. Butler, A. Tawil, C. Farley (JD) and A. Ciriello (A&M) to discuss UCC disclosure statement issues list |
| Charles Moore | 12/13/2023 | 0.9 | Review and prepare comments to UCC's initial list of comments to the Disclosure Statement |
| Andrew Ciriello | 12/14/2023 | 0.6 | Prepare additional proposed releasee financial data for inclusion in disclosure statement |

*Exhibit D*

> ### *The Roman Catholic Diocese of Rockville Centre, New York,*
> ### *Time Detail by Activity*
> ### *December 1, 2023 through December 31, 2023*

## PLAN / DISCLOSURE STATEMENT

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Andrew Ciriello | 12/14/2023 | 0.4 | Call with A. Ciriello, R.Country, R.Nasser (A&M) to discuss value of scheduled property |
| Andrew Ciriello | 12/14/2023 | 0.3 | Correspond with Jones Day team regarding liquidation analysis assumptions |
| Andrew Ciriello | 12/14/2023 | 0.3 | Correspond with Jones Day and Dept of Education advisors regarding DOE financial disclosures |
| Charles Moore | 12/14/2023 | 1.3 | Further work on liquidation analysis for disclosure statement |
| Charles Moore | 12/14/2023 | 0.7 | Review and analyze pension actuarial valuation report and withdrawal liability analysis |
| Rayan Nasser | 12/14/2023 | 0.4 | Call with A. Ciriello, R.Country, R.Nasser (A&M) to discuss value of scheduled property |
| Robert Country | 12/14/2023 | 0.4 | Call with A. Ciriello, R.Country, R.Nasser (A&M) to discuss value of scheduled property |
| Andrew Ciriello | 12/15/2023 | 0.2 | Call with C. Moore (A&M) to discuss parish financial disclosures |
| Andrew Ciriello | 12/15/2023 | 2.2 | Revise comparative analysis of plan versus dismissal for inclusion in Disclosure Statement |
| Andrew Ciriello | 12/15/2023 | 0.2 | Finalize outputs for parish financials to include in Disclosure Statement |
| Andrew Ciriello | 12/15/2023 | 1.1 | Call with C. Ball, B. Rosenblum, A. Butler (JD) and C. Moore (A&M) to discuss disclosure statement exhibits |
| Andrew Ciriello | 12/15/2023 | 0.3 | Call with A. Butler (JD) to discuss assumptions on liquidation analysis |
| Andrew Ciriello | 12/15/2023 | 0.9 | Call with C. Ball, E. Stephens, B. Rosenblum, A. Butler (JD), parish advisors, and C. Moore (A&M) to discuss parish financial disclosures |
| Charles Moore | 12/15/2023 | 0.9 | Call with C. Ball, E. Stephens, B. Rosenblum, A. Butler (JD), parish advisors, and A. Ciriello (A&M) to discuss parish financial disclosures |
| Charles Moore | 12/15/2023 | 0.2 | Call with A. Ciriello (A&M) to discuss parish financial disclosures |
| Charles Moore | 12/15/2023 | 1.1 | Call with C. Ball, B. Rosenblum, A. Butler (JD) and A. Ciriello (A&M) to discuss disclosure statement exhibits |
| Andrew Ciriello | 12/16/2023 | 0.6 | Revise liquidation analysis based on updated assumptions from counsel |
| Andrew Ciriello | 12/17/2023 | 1.8 | Revise liquidation analysis based on updated assumptions provided by A&M team |
| Charles Moore | 12/17/2023 | 3.2 | Work on liquidation analysis and supporting exhibit for Disclosure Statement |
| Andrew Ciriello | 12/18/2023 | 0.5 | Call with C. Moore (A&M) to discuss updates to disclosure statement exhibits |
| Andrew Ciriello | 12/18/2023 | 0.5 | Call with C. Ball, B. Rosenblum, E. Stephens, A. Butler (JD) and C. Moore (A&M) to discuss revisions to disclosure statement exhibits |
| Andrew Ciriello | 12/18/2023 | 1.1 | Prepare parish and regional school financials for inclusion in disclosure statement |

*The Roman Catholic Diocese of Rockville Centre, New York,*
*Time Detail by Activity*
*December 1, 2023 through December 31, 2023*

## PLAN / DISCLOSURE STATEMENT

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Andrew Ciriello | 12/18/2023 | 2.2 | Revise disclosure statement exhibits based on updates from counsel |
| Andrew Ciriello | 12/18/2023 | 1.2 | Update financial disclosures for releasees for 2022 audits received |
| Andrew Ciriello | 12/18/2023 | 0.7 | Call with A. Butler (JD) to discuss changes to disclosure statement exhibits |
| Charles Moore | 12/18/2023 | 0.2 | Review information from counsel on pension withdrawal liability |
| Charles Moore | 12/18/2023 | 0.6 | Review updated liquidation analysis and commentary from A&M Team |
| Charles Moore | 12/18/2023 | 0.4 | Review comments from Jones Day on liquidation analysis and projections for disclosure statement |
| Charles Moore | 12/18/2023 | 0.5 | Call with C. Ball, B. Rosenblum, E. Stephens, A. Butler (JD) and A. Ciriello (A&M) to discuss revisions to disclosure statement exhibits |
| Charles Moore | 12/18/2023 | 0.5 | Call with A. Ciriello (A&M) to discuss updates to disclosure statement exhibits |
| Charles Moore | 12/18/2023 | 0.4 | Review and comment on further updates to liquidation analysis |
| Andrew Ciriello | 12/19/2023 | 0.2 | Call with R. Nasser (A&M) to discuss professional fee estimates by category |
| Andrew Ciriello | 12/19/2023 | 0.4 | Correspond with DRVC management and Jones Day regarding draft Disclosure Statement exhibits |
| Andrew Ciriello | 12/19/2023 | 1.3 | Revise disclosure statement exhibits based on updates from DRVC and counsel |
| Andrew Ciriello | 12/19/2023 | 0.3 | Meet with A. Butler (JD) to discuss plan prosecution timeline |
| Charles Moore | 12/19/2023 | 0.8 | Review and comment on draft financial projection exhibit |
| Charles Moore | 12/19/2023 | 0.4 | Review updated proposed exhibits (properties & non-debtor financial statements) for inclusion with Disclosure Statement |
| Charles Moore | 12/19/2023 | 0.2 | Call with J. Terrell (KCIC) to understand potential claim amounts for liquidation analysis |
| Charles Moore | 12/19/2023 | 0.4 | Review and comment on updated financial projections exhibit |
| Charles Moore | 12/19/2023 | 0.4 | Review comments from management and follow up correspondence from Jones Day regarding proposed exhibits to Disclosure Statement |
| Rayan Nasser | 12/19/2023 | 0.2 | Call with A.Ciriello and R. Nasser (A&M) to discuss professional fee estimates by category |
| Andrew Ciriello | 12/20/2023 | 0.3 | Correspond with Jones Day team and management regarding updates to disclosure statement exhibits |
| Andrew Ciriello | 12/20/2023 | 0.7 | Call with E. Fasano, T. Renker, W. Chapin (DRVC), C. Ball (JD), B. Wright (Eversheds) and C. Moore (A&M) to discuss Ecclesia plan sources of funding |
| Andrew Ciriello | 12/20/2023 | 0.3 | Call with A. Butler (JD) regarding updates to disclosure statement exhibits |

*The Roman Catholic Diocese of Rockville Centre, New York,*
*Time Detail by Activity*
*December 1, 2023 through December 31, 2023*

## PLAN / DISCLOSURE STATEMENT

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Andrew Ciriello | 12/20/2023 | 0.7 | Revise disclosure statement exhibits based on input from parishes |
| Charles Moore | 12/20/2023 | 0.3 | Review further comments/questions from management on proposed exhibits to Disclosure Statement |
| Charles Moore | 12/20/2023 | 0.7 | Call with E. Fasano, T. Renker, W. Chapin (DRVC), C. Ball (JD), B. Wright (Eversheds) and A. Ciriello (A&M) to discuss Ecclesia and plan sources of funding |
| Andrew Ciriello | 12/21/2023 | 0.4 | Call with W. Chapin (DRVC), C. Ball, A. Butler (JD), Eversheds Sutherland, and C. Moore (A&M) to discuss Ecclesia plan sources of funding |
| Andrew Ciriello | 12/21/2023 | 1.5 | Review and comment on draft of amended Disclosure Statement |
| Charles Moore | 12/21/2023 | 0.4 | Call with W. Chapin (DRVC), C. Ball, A. Butler (JD), Eversheds Sutherland, and A. Ciriello (A&M) to discuss Ecclesia plan sources of funding |
| Andrew Ciriello | 12/22/2023 | 0.2 | Call with A. Butler (JD) to discuss proposed edits to disclosure statement |
| Andrew Ciriello | 12/22/2023 | 0.4 | Review plan and disclosure statements for potential edits based on questions from counsel |
| Charles Moore | 12/22/2023 | 1.0 | Review draft first amended Disclosure Statement |
| Andrew Ciriello | 12/26/2023 | 1.8 | Review trust distribution procedures, edits to disclosure statement and edits to plan of reorganization |
| **Subtotal** | | **64.0** | |

## TRAVEL

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Charles Moore | 12/19/2023 | 2.0 | Billable travel from Detroit to NY (billed at half time) |
| Charles Moore | 12/19/2023 | 1.5 | Billable travel from NY to Detroit (billed at half time) |
| **Subtotal** | | **3.5** | |
| ***Grand Total*** | | **169.2** | |

**EXHIBIT E**
**SUMMARY OF EXPENSES**

*Exhibit E*

**The Roman Catholic Diocese of Rockville Centre, New York**
**Summary of Expense Detail by Category**
**December 1, 2023 through December 31, 2023**

| Expense Category | Sum of Expenses |
| --- | --- |
| Airfare | $739.40 |
| Telephone/Internet | $111.87 |
| Transportation | $422.64 |
| **Total** | **$1,273.91** |

**EXHIBIT F**
**EXPENSE DETAIL**

*Exhibit F*

**The Roman Catholic Diocese of Rockville Centre, New York**
**Expense Detail by Category**
**December 1, 2023 through December 31, 2023**

## Airfare

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Charles Moore | 12/19/2023 | $451.05 | Airfare - DTW to LGA |
| Charles Moore | 12/19/2023 | $288.35 | Airfare - JFK to DTW |
| **Expense Category Total** | | **$739.40** | |

## Telephone/Internet

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Erin McKeighan | 12/1/2023 | $0.16 | Wireless Usage Charges |
| Natalie Corbett | 12/1/2023 | $2.05 | Wireless Usage Charges |
| Rayan Nasser | 12/1/2023 | $17.49 | Wireless Usage Charges |
| Andrew Ciriello | 12/12/2023 | $26.77 | Wireless Usage Charges |
| Charles Moore | 12/12/2023 | $9.13 | Wireless Usage Charges |
| Charles Moore | 12/19/2023 | $9.95 | Inflight Internet |
| Erin McKeighan | 12/30/2023 | $46.32 | Monthly Data Storage Fee - November 2023 |
| **Expense Category Total** | | **$111.87** | |

## Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Andrew Ciriello | 12/19/2023 | $58.05 | Taxi - to Jones Day |
| Charles Moore | 12/19/2023 | $115.99 | Taxi - LGA to Jones Day |
| Charles Moore | 12/19/2023 | $179.30 | Taxi - to JFK |
| Charles Moore | 12/19/2023 | $39.30 | Round trip mileage to DTW |
| Charles Moore | 12/19/2023 | $30.00 | Parking at DTW |
| **Expense Category Total** | | **$422.64** | |
| *Grand Total* | | **$1,273.91** | |