**Objection Deadline:  February 15, 2024**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Case No. 20-12345 (SCC) |
| | ) |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, | ) Chapter 11 |
| | ) |
| Debtor.[1] | ) |
| | ) |

**FIFTH MONTHLY FEE STATEMENT FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES BY
BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISOR
FOR THE PERIOD FROM DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023**

| | |
|---|---|
| Name of Applicant: | Berkeley Research Group, LLC ("BRG") |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "Committee") |
| Date of Retention: | December 9, 2020 Effective as of October 29, 2020 [Docket No. 246] |
| Period for which Compensation and Reimbursement is Sought: | December 1, 2023 through December 31, 2023[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $13,969.00 (50% of $27,938.00) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 |

This is a:     X   Monthly     __ Interim     __ Final Application.

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last for digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue, PO Box 9023, Rockville Centre, NY  11571-9023.

[2] The applicant reserves the right to include any time expended and expenses incurred in the period indicated above in future application(s) if it is not included herein.

**Preliminary Statement:**

Berkeley Research Group, LLC ("BRG"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of above-captioned debtor (the "Debtor"), hereby submits this Fifth Monthly Fee Statement (the "Monthly Statement") for the period from December 1, 2023, through December 31, 2023 (the "Fee Period") in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* dated November 4, 2020 [Docket No. 129] (the "Interim Compensation Order").

BRG requests (a) interim allowance and payment of compensation in the amount of $13,969.00 (50% of $27,938.00) for fees on account of reasonable and necessary professional services rendered to the Committee by BRG; (b) and actual and necessary expenses in the amount of $0.00 for a total of $13,969.00.  BRG reserves the right to apply in the future for reimbursement of actual and necessary costs and expenses, if any, incurred by members of the Committee in connection with their service as members of the Committee during the Compensation Period.

**Services Rendered and Expenses Incurred During the Compensation Period**

1. The BRG timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.

2. A schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **Exhibit B**.

3. An expense summary organized by general expense categories for expenses incurred by BRG during the Fee Period in connection with services rendered to the Committee is attached hereto as **Exhibit C**.

4.  The detailed time records which describe the time spent by each BRG Timekeeper and detailed records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services during the Fee Period are attached hereto as **Exhibit D**.

### Notice and Objection Procedures

5.  No Trustee or examiner has been appointed in this chapter 11 case. Notice of the Monthly Statement has been served by electronic mail and/or U.S. First Class Mail upon: (a) the Debtor c/o The Roman Catholic Diocese of Rockville Centre, 50 N Park Ave P.O. Box 9023, Rockville Centre, NY 11571-9023 (Attn: Thomas Renker, Esq.); (b) the attorneys for the Debtor at Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); and (c) the Office of the United States Trustee Region 2, 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq.). BRG submits that no other or further notice need be provided.

6.  Pursuant to the Interim Compensation Order, objections to this Application, if any, must be served upon the undersigned counsel for the Committee and all persons identified at paragraph 5, above, by February 15, 2024 (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue.

7.  If no objections to this Monthly Statement are made on or before the Objection Deadline, the Debtor shall pay BRG 50% of the fees and 100% of the expenses set forth above.

8.  To the extent an objection to this Monthly Statement is timely made, the Debtor shall withhold payment of that portion of the Monthly Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.

To the extent such objection is not resolved, it shall be preserved and presented to the Court at the next interim or final fee application hearing.

Date: January 24, 2024      **BERKELEY RESEARCH GROUP, LLC**

     */s/ D. Ray Strong*
     D. Ray Strong
     BERKELEY RESEARCH GROUP, LLC
     201 South Main Street, Suite 450
     Salt Lake City, UT  84111
     Telephone:     (801) 364-6233
     Email:            rstrong@thinkbrg.com

     *Financial Advisor for the Official Committee*
     *of Unsecured Creditor*



INVOICE

| | |
|---|---|
| James I Stang | January 23, 2024 |
| Pachulski Stang Ziehl & Jones | Client: 21145 |
| 10100 Santa Monica Blvd. | Matters: 034827 \| 042179 \| 045293 |
| 13th Floor | Invoice #: 168406 |
| Los Angeles, CA 90067 | Tax ID # 27-1451273 |

**Via Email: jstang@pszjlaw.com**

Services Rendered From December 1, 2023 Through December 31, 2023

**RE: The Official Committee of Unsecured Creditors for the Roman Catholic Diocese of Rockville Centre, New York**

| | | |
|---|---|---|
| Professional Services | $ 27,938.00 | USD |
| **CURRENT CHARGES** | **$ 27,938.00** | **USD** |

**Please remit wire/ACH payment to:**
Bank Name:    PNC BANK, N.A.
SWIFT:           PNCCUS33
ABA #:            031207607
Account Name:   BERKELEY RESEARCH GROUP, LLC
Account #:      8026286672
Reference:      168406

Please send remittance advice details to:
remitadvice@thinkbrg.com

**Please remit check payment to:**
BERKELEY RESEARCH GROUP, LLC
PO BOX 676158
DALLAS, TX 75267-6158

**Please remit express/overnight payment to:**
PNC BANK C/O BERKELEY RESEARCH GROUP, LLC
LOCKBOX NUMBER 676158
1200 E CAMPBELL RD, STE 108
RICHARDSON, TX 75081

**BRG Corporate Address:  2200 Powell Street - Suite 1200 | Emeryville, CA 94608**

# EXHIBIT A



# EXHIBIT A

### Time Keeper Summary

| NAME OF PROFESSIONAL | TITLE | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| David Judd | Managing Director | $850.00 | 2.30 | $ 1,955.00 |
| Paul Shields | Managing Director | $815.00 | 13.10 | $ 10,676.50 |
| Ray Strong | Managing Director | $780.00 | 0.40 | $ 312.00 |
| Jared Funk | Senior Managing Consultant | $595.00 | 4.10 | $ 2,439.50 |
| Christina Tergevorkian | Managing Consultant | $450.00 | 15.80 | $ 7,110.00 |
| Shelby Chaffos | Consultant | $385.00 | 9.00 | $ 3,465.00 |
| Spencer Rawlings | Associate | $225.00 | 4.60 | $ 1,035.00 |
| Dallin Godfrey | Case Assistant | $150.00 | 6.30 | $ 945.00 |
| **TOTALS** | | | **55.60** | **$ 27,938.00** |

# EXHIBIT B



# EXHIBIT B

### Task Code Summary

| Code | Description | Hours | Amount |
|---|---|---|---|
| 220.00 | Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 1.80 | $ 405.00 |
| 600.00 | Claims / Liability Analysis (General) | 1.80 | $ 630.00 |
| 800.00 | Plan & Disclosure Statement Analysis | 44.70 | $ 24,758.00 |
| 1060.00 | Fee Application Preparation & Hearing | 7.40 | $ 2,226.50 |
| TOTALS | | 55.70 | $ 28,019.50 |

# EXHIBIT C



# EXHIBIT C

### Expense Summary

| Expense by Category | Amounts |
|---|---|
| None | $   - |
| **TOTAL** | **$   -** |

# EXHIBIT D



**To:** James I Stang  
**c/o:** Pachulski Stang Ziehl & Jones

**Page** 2 of 8  
**Invoice #** 168406  
**Client:** 21145

Services Rendered From December 1, 2023 Through December 31, 2023

**PROFESSIONAL SERVICES**

|  | Rate | Hours | Amount |
|---|---|---|---|
| **Managing Director** | | | |
| David Judd | 850.00 | 2.30 | 1,955.00 |
| Paul Shields | 815.00 | 13.10 | 10,676.50 |
| Ray Strong | 780.00 | 0.40 | 312.00 |
| **Senior Managing Consultant** | | | |
| Jared Funk | 595.00 | 4.10 | 2,439.50 |
| **Managing Consultant** | | | |
| Christina Tergevorkian | 450.00 | 15.80 | 7,110.00 |
| **Consultant** | | | |
| Shelby Chaffos | 385.00 | 9.00 | 3,465.00 |
| **Associate** | | | |
| Spencer Rawlings | 225.00 | 4.60 | 1,035.00 |
| **Case Assistant** | | | |
| Dallin Godfrey | 150.00 | 6.30 | 945.00 |
| **Total Professional Services** | | 55.60 | 27,938.00 |



**To:** James I Stang  
**c/o:** Pachulski Stang Ziehl & Jones

**Page** 3 of 8  
**Invoice #** 168406  
**Client:** 21145

**SUMMARY BY TASK CODE**

| Task Code | Description | Hours | Amount |
|---|---|---:|---:|
| 220.00 | Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 1.80 | 405.00 |
| 600.00 | Claims / Liability Analysis (General) | 1.80 | 630.00 |
| 800.00 | Plan & Disclosure Statement Analysis | 44.60 | 24,676.50 |
| 1060.00 | Fee Application Preparation & Hearing | 7.40 | 2,226.50 |
| **Total Professional Services** | | **55.60** | **27,938.00** |



**To:** James I Stang  
**c/o:** Pachulski Stang Ziehl & Jones

Page 4 of 8  
Invoice # 168406  
Client: 21145

Services Rendered From December 1, 2023 Through December 31, 2023

**DETAIL OF PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Task Code: 220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | | | |
| 12/01/23 | Spencer Rawlings | Analyzed MOR cash receipts and disbursements for October 2023. | 0.40 | 225.00 | 90.00 |
| 12/01/23 | Spencer Rawlings | Analyzed October 2023 ending bank statement balances in the MOR Report filed by Debtor. | 0.50 | 225.00 | 112.50 |
| 12/01/23 | Spencer Rawlings | Analyzed financial statements contained in MOR Reports for October 2023 to monitor case financial activities. | 0.90 | 225.00 | 202.50 |
| | | **Total for Task Code 220.00** | **1.80** | | **405.00** |
| **Task Code: 600.00 - Claims / Liability Analysis (General)** | | | | | |
| 12/04/23 | Dallin Godfrey | Examined professional fee data from available professional monthly fee statements on docket as of December 1st 2023. | 0.60 | 150.00 | 90.00 |
| 12/04/23 | Christina Tergevorkian | Analyzed professional fee statements summary for October 2020 through September 2023 pursuant to UCC Counsel requests. | 1.20 | 450.00 | 540.00 |
| | | **Total for Task Code 600.00** | **1.80** | | **630.00** |
| **Task Code: 800.00 - Plan & Disclosure Statement Analysis** | | | | | |
| 12/21/23 | Paul Shields | Discussed review of Debtor financial disclosures in Disclosure Statement with BRG (CT). | 0.70 | 815.00 | 570.50 |
| 12/21/23 | Christina Tergevorkian | Examined Debtor filed exhibits to their disclosure statement. | 1.40 | 450.00 | 630.00 |
| 12/21/23 | Christina Tergevorkian | Evaluated Debtor's filed exhibits to Amended Disclosure Statement pursuant to UCC Counsel inquiries. | 0.90 | 450.00 | 405.00 |
| 12/21/23 | Christina Tergevorkian | Analyzed Debtor filed parish financial exhibits with BRG's Ability to Pay analysis from 2018 through 2022. | 2.10 | 450.00 | 945.00 |
| 12/21/23 | Christina Tergevorkian | Discussed Debtor filed exhibits to their disclosure statement regarding parish financial data with BRG (PS). | 0.70 | 450.00 | 315.00 |



**To:** James I Stang  
**c/o:** Pachulski Stang Ziehl & Jones

Page 5 of 8  
Invoice # 168406  
**Client:** 21145

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/28/23 | Shelby Chaffos | Analyzed Debtor filed exhibits to the disclosure relating to other covered party financials (2018 - 2020). | 2.70 | 385.00 | 1,039.50 |
| 12/28/23 | Shelby Chaffos | Continued analyzing Debtor filed exhibits to the disclosure relating to other covered party financials (2020 - 2022). | 2.90 | 385.00 | 1,116.50 |
| 12/28/23 | Jared Funk | Evaluated updated Admin. Office cash flow projections relating to Debtor's Amended Disclosure Statement. | 1.00 | 595.00 | 595.00 |
| 12/28/23 | Jared Funk | Evaluated updated Administrative Office cash flow projections with BRG (PS) included in Debtor's disclosure statement. | 0.40 | 595.00 | 238.00 |
| 12/28/23 | David Judd | Evaluated Debtor's disclosure statement including the liquidation analysis pursuant to UCC Counsel inquiries. | 1.20 | 850.00 | 1,020.00 |
| 12/28/23 | Spencer Rawlings | Developed comparison of lawsuits from various sources for evaluation of Debtor's Amended Disclosure Statement. | 0.30 | 225.00 | 67.50 |
| 12/28/23 | Paul Shields | Examined comparison of sexual abuse claims from various sources for evaluation of Debtor's Amended Disclosure Statement. | 0.10 | 815.00 | 81.50 |
| 12/28/23 | Paul Shields | Evaluated data to be used in comparison of amount of sexual abuse claims in connection with analysis of Debtor's Amended Disclosure Statement. | 0.30 | 815.00 | 244.50 |
| 12/28/23 | Paul Shields | Discussed evaluation of Debtor's cash flows for evaluation of Debtor's Disclosure Statement with BRG (JF). | 0.40 | 815.00 | 326.00 |
| 12/28/23 | Paul Shields | Spoke with BRG (CT) to evaluate amended disclosure statement and exhibits. | 0.70 | 815.00 | 570.50 |
| 12/28/23 | Christina Tergevorkian | Analyzed Debtor filed exhibits to the disclosure relating to parish financials from 2018 through 2022. | 2.60 | 450.00 | 1,170.00 |



**INVOICE**

**To:** James I Stang  
**c/o:** Pachulski Stang Ziehl & Jones

Page 6 of 8  
Invoice # 168406  
Client: 21145

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/28/23 | Christina Tergevorkian | Spoke with BRG (PS) to discuss Debtor filed exhibits to their disclosure statement regarding parish and affiliate financial data. | 0.70 | 450.00 | 315.00 |
| 12/28/23 | Christina Tergevorkian | Analyzed Debtor filed exhibits to the disclosure relating to other covered party financials from 2018 through 2022. | 0.80 | 450.00 | 360.00 |
| 12/28/23 | Christina Tergevorkian | Analyzed Debtor filed exhibits to the disclosure relating to parish financials from 2018 through 2022. | 1.10 | 450.00 | 495.00 |
| 12/29/23 | Shelby Chaffos | Attended call with BRG (CT) to discuss Debtor filed exhibit 3. | 0.40 | 385.00 | 154.00 |
| 12/29/23 | Shelby Chaffos | Spoke with BRG (PS, CT) to discuss exhibits from the debtor amended disclosure. | 0.20 | 385.00 | 77.00 |
| 12/29/23 | Shelby Chaffos | Analyzed Exhibit 5 data from Debtor's Amended Disclosure. | 2.30 | 385.00 | 885.50 |
| 12/29/23 | Shelby Chaffos | Analyzed Exhibit 5 data from Debtor's Amended Disclosure. | 0.50 | 385.00 | 192.50 |
| 12/29/23 | Jared Funk | Evaluated cash flow projections included in exhibits to Debtor's Amended Disclosure Statement. | 2.70 | 595.00 | 1,606.50 |
| 12/29/23 | David Judd | Participated in call with BRG (PS) to discuss evaluation of Debtor's disclosure Statement including the liquidation analysis. | 1.10 | 850.00 | 935.00 |
| 12/29/23 | Spencer Rawlings | Analyzed comparison of number of sexual abuse lawsuits from various sources for evaluation of Debtor's Amended Disclosure Statement. | 1.20 | 225.00 | 270.00 |
| 12/29/23 | Spencer Rawlings | Analyzed summary liquidation analysis contained in exhibits to Debtor's Amended Disclosure Statement. | 1.30 | 225.00 | 292.50 |
| 12/29/23 | Paul Shields | Evaluated First Amended Disclosure Statement. | 1.00 | 815.00 | 815.00 |
| 12/29/23 | Paul Shields | Discussed evaluation of Debtor's First Amended Disclosure Statement and Exhibits with BRG (DJ). | 1.10 | 815.00 | 896.50 |



**To:** James I Stang  
**c/o:** Pachulski Stang Ziehl & Jones

Page 7 of 8  
Invoice # 168406  
**Client:** 21145

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/29/23 | Paul Shields | Attended call with UCC Counsel (JS, KD, IN) and BRG (CT) to evaluate Modified Plan of Reorganization and Exhibits. | 1.40 | 815.00 | 1,141.00 |
| 12/29/23 | Paul Shields | Analyzed comparison of sexual abuse claims from various sources for evaluation of Debtor's Amended Disclosure Statement. | 0.10 | 815.00 | 81.50 |
| 12/29/23 | Paul Shields | Discussed comparison of affiliate financial information contained in the Debtor First Amended Disclosure Statement with BRG (CT, SC). | 0.20 | 815.00 | 163.00 |
| 12/29/23 | Paul Shields | Researched issues for consideration in connection with minimum contribution amounts. | 0.40 | 815.00 | 326.00 |
| 12/29/23 | Christina Tergevorkian | Discuss Debtor filed exhibits to the disclosure relating to other covered party financials from 2018 through 2022 with BRG (SC). | 0.40 | 450.00 | 180.00 |
| 12/29/23 | Christina Tergevorkian | Discussed Debtor filed exhibits to the Debtor's amended disclosure statement with BRG (SC, PS). | 0.20 | 450.00 | 90.00 |
| 12/29/23 | Christina Tergevorkian | Met with BRG (PS) and UCC Counsel (KD, JS, IN) to discuss Debtor filed disclosure statement. | 1.40 | 450.00 | 630.00 |
| 12/29/23 | Christina Tergevorkian | Analyzed Debtor filed disclosure statement relating to the claims list. | 2.30 | 450.00 | 1,035.00 |
| 12/30/23 | Paul Shields | Developed issues for consideration regarding Debtor's Amended Disclosure Statement pursuant to UCC Counsel inquiries. | 1.50 | 815.00 | 1,222.50 |
| 12/30/23 | Paul Shields | Examined projected effective date payments discussed in Debtor's Amended Disclosure Statement. | 1.70 | 815.00 | 1,385.50 |
| 12/30/23 | Paul Shields | Analyzed Debtor's Amended Disclosure Statement and exhibits to address UCC Counsel inquiries. | 2.20 | 815.00 | 1,793.00 |
| | | **Total for Task Code 800.00** | **44.60** | | **24,676.50** |



**INVOICE**

**To:** James I Stang  
**c/o:** Pachulski Stang Ziehl & Jones

Page 8 of 8  
Invoice # 168406  
Client: 21145

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Task Code: 1060.00 - Fee Application Preparation & Hearing** | | | | | |
| 12/08/23 | Dallin Godfrey | Reviewed BRG time entries for November 2023 in preparation for monthly fee statement. | 0.90 | 150.00 | 135.00 |
| 12/11/23 | Dallin Godfrey | Reviewed November 2023 fee detail for preparation of monthly fee statement. | 0.60 | 150.00 | 90.00 |
| 12/12/23 | Dallin Godfrey | Analyzed BRG invoice for November 2023 monthly fee statement. | 1.60 | 150.00 | 240.00 |
| 12/12/23 | Dallin Godfrey | Revised BRG fee detail for November 2023 monthly fee statement. | 0.30 | 150.00 | 45.00 |
| 12/12/23 | Ray Strong | Reviewed time entries for BRG November 2023 monthly fee statement. | 0.20 | 780.00 | 156.00 |
| 12/13/23 | Ray Strong | Finalized BRG November 2023 monthly fee statement. | 0.20 | 780.00 | 156.00 |
| 12/19/23 | Paul Shields | Analyzed BRG 9th Interim Fee Application in preparation for hearing to approve professional fees. | 0.30 | 815.00 | 244.50 |
| 12/19/23 | Paul Shields | Participated in hearing to approve BRG 9th Interim Fee Application. | 0.70 | 815.00 | 570.50 |
| 12/22/23 | Dallin Godfrey | Updated fee and expenses for November 2023 monthly fee statement. | 2.30 | 150.00 | 345.00 |
| 12/22/23 | Paul Shields | Updated November 2023 monthly fee statement for filing. | 0.30 | 815.00 | 244.50 |
| | | **Total for Task Code 1060.00** | **7.40** | | **2,226.50** |
| **Professional Services** | | | **55.60** | | **27,938.00** |