**Objection Deadline:  February 15, 2024**

BURNS BAIR LLP
Timothy W. Burns, Esq. (admitted *pro hac vice*)
Jesse J. Bair, Esq. (admitted *pro hac vice*)
10 E. Doty St., Suite 600
Madison, WI 53703-3392
Telephone: (608) 286-2808
Email:  tburns@burnsbair.com
Email:  jbair@burnsbair.com

*Special Insurance Counsel to the Official Committee
of Unsecured Creditors of The Roman Catholic Diocese
of Rockville Centre, New York*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br>         Debtor. | Chapter 11<br>Case No. 20-12345 (MG) |

**THIRTY-EIGHTH MONTHLY FEE STATEMENT OF BURNS BAIR LLP,
AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR PROFESSIONAL SERVICES RENDERED
AND DISBURSEMENTS INCURRED FOR THE PERIOD FROM
DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023**

| | |
|---|---|
| Name of Applicant: | Burns Bair LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | Effective October 29, 2020 pursuant to Order dated December 9, 2020 [Docket No. 246] |
| Period for which compensation and reimbursement is sought: | December 1, 2023 – December 31, 2023 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $36,425.00<br>50% of which is $18,212.50 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $1,997.41 |
| TOTAL (80% of fees and 100% of costs) | $20,209.91 |

**This is the thirty-eighth monthly fee statement.**

## PRELIMINARY STATEMENT

Burns Bair LLP ("Burns Bair"), as Special Insurance Counsel to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Diocese of Rockville Centre, New York (the "Debtor"), hereby submits this thirty-eighth monthly statement (the "Monthly Statement") for the period from December 1, 2023 through December 31, 2023 (the "Statement Period") for payment of professional services rendered and reimbursement of expenses incurred during the Statement Period pursuant to the Court's *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* dated November 4, 2020 [Docket No. 129] (the "Interim Compensation Order"). Burns Bair requests interim allowance and payment of compensation in the amount of $18,212.50 (50% of $36,425.00) for fees on account of reasonable and necessary professional services rendered to the Committee by Burns Bair; and (b) reimbursement of actual and necessary costs and expenses in the amount of $1,997.41.

## FEES FOR SERVICES RENDERED DURING THE STATEMENT PERIOD

1. Set forth below is a list of the positions of the Burns Bair professionals and paraprofessionals who provided services to the Committee during the Statement Period, their respective billing rates, and the aggregate hours spent by each professional and paraprofessional in providing services on behalf of the Committee during the Statement Period.

| Name | Title | Year of Partnership | Year of Admission | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Timothy Burns | Partner | 2008 | 1991 | $975.00 | 16.30 | $15,892.50 |
| Jesse Bair | Partner | 2020 | 2013 | $625.00 | 31.70 | $19,812.50 |
| Brian Cawley | Associate | N/A | 2020 | $420.00 | .60 | $252.00 |
| Brenda Horn-Edwards | Paralegal | N/A | N/A | $360.00 | .60 | $216.00 |
| Karen Dempski | Paralegal | N/A | N/A | $360.00 | .20 | $72.00 |
| Alyssa Turgeon | Paralegal | N/A | N/A | $360.00 | .50 | $180.00 |
| | | | | **TOTAL:** | **49.90** | **$36,425.00** |

2.  The rates charged by Burns Bair for services rendered to the Committee are the same rates that it charges generally for professional services rendered to its non-bankruptcy clients. A complete itemization of tasks performed by these professionals and paraprofessionals for the Statement Period is annexed hereto as **Exhibit A**.

### EXPENSES INCURRED DURING THE STATEMENT PERIOD

3.  Set forth below is a categorical list of expenses incurred by Burns Bair during the Statement Period in the course of representing the Committee.

| Date | Description | Amount |
| --- | --- | --- |
| 12/18/23 | Hotel, J. Bair (1 night) | $500.94 |
| 12/18/23 | Taxi, J. Bair | $106.84 |
| 12/18/23 | Travel Meal, J. Bair | $23.81 |
| 12/18/23 | Delta Airlines, J. Bair | $1,127.80 |
| 12/19/23 | Travel meal, J. Bair | $20.63 |
| 12/19/23 | Travel meal, J. Bair | $14.51 |
| 12/19/23 | Airport parking, J. Bair | $20.00 |
| 12/19/23 | Delta Airlines, Wi-Fi Onboard, J. Bair | $15.95 |
| 12/19/23 | Uber, J. Bair | $166.93 |
| | **TOTAL:** | **$1,997.41** |

### NOTICE AND OBJECTION PROCEDURES

4.  No trustee or examiner has been appointed in these chapter 11 cases. Pursuant to the Interim Compensation Order, Burns Bair has provided notice of this statement upon the following parties by electronic or first class mail: (a) the Debtor c/o The Roman Catholic Diocese of Rockville Centre, 50 N Park Ave P.O. Box 9023, Rockville Centre, NY 11571-9023 (Attn: Thomas Renker); (b) the attorneys for the Debtor, Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); and (c) the Office of the United States Trustee Region 2 (the "U.S. Trustee"), 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq.). Burns Bair submits that no other or further notice need be provided.

5. Pursuant to the Interim Compensation Order, objections to this Monthly Statement, if any, must be served upon the Application Recipients by February 15, 2024 (the "Objection Deadline") setting forth the nature of the objection and the amount of fees or expenses at issue.

6. If no objections to this Monthly Statement are made on or before the Objection Deadline, the Debtor shall pay Burns Bair 50% of the fees and 100% of the expenses set forth above. To the extent an objection to this Monthly Statement is timely made, the Debtor shall withhold payment of that portion of the Monthly Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved; it shall be preserved and presented to the Court at the next interim or final fee application hearing.

Dated: January 31, 2024

BURNS BAIR LLP

/s/ Jesse J. Bair
Jesse J. Bair, Esq. (admitted *pro hac vice*)
Timothy W. Burns, Esq. (admitted *pro hac vice*)
10 E. Doty St., Suite 600
Madison, WI 53703-3392
Telephone: (608) 286-2808
Email: jbair@burnsbair.com
Email: tburns@burnsbair.com

*Special Insurance Counsel to the Official Committee of Unsecured Creditors of The Roman Catholic Diocese of Rockville Centre, New York*

# **EXHIBIT A**

# Burns | Bair

10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

| | |
|---|---|
| **The Official Committee of Unsecured Creditors of The Roman Catholic Diocese of Rockville Centre** | **Issue Date :** 1/25/2024<br>**Bill # :** 01348 |

**Matter:** Insurance

## PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 12/1/2023 | Timothy Burns | Participate in weekly state court counsel meeting for insurance purposes re test case and insurance demand letters (1.1); participate in call with individual state court counsel re same (.2); met with J. Bair re insurance demands (.2); review revised discovery order in LMI adversary proceeding (.1); review correspondence with the Debtor and PSZJ re CVA document issues (.1); | 1.70 | $1,657.50 |
| 12/1/2023 | Jesse Bair | Prepare for state court counsel meeting re test cases, insurance demand letters, and other case issues (.2); participate in state court counsel meeting for insurance purposes re same (1.1); participate in conference with T. Burns re insurance demand letters (.2); | 1.50 | $937.50 |
| 12/1/2023 | Jesse Bair | Participate in call with individual state court counsel and T. Burns re potential test cases (.2); | 0.20 | $125.00 |
| 12/1/2023 | Jesse Bair | Review and respond to correspondence with various state court counsel re potential test cases (.3); | 0.30 | $187.50 |
| 12/2/2023 | Jesse Bair | Review Order granting discovery extensions in the LMI district court action (.1); | 0.10 | $62.50 |
| 12/3/2023 | Jesse Bair | Review information re proposed PSIP settlement of non-abuse claim (.1); | 0.10 | $62.50 |
| 12/4/2023 | Timothy Burns | Legal research and analysis re third-party release issue (.8); preliminary review of Debtor's disclosure statement (.6); participate in portion of strategy meeting with PSZJ and J. Bair re disclosure statement objections (1.0); participate in calls with state court counsel re test cases (.7); conference with J. Bair re same (.1); | 3.20 | $3,120.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12/4/2023 | Jesse Bair | Review and respond to correspondence with various state court counsel re potential test cases (.3); | 0.30 | $187.50 |
| 12/4/2023 | Jesse Bair | Brief review re the Debtor's disclosure statement (.2); | 0.20 | $125.00 |
| 12/4/2023 | Jesse Bair | Participate in conference with T. Burns re test case issues (.1); | 0.10 | $62.50 |
| 12/4/2023 | Jesse Bair | Participate in conference with state court counsel re test case and demand letter issues (.5); | 0.50 | $312.50 |
| 12/4/2023 | Jesse Bair | Participate in portion of team strategy meeting with PSZJ re objections to the Debtor's disclosure statement (2.3); | 2.30 | $1,437.50 |
| 12/5/2023 | Timothy Burns | Conference with J. Bair re test case issues and insurance demand letter status (.2); | 0.20 | $195.00 |
| 12/5/2023 | Jesse Bair | Review and edit Committee memorandum to the Debtor re issues with the Debtor's disclosure statement (.8); correspondence with PSZJ re same (.1); | 0.90 | $562.50 |
| 12/5/2023 | Jesse Bair | Participate in conference with T. Burns re insurance demand letter status and test case issues (.2); | 0.20 | $125.00 |
| 12/5/2023 | Jesse Bair | Continue analyzing potential test cases (.6); correspondence with state court counsel re same (.2); | 0.80 | $500.00 |
| 12/6/2023 | Jesse Bair | Review and respond to correspondence with various state court counsel re status and finalization of insurance demand letters (.4); | 0.40 | $250.00 |
| 12/6/2023 | Jesse Bair | Review final version of insurance demand letters sent by certain state court counsel (.2); | 0.20 | $125.00 |
| 12/6/2023 | Jesse Bair | Analysis re status and next-steps for insurance demand letter and test case initiatives (.4); draft email memorandum to PSZJ re same (.2); | 0.60 | $375.00 |
| 12/7/2023 | Jesse Bair | Review K. Dine correspondence with the Debtor re proposed test cases (.1); | 0.10 | $62.50 |
| 12/7/2023 | Jesse Bair | Review and consider Debtor's letter re stay issues re certain Ecclesia claims and d/b/a/ school (.1); review correspondence with B. Michael re same (.1); | 0.20 | $125.00 |
| 12/7/2023 | Timothy Burns | Review correspondence with J. Bair and PSZJ re test cases and insurance demand letters (.2); review correspondence with J. Bair and state court counsel re insurance demand letters (.2); | 0.40 | $390.00 |
| 12/8/2023 | Jesse Bair | Participate in portion of state court counsel meeting for insurance purposes re test cases, stay issues, and other case developments (1.2); | 1.20 | $750.00 |
| 12/8/2023 | Jesse Bair | Review the Debtor's opposition to the Committee's test case motion (.7); | 0.70 | $437.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/8/2023 | Timothy Burns | Participate in state court counsel meeting for insurance purposes re test cases, stay issues, and other case developments (1.3); | 1.30 | $1,267.50 |
| 12/9/2023 | Timothy Burns | Review LMI's Limited Opposition to the Committee's Test Case Motion (.2); review Debtor's Response to the Committee's Test Case Motion (.4); review Moore Declaration re same (.1); | 0.70 | $682.50 |
| 12/9/2023 | Jesse Bair | Review list of recently remanded state court actions in connection with potential test cases (.2); | 0.20 | $125.00 |
| 12/9/2023 | Jesse Bair | Review amended discovery schedule in the Evanston district court action (.1); | 0.10 | $62.50 |
| 12/9/2023 | Jesse Bair | Review monthly Diocesan PSIP information (.1); | 0.10 | $62.50 |
| 12/10/2023 | Jesse Bair | Review final versions of additional insurance demand letters sent to the Diocese and LMI/Interstate (.1); | 0.10 | $62.50 |
| 12/10/2023 | Jesse Bair | Review LMI's objection to the Committee's test case motion (.2); | 0.20 | $125.00 |
| 12/11/2023 | Timothy Burns | Review correspondence with BB and state court counsel re insurance demands (.1); review . Nasatir correspondence re LMI's objection to test case motion (.1); review correspondence with J. Bair and PSZJ re preliminary injunction re certain cases and response to Debtor's counsel (.1); review J. Bair's draft insert re response to LMI's objection re test case motion (.1); | 0.40 | $390.00 |
| 12/11/2023 | Jesse Bair | Correspondence with state court counsel re LMI/Interstate demand letters (.2); | 0.20 | $125.00 |
| 12/11/2023 | Jesse Bair | Draft response to LMI's test case motion objection for insertion in the Committee's test case reply brief (.8); | 0.80 | $500.00 |
| 12/11/2023 | Jesse Bair | Additional analysis re LMI/Interstate exposures and applicable coverage limits (.2); additional correspondence with state court counsel re same and demand letters (.2); | 0.40 | $250.00 |
| 12/12/2023 | Jesse Bair | Analyze and respond to I. Nasatir correspondence re potential response to LMI's test case objection (.2); | 0.20 | $125.00 |
| 12/12/2023 | Jesse Bair | Participate in Committee meeting for insurance purposes re case status, upcoming hearings, and overall case strategy (1.3); participate in call with T. Burns re Committee meeting outcome (.1); | 1.40 | $875.00 |
| 12/12/2023 | Timothy Burns | Review correspondence with J. Bair and PSZJ re response to LMI Objection re Test Case Motion (.1); participate in call with J. Bair re Committee meeting outcome (.1); | 0.20 | $195.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/13/2023 | Timothy Burns | Review article re Arrowood insolvency (.1); review correspondence with Debtor and PSZJ re test case motion (.1); prepare for meeting with state court counsel re case strategy (.2); met with J. Bair re same (.1); met with state court counsel re same (.2); | 0.70 | $682.50 |
| 12/13/2023 | Jesse Bair | Review the Diocese's response to the Committee re potential test cases (.1); | 0.10 | $62.50 |
| 12/13/2023 | Jesse Bair | Correspondence with state court counsel re potential test cases (.1); | 0.10 | $62.50 |
| 12/13/2023 | Jesse Bair | Correspondence with state court counsel re insurance demand letters (.1); | 0.10 | $62.50 |
| 12/13/2023 | Jesse Bair | Review article re Arrowood liquidation issues (.1); | 0.10 | $62.50 |
| 12/13/2023 | Jesse Bair | Participate in conference with T. Burns re next-steps re case insurance strategy (.1); | 0.10 | $62.50 |
| 12/14/2023 | Jesse Bair | Review and edit the Committee's test case reply brief, including incorporation of T. Burns' edits to same (1.0); correspondence with PSZJ re same (.1); | 1.10 | $687.50 |
| 12/14/2023 | Jesse Bair | Correspondence with state court counsel re insurance demand letter questions (.1); | 0.10 | $62.50 |
| 12/14/2023 | Jesse Bair | Review correspondence with the Debtor and Arrowood re status update letter to Judge Rochon (.1); | 0.10 | $62.50 |
| 12/14/2023 | Jesse Bair | Analysis re potential additional test case (.1); correspondence with state court counsel re potential test cases (.1); | 0.20 | $125.00 |
| 12/14/2023 | Timothy Burns | Review and revise the Committee's test case reply brief (.5); review and respond to correspondence from state court counsel re potential test case (.1); | 0.60 | $585.00 |
| 12/15/2023 | Karen Dempski | Finalize and file letter to court for T. Burns re insurance demand letter status (.2); | 0.20 | $72.00 |
| 12/15/2023 | Timothy Burns | Participate in weekly state court counsel meeting for insurance purposes re test case issues (.9); conference with J. Bair re outcome of meeting and insurance next-steps (.2); | 1.10 | $1,072.50 |
| 12/15/2023 | Jesse Bair | Prepare for state court counsel meeting (.2); participate in state court counsel meeting for insurance purposes re case strategy and upcoming test case hearing (.9); participate in call with T. Burns re outcome of meeting and insurance next-steps (.2); | 1.30 | $812.50 |
| 12/15/2023 | Jesse Bair | Draft letter to the Court re insurance demand letter update (.3); correspondence with PSZJ re same (.1); | 0.40 | $250.00 |
| 12/15/2023 | Jesse Bair | Begin preparing for insurance aspects of upcoming test case hearing (.1); | 0.10 | $62.50 |
| 12/16/2023 | Jesse Bair | Review agenda for December 19 hearing (.1); | 0.10 | $62.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/16/2023 | Jesse Bair | Review final versions of additional insurance demand letters (.1); additional analysis re all demand letters made on the insurers to date (.1); correspondence with state court counsel re same (.1); draft summary for J. Stang re same (.2); additional correspondence with J. Stang re same (.1); | 0.60 | $375.00 |
| 12/16/2023 | Timothy Burns | Review December 19 hearing agenda (.1); | 0.10 | $97.50 |
| 12/17/2023 | Jesse Bair | Review additional correspondence from the Debtor re potential test cases (.1); | 0.10 | $62.50 |
| 12/17/2023 | Jesse Bair | Correspondence with BB team re test case motion hearing prep materials (.1); | 0.10 | $62.50 |
| 12/18/2023 | Jesse Bair | Review recent ADNY coverage decision dismissing Chubb's coverage complaint for impact on DRVC case (.3); | 0.30 | $187.50 |
| 12/18/2023 | Jesse Bair | Prepare for insurance aspects of upcoming hearing re the Committee's test case motion, including review of New York bad faith case law in connection with same (.6); conference with T. Burns re preparations for upcoming test case hearing (.2); | 0.80 | $500.00 |
| 12/18/2023 | Jesse Bair | Review draft order approving the professionals' interim fee applications (.1); | 0.10 | $62.50 |
| 12/18/2023 | Jesse Bair | Review and respond to correspondence with state court counsel re upcoming test case motion hearing (.2); | 0.20 | $125.00 |
| 12/18/2023 | Jesse Bair | Analyze and draft summary of key fact and insurance characteristics of proposed test cases for J. Stang in connection with upcoming hearing (1.0); correspondence with PSZJ re same (.1); | 1.10 | $687.50 |
| 12/18/2023 | Alyssa Turgeon | Assist with identifying and preparing key insurance materials for test case hearing preparations (.5); | 0.50 | $180.00 |
| 12/18/2023 | Timothy Burns | Participate in conference with J. Bair re preparations for upcoming test case hearing (.2); | 0.20 | $195.00 |
| 12/18/2023 | Brian Cawley | Identify key insurance materials for test case hearing preparations (.6); | 0.60 | $252.00 |
| 12/19/2023 | Timothy Burns | Participate in conference with J. Bair re outcome of test case hearing and case next-steps (.2); participate in additional call with J. Bair re outcome of state court counsel meeting re same (.2); | 0.40 | $390.00 |
| 12/19/2023 | Timothy Burns | Review memo re proposed test cases (.1); | 0.10 | $97.50 |
| 12/19/2023 | Jesse Bair | Continue preparing for insurance aspects of upcoming test case hearing (1.3); | 1.30 | $812.50 |
| 12/19/2023 | Jesse Bair | Prepare for hearing on professionals' interim fee applications (.4); | 0.40 | $250.00 |
| 12/19/2023 | Jesse Bair | Participate in test case hearing for insurance purposes (2.4); | 2.40 | $1,500.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/19/2023 | Jesse Bair | Participate in conference with PSZJ team re outcome of test case hearing and next-steps (.3); | 0.30 | $187.50 |
| 12/19/2023 | Jesse Bair | Participate in conference with T. Burns re outcome of test case hearing and case next-steps (.2); | 0.20 | $125.00 |
| 12/19/2023 | Jesse Bair | Participate in state court counsel meeting for insurance purposes re test case hearing outcome, next-steps, and overall case strategy (.7); participate in conference with T. Burns re outcome of state court counsel meeting (.2); | 0.90 | $562.50 |
| 12/19/2023 | Jesse Bair | Review B. Michael correspondence re case developments and upcoming Committee meeting (.1); | 0.10 | $62.50 |
| 12/20/2023 | Jesse Bair | Participate in conference with T. Burns re test case hearing outcome and going-forward insurance strategy (.2); participate in portion of call with T. Burns and J. Stang re same (.2); | 0.40 | $250.00 |
| 12/20/2023 | Timothy Burns | Participate in conference with J. Bair re test case hearing outcome and going-forward insurance strategy (.2); participate in call with J. Bair and J. Stang re same (.3); | 0.50 | $487.50 |
| 12/21/2023 | Brenda Horn-Edwards | Draft BB monthly fee statement (.4); generate and edit Exhibit A to same (.1); correspond with J. Bair re same (.1); | 0.60 | $216.00 |
| 12/21/2023 | Jesse Bair | Review draft status update letter to the Court in the Arrowood action (.1); consideration of the Receiver's request to resume the Arrowood coverage action (.1); conference with T. Burns re same and the Committee's position re the resumption of the Arrowood coverage action (.1); review and respond to correspondence with PSZJ re same (.2); review the Diocese's proposed insert to the letter (.1); draft the Committee's position for the letter (.1); review additional revisions received from Arrowood (.1); review additional correspondence with Arrowood and the Diocese re same (.1); | 0.90 | $562.50 |
| 12/21/2023 | Jesse Bair | Participate in Committee meeting for insurance purposes re outcome of test case hearing and next-steps re case strategy (1.2); | 1.20 | $750.00 |
| 12/21/2023 | Jesse Bair | Participate in call with T. Burns re outcome of Committee meeting and updates re potential settlement developments (.2); | 0.20 | $125.00 |
| 12/21/2023 | Jesse Bair | Analysis re insurance aspects of potential alternative Plan and settlement options (.4); | 0.40 | $250.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/21/2023 | Timothy Burns | Participate in calls with state court counsel re insurance implications of potential resolution with Diocese (1.5); conference with J. Bair re the Committee's position re the resumption of the Arrowood coverage action (.1); participate in additional conference with J. Bair re outcome of Committee meeting and updates re potential settlement developments (.2); | 1.80 | $1,755.00 |
| 12/22/2023 | Jesse Bair | Correspondence with K. Dine re February omnibus hearing (.1); | 0.10 | $62.50 |
| 12/22/2023 | Jesse Bair | Review recent remand order of certain state court actions for potential impact on Arrowood stay (.1); review case law in connection with same (.1); review and respond to correspondence with PSZJ re same (.2); | 0.40 | $250.00 |
| 12/23/2023 | Timothy Burns | Brief review of Diocese's proposed TDP (.2); | 0.20 | $195.00 |
| 12/26/2023 | Jesse Bair | Review the Court's memo endorsement re Arrowood meet and confer in connection with adversary status letter (.1); | 0.10 | $62.50 |
| 12/27/2023 | Jesse Bair | Review debtor correspondence re Arrowood meet and confer (.1); | 0.10 | $62.50 |
| 12/27/2023 | Jesse Bair | Correspondence with J. Stang and K. Dine re continued stay of certain Ecclesia actions (.1); | 0.10 | $62.50 |
| 12/28/2023 | Jesse Bair | Review K. Dine correspondence re the Committee's disclosure statement objection and new test case motion (.1); review I. Nasatir correspondence re insurance issues re the Debtor's disclosure statement (.1); | 0.20 | $125.00 |
| 12/29/2023 | Jesse Bair | Review notice of omnibus hearing (.1); | 0.10 | $62.50 |
| 12/29/2023 | Timothy Burns | Participate in weekly state court counsel meeting for insurance purposes (1.6); participate in post-meeting call with PSZJ re test case letter (.5); participate in call with state court counsel re same (.2) follow-up email to PSZJ re same (.1); review test case letter (.1); | 2.50 | $2,437.50 |
| 12/31/2023 | Jesse Bair | Review stipulation re continued stay of certain Ecclesia state court actions (.1); | 0.10 | $62.50 |
| **Total Hours and Fees** | | | **49.90** | **$36,425.00** |

### EXPENSES

| Date | Description | Amount |
|---|---|---|
| 12/18/2023 | Hotel, J. Bair (1 night) | $500.94 |
| 12/18/2023 | Travel meal, J. Bair | $23.81 |
| 12/18/2023 | Taxi, J. Bair (airport to hotel) | $106.84 |
| 12/18/2023 | Delta Airlines, J. Bair (MSN-LGA Dec. 17-18) | $1,127.80 |
| 12/19/2023 | Travel meal, J. Bair | $20.63 |
| 12/19/2023 | Travel meal, J. Bair | $14.51 |
| 12/19/2023 | Airport parking, J. Bair | $20.00 |

| | | |
|---|---|---:|
| 12/19/2023 | Delta Airlines WiFi Onboard, J. Bair | $15.95 |
| 12/19/2023 | Uber, J. Bair (hotel to airport) | $166.93 |
| **Total Expenses** | | **$1,997.41** |

## Timekeeper Summary

| Name | Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Alyssa Turgeon | Paralegal | 0.50 | $360.00 | $180.00 |
| Brenda Horn-Edwards | Paralegal | 0.60 | $360.00 | $216.00 |
| Brian Cawley | Associate | 0.60 | $420.00 | $252.00 |
| Jesse Bair | Partner | 31.70 | $625.00 | $19,812.50 |
| Karen Dempski | Paralegal | 0.20 | $360.00 | $72.00 |
| Timothy Burns | Partner | 16.30 | $975.00 | $15,892.50 |

**Total Due This Invoice: $38,422.41**