**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br><br>                        Debtor. | Chapter 11<br><br>Case No. 20-12345 (MG) |

**ORDER RE: HYBRID HEARING ON CONTESTED MOTION TO WITHDRAW AS ATTORNEY**

A hybrid hearing having been scheduled on February 6, 2024 at 10 AM regarding the Motion of Mitchell Garabedian to Withdraw as Attorney (Document no. 2542), it is hereby,

ORDERED, that Mr. Mitchell Garabedian and Mr. Stephen Davidson have the option to appear in person in Court or by zoom for government for the hearing.

Dated:  February 1, 2024
          New York, New York

                                                                  **/s/ Martin Glenn**
                                                              MARTIN GLENN
                                                Chief United States Bankruptcy Judge