JONES DAY
Corinne Ball
Todd Geremia
Benjamin Rosenblum
Andrew Butler
250 Vesey Street
New York, New York  10281
Telephone:     (212) 326-3939
Facsimile:      (212) 755-7306

*Counsel for Debtor
and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,[1] | : | Case No. 20-12345 (MG) |
| | : | |
| Debtor. | : | |

**CERTIFICATE OF NO OBJECTION REGARDING
CERTAIN MOTION SCHEDULED TO BE HEARD ON FEBRUARY 6, 2024**

TO THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE:

1. Under Rule 9075-2 of the Local Bankruptcy Rules for the Southern District of New York Bankruptcy Court (the "Local Rules"), the undersigned counsel for the above-captioned debtor and debtor in possession (the "Debtor") hereby certifies as follows:

2. On January 9, 2024, the Debtor filed the following application:

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue P.O. Box 9023, Rockville Centre, NY 11571-9023.

- **Summit Ridge Final Compensation Application.** *First and Final Application For Compensation of Summit Ridge Group, LLC, as Appraiser* [Docket No. 2805].

3. The Summit Ridge Final Compensation Application was served on January 9, 2024 [Docket No. 2827].

4. Objections or responses to the above captioned application were due no later than January 30, 2024 at 4:00 p.m. (Prevailing Eastern Time) (the "Objection Deadline").

5. Local Rule 9075-2 provides that a motion or application may be granted without a hearing if (a) no objections or other responsive pleadings have been filed on or before the applicable objection deadline and (b) the attorney for the entity that filed the motion or application complies with such rule.

6. As of the filing of this certificate, more than forty-eight (48) hours have elapsed since the Objection Deadline and, to the best of my knowledge, no responsive pleading to the application listed above has been (a) filed with the Court on the docket of the above-captioned chapter 11 case or (b) served on the Debtor or its counsel.

7. Accordingly, the Debtor respectfully requests entry of the proposed order granting the relief requested in the Summit Ridge Final Compensation Application listed above, attached hereto as **Exhibit A** ("Proposed Order") at the Court's earliest convenience. If not entered prior to the hearing, the Debtor will seek entry of the Proposed Order at the hearing scheduled for 10:00 a.m., prevailing Eastern Time, on February 6, 2024, before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

| | |
|---|---|
| Dated: February 1, 2024<br>New York, New York | Respectfully submitted,<br><br>*/s/ Corinne Ball*<br>Corinne Ball<br>Todd Geremia<br>Benjamin Rosenblum<br>Andrew Butler<br>JONES DAY<br>250 Vesey Street<br>New York, NY 10281-1047<br>Telephone:  (212) 326-3939<br>Facsimile:  (212) 755-7306<br>Email:  cball@jonesday.com<br>           trgeremia@jonesday.com<br>           brosenblum@jonesday.com<br>           abutler@jonesday.com<br><br>*Counsel for Debtor*<br>*and Debtor-in-Possession* |

**EXHIBIT A**

**PROPOSED ORDER**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,[1] | : | Case No. 20-12345 (MG) |
| | : | |
| Debtor. | : | |

**ORDER GRANTING FIRST AND FINAL
FEE APPLICATION OF SUMMIT RIDGE GROUP, LLC**

Upon consideration of the *First and Final Application for Compensation of Summit Ridge Group, LLC, as Appraiser*, for professional services rendered and expenses incurred during the period commencing August 15, 2023 through January 9, 2024 (the "Final Application"); and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby:

ORDERED that the Final Application is granted to the extent set forth in the attached **Schedule A**.

Dated:  February ____, 2024
       New York, New York

                                            _____
                                            THE HONORABLE MARTIN GLENN
                                            UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is P.O. Box 9023, Rockville Centre, NY 11570.

**FEE PERIOD**                                                                     SCHEDULE A
**August 15, 2023 – January 9, 2024**

| (1) Applicant | (2) Date/Document Number of Application | (3) Final Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Summit Ridge Group, LLC | | $25,000 | $25,000 | $25,000 | | $25,000 | | |