Hearing Date and Time: **February 12, 2024 at 2:00 p.m.** (Prevailing Eastern Time)
Objection Date and Time: **February 7, 2024 at 5:00 p.m.** (Prevailing Eastern Time)
Reply Date and Time: **February 9, 2024 at 12:00 p.m.** (Prevailing Eastern Time)

PACHULSKI STANG ZIEHL & JONES LLP
James I. Stang, Esq. (admitted *pro hac vice*)
Iain A. W. Nasatir, Esq.
Karen B. Dine, Esq.
Brittany M. Michael, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone:    (212) 561-7700
Facsimile:    (212) 561-7777
Email:          jstang@pszjlaw.com
                   inasatir@pszjlaw.com
                   kdine@pszjlaw.com
                   bmichael@pszjlaw.com

*Attorneys for Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, | Case No. 20-12345 (MG) |
| Debtor. | |

**CORRECTED MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EXPEDITE HEARING ON THE MOTION FOR FURTHER DISCLOSURE AND RESPONSE TO DECLARATION OF ERIC P. STEPHENS**

The Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Diocese of Rockville Centre, New York (the "Diocese" or the "Debtor") in the above-captioned case (the "Bankruptcy Case") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), through its undersigned counsel, moves to expedite the *Corrected*

*Motion of the Official Committee of Unsecured Creditors for Further Disclosure* [Docket No. 2880] (the "Motion").[1]

**BASIS FOR RELIEF REQUESTED**

1. Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") allows the Court to reduce notice periods for motions[2] when cause is shown. *See* Fed. R. Bank. P. 9006(c)(1) ("[W]hen an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced."). This Court has shortened the periods when the moving party showed cause and the non-moving party was not harmed. *See In re Chateaugay Corp.*, 111 B.R. 399, 407-08 (S.D.N.Y. 1990) (affirming the Bankruptcy Court's application of Bankruptcy Rule 9006(c)(1)).

2. The Motion requests certain Investigation Relief that the Committee requires in order to further understand the Diocese's potential withholding of certain documents despite previous attestations to the completeness of productions. Given the Court's availability in February, the Court suggested the proposed schedule for the Motion in order to move the matter forward expeditiously: (1) any objections to the Motion filed by February 7, 2024 at 5:00 p.m. (Prevailing Eastern Time); (2) any reply in support of the Motion filed by February 9, 2024 at 12:00p.m. (Prevailing Eastern Time); (3) the hearing for the Motion on February 12, 2024 at 2:00 p.m. (Prevailing Eastern Time).

---

[1] Capitalized terms used and not otherwise defined herein shall have the meaning ascribed thereto in the Motion.

[2] According to Local Rule 9006-1(b) of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of New York, motion papers "shall be served at least fourteen (14) days" before the hearing that is to be held regarding those motion papers, and the objections to those motion papers are to be "served as to ensure actual receipt not later than seven (7) days" before the hearing date.

## MOTION PRACTICE

3.      This Motion includes citations to the applicable rules and statutory authorities upon which the relief requested is predicated and a discussion of their application to this Motion. The Committee submits that this Motion satisfies Local Rule 9013-1(a).

## NOTICE

4.      Notice of this Motion has been provided under the procedures of the Case Management Order. The Committee respectfully submits that no further notice is required.

5.      No previous request for the relief sought has been made by the Committee to this or any other Court.

WHEREFORE the Committee respectfully requests this Court enter an order substantially in the form attached as **Exhibit A**, granting (i) the relief requested and (ii) granting such other and further relief as the Court may deem proper.

Dated: February 5, 2024      PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Karen B. Dine*
James I. Stang, Esq.
Iain Nasatir, Esq.
Karen Dine, Esq.
Brittany M. Michael, Esq.
780 Third Avenue, 36th Floor
New York, NY 10017-2024
Telephone: 212/561-7700
Facsimile: 212/561-7777
jstang@pszjlaw.com
inasatir@pszjlaw.com
kdine@pszjlaw.com
bmichael@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors*

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,[1] | Case No. 20-12345 (MG) |
| Debtor. | |

**ORDER EXPEDITING HEARING ON THE CORRECTED MOTION FOR FURTHER DISCLOSURE AND RESPONSE TO DECLARATION OF ERIC P. STEPHENS**

Upon the Committee's *Corrected Motion of the Official Committee of Unsecured Creditors for Further Disclosure* (the "Motion")[2] under sections 105, of the Bankruptcy Code and Bankruptcy Rules 1001 and 9006; the Court having reviewed the Motion and having considered the statements of counsel and the evidence adduced regarding the Motion at a hearing before the Court (the "Hearing"); the Court finding that (a) the Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334, (b) venue is proper in this district under 28 U.S.C. §§ 1408 and 1409, (c) this is a core proceeding under 28 U.S.C. § 157(b)(2), and (d) notice of the Motion and the Hearing was sufficient under the circumstances; and (e) the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing further establish just cause for the relief granted;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is P.O. Box 9023, Rockville Centre, NY 11571-9023.

[2] Capitalized terms used and not otherwise defined herein shall have the meaning ascribed thereto in the Motion.

4877-0602-9987.1 18491.002

2. The hearing for the Motion will be expedited and held on February 12, 2024 at 2:00 p.m. (Prevailing Eastern Time) (the "Hearing").

3. Any objections to the Motion must be in writing and filed by February 7, 2024 at 5:00 p.m. (Prevailing Eastern Time).

4. Any reply in support of the Motion must be in writing and filed by February 9, 2024 at 12:00p.m. (Prevailing Eastern Time).

5. This Order shall be immediately effective and enforceable upon its entry.

6. This Court shall retain exclusive jurisdiction over any matters arising from or related to the implementation, interpretation or enforcement of this Order.

Dated: _____ \_\_, 2024
       New York, New York

                                                Hon. Martin Glenn
                                                United States Bankruptcy Judge