**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 20-12345 (MG) |

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA        )
                                               )
COUNTY OF LOS ANGELES  )

I, Nancy H. Brown, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP.  I am not a party to the within action; my business address is 10100 Santa Monica Blvd., Suite 1300, Los Angeles, CA  90067.

On **February 5, 2024**, I caused a true and correct copy of the following documents to be served via the Court's ECF system.

On **February 5, 2024,** I caused a true and correct copy of the following documents to be served via electronic mail upon the parties set forth on the service list annexed hereto as **Exhibit A.**

On **February 5, 2024,** I also caused a true and correct copy of the following documents to be served via First Class US Mail upon the parties set forth on the service list annexed hereto as **Exhibit B**:

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last for digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue, P.O. Box 9023, Rockville Centre, NY  11571-9023.

4874-1302-1859.1 18491.002

CORRECTED MOTION FOR FURTHER DISCLOSURE AND RESPONSE TO DECLARATION OF ERIC P. STEPHENS [Docket No. 2880]

CORRECTED NOTICE OF HEARING ON THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR FURTHER DISCLOSURE AND RESPONSE TO DECLARATION OF ERIC P. STEPHENS [Docket No. 2881]

CORRECTED MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EXPEDITE HEARING ON THE MOTION FOR FURTHER DISCLOSURE AND RESPONSE TO DECLARATION OF ERIC P. STEPHENS [Docket No. 2882]

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: February 5, 2024

*/s/ Nancy H. Brown*
Nancy H. Brown

# EXHIBIT A

## SERVICE BY E-MAIL

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| ALONSO KRANGLE LLP | DAVID B. KRANGLE ESQ | DKRANGLE@ALONSOKRANGLE.COM; AALONSO@ALONSOKRANGLE.COM |
| ALSTON & BIRD LLP | JAMES J. VINCEQUERRA; WILLIAM HOA; DYLAN S. CASSIDY; KIMBERLY J. SCHIFFMAN | JAMES.VINCEQUERRA@ALSTON.COM; WILLIAM.HAO@ALSTON.COM; DYLAN.CASSIDY@ALSTON.COM; KIMBERLY.SCHIFFMAN@ALSTON.COM |
| ANDREOZZI + FOOTE | NATHANIEL L. FOOTE | NATE@VCA.LAW |
| BARCLAY DAMON LLP | JANICE B. GRUBIN | JGRUBIN@BARCLAYDAMON.COM |
| BETTI & ASSOCIATES | MICHELE M. BETTI, ESQ | MBETTILAW@GMAIL.COM |
| BONINA & BONINA, P.C. | JOHN BONINA | JBONINA@MEDLAW1.COM |
| PARKER HUDSON | TODD C. JACOBS; JOHN E. BUCHEIT | TJACOBS@PHRD.COM; JBUCHEIT@PHRD.COM |
| BURNS BAIR LLP | TIMOTHY BURNS; JESSE BAIR | TBURNS@BURNSBAIR.COM; JBAIR@BURNSBAIR.COM |
| BUTTAFUOCO & ASSOCIATES, PLLC | JAMES S. MCCARTHY; ELLEN BUCCHOLZ | JMCCARTHY@BUTTAFUOCOLAW.COM |
| CARLTON FIELDS PA | LUIS ORENGO, JR., ESQ. ROBERT W. DIUBALDO, ESQ.; NORA VALENZA-FROST, ESQ.; ALEX B. SILVERMAN, ESQ. | LORENGO@CARLTONFIELDS.COM; RDIUBALDO@CARLTONFIELDS.COM; NVALENZA-FROST@CARLTONFIELDS.COM; ASILVERMAN@CARLTONFIELDS.COM |
| CERTAIN & ZILBERG | GARY CERTAIN | GCERTAIN@CERTAINLAW.COM |
| CLYDE & CO US LLP | CATALINA SUGAYAN, ESQ.; JAMES MOFFITT, ESQ. | CATALINA.SUGAYAN@CLYDECO.US; JAMES.MOFFITT@CLYDECO.US |
| COUGHLIN DUFFY LLP | KEVIN T. COUGHLIN, ESQ.; ADAM T. SMITH, | KCOUGHLIN@COUGHLINDUFFY.COM; ASMITH@COUGHLINDUFFY.COM; KMORIARTY@COUGHLINDUFFY.COM |

| | | |
|---|---|---|
| | ESQ.; KAREN H. MORIARTY | |
| CULLEN AND DYKMAN LLP | MATTHEW G. ROSEMAN, ESQ.; ELIZABETH M. ABOULAFIA, ESQ; MICHAEL KWIATKOWSKI, ESQ.; THOMAS R. SLOME | MROSEMAN@CULLENLLP.COM; TSLOME@CULLENLLP.COM; EABOULAFIA@CULLENLLP.COM; MKWIATKOWSKI@CULLENLLP.COM |
| DESIMONE & ASSOCIATES, LLC | RALPH DESIMONE | RDESIMONE@DLAW.NET |
| DUANE MORRIS LLP | BRETT L. MESSINGER; RUSSELL W. ROTEN; JEFF D. KAHANE; ANDREW E. MINA | BLMESSINGER@DUANEMORRIS.COM; RWROTEN@DUANEMORRIS.COM; JKAHANE@DUANEMORRIS.COM; AMINA@DUANEMORRIS.COM |
| FARRELL FRITZ PPC | MARTIN BUNIN; PATRICK COLLINS | MBUNIN@FARRELLFRITZ.COM; PCOLLINS@FARRELLFRITZ.COM |
| GAIR, GAIR, CONASON, RUBINOWITZ, BLOOM | RACHEL L. JACOBS; PETER SAGHIR; CONOR CASSIDY; ANGELLA IBISHAJ | RJACOBS@GAIRGAIR.COM; PSAGHIR@GAIRGAIR.COM; CCASSIDY@GAIRGAIR.COM; AIBISHAJ@GAIRGAIR.COM |
| JOSEPH HAGE AARONSON LLC | ROBERT E. GERBER | RGERBER@JHANY.COM |
| HACH ROSE SCHIRIPPA & CHEVERIE | MICHAEL ROSE & HILLARY NAPPI | MROSE@HACHROSELAW.COM; HNAPPI@HRSCLAW.COM; MROSE@HRSCLAW.COM |
| HAMBURGER & YAFFE, LLP | DOUGLAS MCNALLY; RICHARD HAMBURGER; DAVID YAFFE | RICHARD@HAMBURGERYAFFE.LAW; DKMCNALLY@GMAIL.COM; DAVID@HAMBURGERYAFFE.LAW |
| HERMAN LAW | JEFF HERMAN; STUART S. MERMELSTEIN ESQ.; ANDREW SILVERSHEIN | JHERMAN@HERMANLAW.COM; SMERMELSTEIN@HERMANLAW.COM; DELLIS@HERMANLAW.COM;MTHEISEN@HERMANLAW DOCKETING@HERMANLAW.COM; ASILVERSHEIN@HERMANLAW.COM |
| HOROWITZ LAW | ADAM HOROWITZ; ROBIN KISSIN | ADAM@ADAMHOROWITZLAW.COM; ROBIN@ADAMHOROWITZLAW.COM |
| HOWARD & HOWARD ATTORNEYS PLLC | JAMES E. MORGAN | JMORGAN@HOWARDANDHOWARD.COM |

| | | |
|---|---|---|
| HURLEY MCKENNA & MERTZ P.C. | CLINT PIERCE, EVAN SMOLA, & MARK MCKENNA | CPIERCE@HURLEY-LAW.COM; ESMOLA@HURLEY-LAW.COM; MMCKENNA@HURLEY-LAW.COM |
| IFRAH, PLLC | GEORGE R. CALHOUN, V | GEORGE@IFRAHLAW.COM |
| JAMES, VERNON & WEEKS, P.A. | LEANDER L. JAMES IV | LJAMES@JVWLAW.NET |
| JANET, JANET & SUGGS LLC | ANDREW S. JANET | ASJANET@JJSJUSTICE.COM |
| JEFF ANDERSON & ASSOCIATES, P.A. | ATTN: JEFF ANDERSON ESQ., TRUSHA GOFFE ESQ, & PATRICK STONEKING ESQ. | JEFF@ANDERSONADVOCATES.COM; TRUSHA@ANDERSONADVOCATES.COM; PSTONEKING@ANDERSONADVOCATES.COM |
| JONES DAY | CORINNE BALL, TODD GEREMIA, BENJAMIN ROSENBLUM, ERIC P. STEPHENS, ANDREW M. BUTLER, CHRISTOPHER DIPOMPEO | CBALL@JONESDAY.COM; TRGEREMIA@JONESDAY.COM; BROSENBLUM@JONESDAY.COM; EPSTEPHENS@JONESDAY.COM; ABUTLER@JONESDAY.COM; CDIPOMPEO@JONESDAY.COM |
| KAZEROUNI LAW GROUP APC | MIKE KAZEROUNI ASSAL ASSASSI | MIKE@KAZLG.COM; ASSAL@KAZLG.COM |
| KELLY & HULME PC | JAMES N. HULME, ESQ | JHULME@KELLYANDHULME.NET |
| KENNEDYS CMK LLP | JILLIAN G. DENNEHY ESQ. | JILLIAN.DENNEHY@KENNEDYSLAW.COM |
| KENNEY SHELTON LIPTAK NOWAK LLP | DIRK C. HAARHOFF; JUDITH TREGER SHELTON, ESQ. | DCHAARHOFF@KSLNLAW.COM; JTSHELTON@KSLNLAW.COM |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS LLP | SEAN C. SOUTHARD | SSOUTHARD@KLESTADT.COM |

| | | |
|---|---|---|
| LAURA A. AHEARN, ESQ. PLLC | LAURA A. AHEARN | LAHEARN@LAURAAHEARN.COM |
| LAW OFFICES OF MITCHELL GARABEDIAN | MITCHELL GARABEDIAN; WILLIAM H. GORDON | MGARABEDIAN@GARABEDIANLAW.COM; WGORDON@GARABEDIANLAW.COM |
| LAW OFFICES OF RONALD J. KIM, PC | RONALD J. KIM | RON@RONALDKIMLAW.COM |
| LEVY KONIGSBERG, LLP | VARA LYONS JOHN GUINAN T. CRUZ ANNA KULL MADELEINE SKALLER | VLYONS@LEVYLAW.COM; AKULL@LEVYLAW.COM; TCRUZ@LEVYLAW.COM; JGUINAN@LEVYLAW.COM; MSKALLER@LEVYLAW.COM |
| MARSH LAW FIRM PLLC | JAMES R. MARSH | JAMESMARSH@MARSH.LAW |
| MATTHEWS & ASSOCIATES | DEREK GIOVI | DGIOVI@THEMATTHEWSLAWFIRM.COM |
| MELTZER, LIPPE, GOLDSTEIN & BREITSTONE LLP | SCOTT STEINBERG | SSTEINBERG@MELTZERLIPPE.COM |
| MERSON LAW PLLC | JORDAN K. MERSON | JMERSON@MERSONLAW.COM |
| MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | EDWARD J. LOBELLO; THOMAS LEVIN, ESQ. | ELOBELLO@MSEK.COM; ATLEVIN@MSEK.COM |
| MICHAEL G. DOWD | MICHAEL G. DOWD | MICHAELGDOWD@GMAIL.COM |
| MORITT HOCK & HAMROFF LLP | THERESA A. DRISCOLL & MICHAEL C. TROIANO | TDRISCOLL@MORITTHOCK.COM; MTROIANO@MORITTHOCK.COM |
| NOAKER LAW FIRM, LLC | PATRICK NOAKER | PATRICK@NOAKERLAW.COM |
| NORTON ROSE FULBRIGHT US LLP | STEVEN HOWARD | STEVEN.HOWARD@NORTONROSEFULBRIGHT.COM |
| OFFICE OF THE NY STATE ATTORNEY GENERAL | LETITIA JAMES, ELENA GONZALEZ, ELIZABETH M. LYNCH | ELENA.GONZALEZ@AG.NY.GOV; ELIZABETHM.LYNCH@AG.NY.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | SHARA CORNELL, GREG ZIPES | SHARA.CORNELL@USDOJ.GOV; GREG.ZIPES@USDOJ.GOV |

4874-1302-1859.1 18491.002

| | | |
|---|---|---|
| PARKER WAICHMAN LLP | BRETT ZEKOWSKI; FRED ROSENTHAL | BZEKOWSKI@YOURLAWYER.COM; FROSENTHAL@YOURLAWYER.COM |
| PARKER, HUDSON, RAINER & DOBBS LLP | MATTHEW M. WEISS; MATTHEW G. ROBERTS; HARRIS B. WINSBERG | MWEISS@PHRD.COM; MROBERTS@PHRD.COM; HWINSBERG@PHRD.COM |
| PFAU COCHRAN VERTETIS AMALA PLLC | MICHAEL T. PFAU JASON P. AMALA | MICHAEL@PCVALAW.COM; JASON@PCVALAW.COM |
| PHILLIPS & PAOLICELLI, LLP | DIANE PAOLICELLI | DPAOLICELLI@P2LAW.COM |
| POLLOCK COHEN LLP; ATTN | ADAM POLLOCK | ADAM@POLLOCKCOHEN.COM |
| PORZIO BROMBERG & NEWMAN P.C. | BRETT S. MOORE ESQ.& ROBERT M. SCHECHTER ESQ | RMSCHECHTER@PBNLAW.COM; BSMOORE@PBNLAW.COM |
| REED SMITH LLP | AARON JAVIAN; JOHN B. BERRINGER; TIMOTHY P. LAW | AJAVIAN@REEDSMITH.COM; JBERRINGER@REEDSMITH.COM; TLAW@REEDSMITH.COM |
| RHEINGOLD GIUFFRA RUFFO & PLOTKIN LLP | THOMAS P. GIUFFA | TGIUFFRA@RHEINGOLDLAW.COM |
| RIVKIN RADLER LLP | MICHAEL KOTULA; JASON GURDUS; PETER P. MCNAMARA; SIOBHAIN P. MINAROVICH | MICHAEL.KOTULA@RIVKIN.COM; JASON.GURDUS@RIVKIN.COM; SIOBHAIN.MINAROVICH@RIVKIN.COM |
| ROBINS KAPLAN LLP | RAYNA E. KESSLER MATTHEW HONNOLD | RKESSLER@ROBINSKAPLAN.COM; MHONNOLD@ROBINSKAPLAN.COM |
| ROMANO & ASSOCIATES | MICHAEL J. ROMANO | MJR@ROMANOFIRM.COM |
| RUSKIN MOSCOU FALTISCHEK, P.C. | MICHAEL S. AMATO | MAMATO@RMFPC.COM |
| RUSSO, KARL, WIDMAIER & CORDANO PLLC | CHRISTOPHER GERACE | CG@RKWCLAW.COM |

| | | |
|---|---|---|
| SHELLIST LAZARZ SLOBIN LLP | DORIAN VANDENBERG-RODES | DRODES@EEOC.NET |
| SILBERSTEIN, AWAD & MIKLOS, P.C. | MICHAEL LAUTERBORN | MLAW@ASK4SAM.NET |
| SIMMONS HANLY CONROY LLC | RICHARD L. KROEGER | RKROEGER@SIMMONSFIRM.COM |
| SLATER SLATER SCHULMAN LLP | JONATHAN SCHULMAN, ADAM SLATER, LINC C. LEDER | JSCHULMAN@SSSFIRM.COM; ASLATER@SSSFIRM.COM ; LLEDER@SSSFIRM.COM; SALTER@SSSFIRM.COM |
| SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO P.C. | ERIC K. SCHWARZ | ESCHWARZ@TRIALLAW1.COM |
| SWEENEY, REICH & BOLZ, LLP | GERARD J. SWEENEY; MICHAEL H. REICH | GSWEENEY@SRBLAWFIRM.COM; MREICH@SRBLAWFIRM.COM |
| THE LAW OFFICE OF CHAD A. BOWERS, LTD. | CHAD A. BOWERS | BOWERS@LAWYER.COM; CHADALBERTBOWERS@GMAIL.COM |
| THE LAW OFFICE OF JOSHUA W. SKILLMAN | JOSHUA W. SKILLMAN | JOSH@SKILLMANLAW.NYC |
| THE ZALKIN LAW FIRM, P.C. AND BARASCH MCGARRY | ELIZABETH CATE, DEVIN STOREY, IRWIN ZALKIN, DANA COHEN; ARIELLE FELDSHON | ELIZABETH@ZALKIN.COM; DMS@ZALKIN.COM; IRWIN@ZALKIN.COM; ARIELLE@ZALKIN.COM |
| THOMAS COUNSELOR AT LAW, LLC | KATHLEEN R. THOMAS | KAT@TLCLAWLLC.COM |
| TOGUT, SEGAL & SEGAL LLP | FRANK A. OSWALD, JARED BORRIELLO | FRANKOSWALD@TEAMTOGUT.COM; JBORRIELLO@TEAMTOGUT.COM |
| TOLMAGE, PESKIN, HARRIS, & FALICK | STEPHAN H. PESKIN | PESKIN@TOLMAGEPESKINLAW.COM |
| UNITED STATES ATTORNEYS OFFICE, FOR THE SOUTHERN DISTRICT OF NEW YORK | PETER ARONOFF | PETER.ARONOFF@USDOJ.GOV |
| WEINBERG GROSS & PERGAMENT LLP | MARC A. PERGAMENT | MPERGAMENT@WGPLAW.COM |

4874-1302-1859.1 18491.002

| | | |
|---|---|---|
| WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN LLP | JOHN E. WESTERMAN, MICKEE M. HENNESSY, WILLIAM C. HEUER, ALISON M. LADD | JWESTERMAN@WESTERMANLLP.COM; MHENNESSY@WESTERMANLLP.COM; WHEUER@WESTERMANLLP.COM; ALADD@WESTERMANLLP.COM |
| WEITZ & LUXENBERG P.C. | JARED SCOTTO LISA BUSCH JUSTINE DELANEY NICHOLAS GONZALVES | JSCOTTO@WEITZLUX.COM NGONSALVES@WEITZLUX.COM LBUSCH@WEITZLUX.COM JDELANEY@WEITZLUX.COM |

# EXHIBIT B

## SERVICE BY US MAIL

| NAME | NOTICE NAME | ADDRESS |
|---|---|---|

DELL & DEAN
JOSEPH G. DELL
1225 FRANKLIN AVENUE, SUITE 450
GARDEN CITY, NJ 11530

GIULIANO LAW, P.C.
ANTHONY F. GIULIANO
445 BROADHOLLOW RD., STE 25
MELVILLE, NY 11747

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

OFFICE OF THE UNITED STATES TRUSTEE
GREG ZIPES, ESQ.
US FEDERAL BUILDING
201 VARICK STREET, SUITE 1006
NEW YORK, NY 10014

THE ROMAN CATHOLIC
DIOCESE OF ROCKVILLE CENTRE, NEW YORK
DEBTOR
50 NORTH PARK AVENUE
P.O. BOX 9023
ROCKVILLE CENTRE, NY 11571-9023

UNITED STATES ATTORNEY'S OFFICE (SDNY)
TAX & BANKRUPTCY UNIT
86 CHAMBERS ST., 3RD FLOOR
NEW YORK, NY 10007