Hearing Date and Time:  **February 12, 2024 at 2:00 p.m**. (Prevailing Eastern Time)
Objection Date and Time:  **February 7, 2024 at 5:00 p.m.** (Prevailing Eastern Time)
Reply Date: **February 9, 2024 at 12:00 p.m.** (Prevailing Eastern Time)

PACHULSKI STANG ZIEHL & JONES LLP
James I. Stang, Esq. (admitted *pro hac vice*)
Iain A. W. Nasatir, Esq.
Karen B. Dine, Esq.
Brittany M. Michael, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:  jstang@pszjlaw.com
  inasatir@pszjlaw.com
  kdine@pszjlaw.com
  bmichael@pszjlaw.com

and

BURNS BAIR LLP
Timothy W. Burns, Esq. (admitted *pro hac vice*)
Jesse J. Bair, Esq. (admitted *pro hac vice*)
10 E. Doty St., Suite 600
Madison, WI 53703-3392
Telephone: (608) 286-2808
Email:  tburns@burnsbair.com
Email:  jbair@burnsbair.com
*Counsel and Special Insurance Counsel for the Official Committee*
*of Unsecured Creditors of The Roman Catholic Diocese*
*of Rockville Centre, New York*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 20-12345 (MG) |

**AMENDED NOTICE OF HEARING ON THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR FURTHER DISCLOSURE AND RESPONSE TO DECLARATION OF ERIC P. STEPHENS**

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is P.O. Box 9023, Rockville Centre, NY 11571-9023.

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Diocese of Rockville Centre, New York, the above-captioned debtor and debtor in possession (the "Diocese" or the "Debtor") filed a motion for entry of an order requiring further disclosure and discovery related to the Diocese's document review and production process and responding to the Declaration of Eric Stephens [Docket No. 2880] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion will be held before the Honorable Martin Glenn., United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York , at the United States Bankruptcy Court for the Southern District of New York, Courtroom 523, One Bowling Green, New York, New York, 10004 (the "Bankruptcy Court") on **February 12, 2024 at 2:00 p.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be held via Zoom for Government. Parties wishing to appear at the Hearing via Zoom for Government, whether making a "live" of "listen only" appearance before the Court, must make an electronic appearance through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl on or before **February 9, 2024, at 4:00 p.m** (Eastern Time). After the deadline for parties to make electronic appearances has passed, parties who have made their electronic appearance through the Court's website will receive an invitation from the Court with a Zoom link that will allow them to attend the Hearing. Requests to receive a Zoom link should not be emailed to the Court, and the Court will not respond to late requests that are submitted on the day of the Hearing. Further information on the use of Zoom for Government can be found at the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of New York, be filed by **February 7, 2024 at 5:00 p.m. (Prevailing Eastern Time)**, and shall be served on (a) counsel to the Committee, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 36th Floor, New York, New York Attn: James I. Stang, Esq., Karen B. Dine, Esq. and Brittany M. Michael, Esq; (b) special insurance counsel to the Committee, Burns Bair LLP, 10 E. Doty Street, Suite 600 Madison, WI 53703, Attn: Timothy W. Burns, Esq. and Jesse Bair, Esq., (c) counsel to the Debtor, Jones Day, 250 Vesey Street, New York, New York 10281-1048 Attn: Corinne Ball, Esq. Todd Geremia, Esq, Benjamin Rosenblum, Esq., Andrew Butler, Esq. Benjamin Thomson, Esq.; and (d) William K. Harrington, U.S. Department of Justice, Office of the U.S. Trustee, 201 Varick Street, Room 1006, New York, NY 10014, Attn: Greg M. Zipes and Shara Cornell, Esq.

**PLEASE TAKE FURTHER NOTICE** that any replies in support of the Motion must be in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of New York, be filed by **February 9, 2024 at 12:00 p.m. (Prevailing Eastern Time)**, and shall be served on (a) counsel to the Committee, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 36th Floor, New York, New York Attn: James I. Stang, Esq., Karen B. Dine, Esq. and Brittany M. Michael, Esq; (b) special insurance counsel to the Committee, Burns Bair LLP, 10 E. Doty Street, Suite 600 Madison, WI 53703, Attn: Timothy W. Burns, Esq. and Jesse Bair, Esq., (c) counsel to the Debtor, Jones Day, 250 Vesey Street, New York, New York 10281-1048 Attn: Corinne Ball, Esq. Todd Geremia, Esq, Benjamin Rosenblum, Esq., Andrew Butler, Esq. Benjamin Thomson,

Esq.; and (d) William K. Harrington, U.S. Department of Justice, Office of the U.S. Trustee, 201 Varick Street, Room 1006, New York, NY 10014, Attn: Greg M. Zipes and Shara Cornell, Esq.

**PLEASE TAKE FURTHER NOTICE** that if no objections are timely filed and served with respect to the Motion, the Committee may, on or after the objection deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Motion, which may be entered without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing or a later hearing.

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default.

Dated: February 9, 2024　　　　PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Karen B. Dine*
James I. Stang, Esq.
Iain A. W. Nasatir, Esq.
Karen Dine, Esq.
Brittany M. Michael, Esq.
780 Third Avenue, 36th Floor
New York, NY 10017-2024
Telephone: 212/561-7700
Facsimile: 212/561-7777
jstang@pszjlaw.com
inasatir@pszjlaw.com
kdine@pszjlaw.com
bmichael@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors*