PACHULSKI STANG ZIEHL & JONES LLP
James I. Stang, Esq. (admitted *pro hac vice*)
Karen B. Dine, Esq.
Gillian N Brown, Esq.
Brittany M. Michael, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: 212- 561-7700
Facsimile: 212-561-7777
Email: jstang@pszjlaw.com
      kdine@pszjlaw.com
      gbrown@pszjlaw.com
      bmichael@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 20-12345 (MG) |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, | Chapter 11 |
| Debtor. | |

**CERTIFICATION OF NO OBJECTION REGARDING THIRTY-FIFTH MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

Pursuant to 28 U.S.C. § 1746 and Rule 9075-2 of the Local Bankruptcy Rules for the Southern District of New York, the undersigned counsel for the Official Committee of Unsecured Creditors (the "Committee") hereby certifies as follows:

1.    On November 4, 2020, this Court entered the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 129] and

4890-0062-7621.1 18491.002

the *Order Regarding Holdback on Professional Fees* [Docket No. 2743] (together the "Amended Interim Compensation Order"),[1] which authorized professionals retained pursuant to an order of this Court in the chapter 11 case to seek interim payment of compensation and reimbursement of expenses in accordance with the procedures set forth in the Amended Interim Compensation Order.

2. On **January 26, 2024**, the following Monthly Fee Statement (defined below) was filed:

- For **Pachulski Stang Ziehl & Jones LLP:** Thirty-Fifth Monthly Fee Statement of Pachulski Stang Ziehl & Jones LLP for Professional Services Rendered and Disbursements Incurred as Counsel to the Official Committee of Unsecured Creditors for the Period from November 1, 2023 through November 30, 2023 [Docket No. 2846] (the "PSZJ Monthly Fee Statement").

3. The Monthly Fee Statement was served on **January 26, 2024** [Docket No. 2848].

4. The Monthly Fee Statement complied with the requirements set forth in the Amended Interim Compensation Order.

5. Pursuant to the Amended Interim Compensation Order, February 12, 2024 was the deadline to object to the Monthly Fee Statement (the "Objection Deadline"). As of the filing of this Certification of No Objection, more than forty-eight (48) hours have elapsed since the Objection Deadline. To the best of my knowledge, no responses to the Monthly Fee Statement has been (a) filed with the Court on the docket of the above-captioned chapter 11 case, or (b) served on PSZJ.

6. Pursuant to the Amended Interim Compensation Order, upon filing of this Certification of No Objection, the Debtor is authorized to pay fifty percent (50%) of the fees and

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Amended Interim Compensation Order.

one hundred percent (100%) of the expenses requested in the Monthly Fee Statement without the need for entry of a Court order approving the Monthly Fee Statement.

    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: February 16, 2024

**PACHULSKI STANG ZIEHL & JONES LLP**

<u>/s/ Gillian N. Brown</u>
James I. Stang, Esq. (admitted *pro hac vice*)
Karen B. Dine, Esq.
Gillian N Brown, Esq.
Brittany M. Michael, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone:   212-561-7700
Facsimile:   212-561-7777
Email:   jstang@pszjlaw.com
       kdine@pszjlaw.com
       gbrown@psjzlaw.com
       bmichael@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*