PACHULSKI STANG ZIEHL & JONES LLP
James I. Stang, Esq. (admitted *pro hac vice*)
Karen B. Dine, Esq.
Gillian N Brown, Esq.
Brittany M. Michael, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: 212- 561-7700
Facsimile: 212-561-7777
Email: jstang@pszjlaw.com
         kdine@pszjlaw.com
         gbrown@pszjlaw.com
         bmichael@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 20-12345 (MG) |
| | ) | |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, | ) ) | Chapter 11 |
| | ) | |
| Debtor. | ) ) | |

**CERTIFICATION OF NO OBJECTION REGARDING (1) THIRTY-SIXTH MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023; (2) THIRTY-EIGHTH MONTHLY FEE STATEMENT OF BURNS BAIR LLP, AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED FOR THE PERIOD FROM DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023; AND (3) FIFTH MONTHLY FEE STATEMENT FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES BY BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISOR FOR THE FOR THE PERIOD FROM DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023**

Pursuant to 28 U.S.C. § 1746 and Rule 9075-2 of the Local Bankruptcy Rules for the

Southern District of New York, the undersigned counsel for the Official Committee of

Unsecured Creditors (the "Committee") hereby certifies as follows:

1.  On November 4, 2020, this Court entered the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 129] and the *Order Regarding Holdback on Professional Fees* [Docket No. 2743] (together the "Amended Interim Compensation Order"),[1] which authorized professionals retained pursuant to an order of this Court in the chapter 11 case to seek interim payment of compensation and reimbursement of expenses in accordance with the procedures set forth in the Amended Interim Compensation Order.

2.  On **January 31, 2024**, the following Monthly Fee Statements (defined below) were filed:

    - For **Pachulski Stang Ziehl & Jones LLP:** *Thirty-Sixth Monthly Fee Statement of Pachulski Stang Ziehl & Jones LLP for Professional Services Rendered and Disbursements Incurred as Counsel to the Official Committee of Unsecured Creditors for the Period from December 1, 2023 through December 31, 2023* [Docket No. 2863] (the "PSZJ Monthly Fee Statement"); and

    - For **Burns Bair LLP:** *Thirty-Eighth Monthly Fee Statement of Burns Bair LLP, as Special Insurance Counsel to the Official Committee of Unsecured Creditors for Professional Service Rendered December 1, 2023 through December 31, 2023* [Docket No. 2865] (the "Burns Bair Monthly Fee Statement"); and

    - For **Berkeley Research Group LLC:** *Fifth Monthly Fee Statement For Allowance Of Compensation And Reimbursement Of Expenses By Berkeley Research Group, LLC As Financial Advisor For The Period From December 1, 2023 Through December 31, 2023* [Docket No. 2864] (together with the PSZJ Monthly Fee Statement and Burns Bair Monthly Fee Statement, the "Monthly Fee Statements").

3.  The Monthly Fee Statements were served on **January 31, 2024** [Docket No. 2866].

4.  The Monthly Fee Statements complied with the requirements set forth in the Amended Interim Compensation Order.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Amended Interim Compensation Order.

5.      Pursuant to the Amended Interim Compensation Order, **February 15, 2024** was the deadline to object to the Monthly Fee Statements (the "Objection Deadline"). As of the filing of this Certification of No Objection, more than forty-eight (48) hours have elapsed since the Objection Deadline. To the best of my knowledge, no responses to the Monthly Fee Statements have been (a) filed with the Court on the docket of the above-captioned chapter 11 case, or (b) served on PSZJ.

6.      Pursuant to the Amended Interim Compensation Order, upon filing of this Certification of No Objection, the Debtor is authorized to pay fifty percent (50%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statements without the need for entry of a Court order approving the Monthly Fee Statements.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: February 20, 2024                         **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Gillian N. Brown*
James I. Stang, Esq. (admitted *pro hac vice*)
Karen B. Dine, Esq.
Gillian N Brown, Esq.
Brittany M. Michael, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone:     212-561-7700
Facsimile:     212-561-7777
Email:         jstang@pszjlaw.com
               kdine@pszjlaw.com
               gbrown@psjzlaw.com
               bmichael@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*