REED SMITH LLP
Aaron Javian, Esq.
John B. Berringer, Esq.
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: ajavian@reedsmith.com
E-mail: jberringer@reedsmith.com

REED SMITH LLP
Timothy P. Law, Esq. (admitted *pro hac vice*)
1717 Arch Street
Three Logan Square, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420
E-mail: tlaw@reedsmith.com

*Special Insurance Counsel for Debtor*
and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,[1] | : | Case No. 20-12345 (MG) |
| Debtor. | : | |

FORTIETH MONTHLY STATEMENT OF REED SMITH LLP, AS SPECIAL INSURANCE
COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION, OF FEES FOR
PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED FOR
THE PERIOD JANUARY 1, 2024 THROUGH JANUARY 31, 2024

| | |
|---|---|
| Name of Applicant: | Reed Smith LLP |
| Authorized to Provide Professional Services to: | Debtor and Debtor in Possession |
| Date of Retention: | Order entered on November 4, 2020, *nunc pro tunc* to October 1, 2020 |
| Period for which compensation and reimbursement is sought: | January 1, 2024 to January 31, 2024 |
| Amount of Compensation sought as actual, reasonable and necessary: | $318,555.00 |

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue P.O. Box 9023, Rockville Centre, NY 11571-9023.

|                                                                          | 50% of which is $159,277.50[2] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $6,147.45 |
| Fees and Expenses of Debtor's Consulting Expert ("Expert F&E") | $167,776.17[3] |
| TOTAL (50% of fees, 100% of costs, 100% of Expert F&E) | $333,201.12 |

Reed Smith LLP ("Reed Smith"), as Special Insurance Counsel for the Debtor and Debtor-In Possession, hereby submits this fortieth monthly statement (the "Monthly Statement") for the period of January 1, 2024 through January 31, 2024 (the "Statement Period") for payment of professional services rendered and reimbursement of expenses incurred during the Statement Period pursuant to the Court's Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Dkt. No. 129] (the "Fee Procedures Order"). Reed Smith requests: (a) interim allowance and payment of compensation in the amount of $159,277.50 (50% of $318,555.00) of fees on account of reasonable and necessary professional services rendered to the Debtor by Reed Smith, (b) reimbursement of actual and necessary costs and expenses in the amount of $6,147.45 incurred by Reed Smith during the Statement Period, and (c) reimbursement for services rendered, and costs and expenses incurred, by Debtor's consulting expert in the amount of $167,776.17.

## FEES FOR SERVICES RENDERED DURING THE STATEMENT PERIOD

1.      Set forth below is a list of the positions of the Reed Smith professionals and paraprofessionals who provided services to the Debtor during the Statement Period, their respective

---

[2] Per Order Dated December 19, 2023 Regarding Holdback on Professional Fees (Dkt. No. 2743).

[3] Submitted for payment pursuant to *Order Authorizing the Retention of Experts* [Dkt. No. 783], ¶ 3.

billing rates, and the aggregate hours spent by each professional and paraprofessional in providing services on behalf of the Debtor during the Statement Period.

| Name | Title | Department | Office | JD Year | Rate | Hours | Amount |
|------|-------|-----------|--------|---------|------|-------|--------|
| Javian, Aaron | Fix.Sh.Partner | Business and Finance | New York | 2004 | 1,280 | 10 | $1,280.00 |
| Kramer, Ann | Fix.Sh.Partner | Litigation | New York | 1984 | 1,480 | 44.4 | $65,712.00 |
| Law, Timothy | Fix.Sh.Partner | Litigation | Philadelphia | 1995 | 1,330 | 49.8 | $66,234.00 |
| Muha, Andrew | Fix.Sh.Partner | Litigation | Pittsburgh | 2001 | 995 | 1.6 | $1,592.00 |
| Berringer, John | Counsel | Litigation | New York | 1980 | 1,370 | 85.3 | $116,861.00 |
| Kim, Esther Y. | Associate | Litigation | Philadelphia | 2018 | 765 | 41.6 | $31,824.00 |
| LauKamg, Christopher | Paralegal | Business and Finance | New York | - | 435 | 26.4 | $11,484.00 |
| Simmonds, Lianna E. | Paralegal | Litigation | Philadelphia | - | 380 | 1.9 | $722.00 |
| Zygmund-Felt, Georgia A. | Paralegal | Litigation | Philadelphia | - | 380 | 3.7 | $1,406.00 |
| Schad, James | Other | Litigation | Washington | - | 640 | 33.5 | $21,440.00 |
| | | | | | | 289.2 | $318,555.00 |
| | | | | | | | |
| TOTAL: | | | | | | 289.2 | $318,555.00 |

2.      The rates charged by Reed Smith for services rendered to the Debtor are the same rates that it charges generally for professional services rendered to its non-bankruptcy clients as described in the engagement letter between Reed Smith and the Debtor.  A complete itemization of tasks performed by these professionals and paraprofessionals for the Statement Period is annexed hereto as **Exhibit A.**

## EXPENSES INCURRED DURING THE STATEMENT PERIOD

3.      Set forth below is a categorical list of expenses incurred by Reed Smith during the Statement Period in the course of representing the Debtor.

| Description | Amount |
|-------------|--------|
| Duplicating/Printing/Scanning | $108.10 |
| Gravity Stack January 2024 Invoice | $4,944.45 |
| USDC SDNY January 18, 2024 Hearing Transcript Expense | $153.30 |
| December 18, 2023 W. Chapin Deposition Transcript Expense | $941.60 |
| TOTAL: | **$6,147.45** |

**NOTICE AND OBJECTION PROCEDURES**

4.      Reed Smith has provided notice of this statement upon the following parties by electronic or first class mail: (i) the Debtor, the Roman Catholic Diocese of Rockville Centre, 50 N. Park Avenue, P.O. Box 9023, Rockville Centre, NY 11571 (Attn: Thomas Renker); (ii) counsel to the Debtor, Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); (iii) the Office of the United States Trustee Region 2, Alexander Hamilton Custom House, One Bowling Green, Suite 534, New York, NY 10004 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq.); and (iv) counsel for the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017 (Attn: Ilan D. Scharf, Esq., Karen B. Dine, Esq. and Brittany M. Michael, Esq.) and Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067 (Attn: James I. Stang, Esq.).

5.      Pursuant to the Fee Procedures Order, objections to this Monthly Statement, if any, must be served no later than March 6, 2024 (the "Objection Deadline") upon the following parties: (i) the Debtor, the Roman Catholic Diocese of Rockville Centre, 50 N. Park Avenue, P.O. Box 9023, Rockville Centre, NY 11571 (Attn: Thomas Renker); (ii) counsel to the Debtor, Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); (iii) the Office of the United States Trustee Region 2, Alexander Hamilton Custom House, One Bowling Green, Suite 534, New York, NY 10004 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq.); (iv) counsel for the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017 (Attn: Ilan D. Scharf, Esq., Karen B. Dine, Esq. and Brittany M. Michael, Esq.) and Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067 (Attn: James I. Stang, Esq.); and (v)

Special Insurance Counsel, Reed Smith LLP, 599 Lexington Avenue, New York, NY 10022 (Attn: Aaron Javian, Esq. and John B. Berringer, Esq.) and Reed Smith LLP, 1717 Arch Street, Three Logan Square, Suite 3100, Philadelphia, PA 19103 (Attn: Timothy P. Law, Esq.).

6.    If no objections to this Monthly Statement are received by the Objection Deadline, the Debtor will be authorized thereafter to pay Reed Smith 50% of the fees and 100% of the expenses identified in the Monthly Statement as well as 100% of the Expert F&E.

7.    To the extent an objection to the Monthly Statement is received on or before the Objection Deadline, the Debtor will withhold payment of that portion of the Monthly Statement to which the objection is directed and is authorized to pay the remainder of fees and expenses in the percentages set forth above.  To the extent such objection is not resolved, it shall be preserved and presented to the Court at the next interim or final fee application hearing to be heard in accordance with paragraph 2(k) of the Fee Procedures Order.

Dated:  February 20, 2024
       New York, New York

REED SMITH LLP

*/s/ Aaron Javian*
Aaron Javian, Esq.
John B. Berringer, Esq.
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: ajavian@reedsmith.com
E-mail: jberringer@reedsmith.com

-and-

REED SMITH LLP
Timothy P. Law, Esq. (admitted *pro hac vice*)
1717 Arch Street
Three Logan Square, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420
E-mail: tlaw@reedsmith.com

*Special Insurance Counsel for Debtor and Debtor in Possession*

# EXHIBIT A



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number: **3701670** |
| 50 No. Park Avenue | Invoice Date: **2/16/2024** |
| Att: William G. Chapin | Client Number: **504893** |
| Rockville Centre, NY 11570 | Matter Number: **504893.60005** |
| US - UNITED STATES | |

## *REMITTANCE PAGE*
### *PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Chapter 11 Insurance Recovery**

---

Total Current Fees.................................................................$     312,751.00

Total Current Expenses and Other Charges ....................................$     6,147.45

**Total Due This Invoice:**                                    $     **318,898.45**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360110*
*Pittsburgh, PA 15251-6110*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
**(Please Reference Invoice Number)**



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

R.C. Diocese of Rockville Centre
50 No. Park Avenue
Att: William G. Chapin
Rockville Centre, NY 11570
US - UNITED STATES

| | |
|---|---|
| Invoice Number: | **3701670** |
| Invoice Date: | **2/16/2024** |
| Client Number: | **504893** |
| Matter Number: | **504893.60005** |

**RE: Chapter 11 Insurance Recovery**

---

## INVOICE SUMMARY

Total Current Fees..................................................................................$    312,751.00

Total Current Expenses and Other Charges .....................................$____6,147.45

**Total Due This Invoice:**    $____318,898.45

Please Remit to:

**Mail To:**
*Reed Smith LLP*
*P.O. Box 360110*
*Pittsburgh, PA 15251-6110*

**Wire Instructions:**
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
**(Please Reference Invoice Number)**



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

R.C. Diocese of Rockville Centre
50 No. Park Avenue
Att: William G. Chapin
Rockville Centre, NY 11570
US - UNITED STATES

| | |
|---|---|
| Invoice Number: | **3701670** |
| Invoice Date: | **2/16/2024** |
| Client Number: | **504893** |
| Matter Number: | **504893.60005** |

### DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH January 31, 2024

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 01/02/24 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 01/02/24 | C.M. LauKamg | Retrieve USBC SDNY docket for pleadings in preparation for the January 9, 2024 Hearing and circulate same to Attorneys. | 1.00 |
| 01/02/24 | C.M. LauKamg | Arrange USBC SDNY January 9, 2024 Hearing Appearances and circulate confirmations of same. | 0.20 |
| 01/02/24 | J.B. Berringer | Review emails re: Insurer response to Plaintiff Demands (.60); review emails re: Evanston deps (.40); review emails re: LMI subpoena and emails W. Chapin re: same (.40). | 1.40 |
| 01/03/24 | A. Kramer | Work in process call with client, JD, A&M and RS teams re: underlying cases, disclosure statement process etc. (1.0); review/revise draft status letter to J. Rochon re: Arrowood (.20); email exchange with LMI re: DS issues (.10); email exchange with Berringer and Law re: underlying case updates (.20). | 1.50 |
| 01/03/24 | A. Kramer | Conference call with JD and RS teams re: Arrowood liquidation. | 0.50 |
| 01/03/24 | J.B. Berringer | Team strategy call (1.0); t/c T. Law re: Arrowood meet and confer (.40); t/c re: confidentiality agreements (.50); t/c Jones Day, Parish counsel re: reporting issues (.80); meet and confer with Arrowood counsel (.80); review of EBT reports | 4.60 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: +1 215 851 8100
Fax: +1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| | | from parish counsel, t/c W. Chapin re: same (.90); email T. Law, A. Kramer re: same (.20). | |
| 01/03/24 | C.M. LauKamg | Retrieve USBC SDNY docket for pleadings in preparation for the January 9, 2024 and January 16, 2024 Hearings and circulate same to Attorneys. | 1.00 |
| 01/03/24 | T.P. Law | Email updates to Jones Day re: teleconferences with Arrowood and Committee insurance counsel. | 0.30 |
| 01/03/24 | T.P. Law | Draft joint status update to Judge Rochon in Arrowood proceedings. | 3.40 |
| 01/03/24 | T.P. Law | Send email to NY Liquidation Bureau re: confidentiality agreement. | 0.20 |
| 01/03/24 | T.P. Law | Telephone conference with Committee insurance counsel re: Arrowood liquidation issues. | 0.40 |
| 01/03/24 | T.P. Law | Meet and confer teleconference with A. Smith re: lifting of stay. | 0.50 |
| 01/03/24 | T.P. Law | Telephone conference re: Arrowood liquidation issues with Jones Day and Reed Smith teams. | 0.50 |
| 01/03/24 | T.P. Law | Participate in work in process call with Reed Smith and Jones Day teams. | 1.00 |
| 01/04/24 | G. A. Zygmund-Felt | Draft Stipulation for T. Law. | 1.20 |
| 01/04/24 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 1.00 |
| 01/04/24 | A.J. Muha | Review and analyze LMI objection to disclosure statement and prepare email memo to A. Kramer re: evaluation of certain issues raised in LMI objection. | 1.60 |
| 01/04/24 | J.B. Berringer | Review Emails re: [REDACTED], t/c [REDACTED] (.80); review of draft Joint Letter to Court, t/c , email T. Law re: same (2.1); review of Insurer Objections to Disclosure Statement, emails A. Kramer re: same (1.4); emails A. | 6.00 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|------------|-------------|-------|
| | | Kramer, T. Renker re: NDA (.40); prepare for, attendance on t/c [REDACTED] (.80); emails to [REDACTED] (.50). | |
| 01/04/24 | T.P. Law | [REDACTED]. | 0.60 |
| 01/04/24 | T.P. Law | Begin draft stipulation for Receiver of Arrowood to sign. | 0.40 |
| 01/04/24 | T.P. Law | Finalize draft of joint letter to Judge Rochon and circulate to Arrowood's counsel. | 2.20 |
| 01/04/24 | A. Kramer | Zoom call with LMI and JD teams re: Disclosure Statement, Plan negotiations (.50); review LMI draft objections and email exchanges with Rosenblum, Berringer and Law re: same (.40); email exchange with Berringer, Law and Butler[REDACTED] (.20); review new Camden developments (.30); email exchange with JD re: same (.10). | 1.50 |
| 01/05/24 | J.B. Berringer | Review of draft Stipulation re: Arrowood receiver, A. Kramer email re: same (.60); email T. Law re: same (.10). | 0.70 |
| 01/05/24 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 01/05/24 | T.P. Law | Draft detailed update to C. Ball re: status of outstanding issues in insurance proceedings. | 0.80 |
| 01/05/24 | T.P. Law | Draft stipulation for Arrowood Receiver re: Arrowood proceeding and incorporate J. Berringer and A. Kramer edits. | 2.80 |
| 01/05/24 | A. Kramer | Review/revise draft Arrowood stipulation (.40); email exchange with T. Law re: same (.10). | 0.50 |
| 01/06/24 | T.P. Law | Finalize and send draft stipulation re: Arrowood Receiver to Arrowood's counsel. | 0.40 |
| 01/08/24 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 1.00 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: +1 215 851 8100
Fax: +1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 01/08/24 | E. Y. Kim | Draft memorandum regarding status of Evanston and LMI matters for court status conference. | 0.60 |
| 01/08/24 | J.B. Berringer | Memo E. Kim re: outstanding discovery (.20); review of Insurer Objections to Disclosure Statement (1.5); review of Committee re: same (.90); review of email to W. Chapin re: Arrowood liquidation (.30). | 2.90 |
| 01/09/24 | A. Kramer | Review/revise Reply re: Disclosure Statement (2.6); review NYLB ancillary receiver motion (.30). | 2.90 |
| 01/09/24 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar in preparation for the January 16, 2024 Hearing. | 1.00 |
| 01/09/24 | J.B. Berringer | Review voice message from J. Moffitt, telephone conference with J. Moffitt (.40); review Ancillary Receiver Petition, emails A. Kramer, T. Law re: same (.80); prep. for hearings re: LMI, Evanston (.80). | 2.00 |
| 01/09/24 | T.P. Law | Email Reed Smith and Jones Day teams re: ancillary liquidation petition filed in New York Supreme Court. | 0.40 |
| 01/09/24 | T.P. Law | Review ancillary liquidation petition filed in New York Supreme Court re: Arrowood liquidation. | 0.70 |
| 01/09/24 | T.P. Law | Follow up via email with Arrowood's counsel re: update on joint letter to Judge Rochon. | 0.20 |
| 01/10/24 | J.B. Berringer | Team work in process conference call to discuss status, strategy (1.30); prep for Court conf. calls in LMI, Evanston Adv. Proceedings (.80); Court conf. call in LMI Adv. Proceeding (.50); Court conf. re: Evanston Adv. Proceeding (.20); emails re: Evanston 30(b)(6)dep. (.20); review drafts of Joint Letter re: Arrowood , emails T. Law re: same (.90); emails E. Kim re: LMI 30(b)(6) deposition (.40); email A. Lundberg re: Petition for Ancillary Receiver (.20); review A. Smith email re: Joint Letter (.30); review Orders re: scope of | 5.40 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: +1 215 851 8100
Fax: +1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| | | discovery in LMI, Evanston Adv. Proceedings (.60). | |
| 01/10/24 | G. A. Zygmund-Felt | Respond to email from T. Law re: upcoming filing of Letter to Judge Rochon (.10); prepare exhibits with cover pages (.10); check judge's procedures re: status letters (.20); review final copy of letter and request minor edit from R. Gilson (.10); review updated copy and file (.20). | 0.70 |
| 01/10/24 | A. Kramer | Work in process call with client, JD, A&M and RS teams re: underlying cases, disclosure statement etc. (.90); review/revise joint status letter (.20). | 1.10 |
| 01/10/24 | C.M. LauKamg | Arrange USBC SDNY January 16, 2024 Hearing Appearances and circulate confirmations of same. | 0.60 |
| 01/10/24 | E. Y. Kim | Prepare for and attend call with T. Law, J. Berringer regarding status of Evanston and LMI actions (.60); emails with T. Law and J. Berringer regarding court Phase I discovery orders (.10). | 0.70 |
| 01/10/24 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.40 |
| 01/10/24 | T.P. Law | Follow up again via email with Arrowood's counsel re: update on joint letter to Judge Rochon. | 0.20 |
| 01/10/24 | T.P. Law | Zoom conference with J. Berringer and E. Kim to prepare for teleconference with Magistrate Cave. | 0.40 |
| 01/10/24 | T.P. Law | Revise and finalize joint status letter to Judge Rochon. | 2.30 |
| 01/10/24 | T.P. Law | Participate in teleconference with Judge Cave re: Evanston matter. | 0.40 |
| 01/10/24 | T.P. Law | Prepare for and participate in teleconference with Judge Cave re: LMI matter. | 0.70 |
| 01/10/24 | T.P. Law | Participate in work in process call with Jones Day and Reed Smith teams. | 1.40 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: +1 215 851 8100
Fax: +1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 01/11/24 | A. Kramer | Review/revise draft reply ISO Disclosure Statement. | 2.60 |
| 01/11/24 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 1.00 |
| 01/11/24 | T.P. Law | Review and provide comments on the Diocese's Omnibus reply to the objections filed with respect to the Debtor's Motion For an Order Approving Disclosure Statement and other objections. | 0.90 |
| 01/11/24 | J.B. Berringer | Telephone conferences with D. Artese re: Arrowood, emails Artese, T. Law re: same (1.2); telephone conference with E. Kim re: LMI, Evanston deps. (.40); review of Reply re Disclosure Statement Objections (.80); review of J. Bair email, T. Law re: same (.20). | 2.60 |
| 01/11/24 | E. Y. Kim | Communications with J. Berringer regarding LMI and Evanston depositions (.40); analyze LMI objections to 30(b)(6) notice for same (.20). | 0.60 |
| 01/12/24 | C.M. LauKamg | Revise USBC SDNY January 16, 2024 Hearing Appearances and circulate confirmations of same. | 0.40 |
| 01/12/24 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 1.00 |
| 01/12/24 | T.P. Law | Telephone call with insurance counsel for the Committee regarding Arrowood liquidation and other issues. | 0.70 |
| 01/12/24 | A. Kramer | Review/revise Exhibit B to reply to DS objections (2.1); teams call with B. Bair and RS Team (.60). | 2.70 |
| 01/12/24 | J.B. Berringer | Review of draft chart for Disclosure Statement Reply, email A. Butler re: same (.60); review of draft Case Report, email W. Chapin, T. Law re: same (.80); review of Committee Reply re: motion to declassify CVA docs (.50); t/c J. Bair, T. Burns re: Adv. Proceedings (.60); review of Court Order | 2.80 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| | | re: 1/18/2024 Conference, email C. LauKamg re: same (.30). | |
| 01/14/24 | E. Y. Kim | Draft preparation outline for Evanston 30(b)(6) deposition of the Diocese and analyze documents regarding same. | 1.30 |
| 01/15/24 | E. Y. Kim | Draft outline for LMI 30(b)(6) deposition and analyze documents regarding same. | 2.20 |
| 01/16/24 | L. E. Simmonds | Finalize and file Letter to Judge Rochon regarding 1/18/24 Video Conference Appearance List. | 0.60 |
| 01/16/24 | E. Y. Kim | Analyze documents for LMI 30(b)(6) deposition preparation and call with J. Berringer, J. Schad (2.2); draft outline for LMI 30(b)(6) deposition (1.8); draft preparation outline for Evanston 30(b)(6) deposition (1.9). | 5.90 |
| 01/16/24 | E. Y. Kim | Draft amended 30(b)(6) deposition notice to LMI (.20); communications with Veritext regarding LMI 30(b)(6) deposition preparation (.30); communications with J. Berringer regarding same (.60); call with J. Schad regarding strategy for LMI 30(b)(6) deposition and policy and claim documents (.70); call with J. Schad regarding Interstate and LMI policies (.40); emails with J. Berringer regarding Interstate policies and status of Interstate adversary proceeding (.30); draft initial letter to Interstate per J. Berringer's request (.30). | 2.80 |
| 01/16/24 | J.C. Schad | Prepare reports to J. Berringer re: Disclosure Statement facts (1.2); research policy provisions re: loss payments, policy exclusions to prepare discussions with E. Kim (3.4); attention to historic broker loss reports re: payment of loss for discussions with E. Kim (3.6). | 8.20 |
| 01/16/24 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 1.00 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: –+1 215 851 8100
Fax: –+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 01/16/24 | J.B. Berringer | Review of Jones Day questions re: Disclosure Statement Hearing (.20); review A. Kramer emails re: same (.60); review of Disclosure Statement (.90); emails, t/cs J. Schad re: same (.80); emails E. Kim re: Allianz (.40); attendance on Disclosure Statement Hearing (3.0). | 5.90 |
| 01/16/24 | A. Kramer | Attend DS Hearing and post-hearing discussions with JD team. | 4.80 |
| 01/16/24 | L. E. Simmonds | Draft letter to Judge Rochon regarding 1/18/24 Video Conference Appearance List. | 1.30 |
| 01/16/24 | T.P. Law | [REDACTED]. | 0.40 |
| 01/16/24 | T.P. Law | Draft joint letter to Judge Rochon re: attendance at court conference. | 1.80 |
| 01/17/24 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 01/17/24 | J.C. Schad | Prepare reports, discussion with E. Kim, J. Berringer re: insurer deposition, discovery responses, potential exhibits (4.4); analyze materials re: liability limits, historic loss experience, 1977 tower of polices, insurer letters (1.2). | 5.60 |
| 01/17/24 | J.B. Berringer | Review trial counsel report re: Bilello case email T. Law re: same (.80); telephone conference with E. Kim, J. Schad re: Evanston, LMI deps (.70); review of 30(b)(6) outline (.80); emails E. Kim, T. Law re: same (.20); review Risk Trac docs (.60); revisions to Case Report (.90); review of insert into DS re: insurance risk (.80); email to W. Chapin re: Case Report (.40). | 5.20 |
| 01/17/24 | E. Y. Kim | Draft outline for Evanston 30(b)(6) deposition preparation (2.8); calls with J. Schad regarding same (1.2); analyze documents regarding same (.90); call with J. Berringer, J. Schad regarding documents and Evanston outline (.50). | 5.40 |
| 01/17/24 | A. Kramer | Review CBall outline re: DS (.30); work in | 6.80 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | process call with client, JD, A&M and RS teams (1.0); draft outline of insurance points for DS modification (5.3); revise same per Berringer and Law comments (.20). | |
| 01/17/24 | T.P. Law | Review and comment on document identifying risks relating to insurance for disclosure statement. | 0.60 |
| 01/17/24 | T.P. Law | Review defense counsel report and comment on status. | 0.40 |
| 01/17/24 | T.P. Law | Prepare for conference with Judge Rochon re: impact of Arrowood liquidation on SDNY proceeding. | 2.80 |
| 01/17/24 | T.P. Law | Participate in work in process call with Jones Day and Reed Smith teams. | 1.10 |
| 01/18/24 | J.C. Schad | Prepare reports, exhibits, statements re: LMI Bishops Program for depositions, discovery responses to insurers (2.4); review Mediation Statement materials (.60); report re: claim, loss summary materials (1.8). | 4.80 |
| 01/18/24 | C.M. LauKamg | Telephone and email to USDC SDNY Clerks Office and Court Reporter regarding retrieval status of the January 18, 2024 Case Management Conference Transcript and circulate status of same. | 0.40 |
| 01/18/24 | J.B. Berringer | Review docs from E. Kim for meeting with W. Chapin. | 0.90 |
| 01/18/24 | A. Kramer | Email exchange with Berringer re: underlying cases, Evanston policy (.30); email exchange with T. Law re: Arrowood hearing, next steps (.20). | 0.50 |
| 01/18/24 | E. Y. Kim | Draft outline for LMI 30(b)(6) deposition and analyze documents regarding same relating to the LMI policies, payment of losses and claim correspondence (4.3); revise preparation outline for Evanston 30(b)(6) deposition preparation (1.5); calls with J. Schad regarding same (.60). | 6.40 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: –+1 215 851 8100
Fax: –+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 01/18/24 | T.P. Law | Participate in video conference with Judge Rochon re: impact of Arrowood liquidation on proceeding. | 0.60 |
| 01/18/24 | J.B. Berringer | Telephone conference W. Chapin re: reports to LMI (.30); revisions to LMI Reports (1.50); t/c B. Davey re: reporting to LMI (.50); prep for Court Conf. (.40); email to A. Magee re: LMI Reports (.20); prep. for meeting with W. Chapin (.60); emails re: same (.40); t/c Brooklyn Diocese counsel re: same (.40); t/c J. Schad, review of LMI policy re: limits (.80). | 5.10 |
| 01/18/24 | T.P. Law | Update NYLB re: status of the Arrowood adversary proceeding. | 0.40 |
| 01/18/24 | T.P. Law | Report to client and Jones Day via email re: Judge Rochon's decision to lift the liquidation stay. | 0.40 |
| 01/18/24 | T.P. Law | Prepare for conference with Judge Rochon to discuss impact of Arrowood liquidation. | 3.40 |
| 01/19/24 | E. Y. Kim | Emails with opposing counsel and Veritext regarding logistics of and exhibits for LMI 30(b)(6) deposition (.60); revise outlines for same and Evanston deposition (1.2). | 1.80 |
| 01/19/24 | J.C. Schad | Prepare graphic depictions, policy schedules for reports to E. Kim (1.8); discussions with E. Kim, J. Berringer re: historic program, secondary evidence, potential deposition exhibits (3.4); attention to historic archive documents re historic umbrella limits for reports to J. Berringer (.60). | 5.80 |
| 01/19/24 | J.B. Berringer | Prepare for, attendance at meeting with W. Chapin re: Evanston (5.0); review docs, draft memo to team re: Evanston attachment point (.80); emails E. Kim re: amendments to Responses to Evanston Interrogatories (.90). | 6.70 |
| 01/20/24 | J.B. Berringer | Emails W. Chapin, J. Schad re: Evanston attachment point. | 0.60 |
| 01/21/24 | E. Y. Kim | Emails with J. Berringer regarding LMI policies and claim correspondence to prepare for LMI | 0.50 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | deposition. | |
| 01/21/24 | J.B. Berringer | Prep. for LMI deposition. | 4.50 |
| 01/22/24 | E. Y. Kim | Prepare for LMI deposition and analyze exhibits regarding same (1.8); confer with J. Berringer regarding same (.50). | 2.30 |
| 01/22/24 | T.P. Law | Begin draft of joint letter to Magistrate Judge Cave re: status of Arrowood litigation. | 1.90 |
| 01/22/24 | T.P. Law | Draft long email to J. Berringer and E. Kim to prepare for next steps in Arrowood litigation. | 0.80 |
| 01/22/24 | T.P. Law | Emails with opposing counsel to prepare for next steps in Arrowood litigation. | 0.30 |
| 01/22/24 | J.C. Schad | Prepare schedule of claims trigger (2.3); attention to data, documents re: certain coverage position statements (.80); analyze data, documents re: coverage tower (.70). | 3.80 |
| 01/22/24 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 1.00 |
| 01/22/24 | G. A. Zygmund-Felt | Search for document for T. Law. | 0.10 |
| 01/22/24 | J.B. Berringer | Meeting, t/cs E. Kim re: LMI deposition (.80); review of docs, prep of outline for LMI deposition (3.7). | 4.50 |
| 01/23/24 | E. Y. Kim | Prepare for and attend LMI 30(b)(6) deposition (3.6); draft notes regarding LMI's deposition testimony (1.4); emails with opposing counsel, Veritext regarding deposition exhibits (.30); attention to bond requirement for non-admitted insurance companies per T. Law's request (1.3). | 6.60 |
| 01/23/24 | A. Kramer | Review/revise expert report. | 3.80 |
| 01/23/24 | T.P. Law | [REDACTED]. | 0.20 |
| 01/23/24 | T.P. Law | Draft joint letter to Judge Cave re: status of Arrowood litigation and remaining discovery and | 2.90 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: +1 215 851 8100
Fax: +1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | send to opposing counsel. | |
| 01/23/24 | J.C. Schad | Attention to claim materials, trigger analysis, extract pertinent data, insurance information, prepare comprehensive schedule of claims, suits which trigger insurer policy for report to E. Kim and J. Berringer. | 2.80 |
| 01/23/24 | J.B. Berringer | Prep for, attendance at LMI 30(b)6 deposition (3.5); email B. Davey re: Case Reports (.30); review on draft letter to Judge Rochon (.40). | 4.20 |
| 01/24/24 | A. Kramer | Work in process call with JD, RS and A&M teams re: Steinman status, demands, Disclosure Statement etc. | 0.90 |
| 01/24/24 | T.P. Law | Attend work in process telephone conference with Reed Smith, Jones Day, and expert teams. | 1.00 |
| 01/24/24 | G. A. Zygmund-Felt | Assist R. Gilson re: documents from production. | 0.10 |
| 01/24/24 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 1.00 |
| 01/24/24 | J.B. Berringer | Team strategy call (1.0); t/c B. Davey re Case Reports (.80); emails C. Adams, W. Chapin re: Case Reports (.80); emails J. Moffitt re: LMI depositions (.50); review J. Bair email re: Plan Disclosure Statements(.40). | 3.50 |
| 01/25/24 | T.P. Law | Draft potential modifications to disclosure statement re: Arrowood insolvency issues. | 1.70 |
| 01/25/24 | T.P. Law | Telephone conference with Jones Day and Reed Smith teams re: disclosure statement issues raised by Committee. | 1.00 |
| 01/25/24 | A. Kramer | Review/analyze committee comments (2.1); email exchanges with Berringer and Law re: same (.20); teams call with C. Ball, B. Rosenblum, A. Butler and T. Law re: same (1.8); telephone calls with Berringer re: same (.20). | 4.30 |
| 01/25/24 | G. A. Zygmund- | Follow up with R. Gilson re: status of items from | 0.20 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | Felt | document production for binder assembly. | |
| 01/25/24 | G. A. Zygmund-Felt | Finish assembly of binder re: document productions. | 0.30 |
| 01/25/24 | J.B. Berringer | Review of Committee points re: Disclosure Statement (.80); review of draft responses to Committee Points (.50); t/cs A. Kramer re: LMI Service Organization provision (.80); emails J. Schad, A. Kramer re: same (.40); review draft response to Committee (.40). | 2.90 |
| 01/25/24 | J.C. Schad | Prepare report re: Insuring Conditions pursuant to discussions with J. Berringer. | 0.30 |
| 01/25/24 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 01/26/24 | E. Y. Kim | Revise Evanston discovery responses for J. Berringer's review (1.3); analyze additional documents for production to Evanston (.50). | 1.80 |
| 01/26/24 | T.P. Law | Email exchange with Jones Day re: disclosure statement issues. | 0.30 |
| 01/26/24 | T.P. Law | Telephone conference with Committee re: comments to disclosure statement. | 1.50 |
| 01/26/24 | T.P. Law | Telephone conference with A. Kramer and J. Berringer re: insurance aspects of Committee comments to disclosure statement. | 0.80 |
| 01/26/24 | J.B. Berringer | Telephone conference with A. Kramer, T. Law re: draft Disclosure Statement (.80); review E. Kim emails re: Evanston discovery (.60); review email, draft Case Report from B. Davey (.60); attendance on page turner re: Disclosure Statement (1.3). | 3.30 |
| 01/26/24 | A. Kramer | Analysis of insurance issues (1.1); Zoom call with Berringer and Law re: JD insurance questions (.80); teams call with Committee, JD and RS Teams re: DS Page turn (1.5). | 3.40 |
| 01/26/24 | J.C. Schad | Attention to prior work product for reports to E. | 0.40 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: +1 215 851 8100
Fax: +1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | Kim re: discovery responses. | |
| 01/28/24 | J.B. Berringer | Revisions to Evanston Interrogatory responses (1.2); telephone conference with E. Kim re: same (.80). | 2.00 |
| 01/28/24 | E. Y. Kim | Revise discovery responses to Evanston per J. Berringer's comments. | 1.20 |
| 01/29/24 | T.P. Law | Begin review of Arrowood denial letters re: specific claims. | 0.90 |
| 01/29/24 | T.P. Law | Follow up with Arrowood re: deposition scheduling. | 0.20 |
| 01/29/24 | T.P. Law | Review E. Stephens affidavit for applicability to insurance coverage actions. | 0.70 |
| 01/29/24 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 01/29/24 | G. A. Zygmund-Felt | Complete Document Production Binder for T. Law. | 1.10 |
| 01/29/24 | J.B. Berringer | Review of B. Davey Case Reports (.80); review of amended discovery responses re: Evanston (.80); t/cs A. Lundberg, A. Kramer re: [REDACTED] (.60). | 2.20 |
| 01/29/24 | E. Y. Kim | Amend discovery responses to Evanston and email opposing counsel regarding same. | 0.80 |
| 01/30/24 | J.B. Berringer | Review new outline for Evanston's 30(b)(6) deposition (.80); telephone conferences with E. Kim, W. Chapin re: same (.20); email Evanston counsel re: same (.20); email J. Moffett re: LMI deps (.20); review UST email re: Disclosure Statement, C. Ball reply (.30). | 1.70 |
| 01/30/24 | T.P. Law | Review coverage denial letters from Arrowood. | 0.70 |
| 01/30/24 | E. Y. Kim | Revise preparation outline for Evanston 30(b)(6) deposition of the Diocese. | 0.70 |
| 01/30/24 | A. Kramer | Review Plan and DS redlines filed on 1/29. | 0.50 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 01/31/24 | J.B. Berringer | Team call re: demands to LMI, status of case (.70); t/cs W. Chapin re: deposition (.70); assembly of material re: Demand cases for A. Kramer (.90); emails Schad, Kramer re: same (.50); emails Evanston counsel, team re: deposition (.20). | 3.00 |
| 01/31/24 | J.B. Berringer | Assemble Case Reports for A. Kramer and emails with Kramer and Davey re: same. | 0.70 |
| 01/31/24 | T.P. Law | Draft revisions to joint letter to Judge Cave. | 0.70 |
| 01/31/24 | A. Kramer | Work in process call with Renker, JD, A&M and RS teams re: Glenn order, Steinman status, demand issues (.50); communications with J. Berringer and J. Schad re: demand issues (.40); analysis of demand claims (4.3); draft outline re: demand process for JD team (.70); email exchange with RS team re: same (.20). | 6.10 |
| 01/31/24 | T.P. Law | Attend work in process call with client and Jones Day and Reed Smith teams. | 0.50 |
| 01/31/24 | J.C. Schad | Identify, notate, record claimant materials for reports to J. Berringer and A. Kramer. | 1.80 |
| **Total Hours** | | | **277.80** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Ann V. Kramer | 44.40 hrs @ $ | 1,480.00 / hr | 65,712.00 |
| John B. Berringer | 85.30 hrs @ $ | 1,370.00 / hr | 116,861.00 |
| Timothy P. Law | 49.80 hrs @ $ | 1,330.00 / hr | 66,234.00 |
| Andrew J. Muha | 1.60 hrs @ $ | 995.00 / hr | 1,592.00 |
| Esther Y. Kim | 41.60 hrs @ $ | 765.00 / hr | 31,824.00 |
| James C. Schad | 33.50 hrs @ $ | 640.00 / hr | 21,440.00 |
| Christopher LauKamg | 16.00 hrs @ $ | 435.00 / hr | 6,960.00 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Georgia A. Zygmund-Felt | 3.70 hrs @ $ | 380.00 / hr | 1,406.00 |
| Lianna E. Simmonds | 1.90 hrs @ $ | 380.00 / hr | 722.00 |
| **Total Professional Services** | | | **312,751.00** |

**DISBURSEMENTS AND OTHER CHARGES**

| Date | Description | | Amount |
|---|---|---|---|
| | Duplicating/Printing/Scanning | 1,081.00 @ 0.10 | 108.10 |
| 01/06/2024 | December 18, 2023 W. Chapin Deposition Transcript Expense | | 941.60 |
| 01/26/2024 | USDC SDNY January 18, 2024 Hearing Transcript Expense | | 153.30 |
| 01/29/2024 | Gravity Stack January 2024 Invoice | | 4,944.45 |
| | **Total Expenses and Other Charges** | | **6,147.45** |

**INVOICE SUMMARY**

| | | |
|---|---|---|
| Total Fees | $ | 312,751.00 |
| Total Expenses and Other Charges | $ | 6,147.45 |
| **TOTAL CURRENT INVOICE DUE** | $ | **318,898.45** |
| **Total Amount Due** | $ | **318,898.45** |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number:    **3701667** |
| 50 No. Park Avenue | Invoice Date:    **2/16/2024** |
| Att: William G. Chapin | Client Number:    **504893** |
| Rockville Centre, NY 11570 | Matter Number:    **504893.60006** |
| US - UNITED STATES | |

## *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Fee statements/fee applications**

Total Current Fees..............................................................................$_____5,804.00

**Total Due This Invoice:**                    $_____**5,804.00**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
*(Please Reference Invoice Number)*



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

R.C. Diocese of Rockville Centre
50 No. Park Avenue
Att: William G. Chapin
Rockville Centre, NY 11570
US - UNITED STATES

| | |
|---|---|
| Invoice Number: | **3701667** |
| Invoice Date: | **2/16/2024** |
| Client Number: | **504893** |
| Matter Number: | **504893.60006** |

**RE: Fee statements/fee applications**

---

## INVOICE SUMMARY

Total Current Fees.............................................................................. $_____ 5,804.00

**Total Due This Invoice:**                              $_____ **5,804.00**

Please Remit to:

**Mail To:**
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
***(Please Reference Invoice Number)***



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: +1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

R.C. Diocese of Rockville Centre
50 No. Park Avenue
Att: William G. Chapin
Rockville Centre, NY 11570
US - UNITED STATES

| | |
|---|---|
| Invoice Number: | **3701667** |
| Invoice Date: | **2/16/2024** |
| Client Number: | **504893** |
| Matter Number: | **504893.60006** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH January 31, 2024**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 01/05/24 | C.M. LauKamg | Prepare, review and revise USBC SDNY Certificate of No Objection for Reed Smith LLP Thirty-Eight Monthly Fee Statement and update master files and calendar. | 0.40 |
| 01/08/24 | C.M. LauKamg | Revise USBC SDNY Certificate of No Objection for Reed Smith LLP Thirty-Eighth Monthly Fee Statement and update master files and calendar. | 0.20 |
| 01/08/24 | C.M. LauKamg | Prepare, review and edit USBC SDNY Reed Smith LLP Thirty-Ninth Monthly Fee Statement in preparation for electronic filing. | 1.50 |
| 01/11/24 | C.M. LauKamg | Finalize, electronically file and serve USBC SDNY Certificate of No Objection for the November 2023 Reed Smith LLP Monthly Fee Statement and update master files and calendar. | 0.80 |
| 01/16/24 | C.M. LauKamg | Review USBC SDNY Reed Smith LLP Thirty-Ninth Monthly Fee Statement in preparation for electronic filing. | 1.00 |
| 01/17/24 | C.M. LauKamg | Revise USBC SDNY Reed Smith LLP Thirty-Ninth Monthly Fee Statement in preparation for electronic filing. | 1.00 |
| 01/18/24 | C.M. LauKamg | Email A. Ciriello of Alvarez and Marsal regarding October 2023 and November 2023 Reed Smith LLP Monthly Fee Statements. | 0.20 |
| 01/22/24 | C.M. LauKamg | Coordinate with Accounting Department regarding KCIC November 2023 Invoice Payment and arrange payment of same. | 0.40 |
| 01/22/24 | C.M. LauKamg | Revise USBC SDNY Reed Smith LLP Thirty- | 0.80 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| | | Ninth Monthly Fee Statement in preparation for electronic filing. | |
| 01/22/24 | A. Javian | Review/comment on December invoice. | 0.50 |
| 01/24/24 | C.M. LauKamg | Revise and finalize USBC SDNY Reed Smith LLP Thirty-Ninth Monthly Fee Statement in preparation for electronic filing. | 1.70 |
| 01/24/24 | C.M. LauKamg | Follow up with Accounting Department regarding KCIC November 2023 Invoice Payment and arrange Payment of same. | 0.40 |
| 01/24/24 | A. Javian | Review/comment on monthly fee statement. | 0.50 |
| 01/25/24 | C.M. LauKamg | Revise and finalize USBC SDNY Reed Smith LLP Thirty-Ninth Monthly Fee Statement in preparation for electronic filing. | 0.20 |
| 01/25/24 | C.M. LauKamg | Finalize, electronically file and coordinate service of USBC SDNY Reed Smith LLP Thirty-Ninth Monthly Fee Statement and update master files and calendar. | 1.80 |
| **Total Hours** | | | **11.40** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Aaron Javian | 1.00 hrs @ $ | 1,280.00 / hr | 1,280.00 |
| Christopher LauKamg | 10.40 hrs @ $ | 435.00 / hr | 4,524.00 |
| **Total Professional Services** | | | **5,804.00** |

**INVOICE SUMMARY**

| | | |
|---|---|---|
| Total Fees | $ | 5,804.00 |
| **TOTAL CURRENT INVOICE DUE** | $ | **5,804.00** |
| **Total Amount Due** | $ | **5,804.00** |