UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br>     Debtor. | Chapter 11<br>Case No. 20-12345 (MG) |

## NOTICE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that a Status Conference will be held on **February 26, 2024 at 11:00 a.m.** (Prevailing Eastern Time) (the "**Hearing**") in connection with a discovery dispute between the Debtor and the Official Committee of Unsecured Creditors (the "**Committee**") relating to the Committee's Motion for Further Disclosure and Response to Declaration of Eric P. Stephens [Docket No. 2880].

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be a Zoom conference, with participants appearing by Zoom for Government.  Parties wishing to appear at the Hearing via Zoom for Government, whether making a "live" or "listen only" appearance before the Court, must make an electronic appearance through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl on or before February 23, 2024, at 4:00 p.m. (Eastern Time). After the deadline for parties to make electronic appearances has passed, parties who have made their electronic appearance through the Court's website will receive an invitation from the Court with a Zoom link that will allow them to attend the Hearing. Requests to receive a Zoom link should not be emailed to the Court, and the Court will not respond to late requests that are submitted on the day of the Hearing. Further information on the use of Zoom for Government can be found at the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

4887-9851-7416.2 18491.002

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing or a later hearing.

**PLEASE TAKE FURTHER NOTICE** that any responding parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default.

Dated:   February 22, 2024  PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Karen B. Dine*
James I. Stang, Esq.
Iain A. W. Nasatir, Esq.
Karen B. Dine, Esq.
Brittany M. Michael, Esq.
780 Third Avenue, 34th Floor
New York, NY  10017-2024
Telephone: 212/561-7700
Facsimile: 212/561-7777
jstang@pszjlaw.com
inasatir@pszjlaw.com
kdine@pszjlaw.com
bmichael@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors*

### CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February, 2024, a true and correct copy of the above and foregoing was caused to be served on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in this case.

*/s/ Karen B. Dine*
Karen B. Dine

2

4887-9851-7416.2 18491.002