**Objection Deadline: March 15, 2024**

BURNS BAIR LLP
Timothy W. Burns, Esq. (admitted *pro hac vice*)
Jesse J. Bair, Esq. (admitted *pro hac vice*)
10 E. Doty St., Suite 600
Madison, WI 53703-3392
Telephone: (608) 286-2808
Email: tburns@burnsbair.com
Email: jbair@burnsbair.com

*Special Insurance Counsel to the Official Committee
of Unsecured Creditors of The Roman Catholic Diocese
of Rockville Centre, New York*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br>                              Debtor. | Chapter 11<br>Case No. 20-12345 (MG) |

**THIRTY-NINTH MONTHLY FEE STATEMENT OF BURNS BAIR LLP,
AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR PROFESSIONAL SERVICES RENDERED
AND DISBURSEMENTS INCURRED FOR THE PERIOD FROM
JANUARY 1, 2024 THROUGH JANUARY 31, 2024**

| | |
|---|---|
| Name of Applicant: | Burns Bair LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | Effective October 29, 2020 pursuant to Order dated December 9, 2020 [Docket No. 246] |
| Period for which compensation and reimbursement is sought: | January 1, 2024 – January 31, 2024 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $63,858.50<br>50% of which is $31,929.25 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $33.50 |
| TOTAL (80% of fees and 100% of costs) | $31,962.75 |

**This is the thirty-ninth monthly fee statement.**

**PRELIMINARY STATEMENT**

Burns Bair LLP ("Burns Bair"), as Special Insurance Counsel to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Diocese of Rockville Centre, New York (the "Debtor"), hereby submits this thirty-ninth monthly statement (the "Monthly Statement") for the period from January 1, 2024 through January 31, 2024 (the "Statement Period") for payment of professional services rendered and reimbursement of expenses incurred during the Statement Period pursuant to the Court's *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* dated November 4, 2020 [Docket No. 129] (the "Interim Compensation Order"). Burns Bair requests interim allowance and payment of compensation in the amount of $31,929.25 (50% of $63,858.50) for fees on account of reasonable and necessary professional services rendered to the Committee by Burns Bair; and (b) reimbursement of actual and necessary costs and expenses in the amount of $33.50.

**FEES FOR SERVICES RENDERED DURING THE STATEMENT PERIOD**

1. Set forth below is a list of the positions of the Burns Bair professionals and paraprofessionals who provided services to the Committee during the Statement Period, their respective billing rates, and the aggregate hours spent by each professional and paraprofessional in providing services on behalf of the Committee during the Statement Period.

| Name | Title | Year of Partnership | Year of Admission | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Timothy Burns | Partner | 2008 | 1991 | $975.00 | 35.20 | $34,320.00 |
| Jesse Bair | Partner | 2020 | 2013 | $625.00 | 44.90 | $28,062.50 |
| Brian Cawley | Associate | N/A | 2020 | $420.00 | .40 | $168.00 |
| Nathan Kuenzi | Associate | N/A | 2020 | $420.00 | 2.60 | $1,092.00 |
| Brenda Horn-Edwards | Paralegal | N/A | N/A | $360.00 | .60 | $216.00 |
| | | | | **TOTAL:** | **83.70** | **$63,858.50** |

2. The rates charged by Burns Bair for services rendered to the Committee are the same rates that it charges generally for professional services rendered to its non-bankruptcy clients.

2

A complete itemization of tasks performed by these professionals and paraprofessionals for the Statement Period is annexed hereto as **Exhibit A**.

## EXPENSES INCURRED DURING THE STATEMENT PERIOD

3.      Set forth below is a categorical list of expenses incurred by Burns Bair during the Statement Period in the course of representing the Committee.

| Date | Description | Amount |
|---|---|---|
| 1/1/2024 | Fourth Quarter 2023 PACER | $33.50 |
|  | TOTAL: | $33.50 |

## NOTICE AND OBJECTION PROCEDURES

4.      No trustee or examiner has been appointed in these chapter 11 cases. Pursuant to the Interim Compensation Order, Burns Bair has provided notice of this statement upon the following parties by electronic or first class mail: (a) the Debtor c/o The Roman Catholic Diocese of Rockville Centre, 50 N Park Ave P.O. Box 9023, Rockville Centre, NY 11571-9023 (Attn: Thomas Renker); (b) the attorneys for the Debtor, Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); and (c) the Office of the United States Trustee Region 2 (the "U.S. Trustee"), 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq.). Burns Bair submits that no other or further notice need be provided.

5.      Pursuant to the Interim Compensation Order, objections to this Monthly Statement, if any, must be served upon the Application Recipients by March 15, 2024 (the "Objection Deadline") setting forth the nature of the objection and the amount of fees or expenses at issue.

6.      If no objections to this Monthly Statement are made on or before the Objection Deadline, the Debtor shall pay Burns Bair 50% of the fees and 100% of the expenses set forth above.  To the extent an objection to this Monthly Statement is timely made, the Debtor shall

withhold payment of that portion of the Monthly Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved; it shall be preserved and presented to the Court at the next interim or final fee application hearing.

Dated: February 29, 2024

BURNS BAIR LLP

/s/ *Jesse J. Bair*
Jesse J. Bair, Esq. (admitted *pro hac vice*)
Timothy W. Burns, Esq. (admitted *pro hac vice*)
10 E. Doty St., Suite 600
Madison, WI 53703-3392
Telephone: (608) 286-2808
Email: jbair@burnsbair.com
Email: tburns@burnsbair.com

*Special Insurance Counsel to the Official Committee of Unsecured Creditors of The Roman Catholic Diocese of Rockville Centre, New York*

# EXHIBIT A

# Burns | Bair

10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**The Official Committee of Unsecured Creditors of
The Roman Catholic Diocese of Rockville Centre**

Issue Date : 2/21/2024

Bill # : 01366

**Matter:** Insurance

## PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 1/1/2024 | Jesse Bair | Review K. Dine correspondence re case developments and potential state court counsel meeting re same (.1); | 0.10 | $62.50 |
| 1/2/2024 | Jesse Bair | Review correspondence with Arrowood and the debtor re upcoming meet and confer (.1); | 0.10 | $62.50 |
| 1/2/2024 | Jesse Bair | Review LMI's subpoena to J. Hanson (.1); | 0.10 | $62.50 |
| 1/2/2024 | Jesse Bair | Participate in state court counsel meeting for insurance purposes re potential alternative test case process and overall case strategy (1.2); | 1.20 | $750.00 |
| 1/2/2024 | Jesse Bair | Review the debtor's response to the Committee's letter re alternative test case process (.1); review correspondence with state court counsel and K. Dine re same (.1); | 0.20 | $125.00 |
| 1/2/2024 | Jesse Bair | Participate in conference with T. Burns re insurance case developments and next-steps (.1); | 0.10 | $62.50 |
| 1/2/2024 | Timothy Burns | Participate in state court counsel meeting for insurance purposes re potential alternative test case process and overall case strategy (1.2); | 1.20 | $1,170.00 |
| 1/2/2024 | Timothy Burns | Review the Diocese's response to the Committee's test case process letter (.1); | 0.10 | $97.50 |
| 1/2/2024 | Jesse Bair | Review the Committee's letter to the Debtor re alternative test case process (.1); | 0.10 | $62.50 |
| 1/3/2024 | Jesse Bair | Participate in conference with T. Burns re preparations for meet and confer with the Diocese and Arrowood re Arrowood district court action (.1); participate in meet and confer with the Diocese and Arrowood re same (.6); | 0.70 | $437.50 |

20-12345-mg    Doc 2953    Filed 02/29/24    Entered 02/29/24 13:55:03    Main Document
Pg 7 of 15

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 1/3/2024 | Timothy Burns | Participate in conference with J. Bair re preparations for meet and confer with the Diocese and Arrowood re Arrowood district court action (.1); participate in conference with J. Bair re outcome of Arrowood meet and confer and next-steps (.2); | 0.30 | $292.50 |
| 1/3/2024 | Jesse Bair | Review and respond to state court counsel questions re test case protocol and analysis re insurance issues (.4); | 0.40 | $250.00 |
| 1/3/2024 | Jesse Bair | Participate in conference with T. Burns re Arrowood meet and confer outcome and next-steps (.2); | 0.20 | $125.00 |
| 1/3/2024 | Jesse Bair | Participate in call with I. Nasatir re outcome of meet and confer with Arrowood and the Diocese and next-steps re same (.3); | 0.30 | $187.50 |
| 1/3/2024 | Jesse Bair | Participate in additional conference with the Debtor re Arrowood issues and outstanding demand letters (.3); | 0.30 | $187.50 |
| 1/4/2024 | Timothy Burns | Review draft status letter to district court re Arrowood (.1); correspondence with J. Bair and I. Nasatir re same (.1.); | 0.20 | $195.00 |
| 1/4/2024 | Jesse Bair | Review the Debtor's first modified disclosure statement for insurance purposes (1.4); brief review re exhibits to same (.1); | 1.50 | $937.50 |
| 1/4/2024 | Jesse Bair | Draft order approving Burns Bair interim fee application (.2); correspondence with Chambers re same (.1); draft revised version of Burns Bair fee order (.1); | 0.40 | $250.00 |
| 1/4/2024 | Jesse Bair | Review the Debtor's Trust Distribution Procedures for insurance purposes (.5); | 0.50 | $312.50 |
| 1/4/2024 | Jesse Bair | Review draft extension request to the Court re Arrowood status letter (.1); | 0.10 | $62.50 |
| 1/4/2024 | Timothy Burns | Participate in call with J. Bair re case developments, strategy, and ongoing insurance projects (.1); | 0.10 | $97.50 |
| 1/4/2024 | Jesse Bair | Review draft letter to Judge Steinmann re test case issues (.1); review correspondence with state court counsel re same (.1); | 0.20 | $125.00 |
| 1/4/2024 | Jesse Bair | Correspondence with Arrowood and the Diocese re joint letter in the Arrowood district court action (.1); | 0.10 | $62.50 |
| 1/4/2024 | Jesse Bair | Participate in call with T. Burns re outcome of call with J. Stang re case insurance strategy (.1); | 0.10 | $62.50 |
| 1/4/2024 | Timothy Burns | Participate in call with J. Stang re insurance case strategy (.3); conference with J. Bair re outcome of same (.1); | 0.40 | $390.00 |
| 1/4/2024 | Jesse Bair | Review correspondence with K. Dine and Interstate re adjournment of hearing re the Interstate privacy breach matter (.1); | 0.10 | $62.50 |
| 1/4/2024 | Jesse Bair | Review the Debtor's first modified plan for insurance purposes (1.4); | 1.40 | $875.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 1/4/2024 | Jesse Bair | Participate in call with T. Burns re case developments, strategy, and ongoing insurance projects (.1); | 0.10 | $62.50 |
| 1/4/2024 | Jesse Bair | Review and edit draft joint letter to the Court in the Arrowood district court action (.2); | 0.20 | $125.00 |
| 1/4/2024 | Jesse Bair | Analysis re potential insurance objections to the Debtor's disclosure statement (.3); draft email memorandum to PSZJ re same (.5); | 0.80 | $500.00 |
| 1/4/2024 | Timothy Burns | Review correspondence with the Debtor and Arrowood re status update letter to the district court (.1); | 0.10 | $97.50 |
| 1/4/2024 | Timothy Burns | Review correspondence with state court counsel and J. Bair re test case issues (.1); | 0.10 | $97.50 |
| 1/5/2024 | Timothy Burns | Participate in portion of state court counsel meeting for insurance purposes re case developments and strategy (.4); participate in follow-up meeting with certain state court counsel and PSZJ re same (.1); participate in additional conference with PSZJ re same and next-steps (.2); | 0.70 | $682.50 |
| 1/5/2024 | Jesse Bair | Participate in conference with T. Burns re the Committee's disclosure statement objection (.1); | 0.10 | $62.50 |
| 1/5/2024 | Jesse Bair | Participate in call with K. Dine re the Debtor's first modified Plan and the Committee's disclosure statement objection to same (.4); | 0.40 | $250.00 |
| 1/5/2024 | Jesse Bair | Continued analysis re Arrowood Receiver issues (.1); | 0.10 | $62.50 |
| 1/5/2024 | Timothy Burns | Analyze recent New York case law re insurer's refusal to settle (.2); participate in conference with J. Bair re the Committee's disclosure statement objection (.1); | 0.30 | $292.50 |
| 1/5/2024 | Jesse Bair | Review and edit updated version of the Committee's disclosure statement objection (1.3); correspondence with PSZJ re same (.1); | 1.40 | $875.00 |
| 1/5/2024 | Jesse Bair | Review and edit the Committee's disclosure statement objection for insurance purposes (2.1); | 2.10 | $1,312.50 |
| 1/5/2024 | Jesse Bair | Participate in state court counsel meeting for insurance purposes re case developments and going-forward strategy (.5); participate in follow-up meeting with certain state court counsel and PSZJ re same (.1); participate in additional conference with PSZJ re same and next-steps (.2); | 0.80 | $500.00 |
| 1/5/2024 | Jesse Bair | Review order granting extension re Arrowood joint status letter (.1); | 0.10 | $62.50 |
| 1/6/2024 | Timothy Burns | Review the Diocese's draft Arrowood receiver stipulation (.1); correspondence with J. Bair re same (.1); | 0.20 | $195.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 1/6/2024 | Jesse Bair | Review draft stipulation for the Arrowood receiver (.1); correspondence with the Debtor, I. Nasatir, and T. Burns re same (.1); | 0.20 | $125.00 |
| 1/7/2024 | Jesse Bair | Review K. Dine correspondence re state court counsel call re the Committee's objection to the Debtor's disclosure statement (.1); | 0.10 | $62.50 |
| 1/7/2024 | Timothy Burns | Review LMI's disclosure statement Objection (.6); | 0.60 | $585.00 |
| 1/7/2024 | Timothy Burns | Review proposed non-party discovery order in state court CVA cases (.1); | 0.10 | $97.50 |
| 1/7/2024 | Timothy Burns | Review Interstate's disclosure statement Objection (.8); | 0.80 | $780.00 |
| 1/7/2024 | Timothy Burns | Review Lexington's joinder to LMI and Interstate's disclosure statement Objection (.1); | 0.10 | $97.50 |
| 1/7/2024 | Timothy Burns | Review the Diocese's Trust Distribution Procedures (.7); | 0.70 | $682.50 |
| 1/7/2024 | Timothy Burns | Review correspondence with the Debtor and J. Bair re draft Arrowood stipulation (.1); review correspondence with PSZJ and J. Bair re same (.1); | 0.20 | $195.00 |
| 1/7/2024 | Timothy Burns | Review the Committee's motion for relief from confidentiality agreement (.3); | 0.30 | $292.50 |
| 1/8/2024 | Jesse Bair | Review Lexington's and Evanston's disclosure statement objection joinders (.1); | 0.10 | $62.50 |
| 1/8/2024 | Jesse Bair | Review further revised version of the Committee's disclosure statement objection (.2); | 0.20 | $125.00 |
| 1/8/2024 | Jesse Bair | Review LMI's disclosure statement objection (.4); | 0.40 | $250.00 |
| 1/8/2024 | Jesse Bair | Review the US Trustee's disclosure statement objection (.3); review K. Dine correspondence re same (.1); | 0.40 | $250.00 |
| 1/8/2024 | Timothy Burns | Participate in conference with J. Bair re disclosure statement hearing preparations and strategy (.1); | 0.10 | $97.50 |
| 1/8/2024 | Jesse Bair | Participate in conference with T. Burns re disclosure statement hearing preparations and strategy (.1); | 0.10 | $62.50 |
| 1/8/2024 | Jesse Bair | Review Interstate's disclosure statement objection (.3); | 0.30 | $187.50 |
| 1/9/2024 | Jesse Bair | Analysis of insurance issues in preparation for upcoming disclosure statement hearing (.1); | 0.10 | $62.50 |
| 1/10/2024 | Jesse Bair | Review revised version of the parties' joint status letter in the Arrowood district court action (.1); correspondence with the Debtor and Arrowood re same (.1): | 0.20 | $125.00 |
| 1/10/2024 | Timothy Burns | Review and revise draft Arrowood stipulation (.2); conference with J. Bair re same (.1); review correspondence with PSZJ and J. Bair re insurer discovery (.1); | 0.40 | $390.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 1/10/2024 | Jesse Bair | Correspondence with the Debtor re LMI status conference outcome (.1); | 0.10 | $62.50 |
| 1/10/2024 | Jesse Bair | Correspondence with K. Dine re LMI demand letter status and LMI district court action (.1); | 0.10 | $62.50 |
| 1/10/2024 | Jesse Bair | Correspondence with PSZJ re the New York Department of Financial Service's petition to open an Arrowood ancillary proceeding (.1); participate in conference with T. Burns re Arrowood stipulation issues (.1); | 0.20 | $125.00 |
| 1/10/2024 | Jesse Bair | Review and respond to correspondence with J. Stang and I. Nasatir re insurance discovery issues (.2); | 0.20 | $125.00 |
| 1/11/2024 | Timothy Burns | Review DFS's petition for appointment as ancillary receiver of Arrowood (.2); | 0.20 | $195.00 |
| 1/11/2024 | Jesse Bair | Review the Delaware Insurance Department's frequently asked questions summary re the Arrowood liquidation process (.2); | 0.20 | $125.00 |
| 1/11/2024 | Timothy Burns | Review frequently asked questions re Arrowood by Delaware Insurance Department (.2); | 0.20 | $195.00 |
| 1/11/2024 | Timothy Burns | Review and respond to correspondence with PSZJ and J. Bair re meeting with Debtor re case insurance issues (.2); | 0.20 | $195.00 |
| 1/11/2024 | Jesse Bair | Review the New York DFS's petition seeking entry of an ancillary proceeding over Arrowood (.2); | 0.20 | $125.00 |
| 1/11/2024 | Jesse Bair | Correspondence with the Diocese re call to discuss case insurance issues (.1); | 0.10 | $62.50 |
| 1/11/2024 | Jesse Bair | Review order setting status conference in the Arrowood district court action (.1); | 0.10 | $62.50 |
| 1/11/2024 | Jesse Bair | Correspondence with I. Nasatir and K. Dine re debtor insurance call and case insurance discovery issues (.1); | 0.10 | $62.50 |
| 1/12/2024 | Jesse Bair | Participate in call with the Debtor re case insurance issues (.6); consideration of insurance next-steps in light of outcome of same (.1); | 0.70 | $437.50 |
| 1/12/2024 | Jesse Bair | Begin analyzing the Debtor's Trust Agreements (.7); | 0.70 | $437.50 |
| 1/12/2024 | Timothy Burns | Participate in conference with J. Bair re disclosure statement insurance issues (.1); | 0.10 | $97.50 |
| 1/12/2024 | Jesse Bair | Review the Debtor's disclosure statement reply brief (.5); | 0.50 | $312.50 |
| 1/12/2024 | Jesse Bair | Participate in conference with T. Burns re disclosure statement insurance issues (.1); | 0.10 | $62.50 |
| 1/12/2024 | Jesse Bair | Correspondence with K. Dine re the upcoming disclosure statement hearing (.1); | 0.10 | $62.50 |
| 1/12/2024 | Jesse Bair | Review correspondence from the Debtor re potential disclosure statement edits (.1); | 0.10 | $62.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 1/12/2024 | Jesse Bair | Prepare for state court counsel meeting (.1); participate in state court counsel meeting for insurance purposes re upcoming disclosure statement hearing, insurance updates, and overall case strategy (.7); | 0.80 | $500.00 |
| 1/13/2024 | Jesse Bair | Review correspondence with PSZJ re debtor disclosure statement reply arguments (.1); | 0.10 | $62.50 |
| 1/13/2024 | Jesse Bair | Review agenda for January 16 hearing (.1); | 0.10 | $62.50 |
| 1/13/2024 | Jesse Bair | Correspondence with K. Dine and T. Burns re disclosure statement hearing preparations (.1); | 0.10 | $62.50 |
| 1/14/2024 | Timothy Burns | Detailed review of all objections to the Debtor's disclosure statement for insurance purposes (2.9); detailed review of the Debtor's Trust Agreements for insurance purposes (2.2); | 5.10 | $4,972.50 |
| 1/15/2024 | Jesse Bair | Review correspondence with PSZJ and T. Burns re disclosure statement hearing arguments (.2); | 0.20 | $125.00 |
| 1/15/2024 | Jesse Bair | Review additional correspondence with K. Dine re disclosure statement hearing preparations (.1); | 0.10 | $62.50 |
| 1/15/2024 | Timothy Burns | Detailed review of Debtor's Second Amended Plan and disclosure statement for insurance purposes (6.1); | 6.10 | $5,947.50 |
| 1/16/2024 | Timothy Burns | Participate in disclosure statement hearing for insurance purposes (3.8); participate in post-hearing conference with J. Bair re outcome of same and next-steps (.2); | 4.00 | $3,900.00 |
| 1/16/2024 | Jesse Bair | Continue analyzing the Debtor's disclosure statement reply brief and appendix A to same in preparation for disclosure statement hearing (.5); | 0.50 | $312.50 |
| 1/16/2024 | Jesse Bair | Review Debtor's demonstrative re Plan v. dismissal choice (.1); | 0.10 | $62.50 |
| 1/16/2024 | Jesse Bair | Participate in conference with T. Burns re disclosure statement insurance issues (.2); continue preparing for potential insurance aspects of disclosure statement hearing (.3); | 0.50 | $312.50 |
| 1/16/2024 | Nathan Kuenzi | Supplemental analysis of New York law re Arrowood ancillary proceeding issues in connection with disclosure statement and plan issues (.9); draft email memo summarizing same (.4); | 1.30 | $546.00 |
| 1/16/2024 | Jesse Bair | Participate in disclosure statement hearing for insurance purposes (3.8); participate in post-hearing conference with T. Burns re outcome of same and next-steps (.2); | 4.00 | $2,500.00 |
| 1/16/2024 | Jesse Bair | Continue reviewing the Debtor's Trust Agreements for insurance purposes (1.0); | 1.00 | $625.00 |
| 1/16/2024 | Jesse Bair | Review Interstate's suggested disclosure statement inserts (.1); | 0.10 | $62.50 |
| 1/16/2024 | Jesse Bair | Review the Committee's letter to the Court re test case updates (.2); | 0.20 | $125.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 1/16/2024 | Jesse Bair | Review joint letter to Judge Rochon re January 18 Arrowood status conference and correspondence with Debtor and Arrowood re same (.1); correspond with the Debtor and Arrowood re same (.1); | 0.20 | $125.00 |
| 1/16/2024 | Jesse Bair | Review Debtor's demonstrative re Plan funds flow (.1); | 0.10 | $62.50 |
| 1/16/2024 | Jesse Bair | Brief review re the debtor's second modified Plan (.1); brief review re the debtor's second modified disclosure statement (.2); | 0.30 | $187.50 |
| 1/16/2024 | Jesse Bair | Participate in conference with PSZJ, BRG, and T. Burns re preparations and strategy for disclosure statement hearing (1.2); follow-up correspondence with Committee professionals re same and relevant Plan provisions (.2); | 1.40 | $875.00 |
| 1/16/2024 | Jesse Bair | Review P. Stoneking letter to the Court re notice discovery issues (.1); | 0.10 | $62.50 |
| 1/16/2024 | Timothy Burns | Prepare for disclosure statement hearing (1.6); met with J. Bair re same (.2); participate in conference with PSZJ, BRG, and J. Bair re preparations and strategy for disclosure statement hearing (1.2); | 3.00 | $2,925.00 |
| 1/17/2024 | Jesse Bair | Participate in portion of Committee meeting for insurance purposes re case status, strategy, and next-steps (1.2); | 1.20 | $750.00 |
| 1/17/2024 | Timothy Burns | Participate in Committee meeting for insurance purposes re case status and strategy (1.4); | 1.40 | $1,365.00 |
| 1/17/2024 | Jesse Bair | Review Judge Glenn's recent remand decision (.1); | 0.10 | $62.50 |
| 1/17/2024 | Jesse Bair | Correspond with I. Nasatir re upcoming Arrowood status conference hearing (.1); | 0.10 | $62.50 |
| 1/18/2024 | Jesse Bair | Review the Court's order declining to approve the debtor's disclosure statement (.1); | 0.10 | $62.50 |
| 1/18/2024 | Jesse Bair | Continue analyzing insurance aspects of the Debtor's disclosure statement and Plan (.3); | 0.30 | $187.50 |
| 1/18/2024 | Timothy Burns | Participate in portion of strategy session with PSZJ and J. Bair re the Debtor's Plan and Disclosure Statement and potential edits and further objections to same (.5); participate in Arrowood status conference before Judge Rochon (.6); | 1.10 | $1,072.50 |
| 1/18/2024 | Jesse Bair | Participate in strategy session with PSZJ and T. Burns re the Debtor's Plan and Disclosure Statement and potential edits and further objections to same (.7); | 0.70 | $437.50 |
| 1/18/2024 | Jesse Bair | Review correspondence with state court counsel re testcase developments before Judge Steinmann (.1); | 0.10 | $62.50 |
| 1/18/2024 | Jesse Bair | Prepare for status conference in the Arrowood district court action (.2); | 0.20 | $125.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 1/18/2024 | Jesse Bair | Correspondence with PSZJ re supplemental briefing schedule and hearing date re the debtor's disclosure statement (.1); | 0.10 | $62.50 |
| 1/18/2024 | Jesse Bair | Participate in status conference in the Arrowood district court action (.6); consideration re outcome of same and potential next-steps (.1);correspondence with PSZJ re same (.1); | 0.80 | $500.00 |
| 1/19/2024 | Jesse Bair | Brief review re B. Michael's proposed disclosure statement issues and edits (.1); | 0.10 | $62.50 |
| 1/19/2024 | Nathan Kuenzi | Additional analysis re Arrowood ancillary proceeding issues, timeline, and procedures (.5); | 0.50 | $210.00 |
| 1/19/2024 | Timothy Burns | Review various correspondence from state court counsel re debtor state court discovery issues and strategy meeting re same (.3); review amended scheduling order in Arrowood district court action (.1); review correspondence re outcome of status hearing (.1); review various correspondence with PSZJ and J. Bair re strategy and response to Debtor's disclosure statement (.3); review the Debtor's letter to J. Glenn re disclosure statement schedule (.1); review Order re Second Modified Disclosure Statement (.2); review court's remand decision (.2); | 1.30 | $1,267.50 |
| 1/19/2024 | Timothy Burns | Participate in call with state court counsel re potential case resolution strategy and insurance issues re same (.2); | 0.20 | $195.00 |
| 1/19/2024 | Jesse Bair | Review the debtor's letter to the Court re supplemental disclosure statement briefing and hearing schedule (.1); | 0.10 | $62.50 |
| 1/20/2024 | Jesse Bair | Review revised scheduling order in the Arrowood district court action (.1); | 0.10 | $62.50 |
| 1/21/2024 | Timothy Burns | Legal research, analysis, and prepared email memo re potential regulatory concerns regarding insurers' conduct (.7); | 0.70 | $682.50 |
| 1/21/2024 | Jesse Bair | Review correspondence with J. Stang and state court counsel re Committee settlement strategy (.1); | 0.10 | $62.50 |
| 1/22/2024 | Jesse Bair | Review disclosure statement schedule (.1); | 0.10 | $62.50 |
| 1/22/2024 | Timothy Burns | Prepare for call (.1); participate in call with state court counsel re potential regulatory concerns regarding insurers' conduct (.1); participate in additional call with state court counsel re case developments in advance of upcoming Committee meeting (.3); | 0.50 | $487.50 |
| 1/22/2024 | Jesse Bair | Review prior mediation demand to the Diocese re insurance issues (.2); consideration re potential amendments to same in light of case status (.2); | 0.40 | $250.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 1/22/2024 | Jesse Bair | Analysis regarding case resolution strategy and next-steps (.2); | 0.20 | $125.00 |
| 1/23/2024 | Jesse Bair | Review draft presentation re Plan litigation strategy for use in Committee meeting (.1); | 0.10 | $62.50 |
| 1/23/2024 | Jesse Bair | Prepare for Committee meeting (.1); participate in conference with T. Burns re insurance strategy in connection with upcoming Committee meeting (.2); participate in portion of Committee meeting for insurance purposes re disclosure statement and Plan litigation strategy (1.4); | 1.70 | $1,062.50 |
| 1/23/2024 | Jesse Bair | Draft insurance suggestions and edits to the Debtor's disclosure statement and trust distribution procedures (2.6); | 2.60 | $1,625.00 |
| 1/23/2024 | Timothy Burns | Met with J. Bair re insurance strategy in connection with upcoming Committee meeting (.2): review joint status letter to J. Schofield (.1); prepare for Committee meeting (.1); participate in Committee meeting for insurance purposes re plan and strategy issues (1.5); analysis and draft regulatory bullet points re insurers' conduct in Diocesan cases (.4); | 2.30 | $2,242.50 |
| 1/23/2024 | Nathan Kuenzi | Continue analyzing Arrowood ancillary proceeding issues in connection with Plan structure proposed by the Debtor re Arrowood recovery (.8); | 0.80 | $336.00 |
| 1/24/2024 | Jesse Bair | Review and edit the Committee's redline of the Debtor's disclosure statement to incorporate additional insurance edits (1.9); | 1.90 | $1,187.50 |
| 1/24/2024 | Jesse Bair | Participate in call with J. Stang re Plan and Disclosure Statement insurance issues (.4); | 0.40 | $250.00 |
| 1/24/2024 | Jesse Bair | Participate in call with K. Dine re disclosure statement insurance issues (.2); | 0.20 | $125.00 |
| 1/24/2024 | Jesse Bair | Draft separate disclosure statement insurance question overview for the debtor (.2); correspond with Reed Smith re same (.1); | 0.30 | $187.50 |
| 1/25/2024 | Brenda Horn-Edwards | Draft Burns Bair monthly fee statement (.4); generate and edit Exhibit A to same (.1); correspond with J. Bair re same (.1); | 0.60 | $216.00 |
| 1/25/2024 | Jesse Bair | Review correspondence from the Debtor and PSZJ re disclosure statement meet and confer (.1); | 0.10 | $62.50 |
| 1/26/2024 | Jesse Bair | Participate in meet and confer with the Diocese for insurance purposes re disclosure statement issues (1.5); | 1.50 | $937.50 |
| 1/26/2024 | Jesse Bair | Participate in call with K. Dine and B. Michael re meet and confer outcome, next steps, and Arrowood issues (.3); review follow-up correspondence with K. Dine and J. Stang re same (.1); | 0.40 | $250.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 1/26/2024 | Jesse Bair | Review and respond to correspondence with state court counsel re insurance demand letter status (.2); | 0.20 | $125.00 |
| 1/26/2024 | Timothy Burns | Review LMI's subpoena of J. Hanson in LMI adversary (.1); | 0.10 | $97.50 |
| 1/27/2024 | Timothy Burns | Review correspondence with state court counsel and J. Bair re insurance demands (.1); | 0.10 | $97.50 |
| 1/27/2024 | Jesse Bair | Review monthly Debtor PSIP information (.1); | 0.10 | $62.50 |
| 1/30/2024 | Jesse Bair | Review correspondence with PSZJ re the Debtor's third modified disclosure statement and plan (.1); | 0.10 | $62.50 |
| 1/30/2024 | Jesse Bair | Review correspondence with the Debtor and US Trustee re the debtor's modified Plan documents (.1); | 0.10 | $62.50 |
| 1/31/2024 | Brian Cawley | Research and analyze Plan provisions in other Diocesan cases in connection with the Committee's response to the Court's disclosure statement order (.3); correspond with J. Bair re same (.1); | 0.40 | $168.00 |
| 1/31/2024 | Timothy Burns | Participate in portion of strategy meeting with PSZJ re disclosure statement issues (.7); correspond with J. Bair re same (.1); review correspondence with PZSJ and J. Bair re disclosure statement issues (.2); review Court's Order regarding Disclosure Statement issues (.1); review and revise the Committee's proposed response to same (.4); review further revised version of same (.1); | 1.60 | $1,560.00 |
| 1/31/2024 | Jesse Bair | Review the Court's order re disclosure statement issues for the Committee to address (.1); review and respond to correspondence with PSZJ re same and response (.2); review and edit the Committee's response to same (.3); | 0.60 | $375.00 |
| **Total Hours and Fees** | | | **83.70** | **$63,858.50** |

### EXPENSES

| Date | Description | Amount |
|---|---|---|
| 1/1/2024 | Fourth Quarter 2023 PACER | $33.50 |
| **Total Expenses** | | **$33.50** |

### Timekeeper Summary

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Brenda Horn-Edwards | Paralegal | 0.60 | $360.00 | $216.00 |
| Brian Cawley | Associate | 0.40 | $420.00 | $168.00 |
| Jesse Bair | Partner | 44.90 | $625.00 | $28,062.50 |
| Nathan Kuenzi | Associate | 2.60 | $420.00 | $1,092.00 |
| Timothy Burns | Partner | 35.20 | $975.00 | $34,320.00 |

**Total Due This Invoice: $63,892.00**