**Objection Deadline:  March 15, 2024**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Case No. 20-12345 (SCC) |
| | ) |
| THE ROMAN CATHOLIC DIOCESE OF | ) Chapter 11 |
| ROCKVILLE CENTRE, NEW YORK, | ) |
| | ) |
| Debtor.[1] | ) |
| _____ | ) |

**SIXTH MONTHLY FEE STATEMENT FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES BY**
**BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISOR**
**FOR THE PERIOD FROM JANUARY 1, 2024 THROUGH JANUARY 31, 2024**

| | |
|---|---|
| Name of Applicant: | Berkeley Research Group, LLC ("BRG") |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "Committee") |
| Date of Retention: | December 9, 2020 Effective as of October 29, 2020 [Docket No. 246] |
| Period for which Compensation and Reimbursement is Sought: | January 1, 2024 through January 31, 2024[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $29,205.50 (50% of $58,411.00) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 |

This is a:      _X_  Monthly  ___ Interim    __ Final Application.

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last for digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue, PO Box 9023, Rockville Centre, NY  11571-9023.

[2] The applicant reserves the right to include any time expended and expenses incurred in the period indicated above in future application(s) if it is not included herein.

## Preliminary Statement:

Berkeley Research Group, LLC ("BRG"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of above-captioned debtor (the "Debtor"), hereby submits this Sixth Monthly Fee Statement (the "Monthly Statement") for the period from January 1, 2024, through January 31, 2024 (the "Fee Period") in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* dated November 4, 2020 [Docket No. 129] (the "Interim Compensation Order").

BRG requests (a) interim allowance and payment of compensation in the amount of $29,205.50 (50% of $58,411.00) for fees on account of reasonable and necessary professional services rendered to the Committee by BRG; (b) and actual and necessary expenses in the amount of $0.00 for a total of $29,205.50  BRG reserves the right to apply in the future for reimbursement of actual and necessary costs and expenses, if any, incurred by members of the Committee in connection with their service as members of the Committee during the Compensation Period.

## Services Rendered and Expenses Incurred During the Compensation Period

1.      The BRG timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.

2.      As noted in *The Official Committee of Unsecured Creditors' Application to Retain and Employ Berkeley Research Group, LLC, as Financial Advisor Effective as of October 29,2020*. "In the ordinary course of business, BRG periodically revises its hourly rates to reflect promotions and other changes in personnel responsibilities, increases in experience, and increases in the cost of doing business. As of January 1, 2024, the hourly rates for certain staff increased. The new rates can be found in Exhibit A: Fees by Professional.

3.      A schedule of fees incurred during the Fee Period summarized by task code is

attached hereto as **Exhibit B**.

4.      An expense summary organized by general expense categories for expenses incurred by BRG during the Fee Period in connection with services rendered to the Committee is attached hereto as **Exhibit C**.

5.      The detailed time records which describe the time spent by each BRG Timekeeper and detailed records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services during the Fee Period are attached hereto as **Exhibit D**.

### Notice and Objection Procedures

6.      No Trustee or examiner has been appointed in this chapter 11 case. Notice of the Monthly Statement has been served by electronic mail and/or U.S. First Class Mail upon: (a) the Debtor c/o The Roman Catholic Diocese of Rockville Centre, 50 N Park Ave P.O. Box 9023, Rockville Centre, NY 11571-9023 (Attn: Thomas Renker, Esq.); (b) the attorneys for the Debtor at Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); and (c) the Office of the United States Trustee Region 2, 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq.). BRG submits that no other or further notice need be provided.

7.      Pursuant to the Interim Compensation Order, objections to this Application, if any, must be served upon the undersigned counsel for the Committee and all persons identified at paragraph 5, above, by March 15, 2024 (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue.

8.      If no objections to this Monthly Statement are made on or before the Objection Deadline, the Debtor shall pay BRG 50% of the fees and 100% of the expenses set forth above.

9.      To the extent an objection to this Monthly Statement is timely made, the Debtor shall withhold payment of that portion of the Monthly Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.

To the extent such objection is not resolved, it shall be preserved and presented to the Court at the next interim or final fee application hearing.

Date: February 29, 2024        **BERKELEY RESEARCH GROUP, LLC**

*/s/ D. Ray Strong*
D. Ray Strong
BERKELEY RESEARCH GROUP, LLC
201 South Main Street, Suite 450
Salt Lake City, UT  84111
Telephone:      (801) 364-6233
Email:            rstrong@thinkbrg.com

*Financial Advisor for the Official Committee*
*of Unsecured Creditor*

# EXHIBIT A



# EXHIBIT A

### Time Keeper Summary

| NAME OF PROFESSIONAL | TITLE | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Paul Shields | Managing Director | $850.00 | 19.20 | $ 16,320.00 |
| Ray Strong | Managing Director | $815.00 | 30.90 | $ 25,183.50 |
| Eric Madsen | Managing Director | $815.00 | 4.00 | $ 3,260.00 |
| Albert Metz | Managing Director | $800.00 | 1.50 | $ 1,200.00 |
| Matthew Babcock | Director | $755.00 | 0.40 | $ 302.00 |
| Jared Funk | Senior Managing Consultant | $650.00 | 2.30 | $ 1,495.00 |
| Christina Tergevorkian | Managing Consultant | $480.00 | 7.60 | $ 3,648.00 |
| Shelby Chaffos | Consultant | $415.00 | 13.90 | $ 5,768.50 |
| Spencer Rawlings | Associate | $225.00 | 2.00 | $ 450.00 |
| Dallin Godfrey | Case Assistant | $160.00 | 4.90 | $ 784.00 |
| **TOTALS** | | | **86.70** | **$ 58,411.00** |

# EXHIBIT B



# EXHIBIT B

### Task Code Summary

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| 220.00 | Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 2.20 | $ 546.00 |
| 396.00 | Asset Analysis (Others - Cemeteries) | 3.50 | $ 2,915.50 |
| 600.00 | Claims / Liability Analysis (General) | 9.60 | $ 3,780.00 |
| 800.00 | Plan & Disclosure Statement Analysis | 67.40 | $ 50,202.00 |
| 1060.00 | Fee Application Preparation & Hearing | 4.00 | $ 967.50 |
| **TOTALS** | | **86.70** | **$ 58,411.00** |

# EXHIBIT C



# EXHIBIT C

## Expense Summary

| Expense by Category | Amounts |
|---|---|
| None | $         - |
| **TOTAL** | **$         -** |

# EXHIBIT D

 **INVOICE**

James I Stang                                February 15, 2024
Pachulski Stang Ziehl & Jones                Client: 21145
10100 Santa Monica Blvd.                     Matters: 034827 | 042179 | 045293 | 052760
13th Floor                                   Invoice #: 169620
Los Angeles, CA 90067                        Tax ID # 27-1451273

**Via Email: jstang@pszjlaw.com**

---

Services Rendered From January 1, 2024 Through January 31, 2024

**RE:  The Official Committee of Unsecured Creditors for the Roman Catholic Diocese of Rockville Centre, New York**

| | | |
|---|---|---|
| Professional Services | $   58,411.00 | USD |
| **CURRENT CHARGES** | **$   58,411.00** | **USD** |

**Please remit wire/ACH payment to:**

| | |
|---|---|
| Bank Name: | PNC BANK, N.A. |
| SWIFT: | PNCCUS33 |
| ABA #: | 031207607 |
| Account Name: | BERKELEY RESEARCH GROUP, LLC |
| Account #: | 8026286672 |
| Reference: | 169620 |

Please send remittance advice details to:
remitadvice@thinkbrg.com

**Please remit check payment to:**
BERKELEY RESEARCH GROUP, LLC
PO BOX 676158
DALLAS, TX 75267-6158

**Please remit express/overnight payment to:**
PNC BANK C/O BERKELEY RESEARCH GROUP, LLC
LOCKBOX NUMBER 676158
1200 E CAMPBELL RD, STE 108
RICHARDSON, TX 75081

---



**To:** James I Stang
**c/o:** Pachulski Stang Ziehl & Jones

Services Rendered From January 1, 2024 Through January 31, 2024

**PROFESSIONAL SERVICES**

| | Rate | Hours | Amount |
|---|---|---|---|
| **Managing Director** | | | |
| Paul Shields | 850.00 | 19.20 | 16,320.00 |
| Eric Madsen | 815.00 | 4.00 | 3,260.00 |
| Ray Strong | 815.00 | 30.90 | 25,183.50 |
| Albert Metz | 800.00 | 1.50 | 1,200.00 |
| **Director** | | | |
| Matthew Babcock | 755.00 | 0.40 | 302.00 |
| **Associate Director** | | | |
| Jared Funk | 650.00 | 2.30 | 1,495.00 |
| **Managing Consultant** | | | |
| Christina Tergevorkian | 480.00 | 7.60 | 3,648.00 |
| **Consultant** | | | |
| Shelby Chaffos | 415.00 | 13.90 | 5,768.50 |
| **Associate** | | | |
| Spencer Rawlings | 225.00 | 2.00 | 450.00 |
| **Case Assistant** | | | |
| Dallin Godfrey | 160.00 | 4.90 | 784.00 |
| **Total Professional Services** | | **86.70** | **58,411.00** |



**To:** James I Stang

**c/o:** Pachulski Stang Ziehl & Jones

**Page** 3 of 11
**Invoice #** 169620
**Client:** 21145

**SUMMARY BY TASK CODE**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| 220.00 | Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 2.20 | 546.00 |
| 396.00 | Asset Analysis (Other - Cemeteries) | 3.50 | 2,915.50 |
| 600.00 | Claims / Liability Analysis (General) | 9.60 | 3,780.00 |
| 800.00 | Plan & Disclosure Statement Analysis | 67.4 | 50,202.00 |
| 1060.00 | Fee Application Preparation & Hearing | 4.00 | 967.50 |
| **Total Professional Services** | | **86.70** | **58,411.00** |



Services Rendered From January 1, 2024 Through January 31, 2024

**DETAIL OF PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| **Task Code: 220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | | | |
| 01/08/24 | Spencer Rawlings | Analyzed November 2023 ending bank statement balances in the MOR Report to monitor Debtor operating activities. | 0.70 | 225.00 | 157.50 |
| 01/08/24 | Spencer Rawlings | Analyzed MOR cash receipts and disbursements for November 2023 to monitor Debtor operating activities. | 0.40 | 225.00 | 90.00 |
| 01/08/24 | Spencer Rawlings | Analyzed financial statements contained in November 2023 MOR Report to monitor Debtor operating activities. | 0.90 | 225.00 | 202.50 |
| 01/08/24 | Christina Tergevorkian | Examined November 2023 MOR reports to monitor Debtor operating activities. | 0.20 | 480.00 | 96.00 |
| | | **Total for Task Code 220.00** | **2.20** | | **546.00** |
| **Task Code: 396 - Asset Analysis (Other - Cemeteries)** | | | | | |
| 01/19/24 | Eric Madsen | Reviewed CemCo ability to pay analysis to prepare for call with counsel. | 0.30 | 815.00 | 244.50 |
| 01/19/24 | Eric Madsen | Met with UCC Counsel (GG, KD) and BRG (PS, RS) to evaluate issues relating to CemCo litigation. | 0.70 | 815.00 | 570.50 |
| 01/19/24 | Paul Shields | Reviewed issues for consideration in connection with CemCo litigation. | 1.10 | 850.00 | 935.00 |
| 01/19/24 | Paul Shields | Met with UCC Counsel (GG, KD) and BRG (RS, EM) to evaluate issues in connection with CemCo litigation. | 0.70 | 850.00 | 595.00 |
| 01/19/24 | Ray Strong | Attended call with UCC Counsel (GG, KD) and BRG (EM, PS) regarding CemCo litigation issues. | 0.70 | 815.00 | 570.50 |
| | | **Total for Task Code 396** | **3.50** | | **2,915.50** |
| **Task Code: 600.00 - Claims / Liability Analysis (General)** | | | | | |
| 01/03/24 | Shelby Chaffos | Revised the professional fee analysis summary through October 2023 for case monitoring. | 1.60 | 415.00 | 664.00 |

 **INVOICE**

**To:** James I Stang
**c/o:** Pachulski Stang Ziehl & Jones

**Page** 5 of 11
**Invoice #** 169620
**Client:** 21145

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 01/03/24 | Shelby Chaffos | Updated professional fee analysis to include payments made to professionals from MOR supplemental in October 2023 for case monitoring. | 1.70 | 415.00 | 705.50 |
| 01/03/24 | Shelby Chaffos | Analyzed professional fee data from 9th interim approved order for case monitoring. | 1.10 | 415.00 | 456.50 |
| 01/03/24 | Shelby Chaffos | Examined professional fee data from available professional monthly fee statements on docket as of January 3rd 2023 for case monitoring. | 1.50 | 415.00 | 622.50 |
| 01/08/24 | Shelby Chaffos | Updated the professional fee analysis summary through November 2023. | 1.40 | 415.00 | 581.00 |
| 01/08/24 | Shelby Chaffos | Updated professional fee analysis to include payments made to professionals from MOR supplemental in November 2023. | 1.50 | 415.00 | 622.50 |
| 01/31/24 | Dallin Godfrey | Analyzed December 2023 monthly fee statements for professional fee analysis to monitory monthly activities. | 0.80 | 160.00 | 128.00 |
| | | **Total for Task Code 600.00** | **9.6** | | **3,780.00** |

**Task Code: 800.00 - Plan & Disclosure Statement Analysis**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 01/01/24 | Paul Shields | Evaluated Disclosure Statement/Exhibits to respond to inquiries from UCC Counsel regarding Debtor's Plan. | 1.30 | 850.00 | 1,105.00 |
| 01/02/24 | Jared Funk | Analyzed updated cash flow projections contained in Disclosure Statement. | 1.50 | 650.00 | 975.00 |
| 01/02/24 | Eric Madsen | Assessed forecasts in Disclosure statement exhibits relating to spectrum licenses/tower income. | 2.70 | 815.00 | 2,200.50 |
| 01/02/24 | Eric Madsen | Attended call with BRG (PS) to discuss of forecasts in Disclosure statement exhibits relating to spectrum licenses/tower income. | 0.30 | 815.00 | 244.50 |

 **INVOICE**

**To:** James I Stang
**c/o:** Pachulski Stang Ziehl & Jones

**Page** 6 of 11
**Invoice #** 169620
**Client:** 21145

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 01/02/24 | Paul Shields | Continued evaluation of Disclosure Statement/Exhibits in connection with response to inquiries from UCC Counsel regarding Debtor's Plan. | 0.50 | 850.00 | 425.00 |
| 01/02/24 | Paul Shields | Met with BRG (EM) to evaluate issues for consideration in connection with spectrum license/tower revenue. | 0.30 | 850.00 | 255.00 |
| 01/02/24 | Ray Strong | Analyzed Disclosure Statement exhibits for UCC Counsel inquiries. | 2.40 | 815.00 | 1,956.00 |
| 01/02/24 | Christina Tergevorkian | Examined historical financial data for the Admin Office/PSIP for Disclosure Statement evaluation. | 0.60 | 480.00 | 288.00 |
| 01/03/24 | Jared Funk | Analyzed updated cash flow projections contained in Disclosure Statement. | 0.60 | 650.00 | 390.00 |
| 01/03/24 | Jared Funk | Met with BRG (PS) to analyze updated cash flow projections contained in Disclosure Statement. | 0.20 | 650.00 | 130.00 |
| 01/03/24 | Albert Metz | Met with BRG (PS, CT) to analyze issues for assessing discount rate applicable to post-effective date payments. | 1.10 | 800.00 | 880.00 |
| 01/03/24 | Paul Shields | Met with BRG (AM, CT) to evaluate issues for consideration in connection with assessing discount rate applicable to post-effective date payments. | 1.10 | 850.00 | 935.00 |
| 01/03/24 | Paul Shields | Met with BRG (JF) to review analysis of cash flows contained in the Disclosure Statement. | 0.20 | 850.00 | 170.00 |
| 01/03/24 | Paul Shields | Evaluated spectrum license/tower revenue issues for Debtor's Disclosure Statement evaluation. | 0.20 | 850.00 | 170.00 |
| 01/03/24 | Paul Shields | Meet with Rock Creek (JS, BC, CP, JG), UCC Counsel (JS, KD), and BRG (RS, CT) to evaluate pension issues included in Debtor's Disclosure Statement. | 0.50 | 850.00 | 425.00 |
| 01/03/24 | Ray Strong | Attended call with Rock Creek (JS, BC, CP, JG), UCC Counsel (JS, KD), and BRG (PS, CT) regarding pension issues included in Debtor's Disclosure Statement. | 0.50 | 815.00 | 407.50 |

 INVOICE

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 01/03/24 | Ray Strong | Compared Disclosure Statement exhibits to produced accounting information for UCC Counsel inquiries. | 2.30 | 815.00 | 1,874.50 |
| 01/03/24 | Ray Strong | Analyzed Debtor's Disclosure Statement regarding UCC Counsel inquiries. | 1.90 | 815.00 | 1,548.50 |
| 01/03/24 | Christina Tergevorkian | Met with BRG (PS, RS), UCC Counsel (KD, JS), and Rockcreek (JS, BC, CP, JG) to discuss Debtors Disclosure Statement relating to pensions. | 0.50 | 480.00 | 240.00 |
| 01/03/24 | Christina Tergevorkian | Met with BRG (AM, PS) to evaluate issues for regarding discount rate applicable to post-effective date payments. | 1.10 | 480.00 | 528.00 |
| 01/04/24 | Matthew Babcock | Met with UCC Counsel (KD) and BRG (PS, RS) to discuss Debtor's Disclosure Statement objection. | 0.20 | 755.00 | 151.00 |
| 01/04/24 | Shelby Chaffos | Updated professional fee analysis pursuant to UCC Counsel Disclosure Statement requests. | 1.30 | 415.00 | 539.50 |
| 01/04/24 | Shelby Chaffos | Analyzed professional fee analysis pursuant to UCC Counsel Disclosure Statement requests. | 1.50 | 415.00 | 622.50 |
| 01/04/24 | Shelby Chaffos | Met with BRG (RS, PS [partial], CT [partial]) to discuss Disclosure analysis. | 1.30 | 415.00 | 539.50 |
| 01/04/24 | Albert Metz | Met with BRG (PS) to discuss discount rate issues relating to Debtor's Plan. | 0.40 | 800.00 | 320.00 |
| 01/04/24 | Paul Shields | Attended partial meeting with BRG (RS, CT [partial], SC) to evaluate amended Disclosure Statement Analysis. | 1.00 | 850.00 | 850.00 |
| 01/04/24 | Paul Shields | Met with BRG (AM) to evaluate discount rate issues in the context of Plan confirmation. | 0.40 | 850.00 | 340.00 |
| 01/04/24 | Paul Shields | Analyzed issues regarding narrative set forth in the Modified Disclosure Statement relating to spectrum licenses. | 0.30 | 850.00 | 255.00 |
| 01/04/24 | Paul Shields | Updated professional fee forecast pursuant to UCC Counsel Disclosure requests. | 0.30 | 850.00 | 255.00 |

 INVOICE

**To:** James I Stang
**c/o:** Pachulski Stang Ziehl & Jones

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 01/04/24 | Paul Shields | Met with UCC Counsel (KD) and BRG (RS, MB) regarding objection to Debtor's Modified Disclosure Statement. | 0.20 | 850.00 | 170.00 |
| 01/04/24 | Ray Strong | Analyzed Debtor's Disclosure Statement relating to Committee objection issues. | 2.10 | 815.00 | 1,711.50 |
| 01/04/24 | Ray Strong | Attended call with BRG (SC, PS [Partial], CT [Partial]) regarding Debtor's Disclosure statement analysis. | 1.30 | 815.00 | 1,059.50 |
| 01/04/24 | Ray Strong | Analyzed Debtor's Disclosure Statement Exhibits for Disclosure Statement analysis. | 1.20 | 815.00 | 978.00 |
| 01/04/24 | Ray Strong | Analyzed Committee objection provided by UCC Counsel. | 0.90 | 815.00 | 733.50 |
| 01/04/24 | Ray Strong | Attended call with UCC Counsel (KD) and BRG (MB, PS) regarding Debtor's Disclosure statement analysis. | 0.20 | 815.00 | 163.00 |
| 01/04/24 | Christina Tergevorkian | Attended partial meeting with BRG (PS [partial], RS, SC) to discuss Disclosure statement analysis. | 1.10 | 480.00 | 528.00 |
| 01/04/24 | Christina Tergevorkian | Evaluated UCC's objection to the Debtor's Disclosure Statement. | 1.00 | 480.00 | 480.00 |
| 01/05/24 | Shelby Chaffos | Continued to update professional fee analysis pursuant to UCC Counsel Disclosure Statement requests. | 1.00 | 415.00 | 415.00 |
| 01/05/24 | Paul Shields | Met with UCC Counsel (JS, KD) and BRG (RS, CT) to evaluate Debtor's Disclosure Statement. | 0.70 | 850.00 | 595.00 |
| 01/05/24 | Paul Shields | Evaluated draft objection to the Debtor's Disclosure Statement. | 0.50 | 850.00 | 425.00 |
| 01/05/24 | Paul Shields | Met with BRG (RS, CT [partial]) to evaluate issues in connection with Debtor's Disclosure Statement analysis. | 1.50 | 850.00 | 1,275.00 |
| 01/05/24 | Ray Strong | Attended call with UCC Counsel (JS, KD) and BRG (PS, CT) regarding Disclosure Statement evaluation. | 0.70 | 815.00 | 570.50 |

 **INVOICE**

**To:** James I Stang
**c/o:** Pachulski Stang Ziehl & Jones

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 01/05/24 | Ray Strong | Attended meeting with BRG (PS, CT [Partial]) regarding Disclosure Statement evaluation. | 1.50 | 815.00 | 1,222.50 |
| 01/05/24 | Ray Strong | Analyzed case documents pursuant to UCC Counsel inquiries for Disclosure Statement evaluation. | 2.80 | 815.00 | 2,282.00 |
| 01/05/24 | Christina Tergevorkian | Attended partial meeting with BRG (RS, PS) to discuss Debtor's Disclosure Statement analysis. | 1.30 | 480.00 | 624.00 |
| 01/05/24 | Christina Tergevorkian | Met with BRG (RS, PS) and UCC Counsel (KD, JS) to discuss Debtor Disclosure Statement analysis. | 0.70 | 480.00 | 336.00 |
| 01/08/24 | Dallin Godfrey | Reviewed FCC databases for licenses that belong to debtor / affiliates for plan evaluation. | 0.60 | 160.00 | 48.00 |
| 01/12/24 | Ray Strong | Analyzed Debtor's Omnibus reply in support of Disclosure Statement sent by UCC Counsel. | 2.10 | 815.00 | 1,711.50 |
| 01/15/24 | Paul Shields | Evaluated pleadings in preparation for Disclosure Statement hearing. | 2.70 | 850.00 | 2,295.00 |
| 01/15/24 | Paul Shields | Evaluated issues in connection with Disclosure Statement hearing. | 1.10 | 850.00 | 935.00 |
| 01/15/24 | Ray Strong | Compared UCC analyses with Debtor exhibits contained in Disclosure Statement in preparation for hearing. | 1.10 | 815.00 | 896.50 |
| 01/15/24 | Ray Strong | Analyzed Debtor's Amended Chapter 11 Plan/Disclosure Statement sent by UCC Counsel. | 1.20 | 815.00 | 978.00 |
| 01/15/24 | Ray Strong | Analyzed Debtor Illustrative Exhibits sent by UCC Counsel for Disclosure Statement hearing. | 2.70 | 815.00 | 2,200.50 |
| 01/16/24 | Paul Shields | Participated in second portion of Disclosure Statement hearing. | 2.60 | 850.00 | 2,210.00 |
| 01/16/24 | Paul Shields | Met with UCC Counsel (JS, KD, BM, IN [partial], HW), Insurance Counsel (TB, JB), and BRG (RS, CT) in preparation for Disclosure Statement hearing. | 1.10 | 850.00 | 935.00 |
| 01/16/24 | Paul Shields | Participated in first portion of Disclosure Statement hearing. | 0.90 | 850.00 | 765.00 |

 **INVOICE**

**To:** James I Stang
**c/o:** Pachulski Stang Ziehl & Jones

**Page 10 of 11**
**Invoice #** 169620
**Client:** 21145

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 01/16/24 | Ray Strong | Continued hearing regarding approval of Debtor's Disclosure Statement. | 2.60 | 815.00 | 2,119.00 |
| 01/16/24 | Ray Strong | Attended hearing regarding approval of Debtor's Disclosure Statement. | 0.90 | 815.00 | 733.50 |
| 01/16/24 | Ray Strong | Attended call with UCC Counsel (BM, KD, JS, IN [partial], HW), UCC Insurance Counsel (TM, JB), and BRG (PS, CT) regarding Disclosure Statement hearing. | 1.10 | 815.00 | 896.50 |
| 01/16/24 | Christina Tergevorkian | Meeting with BRG (PS, RS) and UCC Counsel (BM, JS, KD, IN [partial], HW) and UCC Special Insurance Counsel (JB, TB) to discuss Disclosure Statement hearing preparation. | 1.10 | 480.00 | 528.00 |
| 01/24/24 | Matthew Babcock | Met with UCC Counsel (JS) and BRG (RS) to discuss Disclosure Statement issues. | 0.20 | 755.00 | 151.00 |
| 01/24/24 | Ray Strong | Attended call with UCC Counsel (JS) and BRG (MB) regarding Disclosure Statement issues. | 0.20 | 815.00 | 163.00 |
| | | **Total for Task Code 800.00** | **67.40** | | **50,202.00** |

**Task Code: 1060.00  -  Fee Application Preparation & Hearing**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 01/08/24 | Dallin Godfrey | Analyzed BRG's December 2023 fee detail in preparation of monthly fee statement. | 0.20 | 160.00 | 32.00 |
| 01/09/24 | Dallin Godfrey | Reviewed BRG time entries for December 2023 in preparation for monthly fee statement. | 1.40 | 160.00 | 224.00 |
| 01/11/24 | Dallin Godfrey | Prepared draft of BRG's Fifth Monthly Fee Statement (December 2023). | 0.50 | 160.00 | 80.00 |
| 01/18/24 | Dallin Godfrey | Continued to review BRG time entries for December 2023 in preparation for fee application. | 0.40 | 160.00 | 64.00 |
| 01/18/24 | Ray Strong | Analyzed December 2023 time entries for preparation of monthly fee statement. | 0.30 | 815.00 | 244.50 |
| 01/19/24 | Dallin Godfrey | Prepared exhibits for BRG's December 2023 Monthly Fee Statement. | 0.40 | 160.00 | 64.00 |
| 01/23/24 | Dallin Godfrey | Analyzed BRG invoice for December 2023 monthly fee statement. | 0.20 | 160.00 | 32.00 |

 **INVOICE**

**To:** James I Stang
**c/o:** Pachulski Stang Ziehl & Jones

**Page** 11 of 11
**Invoice #** 169620
**Client:** 21145

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 01/24/24 | Dallin Godfrey | Compiled BRG's December 2023 Monthly Fee Statement. | 0.30 | 160.00 | 48.00 |
| 01/24/24 | Ray Strong | Finalized December 2023 monthly fee statement for filing. | 0.20 | 815.00 | 163.00 |
| 01/31/24 | Dallin Godfrey | Updated BRG's December 2023 Monthly Fee Statement. | 0.10 | 160.00 | 16.00 |
| | | **Total for Task Code 1060.00** | **4.00** | | **967.50** |
| | | | | | |
| **Professional Services** | | | **86.70** | | **58,411.00** |