PACHULSKI STANG ZIEHL & JONES LLP
James I. Stang, Esq. (admitted *pro hac vice*)
Karen B. Dine, Esq.
Gillian N Brown, Esq.
Brittany M. Michael, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: 212- 561-7700
Facsimile: 212-561-7777
Email: jstang@pszjlaw.com
         kdine@pszjlaw.com
         gbrown@pszjlaw.com
         bmichael@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Case No. 20-12345 (MG) |
| | ) |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |

**NOTICE OF INCREASE OF THE HOURLY RATES OF PROFESSIONALS**
[Related Docket No. 163]

**PLEASE TAKE NOTICE** that Pachulski Stang Ziehl & Jones LLP ("PSZJ") is hereby providing notice of the increase of the hourly rate of certain of its professionals, pursuant to the *Order Authorizing and Approving the Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to The Official Committee of Unsecured Creditors Effective as of October 16, 2020* [Docket No. 163].

Pursuant to its internal operating procedures, PSZJ revisits, and potentially adjusts, the rates of its professionals annually. The following table reflects the hourly rate increases for professionals and paraprofessionals specified in the *Stang Declaration* attached as Exhibit A to

4892-6368-2475.2 18491.002

*The Official Committee of Unsecured Creditors' Application to Retain and Employ Pachulski Stang Ziehl & Jones LLP as Counsel Effective as Of October 16, 2020* [Docket No. 133].

| Professionals | 2020 Hourly Rates in Pachulski Stang Ziehl & Jones LLP Retention Application | Hourly Rates From January 1, 2023 | Hourly Rates, Effective January 1, 2024 |
|---|---|---|---|
| Partners | $725 - $1,495 per hour | $995 - $1,995 per hour | $995 - $2,175 per hour |
| Of Counsel | $650 - $1,095 per hour | $875 - $1,525 per hour | $975 - $1,675 per hour |
| Associates | $575 - $695 per hour | $725 - $895 per hour | $650 - $975 per hour |
| Paraprofessionals | $395 – $450 per hour | $495 - $545 per hour | $545 - $595 per hour |

The foregoing rates will be effective on January 1, 2024.

Dated: March 5, 2024  **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Gillian N. Brown*
James I. Stang, Esq. (admitted *pro hac vice*)
Karen B. Dine, Esq.
Gillian N Brown, Esq.
Brittany M. Michael, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone:    212-561-7700
Facsimile:     212-561-7777
Email:           jstang@pszjlaw.com
                     kdine@pszjlaw.com
                     gbrown@psjzlaw.com
                     bmichael@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

### CERTIFICATE OF SERVICE

I certify that on March 5, 2024, a true and correct copy of the foregoing was caused to be served by this court's CM/ECF noticing system to all parties that are registered to receive such notice in the above case.

*/s/ Gillian N. Brown*
Gillian N. Brown