**Hearing Date and Time: March 18, 2024 at 10:00 a.m. (Prevailing Eastern Time)**

JONES DAY
Corinne Ball
Todd Geremia
Benjamin Rosenblum
Andrew Butler
250 Vesey Street
New York, New York  10281
Telephone:     (212) 326-3939
Facsimile:      (212) 755-7306

*Counsel for the Debtor*
*and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE ROMAN CATHOLIC DIOCESE OF | : | Case No. 20-12345 (MG) |
| ROCKVILLE CENTRE, NEW YORK,[1] | : | |
| | : | |
| Debtor. | : | |

**AGENDA FOR MATTERS SCHEDULED**
**FOR MARCH 18, 2024 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

| | |
|---|---|
| Time and Date of Hearing: | **March 18, 2024 at 10:00 a.m. (Prevailing Eastern Time)** |
| Location of Hearing: | **The hearing will be a hybrid Zoom/live conference, with some participants appearing by Zoom for Government and others appearing in the U.S. Bankruptcy Court for the Southern District of New York, located at One Bowling Green, New York, NY, in Courtroom 523.** |
| Copies of Motions: | A copy of each pleading can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, or (ii) from the Debtor's claims and noticing agent, Epiq Corporate Restructuring, LLC, at https://dm.epiq11.com/drvc or by calling (888) 490-0633. Note that a PACER password is needed to access documents on the Court's website. |

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is P.O. Box 9023, Rockville Centre, NY 11571-9023.

## I.   UNCONTESTED MATTERS

### A.   Motion for Withdrawal of Attorneys

Filing: *Motion for Withdrawal of Attorneys for Claimant 90132* [Docket No. 2934].

Responses Received: None.

Related Documents: None.

Status: This matter is going forward on an uncontested basis.

## II.   STATUS CONFERENCE

Related Documents:

1. *Motion of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing Examination of Witnesses and the Production of Documents* [Docket No. 2556].

2. *Amended Notice of Hearing for a Status Conference on (I) The Motion of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing Examination of Witnesses and the Production of Documents and (II) The Status Conference Regarding the Disclosure by Interstate Fire & Casualty Company, National Surety Corporation, and Fireman's Fund Insurance Company of Survivor Personal Information From Proofs of Claim to Third Parties* [Docket No. 2963].

3. *Committee's Letter to the Honorable Martin Glenn* [Docket No. 2981].

Status: This matter is going forward on an uncontested basis.

[*Remainder of page intentionally blank*]

Dated: March 15, 2024
     New York, New York

Respectfully submitted,

*/s/ Corinne Ball*
Corinne Ball
Todd Geremia
Benjamin Rosenblum
Andrew Butler
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Email: cball@jonesday.com
     trgeremia@jonesday.com
     brosenblum@jonesday.com
     abutler@jonesday.com

*Counsel for the Debtor*
*and Debtor-in-Possession*