REED SMITH LLP
Aaron Javian, Esq.
John B. Berringer, Esq.
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: ajavian@reedsmith.com
E-mail: jberringer@reedsmith.com

REED SMITH LLP
Timothy P. Law, Esq. (admitted *pro hac vice*)
1717 Arch Street
Three Logan Square, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420
E-mail: tlaw@reedsmith.com

*Special Insurance Counsel for Debtor*
and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE ROMAN CATHOLIC DIOCESE OF | : | Case No. 20-12345 (MG) |
| ROCKVILLE CENTRE, NEW YORK,[1] | : | |
| | : | |
| Debtor. | : | |
| | : | |

**FORTY-FIRST MONTHLY STATEMENT OF REED SMITH LLP, AS SPECIAL INSURANCE COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION, OF FEES FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED FOR THE PERIOD FEBRUARY 1, 2024 THROUGH FEBRUARY 29, 2024**

| | |
|---|---|
| Name of Applicant: | Reed Smith LLP |
| Authorized to Provide Professional Services to: | Debtor and Debtor in Possession |
| Date of Retention: | Order entered on November 4, 2020, *nunc pro tunc* to October 1, 2020 |
| Period for which compensation and reimbursement is sought: | February 1, 2024 to February 29, 2024 |
| Amount of Compensation sought as actual, reasonable and necessary: | $194,484.50 |

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue P.O. Box 9023, Rockville Centre, NY 11571-9023.

|  |  |
|---|---|
|  | 50% of which is $97,242.25[2] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $205.60 |
| Fees and Expenses of Debtor's Consulting Expert ("Expert F&E") | $10,155.00[3] |
| TOTAL (50% of fees, 100% of costs, 100% of Expert F&E) | $107,602.85 |

Reed Smith LLP ("Reed Smith"), as Special Insurance Counsel for the Debtor and Debtor-In Possession, hereby submits this forty-first monthly statement (the "Monthly Statement") for the period of February 1, 2024 through February 29, 2024 (the "Statement Period") for payment of professional services rendered and reimbursement of expenses incurred during the Statement Period pursuant to the Court's Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Dkt. No. 129] (the "Fee Procedures Order"). Reed Smith requests: (a) interim allowance and payment of compensation in the amount of $97,242.25 (50% of $194,484.50) of fees on account of reasonable and necessary professional services rendered to the Debtor by Reed Smith, (b) reimbursement of actual and necessary costs and expenses in the amount of $205.60 incurred by Reed Smith during the Statement Period, and (c) reimbursement for services rendered, and costs and expenses incurred, by Debtor's consulting expert in the amount of $10,155.00.

### FEES FOR SERVICES RENDERED DURING THE STATEMENT PERIOD

1.     Set forth below is a list of the positions of the Reed Smith professionals and paraprofessionals who provided services to the Debtor during the Statement Period, their respective

---

[2] Per Order Dated December 19, 2023 Regarding Holdback on Professional Fees (Dkt. No. 2743).

[3] Submitted for payment pursuant to *Order Authorizing the Retention of Experts* [Dkt. No. 783], ¶ 3.

billing rates, and the aggregate hours spent by each professional and paraprofessional in providing services on behalf of the Debtor during the Statement Period.

| Name | Title | Department | Office | JD Year | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Javian, Aaron | Fix.Sh.Partner | Business and Finance | New York | 2004 | 1,280 | 0.7 | $896.00 |
| Kramer, Ann | Fix.Sh.Partner | Litigation | New York | 1984 | 740 | 1.0 | $740.00 |
| Kramer, Ann | Fix.Sh.Partner | Litigation | New York | 1984 | 1,480 | 39.0 | $57,720.00 |
| Law, Timothy | Fix.Sh.Partner | Litigation | Philadelphia | 1995 | 1,330 | 10.3 | $13,699.00 |
| Berringer, John | Counsel | Litigation | New York | 1980 | 685 | 1.0 | $685.00 |
| Berringer, John | Counsel | Litigation | New York | 1980 | 1,370 | 47.4 | $64,938.00 |
| Kim, Esther Y. | Associate | Litigation | Philadelphia | 2018 | 765 | 38.7 | $29,605.50 |
| LauKamg, Christopher | Paralegal | Business and Finance | New York | - | 435 | 29.0 | $12,615.00 |
| Simmonds, Lianna E. | Paralegal | Litigation | Philadelphia | - | 380 | 3.4 | $1,292.00 |
| Zygmund-Felt, Georgia A. | Paralegal | Litigation | Philadelphia | - | 380 | 17.7 | $6,726.00 |
| Schad, James | Other | Litigation | Washington | - | 640 | 8.7 | $5,568.00 |
| | | | | | | 196.9 | $194,484.50 |
| | | | | | | | |
| **TOTAL:** | | | | | | 196.9 | $194,484.50 |

      2.      The rates charged by Reed Smith for services rendered to the Debtor are the same rates that it charges generally for professional services rendered to its non-bankruptcy clients as described in the engagement letter between Reed Smith and the Debtor.  A complete itemization of tasks performed by these professionals and paraprofessionals for the Statement Period is annexed hereto as **Exhibit A**.

## EXPENSES INCURRED DURING THE STATEMENT PERIOD

      3.      Set forth below is a categorical list of expenses incurred by Reed Smith during the Statement Period in the course of representing the Debtor.

| Description | Amount |
|---|---|
| Duplicating/Printing/Scanning | $131.60 |
| E. Kim  Rail Travel Expense to Attend the M. Futter Deposition | $74.00 |
| TOTAL: | $205.60 |

**NOTICE AND OBJECTION PROCEDURES**

4.      Reed Smith has provided notice of this statement upon the following parties by electronic or first class mail: (i) the Debtor, the Roman Catholic Diocese of Rockville Centre, 50 N. Park Avenue, P.O. Box 9023, Rockville Centre, NY 11571 (Attn: Thomas Renker); (ii) counsel to the Debtor, Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); (iii) the Office of the United States Trustee Region 2, Alexander Hamilton Custom House, One Bowling Green, Suite 534, New York, NY 10004 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq.); and (iv) counsel for the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017 (Attn: Ilan D. Scharf, Esq., Karen B. Dine, Esq. and Brittany M. Michael, Esq.) and Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067 (Attn: James I. Stang, Esq.).

5.      Pursuant to the Fee Procedures Order, objections to this Monthly Statement, if any, must be served no later than April 10, 2024 (the "Objection Deadline") upon the following parties: (i) the Debtor, the Roman Catholic Diocese of Rockville Centre, 50 N. Park Avenue, P.O. Box 9023, Rockville Centre, NY 11571 (Attn: Thomas Renker); (ii) counsel to the Debtor, Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); (iii) the Office of the United States Trustee Region 2, Alexander Hamilton Custom House, One Bowling Green, Suite 534, New York, NY 10004 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq.); (iv) counsel for the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017 (Attn: Ilan D. Scharf, Esq., Karen B. Dine, Esq. and Brittany M. Michael, Esq.) and Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067 (Attn: James I. Stang, Esq.); and (v)

Special Insurance Counsel, Reed Smith LLP, 599 Lexington Avenue, New York, NY 10022 (Attn: Aaron Javian, Esq. and John B. Berringer, Esq.) and Reed Smith LLP, 1717 Arch Street, Three Logan Square, Suite 3100, Philadelphia, PA 19103 (Attn: Timothy P. Law, Esq.).

6.      If no objections to this Monthly Statement are received by the Objection Deadline, the Debtor will be authorized thereafter to pay Reed Smith 50% of the fees and 100% of the expenses identified in the Monthly Statement as well as 100% of the Expert F&E.

7.      To the extent an objection to the Monthly Statement is received on or before the Objection Deadline, the Debtor will withhold payment of that portion of the Monthly Statement to which the objection is directed and is authorized to pay the remainder of fees and expenses in the percentages set forth above.  To the extent such objection is not resolved, it shall be preserved and presented to the Court at the next interim or final fee application hearing to be heard in accordance with paragraph 2(k) of the Fee Procedures Order.

Dated:  March 26, 2024
         New York, New York

REED SMITH LLP

*/s/ Aaron Javian*
Aaron Javian, Esq.
John B. Berringer, Esq.
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: ajavian@reedsmith.com
E-mail: jberringer@reedsmith.com

-and-

REED SMITH LLP
Timothy P. Law, Esq. (admitted *pro hac vice*)
1717 Arch Street
Three Logan Square, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420
E-mail: tlaw@reedsmith.com

*Special Insurance Counsel for Debtor and
Debtor in Possession*

# EXHIBIT A



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number: **3713028** |
| 50 No. Park Avenue | Invoice Date: **3/25/2024** |
| Att: William G. Chapin | Client Number: **504893** |
| Rockville Centre, NY 11570 | Matter Number: **504893.20001** |
| US - UNITED STATES | |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Non-Working Travel**

---

Total Current Fees.................................................................................$          1,425.00

**Total Due This Invoice:**                                      **$          1,425.00**

Please Remit to:

*Mail To:*
 *Reed Smith LLP*
 *Lockbox 10096*
 *PO BOX 70280*
 *Philadelphia, PA 19176-0280*

*Wire Instructions:*
 *BNY Mellon Bank N.A.*
 *Philadelphia, PA*
 *ABA Number: 031000037*
 *Swift Code: IRVTUS3N (International)*
 *Account #2-022-986*
 *(Please Reference Invoice Number)*



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

R.C. Diocese of Rockville Centre
50 No. Park Avenue
Att: William G. Chapin
Rockville Centre, NY 11570
US - UNITED STATES

| | |
|---|---|
| Invoice Number: | **3713028** |
| Invoice Date: | **3/25/2024** |
| Client Number: | **504893** |
| Matter Number: | **504893.20001** |

**RE: Non-Working Travel**

---

## INVOICE SUMMARY

Total Current Fees..............................................................................$_____1,425.00

**Total Due This Invoice:** **$_____1,425.00**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
*(Please Reference Invoice Number)*



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: –+1 215 851 8100
Fax: –+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number: **3713028** |
| 50 No. Park Avenue | Invoice Date: **3/25/2024** |
| Att: William G. Chapin | Client Number: **504893** |
| Rockville Centre, NY 11570 | Matter Number: **504893.20001** |
| US - UNITED STATES | |

### DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH February 29, 2024

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 02/02/24 | A. Kramer | Travel to and from meeting with Expert at Jones Day. | 1.00 |
| 02/27/24 | J.B. Berringer | Travel to attendance at prep. session with W. Chapin. | 0.50 |
| 02/29/24 | J.B. Berringer | Travel to attendance at W. Chapin deposition. | 0.50 |
| **Total Hours** | | | **2.00** |

### SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Ann V. Kramer | 1.00 hrs @ $ | 740.00 / hr | 740.00 |
| John B. Berringer | 1.00 hrs @ $ | 685.00 / hr | 685.00 |
| **Total Professional Services** | | | **1,425.00** |

### INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 1,425.00 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **1,425.00** |
| **Total Amount Due** | **$** | **1,425.00** |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | | |
|---|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number: | **3713025** |
| 50 No. Park Avenue | Invoice Date: | **3/25/2024** |
| Att: William G. Chapin | Client Number: | **504893** |
| Rockville Centre, NY 11570 | Matter Number: | **504893.60005** |
| US - UNITED STATES | | |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Chapter 11 Insurance Recovery**

---

Total Current Fees..............................................................................$     186,421.50

Total Current Expenses and Other Charges .....................................$_____205.60

        **Total Due This Invoice:**                     **$____186,627.10**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360110*
*Pittsburgh, PA 15251-6110*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
**(Please Reference Invoice Number)**



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

R.C. Diocese of Rockville Centre
50 No. Park Avenue
Att: William G. Chapin
Rockville Centre, NY 11570
US - UNITED STATES

| | |
|---|---|
| Invoice Number: | **3713025** |
| Invoice Date: | **3/25/2024** |
| Client Number: | **504893** |
| Matter Number: | **504893.60005** |

**RE: Chapter 11 Insurance Recovery**

---

## INVOICE SUMMARY

Total Current Fees.............................................................................$      186,421.50

Total Current Expenses and Other Charges .....................................$_____205.60

**Total Due This Invoice:**                                        **$____186,627.10**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360110*
*Pittsburgh, PA 15251-6110*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
**(Please Reference Invoice Number)**



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number: **3713025** |
| 50 No. Park Avenue | Invoice Date: **3/25/2024** |
| Att: William G. Chapin | Client Number: **504893** |
| Rockville Centre, NY 11570 | Matter Number: **504893.60005** |
| US - UNITED STATES | |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH February 29, 2024**

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 02/01/24 | T.P. Law | Forward redlines of joint letter to Magistrate Judge Cave to A. Smith for Arrowood to comment or finalize. | 0.40 |
| 02/01/24 | J.B. Berringer | Emails with Evanston, LMI counsel re: depositions, discovery schedule (.90); review of draft letters to Court re: same (.40); assemble Case Reports for A. Kramer, emails Kramer, W. Chapin re: same (1.9); review of Case Reports email B. Davey re: same (.80); review C. Ball emails, A. Kramer reply re: Settlement Demands to Insurers (.80); arrangements re: Chapin deposition (.50). | 5.30 |
| 02/01/24 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 02/01/24 | A. Kramer | Finalize message to JD re: demand process (.30); communications with JD and RS Teams re: demand issues (.60); continued analysis of demand claims (.70); finish review/analysis of valuation report (3.1). | 4.70 |
| 02/02/24 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 1.40 |
| 02/02/24 | C.M. LauKamg | Arrange USBC SDNY February 6, 2024 Hearing Appearances and circulate confirmations of same. | 0.40 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI • ATHENS • AUSTIN • BEIJING • BRUSSELS • CENTURY CITY • CHICAGO • DALLAS • DUBAI • FRANKFURT • HONG KONG • HOUSTON • KAZAKHSTAN • LONDON • LOS ANGELES • MIAMI
MUNICH • NEW YORK • ORANGE COUNTY • PARIS • PHILADELPHIA • PITTSBURGH • PRINCETON • RICHMOND • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • TYSONS • WASHINGTON, D.C. • WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 02/02/24 | J.B. Berringer | Review Moffitt emails and Order re: LMI discovery. | 0.40 |
| 02/02/24 | A. Kramer | Meeting with expert and E. Stephens (1.8); meeting with C. Ball and E. Stephens re demand cases (.20). | 2.00 |
| 02/05/24 | C.M. LauKamg | Revise USBC SDNY February 6, 2024 Hearing Appearances and circulate confirmations of same to Attorneys. | 0.40 |
| 02/05/24 | T.P. Law | Email exchanges re: finalizing joint letter to Magistrate Judge Cave. | 0.30 |
| 02/05/24 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 1.20 |
| 02/05/24 | G. A. Zygmund-Felt | Finalize and file Joint Letter to Magistrate Judge re: discovery status. | 0.40 |
| 02/05/24 | A. Kramer | Review/revise Disclosure Statement amendments re: insurance (.50); email exchange with T. Law re: same (.10); telephone conversation with B. Rosenblum & A. Butler re same (.10). | 0.70 |
| 02/06/24 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 1.40 |
| 02/06/24 | C.M. LauKamg | Arrange USBC SDNY February 8, 2024 Hearing Appearances and circulate confirmations of same. | 0.40 |
| 02/07/24 | T.P. Law | Participate in work in process call with Diocese, Jones Day, and Expert team. | 0.80 |
| 02/07/24 | T.P. Law | Email client re: Arrowood proof of claim and next steps. | 0.40 |
| 02/07/24 | G. A. Zygmund-Felt | Continue review of Date of Notice spreadsheet and discovery document review. | 4.50 |
| 02/07/24 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY | 0.80 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| | | docket for pleadings then update master files and calendar. | |
| 02/07/24 | A. Kramer | Work in process call with JD, A&M and RS teams re: demand cases, DS issues. | 0.60 |
| 02/08/24 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 02/08/24 | A. Kramer | Attend Disclosure Statement hearing (5.8); Teams call with client and JD team re DS hearing (.70); review of updated demand chart (.70); email exchange with C. Sugayan re: DS edits (.20); email exchange with expert and E. Stephens re: report (.10). | 7.50 |
| 02/08/24 | G. A. Zygmund-Felt | Continue review of Date of Notice spreadsheet and discovery document review. | 2.80 |
| 02/09/24 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 02/09/24 | C.M. LauKamg | Revise USBC SDNY February 12, 2024 Hearing Appearances and circulate confirmations of same. | 0.40 |
| 02/12/24 | T.P. Law | Email exchanges with A. Kramer re: Revised Disclosure Statement and Committee Letter. | 0.40 |
| 02/12/24 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 02/12/24 | A. Kramer | Attend hearing re: disclosure issues (.60); Review/revise TDP and Disclosure Statement re: insurance matters (2.4); email exchanges with T. Law and B. Rosenblum re: same (.30). | 3.30 |
| 02/13/24 | J.B. Berringer | Emails B. Davey, C. Adams, A. Kramer re: Case Reports (1.4); review of draft Case Reports (.60); review D. Sons disclaimer letter (.50); email W. | 3.20 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| | | Chapin re: same (.20); reply letter to Sons (.30); review LMI letter re: DeMarco claim (.20). | |
| 02/13/24 | E. Y. Kim | Analyze discovery responses and correspondence to draft deficiency letter to Arrowood (2.4); communications with L. Simmonds regarding Gallagher Bassett documents for production to LMI and analyze same (.40). | 2.80 |
| 02/13/24 | L. E. Simmonds | Analyze Relativity database and obtain documentation re: Hanson. | 3.40 |
| 02/13/24 | C.M. LauKamg | Arrange USBC SDNY February 15, 2024 Hearing Appearances and circulate confirmations of same. | 0.40 |
| 02/13/24 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 02/13/24 | A. Kramer | Continue analysis of demand cases (1.4); email exchanges with J. Berringer re: same (.20). | 1.60 |
| 02/14/24 | J.B. Berringer | Team conf. call re: strategy, hearing (.60); review of Case Reports, emails re same (1.1); emails Parish Counsel re: same (.50). | 2.20 |
| 02/14/24 | E. Y. Kim | Draft deficiency letter to Arrowood and analyze discovery responses and correspondence regarding same. | 3.10 |
| 02/14/24 | C.M. LauKamg | Revise USBC SDNY February 15, 2024 Hearing Appearances and circulate confirmations of same. | 0.40 |
| 02/14/24 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 02/14/24 | A. Kramer | Work in process call with client, JD and RS teams re: disclosure statement and Steinman docket (.50); continue work re: demand cases (1.3). | 1.80 |
| 02/15/24 | T.P. Law | Review and revise letter to Arrowood re: | 0.30 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| | | discovery deficiencies. | |
| 02/15/24 | J.B. Berringer | Attendance at Zoom hearing (1.0); review of Arrowood deficiency letter, email T. Law re: same (.50); review Case reports, email W. Chapin re: same (.60). | 2.10 |
| 02/15/24 | E. Y. Kim | Draft and revise deficiency letter to Arrowood for T. Law review (2.2); analyze Gallagher Bassett documents for LMI depositions of J. Hanson, Gallagher corporate representative (1.7). | 3.90 |
| 02/15/24 | C.M. LauKamg | Retrieve USBC SDNY docket for pleadings in preparation for the February 15, 2024 Hearing and circulate same to Attorneys. | 0.80 |
| 02/15/24 | A. Kramer | Review/analysis of demand cases (.80); Attend resumed DS hearing (1.5). | 2.30 |
| 02/16/24 | T.P. Law | Emails re: upcoming Hanson deposition. | 0.30 |
| 02/16/24 | E. Y. Kim | Analyze Gallagher Bassett documents to prepare for LMI depositions of J. Hanson, Gallagher Bassett corporate representative (2.1); analyze Gallagher Bassett documents for production to LMI (.80); revise and finalize deficiency letter to Arrowood (.40). | 3.30 |
| 02/16/24 | J.B. Berringer | Arrangements for LMI deps (.50); review A. Kramer LMI demand letter, reply re: same (.60); review email re: LMI doc. production (.20); review emails from Arrowood (.30). | 1.60 |
| 02/16/24 | A. Kramer | Draft, review and revise initial Pavia letter. | 2.80 |
| 02/19/24 | T.P. Law | Address status of NY petition for ancillary liquidation of Arrowood. | 0.50 |
| 02/19/24 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 02/20/24 | T.P. Law | Prepare for Hanson deposition. | 0.70 |
| 02/20/24 | J.C. Schad | Discussion with E. Kim re: policy analysis, broker documents (.30); research for report to E. Kim re: | 1.70 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | coverage for claims alleging post-1986 assault (.60); review, note, record documents produced by historic broker (.80). | |
| 02/20/24 | E. Y. Kim | Analyze W. Chapin, M. Futter deposition transcripts and Gallagher documents for preparation for AJ Gallagher deposition (2.7); call with J. Berringer regarding same (.40); analyze correspondence regarding upcoming Evanston depositions and discovery tasks per J. Berringer's request (.40). | 3.50 |
| 02/20/24 | J.B. Berringer | Review draft demand letter to LMI, Interstate (.30); revisions to letter (.20); review Davey letter re: Case Report (.20); t/cs E. Kim re: LMI deps (.40); review of AJ Gallagher, Hanson docs for depositions (1.9); prep for AJ Gallagher dep. (1.5). | 4.50 |
| 02/20/24 | A. Kramer | Revise Pavia letters for client and JD review. | 3.40 |
| 02/21/24 | T.P. Law | Telephone conference with J. Berringer re: Hanson deposition and upcoming A. Gallagher. | 0.40 |
| 02/21/24 | T.P. Law | Email exchange with J. Berringer and E. Kim re: Hanson deposition. | 0.80 |
| 02/21/24 | T.P. Law | Participate in deposition of J. Hanson of Gallagher Bassett. | 3.80 |
| 02/21/24 | T.P. Law | Prepare for Hanson deposition. | 0.70 |
| 02/21/24 | E. Y. Kim | Attend Hanson deposition (.90); call with T. Law, J. Berringer regarding same and AJ Gallagher deposition (.40); analyze Risx Facs documents for preparation for AJ Gallagher deposition (1.5). | 2.80 |
| 02/21/24 | J.C. Schad | Research materials received from historic broker (3.3); analyze, notate, record historic policy documents, insurance information (.80); prepare reports to J. Berringer re: recovered policy materials (.30). | 4.40 |
| 02/21/24 | J.B. Berringer | Team t/c re: status, upcoming tasks (.60); review emails re: 30(b)(6) deps (.20); review Local Rules re: same (.40); email T. Law re: same (.10); | 4.40 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | review Arrowood deficiency letter (.30); review Hanson Ex. 5, t/c T. Law, E. Kim re: same (.90); email J. Schad re: same (.20); review emails re: Puglisi dep, reply to C. Adams re: same (.60); review document re: Ribaudo from B. Davey, email Davey, Kramer re: same (1.1). | |
| 02/21/24 | A. Kramer | Work in process call with JD and RS teams re: demands, CAMP conference and objection letters (.60); revise and finalize demands to insurers (1.3); email exchanges with client and co-counsel re: same (.80); address new claim objections with insurers (.50); address Network Adjusters issue raised by Allianz (.20). | 3.40 |
| 02/22/24 | T.P. Law | Email exchanges with J. Berringer re: Arrowood depositions. | 0.30 |
| 02/22/24 | E. Y. Kim | Prepare for AJ Gallagher deposition and analyze documents for same (2.6); attend AJ Gallagher deposition (2.1); analyze exhibits to depositions and email T. Law regarding same (.10). | 4.80 |
| 02/22/24 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.60 |
| 02/22/24 | J.B. Berringer | Prep. for AJ Gallagher dep. (.80); attendance at deposition (2.1); emails re: demand to Interstate (.60). | 3.50 |
| 02/22/24 | A. Kramer | Respond to Winsberg re: DS hearing (.20); address Network Adjusters issue with S. Minarovich (.20); email exchange with insurers re: new claim objections filed (.10). | 0.50 |
| 02/23/24 | E. Y. Kim | Draft response to Arrowood deficiency letter and analyze correspondence regarding same. | 2.20 |
| 02/23/24 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 02/23/24 | J.B. Berringer | Review E. L. Kim email re: AJ Gallagher dep. | 0.50 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | (.20); review emails re: Boyle demand (.20); review emails re: Arrowood meet & confer (.10). | |
| 02/26/24 | E. Y. Kim | Draft response to Arrowood deficiency letter (1.9); analyze policy documents for production to LMI and emails with J. Berringer, J. Schad regarding same (.40); revise task list regarding upcoming discovery tasks and email J. Berringer, T. Law regarding same (.30). | 2.60 |
| 02/26/24 | J.C. Schad | Analyze, notate, record documents produced by former broker (1.4); Prepare reports to J. Berringer, A. Kramer, E. Kim re: recovered historic excess policies (1.2). | 2.60 |
| 02/26/24 | J.B. Berringer | Emails to W. Chapin re: dep. prep. session (.30) review of dep. prep Outline, docs for Chapin deposition (1.8); emails re: Arrowood meet & confer, deficiency letter (.30); review Risx Fax documents for mtg. with Chapin (.40); email to J. Schad re: AC Gallagher docs (.30); email to Arrowood re: remote deps (.20); review Schad, Kramer emails re: new LMI policies (.30); email E. Kim re: producing new LMI policies (.20); review emails re: doc. production to Insurers (.20). | 4.00 |
| 02/27/24 | T.P. Law | Emails re: joint letter to Magistrate Judge Cave and meet and confer with Arrowood. | 0.20 |
| 02/27/24 | E. Y. Kim | Draft outline for Evanston 30(b)(6) deposition and analyze documents regarding same (2.1); call with J. Berringer regarding Evanston 30(b)(6) deposition and Arrowood meet and confer (.40); emails with J. Berringer, T. Law, opposing counsel regarding same (.30). | 2.80 |
| 02/27/24 | J.B. Berringer | Attendance at prep. session with W. Chapin (3.7); t/c E. Kim re: depositions (.30); review emails re: Evanston dep. (.30); review emails re: reports to LMI (.20); review emails re: Arrowood meet & confer (.20). | 4.70 |
| 02/28/24 | J.B. Berringer | Team call to discuss strategy issues (.50); review of response to Arrowood deficiency letter, t/c E. Kim re: same (.50); review of letter to Arrowood | 3.10 |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | re: discovery issues (.40); review E. Kim email re: letter to Arrowood (.10); t/c E. Kim re: same (.10); prep for, attendance on meet & confer t/c with Arrowood (.70); prep. for Chapin deposition (.80). | |
| 02/28/24 | G. A. Zygmund-Felt | Continue review of document production and updating of spreadsheet. | 4.00 |
| 02/28/24 | E. Y. Kim | Prepare for and attend meet and confer with Arrowood counsel (.90); draft outline for Evanston 30(b)(6) deposition and analyze documents regarding same (2.8); revise response to Arrowood deficiency letter (.50). | 4.20 |
| 02/28/24 | C.M. LauKamg | Analyze USBC SDNY docket, USBC SDNY adversary proceeding docket and USDC SDNY docket for pleadings then update master files and calendar. | 0.80 |
| 02/28/24 | A. Kramer | Work in process call re voting, Steinman hearing etc. (.50); email exchanges with defense counsel re: reports on Steinman first round non-demand cases (.30). | 0.80 |
| 02/29/24 | J.B. Berringer | Attendance at Chapin deposition (5.5); review new Ribaudo docs, emails A. Kramer re: same (.80); emails W. Chapin, B. Davey re: reports to insurers (.60); review, respond to A. Kramer email re: Granata (.40); review of Case Report re: same (.40); review, reply to Kramer email re: Boyle reports (.20). | 7.90 |
| 02/29/24 | G. A. Zygmund-Felt | Complete initial review of document production. | 6.00 |
| 02/29/24 | E. Y. Kim | Revise and finalize letter to Arrowood with attachments (.80); draft outline for Evanston 30(b)(6) deposition and analyze documents regarding same (1.9). | 2.70 |
| 02/29/24 | A. Kramer | Research, draft, review and revise demand letters (2.8); email exchanges with B. Davey, W. Chapin, T. Geremia and J. Berringer re: same (.80). | 3.60 |
| **Total Hours** | | | **181.00** |



Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Ann V. Kramer | 39.00 hrs @ $ | 1,480.00 / hr | 57,720.00 |
| John B. Berringer | 47.40 hrs @ $ | 1,370.00 / hr | 64,938.00 |
| Timothy P. Law | 10.30 hrs @ $ | 1,330.00 / hr | 13,699.00 |
| Esther Y. Kim | 38.70 hrs @ $ | 765.00 / hr | 29,605.50 |
| James C. Schad | 8.70 hrs @ $ | 640.00 / hr | 5,568.00 |
| Christopher LauKamg | 15.80 hrs @ $ | 435.00 / hr | 6,873.00 |
| Georgia A. Zygmund-Felt | 17.70 hrs @ $ | 380.00 / hr | 6,726.00 |
| Lianna E. Simmonds | 3.40 hrs @ $ | 380.00 / hr | 1,292.00 |
| **Total Professional Services** | | | **186,421.50** |

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | | Amount |
|---|---|---|---|
| | Duplicating/Printing/Scanning | 1,316.00 @ 0.10 | 131.60 |
| 01/18/2024 | E. Kim Rail Expense to attend the M. Futter Deposition | | 74.00 |
| | **Total Expenses and Other Charges** | | **205.60** |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 186,421.50 |
| Total Expenses and Other Charges | $ | 205.60 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **186,627.10** |
| **Total Amount Due** | **$** | **186,627.10** |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number:    **3713030** |
| 50 No. Park Avenue | Invoice Date:    **3/25/2024** |
| Att: William G. Chapin | Client Number:    **504893** |
| Rockville Centre, NY 11570 | Matter Number:    **504893.60006** |
| US - UNITED STATES | |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Fee statements/fee applications**

---

Total Current Fees..............................................................................$_____6,638.00

**Total Due This Invoice:**                    **$_____6,638.00**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
*(Please Reference Invoice Number)*



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number: **3713030** |
| 50 No. Park Avenue | Invoice Date: **3/25/2024** |
| Att: William G. Chapin | Client Number: **504893** |
| Rockville Centre, NY 11570 | Matter Number: **504893.60006** |
| US - UNITED STATES | |

**RE: Fee statements/fee applications**

---

## INVOICE SUMMARY

Total Current Fees..............................................................................$_____6,638.00

**Total Due This Invoice:** **$_____6,638.00**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
*(Please Reference Invoice Number)*



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| R.C. Diocese of Rockville Centre | Invoice Number: **3713030** |
| 50 No. Park Avenue | Invoice Date: **3/25/2024** |
| Att: William G. Chapin | Client Number: **504893** |
| Rockville Centre, NY 11570 | Matter Number: **504893.60006** |
| US - UNITED STATES | |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH February 29, 2024**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 02/05/24 | C.M. LauKamg | Prepare, review and edit USBC SDNY Reed Smith LLP Fortieth Monthly Fee Statement in preparation for electronic filing. | 1.00 |
| 02/06/24 | C.M. LauKamg | Review and revise USBC SDNY Reed Smith LLP Fortieth Monthly Fee Statement in preparation for electronic filing. | 2.00 |
| 02/08/24 | C.M. LauKamg | Finalize USBC SDNY Certificate of No Objection for Reed Smith LLP Thirty-Ninth Monthly Fee Statement in preparation for electronic filing. | 0.40 |
| 02/08/24 | C.M. LauKamg | Revise USBC SDNY Reed Smith LLP Fortieth Monthly Fee Statement in preparation for electronic filing. | 1.40 |
| 02/08/24 | A. Javian | Review/comment on monthly fee statement. | 0.70 |
| 02/09/24 | C.M. LauKamg | Revise USBC SDNY Reed Smith LLP Fortieth Monthly Fee Statement in preparation for electronic filing. | 0.60 |
| 02/12/24 | C.M. LauKamg | Finalize, electronically file and serve USBC SDNY Certificate of No Objection for the December 2023 Reed Smith LLP Monthly Fee Statement and update master files and calendar. | 0.80 |
| 02/16/24 | C.M. LauKamg | Revise USBC SDNY Reed Smith LLP Fortieth Monthly Fee Statement in preparation for electronic filing. | 0.40 |
| 02/19/24 | C.M. LauKamg | Revise and finalize USBC SDNY Reed Smith LLP Fortieth Monthly Fee Statement in preparation for electronic filing. | 1.50 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 215 851 8100
Fax: -+1 215 851 1420
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 02/20/24 | C.M. LauKamg | Finalize, electronically file and coordinate service of USBC SDNY Reed Smith LLP Fortieth Monthly Fee Statement and update master files and calendar. | 1.80 |
| 02/27/24 | C.M. LauKamg | Prepare, review and revise USBC SDNY Tenth Interim Fee Application in preparation for electronic filing. | 2.50 |
| 02/28/24 | C.M. LauKamg | Review and revise USBC SDNY Tenth Interim Fee Application in preparation for electronic filing. | 0.80 |
| **Total Hours** | | | **13.90** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Aaron Javian | 0.70 hrs @ $ | 1,280.00 / hr | 896.00 |
| Christopher LauKamg | 13.20 hrs @ $ | 435.00 / hr | 5,742.00 |
| **Total Professional Services** | | | **6,638.00** |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 6,638.00 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **6,638.00** |
| **Total Amount Due** | **$** | **6,638.00** |