**Hearing Date and Time: April 10, 2024 at 2:00 p.m. (Prevailing Eastern Time)**

JONES DAY
Corinne Ball
Todd Geremia
Benjamin Rosenblum
Andrew Butler
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

*Counsel for the Debtor
and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,[1] | : | Case No. 20-12345 (MG) |
| | : | |
| Debtor. | : | |

**AGENDA FOR MATTERS SCHEDULED
FOR APRIL 10, 2024 AT 2:00 P.M. (PREVAILING EASTERN TIME)**

| | |
|---|---|
| Time and Date of Hearing: | **April 10, 2024 at 2:00 p.m. (Prevailing Eastern Time)** |
| Location of Hearing: | **The hearing will be a hybrid Zoom/live conference, with some participants appearing by Zoom for Government and others appearing in the U.S. Bankruptcy Court for the Southern District of New York, located at One Bowling Green, New York, NY, in Courtroom 523.** |
| Copies of Motions: | A copy of each pleading can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, or (ii) from the Debtor's claims and noticing agent, Epiq Corporate Restructuring, LLC, at https://dm.epiq11.com/drvc or by calling (888) 490-0633. Note that a PACER password is needed to access documents on the Court's website. |

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is P.O. Box 9023, Rockville Centre, NY 11571-9023.

I.      **UNCONTESTED MATTERS**

   A.   **Motion for Extending Period to Assume or Reject**

   Filing: *Debtor's Motion for Entry of an Order Further Extending the Period Within Which the Debtor Must Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Section 365(d)(4) of the Bankruptcy Code* [Docket No. 3021].

   Responses Received: None.

   Related Documents:

   1. *Certificate of No Objection* [Docket No. 3037]

   Status: This matter is going forward on an uncontested basis.

   B.   **Motion for Extending Removal Period**

   Filing: *Debtor's Motion for Entry of an Order Further Extending the Period Within Which the Debtor May Remove Actions Pursuant to 28 U.S.C. § 1452 and Rule 9027 of the Federal Rules of Bankruptcy Procedure* [Docket No. 3022].

   Responses Received: None.

   Related Documents:

   1. *Certificate of No Objection* [Docket No. 3037]

   Status: This matter is going forward on an uncontested basis.

[*Remainder of page intentionally blank*]

<table>
<tr><td>

Dated: April 8, 2024
      New York, New York

</td><td>

Respectfully submitted,

*/s/ Corinne Ball*
Corinne Ball
Todd Geremia
Benjamin Rosenblum
Andrew Butler
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Email: cball@jonesday.com
      trgeremia@jonesday.com
      brosenblum@jonesday.com
      abutler@jonesday.com

*Counsel for the Debtor
and Debtor-in-Possession*

</td></tr>
</table>