**Objection Deadline: April 23, 2024**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 20-12345 (SCC) |
| | ) | |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, | ) | Chapter 11 |
| | ) | |
| Debtor.[1] | ) | |
| | ) | |

**SEVENTH MONTHLY FEE STATEMENT FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES BY BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISOR FOR THE PERIOD FROM FEBRUARY 1, 2024 THROUGH FEBRUARY 29, 2024**

| | |
|---|---|
| Name of Applicant: | Berkeley Research Group, LLC ("BRG") |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "Committee") |
| Date of Retention: | December 9, 2020 Effective as of October 29, 2020 [Docket No. 247] |
| Period for which Compensation and Reimbursement is Sought: | February 1, 2024 through February 29, 2024[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $7,660.50 (50% of $15,321.00) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 |

This is a: _X_ Monthly ___ Interim __ Final Application.

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last for digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue, PO Box 9023, Rockville Centre, NY 11571-9023.

[2] The applicant reserves the right to include any time expended and expenses incurred in the period indicated above in future application(s) if it is not included herein.

**Preliminary Statement:**

Berkeley Research Group, LLC ("BRG"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of above-captioned debtor (the "Debtor"), hereby submits this Seventh Monthly Fee Statement (the "Monthly Statement") for the period from February 1, 2024, through February 29, 2024 (the "Fee Period") in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* dated November 4, 2020 [Docket No. 129] (the "Interim Compensation Order").

BRG requests (a) interim allowance and payment of compensation in the amount of $7,660.50 (50% of $15,321.00) for fees on account of reasonable and necessary professional services rendered to the Committee by BRG; (b) and actual and necessary expenses in the amount of $0.00 for a total of $7,660.50 BRG reserves the right to apply in the future for reimbursement of actual and necessary costs and expenses, if any, incurred by members of the Committee in connection with their service as members of the Committee during the Compensation Period.

**Services Rendered and Expenses Incurred During the Compensation Period**

1. The BRG timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.

2. A schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **Exhibit B**.

3. An expense summary organized by general expense categories for expenses incurred by BRG during the Fee Period in connection with services rendered to the Committee is attached hereto as **Exhibit C**.

4. The detailed time records which describe the time spent by each BRG Timekeeper and detailed records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services during the Fee Period are attached hereto as **Exhibit D.**

**Notice and Objection Procedures**

5. No Trustee or examiner has been appointed in this chapter 11 case. Notice of the Monthly Statement has been served by electronic mail and/or U.S. First Class Mail upon: (a) the Debtor c/o The Roman Catholic Diocese of Rockville Centre, 50 N Park Ave P.O. Box 9023, Rockville Centre, NY 11571-9023 (Attn: Thomas Renker, Esq.); (b) the attorneys for the Debtor at Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); and (c) the Office of the United States Trustee Region 2, 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq.). BRG submits that no other or further notice need be provided.

6. Pursuant to the Interim Compensation Order, objections to this Application, if any, must be served upon the undersigned counsel for the Committee and all persons identified at paragraph 5, above, by April 23, 2024 (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue.

7. If no objections to this Monthly Statement are made on or before the Objection Deadline, the Debtor shall pay BRG 50% of the fees and 100% of the expenses set forth above.

8. To the extent an objection to this Monthly Statement is timely made, the Debtor shall withhold payment of that portion of the Monthly Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.

To the extent such objection is not resolved, it shall be preserved and presented to the Court at the next interim or final fee application hearing.

Date: March 25, 2024

**BERKELEY RESEARCH GROUP, LLC**

*/s/ D. Ray Strong*

D. Ray Strong
BERKELEY RESEARCH GROUP, LLC
201 South Main Street, Suite
450 Salt Lake City, UT 84111
Telephone: (801) 364-
6233
Email: rstrong@thinkbrg.com

*Financial Advisor for the Official Committee of Unsecured Creditor*

# EXHIBIT A



# EXHIBIT A

## Time Keeper Summary

| NAME OF PROFESSIONAL | TITLE | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Paul Shields | Managing Director | $850.00 | 1.30 | $ 1,105.00 |
| Ray Strong | Managing Director | $815.00 | 9.50 | $ 7,742.50 |
| Matthew Babcock | Director | $755.00 | 0.30 | $ 226.50 |
| Christina Tergevorkian | Managing Consultant | $480.00 | 3.10 | $ 1,488.00 |
| Shelby Chaffos | Consultant | $415.00 | 4.70 | $ 1,950.50 |
| Spencer Rawlings | Associate | $225.00 | 5.30 | $ 1,192.50 |
| Dallin Godfrey | Case Assistant | $160.00 | 10.10 | $ 1,616.00 |
| **TOTALS** | | | **34.30** | **$ 15,321.00** |

# EXHIBIT B



# EXHIBIT B

## Task Code Summary

| Code | Description | Hours | Amount |
|---|---|---|---|
| 220.00 | Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 5.30 | $ 1,192.50 |
| 396.00 | Asset Analysis (Others - Cemeteries) | 12.00 | $ 8,769.00 |
| 600.00 | Claims / Liability Analysis (General) | 4.70 | $ 1,950.50 |
| 800.00 | Plan & Disclosure Statement Analysis | 0.40 | $ 326.00 |
| 1060.00 | Fee Application Preparation & Hearing | 11.90 | $ 3,083.00 |
| **TOTALS** | | **34.30** | **$ 15,321.00** |

# EXHIBIT C



# EXHIBIT C

## Expense Summary

| Expense by Category | Amounts |
| --- | --- |
| None | $ - |
| **TOTAL** | **$ -** |

# EXHIBIT D



INVOICE

James I Stang
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

March 22, 2024
Client: 21145
Matters: 034827 | 042179 | 045293 | 052760
Invoice #: 171941
Tax ID # 27-1451273

**Via Email: jstang@pszjlaw.com**

---

Services Rendered From February 1, 2024 Through February 29, 2024

**RE: The Official Committee of Unsecured Creditors for the Roman Catholic Diocese of Rockville Centre, New York**

| | | | |
|---|---|---|---|
| Professional Services | $ | 15,321.00 | USD |
| **CURRENT CHARGES** | **$** | **15,321.00** | **USD** |

**Please remit wire/ACH payment to:**
Bank Name: PNC BANK, N.A.
SWIFT: PNCCUS33
ABA #: 031207607
Account Name: BERKELEY RESEARCH GROUP, LLC
Account #: 8026286672
Reference: 171941

Please send remittance advice details to:
remitadvice@thinkbrg.com

**Please remit check payment to:**
BERKELEY RESEARCH GROUP, LLC
PO BOX 676158
DALLAS, TX 75267-6158

**Please remit express/overnight payment to:**
PNC BANK C/O BERKELEY RESEARCH GROUP, LLC
LOCKBOX NUMBER 676158
1200 E CAMPBELL RD, STE 108
RICHARDSON, TX 75081




**To:** James I Stang
**c/o:** Pachulski Stang Ziehl & Jones


**Invoice #** 171941
**Client:** 21145

Services Rendered From February 1, 2024 Through February 29, 2024

**PROFESSIONAL SERVICES**

| | Rate | Hours | Amount |
|---|---|---|---|
| **Managing Director** | | | |
| Paul Shields | 850.00 | 1.30 | 1,105.00 |
| Ray Strong | 815.00 | 9.50 | 7,742.50 |
| **Director** | | | |
| Matthew Babcock | 755.00 | 0.30 | 226.50 |
| **Managing Consultant** | | | |
| Christina Tergevorkian | 480.00 | 3.10 | 1,488.00 |
| **Consultant** | | | |
| Shelby Chaffos | 415.00 | 4.70 | 1,950.50 |
| **Associate** | | | |
| Spencer Rawlings | 225.00 | 5.30 | 1,192.50 |
| **Case Assistant** | | | |
| Dallin Godfrey | 160.00 | 10.10 | 1,616.00 |
| **Total Professional Services** | | **34.30** | **15,321.00** |




**To:** James I Stang
**c/o:** Pachulski Stang Ziehl & Jones


**Invoice #** 171941
**Client:** 21145

**SUMMARY BY TASK CODE**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| 220.00 | Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 5.30 | 1,192.50 |
| 396 | Asset Analysis (Other - Cemeteries) | 12.00 | 8,769.00 |
| 600.00 | Claims / Liability Analysis (General) | 4.70 | 1,950.50 |
| 1000.00 | Case Administration | 0.40 | 326.00 |
| 1060.00 | Fee Application Preparation & Hearing | 11.90 | 3,083.00 |
| **Total Professional Services** | | **34.30** | **15,321.00** |




**To:** James I Stang
**c/o:** Pachulski Stang Ziehl & Jones


**Invoice #** 171941
**Client:** 21145

Services Rendered From February 1, 2024 Through February 29, 2024

**DETAIL OF PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Task Code: 220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | | | |
| 02/05/24 | Spencer Rawlings | Analyzed ending cash balances reported in MOR (December 2023). | 0.60 | 225.00 | 135.00 |
| 02/05/24 | Spencer Rawlings | Analyzed MOR cash receipts and disbursements (December 2023) . | 0.30 | 225.00 | 67.50 |
| 02/05/24 | Spencer Rawlings | Updated comparative financial statement analysis with information from December 2023 MOR. | 1.60 | 225.00 | 360.00 |
| 02/29/24 | Spencer Rawlings | Examined MOR cash receipt and disbursement activity / trends (January 2024). | 0.60 | 225.00 | 135.00 |
| 02/29/24 | Spencer Rawlings | Updated ending MOR cash balances analysis (January 2024). | 0.60 | 225.00 | 135.00 |
| 02/29/24 | Spencer Rawlings | Updated comparative financial statement analysis with information from January 2023 MOR. | 1.60 | 225.00 | 360.00 |
| | | **Total for Task Code 220.00** | **5.30** | | **1,192.50** |
| **Task Code: 396 - Asset Analysis (Other - Cemeteries)** | | | | | |
| 02/23/24 | Matthew Babcock | Met with BRG (PS, RS) to discuss CemCo litigation discovery requests. | 0.30 | 755.00 | 226.50 |
| 02/23/24 | Paul Shields | Met with BRG (RS, MB) to address discovery requests regarding Cemco litigation. | 0.30 | 850.00 | 255.00 |
| 02/23/24 | Ray Strong | Discussed CemCo litigation discovery requests with BRG (PS, MB). | 0.30 | 815.00 | 244.50 |
| 02/23/24 | Ray Strong | Reviewed outstanding CemCo document requests regarding UCC Counsel inquiry. | 0.20 | 815.00 | 163.00 |
| 02/26/24 | Paul Shields | Analyzed CemCo litigation issues to address inquiries from UCC Counsel regarding next steps. | 0.20 | 850.00 | 170.00 |
| 02/26/24 | Paul Shields | Met with UCC Counsel (JS, KD, GG, IN), Insurance Counsel (JB), and BRG (RS) to evaluate issues for consideration in connection with CemCo. | 0.80 | 850.00 | 680.00 |



INVOICE

**To:** James I Stang
**c/o:** Pachulski Stang Ziehl & Jones


**Invoice #** 171941
**Client:** 21145

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/26/24 | Ray Strong | Attended call UCC Counsel (GG, JS, IN, KD), BRG (PS), and UCC Insurance Counsel (JB) regarding CemCo litigation. | 0.80 | 815.00 | 652.00 |
| 02/26/24 | Ray Strong | Evaluated CemCo litigation issues to prepare additional discovery requests pursuant to discussions with UCC Counsel. | 0.80 | 815.00 | 652.00 |
| 02/28/24 | Christina Tergevorkian | Assessed Debtor financial resources from 2021 through 2023. | 1.20 | 480.00 | 576.00 |
| 02/29/24 | Ray Strong | Evaluated IAC documents produced by Debtor to address CemCo litigation. | 2.30 | 815.00 | 1,874.50 |
| 02/29/24 | Ray Strong | Continued evaluation of IAC documents produced by Debtor to address CemCo litigation. | 2.90 | 815.00 | 2,363.50 |
| 02/29/24 | Christina Tergevorkian | Assessed Debtor financial resources from 2021 through 2023. | 1.90 | 480.00 | 912.00 |
| | | **Total for Task Code 396** | **12.00** | | **8,769.00** |

**Task Code: 600.00 - Claims / Liability Analysis (General)**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/12/24 | Shelby Chaffos | Updated professional fee analysis to include payments made to professionals from MOR supplemental in December 2023. | 1.90 | 415.00 | 788.50 |
| 02/12/24 | Shelby Chaffos | Updated the professional fee analysis summary through December 2023 for case monitoring. | 1.50 | 415.00 | 622.50 |
| 02/19/24 | Shelby Chaffos | Revised the professional fee analysis summary through December 2023 for case monitoring. | 0.60 | 415.00 | 249.00 |
| 02/20/24 | Shelby Chaffos | Refined the professional fee analysis summary through December 2023 pursuant to UCC Counsel inquiries. | 0.70 | 415.00 | 290.50 |
| | | **Total for Task Code 600.00** | **4.70** | | **1,950.50** |

**Task Code: 1000.00 - Case Administration**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/13/24 | Ray Strong | Analyzed ECF filings for case status/updates. | 0.40 | 815.00 | 326.00 |
| | | **Total for Task Code 1000.00** | **0.40** | | **326.00** |




**To:** James I Stang
**c/o:** Pachulski Stang Ziehl & Jones


**Invoice #** 171941
**Client:** 21145

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Task Code: 1060.00 - Fee Application Preparation & Hearing** | | | | | |
| 02/08/24 | Dallin Godfrey | Reviewed fee detail for January 2024 in preparation for filing monthly fee statement. | 1.90 | 160.00 | 304.00 |
| 02/09/24 | Ray Strong | Updated fee database exhibits for fee application preparation. | 0.50 | 815.00 | 407.50 |
| 02/12/24 | Dallin Godfrey | Prepared initial draft of BRG's January 2024 fee statement. | 1.10 | 160.00 | 176.00 |
| 02/12/24 | Ray Strong | Revised fee database exhibits for monthly fee statement preparation. | 0.30 | 815.00 | 244.50 |
| 02/13/24 | Ray Strong | Analyzed time entries for January 2024 monthly fee statement. | 0.20 | 815.00 | 163.00 |
| 02/13/24 | Ray Strong | Revised fee database exhibits for fee application preparation. | 0.40 | 815.00 | 326.00 |
| 02/14/24 | Dallin Godfrey | Updated BRG's fee detail for January 2024 in preparation for invoicing. | 0.70 | 160.00 | 112.00 |
| 02/14/24 | Dallin Godfrey | Prepared initial draft of tenth interim fee application. | 2.90 | 160.00 | 464.00 |
| 02/14/24 | Dallin Godfrey | Prepared exhibits in preparation of filing January 2024 monthly fee statement. | 0.30 | 160.00 | 48.00 |
| 02/14/24 | Ray Strong | Analyzed time entries for January 2024 monthly fee statement. | 0.40 | 815.00 | 326.00 |
| 02/15/24 | Dallin Godfrey | Reviewed January 2024 BRG invoice. | 0.70 | 160.00 | 112.00 |
| 02/16/24 | Dallin Godfrey | Updated BRG's January 2024 monthly fee statement. | 0.60 | 160.00 | 96.00 |
| 02/20/24 | Dallin Godfrey | Updated BRG's January 2024 monthly fee statement. | 0.10 | 160.00 | 16.00 |
| 02/22/24 | Dallin Godfrey | Updated BRG's initial draft of tenth interim fee application. | 1.80 | 160.00 | 288.00 |
| | | **Total for Task Code 1060.00** | **11.90** | | **3,083.00** |
| **Professional Services** | | | **34.30** | | **15,321.00** |