**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,[1] | : | Case No. 20-12345 (MG) |
| | : | |
| Debtor. | : | |

**ORDER FURTHER EXTENDING THE PERIOD WITHIN WHICH
THE DEBTOR MAY REMOVE ACTIONS PURSUANT TO 28 U.S.C. § 1452
AND RULE 9027 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Upon the *Debtor's Motion for Entry of an Order Further Extending the Period Within Which the Debtor May Remove Actions Pursuant to 28 U.S.C. § 1452 and Rule 9027 of the Federal Rules of Bankruptcy Procedure* (the "Motion"),[2] pursuant to Federal Rule of Bankruptcy Procedure ("Bankruptcy Rule") 9006(b); the Court having reviewed the Motion; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (c) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (d) notice of the Motion was sufficient under the circumstances and (e) cause exists under Bankruptcy Rule 9006(b)(1) to grant an extension of the Removal Periods established under Bankruptcy Rule 9027(a); and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is P.O. Box 9023, Rockville Centre, NY 11571-9023.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

Pg 2 of 2

IT IS HEREBY ORDERED THAT:

1. The time period provided under Bankruptcy Rule 9027(a) within which the Debtor may file notices of removal of any and all civil actions is extended to and including August 15, 2024, to the extent that the time period for filing any such notices of removal otherwise would expire before such date.

2. This Order shall be without prejudice to (a) any position the Debtor may take regarding whether section 362 of the Bankruptcy Code applies to stay any given civil action pending against the Debtor and (b) the Debtor's right to seek from this Court further extensions of the period within which the Debtor may file notices of removal under Bankruptcy Rule 9027(a) (any such request, an "Extension Request").

3. Notice of the Motion as provided therein is deemed good and sufficient notice of such Motion, and the requirements of the Bankruptcy Rules and the Local Rules of the Bankruptcy Court for the Southern District of New York are satisfied by such notice.

4. This Order shall be immediately effective and enforceable upon its entry.

5. This Court shall retain exclusive jurisdiction over any and all matters arising from or related to the implementation, interpretation or enforcement of this Order.

**IT IS SO ORDERED.**

Dated:  April 9, 2024
       New York, New York

                                        **/s/ Martin Glenn**
                                        MARTIN GLENN
                                        Chief United States Bankruptcy Judge