JONES DAY
Corinne Ball
Todd Geremia
Benjamin Rosenblum
Andrew Butler
250 Vesey Street
New York, New York  10281
Telephone:     (212) 326-3939
Facsimile:     (212) 755-7306

*Counsel for the Debtor*
*and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,[1] | : | Case No. 20-12345 (MG) |
| | : | |
| Debtor. | : | |

**NOTICE OF CANCELLATION OF APRIL 10, 2024 HEARING**

1.       Please take notice that the hearing scheduled to take place on April 10, 2024 at 2:00 p.m. (Prevailing Eastern Time) (the "Hearing") before the Honorable Martin Glenn, United States Bankruptcy Judge in the United States Bankruptcy Court for the Southern District of New York **has been cancelled**.

[*Remainder of Page Intentionally Blank*]

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is P.O. Box 9023, Rockville Centre, NY 11571-9023.

| | |
|---|---|
| Dated:  April 9, 2024<br>New York, New York | Respectfully submitted,<br><br>*/s/ Corinne Ball*<br>Corinne Ball<br>Todd Geremia<br>Benjamin Rosenblum<br>Andrew Butler<br>JONES DAY<br>250 Vesey Street<br>New York, NY 10281-1047<br>Telephone:  (212) 326-3939<br>Facsimile:  (212) 755-7306<br>Email:  cball@jonesday.com<br>          trgeremia@jonesday.com<br>          brosenblum@jonesday.com<br>          abutler@jonesday.com<br><br>*Counsel for the Debtor*<br>*and Debtor in Possession* |