Objection Deadline: **April 24, 2024**

BURNS BAIR LLP
Timothy W. Burns, Esq. (admitted *pro hac vice*)
Jesse J. Bair, Esq. (admitted *pro hac vice*)
10 E. Doty St., Suite 600
Madison, WI 53703-3392
Telephone: (608) 286-2808
Email: tburns@burnsbair.com
Email: jbair@burnsbair.com

*Special Insurance Counsel to the Official Committee*
*of Unsecured Creditors of The Roman Catholic Diocese*
*of Rockville Centre, New York*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br>　　　　　　　　　　Debtor. | Chapter 11<br>Case No. 20-12345 (MG) |

**FORTIETH MONTHLY FEE STATEMENT OF BURNS BAIR LLP,**
**AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS FOR PROFESSIONAL SERVICES RENDERED**
**AND DISBURSEMENTS INCURRED FOR THE PERIOD FROM**
<u>**FEBRUARY 1, 2024 THROUGH FEBRUARY 29, 2024**</u>

| | |
|---|---|
| Name of Applicant: | <u>Burns Bair LLP</u> |
| Authorized to Provide Professional Services to: | <u>Official Committee of Unsecured Creditors</u> |
| Date of Retention: | <u>Effective October 29, 2020 pursuant to Order dated December 9, 2020 [Docket No. 246]</u> |
| Period for which compensation and reimbursement is sought: | <u>February 1, 2024 – February 29, 2024</u> |
| Amount of Compensation sought as actual, reasonable, and necessary: | <u>$17,148.50</u><br><u>50% of which is $8,574.25</u> |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | <u>$0</u> |
| TOTAL (80% of fees and 100% of costs) | <u>$8,574.25</u> |

**This is the fortieth monthly fee statement.**

## PRELIMINARY STATEMENT

Burns Bair LLP ("Burns Bair"), as Special Insurance Counsel to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Diocese of Rockville Centre, New York (the "Debtor"), hereby submits this fortieth monthly statement (the "Monthly Statement") for the period from February 1, 2024 through February 29, 2024 (the "Statement Period") for payment of professional services rendered and reimbursement of expenses incurred during the Statement Period pursuant to the Court's *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* dated November 4, 2020 [Docket No. 129] (the "Interim Compensation Order"). Burns Bair requests interim allowance and payment of compensation in the amount of $8,574.25 (50% of $17,148.50) for fees on account of reasonable and necessary professional services rendered to the Committee by Burns Bair.

## FEES FOR SERVICES RENDERED DURING THE STATEMENT PERIOD

1. Set forth below is a list of the positions of the Burns Bair professionals and paraprofessionals who provided services to the Committee during the Statement Period, their respective billing rates, and the aggregate hours spent by each professional and paraprofessional in providing services on behalf of the Committee during the Statement Period.

| Name | Title | Year of Partnership | Year of Admission | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Timothy Burns | Partner | 2008 | 1991 | $975.00 | 7.80 | $7,605.00 |
| Jesse Bair | Partner | 2020 | 2013 | $625.00 | 14.30 | $8,937.50 |
| Brian Cawley | Associate | N/A | 2020 | $420.00 | 1.10 | $462.00 |
| Brenda Horn-Edwards | Paralegal | N/A | N/A | $360.00 | .40 | $144.00 |
| | | | | **TOTAL:** | **23.60** | **$17,148.50** |

2. The rates charged by Burns Bair for services rendered to the Committee are the same rates that it charges generally for professional services rendered to its non-bankruptcy clients.

2

A complete itemization of tasks performed by these professionals and paraprofessionals for the Statement Period is annexed hereto as **Exhibit A**.

### NOTICE AND OBJECTION PROCEDURES

3. No trustee or examiner has been appointed in these chapter 11 cases. Pursuant to the Interim Compensation Order, Burns Bair has provided notice of this statement upon the following parties by electronic or first class mail: (a) the Debtor c/o The Roman Catholic Diocese of Rockville Centre, 50 N Park Ave P.O. Box 9023, Rockville Centre, NY 11571-9023 (Attn: Thomas Renker); (b) the attorneys for the Debtor, Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); and (c) the Office of the United States Trustee Region 2 (the "U.S. Trustee"), 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq.). Burns Bair submits that no other or further notice need be provided.

4. Pursuant to the Interim Compensation Order, objections to this Monthly Statement, if any, must be served upon the Application Recipients by April 24, 2024 (the "Objection Deadline") setting forth the nature of the objection and the amount of fees or expenses at issue.

5. If no objections to this Monthly Statement are made on or before the Objection Deadline, the Debtor shall pay Burns Bair 50% of the fees and 100% of the expenses set forth above. To the extent an objection to this Monthly Statement is timely made, the Debtor shall withhold payment of that portion of the Monthly Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved; it shall be preserved and presented to the Court at the next interim or final fee application hearing.

| | |
|---|---|
| Dated: April 9, 2024 | BURNS BAIR LLP |
| | /s/ *Jesse J. Bair* |
| | Jesse J. Bair, Esq. (admitted *pro hac vice*) |
| | Timothy W. Burns, Esq. (admitted *pro hac vice*) |
| | 10 E. Doty St., Suite 600 |
| | Madison, WI 53703-3392 |
| | Telephone: (608) 286-2808 |
| | Email: jbair@burnsbair.com |
| | Email: tburns@burnsbair.com |
| | |
| | *Special Insurance Counsel to the Official Committee of Unsecured Creditors of The Roman Catholic Diocese of Rockville Centre, New York* |

4

# EXHIBIT A

# Burns | Bair

10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

| | |
|---|---|
| **The Official Committee of Unsecured Creditors of The Roman Catholic Diocese of Rockville Centre** | **Issue Date :** 3/27/2024 |
| | **Bill # :** 01381 |

**Matter:** Insurance

## PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 2/1/2024 | Jesse Bair | Review and edit the Committee's objection to the Debtor's third amended disclosure statement (1.0); | 1.00 | $625.00 |
| 2/1/2024 | Jesse Bair | Review the debtor's amended trust agreements (.1); | 0.10 | $62.50 |
| 2/1/2024 | Jesse Bair | Review the debtor's third amended Plan and Disclosure Statement (.3); | 0.30 | $187.50 |
| 2/1/2024 | Jesse Bair | Review and respond to correspondence with I. Nasatir re straddle claim issues under the debtor's Plan (.2); | 0.20 | $125.00 |
| 2/1/2024 | Jesse Bair | Review the Committee's draft letter recommending no vote on the debtor's Plan (.1); | 0.10 | $62.50 |
| 2/1/2024 | Jesse Bair | Review the parties' joint discovery extension request in the Evanston district court action (.1); | 0.10 | $62.50 |
| 2/1/2024 | Jesse Bair | Review T. Burns email memo re disclosure statement ongoing projects (.1); | 0.10 | $62.50 |
| 2/2/2024 | Jesse Bair | Review and edit final version of the Committee's objection to the debtor's third amended disclosure statement (.3); participate in call with K. Dine re same (.1); | 0.40 | $250.00 |
| 2/2/2024 | Jesse Bair | Review amended scheduling order in the Evanston district court action (.1); | 0.10 | $62.50 |
| 2/2/2024 | Jesse Bair | Review the parties' joint discovery extension request in the LMI district court action (.1); | 0.10 | $62.50 |
| 2/2/2024 | Jesse Bair | Review additional correspondence from I. Nasatir re debtor Plan insurance issues (.1); | 0.10 | $62.50 |
| 2/2/2024 | Jesse Bair | Participate in state court counsel meeting for insurance purposes re disclosure statement and Plan litigation issues (.5); | 0.50 | $312.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 2/2/2024 | Timothy Burns | Review draft Committee letter re debtor Plan (.2); review draft Committee objection to the debtor's revised disclosure statement (.8); participate in state court counsel meeting for insurance purposes re Plan strategy and developments (.5); | 1.50 | $1,462.50 |
| 2/5/2024 | Timothy Burns | Review order granting limited discovery extension in LMI adversary (.1); | 0.10 | $97.50 |
| 2/5/2024 | Jesse Bair | Analysis re status of the Arrowood ancillary proceeding (.1); correspondence with state court counsel re same (.1); | 0.20 | $125.00 |
| 2/5/2024 | Jesse Bair | Review the parties' joint discovery letter in the Arrowood district court action (.1); | 0.10 | $62.50 |
| 2/5/2024 | Jesse Bair | Review amended scheduling order in the LMI district court action (.1); | 0.10 | $62.50 |
| 2/5/2024 | Jesse Bair | Analysis re disclosure statement insurance issues in advance of upcoming hearing (.1); | 0.10 | $62.50 |
| 2/5/2024 | Brian Cawley | Research re status of the Arrowood ancillary proceeding and correspond with J. Bair re same (.3); | 0.30 | $126.00 |
| 2/6/2024 | Jesse Bair | Review monthly debtor PSIP information (.1); | 0.10 | $62.50 |
| 2/6/2024 | Jesse Bair | Review amended case management plan in the Arrowood district court action (.1); | 0.10 | $62.50 |
| 2/6/2024 | Jesse Bair | Review correspondence with B. Michael and the debtor re remaining disclosure statement issues and the Committee's disclosure statement letter (.1); | 0.10 | $62.50 |
| 2/7/2024 | Jesse Bair | Review the Debtor's fourth modified disclosure statement for insurance purposes (.3); | 0.30 | $187.50 |
| 2/7/2024 | Jesse Bair | Review LMI's objection to the Committee's disclosure statement letter (.1); correspond with PSZJ and T. Burns re same (.1); | 0.20 | $125.00 |
| 2/8/2024 | Jesse Bair | Participate in disclosure statement hearing for insurance purposes (4.5); | 4.50 | $2,812.50 |
| 2/8/2024 | Jesse Bair | Participate in conference with T. Burns re outcome of disclosure statement hearing and case next-steps (.2); | 0.20 | $125.00 |
| 2/8/2024 | Timothy Burns | Attend portion of disclosure statement hearing for insurance purposes (1.7); meet with J. Bair re outcome of disclosure statement hearing and next-steps (.2); | 1.90 | $1,852.50 |
| 2/8/2024 | Timothy Burns | Review LMI's Objection to the Committee's Plan Letter (.1); correspond with PSZJ and J. Bair re same (.1); review status update to Judge Cave and resulting order in Arrowood adversary (.1); | 0.30 | $292.50 |
| 2/9/2024 | Jesse Bair | Correspondence with K. Dine and I. Nasatir re Arrowood-related edits to the disclosure statement (.1); | 0.10 | $62.50 |
| 2/10/2024 | Jesse Bair | Review I. Nasatir's suggested, additional insurance edits to the debtor's disclosure statement (.1); | 0.10 | $62.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 2/11/2024 | Jesse Bair | Review additional proposed Committee edits to the disclosure statement (.1); | 0.10 | $62.50 |
| 2/12/2024 | Jesse Bair | Review the Debtor's suggested edits to the Committee's disclosure statement letter (.1); review the Committee's proposed revisions to same (.1); | 0.20 | $125.00 |
| 2/12/2024 | Jesse Bair | Review revised disclosure statement received from the debtor (.2); | 0.20 | $125.00 |
| 2/13/2024 | Jesse Bair | Review correspondence with PSZJ and the debtor re revised disclosure statement (.1); | 0.10 | $62.50 |
| 2/13/2024 | Jesse Bair | Review correspondence with PSZJ and state court counsel re settlement negotiations (.1); | 0.10 | $62.50 |
| 2/13/2024 | Jesse Bair | Review correspondence with K. Dine and the Committee re disclosure statement updates (.1); | 0.10 | $62.50 |
| 2/14/2024 | Jesse Bair | Participate in conference with state court counsel re disclosure statement hearing and overall case strategy (.1); | 0.10 | $62.50 |
| 2/15/2024 | Jesse Bair | Prepare for disclosure statement hearing (.1); attend disclosure statement hearing for insurance purposes (1.2); | 1.30 | $812.50 |
| 2/15/2024 | Jesse Bair | Review final version of the Committee's disclosure statement opposition letter (.1); | 0.10 | $62.50 |
| 2/15/2024 | Jesse Bair | Additional review re the Diocese's fifth amended disclosure statement (.1); | 0.10 | $62.50 |
| 2/15/2024 | Timothy Burns | Attend disclosure statement hearing for insurance purposes (1.2); | 1.20 | $1,170.00 |
| 2/16/2024 | Timothy Burns | Review correspondence re BSA Supreme Court Order in connection with potential impact on DRVC case (.1); | 0.10 | $97.50 |
| 2/19/2024 | Jesse Bair | Brief review of order approving the debtor's disclosure statement (.1); | 0.10 | $62.50 |
| 2/20/2024 | Timothy Burns | Participate in call with state court counsel re developments effecting potential insurance strategy (.7); follow-up call from state court counsel re same (.1); review research re issues re insurance settlement (.1); | 0.90 | $877.50 |
| 2/21/2024 | Brenda Horn-Edwards | Draft Burns Bair monthly fee statement (.3); correspond with J. Bair re same (.1); | 0.40 | $144.00 |
| 2/21/2024 | Jesse Bair | Participate in call with state court counsel re Plan insurance structure (.4); | 0.40 | $250.00 |
| 2/21/2024 | Jesse Bair | Continue analyzing Plan litigation issues (.1); | 0.10 | $62.50 |
| 2/22/2024 | Timothy Burns | Review correspondence from PSZJ re plan townhall sessions (.1); | 0.10 | $97.50 |
| 2/23/2024 | Jesse Bair | Review B. Michael correspondence re state court counsel Plan town-hall meeting (.1); | 0.10 | $62.50 |
| 2/24/2024 | Jesse Bair | Review for insurance purposes draft Committee initial disclosures in the CemCo litigation (.1); correspondence with PSZJ re call to discuss same and related issues (.1); | 0.20 | $125.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 2/26/2024 | Timothy Burns | Met with J. Bair re case strategy and associate assignments (.1); met with J. Bair re Cemco case (.1); review revised draft of the Committee's initial disclosures in same (.1); legal research re insurers' settlement obligations (.2); | 0.50 | $487.50 |
| 2/26/2024 | Jesse Bair | Correspondence with state court counsel re status of the New York Arrowood ancillary proceeding (.1); | 0.10 | $62.50 |
| 2/26/2024 | Jesse Bair | Prepare for call re CemCo litigation (.1); participate in call with PSZJ and BRG for insurance purposes re CemCo litigation strategy (.8); | 0.90 | $562.50 |
| 2/26/2024 | Jesse Bair | Review revised version of the Committee's draft CemCo litigation initial disclosures (.1); | 0.10 | $62.50 |
| 2/26/2024 | Jesse Bair | Review and respond to correspondence with PSZJ re insurance issues in connection with CemCo litigation (.2); | 0.20 | $125.00 |
| 2/26/2024 | Jesse Bair | Participate in conference with T. Burns re case status, insurance strategy, and related case projects (.1); | 0.10 | $62.50 |
| 2/26/2024 | Brian Cawley | Respond to partner inquiry regarding updates of New York Arrowood ancillary proceeding (.2); | 0.20 | $84.00 |
| 2/26/2024 | Brian Cawley | Research and compile New York case law re particular settlement and indemnity insurance issues (.6); | 0.60 | $252.00 |
| 2/27/2024 | Jesse Bair | Review I. Nasatir and G. Greenwood correspondence re insurance issues in connection with the CemCo litigation (.1); | 0.10 | $62.50 |
| 2/27/2024 | Jesse Bair | Review J. Stang correspondence re solicitation package issues (.1); | 0.10 | $62.50 |
| 2/27/2024 | Timothy Burns | Legal research and analysis re insurance settlement issues (.9); | 0.90 | $877.50 |
| 2/28/2024 | Timothy Burns | Met with J. Bair re New York diocesan bankruptcy-wide insurance strategy (.1); review additional insurance issues in connection with the Debtor's proposed Plan (.2); | 0.30 | $292.50 |
| 2/28/2024 | Jesse Bair | Met with T. Burns re New York diocesan bankruptcy-wide insurance strategy (.1); | 0.10 | $62.50 |
| **Total Hours and Fees** | | | **23.60** | **$17,148.50** |

## Timekeeper Summary

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Brenda Horn-Edwards | Paralegal | 0.40 | $360.00 | $144.00 |
| Brian Cawley | Associate | 1.10 | $420.00 | $462.00 |
| Jesse Bair | Partner | 14.30 | $625.00 | $8,937.50 |
| Timothy Burns | Partner | 7.80 | $975.00 | $7,605.00 |

**Total Due This Invoice: $17,148.50**