MESSNER REEVES LLP
Torben M. Welch, Esq.
88 Pine Street, Suite 2450
New York, NY 10005
Telephone: (801) 683-2021
Facsimile: (801) 424-2777
E-mail: twelch@messner.com
*Counsel for Sitrick and Company, Inc.*

**UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTER, NEW YORK, | : | Case No. 20-12345-SCC |
| | : | |
| Debtor. | : | |

**FORTY-FIRST INTERIM MONTHLY FEE APPLICATION OF SITRICK AND COMPANY, INC. FOR FEES FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED FOR THE PERIOD OF FEBRUARY 1, 2024 THROUGH FEBRUARY 29, 2024**

| | |
|---|---|
| Name of Applicant: | Sitrick and Company, Inc. |
| Authorized to Provide Professional Services to: | Debtor and Debtor in Possession |
| Date of Retention: | March 8, 2019 |
| Period for which Compensation and Reimbursement is sought: | February 1, 2024 – February 29, 2024 |
| changed to 50% as of 12.2023 Amount of Compensation sought as actual, reasonable and necessary: | $5,209.50<br> 50% of which is $2,604.74 |
| Amount of Expenses Reimbursement sought as actual, reasonable and necessary: | $0.00 |
| TOTAL (50% of Fees and 100% of Expenses): | $2,604.74 |

{InterimFeeApp.FORM / 1}

Sitrick and Company, Inc. ("Sitrick"), as corporate communications consultant for the Debtor and Debtor-in-Possession, hereby submits its Forty-First interim monthly fee application (the "Monthly Fee Application") for the period of February 1, 2024 through February 29, 2024 (the "Statement Period") for payment of professional services rendered and reimbursement of expenses incurred during the Statement Period pursuant to the Court's Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals at Docket No. 129 (the "Fee Procedures Order"). Sitrick requests (a) interim allowance and payment of compensation in the amount of $5,209.50 (50% of $2,604.75) of fees on account of reasonable and necessary professional services rendered to the Debtor by Sitrick and (b) reimbursement of actual and necessary costs and expenses in the amount of $0.00 incurred during the Statement Period.

**FEES FOR SERVICES RENDERED DURING THE STATEMENT PERIOD**

1. Set forth below is a list of the positions of Sitrick professionals and paraprofessionals who provided services to the Debtor during the Statement Period, their respective billing rates and the aggregate hours spent by each professional and paraprofessional in providing services on behalf of Debtor during the Statement Period:

PROFESSIONAL SUMMARY

| Name of Professional Person | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Brenda Adrian | Member of the Firm | $625.00 | 6.90 | $4,312.50 |
| Madison Mello | Associate | $195.00 | 4.60 | $897.00 |

Blended Hourly Rate: $453.00
Total Hours Billed:    11.50
GRAND TOTAL:    $5,209.50

2. The rates charged by Sitrick for services rendered to the Debtor are the same rates that it charges generally for professional services rendered to its non-bankruptcy clients as described in the engagement letter between Sitrick and Debtor. A complete itemization of tasks performed by these professional and paraprofessionals for the Statement Period is attached hereto as **Exhibit 1**.

## EXPENSES INCURRED DURING THE STATEMENT PERIOD

3. Set forth below is a categorical list of expenses incurred by Sitrick during the Statement Period in the course of providing services to Debtor:

| **Expense Category** | **Service Provider (if applicable)** | **Expense** |
| --- | --- | --- |
| **TOTAL EXPENSES:** | | **$0.00** |

**NOTICE AND OBJECTION PROCEDURES**

4. Sitrick has provided notice of this Monthly Fee Application upon the following parties by electronic service or first class mail: (i) the Debtor, the Roman Catholic Diocese of Rockville Centre, 50 N. Park Avenue, P.O. Box 9023, Rockville Centre, NY 11571-9023 (Attn: Thomas Renker); (ii) counsel to the Debtor, Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); (iii) the Office of the United States Trustee Region 2, 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq.); and (iv) counsel for the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 36th Floor, New York, NY 10017 (Attn: Ilan D. Scharf, Esq., Karen B. Dine, Esq. and Brittany M. Michael, Esq.) and Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067 (Attn: James I. Stang, Esq.).

5. Pursuant to the Fee Procedures Order, objections to this Monthly Fee Application, if any, must be serviced no later than **April 25, 2024** (the "Objection Deadline") upon the following parties: (i) the Debtor, the Roman Catholic Diocese of Rockville Centre, 50 N. Park Avenue, P.O. Box 9023, Rockville Centre, NY 11571-9023 (Attn: Thomas Renker); (ii) counsel to the Debtor, Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Corinne Ball, Esq., Benjamin Rosenblum, Esq. and Andrew M. Butler, Esq.); (iii) the Office of the United States Trustee Region 2, 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Greg Zipes, Esq. and Shara Cornell, Esq. ); (iv) counsel for the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 36th Floor, New York, NY 10017 (Attn: Ilan D. Scharf, Esq., Karen B. Dine, Esq. and Brittany M. Michael, Esq.) and Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067 (Attn: James

I. Stang, Esq.); and (v) Special Insurance Counsel, Reed Smith LLP, 599 Lexington Avenue, New York, NY 10022 (Attn: Christopher A. Lynch, Esq. and John B. Berringer, Esq.) and Reed Smith LLP, 1717 Arch Street, Three Logan Square, Suite 3100, Philadelphia, PA 19103 (Attn: Timothy P. Law, Esq.).

6. If no objections to this Monthly Fee Application are received by the Objection Deadline, the Debtor will be authorized thereafter to pay Sitrick 50% of the fees and 100% of the expenses identified herein.

7. To the extent an objection to this Monthly Fee Application is received on or before the Objection Deadline, the Debtor will withhold payment of that portion of the Monthly Statement to which the objection is directed and is authorized to pay the remainder of fees and expenses in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and presented to the Court at the next interim or final fee application hearing to be heard in accordance with paragraph 2(k) of the Fee Procedures Order.

Dated: **April 10, 2024**.

MESSNER REEVES LLP

*/s/ Torben M. Welch*

Torben M. Welch, Esq.
88 Pine Street, Suite 2450
New York, NY 10005
Telephone: (801) 683-2021
Facsimile: (801) 424-2777
E-mail: twelch@messner.com

*Counsel for Sitrick and Company, Inc.*

{InterimFeeApp.FORM / 1}

**CERTIFICATION:**

I, Brenda Adrian, as Member of Sitrick and Company, Inc. do hereby certify that the Forty-First Interim Monthly Fee Application is correct and accurate and represents the actual, reasonable and necessary fees and expenses incurred by Sitrick and Company, Inc. related to the Debtor between February 1, 2024 through February 29, 2024.

_____

Brenda Adrian

# SITRICK AND COMPANY

**MONTHLY FEE STATEMENT**
**For the time period**
**February 1, 2024 through February 29, 2023**

---

### PROFESSIONAL SERVICES

|  |  |  | | Hours | Amount |
|---|---|---|---|---|---|
| 2/2/2024 | MAM | News searches for week ending 2/2/2024. | | 1.20 | |
| 2/8/2024 | BA | Attended Fourth Amended Disclosure Hearing via zoom. Zoom connection did not work when court resumed following lunch break | | 2.80 | |
| 2/9/2024 | MAM | News searches for week ending 2/9/2024. | | 1.20 | |
| 2/12/2024 | MAM | News searches for week ending 2/16/2024. | | 1.10 | |
| 2/15/2024 | BA | Disclosure Statement approved by Judge Glenn; email discussion re: potential statement needed once the order hits the docket. | | 0.70 | |
| 2/16/2024 | BA | Email discussion with Jones Day and T. Renker re: statement. C. Ball provided comments on final statement | | 0.80 | |
| 2/20/2024 | BA | Email discussion with S. Dolan and T. Renker re: media inquiry from National Catholic Reporter re: Disclosure Statement and legal fees incurred by Debtor. Outreach to C. Ball of Jones Day re: comments on response. | | 0.70 | |
| 2/22/2024 | BA | Email response from C. Ball re: National Catholic Reporter inquiry. | | 0.30 | |
| 2/23/2024 | BA | Reviewed coverage of Disclosure Statement and upcoming solicitation. | | 0.40 | |
| | MAM | News searches for week ending 2/23/2024. | | 1.10 | |
| 2/27/2024 | BA | Reviewed Creditors' letter included in the Plan voting package to be prepared for any inquiries. | | 0.40 | |
| 2/29/2024 | BA | Email conversation re: Bart Jones of NewsDay inquiry on "why DRVC put the plan to a vote." Emails to Jones Day and DRVC group. | | 0.80 | |
| **TOTAL TIME CHARGES** | | | | **11.50** | **$5,209.50** |