NIXON PEABODY LLP
Christopher M. Desiderio
55 W 46th Street
New York, New York 10036
Telephone: (212) 940-3000
Facsimile: (212) 940-3111
cdesiderio@nixonpeabody.com

*Special Counsel for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, | : : | Case No. 20-12345 (MG) |
| | : | |
| Debtor.[1] | : | |

**CERTIFICATION OF NO OBJECTION TO
FORTIETH MONTHLY FEE STATEMENT
OF NIXON PEABODY LLP FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES INCURRED AS COUNSEL TO THE DEBTOR
FOR THE PERIOD FROM FEBRUARY 1, 2024 THROUGH FEBRUARY 28, 2024**

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue P.O. Box 9023, Rockville Centre, NY 11571-9023.

TO THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746 and Rule 9075-2 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules") Nixon Peabody LLP ("Nixon") the undersigned special counsel for the Debtor (the "Debtor") hereby certifies as follows:

1. On November 4, 2020, this Court entered the Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 129] (the "Interim Compensation Order"),[2] which authorized professionals retained pursuant to an order of this Court in the chapter 11 case to seek interim payment of compensation and reimbursement of expenses in accordance with the procedures set forth in the Interim Compensation Order.

2. On March 25, 2024, Nixon filed and served its Forteith Monthly Fee Statement of Nixon Peabody LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtor for the Period of February 1, 2024 through February 28, 2024 (the "Monthly Fee Application") in accordance with the Interim Compensation Order.  *See* Dkt. Nos. 3016, 3034.  The Monthly Fee Application complied with the requirements set forth in the Interim Compensation Order.

4. Pursuant to the Interim Compensation Order, the Objection Deadline for the Monthly Fee Application listed above was April 9, 2024. As of the filing of this certificate, more than forty-eight (48) hours have elapsed since the Objection Deadline and, to the best of my

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

knowledge, no responsive pleading to the Monthly Fee Application listed above has been filed with the Court on the docket of the above-captioned chapter 11 case.

5.  Pursuant to the Interim Compensation Order, the Debtor is authorized to pay fifty percent (50%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Application upon filing of this Certificate of No Objection and without the need for entry of a Court order approving the Monthly Fee Application.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

| | |
|---|---|
| Dated: April 15, 2024<br>New York, NY | */s/ Christopher M. Desiderio*<br>NIXON PEABODY LLP<br>Christopher M. Desiderio<br>55 W 46th Street<br>New York, NY 10036<br>Telephone:  (212) 940-3000<br>Facsimile:   (212) 940-3111<br>Email:         cdesiderio@nixonpeabody.com<br><br>*Special Counsel to the Debtor* |