NIXON PEABODY LLP
Christopher M. Desiderio
55 W. 46th Street
New York, New York 10036
Telephone: (212) 940-3000
Facsimile: (212) 940-3111
cdesiderio@nixonpeabody.com

*Special Counsel for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, | Case No. 20-12345 (MG) |
| Debtor.[1] | |

**NOTICE OF FORTY-FIRST MONTHLY FEE STATEMENT**
**OF NIXON PEABODY LLP FOR COMPENSATION**
**FOR SERVICES RENDERED AND REIMBURSEMENT**
**OF EXPENSES INCURRED AS COUNSEL TO THE DEBTOR**
**FOR THE PERIOD FROM MARCH 1, 2024, THROUGH MARCH 31, 2024**

| | |
|---|---|
| **Name of Applicant:** | Nixon Peabody LLP |
| **Authorized to Provide Services to:** | The Roman Catholic Diocese of Rockville Centre, New York |
| **Date of Retention:** | December 10, 2020, *nunc pro tunc* to October 1, 2020 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | March 1, 2024, through March 31, 2024 |

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue, P.O. Box 9023, Rockville Centre, NY 11571-9023.

| | |
|---|---:|
| **Amount of Compensation Requested:** | $11,833.50 |
| **Less 50% Holdback:** | $5,916.75 |
| **Net of Holdback:** | $5,916.75 |
| **Amount of Expense Reimbursement Requested:** | $0.00 |
| **Total Compensation (Net of Holdback) and Expense Reimbursement Requested:** | **$5,916.75** |

**This is a**   **X** Monthly   ___ Interim   ___ Final  Fee Statement.

[*Remainder of Page Intentionally Blank*]

In accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on November 4, 2020 [Docket No. 129] (the "Interim Compensation Order"),[2] Nixon Peabody LLP ("Nixon Peabody") hereby submits this forty-first monthly fee statement (the "Forty-first Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtor, for the period from March 1, 2024, through March 31, 2024 (the "Forty-first Monthly Fee Period"). By this Forty-first Monthly Fee Statement, Nixon Peabody seeks payment in the amount of $5,916.75, which comprises (i) 50% of the total amount of compensation sought for actual and necessary services rendered during the Forty-first Monthly Fee Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1. Attached hereto as **Exhibit A** is a summary of Nixon Peabody professionals by individual, setting forth the (a) name and title of each individual who provided services during the Forty-first Monthly Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Nixon Peabody's then-current billing rates, (d) amount of fees earned by each Nixon Peabody professional, and (e) year of bar admission for each attorney.

2. Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Forty-first Monthly Fee Period.

3. Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Forty-first Monthly Fee Period.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

4. Attached hereto as **Exhibit D** is a copy of the Nixon Peabody invoices for the Forty-first Monthly Fee Period.

## NOTICE AND OBJECTION PROCEDURES

5. Notice of this Forty-first Monthly Fee Statement shall be given to the following parties (collectively, the "Notice Parties"): (i) The Roman Catholic Diocese of Rockville Centre, 50 N. Park Avenue, P.O. Box 9023, Rockville Centre, NY 11571-9023 Attn: Thomas Renker, Email: trenker@drvc.com; (ii) counsel to the Debtor, Jones Day, 250 Vesey Street, New York, NY 10281 Attn: Corinne Ball, Esq., Email: cball@jonesday.com, Benjamin Rosenblum, Esq., Email: brosenblum@jonesday.com, and Andrew M. Butler, Esq., Email: abutler@jonesday.com; (iii) counsel to the Committee: Pachulski Stang Ziehl and Jones LLP, 780 Third Avenue, 36th Floor, New York, NY, 10017, Attn: Ilan D. Scharf, Esq., Email: ischarf@pszjlaw.com, Karen B. Dine, Esq., Email: kdine@pszjlaw.com, and Brittany M. Michael, Esq., bmichael@pszjlaw.com; and (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Greg Zipes, Email: Greg.Zipes@usdoj.gov, and Shara Cornell, Email: Shara.Cornell@usdoj.gov.

6. Objections to this Forty-first Monthly Fee Statement, if any, must be served via electronic mail upon the Notice Parties and Nixon Peabody LLP, 55 W. 46th Street, New York, NY 10036 Attn: Christopher M. Desiderio (cdesiderio@nixonpeabody.com) no later than 15 days after service and filing at 5:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

7. If no objections to this Forty-first Monthly Fee Statement are received by the Objection Deadline, the Debtor shall promptly pay Nixon Peabody 50% of the fees and 100% of the expenses identified in this Forty-first Monthly Fee Statement.

8. To the extent that an objection to this Forty-first Monthly Fee Statement is received on or before the Objection Deadline, the Debtor shall withhold payment of that portion of this Forty-first Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

## NO PRIOR REQUEST

9. No prior request for the relief sought in this Forty-first Monthly Fee Statement has been made to this or any other court.

Dated: April 15, 2024  
New York, NY

/s/ Christopher M. Desiderio  
NIXON PEABODY LLP  
Christopher M. Desiderio  
55 W. 46th Street  
New York, NY 10036  
Telephone: (212) 940-3000  
Facsimile: (212) 940-3111  
Email: cdesiderio@nixonpeabody.com

*Special Counsel to the Debtor*

# EXHIBIT A

## PROFESSIONAL PERSON SUMMARY

### MARCH 1, 2024 – MARCH 31, 2024

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| **PARTNER** | | | | |
| Christopher Porzio | 1997 | $925.00 | 0.3 | $277.50 |
| Lindsay Maleson | 2003 | $945.00 | 5.0 | $4,725.00 |
| Tina Sciocchetti | 2011 | $855.00 | 0.1 | $85.50 |
| | | **TOTAL PARTNER:** | **5.4** | **$5,088.00** |
| **COUNSEL** | | | | |
| Michal Cantor | 2015 | $750.00 | 1.1 | $825.00 |
| Anita Pelletier | 2002 | $645.00 | 0.3 | $193.50 |
| | | **TOTAL COUNSEL:** | **1.4** | **$1,018.50** |
| **ASSOCIATE** | | | | |
| Zachary Osinski | 2018 | $645.00 | 1.1 | $709.50 |
| Jack Murray | 2020 | $810.00 | 5.5 | $4,455.00 |
| | | **TOTAL ASSOCIATE:** | **6.6** | **$5,164.50** |
| **LEGAL SUPPORT** | | | | |
| Sharon Willier | n/a | $375.00 | 1.5 | $562.50 |
| | | **TOTAL LEGAL SUPPORT:** | **1.5** | **$562.50** |
| | | **TOTAL:** | **14.9** | **$11,833.50** |

## EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY[3]

### MARCH 1, 2024 – MARCH 31, 2024

| PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|
| 000001 | 10.60 | $8,329.50 |
| 000011 | 1.10 | $942.00 |
| 000072 | 0.60 | $502.50 |
| 000122 | 1.80 | $1,303.50 |
| 000133 | 0.50 | $472.50 |
| 000159 | 0.30 | $283.50 |
| **TOTAL** | **14.90** | **$11,833.50** |

---

[3] Due to the confidential and sensitive nature of Nixon Peabody's engagement, only the matter numbers have been provided without the name of the applicable investigation or other matter.

## EXHIBIT C

## EXPENSE SUMMARY

## MARCH 1, 2024 – MARCH 31, 2024

| EXPENSE CATEGORY | TOTAL EXPENSES |
|---|---|
| N/A | $0.00 |
| **TOTAL** | **$0.00** |

## EXHIBIT D

### TIME DETAIL

[*Please see attached.*]



FEDERAL I.D. NO. 16-0764720

NIXON PEABODY ATTORNEYS AT LAW
NIXONPEABODY.COM
@NIXONPEABODYLLP

275 Broadhollow Road
Suite 300
Melville, NY 11747-4808
TEL: (516) 832-7500
FAX: (516) 832-7555

Thomas Renker, Esq.
General Counsel
Diocese of Rockville Centre
PO Box 9023
Rockville Centre, NY 11570-9023

April 9, 2024
Invoice No. 10566085
Account: 002787
Terms: Due Upon Receipt

**FOR PROFESSIONAL SERVICES RENDERED through March 31, 2024, including:**

| MATTER NO.: | 000001 | GENERAL |

**For Professional Fees:**

| Date | Timekeeper | Hours | Description of Services |
|---|---|---|---|
| **GEN_ADV: General Advice** | | | |
| 03/19/24 | A. Pelletier | 0.30 | Emails with client regarding Corporate Transparency Act compliance discussion. |
| Task Total: General Advice | | 0.30 | Task Fees:   193.50 |

**PREP_FS: Preparation of Fee Statements**

| Date | Timekeeper | Hours | Description of Services |
|---|---|---|---|
| 03/01/24 | J. Murray | 0.30 | File and serve Certificate of No Objection regarding Fee Statement. |
| 03/10/24 | L. Maleson | 0.40 | Review bills for confidentiality and privilege and for preparation of fee statement. |
| 03/11/24 | J. Murray | 2.50 | Draft and revise 10th Interim Fee Application. |
| 03/12/24 | J. Murray | 0.80 | Draft and revise 10th interim Fee Application (0.6). Telephone conference with L. Maleson regarding Fee Application issues (0.2). |
| 03/12/24 | L. Maleson | 0.40 | Telephone conference with J. Murray regarding fee payment issue (0.2). E-mail client regarding the same (0.2). |
| 03/12/24 | S. Willier | 0.50 | Review and revise February 2024 time detail for confidentiality and privilege. |
| 03/13/24 | J. Murray | 0.30 | Attention to Fee Payment issues. Correspond with Nixon Peabody billing team regarding the same. |
| 03/13/24 | L. Maleson | 0.40 | E-mails regarding fee payment issue (0.3). E-mail with client regarding the same (0.1). |

Nixon Peabody LLP
Invoice #  10566085    Page 2

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 03/14/24 | L. Maleson | 0.20 | Review and revise invoice descriptions for confidentiality and privilege. |
| 03/15/24 | S. Willier | 0.20 | Review and revise February 2024 time detail for confidentiality and privilege. |
| 03/15/24 | J. Murray | 0.50 | Telephone conferences with Nixon Peabody Billing team regarding billing rates in connection with 10th Interim Fee Application. |
| 03/15/24 | L. Maleson | 1.20 | Review draft interim Fee Statement and provide comments to J. Murray regarding the same (1.0). Telephone conference with J. Murray to discuss next steps (0.2). |
| 03/18/24 | J. Murray | 0.80 | Finalize draft of 10th Interim Fee Application (0.6). File and serve same (0.2). |
| 03/18/24 | L. Maleson | 0.30 | Finalize interim fee statement with J. Murray (0.2).  Send draft to client for review and approval (0.1). |
| 03/20/24 | L. Maleson | 0.20 | Send invoice detail to client for review. |
| 03/20/24 | S. Willier | 0.80 | Draft Fortieth Monthly Fee Statement with Exhibits A-D. |
| 03/25/24 | J. Murray | 0.30 | Attention to docketing and upcoming deadlines. Attention to monthly fee statement. |
| 03/25/24 | L. Maleson | 0.20 | Finalize monthly fee statement. |
| Task Total: Preparation of Fee Statements | | 10.30 | Task Fees:    8,136.00 |

**TOTAL HOURS:**    10.60

**TOTAL FEES:**    $8,329.50

### TIMEKEEPER SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| **Partners** | | | |
| L. Maleson | 945.00 | 3.30 | 3,118.50 |
| **Counsel** | | | |
| A. Pelletier | 645.00 | 0.30 | 193.50 |
| **Associates** | | | |
| J. Murray | 810.00 | 5.50 | 4,455.00 |
| **Paralegals** | | | |
| S. Willier | 375.00 | 1.50 | 562.50 |
| **Total All Timekeepers:** | | **10.60** | **$8,329.50** |

**TOTAL FOR MATTER -- GENERAL:**    $8,329.50

Nixon Peabody LLP
Invoice #  10566085     Page 3

**MATTER NO.:  000011**          **NOTIFICATIONS TO DISTRICT ATTORNEYS**

**For Professional Fees:**

| Date | Timekeeper | Hours | Description of Services |
|---|---|---|---|
| 03/01/24 | L. Maleson | 0.10 | E-mail District Attorney regarding reporting letter. |
| 03/06/24 | L. Maleson | 0.30 | Receipt, review and analysis of intake report. Direct M. Cantor regarding the same. |
| 03/07/24 | M. Cantor | 0.50 | Draft District Attorney reporting letter. |
| 03/08/24 | L. Maleson | 0.20 | Follow-up with client and District Attorneys regarding investigation. |
|  | TOTAL HOURS: | 1.10 | |

TOTAL FEES:           $942.00

**TIMEKEEPER SUMMARY**

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| **Partners** | | | |
| L. Maleson | 945.00 | 0.60 | 567.00 |
| **Counsel** | | | |
| M. Cantor | 750.00 | 0.50 | 375.00 |
| **Total All Timekeepers:** | | **1.10** | **$942.00** |

**TOTAL FOR MATTER -- NOTIFICATIONS TO DISTRICT ATTORNEYS:**           **$942.00**

Nixon Peabody LLP<br>Invoice # 10566085    Page 4

**MATTER NO.: 000072**          **INVESTIGATIONS GENERAL**

**For Professional Fees:**

| Date | Timekeeper | Hours | Description of Services |
|---|---|---|---|
| 03/19/24 | C. Porzio | 0.30 | Meet and confer with L. Maleson and M. Cantor regarding transition issues and open matters to address with client. |
| 03/19/24 | M. Cantor | 0.30 | Meeting with L. Maleson and C. Porzio to discuss outstanding items. |
|  | TOTAL HOURS: | 0.60 |  |

TOTAL FEES:    $502.50

**TIMEKEEPER SUMMARY**

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| **Partners** | | | |
| C. Porzio | 925.00 | 0.30 | 277.50 |
| **Counsel** | | | |
| M. Cantor | 750.00 | 0.30 | 225.00 |
| **Total All Timekeepers:** | | **0.60** | **$502.50** |

**TOTAL FOR MATTER -- INVESTIGATIONS GENERAL:**          **$502.50**

Nixon Peabody LLP
Invoice #  10566085    Page 5

**MATTER NO.:  000122**    **ATTORNEY GENERAL INVESTIGATION**

**Client Reference:**    CL#DRC10021

**For Professional Fees:**

| Date | Timekeeper | Hours | Description of Services |
|---|---|---|---|
| 03/01/24 | L. Maleson | 0.20 | Review common interest notes. E-mails with client. |
| 03/11/24 | T. Sciocchetti | 0.10 | Communications with Nixon Peabody team regarding common interest research. |
| 03/11/24 | Z. Osinski | 0.20 | Correspondence with team regarding ongoing common interest research. |
| 03/14/24 | L. Maleson | 0.10 | Review Common Interest notes. |
| 03/14/24 | M. Cantor | 0.30 | Participate in common interest call with counsel for the other New York Dioceses. |
| 03/15/24 | Z. Osinski | 0.90 | Review recent updates to ongoing common interest research. |

TOTAL HOURS:    1.80

TOTAL FEES:    $1,303.50

**TIMEKEEPER SUMMARY**

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| **Partners** | | | |
| L. Maleson | 945.00 | 0.30 | 283.50 |
| T. Sciocchetti | 855.00 | 0.10 | 85.50 |
| **Partners Totals** | | **0.40** | **369.00** |
| **Counsel** | | | |
| M. Cantor | 750.00 | 0.30 | 225.00 |
| **Associates** | | | |
| Z. Osinski | 645.00 | 1.10 | 709.50 |
| **Total All Timekeepers:** | | **1.80** | **$1,303.50** |

**TOTAL FOR MATTER -- ATTORNEY GENERAL INVESTIGATION:**    $1,303.50

Nixon Peabody LLP
Invoice # 10566085    Page 6

**MATTER NO.: 000133**   **PERSON # 65**

**For Professional Fees:**

| Date | Timekeeper | Hours | Description of Services |
|---|---|---|---|
| 03/13/24 | L. Maleson | 0.10 | Follow-up with Assistant District Attorneys regarding investigation. |
| 03/18/24 | L. Maleson | 0.20 | E-mail with client regarding law enforcement stance (0.1). E-mail Assistant District Attorneys regarding the same (0.1). |
| 03/19/24 | L. Maleson | 0.20 | Review response from law enforcement (0.1). Update client and confer regarding next steps (0.1). |
| | TOTAL HOURS: | 0.50 | |

TOTAL FEES:    $472.50

**TIMEKEEPER SUMMARY**

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| **Partners** | | | |
| L. Maleson | 945.00 | 0.50 | 472.50 |
| **Total All Timekeepers:** | | **0.50** | **$472.50** |

**TOTAL FOR MATTER -- PERSON # 65:**    **$472.50**

Nixon Peabody LLP
Invoice #  10566085    Page 7

**MATTER NO.:  000159**          **DISCOVERY CONSULTATION**

**For Professional Fees:**

| Date | Timekeeper | Hours | Description of Services |
|---|---|---|---|
| 03/28/24 | L. Maleson | 0.30 | Review and respond to law firm's request for documents. |
| | TOTAL HOURS: | 0.30 | |

TOTAL FEES:    $283.50

**TIMEKEEPER SUMMARY**

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| **Partners** | | | |
| L. Maleson | 945.00 | 0.30 | 283.50 |
| **Total All Timekeepers:** | | **0.30** | **$283.50** |

**TOTAL FOR MATTER -- DISCOVERY CONSULTATION:**    **$283.50**

Nixon Peabody LLP
Invoice #  10566085    Page 8

**TOTAL FOR STATEMENT:**            **$11,833.50**