**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,[1] | Case No. 20-12345 (MG) |
| Debtor. | |

**DECLARATION OF**
**STEPHENIE KJONTVEDT OF EPIQ**
**CORPORATE RESTRUCTURING, LLC REGARDING**
**THE SOLICITATION AND TABULATION OF BALLOTS CAST ON**
**THE FOURTH MODIFIED FIRST AMENDED CHAPTER 11 PLAN FOR**
**THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK**

I, Stephenie Kjontvedt, declare, under the penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Vice President, Senior Consultant of Epiq Corporate Restructuring, LLC ("**Epiq**"), located at 777 Third Avenue, 12th Floor, New York, NY 10017. I am over the age of eighteen years and not a party to the above-captioned action. Unless otherwise noted, I have personal knowledge of the facts set forth herein.

2. I submit this declaration (this "**Declaration**") with respect to the solicitation and the tabulation of ballots cast on the *Fourth Modified First Amended Chapter 11 Plan of Reorganization for The Roman Catholic Diocese of Rockville Centre, New York* (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "Plan").[2] Except as otherwise indicated herein, all facts set forth herein are based on my

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is P.O. Box 9023, Rockville Centre, NY 11571-9023.

[2] All capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Plan or the Disclosure Statement Order (as defined herein).

personal knowledge or my review of relevant documents. I am authorized to submit this Declaration on behalf of Epiq. If I were called to testify, I could and would testify competently as to the facts set forth herein.

3. In accordance with (a) the *Order Authorizing Debtor to Retain and Employ Epiq Corporate Restructuring, LLC as Administrative Agent* Nunc Pro Tunc *to the Petition Date* [Docket No. 137] and (b) the *Order (I) Approving Disclosure Statement, (II) Approving Form and Manner of Service of Disclosure Statement Notice, (III) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan of Reorganization, (IV) Approving Related Notice Procedures, and (V) Scheduling Hearing on Confirmation of Plan of Reorganization, or (B) in the Alternative, Dismissing the Debtor's Chapter 11 Case* [Docket No. 2918] (the "**Disclosure Statement Order**"), Epiq was appointed and authorized to assist the Debtor with, *inter alia*, soliciting, receiving, reviewing, determining the validity of, and tabulating Ballots cast on the Plan by Holders of Claims in the Voting Classes (as defined herein).

4. Pursuant to the Plan and the Disclosure Statement Order, only Holders of Claims in the following Classes (the "**Voting Classes**") were entitled to vote to accept or reject the Plan:

| Plan Class | Class Description |
|---|---|
| 3 | General Unsecured Claims |
| 4 | Arrowood Abuse Claims |
| 5 | London and Ecclesia Abuse Claims |
| 6 | Convenience Claims |

5. The procedures for the solicitation and tabulation of votes on the Plan are outlined in the Disclosure Statement Order. Epiq was instructed by the Debtor to solicit, review, determine the validity of, and tabulate Ballots submitted to vote to accept or reject the Plan by the Holders of Claims in the Voting Classes.

6.  The Disclosure Statement Order established February 12, 2024, as the record date (the "**Voting Record Date**") for determining which creditors were entitled to vote on the Plan.

7.  In accordance with the Disclosure Statement Order, Epiq solicited the Holders of Claims in the Voting Classes as of the Voting Record Date. Epiq's *Certificate of Service of Solicitation Materials* was filed with this Court on March 8, 2024 [Docket No. 2969].

8.  Epiq received, reviewed, determined the validity of, and tabulated the Ballots submitted to vote on the Plan. For a Ballot to be counted as valid, the Ballot must have been (a) properly completed pursuant to the Disclosure Statement Order, (b) executed by the relevant Holder of Claim entitled to vote on the Plan (or such Holder's authorized representative), (c) returned to Epiq via an approved method of delivery set forth in the Disclosure Statement Order, and (d) in accordance with the *Order Approving Amended Solicitation Schedule* [Docket No. 3003], Ballots must have been received by 5:00 p.m., prevailing Eastern Time, on April 12, 2024, (the "**Voting Deadline**").

9.  All validly executed Ballots cast by Holders of Claims entitled to vote in the Voting Classes received by Epiq on or before the Voting Deadline were tabulated as outlined in the procedures set forth in the Disclosure Statement Order.

10. I declare that the results of the voting by Holders of Claims in the Voting Classes are as set forth in **Exhibit A** hereto, which is a true and correct copy of the final tabulation of valid votes received by Epiq. Additionally, Exhibit A includes a tabulation summary of provisional Ballots received.

11. A report of all Ballots not included in the tabulation prepared by Epiq and the reasons for exclusion of such Ballots is attached as **Exhibit B** hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: April 17, 2024

                                        */s/ Stephenie Kjontvedt*
                                        Stephenie Kjontvedt
                                        Vice President, Senior Consultant
                                        Epiq Corporate Restructuring, LLC

**<u>Exhibit A</u>**

## Tabulation Summary[1]

| VOTING CLASS | ACCEPT | | REJECT | |
|---|---|---|---|---|
| | AMOUNT (%) | NUMBER (%) | AMOUNT (%) | NUMBER (%) |
| **Class 3** <br> GENERAL UNSECURED CLAIMS | $68,181.74 <br> **(100.00%)** | 2 <br> **(100.00%)** | $0.00 <br> **(0.00%)** | 0 <br> **(0.00%)** |
| **Class 4** <br> ARROWOOD ABUSE CLAIMS | $34.00 <br> **(13.99%)** | 34 <br> **(13.99%)** | $209.00 <br> **(86.01%)** | 209 <br> **(86.01%)** |
| **Class 5** <br> LONDON AND ECCLESIA ABUSE CLAIMS | $19.00 <br> **(12.67%)** | 19 <br> **(12.67%)** | $131.00 <br> **(87.33%)** | 131 <br> **(87.33%)** |
| **Class 6** <br> CONVENIENCE CLAIMS | $17,703.64 <br> **(69.04%)** | 3 <br> **(50.00%)** | $7,937.57 <br> **(30.96%)** | 3 <br> **(50.00%)** |

## Tabulation Summary of Provisional Ballots Only[2]

| VOTING CLASS | ACCEPT | | REJECT | |
|---|---|---|---|---|
| | AMOUNT (%) | NUMBER (%) | AMOUNT (%) | NUMBER (%) |
| **(Provisional)** <br> **Class 4** <br> ARROWOOD ABUSE CLAIMS | $3.00 <br> **(6.67%)** | 3 <br> **(6.67%)** | $42.00 <br> **(93.33%)** | 42 <br> **(93.33%)** |
| **(Provisional)** <br> **Class 5** <br> LONDON AND ECCLESIA ABUSE CLAIMS | $1.00 <br> **(3.03%)** | 1 <br> **(3.03%)** | $32.00 <br> **(96.97%)** | 32 <br> **(96.97%)** |

---

[1]  No Provisional Ballots were included in the Tabulation Summary.

[2]  The Provisional Ballot tabulation results are separate from, and not included within, the Class 4 and Class 5 voting results in the Tabulation Summary.  Holders of Disputed Abuse Claims in Class 4 and Class 5 were provided with a form of Ballot (a "**Provisional Ballot**") and instructions that, in order for their vote to be counted, (i) they must file a Rule 3018 Motion seeking to have their vote counted and, (ii) a court order must be entered allowing such vote (a "**Resolution Event**").  As of the date hereof, Epiq is not aware of any Resolution Event with respect to a Provisional Ballot.  The inclusion of the Provisional Ballots would not have any impact on the overall voting results.

**Exhibit B**

**Excluded Ballots**

| Ballot No. | Class | Vote Amount | Vote Accept / Reject | Name | Reason for Exclusion |
|---|---|---|---|---|---|
| 006 | Class 3 | $1.00 | Reject | Suppressed | Missing Power of Attorney ("POA"):  Ballot submitted by an attorney, fiduciary or representative, without including a copy of a POA |
| 009 | Class 4 | $1.00 |  | Suppressed | No Vote:  Ballot did not indicate a vote to Accept or to Reject |
| 123 | Class 4 | $1.00 | Reject | Suppressed | Missing Power of Attorney ("POA"):  Ballot submitted by an attorney, fiduciary or representative, without including a copy of a POA |
| 137 | Class 4 | $1.00 | Accept | Suppressed | Missing Power of Attorney ("POA"):  Ballot submitted by an attorney, fiduciary or representative, without including a copy of a POA |
| 371 | Class 4 | $1.00 | Reject | Suppressed | Late: Received after the April 12, 2024 Voting Deadline |
| 121 | Class 5 | $1.00 | Reject | Suppressed | Missing Power of Attorney ("POA"):  Ballot submitted by an attorney, fiduciary or representative, without including a copy of a POA |
| 141 | Class 5 | $1.00 | Accept | Suppressed | Missing Power of Attorney ("POA"):  Ballot submitted by an attorney, fiduciary or representative, without including a copy of a POA |
| 161 | Class 5 | $1.00 | Accept | Suppressed | Missing Power of Attorney ("POA"):  Ballot submitted by an attorney, fiduciary or representative, without including a copy of a POA |
| 312 | Class 5 | $1.00 | Reject | Suppressed | Missing Power of Attorney ("POA"):  Ballot submitted by an attorney, fiduciary or representative, without including a copy of a POA |
| 215 | Class 5 (Provisional Ballot) | $1.00 | Reject | Suppressed | Missing Power of Attorney ("POA"):  Ballot submitted by an attorney, fiduciary or representative, without including a copy of a POA |