JONES DAY
Corinne Ball
Todd R. Geremia
Benjamin Rosenblum
Eric P. Stephens
Andrew Butler
250 Vesey Street
New York, New York  10281
Telephone:     (212) 326-3939
Facsimile:      (212) 755-7306

*Counsel for the Debtor*
*and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,[1] | : | Case No. 20-12345 (MG) |
| | : | |
| Debtor. | : | |

**DECLARATION OF REVEREND ERIC FASANO**

I, Father Eric Fasano, declare as follows, pursuant to 28 U.S.C. § 1746:

1. I am the Vicar General and the Moderator of the Curia for The Roman Catholic Diocese of Rockville Centre (the "Diocese").  With these roles, I am the moderator of the Diocese's administrative offices and serve as the *alter ego* of the Bishop in matters of administration and pastoral care in the Diocese.  I submit this Declaration in support of the Diocese's motion to dismiss this bankruptcy case.

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is P.O. Box 9023, Rockville Centre, NY 11571-9023.

1

2. The Diocese filed the petition to commence this bankruptcy case on October 1, 2020. Since the appointment of a mediator in October 2021, the Diocese has engaged along with its professionals in many mediation sessions, seeking to arrive at a consensual resolution with the Official Committee of Unsecured Creditors (the "Committee") and representatives of the Diocese's several third-party insurers. Many of the mediation sessions in this case also involved representatives for parishes within the Diocese.

3. I participated in all of the mediation sessions in this case that involved a client representative for the Diocese. I was also involved in all decision-making for the Diocese in this case.

4. I am aware that the Court imposed a deadline of October 31, 2023 for the Diocese to submit a proposed chapter 11 plan or a term sheet supported by both the Diocese and the Committee. Several mediation sessions were held after the Court imposed this deadline, but the Diocese was unable to reach a consensual resolution with the Committee by the Court-imposed, October 31 deadline. After the last mediation session with the Committee that was held before this deadline, the Diocese made its best and final offer to the creditors in this case by letter to the Court dated October 19, 2023, which attached a term sheet reflecting the Diocese's offer.

5. The material terms of the Diocese's offer were later embodied in a proposed plan of reorganization that the Diocese submitted to the Court on November 27, 2023 and, as revised pursuant to processes in this Court, was re-submitted on February 16, 2024. It was important to the Diocese that the creditors in this bankruptcy case have an opportunity to accept or reject the Diocese's offer, and the Diocese also believed that a global resolution was the best way to fairly and equitably compensate all of its creditors. I understand, however, that the creditors in this

case have voted to reject the Diocese's proposed plan, and that the deadline for voting has now passed.

6.      Since October 31, 2023, the Diocese's resources have continued to diminish, with substantial expenditures made in connection with this bankruptcy case.  Because of the diminished and diminishing resources of the Diocese and the inability to reach resolution with the Committee or the creditors, the Diocese now seeks to dismiss this bankruptcy case, in accordance with the statements that the Diocese made to creditors in the Diocese's proposed plan, as it was filed with the Court on February 16, 2024, and in the disclosure and solicitation materials that were sent to creditors in connection with the Diocese's proposed plan.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on April 17, 2024.

/s/ Rev. Eric Fasano
REV. ERIC FASANO