PACHULSKI STANG ZIEHL & JONES LLP
James I. Stang, Esq. (admitted *pro hac vice*)
Iain A. W. Nasatir, Esq.
Karen B. Dine, Esq.
Brittany M. Michael, Esq.
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: jstang@pszjlaw.com
 inasatir@pszjlaw.com
 kdine@pszjlaw.com
 bmichael@pszjlaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br>                Debtor. | Chapter 11<br>Case No. 20-12345 (MG) |

**NOTICE OF ERRATA RE OBJECTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTOR'S MOTION TO DISMISS CASE**

**TO THE HONORABLE JUDGE MARTIN GLENN AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that there is an error in the *Objection of the Official Committee of Unsecured Creditors to Debtor's Motion to Dismiss Case* filed on April 26, 2024 [Docket 3071] (the "<u>Objection</u>"). In the Objection, at page 16 of 28, paragraph 36, *Bilello v. Holy Trinity Diocesan High School,* Index No. 900099/2021 is listed as one of the four Trial Cases. The correct Trial Case is *Boyle v. Holy Trinity Diocesan High School,* Index No. 900307/2021.

1

Dated: April 26, 2024                PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James I. Stang*
James I. Stang, Esq.
Iain Nasatir, Esq.
Karen Dine, Esq.
Brittany M. Michael, Esq.
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Telephone: 212/561-7700
Facsimile: 212/561-7777
jstang@pszjlaw.com
inasatir@pszjlaw.com
kdine@pszjlaw.com
bmichael@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors*

BURNS BAIR LLP

*/s/ Timothy W. Burns*
Timothy W. Burns, Esq. (admitted *pro hac vice*)
Jesse J. Bair, Esq. (admitted *pro hac vice*)
10 E. Doty St., Suite 600
Madison, WI 53703-3392
Telephone: (608) 286-2808
Email: tburns@burnsbair.com
Email: jbair@burnsbair.com

*Special Insurance Counsel to the Official Committee of Unsecured Creditors*

4878-7762-5017.1 18491.002