Hearing Date and Time: September 26, 2024 at 2:30 p.m. (Eastern Time)

JONES DAY
Corinne Ball
Todd Geremia
Benjamin Rosenblum
Andrew Butler
250 Vesey Street
New York, New York  10281
Telephone:     (212) 326-3939
Facsimile:     (212) 755-7306

*Counsel for Debtor*
*and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,[1] | : | Case No. 20-12345 (MG) |
| | : | |
| Debtor. | : | |

**NOTICE OF SCHEDULING OF STATUS CONFERENCE**

**PLEASE TAKE NOTICE** that the status conference set for September 19, 2024 at 2:00 p.m., which was previously adjourned, **has been rescheduled**. The Status Conference will now be held before the Honorable Martin Glenn, Chief United States Bankruptcy Judge for the Southern District of New York, in the United States Bankruptcy Court for the Southern District of New York (the "Court") on **September 26, 2024 at 2:30 p.m. (Eastern Time)**, or as soon thereafter as counsel may be heard (the "Status Conference").

**PLEASE TAKE FURTHER NOTICE** that the Status Conference shall be a hybrid Zoom/live conference, with some participants appearing by Zoom for Government and

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is P.O. Box 9023, Rockville Centre, NY 11571-9023.

others appearing in the U.S. Bankruptcy Court for the Southern District of New York, located at One Bowling Green, New York, NY, in Courtroom 523. Parties wishing to appear at the Status Conference via Zoom for Government, whether making a "live" or "listen only" appearance before the Court, must make an electronic appearance through the Court's website at http://www.nysb.uscourts.gov/ecourt-appearances on or before **September 25, 2024 at 4:00 p.m. (Eastern Time).** After the deadline for parties to make electronic appearances has passed, parties who have made their electronic appearance through the Court's website will receive an invitation from the Court with a Zoom link that will allow them to attend the Status Conference.  Requests to receive a Zoom link should not be emailed to the Court, and the Court will not respond to late requests that are submitted on the day of the status conference.  Further information on the use of Zoom for Government can be found at the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

**PLEASE TAKE FURTHER NOTICE** that the Status Conference may be adjourned from time to time without further notice other than the filing of a notice on the Court's electronic docket for this case or the announcement of such adjournment in open court.

[*Remainder of Page Intentionally Blank*]

|  |  |
|---|---|
| Dated:  September 19, 2024<br>　　　　New York, New York | Respectfully submitted,<br><br>*/s/ Corinne Ball*<br>Corinne Ball<br>Todd Geremia<br>Benjamin Rosenblum<br>Andrew Butler<br>JONES DAY<br>250 Vesey Street<br>New York, NY 10281-1047<br>Telephone:  (212) 326-3939<br>Facsimile:  (212) 755-7306<br>Email:  cball@jonesday.com<br>　　　　trgeremia@jonesday.com<br>　　　　brosenblum@jonesday.com<br>　　　　abutler@jonesday.com<br><br>*Counsel for Debtor*<br>*and Debtor-in-Possession* |