Hearing Date and Time:  **October 30, 2024 at 10:00 a.m.** (Prevailing Eastern Time)
Objection Date and Time:  **October 23, 2024 at 4:00 p.m.** (Prevailing Eastern Time)

PACHULSKI STANG ZIEHL & JONES LLP
James I. Stang (admitted *pro hac vice*)
Brittany M. Michael
Karen B. Dine
Gail S. Greenwood
780 Third Avenue, 34th Floor
New York, NY  10017
Tel: (212) 561-7700; Fax: (212) 561-7777
Email:     jstang@pszjlaw.com
               bmichael@pszjlaw.com
               kdine@pszjlaw.com
               ggreenwood@pszjlaw.com

*Counsel for the Official Committee
of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, | Case No. 20-12345 (MG) |
| Debtor. | |

**NOTICE OF HEARING ON THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER (I) AUTHORIZING AND APPROVING THE EMPLOYMENT OF WILLIAM L. BETTINELLI AS ABUSE CLAIMS REVIEWER AND (II) AUTHORIZING ACTIONS TO BE TAKEN PURSUANT TO [PROPOSED] TRUST ALLOCATION PROTOCOL**

**PLEASE TAKE NOTICE** that on October 15, 2024, the Official Committee of Unsecured Creditors (the "Committee") filed the *Application of the Official Committee of Unsecured Creditors for Order (I) Authorizing and Approving the Employment of William L. Bettinelli as Abuse Claims Reviewer and (II) Authorizing Actions to Be Taken Pursuant to [Proposed] Trust Allocation Protocol* [Docket No. 3298] (the "Application").

**PLEASE TAKE FURTHER NOTICE THAT** any objections to the Application must be in writing and conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of New York, be filed by **October 23, 2024**, **at 4:00 p.m**. (Prevailing Eastern Time), and shall be served on (a) Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017, Attn: James I. Stang, Esq., Karen B. Dine, Esq., and Brittany M. Michael, Esq.; (b) counsel to the Debtor, Jones Day, 250 Vesey Street, New York, New York 10281-1047 Attn: Corinne Ball, Esq., Todd Geremia, Esq., Benjamin Rosenblum, Esq., and Andrew Butler, Esq.; (c) William K. Harrington, U.S. Department of Justice, Office of the U.S. Trustee, 201 Varick Street, Room 1006, New York, NY 10014, Attn: Greg M. Zipes, Esq. and Shara Cornell, Esq.; and (d) all other parties in interest that have filed requests for notice pursuant to Bankruptcy Rule 2002 in the Debtor's chapter 11 case.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Application and any objections related thereto (the "Hearing") will be held on **October 30, 2024 at 10:00 a.m.** (prevailing Eastern Time) before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004.

**PLEASE TAKE FURTHER NOTICE** that he Hearing shall be held as in-person and via Zoom for Government. Parties wishing to appear at the Hearing via Zoom for Government, whether making a "live" or "listen only" appearance before the Court, must make an electronic appearance through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl on or before **October 29, 2024, at 4:00 p.m**. (prevailing Eastern Time). After the deadline for parties to make electronic appearances has passed, parties who have made

their electronic appearance through the Court's website will receive an invitation from the Court with a Zoom link that will allow them to attend the Hearing. Requests to receive a Zoom link should not be emailed to the Court, and the Court will not respond to late requests that are submitted on the day of the hearing. Further information on the use of Zoom for Government can be found at the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing or a later hearing.

Dated: October 15, 2024    **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Karen B. Dine*
PACHULSKI STANG ZIEHL & JONES LLP
James I. Stang (admitted *pro hac vice*)
Brittany M. Michael
Karen B. Dine
Gail S. Greenwood
780 Third Avenue, 34th Floor
New York, NY  10017
Tel: (212) 561-7700; Fax: (212) 561-7777
Email:    jstang@pszjlaw.com
          bmichael@pszjlaw.com
          kdine@pszjlaw.com
          ggreenwood@pszjlaw.com

*Counsel for the Official Committee
of Unsecured Creditors*