JONES DAY
Corinne Ball
Todd Geremia
Benjamin Rosenblum
Andrew Butler
250 Vesey Street
New York, New York  10281
Telephone:     (212) 326-3939
Facsimile:     (212) 755-7306

*Counsel for the Debtor*
*and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,[1] | : | Case No. 20-12345 (MG) |
|  | : |  |
| Debtor. | : |  |

**NOTICE REGARDING METHOD OF UPCOMING HEARINGS**

**PLEASE TAKE NOTICE** that the hearings currently scheduled for **October 30, 2024 at 10 a.m., November 4, 2024 at 2 p.m. and December 3, 2024 at 10 a.m. (all Prevailing Eastern Time)** (the "Hearings" and each individually a "Hearing") in the United States Bankruptcy Court for the Southern District of New York (the "Court") will be **hybrid hearings** with the main participants in the courtroom.  The Hearings will take place before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004.

**PLEASE TAKE FURTHER NOTICE** that parties wishing to appear at any Hearing via Zoom for Government, whether making a "live" or "listen only" appearance before the Court, must make an electronic appearance through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl on or before 4:00 p.m. (prevailing Eastern Time) on the business day before the Hearing.  After the deadline for parties to make electronic appearances has passed, parties who have made their electronic appearance through the Court's website will receive an invitation from the Court with a Zoom link that will allow them to attend the Hearing.  Requests to receive a Zoom link should not be emailed to the Court,

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is P.O. Box 9023, Rockville Centre, NY 11571-9023.

and the Court will not respond to late requests that are submitted on the day of the hearing. Further information on the use of Zoom for Government can be found at the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

**PLEASE TAKE FURTHER NOTICE** that copies of each pleading can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, or (ii) from the Debtor's notice and claims agent, Epiq Corporate Restructuring, LLC, at https://dm.epiq11.com/drvc or by calling (888) 490-0633. Note that a PACER password is needed to access documents on the Court's website.

| | |
|---|---|
| Dated: October 15, 2024<br>New York, New York | Respectfully submitted,<br><br>*/s/ Corinne Ball*<br>Corinne Ball<br>Todd Geremia<br>Benjamin Rosenblum<br>Andrew Butler<br>JONES DAY<br>250 Vesey Street<br>New York, NY 10281-1047<br>Telephone: (212) 326-3939<br>Facsimile: (212) 755-7306<br>Email: cball@jonesday.com<br>    trgeremia@jonesday.com<br>    brosenblum@jonesday.com<br>    abutler@jonesday.com<br><br>*Counsel for the Debtor<br>and Debtor in Possession* |