# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br><br>Debtor. | Case No. 20-12345 (MG)<br><br>Chapter 11 |

**LONDON MARKET INSURERS' LIMITED JOINDER TO THE DEBTOR'S OMNIBUS REPLY IN SUPPORT OF DEBTOR'S MOTION (A) FOR AN ORDER (I) APPROVING DISCLOSURE STATEMENT, (II) APPROVING FORM AND MANNER OF SERVICE OF DISCLOSURE STATEMENT NOTICE, (III) ESTABLISHING PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT PLAN OF REORGANIZATION, (IV) APPROVING RELATED NOTICE PROCEDURES, AND (V) <u>SCHEDULING HEARING ON CONFIRMATION OF PLAN OF REORGANIZATION</u>**

Certain Underwriters at Lloyd's, London subscribing various policies, Ancon Insurance Co. (UK) Ltd., Assicurazioni Generali T.S., Dominion Insurance Co. Ltd., Excess Insurance Co. Ltd., London & Edinburgh General Insurance Co. Ltd., St. Katherine Insurance Co. Ltd., Terra Nova Insurance Co. Ltd., Turegum Insurance Co. Ltd., Unionamerica Insurance Co. Ltd., and Yasuda Fire & Marine (UK) Ltd. (collectively, "London Market Insurers" or "LMI"), by and through their undersigned counsel, hereby join, on a limited basis, certain arguments set forth by the Roman Catholic Diocese of Rockville Centre, New York ("Debtor") in the *Debtor's Omnibus Reply in Support of Debtor's Motion (A) for an Order (I) Approving Disclosure Statement, (II) Approving Form and Manner of Service of Disclosure Statement Notice, (III) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan of Reorganization, (IV) Approving Related Notice Procedures, and (V) Scheduling Hearing on Confirmation of Plan of Reorganization* (Dkt. No. 3326) ("Reply") and respectfully state as follows:

LMI join in the Debtor's arguments, relating to the Settling Insurer Supplemental Injunction and the section 363 sale, as set forth in the Reply that responds to the *Omnibus Objection of the United States Trustee to Motion of the Debtor for Entry of Order (I) Approving Disclosure*

DM3\10962653.1

*Statement, (II) Approving Form and Manner of Service of Disclosure Statement Notice, (III) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan of Reorganization, (IV) Approving Related Notice Procedures, and (V) Scheduling Hearing on Confirmation of Plan of Reorganization* (Doc. 3323) ("UST Objection").

For the reasons set forth in the Reply, LMI respectfully request that the Court overrule the UST Objection, as it relates to the Settling Insurer Supplemental Injunction and the section 363 sale.

Dated:  October 25, 2024

Respectfully submitted,

By: */s/ Russell W. Roten*
    Russell W. Roten (*pro hac vice*)
    Jeff D. Kahane (*pro hac vice*)
    Andrew Mina (*pro hac vice*)
    Betty Luu (*pro hac vice*)
    Duane Morris LLP
    865 S. Figueroa Street, Suite 3100
    Los Angeles, CA  90017-5450
    Telephone: (213) 689-7400
    Facsimile:  (213) 689-7401
    Email: RWRoten@duanemorris.com

By: */s/ Catalina J. Sugayan*
    Catalina J. Sugayan (*pro hac vice*)
    James J. Moffitt (*pro hac vice*)
    Clyde & Co US LLP
    30 S Wacker Drive, Suite 2600
    Chicago, IL 60606
    Telephone: (312) 635-7000
    Facsimile:  (312) 635-6950
    Email: catalina.sugayan@clydeco.us

    *Attorneys for London Market Insurers*