**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 20-12345 (MG) |
| | ) | |
| THE ROMAN CATHOLIC DIOCESE OF | ) | Chapter 11 |
| ROCKVILLE CENTRE, NEW YORK, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

### NOTICE OF FILING OF PROPOSED LETTER OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS WITH RESPECT TO THE DEBTOR'S THIRD MODIFIED FIRST AMENDED PLAN AND ADDITIONAL DISCLOSURE STATEMENT COMMENTS

**PLEASE TAKE NOTICE** that on October 7, 2024, the above-captioned debtor and debtor-in-possession (the "**Debtor**") filed the Chapter 11 Plan of Reorganization Proposed by The Roman Catholic Diocese of Rockville Centre, New York and Additional Debtors [Docket No. 3292] (the "**Plan**") and the related disclosure statement [Docket No. 3291] (the "**Disclosure Statement**").[1]

**PLEASE TAKE FURTHER NOTICE** that attached as Exhibit A is the Proposed Letter of the Official Committee of Unsecured Creditors (the "**Committee Plan Letter**") with Respect to the Plan.

**PLEASE TAKE FURTHER NOTICE** the Committee is submitting the Committee Plan Letter for inclusion in the solicitation materials to be distributed to creditors in connection the Debtor's Plan and Disclosure Statement.

---

[1] Capitalized terms used and not otherwise defined herein have the meanings ascribed thereto in the Debtor's Disclosure Statement.

   **PLEASE TAKE FURTHER NOTICE** that the Committee reserves the right to amend

or withdraw the Committee Plan Letter based on the final, Bankruptcy Court-approved version of

the Debtor's Disclosure Statement.

   **PLEASE TAKE FURTHER NOTICE** that this Notice is being filed for informational

purposes only and that the Committee Plan Letter has not been approved by the Bankruptcy Court

for distribution for any purpose.


Dated: October 28, 2024     **PACHULSKI STANG ZIEHL & JONES LLP**


      _/s/ Karen Dine_
      James I. Stang, Esq. (admitted _pro hac vice_)
      Karen B. Dine, Esq.
      Iain Nasatir, Esq.
      Brittany M. Michael, Esq.
      780 Third Avenue, 34th Floor
      New York, New York 10017
      Tel: 212-561-7700
      Fax: 212-561-7777
      Email:  jstang@pszjlaw.com
         kdine@pszjlaw.com
         inasatir@pszjlaw.com
         bmichael@pszjlaw.com


      _Counsel for the Official Committee of Unsecured_
      _Creditors_