# EXHIBIT A

**LETTER FROM THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO ABUSE CLAIMANTS RECOMMENDING THEY VOTE TO ACCEPT THE PLAN**

The Official Committee of Unsecured Creditor is the representative of the holders of Abuse Claims against the Diocese of Rockville Centre, appointed by the Office of the United States Trustee, a division of the United States Department of Justice. The Committee consists of eight survivors of sexual abuse and one individual who is a representative of a minor with a civil rights claim against the Diocese. The Committee has worked on your behalf for the four years of the Diocese's bankruptcy case to reach a reasonable settlement of more than 600 sexual abuse claims against the Diocese. Earlier this year, the Diocese solicited your acceptance of a Chapter 11 plan over the Committee's opposition. With your support, that plan was overwhelmingly rejected. Your vote empowered the Committee to renew extensive and arms-length negotiations resulting in a settlement that the Committee can now recommend to you. For the reasons set forth below, the Committee recommends that you vote to **ACCEPT** the Debtor's *Chapter 11 Plan of Reorganization,* dated October __, 2024 (the "**Plan**"), enclosed with this letter.[1]

This Plan is a vast improvement over the Diocese's previously solicited plan both in terms of the amount of the compensation to be paid to survivors as a whole and how the compensation will be allocated amongst you. Under the Plan, the Diocese and its parishes, schools, and related Catholic entities (collectively, the "**Affiliates**") will create a Settlement Trust. The Diocese and Affiliates will pay $234.8 million to the Settlement Trust, the Diocese's solvent insurers will pay $85.525 million in cash to the Settlement Trust, and the Diocese will transfer to the Settlement Trust the right to pursue claims against its insolvent insurer, Arrowood Indemnity. The Plan provides an efficient and speedy means for allocating compensation to each Survivor and a process for potentially obtaining additional recoveries from non-settling insurers. It also includes measures to enhance child protection that are critical to the Committee's recommendation to accept the plan, including the publication of abuse related documents through an archive to be administered by an approved third-party academic institution.

In order to enable the global settlement, nearly all of the Affiliates will each file their own bankruptcies if the recommended plan is accepted. These Affiliates, using the acceptance of the recommended plan, should emerge from their bankruptcies at the same time as the Diocese emerges from its own bankruptcy case. The coordination of these bankruptcies will facilitate the prompt funding of the Settlement Trust and disbursement of compensation.

If the Plan becomes effective, survivors of sexual abuse will be able to share in the settlement fund pursuant to the terms of the Plan and exhibits thereto, the Debtor and the Affiliates that have filed bankruptcies will receive a bankruptcy discharge of the abuse claims and the settling insurers will have no further responsibility for paying abuse claims.

The Committee supports the Plan because it provides protections for children, reasonable compensation for Survivors and avoids the uncertainty and delay of continued litigation against the Debtors, the Affiliates and the settling insurers. The Committee believes that the Plan is in the best interests of all creditors, especially you, a Holder of an Abuse Claim (Creditor Class 4 under the Plan), and urges you to vote to **ACCEPT** the Plan.

**The Disclosure Statement contains extensive information with respect to the Plan and we encourage you and your counsel to review the Disclosure Statement and Plan carefully before voting.**[2] The deadline to vote to accept or reject the Plan is **November 27, 2024 at 5:00 p.m. (Eastern**

---

[1] A capitalized term used but not defined herein shall have the meaning ascribed to it in the Plan.
[2] The Committee has not independently verified the information in the Disclosure Statement, and disagrees with certain of the assumptions and statements included in the financial analyses prepared by the Diocese. The Committee reserves all of its rights with respect to any of the information or assumptions in the Disclosure Statement and the exhibits thereto.

**Time)**. Please complete and submit your ballot in accordance with the instructions contained in the solicitation package so that it is received no later than **November 27, 2024 at 5:00 p.m.**

      Sincerely,

      *Official Committee of Unsecured Creditors*