**Hearing Date and Time: October 30, 2024 at 10:00 a.m. (Prevailing Eastern Time)**

JONES DAY
Corinne Ball
Todd Geremia
Benjamin Rosenblum
Andrew Butler
250 Vesey Street
New York, New York  10281
Telephone:     (212) 326-3939
Facsimile:      (212) 755-7306

*Counsel for the Debtor*
*and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,[1] | : | Case No. 20-12345 (MG) |
| | : | |
| Debtor. | : | |

**AGENDA FOR MATTERS SCHEDULED**
**FOR OCTOBER 30, 2024 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

| | |
|---|---|
| Time and Date of Hearing: | **October 30, 2024 at 10:00 a.m. (Prevailing Eastern Time)** |
| Location of Hearing: | **The hearing will be a hybrid Zoom/live conference, with some participants appearing by Zoom for Government and others appearing in the U.S. Bankruptcy Court for the Southern District of New York, located at One Bowling Green, New York, NY, in Courtroom 523.** |
| Copies of Motions: | A copy of each pleading can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, or (ii) from the Debtor's claims and noticing agent, Epiq Corporate Restructuring, LLC, at https://dm.epiq11.com/drvc or by calling (888) 490-0633. Note that a PACER password is needed to access documents on the Court's website. |

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is P.O. Box 9023, Rockville Centre, NY 11571-9023.

**I.     APPLICATION TO EMPLOY ABUSE CLAIMS REVIEWER**

Filing: *Application Of The Official Committee Of Unsecured Creditors For Order (I) Authorizing And Approving The Employment Of William L. Bettinelli As Abuse Claims Reviewer And (II) Authorizing Actions To Be Taken Pursuant To [Proposed] Trust Allocation Protocol* [Docket No. 3298].

Responses Received: None.

Related Filings: None.

Status: This matter is going forward on an uncontested basis.

**II.    MOTION FOR APPROVAL OF DISCLOSURE STATEMENT AND SOLICITATION PROCEDURES**

Filings:

1. *Disclosure Statement for Plan of Reorganization Proposed by The Roman Catholic Diocese of Rockville Centre, New York and Additional Debtors* [Docket No. 3291].

2. *Motion for an Order (I) Approving Disclosure Statement, (II) Approving Form and Manner of Service of Disclosure Statement Notice, (III) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan of Reorganization, (IV) Approving Related Notice Procedures, and (V) Scheduling Hearing on Confirmation of Plan of Reorganization* [Docket No. 3293].

3. *Notice of Filing of Exhibits in Connection With The Debtor's Disclosure Statement* [Docket No. 3304].

Responses Received:

1. *Arrowood's Objection to Motion for an Order (i) Approving Disclosure Statement, (ii) Approving Form and Manner of Service of Disclosure Statement Notice, (iii) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan of Reorganization, (iv) Approving Related Notice Procedures, and (v) Scheduling Hearing on Confirmation of Plan of Reorganization* [Docket No. 3322].

2. *Omnibus Objection of the United States Trustee to Debtor's Motion for an Order (I) Approving Disclosure Statement, (II) Approving Form and Manner of Service of Disclosure Statement Notice, (III) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan of Reorganization, (IV) Approving Related Notice Procedures, and (V) Scheduling Hearing on Confirmation of Plan of Reorganization* [Docket No. 3323].

3. *Debtor's Omnibus Reply in Support of Debtor's Motion for an Order (I) Approving Disclosure Statement, (II) Approving Form and Manner of Service of Disclosure Statement Notice, (III) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan of Reorganization, (IV) Approving Related Notice Procedures, and (V) Scheduling Hearing on Confirmation of Plan of Reorganization* [Docket No. 3326].

4. *Joinder--And Supplemental Comments--of FCR to Diocese Reply with Respect to Disclosure Statement Approval* [Docket No. 3327].

5. *LMI's Limited Joinder to the Debtor's Omnibus Reply in Support of Debtor's Motion For an Order (I) Approving Disclosure Statement, (II) Approving Form and Manner of Service of Disclosure Statement Notice, (III) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan of Reorganization (IV) Approving Related Notice Procedures and (V) Scheduling Hearing on Confirmation of Plan of Reorganization* [Docket No. 3328].

<u>Related Filings</u>:

1. *Letter regarding Extension of Time to Object to Motion to Approve Disclosure Statement* [Docket No. 3310].

2. *So Ordered Memorandum Endorsed Order Re: Letter Requesting Extension of Time to Object to Motion to Approve Disclosure Statement* [Docket No. 3311].

3. *Notice of Filing of Proposed Letter of Official Committee of Unsecured Creditors with Respect to the Debtor's Third Modified First Amended Plan and Additional Disclosure Statement Comments* [Docket No. 3329]

<u>Status</u>: This matter is going forward on a contested basis.

[*Remainder of page intentionally blank*]

<table>
<tr><td>

Dated: October 28, 2024
      New York, New York

</td><td>

Respectfully submitted,

*/s/ Corinne Ball*
Corinne Ball
Todd Geremia
Benjamin Rosenblum
Andrew Butler
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Email: cball@jonesday.com
       trgeremia@jonesday.com
       brosenblum@jonesday.com
       abutler@jonesday.com

*Counsel for the Debtor
and Debtor-in-Possession*

</td></tr>
</table>