UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 20-12345 (MG) |
| | ) | |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, | ) ) | Chapter 11 |
| | ) | **Related Docket No. 3364** |
| Debtor. | ) ) | |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 105(a) (A) APPROVING CREATION OF TRUST PURSUANT TO PLAN AND TRUST AGREEMENT, (B) APPROVING APPOINTMENT OF TRUSTEE, (C) AUTHORIZING TRUST TO OBTAIN TAX IDENTIFICATION NUMBER AND OPEN BANK ACCOUNTS, AND (D) GRANTING RELATED RELIEF**

Pursuant to 28 U.S.C. § 1746 and Rule 9013-3 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules") the undersigned counsel for the Official Committee of Unsecured Creditors (the "Committee") hereby certifies as follows:

1. On **November 4, 2024**, the Committee filed the *Motion of Official Committee of Unsecured Creditors for Entry of an Order Pursuant to 11 U.S.C. § 105(a) (A) Approving Creation of Trust Pursuant to Plan and Trust Agreement, (B) Approving Appointment of Trustee, (C) Authorizing Trust to Obtain Tax Identification Number and Open Bank Accounts, and (D) Granting Related Relief* [Docket No. 3364] (the "Motion").

2. The Motion was served on **November 4, 2024** [Docket No. 3367].

3. The Objection Deadline for the Motion listed above was **November 12, 2024**. As of the filing of this certificate, more than forty-eight (48) hours have elapsed since the Objection Deadline and, to the best of my knowledge, no responsive pleading to the Motion listed above has been filed with the Court on the docket of the above-captioned chapter 11 case or (b) served on the Committee or its counsel.

4. Accordingly, the Committee respectfully requests that the proposed order attached hereto as **Exhibit A** be entered at the Court's earliest convenience.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: November 15, 2024    **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Karen Dine*
James I. Stang, Esq. (admitted *pro hac vice*)
Karen B. Dine, Esq.
Brittany M. Michael, Esq.
Gail S. Greenwood
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone:    (212) 561-7700
Facsimile:    (212) 561-7777
Email:    jstang@pszjlaw.com
    kdine@pszjlaw.com
    bmichael@pszjlaw.com
    ggreenwood@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors*

## **EXHIBIT A**

DOCS_NY:46746.1 18491/002

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br>Debtor. | Chapter 11<br>Case No. 20-12345 (MG)<br>Related Docket No. 3364 |

**ORDER GRANTING MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 105(a) (A) APPROVING CREATION OF TRUST PURSUANT TO THE PLAN AND TRUST AGREEMENT, (B) APPROVING APPOINTMENT OF TRUSTEE, (C) AUTHORIZING TRUST TO OBTAIN TAX IDENTIFICATION NUMBER AND OPEN BANK ACCOUNTS, AND (D) GRANTING RELATED RELIEF**

Upon consideration of the *Motion for Entry of an Order Pursuant to 11 U.S.C. § 105(a) (A) Approving Creation of Trust Pursuant to the Plan and Trust Agreement, (B) Approving Appointment of Trustee, (C) Authorizing Trust to Obtain Tax Identification Number and Open Bank Accounts, and (D) Granting Related Relief* [Docket No. 3364] (the "Motion")[1] of the Official Committee of Unsecured Creditors (the "Committee") of the Roman Catholic Diocese of Rockville Centre, New York (the "Diocese" or "Debtor"), and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that consideration of the Motion and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that notice of the Motion was appropriate under the circumstances; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED, DECREED AND ADJUDGED THAT:

1. The Motion is hereby granted.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

2. The Trust Agreement is hereby conditionally approved subject to final approval through an order confirming the Plan. The Debtor, the Committee and the Trustee are authorized to take all actions and execute all documents that are reasonably required to establish the Trust.

3. Mr. Halperin is appointed as the Trustee and is authorized to take actions permitted by the Trust Documents.

4. To the extent applicable, Rules 6004(h) and 6006(d) of the Federal Rules of Bankruptcy Procedure are waived and this Order shall be effective and enforceable immediately upon entry.

5. Mr. Halperin is an Authorized Party under the Court's Bar Date Order.

6. Mr. Halperin is authorized to render professional services as described in the Motion.

7. Mr. Halperin is authorized to be compensated by the Trust in accordance with the terms of the Motion and the Trust Agreement without further review by or order of this Court.

8. This Order and Mr. Halperin's actions as Trustee prior to confirmation of the plan is without prejudice to a survivor's right to accept or reject the plan and to object to the plan.

9. The Committee and Mr. Halperin are authorized and empowered to take all actions necessary to implement the relief granted in this Order. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2024

_____
The Honorable Martin Glenn
Chief United States Bankruptcy Judge