Objection Deadline: December 13, 2024 at 11:00 a.m. (Eastern Time)
Presentation Date: December 13, 2024 at 12:00 p.m. (Eastern Time)

JONES DAY
Corinne Ball
Todd Geremia
Benjamin Rosenblum
Andrew Butler
250 Vesey Street
New York, New York 10281
Telephone:   (212) 326-3939
Facsimile:   (212) 755-7306

*Counsel for the Reorganized Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, *et al.*,[1] | : | Case No. 20-12345 (MG) |
|  | : | (Jointly Administered) |
| Reorganized Debtors. | : |  |

**NOTICE OF PRESENTMENT OF ORDER CLARIFYING ORDER**
**(I) APPROVING THE SETTLEMENT AGREEMENTS, RELEASE**
**AND BUYBACK WITH CERTAIN INSURERS AND OTHER PARTIES,**
**(II) APPROVING THE SALE OF THE INTERSTATE POLICIES FREE AND**
**CLEAR, (III) ENJOINING CLAIMS, AND (IV) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that The Roman Catholic Diocese of Rockville Centre, New York (the "Reorganized Debtor") hereby provides notice of presentment of the Reorganized Debtor's *Order Clarifying Order (I) Approving the Settlement Agreements, Release and Buyback with Certain Insurers and Other Parties, (II) Approving the Sale of the Interstate Policies Free and Clear, (III) Enjoining Claims, and (IV) Granting Related Relief* (the "Order"), which is attached hereto as **Annex 1**.

**PLEASE TAKE FURTHER NOTICE** that the Reorganized Debtor, by and through undersigned counsel, will present the attached Order to the Honorable Martin Glenn, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 (the "Court"), on **December 13, 2024 at 12:00 p.m. (Prevailing Eastern Time)**.

---

[1] The Reorganized Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is P.O. Box 9023, Rockville Centre, NY 11571-9023. A complete list of the Reorganized Additional Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at: https://dm.epiq11.com/case/rdrockville/info.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (each, an "Objection") to the Order must be in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of New York, set forth the basis for the Objection and the specific grounds therefor, be filed with the Court electronically in accordance with General Order M-399 by registered users of the Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov, the official website for the Court), and served so as to be actually received no later than **December 13, 2024 at 11:00 a.m. (Prevailing Eastern Time)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that copies of each pleading can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, or (ii) from the Debtor's notice and claims agent, Epiq Corporate Restructuring, LLC, at https://dm.epiq11.com/drvc or by calling (888) 490-0633 (in the U.S.) or +1 (503) 520-4459 (outside the U.S.). Note that a PACER password is needed to access documents on the Court's website.

**PLEASE TAKE FURTHER NOTICE** that if no Objections are filed and served by the Objection Deadline in accordance with the preceding paragraph, there may not be a hearing and the Order may be signed.

**PLEASE TAKE FURTHER NOTICE** that if an Objection is timely filed and served, a hearing will be scheduled by the Court, and the moving and objecting parties are required to attend such hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

[*Remainder of Page Left Blank Intentionally*]

Dated: December 11, 2024
      New York, New York

Respectfully submitted,

*/s/ Corinne Ball*
Corinne Ball
Todd Geremia
Benjamin Rosenblum
Andrew Butler
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Email: cball@jonesday.com
       trgeremia@jonesday.com
       brosenblum@jonesday.com
       abutler@jonesday.com

*Counsel for the Reorganized Debtor*

**<u>Annex 1</u>**

**Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK *et al.*,[1] | : | Case No. 20-12345 (MG) |
| | : | |
| | : | (Jointly Administered) |
| Reorganized Debtors. | : | |
| | : | |

**ORDER CLARIFYING ORDER (I) APPROVING THE SETTLEMENT AGREEMENTS, RELEASE AND BUYBACK WITH CERTAIN INSURERS AND OTHER PARTIES, (II) APPROVING THE SALE OF THE INTERSTATE POLICIES FREE AND CLEAR, (III) ENJOINING CLAIMS, AND (IV) GRANTING RELATED RELIEF**

This matter coming before the Court on the *Notice of Presentment of Order Clarifying Order (I) Approving the Settlement Agreements, Release and Buyback With Certain Insurers and Other Parties, (II) Approving the Sale of the Interstate Policies Free and Clear, (III) Enjoining Claims, and (IV) Granting Related Relief*;

WHEREAS, on September 18, 2023, the Court entered the *Order Approving the Settlement Between the Debtor and Catholic Health System Of Long Island, Inc.* (Docket No. 2472);

WHEREAS, on November 19, 2024, the Court entered the *Order (I) Approving the Settlement Agreements, Release and Buyback With Certain Insurers and Other Parties, (II) Approving the Sale of the Interstate Policies Free and Clear, (III) Enjoining Claims, and (IV) Granting Related Relief* (Docket No. 3414) (the "Sale Order");

---

[1] The Reorganized Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is P.O. Box 9023, Rockville Centre, NY 11571-9023. A complete list of the Reorganized Additional Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at: https://dm.epiq11.com/case/rdrockville/info.

WHEREAS, the parties to the Agreements (as defined in the Sale Order) intended to and wish to make the following clarification;

**Based on the foregoing, IT IS HEREBY ORDERED THAT:**

1. Nothing in the Sale Order shall modify, amend, or otherwise render unenforceable the terms of the settlement agreement dated January 19, 2024 as between the Debtor and CHS Group (as that term is defined in such agreement) (the "CHS Settlement").

2. For the avoidance of doubt, this order clarifies the effect of the Sale Order on the CHS Settlement but does not modify or amend the Sale Order (including for purposes of FED. R. BANKR. P. 8002). The Sale Order continues in full force and effect, as and to the extent provided under the terms thereof.

**IT IS SO ORDERED.**

Dated: New York, New York
_____, 2024

_____
UNITED STATES BANKRUPTCY JUDGE