# UNITED STATES BANKRUPTCY COURT

Southern DISTRICT OF New York

In re: Diocese of Rockville Centre § § § § Debtor(s)

Case No. 20-12345

☐ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 12/31/2024   Petition Date: 10/01/2020

Plan Confirmed Date: 12/04/2024   Plan Effective Date: 12/05/2024

This Post-confirmation Report relates to:   ⦿ Reorganized Debtor

   ◯ Other Authorized Party or Entity: _____
   Name of Authorized Party or Entity

/s/ Corinne Ball
Signature of Responsible Party

Corinne Ball
Printed Name of Responsible Party

01/31/2025
Date

992 N Village Ave, Rockville Centre, NY 11570
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name: Diocese of Rockville Centre   Case No. 20-12345

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $13,725,657 | $13,725,657 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $13,725,657 | $13,725,657 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | | Aggregate Total | $352,383 | $85,580,191 | $10,898,827 | $80,473,350 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Alvarez & Marsal North Ameri | Financial Professional | $161,543 | $9,863,817 | $854,927 | $9,637,238 |
| | ii | Jones Day | Lead Counsel | $0 | $51,980,902 | $7,909,643 | $49,780,403 |
| | iii | Reed Smith LLP | Special Counsel | $180,261 | $11,584,474 | $1,354,697 | $9,752,721 |
| | iv | Sitrick and Company, Inc. | Other | $0 | $399,538 | $41,804 | $394,668 |
| | v | Epiq Corporate Restructuring | Other | $0 | $2,566,919 | $154,005 | $2,486,236 |
| | vi | Nixon Peabody LLP | Special Counsel | $10,578 | $5,603,328 | $121,757 | $5,517,072 |
| | vii | Paul J. Van Osselaer | Other | $0 | $506,668 | $0 | $506,669 |
| | viii | Forchelli Deegan Terrana LLP | Special Counsel | $0 | $173,364 | $36,994 | $172,188 |
| | ix | Standard Valuation Services | Other | $0 | $63,651 | $0 | $63,651 |
| | x | Jefferies LLC | Financial Professional | $0 | $1,755,000 | $425,000 | $1,125,000 |
| | xi | Summit Ridge Group, LLC | Other | $0 | $25,000 | $0 | $25,000 |
| | xii | Willkie Farr & Gallagher | Other | $0 | $577,510 | $0 | $577,510 |
| | xiii | Commonwealth Mediation and | Financial Professional | $0 | $351,164 | $0 | $306,138 |
| | xiv | Province, LLC | Financial Professional | $0 | $128,856 | $0 | $128,856 |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |

Debtor's Name Diocese of Rockville Centre　　　　　　　　　　　　　　Case No.  20-12345

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

Debtor's Name: Diocese of Rockville Centre  Case No. 20-12345

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxviii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $11,413 | $3,224,655 | $11,413 | $3,224,655 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Baker Tilly US, LLP | | $8,400 | $761,836 | $8,400 | $761,836 |
| | ii | Actuarial & Technical Solution | | $0 | $157,204 | $0 | $157,204 |
| | iii | Crowe LLP | | $0 | $43,250 | $0 | $43,250 |
| | iv | Jackson Lewis PC | | $0 | $15,370 | $0 | $15,370 |
| | v | Proskauer Rose LLP | | $0 | $0 | $0 | $0 |
| | vi | Certilman Balin Adler & Hyma | | $1,098 | $19,270 | $1,098 | $19,270 |

UST Form 11-PCR (12/01/2021)                                4

Debtor's Name Diocese of Rockville Centre    Case No. 20-12345

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | vii | Smith & Downey | | $1,246 | $208,555 | $1,246 | $208,555 |
| | viii | Changing Our World | | $0 | $0 | $0 | $0 |
| | ix | Burnett Risk Control Internation | | $0 | $194,962 | $0 | $194,962 |
| | x | Patrick F. Adams PC | | $0 | $343,777 | $0 | $343,777 |
| | xi | Mullholand Minion Davey McN | | $0 | $517,438 | $0 | $517,438 |
| | xii | Bryan Cave Leighton Paisner L | | $670 | $16,330 | $670 | $16,330 |
| | xiii | NAVEX Global Inc | | $0 | $34,241 | $0 | $34,241 |
| | xiv | Harris Beach, PLLC | | $0 | $0 | $0 | $0 |
| | xv | Biddle Consulting Group, Inc. | | $0 | $7,770 | $0 | $7,770 |
| | xvi | The Law Offices of Kenneth R | | $0 | $0 | $0 | $0 |
| | xvii | Renaissance Associates, Ltd. | | $0 | $880,524 | $0 | $880,524 |
| | xviii | Sahn Ward PLLC | | $0 | $3,129 | $0 | $3,129 |
| | xix | Gramercy Risk Management LL | | $0 | $21,000 | $0 | $21,000 |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |

UST Form 11-PCR (12/01/2021)    5

Debtor's Name Diocese of Rockville Centre    Case No. 20-12345

| | | | | | | |
|---|---|---|---|---|---|---|
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |

UST Form 11-PCR (12/01/2021)    6

| Debtor's Name | Diocese of Rockville Centre | | | | Case No. | 20-12345 |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $363,796 | $122,603,618 | $10,910,240 | $119,609,468 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $18,024,939 | $12,180,558 | $12,180,558 | $12,180,558 | 100% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $2,000,000 | $85,699 | $85,699 | $85,699 | 100% |
| e. Equity interests | $0 | $0 | $0 | | |

*Payments on account of Abuse Claims have been excluded from Part 3.d, as Abuse Claims are not "Allowed" under the terms of the Plan.

**Part 4: Questionnaire**

a. Is this a final report?     Yes ○     No ⦿
    If yes, give date Final Decree was entered: _____
    If no, give date when the application for Final Decree is anticipated:     06/30/2025
b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?     Yes ⦿     No ○

UST Form 11-PCR (12/01/2021)                                                      7

| Debtor's Name | Diocese of Rockville Centre | Case No. | 20-12345 |

## Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Thomas Doodian
Signature of Responsible Party
Chief Financial Officer
Title

Thomas Doodian
Printed Name of Responsible Party
01/31/2025
Date

Debtor's Name Diocese of Rockville Centre                                         Case No. 20-12345


Page 1


Other Page 1


Page 2 Minus Tables

Bankruptcy Table 1-50

UST Form 11-PCR (12/01/2021)                      9

Debtor's Name Diocese of Rockville Centre    Case No.  20-12345

Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021)    10