MESSNER REEVES LLP
Torben M. Welch, Esq.
733 Third Avenue, Suite 1619
New York, NY 10017
Telephone: (801) 683-2021
Facsimile: (801) 424-2777
E-mail: twelch@messner.com
*Counsel for Sitrick and Company, Inc.*

**UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTER, NEW YORK, | : | Case No. 20-12345-SCC |
| | : | |
| Debtor. | : | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the **SUMMARY SHEET FOR THE THIRTEENTH INTERIM AND FINAL FEE APPLICATION OF SITRICK AND COMPANY, INC. FOR PROFESSIONAL SERVICES RENDERED TO THE DEBTOR THE PERIOD OF OCTOBER 1, 2020 THROUGH DECEMBER 4, 2025** was served on February 3, 2025 electronically upon Debtor's counsel and all registered users in this case pursuant to the Court's CM/ECF procedures and simultaneously sent via electronic mail as follow:

   A. The Roman Catholic Diocese of Rockville Centre (Attn: Cami Newgus - cnegus@drvc.org)
   B.
   C. Counsel to the Debtor, Jones Day, (Attn: Corinne Ball – cball@jonesday.com; Benjamin Rosenblum – brosenblum@jonesday.com; Andrew Butler – abutler@jonesday.com)

   D. Counsel for the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones, LLP (Attn: Ilan Scharf – ischarf@pszjlaw.com; Karen Dine – kdine@pszjlaw.com; Brittany Michael – bmichael@pszjlaw.com; James Stang – jstang@pszjlaw.com)

   E. Office of the United States Trustee (Attn: Greg Zipes – greg.zipes@usdoj.gov; Shara Cornell – shara.cornell@usdoj.gov)

F. Special Insurance Counsel, Reed Smith LLP, (Attn: Christopher Lynch – clynch@reedsmith.com; and John B. Berringer – jberrenger@reedsmith.com; and Timothy Law – tlaw@reedsmith.com)

                                             ***/s/ Torben M. Welch***
                                             Torben M. Welch