

**U.S. Department of Justice**
Office of the United States Trustee
*Southern District of New York*
U.S. Federal Office Building
One Bowling Green
New York, NY  10004
Phone: (212) 510-0500

February 7, 2025

Honorable Martin Glenn
Chief Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, New York 10004

    Re:    **The Roman Catholic Diocese of Rockville Centre, New York
a/k/a Diocese of Rockville Centre
<u>Case No. 20-12345 (MG)</u>**

Dear Chief Judge Glenn:

    Reference is made to the Notice of Hearing to Consider Fee Application (Doc. No. 3542) (the "Notice"), filed on January 27, 2025. The Notice contains rolling deadlines for the filing of objections. A copy of the Notice is attached.

    Various professionals have agreed to extend the time of the United States Trustee to object. The Court has already extended the United States Trustee's time to object to certain fee applications. In addition, the following professionals have agreed to extend the United States Trustee's time to object to February 14, 2025:

    *Debtors' professionals:*
    Alvarez & Marsal North America, LLC
    ReedSmith LLP

Honorable Martin Glenn
Page 2 of 2
February 7, 2025

_____

      If the Court is amenable to the latest extension, I ask that you "So Order" this letter.

      Respectfully yours,

      WILLIAM K. HARRINGTON
      UNITED STATES TRUSTEE

      By   */s/ Greg M. Zipes*
          Greg Zipes
          Trial Attorney

Dated: February 10, 2025

MEMORANDUM ENDORSED.
IT IS SO ORDERED.          **/s/Martin Glenn**
                                    UNITED STATES BANKRUPTCY JUDGE