Hearing Date and Time: March 26, 2025 at 10:00 am (Prevailing Eastern Time)

MESSNER REEVES LLP
Torben M. Welch, Esq.
733 Third Avenue, Suite 1619
New York, NY 10017
Telephone: (801) 683-2021
Facsimile: (801) 424-2777
E-mail:  twelch@messner.com

*Counsel for Sitrick and Company, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK | : | Case No. 20-12345 (SCC) |
| | : | |
| | : | (Jointly Administered) |
| Debtor. | : | |
| | : | |

**NOTICE OF OMNIBUS HEARING DATE**

**PLEASE TAKE NOTICE** that an omnibus hearing in the above-captioned chapter 11 case has been scheduled for **March 26, 2025 at 10:00 am (Prevailing Eastern Time)** (the "Omnibus Hearing") before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, New York, New York 10004, or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE THAT** the Omnibus Hearing will be a Zoom hearing, with participants appearing by Zoom for Government. Parties wishing to appear at the Omnibus Hearing via Zoom for Government, whether making a "live" or "listen only" appearance before the Court, must make an electronic appearance through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl on or before **March 25, 2025 at 4:00 p.m. (Prevailing Eastern Time).** After the deadline for parties to make electronic appearances has passed, parties who have made their electronic appearance through the Court's

website will receive an invitation from the Court with a Zoom link that will allow them to attend the Omnibus Hearing. Requests to receive a Zoom link should not be emailed to the Court, and the Court will not respond to late requests that are submitted on the day of the hearing. Further information on the use of Zoom for Government can be found at the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

**PLEASE TAKE FURTHER NOTICE** that the Omnibus Hearing may be adjourned from time to time without further written notice.

[*Remainder of page intentionally blank*]

|  |  |
|---|---|
| Dated: February 11, 2025<br>New York, New York | MESSNER REEVES LLP<br><br>  */s/ Torben M. Welch*  <br>Torben M. Welch, Esq.<br>733 Third Avenue, Suite 1619<br>New York, NY 10017<br>Telephone: (801) 683-2021<br>Facsimile: (801) 424-2777<br>E-mail:  twelch@messner.com<br><br>*Counsel for Sitrick and Company, Inc.* |