FORCHELLI DEEGAN TERRANA LLP
Gerard R. Luckman, Esq.
333 Earle Ovington Blvd., Suite 1010
Uniondale, NY 11553
Tel. No. (516) 248-1700
Fax No. (516) 248-1729

Hearing Date: March 26, 2025
Hearing Time: 10:00 a.m.
Objections Due: March 19, 2025
Time: 5:00 p.m.

*Special Real Estate Counsel for the
Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

THE ROMAN CATHOLIC DIOCESE OF,
ROCKVILLE CENTRE, NEW YORK,[1]

                    Debtor.
------------------------------------------------------------X

Case No. 20-12345 (MG)

Chapter 11

### NOTICE OF HEARING ON FINAL FEE APPLICATION OF FORCHELLI DEEGAN TERRANA LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED DURING RETENTION PERIOD FROM DECEMBER 15, 2021 TO DECEMBER 31, 2024

**PLEASE TAKE NOTICE**, that a hearing to consider the final application for compensation and reimbursement of expenses (the "Application") of Forchelli Deegan Terrana LLP as Special Real Estate Counsel for the Debtor and Debtor in Possession ("FDT"), for the time period and in the amounts set forth below, will be held on March 26, 2025, at 10:00 a.m. The hearing will be held remotely through Zoom for Government. Parties that wish to be heard are required to make an electronic appearance through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl on or before March 25, 2025. Further information on the use of Zoom for Government can be found at the Court's website at http://www.nysb.uscourts.gov/zoom-video-hearing-guide.

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue P.O. Box 9023, Rockville Centre, NY 11571-9023.

**PLEASE TAKE FURTHER NOTICE** that the Application seeks an award of final compensation in the amount of $175,942.50 for professional services rendered and reimbursement of actual and necessary expenses incurred in the amount of $55.65, for the period of December 15, 2021 through and including December 31, 2024.

**PLEASE TAKE FURTHER NOTICE**, that the Application is on file in the Office of the Clerk of the Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004, and may be examined during scheduled business hours or by accessing the Application through the electronic filing system utilized by the Bankruptcy Court. A copy of the Application may also be obtained by e-mail request of Gerard R. Luckman, Esq. at gluckman@forchellilaw.com.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to an Application must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be served upon Forchelli Deegan Terrana LLP, The Omni, 333 Earle Ovington Blvd., Suite 1010, Uniondale, New York 11553, Attention: Gerard R. Luckman, Esq. in order that they be received in hand by no later than 5:00 p.m. on March 19, 2025.

**PLEASE TAKE FURTHER NOTICE** that the hearing scheduled herein may be adjourned from time to time without further notice other than by announcement of such adjournment in Court on the date scheduled for said hearing.

Dated: Uniondale, New York
      February 27, 2025

FORCHELLI DEEGAN TERRANA LLP
*Special Real Estate Counsel for the*
*Debtor and Debtor in Possession*

By: /s/ *Gerard R. Luckman*
Gerard R. Luckman, Esq.
333 Earle Ovington Blvd, Suite 1010
Uniondale, New York 1553
(516) 248-1700