**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-12345 (MG)<br><br>(Jointly Administered) |

**ORDER GRANTING INTERIM AND FINAL APPLICATIONS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the Applications for Allowance of Compensation and Reimbursement of Expenses for the Thirteenth Interim Fee Period identified in **Schedule A** and the Final Fee Period identified in **Schedule B** (collectively, the "Applications"), for professional services rendered and expenses incurred; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby:

**ORDERED** that the Applications are granted to the extent set forth in the attached **Schedule A** and **Schedule B.** Any holdback relating to such Applications shall be fully released.

**IT IS SO ORDERED.**

Dated:   March 27, 2025
            New York, New York

                                                          **/s/ Martin Glenn**
                                                          MARTIN GLENN
                                                   Chief United States Bankruptcy Judge

---

[1] The Debtors in this chapter 11 case are The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is P.O. Box 9023, Rockville Centre, NY 11571-9023, and the Additional Debtors, as defined in the confirmed Plan [Docket No. 3447], a complete list which is attached to the Plan as Exhibit A.

**THIRTEENTH INTERIM FEE PERIOD AND POST EFFECTIVE DATE PERIOD**
October 2024 - December 2024

SCHEDULE A

| (1) Applicant | (2) Date / Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Sitrick and Company Inc. | 02/03/2025 Docket #3548 | $ 5,394.00 | $ 5,394.00 | $ 5,394.00 | $ - | $ 5,394.00 | $ - | $ - |
| Forchelli Deegan Terrana LLP | 02/05/2025 Docket #3551 | $ 2,933.00 | $ 2,933.00 | $ 2,933.00 | $ - | $ 2,933.00 | $ - | $ - |
| Summit Ridge Group, LLC | 02/27/2025 Docket #3576 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ - | $ 10,000.00 | $ - | $ - |

**FINAL FEE PERIOD AND POST EFFECTIVE DATE FEE PERIOD**
October 2020 - December 2024

SCHEDULE B

| (1) Applicant | (2) Date / Document Number of Application | (3) Total Fees Requested Throughout The Case | (4) Total Fees Allowed | (5) Total Fees to be Paid | (6) Total Expenses Requested | (7) Total Expenses to be Paid |
|---|---|---|---|---|---|---|
| Sitrick and Company Inc. | 02/03/2025 Docket #3548 | $ 389,770.00 | $ 389,770.00 | $ 389,770.00 | $ 10,293.05 | $ 10,293.05 |
| Forchelli Deegan Terrana LLP | 02/05/2025 Docket #3551 | $ 175,065.50 | $ 175,065.50 | $ 175,065.50 | $ 53.65 | $ 53.65 |
| Summit Ridge Group, LLC | 02/27/2025 Docket #3576 | $ 35,000.00 | $ 35,000.00 | $ 35,000.00 | $ - | $ - |