# UNITED STATES BANKRUPTCY COURT

Southern DISTRICT OF New York

In re: Diocese of Rockville Centre §§§§ Debtor(s)

Case No. 20-12345

☐ Jointly Administered

## Post-confirmation Report

Chapter 11

Quarter Ending Date: 03/31/2025

Petition Date: 10/01/2020

Plan Confirmed Date: 12/04/2024

Plan Effective Date: 12/05/2024

This Post-confirmation Report relates to: ● Reorganized Debtor

○ Other Authorized Party or Entity: _____
Name of Authorized Party or Entity

/s/ Corinne Ball
Signature of Responsible Party

04/25/2025
Date

Corinne Ball
Printed Name of Responsible Party

992 N Village Ave, Rockville Centre, NY 11570
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name: Diocese of Rockville Centre    Case No. 20-12345

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $17,512,948 | $31,238,605 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $17,512,948 | $31,238,605 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | *Aggregate Total* | $-177,346 | $85,428,590 | $1,794,292 | $83,696,524 |

*Itemized Breakdown by Firm*

| | Firm Name | Role | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| i | Alvarez & Marsal North Ameri | Financial Professional | $-550 | $9,863,266 | $82,188 | $9,719,425 |
| ii | Jones Day | Lead Counsel | $-300,000 | $51,680,901 | $777,032 | $50,557,435 |
| iii | Reed Smith LLP | Special Counsel | $0 | $11,564,112 | $125,258 | $11,280,633 |
| iv | Sitrick and Company, Inc. | Other | $526 | $400,065 | $1,530 | $396,199 |
| v | Epiq Corporate Restructuring | Other | $104,461 | $2,668,691 | $77,994 | $2,564,230 |
| vi | Nixon Peabody LLP | Special Counsel | $4,406 | $5,607,734 | $5,289 | $5,548,592 |
| vii | Paul J. Van Osselaer | Other | $0 | $506,668 | $0 | $506,668 |
| viii | Forchelli Deegan Terrana LLP | Special Counsel | $3,810 | $175,998 | $0 | $172,187 |
| ix | Standard Valuation Services | Other | $0 | $63,651 | $0 | $63,651 |
| x | Jefferies LLC | Financial Professional | $0 | $1,805,000 | $680,000 | $1,805,000 |
| xi | Summit Ridge Group, LLC | Other | $10,000 | $35,000 | $0 | $25,000 |
| xii | Willkie Farr & Gallagher | Other | $0 | $577,510 | $0 | $577,510 |
| xiii | Commonwealth Mediation and | Financial Professional | $0 | $351,138 | $45,000 | $351,138 |
| xiv | Province, LLC | Financial Professional | $0 | $128,856 | $0 | $128,856 |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

Debtor's Name Diocese of Rockville Centre                                                    Case No. 20-12345

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

| Debtor's Name | Diocese of Rockville Centre | | | | Case No. | 20-12345 |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | | *Aggregate Total* | $70,569 | $3,295,225 | $70,569 | $3,295,225 |
| | *Itemized Breakdown by Firm* | | | | | | | |
| | | Firm Name | | Role | | | | |
| | i | Baker Tilly US, LLP | | | $43,260 | $805,096 | $43,260 | $805,096 |
| | ii | Actuarial & Technical Solution | | | $0 | $157,204 | $0 | $157,204 |
| | iii | Crowe LLP | | | $0 | $43,250 | $0 | $43,250 |
| | iv | Jackson Lewis PC | | | $262 | $15,632 | $262 | $15,632 |
| | v | Proskauer Rose LLP | | | $0 | $0 | $0 | $0 |
| | vi | Certilman Balin Adler & Hyma | | | $0 | $19,270 | $0 | $19,270 |

UST Form 11-PCR (12/01/2021)                              4

Debtor's Name Diocese of Rockville Centre    Case No. 20-12345

| | | | | | | |
|---|---|---|---|---|---|---|
| | vii | Smith & Downey | | $9,386 | $217,941 | $9,386 | $217,941 |
| | viii | Changing Our World | | $0 | $0 | $0 | $0 |
| | ix | Burnett Risk Control Internation | | $0 | $194,962 | $0 | $194,962 |
| | x | Patrick F. Adams PC | | $0 | $343,777 | $0 | $343,777 |
| | xi | Mullholand Minion Davey McN | | $12,661 | $530,099 | $12,661 | $530,099 |
| | xii | Bryan Cave Leighton Paisner L | | $0 | $16,330 | $0 | $16,330 |
| | xiii | NAVEX Global Inc | | $0 | $34,241 | $0 | $34,241 |
| | xiv | Harris Beach, PLLC | | $0 | $0 | $0 | $0 |
| | xv | Biddle Consulting Group, Inc. | | $0 | $7,770 | $0 | $7,770 |
| | xvi | The Law Offices of Kenneth R | | $0 | $0 | $0 | $0 |
| | xvii | Renaissance Associates, Ltd. | | $0 | $880,524 | $0 | $880,524 |
| | xviii | Sahn Ward PLLC | | $0 | $3,129 | $0 | $3,129 |
| | xix | Gramercy Risk Management LL | | $5,000 | $26,000 | $5,000 | $26,000 |
| | xx | | | | $0 | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |

UST Form 11-PCR (12/01/2021)    5

Debtor's Name Diocese of Rockville Centre          Case No. 20-12345

| | | | | | | |
|---|---|---|---|---|---|---|
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |

Debtor's Name Diocese of Rockville Centre                                                                                              Case No. 20-12345

| | | | | | |
|---|---|---|---|---|---|
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $480,855 | $128,574,555 | $6,971,501 | $128,225,952 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $19,243,545 | $7,110,050 | $18,895,915 | $19,243,545 | 98% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $2,000,000 | $189,033 | $293,459 | $293,459 | 100% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?                                                                                                                    Yes ○    No ⦿

   If yes, give date Final Decree was entered: _____

   If no, give date when the application for Final Decree is anticipated:    06/30/2025

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ⦿    No ○

UST Form 11-PCR (12/01/2021)                                                7

| Debtor's Name | Diocese of Rockville Centre | Case No. | 20-12345 |
|---|---|---|---|

## Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| /s/ Thomas Doodian | Thomas Doodian |
|---|---|
| Signature of Responsible Party | Printed Name of Responsible Party |
| Chief Financial Officer | 04/24/2025 |
| Title | Date |

Debtor's Name Diocese of Rockville Centre                                                                 Case No.  20-12345


Page 1


Other Page 1


Page 2 Minus Tables

Bankruptcy Table 1-50

Debtor's Name Diocese of Rockville Centre                                                                                                          Case No. 20-12345

[barcode: Bankruptcy Table 51-100]

[barcode: Non-Bankruptcy Table 1-50]

[barcode: Non-Bankruptcy Table 51-100]

[barcode: Part 3, Part 4, Last Page]

UST Form 11-PCR (12/01/2021)                                        10