UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK *et al.*,[1] | : : | Case No. 20-12345 (MG) |
|  | : | (Jointly Administered) |
| Reorganized Debtors. | : |  |
|  | : |  |

### ORDER GRANTING MOTION FOR ENTRY OF AN ORDER EXTENDING THE DEADLINE UNDER PLAN OF REORGANIZATION TO OBJECT TO CLAIMS

Upon the motion dated May 12, 2025 (the "Motion") of The Roman Catholic Diocese of Rockville Centre, New York (the "Reorganized Debtor"), pursuant to section 105(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9006(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for an order extending the Claims Objection Deadline by one-hundred eighty (180) days, through and including December 30, 2025, without prejudice to the ability of the Reorganized Debtor to request further extensions, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.),; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the notice parties in accordance with the Case Management Order; and such notice having been adequate and appropriate under the circumstances, and it

---

[1] The Reorganized Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is P.O. Box 9023, Rockville Centre, NY 11571-9023. A complete list of the Reorganized Additional Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at: https://dm.epiq11.com/case/rdrockville/info.

appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Reorganized Debtor, creditors, and all parties in interests; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted to the extent set forth herein.

2. The Claims Objection Deadline provided for by Article I.A.40 of the Plan is hereby extended for a period of ninety (90) days, through and including October 1, 2025.

3. This Order is without prejudice to the right of the Reorganized Debtor or the Reorganized Additional Debtors to request further extensions of the Claims Objection Deadline.

4. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

**IT IS SO ORDERED.**

Dated: May 19, 2025
      New York, New York

                                                 **/s/Martin Glenn**
                                      THE  HONORABLE MARTIN GLENN
                                CHIEF UNITED STATES BANKRUPTCY JUDGE