UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK *et al.*,[1] | Case No. 20-12345 (MG) |
| | (Jointly Administered) |
| Debtors. | |

**ORDER GRANTING REORGANIZED ADDITIONAL DEBTORS' FIRST OMNIBUS OBJECTION TO TIME-BARRED PROOFS OF CLAIM**

Upon the *Reorganized Additional Debtors' First Omnibus Objection to Time-Barred Proofs of Claim* (the "Objection"),[2] pursuant to Federal Rule of Bankruptcy Procedure ("Bankruptcy Rule") 3007; and the Certificate of No Objection filed by the Reorganized Debtor on June 26, 2025 [ECF No. 3632]; and notices of adjournment having been filed with respect to proofs of claim numbers 50007 and 90622 [ECF Nos. 3624, 3622]; and upon the entire record of this matter and all of the proceedings had before the Court; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (c) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (d) notice of the Objection and the Hearing was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein;

---

[1] The Reorganized Debtor in these jointly administered chapter 11 cases is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is P.O. Box 9023, Rockville Centre, NY 11571-9023. A list of the Reorganized Additional Debtors in these chapter 11 cases is available at https://dm.epiq11.com/case/rdrockville/info.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Objection.

**IT IS HEREBY ORDERED THAT**:

1.      The Objection is granted to the extent set forth herein.

2.      Proofs of Claim Numbers 10261, 50006, 60016, 60017, 60018, and 60040 are hereby disallowed and expunged in their entirety.

3.      The Reorganized Additional Debtors, Epiq Corporate Restructuring, LLC, and the Clerk of this Bankruptcy Court are authorized to take all reasonable actions necessary or appropriate to give effect to this Order.

4.      Notice of the Objection as provided therein is deemed good and sufficient notice of such Objection, and the requirements of the Bankruptcy Rules and the Local Rules of the Bankruptcy Court for the Southern District of New York are satisfied by such notice.

5.      This Order shall be immediately effective and enforceable upon its entry.

6.      This Court shall retain exclusive jurisdiction over any and all matters arising from or related to the implementation, interpretation or enforcement of this Order.

Dated: June 27, 2025  
      New York, New York

                                        /s/Martin Glenn  
                              UNITED STATES BANKRUPTCY COURT