**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK *et al.,*[1] | : | Case No. 20-12345 (MG) |
| | : | |
| | : | (Jointly Administered) |
| Reorganized Debtors. | : | |
| | | **Ref. Docket No. 3687** |

# CERTIFICATE OF SERVICE

I, HUGO SUAREZ, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 10, 2025, I caused to be served the "Order of Final Decree Closing the Reorganized Debtor's Chapter 11 Case," dated November 7, 2025 [Docket No. 3687], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

                                                    */s/ Hugo Suarez*
                                                    Hugo Suarez

---

[1] The Reorganized Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is P.O. Box 9023, Rockville Centre, NY 11571-9023. A complete list of the Reorganized Additional Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at: https://dm.epiq11.com/case/rdrockville/info.

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| DELL & DEAN PLLC | ATTN JOSEPH G DELL 1225 FRANKLIN AVE, STE 450 GARDEN CITY NY 11530 |
| INTERNAL REVENUE SERVICE | (CENTRALIZED INSOLVENCY OPERATION) PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| MOSS & BARNETT | (COUNSEL TO ALLIANZ INSURERS) ATTN CHARLES E JONES 150 S FIFTH ST, STE 1200 MINNEAPOLIS MN 55402 |
| NEW YORK STATE ATTORNEY GENERAL | SOUTHERN DISTRICT OF NEW YORK ATTN: PETER ARONOFF, ASSISTANT U.S. ATTORNEY 86 CHAMBERS STREET, 3RD FLOOR NEW YORK NY 10007 |
| OFFICE OF THE U.S. TRUSTEE | ATTN: GREG M. ZIPES AND BENJAMIN J. HIGGINS 201 VARICK STREET, ROOM 1006, NEW YORK NY 10014 |
| ROBERT GERBER; LEGAL REP FOR FUTURE CLAIMANT | JOSEPH HAGE AARONSON LLC 800 THIRD AVENUE, 30TH FLR. NEW YORK NY 10022 |
| U.S. DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20530-0001 |
| WILLIAM K. HARRINGTON, U.S. TRUSTEE | OFFICE OF THE UNITED STATES TRUSTEE ALEXANDER HAMILTON CUSTOM HOUSE ONE BOWLING GREEN, ROOM 739 NEW YORK NY 10004 |

**Total Creditor count: 8**

| Claim Name | Address Information |
|---|---|
| INSURANCE CLAIMANT 385 | C/O: ROSENBERG & GLUCK,LLP 1176 PORTION ROAD HOLTSVILLE NY 11742 |
| NAME REDACTED | C/O LAW OFFICE OF JEFFREY FOX 66 SPLIT ROCK RD. SYOSSET NY 11791 |
| NAME REDACTED | C/O MILLER, MONTIEL AND STRANO, P.C. 600 OLD COUNTRY RD., SUITE 241 GARDEN CITY NY 11530 |
| OLD REPUBLIC INSURANCE COMPANY | C/O FOX SWIBEL LLP ATTN KENNETH M THOMAS 200 W MADISON ST, STE 3000 CHICAGO IL 60606 |
| ZURICH AMERICAN INSURANCE COMPANY, | STEADFAST INSURANCE COMPANY (1990) PO BOX 68549 SCHAUMBURG IL 60196 |

**Total Creditor count: 5**

# EXHIBIT B

The Roman Catholic Diocese of Rockville Centre, New York, *et al.*, Case No. 20-12345 (MG)
Electronic Mail Master Service List

| Name | Email Address |
|---|---|
| ALONSO KRANGLE LLP; ATTN: DAVID B. KRANGLE ESQ | dkrangle@alonsokrangle.com; aalonso@alonsokrangle.com |
| ALSTON & BIRD LLP; ATTN: J. VINCEQUERRA, W. HAO, D. CASSIDY, K. SCHIFFMAN | james.vincequerra@alston.com; william.hao@alston.com; dylan.cassidy@alston.com; kimberly.schiffman@alston.com |
| BARCLAY DAMON LLP | jgrubin@barclaydamon.com |
| BETTI & ASSOCIATES, ATTN: MICHELE M. BETTI, ESQ. | mbettilaw@gmail.com |
| BURNS BAIR LLP | tburns@burnsbair.com; jbair@burnsbair.com |
| BUTTAFUOCO & ASSOCIATES, PLLC, ATTN: JAMES S. MCCARTHY & ELLEN BUCCHOLZ | jmccarthy@buttafuocolaw.com |
| CARLTON FIELDS, P.A.; ATTN: ALEX B. SILVERMAN ESQ. | asilverman@carltonfields.com |
| CARLTON FIELDS, P.A.; ATTN: LUIS ORENGO, JR. ESQ. | lorengo@carltonfields.com |
| CARLTON FIELDS, P.A.; ATTN: NORA A. VALENZA-FROST, ESQ. | nvalenza-frost@carltonfields.com |
| CARLTON FIELDS, P.A.; ATTN: ROBERT W. DIUBALDO, ESQ. | rdiubaldo@carltonfields.com |
| CERTAIN & ZILBERG, ATTN: GARY CERTAIN | gcertain@certainlaw.com |
| CLYDE & CO US LLP; ATTN: CATALINA SUGAYAN ESQ.; JAMES MOFFITT ESQ & ROBERT MEYERS ESQ. | catalina.sugayan@clydeco.us; james.moffitt@clydeco.us |
| COUGHLIN DUFFY LLP (COUNSEL TO ARROWOOD INDEMNITY COMPANY), ATTN: KEVIN T. COUGHLIN, ESQ., ADAM M. SMITH, ESQ., KAREN H. MORIARTY, ESQ. | kcoughlin@coughlinduffy.com; asmith@coughlinduffy.com; kmoriarty@coughlinduffy.com |
| CULLEN AND DYKMAN LLP (COUNSEL TO SEVERAL DIOCESEAN AFFILIATES), ATTN: MATTHEW G. ROSEMAN, ESQ., THOMAS R. SLOME, ESQ., ELIZABETH M. ABOULAFIA, ESQ., MICHAEL KWIATKOWSKI, ESQ. | mroseman@cullenllp.com; tslome@cullenllp.com; eaboulafia@cullenllp.com; mkwiatkowski@cullenllp.com |
| DESIMONE & ASSOCIATES, LLC, ATTN: RALPH DESIMONE | rdesimone@dlaw.net |
| DUANE MORRIS LLP, ATTN: ANDREW E. MINA | amina@duanemorris.com |
| DUANE MORRIS LLP, ATTN: BRETT L. MESSINGER | blmessinger@duanemorris.com |
| FARRELL FRITZ, P.C. ATTN: MARTIN G. BUNIN | mbunin@farrellfritz.com |
| FARRELL FRITZ, P.C. ATTN: PATRICK COLLINS | pcollins@farrellfritz.com |
| GAIR, GAIR, CONASON, RUBINOWITZ, BLOOM, HERSHENHORN, STEIGMAN & MACKAUF, ATTN: RACHEL L. JACOBS & PETER SAGHIR | rjacobs@gairgair.com; psaghir@gairgair.com |
| GIULIANO LAW, P.C.; ATTN: ANTHONY F. GIULIANO ESQ. | afg@glpcny.com |
| HACH ROSE SCHIRIPPA & CHEVERIE, ATTN: MICHAEL ROSE & HILLARY NAPPI | mr@hachroselaw.com; hnappi@hrsclaw.com |
| HAMBURGER, MAXSON, YAFFE & MCNALLY, LLP, ATTN: RICHARD HAMBURGER, DAVID N. YAFFE, & DOUGLAS MCNALLY | david@hamburgeryaffe.law; richard@hamburgeryaffe.law |
| HERMAN LAW, ATTN: JEFF HERMAN | jherman@hermanlaw.com |

20-12345-mg    Doc 3690    Filed 12/17/25    Entered 12/17/25 08:59:30    Main Document
Pg 7 of 10

The Roman Catholic Diocese of Rockville Centre, New York, *et al.*, Case No. 20-12345 (MG)
Electronic Mail Master Service List

| Name | Email Address |
|---|---|
| HERMAN LAW, ATTN: STUART S. MERMELSTEIN ESQ., ATTN: STUART S. MERMELSTEIN ESQ. | smermelstein@hermanlaw.com; docketing@hermanlaw.com; mtheisen@hermanlaw.com; dellis@hermanlaw.com |
| HOROWITZ LAW; ATTN: ROBIN KISSIN ESQ. | robin@adamhorowitzlaw.com; adam@adamhorowitzlaw.com |
| HOWARD & HOWARD ATTORNEYS PLLC; ATTN: JAMES E. MORGAN ESQ. | jem@h2law.com |
| HURLEY MCKENNA & MERTZ P.C., ATTN: CLINT PIERCE, EVAN SMOLA, & MARK MCKENNA | cpierce@hurley-law.com; esmola@hurley-law.com; mmckenna@hurley-law.com |
| IFRAH PLLC; ATTN: GEORGE R. CALHOUN, V, ESQ. | george@ifrahlaw.com |
| JAMES, VERNON & WEEKS, P.A., ATTN: LEANDER L. JAMES IV | ljames@jvwlaw.net |
| JANET, JANET & SUGGS LLC, ATTN: DIANE PAOLICELLI, ATTN: ANDREW S. JANET | asjanet@jjsjustice.com |
| JEFF ANDERSON & ASSOCIATES, P.A., ATTN: JEFFREY R. ANDERSON | jeff@andersonadvocates.com; pstoneking@andersonadvocates.com; trusha@andersonadvocates.com |
| JONES DAY (COUNSEL TO THE DEBTOR), ATTN: CORINE BALL, TODD GEREMIA, BENJAMIN ROSENBLUM, ERIC P. STEPHENS, ANDREW M. BUTLER, BENJAMIN THOMSON, CHRISTOPHER DIPOMPEO, NICHOLAS MORIN | cball@jonesday.com; trgeremia@jonesday.com; brosenblum@jonesday.com; epstephens@jonesday.com; abutler@jonesday.com; cdipompeo@jonesday.com; nmorin@jonesday.com |
| KELLY & HULME, P.C. | jhulme@kellyandhulme.net |
| Kennedys CMK LLP | jillian.dennehy@kennedyslaw.com |
| KENNEY SHELTON LIPTAK NOWAK LLP; ATTN: DIRK C. HAARHOFF | dchaarhoff@kslnlaw.com |
| KENNEY SHELTON LIPTAK NOWAK LLP; ATTN: JUDITH TREGER SHELTON | jtshelton@kslnlaw.com |
| KLESTADT WINTERS JURELLER; SOUTHARD & STEVENS LLP; ATTN: SEAN C. SOUTHARD | ssouthard@klestadt.com |
| LAURA A. AHEARN, ESQ. PLLC, ATTN: LAURA A. AHEARN | lahearn@lauraahearn.com |
| LAW OFFICES OF MITCHELL GARABEDIAN, ATTN: MITCHELL GARABEDIAN | mgarabedian@garabedianlaw.com |
| LAW OFFICES OF RONALD J. KIM, PC, ATTN: RONALD J. KIM | ron@ronaldkimlaw.com |
| MARSH LAW FIRM PLLC, ATTN: JAMES A. MARSH | jamesmarsh@marsh.law |
| MELTZER, LIPPE, GOLDSTEIN & BREITSTONE LLP; ATTN: SCOTT A. STEINBERG | ssteinberg@meltzerlippe.com |
| MERSON LAW PLLC, ATTN: JORDAN K. MERSON | jmerson@mersonlaw.com |

The Roman Catholic Diocese of Rockville Centre, New York, *et al.*, Case No. 20-12345 (MG)
Electronic Mail Master Service List

| Name | Email Address |
|---|---|
| MEYER, SUOZZI, ENGLISH & KLEIN, P.C., ATTN: EDWARD J. LOBELLO & A. THOMAS LEVIN ESQ. | atlevin@msek.com |
| MICHAEL G. DOWD, ATTN: MICHAEL G. DOWD | michaelgdowd@gmail.com |
| MORITT HOCK & HAMROFF LLP, ATTN: THERESA A. DRISCOLL & MICHAEL C. TROIANO | tdriscoll@moritthock.com; mtroiano@moritthock.com |
| NORTON ROSE FULBRIGHT US LLP; ATTN: STEVEN HOWARD | steven.howard@nortonrosefulbright.com |
| OFFICE OF THE NY STATE ATTORNEY GENERAL, LETITIA JAMES, ELENA GONZLEZ, ELIZABETH M. LYNCH | elizabethm.lynch@ag.ny.gov |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK, ATTN: GREG ZIPES & SHARA CORNELL | greg.zipes@usdoj.gov; shara.cornell@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | jstang@pszjlaw.com; ischarf@pszjlaw.com; kdine@pszjlaw.com; bmichael@pszjlaw.com; gbrown@pszjlaw.com |
| PARKER WAICHMAN LLP, ATTN: BRETT ZEKOWSKI & FRED ROSENTHAL | bzekowski@yourlawyer.com |
| PFAU COCHRAN VERTETIS AMALA PLLC, ATTN: MICHAEL T. PFAU | michael@pcvalaw.com |
| PHILLIPS & PAOLICELLI, LLP, ATTN: DIANE PAOLICELLI | dpaolicelli@p2law.com |
| POLLOCK COHEN LLP; ATTN: ADAM POLLOCK | adam@pollockcohen.com |
| PORZIO, BROMBERG & NEWMAN, P.C.; ATTN: BRETT S. MOORE ESQ. & ROBERT M. SCHECHTER, ESQ. | bsmoore@pbnlaw.com; rmschechter@pbnlaw.com |
| REED SMITH LLP; ATTN: AARON JAVIAN, ESQ, JOHN B. BERRINGER, ESQ. & TIMOTHY P. LAW, ESQ. | ajavian@reedsmith.com; tlaw@reedsmith.com |
| RIVKIN RADLER LLP | michael.kotula@rivkin.com |
| RHEINGOLD GIUFFRA RUFFO & PLOTKIN LLP, ATTN: THOMAS P. GIUFFA | tgiuffra@rheingoldlaw.com |
| ROBERT E. GERBER; LEGAL REP. FOR FUTURE CLAIMANT JOSEPH HAGE AARONSON LLC | rgerber@jhany.com |
| ROMANO & ASSOCIATES, ATTN: MICHAEL J. ROMANO | mjr@romanofirm.com |
| RUSKIN MOSCOU FALTISCHEK, P.C.; ATTN: MICHAEL S. AMATO ESQ. | mamato@rmfpc.com |
| RUSSO, KARL, WIDMAIER & CORDANO PLLC, ATTN: CHRISTOPHER GERACE | cg@rkwclaw.com |
| SILBERSTEIN, AWAD & MIKLOS, P.C., ATTN: MICHAEL LAUTERBORN | mlaw@ask4sam.net |
| SIMMONS HANLY CONROY LLC, ATTN: PAUL J. HANLY, JR. | phanly@simmonsfirm.com |
| SLATER SLATER SCHULMAN LLP, ATTN: ADAM SLATER | aslater@sssfirm.com |

20-12345-mg   Doc 3690   Filed 12/17/25   Entered 12/17/25 08:59:30   Main Document
Pg 9 of 10

The Roman Catholic Diocese of Rockville Centre, New York, *et al.*, Case No. 20-12345 (MG)
Electronic Mail Master Service List

| Name | Email Address |
|---|---|
| SLATER SLATER SCHULMAN LLP, ATTN: JONATHAN SCHULMAN ESQ. | jschulman@sssfirm.com; aslater@sssfirm.com; lleder@sssfirm.com; salter@sssfirm.com; hkucine@sssfirm.com; nicole@sssfirm.com |
| SLATER SLATER SCHULMAN LLP, ATTN: STEPHENIE LANNIGAN BROSS ESQ. | sbross@sssfirm.com |
| SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO P.C., ATTN: ERIC K. SCHWARZ | eschwarz@triallaw1.com |
| SWEENEY, REICH & BOLZ, LLP, ATTN: GERARD J. SWEENEY | gsweeney@srblawfirm.com |
| THE LAW OFFICE OF JOSHUA W. SKILLMAN, ATTN: JOSHUA W. SKILLMAN | josh@skillmanlaw.nyc |
| THE ZALKIN LAW FIRM, P.C. AND BARASCH MCGARRY SALZMAN & PENSON, ATTN: BRUCE KAYE, DOMINIQUE PENSON, ELIZABETH CATE, DEVIN STOREY, IRWIN ZALKIN, DANA COHEN | elizabeth@zalkin.com; dms@zalkin.com; irwin@zalkin.com |
| TOGUT, SEGAL & SEGAL LLP (COUNSEL TO CATHOLIC CEMETERIES OF THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, INC.), ATTN: FRANK A. OSWALD, ESQ., JARED BORRIELLO, ESQ. | frankoswald@teamtogut.com; jborriello@teamtogut.com |
| TOLMAGE, PESKIN, HARRIS, & FALICK, ATTN: STEPHAN H. PESKIN | peskin@tolmagepeskinlaw.com |
| UNITED STATES ATTORNEYS OFFICE FOR THE SOUTHERN DISTRICT OF NEW YORK | peter.aronoff@usdoj.gov |
| WEINBERG GROSS & PERGAMENT LLP; ATTN: MARC A. PERGAMENT | mpergament@wgplaw.com |
| WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP (COUNSEL TO VARIOUS PARISH CREDITORS), ATTN: JOHN E. WESTERMAN, ESQ., MICKEE M. HENNESSY, ESQ., WILLIAM C. HEUER, ESQ., ALISON M. LADD, ESQ. | jwesterman@westermanllp.com; mhennessy@westermanllp.com; wheuer@westermanllp.com; aladd@westermanllp.com |
| WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP (COUNSEL TO VARIOUS PARISHES), ATTN: WILLIAM C. HEUER, ESQ., JOHN E. WESTERMAN, ESQ. | jwesterman@westermanllp.com; wheuer@westermanllp.com |
| SKARZYNSKI MARICK & BLACK LLP (COUNSEL TO CERTAIN LONDON MARKET INSURANCE COMPANIES) | tevanston@skarzynski.com; rroten@skarzynski.com; jkahane@skarzynski.com |
| PROSKAUER ROSE LLP (COUNSEL TO BERKELEY RESEARCH GROUP, LLC) | tkarcher@proskauer.com; ppossinger@proskauer.com |

The Roman Catholic Diocese of Rockville Centre, New York, *et al.*, Case No. 20-12345 (MG)
Electronic Mail Additional Service List

| Name | Email Address |
|---|---|
| NAME ON FILE | dstrano@mmslawfirm.com |
| INSURANCE CLAIMANT 385 | efile@lilawyer.com; ehargis@lilawyer.com |
| NAME ON FILE | jfoxlawyer@gmail.com |
| ZURICH AMERICAN INSURANCE COMPANY, | annette.1.peat@zurichna.com; wendy.messner@iqor.com |
| OLD REPUBLIC INSURANCE COMPANY | kthomas@foxswibel.com; lfrancione@orrm.com |