**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| THE ROMAN CATHOLIC DIOCESE OF | : | Case No. 20-12345 (MG) |
| ROCKVILLE CENTRE, NEW YORK, *et al.*,[1] | : |  |
|  | : |  |
| Reorganized Debtor. | : |  |

**ORDER AUTHORIZING CLERK'S OFFICE TO DISPOSE OF ANY HARD COPIES
OR ELECTRONIC STORAGE DEVICES WITH DOCUMENTS FILED UNDER SEAL**

An order authorizing the filing under seal of copies of Unitas's custodian account statements, participant statements, and agreements with its participants, bookkeeping firm, and account custodians having been entered on the court's docket on August 19, 2021 (Document Number [693].

Therefore, it is hereby **ORDERED** that:

The Clerk of the Bankruptcy Court for the Southern District of New York is directed to dispose of any hard copies or electronic storage devices containing documents, that were placed under seal.

**IT IS SO ORDERED.**

Dated:  April 8, 2026
        New York, New York

                    **/s/ Martin Glenn**
                    MARTIN GLENN
          Chief United States Bankruptcy Judge

---

[1] The Reorganized Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is P.O. Box 9023, Rockville Centre, NY 11571-9023. A complete list of the Reorganized Additional Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at: https://dm.epiq11.com/case/rdrockville/info.