**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| THE ROMAN CATHOLIC DIOCESE OF | : | Case No. 20-12345 (MG) |
| ROCKVILLE CENTRE, NEW YORK, | : | |
| Debtor. | : | |

NOTICE OF FILING OF THE 2025 ANNUAL REPORT
FOR THE DRVC ABUSE CLAIM TRUST
PURSUANT TO THE DRVC ABUSE CLAIM TRUST AGREEMENT

Please take notice that, in accordance with Sections 2.4 and 2.5 of the DRVC Abuse Claim Trust Agreement dated as of December 5, 2024 (the "DRVC Trust Agreement"), Alan D Halperin (the "DRVC Trustee"), in his capacity as trustee of the DRVC Abuse Claim Trust (the "DRVC Trust"), has caused to be prepared and filed an annual report (the "Annual Report")[1].  The Annual Report covers the period from January 1, 2025 to December 31, 2025 and from the period December 5, 2024 (Inception) through December 31, 2024.

The Annual Report also provides information regarding subsequent events through April 10, 2026 (See Note 6 to the Annual Report).

The financial information contained in the Annual Report is presented on a preliminary and unaudited basis and remains subject to adjustments.

A copy of the Annual Report (including notes) is attached to this notice.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan, Confirmation Order, or DRVC Trust Agreement as applicable.

**DRVC ABUSE CLAIMS TRUST**

**SPECIAL-PURPOSE FINANCIAL STATEMENTS**
**FOR THE PERIOD FROM JANUARY 1, 2025 THROUGH DECEMBER 31, 2025 AND**
**FOR THE PERIOD DECEMBER 5, 2024 (INCEPTION) THROUGH DECEMBER 31, 2024**

**DRVC ABUSE CLAIMS TRUST**

**CONTENTS**

Special-Purpose Statement of Assets, Liabilities and Net Assets
    as of December 31, 2025 and 2024        1

Special-Purpose Statement of Changes in Net Assets
    for the Year Ended December 31, 2025
    and for the Period December 5, 2024 (Inception) through December 31, 2024    2

Special-Purpose Statement of Cash Flows
    for the Year Ended December 31, 2025
    and for the Period December 5, 2024 (Inception) through December 31, 2024    3

Notes to the Special-Purpose Financial Statements    4-9

**DRVC ABUSE CLAIMS TRUST**

**SPECIAL-PURPOSE STATEMENT OF ASSETS, LIABILTIES AND NET ASSETS**

| December 31, | 2025 | 2024 |
|---|---|---|
| **ASSETS** | | |
| Cash and cash equivalents | $ 44,936,156 | $ 177,240,874 |
| **Total Assets** | **44,936,156** | **177,240,874** |
| **LIABILITIES** | | |
| Trust Assumed Administrative Expense | - | 3,306,552 |
| Accounts payable and accrued Expenses | 113,779 | 188,170 |
| Tax Provision | - | 95,000 |
| **Total Liabilities** | **113,779** | **3,589,722** |
| **Net Assets** | **$ 44,822,377** | **$ 173,651,152** |

**See accompanying notes to the Special-Purposes Financial Statements**

**DRVC ABUSE CLAIMS TRUST**

**SPECIAL-PURPOSE STATEMENT OF CHANGES IN NET ASSETS**

| For the period | January 1, 2025 to December 31, 2025 | Inception through December 31, 2024 |
|---|---|---|
| **ADDITIONS** | | |
| Aggregate Settlement Consideration | $ 95,774,995 | $ 180,093,864 |
| Interest and dividend income | 2,816,992 | 448,810 |
| **Total Additions** | **98,591,987** | **180,542,674** |
| | | |
| **DEDUCTIONS** | | |
| Claim Payments | 224,050,015 | - |
| Operating Expenses | 3,340,748 | 188,170 |
| Tax Provision | 30,000 | 95,000 |
| Trust Assumed Administrative Expenses | - | 6,608,352 |
| **Total Deductions** | **228,420,762** | **6,891,522** |
| **(Decrease) Increase in Net Assets** | **(128,828,775)** | **173,651,152** |
| | | |
| **Net Assets, beginning of period** | **173,651,152** | **-** |
| **Net Assets, end of period** | **$   44,822,377** | **$  173,651,152** |

**See accompanying notes to the Special-Purposes Financial Statements**

**DRVC ABUSE CLAIMS TRUST**

**SPECIAL-PURPOSE STATEMENT OF CASH FLOWS**

| For the Period | January 1, 2025 to December 31, 2025 | Inception through December 31, 2024 |
|---|---|---|
| **Cash flows from operating activities** | | |
| (Decrease) Increase in Net Assets | ($128,828,775) | $ 173,651,152 |
| Adjustment for Operating Expenses and Trust Assumed Administrative Expenses | (3,475,943) | 3,589,772 |
| **(Decrease) Increase in cash and cash equivalents** | **(132,304,718)** | **177,240,874** |
| | | |
| **Cash and cash equivalents, beginning of period** | **177,240,874** | **-** |
| **Cash and cash equivalents, end of period** | **$ 44,936,156** | **$ 177,240,874** |

**See accompanying notes to the Special-Purposes Financial Statements**

**DRVC Abuse Claim Trust**
**Notes to the 2025 Special-Purpose Financial Statements**

---

### 1.    Background

On December 4, 2024, the United States Bankruptcy Court for the Southern District of New York the "Bankruptcy Court") entered the Findings of Fact, Conclusions of Law, and Order Confirming the Modified Chapter 11 Plan of Reorganization Proposed By the Roman Catholic Diocese of Rockville Centre, New York and Additional Debtors [D.I. 3465] (the "Confirmation Order") confirming the Modified Chapter 11 Plan of Reorganization Proposed By the Roman Catholic Diocese of Rockville Centre, New York and Additional Debtors Under Chapter 11 of the Bankruptcy Code [D.I. 3447] (as may be amended, modified, or supplemented from time to time, the "Plan")[2] chapter 11 cases of Roman Catholic Diocese of Rockville Centre, New York and Additional Debtors (collectively, the "Debtors").

The Plan has been substantially consummated, and the Effective Date of the Plan occurred on December 5, 2024.

Alan D. Halperin, Esq. (the "DRVC Trustee") was appointed to serve as the DRVC Trustee of the DRVC Abuse Claim Trust (the "DRVC Trust") pursuant to the Confirmation Order and the DVRC Abuse Claim Trust Agreement (the "DRVC Trust Agreement") dated as of the Effective Date.

Pursuant to the Plan, on the Effective Date, the DRVC Trust received and holds all right, title and interest in the DRVC Trust Assets, as defined in the Plan and the DRVC Trust Agreement.  The DRVC Trust Assets include proceeds from the following as well as any income or gain earned thereon:

(a)  $176.8 million representing the Ecclesia Contribution, the DOE Contribution, the CemCo Effective Date Cash Contribution, the proceeds of the Exit Financing, and the proceeds of the CemCo Loan;

(b)  subject to the terms and conditions of Article V.Y, the Charities Contribution;

(c)  the Seminary Contribution;

(d)  the CemCo Deferred Cash Contribution;

(e)  subject to Article IV.W, the Additional Debtors Deferred Contribution;

(f)  the PSZJ DRVC Trust Contribution;

(g)  the Insurance Settlement Amount (which, for the avoidance of doubt excludes the Ecclesia Contribution); and,

(h)  the Insurance Rights that are the subject of the Non-Settling Insurance Rights Transfer.

The DRVC Trust Allocation Protocol ("TAP") was adopted pursuant to the Plan and DRVC Trust Agreement and is intended to provide substantially similar treatment for Allowed Abuse Claims and Future Abuse Claims to the extent provided in the Plan Supplement.

The TAP is administered by the DRVC Trustee in consultation with the DRVC Trust Advisory Committee, Abuse Claims Reviewer, and DRVC Trust professionals.

---

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan, Confirmation Order, or DRVC Trust Agreement as applicable.

**DRVC Abuse Claim Trust**
**Notes to the 2025 Special-Purpose Financial Statements**

---

Total Aggregate Settlement Consideration received during the year ended December 31, 2025 and for the period December 5, 2024 (Inception) through December 31, 2024 reported in the accompanying statement of changes in net assets consisted of cash from the following sources:

| For the Period | January 1, 2025 to December 31, 2025 | Inception through December 31, 2024 |
|---|---|---|
| Diocese of Rockville Centre | $ 6,250,000 | $ 7,000,000 |
| Catholic Cemeteries of The Roman | 5,000,000 | 10,000,000 |
| Pachulski Stang Ziehl & Jones LLP | - | 2,293,859 |
| Ecclesia Assurance Co | - | 15,000,000 |
| The Roman Catholic Diocese of | - | 66,634,000 |
| Mission Assistance Corp | - | 78,166,000 |
| Riverstone Insurance | - | 1,000,000 |
| Clyde CO US LLP | 25,000,000 | - |
| IFC | 58,999,995 | 5 |
| Total Aggregate Settlement Consideration | $ 95,774,995 | $180,093,864 |

See Note 2 for the DRVC Trust's accounting policies regarding various forms of Aggregate Settlement Consideration.

The Insurance Settlements required the DRVC Trust to reserve certain funds pending receipt of executed releases from beneficiaries.  As of the date hereof, the amount remaining in the reserve for insurance is $6.0 million.  Additionally, in accordance with the DRVC Trust Documents, the Trustee maintains a reserve for the payment of certain fees and expenses, including for the pursuit of claims against Arrowood.

During the year ended December 31, 2025, the DRVC Trust paid $224,050,015 on account of Allowed Abuse Claims (See Notes 4 and 6).  During the period from December 5, 2024 (inception) through December 31, 2024, the DRVC Trust did not make any payments on account of Allowed Abuse Claims.

The DRVC Trust is also responsible for facilitating distributions to certain Other Party Claims, which are not beneficiaries of the Total Aggregate Settlement Consideration.  During the year ended December 31, 2025, the DRVC Trust received $650,000 and distributed $612,500 on account of these Other Party Claims.  At December 31, 2025, the DRVC Trust has reserved $37,500 for Other Party Claims.  The receipts and disbursements as well as the reserve are not included in the DRVC Trust's financial statements.

Under the Plan, the DRVC Trust is responsible for the payment of Trust Assumed Administrative Expenses.  Trust Assumed Administrative Expenses includes (a) all Administrative Expense Claims of Professionals retained by the Committee or the Future Claimants' Representative that were not been paid by the Debtors prior to the Effective Date, (b) all Administrative Expense Claims asserted by or on behalf of holders of Abuse Claims or their professionals, and (c) all fees pursuant to section 1930(a)(6) of title 28 of the United States Code incurred as of and after the Effective Date.  At Emergence, the DRVC Trust assumed approximately $5.7 million and $0.9 million in Liabilities for Pre-Emergence Committee Professionals and

**DRVC Abuse Claim Trust**
**Notes to the 2025 Special-Purpose Financial Statements**

---

in US Trustee fees, respectively.  Approximately $3.3 million of these liabilities were paid in December 2024 and the remaining liabilities were paid during the year ended December 31, 2025.  In addition, the Trust has ongoing responsibility for other Administrative Expenses, including fees of the US Trustee and certain professional fee relating to the administration of claims and transition to the Trust.

2.    **Summary of Significant Special-Purpose Accounting Policies**

**Basis of accounting**
The DRVC Trust's special-purpose financial statements are prepared in accordance with special-purpose accounting methods adopted by the DRVC Trustee which differ from accounting principles generally accepted in the United States of America ("GAAP"). The special-purpose accounting methods were adopted in order to communicate to the beneficiaries of the DRVC Trust the net assets available for the payment of claims and operating expenses of the DRVC Trust.  The special-purpose accounting methods include the following:

(a)  Assets are generally recorded when they are received by the DRVC Trust.
(b)  The DRVC Trust records interest income and dividend income when earned.
(c)  Aggregate Settlement Consideration to be received in the future is not recorded as an asset of the DRVC Trust until the funds are received, as the assets are not yet available for the payment of claims and operating expenses.  Future payments will be recorded in the statement of changes in net assets upon receipt by the DRVC Trust. Under GAAP, the balance due under the Plan of the Aggregate Settlement Consideration would be recorded as a receivable upon execution of the agreement and when collectability is reasonably assured.
(d)  Future funding may be received under insurance policies that have been assigned to the DRVC Trust pursuant to the Plan. Insurance policies are not recorded as an asset of the DRVC Trust until the funds are received by the DRVC Trust. Under GAAP, insurance recoveries are recorded upon settlement and assurance of collectability.  See Note 3 regarding Arrowood.
(e)  Funding to be received as the result of the sale of real estate ("Seminary Contribution") is not recorded in the net assets of the DRVC Trust.  In January 2026, the DRVC Trust received $16.0 million consistent with estimates in the Plan.  Under GAAP, the value of the fixed assets would be recorded as assets of the DRVC Trust at its estimable value.
(f)  Funding received or to be received by the DRVC Trust on account of Other Party Claims are not recorded in the Net Assets.   Similarly, liabilities and distribution to the Other Party Claims are not recorded in the DRVC Trust's Net Assets or Statement of Cash Flows.
(g)  Expenses are generally recorded in the period when the services were performed or the expense is incurred.
(h)  Future fixed liabilities under contractual obligations entered into by the DRVC Trust are recorded as deductions from net assets in the same period that the services for such contractual obligations or agreements are performed by the contractor. Under U.S. GAAP, liabilities and contractual obligations are recorded over the period that is benefited by the underlying contract or agreement.

**DRVC Abuse Claim Trust**
**Notes to the 2025 Special-Purpose Financial Statements**

---

(i)  Abuse claims distributions are recorded in the period in which the claims are paid.  Under U.S. GAAP, a liability would be recorded for an estimate of the total claims expected to be paid in accordance with the DRVC Trust Agreement and the TAP.

(j)  Income tax expense payments or refunds, when applicable, will be recorded when paid or received subject to applicable tax laws. Under U.S. GAAP, a provision for income taxes is recorded based upon income reported for financial statement purposes.

**Use of Estimates**

The preparation of financial statements in conformity with the special-purpose accounting methods described above requires the DRVC Trust to make estimates and assumptions that affect the reported amounts of certain assets and liabilities and the disclosures of contingent assets and liabilities at the date of the special-purpose financial statements, as well as the reported amounts of additions and deductions to the net assets during the reporting period. Actual results could differ from those estimates.

**Cash and cash equivalents**

The DRVC Trust considers all highly liquid instruments with original maturities of three months or less to be cash equivalents.

**Accounts payable and Accrued Expenses**

Accounts payable and Accrued Expenses at December 31, 2025 and December 31, 2024 consist of accruals and outstanding invoices associated with administration of the DRVC Trust for the year ended December 31, 2025 and from December 5, 2024 (inception) through December 31, 2024, respectively.

**Operating expenses**

Operating expenses of the DRVC Trust are paid from the net assets when invoices are received.

**Income taxes**

The DRVC Trust is classified as a Qualified Settlement Fund pursuant to the Internal Revenue Code and Regulations thereunder (the Code).  As a result, the DRVC Trust is subject to federal income taxes based on modified gross income, as defined by the Code, unless the DRVC Trust is treated as a grantor DRVC Trust.   The DRVC Trust's tax professionals have advised that the DRVC Trust is subject to Federal Income Tax but is not subject to state income taxes and, therefore, the special-purpose financial statements do not include any provision or liability for state income taxes.

As of December 31, 2024, the DRVC Trust accrued $95,000 for Federal income tax payable due to approximately $261,000 in net operating income during the period from December 5, 2024 (inception) through December 31, 2024.  During the first quarter of 2025, the DRVC Trust made an estimated tax payment of $125,000 for 2024 and the first quarter of 2025.  The 2024 tax return reflected income of approximately $261,000 and taxes of $96,437.   Accordingly, the DRVC Trust carried forward a credit of $28,563 to 2025.  For the second, third and fourth quarters of 2025, the DRVC Trust had a net operating loss and thus, no additional payments or provisions were made for Federal Income Taxes.

**7 |** P a g e

**DRVC Abuse Claim Trust**
**Notes to the 2025 Special-Purpose Financial Statements**

---

**Risks and uncertainties**

Certain of the DRVC Trust's assets are exposed to credit risk. Cash and cash equivalents are maintained at financial institutions and, at times, balances may exceed federally insured limits. The DRVC Trust has not experienced any losses related to these balances.  Amounts on deposit in excess of federally insured limits at December 31, 2025, was approximately $500,000.

**3.    Arrowood**

As outlined in more detail in the Plan, insurance policies covering the period 1956-1976 were provided by an insurer now known as Arrowood, which became subject to insolvency proceedings in Delaware on November 8, 2023.  A statutory liquidation process involving Arrowood underway in Delaware.  Under New York law, Arrowood's insolvency gave rise to the potential for the state's Property/Casualty Insurance Security Fund to make certain funds available for claims in New York that are covered by the Arrowood policies, subject to certain limits.  There are no material updates at this time and the DRVC Trust continues to pursue its claim against Arrowood.

**4.    Claim Payments**

During 2025, the DRVC Trust made an Initial Distribution and a Second Distribution to Allowed Abuse Claims.  At December 31, 2025, the DRVC Trust reserved $11.17 million for claims in which the DRVC Trust requires additional information required under the DRVC Trust Agreement and the Plan to make distributions to these claims (See Note 6).

**5.    Operating Expenses**

The following is a list of Operating expenses incurred during the year ended December 31, 2025 and for the period December 5, 2024 (inception) to December 31, 2024.

| For the Period | January 1, 2025 to December 31, 2025 | Inception through December 31, 2024 |
|---|---|---|
| Trustee Fees | $    525,731 | $    94,572 |
| Legal Fees | | |
|     Pachulski Stang Ziehl & Jones LLP | 1,274,211 | 41,259 |
|     Burns Bair LLP | 718,239 | 13,913 |
|     Fee reimbursement | (398,176) | - |
|     Other Legal Fees | 251,410 | - |
| Total Legal Fees | 1,845,684 | 55,172 |
| Accounting/Tax Fees | 38,929 | - |
| Other | 64,485 | - |
| US Trustee Fees | 865,919 | - |
| Insurance | - | 38,426 |
| Total Operating Expenses | $ 3,340,748 | $  188,170 |

**DRVC Abuse Claim Trust**
**Notes to the 2025 Special-Purpose Financial Statements**

---

**6.      Subsequent Events**

In January 2026, the Trust received $16.0 million from the Seminary of the Immaculate Heart.  Accordingly, after maintaining the $6.0 million Insurance Settlement Reserve and reserving for ongoing expense to administrate the DRVC Trust, the DRVC Trust made the Third Distribution to Allowed Abuse Claims of approximately $28.89 million and reserved approximately $1.37 million for claims in which the DRVC Trust requires additional information required under the DRVC Trust Agreement to make distributions to these claims.

Through April 10, 2026, $1.53 million in distribution payments related to the Initial and Second Distribution were made to Allowed Abuse Claims, which provided information to the DRVC Trust subsequent to December 31, 2025.  At April 10, 2026, $9.63 million continues to be held in reserve.